# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

Re: 6/17/03 Agenda Item No(s). 3 & 7. Various Docket Numbers[2]

## ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE SEVENTH INTERIM FEE PERIOD AND CERTAIN PRIOR AMOUNTS

Upon the seventh quarterly fee applications (the "Applications")[3] of the Professionals referenced on Exhibit A attached hereto for the period of October 1, 2002 through December 31, 2002, and for certain previous periods as set forth therein, (the "Compensation

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Re. Docket Numbers: 3333, 3355, 3356, 3357, 3360, 3377, 3396, 3403, 3405, 3407, 3409, 3412, 3414, 3460, 3462, 3463, 3465, 3466, 3485, 3492, 3500, 3516, 3523, 3533, 3534, 3547, 3549, 3564, 3566, 3596, 3636, 3677 and 3780.

[3] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

Periods") pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Compensation Order"); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the relief requested in the Applications is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications as modified on Exhibit A hereto are granted; and it is further

ORDERED that each of the Professionals is allowed in the amounts set forth in Exhibit A (i) compensation for services rendered during the Compensation Periods and (ii) reimbursement for actual and necessary expenses incurred during the Compensation Periods; and it is further

ORDERED that the Debtors are authorized and directed to make payment to each of the Professionals, 100% of any and all fees and 100% of any and all expenses listed in Exhibit A that have not yet been paid pursuant to the Interim Compensation Order, provided, however, that all fees and expenses paid pursuant to this order are subject to final allowance by the Court pursuant to the terms of the Interim Compensation Order; and it is further

      ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Wilmington, Delaware
Dated: _____, 2003

                                                                     _____
                                                                     The Honorable Judith K. Fitzgerald
                                                                     United States Bankruptcy Judge

# Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[4] | Expenses Allowed on Interim Basis[4] |
| 3/5/2003 | 3475 | $107,634.50 | $7,740.07 | | |
| 3/5/2003 | 3479 | $152,761.25 | $15,336.23 | | |
| 3/7/2003 | 3492 | $191,519.75 | $6,893.53 | | |
| Total: | | $451,915.50 | $29,969.83 | $451,915.50 | $29,925.03 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/21/2003 | 3533 | $44,816.50 | $2,047.87 | $44,346.50 | $2,047.87 |
| Total: | | $44,816.50 | $2,047.87 | $44,346.50 | $2,047.87 |

| BLACKSTONE GROUP LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/14/2003 | 3414 | $525,000.00 | $5,537.49 | $525,000.00 | $5,537.49 |
| Total: | | $525,000.00 | $5,537.49 | $525,000.00 | $5,537.49 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/10/2003 | 3357 | $42,179.00 | $24,050.40 | $42,179.00 | $24,050.40 |
| Total: | | $42,179.00 | $24,050.40 | $42,179.00 | $24,050.40 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/6/2003 | 3333 | $88,876.50 | $33,630.90 | $88,420.00 | $33,544.90 |
| Total: | | $88,876.50 | $33,630.90 | $88,420.00 | $33,544.90 |

---

[4] The columns for "Fees Allowed on Interim Basis" and "Expenses Allowed on Interim Basis" for this applicant are not itemized by quarter because the fee auditor's adjustments were calculated based on the total fees and expenses sought for the previous periods including the 5th Quarter and the 6th Quarter as well as the current 7th Quarter. Because the applicant filed three separate quarterly fee applications for each period, these applications were treated as a single application for purposes of the fee auditor's final report.

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN ||||||
|---|---|---|---|---|---|
| **Fee Application Filing Date & Docket No.** || **Total Fees Requested** | **Total Expenses Requested** | **Fees Allowed on Interim Basis** | **Expenses Allowed on Interim Basis** |
| 2/14/2003 | 3407 | $146,723.00 | $13,785.15 | $146,615.50 | $13,666.99 |
| **Total:** || **$146,723.00** | **$13,785.15** | **$146,615.50** | **$13,666.99** |

| CASNER & EDWARDS LLP ||||||
|---|---|---|---|---|---|
| **Fee Application Filing Date & Docket No.** || **Total Fees Requested** | **Total Expenses Requested** | **Fees Allowed on Interim Basis** | **Expenses Allowed on Interim Basis** |
| 2/14/2003 | 3409 | $120,006.00 | $45,832.30 | $119,630.00 | $45,832.30 |
| **Total:** || **$120,006.00** | **$45,832.30** | **$119,630.00** | **$45,832.30** |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS ||||||
|---|---|---|---|---|---|
| **Fee Application Filing Date & Docket No.** || **Total Fees Requested** | **Total Expenses Requested** | **Fees Allowed on Interim Basis** | **Expenses Allowed on Interim Basis** |
| 3/18/2003 | 3516 | $0.00 | $1,298.08 | $0.00 | $1,298.08 |
| **Total:** || **$0.00** | **$1,298.08** | **$0.00** | **$1,298.08** |

| CONWAY DEL GENIO ||||||
|---|---|---|---|---|---|
| **Fee Application Filing Date & Docket No.** || **Total Fees Requested** | **Total Expenses Requested** | **Fees Allowed on Interim Basis[5]** | **Expenses Allowed on Interim Basis[5]** |
| 3/21/2003 | 3534 | $28,420.00 | $2,919.16 | | |
| 4/2/2003 | 3596 | $21,808.75 | $855.33 | | |
| 4/17/2003 | 3677 | $13,987.12 | $0.00 | | |
| **Total:** || **$64,215.87** | **$3,774.49** | **$64,215.87** | **$3,774.49** |

| DUANE MORRIS LLP ||||||
|---|---|---|---|---|---|
| **Fee Application Filing Date & Docket No.** || **Total Fees Requested** | **Total Expenses Requested** | **Fees Allowed on Interim Basis** | **Expenses Allowed on Interim Basis** |
| 3/28/2003 | 3566 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| **Total:** || **$61,880.50** | **$3,757.47** | **$61,880.50** | **$3,757.47** |

---

[5] The columns for "Fees Allowed on Interim Basis" and "Expenses Allowed on Interim Basis" for this applicant are not itemized by quarter because the fee auditor's adjustments were calculated based on the total fees and expenses sought for the previous periods including the 5th Quarter and the 6th Quarter as well as the current 7th Quarter. Because the applicant filed three separate quarterly fee applications for each period, these applications were treated as a single application for purposes of the fee auditor's final report.

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/5/2003        3466 | $7,800.50 | $2,547.87 | $7,800.50 | $2,547.87 |
| Total: | **$7,800.50** | **$2,547.87** | **$7,800.50** | **$2,547.87** |

| FERRY & JOSEPHS, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/6/2003        3485 | $13,491.00 | $3,512.76 | $13,491.00 | $3,512.76 |
| Total: | **$13,491.00** | **$3,512.76** | **$13,491.00** | **$3,512.76** |

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/18/2003        3523 | $133,591.00 | $1,116.41 | $133,591.00 | $1,116.41 |
| Total: | **$133,591.00** | **$1,116.41** | **$133,591.00** | **$1,116.41** |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/25/2003        3547 | $13,950.00 | $188.56 | $13,950.00 | $188.56 |
| Total: | **$13,950.00** | **$188.56** | **$13,950.00** | **$188.56** |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/12/2003        3377 | $2,002,888.50 | $155,222.40 | $2,000,721.00 | $154,723.61 |
| Total: | **$2,002,888.50** | **$155,222.40** | **$2,000,721.00** | **$154,723.61** |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/4/2003        3460 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |
| Total: | **$459,440.50** | **$18,595.84** | **$459,440.50** | **$18,467.74** |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/5/2003        3463 | $25,908.00 | $1,934.35 | $25,908.00 | $1,934.35 |
| Total: | **$25,908.00** | **$1,934.35** | **$25,908.00** | **$1,934.35** |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/11/2003 | 3500 | $70,445.00 | $3,575.61 | $70,445.00 | $3,575.61 |
| Total: | | **$70,445.00** | **$3,575.61** | **$70,445.00** | **$3,575.61** |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/10/2003 | 3355 | $85,149.00 | $0.00 | $85,149.00 | $0.00 |
| Total: | | **$85,149.00** | **$0.00** | **$85,149.00** | **$0.00** |

| LUKINS & ANINS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/5/2003 | 3465 | $88,506.00 | $2,620.96 | $88,506.00 | $2,620.96 |
| Total: | | **$88,506.00** | **$2,620.96** | **$88,506.00** | **$2,620.96** |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4/8/2003 | 3636 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| Total: | | **$22,038.00** | **$289.77** | **$22,038.00** | **$289.77** |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/14/2003 | 3403 | $61,726.00 | $69,686.84 | $61,582.00 | $69,686.84 |
| Total: | | **$61,726.00** | **$69,686.84** | **$61,582.00** | **$69,686.84** |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/14/2003 | 3412 | $75,625.50 | $13,915.34 | $75,625.50 | $13,915.34 |
| Total: | | **$75,625.50** | **$13,915.34** | **$75,625.50** | **$13,915.34** |

| PRICEWATERHOUSECOOPERS LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/14/2003 | 3396 | $270,098.50 | $20,047.09 | $263,914.19 | $19,977.27 |
| Total: || **$270,098.50** | **$20,047.09** | **$263,914.19** | **$19,977.27** |

| REED SMITH LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/10/2003 | 3360 | $325,159.25 | $63,325.59 | $325,039.25 | $63,325.59 |
| Total: || **$325,159.25** | **$63,325.59** | **$325,039.25** | **$63,325.59** |

| RICHARDSON PATRICK ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/5/2003 | 3462 | $383,014.50 | $73,630.02 | $381,999.00 | $73,630.02 |
| Total: || **$383,014.50** | **$73,630.02** | **$381,999.00** | **$73,630.02** |

| WARREN H. SMITH & ASSOCIATES ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/13/2003 | 3780 | $128,051.00 | $2,601.84 | $128,051.00 | $2,601.84 |
| Total: || **$128,051.00** | **$2,601.84** | **$128,051.00** | **$2,601.84** |

| STEPTOE & JOHNSON LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/27/2003 | 3564 | $67,587.50 | $1,382.34 | $67,587.50 | $1,382.34 |
| Total: || **$67,587.50** | **$1,382.34** | **$67,587.50** | **$1,382.34** |

| STROOCK & STROOCK & LAVAN LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 3/25/2003 | 3549 | $171,108.00 | $26,781.59 | $171,108.00 | $26,412.62 |
| Total: || **$171,108.00** | **$26,781.59** | **$171,108.00** | **$26,412.62** |

DOCS_DE:72295.1

::ODMA\PCDOCS\DOCS_DE\72295\1

| L. TERSIGNI CONSULTING, P.C. |||||
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/10/2003 | 3356 | $85,998.25 | $425.03 | $85,998.25 | $425.03 |
| **Total:** || **$85,998.25** | **$425.03** | **$85,998.25** | **$425.03** |

| WALLACE KING MARRARO & BRANSON PLLC |||||
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/14/2003 | 3405 | $629,450.00 | $177,459.68 | $629,139.50 | $177,459.68 |
| **Total:** || **$629,450.00** | **$177,459.68** | **$629,139.50** | **$177,459.68** |