Supplemental Service List
(W.R. Grace Professional Service list)
Case No. 01-01139
Document No. 54264
01 – Email Delivery
12 - Hand Delivery
29 - First Class Mail

**Hand Delivery**
)
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Special Asbestos Products Liability
Defense)
Richard A. Keuler, Jr., Esquire
Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**Hand Delivery**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE  19801

**Hand Delivery**
)
Kurt Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**Hand Delivery**
)
Michael R. Lastowski, Esquire
Duane, Morris, & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

**Hand Delivery**
)
Teresa K.D. Currier, Esquire
J. Waxman
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

**Hand Delivery**
(Counsel to ZAI Claimants)
William D. Sullivan, Esquire
Charles J. Brown, III, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
300 Delaware Avenue
Suite 1700
Wilmington, DE  19899

***Hand Delivery***
(Counsel to PricewaterhouseCoopers LLP)
Kathleen Miller, Esquire
The Corporate Plaza
800 Delaware Avenue
7th Floor
Wilmington, DE  19899

***First Class Mail***
)
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

***First Class Mail***
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

***First Class Mail***
(Counsel for Special Asbestos Products Liability
Defense)
James J. Restivo
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith
435 Sixth Avenue
Pittsburgh, PA  15219

***First Class Mail***
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NY  07663

***First Class Mail***
(Special Litigation Counsel)
Robert A. Murphy, Esquire
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA  02210

***First Class Mail***
John M. Agnello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart &
Olstein
Six Becker Farm Road
Roseland, NJ  07068-1739

***First Class Mail***
(Accountant and Financial Advisor for the Official
Committee of Asbestos Personal Injury Claimants)
Loreto T. Tersigni
L. Tersigni Consulting, P.C.
2001 West Main Street, Suite 220
Stamford, CT  06902

***First Class Mail***
Elizabeth K. Flaagan, Esquire
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203

***First Class Mail***
Christopher H. Marraro
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 2007

***First Class Mail***
Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

***First Class Mail***
Anthony J. Marchetta, Esquire
Pitney, Hardin, Kipp & Szuch LLp
P.O. Box 1945
Morristown, NJ  07962

***First Class Mail***
Newman Jackson Smith, Esquire
Nelson Mullins Riley & Scarborough, LLP
151 Meeting Street, Suite 600
Charleston, South Carolina  29401

***First Class Mail***
(Counsel to Equity Committee)
Philip Bentley, Esquire
G. Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Arelene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Counsel to Official Committee of Unsecured
Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

*First Class Mail*
)
David M. Cleary
Karen Brown
Nelson Mullins Riley and Scarborough, LLP
P.O. Box 1806
Charleston, SC  29402-1806

*First Class Mail*
)
Ms. Libby Hamilton
FTI Policano & Manzo
900 Bestgate Road, Suite 100
Annapolis, MD  21401

*First Class Mail*
)
Michael F. Gries
Gregory Boyer
Olympic Tower
Conway, Del Genio, Gries & Co., LLP
645 Fifth Avenue
New York, NY  10022

*First Class Mail*
)
Hamilton, Rabinovitz & Alschuler, Inc.
c/o Jay M. Sakalo
Bilzin, Sumberg, Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

*First Class Mail*
)
Legal Analysis Systems
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360

*First Class Mail*
)
Professor Elizabeth Warren
c/o Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX  75202

*First Class Mail*

)
Carol Henessey
David S. Heller
J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*

)
Paul J. Silvern, Partner
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd
Suite 890
Los Angeles, CA  90045

*First Class Mail*

(Counsel for Claims Reconciliation and Soliciatation
Consultant to the Debtors and Debtors in Possession)
Sean A. Allen, President
Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA  98118

*First Class Mail*

)
Darell W. Scott, Esquire
Lunkins & Annis, P.S.
717 W. Sprague Avenue
Suite 1600
Spokane, WA  99201

*First Class Mail*

(Counsel for Zai Claimants)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC  29401