**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

May 21, 2003

**Invoice No. 04503**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period April 1, 2003 through April 30, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 3.60 | $1,710.00 |
| Michael Berkin - Managing Director | 8.60 | $3,870.00 |
| Dottie-Jo Collins - Manager | 0.70 | $182.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Federal Express, Telephone, Xerox | $26.20 |
| **T O T A L** | $5,788.20 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                      by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

May 21, 2003

**Invoice No. 04503**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   April 1 - 30, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $475 | 3.60 | $1,710.00 |
| Michael Berkin | Schedule  A | $450 | 8.60 | $3,870.00 |
| Dottie-Jo Collins | Schedule  A | $260 | 0.70 | $182.00 |
|  | **Total  Professional  Services- Schedule A:** |  | 12.90 | $5,762.00 |
|  | **Total Out of Pocket Expenses- Schedule C:** |  |  | $26.20 |
|  | **TOTAL   DUE   THIS   INVOICE** |  |  | $5,788.20 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
              by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period: April 1- 30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 4/10/03 | LT | Review and analysis of monthly operating report for February 2003 | 26 | 2.00 | $475.00 | $950.00 |
| 4/22/03 | LT | Review and analysis of first quarter 2003 earnings release and related financial statement | 26 | 1.20 | $475.00 | $570.00 |
| 4/25/03 | LT | Review response to fee auditor regarding 7th Interim Fee Application | 11 | 0.20 | $475.00 | $95.00 |
| 4/30/03 | LT | Review of engagement status | 26 | 0.10 | $475.00 | $47.50 |
| 4/30/03 | LT | Review of monthly fee application for March 2003 including daily timekeepers entries | 11 | 0.10 | $475.00 | $47.50 |
| | | **Sub-Total** | | 3.60 | | $1,710.00 |
| **Michael Berkin - Managing Director** | | | | | | |
| 4/4/03 | MB | Review 4/4/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/7/03 | MB | Review MODcol Acquisition presentation from debtor financial advisor | 2 | 1.30 | $450.00 | $585.00 |
| 4/7/03 | MB | Review MODcol Acquisition projected financial statements | 2 | 1.10 | $450.00 | $495.00 |
| 4/7/03 | MB | Compile MODcol Acquisition issues for submission to debtor financial advisor | 2 | 0.90 | $450.00 | $405.00 |
| 4/14/03 | MB | Review 4/11/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/16/03 | MB | Analyze responses to questions related to MODcol acquisition | 2 | 2.00 | $450.00 | $900.00 |
| 4/21/03 | MB | Review 4/18/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/23/03 | MB | Participate in conference call to discuss proposed DIP drawdown | 2 | 0.40 | $450.00 | $180.00 |
| 4/24/03 | MB | Analyze ramifications of proposed DIP drawdown upon business operations | 2 | 1.00 | $450.00 | $450.00 |
| 4/28/03 | MB | Review 4/25/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/28/03 | MB | Review Grace's first quarter 2003 press release in connection with monitoring continuing operations | 26 | 0.70 | $450.00 | $315.00 |
| | | **Sub-Total** | | 8.60 | | $3,870.00 |
| **Dottie Collins - Manager** | | | | | | |
| 4/30/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 0.50 | $260.00 | $130.00 |
| 4/30/03 | DC | Assignment of Monthly Billing Categories | 11 | 0.20 | $260.00 | $52.00 |
| | | **Sub-Total** | | 0.70 | | $182.00 |
| | | **TOTAL   Schedule A :** | | 12.90 | | $5,762.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: April 1- 30, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/7/03 | MB | Review MODcol Acquisition presentation from debtor financial advisor | 02 | 1.30 | $450.00 | $585.00 |
| 4/7/03 | MB | Review MODcol Acquisition projected financial statements | 02 | 1.10 | $450.00 | $495.00 |
| 4/7/03 | MB | Compile MODcol Acquisition issues for submission to debtor financial advisor | 02 | 0.90 | $450.00 | $405.00 |
| 4/16/03 | MB | Analyze responses to questions related to MODcol acquisition | 02 | 2.00 | $450.00 | $900.00 |
| 4/23/03 | MB | Participate in conference call to discuss proposed DIP drawdown | 02 | 0.40 | $450.00 | $180.00 |
| 4/24/03 | MB | Analyze ramifications of proposed DIP drawdown upon business operations | 02 | 1.00 | $450.00 | $450.00 |
| | | **TOTAL Category 02: Asset Disposition (Acquisition)** | | 6.70 | | $3,015.00 |
| 4/25/03 | LT | Review response to fee auditor regarding 7th Interim Fee Application | 11 | 0.20 | $475.00 | $95.00 |
| 4/30/03 | LT | Review of monthly fee application for March 2003 including daily timekeepers entries | 11 | 0.10 | $475.00 | $47.50 |
| 4/30/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 0.50 | $260.00 | $130.00 |
| 4/30/03 | DC | Assignment of Monthly Billing Categories | 11 | 0.20 | $260.00 | $52.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | 1.00 | | $324.50 |
| 4/4/03 | MB | Review 4/4/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/10/03 | LT | Review and analysis of monthly operating report for February 2003 | 26 | 2.00 | $475.00 | $950.00 |
| 4/14/03 | MB | Review 4/11/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/21/03 | MB | Review 4/18/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/22/03 | LT | Review and analysis of first quarter 2003 earnings release and related financial statement | 26 | 1.20 | $475.00 | $570.00 |
| 4/28/03 | MB | Review 4/25/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 4/28/03 | MB | Review Grace's first quarter 2003 press release in connection with monitoring continuing operations | 26 | 0.70 | $450.00 | $315.00 |
| 4/30/03 | LT | Review of engagement status | 26 | 0.10 | $475.00 | $47.50 |
| | | **TOTAL Category 26: Business Analysis** | | 5.20 | | $2,422.50 |
| | | **TOTAL   Schedule B :** | | 12.90 | | $5,762.00 |

# W. R. Grace                                    Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Telephone | 11 | $13.00 |
| Xerox:   ( 132 x $0.10 per page) | 11 | $13.20 |
| **Total Expenses incurred from April 1-30, 2003** | | **$26.20** |