## EXHIBIT A

### Case Administration (22.80 Hours; $ 4,596.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $710 | 142.00 |
| Peter V. Lockwood | .30 | $625 | 187.50 |
| Julie W. Davis | 1.60 | $470 | 752.00 |
| Trevor W. Swett | .60 | $470 | 282.00 |
| Rita C. Tobin | .50 | $340 | 170.00 |
| Robert C. Spohn | 9.10 | $165 | 1,501.50 |
| Elyssa J. Strug | 3.90 | $155 | 604.50 |
| Andrew D. Katznelson | 6.60 | $135 | 957.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/03 | PVL | 625.00 | 0.10 | Review 7 miscellaneous filings. |
| 04/01/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 3/31/03 |
| 04/01/03 | EI | 710.00 | 0.10 | T/c Lewis Kruger re: preferences and t/c Milch re: same. (Total time of 0.2 divided between USG and Grace.) |
| 04/01/03 | ADK | 145.00 | 0.20 | Update NYO Litigation Calendar. |
| 04/02/03 | EJS | 155.00 | 0.40 | Updated players list. |
| 04/02/03 | JWD | 470.00 | 0.80 | Review filings for 3/28, 3/31, 4/1 |
| 04/02/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/1/03 |
| 04/03/03 | EJS | 155.00 | 0.50 | Updated case books. |
| 04/03/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 4/2/03 |
| 04/03/03 | TWS | 470.00 | 0.20 | Read UCC's motion re statute of limitation (.1); telephone call to K. Pasquale left message (.1). |
| 04/04/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/3/03 |

| 04/04/03 | ADK | 145.00 | 0.30 | Update court document indexes and files. |
| 04/06/03 | JWD | 470.00 | 0.80 | Review filings for 4/2, 4/3, 4/4 |
| 04/07/03 | RCT | 340.00 | 0.20 | Review weekly recommendation re: EI report. |
| 04/07/03 | EJS | 155.00 | 0.40 | Updated EI, PVNL and JWD agenda files. |
| 04/07/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/4/03 |
| 04/07/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 04/07/03 | ADK | 145.00 | 0.50 | Organized court documents recently received in preparation of indexing & filing. |
| 04/08/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/7/03 |
| 04/08/03 | ADK | 145.00 | 0.30 | Updated court documents indexes and files. |
| 04/09/03 | RCT | 340.00 | 0.20 | Review recommendations per EI briefing. |
| 04/09/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/8/03 |
| 04/09/03 | ADK | 145.00 | 0.20 | Updated court documents, indexes and files. |
| 04/10/03 | EJS | 155.00 | 0.30 | Updated EI files. |
| 04/10/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/9/03 |
| 04/10/03 | ADK | 145.00 | 1.50 | Updated court documents, indexes and files. |
| 04/11/03 | EJS | 155.00 | 0.30 | Updated court document files/indexes with recently received court documents. |
| 04/11/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/10/03 |
| 04/11/03 | TWS | 470.00 | 0.20 | TC K.Pasquale re motion pertaining to section 546 |
| 04/11/03 | ADK | 145.00 | 0.20 | Updated court documents, indexes and files. |
| 04/14/03 | EJS | 155.00 | 0.20 | Updated EI, PVNL & JWD agenda files. |
| 04/14/03 | EJS | 155.00 | 0.20 | Updated EI hearing files. |

| 04/14/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/11/03 |
| 04/14/03 | ADK | 145.00 | 0.20 | Updated court documents, indexes and files. |
| 04/14/03 | ADK | 145.00 | 0.10 | Updating NYO Litigation Calendar. |
| 04/15/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/14/03 |
| 04/15/03 | ADK | 145.00 | 0.30 | Updated court documents, indexes and files. |
| 04/16/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/15/03 |
| 04/16/03 | ADK | 145.00 | 0.50 | Updated court documents, indexes and files. |
| 04/17/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/16/03 |
| 04/18/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/17/03 |
| 04/21/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 4/18/03 |
| 04/22/03 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 4/21/03 (.3); download, review and archive e-filed documents (1.0) |
| 04/22/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 04/22/03 | ADK | 145.00 | 0.30 | Updated court documents indexes and files. |
| 04/23/03 | PVL | 625.00 | 0.10 | Email TWS re McCool fees. |
| 04/23/03 | EJS | 155.00 | 0.30 | Updated EI files. |
| 04/23/03 | EJS | 155.00 | 0.30 | Updated RCT files. |
| 04/23/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/22/03 |
| 04/23/03 | TWS | 470.00 | 0.20 | E-mail from L.LeClair and related communications with PVNL and NDF, TC L.LeClair |
| 04/24/03 | RCS | 165.00 | 1.40 | Review and index pleadings and correspondence received 4/23/03 (.3); download, review and archive to accutrac e-filed pleadings (1.1) |

{D0010683:1 }

| 04/24/03 | ADK | 145.00 | 0.20 | Updated court documents indexes and files. |
|---|---|---|---|---|
| 04/24/03 | ADK | 145.00 | 0.20 | Updated court documents indexes and files. |
| 04/25/03 | RCT | 340.00 | 0.10 | Review recommendations from local counsel re: EI report. |
| 04/25/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/24/03 |
| 04/25/03 | ADK | 145.00 | 0.20 | Updated court documents files and indexes. |
| 04/25/03 | ADK | 145.00 | 0.40 | Updated court documents files and indexes. |
| 04/28/03 | PVL | 625.00 | 0.10 | Review Grace status report. |
| 04/28/03 | EJS | 155.00 | 0.50 | Updated EI, PVNL & JWD agenda files. |
| 04/28/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/25/03 |
| 04/28/03 | EI | 710.00 | 0.10 | T/c Eskin re: preferences. |
| 04/28/03 | ADK | 145.00 | 0.10 | Updated NYO Litigation Calendar. |
| 04/28/03 | ADK | 145.00 | 0.20 | Updated players list. |
| 04/28/03 | ADK | 145.00 | 0.30 | Updated court documents indexes and files. |
| 04/29/03 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 04/29/03 | EJS | 155.00 | 0.20 | Updated EI files. |
| 04/29/03 | RCS | 165.00 | 1.10 | Review and index pleadings and correspondence received 4/28/03 (.3); download, review and archive to accutrac e-filed pleadings (.8) |
| 04/30/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 4/29/03 |

**Total Task Code .04**      **22.80**

## Claim Analysis Objection & Resolution (Asbestos)(6.70 Hours; $ 1,657.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Kimberly N. Brown | .40 | $350 | 140.00 |
| Max C. Heerman | .20 | $265 | 53.00 |
| John P. Cunningham | 6.10 | $240 | 1,464.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/07/03 | KNB | 350.00 | 0.20 | Review motion seeking extension of time for bringing avoidance actions |
| 04/10/03 | JPC | 240.00 | 0.90 | Research lower court pleadings preceding re: sup. ct. asbestos opinion (.5); read relevant ct. opinion re: punitive damages (.4) |
| 04/11/03 | JPC | 240.00 | 0.60 | Research lower court pleadings preceding recent sup. ct. asbestos opinion |
| 04/15/03 | MCH | 265.00 | 0.20 | Legal research re: claims registries |
| 04/17/03 | JPC | 240.00 | 0.70 | Begin reviewing lower court record certiorari pleadings preceding recent sup. ct. asbestos opinion allowing fear of cancer damages |
| 04/18/03 | JPC | 240.00 | 2.10 | Continue review of lower court record in recent sup. ct. opinion re: asbestos fear of concer damages (.4); conduct updated research re: challenged claims in various jurisdictions (1.3); review recent challenged claims (.4) |
| 04/21/03 | KNB | 350.00 | 0.20 | Review article re state law (.2) |
| 04/24/03 | JPC | 240.00 | 1.80 | Draft memo proposal re: marshaling developments in asbestos tort litigation (.5); review recent developments re: same (.9); conference with library to set up email retrieval system for reviewing of same (.4) |

**Total Task Code .05       6.70**

## Committee, Creditors', Noteholders' or Equity Holders' (.70 Hours; $ 497.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $710 | 497.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/11/03 | EI | 710.00 | 0.70 | Memo to Committee re: avoidance actions. |

**Total Task Code .07**      **.70**

## Fee Applications, Applicant (14.70 Hours; $ 4,352.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Rita C. Tobin | 10.70 | $340 | 3,638.00 |
| Elyssa J Strug | 3.80 | $155 | 589.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/03 | RCT | 340.00 | 0.10 | Conference with ES/TB re: schedule and changes re: April fee apps. |
| 04/04/03 | RCT | 340.00 | 0.30 | Review prebill |
| 04/07/03 | EJS | 155.00 | 0.30 | Updated payment schedule with payments recently received. |
| 04/08/03 | RCT | 340.00 | 0.30 | Conference with EJS re: holdback issue. |
| 04/08/03 | EJS | 155.00 | 0.50 | Emails to W.Sparks at W.R. grace re payment recently received. |
| 04/08/03 | EJS | 155.00 | 0.50 | Reviewed Orders/Fee Auditor Reports re payment received 4/7/03. |
| 04/15/03 | RCT | 340.00 | 1.00 | Draft report to EI re: all fees and totals. |
| 04/16/03 | RCT | 340.00 | 1.00 | Draft report to EI re: all fees and totals. |
| 04/16/03 | RCT | 340.00 | 0.50 | Review final fee apps. |
| 04/22/03 | RCT | 340.00 | 0.10 | Conference with AK re: exhibits to memo. |
| 04/22/03 | RCT | 340.00 | 1.00 | Revise memo and add additional sections. |
| 04/22/03 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |

| 04/24/03 | RCT | 340.00 | 0.80 | Revise memo per EI comments (.5); cite check (.3). |
| 04/24/03 | RCT | 340.00 | 0.10 | Conference with ES/AK re: new procedures. |
| 04/25/03 | RCT | 340.00 | 0.50 | Revisions to EI memo. |
| 04/25/03 | RCT | 340.00 | 0.10 | Review May fee app schedule and conference with ES/AK re: same. |
| 04/28/03 | PVL | 625.00 | 0.20 | Review draft reply to Smith and email RCT re same. |
| 04/28/03 | RCT | 340.00 | 4.00 | Draft response to fee auditor |
| 04/29/03 | RCT | 340.00 | 0.30 | Revise response as per PVNL comments. |
| 04/30/03 | RCT | 340.00 | 0.60 | Review interim fee app (.5); conference with AK re: same (.1). |
| 04/30/03 | EJS | 155.00 | 2.00 | Worked on quarterly fee application. |

**Total Task Code .12       14.70**


## Litigation and Litigation Consulting (1.30 Hours; $ 681.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $710 | 142.00 |
| Albert G. Lauber | 1.10 | $490 | 539.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/03 | AGL | 490.00 | 0.40 | Review pending motions by Unsecured Cred. Comm. re extension of time for preference actions. |
| 04/10/03 | EI | 710.00 | 0.20 | Reviewed motion to extend time. |
| 04/22/03 | AGL | 490.00 | 0.10 | Review Br. Ct. pending matters. |
| 04/29/03 | AGL | 490.00 | 0.30 | Review email from JPC re CA3 letter (0.1); review motion of unsecured creditors re extension of date for commencing avoidance actions (0.2). |
| 04/30/03 | AGL | 490.00 | 0.30 | Review recent asbestos judgments (0.1); conference w/JPC re letter to CA3 (.2). |

{D0010683:1 }

- 8 -

**Total Task Code .16**        **1.30**

## Fee Auditor Matters (1.50 Hours; $ 510.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.50 | $340 | 510.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/25/03 | RCT | 340.00 | 1.50 | Draft reply to fee auditor. |

**Total Task Code .32**        **1.50**

Other Charges:

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 331.44 |
| Database Research | 590.03 |
| Long Distance-Equitrac In-House | 2.56 |
| NYO Long Distance Telephone | 4.55 |
| Professional Fees & Expert Witness Fees | 3,818.75 |
| Research Material | 37.70 |
| Telecopier/Equitrac | 6.75 |
| Xeroxing | 6,601.35 |
| | 5,393.13 |