**EXHIBIT B**

**Case Administration (22.8 Hours; $ 4,596.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        22.8**

**Claim Analysis Objection & Resolution (Asbestos) (6.7 Hours; $ 1,657.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        6.7**

**Committee, Creditors' Noteholders or Equity Holders (.7 Hours; $ 497.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel

**Total Task Code .07        .7**

**Fee Applications, Applicant (14.7 Hours; $ 4,352.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        14.7**

**Litigation and Litigation Consulting (1.3 Hours; $ 681.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        1.3**

**Fee Auditor Matters (1.5 Hours; $ 510.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          1.5**

{D0010684:1 }