## EXHIBIT C

Other Charges:

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 331.44 |
| Database Research | 590.03 |
| Long Distance-Equitrac In-House | 2.56 |
| NYO Long Distance Telephone | 4.55 |
| Professional Fees & Expert Witness Fees | 3,818.75 |
| Research Material | 37.70 |
| Telecopier/Equitrac | 6.75 |
| Xeroxing | <u>6,601.35</u> |
| | 5,393.13 |

{D0010685:1 }