```
Client Number:    4642          Grace Asbestos Personal Injury Claimants                              Page:      1
Matter       000                Disbursements                                                       5/15/2003
                                                                                                   Print Time:
6:09:39PM
Attn:                                                                                               Invoice #

                                           PREBILL  / CONTROL  REPORT
                                              Trans Date Range:  1/1/1950  to: 4/30/2003

Matter       000
Disbursements
Bill Cycle:        Monthly        Style:         i1         Start:     4/16/2001
                                                    Last Billed : 4/24/2003                     13,655
```

Trust Amount Available

Total Expenses Billed To Date        $219,252.44

```
                                                           Billing Empl:         0120     Elihu Inselbuch
                                                           Responsible Empl:     0120     Elihu Inselbuch
                                                           Alternate Empl:       0120     Elihu Inselbuch
                                                           Originating Empl:     0120     Elihu Inselbuch
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 13.96 | 0.00 | 13.96 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 47.10 | 0.00 | 47.10 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 85.50 | 0.00 | 85.50 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 4,107.89 | 0.00 | 4,107.89 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 3,860.05 | 0.00 | 3,860.05 |
| 0149 | JPC | John P. Cunningham | 0.00 | 1.05 | 0.00 | 1.05 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 68.10 | 0.00 | 68.10 |
| 0234 | RET | Rita E Tower | 0.00 | 12.75 | 0.00 | 12.75 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 214.20 | 0.00 | 214.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | -3,017.47 | 0.00 | -3,017.47 |
|  |  |  | **0.00** | **5,393.13** | **0.00** | **5,393.13** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1469576 | Photocopy | E | 11/21/2002 | 0101 | RCS | 0.00 | | $5.10 | 0.00 | | $5.10 | 5.10 |
| 1469583 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $19.95 | 0.00 | | $19.95 | 25.05 |
| 1469584 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $0.30 | 0.00 | | $0.30 | 25.35 |
| 1469585 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $0.45 | 0.00 | | $0.45 | 25.80 |
| 1469589 | Photocopy | E | 11/26/2002 | 0101 | RCS | 0.00 | | $11.70 | 0.00 | | $11.70 | 37.50 |
| 1452492 | Database Research-Westlaw research by MCH on | E | 04/01/2003 | 0999 | C&D | 0.00 | | $207.71 | 0.00 | | $207.71 | 245.21 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                           Page:     1
Matter     000                              Disbursements                                                            5/15/2003
                                                                                                                     Print Time:
6:09:39PM
Attn:                                                                                                                Invoice #
           02/23
1452677    Database Research-Westlaw research b NDF on 03/02   E   04/01/2003   0999   C&D    0.00       $355.79    0.00       $355.79    601.00
1452730    NYO Long Distance Telephone-Long distance call      E   04/01/2003   0999   C&D    0.00         $4.55    0.00         $4.55    605.55
           made in the month of February
1455342    Photocopy                                           E   04/01/2003   0101   RCS    0.00        $12.00    0.00        $12.00    617.55
1455723    Photocopy                                           E   04/02/2003   0999   C&D    0.00        $23.25    0.00        $23.25    640.80
1455827    Photocopy                                           E   04/03/2003   0999   C&D    0.00         $5.85    0.00         $5.85    646.65
1454568    Federal Express to David Rosenbloom from PVNL on    E   04/03/2003   0020   PVL    0.00        $13.96    0.00        $13.96    660.61
           3/20
1454800    Equitrac - Long Distance to 2128065562              E   04/03/2003   0999   C&D    0.00         $0.07    0.00         $0.07    660.68
1456943    Photocopy                                           E   04/07/2003   0090   EJS    0.00         $7.05    0.00         $7.05    667.73
1457013    Photocopy                                           E   04/07/2003   0999   C&D    0.00         $0.90    0.00         $0.90    668.63
1457073    Photocopy                                           E   04/07/2003   0999   C&D    0.00        $18.00    0.00        $18.00    686.63
1457259    Photocopy                                           E   04/08/2003   0090   EJS    0.00         $0.60    0.00         $0.60    687.23
1457918    Professional Fees & Expert Witness Fees -           E   04/08/2003   0999   C&D    0.00    -$3,188.10    0.00    -$3,188.10   -2,500.87
           Receipt from W.R. Grace that was then sent to
           Ness Motley on April 8, 2003
1457919    Professional Fees & Expert Witness Fees - Pymt      E   04/08/2003   0999   C&D    0.00      -$643.16    0.00      -$643.16   -3,144.03
           from W. R. Grace which was then sent to Kazan,
           McClain on 4/8/03
1472235    Committee Members requested by EJS                  E   04/08/2003   0120   EI     0.00     $3,188.10    0.00     $3,188.10      44.07
1472236    Committee Members requested by EJS                  E   04/08/2003   0120   EI     0.00       $643.16    0.00       $643.16     687.23
1458644    Fax Transmission to 13024269947                     E   04/09/2003   0120   EI     0.00         $0.45    0.00         $0.45     687.68
1458725    Photocopy                                           E   04/09/2003   0238   SLG    0.00         $8.25    0.00         $8.25     695.93
1458742    Photocopy                                           E   04/09/2003   0090   EJS    0.00         $5.40    0.00         $5.40     701.33
1459034    Photocopy                                           E   04/10/2003   0199   ADK    0.00        $49.80    0.00        $49.80     751.13
1459318    Photocopy                                           E   04/11/2003   0238   SLG    0.00       $195.75    0.00       $195.75     946.88
1459320    Photocopy                                           E   04/11/2003   0238   SLG    0.00         $8.10    0.00         $8.10     954.98
1460978    Equitrac - Long Distance to 8054993572              E   04/11/2003   0999   C&D    0.00         $0.08    0.00         $0.08     955.06
1460397    Photocopy                                           E   04/14/2003   0090   EJS    0.00         $6.60    0.00         $6.60     961.66
1460407    Photocopy                                           E   04/14/2003   0199   ADK    0.00        $10.20    0.00        $10.20     971.86
1460477    Photocopy                                           E   04/14/2003   0090   EJS    0.00         $3.30    0.00         $3.30     975.16
1460494    Photocopy                                           E   04/14/2003   0999   C&D    0.00        $25.80    0.00        $25.80   1,000.96
1460510    Photocopy                                           E   04/14/2003   0999   C&D    0.00        $35.70    0.00        $35.70   1,036.66
1462057    Equitrac - Long Distance to 2123198798              E   04/16/2003   0999   C&D    0.00         $0.20    0.00         $0.20   1,036.86
1462058    Equitrac - Long Distance to 2123198798              E   04/16/2003   0999   C&D    0.00         $0.05    0.00         $0.05   1,036.91
1459853    Research Material - Pacer Service Center for        E   04/16/2003   0999   C&D    0.00        $37.70    0.00        $37.70   1,074.61
           1/1/03 - 3/31/03
1462795    Photocopy                                           E   04/16/2003   0999   C&D    0.00         $5.25    0.00         $5.25   1,079.86
1462807    Photocopy                                           E   04/16/2003   0199   ADK    0.00         $8.10    0.00         $8.10   1,087.96
1462817    Photocopy                                           E   04/16/2003   0234   RET    0.00        $12.75    0.00        $12.75   1,100.71
1463101    Photocopy                                           E   04/17/2003   0999   C&D    0.00         $9.60    0.00         $9.60   1,110.31
1463126    Photocopy                                           E   04/17/2003   0999   C&D    0.00        $37.80    0.00        $37.80   1,148.11
1461428    Federal Express to Steven Kazan and Joseph Rice     E   04/18/2003   0120   EI     0.00        $28.46    0.00        $28.46   1,176.57
           from EI on 4/9
1461432    Occupational Health Initiatives                     E   04/18/2003   0138   BAS    0.00     $3,818.75    0.00     $3,818.75   4,995.32
1463462    Fax Transmission to 13024269947                     E   04/21/2003   0999   C&D    0.00         $0.30    0.00         $0.30   4,995.62
1463496    Photocopy                                           E   04/21/2003   0090   EJS    0.00         $6.15    0.00         $6.15   5,001.77
1463600    Photocopy                                           E   04/21/2003   0238   SLG    0.00         $1.80    0.00         $1.80   5,003.57
1463628    Photocopy                                           E   04/21/2003   0999   C&D    0.00         $5.40    0.00         $5.40   5,008.97
1463760    Photocopy                                           E   04/22/2003   0101   RCS    0.00        $32.25    0.00        $32.25   5,041.22
1463801    Photocopy                                           E   04/22/2003   0090   EJS    0.00        $18.00    0.00        $18.00   5,059.22
1462469    Equitrac - Long Distance to 2147296265              E   04/22/2003   0999   C&D    0.00         $0.06    0.00         $0.06   5,059.28
1463997    Equitrac - Long Distance to 8054993572              E   04/23/2003   0999   C&D    0.00         $0.73    0.00         $0.73   5,060.01
1464001    Equitrac - Long Distance to 2149784984              E   04/23/2003   0999   C&D    0.00         $0.48    0.00         $0.48   5,060.49
1464564    Federal Express to Baron, Kazan, Kelley, Meyer,     E   04/24/2003   0120   EI     0.00       $247.72    0.00       $247.72   5,308.21
           Milch, Rice, Heberling, Jacobs, Ferraro, Weitz,
           Eskin, Cohn, Cooney, Cloud from EI on 4/11
1464727    Fax Transmission to 12035699098                     E   04/24/2003   0238   SLG    0.00         $0.30    0.00         $0.30   5,308.51
1464736    Fax Transmission to 12145239159                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,308.81
1464737    Fax Transmission to 12145239157                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,309.11
1464739    Fax Transmission to 12145239158                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,309.41
1464740    Fax Transmission to 12145991171                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,309.71
1464741    Fax Transmission to 17136501400                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,310.01
1464742    Fax Transmission to 12148248100                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,310.31
1464743    Fax Transmission to 13125516759                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,310.61
1464744    Fax Transmission to 18432169450                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,310.91
1464745    Fax Transmission to 18432169290                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,311.21
1464746    Fax Transmission to 14067527124                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,311.51
1464747    Fax Transmission to 15108354913                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,311.81
1464748    Fax Transmission to 13026565875                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,312.11
1464749    Fax Transmission to 13053796222                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,312.41
1464750    Fax Transmission to 14124718308                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,312.71
1464751    Fax Transmission to 12123440994                     E   04/24/2003   0999   C&D    0.00         $0.30    0.00         $0.30   5,313.01
```

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                                         Page:     1
Matter      000                  Disbursements                                                                                   5/15/2003
                                                                                                                              Print Time:
6:09:39PM
Attn:                                                                                                                             Invoice #
1464752    Fax Transmission to 12123445461         E   04/24/2003   0999   C&D      0.00       $0.15     0.00      $0.15    5,313.16
1464753    Fax Transmission to 12123445462         E   04/24/2003   0999   C&D      0.00       $0.30     0.00      $0.30    5,313.46
1464754    Fax Transmission to 12123445461         E   04/24/2003   0999   C&D      0.00       $0.15     0.00      $0.15    5,313.61
1464755    Fax Transmission to 16179510679         E   04/24/2003   0999   C&D      0.00       $0.30     0.00      $0.30    5,313.91
1464764    Fax Transmission to 12165750799         E   04/24/2003   0999   C&D      0.00       $0.30     0.00      $0.30    5,314.21
1464767    Photocopy                               E   04/24/2003   0101   RCS      0.00       $3.75     0.00      $3.75    5,317.96
1464826    Photocopy                               E   04/24/2003   0999   C&D      0.00       $5.40     0.00      $5.40    5,323.36
1468896    Photocopy                               E   04/29/2003   0149   JPC      0.00       $1.05     0.00      $1.05    5,324.41
1466393    Database Research; Pacer charges for March 2003   E   04/30/2003   0999   C&D    0.00    $7.49    0.00   $7.49   5,331.90
1466406    Database Research; Pacer charges for March 2003   E   04/30/2003   0999   C&D    0.00   $19.04   0.00  $19.04   5,350.94
1466413    Federal Express to Brain Skertny on 4/8   E   04/30/2003   0138   BAS    0.00      $41.30     0.00     $41.30   5,392.24
1468356    Equitrac - Long Distance to 3053747580    E   04/30/2003   0999   C&D    0.00       $0.89     0.00      $0.89   5,393.13
Total Expenses                                                                      0.00    $5,393.13    0.00   $5,393.13
```

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 5,393.13 | 5,393.13 |
| Matter Total    0.00 | 5,393.13    0.00 | 5,393.13 |
| Prebill Total Fees | | |
| Prebill Total Expenses | $5,393.13 | $5,393.13 |
| Prebill Total    0.00 | $5,393.13    0.00 | $5,393.13 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 7,215.30 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 36,910.00 | 7,382.00 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 17,632.50 | 17,632.50 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 43,961.50 |
| 41,070 | 03/20/2003 | 12,194.52 | 12,194.52 |
| 41,071 | 03/20/2003 | 27,076.50 | 27,076.50 |
| 41,428 | 04/24/2003 | 9,359.43 | 9,359.43 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
|  |  | 1,293,656.28 | 328,148.72 |