**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et. al. | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Related Docket Item: 3611 |

**CERTIFICATE OF NO OBJECTION AS TO**
**PRICEWATERHOUSECOOPERS LLP'S FOURTH MONTHLY FEE**
**APPLICATION OF PRICEWATERHOUSECOOPERS L.L.P., AUDITORS**
**AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE MONTH OF JANUARY 2003 - NO ORDER REQUIRED**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to PricewaterhouseCoopers LLP's ("PwC") Fourth Monthly Fee Application of PricewaterhouseCoopers L.L.P., Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2003, (Docket No. 3611) filed on April 3, 2003.  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection nor other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Filing of the Application, objections to the Application were to be filed and served no later than April 24, 2003.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated December 31, 2001 (the "Order"), the Debtor is authorized to pay PwC $274,984.94, which represents eighty percent (80%) of the fees, and $7,670.04, which represents one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification and without need for entry of a Court order approving the Application.

| | |
|---|---|
| Date:   June 3, 2002 | SMITH, KATZENSTEIN & FURLOW LLP |

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)
The Corporate Plaza
800 Delaware Avenue, 7th Fl
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:  302.652.8400
Telecopy:  302.652.8405
E-mail: Kmiller@skfdelaware.com

Attorneys for PricewatershouseCoopers LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **June, 2003**, one copy of the foregoing *Certificate of No Objection as to Pricewaterhousecoopers LLP's Fourth Monthly Fee Application of Pricewaterhousecoopers L.L.P., Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2003 - No Order Required* was caused to be served on the following parties in the manner indicated:

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President
and General Counsel
**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO: william.sparks@grace.com**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
**TO: dcarickhoff@pszyj.com**

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**VIA E-MAIL IN PDF FORMAT TO: syoder@bayardfirm.com**

Michael R. Latowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
**VIA E-MAIL IN PDF FORMAT TO: mlastowski@duanemorris.com**

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
**VIA E-MAIL IN PDF FORMAT TO: ttacconelli@ferryjoseph.com**

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
**VIA E-MAIL IN PDF FORMAT TO: mgz@del.camlev.com**

Teresa K.D. Currier, Esq.
Kleett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
**VIA E-MAIL IN PDF FORMAT TO: currier@klettrooney.com**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**VIA E-MAIL IN PDF FORMAT TO: James.kapp@chicago.kirkland.com**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**VIA E-MAIL IN PDF FORMAT TO:     david.heller@lw.com and carol.hennessey@lw.com**

Lewis Kruger, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**VIA E-MAIL IN PDF FORMAT**
**TO: rserrette@stroock.com**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
**VIA U.S. MAIL**

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
**VIA E-MAIL IN PDF FORMAT**
**TO: jsakalo@bilzin.com**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
**VIA E-MAIL IN PDF FORMAT**
**TO: pvnl@capdale.com**

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
**VIA E-MAIL IN PDF FORMAT**
**TO: pbentley@kramerlevin.com**

Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202
Fee Auditor
**VIA U.S. MAIL AND VIA E-MAIL IN AN ELECTRONIC FORMAT**
**TO: whsmith@whsmithlaw.com**

and on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller