IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                     :   Chapter 11
                                           :   Case No. 01-01139 et seq.
                                           :
W. R. GRACE & CO., et al.,                 :   Jointly Administered
                                           :
                    Debtors,               :
------------------------------------------------------------ x
```

## SUPPLEMENTAL DECLARATION PURSUANT TO BANKRUPTCY RULE 2014

PHILIP BENTLEY declares, under penalty of perjury, as follows:

      1.     I am an attorney at law and a member of the law firm of Kramer Levin

Naftalis & Frankel LLP ("Kramer Levin").  I provide this supplemental affidavit pursuant to

Bankruptcy Rule 2014 in connection with Kramer Levin's representation of the Official

Committee of Equity Security Holders (the "Equity Committee") in this bankruptcy case.

      2.     Natan M. Hamerman has been an associate employed in the Litigation

Department of Kramer Levin since September 2001.  Mr. Hamerman has not been involved in

any way with Kramer Levin's representation of the Equity Committee in this bankruptcy.  It has

recently come to my attention that Mr. Hamerman's wife, Dina Hamerman, became a law clerk

for U.S. District Judge Alfred Wolin in April 2003.

      3.     I do not believe that this development impacts in any way on Kramer

Levin's disinterestedness under 11 U.S.C. § 327.  However, in an abundance of caution, Kramer

Levin has established the following screening procedures regarding Natan M. Hamerman:  (i) we

have maintained, and will continue to maintain, all files in this case in a location that is not in

proximity to him; (ii) we will not make those files available to him; and (iii) we have directed all

KL2:2211332.1

attorneys and paralegals working on this case not to consult with him in any manner concerning

this case and to refrain from discussing this case in his presence.

        4.      The foregoing is true and correct.

Dated: New York, New York
       June 3, 2003

                        /s/ Philip Bentley
                           Philip Bentley