IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: June 23, 2003 at 4:00p.m. |
| | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                    May 9, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 19692
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   04/30/03

Matter #         734680.1         VS. ALLIED SIGNAL

### Litigation and Litigation Consulting

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/03 | JMA | Post trial issues - review trial transcripts and exhibits re: responses to Honeywell's Findings of Fact; preparation of Conclusions of Law; phone - C. Marraro re: same | 8.40 | 2856.00 |
| 04/01/03 | MEF | Additional revisions to Findings of Fact. | 1.00 | 225.00 |
| 04/01/03 | MEF | Conference with JMA re: all parties agreement re: additional Findings of Fact. | .50 | 112.50 |
| 04/01/03 | RCS | Review and analyze plaintiff's proposed findings of fact | 3.50 | 735.00 |
| 04/01/03 | RCS | Receipt and review, analyze Honeywell proposed findings of fact | 4.50 | 945.00 |
| 04/01/03 | RCS | Telephone call to Barbara Banks re citation checks for Grace defendant's findings of fact | .20 | 42.00 |
| 04/02/03 | JMA | Post trial issues - preliminary review of Honeywell Findings of Fact for conference with C. Marraro; conference with C. Marraro re: review of Honeywell Findings of Fact and various trial transcripts and exhibits in evidence cited by Honeywell; preparation of memo re: response to Honeywell Findings of Fact; conference with RCS re: review of Honeywell Findings of Fact | 9.00 | 3060.00 |
| 04/02/03 | MEF | Review Third Circuit LAR and IOP re: not precedential opinions. | .30 | 67.50 |
| 04/02/03 | MEF | Memo to file and JMA re: telephone call with David Field re: Findings of Facts. | .30 | 67.50 |
| 04/02/03 | MEF | Conference with JMA & CHM re: David Field position on preparation of Findings of Facts. | .40 | 90.00 |
| 04/02/03 | MEF | Prepare chart re: comparison of ICO, Honeywell & Grace Findings of Facts. | .40 | 90.00 |
| 04/02/03 | MEF | Review email from R. Senftleben re: Findings of Facts. | .20 | 45.00 |

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.            734680                      Page     2
INVOICE NO.           19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/03 | MEF | Emails to Akos Nagy re: Findings of Facts. | .20 | 45.00 |
| 04/02/03 | RCS | Prepare draft conclusions of law re impeaching credibility of Honeywell expert witness, Fred Hart | 1.30 | 273.00 |
| 04/02/03 | RCS | Telephone call to Judge Cavanaugh's law clerk, Maureen Goodman, re outstanding issues of Weja exhibits and Roned Order | .20 | 42.00 |
| 04/02/03 | RCS | Review selected Honeywell Findings of Fact together with citations to record, documents and trial transcript to refute or verify Honeywell's findings | 4.00 | 840.00 |
| 04/02/03 | RCS | Prepare draft conclusions of law re: impeaching credibility of Honeywell 's expert witness, Fred Hart. | 1.30 | 273.00 |
| 04/02/03 | RCS | Meeting with John Agnello and Chris Marraro re: assignment for review and analysis of numerous Honeywell Findings of Fact. | .20 | 42.00 |
| 04/03/03 | JMA | Post trial issues - review trial transcripts and exhibits re: response to Honeywell Findings of Fact | 7.80 | 2652.00 |
| 04/03/03 | MEF | Review email from B. Hughes re: client's comments on Findings of Fact. | .20 | 45.00 |
| 04/03/03 | MEF | Review email from B. Hughes re: modifications to Findings of Fact. | .20 | 45.00 |
| 04/03/03 | RCS | Review of certain Honeywell findings of Fact, supporting documents and trial testimony; draft Grace Defendant's responses to Honeywell's Findings of Fact. | 10.50 | 2205.00 |
| 04/04/03 | JMA | Post trial issues - review trial transcripts and exhibits re: response to Honeywell proposed Findings of Fact | 7.00 | 2380.00 |
| 04/04/03 | RCS | Review numerous Honeywell Findings of Fact and supporting testimony and documents; draft Grace Defendant's Findings of Fact responding to Honeywell's which do not accurately reflect the record. | 8.00 | 1680.00 |
| 04/05/03 | RCS | Review Honeywell's Findings of Fact, cited trial testimony and documents; prepare Grace Defendant's Findings of Fact and responding to certain Honeywell proposed Findings of Fact. | 5.00 | 1050.00 |

```
W.R. GRACE & COMPANY                                    May 9, 2003
Client No.          734680                         Page      3
INVOICE NO.         19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/06/03 | JMA | Post trial issues - review trial transcripts and exhibits in evidence re: preparation of responses to Honeywell's Findings of Fact | 4.50 | 1530.00 |
| 04/06/03 | RCS | Review certain Honeywell proposed Findings of Fact and citations to exhibits and trial testimony; prepare Grace defendant's proposed Findings of Fact to same. | 3.00 | 630.00 |
| 04/07/03 | KLW | Conference with JMA and commence research writing on issue of receiver | 1.50 | 375.00 |
| 04/07/03 | JMA | Receipt and review Order from Judge Cavanaugh re: Weja documents; phone - C. Marraro re: Weja documents | .40 | 136.00 |
| 04/07/03 | JMA | Post trial issues - conference with MEF and C. Marraro re: format of Findings of Fact/Conclusions of Law; phone - C. Marraro, MEF and D. Field re: format of Findings of Fact/Conclusions of Law | .40 | 136.00 |
| 04/07/03 | JMA | Post trial issues: review and revise responses to Honeywell proposed Findings of Fact; phone - C. Marraro re: responses to Honeywell Findings of Fact | 8.00 | 2720.00 |
| 04/07/03 | MEF | Conference with JMA re: revisions to Findings of Fact and Conclusions of Law. | .80 | 180.00 |
| 04/07/03 | MEF | Review email from CHM re: B. Banks review of certain Findings of Fact of Honeywell and citations thereto. | .20 | 45.00 |
| 04/07/03 | MEF | Review memo from CHM re: Honeywell's Findings of Fact. | .70 | 157.50 |
| 04/07/03 | MEF | Receipt and review order regarding introduction of documents from Grace v. Weja litigation. | .20 | 45.00 |
| 04/07/03 | MEF | Review memos from JMA re: revisions to Findings of Fact. | .30 | 67.50 |
| 04/07/03 | RCS | Review certain Honeywell Findings of Fact and related trial testimony and exhibits; prepare Grace defendants proposed Findings of Fact in response. | 5.00 | 1050.00 |
| 04/07/03 | KV | Update Grace Defendants' Trial Exhibit binders | 1.80 | 135.00 |

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.            734680                 Page      4
INVOICE NO.           19692
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/08/03 | JMA | Post trial issues - revise responses to Honeywell Findings of Fact; prepare Conclusions of Law sections; conference with C. Marraro re: preparation of Findings of Fact and Conclusions of Law | 11.00 | 3740.00 |
| 04/08/03 | MEF | Revise Findings of Fact - additional findings, corrections and deletions. | 5.80 | 1305.00 |
| 04/08/03 | MEF | Prepare memo re: agreement on additions/changes to Findings circulated on 3/31/03. | .30 | 67.50 |
| 04/08/03 | MEF | Telephone call with B. Hughes re: Findings of Fact. | .30 | 67.50 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: revisions to Grace defendants' Findings of Fact. | .40 | 84.00 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: revisions to Grace defendants' conclusions of law. | .30 | 63.00 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: Grace defendants' responses to certain Honeywell's Findings of Fact. | .60 | 126.00 |
| 04/08/03 | RCS | Receipt and review of Plaintiff/ICO's Amended Final Exhibit List submitted to Court on April 7, 2003 and cross-reference with what Grace Defendants believe are ICO exhibits in evidence. | 1.00 | 210.00 |
| 04/08/03 | RCS | Meeting with John Agnello and Chris Marraro re: certain Grace Defendants' responses to Honeywell's Findings of Fact drawing Court to ultimate conclusions under certain sections of Grace Defendants' Findings of Fact. | 2.20 | 462.00 |
| 04/08/03 | RCS | Review Grace Defendants' Findings of Fact and draft certain Findings of Fact leading Court to ultimate Findings Grace Defendants want Court to find. | 4.50 | 945.00 |
| 04/08/03 | KV | Organize supplemental trial exhibit binder for court | 2.60 | 195.00 |
| 04/09/03 | KLW | Continue research on receiver | 4.00 | 1000.00 |
| 04/09/03 | JMA | Post trial issues - review trial transcripts and evidence; prepare Grace Findings of Fact and Conclusions of Law | 10.00 | 3400.00 |

```
W.R. GRACE & COMPANY                                    May 9, 2003
Client No.         734680                         Page      5
INVOICE NO.        19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/09/03 | MEF | Research - credibility of witnesses. | 1.00 | 225.00 |
| 04/09/03 | MEF | Letter to D. Field & K. Millian re: agreement regarding Findings of Fact. | .50 | 112.50 |
| 04/09/03 | MEF | Conferences with JMA re: revisions of Findings of Fact. | 1.60 | 360.00 |
| 04/09/03 | MEF | Revise Findings of Fact. | 1.80 | 405.00 |
| 04/09/03 | RCS | Meeting with John Agnello re: drafting additional Findings of Fact from trial notes. | .20 | 42.00 |
| 04/09/03 | RCS | Review several witnesses testimony related to drafting additional Findings of Fact. | 3.50 | 735.00 |
| 04/09/03 | RCS | Perform detailed review of Plaintiff's Findings of Fact listing and categorizing certain Findings that Grace defendants should respond to for meeting with John Agnello. | 2.00 | 420.00 |
| 04/09/03 | RCS | Meeting with John Agnello and telephone conference with Chris Marraro re: review of Plaintiff's Findings of Fact and drafting response paragraphs to same together with drafting additional conclusionary Findings of Fact for Grace defendants. | 2.00 | 420.00 |
| 04/09/03 | RCS | Review Nagy's and Pierson's testimony in conjunction with drafting additional Grace Defendants' Findings of Fact. | 2.50 | 525.00 |
| 04/10/03 | KLW | Continue and conclude research and draft of brief point on receiver and financial assurances | 7.50 | 1875.00 |
| 04/10/03 | JMA | Post trial issues - conference call with C. Marraro and D. Field re: scheduling; conference call with C. Marraro and K. Millian re: scheduling; conference call with C. Marraro and S. German re: scheduling; conference with MEF re: scheduling | 1.00 | 340.00 |
| 04/10/03 | JMA | Post trial issues - review of and comments to Grace Conclusions of Law | 3.00 | 1020.00 |
| 04/10/03 | JMA | Post trial issues - meeting with C. Marraro re: revisions to Conclusions of Law | 9.50 | 3230.00 |
| 04/10/03 | JMA | Phone - Star Ledger reporter | .10 | 34.00 |
| 04/10/03 | MEF | Revise Findings of Fact. | 6.70 | 1507.50 |

```
W.R. GRACE & COMPANY                                May 9, 2003
Client No.            734680                        Page     6
INVOICE NO.           19692
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/10/03 | MEF | Telephone call with Maureen at Judge Cavanaugh's re: 1 day extension. | .20 | 45.00 |
| 04/10/03 | MEF | Letter to all counsel re: 1 day extension. | .20 | 45.00 |
| 04/10/03 | RCS | Review Grace Defendants' Findings of Fact, checking citations to trial testimony and exhibits. | 3.00 | 630.00 |
| 04/10/03 | RCS | Research New Jersey and Environmental Statutes which permit NJDEP to require responsible party to make financial assurances towards remediation; review Administrative Consent Order and Directives in conjunction therewith. | 4.00 | 840.00 |
| 04/10/03 | RCS | Telephone communication from Barbara Banks re: forwarding original exhibits to Carella Byrne. | .20 | 42.00 |
| 04/10/03 | RCS | Research Federal case law regarding Resource Conservation Recovery Act for Conclusions of Law section. | 1.00 | 210.00 |
| 04/10/03 | RCS | Research re: equitable conversion doctrine in relation to ECARG's purchase but failure to record Deeds. | 1.00 | 210.00 |
| 04/11/03 | KLW | Obtain regulations on financial assurance for JMA | .50 | 125.00 |
| 04/11/03 | JMA | Post trial issues - phone - D. Field re: exhibits; phone - D. Field re: diskette to court | .30 | 102.00 |
| 04/11/03 | JMA | Post trial issues - preparation, review and revisions to Grace Defendants' Conclusions of Law; meeting with C. Marraro re: preparation, review and revisions to Grace Defendants' Conclusions of Law | 10.00 | 3400.00 |
| 04/11/03 | MEF | Conference with JMA re: Conclusions of Law. | .60 | 135.00 |
| 04/11/03 | MEF | Revise portions of Conclusions of Law. | 2.20 | 495.00 |
| 04/11/03 | MEF | Revise Findings of Fact. | 2.10 | 472.50 |
| 04/11/03 | RCS | Receipt and review of exhibits admitted into evidence from Wallace King; prepare exhibits in final format for submission to the Court with Post-Trial Findings of Fact and Conclusions of Law. | 5.00 | 1050.00 |
| 04/11/03 | KV | Organize supplemental trial exhibits for the court | 1.80 | 135.00 |

```
W.R. GRACE & COMPANY                                    May 9, 2003
Client No.         734680                               Page     7
INVOICE NO.        19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/03 | RCS | Review of Grace Defendants' Proposed Conclusions of Law, revise and edit same. | 2.00 | 420.00 |
| 04/13/03 | JMA | Post trial issues - review of and comments to Grace Defendants' Conclusions of Law | 2.00 | 680.00 |
| 04/13/03 | JMA | Post trial issues - conference call with C. Marraro re: revisions to Grace Defendants' Conclusions of Law | 1.50 | 510.00 |
| 04/13/03 | JMA | Post trial issues - preparation of Grace Defendants' Conclusions of Law | 4.00 | 1360.00 |
| 04/13/03 | MEF | Revise Conclusions of Law. | 2.50 | 562.50 |
| 04/13/03 | RCS | Continued review of Grace Defendants' Proposed Conclusions of Law. | 2.40 | 504.00 |
| 04/13/03 | RCS | Review of citations within Grace Defendants' Conclusions of Law, update all cites to blue book form. | 3.50 | 735.00 |
| 04/13/03 | RCS | Review Grace Defendants' Proposed Findings of Facts together with final exhibits to make sure all Proposed Findings are supported by all admitted exhibits. | 1.00 | 210.00 |
| 04/14/03 | JMA | Post trial issues - review, revise, finalize and execute Grace Defendants' Findings of Fact and Conclusions of Law | 11.00 | 3740.00 |
| 04/14/03 | JMA | Post trial issues - letter to Judge Cavanaugh; letter to Clerk; prepare Certificate of Service | .70 | 238.00 |
| 04/14/03 | MEF | Revise and finalize Findings of Fact and Conclusions of Law. | 8.30 | 1867.50 |
| 04/14/03 | RCS | Telephone communications to Michael Caffrey, Esq. re: submission of exhibits to Court. | .30 | 63.00 |
| 04/14/03 | RCS | Telephone communications to Alyssa Cimino, Judge Cavanaugh's Court Clerk re: delivery of exhibits and disk containing Findings of Fact & Conclusions of Law. | .30 | 63.00 |
| 04/14/03 | RCS | Review additional Grace Defendants' Proposed Conclusions of Law sections regarding Remedies, revise and edit same. | 2.00 | 420.00 |
| 04/14/03 | RCS | Meeting with John Agnello re: Grace Defendants' Conclusions of Law revisions for grammar and typographical errors. | .50 | 105.00 |

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.          734680                        Page     8
INVOICE NO.         19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/03 | RCS | Revisions to Grace Defendants' Findings of Fact to include reference to certain additional Grace exhibits. | 1.50 | 315.00 |
| 04/14/03 | RCS | Review Grace Defendants' Proposed Conclusions of Law, revise and edit statutory and case law citations. | 2.50 | 525.00 |
| 04/14/03 | RCS | Meeting with John Agnello and telephone conference with Chris Marraro re: substantive comments and revisions to Grace Defendants' Proposed Conclusions of Law. | .70 | 147.00 |
| 04/14/03 | RCS | Review Grace Defendants' Proposed Order following trial, revise and edit same. | .40 | 84.00 |
| 04/14/03 | RCS | Hand deliver Grace Defendants' Proposed Findings of Fact and Conclusions of Law to Federal District Court Clerk's Office. | 1.30 | 273.00 |
| 04/15/03 | JMA | Phone - C. Marraro re: open issues with exhibits and Findings of Fact and Conclusions of Law | .30 | 102.00 |
| 04/15/03 | JMA | Post trial issues - preliminary review of plaintiffs' Findings of Fact and Conclusions of Law | 1.00 | 340.00 |
| 04/15/03 | MEF | Emails to CHM re: final version of Conclusions of Law, additions/deletions/changes to preliminary Findings of Fact. | .30 | 67.50 |
| 04/15/03 | RCS | Telephone communications with Judge Cavanaugh's law clerk, Maureen Goodman re: exhibits and disk containing Proposed Findings of Fact and Conclusions of Law. | .20 | 42.00 |
| 04/15/03 | RCS | Prepare exhibits for hand-delivery to Judge Cavanaugh's chambers. | 1.50 | 315.00 |
| 04/15/03 | RCS | Telephone communications with Steven J. German, Esq. re: submission of exhibits to Court. | .40 | 84.00 |
| 04/15/03 | RCS | Hand-deliver Grace Defendants' Exhibits admitted into evidence to Judge Cavanaugh. | 1.50 | 315.00 |

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.         734680                    Page      9
INVOICE NO.        19692
```

| | | | | |
|---|---|---|---|---|
| 04/15/03 | RCS | Review certain Honeywell Findings of Fact Submitted to Court in conjunction with Honeywell's Findings of Fact exchanged amongst parties to determine whether submission to Court changed the paragraphs the Grace Defendants' responded to in Grace's Conclusions of Law; prepare memorandum to John Agnello and Chris Marraro re: same. | 1.40 | 294.00 |
| 04/15/03 | KV | Deliver trial exhibit binders to NJ District Court | 1.50 | 112.50 |
| 04/16/03 | JMA | Post trial issues - phone - C. Marraro re: strategy | .30 | 102.00 |
| 04/16/03 | JMA | Phone - M. Caffrey re: exchange of list containing new paragraphs on Findings of Facts | .20 | 68.00 |
| 04/16/03 | JMA | Post trial issues - revise replacement pages (274 to 286) for Grace Defendants' Findings of Fact and Conclusions of Law | 1.20 | 408.00 |
| 04/16/03 | JMA | Post trial issues - letter to Judge Cavanaugh | .30 | 102.00 |
| 04/16/03 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh; review exhibits cited in Field letter | .40 | 136.00 |
| 04/16/03 | MEF | Telephone call with CHM re: cleanup issues on Conclusions of Law. | .20 | 45.00 |
| 04/16/03 | RCS | Preparation of memorandum to John Agnello and Chris Marraro re: comparison of Honeywell's Preliminary Findings of Fact exchanged amongst parties to Findings of Fact submitted to the Court. | .40 | 84.00 |
| 04/16/03 | RCS | Meeting with John Agnello re: review of Plaintiff's and Honeywell's submissions to the Court. | .20 | 42.00 |
| 04/16/03 | RCS | Telephone communication from Michael J. Caffrey, Esq. re: exchanging Grace & Honeywell's Findings of Fact section which have changed from Preliminary to Final Submissions. | .20 | 42.00 |
| 04/16/03 | RCS | Telephone communication with Chris Marraro, Esq. re: review of Proposed Findings of Fact and preparation of errata sheet. | .20 | 42.00 |
| 04/17/03 | JMA | Review plaintiffs' Findings of Fact and Conclusions of Law | 2.60 | 884.00 |

```
W.R. GRACE & COMPANY                                May 9, 2003
Client No.          734680                       Page     10
INVOICE NO.         19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/17/03 | MEF | Review Findings of Fact and prepare list of new Findings of Fact from preliminary Findings of Fact. | 3.30 | 742.50 |
| 04/18/03 | JMA | Post trial issues - review case law re: strict liability and statute of limitations | 3.50 | 1190.00 |
| 04/18/03 | JMA | Meeting with C. Marraro re: legal issues raised by plaintiffs and Honeywell in Findings of Fact and Conclusions of Law | 2.50 | 850.00 |
| 04/18/03 | MEF | Continue preparing chart of Revised/Added/Deleted Findings of Fact. | 1.70 | 382.50 |
| 04/18/03 | RCS | Meeting with John Agnello re: Honeywell Proposed Findings of Fact paragraphs that Grace responded to in its submission to the Court. | .50 | 105.00 |
| 04/19/03 | RCS | Research regarding statute of limitations for continuing tort defense argued by Honeywell in its Conclusions of Law. | .50 | 105.00 |
| 04/21/03 | JMA | Post trial issues - review of and comments to Grace Defendants' list of changes to Grace Defendants' Preliminary Findings of Fact | .50 | 170.00 |
| 04/21/03 | JMA | Post trial issues - conference with MEF re: revisions to Grace Defendants' list | .50 | 170.00 |
| 04/21/03 | JMA | Post trial issues - letter to adversaries | .20 | 68.00 |
| 04/21/03 | MEF | Conference with JMA re: additions/changes to preliminary Findings of Fact. | .50 | 112.50 |
| 04/21/03 | MEF | Revise chart re: additions/changes to preliminary Findings of Fact. | .50 | 112.50 |
| 04/21/03 | RCS | Telephone communication to Michael J. Caffrey, Esq. re: exchange of paragraph changes from preliminary Findings of Fact and Proposed Findings of Fact submitted to the Court. | .20 | 42.00 |
| 04/21/03 | RCS | Telephone communication with Kathy Millian, Esq.'s paralegal re: exchange of paragraph changes from preliminary Findings of Fact and Proposed Findings of Fact submitted to the Court. | .20 | 42.00 |
| 04/21/03 | RCS | Correspondence to Judge Cavanaugh re: hand delivery of Grace Defendants' Exhibits Admitted into Evidence. | .20 | 42.00 |

```
W.R. GRACE & COMPANY                                    May 9, 2003
Client No.              734680                  Page        11
INVOICE NO.             19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/03 | JMA | Phone - C. Marraro re: Honeywell Findings of Fact; conference with RCS re: same | .40 | 136.00 |
| 04/22/03 | JMA | Review Jersey City Resolution re: redevelopment; conference with RCS re: trial testimony | .40 | 136.00 |
| 04/22/03 | JMA | Conference with RCS re: letter to Court regarding Grace Defendants' exhibits | .30 | 102.00 |
| 04/22/03 | RCS | Receipt and review of Jersey City Resolution re: redevelopment and Bayfront Boundary Map. | .40 | 84.00 |
| 04/22/03 | RCS | Meeting with John Agnello re: review of portions of Akos Nagy's testimony and obtaining additional documentation from Jersey City. | .20 | 42.00 |
| 04/22/03 | RCS | Review Akos Nagy's trial testimony re: Jersey City's position on re-development. | 1.20 | 252.00 |
| 04/22/03 | RCS | Correspondence from Michael J. Caffrey, Esq. re: Honeywell's Findings of Fact paragraphs that were added or modified following Honeywell's Findings of Fact exchanged amongst parties. | .20 | 42.00 |
| 04/22/03 | RCS | Review certain portion of Honeywell's Findings of Fact; meeting with John Agnello re: Jersey City Resolution. | .30 | 63.00 |
| 04/22/03 | RCS | Telephone communications with Jersey City Clerk's Office re: obtaining Resolution for re-development. | .40 | 84.00 |
| 04/22/03 | RCS | Review Honeywell's Findings of Fact that were added or modified from original submission exchanged among parties (partial). | 1.50 | 315.00 |
| 04/22/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | .50 | 37.50 |
| 04/23/03 | JMA | Post trial issues - Phone - C. Marraro re: Judicial Notice issues - Honeywell Findings of Fact | .30 | 102.00 |
| 04/23/03 | JMA | Post trial issues - Conference with RCS re: Honeywell Findings of Fact | .20 | 68.00 |
| 04/23/03 | JMA | Conference with RCS re: Grace Defendants' Exhibits | .20 | 68.00 |

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.          734680                   Page      12
INVOICE NO.         19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/23/03 | JMA | Receipt and review letter from D. Field re: changed paragraphs in Final Findings of Fact; conference with RCS | .50 | 170.00 |
| 04/23/03 | JMA | Receipt and review letter from S. German to Judge Cavanaugh re: exhibits | .20 | 68.00 |
| 04/23/03 | RCS | Review Hugh McGuire's trial testimony relative to disputing certain Honeywell Proposed Findings of Fact paragraphs; prepare memorandum to John Agnello and Chris Marraro re: same. | 1.50 | 315.00 |
| 04/23/03 | RCS | Telephone communication from Christina at Terris Pravlick re: Plaintiff's modifications to Proposed Findings of Fact exchanged amongst parties as contained in final submission to Court. | .20 | 42.00 |
| 04/24/03 | JMA | Preparation of list of all parties' remaining claims and remedies sought | 1.50 | 510.00 |
| 04/25/03 | JMA | Post trial issues - revise list of all parties' remaining claims and remedies sought | .70 | 238.00 |
| 04/25/03 | JMA | Post trial issues - phone - C. Marraro re: Honeywell Findings of Fact - judicial notice issue | .40 | 136.00 |
| 04/25/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 2.20 | 165.00 |
| 04/28/03 | JMA | Post trial issues - phone - C. Marraro re judicial notice issue | .30 | 102.00 |
| 04/28/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 3.90 | 292.50 |
| 04/29/03 | JMA | Post trial issues - review of and revisions to letter to Judge Cavanaugh | .70 | 238.00 |
| 04/29/03 | JMA | Post trial issues - phone C. Marraro re: additional trial exhibit | .40 | 136.00 |
| 04/29/03 | RCS | Correspondence to Michael J. Caffrey, Esq. serving requested Grace Defendants exhibits. | .20 | 42.00 |
| 04/29/03 | RCS | Meeting with paralegal, Jeff Falduto, re: close out of certain portion of file, review same upon Falduto's completion. | .40 | 84.00 |

```
W.R. GRACE & COMPANY                                May 9, 2003
Client No.              734680                 Page      13
INVOICE NO.             19692
```

| | | | | |
|---|---|---|---|---|
| 04/29/03 | RCS | Meeting with John Agnello, Esq. re: New Jersey Administrative Code Amendments to newly adopted Surface Water Quality Standard; research statute together with Fed. evidence rule to determine if court can take judicial notice of same after trial. | .50 | 105.00 |
| 04/29/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 2.80 | 210.00 |
| 04/30/03 | JMA | Post trial issues - phone - C. Marraro re: Jersey City Resolution; conference with RCS re: same | .80 | 272.00 |
| 04/30/03 | RCS | Meeting with John Agnello, Esq. re: review of Nagy and McGuire testimony. | .20 | 42.00 |
| 04/30/03 | RCS | Review trial testimony of Akos Nagy and Hugh McGuire re: discussions with certain Jersey City municipal officials. | .80 | 168.00 |
| 04/30/03 | RCS | Meeting with John Agnello, Esq. re: obtaining Jersey City Clerk's file on Bay Front Study Area I. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication to Jersey City Planning Board re: documents considered by Board in passing Resolution. | .30 | 63.00 |
| 04/30/03 | RCS | Receipt and review of Resolution Fact Sheet from Jersey City Clerk's Office. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication with Michelle Alonzo, Jersey City Planning Board re: Bay Front Study Area I Resolution. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication to Jersey City Clerk's Office re: reviewing file on Bay Front Study Area I Resolution. | .20 | 42.00 |
| 04/30/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 5.70 | 427.50 |

                                              Subtotal:          84,075.50

**Fee Applications, Applicant**

| | | | | |
|---|---|---|---|---|
| 04/01/03 | MEF | Review bills re: March expenses for fee application. | .50 | 112.50 |

```
W.R. GRACE & COMPANY                                  May 9, 2003
Client No.              734680                   Page      14
INVOICE NO.             19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/01/03 | MEF | Review status of open, but approved payments. | .30 | 67.50 |
| 04/01/03 | MEF | Review Certificate of No Objection re: January 2002 time. | .20 | 45.00 |
| 04/03/03 | MEF | Review March 2003 fee detail. | .80 | 180.00 |
| 04/04/03 | MEF | Preparation of 13th monthly fee application. | 2.20 | 495.00 |
| 04/07/03 | JMA | Fee Application - review and execute Thirteenth Monthly Fee Application | 1.00 | 340.00 |
| 04/07/03 | MEF | Revise and finalize 13th monthly fee application. | .90 | 202.50 |
| 04/15/03 | MEF | Review bankruptcy docket re: Certificate of No Objection - February 2003. | .50 | 112.50 |
| 04/15/03 | MEF | Email to Fee Auditor re: CBBG response to Initial Report regarding 7th Quarterly Fee Application. | .30 | 67.50 |
| 04/18/03 | JMA | Fee application - review Fee Auditor's Report for 7th Quarterly Fee Application | .40 | 136.00 |
| 04/19/03 | JMA | Fee application -review of and comments to Carella, Byrne response to Fee Auditor Report | .50 | 170.00 |
| 04/19/03 | JMA | Fee application - conference with MEF re: revisions to Carella, Byrne response to Fee Auditor Report | .70 | 238.00 |
| 04/19/03 | MEF | Conference with JMA re: revisions to response to Fee Auditor's Initial Report on 7th Quarterly Fee Application. | .70 | 157.50 |
| 04/21/03 | MEF | Revise and finalize response to Fee Auditor's Initial report on 7th Quarterly Fee Application. | 1.00 | 225.00 |
| 04/21/03 | MEF | Letter and email to W. Smith re: CBBG response to Initial Report in 7th quarterly Fee Application. | .30 | 67.50 |
| 04/21/03 | MEF | Review Certificate of No Objection re: February 2003 fee application. | .30 | 67.50 |

```
                                       Subtotal:        2,684.00

Total Fees:                                            86,759.50
```

```
W.R. GRACE & COMPANY                                May 9, 2003
Client No.            734680                        Page      16
INVOICE NO.           19692


SUMMARY OF FEES:

    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS              FEES
    K L WINTERS                      250.00    13.50           3375.00
    J M AGNELLO                      340.00   133.00          45220.00
    M E FLAX                         225.00    54.50          12262.50
    RC SCRIVO                        210.00   115.20          24192.00
    K VENGROW                         75.00     7.70            577.50
    J FALDUTO                         75.00    15.10           1132.50
                          TOTALS              339.00          86759.50
```