# EXHIBIT B

```
W.R. GRACE & COMPANY                              May 9, 2003
Client No.              734680                    Page      15
INVOICE NO.             19692


        Disbursements


Costs Advanced

04/23/03 Costs Advanced - SARA CONSULTANTS 4/23        320.00
         (Security at Site on 2/10/03)

                                        SUBTOTAL:     320.00

04/30/03 Messenger                                      35.00
04/30/03 Photocopies                                  1456.75
04/30/03 Faxes                                          19.00
04/30/03 Telephone                                     574.52
04/30/03 Additional Staff Time                         547.44
04/30/03 Computer Searches                             565.00
04/30/03 Federal Express                               166.93
                                                   ------------
Total Costs                                          3,684.64
                                                   ------------
```