IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: June 23, 2003 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 2:02CV408JM**
**United States District Court**
**Northern District of Indiana**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/01/03 | DRB | Analysis of non-infringement positions and invalidity positions | 5.80 |
| 04/01/03 | GHL | Telephone conference with Mr. Maggio and Mr. Sorial regarding further investigations to be made at refineries regarding their use/operation of the Nol-Tec loaders; | 0.50 |
| 04/02/03 | GHL | Review of Intercat patent and prosecution history, and review of information received from interview of Whiting refinery for development of further information to be sought from refineries during proposed interviews; | 1.25 |
| 04/02/03 | GHL | Fee Applications, Applicant – preparation of fee application for February 2003 | 0.50 |
| 04/03/03 | DRB | Noninfringement analysis including analysis of claim construction, specification and prosecution history | 4.00 |
| 04/04/03 | DRB | Analysis of infringement issues | 0.80 |
| 04/04/03 | GHL | Fee Applications, Applicant - preparation of fee detail for February 2003 and interim application; | 0.50 |
| 04/05/03 | DRB | Legal analysis of non-infringement positions | 0.80 |
| 04/07/03 | DRB | Consideration of indemnity issues and telephone conference with Grace personnel regarding same; drafting indemnity clause | 1.50 |
| 04/07/03 | DRB | Legal analysis of infringement issues and potential summary judgment motion practice | 4.50 |
| 04/07/03 | GHL | Review of information received from refineries on proposed use/operation of Nol-Tec loader; | 0.50 |
| 04/07/03 | GHL | Office conference to consider defense of this matter; | 1.00 |
| 04/08/03 | DRB | Analysis of liability issues | 2.00 |
| 04/08/03 | DRB | Advice regarding uses of loaders by customers | 1.50 |
| 04/08/03 | GHL | Review and revision to proposed communication to refineries regarding this matter; | 0.75 |
| 04/09/03 | DRB | Analysis of use of loaders by refineries and advice to Grace regarding same | 1.00 |
| 04/09/03 | DRB | Advice to Grace regarding strategy for defense of case | 0.50 |
| 04/14/03 | GHL | further non-infringement analysis and review of evidence of same from refineries | 0.75 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/15/03 | DRB | Analysis of various non-infringement positions | 1.00 |
| 04/16/03 | DRB | Analysis of non-infringement positions | 0.80 |
| 04/16/03 | GHL | Review of claim construction issues | 0.25 |
| 04/21/03 | GHL | Fee Applications, Applicant – preparation of fee application for March 2003 | 0.50 |
| 04/22/03 | DRB | Preparation of materials regarding non-infringement proofs | 0.50 |
| 04/23/03 | GHL | Review of information on uses of Nol-Tec loaders and consideration of non-infringement positions | 0.75 |
| 04/23/03 | DRB | Advice regarding third party agreements | 0.40 |
| 04/23/03 | GHL | Review of proposed refinery correspondence; | 0.20 |
| 04/24/03 | DRB | Advice regarding non-infringement to Grace employees | 0.50 |
| 04/29/03 | GHL | Review of Intercat's discovery requests to Nol-Tec, as forwarded by Nol-Tec counsel, and consideration of response; | 0.65 |
| 04/29/03 | FTC | Reviewed prior art, considered invalidity of U.S. patent no. 5,389,236. | 4.10 |
| 04/30/03 | DRB | Analysis of discovery requests to Nol Tec and telephone conference regarding status of discovery and pending motions | 1.40 |

|  |  | SERVICES | $ | 14,268.50 |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 8.10 hours at | $435.00 | |
| DRB | DAVID R. BAILEY | 27.00 hours at | $360.00 | |
| FTC | FRANK T. CARROLL | 4.10 hours at | $250.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| TELEFAX, TELEPHONE | 216.91 |
| PHOTOCOPYING | 27.50 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 244.41 |
| SERVICE TOTAL | $ | 14,268.50 |
| **INVOICE TOTAL** | $ | **14,512.91** |