# EXHIBIT B

## EXHIBIT B

## FEES FOR THE FEE PERIOD
## JANUARY 1, 2003 THROUGH MARCH 31, 2003

### FEES FOR THE FEE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 01/02/03 | Address cost issues and Weja position on same. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/07/03 | Call to Weja counsel on cost issues and memo on same. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 01/09/03 | Call with F. Biehl on costs and interim order and carriers position on same. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/09/03 | Memo to R. Rose and A. Marchetta on Weja cost issues and carrier position; strategy on same. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/10/03 | Revise draft interim order and briefing schedule for matter. | | |
| 4 | W. Hatfield | 0.6 | 165.00 |
| 01/10/03 | Draft memo on pre-trial costs and strategy for recovery of trial and post-trial fees and costs. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/10/03 | Direct S. Kim on legal research for upcoming briefs and motions under proposed interim order schedule. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/13/03 | Attend to communications with F. Biehl - negotiation of pre-trial costs and interim order. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 01/14/03 | Work with W. Hatfield regarding issues of counterclaim and interim order and effect of same. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 01/14/03 | Work on audit letter response. | | |
| 4 | A. Marchetta | 0.1 | 45.00 |

| | | | |
|---|---|---|---|
| 01/14/03 | Attend to appeal issue and stay per A. Marchetta. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |
| | | | |
| 01/14/03 | Call with F. Biehl on negotiations on pre-trial order and resolution of pre-trial costs issue. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| | | | |
| 01/14/03 | Prepare memo on appeal issues and stay and implications of same. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| | | | |
| 01/14/03 | Prepare letter to F. Biehl with revised interim order for review. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| | | | |
| 01/15/03 | Attend to post-trial issues on court decision. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| | | | |
| 01/15/03 | Finalize interim order of judgment. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| | | | |
| 01/15/03 | Prepare letter to F. Biehl regarding interim order of judgment. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |
| | | | |
| 01/15/03 | Attend to pleadings and memo to. R. Rose and A. Marchetta on Weja claims. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| | | | |
| 01/15/03 | Review draft of revised interim order. | | |
| 15 | R. Rose | 0.3 | 115.50 |
| | | | |
| 01/16/03 | Review pleadings for documents as requested by W. Hatfield for briefing. | | |
| 24 | S. Purrington | 1.3 | 143.00 |
| | | | |
| 01/17/03 | Attend to issues for post-trial briefs. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| | | | |
| 01/20/03 | Research on potential motion for reconsideration. | | |
| 15 | S. Kim | 1.8 | 288.00 |
| | | | |
| 01/20/03 | Research for potential motion for reconsideration. | | |
| 15 | S. Kim | 3.4 | 544.00 |
| | | | |
| 01/20/03 | Review case law regarding fee applications. | | |
| 11 | D. McKillop | 0.5 | 90.00 |
| | | | |
| 01/21/03 | Preparations for filing of motions post-trial on Weja case issues. | | |
| 4 | W. Hatfield | 0.8 | 220.00 |

| 01/21/03 | Attention to W. Hatfield request regarding invoices for attorney's fees and pre-judgment interest calculations. | | |
|---|---|---|---|
| 24 | S. Purrington | 0.8 | 88.00 |
| 01/22/03 | Address case issues regarding attorney fee application. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| 01/22/03 | Prepare letter to court with filing of interim order for execution. | | |
| 4 | W. Hatfield | 0.6 | 165.00 |
| 01/22/03 | Confer with W. Hatfield regarding trial and post-trial invoices and disbursements. | | |
| 24 | S. Purrington | 0.4 | 44.00 |
| 01/22/03 | Review trial and post-trial invoices and disbursements as requested by W. Hatfield. | | |
| 24 | S. Purrington | 1.6 | 176.00 |
| 01/23/03 | Address fee application to court for trial and post-trial attorneys fees and costs and letter brief. | | |
| 4 | W. Hatfield | 3.7 | 1,017.50 |
| 01/23/03 | Work on audit response letter. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 01/23/03 | Assist W. Hatfield with preparation of trial and post-trial attorney fees and costs summary for briefs. | | |
| 24 | S. Purrington | 4.2 | 462.00 |
| 01/24/03 | Review and edit draft of letter brief for attorney's fees and costs. | | |
| 15 | R. Rose | 0.8 | 308.00 |
| 01/24/03 | Attend to letter brief and order on attorneys fees application for trial and post-trial period. | | |
| 4 | W. Hatfield | 4.7 | 1,292.50 |
| 01/24/03 | Review fee application letter brief to court and work with W. Hatfield on same. | | |
| 4 | D. McKillop | 1.3 | 234.00 |
| 01/24/03 | Assist W. Hatfield with preparation of trial and post-trial attorney fees and costs summary for briefs. | | |
| 24 | S. Purrington | 1.9 | 209.00 |
| 01/27/03 | Address letter brief to court on attorney fee application. | | |

| 4 | W. Hatfield | 2.0 | 550.00 |

| 01/27/03 | Prepare affidavit and exhibits for brief. | | |
| 4 | W. Hatfield | 1.6 | 440.00 |

| 01/27/03 | Finalize and serve/file brief with court and Weja by hand delivery. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |

| 01/27/03 | Draft motion for reconsideration brief. | | |
| 15 | S. Kim | 1.4 | 224.00 |

| 01/27/03 | Research for motion for reconsideration. | | |
| 15 | S. Kim | 2.9 | 464.00 |

| 01/27/03 | Assist W. Hatfield with preparation of trial and post-trial attorney fee petition and brief. | | |
| 24 | S. Purrington | 2.5 | 275.00 |

| 01/27/03 | Confer with W. Hatfield regarding pre-judgment interest calculations for brief. | | |
| 24 | S. Purrington | 0.4 | 44.00 |

| 01/28/03 | Address brief on reconsideration. | | |
| 4 | W. Hatfield | 2.0 | 550.00 |

| 01/28/03 | Address brief on pre-judgment interest. | | |
| 4 | W. Hatfield | 2.6 | 715.00 |

| 01/28/03 | Direct S. Kim on research for matter. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |

| 01/28/03 | Additional research for motion for reconsideration. | | |
| 15 | S. Kim | 2.4 | 384.00 |

| 01/28/03 | Update pre-judgement interest spreadsheets as requested by W. Hatfield for brief. | | |
| 24 | S. Purrington | 0.6 | 66.00 |

| 01/29/03 | Telephone from F. Biehl concerning invoices for attorneys' fees submitted to Court. | | |
| 15 | R. Rose | 0.2 | 77.00 |

| 01/29/03 | Attend to brief for pre-judgment interest and calculations on same. | | |
| 4 | W. Hatfield | 2.8 | 770.00 |

| 01/29/03 | Attend to inquiry and call to Weja counsel on trial and post-trial fee | | |

|  |  |  |  |
|---|---|---|---|
|  | application issues. |  |  |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 01/29/03 | Address motion for reconsideration argument outline. |  |  |
| 4 | W. Hatfield | 0.6 | 165.00 |
| 01/29/03 | Review letter brief regarding pre-judgment interest per W. Hatfield. |  |  |
| 4 | D. McKillop | 0.7 | 126.00 |
| 01/29/03 | Prepare additional pre-judgment interest calculations for Briefing as requested by W. Hatfield. |  |  |
| 24 | S. Purrington | 3.8 | 418.00 |
| 01/29/03 | Review Proposed Findings of Fact and Conclusions of Law for document cites regarding tank ownership, allocation, and fees as requested by W. Hatfield for motion for reconsideration. |  |  |
| 24 | S. Purrington | 1.4 | 154.00 |
| 01/29/03 | Review file and trial transcripts for trial exhibits and testimony relating to tank ownership, allocation, and fees as requested by W. Hatfield for motion for reconsideration. |  |  |
| 24 | S. Purrington | 0.7 | 77.00 |
| 01/30/03 | Attend to interest calculations and brief on prejudgment interest. |  |  |
| 4 | W. Hatfield | 1.1 | 302.50 |
| 01/30/03 | Attend to reconsideration issues and interim order status. |  |  |
| 4 | W. Hatfield | 0.5 | 137.50 |
| 01/30/03 | Review and edit letter brief to Court concerning right to pre-judgment attorney's fees. |  |  |
| 15 | R. Rose | 0.8 | 308.00 |
| 01/30/03 | Continue to review file and trial transcripts for trial exhibits and testimony relating to tank ownership, allocation, and fees as requested by W. Hatfield for motion for reconsideration. |  |  |
| 24 | S. Purrington | 1.3 | 143.00 |
| 01/31/03 | Address prejudgment interest brief and R. Rose changes. |  |  |
| 4 | W. Hatfield | 1.5 | 415.50 |
| 01/31/03 | Finalize brief for filing. |  |  |
| 4 | W. Hatfield | 1.0 | 275.00 |
| 01/31/03 | Follow up on delivery to Court. |  |  |
| 4 | W. Hatfield | 0.2 | 55.00 |

| 01/31/03 4 | Attend to motion for reconsideration issues. W. Hatfield | 1.1 | 302.50 |
|---|---|---|---|
| 01/31/03 4 | Follow-up regarding Interim Order. A. Marchetta | 0.2 | 90.00 |
| 01/31/03 4 | Review and Shepardize letter brief to be filed with court for W. Hatfield. D. McKillop | 2.1 | 378.00 |
| 01/31/03 4 | Contact Monica Cho, clerk to Judge McLaughlin, regarding judge's signing of interim order. D. McKillop | 0.2 | 36.00 |
| 01/31/03 4 | Address case issues with S. Purrington and W. Hatfield. D. McKillop | 0.3 | 54.00 |
| 01/31/03 24 | Continue to review file and trial transcripts for trial exhibits and testimony relating to tank ownership, allocation, and fees as requested by W. Hatfield for motion for reconsideration. S. Purrington | 3.4 | 374.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 34.10 | 275.00 | 9,377.50 |
| A. Marchetta | 0.90 | 450.00 | 405.00 |
| R. Rose | 2.10 | 385.00 | 808.50 |
| S. Kim | 11.90 | 160.00 | 1,904.00 |
| D. McKillop | 5.10 | 180.00 | 918.00 |
| S. Purrington | 24.30 | 110.00 | 2,673.00 |
| TOTALS | 78.40 | | 16,086.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 2.1 | 385.00 | 808.50 |
| A. Marchetta | 4 | 0.9 | 450.00 | 405.00 |

| | | | | |
|---|---|---|---|---|
| W. Hatfield | 4 | 34.1 | 275.00 | 9,377.50 |
| D. McKillop | 4 | 4.6 | | |
| | 11 | 0.5 | 180.00 | 918.00 |
| S. Kim | 15 | 11.9 | 160.00 | 1,904.00 |
| S. Purrington | 24 | 24.3 | 110.00 | 2,673.00 |
| **TOTAL** | | 78.4 | | 16,086.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 01/07/03 | Follow up with J. Scordo regarding motion on settlement. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 01/08/03 | Review e-mail of C. Lane. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/08/03 | Review file for information requested by C. Lane. | | |
| 15 | J. Scordo | 0.3 | 96.00 |
| 01/08/03 | Draft e-mail to V. Finkelstein answering questions raised. | | |
| 15 | J. Scordo | 0.2 | 64.00 |
| 01/09/03 | E-mails with J. Elder regarding monies owed to Grace. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/10/03 | E-mails with J. Elder regarding monies owed to Grace. | | |
| 15 | J. Scordo | 0.2 | 64.00 |
| 01/14/03 | Create list of outstanding issues and tasks. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/22/03 | Review e-mail from C. Lane regarding Order. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/22/03 | E-mail to A. Marchetta regarding same. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/23/03 | Telephone call with V. Finkelstein. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 01/23/03 | Prepare letter to all counsel. | | |
| 15 | J. Scordo | 0.2 | 64.00 |
| 01/28/03 | Telephone call from M. Kemp. | | |

| 15 | J. Scordo | 0.1 | 32.00 |

| 01/28/03 | Review e-mails from M. Kemp and E. Frank regarding rental payment. | | |
| 15 | J. Scordo | 0.1 | 32.00 |

| 01/28/03 | E-mail to V. Finkelstein regarding same. | | |
| 15 | J. Scordo | 0.1 | 32.00 |

| 01/29/03 | Draft letter to all counsel on settlement. | | |
| 15 | J. Scordo | 0.2 | 64.00 |

| 01/29/03 | Telephone call and e-mail from M. Kemp. | | |
| 15 | J. Scordo | 0.2 | 64.00 |

| 01/31/03 | E-mails with J. Elder regarding rental payment. | | |
| 15 | J. Scordo | 0.1 | 32.00 |

| 01/31/03 | Review letter from M. Kemp on alleged additional monies owed and forward to J. Elder. | | |
| 15 | J. Scordo | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 | 450.00 | 90.00 |
| J. Scordo | 1.50 | 320.00 | 480.00 |
| J. Scordo | 1.00 | 320.00 | 320.00 |
| TOTALS | 2.70 | | 890.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 450.00 | 90.00 |
| J. Scordo | 15 | 2.5 | 320.00 | 800.00 |
| TOTAL | | 2.7 | | 890.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)


| 01/09/03 | Review new Pennoni report and analysis of gas sampling and delineation at landfill site. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| 01/22/03 | Attend to case issues on closure and cleanup of landfill for GNCC. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 | 275.00 | 247.50 |
| TOTALS | 0.90 | | 247.50 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 0.9 | 275.00 | 247.50 |
| TOTAL | | 0.9 | | 247.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action


| 01/02/03 | Telephone calls and follow up regarding hearing and oral argument preparation. | | |
| 4 | A. Marchetta | 1.0 | 450.00 |
| 01/02/03 | Telephone conference with B. Moffitt and J. Borg regarding following up with Second Circuit regarding motion to adjourn oral argument date, and motion submitting revised reply brief. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 01/02/03 | Follow up telephone conference regarding status of motions to submit | | |

| | | | |
|---|---|---|---|
| | revised reply brief and for adjournment of the oral argument and draft follow up memorandum to A. Marchetta and B. Moffitt regarding same. | | |
| 15 | M. Waller | 0.4 | 128.00 |
| 01/02/03 | Reviewed appellate briefs and drafted questions in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 5.4 | 972.00 |
| 01/02/03 | Work with A. Marchetta, M. Waller, and D. Buerrosse regarding preparation for oral argument. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 01/02/03 | Work with M. Waller and J. Borg regarding obtaining information from Second Circuit regarding status of pending motions. | | |
| 15 | B. Moffitt | 0.5 | 140.00 |
| 01/03/03 | Work on Second Circuit argument. | | |
| 4 | A. Marchetta | 1.3 | 585.00 |
| 01/03/03 | Telephone call with A. Marchetta regarding updating procedural history chronology. | | |
| 15 | B. Moffitt | 0.1 | 28.00 |
| 01/03/03 | Assemble documents regarding updating procedural history chronology. | | |
| 15 | B. Moffitt | 0.5 | 140.00 |
| 01/03/03 | Preparation of e-mail regarding meeting to prepare for oral argument before Second Circuit Court of Appeals. | | |
| 15 | B. Moffitt | 0.1 | 28.00 |
| 01/03/03 | Reviewed briefs and drafted questions in preparation for appellate arguments. | | |
| 15 | D. Buerrosse | 4.3 | 774.00 |
| 01/03/03 | Worked with D. Buerrosse concerning various issues in preparation for upcoming oral argument. | | |
| 4 | S. Parker | 1.6 | 168.00 |
| 01/03/03 | Prepare appellate briefing and review cites in parties' briefs to joint appendix and assembled binders of key documents for team members in preparation for oral argument. | | |
| 4 | S. Parker | 2.8 | 294.00 |
| 01/05/03 | Consider organization of argument. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |

| 01/05/03 | Reviewed briefs and drafted questions in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 2.0 | 360.00 |

| 01/06/03 | Work on outline for argument and information needed for same. | | |
| 4 | A. Marchetta | 2.2 | 990.00 |

| 01/06/03 | Review of various file documents and update procedural history chronology in preparation for oral argument before Second Circuit Court of Appeals. | | |
| 15 | B. Moffitt | 1.4 | 392.00 |

| 01/06/03 | Reviewed briefs and drafted questions for oral arguments. | | |
| 15 | D. Buerrosse | 4.2 | 756.00 |

| 01/07/03 | Work on appellate argument. | | |
| 4 | A. Marchetta | 3.3 | 1,485.00 |

| 01/07/03 | Prepare for and participate in meeting with A. Marchetta, B. Moffitt, D. Buerrosse, and S. Parker regarding preparation for 1/14 oral argument on CNA appeal. | | |
| 15 | M. Waller | 1.0 | 320.00 |

| 01/07/03 | Work with B. Moffitt and S. Parker regarding preparing materials, records, and memos for oral argument preparation. | | |
| 15 | M. Waller | 0.6 | 192.00 |

| 01/07/03 | Follow up with B. Moffitt regarding appearance in connection with Notice of Hearing Date. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 01/07/03 | Work with A. Marchetta regarding preparing for oral argument before Second Circuit. | | |
| 15 | B. Moffitt | 1.0 | 280.00 |

| 01/07/03 | Work with M. Waller and S. Parker regarding assembling materials needed to prepare for oral argument. | | |
| 15 | B. Moffitt | 0.4 | 112.00 |

| 01/07/03 | Preparation of letter to Second Circuit forwarding executed Notice of Hearing date; confer with M. Waller regarding same. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |

| 01/07/03 | Shepardized briefs. | | |
| 15 | L. Jordan | 4.2 | 672.00 |

| 01/07/03 | Reviewed cases and briefs in preparation for appellate arguments. | | |
| 15 | D. Buerrosse | 5.6 | 1,008.00 |

| | | | |
|---|---|---|---|
| 01/07/03 | Conducted database searches and reviewed file documents regarding identification and retrieval of additional documents needed to prepare for oral argument. | | |
| 4 | S. Parker | 1.9 | 199.50 |
| 01/08/03 | Prepare for oral argument before Second Circuit. | | |
| 4 | A. Marchetta | 3.9 | 1,755.00 |
| 01/08/03 | Reviewing briefs, records, appealed orders, and prepare redlined version of reply brief to identify issues to raise for oral argument, in preparation for meetings with A. Marchetta to prepare for oral argument. | | |
| 15 | M. Waller | 2.1 | 672.00 |
| 01/08/03 | Index joint appendix references for use at oral argument before Second Circuit. | | |
| 15 | B. Moffitt | 2.4 | 672.00 |
| 01/08/03 | Reviewed cases and briefs in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 1.2 | 216.00 |
| 01/08/03 | Compiled additional cites to joint appendix from parties' briefing as requested by D. Buerrosse regarding preparation for oral argument. | | |
| 4 | S. Parker | 2.9 | 304.50 |
| 01/09/03 | Participate in meeting with A. Marchetta and B. Moffitt to prepare for oral argument. | | |
| 15 | M. Waller | 2.0 | 640.00 |
| 01/09/03 | Review letter from CNA counsel regarding motion to close court room to protect documents and information subject to protective orders and confer with A. Marchetta and B. Moffitt regarding same. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 01/09/03 | Work with B. Moffitt regarding motion to close courtroom to protect information subject to protective orders. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 01/09/03 | Prepare for argument. | | |
| 15 | A. Marchetta | 4.0 | 1,800.00 |
| 01/09/03 | Draft additions and revisions to motion to close court room with M. Waller and B. Moffitt | | |
| 15 | A. Marchetta | 0.2 | 90.00 |
| 01/09/03 | Index joint appendix references for use at oral argument before Second | | |

| | | | |
|---|---|---|---|
| | Circuit. | | |
| 15 | B. Moffitt | 3.6 | 1,008.00 |
| 01/09/03 | Work with A. Marchetta regarding preparation for oral argument before Second Circuit. | | |
| 15 | B. Moffitt | 2.0 | 560.00 |
| 01/09/03 | Review letter from CNA counsel regarding closing courtroom during oral argument and confer with A. Marchetta and M. Waller regarding potential motion regarding same. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 01/09/03 | Calls to Second Circuit Staff Counsel and Calendar clerk regarding potential motion to close courtroom during oral argument. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |
| 01/09/03 | Preparation of motion to close courtroom during oral argument. | | |
| 15 | B. Moffitt | 2.2 | 616.00 |
| 01/09/03 | Work with M. Waller regarding motion to close courtroom during oral argument. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 01/09/03 | Reviewed cases law and briefs in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 2.6 | 468.00 |
| 01/09/03 | Work with A. Marchetta in preparation for oral argument. | | |
| 15 | D. Buerrosse | 2.0 | 360.00 |
| 01/09/03 | Organized additional key cites to joint appendix from parties' briefing as requested for oral argument. | | |
| 4 | S. Parker | 3.3 | 346.50 |
| 01/09/03 | Assist S. Parker and B. Moffitt regarding preparation for upcoming appellate hearing. | | |
| 4 | D. Florence | 2.4 | 228.00 |
| 01/09/03 | Worked with M. Waller and B. Moffitt regarding preparation of motion for closure of the courtroom during oral argument and supporting affidavit | | |
| 4 | S. Parker | 0.5 | 52.50 |
| 01/09/03 | Identification of exhibits to motion for closure of the courtroom during oral argument and supporting affidavit | | |
| 4 | S. Parker | 1.1 | 115.50 |
| 01/10/03 | Work with S. Parker regarding search for  memos analyzing various state's | | |

|  |  |  |  |
|---|---|---|---|
| | laws for oral argument | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 01/10/03 | Telephone conference with A. Marchetta regarding preparation for oral argument. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 01/10/03 | Conference with A. Marchetta, B. Moffitt and D. Buerrosse regarding preparation for oral argument. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 01/10/03 | Prepare for oral argument before the Second Circuit Court of Appeals. | | |
| 4 | A. Marchetta | 5.1 | 2,295.00 |
| 01/10/03 | Work with A. Marchetta regarding preparation for oral argument before Second Circuit. | | |
| 15 | B. Moffitt | 1.5 | 420.00 |
| 01/10/03 | Index additional joint appendix references for use at oral argument before Second Circuit. | | |
| 15 | B. Moffitt | 4.5 | 1,260.00 |
| 01/10/03 | Work with A. Marchetta regarding oral arguments. | | |
| 15 | D. Buerrosse | 1.5 | 270.00 |
| 01/10/03 | Reviewed decisions by Second Circuit panel in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 3.1 | 558.00 |
| 01/10/03 | Prepared and indexed set of key case opinions referenced in parties' appellate briefing for A. Marchetta as requested by D. Buerrosse. | | |
| 4 | S. Parker | 3.2 | 336.00 |
| 01/10/03 | Prepared A. Marchetta's set of parties' appellate briefing, highlighting key arguments identified to assist in preparation for oral argument | | |
| 4 | S. Parker | 2.7 | 283.50 |
| 01/10/03 | Work with B. Moffitt and S. Parker regarding preparation for upcoming appellate hearing. | | |
| 4 | D. Florence | 2.2 | 209.00 |
| 01/10/03 | Worked with D. Florence regarding retrieval of documents requested by A. Marchetta concerning choice of law argument. | | |
| 4 | S. Parker | 0.9 | 94.50 |
| 01/11/03 | Prepare for and work with A. Marchetta to prepare for oral argument. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 2.7 | 864.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Work with B. Moffitt to identify issues for oral argument. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Review record for documents rebutting statements by CNA, and record research regarding various issues. | | |
| 15 | M. Waller | 2.7 | 864.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Prepare for oral argument before Second Circuit Court of Appeals. | | |
| 4 | A. Marchetta | 3.9 | 1,755.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Work with M. Waller to prepare for oral argument. | | |
| 4 | A. Marchetta | 2.0 | 900.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Work with A. Marchetta regarding review of briefing and joint appendix documents with respect to potential questions from appellate panel. | | |
| 15 | B. Moffitt | 2.0 | 560.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Work with A. Marchetta in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 2.0 | 360.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Work with M. Waller in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 3.0 | 540.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Additional research regarding cases in briefs in preparation for oral arguments. | | |
| 15 | D. Buerrosse | 2.8 | 504.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Conducted database searches and reviewed file documents as requested by M. Waller regarding identification and retrieval of documents pertaining to Magistrate Judge Buchwald's May 1998 Order granting reconsideration of April 1998 Order and prepare same for M. Waller. | | |
| 4 | S. Parker | 1.4 | 147.00 |

| | | | |
|---|---|---|---|
| 01/11/03 | Worked with M. Waller regarding documents pertaining to Magistrate Judge Buchwald's May 1998 Order granting reconsideration of April 1998 Order. | | |
| 4 | S. Parker | 0.3 | 31.50 |

| | | | |
|---|---|---|---|
| 01/12/03 | Prepare for oral argument before Second Circuit Court of Appeals, and conferring with M. Waller regarding same. | | |
| 4 | A. Marchetta | 3.9 | 1,755.00 |

| | | | |
|---|---|---|---|
| 01/12/03 | Working with B. Moffitt and D. Buerrosse in reviewing appellate briefs to identify items for oral argument. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 2.8 | 896.00 |

01/12/03    Work with M. Waller and D. Buerrosse regarding review of briefing and joint appendix documents regarding potential questions from appellate panel.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 4.8 | 1,344.00 |

01/12/03    Preparation for appellate argument through review of additional relevant case law.

| | | | |
|---|---|---|---|
| 15 | D. Buerrosse | 0.7 | 126.00 |

01/13/03    Prepare for oral argument before Second Circuit Court of Appeals.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 6.0 | 2,700.00 |

01/13/03    Work with A. Marchetta regarding oral argument and working with B. Moffitt in connection with same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 3.2 | 1,024.00 |

01/13/03    Working with B. Moffitt prepare analysis of documents cited by Grace and CNA to assist A. Marchetta for oral argument.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 3.6 | 1,152.00 |

01/13/03    Researching basis for various rulings by lower court to assist A. Marchetta prepare for oral argument.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 256.00 |

01/13/03    Work with M. Waller, B. Moffitt and D. Buerrosse regarding oral argument before Second Circuit Court of Appeals.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 3.2 | 1,440.00 |

01/13/03    Work with A. Marchetta, M. Waller, D. Buerrosse, and S. Parker regarding preparation for oral argument.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 3.2 | 896.00 |

01/13/03    Continued work with M. Waller, D. Buerrosse, and S. Parker regarding preparation for oral argument.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 4.0 | 1,120.00 |

01/13/03    Preparation for oral arguments, including creation of table of extrinsic authority

| | | | |
|---|---|---|---|
| 15 | D. Buerrosse | 6.1 | 1,098.00 |

01/13/03    Contacted court regarding confirmation of receipt of notice of hearing form on behalf of A. Marchetta and motion for closure of the courtroom during oral argument

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.6 | 63.00 |

| 01/13/03 | Identified and retrieved additional documents regarding preparation for oral argument as requested by A. Marchetta | | |
|---|---|---|---|
| 4 | S. Parker | 1.6 | 168.00 |
| 01/14/03 | Prepare for and participate in argument before the Court of Appeals for the Second Circuit. | | |
| 4 | A. Marchetta | 8.0 | 3,600.00 |
| 01/14/03 | Work on audit letter response. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 01/14/03 | Work with A. Marchetta on Second Circuit appellate argument and participate in same. | | |
| 15 | M. Waller | 7.5 | 2,400.00 |
| 01/14/03 | Contacted court personnel regarding confirmation of receipt of notice of hearing and related papers regarding oral argument | | |
| 4 | S. Parker | 0.4 | 42.00 |
| 01/15/03 | Review letter from adversary and conference with M. Waller regarding issues. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 01/15/03 | Conference with A. Marchetta regarding letter from CNA Counsel to Second Circuit. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 01/16/03 | Attention to obtaining record of oral argument and preparation of letter requesting same. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 01/16/03 | Review and organization of files utilized in preparation for oral argument | | |
| 4 | S. Parker | 0.9 | 94.50 |
| 01/20/03 | Preparation of Grace audit letter and follow up with S. Parker regarding same. | | |
| 15 | M. Waller | 0.7 | 224.00 |
| 01/21/03 | Review draft 10K statement regarding insurance coverage litigation/appeal and draft additions and revisions to same. | | |
| 15 | M. Waller | 0.5 | 160.00 |
| 01/21/03 | Draft memo to client forwarding revisions to 10K statement. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 01/21/03 | Follow up with A. Marchetta regarding draft 10K statement. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 32.00 |

| 01/23/03 | Attend to audit letter. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

**Attorney Summary**

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 49.60 | 450.00 | 22,320.00 |
| M. Waller | 32.70 | 320.00 | 10,464.00 |
| D. Buerrosse | 46.50 | 180.00 | 8,370.00 |
| L. Jordan | 4.20 | 160.00 | 672.00 |
| B. Moffitt | 35.80 | 280.00 | 10,024.00 |
| D. Florence | 4.60 | 95.00 | 437.00 |
| S. Parker | 26.10 | 105.00 | 2,740.50 |
| **TOTALS** | **199.50** | | **55,027.50** |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 45.4 | | |
| | 15 | 4.2 | 450.00 | 22,320.00 |
| M. Waller | 15 | 32.7 | 320.00 | 10,464.00 |
| D. Buerrosse | 15 | 46.5 | 180.00 | 8,370.00 |
| L. Jordan | 15 | 4.2 | 160.00 | 672.00 |
| B. Moffitt | 15 | 35.8 | 280.00 | 10,024.00 |
| D. Florence | 4 | 4.6 | 95.00 | 437.00 |
| S. Parker | 4 | 26.1 | 105.00 | 2,740.50 |
| **TOTAL** | | **199.5** | | **55,027.50** |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 01/20/03 | Review and revise statement to auditor. |
|---|---|

| 15 | J. Scordo | 0.2 | 64.00 |

01/20/03   Work with S. Parker regarding statement to auditor.

| 15 | J. Scordo | 0.2 | 64.00 |

01/21/03   Review e-mail from K. Jasket with update.

| 15 | J. Scordo | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Scordo | 0.50 | 320.00 | 160.00 |
| TOTALS | 0.50 | | 160.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Scordo | 15 | 0.5 | 320.00 | 160.00 |
| TOTAL | | 0.5 | | 160.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

01/02/03   Drafted November 2002 fee application.

| 11 | K. Jasket | 1.6 | 288.00 |

01/10/03   Respond to Fee Auditor's questions.

| 4 | A. Marchetta | 0.5 | 225.00 |

01/10/03   Met with A. Marchetta regarding response to fee auditor's initial report regarding the 6th interim period.

| 11 | K. Jasket | 0.6 | 108.00 |

01/13/03   Reviewed and updated docket.

| 11 | K. Jasket | 0.4 | 72.00 |

| 01/13/03 | Revised spreadsheet for the 6th interim period and attention to forwarding same to fee auditor. | | |
| 11 | K. Jasket | 0.5 | 90.00 |
| 01/13/03 | Correspondence to P. Cuniff regarding CNOs and November 2002 fee application. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 01/13/03 | Revised response to fee auditor's initial report regarding the 6th interim period. | | |
| 11 | K. Jasket | 1.3 | 234.00 |
| 01/17/03 | Response to Fee Auditor on questions. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 01/20/03 | Review of Agenda for hearing on 1/27/03 and attention to forwarding same to A. Marchetta and S. Zuber with copies of the Notice. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 01/22/03 | Attention to issues related to hearing on special fee application (GNCC matter), including discussions with W. Hatfield regarding background of litigation. | | |
| 11 | S. Zuber | 0.5 | 170.00 |
| 01/23/03 | Prepare for hearing on special fee application, related to GNCC matter. | | |
| 11 | S. Zuber | 0.9 | 306.00 |
| 01/24/03 | Further preparation for hearing on special fee application (GNCC matter). | | |
| 11 | S. Zuber | 0.8 | 272.00 |
| 01/26/03 | Drafted December 2002 fee application and forwarded to S. Zuber for review. | | |
| 11 | K. Jasket | 3.2 | 576.00 |
| 01/27/03 | Final preparation for hearing on PHK&S's Special Fee Application. | | |
| 11 | S. Zuber | 0.8 | 272.00 |
| 01/27/03 | Travel to and from court in Wilmington, DE for hearing on PHK&S's Special Fee Application. | | |
| 11 | S. Zuber | 5.0 | 1,700.00 |
| 01/27/03 | Attend hearing on PHK&S's Special Fee Application. | | |
| 11 | S. Zuber | 2.0 | 680.00 |
| 01/28/03 | Follow up regarding court hearing and order to be signed by judge. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 01/30/03 | Work on file request. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.30 | 450.00 | 585.00 |
| S. Zuber | 10.00 | 340.00 | 3,400.00 |
| K. Jasket | 8.00 | 180.00 | 1,440.00 |
| TOTALS | 19.30 | | 5,425.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.3 | 450.00 | 585.00 |
| S. Zuber | 11 | 10.0 | 340.00 | 3,400.00 |
| K. Jasket | 11 | 8.0 | 180.00 | 1,440.00 |
| TOTAL | | 19.3 | | 5,425.00 |

## FEES FOR THE FEE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 02/03/03 | Receipt, review and analysis of Fee Auditor's report regarding PHK&S's Sixth Interim Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.4 | 136.00 |

| 02/03/03 | Review and revise PHK&S's Twenty-First Interim Fee Application (December, 2002 time). | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 102.00 |

| 02/03/03 | Conferred with A. Marchetta regarding 6th Interim report and special fee |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | hearing. |  |  |
| 11 | K. Jasket | 0.2 | 36.00 |
| 02/03/03 | Reviewed and updated docket. |  |  |
| 11 | K. Jasket | 0.3 | 54.00 |
| 02/03/03 | Revised December 2002 fee application. |  |  |
| 11 | K. Jasket | 0.5 | 90.00 |
| 02/03/03 | Telephone conference with P. Galbraith regarding contingency matter and sent memo to A. Marchetta and S. Zuber regarding same. |  |  |
| 11 | K. Jasket | 0.1 | 18.00 |
| 02/04/03 | Receipt and review of proposed order granting PHK&S's Special Fee Application and accompanying certification of counsel. |  |  |
| 11 | S. Zuber | 0.3 | 102.00 |
| 02/04/03 | Several communications with K. Jasket regarding follow up relative to order and CNO on PHKS's Special Fee Application. |  |  |
| 11 | S. Zuber | 0.2 | 68.00 |
| 02/04/03 | Conferred with P. Galbraith regarding Order and Certification for contingency matter. |  |  |
| 11 | K. Jasket | 0.1 | 18.00 |
| 02/04/03 | Correspondence to S. McFarland regarding filing December 2002 fee application. |  |  |
| 11 | K. Jasket | 0.2 | 36.00 |
| 02/05/03 | Reviewed Fee Auditor's final reports regarding the 2nd, 3rd and 5th Interim Periods for deductions. |  |  |
| 11 | K. Jasket | 0.2 | 36.00 |
| 02/06/03 | Follow-up regarding CNO's and payment requests. |  |  |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 02/07/03 | Reviewed and updated docket. |  |  |
| 11 | K. Jasket | 0.2 | 36.00 |
| 02/07/03 | Drafted Quarterly Fee Application (October - December 2002) and forwarded same to S. Zuber for review. |  |  |
| 11 | K. Jasket | 4.3 | 774.00 |
| 02/10/03 | Review and revise PHK&S's Sixth Quarterly fee application. |  |  |
| 11 | S. Zuber | 0.5 | 170.00 |

| 02/11/03 | Revised Quarterly Fee Application (Oct. - Dec. 2002) and forwarded same to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| S. Zuber | 1.70 | 340.00 | 578.00 |
| K. Jasket | 6.40 | 180.00 | 1,152.00 |
| TOTALS | 8.40 | | 1,865.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| S. Zuber | 11 | 1.7 | 340.00 | 578.00 |
| K. Jasket | 11 | 6.4 | 180.00 | 1,152.00 |
| TOTAL | | 8.4 | | 1,865.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 02/10/03 | Review Pennoni annual Bank Stabilization Report to DEP on wetlands area. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

| 02/10/03 | Review Pennoni report to NJDEP on semi-annual gas monitoring at the landfill and buffer areas. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

| 02/10/03 | Memo to C. Daily on report; site work; and NJDEP schedule issues. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

| 02/14/03 | Review attachments and sampling map for gas probes of landfill in recent Pennoni report to NJDEP. | | |
|---|---|---|---|

| 4 | W. Hatfield | | | 0.3 | 82.50 |
|---|---|---|---|---|---|

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| W. Hatfield | 1.10 | 275.00 | 302.50 | |
| TOTALS | 1.10 | | 302.50 | |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 1.1 | 275.00 | 302.50 |
| TOTAL | | 1.1 | | 302.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 02/10/03 | Index attorney files of B. Moffitt, A. Marchetta and M. Waller. | | |
|---|---|---|---|
| 4 | D. Florence | 2.2 | 209.00 |

| 02/14/03 | Update the case file and pleading board. | | |
|---|---|---|---|
| 4 | D. Florence | 1.8 | 171.00 |

| 02/27/03 | Review and e-mails regarding 10K. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 315.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 0.70 | 450.00 | 315.00 | |
| D. Florence | 4.00 | 95.00 | 380.00 | |
| TOTALS | 4.70 | | 695.00 | |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.7 | 450.00 | 315.00 |
| D. Florence | 4 | 4.0 | 95.00 | 380.00 |
| | TOTAL | 4.7 | | 695.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 02/01/03 | Prepare outline for briefing on motion for reconsideration. | | |
| 4 | W. Hatfield | 2.0 | 550.00 |
| 02/03/03 | Follow-up regarding court order and motion for reconsideration. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 02/06/03 | Work with R. Rose regarding carrier's proposal on fees and costs. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 02/06/03 | Address defendant's offer for settlement of trial and post-trial attorneys' fees and costs. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/10/03 | Address attorneys fees issues. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/12/03 | Call with W. Crowther, Esq. counsel for Weja on Defendants' request for extension and interim order and briefing schedule. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| 02/12/03 | Attend to motion for reconsideration issues. | | |
| 4 | W. Hatfield | 0.6 | 165.00 |
| 02/12/03 | Address Weja request for information on prejudgment interest regarding spill act damages. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/12/03 | Memos to R. Rose and A. Marchetta on call with W. Crowther on Grace's consent to extension until March 10 for Weja's briefs. | | |

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

02/12/03    Memo to A. Marchetta and R. Rose on revised schedule for Weja response and motion for reconsideration.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

02/12/03    Work with W. Hatfield regarding issues and extension of time.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

02/12/03    Confer with W. Hatfield regarding pre-judgment interest charts.

| | | | |
|---|---|---|---|
| 24 | S. Purrington | 0.3 | 33.00 |

02/13/03    Call with W. Crowther, Esq. on case issues regarding prejudgment interest calculations.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

02/13/03    Attend to Motion for Reconsideration brief issues.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.5 | 137.50 |

02/13/03    Address execution of interim order by court.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

02/13/03    Follow up regarding extension of time to adversary and issues regarding same.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

02/14/03    Address interim order and motion for reconsideration.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 1.5 | 412.50 |

02/16/03    Draft motion for reconsideration.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 4.0 | 1,100.00 |

02/18/03    Draft motion for reconsideration.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 4.0 | 1,100.00 |

02/18/03    Review order and conference with R. Rose regarding issues.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

02/19/03    Attend to letter to F. Biehl with court order.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.5 | 137.50 |

02/19/03    Draft motion for reconsideration.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 8.9 | 2,447.50 |

02/19/03    Prepare W. Hatfield Certification in preparation for filing Motion for Reconsideration.

| 24 | S. Purrington | 2.5 | 275.00 |

02/20/03   Draft and revise motion for reconsideration and supporting papers, including affidavit and attachments.

| 15 | W. Hatfield | 9.7 | 2,667.50 |

02/20/03   Review, edit and revise initial draft of brief in support of motion for reconsideration.

| 15 | R. Rose | 2.5 | 962.50 |

02/21/03   Revise motion for reconsideration and review trial evidence materials for same.

| 15 | W. Hatfield | 8.5 | 2,337.50 |

02/21/03   Continue review and edit of second draft of brief in support of motion for reconsideration.

| 15 | R. Rose | 2.4 | 924.00 |

02/21/03   Prepare exhibits for filing of the Motion for Reconsideration.

| 24 | S. Purrington | 1.4 | 154.00 |

02/22/03   Attend to motion for reconsideration citations and revisions to brief.

| 15 | W. Hatfield | 5.1 | 1,402.50 |

02/22/03   Review, revise and edit third draft of brief in support of motion for reconsideration and discuss with B. Hatfield.

| 15 | R. Rose | 2.8 | 1,078.00 |

02/22/03   Prepare W. Hatfield certification and exhibits for filing of the Motion for Reconsideration.

| 24 | S. Purrington | 5.5 | 605.00 |

02/23/03   Attend to completing motion for reconsideration brief and certification for brief.

| 15 | W. Hatfield | 8.2 | 2,255.00 |

02/23/03   Review and edit fourth draft of brief in support of motion for reconsideration.

| 15 | R. Rose | 1.8 | 693.00 |

02/23/03   Shepardize motion for reconsideration and retrieve and review case law for W. Hatfield.

| 15 | D. McKillop | 1.0 | 180.00 |

02/23/03   Prepare W. Hatfield certification and exhibits for filing of the Motion for Reconsideration.

| 24 | S. Purrington | 7.5 | 825.00 |

| 02/24/03 | Complete motion for reconsideration and final preparations for filing of same with supporting certification and papers to court and counsel for Weja. | | |
| 15 | W. Hatfield | 5.7 | 1,567.50 |

| 02/24/03 | Final read of brief and sign same. | | |
| 15 | R. Rose | 0.8 | 308.00 |

| 02/24/03 | Follow up regarding motion and telephone call with client. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 02/24/03 | Finalize W. Hatfield Certification, exhibits and filing papers for Motion for Reconsideration. | | |
| 24 | S. Purrington | 7.5 | 825.00 |

| 02/26/03 | Attend to post-trial case file materials and recent filings with Court. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |

| 02/27/03 | Follow up with R. Rose regarding motion. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 02/28/03 | Prepare letter to B. Miller and R. Senfelben on motion for reconsideration. | | |
| 3 | W. Hatfield | 0.3 | 82.50 |

| 02/28/03 | Call with counsel on status of litigation, site issues and motion for reconsideration. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 63.20 | 275.00 | 17,380.00 |
| A. Marchetta | 2.10 | 450.00 | 945.00 |
| R. Rose | 10.30 | 385.00 | 3,965.50 |
| D. McKillop | 1.00 | 180.00 | 180.00 |
| S. Purrington | 24.70 | 110.00 | 2,717.00 |
| TOTALS | 101.30 | | 25,187.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 10.3 | 385.00 | 3,965.50 |
| A. Marchetta | 4 | 2.1 | 450.00 | 945.00 |
| W. Hatfield | 4 | 21.2 | | |
| | 15 | 42.0 | 275.00 | 17,380.00 |
| D. McKillop | 15 | 1.0 | 180.00 | 180.00 |
| S. Purrington | 24 | 24.7 | 110.00 | 2,717.00 |
| TOTAL | | 101.3 | | 25,187.50 |

## FEES FOR THE FEE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 03/03/03 | Address case issues on site cleanup. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 110.00 |

| 03/04/03 | Call with client on case issues and strategy. | | |
|---|---|---|---|
| 03 | W. Hatfield | 0.5 | 137.50 |

| 03/04/03 | Address Weja request for reports on levels of site contaminants. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 110.00 |

| 03/05/03 | Attend to case issues regarding post-trial matters. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 110.00 |

| 03/06/03 | Address case issues on cleanup status. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 110.00 |

| 03/10/03 | Call from Weja counsel on request for information. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 55.00 |

| 03/11/03 | Review and analyze defendant Weja, Inc.'s opposition papers to Grace's motion for trial and post trial attorney fees and costs. | | |
|---|---|---|---|
| 15 | W. Hatfield | 4.7 | 1,292.50 |

| 03/11/03 | Review and analyze defendant Weja Inc.'s opposition papers to Grace | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | motion for prejudgment interest. | | |
| 15 | W. Hatfield | 2.0 | 550.00 |
| 03/11/03 | Call with W. Crowther, Esq., counsel for Weja, on motion schedule and Weja's request for post trial environmental reports. | | |
| 15 | W. Hatfield | 0.4 | 110.00 |
| 03/11/03 | Review Weja's response to attorney fees petition and address reply issues with W. Hatfield regarding same. | | |
| 15 | S. Purrington | 1.7 | 187.00 |
| 03/12/03 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield. | | |
| 15 | S. Purrington | 2.8 | 308.00 |
| 03/13/03 | Review W.R. Grace's brief on the issue of prejudgment interest and Weja's response brief on this issue. | | |
| 15 | S. Kim | 2.9 | 464.00 |
| 03/13/03 | Research related to reply on Weja's opposition brief regarding prejudgment interest. | | |
| 15 | S. Kim | 5.4 | 864.00 |
| 03/13/03 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield. | | |
| 15 | S. Purrington | 1.3 | 143.00 |
| 03/13/03 | Work with S. Kim regarding Weja's reply to fee petition. | | |
| 15 | S. Purrington | 0.8 | 88.00 |
| 03/14/03 | Review and forward letter to Court concerning scheduling of motion for reconsideration and telephone from F. Biehl concerning scheduling of same. | | |
| 15 | R. Rose | 0.4 | 154.00 |
| 03/14/03 | Attend to case issues on pending motions. | | |
| 15 | W. Hatfield | 0.3 | 82.50 |
| 03/17/03 | Call to J. McLaughlin chambers on scheduling issues. | | |
| 04 | W. Hatfield | 0.2 | 55.00 |
| 03/17/03 | Address pending motion issues. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |
| 03/17/03 | Research and draft reply brief on the issue of prejudgment interest. | | |
| 15 | S. Kim | 7.4 | 1,184.00 |

| 03/17/03 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield. | | |
| 15 | S. Purrington | 4.2 | 462.00 |

| 03/18/03 | Address letter from Weja and calls with Court clerk on pending motion issues and schedule for same. | | |
| 15 | W. Hatfield | 0.6 | 165.00 |

| 03/18/03 | Memos to R. Rose and A. Marchetta on motion issues and scheduling of arguments. | | |
| 15 | W. Hatfield | 0.4 | 110.00 |

| 03/18/03 | Call with client on motion issues and hearing date change. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |

| 03/19/03 | Address Weja opposition on prejudgment interest application. | | |
| 15 | W. Hatfield | 1.0 | 275.00 |

| 03/19/03 | Call with F. Biehl's office on Weja request for change of motion date to early May; memos to R. Rose and A. Marchetta on same. | | |
| 15 | W. Hatfield | 0.4 | 110.00 |

| 03/20/03 | Review URS environmental reports and DEP letters from 2000-2002 in response to request for information by Defendant on site sampling issues. | | |
| 04 | W. Hatfield | 0.9 | 247.50 |

| 03/21/03 | Prepare letter to Wendy Crowther with URS data. | | |
| 15 | W. Hatfield | 0.5 | 137.50 |

| 03/24/03 | Attend to and complete letter to Weja's counsel on remedial reports. | | |
| 15 | W. Hatfield | 0.6 | 165.00 |

| 03/24/03 | Review and address letter on motion schedule from F. Biehl to court. | | |
| 15 | W. Hatfield | 0.4 | 110.00 |

| 03/24/03 | Follow up re reconsideration motion and e-mail to client regarding same. | | |
| 04 | A. Marchetta | 0.3 | 135.00 |

| 03/25/03 | Review information regarding site cleanup. | | |
| 04 | A. Marchetta | 0.2 | 90.00 |

| 03/25/03 | Address post trial issues and pending applications to court. | | |
| 15 | W. Hatfield | 0.6 | 165.00 |

| 03/26/03 | Forward information on Jersey City property issues to client with memo on same. | | |

| 15 | W. Hatfield | 0.4 | 110.00 |

03/26/03    Call F. Biehl on new dates for hearing date on motion for reconsideration and address same.

| 15 | W. Hatfield | 0.4 | 110.00 |

03/26/03    Follow up regarding hearing on case; telephone call with W. Hatfield regarding same.

| 15 | A. Marchetta | 0.3 | 135.00 |

03/31/03    Review file and address recent correspondence from defendant to court.

| 15 | W. Hatfield | 0.4 | 110.00 |

03/31/03    Prepare letter to court on motion issues and revised briefing schedule.

| 15 | W. Hatfield | 0.7 | 192.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 17.60 | 275.00 | 4,840.00 |
| A. Marchetta | 0.80 | 450.00 | 360.00 |
| R. Rose | 0.40 | 385.00 | 154.00 |
| S. Kim | 15.70 | 160.00 | 2,512.00 |
| S. Purrington | 10.80 | 110.00 | 1,188.00 |
| TOTALS | 45.30 | | 9,054.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 0.4 | 385.00 | 154.00 |
| A. Marchetta | 04 | 0.8 | 450.00 | 360.00 |
| W. Hatfield | 03 | 0.5 | 275.00 | 137.50 |
| | 04 | 2.3 | 275.00 | 632.50 |
| | 15 | 14.8 | 275.00 | 4,070.00 |
| S. Kim | 15 | 15.7 | 160.00 | 2,512.00 |
| S. Purrington | 15 | 10.8 | 110.00 | 1,188.00 |

TOTAL      45.3      9,054.00

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/03 | | Work on January, 2003 fee application. | | |
| 11 | | A. Marchetta | 0.3 | 135.00 |
| 03/03/03 | | Drafted fee application for January 2003. | | |
| 11 | | K. Jasket | 3.6 | 648.00 |
| 03/03/03 | | Review and updated docket. | | |
| 11 | | K. Jasket | 0.4 | 72.00 |
| 03/05/03 | | Continued drafting of fee application for January 2003. | | |
| 11 | | K. Jasket | 1.2 | 216.00 |
| 03/05/03 | | Receipt and review of Order regarding contingency fee matter and forwarded same to A. Marchetta and S. Zuber. | | |
| 11 | | K. Jasket | 0.2 | 36.00 |
| 03/06/03 | | Review and revise January, 2003 fee application. | | |
| 11 | | S. Zuber | 0.3 | 102.00 |
| 03/07/03 | | Correspondence to and from A. Marchetta regarding order approving PHK&S's contingency fee arrangement. | | |
| 11 | | S. Zuber | 0.2 | 68.00 |
| 03/07/03 | | Follow up regarding order approving PHK&S's contingency fee arrangement. | | |
| 11 | | S. Zuber | 0.1 | 34.00 |
| 03/07/03 | | Telephone conversation with P. Galbraith regarding order approving PHK&S's contingency fee arrangement. | | |
| 11 | | S. Zuber | 0.1 | 34.00 |
| 03/12/03 | | Prepare for hearing on PHK&S's Sixth Quarterly Fee Application (for period July-September 2002). | | |
| 11 | | S. Zuber | 1.5 | 510.00 |
| 03/12/03 | | Conferred with P. Galbraith regarding fee hearing for 3/17. | | |
| 11 | | K. Jasket | 0.2 | 36.00 |
| 03/12/03 | | Reviewed materials for 3/17 hearing on Sixth Quarterly Fee Application. | | |
| 11 | | K. Jasket | 0.9 | 162.00 |

| 03/12/03<br>11 | Correspondence to L. Ferdinand regarding Sixth Interim Fee Application.<br>K. Jasket | 0.2 | 36.00 |

| 03/14/03<br>04 | Conference with S. Zuber regarding court hearing.<br>A. Marchetta | 0.2 | 90.00 |

| 03/17/03<br><br><br>11 | Travel to and from Wilmington, DE for hearing on PHK&S's Sixth Interim Fee Application (hearing cancelled by court; notice did not hit docket until today, while SAZ was en route to hearing).<br>S. Zuber | 4.7 | 1,598.00 |

| 03/17/03<br>11 | Review of Order regarding fees for the sixth quarter.<br>K. Jasket | 0.1 | 18.00 |

| 03/17/03<br>11 | Conferred with S. Zuber regarding fees for the sixth interim period.<br>K. Jasket | 0.2 | 36.00 |

| 03/17/03<br>11 | Telephone conference with P. Galbraith regarding hearing.<br>K. Jasket | 0.1 | 18.00 |

| 03/18/03<br><br>11 | Received email from the fee auditor and attention to forwarding Quarterly Fee Application for Seventh Interim Period as requested.<br>K. Jasket | 0.3 | 54.00 |

| 03/21/03<br>11 | Drafted fee application for February 2003.<br>K. Jasket | 2.5 | 450.00 |

| 03/24/03<br>04 | Review and respond to fee auditor's request.<br>A. Marchetta | 0.4 | 180.00 |

| 03/24/03<br><br>11 | Conferred with A. Marchetta regarding fee auditor's report for the 7th Quarter.<br>K. Jasket | 0.3 | 54.00 |

| 03/24/03<br><br>11 | Revised February 2003 fee application and forwarded to S. Zuber for review.<br>K. Jasket | 0.4 | 72.00 |

| 03/26/03<br><br>11 | Drafting explanation of expenses incurred in connection with preparing reply brief.<br>M. Waller | 0.3 | 96.00 |

| 03/26/03<br>11 | Reviewed fee auditor's interim report for the 7th quarter.<br>K. Jasket | 0.2 | 36.00 |

| 03/26/03 | Reviewed October - December 2002 fee application to draft response to fee auditor's initial report regarding the 7th quarter. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.4 | 72.00 |
| | | | |
| 03/27/03 | Work on fee application and response to auditor's statement. | | |
| 11 | A. Marchetta | 0.5 | 225.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.40 | 450.00 | 630.00 |
| M. Waller | 0.30 | 320.00 | 96.00 |
| S. Zuber | 6.90 | 340.00 | 2,346.00 |
| K. Jasket | 11.20 | 180.00 | 2,016.00 |
| TOTALS | 19.80 | | 5,088.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 04 | 1.1 | 450.00 | 495.00 |
| | 11 | 0.3 | 450.00 | 135.00 |
| M. Waller | 11 | 0.3 | 320.00 | 96.00 |
| S. Zuber | 11 | 6.9 | 340.00 | 2,346.00 |
| K. Jasket | 11 | 11.2 | 180.00 | 2,016.00 |
| TOTAL | | 19.8 | | 5,088.00 |