## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** June 23, 2003, at 4:00 p.m. |
| | | **Hearing Date:**    TBD only if necessary |

### FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/03 | Christian J Lane | .30 | Telephone conference J. McFarland re avoidance action issues. |
| 4/02/03 | Janet S Baer | .50 | Confer with D. Siegel re avoidance actions issues (.2); confer with J. Kapp and C. Lane re same and with respect to Committee motion on same (.3). |
| 4/02/03 | James W Kapp | .80 | Review committee motions to extend period for asserting avoidance actions. |
| 4/02/03 | Christian J Lane | 2.50 | Review committee's motion to extend time to pursue avoidance actions (.8); office conferences re same (.5); draft correspondence re same (.2); research re same (1.0). |
| 4/03/03 | Janet S Baer | .50 | Review Committee motion on preferences and attend to related litigation issues. |
| 4/03/03 | James W Kapp | .10 | Review correspondence from D. Siegel re committee motion to extend avoidance action deadline. |
| 4/10/03 | James W Kapp | .80 | Develop response strategy re committee's motion to extend period to commence avoidance actions. |
| 4/15/03 | Christian J Lane | 2.50 | Research re motion to extend deadline for filing adversary proceedings (2.2); office conferences re same (.3). |
| 4/22/03 | James W Kapp | .30 | Develop response to motion to extend period to file avoidance actions. |
| 4/22/03 | Christian J Lane | 2.70 | Research re motion to extend deadline for filing adversary proceedings (2.4); office conferences re same (.3). |
| 4/25/03 | Janet S Baer | .40 | Review and revise draft response on Committee motion re avoidance actions. |
| 4/27/03 | Janet S Baer | .50 | Review draft response re avoidance actions. |
| 4/28/03 | Christian J Lane | 2.20 | Telephone conference with Equity Committees re extension of avoidance action deadline (.5); draft response to motion to extend (1.3); review revised notice re same (.2); telephone conferences re same (.2). |
| 4/29/03 | Christian J Lane | 3.70 | Review and revise response to motion to extend avoidance action deadline (2.7); research re same (1.0); correspondence with equity committee counsel re same (.2). |
| 4/30/03 | Janet S Baer | .20 | Confer re avoidance action litigation. |
| 4/30/03 | Christian J Lane | 3.70 | Review and revise response to motion to extend avoidance action deadline (2.3); research re same (1.4) |
| | Total hours: | 21.70 | |

A-1

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/03 | Christian J Lane | 1.00 | Review motion for relief from stay (.4); analyze issues re same (.6). |
| 4/24/03 | James W Kapp | .30 | Review motion of Rodriquez and Nieves for relief from stay. |
| 4/24/03 | Christian J Lane | 1.20 | Telephone conferences re motion for relief from stay (.4); correspondence with client re same (.5); office conferences re strategy re responding to same (.3). |
| 4/25/03 | Christian J Lane | .80 | Telephone conference with client re motion for relief (.5); telephone conference with movant's counsel re same (.1); correspondence with movant's counsel re same (.2). |
| 4/28/03 | Christian J Lane | 1.30 | Correspondence with opposing counsel re motion for relief (.2); telephone conference re same (.4); telephone conferences with client re same (.3); office conference re same (.4). |
| | Total hours: | 4.60 | |

A-2

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/03/03 | Rhonda Lopera | 1.00 | Review and analyze claims docket re unsecured priority claims (.7); telephone conference with BMC re status of claim report (.3). |
| 4/08/03 | Rhonda Lopera | 1.50 | Review and analyze tax claims (1.2); telephone conference with BMC re same (.3). |
| 4/09/03 | Janet S Baer | .70 | Confer with M. Shelnitz re claims analysis issues (.2); confer with J. Hasenzahl re same (.3); review Maryland Casualty letter re claims (.2). |
| 4/09/03 | Michael J Hauswirth | .50 | Draft claim to be filed on behalf of IRS. |
| 4/10/03 | Michael J Hauswirth | 4.50 | Draft claim to be filed on behalf of IRS. |
| 4/15/03 | Rhonda Lopera | 1.50 | Review and analyze tax claims (1.); prepare index re same (.5). |
| 4/15/03 | Janet S Baer | .20 | Prepare memo re meeting on claim issues. |
| 4/16/03 | James W Kapp | .10 | Review correspondence from Lab Vantage Solutions re alleged administrative claim. |
| 4/18/03 | James W Kapp | .30 | Review letter to R. Woodfork re environmental claims. |
| 4/21/03 | Rhonda Lopera | 1.00 | Review and analyze claims and schedules re secured amounts (.7); office conference re same (.3). |
| 4/22/03 | Christian J Lane | 1.00 | Revise correspondence re bar date issues (.6); analyze issues re same (.4). |
| 4/24/03 | Rhonda Lopera | .50 | Locate and retrieve proofs of claim (.3); office conference re same (.2). |
| 4/24/03 | Janet S Baer | 2.50 | Review BMC reports re claims approach for claims meeting (.5); review draft tax proof of claim and confer re same (.5); confer with Grace representatives re claims status and approach to claims objections (1.5). |
| 4/24/03 | Christian J Lane | 3.50 | Review claims materials in preparation for conference call (1.7); participate in conference call re claims processing status and objection process (1.2); office conference re same (.6). |
| 4/25/03 | Christian J Lane | .70 | Revise letter re indemnity claim (.3); draft correspondence re same (.1); telephone conference with client re same (.3). |
| 4/28/03 | Rhonda Lopera | .70 | Prepare proof of claim for filing with noticing agent (.4); office conference re same (.3). |
| 4/28/03 | Christian J Lane | .50 | Office conference re IRS claims (.3); review and respond to correspondence re same (.2). |
| 4/28/03 | Michael J Hauswirth | 2.20 | Telephone conference re proof of claim with E. Filon, C. Finke, and R. Higgins (.2); revise proofs of claim (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/03 | Michael J Hauswirth | .80 | Finalize proofs of claim for filing. |
| 4/29/03 | Rhonda Lopera | 1.00 | Telephone conference with M. Hauswirth re filing of proofs of claim (.3); prepare correspondence to J. Wahl re claims filed (.3); review and analyze claims (.4). |
| 4/30/03 | Rhonda Lopera | 1.00 | Locate and retrieve tax claims (.6); office conference re same (.4). |
| | Total hours: | 25.70 | |

## **Matter 20 – Case Administration – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/10/03 | Lois Price | 5.50 | Analyze pleadings, other correspondence, and memoranda (3.5); update Concordance database and central files re same (2.0). |
| 2/11/03 | Lois Price | 4.00 | Analyze pleadings, correspondence, and memoranda (3.0); update Concordance database and central files re same (1.0). |
| 2/14/03 | Lois Price | 3.00 | Analyze pleadings, other correspondence, and memoranda (2.0); update Concordance database and central files re same (1.0). |
| 4/01/03 | Rhonda Lopera | 1.00 | Review and analyze docket re signed orders (.5); review and analyze docket re adversary hearing dates (.5). |
| 4/01/03 | Janet S Baer | .30 | Conference re Court order on case status report. |
| 4/01/03 | James W Kapp | 1.00 | Review order requiring status report of all pending matters (.4); telephone conference with W. Sparks re court status report order (.2); review pleadings and correspondence (.4). |
| 4/01/03 | Christian J Lane | 1.80 | Office conference re case status report (.5); review order re same (.1); telephone conferences re same (.2); review docket reports re same (1.0). |
| 4/02/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 4/02/03 | Christian J Lane | 2.80 | Telephone conference with local counsel re case status report (.3); review precedent re same (.5); telephone conference with creditor re bar date issues (.4); telephone conference with creditor re schedule inquiry (.3); draft correspondence to creditors re bar date issues (.3); telephone conference with client re indemnity issue (.4); review and draft correspondence re same (.6). |
| 4/03/03 | Rhonda Lopera | 1.80 | Review and analyze docket re critical dates (.7); office conference re motion status chart (.3); prepare critical dates for distribution (.8). |
| 4/03/03 | Christian J Lane | 3.50 | Telephone conference with local counsel re case status report (.3); draft same (1.8); telephone conference with creditor re bar date issues (.3); draft correspondence re same (.4); office conference re same (.3); telephone conference with creditor re claim inquiry (.4). |
| 4/04/03 | Christian J Lane | 3.60 | Telephone conferences with local counsel re case status report (.8); review and revise same (2.0); telephone conferences with creditor re schedule inquiry (.6); draft correspondence to creditors re bar date issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/07/03 | Claire O Bonk | 3.50 | Retrieve and review docket and adversary dockets (2.0); update central files re same (1.5). |
| 4/07/03 | Christian J Lane | 3.90 | Draft case status report (2.8); telephone conferences with local counsel re same (.7); telephone conference with creditor re claims questions (.4). |
| 4/08/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.5); retrieve fee application and order for attorney use (.5). |
| 4/08/03 | Claire O Bonk | .50 | Retrieve and review docket and adversary dockets. |
| 4/08/03 | James W Kapp | .40 | Review pleadings and correspondence. |
| 4/08/03 | Christian J Lane | 3.00 | Draft and revise case status report (2.3); telephone conferences with local counsel re same (.7). |
| 4/08/03 | Shirley A Pope | 1.00 | Prepare personal injury briefs for attorney review. |
| 4/09/03 | Claire O Bonk | 4.80 | Analyze docket and update critical dates chart re same (1.0); analyze docket and update motion status chart re same (1.0); prepare pleadings for incorporation into central files (1.5); retrieve and review docket and adversary dockets and update central files re same (.3); retrieve and review K&E retention pleadings and correspondence re same (1.0). |
| 4/09/03 | James W Kapp | .70 | Review motion status chart (.1); review pleadings and correspondence (.2); review dockets (.2); review status report pursuant to court order (.2). |
| 4/09/03 | Christian J Lane | 3.70 | Draft and revise case status report (3.2); telephone conferences with local counsel re same (.5). |
| 4/09/03 | Christian J Lane | 1.10 | Review and revise quarterly report on OCPs (.7); telephone conferences with client and local counsel re same (.4). |
| 4/10/03 | Claire O Bonk | 5.10 | Retrieve and review docket and adversary dockets (.3); retrieve and review new docket entries for attorney's review and conference re same (1.3); update database re memoranda, correspondence, and proofs of claim (2.0); prepare same for entry into central files (1.5). |
| 4/10/03 | James W Kapp | 1.00 | Revise status report requested pursuant to court order (.8); review pleadings and correspondence (.2). |
| 4/10/03 | Christian J Lane | 2.90 | Revise case status report (1.8); telephone conferences with local counsel re same (.4); office conferences re same (.4); correspondence with creditor re bar date issues (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/11/03 | Claire O Bonk | 4.00 | Analyze and organize corporate documents and monthly operating reports and prepare for off site storage (2.1); legal key entry re same (.9); analyze and update proof of claim index and update binder re same (1.0). |
| 4/11/03 | Christian J Lane | .80 | Correspondence re case status report (.4); office conferences re same (.4). |
| 4/12/03 | Claire O Bonk | 1.20 | Analyze pleadings and corporate documents and prepare for off site storage (.8); legal key entry re same (.4). |
| 4/14/03 | Claire O Bonk | 1.50 | Retrieve and review docket and adversary dockets (.5); analyze pleadings and corporate documents and prepare for off site storage of documents (.5); legal key entry re same (.5). |
| 4/14/03 | Christian J Lane | 3.30 | Draft and revise case status report (2.8); office conferences re same (.5). |
| 4/15/03 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); review and analyze pleadings re critical dates (.6); update and distribute critical dates (.7). |
| 4/15/03 | Rhonda Lopera | .50 | Review and analyze pleadings re motion status chart. |
| 4/15/03 | Claire O Bonk | 2.00 | Retrieve and review docket and adversary docket (.4); analyze docket and update motion status chart re same (1.0); update database re proofs of claim and memoranda and entry into central files (.8). |
| 4/15/03 | Christian J Lane | 4.00 | Review and revise case status report (3.2); telephone conferences re same (.8); |
| 4/16/03 | Claire O Bonk | 1.50 | Retrieve and review docket and adversary dockets (.5); update database re memoranda and correspondence and prepare for entry into central files (1.0). |
| 4/16/03 | James W Kapp | .30 | Review motion status chart (.1); review correspondence from D. Siegel re case status report (.2). |
| 4/16/03 | Christian J Lane | 6.60 | Draft and revise case status report (5.); telephone conferences with local counsel re same (.5); telephone conferences re creditor inquiry re unpaid administrative amounts (.6); correspondence re same (.3); office conference re same (.2). |
| 4/17/03 | Rhonda Lopera | 1.50 | Locate and retrieve motion and order re retention of professionals for attorney's review (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 4/17/03 | James W Kapp | .40 | Review revised status report pursuant to court order. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/17/03 | Christian J Lane | 2.80 | Review and revise case status report (1.); review filing summary and relevant filings (.4); telephone conference re hearing agenda and related issues (.4); telephone conference re revisions to lease assumption extension order (.6); revise same (.4). |
| 4/17/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings (1.0); download and organize pleadings for litigation support database (.50). |
| 4/18/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.7); review and analyze adversary dockets (.3). |
| 4/18/03 | Christian J Lane | 3.90 | Revise case status report (1.5); telephone conferences with local counsel re same (.3); draft correspondence re same (.4); office conferences re same (.3); draft certification of counsel re revised lease assumption extension order (.6); telephone conferences re same (.3); correspondence re same (.4); review filing summary and pleadings (.1). |
| 4/18/03 | Shirley A Pope | .50 | Review docket for newly filed pleadings. |
| 4/21/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); update and distribute critical dates (.3). |
| 4/21/03 | Stephanie R Cashman | 2.50 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 4/21/03 | Claire O Bonk | 5.00 | Retrieve and review docket and adversary dockets (.5); update central files (1.0); review and organize corporate documents (2.0); enter same into central files (1.5). |
| 4/21/03 | Christian J Lane | 3.60 | Finalize case status report (2.5); telephone conferences with local counsel re same (.5); telephone conferences re hearing agenda (.4); correspondence re same (.2). |
| 4/21/03 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings (.50); download and organize pleadings for litigation support system (1.0). |
| 4/22/03 | Rhonda Lopera | 1.00 | Office conference re case administration of precedent asbestos cases (.4); review and analyze pleadings re same (.6). |
| 4/22/03 | Claire O Bonk | 3.00 | Retrieve and review docket and adversary dockets (.3); update central files re same (.5); retrieve and review hearing agenda for April 28, 2003 (.3); retrieve and review main case docket (.2); update order binders re same (1.5); analyze and review docket (.2); update motion status chart re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/22/03 | James W Kapp | .50 | Review dockets (.2); review motion status chart (.2); review critical date list (.1). |
| 4/22/03 | Christian J Lane | 1.40 | Review filing summary and relevant pleadings (.3); review and comment on critical dates list (.6); office conferences re same (.5). |
| 4/22/03 | Shirley A Pope | 3.80 | Review adversary proceedings docket (02-01657) for newly filed pleadings(.80); download National Union Fire Insurance pleadings and organize for litigation support system (2.0); review docket (1139) for newly filed pleadings (1.0). |
| 4/23/03 | Rhonda Lopera | 2.50 | Review and analyze pleadings re incorporation into central file (1.0); review and analyze adversary docket re critical dates (1.0); update critical dates and distribute same (.5). |
| 4/23/03 | Stephanie R Cashman | 4.00 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 4/23/03 | Christian J Lane | 2.00 | Review filing summary and relevant pleadings (.2); review invoices re Cat post-petition amounts due (.7); telephone conferences with client re same (.3); correspondence re same (.2); review critical dates list (.3); office conference re same (.3). |
| 4/23/03 | Shirley A Pope | 6.00 | Review correspondence and forward to responsible attorney for action (1.0); review docket for newly filed pleadings and download same (2.5); organize National Union Fire Insurance pleadings (adv. no. 02-01657) for litigation support database entry (2.5). |
| 4/24/03 | Stephanie R Cashman | 8.00 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 4/24/03 | Claire O Bonk | 4.90 | Retrieve and review docket and adversary dockets (.2); update central files (.2); analyze and review corporate documents (.2); update database re same (.3); retrieve and review claims re Rodriguez filing (1.0); analyze and review docket re retention of professionals (.5); update contact list re same (2.5). |
| 4/24/03 | James W Kapp | .20 | Review dockets (.1); review pleadings and correspondence (.1). |
| 4/24/03 | Christian J Lane | 1.00 | Review filing summary and relevant pleadings (.2); telephone conferences with client re Cat post-petition amounts due (.3); correspondence re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/03 | Shirley A Pope | 4.80 | Review correspondence and forward to responsible attorney for action (1.0); review docket for newly filed adversarial proceedings (National Union Fire Insurance) and organize for litigation support database entry (1.0); review and organize Nabisco adversarial pleadings for litigation support database (.8); review docket for newly filed pleadings and organize for litigation support system database (2.0). |
| 4/25/03 | Rhonda Lopera | .50 | Review and analyze pleadings re incorporation into central file. |
| 4/25/03 | Stephanie R Cashman | 7.00 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 4/25/03 | Claire O Bonk | 4.80 | Analyze and organize first days hearing binders (1.0); retrieve and review docket and adversary dockets (.2); update central files re same (.2); retrieve and review docket and adversary dockets re April documents (.3); analyze and review docket (.2); update motion status chart re same (.3); review and organize corporate documents (.3); update central files re same (.6); review and organize corporate documents; update database re same (.7); analyze and review docket and adversary dockets re retention of professionals; update contact list re same (1.0). |
| 4/25/03 | Christian J Lane | 2.00 | Revise quarterly reports (.9); telephone conferences with client re same (.3); review filing summary (.1); office conference re quarterly reports (.2); review file re settlement for quarterly reports (.5). |
| 4/25/03 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings and download (1.0); organize adversarial pleadings (Chakarian) for litigation support database entry (2.0); review correspondence and forward to responsible attorney for action (1.0); review and organize attorney work product for inclusion in litigation support database (1.0). |
| 4/28/03 | Rhonda Lopera | 1.30 | Review and analyze pleadings re incorporation into central file (.3); review and analyze docket re professional contact information (1.0). |
| 4/28/03 | Stephanie R Cashman | 9.00 | Review and catalog pleadings for entry into Concordance litigation support system. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/28/03 | Claire O Bonk | 5.80 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); retrieve and review corporate documents re Chakarian (.6); retrieve and review docket and adversary docket re retention of professionals (.2); update database re same (.3); review and organize corporate documents (.3); update central files (.2); retrieve and review asbestos litigation claims (1.5); create index re same (2.3). |
| 4/28/03 | Christian J Lane | 1.80 | Finalize quarterly reports of asset sales and settlements (.8); correspondence re same (.2); review filing summary and relevant pleadings (.3); telephone conferences re creditor inquiries (.5). |
| 4/28/03 | Shirley A Pope | 7.00 | Review correspondence and forward to responsible attorney for action(1.5); revise Grace contact listings (.50); locate and organize Smolkers pleadings for attorney use (.50); review docket for newly filed pleadings and download (2.0); organize pleadings for litigation support database entry (2.5). |
| 4/29/03 | Janet S Baer | .30 | Review recently filed pleadings in case. |
| 4/29/03 | Stephanie R Cashman | 3.00 | Review and catalog pleadings for Concordance litigation support system. |
| 4/29/03 | Claire O Bonk | 6.50 | Retrieve and review docket and adversary dockets (.2); update files re same (.3); analyze and review corporate documents (.5); update database re same (.5); retrieve and review orders re time extension (1.5); review and organize corporate documents (.5); update central files re same (.5); organize proofs of claim for filing (1.0.); draft letter to K. Davis re claims filing (.6); prepare claims for filing off site (.9). |
| 4/29/03 | Christian J Lane | 1.60 | Telephone conference re lease assumption extension order (.2); correspondence re same (.1); office conference re same (.2); review filing summary and relevant pleadings (.2); telephone conference re quarterly reports (.2); review and comment on critical dates list (.4); office conference re same (.3). |
| 4/29/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); locate and prepare related litigation documents for attorney use (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/03 | Claire O Bonk | 4.00 | Retrieve and review docket and adversary dockets (.3); update central files re same (.2); retrieve and review docket (.2); update motion status chart re same (.2); analyze and organize corporate documents (.3); update central files re same (.6); retrieve and review asbestos litigation claims (1.0); update index re same (1.0); prepare claims for filing off site (.2). |
| 4/30/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings, download same (.5); organize pleadings for litigation support database entry (.5). |
|  | Total hours: | 219.20 |  |

### Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/04/03 | Janet S Baer | .40 | Conference with R. Finke re review of PD claims and issues re same. |
| 4/09/03 | Janet S Baer | .30 | Confer with R. Finke re issues for Property Damage Claims analysis. |
| 4/29/03 | Andrew R Running | .60 | Telephone conversation with J. Hughes re USG case (.2); review USG docket (.3); write e-mail to Hughes re same (.1). |
|  | Total hours: | 1.30 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/08/03 | James W Kapp | .30 | Review correspondence from A. Krieger re potential acquisition. |
| 4/08/03 | Christian J Lane | 1.60 | Telephone conferences with client and Blackstone re proposed business unit purchase (.7); review and respond to correspondence re same (.6); office conferences re same (.3). |
| 4/09/03 | Christian J Lane | 1.00 | Telephone conferences with client and Blackstone re proposed business unit purchase (.4); review and respond to correspondence re same (.6). |
| 4/10/03 | Christian J Lane | 1.10 | Telephone conference with client re subsidiary acquisition (.2); review materials re same (.5); prepare response to creditors' committee inquiry re same (.4). |
| 4/11/03 | James W Kapp | .40 | Telephone conference M. Shelnitz re potential acquisition and bankruptcy implications re same. |
| 4/11/03 | Christian J Lane | 1.50 | Telephone conferences with client and Blackstone re subsidiary acquisition (.4); review and respond to correspondence re same (.3); further review of materials re same (.4); revise response to creditors' committee inquiry re same (.4). |
| 4/15/03 | Christian J Lane | 1.10 | Telephone conference with client re subsidiary acquisition (.2); office conference re same (.5); revise response to creditors' committee inquiry re same (.4). |
| 4/16/03 | James W Kapp | .30 | Review correspondence to A. Krieger re potential transaction. |
| 4/16/03 | Christian J Lane | .80 | Telephone conference with client re subsidiary acquisition (.3); office conference re same (.2); review material re same (.3). |
| 4/17/03 | Christian J Lane | .60 | Prepare for and participate in telephone conferences re proposed acquisition. |
| | Total hours: | 8.70 | |

## Matter 24 –Creditors Noteholders or Equity Holders' – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/21/03 | Christian J Lane | 1.40 | Prepare for and conduct telephone conference with creditors' committee counsel re open issues. |
| 4/28/03 | Christian J Lane | .70 | Review and consider information request from PD Committee (.4); correspondence re same (.3). |
| 4/29/03 | Christian J Lane | .70 | Telephone conferences with client re information request from PD Committee (.5); correspondence re same (.2). |
| | Total hours: | 2.80 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 4/01/03 | Janet S Baer | .30 | Confer with C. Perricone re Montana Vermiculite Company matter. |
| 4/03/03 | Mark E Grummer | .70 | Review draft response to Environmental Protection Agency letter re Amber Oil site and prepare revision of same and forward revision by email to team. |
| 4/03/03 | Christian J Lane | 1.50 | Review and respond to correspondence re National Union adversary (.7); research re issues re same (.8). |
| 4/04/03 | Janet S Baer | .30 | Coordination re EPA meeting and confer with M. Grummer re same. |
| 4/04/03 | Mark E Grummer | .10 | K&E office conference re plans for meeting with Environmental Protection Agency re Environmental Protection Agency's proof of claim. |
| 4/04/03 | Christian J Lane | 1.10 | Telephone conference with local counsel re National Union adversary proceeding (.3); review pleadings re same (.3); correspond re closing of adversary proceeding (.5). |
| 4/07/03 | Janet S Baer | .80 | Confer with W. Sparks re status of various outstanding litigation issues (.3); confer with R. Emmett re upcoming meeting with EPA and Amber Oil site matter (.3); review Amber Oil letter and draft response (.2). |
| 4/07/03 | Mark E Grummer | 2.10 | Review Environmental Protection Agency proof of claim and prepare for April 8 meting with Environmental Protection Agency re same (1.9); prepare collection of sample Environmental Protection Agency master settlement agreements (0.2). |
| 4/07/03 | Christian J Lane | 3.00 | Research re National union adversary proceeding issues (1.5); draft response to motion to compel (1.5). |
| 4/08/03 | Janet S Baer | 5.00 | Review EPA claims in preparation for EPA meeting (.5); attend meeting with Grace and EPA representatives re EPA claims and related issues (4.5). |
| 4/08/03 | Mark E Grummer | 6.00 | Continue review of Environmental Protection Agency proofs of claim re various environmental sites and prepare list of sites and prior information re same in preparation for meeting with client representatives and EPA/DOJ (2.5); attend meeting re Environmental Protection Agency's proof of claim and settlement framework with W. Corcoran, D. Siegel, K. Lund, and EPA/DOJ representatives A. Madigan and J. Freeman (3.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/08/03 | Christian J Lane | 2.50 | Research re National union adversary proceeding issues (.8); draft and revise response to motion to compel (1.7). |
| 4/09/03 | Janet S Baer | .80 | Review and revise draft response to RMQ and ELG Motion to Compel. |
| 4/09/03 | Mark E Grummer | .30 | Review Environmental Protection Agency proof of claim and organize related materials. |
| 4/09/03 | Christian J Lane | .80 | Telephone conference with client re National Union adversary strategy (.4); review documents re same (.4). |
| 4/10/03 | Janet S Baer | .50 | Conference re status of National Union, Caterpiller, motion on avoidance actions and related matters. |
| 4/10/03 | Christian J Lane | 1.60 | Review and revise response to motion to compel in National Union adversary. |
| 4/11/03 | Janet S Baer | .50 | Further revise Response on National Union discovery motion and confer re same. |
| 4/11/03 | Christian J Lane | 2.00 | Review and finalize response to motion to compel in National Union adversary. |
| 4/13/03 | Janet S Baer | .20 | Review Pacific Vilas stipulation re Smolker appeals. |
| 4/14/03 | Janet S Baer | .90 | Review/revise case status report (.5); review materials re "Crystal" transaction (.4). |
| 4/15/03 | Janet S Baer | .30 | Confer with P. Somers re Locke v. Bettacchi matter and how to proceed re same. |
| 4/17/03 | Mark E Grummer | 2.00 | Review Environmental Protection Agency notice letter re N-Forcer site (.3); draft response to same (.7); evaluate Grace's response to same in view of expected terms of Master Settlement Agreement with Environmental Protection Agency (1.0). |
| 4/17/03 | Christian J Lane | 2.00 | Prepare for and conduct telephone conference with client re National Union discovery request (.7); review documents re same (1.3). |
| 4/18/03 | Janet S Baer | .90 | Confer with J. Kapp re environmental issue and Montana Vermiculite matter (.4); confer with C. Lane re Montana Vermiculite and modifying injunction re same (.3); review environmental matters (.2). |
| 4/18/03 | Mark E Grummer | 2.90 | Telephone conference with R. Emmett re N-Forcer site and EPA master settlement provision re "additional sites" (0.3); review Montgomery Ward settlement agreement and prepare email memo to team re N-Forcer site and treatment of same and other "additional sites" under EPA model master settlement agreement for environmental claims and send Montgomery Ward agreement to team (2.6). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 4/18/03 | James W Kapp | .30 | Develop strategy re Montenna Vermiculite litigation/default judgment. |
| 4/18/03 | Christian J Lane | .80 | Review documents re National Union discovery request. |
| 4/20/03 | Janet S Baer | 1.30 | Review status of various outstanding issues (.3); prepare letter to J. Ellington re EPA participation in matters (.5); review current critical date and motion status charts (.2); review N-Forcer correspondence and reply re same (.3). |
| 4/21/03 | Christian J Lane | 4.00 | Telephone conferences re National Union issues (.4); review documents re discovery request (1.5); revise response and objection to discovery request (1.6); telephone conference with local counsel re National Union issues (.5). |
| 4/22/03 | Janet S Baer | .20 | Review National Union's Response to Discovery Motion. |
| 4/22/03 | Christian J Lane | 1.80 | Telephone conferences re National Union issues (.4); review documents re discovery request (.9); telephone conference with local counsel re National Union issues (.5). |
| 4/23/03 | Janet S Baer | 1.20 | Confer with R. Lopera re Asbestos litigation update for binder of current cases (.3); review correspondence and pleadings on various ongoing matters (.5); follow up re claims meetings and National Union matter (.3). |
| 4/23/03 | Christian J Lane | 2.70 | Telephone conferences re National Union issues (.6); correspondence with opposing counsel re same (.4); office conferences re same (.4); review documents re discovery request (1.2); telephone conference with local counsel re National Union issues (.5). |
| 4/24/03 | Janet S Baer | 1.20 | Confer with P. Somers re Locke v. Bettacchi and fee issue (.3); review Ryan letter on fee matter re SEC and revise same (.3); review Rodriguez motion to lift stay (.3); confer re omnibus hearing and National Union matter (.3). |
| 4/24/03 | Christian J Lane | 2.70 | Telephone conferences re National Union issues (.6); correspondence with opposing counsel re same (.4); office conferences re same (.4); review documents re discovery request (1.2); telephone conference with local counsel re National Union issues (.5). |
| 4/25/03 | Janet S Baer | .30 | Review and revise response on National Union discovery. |
| 4/25/03 | Christian J Lane | .60 | Office conference re National Union adversary matter for hearing (.3); telephone conferences re same (.3). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/25/03 | Rhonda Lopera | 1.00 | Locate and review appellate brief (.5); office conference re same (.3); duplicate and distribute same (.2). |
| 4/28/03 | Janet S Baer | .20 | Review inquiry re EPA claim list (.1); review N-Forcer letter (.1). |
| 4/28/03 | Christian J Lane | 1.70 | Revise response to discovery request in National Union. |
| 4/29/03 | Janet S Baer | .20 | Confer with E. Filon re tax claim issue. |
| 4/29/03 | Mark E Grummer | .40 | Review and respond to R. Emmett email re noncontroversial sites on EPA's list. |
| 4/30/03 | Christian J Lane | 2.80 | Review documents for discovery re National Union adversary (1.5); review and revise response re same (1.3). |
|  | Total hours: | 62.50 |  |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/09/03 | Christian J Lane | .50 | Review and comment on hearing agenda (.3); telephone conference with local counsel re same (.2). |
| 4/11/03 | James W Kapp | .20 | Revise agenda for 4/28 omnibus hearing. |
| 4/21/03 | James W Kapp | .20 | Revise agenda for 4/28 omnibus hearing. |
| 4/28/03 | Janet S Baer | 1.00 | Review materials in preparation for Omnibus hearing and participate in hearing on Motion re National Union discovery. |
| | Total hours: | 1.90 | |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/03 | James W Kapp | .10 | Review Kent Holdings' stipulation re lease objection. |
| 4/02/03 | James W Kapp | .30 | Review revised stipulation re Kent Holdings' objection to lease rejection. |
| 4/02/03 | Christian J Lane | 1.40 | Telephone conferences re equipment lease and disposition of same (.6); review and respond to correspondence re same (.8). |
| 4/03/03 | Christian J Lane | 1.40 | Telephone conference with client and lessor re equipment lease (.3); analyze issues re same (.4); telephone conference with client re Augusta lease and related issues (.4); review and respond to correspondence re same (.3). |
| 4/04/03 | Christian J Lane | 1.20 | Telephone conference with client and subtenant re equipment lease (.6); telephone conference re Grace building in NYC lease issues (.6). |
| 4/08/03 | Christian J Lane | 1.30 | Telephone conference with client and lessor re equipment lease (.6); analyze issues re same (.3); telephone conference re Monroe, LA lease issues (.4). |
| 4/09/03 | James W Kapp | .40 | Review Dunbar objection to motion to extend lease rejection period. |
| 4/09/03 | Christian J Lane | 2.20 | Telephone conference with client and lessor re equipment lease (.8); review and respond to correspondence re same (.5); telephone conference with landlord's counsel re Monroe, LA lease issues (.2); telephone conference with client re same (.2); telephone conferences with client and landlord re Knoxville TN lease issues (.5). |
| 4/10/03 | Christian J Lane | 1.80 | Telephone conference with client and lessor re equipment lease (.2); review and respond to correspondence re same (.3);draft motion re same (1.0); telephone conferences with client and landlord re Knoxville TN lease issues (.3). |
| 4/11/03 | Christian J Lane | 2.90 | Telephone conferences with client and lessor re equipment lease (.4); review lease re same (.4); review and respond to correspondence re same (.8); review and revise motion re same (.8); telephone conferences with client and landlord re Knoxville TN lease issues (.5). |
| 4/14/03 | Christian J Lane | 1.50 | Telephone conferences with client re equipment lease (.6); draft motion re same (.9). |
| 4/15/03 | Christian J Lane | .30 | Telephone conference with landlord counsel re objection to extension motion (.1); telephone conference with client re same (.2). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/17/03 | Christian J Lane | .40 | Telephone conference with client re lease issues. |
| 4/18/03 | James W Kapp | .70 | Revise motion to terminate equipment lease. |
| 4/21/03 | Christian J Lane | 1.00 | Telephone conferences re various lease issues (.6); review and respond to correspondence re same (.4). |
| 4/23/03 | Christian J Lane | 2.50 | Telephone conferences re equipment lease (.6); revise motion re same (1.9). |
| 4/30/03 | Christian J Lane | 1.00 | Telephone conference with client re Monroe lease (.5); review correspondence and documents re same (.5). |
| | Total hours: | 20.40 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/01/03 | Toni L Wallace | 1.00 | Update payment tracking chart (.7); telephone and office conferences with billing re same (.3). |
| 4/01/03 | Christian J Lane | 1.30 | Review materials re response to fee examiner report (.3); draft response to fee auditor report (1.0). |
| 4/02/03 | James W Kapp | .60 | Review response to fee auditors initial report for the seventh interim period. |
| 4/02/03 | Christian J Lane | 1.00 | Revise fee auditor response (.7); office conferences re same (.3). |
| 4/03/03 | Christian J Lane | 1.60 | Revise fee auditor response (1.2); office conferences re same (.4). |
| 4/04/03 | Toni L Wallace | .20 | Telephone conference with billing department re expense issues. |
| 4/04/03 | Janet S Baer | .20 | Review draft response to W. Smith fee auditor objection. |
| 4/04/03 | Christian J Lane | 1.00 | Revise response to fee auditor. |
| 4/07/03 | Christian J Lane | 1.10 | Revise fee auditor response (.8); correspondence re same (.3). |
| 4/08/03 | James W Kapp | .50 | Review revised response to fee auditor's initial report re seventh interim period. |
| 4/08/03 | Christian J Lane | .80 | Finalize fee auditor response (.6); Correspondence re fee auditor response (.2). |
| 4/09/03 | Christian J Lane | 1.00 | Prepare March fee detail. |
| 4/10/03 | Christian J Lane | 1.50 | Prepare March fee detail. |
| 4/14/03 | Toni L Wallace | .70 | Review and revise fee detail in preparation for March fee application (.4); telephone conference with R. Langley re same (.1). |
| 4/14/03 | Christian J Lane | 2.40 | Prepare March fee detail. |
| 4/15/03 | Christian J Lane | .50 | Review fee auditor's final report (.3); correspondence re same (.2). |
| 4/16/03 | James W Kapp | .20 | Review fee auditor's final report for seventh interim period. |
| 4/16/03 | Christian J Lane | 2.40 | Prepare March fee detail. |
| 4/17/03 | Toni L Wallace | 2.50 | Prepare draft of March fee application (2.2); telephone conferences and e-mail correspondence with R. Langley re same (.3). |
| 4/21/03 | Toni L Wallace | 2.00 | Prepare exhibits to March fee application (1.6); revise same (.4). |
| 4/23/03 | Christian J Lane | 1.20 | Review and comment on March fee application. |
| 4/25/03 | Christian J Lane | .50 | Finalize March fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/28/03 | Toni L Wallace | 3.20 | Prepare draft of eighth quarterly fee application (2.5); review docket for filing information re monthly fee application and CNOs of same (.4); prepare monthly fee detail for January, February and March for fee auditor review (.3). |
| 4/30/03 | Toni L Wallace | .40 | Revise eighth quarterly fee application and forward for review. |
| 4/30/03 | Christian J Lane | .80 | Review and revise quarterly fee application. |
|  | Total hours: | 28.60 |  |

### Matter 35 – Fee Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/03/03 | Christian J Lane | .80 | Review and respond to correspondence re payment of BMC fees (.4); telephone conferences re same (.4). |
| 4/08/03 | Christian J Lane | .50 | Review and respond to correspondence re payment of BMC fees (.2); telephone conferences re Woodcock Washburn fee applications (.3). |
| | Total hours: | 1.30 | |

**<u>Matter 37 –Plan and Disclosure Statement – Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/02/03 | Janet S Baer | .30 | Conference with D. Siegel re status of Plan issues. |
| | Total hours: | .30 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/04/03 | Christian J Lane | .50 | Telephone conference with client re OCP retention (.3); telephone conference with other professional re OCP affidavit and process (.5). |
| 4/15/03 | Christian J Lane | .50 | Telephone conferences with client re retention of Deloitte (.3); correspondence with Deloitte counsel re same (.2). |
| 4/16/03 | Christian J Lane | 1.30 | Telephone conferences with client re retention of Deloitte (.3); review and respond to correspondence with client and Deloitte counsel re same (.4); review and revise application re same (.6). |
| 4/17/03 | Christian J Lane | 1.50 | Review and revise application and order to retain Deloitte (.7); telephone conferences with client re same (.3); telephone conferences with Deloitte counsel re same (.5). |
| 4/18/03 | Christian J Lane | 1.00 | Review and revise application and order to retain Deloitte (.3); telephone conferences with local counsel re same (.2);telephone conferences with client re same (.3); telephone conferences with Deloitte counsel re same (.2). |
| 4/22/03 | Christian J Lane | .80 | Telephone conference with client re retention of Deloitte (.3); correspondence re OCP affidavit (.2); telephone conference with local counsel re same (.3). |
| | Total hours: | 5.60 | |

A-27

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/08/03 | Mark E Grummer | 1.90 | One half of travel time not spent on billable matters - (total time was 3.80 hrs.) |
| | Total hours: | 1.90 | |

## **Matter 46 – Tax Litigation – Fees**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 4/02/03 | Natalie H Keller | .80 | Review rules re prohibition on ex parte communications and consider effect of same on settlement negotiations. |
| 4/07/03 | Todd F Maynes | 1.00 | Telephone conferences with W.R. Grace and IRS re settlement of litigation. |
| 4/08/03 | Natalie H Keller | 1.30 | Prepare for and attend telephone conference re settlement issues (.8); prepare for and attend office conference re settlement issues (.5). |
| 4/09/03 | Natalie H Keller | .20 | Discuss Form W-2 reporting requirements for recharacterized per diems. |
| 4/14/03 | Natalie H Keller | 1.70 | Office conference re reporting requirements for recharacterized per diems and research same. |
| 4/21/03 | Natalie H Keller | 1.50 | Draft letter to Nestor re revised settlement offer and revise same to incorporate R. Finke's comments (1.2); office conference re same (.3). |
| 4/21/03 | Todd F Maynes | .50 | Preparation of Nestor letter. |
| 4/21/03 | Thomas L Evans | 1.80 | Preparation of testimony to be given at IRS hearing (1.0); preparation in the delivery of such testimony (.6); time spent scheduling with the IRS (.2). |
| 4/22/03 | Todd F Maynes | .50 | Telephone conferences re preparation for testimony. |
| 4/22/03 | Thomas L Evans | 2.30 | Preparation for and presentation of testimony at IRS hearing on proposed INDOPCO regulations (1.8); time spent listening to other comments, including other comments on mass tort bankruptcies, in order to help determine what the IRS might do in this area (.5). |
| 4/22/03 | Christian J Lane | .50 | Telephone conference with client re payment of state taxes and fees (.2); analyze issues re same (.3). |
| | Total hours: | 12.10 | |