# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $6.00 |
| Airfare | $1,399.18 |
| Hotel Expense | $303.99 |
| Transportation to/from airport | $25.00 |
| Travel Meals | $43.04 |
| Other Travel Expenses | $39.00 |
| **Total** | **$1,816.21** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 4/08/03 | 6.00 | ELLI LEIBENSTEIN - Telephone Expense, New York, NY 3/11/03 to 3/12/03 (Meeting w/Experts) |
| 4/08/03 | 303.99 | ELLI LEIBENSTEIN - Hotel Expense, New York, NY, 3/11/03 to 3/12/03, (Meeting w/Experts) |
| 4/08/03 | 1,399.18 | ELLI LEIBENSTEIN - Airfare, New York, NY, 3/11/03 to 3/12/03, (Meeting w/Experts) |
| 4/08/03 | 25.00 | ELLI LEIBENSTEIN - Transportation to/from airport, New York, NY 3/11/03 to 3/12/03 (Meeting w/Experts) |
| 4/08/03 | 43.04 | ELLI LEIBENSTEIN - Meals, New York, NY, 3/11/03 to 3/12/03, (Meeting w/Experts) |
| 4/08/03 | 39.00 | ELLI LEIBENSTEIN - Other Travel Expenses, Parking, Tolls, New York, NY 3/11/03 to 3/12/03 (Meeting w/Experts) |
| Total: | 1,816.21 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $359.13 |
| Fax Charge | $33.15 |
| Standard Copies | $124.90 |
| Tabs/Indexes/Dividers | $1.80 |
| Scanned Images | $30.60 |
| Overnight Delivery | $27.71 |
| Outside Copy/Binding Services | $205.51 |
| Computer Database Research | $90.31 |
| Overtime Transportation | $97.10 |
| **Total** | **$970.21** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 1/16/03 | 4.07 | Telephone call to: COLUMBIA,MD 410-997-3764 |
| 1/16/03 | 5.28 | Telephone call to: COLUMBIA,MD 410-997-3764 |
| 2/01/03 | 203.68 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs., J. Kapp, 1/03 |
| 2/20/03 | 90.31 | VIRTUALDOCKET.COM - TA(85.20) Computer Database Research, 2/03 Documents Downloaded. |
| 3/07/03 | 205.51 | GLOBAL LEGAL COPY, LLC. - Outside Copy/Binding Services, PO-A645, Requested by S Pope, 3/7/03 |
| 3/12/03 | 12.33 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 3/27/03 | 7.47 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 3/28/03 | 3.53 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/28/03 | 2.08 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/28/03 | 4.00 | Standard Copies |
| 3/28/03 | 2.00 | Standard Copies |
| 3/28/03 | 2.00 | Standard Copies |
| 3/28/03 | .20 | Standard Copies |
| 3/28/03 | .20 | Standard Copies |
| 3/31/03 | 2.91 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 3/31/03 | 1.66 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 3/31/03 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 3/31/03 | 10.81 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/31/03 | 1.66 | Telephone call to: MIAMI,FL 305-374-7580 |
| 3/31/03 | 27.80 | Standard Copies |
| 4/01/03 | 73.99 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference chgs, E. Leibenstein, 3/03 |
| 4/01/03 | .20 | Standard Copies |
| 4/01/03 | 3.00 | Scanned Images |
| 4/01/03 | 10.00 | TONI L WALLACE - Overtime Transportation, 3/27/03 |
| 4/02/03 | 5.40 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 4/02/03 | .83 | Telephone call to: STATE OF,CT 860-240-2700 |
| 4/02/03 | .75 | Fax page charge to 410-531-4545 |
| 4/02/03 | .10 | Standard Copies |
| 4/03/03 | .75 | Fax page charge to 412-288-3063 |
| 4/03/03 | .75 | Scanned Images |
| 4/04/03 | 20.70 | Overtime Transportation, X. Wang, 3/3/03 |
| 4/04/03 | 50.00 | Overtime Transportation, J. Baer, 2/25/03 |

| Date | Amount | Description |
|---|---:|---|
| 4/04/03 | 11.40 | Overtime Transportation, M. Coleman, 3/3/03 |
| 4/07/03 | 5.61 | Telephone call to: CENTRAL,MN 651-698-3685 |
| 4/07/03 | 8.94 | Telephone call to: SANFRNCSCO,CA 415-951-1115 |
| 4/07/03 | 4.50 | Fax page charge to 302-652-5338 |
| 4/07/03 | 6.00 | Fax page charge to 504-582-1555 |
| 4/07/03 | 7.20 | Standard Copies |
| 4/08/03 | .62 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 4/08/03 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 4/08/03 | 2.40 | Standard Copies |
| 4/08/03 | .50 | Standard Copies |
| 4/08/03 | .40 | Standard Copies |
| 4/08/03 | 2.00 | Standard Copies |
| 4/08/03 | 27.50 | Standard Copies |
| 4/08/03 | 7.90 | Standard Copies |
| 4/08/03 | 1.80 | Tabs/Indexes/Dividers |
| 4/08/03 | .60 | Scanned Images |
| 4/09/03 | .90 | Standard Copies |
| 4/09/03 | 2.00 | Standard Copies |
| 4/09/03 | .60 | Scanned Images |
| 4/09/03 | 1.35 | Scanned Images |
| 4/09/03 | 1.35 | Scanned Images |
| 4/10/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4574 |
| 4/10/03 | 5.25 | Fax page charge to 561-362-1583 |
| 4/10/03 | .30 | Standard Copies |
| 4/10/03 | 2.00 | Standard Copies |
| 4/10/03 | 1.90 | Standard Copies |
| 4/10/03 | 2.30 | Standard Copies |
| 4/10/03 | 12.40 | Standard Copies |
| 4/10/03 | 5.00 | JANET BAER - Overtime Transportation 4/8/03 |
| 4/11/03 | 3.50 | Standard Copies |
| 4/11/03 | .45 | Scanned Images |
| 4/11/03 | .45 | Scanned Images |
| 4/11/03 | 7.91 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/13/03 | .40 | Standard Copies |
| 4/14/03 | .62 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/14/03 | 9.15 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/14/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4222 |

| Date | Amount | Description |
|---|---:|---|
| 4/14/03 | 5.20 | Telephone call to: GRD PR,TX 214-263-5890 |
| 4/14/03 | .40 | Standard Copies |
| 4/15/03 | 2.29 | Telephone call to: CAMBRIDGE,MA 617-498-4322 |
| 4/15/03 | .50 | Standard Copies |
| 4/16/03 | 2.29 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/16/03 | 1.04 | Telephone call to: E CENTRAL,FL 561-650-8007 |
| 4/16/03 | 8.50 | Standard Copies |
| 4/16/03 | .10 | Standard Copies |
| 4/16/03 | .40 | Standard Copies |
| 4/17/03 | .62 | Telephone call to: WASHINGTON,DC 202-219-9629 |
| 4/17/03 | 3.80 | Standard Copies |
| 4/18/03 | .20 | Standard Copies |
| 4/20/03 | 1.50 | Fax page charge to 410-531-4545 |
| 4/20/03 | 1.50 | Fax page charge to 410-531-4233 |
| 4/20/03 | 1.50 | Fax page charge to 303-312-7331 |
| 4/20/03 | .20 | Standard Copies |
| 4/20/03 | .20 | Standard Copies |
| 4/20/03 | .50 | Standard Copies |
| 4/21/03 | 7.95 | Scanned Images |
| 4/23/03 | .90 | Fax phone charge to 011-441707255633 |
| 4/23/03 | 1.50 | Fax page charge to 011-441707255633 |
| 4/24/03 | .30 | Scanned Images |
| 4/25/03 | 1.95 | Scanned Images |
| 4/25/03 | 10.95 | Scanned Images |
| 4/25/03 | .45 | Scanned Images |
| 4/28/03 | .45 | Scanned Images |
| 4/29/03 | 4.50 | Fax page charge to 302-652-5338 |
| 4/29/03 | 4.50 | Fax page charge to 561-362-1583 |
| Total: | 970.21 | |