# FEE DETAIL

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1038070
One Town Center Road                     Invoice Date      06/03/03
Boca Raton, FL    33486                  Client Number       172573


===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            3,974.50

                    TOTAL BALANCE DUE UPON RECEIPT      $ 3,974.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1038070
One Town Center Road                     Invoice Date      06/03/03
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 04/01/03 | Cameron | Revise materials relating to asbestos property damage cases and summary of affirmative defenses. | .80 |
| 04/01/03 | K. Hindman | Created a new Summation database to house the Holmes, Roberts and Owen documents that were produced to the EPA. | 5.00 |
| 04/02/03 | Butcher | Extensive research re: statute of limitation applicability to property damage claims. | 3.00 |
| 04/03/03 | K. Hindman | Copied two CD's from Holme, Roberts and Owen to the Litigation server. | 1.00 |
| 04/04/03 | K. Hindman | Created a backup of the EPA Produced Summation database (1.0); loaded 1,268 images into the database (2.5). | 3.50 |
| 04/05/03 | Cameron | Review legal research for affirmative defenses to property damage claims (.6); review of materials for new claims (.2). | .80 |
| 04/24/03 | Lord | Update 2002 and Notice Group Service Lists. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1038070
 60026  Litigation and Litigation Consulting  Page    2
        June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|------|

| | | | |
|------|------|---|------|
| 04/28/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | 4.00 |
| 04/29/03 | Lord | Research docket and update 2002 Service List and corresponding service labels. | .30 |

```
                                            ------
                                TOTAL HOURS   18.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.60 | at $ | 430.00 | = | 688.00 |
| Kathy K. Condo | 4.00 | at $ | 385.00 | = | 1,540.00 |
| Jayme L. Butcher | 3.00 | at $ | 200.00 | = | 600.00 |
| John B. Lord | .70 | at $ | 145.00 | = | 101.50 |
| Karen Hindman | 9.50 | at $ | 110.00 | = | 1,045.00 |

```
                        CURRENT FEES                    3,974.50


                                            ------------
            TOTAL BALANCE DUE UPON RECEIPT   $ 3,974.50
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1038073
5400 Broken Sound Blvd., N.W.        Invoice Date        06/03/03
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          217,103.00

                TOTAL BALANCE DUE UPON RECEIPT    $ 217,103.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1038073
5400 Broken Sound Blvd., N.W.            Invoice Date        06/03/03
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2003

   Date   Name                                                  Hours
 -------- -----------                                           -----


04/01/03 Atkinson      Organizing Dr. Hughson reliance          1.00
                       materials (.6); prepare claimants'
                       reliance videotapes,
                       deposition/summary for
                       transmission to R. Finke (.4).

04/01/03 Bentz         Review of outstanding document           4.00
                       issues (1.2); letter to claimants'
                       counsel regarding outstanding fact
                       discovery issues (1.3);
                       corresponding with Grace and
                       co-counsel regarding outstanding
                       fact discovery issues (.5); review
                       of claimants' experts' reliance
                       materials (1.0).

04/01/03 Cameron       Continued work on materials for          8.40
                       expert reports (2.3); review and
                       analyze ZAI claimant expert
                       reports (2.8); multiple telephone
                       calls with R. Finke regarding
                       expert discovery issues (.7);
                       prepare summaries for R. Finke
                       regarding same (.8); meet with J.
                       Restivo regarding expert reports
                       (.6); review of testing data from
                       experts (1.2).

04/01/03 Restivo       Review of all of ZAI Claimants'          4.00
                       expert reports (3.5) and meeting
                       with D. Cameron (0.5).

172573 W. R. Grace & Co.                          Invoice Number  1038073
60028  ZAI Science Trial                          Page   2
       June 3, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 04/01/03 | Turkaly | Review and index P. Peronard's deposition. | 5.50 |
| 04/02/03 | Atkinson | Reviewing Debtors' experts' reference materials to provide to Mr. Westbrook. | 1.80 |
| 04/02/03 | Bentz | Review of reference materials regarding medical experts and letter regarding same (3.2); conference with M. Murphy regarding document production (.2); letter to claimants' counsel regarding production of materials and various discovery requests (.8); work with respect to expert reports (.3); review of legal research (1.1). | 5.60 |
| 04/02/03 | Cameron | Prepare for and participate in conference call with expert regarding expert report issues (1.3); review testing data from expert (1.1); prepare summary and outline of expert issues for R. Finke (.8); telephone call with J. Restivo regarding expert report and discovery issues (.3); multiple telephone calls with R. Finke regarding expert report issues and testing data (1.2). | 4.70 |
| 04/02/03 | Condo | Review materials re: Daubert motions for preparation of Debtors' Daubert motions. | 1.20 |
| 04/02/03 | Flatley | Messages from/to D. Cameron re: expert witness issues (.10); call with R. Senftleben re: medical expert issues and follow up (.40). | .50 |
| 04/02/03 | Muha | Review Daubert file and obtain Daubert caselaw for D. Cameron. | .40 |
| 04/02/03 | Restivo | Review new material re: ZAI Claimants' experts. | 1.00 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        June 3, 2003

Invoice Number   1038073
Page    3

| Date | Name | | Hours |
|------|------|---|-------|

| 04/03/03 | Bentz | Meeting with J. Restivo and D. Cameron regarding pretrial planning, expert reports and expert deposition (2.0); preparation for possible deposition of Peronard (.9); review expert reliance materials (1.2); review of legal research (1.3). | 5.40 |
| 04/03/03 | Cameron | Prepare for and attend meeting with J. Restivo and J. Bentz regarding status of expert reports, task responsibilities and progress of tasks for expert discovery and motions preparation and discuss deposition assignments (2.1); multiple e-mails and telephone calls with R. Finke regarding expert reports and reliance materials review (.9); prepare and revise summary memo regarding expert reports (1.9); meet with J. Restivo regarding detailed review amd summary of expert reports (.7). | 5.60 |
| 04/03/03 | Condo | Review materials re: Daubert motions for preparation of Debtors' Daubert motions. | .20 |
| 04/03/03 | Restivo | Preparation for filing defendant's expert reports (2.0); assignment memos re:  plaintiff expert discovery (2.0); review new ZAI science trial correspondence, e-mails, memos (1.0). | 5.00 |
| 04/04/03 | Atkinson | Meeting with D. Cameron, J. Butcher re: EPA-FOIA responses (.9); reviewing files re: experts' reliance materials (2.0). | 2.90 |
| 04/04/03 | Bentz | Conference with K. Condo regarding necessary legal research (.5); corresponding with Grace regarding materials in personal injury claims (.6); conference with L. Flatley regarding expert reports | 4.20 |

172573 W. R. Grace & Co.                           Invoice Number  1038073
60028  ZAI Science Trial                           Page   4
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| | | (.7); review of legal research (1.1); review of plaintiffs' experts' reliance materials (1.3). | |
| 04/04/03 | Butcher | Phone call to D. Johnson of EPA re: FOIA requests (0.4); meeting with D. Cameron re: FOIA requests (0.3); review all correspondence re: FOIA requests (0.6). | 1.30 |
| 04/04/03 | Cameron | Meet with L. Flatley regarding expert reports (.4); prepare for and participate in conference calls with R. Finke and experts regarding expert witness issues (1.1); multiple telephone calls and e-mails to R. Finke regarding expert witness and reliance materials for reports (1.8); review expert reports from prior cases regarding additional reliance materials (1.2); meet with J. Butcher and M. Atkinson regarding status of FOIA requests (.4); review correspondence regarding same (.6); finalize memo regarding expert reports (.6). | 6.10 |
| 04/04/03 | Condo | Teleconference with Bentz re: Daubert issues. | .80 |
| 04/04/03 | Flatley | Call with R. Senftleben to schedule call (.10); with J. Bentz re: status (.40); working on medical expert issues in preparation for conference call (2.50); conference call with R. Senftleben, D. Kuchinsky, R. Finke and (part) D. Cameron (1.40); follow up on medical issues after conference call (2.20); conference call with R. Senftleben and D. Hughson re: medical issues (.40). | 7.00 |
| 04/04/03 | Miller | Further research regarding proof of contamination in asbestos lawsuits for preparation of ZAI Science Trial defense (3.2); further review of case law regarding proof of contamination | 6.20 |

172573  W. R. Grace & Co.                          Invoice Number  1038073
60028   ZAI Science Trial                          Page    5
        June 3, 2003

    Date    Name                                                  Hours
  --------  -----------                                           -----
                              and frequency, proximity and
                              regularity test in asbestos
                              lawsuits (3.0).

  04/04/03 Muha              Research cases and related            5.90
                              materials for treatment of ZAI
                              Claimants' expert witnesses in
                              previous Daubert motions and
                              hearings.

  04/04/03 Turkaly           Review case materials for            1.00
                              deposition preparation for Ewing
                              and Hatfield.

  04/05/03 Bentz             Preparation of status report in      1.30
                              response to request by the Court.

  04/05/03 Cameron           Review materials from R. Finke       3.00
                              relating to testing by EPA (.7);
                              e-mail to R. Finke regarding
                              expert issues (.8); telephone call
                              with expert and review of reliance
                              materials for data (.9); prepare
                              for conference call with R. Finke
                              (.6).

  04/06/03 Butcher           Review Hatfield and Longo Report      .70
                              for deposition outline.

  04/06/03 Cameron           Prepare for and participate in       4.00
                              conference call with R. Finke
                              regarding expert report issues
                              (1.5); review extensive testing
                              data for expert reports and
                              preparation for deposition of
                              claimants' expert (1.7); e-mail
                              and telephone call with J. Restivo
                              regarding expert issues (.8).

  04/06/03 Culleiton         Review and analyze legal             2.50
                              memorandum regarding Science Trial
                              case background and merits.

  04/07/03 Atkinson          Red-lining copy of revised            .50
                              Hatfield/Longo report to indicate
                              changes from 3/23/03 version.

  04/07/03 Atkinson          Reviewing Kalman and Mold            6.40
                              depositions re: expert reports

```
172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page   6
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| -------- | ----------- | | ----- |

|          |           | (1.3);  drafting list of materials provided to/relied upon by Debtors' experts (4.3); requesting journal article for Science International (.8). | |
|----------|-----------|--|------|
| 04/07/03 | Bentz | Review of materials regarding personal injury actions (2.0); meeting with L. Flatley regarding medical expert reliance materials (.9); drafting status report (.5); scheduling expert depositions (.6); corresponding with bankruptcy counsel regarding status of ZAI matter (.5); review of hearing transcript for prior order (.8). | 5.30 |
| 04/07/03 | Cameron | Prepare for and participate in conference call with R. Finke and testifying expert regarding reliance materials and expert report issues (1.3); prepare for and participate in conference call with R. Finke regarding additional expert reliance materials and timing for report (1.2);  review supplemental report received from ZAI claimants (1.2); meet with J. Restivo and associate regarding expert deposition preparation (.4); continuation of call with expert witness regarding status of reliance materials and expert report issues (.9). | 5.00 |
| 04/07/03 | Culleiton | Review and analyze legal memorandum, articles and expert reports for background and merits of Science Trial case (3.5);conference with J. Restivo regarding deposition preparation projects (1.0); review Ewing expert report and background information for deposition preparation (2.6). | 7.10 |
| 04/07/03 | Flatley | E-mails and analysis re: experts' issues (.80); scientific expert | 2.90 |

172573 W. R. Grace & Co.                           Invoice Number  1038073
60028   ZAI Science Trial                          Page    7
        June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| | | issues materials review (.90); with J. Bentz re: reliance materials (1.00); e-mails from/to D. Cameron re: experts (.20). | |
| 04/07/03 | Restivo | Conference call with R. Finke and D. Cameron re: Science Trial planning and strategy (1.0); review expert reports (2.0); Science Trial defense preparation work (3.5). | 6.50 |
| 04/08/03 | Atkinson | Locating materials provided to and relied upon by Debtors' experts (1.7) and draft of list of materials (.7). | 2.40 |
| 04/08/03 | Bentz | Preparation of status report to the Court (1.0); conference with Grace and L. Flatley regarding medical experts (.3); scheduling deposition of claimants' experts (.9); letter to counsel for claimants regarding expert depositions (.5); research on factual issue regarding the processing of ZAI (1.6); review of transcripts regarding decision on pre-trial procedure (.7). | 5.00 |
| 04/08/03 | Butcher | Meeting with J. Restivo re: Science Trial claimants' expert depositions. | .50 |
| 04/08/03 | Butcher | Review Responses to FOIA Requests (1.0); draft Summary of Responses (0.9); draft letter to M. Cohn (0.8); phone call to L. Casey at EPA re: Response (0.2). | 2.90 |
| 04/08/03 | Cameron | Meet with M. Atkinson regarding reliance materials (.4); review and update reference materials for several experts (1.2); meet with J. Restivo regarding Science trial outline and legal issues overview (.5); review testing data from experts (1.4); conference call with R. Finke regarding same (.4); provide comments to reliance | 5.40 |

172573 W. R. Grace & Co.                          Invoice Number  1038073
60028  ZAI Science Trial                          Page   8
       June 3, 2003

| Date | Name | | Hours |
|------|------|------|------|
| | | material list (.7); multiple e-mails to R. Finke, L. Flatley and J. Restivo regarding expert issues (.8). | |
| 04/08/03 | Culleiton | Conference with D. Cameron regarding expert deposition preparation background materials (0.7);  review and analyze background materials and testing data (5.8). | 6.50 |
| 04/08/03 | Flatley | Review issues for expert witnesses and e-mails re: those issues (1.30); e-mails, voice-mails and calls with R. Senftleben re: scheduling (.30). | 1.60 |
| 04/08/03 | Miller | Preparation of Conclusions of Law for Science Trial case. | 1.00 |
| 04/08/03 | Restivo | Meeting with J. Butcher re: expert deposition preparation (0.5); meeting with D. Cameron re: expert reports (1.0); trial preparation (5.7). | 7.20 |
| 04/08/03 | Turkaly | Review and summarize T. Hamilton and J. Wolter depositions. | 2.00 |
| 04/09/03 | Atkinson | Meeting with D. Cameron, J. Bentz re: status of Debtors' experts' reference materials (.5); reviewing Summation production database re: total documents, pages produced (.3) continue to gather, list materials provided to/relied upon by Debtors' experts (5.1). | 5.90 |
| 04/09/03 | Bentz | Preparation of status report to the court (.5); work on debtors' expert reports (3.6); meeting with D. Cameron and M. Atkinson regarding expert reliance materials (.8); corresponding with claimants' counsel regarding expert deposition schedule and remaining document issue (.9). | 5.80 |

```
172573  W. R. Grace & Co.                    Invoice Number  1038073
60028   ZAI Science Trial                    Page    9
        June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|---|
| 04/09/03 | Cameron | Telephone call with L. Flatley regarding Dr. Hughson's report (.3); multiple telephone calls with R. Finke regarding expert issues and reliance materials (1.1); telephone call with expert regarding question concerning requests for reports and reliance materials (1.4); various e-mails to R. Finke regarding open expert discovery issues (1.0); review materials received from experts as exhibits to reports (1.3). | 5.10 |
| 04/09/03 | Condo | Review materials re: Daubert motions for preparation of Debtors' Daubert motions. | 3.00 |
| 04/09/03 | DeMarchi Sleigh | Meeting with K. Condo to discuss research assignment re:  expert testimony needed to show that exposure to a product caused increased risk of injury. | .20 |
| 04/09/03 | Flatley | E-mails re: expert reports issues (.30); with J. Bentz re: experts reports issues (.30); e-mails to/from R. Senftleben (.10); preparation for conference call (1.20); conference call with expert and R. Senftleben and follow up (1.40); with J. W. Bentz re: reliance materials lists (.30); with J. Restivo re: various issues (.20); working on expert witness issues and reorganizing file materials (1.90) | 5.70 |
| 04/09/03 | Miller | Research case law regarding proof of contamination at hazardous levels. | 1.70 |
| 04/09/03 | Muha | Finish research of Daubert cases involving ZAI claimants' expert witnesses. | .80 |
| 04/09/03 | Restivo | ZAI Science Trial planning and strategy. | 3.00 |

172573 W. R. Grace & Co.                        Invoice Number  1038073
60028  ZAI Science Trial                        Page   10
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 04/09/03 | Turkaly | Review and summarize J. Wolter and T. Hamilton depositions. | 1.00 |
| 04/10/03 | Atkinson | Continuing to collect materials provided to or relied upon by experts and organizing materials to be sent to Claimants' counsel. | 4.60 |
| 04/10/03 | Bentz | Scheduling expert depositions (.3); work with ATSDR materials (.5); work with respect to individual cases (2.2); status report and conference with counsel from Kirkland & Ellis regarding same (.8); work on expert reports (1.5). | 5.30 |
| 04/10/03 | Butcher | Review materials for drafting of Hatfield and Longo depositions outlines. | .90 |
| 04/10/03 | Cameron | Participate in multiple conference calls with experts regarding status of expert reports and supporting data (1.8); review CV's and other appendices to expert reports (1.3); continued review of testing data and additional reliance materials relating to experts reports (2.7); meeting and subsequent telephone calls with J. Restivo regarding same (.9); follow-up telephone call with experts regarding status of expert report work (.8). | 7.50 |
| 04/10/03 | Culleiton | Review and analyze Ewing expert report and results. | 3.10 |
| 04/10/03 | DeMarchi Sleigh | Research re:  expert testimony needed to establish increased risk of disease. | 4.10 |
| 04/10/03 | Flatley | With J. Bentz re: medical issues and documents (.30); collecting materials for medical experts' reports (.70); call with D. Cameron re: status (.10). | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page  11
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/10/03 | Miller | Further research regarding contamination and exposure to hazardous levels of asbestos. | 2.80 |
| 04/10/03 | Restivo | Review expert reports (1.0); conference calls re: same (1.0). | 2.00 |
| 04/10/03 | Turkaly | Review and prepare expert reference materials to be produced to ZAI Claimants' counsel (8.50); review articles pertaining to P. Peronard (.5). | 9.00 |
| 04/11/03 | Atkinson | Reviewing, revising list of materials provided to and/or relied upon by experts (2.3); locating, organizing materials to be sent (2.8). | 5.10 |
| 04/11/03 | Bentz | Correspondence to claimants' counsel regarding experts (.8); review of ATSDR materials (.5); work on expert reports and reliance materials (5.0); corresponding with claimants' counsel regarding schedule for expert reports and reliance materials (.5). | 6.80 |
| 04/11/03 | Butcher | Review of materials for drafting of Hatfield and Longo deposition outlines. | .50 |
| 04/11/03 | Cameron | Review expert reports for service to Claimants' counsel (.9); multiple conference calls to expert witnesses and with R. Finke regarding status of expert reports (2.4); meet with J. Bentz and M. Atkinson regarding expert reliance materials (.9). | 4.20 |
| 04/11/03 | Condo | Review materials re: Daubert motions for preparation of Debtors' Daubert motions. | 1.50 |
| 04/11/03 | Culleiton | Review and analyze Hays background material (4.3); conference with J. Butcher regarding Armstrong case and deposition outlines (0.7). | 5.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page   12
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 04/11/03 | Restivo | Meeting with debtors' expert in Philadelphia re: Science Trial defense issues. | 4.00 |
| 04/11/03 | Turkaly | Review and prepare expert reference materials to be produced to ZAI Claimants' counsel (6.0); review articles pertaining to P. Peronard (1.0). | 7.00 |
| 04/12/03 | Atkinson | Reviewing, revising materials provided to or relied upon by Grace experts to be provided to claimants. | 4.70 |
| 04/12/03 | Bentz | Correspondence to claimants' counsel regarding expert reports and reliance materials (.5); work on expert reliance materials sent to claimants (3.2). | 3.70 |
| 04/12/03 | Cameron | Review expert report served on counsel for claimants (1.2) and participate in conference call with R. Finke regarding same (.6); continued review of reliance materials from experts (.9). | 2.70 |
| 04/12/03 | Flatley | Review M. Murphy and W. Sparks e-mails. | .10 |
| 04/12/03 | Radcliffe | Preparing Experts Reference Materials to produce to claimants. | 5.50 |
| 04/12/03 | Restivo | Telephone call with R. Finke (0.5); review expert reports (1.5). | 2.00 |
| 04/12/03 | Turkaly | Review and prepare expert reference materials to be produced to plaintiff's counsel. | 5.00 |
| 04/13/03 | Cameron | Conference call with R. Finke regarding status of expert reports (.7); review materials for expert reports and reliance materials for same (1.4). | 2.10 |
| 04/13/03 | DeMarchi Sleigh | Research re: expert testimony needed to establish increased risk | 4.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page   13
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | of disease. | |
| 04/13/03 | Turkaly | Review E. Wood and J. Wolter depositions for information re: ore expansion. | 1.50 |
| 04/14/03 | Bentz | Work on experts' reports (1.6); work on research regarding ATSDR reports (3.0); preparation for expert depositions (1.0). | 5.60 |
| 04/14/03 | Cameron | Multiple telephone calls with multiple experts and R. Finke regarding status of reports and issues raised concerning reliance materials (2.6); continued review of expert reliance materials (1.8); meet with J. Restivo regarding expert witness issues (.4). | 4.80 |
| 04/14/03 | Condo | Review materials re: Daubert motions for preparation of Debtors' Daubert motions. | 2.00 |
| 04/14/03 | Culleiton | Review and analyze Ewing studies. Hays background material . | 3.10 |
| 04/14/03 | DeMarchi Sleigh | Research re: expert testimony needed to establish that exposure to a product increased risk of disease. | 8.50 |
| 04/14/03 | Flatley | E-mails and calls re: Debtors' experts reports. | .20 |
| 04/14/03 | Miller | Preparation of Conclusions of Law for Science Trial. | 3.50 |
| 04/14/03 | Restivo | Review and comment re:  expert reports. | 2.20 |
| 04/14/03 | Turkaly | Review and summarize P. Peronard's deposition (2.5); review articles pertaining to P. Peronard and compile list of statements (5.0). | 7.50 |
| 04/15/03 | Bentz | Work with respect to expert reports and reliance materials | 6.40 |

172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                     Page  14
       June 3, 2003

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | (2.1); work regarding ATSDR studies (3.1); meeting with L. Flatley and L. DeMarchi regarding medical expert depositions (.4); meeting with D. Cameron regarding expert materials (.5); correspondence to claimants' counsel regarding expert materials (.3). |  |
| 04/15/03 | Butcher | Review materials for Longo and Hatfield depositions. | 1.50 |
| 04/15/03 | Cameron | Finalize expert reports and reference materials for production to claimant counsel (3.9); telephone call with experts regarding same (.7); telephone call with R. Finke regarding same (1.8); meet with J. Restivo regarding same (.4); met with J. Bentz and M. Atkinson regarding production of expert reports (.4). | 7.20 |
| 04/15/03 | Culleiton | Review Ewing studies and background material for use in deposition preparation. | 3.50 |
| 04/15/03 | DeMarchi Sleigh | Research regarding expert testimony needed to establish that exposure to a product increased risk of disease (1.80); Meet with L. Flatley and J. Bentz re: information needed from depositions to give to expert (0.50). | 2.30 |
| 04/15/03 | Flatley | Call with R. Senftleben re: medical expert issues and follow up (.60); with L. DeMarchi Sleigh and J. Bentz re: reviewing documents for medical depositions (.70). | 1.30 |
| 04/15/03 | Miller | Preparation of Conclusions of Law for Science Trial. | 2.00 |
| 04/15/03 | Turkaly | Review and summarize P. Peronard's deposition. | 7.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1038073
60028  ZAI Science Trial                         Page  15
        June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|------|

| 04/16/03 | Atkinson | Letter to Dr. I.B. Ilgren re: deposition scheduling (.2); checking reliance materials (.4); prepare medical materials for L. DeMarchi-Sleigh (.3). | .90 |
| 04/16/03 | Butcher | Review of materials for depositions of ZAI Claimants' experts Hatfield and Longo. | .70 |
| 04/16/03 | Cameron | Multiple e-mails regarding final expert reports. | 1.20 |
| 04/16/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 2.50 |
| 04/16/03 | Condo | Phone call to J. Restivo re: Daubert issues. | .30 |
| 04/16/03 | DeMarchi Sleigh | Meet with K. Condo to discuss research regarding relative risk (0.1); research regarding expert testimony needed to establish increased the risk of disease (0.9). | 1.00 |
| 04/16/03 | Flatley | Messages and calls with R. Senftleben re: deposition scheduling (.20); with M. Atkinson re: documents (.10). | .30 |
| 04/16/03 | Restivo | Continued trial preparation for issues relating to experts. | 3.30 |
| 04/16/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI Claimants' fact and expert witnesses, including preparation of work-product tools to be used by attorneys in potential deposition of witness. | 7.50 |
| 04/17/03 | Atkinson | Reviewing letter from J. Ward re: missing Grace reliance materials (.2); checking expert reports and reliance materials (.6); reviewing Library-gathered articles not included in reliance materials | 1.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page  16
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|------|

(.8).

| Date | Name | | Hours |
|------|------|---|-------|
| 04/17/03 | Butcher | Review materials for Hatfield & Longo deposition preparation. | 1.10 |
| 04/17/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 7.50 |
| 04/17/03 | Culleiton | Review and analyze Ewing background material and prior court transcripts for deposition outline. | 2.80 |
| 04/17/03 | DeMarchi Sleigh | Review depositions from prior cases in order to prepare for deposition of plaintiff's expert. | 2.80 |
| 04/17/03 | DeMarchi Sleigh | Meeting with K. Condo to discuss research regarding relative risk. | .40 |
| 04/17/03 | Flatley | With J. Restivo re: medical witnesses (.30); conference call with J. Restivo and witness and short follow up (1.10); call with R. Senftleben (.30); organizing re: medical depositions (.50). | 2.20 |
| 04/17/03 | Miller | Prepare revisions to Conclusions of Law for Science Trial. | 2.50 |
| 04/17/03 | Restivo | Telephone call with expert (1.0); telephone call with K. Condo (0.5); telephone call with R. Finke (0.7); Science Trial defense prepration (1.5). | 3.70 |
| 04/17/03 | Turkaly | Extensive review of expert and fact witness files for preparation of ZAI Science Trial defense materials. | 8.00 |
| 04/18/03 | Atkinson | Reviewing reference materials not included in materials provided to claimants. | .90 |
| 04/18/03 | Cameron | E-mails regarding expert discovery issues. | .30 |

172573  W. R. Grace & Co.                          Invoice Number  1038073
60028   ZAI Science Trial                          Page  17
        June 3, 2003

Date    Name                                                  Hours
------- -----------                                           -----

    4/18/03 Condo              Research and analysis regarding      5.00
                               legal and epidemiological support
                               for Daubert motions.

    04/18/03 DeMarchi Sleigh   Research regarding expert             .50
                               testimony needed to establish
                               increased the risk of disease.

    04/18/03 Miller            Further review of case law          2.20
                               regarding frequency, regularity
                               and proximity for preparation of
                               ZAI Science Trial defense.

    04/18/03 Turkaly           Summary of lengthy transcripts      8.00
                               from past depositions of ZAI
                               Claimants' potential fact witness.

    04/20/03 DeMarchi Sleigh   Review depositions from prior       6.00
                               cases for preparation of
                               deposition of plaintiff's expert.

    04/21/03 Atkinson          Draft letter to J. Ward re:         3.00
                               forwarding reliance materials
                               (.4); reviewing files re:
                               additional reliance materials
                               (2.6).

    04/21/03 Butcher           Review materials for Hatfield and   3.50
                               Longo deposition outline.

    04/21/03 Condo             Research and analysis regarding     2.00
                               legal and epidemiological support
                               for Daubert motions.

    04/21/03 Culleiton         Review and analyze Gobbell Hays     9.50
                               reports and related reliance
                               materials (6.1); review and
                               analyze summary of Armstrong
                               litigation (3.4).

    04/21/03 DeMarchi Sleigh   Review depositions from prior      14.00
                               cases in order to prepare for
                               deposition of plaintiff's expert.

    04/21/03 Flatley           E-mails re: medical experts (.20);   .40
                               call with R. Senftleben re:
                               scheduling (.10); logistics re:
                               medical expert trips (.10).

172573 W. R. Grace & Co.                      Invoice Number  1038073
60028  ZAI Science Trial                      Page  18
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 04/21/03 | Horner | Medline search for articles pertaining to asbestos and carpenters, asbestos and woodworking, mesothelioma and carpenters. | 2.00 |
| 04/21/03 | Miller | Further review of cases regarding frequency, regularity and proximity for preparation of ZAI Science Trial defense. | 2.50 |
| 04/21/03 | Turkaly | Compile materials from files to be used by attorneys preparing for expert depositions in Science Trial (4.8); review and verify materials produced by debtors' reliance experts that were sent to opposing counsel (3.2). | 8.00 |
| 04/22/03 | Butcher | Review materials for deposition of Hatfield & Longo (3.2); review Responses to FOIA Requests (1.8); update FOIA summary (0.8). | 5.80 |
| 04/22/03 | Cameron | Review e-mails regarding EPA position on attic insulation. | .40 |
| 04/22/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 1.50 |
| 04/22/03 | Culleiton | Review and analyze Hays depositions, report and reliance materials (6.0); prepare Hays deposition outline (3.0). | 9.00 |
| 04/22/03 | DeMarchi Sleigh | Review depositions from prior cases in order to prepare for deposition of plaintiff's expert (5.3); summarize cases regarding relative risk of exposure (3.7). | 9.00 |
| 04/22/03 | Flatley | Call with R. Senftleben re: scheduling and follow up re: scheduling (.40); beginning preparation for Dr. Henry Anderson deposition (2.50). | 2.90 |
| 04/22/03 | Miller | Review of asbestos cases relative | 1.80 |

172573 W. R. Grace & Co.                    Invoice Number  1038073
60028 ZAI Science Trial                     Page  19
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | to proof of causation for preparation of ZAI Science Trial defense. |  |
| 04/22/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI Claimants' fact and expert witness, including preparation of work-product tools to be used by attorneys in potential deposition of expert witnesses. | 6.00 |
| 04/23/03 | Atkinson | Telephone call with Drew VanOrden re: reliance materials (.2); reviewing permanent files for additional reliance materials cited in our list of Experts' materials (2.4). | 2.60 |
| 04/23/03 | Bentz | Review of correspondence regarding outstanding discovery issues (.7); scheduling expert depositions with claimants' counsel (1.1); preparation for expert depositions (.9). | 2.70 |
| 04/23/03 | Butcher | Review materials for Hatfield and Longo depositions. | 2.10 |
| 04/23/03 | Cameron | Review multiple e-mails regarding experts. | .40 |
| 04/23/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | .70 |
| 04/23/03 | Culleiton | Review and analyze Hays depositions, report and reliance materials (3.1); prepare Hays deposition outline (4.4). | 7.50 |
| 04/23/03 | DeMarchi Sleigh | Summarize cases regarding relative risk of exposure (6.5); review depositions from prior cases in order to prepare for deposition of plaintiff's expert (2.1) | 8.60 |
| 04/23/03 | Flatley | Preparation for Dr. Anderson | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  1038073
60028  ZAI Science Trial                          Page   20
        June 3, 2003

   Date   Name                                              Hours
-------- -----------                                        -----

                         deposition, including detailed
                         review of his report (1.90); with
                         J. Bentz re: Anderson reliance
                         materials (.20).

04/23/03 Horner          Read, reviewed and analyzed              .80
                         articles (0.5): began to prepare
                         memo regarding findings of Case
                         Reports for preparation of
                         Anderson deposition (0.3).

04/23/03 Miller          Further review of case law              2.30
                         regarding proof of causation in
                         asbestos cases for preparationi of
                         ZAI Science Trial defense.

04/23/03 Restivo         Review new materials from debtors'        .50
                         expert.

04/23/03 Turkaly         Review and summarize materials          7.50
                         collected on Claimants' potential
                         expert and fact witnesses for
                         preparation of potential
                         depositions.

04/24/03 Bentz           Scheduling expert depositions with      2.40
                         claimants' counsel (.9);
                         preparation for expert depositions
                         (.8); correspondence to claimants'
                         counsel regarding reliance
                         materials (.4); review of
                         materials re: ATSDR (.3).

04/24/03 Butcher         Review materials for Hatfield &         2.50
                         Longo depositions.

04/24/03 Cameron         Review materials relating to           1.10
                         expert depositions and meet with
                         J. Restivo regarding same (.6);
                         review e-mails regarding attic
                         insulation issues (.5).

04/24/03 Condo           Research and analysis regarding        2.00
                         legal and epidemiological support
                         for Daubert motions.

04/24/03 Culleiton       Review and analyze Gobbell and        10.00
                         Hays depositions, reliance
                         materials and reports (6.3);

172573 W. R. Grace & Co.                                Invoice Number  1038073
60028  ZAI Science Trial                                Page   21
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| | | prepare Gobbell and Hays outlines (3.7). | |
| 04/24/03 | DeMarchi Sleigh | Summarize cases regarding relative risk of exposure. | 10.90 |
| 04/24/03 | Flatley | Reviewing prior deposition in preparation for Anderson deposition. | 1.00 |
| 04/24/03 | Turkaly | Continued compiling materials to assist attorneys in expert and potential fact witness depositions. | 8.00 |
| 04/25/03 | Atkinson | Revising Peronard deposition digest. | .40 |
| 04/25/03 | Bentz | Scheduling expert depositions (1.0); review of legal research (1.4); work on materials regarding ATSDR reports (2.2). | 4.60 |
| 04/25/03 | Butcher | Review materials for Hatfield and Longo depositions. | 3.10 |
| 04/25/03 | Cameron | Review materials from R. Finke regarding EPA communications (.7); review expert reports and deposition preparation materials (1.2). | 1.90 |
| 04/25/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 1.00 |
| 04/25/03 | Culleiton | Review and analyze Hays background material (3.1); revise and edit Hays deposition outline (6.9). | 10.00 |
| 04/25/03 | DeMarchi Sleigh | Summarize cases regarding relative risk of exposure to a product; (2.8); review depositions from prior cases in order to prepare for deposition of plaintiff's expert (4.3); meet with L. Flatley re: same (0.1). | 7.20 |
| 04/25/03 | Flatley | Conference call with R. Senftleben and D. Kuchinsky re: Anderson | 4.30 |

172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                     Page  22
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | deposition (1.30); preparation for Dr. Anderson deposition including review of Barbanti transcript and others (2.40); with J. Bentz re: Dr. Anderson preparation material (.30); with L. DeMarchi Sleigh re: information from Harashe and Kordus cases (.30). |  |
| 04/25/03 | Turkaly | Review of materials compiled in Science Trial and Grace general defense files to organize materials to aid in depositions of Claimants' witnesses. | 8.00 |
| 04/26/03 | Flatley | With D. Cameron re: status of medical experts (.20); preparation for Dr. Anderson deposition (2.80). | 3.00 |
| 04/26/03 | Horner | Read and analyze medical articles retrieved from Medline search (4.0); preparation of summary of articles reviewed for memorandum to L. Flatley (5.0). | 9.00 |
| 04/27/03 | Culleiton | Review and analyze Ewing background material and reports for preparation for his deposition. | 10.00 |
| 04/28/03 | Bentz | Conference with claimants' counsel regarding depositions (.1); letter to claimants' counsel regarding Anderson deposition (.2); review of issues regarding expert reliance materials (.8). | 1.10 |
| 04/28/03 | Butcher | Review of materials for Hatfield and Longo depositions. | 4.80 |
| 04/28/03 | Culleiton | Review and analyze Ewing background material, reliance materials and report (3.1); prepare Ewing deposition outline (6.4). | 9.50 |
| 04/28/03 | DeMarchi Sleigh | Read and summarize cases re: increased risk of disease. | 7.40 |
| 04/28/03 | Flatley | Call with R. Senftleben (.20); | 7.40 |

172573 W. R. Grace & Co.                    Invoice Number  1038073
60028  ZAI Science Trial                    Page   23
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|

|  | | preparation for Dr. Anderson deposition, including drafting a deposition outline (7.20). | |
| 04/28/03 | Horner | Draft and revise report on article summaries (1.2); discussion with L. Flatley regarding results of analysis of articles (0.3); compare index of plaintiff expert Anderson with results of Medline search (0.6); prepare articles for deposition exhibits (0.2). | 2.30 |
| 04/28/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI Claimants' expert witness, including preparation of work-product tools to be used by attorneys in potential deposition of expert witness. | 2.50 |
| 04/29/03 | Atkinson | Reviewing files re: reliance reports materials in Barbanti (1.3); telephone calls to E. B Ilgren, M.D. (Expert) and Library requests for science articles in connection with Dr. Ilgren's report (.7); draft letter to E. Westbrook re: correlation of materials sent on April 11 (.8). | 2.80 |
| 04/29/03 | Bentz | Meeting with K. Condo regarding Daubert issues and dispositive motions (.8); research regarding ATSDR reports (.5); preparation for Kilpatrick deposition (2.0); review of legal research regarding Daubert (.2); scheduling expert depositions (.5); work on ATSDR studies (.3). | 4.30 |
| 04/29/03 | Butcher | Review materials for depositions of Hatfield & Longo. | 4.30 |
| 04/29/03 | Cameron | Review materials relating to Betty Anderson report and telephone call with R. Finke regarding same (.8); | 1.90 |

```
172573 W. R. Grace & Co.                    Invoice Number   1038073
60028  ZAI Science Trial                    Page   24
       June 3, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | telephone call with R. Finke regarding deposition schedule and issues (.5); review e-mails and correspondence (.2) and meet with J. Restivo regarding preparation for expert depositions in Atlanta (.4). | |
| 04/29/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 6.00 |
| 04/29/03 | Culleiton | Prepare Ewing deposition outline (4.0); review Ewing background material and reliance materials (3.7); revise and edit Ewing deposition outline (3.3). | 11.00 |
| 04/29/03 | DeMarchi Sleigh | Review and summarize cases re: expert testimony of medical causation (2.8); review risk arguments (0.8). | 3.60 |
| 04/29/03 | Flatley | Preparation for Dr. Anderson deposition at office (7.20); preparation on trip to Madison, WI (2.20). | 9.40 |
| 04/29/03 | Turkaly | Review and organize portion of experts' reliance materials. | 4.50 |
| 04/30/03 | Atkinson | Materials gathered for plaintiffs' expert deposition preparation (2.4); drafting letter to Mr. Westbrook re: additional reliance materials (.3); telephone calls and e-mails re: obtaining articles for Dr. E.B. Ilgren (1.0). | 3.70 |
| 04/30/03 | Bentz | Correspondence regarding depositions (.5); preparation for expert depositions (1.2); review of legal research regarding standards for admissibility of expert testimony (2.0). | 3.70 |
| 04/30/03 | Butcher | Review materials for Hatfield & Longo depositions. | 10.50 |

```
172573  W. R. Grace & Co.                      Invoice Number  1038073
60028   ZAI Science Trial                      Page  25
        June 3, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 04/30/03 | Cameron | Participate in conference call with R. Finke regarding expert witness deposition issues (.7); meet with J. Restivo regarding expert deposition preparation (.3); review materials for expert depositions (.9). | 1.90 |
| 04/30/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 5.50 |
| 04/30/03 | Culleiton | Conference with J. Restivo regarding Ewing deposition outline and report (0.8); revise and edit Ewing outline (6.1); review and analyze Ewing report and backup data (5.1). | 12.00 |
| 04/30/03 | DeMarchi Sleigh | Read and summarize cases re: expert testimony of medical causation. | 7.30 |
| 04/30/03 | Flatley | Preparation for Dr. Anderson deposition (4.50); taking deposition of Dr. H. Anderson in Madison, WI (4.0); follow up on deposition, including outlining notes (2.00). | 10.50 |
| 04/30/03 | Restivo | Preparation for W. Ewing deposition. | 4.00 |

```
                                               ------
                                 TOTAL HOURS   811.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 48.40 | at $ | 475.00 | = | 22,990.00 |
| Lawrence E. Flatley | 63.90 | at $ | 440.00 | = | 28,116.00 |
| Douglas E. Cameron | 84.90 | at $ | 430.00 | = | 36,507.00 |
| James W Bentz | 83.20 | at $ | 335.00 | = | 27,872.00 |
| Kathy K. Condo | 42.70 | at $ | 385.00 | = | 16,439.50 |
| Lisa D. DeMarchi Sleigh | 97.80 | at $ | 200.00 | = | 19,560.00 |
| Jayme L. Butcher | 46.70 | at $ | 200.00 | = | 9,340.00 |
| Andrew J. Muha | 7.10 | at $ | 200.00 | = | 1,420.00 |
| Joseph E. Culleiton | 122.10 | at $ | 235.00 | = | 28,693.50 |
| Rosa Copeland Miller | 28.50 | at $ | 230.00 | = | 6,555.00 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
     June 3, 2003

Invoice Number  1038073
Page  26

| | | | | | |
|---|---|---|---|---|---|
| Maureen L. Atkinson | 51.20 | at | $ 125.00 | = | 6,400.00 |
| Robert H Radcliffe | 5.50 | at | $ 95.00 | = | 522.50 |
| Christine H. Turkaly | 115.00 | at | $ 95.00 | = | 10,925.00 |
| Daryl F. Horner | 14.10 | at | $ 125.00 | = | 1,762.50 |

CURRENT FEES            217,103.00

------------
TOTAL BALANCE DUE UPON RECEIPT    $ 217,103.00
============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1038081
5400 Broken Sound Blvd., N.W.        Invoice Date         06/03/03
Boca Raton, FL 33487                 Client Number          172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            2,693.00
    Expenses                             .00

                    TOTAL BALANCE DUE UPON RECEIPT      $ 2,693.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1038081
5400 Broken Sound Blvd., N.W.        Invoice Date      06/03/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number         60029


=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 04/02/03 | Keuler | Reviewed and revised February fee application. | .50 |
| 04/02/03 | Lord | Discussion with R. Keuler re: February monthly fee application (.1); proof calculations and revise same (.8); e-file same (.6); prepare and perfect e-mail and hard service for same (.8). | 2.30 |
| 04/02/03 | Muha | Finalize 20th Monthly Fee Application for filing. | .50 |
| 04/14/03 | Muha | Prepare summary chart for 7th Quarterly Fee Application and e-mail to Fee Auditor. | .50 |
| 04/17/03 | Muha | Extensive revisions to March, 2003 DBR for incorporation into 21st Monthly Fee Application. | 3.70 |
| 04/23/03 | Muha | Extensive revisions to fee/expense details for 21st Monthly Fee Application. | 3.10 |
| 04/24/03 | Lord | Research and draft CNO for February 2003 monthly fee application. | .80 |
| 04/28/03 | Muha | Review fee and expense details for 21st monthly application. | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1038081
60029  Fee Applications-Applicant                 Page   2
       June 3, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 04/29/03 | Keuler | Reviewed and revised filings prepared by J. Lord (.10); drafted message to A. Muha re: 20th monthly application (.10). | .20 |
| 04/29/03 | Lord | E-mail to/from P. Lykens re: status of March monthly fee application (.1); review Fee Auditor's final report on Reed Smith Seventh Interim Fee Application (.2); e-file CNO for Reed Smith's February 2003 fee application (.4); perfect service for same (.3); prepare correspondence to R. Finke re: submission of same (.2); e-mail to A. Muha re: status of CNO (.1). | 1.30 |

                                        TOTAL HOURS    14.50

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 9.40 | at $ | 200.00 | = | 1,880.00 |
| Richard A. Jr. Keuler | .70 | at $ | 250.00 | = | 175.00 |
| John B. Lord | 4.40 | at $ | 145.00 | = | 638.00 |

                    CURRENT FEES                       2,693.00


                    TOTAL BALANCE DUE UPON RECEIPT     $ 2,693.00
                                                       =============