# EXPENSE DETAIL

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1038082
One Town Center Road                     Invoice Date        06/03/03
Boca Raton, FL    33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                         1,570.66

        TOTAL BALANCE DUE UPON RECEIPT      $ 1,570.66
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1038082 |
| Invoice Date | 06/03/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.99 |
| Dialog Data Base Expense | 161.63 |
| Documentation Charge | 18.89 |
| Duplicating/Printing | 494.50 |
| Postage Expense | 6.31 |
| Courier Service | 7.50 |
| Courier Service - Outside | 367.34 |
| Air Travel Expense | 476.50 |
| Mileage Expense | 34.00 |

CURRENT EXPENSES                     1,570.66
                                 -------------

TOTAL BALANCE DUE UPON RECEIPT    $ 1,570.66
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1038082
One Town Center Road                     Invoice Date      06/03/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/01/03    ATTY # 0885: 1 COPIES                            .15

04/02/03    ATTY # 0701: 13 COPIES                         1.95

04/02/03    ATTY # 0885: 2 COPIES                           .30

04/02/03    ATTY # 0856: 1 COPIES                           .15

04/02/03    ATTY # 0701: 26 COPIES                         3.90

04/02/03    ATTY # 3593; 263 COPIES                       39.45

04/03/03    ATTY # 0559: 1 COPIES                           .15

04/03/03    ATTY # 0559: 1 COPIES                           .15

04/03/03    ATTY # 0718; 7 COPIES                          1.05

04/04/03    Postage Expense                                2.90

04/04/03    ATTY # 0885: 2 COPIES                           .30

04/04/03    ATTY # 0396: 1 COPIES                           .15

04/04/03    ATTY # 0396: 1 COPIES                           .15

04/04/03    ATTY # 1911; 248 COPIES                       24.80

04/04/03    561-362-1583/BOCA RATON, FL/4                   .23

04/07/03    ATTY # 0885: 2 COPIES                           .30

04/07/03    PARCELS 04/02/03 16078 J.LORD                  7.50

04/08/03    ATTY # 0885: 4 COPIES                           .60

172573 W. R. Grace & Co.                          Invoice Number  1038082
60026  Litigation and Litigation Consulting        Page    2
       June 3, 2003

| | | |
|---|---|---|
| 04/08/03 | RESTIVO/JAMES J 11APR PIT PHL PIT-coach-class airfare for attendance at Omnibus Hearing in Wilmington, DE. | 476.50 |
| 04/09/03 | ATTY # 0693; 100 COPIES | 15.00 |
| 04/10/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/10/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/10/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/11/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 04/11/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/11/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/14/03 | Mileage Expense - - VENDOR: JAMES J. RESTIVO, JR. TRIP TO PHILADELPHIA 4/11-4/13/03(ATTENDANCE AT OMNIBUS HEARING N WILMINGTON). | 34.00 |
| 04/14/03 | ATTY # 0504; 7 COPIES | 1.05 |
| 04/14/03 | ATTY # 0349: 3 COPIES | .45 |
| 04/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/14/03 | ATTY # 0710: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/16/03 | ATTY # 0349: 1 COPIES | .15 |
| 04/16/03 | ATTY # 0349: 2 COPIES | .30 |
| 04/16/03 | ATTY # 0349: 9 COPIES | 1.35 |
| 04/17/03 | Documentation Charge Expense - - VENDOR: ALL-STATE INTERNATIONAL INC TABS | 3.00 |
| 04/17/03 | 561-362-1533/BOCA RATON, FL/50 | 2.85 |
| 04/17/03 | 610-525-5960/BRYN MAWR, PA/2 | .12 |
| 04/17/03 | 302-571-6703/WILMINGTON, DE/11 | .68 |

172573  W. R. Grace & Co.                           Invoice Number  1038082
60026  Litigation and Litigation Consulting         Page    3
       June 3, 2003

| 04/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 04/21/03 | ATTY # 0693; 322 COPIES | 48.30 |
| 04/21/03 | ATTY # 0693; 13 COPIES | 1.95 |
| 04/21/03 | ATTY # 0693: 124 COPIES | 18.60 |
| 04/22/03 | Postage Expense | .60 |
| 04/22/03 | ATTY # 0701; 1 COPIES | .15 |
| 04/22/03 | ATTY # 0504; 48 COPIES | 4.80 |
| 04/22/03 | ATTY # 0693: 49 COPIES | 7.35 |
| 04/22/03 | ATTY # 0693: 15 COPIES | 2.25 |
| 04/22/03 | ATTY # 0693: 2 COPIES | .30 |
| 04/22/03 | ATTY # 0693: 204 COPIES | 30.60 |
| 04/22/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/22/03 | ATTY # 0693: 3 COPIES | .45 |
| 04/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/23/03 | ATTY # 0693: 27 COPIES | 4.05 |
| 04/23/03 | ATTY # 0693: 8 COPIES | 1.20 |
| 04/23/03 | ATTY # 0693: 17 COPIES | 2.55 |
| 04/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 04/23/03 | ATTY # 0693: 7 COPIES | 1.05 |
| 04/23/03 | ATTY # 0693: 17 COPIES | 2.55 |
| 04/23/03 | ATTY # 0693: 17 COPIES | 2.55 |
| 04/23/03 | ATTY # 0349: 1 COPIES | .15 |
| 04/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/23/03 | ATTY # 0693: 17 COPIES | 2.55 |
| 04/23/03 | ATTY # 0504; 74 COPIES | 7.40 |
| 04/24/03 | ATTY # 0693: 9 COPIES | 1.35 |

172573 W. R. Grace & Co.                          Invoice Number  1038082
 60026  Litigation and Litigation Consulting       Page   4
        June 3, 2003

04/24/03    ATTY # 0885: 5 COPIES                              .75

04/24/03    ATTY # 0349; 142 COPIES                          21.30

04/25/03    Postage Expense                                   .60

04/25/03    ATTY # 0396: 1 COPIES                              .15

04/25/03    ATTY # 0693: 27 COPIES                            4.05

04/25/03    ATTY # 0693: 15 COPIES                            2.25

04/25/03    ATTY # 0693: 28 COPIES                            4.20

04/25/03    ATTY # 0693: 28 COPIES                            4.20

04/25/03    ATTY # 0693: 16 COPIES                            2.40

04/28/03    PACER  CHARGES FOR MARCH, 2003- Documentation     15.89
            Charge - - VENDOR: PACER SERVICE CENTER

04/29/03    ATTY # 0504; 2028 COPIES                         202.80

04/29/03    ATTY # 0718; 7 COPIES                             1.05

04/29/03    ATTY # 0349: 2 COPIES                              .30

04/29/03    ATTY # 0349: 1 COPIES                              .15

04/29/03    ATTY # 0693: 4 COPIES                              .60

04/29/03    ATTY # 0693: 16 COPIES                            2.40

04/30/03    Postage Expense                                  2.21

04/30/03    ATTY # 0349; 6 COPIES                              .90

04/30/03    Courier Service - Outside - - VENDOR: ON SITE    367.34
            SOURCING INC SHIPPING CHARGES NOT PAID ON
            ORIGINAL INVOICE.

04/30/03    703-276-1123/ARLINGTON, VA/1                       .11

04/30/03    Dialog Data Base Expense                         21.00

04/30/03    Dialog Data Base Expense                         95.76

04/30/03    Dialog Data Base Expense                         44.87

04/30/03    ATTY # 0693: 19 COPIES                            2.85

04/30/03    ATTY # 0349: 2 COPIES                              .30

172573 W. R. Grace & Co.                          Invoice Number  1038082
60026  Litigation and Litigation Consulting       Page   5
       June 3, 2003

04/30/03    ATTY # 0396: 1 COPIES                              .15

04/30/03    ATTY # 0693: 16 COPIES                            2.40

                          CURRENT EXPENSES                 1,570.66
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $ 1,570.66
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1038088
5400 Broken Sound Blvd., N.W.        Invoice Date        06/03/03
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Expenses                    17,840.62

                    TOTAL BALANCE DUE UPON RECEIPT     $ 17,840.62
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number      1038088
5400 Broken Sound Blvd., N.W.           Invoice Date      06/03/03
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60028

==============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 19.80 |
| Binding Charge | 12.00 |
| Telephone Expense | 47.07 |
| Duplicating/Printing | 1,922.95 |
| Westlaw | 45.65 |
| Postage Expense | 45.12 |
| Courier Service | 155.87 |
| Transcript Expense | 403.00 |
| Courier Service - Outside | 198.63 |
| Outside Duplicating | 11,708.04 |
| Meal Expense | 154.87 |
| Lexis | 734.00 |
| Westlaw | 2,393.62 |

                    CURRENT EXPENSES                17,840.62
                                                 --------------
            TOTAL BALANCE DUE UPON RECEIPT        $ 17,840.62
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1038088
5400 Broken Sound Blvd., N.W.         Invoice Date      06/03/03
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number        60028


==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/01/03   ATTY # 0885: 2 COPIES                          .30

04/01/03   ATTY # 0885: 2 COPIES                          .30

04/01/03   ATTY # 0885: 2 COPIES                          .30

04/01/03   ATTY # 0559: 2 COPIES                          .30

04/01/03   ATTY # 0559: 2 COPIES                          .30

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0559: 2 COPIES                          .30

04/01/03   ATTY # 0559: 3 COPIES                          .45

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0856: 1 COPIES                          .15

04/01/03   ATTY # 0559: 3 COPIES                          .45

04/01/03   ATTY # 0349: 3 COPIES                          .45

04/01/03   ATTY # 0885: 8 COPIES                         1.20

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0856: 2 COPIES                          .30

04/01/03   ATTY # 0856: 2 COPIES                          .30

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page   2
       June 3, 2003

| Date | Description | Amount |
|---|---|---|
| 04/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 04/01/03 | ATTY # 0559: 3 COPIES | .45 |
| 04/01/03 | ATTY # 0349: 6 COPIES | .90 |
| 04/01/03 | ATTY # 0856; 9 COPIES | 1.35 |
| 04/01/03 | Courier Service UPS | 10.83 |
| 04/01/03 | Courier Service UPS | 9.52 |
| 04/01/03 | Courier Service UPS | .60 |
| 04/02/03 | Transcript Expense - - VENDOR: DECKLIN, INC. DEPO. OF RAND T. HATCH 3/12/03 | 403.00 |
| 04/02/03 | Postage Expense | 1.75 |
| 04/02/03 | Postage Expense | 12.20 |
| 04/02/03 | Postage Expense | 7.35 |
| 04/02/03 | Postage Expense | .60 |
| 04/02/03 | Postage Expense | 1.48 |
| 04/02/03 | Postage Expense | .37 |
| 04/02/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/02/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/02/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/02/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/02/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/02/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/02/03 | ATTY # 0856: 1 COPIES | .15 |
| 04/02/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/02/03 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page   3
       June 3, 2003

04/02/03   ATTY # 0856; 1369 COPIES                      136.90

04/02/03   ATTY # 0559; 75 COPIES                         11.25

04/02/03   ATTY # 0885; 7 COPIES                           1.05

04/02/03   ATTY # 0885; 18 COPIES                          2.70

04/02/03   Westlaw -Legal research of issues relating to  45.65
           defense of Debtors in the Science Trial

04/02/03   407-239-4200/REEDYCREEK, FL/18                  1.03

04/02/03   561-362-1533/BOCA RATON, FL/22                  1.25

04/02/03   561-362-1533/BOCA RATON, FL/18                  1.08

04/03/03   ATTY # 0349: 9 COPIES                           1.35

04/03/03   ATTY # 0349: 4 COPIES                            .60

04/03/03   ATTY # 0349: 9 COPIES                           1.35

04/03/03   ATTY # 0559: 1 COPIES                            .15

04/03/03   ATTY # 0885: 2 COPIES                            .30

04/03/03   ATTY # 0885: 1 COPIES                            .15

04/03/03   ATTY # 0349: 4 COPIES                            .60

04/03/03   ATTY # 0349: 9 COPIES                           1.35

04/03/03   ATTY # 0885: 1 COPIES                            .15

04/03/03   ATTY # 0349: 3 COPIES                            .45

04/04/03   Courier Service - Outside - - VENDOR: AL STILES  24.00
           3/25/03 - D. CAMERON TO RJ LEE GROUP INC. 350
           HOCHBERG ROAD, MONROEVILLE, PA 15146

04/04/03   Courier Service - Outside - - VENDOR: AL STILES  24.00
           3/28/03 M. ATKINSON TO RJ LEE GROUP INC. 350
           HOCHBERG ROAD, MONROEVILLE, PA 15146

04/04/03   Postage Expense                                  .74

04/04/03   ATTY # 0396: 7 COPIES                           1.05

04/04/03   ATTY # 0559: 4 COPIES                            .60

04/04/03   ATTY # 0856: 18 COPIES                          2.70

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page    4
        June 3, 2003

| Date | Description | Amount |
|---|---|---|
| 04/04/03 | ATTY # 0559: 5 COPIES | .75 |
| 04/04/03 | ATTY # 0396: 6 COPIES | .90 |
| 04/04/03 | ATTY # 0396: 6 COPIES | .90 |
| 04/04/03 | ATTY # 0856: 2 COPIES | .30 |
| 04/04/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 04/04/03 | ATTY # 0396: 2 COPIES | .30 |
| 04/04/03 | Courier Service UPS | 18.68 |
| 04/04/03 | ATTY # 0701; 76 COPIES | 11.40 |
| 04/04/03 | ATTY # 0396; 66 COPIES | 9.90 |
| 04/04/03 | ATTY # 0396; 10 COPIES | 1.50 |
| 04/04/03 | ATTY # 0856; 95 COPIES | 14.25 |
| 04/04/03 | ATTY # 0856; 31 COPIES | 4.65 |
| 04/04/03 | ATTY # 0885; 6 COPIES | .90 |
| 04/04/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 04/04/03 | ATTY # 0856; 30 COPIES | 4.50 |
| 04/04/03 | ATTY # 0504; 136 COPIES | 20.40 |
| 04/04/03 | ATTY # 0559; 2 COPIES | .30 |
| 04/04/03 | ATTY # 0396; 1 COPIES | .15 |
| 04/04/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 04/04/03 | ATTY # 0885; 9 COPIES | 1.35 |
| 04/04/03 | 561-362-1583/BOCA RATON, FL/2 | .11 |
| 04/04/03 | Lexis-Legal research of issues relating to defense of Debtors in the Science Trial | 734.00 |
| 04/04/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 312.98 |
| 04/04/03 | 703-729-8543/LEESBURG, VA/1 | .11 |

172573  W. R. Grace & Co.                        Invoice Number  1038088
60028   ZAI Science Trial                        Page   5
        June 3, 2003

| | | |
|---|---|---:|
| 04/04/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/12 | .74 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/14 | .80 |
| 04/04/03 | 561-362-1533/BOCA RATON, FL/24 | 1.43 |
| 04/04/03 | 561-362-1551/BOCA RATON, FL/2 | .11 |
| 04/04/03 | Courier Service UPS | 8.56 |
| 04/06/03 | 561-482-2257/BOCA RATON, FL/60 | 3.48 |
| 04/07/03 | Postage Expense | .74 |
| 04/07/03 | ATTY # 0559; 221 COPIES | 33.15 |
| 04/07/03 | ATTY # 0885; 361 COPIES | 36.10 |
| 04/07/03 | ATTY # 0559; 20 COPIES | 3.00 |
| 04/07/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 04/07/03 | ATTY # 0856; 7 COPIES | 1.05 |
| 04/07/03 | ATTY # 0349; 60 COPIES | 9.00 |
| 04/07/03 | ATTY # 0885; 8 COPIES | 1.20 |
| 04/07/03 | ATTY # 0559; 6 COPIES | .90 |
| 04/07/03 | ATTY # 0856; 307 COPIES | 30.70 |
| 04/07/03 | ATTY # 0885; 258 COPIES | 25.80 |
| 04/07/03 | ATTY # 0885; 3 COPIES | .45 |
| 04/07/03 | ATTY # 0856; 9 COPIES | 1.35 |
| 04/07/03 | ATTY # 0856; 74 COPIES | 11.10 |
| 04/07/03 | ATTY # 0856; 4 COPIES | .60 |
| 04/07/03 | Courier Service UPS | 14.46 |

172573 W. R. Grace & Co.                    Invoice Number  1038088
60028  ZAI Science Trial                     Page   6
       June 3, 2003

04/07/03   Courier Service UPS                              15.73

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0856: 3 COPIES                              .45

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0885: 3 COPIES                              .45

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0349: 39 COPIES                            5.85

04/07/03   ATTY # 0349: 1 COPIES                              .15

04/07/03   ATTY # 0396: 1 COPIES                              .15

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 4219: 4 COPIES                              .60

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0349: 2 COPIES                              .30

04/07/03   ATTY # 0856: 2 COPIES                              .30

04/07/03   ATTY # 0885: 3 COPIES                              .45

04/07/03   ATTY # 0856: 6 COPIES                              .90

04/07/03   ATTY # 0349: 12 COPIES                            1.80

04/07/03   ATTY # 0349: 1 COPIES                              .15

04/07/03   ATTY # 0856: 2 COPIES                              .30

04/07/03   ATTY # 0856: 2 COPIES                              .30

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0885: 2 COPIES                              .30

04/07/03   ATTY # 0349: 1 COPIES                              .15

04/07/03   561-362-1533/BOCA RATON, FL/23                    1.31

04/07/03   561-362-1551/BOCA RATON, FL/6                      .34

172573 W. R. Grace & Co.                    Invoice Number  1038088
60028  ZAI Science Trial                     Page    7
       June 3, 2003

| 04/07/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 04/07/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 04/07/03 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 04/07/03 | Courier Service UPS | 2.43 |
| 04/08/03 | Postage Expense | 1.48 |
| 04/08/03 | ATTY # 0559; 50 COPIES | 7.50 |
| 04/08/03 | ATTY # 0559; 112 COPIES | 11.20 |
| 04/08/03 | ATTY # 0856; 3 COPIES | .45 |
| 04/08/03 | ATTY # 0559; 946 COPIES | 94.60 |
| 04/08/03 | ATTY # 0885; 11 COPIES | 1.65 |
| 04/08/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0856: 5 COPIES | .75 |
| 04/08/03 | ATTY # 0856: 5 COPIES | .75 |
| 04/08/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 04/08/03 | ATTY # 0856: 7 COPIES | 1.05 |
| 04/08/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0349: 82 COPIES | 12.30 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/08/03 | ATTY # 0349: 15 COPIES | 2.25 |
| 04/08/03 | ATTY # 0349: 57 COPIES | 8.55 |

172573 W. R. Grace & Co.                        Invoice Number  1038088
60028  ZAI Science Trial                        Page   8
        June 3, 2003

| | | |
|---|---|---|
| 04/08/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 195.90 |
| 04/08/03 | 609-514-5945/PRINCETON, NJ/3 | .17 |
| 04/08/03 | 561-362-1551/BOCA RATON, FL/9 | .51 |
| 04/08/03 | 561-362-1551/BOCA RATON, FL/4 | .23 |
| 04/08/03 | 973-530-2045/ORANGE, NJ/2 | .11 |
| 04/08/03 | 843-727-6500/CHARLESTON, SC/2 | .11 |
| 04/09/03 | Postage Expense | 1.06 |
| 04/09/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 04/09/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/09/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/09/03 | ATTY # 0559: 1 COPIES | .15 |
| 04/09/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/09/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 04/09/03 | ATTY # 0856: 10 COPIES | 1.50 |
| 04/09/03 | ATTY # 0559: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/09/03 | ATTY # 0349: 5 COPIES | .75 |
| 04/09/03 | ATTY # 0349: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0349: 10 COPIES | 1.50 |
| 04/09/03 | ATTY # 0349: 60 COPIES | 9.00 |
| 04/09/03 | ATTY # 0856: 10 COPIES | 1.50 |
| 04/09/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 04/09/03 | ATTY # 0559: 1 COPIES | .15 |
| 04/09/03 | ATTY # 0559: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0559: 4 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page    9
       June 3, 2003

| 04/09/03 | ATTY # 0349: 12 COPIES | 1.80 |
| 04/09/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/09/03 | ATTY # 0856: 10 COPIES | 1.50 |
| 04/09/03 | ATTY # 0349: 79 COPIES | 11.85 |
| 04/09/03 | ATTY # 0349: 21 COPIES | 3.15 |
| 04/09/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/09/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 04/09/03 | ATTY # 0559: 16 COPIES | 2.40 |
| 04/09/03 | ATTY # 0559: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0559: 3 COPIES | .45 |
| 04/09/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/09/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/09/03 | ATTY # 0349: 6 COPIES | .90 |
| 04/09/03 | ATTY # 0856: 16 COPIES | 2.40 |
| 04/09/03 | ATTY # 0559; 78 COPIES | 11.70 |
| 04/09/03 | ATTY # 0559; 9 COPIES | 1.35 |
| 04/09/03 | ATTY # 0710; 189 COPIES | 28.35 |
| 04/09/03 | ATTY # 0558; 2 COPIES | .30 |
| 04/09/03 | ATTY # 0856; 28 COPIES | 2.80 |
| 04/09/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 321.69 |
| 04/09/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 456.76 |
| 04/09/03 | 410-531-4210/COLUMBIA, MD/81 | 4.62 |
| 04/09/03 | 858-454-5456/LA JOLLA, CA/74 | 4.28 |
| 04/09/03 | Color Printing | 19.80 |

172573  W. R. Grace & Co.                          Invoice Number  1038088
60028   ZAI Science Trial                          Page  10
        June 3, 2003

| 04/09/03 | 561-482-2257/BOCA RATON, FL/10 | .63 |
| 04/09/03 | 561-362-1533/BOCA RATON, FL/9 | .51 |
| 04/09/03 | 724-325-1776/EXPORT, PA/3 | .28 |
| 04/10/03 | ATTY # 0856: 11 COPIES | 1.65 |
| 04/10/03 | ATTY # 1911: 4 COPIES | .60 |
| 04/10/03 | ATTY # 0856: 37 COPIES | 5.55 |
| 04/10/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/10/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/10/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 04/10/03 | ATTY # 0856: 15 COPIES | 2.25 |
| 04/10/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 04/10/03 | ATTY # 0856: 16 COPIES | 2.40 |
| 04/10/03 | ATTY # 0856: 7 COPIES | 1.05 |
| 04/10/03 | ATTY # 0856: 7 COPIES | 1.05 |
| 04/10/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/10/03 | ATTY # 0856: 16 COPIES | 2.40 |
| 04/10/03 | 561-362-1583/BOCA RATON, FL/6 | .40 |
| 04/10/03 | 561-362-1583/BOCA RATON, FL/9 | .51 |
| 04/10/03 | ATTY # 1911; 196 COPIES | 19.60 |
| 04/10/03 | ATTY # 0559; 2 COPIES | .30 |
| 04/10/03 | ATTY # 0856; 808 COPIES | 80.80 |
| 04/10/03 | ATTY # 0559; 27 COPIES | 4.05 |
| 04/10/03 | ATTY # 0559; 3 COPIES | .45 |
| 04/10/03 | ATTY # 0559; 38 COPIES | 5.70 |
| 04/10/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 04/10/03 | ATTY # 0856; 22 COPIES | 3.30 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  11
       June 3, 2003

| | | |
|---|---|---|
| 04/10/03 | ATTY # 0885; 21 COPIES | 3.15 |
| 04/10/03 | ATTY # 0559; 2 COPIES | .30 |
| 04/10/03 | ATTY # 0559; 8 COPIES | 1.20 |
| 04/10/03 | 312-861-2000/CHICAGO, IL/2 | .11 |
| 04/10/03 | 703-624-6561/ARLINGTON, VA/2 | .11 |
| 04/10/03 | 561-362-1533/BOCA RATON, FL/15 | .86 |
| 04/10/03 | 561-362-1533/BOCA RATON, FL/4 | .29 |
| 04/10/03 | 561-362-1533/BOCA RATON, FL/36 | 2.11 |
| 04/10/03 | 561-362-1533/BOCA RATON, FL/31 | 1.77 |
| 04/10/03 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 04/11/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. DOCUMENT PRODUCTION/TABS-copies of several boxes of Debtor's experts materials produced to the ZAI claimants. | 10790.95 |
| 04/11/03 | Outside Duplicating  Expense - - VENDOR: NEW MEDIA, INC. M. ATKINSON - VHS DUBS: VERMICULITE; KING RENOVATION; ZONOLOTE 5 PROGRAMS; VERMICULITE EDITED; VERMICULITE UNEDITED; FACE LABEL AND CARDBOARD SLEEVE | 80.73 |
| 04/11/03 | Postage Expense | 1.48 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/11/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/11/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                        Invoice Number  1038088
60028  ZAI Science Trial                        Page  12
       June 3, 2003

| | | |
|---|---|---:|
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/11/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/11/03 | ATTY # 0856: 22 COPIES | 3.30 |
| 04/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/11/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/11/03 | ATTY # 0559: 1 COPIES | .15 |
| 04/11/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 04/11/03 | ATTY # 0856: 36 COPIES | 5.40 |
| 04/11/03 | 561-362-1583/BOCA RATON, FL/1 | .11 |
| 04/11/03 | ATTY # 0856; 641 COPIES | 64.10 |
| 04/11/03 | ATTY # 0856; 43 COPIES | 6.45 |
| 04/11/03 | ATTY # 1911; 10 COPIES | 1.50 |
| 04/11/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 04/11/03 | ATTY # 0701; 85 COPIES | 12.75 |
| 04/11/03 | ATTY # 0885; 6 COPIES | .90 |
| 04/11/03 | ATTY # 0885; 7 COPIES | 1.05 |
| 04/11/03 | ATTY # 1274; 174 COPIES | 17.40 |
| 04/11/03 | ATTY # 0559; 30 COPIES | 4.50 |
| 04/11/03 | ATTY # 1911; 159 COPIES | 15.90 |
| 04/11/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 04/11/03 | 843-216-9450/MTPLEASANT, SC/3 | .17 |
| 04/11/03 | 215-851-8100/PHILA, PA/2 | .12 |
| 04/12/03 | ATTY # 0856: 34 COPIES | 5.10 |
| 04/12/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/12/03 | ATTY # 0856: 36 COPIES | 5.40 |

172573 W. R. Grace & Co.                    Invoice Number  1038088
60028  ZAI Science Trial                    Page  13
       June 3, 2003

| | | |
|---|---|---:|
| 04/12/03 | ATTY # 0856: 36 COPIES | 5.40 |
| 04/12/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/12/03 | ATTY # 0885; 5 COPIES | .75 |
| 04/12/03 | ATTY # 0885; 13 COPIES | 1.95 |
| 04/12/03 | ATTY # 1911; 2 COPIES | .30 |
| 04/12/03 | ATTY # 1911; 3 COPIES | .45 |
| 04/12/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/12/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/12/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/12/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/12/03 | ATTY # 0856: 72 COPIES | 10.80 |
| 04/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 04/12/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/13/03 | ATTY # 0856: 36 COPIES | 5.40 |
| 04/14/03 | Postage Expense | 1.48 |
| 04/14/03 | ATTY # 1911; 7 COPIES | 1.05 |
| 04/14/03 | ATTY # 0885; 1 COPIES | .15 |
| 04/14/03 | ATTY # 0349; 4 COPIES | .60 |
| 04/14/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/14/03 | ATTY # 4219: 4 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  14
       June 3, 2003

| Date | Description | Amount |
|---|---|---|
| 04/14/03 | ATTY # 1911: 8 COPIES | 1.20 |
| 04/14/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/14/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/14/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 281.38 |
| 04/14/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 253.95 |
| 04/14/03 | Courier Service UPS | 22.02 |
| 04/14/03 | 561-362-1533/BOCA RATON, FL/11 | .68 |
| 04/14/03 | 561-362-1583/BOCA RATON, FL/7 | .46 |
| 04/14/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 04/14/03 | 561-362-1533/BOCA RATON, FL/65 | 3.76 |
| 04/15/03 | Outside Video Duplicating Expense - - VENDOR: NEW MEDIA, INC. M. ATKINSON -DUBS OF VIDEOTAPES RELATING TO EXPOSURE STUDIES. | 239.79 |
| 04/15/03 | Postage Expense | 1.48 |
| 04/15/03 | ATTY # 0856; 61 COPIES | 9.15 |
| 04/15/03 | ATTY # 0856; 342 COPIES | 34.20 |
| 04/15/03 | Courier Service UPS | 33.50 |
| 04/15/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/15/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  15
       June 3, 2003

| Date | Description | Amount |
|---|---|---|
| 04/15/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0885: 8 COPIES | 1.20 |
| 04/15/03 | ATTY # 4219: 5 COPIES | .75 |
| 04/15/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/15/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/15/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/15/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/15/03 | ATTY # 0856: 2 COPIES | .30 |
| 04/15/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/15/03 | ATTY # 1911: 17 COPIES | 2.55 |
| 04/15/03 | ATTY # 0856: 1 COPIES | .15 |
| 04/15/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/15/03 | ATTY # 4219: 5 COPIES | .75 |
| 04/15/03 | ATTY # 1911: 17 COPIES | 2.55 |
| 04/15/03 | 561-362-1583/BOCA RATON, FL/7 | .46 |
| 04/15/03 | 561-362-1583/BOCA RATON, FL/13 | .74 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 04/15/03 | 561-362-1551/BOCA RATON, FL/26 | 1.54 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/13 | .80 |
| 04/15/03 | 843-216-6509/MTPLEASANT, SC/9 | .57 |
| 04/15/03 | 561-362-1533/BOCA RATON, FL/8 | .51 |
| 04/15/03 | 561-362-1583/BOCA RATON, FL/3 | .23 |
| 04/15/03 | 561-362-1583/BOCA RATON, FL/7 | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  16
       June 3, 2003

| Date | Description | Amount |
|---|---|---|
| 04/15/03 | 561-362-1583/BOCA RATON, FL/7 | .40 |
| 04/16/03 | ATTY # 0349: 25 COPIES | 3.75 |
| 04/16/03 | ATTY # 0349: 28 COPIES | 4.20 |
| 04/16/03 | ATTY # 0349: 1 COPIES | .15 |
| 04/16/03 | ATTY # 0349: 28 COPIES | 4.20 |
| 04/16/03 | ATTY # 0349: 25 COPIES | 3.75 |
| 04/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 04/16/03 | ATTY # 0349; 18 COPIES | 2.70 |
| 04/16/03 | ATTY # 0856; 94 COPIES | 9.40 |
| 04/16/03 | ATTY # 0349; 80 COPIES | 12.00 |
| 04/16/03 | 561-362-1551/BOCA RATON, FL/5 | .29 |
| 04/17/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 3/31/03 - FEDEX PACKAGE TO W. HUGHSON, 1825 CASTELLANA RD., LA JOLLA, CA | 49.43 |
| 04/17/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/2/03 - FEDEX PACKAGE TO E. WESTBROOK, RICHARDSON PATRICK WESTBROOK, 1037 CHUCK DAWLAY BLVD., BLDG A, MOUNT PLEASANT, SC | 11.82 |
| 04/17/03 | Outside Duplicating - - VENDOR: ALL-STATE INTERNATIONAL INC TABS--TABS FOR MATERIALS PRODUCED TO CLAIMANTS. | 269.64 |
| 04/17/03 | Outside Duplicating Expense - - VENDOR: ALL-STATE INTERNATIONAL INC TABS--TABS FOR MATERIALS PRODUCED TO CLAIMANTS. | 148.30 |
| 04/17/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/17/03 | ATTY # 0504: 16 COPIES | 2.40 |
| 04/17/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/17/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/17/03 | ATTY # 0559; 20 COPIES | 3.00 |
| 04/17/03 | ATTY # 0349; 34 COPIES | 5.10 |
| 04/17/03 | ATTY # 0349; 36 COPIES | 5.40 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  17
       June 3, 2003

04/17/03   ATTY # 0349; 29 COPIES                         4.35

04/17/03   ATTY # 0559; 95 COPIES                        14.25

04/17/03   509-242-2225/SPOKANE, WA/1                      .11

04/18/03   Postage Expense                                3.85

04/18/03   Postage Expense                                4.90

04/18/03   ATTY # 0504: 4 COPIES                           .60

04/18/03   ATTY # 0504: 10 COPIES                         1.50

04/18/03   ATTY # 0856: 2 COPIES                           .30

04/18/03   ATTY # 0504: 3 COPIES                           .45

04/18/03   ATTY # 0504: 8 COPIES                          1.20

04/18/03   ATTY # 0856: 2 COPIES                           .30

04/18/03   ATTY # 0504: 10 COPIES                         1.50

04/18/03   312-817-3498/CHICAGO, IL/1                      .11

04/18/03   ATTY # 0856; 88 COPIES                         8.80

04/18/03   ATTY # 0856; 397 COPIES                       39.70

04/18/03   ATTY # 0856; 706 COPIES                       70.60

04/18/03   ATTY # 0856; 472 COPIES                       47.20

04/18/03   Westlaw-Legal research of issues relating to  357.18
           defense of Debtors in the Science Trial

04/19/03   ATTY # 0856: 18 COPIES                         2.70

04/19/03   ATTY # 0856: 18 COPIES                         2.70

04/21/03   ATTY # 0856; 194 COPIES                       19.40

04/21/03   ATTY # 0856; 34 COPIES                         5.10

04/21/03   ATTY # 0856: 18 COPIES                         2.70

04/21/03   ATTY # 0504: 2 COPIES                           .30

04/21/03   561-362-1551/BOCA RATON, FL/4                   .29

04/22/03   ATTY # 0396; 2 COPIES                           .30

```
172573 W. R. Grace & Co.                    Invoice Number  1038088
60028  ZAI Science Trial                    Page  18
       June 3, 2003
```

| | | |
|---|---|---:|
| 04/22/03 | ATTY # 0710; 154 COPIES | 23.10 |
| 04/22/03 | ATTY # 0856; 86 COPIES | 12.90 |
| 04/22/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/22/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/22/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/22/03 | ATTY 0559: 1 COPIES | .15 |
| 04/22/03 | ATTY # 0504: 10 COPIES | 1.50 |
| 04/22/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/22/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/22/03 | ATTY # 4219: 4 COPIES | .60 |
| 04/22/03 | ATTY # 0504: 5 COPIES | .75 |
| 04/22/03 | 206-622-3376/SEATTLE, WA/5 | .29 |
| 04/23/03 | Postage Expense | .37 |
| 04/23/03 | Postage Expense | .83 |
| 04/23/03 | Binding Charge | 12.00 |
| 04/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/23/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/23/03 | ATTY # 0856: 36 COPIES | 5.40 |
| 04/23/03 | ATTY # 0504: 6 COPIES | .90 |
| 04/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/23/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/23/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/23/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/23/03 | ATTY # 0885; 235 COPIES | 35.25 |
| 04/23/03 | ATTY # 0559; 33 COPIES | 4.95 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  19
       June 3, 2003

| | | |
|---|---|---:|
| 04/23/03 | ATTY # 0856; 29 COPIES | 4.35 |
| 04/23/03 | ATTY # 0856; 202 COPIES | 30.30 |
| 04/23/03 | ATTY # 0856; 62 COPIES | 6.20 |
| 04/23/03 | ATTY # 0885; 39 COPIES | 5.85 |
| 04/23/03 | ATTY # 0856; 45 COPIES | 6.75 |
| 04/23/03 | Courier Service UPS | 19.54 |
| 04/23/03 | 843-727-6672/CHARLESTON, SC/7 | .40 |
| 04/24/03 | Postage Expense | .37 |
| 04/24/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 04/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/24/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/24/03 | ATTY # 1911: 74 COPIES | 11.10 |
| 04/24/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/24/03 | ATTY # 1911: 26 COPIES | 3.90 |
| 04/24/03 | ATTY # 0856; 76 COPIES | 11.40 |
| 04/24/03 | ATTY # 0885; 6 COPIES | .90 |
| 04/24/03 | ATTY # 0701; 47 COPIES | 7.05 |
| 04/24/03 | 608-255-7700/MADISON, WI/2 | .11 |
| 04/25/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/4/03 - FEDEX PACKAGE FROM J. BENTZ TO W. HUGHSON, LAJOLLA, CA | 22.46 |
| 04/25/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/7/03 - FEDEX PACKAGE FROM J. BENTZ TO W. HUGHSON, LA JOLLA CA | 19.45 |
| 04/25/03 | Postage Expense | .37 |
| 04/25/03 | ATTY # 1911: 85 COPIES | 12.75 |
| 04/25/03 | ATTY # 1911: 135 COPIES | 20.25 |
| 04/25/03 | ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                    Invoice Number  1038088
60028  ZAI Science Trial                    Page  20
       June 3, 2003

| | | |
|---|---|---:|
| 04/25/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/25/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/25/03 | ATTY # 1911: 26 COPIES | 3.90 |
| 04/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/25/03 | ATTY # 1911: 32 COPIES | 4.80 |
| 04/25/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/25/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/25/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/25/03 | ATTY # 1911: 26 COPIES | 3.90 |
| 04/25/03 | ATTY # 1911: 17 COPIES | 2.55 |
| 04/25/03 | 843-216-6509/MTPLEASANT, SC/1 | .11 |
| 04/25/03 | ATTY # 0856; 209 COPIES | 20.90 |
| 04/25/03 | ATTY # 0885; 1 COPIES | .15 |
| 04/25/03 | ATTY # 1911; 17 COPIES | 2.55 |
| 04/25/03 | ATTY # 0885; 5 COPIES | .75 |
| 04/25/03 | ATTY # 0396; 13 COPIES | 1.95 |
| 04/25/03 | ATTY # 0396; 2 COPIES | .30 |
| 04/25/03 | ATTY # 0396; 30 COPIES | 4.50 |
| 04/25/03 | 608-257-8811/MADISON, WI/1 | .11 |
| 04/25/03 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 04/25/03 | 608-257-8811/MADISON, WI/2 | .17 |
| 04/28/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/15/03 - FEDEX PACKAGE FROM J. BENTZ TO E. WESTBROOK, RICHARDSON PATRICK WESTBROOK, MOUNT PLEASANT, SC | 36.84 |
| 04/28/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/9/03 - FEDEX PACKAGE TO L. FLATLEY FROM W. HUGHSON, LA JOLLA, CA | 10.63 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  21
       June 3, 2003

| | | |
|---|---|---:|
| 04/28/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.- DOC PRODUCTION TO CLAIMANTS | 37.50 |
| 04/28/03 | ATTY # 0396; 10 COPIES | 1.50 |
| 04/28/03 | ATTY # 0885; 3 COPIES | .45 |
| 04/28/03 | ATTY # 0559; 20 COPIES | 3.00 |
| 04/28/03 | ATTY # 1911; 171 COPIES | 25.65 |
| 04/28/03 | ATTY # 1922; 180 COPIES | 27.00 |
| 04/28/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 153.08 |
| 04/28/03 | ATTY # 1911: 27 COPIES | 4.05 |
| 04/28/03 | ATTY # 1911: 27 COPIES | 4.05 |
| 04/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/28/03 | ATTY # 1911: 33 COPIES | 4.95 |
| 04/28/03 | ATTY # 1911: 17 COPIES | 2.55 |
| 04/28/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/28/03 | ATTY # 1911: 26 COPIES | 3.90 |
| 04/28/03 | ATTY # 1911: 32 COPIES | 4.80 |
| 04/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/28/03 | ATTY # 1922: 15 COPIES | 2.25 |
| 04/28/03 | ATTY # 4219: 2 COPIES | .30 |
| 04/28/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/28/03 | 561-362-1551/BOCA RATON, FL/3 | .23 |
| 04/28/03 | 608-255-7700/MADISON, WI/2 | .11 |
| 04/29/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON DINNER WITH RICHARD FINKE, ESQ. OF W.R. GRACE 4/2/03. | 154.87 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  22
       June 3, 2003

| | | |
|---|---|---|
| 04/29/03 | Outside Video Duplicating Expense - - VENDOR: NEW MEDIA, INC. M. ATKINSON -DUBS OF VIDEOTAPES RELATING TO EXPOSURE STUDIES. | 141.13 |
| 04/29/03 | Postage Expense | 1.85 |
| 04/29/03 | ATTY # 0885; 3 COPIES | .45 |
| 04/29/03 | ATTY # 0885; 9 COPIES | 1.35 |
| 04/29/03 | ATTY # 0396; 210 COPIES | 31.50 |
| 04/29/03 | ATTY # 0349; 12 COPIES | 1.80 |
| 04/29/03 | ATTY # 0856; 42 COPIES | 6.30 |
| 04/29/03 | ATTY # 0856; 44 COPIES | 6.60 |
| 04/29/03 | ATTY # 0504; 104 COPIES | 10.40 |
| 04/29/03 | ATTY # 1911; 2 COPIES | .30 |
| 04/29/03 | ATTY # 0396; 109 COPIES | 16.35 |
| 04/29/03 | ATTY # 0396; 4 COPIES | .60 |
| 04/29/03 | ATTY # 1911; 229 COPIES | 34.35 |
| 04/29/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 04/29/03 | ATTY # 1911; 10 COPIES | 1.50 |
| 04/29/03 | ATTY # 0396; 30 COPIES | 4.50 |
| 04/29/03 | 561-362-2800/BOCA RATON, FL/2 | .17 |
| 04/29/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 40.02 |
| 04/29/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/29/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/03 | ATTY # 0396: 14 COPIES | 2.10 |
| 04/29/03 | ATTY # 0349: 1 COPIES | .15 |
| 04/29/03 | ATTY # 0396: 17 COPIES | 2.55 |
| 04/29/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/29/03 | ATTY # 0349: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1038088
60028  ZAI Science Trial                          Page  23
        June 3, 2003

| | | |
|---|---|---:|
| 04/29/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/29/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 04/29/03 | ATTY # 0396: 17 COPIES | 2.55 |
| 04/29/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/29/03 | ATTY # 0885: 4 COPIES | .60 |
| 04/29/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/29/03 | ATTY # 0885: 5 COPIES | .75 |
| 04/29/03 | ATTY # 0504: 6 COPIES | .90 |
| 04/29/03 | ATTY # 0504: 4 COPIES | .60 |
| 04/29/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/29/03 | ATTY # 0504: 3 COPIES | .45 |
| 04/30/03 | Postage Expense | .37 |
| 04/30/03 | ATTY # 0349; 11 COPIES | 1.65 |
| 04/30/03 | ATTY # 0856; 51 COPIES | 7.65 |
| 04/30/03 | ATTY # 0885; 4 COPIES | .60 |
| 04/30/03 | ATTY # 0349; 34 COPIES | 5.10 |
| 04/30/03 | ATTY # 0885; 26 COPIES | 3.90 |
| 04/30/03 | ATTY # 0856; 1 COPIES | .15 |
| 04/30/03 | ATTY # 0856; 9 COPIES | 1.35 |
| 04/30/03 | ATTY # 0856; 55 COPIES | 8.25 |
| 04/30/03 | ATTY # 0349; 79 COPIES | 11.85 |
| 04/30/03 | ATTY # 0856; 236 COPIES | 23.60 |
| 04/30/03 | ATTY # 0856; 25 COPIES | 3.75 |
| 04/30/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/03 | ATTY # 0885: 4 COPIES | .60 |

172573 W. R. Grace & Co.                         Invoice Number  1038088
60028  ZAI Science Trial                         Page  24
        June 3, 2003

| | | |
|---|---|---:|
| 04/30/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/03 | ATTY # 0396: 5 COPIES | .75 |
| 04/30/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/03 | ATTY # 0559: 4 COPIES | .60 |
| 04/30/03 | ATTY # 0885: 3 COPIES | .45 |
| 04/30/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/03 | ATTY # 0885: 1 COPIES | .15 |
| 04/30/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/03 | ATTY # 0349: 1 COPIES | .15 |
| 04/30/03 | ATTY # 0349: 3 COPIES | .45 |
| 04/30/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/03 | ATTY # 0885: 2 COPIES | .30 |
| 04/30/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/30/03 | ATTY # 0504: 12 COPIES | 1.80 |
| 04/30/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 04/30/03 | ATTY # 0349: 22 COPIES | 3.30 |
| 04/30/03 | Westlaw-Legal research of issues relating to defense of Debtors in the Science Trial | 20.68 |

                              CURRENT EXPENSES              17,840.62
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $ 17,840.62
                                                          =============