# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20030219

February 19, 2003

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the period of December 1, 2002 & January, 2003.

**FEES**

James E. Hass
8.10 hours @ $ 400 per hour                             $ 3,240.00

Paul J. Silvern
3.30 hours @ $ 350 per hour                                1,155.00

    **TOTAL FEES:**                                   **$ 4,395.00**

**EXPENSES** (Receipt copies attached.)

Courier                                                  $    14.36

    **TOTAL FEES & EXPENSES:**                         **$ 4,409.36**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                       NEW YORK

Summary of billed hours for service rendered in
connection with the
with the Property Damage Claimants
(W.R. Grace).

|  | James E. Hass | Paul J. Silvern | | |
|---|---|---|---|---|
| 12/01/2002 |  | 0.50 | | |
| 01/16/2003 |  | 0.60 | | |
| 01/17/2003 |  |  | | |
| 01/18/2003 |  |  | | |
| 01/19/2003 |  |  | | |
| 01/20/2003 |  |  | | |
| 01/21/2003 |  |  | | |
| 01/22/2003 |  |  | | |
| 01/23/2003 |  |  | | |
| 01/24/2003 |  |  | | |
| 01/25/2003 |  |  | | |
| 01/26/2003 |  |  | | |
| 01/27/2003 | 3.50 |  | | |
| 01/28/2003 |  | 1.50 | | |
| 01/29/2003 |  |  | | |
| 01/30/2003 | 2.80 |  | | |
| 01/31/2003 | 1.80 | 0.70 | Total Hours | |
| Hours | 8.10 | 3.30 | 11.40 | |
| Rate | $400 | $350 | Total Fees | |
|  | $3,240.00 | $1,155.00 | $4,395.00 | |

JANUARY, 2003, TIME LOG OF JAMES E. HASS (JEH);

DATE       TIME TASK

<u>Case Administration</u>

01/27/03    3.5    Initial review of Grace pension increase motion, exhibits and order.

01/30/03    2.8    Identification and review of appropriate sections of pension regulations and tax code. Discussions with Sue Andersen on interpretation and options.

01/31/03    1.8    Discussion with Steve Walsh of the Pension Benefit Guarantee Corporation on their interpretation of pension rules and various options.

Total:      8.1

DECEMBER 2002 - JANUARY 2003, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 12/01/02 | 0.3 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz (FFR) re: PD Committee call. |
| | 0.1 | Voice mail message for James E. Hass (JEH) re: PD Committee call. |
| 01/16/03 | 0.4 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail message for FFR re: PD Committee call. |
| | 0.1 | Voice mail message for JEH re: PD Committee call. |
| 01/31/03 | 0.5 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail message for FFR re: PD Committee call. |
| | <u>0.1</u> | Voice mail message for JEH re: PD Committee call. |
| SUBTOTAL: | 1.8 | Case Administration |
| | | <u>Compensation of Professionals</u> |
| 01/28/03 | <u>1.5</u> | Prepare response to Fee Auditor's Interim Report re: 6th Application. |
| SUBTOTAL | 1.5 | Compensation of Professionals |
| TOTAL: | 3.3 | |