# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20030417

April 17, 2003

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the period of February 1, 2003 - March 31, 2003.

### FEES

Francine F. Rabinovitz
0.50 hours @ $ 400 per hour                          $     200.00

James E. Hass
20.70 hours @ $ 400 per hour                             8,280.00

Paul J. Silvern
5.00 hours @ $ 350 per hour                              1,750.00

       **TOTAL FEES:**                              **$ 10,230.00**

### EXPENSES (Receipt copies attached.)

Expenses of Francine F. Rabinovitz                    $      40.00

       **TOTAL FEES & EXPENSES:**                     **$ 10,270.00**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                          NEW YORK

Summary of billed hours for service rendered in connection
with the
with the Property Damage Claimants
(W.R. Grace).

| | Francine F. Rabinovitz | James E. Hass | Paul J. Silvern | |
|---|---|---|---|---|
| 02/03/2003 | | 0.80 | | |
| 02/04/2003 | | 1.20 | | |
| 02/05/2003 | | 2.70 | | |
| 02/06/2003 | | | | |
| 02/13/2003 | | | 0.40 | |
| 02/14/2003 | | | | |
| 02/20/2003 | | | 1.40 | |
| 02/21/2003 | | | | |
| 02/22/2003 | | | | |
| 02/23/2003 | | | | |
| 02/24/2003 | | | | |
| 02/25/2003 | | 1.50 | | |
| 02/26/2003 | | | | |
| 02/27/2003 | | | 0.20 | |
| 02/28/2003 | | | | |
| | | | | |
| 03/13/2003 | | 3.00 | 0.60 | |
| 03/14/2003 | | 3.50 | | |
| 03/15/2003 | | | | |
| 03/16/2003 | | | | |
| 03/17/2003 | | | | |
| 03/18/2003 | | | | |
| 03/19/2003 | | | | |
| 03/20/2003 | | | | |
| 03/21/2003 | | | 1.00 | |
| 03/22/2003 | | | 1.00 | |
| 03/23/2003 | | 3.50 | | |
| 03/24/2003 | | | | |
| 03/25/2003 | | | | |
| 03/26/2003 | | | | |
| 0327/2003 | | | 0.40 | |
| 03/28/2003 | 0.50 | 0.50 | | |
| 03/29/2003 | | | | |
| 03/30/2003 | | | | |
| 03/31/2003 | | 4.00 | | Total Hours |
| Hours | 0.50 | 20.70 | 5.00 | 26.20 |
| Rate | $400 | $400 | $350 | Total Fees |
| | $200.00 | $8,280.00 | $1,750.00 | $10,230.00 |

MARCH, 2003 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

<u>DATE</u>      <u>TIME</u>  <u>TASK</u>

              <u>Claims Analysis and Valuation</u>

03/28/03    0.5   Talk with James E. Hass about content of
                  presentation to Property Damage (PD) Committee
                  attorneys on April 11, 2003 re bodily injury Trust
                  Distribution Processes and their implications for
                  the PD committee.


Total:      0.5

FEBRUARY, 2003, TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME        TASK


                        Case Administration

02/03/03     0.8        Review of Grace Motion to add $10 million to
                        pension, discussion with Greg Boyer on CDG work to
                        date on pension.

02/04/03     0.5        Review of Grace Motion to add $10 million to
                        pension, discussion with Jay Sakalow on HR&A
                        analysis of issue.
             0.7        Review of Grace Motion to add $10 million to
                        pension, discussion with Andrea Schnieder on PBGC
                        role in Grace pension.

02/05/03     1.5        Conference call with Bilzin lawyers re Grace Motion
                        on pension issue.
             1.2        Additional analysis of pension issue.

02/25/03     1.5        Review of USG order on valuation of malignancy
                        claims only.

Total:       6.2

MARCH, 2003, TIME LOG OF JAMES E. HASS (JEH);

<u>DATE</u>    <u>TIME</u>    <u>TASK</u>

<u>Case Administration</u>

03/13/03 0.5    Prepare for briefing in April to Property Damage (PD)
                Committee on current BI TDP's and impact on PD
                claimants solution and outline presentation.
         0.5    Continue preparation of outline.
         0.5    Search for info on other TDPs, and Grace valuations.
         0.5    Search for information on Grace current debt
                liabilities.
         0.5    Retrieve information on Grace Motion contingent
                liabilities.
         0.5    Collect information on Sealed Air settlement and its
                value.

03/14/03 0.5    Prepare presentation; review and compare Armstrong and
                B&W TDPs.
         0.5    Prepare presentation; review and compare Armstrong and
                B&W TDPs, settlement amounts.
         0.5    Continue presentation preparation; review and compare
                Armstrong and B&W TDPs, individual review process.
         0.5    Continue presentation preparation; review and compare
                Armstrong and B&W TDPs, FIFO queue, treatment of
                current claims.
         0.5    Continue presentation preparation; review and compare
                Armstrong and B&W TDPs, arbitration procedures.
         0.5    Continue presentation preparation; review and compare
                Armstrong and B&W TDPs, more on arbitration.
         0.5    Continue presentation preparation; review and compare
                Armstrong and B&W TDPs, treatment of escrow funds.

03/23/03 0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, basic amount.
         0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, currents vs
                futures and estimate date.
         0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, composition of
                futures estimate.
         0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, more on futures
                estimate, and his variations.

MARCH, 2003, TIME LOG OF JAMES E. HASS (JEH); continued,

<u>DATE</u>    <u>TIME</u>    <u>TASK</u>

<u>Case Administration</u>

03/23/03 0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, assumptions on
                currents.
         0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, analysis of how to
                bring 1997 estimate up to 2003.

         0.5    Continue presentation preparation; review BI claims
                estimates: Mark Petersen's Estimate, more analysis on
                how to value current claims.

03/28/03 0.5    Talk with Francine F. Rabinovitz about content of
                presentation to Property Damage (PD) Committee
                attorneys on April 11, 2003 re bodily injury Trust
                Distribution Processes and their implications for the
                PD committee.

03/31/03 0.5    Continue presentation preparation; locate recent SEC
                filings for debt amounts.
         0.5    Continue presentation preparation; read SEC filings for
                debt amounts and contingent liability disclosure.
         0.5    Continue presentation preparation; read SEC filings for
                debt amounts and contingent liability disclosure, more
                analysis.
         0.5    Continue presentation preparation; search for
                valuations of Grace in previous reports.
         0.5    Continue presentation preparation; search for
                valuations of Grace in previous reports: CDG report on
                Sealed Air.
         0.5    Continue presentation preparation; search for
                valuations of Grace in previous reports: CDG report on
                Sealed Air, check valuation multiples against current
                SEC reported earnings.
         0.5    Continue presentation preparation; search for
                valuations of Grace in previous reports:  review Bates
                and Golden Reports.
         0.5    Continue presentation preparation; search for
                valuations of Grace in previous reports: prepare
                valuation table.

Total:  14.5

FEBRUARY, 2003, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>    <u>TIME</u>    <u>TASK</u>

Case Administration

02/13/03 0.4    Participate in Property Damage (PD) Committee call re:
                case status.
         0.1    Voice mail message for Francine F. Rabinovitz (FFR) re:
                PD Committee call.

02/20/03 0.6    Participate in PD Committee call re: case status.
         0.2    Voice mail message for FFR and James E. Hass re: PD
                Committee call.

02/20/03 0.5    Review Judge Wolin's order re: USG and recent news
                article on EPA and Zonoilite.

02/27/03 0.2    Participate in PD Committee call re: case status.


Total:   2.0

MARCH 2003, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>        <u>TIME</u>    <u>TASK</u>

                    <u>Case Administration</u>

03/13/03     0.3    Participate in Property Damage (PD) Committee call
                    re: case status.
             0.1    Voice mail message for Francine F. Rabinovitz
                    (FFR)re: PD Committee call.
             0.2    Phone call with Jay Sakalo re: PD Committee issues.

03/21/2003   1.0    Read U.S. Supreme Ct. decision in re: <u>Norfolk &
                    Western v. Ayers</u>.

03/27/03     0.3    Participate in PD Committee call re: case status.
             <u>0.1</u>    Voice mail message for FFR.

Sub-Total    2.0    Case Administration


                    <u>Compensation of Professionals</u>

03/24/03     1.0    Work on Third Interim Fee Application for services
                    and costs related to the main case issues, and the
                    Second Interim Fee Application for services and
                    costs related to the Fraudulent Transfer
                    litigation.

Sub-Total    1.0    Compensation of Professionals


Total:       3.0