# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 24, 2003 @ 4:00 p.m. |

## TWENTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

Name of Applicant:  *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:  *Official Committee of Equity Holders*

Date of Retention:  *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:  *April 1, 2003 through and including April 30, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$7,609.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,594.42*

This is a(n):    _x_  monthly        _   interim application

KL2.2213443.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

- 2 -

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | pending |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 3.90 | $2,047.50 |
| Becker, Gary M. | 455.00 | 1.00 | $455.00 |
| Klein, David | 335.00 | 11.60 | $3,886.00 |
| Mangual, Kathleen | 185.00 | 6.00 | $1,110.00 |
| Torres, Anthony | 85.00 | 1.30 | $110.50 |
| **Total** | | **23.80** | **$7,609.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/03 through 4/30/03 | Total Fees for the Period 4/1/03 through 4/30/03 |
|---|---|---|
| Case Administration | 13.60 | $4,021.00 |
| Claim Analysis Objection & Resolution(Asbestos) | 4.30 | $2,181.50 |
| Creditor Committee | 1.00 | $455.00 |
| Fee Applications, Applicant | 4.60 | $851.00 |
| Fradulent Conveyance Adv. Proc | 0.30 | $100.50 |
| **Total** | **23.80** | **$7,609.00** |

KL2:2213443.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 4/1/03 through 4/30/03 |
|---|---|
| Photocopying | $135.45 |
| Research Service | $14.00 |
| Long-Distance Tel. | $457.04 |
| Outside Xerox | $926.30 |
| Cab Fares | $22.00 |
| Messenger Service | $39.63 |
| **Total** | **$1,594.42** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley

Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: June 3, 2003

- 4 -