# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 10.90 | 335.00 | 3,651.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 1.40 | 185.00 | 259.00 |
| TORRES, ANTHONY | LEGA | 1.30 | 85.00 | 110.50 |
| | Subtotal | 13.60 | $ | 4,021.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.00 | 455.00 | 455.00 |
| | Subtotal | 1.00 | $ | 455.00 |

### FEE APPLICATIONS, APPLICANT

| PARAPROFESSIONAL | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 4.60 | 185.00 | 851.00 |
| | Subtotal | 4.60 | $ | 851.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.90 | 525.00 | 2,047.50 |
| KLEIN, DAVID | CRED | 0.40 | 335.00 | 134.00 |
| | Subtotal | 4.30 | $ | 2,181.50 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 0.30 | 335.00 | 100.50 |
| | Subtotal | 0.30 | $ | 100.50 |
| | Total | 23.80 | $ | 7,609.00 |

KL4:2073766.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 3.90 | 525.00 | 2,047.50 |
| BECKER, GARY M. | ASSOCIATE | 1.00 | 455.00 | 455.00 |
| KLEIN, DAVID | ASSOCIATE | 11.60 | 335.00 | 3,886.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 6.00 | 185.00 | 1,110.00 |
| TORRES, ANTHONY | OTHER TKPR | 1.30 | 85.00 | 110.50 |
| | Total | 23.80 | | $7,609.00 |

KL4:2073766.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---:|
| PHOTOCOPYING | 135.45 |
| RESEARCH SERVICES | 14.00 |
| LONG-DISTANCE TEL. | 457.04 |
| OUTSIDE XEROX | 926.30 |
| MESSENGER SERVICE | 39.63 |
| CAB FARES | 22.00 |
| Subtotal | $1,594.42 |

KL4:2073766.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 72.24 |
| MANUSCRIPT SERVICE | 36.00 |
| MEALS | 20.00 |
| Subtotal | $128.24 |

```
alp_132c: Billed Charges Analysis                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 05/16/2003 09:30:35                                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
-------------------------------------------------------------------------------------------------------------------------------------------------------
Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------------------------

                                                         PRE-BILLING SUMMARY REPORT

                                      FEES                                                      COSTS
                                      ----                                                      -----
          UNBILLED TIME FROM:    01/01/1901                      TO:   04/30/2003
          UNBILLED DISB FROM:    01/01/1901                      TO:   04/30/2003

                                  7,609.00                                                    1,594.42

          GROSS BILLABLE AMOUNT:
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
          ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
                   THRU DATE:         04/30/2003                                              04/30/2003
          CLOSE MATTER/FINAL BILLING?    YES  OR  NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:



                                    ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

                          FEES:            64,286.74       UNIDENTIFIED RECEIPTS:              0.00
                 DISBURSEMENTS:             2,286.88          PAID FEE RETAINER:                0.00
                  FEE RETAINER:                 0.00         PAID DISB RETAINER:                0.00
                 DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:              0.00
              TOTAL OUTSTANDING:           66,573.62            TRUST BALANCE:

                                                           BILLING HISTORY

              DATE OF LAST BILL:         05/16/03           LAST PAYMENT DATE:           04/29/03
              LAST BILL NUMBER:           370445            FEES BILLED TO DATE:       564,284.50
              LAST BILL THRU DATE:        04/30/03

                                                                 FEES WRITTEN OFF TO DATE:    537,998.18

          FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

              (1) Exceeded Fixed Fee              (6) Summer Associate
              (2) Late Time & Costs Posted        (7) Fixed Fee
              (3) Pre-arranged Discount           (8) Premium
              (4) Excessive Legal Time            (9) Rounding
              (5) Business Development           (10) Client Arrangement


          BILL NUMBER: _____      DATE OF BILL: _____      Processed by: _____   FRC: _____   CRC: _____
```

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 05/16/2003 09:30:40

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## B I L L E D    T I M E    S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 04/02/03 | 04/30/03 | 3.90 | 2,047.50 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 04/07/03 | 04/07/03 | 1.00 | 455.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 04/01/03 | 04/30/03 | 11.60 | 3,886.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 04/02/03 | 04/30/03 | 6.00 | 1,110.00 |
| 05304 | TORRES, ANTHONY | OTHER TKPR | 04/01/03 | 04/30/03 | 1.30 | 110.50 |
|  | Total: |  |  |  | 23.80 | 7,609.00 |

## B I L L E D    C O S T S    S U M M A R Y    -------------- Total Billed --------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/03/03 | 04/29/03 | 135.45 |
| 0840 | MANUSCRIPT SERVICE | 04/03/03 | 04/25/03 | 0.00 |
| 0841 | RESEARCH SERVICES | 04/24/03 | 04/24/03 | 14.00 |
| 0885 | LONG-DISTANCE TEL. | 04/28/03 | 04/30/03 | 5.48 |
| 0910 | LONG DIST. TELE. | 04/29/03 | 04/29/03 | 451.56 |
| 0925 | OUTSIDE XEROX | 04/23/03 | 04/23/03 | 926.30 |
| 0930 | MESSENGER/COURIER | 04/07/03 | 04/16/03 | 39.63 |
| 0940 | CAB FARES | 04/08/03 | 04/08/03 | 22.00 |
| 0942 | MEALS/IN-HOUSE | 04/08/03 | 04/08/03 | 0.00 |
|  | Total |  |  | 1,594.42 |
|  | Grand Total |  |  | 9,203.42 |

## A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 05/16/03 09:30:40)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 11/19/02 | 10/31/02 | 361261 | 39,170.00 | 2,124.93 |  | 33,317.43 |  | 7,977.50 |
| 12/13/02 | 11/30/02 | 362365 | 18,704.00 | 633.86 |  | 15,615.32 | 02/18/03 | 3,722.54 |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 |  | 10,299.62 | 03/25/03 | 2,370.70 |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | 9,807.47 |  |  | 2,220.00 |
| 03/19/03 | 02/28/03 | 367178 | 13,418.00 | 240.08 |  | .00 |  | 13,658.08 |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 |  | .00 |  | 27,421.38 |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 |  |  |  | 9,203.42 |
|  |  | Total: | 128,823.50 | 6,789.96 |  | 69,039.84 |  | 66,573.62 |

alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/16/2003 09:30:33

Matter No: 056772-00001                                                           Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                          PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:    04/01/2003             TO:  04/30/2003
          UNBILLED DISB FROM:    04/03/2003             TO:  04/30/2003

                                         FEES                              COSTS

          GROSS BILLABLE AMOUNT:           4,021.00                          627.57
          AMOUNT WRITTEN DOWN:
                       PREMIUM:
          ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:            04/30/2003                        04/30/2003
        CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                     FEES:          9,947.50      UNIDENTIFIED RECEIPTS:     0.00
           DISBURSEMENTS:            1,238.77      PAID FEE RETAINER:        0.00
            FEE RETAINER:                0.00      PAID DISB RETAINER:       0.00
           DISB RETAINER:                0.00      TOTAL AVAILABLE FUNDS:    0.00
        TOTAL OUTSTANDING:          11,186.27      TRUST BALANCE:

                                                 BILLING HISTORY

          DATE OF LAST BILL:    05/16/03          LAST PAYMENT DATE:          04/11/03
          LAST BILL NUMBER:     370445            FEES BILLED TO DATE:       162,417.00
       LAST BILL THRU DATE:     04/30/03          FEES WRITTEN OFF TO DATE:   67,546.50

    FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (6) Summer Associate
        (2) Late Time & Costs Posted    (7) Fixed Fee
        (3) Pre-arranged Discount       (8) Premium
        (4) Excessive Legal Time        (9) Rounding
        (5) Business Development       (10) Client Arrangement

    BILL NUMBER: _____    DATE OF BILL: _____ Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/16/2003 09:30:33

Matter No: 056772-00001                                                                    Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status    : ACTIVE

B I L L E D    T I M E    S U M M A R Y    -------------------- Total Billed --------------------
Emp Id Employee Name                          Group        Oldest       Latest       Hours        Amount
                                                           -------      -------      -------      -------
05646  KLEIN, DAVID                           CRED         04/01/03     04/30/03     10.90        3,651.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                      CRED         04/15/03     04/15/03      1.40          259.00
05304  TORRES, ANTHONY                        Lega         04/30/03     04/30/03      1.30          110.50

                  Total:                                                             13.60        4,021.00

Sub-Total Hours :   0.00 Partners     0.00 Counsels    10.90 Associates      1.40 Legal Assts    1.30 Others

B I L L E D    C O S T S    S U M M A R Y    ---------------- Total Billed ----------------
Code  Description                                Oldest       Latest         Total
                                                 Entry        Entry          Amount
                                                 -------      -------        -------
0820  PHOTOCOPYING                               04/03/03     04/29/03       108.90
0840  MANUSCRIPT SERVICE                         04/03/03     04/25/03         0.00
0885  LONG-DISTANCE TEL.                         04/28/03     04/30/03         5.48
0910  LONG DIST. TELE.                           04/29/03     04/29/03       451.56
0930  MESSENGER/COURIER                          04/07/03     04/16/03        39.63
0940  CAB FARES                                  04/08/03     04/08/03        22.00
0942  MEALS/IN-HOUSE                             04/08/03     04/08/03         0.00

             Total:                                                           627.57

             Grand Total                                                    4,648.57
                                                                         ==========

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 05/16/03 09:30:33)
Bill Date Thru Date Bill#      Fee & OA     ---- Billed ----       Applied       ---- Collections ----   Balance
                                            Disbursement          From OA        Total       Date         Due
-------------------------      --------     ------------          --------       --------    --------    -------
11/19/02 10/31/02  351261      4,217.00         1,777.44                         5,994.44    12/31/02
12/13/02 11/30/02  362365      4,769.50           353.77                         5,123.27    02/18/03
01/31/03 12/31/02  364671      6,081.00           733.32                         6,814.32    03/25/03
02/20/03 01/31/03  365684      2,264.50           904.37                         3,168.87    04/11/03
03/19/03 02/28/03  367178      1,726.50           175.30                              .00                 1,901.80
04/29/03 03/31/03  369330      4,200.00           435.90                              .00                 4,635.90
05/16/03 04/30/03  370445      4,021.00           627.57                                                  4,648.57
                               ---------       ---------                        ----------              -----------
             Total:           27,279.50         5,007.67                        21,100.90                11,186.27
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   3
Run Date & Time: 05/16/2003 09:30:33                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

BILLED TIME DETAIL
Employee Name            Work Date    Description                                                                    Hours      Amount    Index#   Batch Date

KLEIN, DAVID             04/01/03     review pleadings/filings, distr same as                                         0.20       67.00    4610561  04/04/03
                                      necessary.
KLEIN, DAVID             04/02/03     review pleadings/filings, distr same as                                         2.00      670.00    4620651  04/14/03
                                      necessary; check docket re followup to 2/19
                                      opinion; discussion w/ P.Bentley re open
                                      issues.
KLEIN, DAVID             04/03/03     review pleadings/filings.                                                       0.70      234.50    4620652  04/14/03
KLEIN, DAVID             04/04/03     review filings.                                                                 0.10       33.50    4620653  04/14/03
KLEIN, DAVID             04/07/03     review pleadings/filings, distr. same as                                        0.30      100.50    4628508  04/21/03
                                      necessary.
KLEIN, DAVID             04/08/03     review pleadings/filings, distr same as                                         1.40      469.00    4628509  04/21/03
                                      necessary (0.6); review docket/subsequent USG
                                      filings re J. Wolin's 2/19/02 opinion(0.8).
KLEIN, DAVID             04/09/03     review pleadings/filings, distr same as                                         0.40      134.00    4628510  04/21/03
                                      necessary (0.4).
KLEIN, DAVID             04/10/03     review pleadings/filings, distr same as                                         0.10       33.50    4635108  04/28/03
                                      necessary;
KLEIN, DAVID             04/11/03     review pleadings/filings, distr same as                                         0.20       67.00    4635109  04/28/03
                                      necessary;
KLEIN, DAVID             04/14/03     review pleadings/filings, distr same as                                         0.30      100.50    4635110  04/28/03
                                      necessary.
KLEIN, DAVID             04/15/03     review pleadings/filings, distr same as                                         0.20       67.00    4635111  04/28/03
                                      necessary (0.2).
KLEIN, DAVID             04/28/03     review numerous pleadings/filings, distr same                                   1.70      569.50    4637053  04/29/03
                                      as necessary (0.8); discussion w/ PB re
                                      settlement agreement in 02-2211, receive and
                                      distribute same (0.9).
KLEIN, DAVID             04/29/03     receive voice mail from PB re sealed air status                                 3.20    1,072.00    4648519  05/02/03
                                      review (0.1); reviewed dockets re same (1.4.);
                                      review recent filings regarding follow up to J.
                                      Wolin's February 19, 2003 Order, drafted emails
                                      to PB re the above (0.8); review
                                      pleadings/filings, distr. same as necessary
                                      (0.7); call to K.Mangual re Sealed Air
                                      complaint and review of same (0.2).
KLEIN, DAVID             04/30/03     review filings (0.1)                                                            0.10       33.50    4648520  05/02/03

Total For KLEIN D - 05646                                                                                            10.90    3,651.50

MANGUAL, KATHLEEN        04/15/03     organization of files, update index (1.4)                                       1.40      259.00    4640971  05/01/03

Total For MANGUAL K - 05208                                                                                           1.40      259.00
```

```
alp_132r: Billed Charges Analysis                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    4
Run Date & Time: 05/16/2003 09:30:33                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS    - 06975                Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr  : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                             Status : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name                     Work Date       Description                                                      Hours     Amount      Index#  Batch Date

TORRES, ANTHONY                   04/30/03        Scanning Fee Attachment                                           1.30     110.50  4645529    05/01/03

Total For TORRES A - 05304                                                                                         1.30     110.50

                                                  Fee Total                                                       13.60   4,021.00


B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee             Date        Amount     Index#    Batch No   Batch Date

PHOTOCOPYING                0820
   PHOTOCOPYING                          BENTLEY, P           04/03/03    16.95      6038192   96315      04/04/03
   BENTLEY PHILIP                        BENTLEY, P           04/07/03     0.30      6042943   96455      04/08/03
   PHOTOCOPYING                          BENTLEY, P           04/07/03    16.80      6043927   96507      04/09/03
   BENTLEY PHILIP
   PHOTOCOPYING                          MANGUAL, K M         04/07/03     6.30      6050207   96793      04/15/03
   MANGUAL KATHLEEN                      BENTLEY, P           04/14/03
   PHOTOCOPYING
   BENTLEY PHILIP
   PHOTOCOPYING                          BENTLEY, P           04/21/03     2.40      6058329   97057      04/22/03
   BENTLEY PHILIP                        BENTLEY, P           04/22/03     4.05      6060225   97172      04/24/03
   PHOTOCOPYING
   BENTLEY PHILIP
   PHOTOCOPYING                          BENTLEY, P           04/24/03     2.70      6061791   97202      04/25/03
   BENTLEY PHILIP                        KLEIN, D K           04/28/03    25.50      6068255   97337      04/29/03
   PHOTOCOPYING
   KLEIN DAVID
   PHOTOCOPYING                          MANGUAL, K M         04/28/03     0.60      6068256   97337      04/29/03
   MANGUAL KATHLEEN                      KLEIN, D K           04/28/03    25.50      6071024   97396      04/30/03
   PHOTOCOPYING
   KLEIN DAVID
   PHOTOCOPYING                          MANGUAL, K M         04/28/03     0.60      6071025   97396      04/30/03
   MANGUAL KATHLEEN                      KLEIN, D K           04/29/03     7.20      6071026   97396      04/30/03
   PHOTOCOPYING
   KLEIN DAVID

                                            0820 PHOTOCOPYING Total :               108.90

MANUSCRIPT SERVICE            0840
   MANUSCRIPT SERVICE                    SEAWRIGHT, J         04/03/03     0.00      6041132   96399      04/07/03
   04/03/2003
   MANUSCRIPT SERVICE                    SEAWRIGHT, J         04/14/03     0.00      6051057   96819      04/15/03
   04/14/2003
```

```
alp_132r: Billed Charges Analysis                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   5
                                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/16/2003 09:30:34

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975                          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495                      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
-------------------------------------------------------------------------------------------------------------------------------------------------
Description/Code                        Employee              Date           Amount       Index#    Batch No   Batch Date
-------------------------------------------------------------------------------------------------------------------------------------------------

MANUSCRIPT SERVICE                0885
  04/22/2003
  MANUSCRIPT SERVICE                    SEAWRIGHT, J          04/22/03         0.00       6059494    97114      04/23/03
  04/23/2003
  MANUSCRIPT SERVICE                    SEAWRIGHT, J          04/23/03         0.00       6063892    97278      04/28/03
  04/25/2003
  MANUSCRIPT SERVICE                    SEAWRIGHT, J          04/25/03         0.00       6078090    97872      05/06/03

                                                     0840 MANUSCRIPT SERVICE Total :        0.00

LONG-DISTANCE TEL.                0885
  LONG-DISTANCE TEL.                    BENTLEY, P            04/28/03         5.18       6090889    98169      05/13/03
  3128613268
  LONG-DISTANCE TEL.                    MANGUAL, K M          04/30/03         0.30       6090890    98169      05/13/03
  214698368

                                                     0885 LONG-DISTANCE TEL. Total :        5.48

LONG DIST. TELE.                  0910
  DERAVENTURES, INC.                    BENTLEY, P            04/29/03       451.56       6068989    97343      04/29/03

                                            0910 LONG DIST. TELE. - VENDOR-DERAVENTURES, INC.     Total :    451.56

MESSENGER/COURIER                 0930
  FEDERAL EXPRESS CORPORAT              MANGUAL, K M          04/07/03        10.19       6049867    96792      04/15/03
  FEDERAL EXPRESS CORPORAT              MANGUAL, K M          04/16/03        10.09       6052640    96855      04/16/03
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
  FEDERAL EXPRESS CORPORAT              MANGUAL, K M          04/16/03        19.35       6053528    96862      04/16/03
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION

                                                     0930 MESSENGER/COURIER Total :        39.63

CAB FARES                         0940
  MARIANNE FERGUSON, CASHI              BENTLEY, P            04/08/03        11.00       6043779    96473      04/08/03
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  03/19/03
  MARIANNE FERGUSON, CASHI              BENTLEY, P            04/08/03        11.00       6043781    96473      04/08/03
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  03/18/03

                                                     0940 CAB FARES Total :               22.00

MEALS/IN-HOUSE                    0942
  MARIANNE FERGUSON, CASHI              BENTLEY, P            04/08/03         0.00       6043778    96473      04/08/03
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
  CASHIER 03/19/03
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   6
Run Date & Time: 05/16/2003 09:30:34

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status   : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee                Date       Amount    Index#   Batch No  Batch Date
-----------------                             --------                ----       ------    ------   --------  ----------

0942 MEALS/IN-HOUSE
   MARIANNE FERGUSON, CASHI                   BENTLEY, P            04/08/03       0.00   6043780    96473    04/08/03
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER 03/18/03

                                                  0942 MEALS/IN-HOUSE Total :      0.00

                                      Costs Total :                              627.57
```

```
alp_132r: Billed Charges Analysis                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    7
                                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/16/2003 09:30:34

Matter No: 056772-00001                                                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                    Status     : ACTIVE

     B I L L E D    T I M E   S U M M A R Y
Employee Name                   Hours       Amount             Bill              W/O / W/u         Transfer To   Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------
KLEIN, DAVID                    10.90       3,651.50
MANGUAL, KATHLEEN                1.40         259.00
TORRES, ANTHONY                  1.30         110.50

        Total:                  13.60       4,021.00

     B I L L E D    C O S T S   S U M M A R Y
Code Description                            Amount             Bill              W/O / W/u         Transfer To   Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                           108.90
0840 MANUSCRIPT SERVICE                       0.00
0885 LONG-DISTANCE TEL.                       5.48
0910 LONG DIST. TELE.                       451.56
0930 MESSENGER/COURIER                       39.63
0940 CAB FARES                               22.00
0942 MEALS/IN-HOUSE                           0.00

        Costs Total :                       627.57
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  8
Run Date & Time: 05/16/2003 09:30:34
                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                         Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    04/07/2003                TO:   04/07/2003
           UNBILLED DISB FROM:    04/29/2003                TO:   04/29/2003

                                         FEES                          COSTS
                                        ------                        -------
           GROSS BILLABLE AMOUNT:         455.00                        26.55
           AMOUNT WRITTEN DOWN:
                          PREMIUM:
              ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:       04/07/2003                    04/29/2003
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

            FEES:                        3,717.00         UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:                   79.55        PAID FEE RETAINER:            0.00
            FEE RETAINER:                    0.00         PAID DISB RETAINER:           0.00
            DISB RETAINER:                   0.00         TOTAL AVAILABLE FUNDS:        0.00
            TOTAL OUTSTANDING:           3,796.55         TRUST BALANCE:

                                                BILLING HISTORY

            DATE OF LAST BILL:            05/16/03         LAST PAYMENT DATE:        03/25/03
            LAST BILL NUMBER:              370445         FEES BILLED TO DATE:       51,168.00
            LAST BILL THRU DATE:          04/30/03        FEES WRITTEN OFF TO DATE:  17,454.00

       FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

                (1) Exceeded Fixed Fee             (6) Summer Associate
                (2) Late Time & Costs Posted       (7) Fixed Fee
                (3) Pre-arranged Discount          (8) Premium
                (4) Excessive Legal Time           (9) Rounding
                (5) Business Development          (10) Client Arrangement

       BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```