```
alp_132r: Billed Charges Analysis                                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                            PAGE    9
Run Date & Time: 05/16/2003 09:30:34                                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                                                                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                                                               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                                               Status  : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  -------------------------------------- Total --------------------
                                                                                        Billed
   Emp Id Employee Name                          Group                Oldest    Latest  Hours      Amount
                                                                      --------  -------- --------- ----------
   05292 BECKER, GARY M.                          CRED               04/07/03  04/07/03   1.00      455.00

                          Total:                                                          1.00      455.00

   Sub-Total Hours :    0.00 Partners    0.00 Counsels    1.00 Associates    0.00 Legal Assts    0.00 Others


   B I L L E D   C O S T S   S U M M A R Y ---------------------- Total Billed ------------------
   Code Description                              Oldest    Latest     Total
                                                 Entry     Entry      Amount
                                                 --------  --------   ----------
   0820 PHOTOCOPYING                             04/29/03  04/29/03    26.55

                   Total                                               26.55
                   Grand Total                                        ============
                                                                       481.55


   A C C O U N T S   R E C E I V A B L E                (Reflects Payments As of 05/16/03 09:30:34)
   Bill Date Thru Date Bill#         Fee & OA     Disbursement   From OA   Total              -- Collections --   Balance
                                     Billed                      Applied                      Total       Date    Due
   -------- -------- ------          ----------   ------------   -------   ---------          ---------   ------  ---------
   11/19/02 10/31/02 361261           4,587.50         49.00                4,636.50 12/31/02
   12/13/02 11/30/02 362365             498.00           .00                  498.00 02/18/03
   01/31/03 12/31/02 364671           1,341.00           .00                1,341.00 03/25/03
   03/19/03 02/28/03 367178           1,123.50         50.00                                                       1,173.50
   04/29/03 03/31/03 369330           2,138.50          3.00                                                       2,141.50
   05/16/03 04/30/03 370445             455.00         26.55                                                         481.55

                     Total:         10,143.50        128.55                          6,475.50                      3,796.55
```

alp_132r: Billed Charges Analysis

Run Date & Time: 05/16/2003 09:30:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Matter No: 056772-00002                                 Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/07/03 | Prepare memo for committee re motion to extend deadlines for avoidance actions | 1.00 | 455.00 | 4617308 | | 04/10/03 |

Total For BECKER G - 05292                                                1.00    455.00

Fee Total                                                                 1.00    455.00

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING      0820 | | | | | | |
| PHOTOCOPYING | O'BRIEN, M O | 04/29/03 | 1.05 | 6071027 | 97396 | 04/30/03 |
| O BRIEN MARIEILEEN | | | | | | |
| PHOTOCOPYING | O'BRIEN, M O | 04/29/03 | 25.50 | 6071028 | 97396 | 04/30/03 |
| O BRIEN MARIEILEEN | | | | | | |

                                            0820 PHOTOCOPYING Total :    26.55

Costs Total :                                                            26.55

```
alp_132r: Billed Charges Analysis                                                                                               PAGE   11
Run Date & Time: 05/16/2003 09:30:34

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

   B I L L E D    T I M E   S U M M A R Y
                                                          ------------------- Bill -------------------   --------- W/o / W/u ---------
Employee Name                       Hours       Amount                                                   Transfer To   Clnt/Mtr   Carry Forward
BECKER, GARY M.                      1.00       455.00

           Total:                    1.00       455.00


   B I L L E D   C O S T S   S U M M A R Y
                                                          ------------------- Bill -------------------   --------- W/o / W/u ---------
Code Description                               Amount                                                    Transfer To   Clnt/Mtr   Carry Forward
-----------------
0820 PHOTOCOPYING                               26.55

           Costs Total :                        26.55
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  12
Run Date & Time: 05/16/2003 09:30:34

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                                Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FINANCING                                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status : ACTIVE

Special Billing Instructions:
```

```
                                            PRE-BILLING SUMMARY REPORT

                                    FEES                                             COSTS
                                 ----------                                        ----------
         UNBILLED TIME FROM:                    TO:
         UNBILLED DISB FROM:                    TO:

                                                                  0.00                            0.00
            GROSS BILLABLE AMOUNT:
            AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:
     CLOSE MATTER/FINAL BILLING?          YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:
```

```
                                  ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

   FEES:                                     105.00        UNIDENTIFIED RECEIPTS:              0.00
   DISBURSEMENTS:                              0.00        PAID FEE RETAINER:                  0.00
   FEE RETAINER:                               0.00        PAID DISB RETAINER:                 0.00
   DISB RETAINER:                              0.00        TOTAL AVAILABLE FUNDS:              0.00
   TOTAL OUTSTANDING:                        105.00
                                                           TRUST BALANCE:
                                       BILLING HISTORY

   DATE OF LAST BILL:          03/19/03            LAST PAYMENT DATE:          02/18/03
   LAST BILL NUMBER:             367178            FEES BILLED TO DATE:          105.00
   LAST BILL THRU DATE:        02/28/03            FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE   13
Run Date & Time: 05/16/2003 09:30:34

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                                          Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status       : ACTIVE

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 05/16/03 09:30:34)
                                  -------- Billed --------        ------ Applied ------    ---- Collections ----      Balance
Bill Date Thru Date  Bill#        Fee & OA    Disbursement         From OA        Total           Date                 Due
----------- -------- -------      --------    ------------        ---------       ------    ---------------------     -------
12/13/02    11/30/02  362365          .00           31.64               .00        31.64     31.64  02/18/03
03/19/03    02/28/03  367178       105.00             .00               .00          .00                               105.00
                                  --------    ------------        ---------       ------                              -------
                     Total:        105.00           31.64               .00        31.64             .00               105.00
```

```
alp_132r: Billed Charges Analysis                                                                                             PAGE  14
Run Date & Time: 05/16/2003 09:30:34

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:
_____

                                                PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                        TO:
                    UNBILLED DISB FROM:                        TO:

                                            FEES                     COSTS
                                          --------                 --------
            GROSS BILLABLE AMOUNT:            0.00                     0.00
             AMOUNT WRITTEN DOWN:
                        PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:
         CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:
    _____

    _____

                                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
                                        --------------------------                  --------------

                       FEES:             157.50
              DISBURSEMENTS:               0.00       UNIDENTIFIED RECEIPTS:    0.00
               FEE RETAINER:               0.00       PAID FEE RETAINER:        0.00
              DISB RETAINER:               0.00       PAID DISB RETAINER:       0.00
           TOTAL OUTSTANDING:            157.50       TOTAL AVAILABLE FUNDS:    0.00
                                                      TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
        DATE OF LAST BILL:       03/19/03          LAST PAYMENT DATE:              0.00
        LAST BILL NUMBER:          367178          FEES BILLED TO DATE:          157.50
        LAST BILL THRU DATE:     02/28/03          FEES WRITTEN OFF TO DATE:       0.00

    FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
                          (1) Exceeded Fixed Fee       (6) Summer Associate
                          (2) Late Time & Costs Posted (7) Fixed Fee
                          (3) Pre-arranged Discount    (8) Premium
                          (4) Excessive Legal Time     (9) Rounding
                          (5) Business Development     (10) Client Arrangement

    BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                         PAGE  15
Run Date & Time: 05/16/2003 09:30:34

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                               Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                      Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 05/16/03 09:30:34)
                        ------- Billed -------            ---- Collections ----          Balance
Bill Date Thru Date Bill#    Fee & OA   Disbursement        Total   Applied   Date          Due
                                                                    From OA
03/19/03 02/28/03  367178     157.50         .00             .00                          157.50
                              -------    --------         -------                         -------
             Total:           157.50         .00             .00                          157.50
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   16
Run Date & Time: 05/16/2003 09:30:34                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                                         Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:     04/02/2003                              TO:  04/30/2003
    UNBILLED DISB FROM:                                             TO:

                                              FEES                                  COSTS

    GROSS BILLABLE AMOUNT:                    851.00                                 0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                         04/30/2003
    CLOSE MATTER/FINAL BILLING?     YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:                 BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                          ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

    FEES:                                  3,787.00
    DISBURSEMENTS:                            25.56        UNIDENTIFIED RECEIPTS:         0.00
    FEE RETAINER:                              0.00        PAID FEE RETAINER:             0.00
    DISB RETAINER:                             0.00        PAID DISB RETAINER:            0.00
    TOTAL OUTSTANDING:                     3,812.56        TOTAL AVAILABLE FUNDS:         0.00
                                                           TRUST BALANCE:
                                              BILLING HISTORY

    DATE OF LAST BILL:                   05/16/03          LAST PAYMENT DATE:          04/11/03
    LAST BILL NUMBER:                     370445           FEES BILLED TO DATE:       48,700.50
    LAST BILL THRU DATE:                 04/30/03          FEES WRITTEN OFF TO DATE:     35.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____    FRC: _____  CRC: _____
PARAPROFESSIONALS
```

```
alp_132r: Billed Charges Analysis                                                                                                          PAGE   17
Run Date & Time: 05/16/2003 09:30:34

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

    B I L L E D   T I M E    S U M M A R Y   ---------- Total Billed ----------
Emp Id Employee Name                     Group              Oldest      Latest       Hours              Amount
05208   MANGUAL, KATHLEEN                 CRED              04/02/03    04/30/03      4.60              851.00
                                         Total:                                       4.60              851.00

Sub-Total Hours :    0.00 Partners      0.00 Counsels      0.00 Associates      4.60 Legal Assts      0.00 Others


A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 05/16/03 09:30:34)
Bill Date Thru Date Bill#       Fee & OA    Disbursement       Applied         ---- Collections ----       Balance
                                                From OA         Total            Total       Date           Due

11/19/02 10/31/02 361261        2,917.00           .00                          2,917.00 12/31/02
12/13/02 11/30/02 362365        2,009.50           .00                          2,009.50 02/18/03
01/31/03 12/31/02 364671          805.50           .00                            805.50 03/25/03
02/20/03 01/31/03 365684          838.00           .00                            838.00 04/11/03
03/19/03 02/28/03 367178        2,266.00         12.08                                .00                 2,278.08
04/29/03 03/31/03 369330          670.00         13.48                                .00                   683.48
05/16/03 04/30/03 370445          851.00           .00                                .00                   851.00

         Total:                10,357.00         25.56                          6,570.00                  3,812.56
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    18
Run Date & Time: 05/16/2003 09:30:34                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                   Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                              Hours       Amount   Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 04/02/03 | draft Grace monthly fee application, review time details (.80) | 0.80 | 148.00 | 4614632 | 04/08/03 |
| MANGUAL, KATHLEEN | 04/03/03 | draft KL's 7th interim project category spreadsheet, em same to fee auditor (.70) | 0.70 | 129.50 | 4614633 | 04/08/03 |
| MANGUAL, KATHLEEN | 04/07/03 | prepare fee app for filing, send to local counsel (.30) | 0.30 | 55.50 | 4615697 | 04/09/03 |
| MANGUAL, KATHLEEN | 04/10/03 | review time detail for monthly fee app (.20) | 0.20 | 37.00 | 4630803 | 04/22/03 |
| MANGUAL, KATHLEEN | 04/28/03 | final revision of fee auditors response, email exchange w/ GB and SB(WarrenSmith) re: such, attend to fedex (.90) | 0.90 | 166.50 | 4640972 | 05/01/03 |
| MANGUAL, KATHLEEN | 04/30/03 | several disc/email exchange /w SB(WarrenSmith) re: KL's response to the initial report (.40) | 0.40 | 74.00 | 4647389 | 05/01/03 |
| MANGUAL, KATHLEEN | 04/30/03 | draft March monthly fee app, attend to distribution of such (1.3) | 1.30 | 240.50 | 4647390 | 05/01/03 |

```
                                                                         Fee Total                         4.60       851.00

Total For MANGUAL K - 05208                                                                                4.60       851.00
```

```
alp_132r: Billed Charges Analysis                                                                                             PAGE   19
Run Date & Time: 05/16/2003 09:30:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours      Amount          Bill         W/o / W/u      Transfer To      Clnt/Mtr    Carry Forward

MANGUAL, KATHLEEN                 4.60      851.00

        Total:                    4.60      851.00
```

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE   20
Run Date & Time: 05/16/2003 09:30:34

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:   04/02/2003            TO:    04/30/2003
              UNBILLED DISB FROM:   04/24/2003            TO:    04/24/2003

                                           FEES                              COSTS
                                       -----------                          ---------
      GROSS BILLABLE AMOUNT:            2,181.50                               14.00
      AMOUNT WRITTEN DOWN:
                   PREMIUM:
      ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
              THRU DATE:                04/30/2003                          04/24/2003
      CLOSE MATTER/FINAL BILLING?    YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

              FEES:                  28,848.50
      DISBURSEMENTS:                     16.70        UNIDENTIFIED RECEIPTS:    0.00
      FEE RETAINER:                       0.00        PAID FEE RETAINER:        0.00
      DISB RETAINER:                      0.00        PAID DISB RETAINER:       0.00
      TOTAL OUTSTANDING:             28,865.20        TOTAL AVAILABLE FUNDS:    0.00
                                                      TRUST BALANCE:
                                              BILLING HISTORY
      DATE OF LAST BILL:              05/16/03        LAST PAYMENT DATE:             04/29/03
      LAST BILL NUMBER:                 370445        FEES BILLED TO DATE:          158,295.00
      LAST BILL THRU DATE:            04/30/03        FEES WRITTEN OFF TO DATE:       4,417.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee              (6) Summer Associate
      (2) Late Time & Costs Posted        (7) Fixed Fee
      (3) Pre-arranged Discount           (8) Premium
      (4) Excessive Legal Time            (9) Rounding
      (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE  21
Run Date & Time: 05/16/2003 09:30:34                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status    : ACTIVE

   B I L L E D    T I M E    S U M M A R Y   ------------------- Total Billed -----------------
Emp Id Employee Name            Group          Oldest         Latest           Hours        Amount
                                               Entry          Entry
02495 BENTLEY, PHILIP            CRED          04/02/03       04/30/03          3.90       2,047.50
05646 KLEIN, DAVID               CRED          04/09/03       04/15/03          0.40         134.00

                  Total:                                                        4.30       2,181.50


   B I L L E D    C O S T S    S U M M A R Y   ---------------- Total Billed -----------------
Code Description                               Oldest         Latest           Total
                                               Entry          Entry            Amount
0841 RESEARCH SERVICES                         04/24/03       04/24/03                        14.00

                  Total                                                                       14.00

                  Grand Total                                                              2,195.50
                                                                                       ============

Sub-Total Hours :    3.90 Partners      0.00 Counsels      0.40 Associates      0.00 Legal Assts     0.00 Others


A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 05/16/03 09:30:34)
                                  Fee & OA       Billed               Applied     ---- Collections ----     Balance
Bill Date Thru Date Bill#                     Disbursement             From OA      Total       Date           Due
11/19/02 10/31/02 361261           3,131.00       298.49                          3,429.49 12/31/02
12/13/02 11/30/02 362365           1,520.00       248.45                          1,768.45 02/18/03
01/31/03 12/31/02 364671           1,025.00          .00                          1,025.00 03/25/03
02/20/03 01/31/03 365684           6,254.00        23.10                          5,800.60 04/11/03          476.50
03/19/03 02/28/03 367178           6,230.00         2.70                               .00                 6,232.70
04/29/03 03/31/03 369330          19,960.50          .00                               .00                19,960.50
05/16/03 04/30/03 370445           2,181.50        14.00                               .00                 2,195.50

                  Total:          40,302.00       586.74                         12,023.54                28,865.20
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/16/2003 09:30:34

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name           Work Date   Description                                             Hours    Amount    Index#   Batch Date
---------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP         04/02/03    Discs. w/D. Klein re: current issues.                    0.10     52.50   4646419  05/01/03
BENTLEY, PHILIP         04/07/03    Review committee's motion to extend avoidance            0.30    157.50   4646444  05/01/03
                                    deadline, and discs GB re: same
BENTLEY, PHILIP         04/09/03    Discs. GAh and voicemail re: estimation issues           0.20    105.00   4646445  05/01/03
BENTLEY, PHILIP         04/22/03    Discs GB                                                 0.10     52.50   4646443  05/01/03
BENTLEY, PHILIP         04/23/03    Trade emails re: upcoming hearing                        0.10     52.50   4646446  05/01/03
BENTLEY, PHILIP         04/24/03    Discs GB and review documents re: asbestos               0.70    367.50   4646447  05/01/03
                                    deviopments
BENTLEY, PHILIP         04/28/03    Review Creditor's Committee's motion to extend           1.10    577.50   4646448  05/01/03
                                    avoidance deadline and discs GB and C. Lane re:
                                    same
BENTLEY, PHILIP         04/30/03    Prepare two memos to Committee re: Creditors             1.30    682.50   4646449  05/01/03
                                    Committee avoidance deadline motion.
                                                                                            -----  ---------
 Total For BENTLEY P - 02495                                                                 3.90  2,047.50

KLEIN, DAVID            04/09/03    disc. w/ PB re USG filing re 2/19/03 order               0.20     67.00   4658365  05/12/03
                                    (0.2).
KLEIN, DAVID            04/15/03    review USG docket re recent filings following            0.20     67.00   4658366  05/12/03
                                    2/19 opinion by J.Wolin (0.2).
                                                                                            -----  ---------
 Total For KLEIN D - 05646                                                                   0.40    134.00

                                                                         Fee Total           4.30   2,181.50


    B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee                  Date           Amount     Index#  Batch No   Batch Date
---------------------------------------------------------------------------------------------------------------------------------
RESEARCH SERVICES                0841
   RESEARCH SERVICES
   04/24/2003                                 DOLAN, E                  04/24/03        14.00    6060851   97181     04/24/03
                                                                                       ------
                                             0841 RESEARCH SERVICES Total :             14.00

                                                                       Costs Total :    14.00
```