alp_132r: Billed Charges Analysis

Run Date & Time: 05/16/2003 09:30:34

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  23

Matter No: 056772-00012   Orig Prtnr : CRED. RGTS - 06975   Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001   Status : ACTIVE

**BILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.90 | 2,047.50 | | | |
| KLEIN, DAVID | 0.40 | 134.00 | | | |
| Total: | 4.30 | 2,181.50 | | | |

**BILLED COSTS SUMMARY**

| Code Description | Amount | Bill W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|
| 0841 RESEARCH SERVICES | 14.00 | | | |
| Costs Total : | 14.00 | | | |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    24
Run Date & Time: 05/16/2003 09:30:34                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions:

                                                        PRE-BILLING SUMMARY REPORT

                                                  FEES                                COSTS
                                                  ----                                -----

UNBILLED TIME FROM:     04/30/2003          TO:   04/30/2003
UNBILLED DISB FROM:     04/23/2003          TO:   04/23/2003

GROSS BILLABLE AMOUNT:                         100.50                                 926.30
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:                            04/30/2003                            04/23/2003
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                                 BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                      ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

     FEES:                                         13,739.24
     DISBURSEMENTS:                                   926.30        UNIDENTIFIED RECEIPTS:           0.00
     FEE RETAINER:                                      0.00        PAID FEE RETAINER:               0.00
     DISB RETAINER:                                     0.00        PAID DISB RETAINER:              0.00
     TOTAL OUTSTANDING:                           14,665.54         TOTAL AVAILABLE FUNDS:           0.00
                                                                    TRUST BALANCE:
                                                         BILLING HISTORY

DATE OF LAST BILL:             05/16/03            LAST PAYMENT DATE:              04/29/03
LAST BILL NUMBER:               370445             FEES BILLED TO DATE:           73,566.50
LAST BILL THRU DATE:           04/30/03            FEES WRITTEN OFF TO DATE:       1,600.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development       (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   25
Run Date & Time: 05/16/2003 09:30:34

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status : ACTIVE

      B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name                         Group         Oldest       Latest         Total          Total
                                                           Entry        Entry          Hours          Amount
05646 KLEIN, DAVID                           CRED         04/30/03     04/30/03         0.30         100.50

                          Total:                                                        0.30         100.50

Sub-Total Hours :   0.00 Partners    0.00 Counsels    0.30 Associates    0.00 Legal Assts    0.00 Others

      B I L L E D   C O S T S   S U M M A R Y  -------------- Total Billed ----------------
Code Description                                        Oldest         Latest         Total
                                                        Entry          Entry          Amount
0925 OUTSIDE XEROX                                     04/23/03       04/23/03         926.30

                          Total                                                        926.30

                          Grand Total                                                1,026.80
                                                                                    ==========

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 05/16/03 09:30:34)
Bill Date Thru Date Bill#        Fee & OA          Billed         -------- Applied ----- Collections ----     Balance
                                                   Disbursement   From OA        Total         Date            Due
11/19/02 10/31/02 361261         21,575.00            .00             .00    16,340.00 12/31/02              5,235.00
12/13/02 11/30/02 362365          9,907.00            .00             .00     6,184.46 02/18/03              3,722.54
01/31/03 12/31/02 364671          2,601.00           83.50          313.80   03/25/03                        2,370.70
02/20/03 01/31/03 365684          1,638.50            .00             .00                                    1,638.50
03/19/03 02/28/03 367178            672.00            .00             .00                                      672.00
05/16/03 04/30/03 370445            100.50          926.30            .00                                    1,026.80

                          Total:                 36,494.00       1,009.80       22,838.26                    14,665.54
```

```
alp_132r: Billed Charges Analysis                                                                          PAGE  26
Run Date & Time: 05/16/2003 09:30:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                  Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                Hours   Amount    Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------
KLEIN, DAVID               04/30/03     checked docket in additional adversary re   0.30   100.50  4658367  05/12/03
                                        settlement (0.3).

 Total For KLEIN D - 05646                                                          0.30   100.50

                                                               Fee Total            0.30   100.50


    B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee          Date         Amount      Index#  Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------
OUTSIDE XEROX                     0925
  DOCUMENT EXPRESS, INC.                  MANGUAL, K M      04/23/03     926.30     6059476    97113   04/23/03
  OUTSIDE XEROX - VENDOR-DOCUMENT EXPRESS, INC.
                                                  0925 OUTSIDE XEROX Total :        926.30


                                                            Costs Total :           926.30
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  27
Run Date & Time: 05/16/2003 09:30:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

    BILLED   TIME   SUMMARY
Employee Name             Hours       Amount         Bill          W/o / W/u        Transfer To      Clnt/Mtr   Carry Forward

KLEIN, DAVID               0.30       100.50

    Total:                 0.30       100.50


    BILLED   COSTS   SUMMARY
Code Description                      Amount         Bill          W/o / W/u        Transfer To      Clnt/Mtr   Carry Forward

0925 OUTSIDE XEROX                    926.30

    Costs Total :                     926.30
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  28
Run Date & Time: 05/16/2003 09:30:34

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                       Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                            TO:
            UNBILLED DISB FROM:                            TO:

                                            FEES                       COSTS
                                           ------                     -------
GROSS BILLABLE AMOUNT:                       0.00                        0.00
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
         THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                  BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                          ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                    FEES:                          1,137.50
            DISBURSEMENTS:                             0.00       UNIDENTIFIED RECEIPTS:          0.00
            FEE RETAINER:                              0.00              PAID FEE RETAINER:       0.00
            DISB RETAINER:                             0.00              PAID DISB RETAINER:      0.00
         TOTAL OUTSTANDING:                        1,137.50       TOTAL AVAILABLE FUNDS:          0.00
                                                                        TRUST BALANCE:
                                               BILLING HISTORY
                                               ----------------
         DATE OF LAST BILL:             03/19/03       LAST PAYMENT DATE:                1,137.50
         LAST BILL NUMBER:                367178       FEES BILLED TO DATE:
         LAST BILL THRU DATE:          02/28/03       FEES WRITTEN OFF TO DATE:              0.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (6) Summer Associate
        (2) Late Time & Costs Posted    (7) Fixed Fee
        (3) Pre-arranged Discount       (8) Premium
        (4) Excessive Legal Time        (9) Rounding
        (5) Business Development       (10) Client Arrangement


BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____   FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   29
Run Date & Time: 05/16/2003 09:30:34

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                     Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                                         Supv Prtnr  : MAYER THOMAS MOORE - 03976
Matter Opened : 09/28/2001                                                                                                     Status  : ACTIVE

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 05/16/03 09:30:34)
                                   Billed   --------           ---- Collections ----        Balance
Bill Date   Thru Date   Bill#      Fee & OA   Disbursement      From OA     Total     Date     Due
03/19/03    02/28/03    367178     1,137.50       .00              .00       .00              1,137.50

                       Total:      1,137.50       .00              .00       .00              1,137.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  30
Run Date & Time: 05/16/2003 09:30:34

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

Special Billing Instructions:
===============================================================================================================

                                        PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                      TO:
                    UNBILLED DISB FROM:                      TO:

                                            FEES                    COSTS
                                          --------              ------------
            GROSS BILLABLE AMOUNT:          0.00                    0.00
            AMOUNT WRITTEN DOWN:
                          PREMIUM:
                ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

===============================================================================================================

                                        ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

              FEES:                 1,672.50          UNIDENTIFIED RECEIPTS:          0.00
              DISBURSEMENTS:            0.00          PAID FEE RETAINER:               0.00
              FEE RETAINER:             0.00          PAID DISB RETAINER:              0.00
              DISB RETAINER:            0.00          TOTAL AVAILABLE FUNDS:           0.00
              TOTAL OUTSTANDING:   1,672.50           TRUST BALANCE:
                                                      BILLING HISTORY

              DATE OF LAST BILL:       02/20/03       LAST PAYMENT DATE:         04/29/03
              LAST BILL NUMBER:          365684       FEES BILLED TO DATE:      48,397.50
              LAST BILL THRU DATE:    01/31/03        FEES WRITTEN OFF TO DATE:  5,087.68

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee               (6) Summer Associate
    (2) Late Time & Costs Posted         (7) Fixed Fee
    (3) Pre-arranged Discount            (8) Premium
    (4) Excessive Legal Time             (9) Rounding
    (5) Business Development            (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   31
Run Date & Time: 05/16/2003 09:30:34

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                             Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                   Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 05/16/03 09:30:34)
                                    -------- Billed --------      Applied    ---- Collections ----   Balance
Bill Date Thru Date Bill#           Fee & OA    Disbursement      From OA     Total          Date      Due
11/19/02 10/31/02    361261         1,567.50         .00             .00        .00                  1,567.50
02/20/03 01/31/03    365684           105.00         .00             .00        .00                    105.00

          Total:                    1,672.50         .00             .00        .00                  1,672.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  32
Run Date & Time: 05/16/2003 09:30:34

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : OTHER                                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
```

```
                                            PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                TO:
UNBILLED DISB FROM:                                TO:

                                    FEES                        COSTS
                                    ----                        -----

GROSS BILLABLE AMOUNT:              0.00                        0.00
AMOUNT WRITTEN DOWN:
           PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
```

```
                                       ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                  FEES:             890.00
         DISBURSEMENTS:               0.00    UNIDENTIFIED RECEIPTS:       0.00
         FEE RETAINER:                0.00    PAID FEE RETAINER:           0.00
        DISB RETAINER:                0.00    PAID DISB RETAINER:          0.00
    TOTAL OUTSTANDING:              890.00    TOTAL AVAILABLE FUNDS:       0.00
                                              TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:              11/19/02               LAST PAYMENT DATE:              890.00
LAST BILL NUMBER:                 361261               FEES BILLED TO DATE:              0.00
LAST BILL THRU DATE:            10/31/02       FEES WRITTEN OFF TO DATE:

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  33
Run Date & Time: 05/16/2003 09:30:34

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 05/16/03 09:30:34)
                                   Billed   ----------              Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#        Fee & OA   Disbursement     Total    From OA                    Date       Due
-----------------------------    --------   ------------   --------  --------                  ------  ---------
11/19/02 10/31/02  361261          890.00            .00       .00       .00                             890.00

                      Total:       890.00            .00       .00       .00                             890.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    34
Run Date & Time: 05/16/2003 09:30:34

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                        PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                                  TO:
                UNBILLED DISB FROM:                                  TO:

                                            FEES                                  COSTS

GROSS BILLABLE AMOUNT:                      0.00                                  0.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

               FEES:                   285.00          UNIDENTIFIED RECEIPTS:     0.00
       DISBURSEMENTS:                    0.00               PAID FEE RETAINER:    0.00
        FEE RETAINER:                    0.00              PAID DISB RETAINER:    0.00
       DISB RETAINER:                    0.00             TOTAL AVAILABLE FUNDS:  0.00
    TOTAL OUTSTANDING:                 285.00                  TRUST BALANCE:

                                                        BILLING HISTORY

       DATE OF LAST BILL:           11/19/02       LAST PAYMENT DATE:        04/29/03
       LAST BILL NUMBER:              361261       FEES BILLED TO DATE:      5,675.00
       LAST BILL THRU DATE:         10/31/02    FEES WRITTEN OFF TO DATE:    4,675.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee            (6) Summer Associate
        (2) Late Time & Costs Posted      (7) Fixed Fee
        (3) Pre-arranged Discount         (8) Premium
        (4) Excessive Legal Time          (9) Rounding
        (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 05/16/2003 09:30:34

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*                                                     PAGE   35

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                    Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 05/16/03 09:30:34)
                                          -------- Billed --------    Applied    ---- Collections ----    Balance
Bill Date  Thru Date  Bill#              Fee & OA    Disbursement    From OA    Total         Date         Due

11/19/02   10/31/02   361261              285.00           .00          .00       .00                      285.00
                              Total:      285.00           .00          .00       .00                      285.00
```

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 05/16/03 09:30:41
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 04/30/03

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 13.60 | 4,021.00 | 627.57 | 4,648.57 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 1.00 | 455.00 | 26.55 | 481.55 | BENTLEY PHILIP - 02495 | M | B |
| 00003 | FINANCING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 4.60 | 851.00 | 0.00 | 851.00 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 4.30 | 2,181.50 | 14.00 | 2,195.50 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.30 | 100.50 | 926.30 | 1,026.80 | BENTLEY PHILIP - 02495 | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 23.80 | 7,609.00 | 1,594.42 | 9,203.42 | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE