**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 31, 2003

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10350

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2003 | WHS | revise FR re Tersigni 7th | 0.20 | 55.00 |
|  | WHS | detailed review of FR re Kramer 7th | 0.10 | 27.50 |
|  | WHS | revise footnotes for spreadsheet | 0.20 | 55.00 |
|  | SLB | complete 7th Int. Final Report - Tersigni (1.8) ; edit 7th Int. Final Report - Caplin (.6) ; update Grace status chart (.3) ; e-mail S. Jones re Conway 7th Interim response (.4) | 3.10 | 341.00 |
|  | JAW | detailed review of Reed Smith February, 2003, monthly invoice (2.6); draft summary of same (0.4) | 3.00 | 405.00 |
|  | JBA | Electronic filing with court of Final Reports re: Caplin 7th Int (.1), Kramer 7th Int (.1), and Tersigni 7th Int (.2) | 0.40 | 16.00 |
|  | LMF | conitnue to draft revisions to 7th Q spreadsheet for distribution to applicants | 5.60 | 840.00 |
|  | LMF | draft e-mail to Marthat, BMC re:revisions to expenses for 7th Q(.1); draft email to applicants re:request for review of 7th Q spreadsheet(.5) | 0.60 | 90.00 |
| 5/2/2003 | JAW | detailed review of Stroock & Stroock, February, 2003, monthly invoice (1.0); draft summary of same (0.8) | 1.80 | 243.00 |

W.R. Grace & Co. Page 2

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/2/2003 | JAW | detailed review of Stroock & Stroock, January, 2003, monthly invoice (1.3); draft summary of same (0.7) | 2.00 | 270.00 |
| | JAW | detailed review of Holme Roberts March, 2003, monthly invoice (1.7); draft summary of same (0.2) | 1.90 | 256.50 |
| | LBB | Update database with eighteenth monthly fee application Caplin March, 2003 | 0.10 | 11.00 |
| | JAW | detailed review of Stroock & Stroock, March, 2003, monthly invoice (0.6); draft summary of same (0.7) | 1.30 | 175.50 |
| | LBB | Update database with nineteenth monthly fee application Campbell March, 2003 | 0.10 | 11.00 |
| | LMF | telephone conference with Libby, FTI re:fee audit adjustments and 7th Q spreadsheet amounts(.2); review voicemail form Melissa, Carella re:7th Q spreadsheet cumulative amounts; t/c conference with Melissa, Carella re:same(.1) | 0.30 | 45.00 |
| 5/5/2003 | LMF | read and respond to e-mail from Toni, K&E re:7th Q fees and request for review | 0.10 | 15.00 |
| | LMF | draft revision to 7th Q spreadsheet for applicant K&E | 0.10 | 15.00 |
| | LBB | Update database with reponse to Fee Auditor's Initial Report Kramer Levin 7th Interim | 0.10 | 11.00 |
| | LBB | Update database with monthly fee and expense invoice WHS March, 2003 | 0.10 | 11.00 |
| | LBB | Update database with fourth monthly fee application Pricewaterhousecoopers February, 2003 | 0.10 | 11.00 |
| | LBB | Update database with Summary application of Nelson, Mullins, Riley January, 2003 through March, 2003 | 0.10 | 11.00 |
| | DTW | Telephone conference and several e-mails to P. Holland regarding Gilbert fee applications (.2) | 0.20 | 27.00 |
| | LBB | Update database with monthly application Klett Rooney Lieber & Schorling March, 2003 | 0.10 | 11.00 |

W.R. Grace & Co.                                                                                                              Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/5/2003 | LBB | Update database with monthly fee application Stroock & Stroock & Lavan March, 2003 | 0.10 | 11.00 |
| 5/6/2003 | LBB | Update database with filing of fee application Bilzin Sumberg Baena Price & Axelrod February, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with filing of fee application Bilzin Sumberg Baena Price & Axelrod March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with eighth quarterly fee application request Klett Rooney Lieber & Schorling December 26, 2002 through March 31, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with twentyth monthly fee application Tersigni Consulting March, 2003 | 0.10 | 11.00 |
| 5/8/2003 | JBA | Update database with Wallace King 3.03 electronic detail | 0.10 | 4.00 |
|  | LBB | Update database with monthly interim application Kirkland & Ellis January, 2003 through March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with monthly fee and expense application FTI Policno March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with monthly income and expense invoice Kramer Levin March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with eighth interim quarterly verified application Holm Roberts & Owen January 1, 2003 through March 31, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with monthly income and expense invoice Woodcock Washburn March, 2003 | 0.10 | 11.00 |
| 5/9/2003 | LMF | read and respond to email from Nina, PWC re:reductions for the 7th Q and revisions to the spreadsheet | 0.20 | 30.00 |
|  | SLB | complete 8th Interim summary and draft of initial report - Campbell & Levine (2.0); teleconference with R. Strauss re. Wachtell 7th and 8th Interim applications (.3) ; create Grace 8th Interim status chart (.4) | 2.70 | 297.00 |
| 5/12/2003 | SLB | telephone conference with G. Levin - Woodcock re. 8th int. application (.3) | 0.30 | 33.00 |

W.R. Grace & Co.                                                                                                                       Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/12/2003 | SLB | draft e-mail to S. Jones - Conway re. response to 7th Int. Grace initial report (.3) ; e-mail G. Levin - Woodcock re. 8th Interim application (.6) | 0.90 | 99.00 |
|  | SLB | update 7th & 8th Interim Grace status charts (.5) | 0.50 | 55.00 |
|  | JBA | Electronic filing with court of Final Report re: Conway 7th Interim | 0.20 | 8.00 |
|  | JBA | Update database with (hard copies) Wallace King 2.03 and 3.03 App./Detail, Wachtell 3.03 App./Detail, Steptoe 1.03, 2.03, and 3.03 App./Detail | 0.10 | 4.00 |
|  | LMF | read and respond to email from Martha, BMC re:revisions for 7th Q spreadsheet(.1); read and respond to email from Patt, Wallace King re:spreadsheet for 8th Q(.1); email Kirkland and Pachulski about 7th Q fee order and filing of spreadsheet(.3); respond to email from Toni, Kirkland re:request for fee order(.1); email revision to Toni re:Conway 7th Q fees(.1); draft email Stephanie re:revisions to hours and amounts(.2); read email from Paula, Pachulski re:new applicant for 8th Q; review email from Warren re:same(.1) | 1.00 | 150.00 |
|  | SLB | complete 8th Interim summary and draft of initial report - Klett Rooney (.9) ; complete draft of 7th Int. Final Report - CDG (1.1) | 2.00 | 220.00 |
|  | WHS | revise FR re Conway Del Genio | 0.50 | 137.50 |
|  | WHS | detailed review of IR re Campbell 8th | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Paula Galbraith re Woodcock | 0.20 | 55.00 |
|  | WHS | receive and review response from Conway | 0.10 | 27.50 |
|  | WHS | conference with Lavern Ferdinand re Conway | 0.20 | 55.00 |
|  | WHS | conference with LaVern Ferdinand re spreadsheet | 0.20 | 55.00 |

W.R. Grace & Co.     Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/12/2003 | LMF | telephone conference with Stephanie, Conway re:revisions to fees 5th-7th Q | 0.10 | 15.00 |
|  | LMF | continue to draft revisions to 7th Q spreadsheet and update for BMC and Conway amounts and footnote(2.7); review draft revisions with Warren re:Conway 5th-7th Q fees(.2) | 2.90 | 435.00 |
| 5/13/2003 | JBA | Electronic filing with court of 7th Verified Fee App. of WHS as Fee Auditor covering 10.02-12.02 with exhibits. | 0.50 | 20.00 |
|  | JBA | draft e-mail to Kirkland (T. Wallace) re: Electronic filing of WHS 7th Verified Fee App. | 0.10 | 4.00 |
|  | LMF | read and respond to email from Toni, Kirkland re:WHS docket information(.1); respond to email re:receipt of draft order and information for WHS(.1) | 0.20 | 30.00 |
|  | LMF | review status of filing and notice for 7th Q fee application re:docket number for WHS(.3); provide Jeff with contacts and information for inquiry(.1) | 0.40 | 60.00 |
|  | SLB | Begin 8th Interim summary and draft of initial report - Holme Roberts (6.1) | 6.10 | 671.00 |
| 5/14/2003 | LMF | draft e-mail to Toni, Kirkland concerning updates for BMC | 0.10 | 15.00 |
|  | LMF | update draft omnibus order for the 7th Q with fees allowed and relevant footnotes(3.6); draft revisions to BMC amounts in 7th Q spreadsheet and relevant footnote(.6) | 4.20 | 630.00 |
|  | SLB | complete 8th Interim draft of initial report - Holme Roberts (2.7) ; complete 8th Interim draft of initial report - CBBG (2.9) | 5.60 | 616.00 |
|  | WHS | detailed review of revised spreadsheet | 0.20 | 55.00 |
|  | WHS | detailed review of IR re Holme 8th | 0.20 | 55.00 |
|  | WHS | detailed review of IR re Klett 8th | 0.10 | 27.50 |
| 5/15/2003 | LMF | left voicemail with Toni, Kirkland re:request for docket information for BMC | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                              Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/15/2003 | LMF | draft e-mail to Warren, WHS re:estimated 8th Q fees and expenses | 0.10 | 15.00 |
|  | LMF | draft spreadsheet of estimated 8th Q fees and expenses per request from WR GRACE | 0.90 | 135.00 |
|  | WHS | draft e-mail to Will Sparks re 1Q fees | 0.20 | 55.00 |
|  | WHS | conference with LaVern Ferdinand re 1Q fees | 0.10 | 27.50 |
|  | WHS | telephone conference with Will Sparks re 1Q fees | 0.10 | 27.50 |
|  | JBA | draft Grant Thornton's 3rd interim initial report (1.90) | 1.90 | 76.00 |
| 5/16/2003 | JAW | detailed review of Kirkland Ellis March, 2003, monthly invoice (1.5); draft summary of same (0.5) | 2.00 | 270.00 |
|  | WHS | draft e-mail to Will Sparks re missing information | 0.20 | 55.00 |
|  | LMF | draft updates to the 7th Q omnibus order(.1); draft request for 8th Q estimated fees and expenses(.6) | 0.70 | 105.00 |
|  | LMF | draft e-mail to Toni, Kirkland re:receipt of BMC docket updates; email applicants requesting reivew of omnibus fee order and 7th Qspreadsheet | 0.50 | 75.00 |
|  | WHS | receive and review order in Grace v Honeywell | 0.10 | 27.50 |
| 5/19/2003 | LMF | read and respond to email from Libby, FTI re:receipt of 8th Q spreadsheet(.1); read other emails concerning request for review of order and spreadsheet for the 7th Q(.1) | 0.20 | 30.00 |
| 5/20/2003 | JAW | detailed review of Richardson Patrick February, 2003, monthly invoice (2.5) | 2.50 | 337.50 |
|  | PGS | Update database with 8th Interim Fee Application period  01/01/03 - 03/31/03 for Wallace (.1); updated database with Monthly Fee Application period  03.03 and Interim Fee Application 01/01/03 - 03/31/03 for Reed Smith (.2); update database with Monthly Fee Application period 02/03 for Lukins & Annis PS (.1); updated database with Monthly Fee Application | 0.70 | 56.00 |

W.R. Grace & Co.                                                                                          Page    7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | period 03.03 and 8th Interim Fee Application 01/01/03 - 03/31/03 for Casner & Edwards (.3); | | |
| 5/20/2003 | JBA | Update database with Casner 3.03 hard copy | 0.10 | 4.00 |
| 5/21/2003 | JBA | Update database with Casner 3.03, Ferry Joseph 8th Int App.1-3.03, Kramer 8th Int App. 1-3.03, and Carrela 4.03 all in electronic format | 0.20 | 8.00 |
| | JBA | Update database with FTI Policano 3.03 electronic detail | 0.10 | 4.00 |
| | LMF | draft e-mail to Warren, WHS re:filing of 7th Q fee order and spreadsheet and Paula, Pachulski, Chris, Kirkland re:filing of 7th fee order and spreadsheet | 0.30 | 45.00 |
| | JAW | detailed review of Reed Smith March, 2003, monthly invoice (1.8); draft summary of same (0.8) | 2.60 | 351.00 |
| | JAW | draft summary of Richardson Patrick February, 2003, monthly invoice (0.8) | 0.80 | 108.00 |
| | JAW | detailed review of Carella, Byrne January, 2003, monthly invoice (2.6); draft summary of same (0.6) | 3.20 | 432.00 |
| | WHS | conference with LaVern Ferdinand re spreadsheet & order | 0.10 | 27.50 |
| 5/26/2003 | JAW | detailed review of Kirkland Ellis January, 2003, monthly invoice (1.6); draft summary of same (2.1) | 3.70 | 499.50 |
| | JAW | detailed review of Casner Edward January, February and March, 2003, monthly invoices (1.5); draft summary of same (0.2) | 1.70 | 229.50 |
| 5/27/2003 | PGS | Update database with the 8th Interim Fee Application of Caplin & Drysdal for the period of 01/01/03-03/31/03 | 0.10 | 8.00 |
| | PGS | Update database with the 10th Monthly Fee Application of BMC for the period of 01/01/03-01/31/03 (.1); 11th Monthly Fee Application of BMC for the period of 02/01/03-02/28/03 (.1); and 12th Monthly Fee Application of BMC for the period of 03/01/03-03/31/03 (.1). | 0.30 | 24.00 |
| | PGS | Update database with the 5th Interim Fee Application of Legal Analysis Systems, Inc. for the period of 01/01/03-03/31/03 | 0.10 | 8.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/27/2003 | PGS | Update database with the 8th Interim Fee Application of L Tersigni Consulting PC for the period of 01/01/02-03/31/02 | 0.10 | 8.00 |
| | PGS | Update database with the 8th Quarterly Fee Application of Campbell & Levine LLC for the period 01/01/03 - 03/31/03 | 0.10 | 8.00 |
| | PGS | Update database with the 8th Quarterly Fee Application of Stroock & Stroock & Lavan LLP for the period from 01/01/03 - 03/31/03 | 0.10 | 8.00 |
| | PGS | Update database with the Monthly Application of Richardson Patrick Westrook & Brickman, LLC for the period from 03/01/03 - 03/31/03 | 0.10 | 8.00 |
| | PGS | Update database with the 6th Monthly Fee Application of Elzufon Austin Reardon Tarlov & Mondell, PA for the period of 02/01/03-02/28/03 (.1); 7th Monthly Fee Application of Elzufon Austin Reardon Tarlov & Mondell, PA for the period of 03/01/03-03/31/03 (.1) | 0.20 | 16.00 |
| | PGS | Update database with the 2nth Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for the period of 10/01/02-10/31/02 (.1); 3rd Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for the period of 11/01/02-11/30/02 (.1); 4rd Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for the period of 12/01/02-12/31/02 (.1); 5th Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for the period of 01/01/03-01/31/03 (.1); 6th Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for the period of 03/01/03-03/31/03 (.1) | 0.50 | 40.00 |
| 5/28/2003 | PGS | Electronic filing with court of CNO for docket #3682 for March 2003. | 0.20 | 16.00 |
| | PGS | Electronic filing with court of Fee Application and April 2003 Monthly Invoice for WHS - docket #3833. | 0.20 | 16.00 |
| 5/29/2003 | LMF | detailed review of monthly invoices for January 2003 through March 2003 submitted by FTI Policano | 2.40 | 360.00 |
| | LMF | draft summary of fee application and monthly invoices for January 2003 through March 2003 submitte FTI Policano | 2.10 | 315.00 |
| 5/30/2003 | KRY | detailed review of Bankruptcy Management Corp.'s 10th, 11th and 12th monthly fee applications (5.5); review Initial Report re BMC's 7th Interim Application (.2). | 5.70 | 570.00 |
| 5/31/2003 | KRY | detailed review of Pitney Hardin, et al. 22nd, 23rd and 24th monthly fee applications (3.2). | 3.20 | 320.00 |

W.R. Grace & Co.            Page    9

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/31/2003 | KRY | detailed review of Kramer Levin et al., quarterly fee application and draft summary of same (1.9). | 1.90 | 190.00 |

| | **Hours** | **Amount** |
|---|---|---|
| **For professional services rendered** | **93.10** | **$11,912.50** |

Additional Charges :

| | **Price** | |
|---|---|---|
| Third party copies & document prep/setup.  Final Report 7th Interim L. Tersigni 10/1/02 through 12/31/02 | 18.32 | 18.32 |
| Third party copies & document prep/setup.  Final Report 7th Interim Kramer, Levin 10/1/02 through 12/31/02 | 13.25 | 13.25 |
| Third party copies & document prep/setup.  Final Report Caplin & Drysdale 10/1/02 through 12/31/02 | 28.06 | 28.06 |
| Third party copies & document prep/setup for Fee Auditor's Initial Report of Holme Roberts & Owen, LLP for the 8th Interim Period 01/01/03-03/31/03; | 2.50 | 2.50 |
| Third party copies & document prep/setup for Fee Auditor's Final Report of Conway, Del Genio, Gries & Co., LLC for the 5th, 6th & 7th Interim Quarterly Period 04/01/02-12/31/02; and Initial Report of Campbell & Levine, LLC for the 8th Interim Period 01/01/03-03/31/03; | 17.39 | 17.39 |
| Long distance charges for April 2003 | 0.46 | 0.46 |

| | |
|---|---|
| **Total costs** | **$79.98** |
| **Total amount of this bill** | **$11,992.48** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen T Williams | 0.20 | 135.00 | $27.00 |
| James A Wehrmann | 26.50 | 135.00 | $3,577.50 |
| Jeff B. Allgood | 3.70 | 40.00 | $148.00 |
| Kristi R. Young | 10.80 | 100.00 | $1,080.00 |
| Lavern Ferdinand | 23.10 | 150.00 | $3,465.00 |

W.R. Grace & Co.																																			Page	10

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Linda Bellamy | 1.70 | 110.00 | $187.00 |
| Priscilla G Stidham | 2.70 | 80.00 | $216.00 |
| Stephen L. Bossay | 21.20 | 110.00 | $2,332.00 |
| Warren H Smith | 3.20 | 275.00 | $880.00 |