**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **NO ORDER REQUIRED** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH
MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV &
MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE
ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003
THROUGH MARCH 31, 2003 (D. I. # 3805)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventh Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of March 1, 2003 through March 31, 2003 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 5, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $ 3,227.20, which represents 80% of the fees requested in the Application ($ 4,031.00) and $ 1,444.29, which represents 100% of the expenses requested in the Application for the period of March 1, 2003 through March 31, 2003, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: June 10, 2003    ELZUFON AUSTIN REARDON
    TARLOV & MONDELL, P.A.

    */s/ William D. Sullivan*
    William D. Sullivan (Bar No. 2820)
    Charlie Brown, III (Bar No. 3368)
    300 Delaware Avenue, Suite 1700
    P.O. Box 1630
    Wilmington, DE  19899
    Phone: (302) 428-3181
    FAX: (302) 777-7244

    DELAWARE COUNSEL FOR ZAI CLAIMANTS

**CERTIFICATE OF SERVICE**

      I, William D. Sullivan, Esquire, hereby certify that on June 10, 2003, service of the foregoing *Certificate of No Objection Regarding the Seventh Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of March 1, 2003 through March 31, 2003 (D. I. # 3805)* was made upon the attached Service List via hand delivery or first class mail.


Dated: June 10, 2003
      Wilmington, Delaware                                    */s/ William D. Sullivan*
                                                                      William D. Sullivan

SERVICE LIST

Laura David Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899