**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2003 through March 31, 2003**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Jan-Mar 2003 Hours | Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 10.9 | 336.6 |
| 11 | Fee Applications, Applicant | 188.7 | 422.9 |
| 14 | Hearings | 0.0 | 27.9 |
| 20 | Travel - Non-working | 15.5 | 107.1 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 25.0 | 739.5 |
| 27 | Corporate Finance (for financial advisors) | 0.7 | 1105.1 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
| | **TOTAL** | **240.8** | **3253.4** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2003 through March 31, 2003**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 59.0 |
| Kasey Rosado, Vice President | 0.2 |
| M. Benjamin Jones, Vice President | 0.2 |
| Bradley Aitken, Associate | 0.2 |
| Stephanie Jones, Associate | 181.0 |
| Heather Grant, Analyst | 0.2 |
| **TOTAL** | **240.8** |

## *Bankruptcy Time Reporting Log (BC)*

**Client Name:** WR Grace
**Professional:** All
**Date:** For the Period of January 1, 2003 through March 31, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 01/03/03 | 11 | 0.2 | Conversations with SJ re: 5th, 6th, and 7th interim fee applications |
| WR Grace | Stephanie Jones | 01/03/03 | 11 | 0.2 | Conversations with GB re: 5th, 6th, and 7th interim fee applications |
| WR Grace | Stephanie Jones | 01/03/03 | 11 | 3.4 | Begin to compile time detail summaries for 5th Interim Fee Application |
| WR Grace | Gregory Boyer | 01/08/03 | 11 | 0.1 | Review email from WHS re: 6th Interim Period spreadsheet |
| WR Grace | Stephanie Jones | 01/08/03 | 11 | 0.1 | Review email from WHS re: 6th Interim Period spreadsheet |
| WR Grace | Gregory Boyer | 01/09/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 01/09/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Gregory Boyer | 01/16/03 | 26 | 0.5 | Review email and related attachments from DB re: Grace payment to Curits Bay pension fund |
| WR Grace | Gregory Boyer | 01/16/03 | 7 | 0.6 | Committee Conference Call |
| WR Grace | Stephanie Jones | 01/16/03 | 26 | 0.4 | Review email and related attachments from DB re: Grace payment to Curits Bay pension fund |
| WR Grace | Stephanie Jones | 01/16/03 | 7 | 0.6 | Committee Conference Call |
| WR Grace | Gregory Boyer | 01/17/03 | 26 | 0.2 | Call from DB re: Curtis Bay pension fund payment |
| WR Grace | Gregory Boyer | 01/23/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 01/23/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 01/25/03 | 11 | 4.0 | Review and revise time detail summaries for 5th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Gregory Boyer | 01/30/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Stephanie Jones | 01/30/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Gregory Boyer | 02/03/03 | 26 | 0.7 | Receive and review Grace 4Q and year-end operating reports |
| WR Grace | Gregory Boyer | 02/03/03 | 26 | 0.9 | Analyze and compare Grace year-end operating results with prior year |
| WR Grace | Stephanie Jones | 02/03/03 | 26 | 1.0 | Receive and review Grace 4Q and year-end operating reports |
| WR Grace | Gregory Boyer | 02/06/03 | 26 | 2.0 | Prepare for Grace conference call on 2002 results |
| WR Grace | Gregory Boyer | 02/06/03 | 26 | 0.9 | Conference call re: Grace 2002 results |
| WR Grace | Gregory Boyer | 02/06/03 | 7 | 0.3 | Committee Conference Call |
| WR Grace | Gregory Boyer | 02/07/03 | 11 | 1.0 | Various conversations with SJ re: WHS correspondence and preparation of 5th and 6th Interim fee applications |
| WR Grace | Stephanie Jones | 02/07/03 | 11 | 1.0 | Various conversations with GB re: WHS correspondence and preparation of 5th and 6th Interim fee applications |
| WR Grace | Stephanie Jones | 02/07/03 | 11 | 1.8 | Draft emails to/receive emails from WHS re: 5th and 6th Interim Fee Applications, deadline for inclusion in March fee hearing, and various procedural/logistical issues re: same |
| WR Grace | Stephanie Jones | 02/07/03 | 11 | 0.8 | Calls to and from WHS re: 5th and 6th Interim Fee Applications |
| WR Grace | Stephanie Jones | 02/08/03 | 11 | 6.0 | Draft fee application |
| WR Grace | Stephanie Jones | 02/09/03 | 11 | 6.1 | Draft fee application |
| WR Grace | Stephanie Jones | 02/10/03 | 11 | 0.2 | Conversations with RC re: expense detail for 5th and 6th Interim periods |
| WR Grace | Stephanie Jones | 02/10/03 | 11 | 0.3 | Calls and emails to/from JS re: fee applications |
| WR Grace | Gregory Boyer | 02/11/03 | 11 | 3.0 | Review and revise draft of 5th interim fee application |
| WR Grace | Gregory Boyer | 02/11/03 | 11 | 0.3 | Conversations with SJ re: 5th interim fee application |
| WR Grace | Stephanie Jones | 02/11/03 | 11 | 6.0 | Review and revise time detail summaries for 5th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Stephanie Jones | 02/11/03 | 11 | 0.3 | Conversations with GB re: 5th interim fee application |
| WR Grace | Gregory Boyer | 02/13/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Stephanie Jones | 02/13/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Gregory Boyer | 02/16/03 | 11 | 0.2 | Conversations with SJ re: 5th interim fee application |
| WR Grace | Stephanie Jones | 02/16/03 | 11 | 0.2 | Conversations with GB re: 5th interim fee application |
| WR Grace | Stephanie Jones | 02/17/03 | 11 | 4.5 | Review and revise time detail summaries for 5th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Gregory Boyer | 02/18/03 | 11 | 2.1 | Review and revise draft of 5th interim fee application |
| WR Grace | Stephanie Jones | 02/18/03 | 11 | 0.1 | Email draft fee application to GB |
| WR Grace | Gregory Boyer | 02/19/03 | 26 | 0.1 | Review email from DB re: 2/20 meeting at Grace headquarters |
| WR Grace | Gregory Boyer | 02/19/03 | 11 | 0.2 | Receive/review email from WHS re: draft of 6th Quarterly spreadsheet |
| WR Grace | Gregory Boyer | 02/19/03 | 26 | 2.0 | Prepare for 3/20 meeting at Grace headquarters |
| WR Grace | Stephanie Jones | 02/19/03 | 26 | 0.1 | Review email from DB re: 2/20 meeting at Grace headquarters |
| WR Grace | Stephanie Jones | 02/19/03 | 11 | 0.4 | Receive/review email from WHS re: draft of 6th Quarterly spreadsheet |
| WR Grace | Gregory Boyer | 02/20/03 | 20 | 3.5 | Non-Working Travel Time: Travel (Amtrak) from New York, NY to Columbia, MD |
| WR Grace | Gregory Boyer | 02/20/03 | 20 | 4.3 | Non-Working Travel Time: Travel (Amtrak) from Columbia, MD to New York, NY |
| WR Grace | Gregory Boyer | 02/20/03 | 26 | 6.8 | Attend meeting at Grace Hqtrs re: 2003 Operating Plan |
| WR Grace | Stephanie Jones | 02/20/03 | 20 | 3.5 | Non-Working Travel Time: Travel (Amtrak) from New York, NY to Columbia, MD |
| WR Grace | Stephanie Jones | 02/20/03 | 20 | 4.3 | Non-Working Travel Time: Travel (Amtrak) from Columbia, MD to New York, NY |
| WR Grace | Stephanie Jones | 02/20/03 | 26 | 6.8 | Attend meeting at Grace Hqtrs re: 2003 Operating Plan |
| WR Grace | Gregory Boyer | 02/21/03 | 11 | 3.1 | Review email from SJ and related attachments (drafts of fee applications) |
| WR Grace | Stephanie Jones | 02/21/03 | 11 | 0.3 | Draft email to GB re: 5th, 6th and 7th fee application drafts |
| WR Grace | Stephanie Jones | 02/22/03 | 11 | 4.9 | Draft fee application |
| WR Grace | Gregory Boyer | 02/23/03 | 11 | 0.5 | Conversations with SJ re: 5th interim fee application |
| WR Grace | Stephanie Jones | 02/23/03 | 11 | 0.5 | Conversations with GB re: 5th interim fee application |
| WR Grace | Stephanie Jones | 02/24/03 | 11 | 7.1 | Review and revise time detail summaries for 5th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Gregory Boyer | 02/25/03 | 11 | 0.2 | Conversation with SJ re: status of fee application |
| WR Grace | Stephanie Jones | 02/25/03 | 11 | 5.8 | Review and revise time detail summaries for 5th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Stephanie Jones | 02/25/03 | 11 | 0.2 | Conversation with GB re: status of fee application |
| WR Grace | Stephanie Jones | 02/26/03 | 11 | 0.4 | Call to JS re: fee application procedures; review reply email from JS re: same |

## Bankruptcy Time Reporting Log (BC)

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2003 through March 31, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Ben Jones | 02/27/03 | 11 | 0.2 | Draft email SJ re: confirm time detail for fee applications |
| WR Grace | Brad Aitken | 02/27/03 | 11 | 0.2 | Draft email SJ re: confirm time detail for fee applications |
| WR Grace | Gregory Boyer | 02/27/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Heather Grant | 02/27/03 | 11 | 0.2 | Draft email SJ re: confirm time detail for fee applications |
| WR Grace | Kasey Rosado | 02/27/03 | 11 | 0.2 | Draft email SJ re: confirm time detail for fee applications |
| WR Grace | Stephanie Jones | 02/27/03 | 11 | 0.8 | Draft emails to KR, BA, HG, and BJ re: review of time detail for fee applications; review email responses from same |
| WR Grace | Stephanie Jones | 02/27/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Gregory Boyer | 02/28/03 | 11 | 5.0 | Review and revise fee application |
| WR Grace | Stephanie Jones | 02/28/03 | 11 | 8.3 | Review and revise time detail summaries for 6th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Gregory Boyer | 03/02/03 | 11 | 0.5 | Review email from WHS re: final version of 6th Quarter spreadsheet |
| WR Grace | Gregory Boyer | 03/03/03 | 26 | 0.9 | Review final DIP Agreement |
| WR Grace | Gregory Boyer | 03/03/03 | 11 | 0.1 | Review email from WHS re: 6th Interim Fee Order |
| WR Grace | Stephanie Jones | 03/03/03 | 11 | 6.8 | Review and revise time detail summaries for 6th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Stephanie Jones | 03/04/03 | 11 | 6.4 | Review and revise time detail summaries for 6th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Stephanie Jones | 03/05/03 | 11 | 7.7 | Review and revise time detail summaries for 6th interim fee application to include additional/specific descriptions of work performed |
| WR Grace | Gregory Boyer | 03/06/03 | 7 | 0.2 | Committee Conference Call |
| WR Grace | Stephanie Jones | 03/06/03 | 11 | 5.5 | Draft fee application |
| WR Grace | Stephanie Jones | 03/06/03 | 7 | 0.2 | Committee Conference Call |
| WR Grace | Gregory Boyer | 03/07/03 | 11 | 0.1 | Review email from WHS re: 6th Interim Fee Order |
| WR Grace | Gregory Boyer | 03/07/03 | 11 | 3.0 | Review and revise fee application |
| WR Grace | Stephanie Jones | 03/07/03 | 11 | 7.3 | Review and revise fee application |
| WR Grace | Stephanie Jones | 03/07/03 | 11 | 0.4 | Draft email to/receive email from RC re: confirmation/revision of expense figures for 5th, 6th and 7th Interim Fee Applications |
| WR Grace | Gregory Boyer | 03/10/03 | 11 | 0.1 | Review email from WHS re: 6th Interim Fee Order |
| WR Grace | Stephanie Jones | 03/10/03 | 11 | 0.2 | Review email from WHS re: 6th Interim Fee Order |
| WR Grace | Stephanie Jones | 03/10/03 | 11 | 6.0 | Draft fee application |
| WR Grace | Gregory Boyer | 03/11/03 | 11 | 0.2 | Conversations with SJ re: 5th interim fee application |
| WR Grace | Stephanie Jones | 03/11/03 | 11 | 0.2 | Conversations with GB re: 5th interim fee application |
| WR Grace | Stephanie Jones | 03/12/03 | 11 | 6.3 | Review and revise fee application |
| WR Grace | Gregory Boyer | 03/13/03 | 11 | 0.5 | Conversations with SJ re: 5th interim fee application |
| WR Grace | Gregory Boyer | 03/13/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 03/13/03 | 11 | 0.5 | Conversations with GB re: 5th interim fee application |
| WR Grace | Stephanie Jones | 03/13/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 03/14/03 | 11 | 4.0 | Review and revise fee application |
| WR Grace | Stephanie Jones | 03/15/03 | 11 | 4.4 | Draft 6th Interim fee application |
| WR Grace | Stephanie Jones | 03/16/03 | 11 | 5.1 | Draft 6th Interim fee application |
| WR Grace | Gregory Boyer | 03/17/03 | 26 | 0.8 | Review email from JS re: Grace 2002 10-K |
| WR Grace | Gregory Boyer | 03/17/03 | 11 | 4.0 | Review and revise draft fee application for 5th Interim Period |
| WR Grace | Stephanie Jones | 03/17/03 | 26 | 1.0 | Review email from JS re: Grace 2002 10-K |
| WR Grace | Gregory Boyer | 03/19/03 | 11 | 1.6 | Review and revise draft fee application for 5th Interim Period |
| WR Grace | Gregory Boyer | 03/19/03 | 11 | 0.3 | Call with JS re: Amendment to fee application process; review email from JS re: same |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 4.1 | Revise fee application and forward to LC for filing with the Bankruptcy Court |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 1.1 | Receive/review emails from WHS re: fee application audit process, and CDG 5th, 6th and 7th Interim fee applications |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 0.5 | Receive/review emails from LC re: withdrawal of reference to fees and expenses related to the adversary proceeding |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 0.9 | Conversations with WHS re: Amendment to fee application process as of 7/2002 and necessary revisions to previously submitted 5th Interim fee applications. |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 1.7 | Conversations with LC re: Amendment to fee application process as of 7/2002 and necessary revisions to submitted fee applications. |
| WR Grace | Stephanie Jones | 03/19/03 | 11 | 0.5 | Conversations with LC re: 5th interim fee application |
| WR Grace | Gregory Boyer | 03/20/03 | 11 | 2.5 | Review and revise draft fee application for 5th Interim Period |
| WR Grace | Gregory Boyer | 03/20/03 | 11 | 0.4 | Conversations with SJ re: revised fee application process |
| WR Grace | Gregory Boyer | 03/20/03 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Stephanie Jones | 03/20/03 | 11 | 3.7 | Revise fee application to separate time detail for adversary procedding from that for bankruptcy case and forward revised monthly fee application to LC |
| WR Grace | Stephanie Jones | 03/20/03 | 11 | 0.6 | Receive/review email from LC re: necessary revisions to submitted fee application before filing; make revisions and resend |
| WR Grace | Stephanie Jones | 03/20/03 | 11 | 0.4 | Conversations with GB re: revised fee application process |
| WR Grace | Stephanie Jones | 03/20/03 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Stephanie Jones | 03/21/03 | 11 | 0.7 | Receive/review email from LC re: final version of revised fee applications |
| WR Grace | Stephanie Jones | 03/22/03 | 11 | 6.1 | Draft 6th Interim fee application; begin compiling time detail for 7th Interim fee application |
| WR Grace | Stephanie Jones | 03/24/03 | 11 | 0.2 | Receive review email from LC re: fee application |
| WR Grace | Stephanie Jones | 03/25/03 | 11 | 5.8 | Draft fee application |
| WR Grace | Stephanie Jones | 03/26/03 | 11 | 0.8 | Receive/review and respond to emails from WHS re: status of fee applications |
| WR Grace | Gregory Boyer | 03/27/03 | 7 | 0.6 | Committee Conference Call |

*Bankruptcy Time Reporting Log (BC)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2003 through March 31, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Stephanie Jones | 03/27/03 | 11 | 3.1 | Draft fee application |
| WR Grace | Stephanie Jones | 03/27/03 | 7 | 0.6 | Committee Conference Call |
| WR Grace | Gregory Boyer | 03/31/03 | 27 | 0.7 | Receive email from DB re: proposed acquisiton (Mod Squad) and review financial information provided |
| WR Grace | Stephanie Jones | 03/31/03 | 11 | 4.0 | Draft fee application |
| | | | | 240.8 | Total Hours |

|  | LEGEND |
|---|---|
| BA | Bradley Aitken, Associate -- CDG |
| BJ | Ben Jones, Vice President -- CDG |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| GB | Gregory Boyer, Managing Director -- CDG |
| HG | Heather Grant, Analyst -- CDG |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| MG | Michael Gries, Member -- CDG |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RC | Ro Cusanelli, Chief Financial Officer and Office Manager -- CDG |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| WHS | Warren Smith Associates, fee examiner: includes Stephen Bossay, LaVern Ferdinand, and W |