6/9/2003

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2003 through March 31, 2003**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 2/20/2003 | | | 320.00 | | | | 320.00 |
| G. Boyer | 2/20/2003 | | | 30.00 | | | | 30.00 |
| G. Boyer | 2/20/2003 | | | 35.00 | | | | 35.00 |
| G. Boyer | 2/20/2003 | | | 42.84 | | | | 42.84 |
| G. Boyer | 2/20/2003 | | | 14.28 | | | | 14.28 |
| **G. Boyer Total** | | 0.00 | 0.00 | 442.12 | 0.00 | 0.00 | 0.00 | **442.12** |
| | | | | | | | | |
| S. Jones | 2/20/2003 | | | 10.00 | | | | 10.00 |
| S. Jones | 2/20/2003 | | | 290.00 | | | | 290.00 |
| S. Jones | 2/20/2003 | | | 26.52 | | | | 26.52 |
| S. Jones | 2/20/2003 | | | 50.00 | | | | 50.00 |
| S. Jones | 2/22/2003 | | | 19.38 | | | | 19.38 |
| **S. Jones Total** | | 0.00 | 0.00 | 395.90 | 0.00 | 0.00 | 0.00 | **395.90** |
| | | | | | | | | |
| **Grand Total** | | 0.00 | 0.00 | 838.02 | 0.00 | 0.00 | 0.00 | **838.02** |

*Gound Transportation Expenses on 2/20/2003 are expenses incurred traveling to a meeting with the Debtor at its Maryland Headquarters and include:*

| | | |
|---|---|---|
| *R/T Train tickets from Pennsylvania Station, NYC to BWI* | $ 290.00 | *(each for 2 passengers)* |
| *Related travel agent service fees* | $ 80.00 | *($30 for GB $50 for SJ)* |
| *Various taxi/car service to/from train stations--Total* | $ 128.64 | |