# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Apr. 24, 2003 at 4:00p.m. |
| | | Hearing Date:    TDB only if necessary |

### SUMMARY COVERSHEET TO TWELFTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | February 1, 2003 through February 28, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $98,106.00 for the period February 1, 2003 through February 28, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,523.29 for the period of February 1, 2003 through February 28, 2003 |

This is a:                 Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Application pending | Application pending |

| 02/04 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Application pending | Application pending |
|---|---|---|---|---|---|

As indicated above, this is the twelfth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $933.25 |
| Westlaw | |
| Telephone | $373.92 |
| Faxes | $183.00 |
| FedEx | $45.26 |
| Travel | |
| Parking | $85.45 |
| Messenger | |
| Additional Staff Time | $225.41 |
| Court Reporter | |
| Meals | |
| Trial Subpoenas – Return of Witness Fees | ($323.00) |
| | |
| Total | $1,523.29 |

Dated:  March 9, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(February 1, 2003 through February 28, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 131.10 | $44,574.00 |
| Melissa E. Flax | Partner | $225 | 31.80 | $7,155.00 |
| Robert C. Scrivo | Associate | $210 | 207.20 | $43,512.00 |
| Jake Kubert | Law Clerk | $75 | 1.80 | $67.50 |
| Kevin Vengrow | Paralegal | $75 | 39.00 | $2,797.50 |

| | | |
|---|---|---|
| Grand Total: | | $98,106.00 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,523.29 |
| Fee Applications, Applicant | 15.90 | $3,773.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 389.80 | $94,138.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 5.20 | $195.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | $183.00 ($0.25 per page) |
| Long Distance Telephone | | $373.92 |
| In-House Reproduction | | $915.00 ($0.25 per page) |
| Outside Reproduction | Parcel's | $18.25 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | Parking – JMA: 2/3, 2/4, 2/5, 2/6/03 | $50.00 |
| | Parking – MEF: 1/13/03 | $8.95 |
| | Parking – RCS: 2/5/03 | $8.95 |
| | Parking – JK: 1/14/03 1/29/03 2/5/03 | $5.85 $5.85 $5.85 $85.45 |
| Out-Of-Town Travel airfare car/taxi service hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $45.26 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | |
| Trial Subpoenas | Witness Fees Returned | ($323.00) |
| Additional Staff Time | | $225.41 |

Dated: March 11, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G _ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 11th day of March, 2003

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Apr. 24, 2003 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc., Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

March 7, 2003
Invoice No. 18932
Client No.  734680

For Professional Services Rendered through   02/28/03

Matter #          734680.1      VS. ALLIED SIGNAL

## LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/01/03 | JMA | Trial preparation - review expert reports and documents relied upon by Honeywell experts for cross examination of Honeywell experts and fact witness | 6.00   2040.00 |
| 02/02/03 | JMA | Trial preparation - review deposition transcripts and exhibits for cross examination of Honeywell experts; prepare summary of Grace expert testimony re: value of property | 8.00   2720.00 |
| 02/02/03 | RCS | Review Richard Ninesteel's deposition and prepare for cross examination | 1.00    210.00 |
| 02/02/03 | RCS | Review Grace invoices regarding demolition of Valley Fair Building, fence construction and repair, guard dogs, real estate taxes and legal bills for purpose of finalizing Grace's damages for stipulation meeting with JMA regarding same | 2.50    525.00 |
| 02/03/03 | JMA | Trial preparation - review exhibits, deposition transcript, outline for cross examination of Honeywell expert - Blanchard | 2.00    680.00 |
| 02/03/03 | JMA | Attend trial | 9.00   3060.00 |
| 02/03/03 | JMA | Trial preparation - review deposition transcript of Honeywell expert and exhibits; prepare outline for cross examination | 5.00   1700.00 |
| 02/03/03 | MEF | T/c with Fred at Parcels re: docket entries in Grace bankruptcy | .20     45.00 |
| 02/03/03 | RCS | Attendance at trial before Judge Cavanaugh | 9.00   1890.00 |

W.R. GRACE & COMPANY                              March 7, 2003
Client No.            734680                      Page      2
INVOICE NO.           18932


02/03/03 RCS Telephone communication to C. Marraro regarding     .20      42.00
             Walter's demonstrative meadow mat issue and
             Faranca cross examination

02/03/03 RCS Review documents marked and admitted into           .40      84.00
             evidence and update pretrial binder regarding
             same

02/03/03 RCS Review trial transcript of Pierson testimony to    1.50     315.00
             assist JMA in preparation of cross examination

02/04/03 JMA Trial preparation - review exhibits, deposition    2.00     680.00
             transcripts and outline for cross examination
             of Honeywell expert - Hart

02/04/03 JMA Attend trial                                      11.00    3740.00

02/04/03 JMA Conference with C. Marraro and A. Nagy             1.00     340.00

02/04/03 MEF Receipt and review fax from C. Walker re: Fluor     .30      67.50
             Daniel sale of assets, merger, change of name

02/04/03 RCS Attendance at trial before Judge Cavanaugh        10.50    2205.00

02/04/03 RCS Review exhibits marked and admitted in              .50     105.00
             evidence, update pre-trial order to reflect
             same

02/04/03 KV  Updating exhibits and files                        1.90     142.50

02/05/03 JMA Trial preparation - review deposition              2.00     680.00
             transcripts, outline and exhibits for cross
             examination of Honeywell expert

02/05/03 JMA Attend trial                                       9.50    3230.00

02/05/03 JMA Trial preparation - conference with client and     1.50     510.00
             C. Marraro re: trial strategy; conference with
             C. Marraro re: trial strategy

02/05/03 RCS Attendance at trial before Judge Cavanaugh         9.50    1995.00

02/05/03 RCS Review exhibits identified and marked into          .50     105.00
             evidence, update pretrial binder to reflect
             same

02/05/03 KV  Updating trial exhibits                            1.00      75.00

02/06/03 JMA Trial preparation - review demonstrative           1.50     510.00
             exhibits and expert transcripts for cross
             examination of Honeywell experts

W.R. GRACE & COMPANY                                          March 7, 2003
Client No.                734680                             Page       3
INVOICE NO.               18932


| | | | | |
|---|---|---|---|---|
| 02/06/03 | JMA | Attend trial | 9.00 | 3060.00 |
| 02/06/03 | JMA | Trial preparation - conference with C. Marraro re: trial strategy; review Honeywell exhibits subject to Grace objections | 1.50 | 510.00 |
| 02/06/03 | MEF | Trial subpoenas - revise letters withdrawing subpoenas; prep additional letters withdrawing trial subpoenas (30) | 2.00 | 450.00 |
| 02/06/03 | MEF | T/cs (2) with G. Seidor re: withdrawal of subpoena | .20 | 45.00 |
| 02/06/03 | RCS | Attendance at trial before Judge Cavanaugh | 8.50 | 1785.00 |
| 02/06/03 | RCS | Prepare update of outline of trial testimony for week of February 3 | .30 | 63.00 |
| 02/06/03 | RCS | Review exhibits identified and marked who evidence, update trial binder to reflect same | .50 | 105.00 |
| 02/06/03 | KV | Updating trial exhibits | .60 | 45.00 |
| 02/07/03 | JMA | Trial preparation - receipt and review email from K. Millian re: trial exhibits; conference with RCS re: trial exhibits | .60 | 204.00 |
| 02/07/03 | JMA | Phone - S. Means re: site security issues | .50 | 170.00 |
| 02/07/03 | JMA | Trial preparation - review exhibits sought to be introduced into evidence by plaintiff, Honeywell and Grace | 4.00 | 1360.00 |
| 02/07/03 | JMA | Trial preparation - conference with RCS re: exhibit lists re: documents in evidence; phone - C. Marraro re: trial strategy | .80 | 272.00 |
| 02/07/03 | MEF | Telephone call with A. Lascurain re: withdrawal of Corcory subpoena | .20 | 45.00 |
| 02/07/03 | RCS | Prepare list of Grace exhibits marked into evidence | 2.50 | 525.00 |
| 02/07/03 | RCS | Prepare list of Honeywell exhibits marked into evidence | 2.50 | 525.00 |
| 02/07/03 | RCS | Telephone call with B. Banks regarding constructing lists of plaintiff's and Honeywell's supplemental exhibits to make part of FPO volume V | .30 | 63.00 |

W.R. GRACE & COMPANY                                        March 7, 2003
Client No.              734680                             Page      4
INVOICE NO.             18932


02/07/03 RCS Meeting with JMA to review exhibits ICO is        .30     63.00
             attempting to move into evidence

02/07/03 RCS Telephone call with S. German regarding ICO       .20     42.00
             format for FPO exhibits

02/07/03 RCS Telephone call with M. Caffrey regarding          .20     42.00
             Honeywell's format to FPO for pretrial exhibits

02/07/03 RCS Prepare list of ICO trial exhibits marked into   3.50    735.00
             evidence

02/07/03 RCS Telephone call to K.Millian to identify by        .20     42.00
             exhibit number categories of documents ICO is
             attempting to move into evidence

02/07/03 RCS Telephone call with D. Field regarding exhibits   .20     42.00
             to which Grace and Honeywell object to moving
             into evidence

02/07/03 RCS Review January 21, 2003 trial transcript         .40      84.00
             relating to Judge Cavanaugh's ruling not
             accepting certain ICO exhibits into evidence

02/07/03 RCS Telephone call with C. Marraro regarding          .20     42.00
             response to Honeywell's exhibits admitted into
             evidence

02/07/03 RCS Correspondence to K. Millian objecting to and    1.50    315.00
             providing analysis for exhibits ICO is
             attempting to move into evidence

02/07/03 KV  Organized trial exhibits and reviewed exhibits   1.60    120.00
             to see which exhibits we were missing

02/08/03 JMA Trial preparation - review consolidated lists    5.50   1870.00
             of exhibits in evidence by plaintiff, Honeywell
             and Grace; revise lists in connection with oral
             argument on evidence issues

02/08/03 MEF T/c with JMA and CHM re: Findings of Fact        1.50    337.50

02/08/03 MEF Review FPO - legal issues                         .40     90.00

02/08/03 RCS Meeting with D. Field to exchange list of all     .20     42.00
             exhibits the respective parties submit are in
             evidence

02/08/03 RCS Meeting with JMA regarding telephone conference   .40     84.00
             with C.Marraro to discuss objections to
             exhibits plaintiff is offering into evidence

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page      5
INVOICE NO.             18932


02/08/03 RCS Telephone conference with JMA, C. Marraro and        1.00    210.00
             D. Field regarding Grace's objections to
             Honeywell's exhibits and vice versa and post
             trial submissions

02/08/03 RCS Review and cross reference ICO exhibits that         1.50    315.00
             Grace and Honeywell submit are in evidence

02/08/03 RCS Review all Honeywell supplemental exhibits for       1.00    210.00
             objections or stipulating same into evidence

02/08/03 RCS Prepare draft list of Grace exhibits to be           2.00    420.00
             withdrawn because of damages stipulation
             entered into with Honeywell

02/09/03 JMA Phone - S. Means re: site security issues             .30    102.00

02/09/03 MEF Prepare outline of topics for proposed Joint         1.00    225.00
             Findings of Fact

02/09/03 RCS Review and cross reference Grace exhibits that       1.00    210.00
             Grace and Honeywell submit are in evidence

02/09/03 RCS Review and cross reference Honeywell exhibits         .50    105.00
             that Grace and Honeywell submit are in evidence

02/09/03 RCS Review trial transcripts to cross reference          2.50    525.00
             what court has admitted into evidence

02/09/03 RCS Preparation of correspondence to K. Millian           .40     84.00
             objecting to plaintiff's proposed exhibits in
             evidence

02/09/03 RCS Review Grace exhibits and prepare list of ones       2.00    420.00
             which will be withdrawn because it is a learned
             treatise or it is a damages document that
             factored into stipulation with Honeywell

02/10/03 JMA Phone - S. Means re site security issues              .40    136.00

02/10/03 JMA Trial preparation - phone - C. Marraro re:           1.20    408.00
             trial exhibits; phone - D. Field re: trial
             exhibits; phone - K. Millian re: trial
             exhibits; phone - D. Field re: trial exhibits;
             phone - K. Millian re: trial exhibits

02/10/03 JMA Trial preparation - preparation of Grace trial       2.60    884.00
             exhibit list for oral argument; review Grace
             exhibits for exhibits to be withdrawn; review
             trial transcripts re: prior evidence rulings by
             court on Grace exhibits

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page      6
INVOICE NO.             18932


02/10/03 JMA  Trial preparation - preparation of Honeywell      2.00    680.00
              trial exhibit list for oral argument; review
              Honeywell exhibits for exhibits to be
              withdrawn; letter to D. Field; review trial
              transcripts re: prior evidence rulings by court
              on Honeywell exhibits

02/10/03 JMA  Trial preparation - preparation of plaintiff      2.50    850.00
              trial exhibit list for oral argument; review
              plaintiff exhibits for exhibits to be
              withdrawn; review trial transcripts re: prior
              evidence ruling by court on plaintiff exhibits

02/10/03 JMA  Phone - K. Millian re: plaintiff's trial           .30    102.00
              exhibits

02/10/03 JMA  Trial preparation - receipt and review letters     .50    170.00
              from D. Field to K. Millian re: trial exhibits;
              receipt and review letter from K. Millian re:
              trial exhibits

02/10/03 MEF  Trial subpoena - review letter from G. Heller      .70    157.50
              re: witness fee; review letter from Ogden re:
              witness fees (2); review letter from TetraTech
              re: witness fee

02/10/03 MEF  Letter to all counsel re: draft proposed           .30     67.50
              findings of fact

02/10/03 MEF  Conference with JMA re: revisions to draft         .30     67.50
              outline for proposed findings of fact

02/10/03 RCS  Prepare list of exhibits Grace Defendants will    1.00    210.00
              withdraw because they represent learned
              treatise or damage document for which
              stipulation applies

02/10/03 RCS  Telephone call to Judge Cavanaugh's Clerk          .20     42.00
              regarding executed stipulation with Honeywell

02/10/03 RCS  Prepare list of exhibits which are in dispute     1.50    315.00
              as to whether Grace and Honeywell submits are
              in evidence for witness not produced at trial

02/10/03 RCS  Meeting with JMA regarding withdrawing certain    1.00    210.00
              Grace exhibits and plaintiff's objections to
              our exhibits

02/10/03 RCS  Telephone call with T. Manago regarding Millian    .20     42.00
              letter objecting to Grace exhibits

W.R. GRACE & COMPANY                          March 7, 2003
Client No.            734680                  Page      7
INVOICE NO.           18932

| | | | | |
|---|---|---|---|---|
| 02/10/03 | RCS | Prepare list of Grace exhibits that Honeywell and ICO have no objection to | 2.50 | 525.00 |
| 02/10/03 | RCS | Preparation of list of Grace withdrawn exhibits identified on Honeywell's privilege log and not produced at trial | 2.00 | 420.00 |
| 02/10/03 | RCS | Review Grace objections to Honeywell trial exhibits together with proposed Honeywell exhibits to be offered in evidence | 1.00 | 210.00 |
| 02/10/03 | RCS | Review index to 1/21/03 trial date to confirm plaintiff's exhibits marked in evidence | 1.00 | 210.00 |
| 02/10/03 | RCS | Telephone call with K. Millian regarding ICO's objections to Grace exhibits | .20 | 42.00 |
| 02/10/03 | RCS | Correspondence from Millian regarding plaintiff's list of UST documents; compare same to Grace list; correspondence to Millian objecting to additional UST/petroleum exhibits | .50 | 105.00 |
| 02/10/03 | RCS | Telephone call with C. Marraro regarding withdrawing certain Grace exhibits | .70 | 147.00 |
| 02/10/03 | RCS | Review certain Grace exhibits per C. Marraro regarding documents authored by government agency | .80 | 168.00 |
| 02/10/03 | RCS | Telephone call to B. Banks regarding index to 1/21/03 trial transcript | .20 | 42.00 |
| 02/10/03 | RCS | Telephone call with B. Hughes regarding deposition designations and party admission to be made part of record for Court's review | .20 | 42.00 |
| 02/10/03 | RCS | Review potential admission that Grace submits should be part of the record | .30 | 63.00 |
| 02/10/03 | KV | Binding trial exhibits and reviewing exhibits that have been withdrawn and the exhibits that will be approved | 3.80 | 285.00 |
| 02/11/03 | JMA | Trial preparation –review exhibit lists objections and exhibits for oral argument on evidence issues | 2.00 | 680.00 |
| 02/11/03 | JMA | Trial - attend oral argument on evidence issues | 5.00 | 1700.00 |

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         18932

March 7, 2003
Page     8

02/11/03 JMA  Post trial issues - conference with C. Marraro    3.50   1190.00
              re: preparation of Grace final exhibit list of
              Grace documents in evidence

02/11/03 JMA  Post trial issues - conference with C. Marraro    2.50    850.00
              re: trial strategy (Findings of
              Fact/Conclusions of Law)

02/11/03 MEF  Trial subpoenas - review letter from Coscia at     .20     45.00
              CFM re: witness fee

02/11/03 RCS  Assist JMA in various tasks regarding preparing   2.50    525.00
              for evidentiary oral argument

02/11/03 RCS  Attend oral argument regarding evidentiary        4.00    840.00
              issues before Judge Cavanaugh

02/11/03 RCS  Review Grace damages documents referred to in     1.20    252.00
              amended stipulation with Honeywell

02/11/03 RCS  Review certain plaintiff's exhibits which          .60    126.00
              concern EPA contractor reports which should be
              omitted from evidence

02/11/03 RCS  Correspondence to K. Millian, Esq. regarding       .40     84.00
              certain plaintiff's exhibits to be excluded
              from evidence

02/11/03 RCS  Review certain Grace exhibits for JMA by          1.00    210.00
              category to move into evidence

02/11/03 RCS  Meeting with C. Marraro regarding reviewing       1.50    315.00
              which Grace exhibits are admissible in evidence
              pursuant to Judge Cavanaugh's rulings

02/11/03 KV   Review and confirm Grace's withdrawn exhibits     1.30     97.50

02/12/03 JMA  Post trial issues - review and revise Grace       1.30    442.00
              final list of exhibits in evidence; phone - C.
              Marraro re: same

02/12/03 JMA  Post trial issues - phone - C. Marraro re:        1.00    340.00
              Amended Stipulation-Damage for Past Costs;
              conference with RCS re: preparation of Amended
              Stipulation-Damages for Past Costs; phone - C.
              Marraro re: same

02/12/03 JMA  Post trial issues - preparation of plaintiffs'    1.00    340.00
              final list of plaintiffs' exhibits in evidence

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         18932

March 7, 2003
Page      9

02/12/03 JMA Post trial issues - receipt and review letter        .30   102.00
             from K. Millian re: plaintiff Ex. 825;
             conference with RCS

02/12/03 JMA Post trial issues - conference with RCS re:           .50   170.00
             Honeywell exhibit list; Stipulation with
             Honeywell re: Weja decision exhibits

02/12/03 JMA Post trial issues - revise Grace exhibit list;       1.50   510.00
             letter to adversaries enclosing Grace exhibit
             list

02/12/03 RCS Review ICO trial exhibits; update chart to          5.00  1050.00
             reflect 1/21/03 admissions into evidence,
             denial of UST documents and all withdrawn
             exhibits together with review of 2/6/03 and
             2/11/03 transcripts

02/12/03 RCS Telephone call with C. Marraro regarding             .80   168.00
             amendment to stipulation for cost recovery
             items; verify cost recovery item in dispute
             with Honeywell

02/12/03 RCS Prepare draft amended stipulation with               .40    84.00
             Honeywell regarding Damage Claims and Past
             Costs together with correspondence for same

02/12/03 RCS Conference with JMA and C. Marraro regarding         .40    84.00
             amending stipulation for past costs with
             Honeywell

02/12/03 RCS Preparation of Grace evidence chart to be           3.50   735.00
             submitted to adversaries; revise and edit same
             cross checking it with Court transcripts;
             correspondence from K. Millian in response to
             our request to withdraw certain plaintiff's
             exhibits

02/12/03 RCS Letter to K. Millian regarding certain               .50   105.00
             plaintiff's exhibits withdrawn prior to trial
             but were accepted by Court in evidence

02/13/03 JMA Post trial issues - receipt and review Grace        4.00  1360.00
             draft of trial exhibit lists for plaintiff and
             Honeywell; review trial exhibits re: completion
             of exhibit lists; conference with RCS re:
             exhibit lists; phone - D. Field re: Honeywell
             exhibit list

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page     10
INVOICE NO.             18932


02/13/03 MEF  Trial subpoenas - receipt of returned witness      .30      67.50
              fee from Marcor; review letter from AETS re:
              withdrawal of subpoena and return of witness
              fee

02/13/03 RCS  Meeting with JMA regarding Grace exhibit list     1.30     273.00
              for submission to the parties; revise and edit
              same

02/13/03 RCS  Meeting with JMA regarding ICO exhibit list;      2.50     525.00
              revise and edit same

02/13/03 RCS  Receipt of trial transcript from court reporter    .30      63.00
              and letter to C. Marraro regarding same

02/13/03 RCS  Meeting with JMA regarding Honeywell trial          .50     105.00
              exhibits

02/13/03 RCS  Review court transcript for rulings on            6.50    1365.00
              Honeywell exhibits by category; review
              Honeywell exhibits analyzing content to
              determine whether they are in evidence, denied
              or withdrawn

02/13/03 KV   Organize deposition transcripts                   2.40     180.00

02/13/03 KV   Organize trial exhibit boxes                       .40      30.00

02/14/03 JMA  Post trial issues - receipt and review letter     2.60     884.00
              from D. Field re: Honeywell comments to Grace
              evidence exhibit list; receipt and review
              letter from D. Field to K. Millian with
              Honeywell comments to plaintiffs' evidence
              exhibit list; review Grace and plaintiffs'
              lists re: comments from Honeywell; phone - C.
              Marraro re: evidence exhibit lists

02/14/03 MEF  Voice mail from Stan Manis at Conti re: witness    .40      90.00
              fee; voice mail - Stan Manis re: witness fee;
              telephone call with S. Manis re: same

02/14/03 MEF  Voice mail - CHM re: meeting to designate          .20      45.00
              assignments for Findings of Fact

02/14/03 RCS  Telephone call with D. Field regarding            .20      42.00
              exchanging evidence lists

02/14/03 RCS  Preparation of draft stipulation admitting Weja    .50     105.00
              decision in evidence for limited purposes
              together with correspondence to D. Field
              regarding same

W.R. GRACE & COMPANY                                March 7, 2003
Client No.              734680                      Page      11
INVOICE NO.             18932

02/14/03 RCS  Review 2/11/03 transcript for Court's ruling on   1.50    315.00
              Weja documents and permitted stipulation for
              Weja decision

02/14/03 RCS  Receipt and review of letter from K. Millian      2.00    420.00
              regarding submission of ICO exhibits in
              evidence; cross check same against Grace's
              submission of ICO's exhibit list

02/14/03 RCS  Telephone call with D. Field and Mike Caffrey      .30     63.00
              regarding Grace review of ICO and Grace
              exhibits

02/14/03 RCS  Prepare Honeywell evidence chart based on court    2.50    525.00
              rulings; analysis of categories admitted and
              denied from evidence and exhibits withdrawn;
              revise and edit same

02/14/03 RCS  Telephone call with D. Field and K. Millian        .40     84.00
              regarding contacting Judge Cavanaugh regarding
              evidence submissions

02/14/03 RCS  Telephone call with Judge Cavanaugh's chambers     .20     42.00
              regarding submission of evidence lists

02/14/03 RCS  Meeting with JMA regarding evidentiary disputes    .40     84.00
              with ICO exhibits list/proposing alternative
              UST exhibits

02/14/03 RCS  Correspondence to K. Millian regarding Grace       .40     84.00
              disputes with certain ICO exhibits

02/14/03 RCS  Correspondence from M. Caffrey regarding           .20     42.00
              Honeywell's objection to Grace's review of
              plaintiff's exhibit list

02/14/03 RCS  Telephone call with D. Field regarding amended     .20     42.00
              stipulation of past costs

02/14/03 RCS  Letter from D. Field regarding Honeywell's         .20     42.00
              objections to plaintiff's exhibits

02/14/03 RCS  Correspondence from D. Field regarding             .20     42.00
              Honeywell's partial objections to Grace's
              exhibit list

02/14/03 KV   Organize deposition transcripts                   1.20     90.00

02/14/03 KV   Organize Grace trial exhibits                     2.10    157.50

W.R. GRACE & COMPANY                                        March 7, 2003
Client No.           734680                                 Page    12
INVOICE NO.          18932

02/15/03 JMA Post trial issues - review notes for outline of   4.70   1598.00
             Findings of Fact/Conclusions of Law; conference
             with MEF and RCS re: preparation of Findings of
             Fact; conference call with C. Marraro re:
             Findings of Fact; review trial transcripts re:
             Findings of Fact

02/15/03 MEF Conference with JMA and RCS re: designation of    1.50    337.50
             assignment for findings of fact

02/15/03 MEF Begin review of K. Brown testimony                 .50    112.50

02/15/03 RCS Review D. Field's letter regarding partial        2.00    420.00
             analysis of Grace exhibit list and cross
             reference same to exhibits to determine basis
             of dispute and challenge by Grace

02/15/03 RCS Meeting with JMA and MEF to discuss preparation   1.60    336.00
             of findings of fact and conclusions of law

02/15/03 RCS Preparation of stipulation regarding Weja          .60    126.00
             decision; revise and edit same; letter to D.
             Field

02/15/03 RCS Research relevant case law on CERCLA issues       1.00    210.00

02/17/03 MEF Proposed findings of fact - review portions of    5.30   1192.50
             trial transcripts

02/18/03 JMA Post trial issues - review correspondence from    2.70    918.00
             D. Field re: exhibit list issues; conference
             with RCS re: exhibits in evidence; review trial
             notes re: Findings of Fact

02/18/03 JMA Receipt and review letter from D. Field re:        .40    136.00
             stipulation regarding past costs; phone - D.
             Field

02/18/03 MEF Email to CHM re: open issues on Findings of        .20     45.00
             Fact

02/18/03 RCS Review trial testimony of A. Davis and prepare    2.00    420.00
             draft findings of fact

02/18/03 RCS Meeting with JMA regarding D. Field's              .30     63.00
             preliminary objections to Grace exhibits

02/18/03 RCS Telephone call with C. Marraro regarding           .20     42.00
             certain objections by Honeywell to Grace
             exhibits

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page    13
INVOICE NO.             18932

02/18/03 RCS Letter to D. Field regarding Grace Defendants'      .40      84.00
             response to Honeywell's preliminary objections
             to Grace exhibits

02/18/03 RCS Correspondence from D. Field regarding             .20      42.00
             stipulation for rents awarded Grace in Weja
             decision

02/18/03 RCS Receipt and review of Honeywell's position         .40      84.00
             regarding Honeywell trial exhibits admitted
             into evidence

02/18/03 RCS Telephone call from M. Caffrey regarding           .20      42.00
             production of certain Grace exhibits

02/18/03 RCS Correspondence to M. Caffrey producing             .20      42.00
             requested Grace exhibits

02/18/03 RCS Review Honeywell trial exhibits which they        6.50    1365.00
             claim are in evidence and Grace disputes and
             prepare Grace position as to same in
             conjunction with review of transcript regarding
             evidentiary issues

02/18/03 RCS Review FPO/Stipulations of Fact and prepare       1.00     210.00
             draft findings of fact

02/18/03 KV  Organize deposition transcripts                   2.90     217.50

02/18/03 KV  Maintain trial exhibits                           2.10     157.50

02/19/03 RCS Review selected trial testimony and prepare       2.00     420.00
             draft findings of fact regarding Mutual's
             disposal of COPR at the Site

02/19/03 RCS Telephone call with C. Marraro regarding D.       1.30     273.00
             Field's position regarding Honeywell's exhibits
             admitted into evidence

02/19/03 RCS Review certain Honeywell exhibits and selected    3.00     630.00
             portions of trial transcript in connection with
             telephone call with C. Marraro in order to
             prepare response to Honeywell's position on
             certain Honeywell exhibits

02/19/03 RCS Review ICO list of exhibits in dispute and         .50     105.00
             telephone call with S. German regarding
             narrowed list of disputes of ICO exhibits

02/19/03 RCS Draft response to D. Field regarding exhibits      .50     105.00
             in dispute from Honeywell list

W.R. GRACE & COMPANY                                          March 7, 2003
Client No.              734680                               Page      14
INVOICE NO.             18932


| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/19/03 | KV | Organize trial transcripts | 1.10 | 82.50 |
| 02/19/03 | KV | Indexing Grace boxes | 1.40 | 105.00 |
| 02/20/03 | JMA | Post trial issues - review exhibits Honeywell seeks to admit into evidence | 1.40 | 476.00 |
| 02/20/03 | JMA | Post trial issues - conference with RCS re: advising Court of status of lists with exhibits in evidence | .30 | 102.00 |
| 02/20/03 | MEF | Begin drafting portion of proposed Findings of Fact | 1.00 | 225.00 |
| 02/20/03 | RCS | Telephone call from C. Marraro regarding stipulation on Weja decision | .20 | 42.00 |
| 02/20/03 | RCS | Review trial testimony of J. Wong and corresponding exhibits in conjunction with preparation of post trial findings of fact | 2.00 | 420.00 |
| 02/20/03 | RCS | Telephone call with S. German regarding attempt to resolve outstanding issues with ICO trial exhibits | .50 | 105.00 |
| 02/20/03 | RCS | Correspondence from D. Field regarding remaining issues with Grace Defendants exhibits | .20 | 42.00 |
| 02/20/03 | RCS | Telephone call with T. Manago regarding Grace produced certain exhibits in dispute with Honeywell | .30 | 63.00 |
| 02/20/03 | RCS | Review certain Grace trial exhibits objected to by Honeywell | 1.40 | 294.00 |
| 02/20/03 | RCS | Telephone call with C. Marraro regarding review of certain Grace exhibits objected to by Honeywell | .80 | 168.00 |
| 02/20/03 | RCS | Telephone call with C. Marraro regarding review of numerous Honeywell exhibits in dispute | 1.50 | 315.00 |
| 02/20/03 | RCS | Correspondence to D. Field regarding Grace exhibits admitted into evidence and certain withdrawn exhibits | .40 | 84.00 |
| 02/20/03 | RCS | Memorandum to C. Marraro and JMA regarding outstanding issues for ICO trial exhibits | .20 | 42.00 |

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         18932

March 7, 2003
Page       15

| | | | |
|---|---|---|---|
| 02/20/03 RCS | Update ICO exhibit chart to reflect exhibits admitted into evidence and withdrawn by agreement amongst counsel | .40 | 84.00 |
| 02/20/03 RCS | Correspondence from D. Field addressing remaining Honeywell exhibits in dispute | 1.00 | 210.00 |
| 02/20/03 RCS | Telephone call with M. Goodman – Judge Cavanaugh's law clerk regarding status of parties exhibit review | .20 | 42.00 |
| 02/20/03 RCS | Review selected Honeywell trial exhibits in dispute between Grace defendants and Honeywell | 1.50 | 315.00 |
| 02/20/03 KV | Organize depositions | 3.10 | 232.50 |
| 02/21/03 JMA | Post trial issues - conference with RCS and C. Marraro re: Honeywell position on Grace and Honeywell exhibits in evidence | 1.00 | 340.00 |
| 02/21/03 JMA | Post trial issues - conference with C. Marraro re: Honeywell outline for Findings of Fact; presentation of issues in Findings of Fact | 1.50 | 510.00 |
| 02/21/03 RCS | Correspondence from T. Manago regarding ICO exhibits concerning UST examples selected by plaintiff/Grace objection to same and review documents in question | .40 | 84.00 |
| 02/21/03 RCS | Correspondence to David Field regarding dispute with certain Grace defendants exhibits; revise and edit same with C. Marraro | .60 | 126.00 |
| 02/21/03 RCS | Telephone call with M. Caffrey regarding Grace and Honeywell exhibits in dispute | .60 | 126.00 |
| 02/21/03 RCS | Meeting with C. Marraro regarding dispute with ICO UST document plaintiff's seeking to put in evidence and review of same in conjunction with review of transcript | .80 | 168.00 |
| 02/21/03 RCS | Review trial testimony and related exhibits regarding disposal of COPR at site for findings of fact | 2.00 | 420.00 |
| 02/21/03 RCS | Telephone call with D. Field regarding reporting to Court regarding status of exhibits in evidence | .40 | 84.00 |
| 02/21/03 RCS | Telephone call with M. Goodman regarding status of all parties exhibits in evidence | .20 | 42.00 |

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page      16
INVOICE NO.             18932


02/21/03 RCS Telephone call with S. German regarding ICO UST        .40      84.00
             exhibits in dispute and reporting to Court on
             status of exhibits

02/21/03 RCS Meeting with C. Marraro to review certain             1.00     210.00
             Honeywell trial exhibits in dispute and draft
             arguments objecting to same

02/21/03 RCS Correspondence from D. Field regarding                 .20      42.00
             Honeywell's proposed sections for Findings of
             Fact

02/21/03 RCS Meeting with C. Marraro to analyze and cross          1.50     315.00
             reference Honeywell's proposed findings of fact
             sections with Grace defendants

02/21/03 RCS Correspondence to D. Field responding to              1.00     210.00
             outstanding Honeywell exhibits in dispute;
             revise and edit same with C. Marraro

02/21/03 KV  Organize trial transcripts                            2.30     172.50

02/22/03 JMA Post trial issues - receipt and review letter          .70     238.00
             from D. Field with counter proposal on DH-793
             stipulation; conference with RCS re: DH-793;
             letter to D. Field re: DH-793

02/22/03 JMA Post trial issues - review ICO proposed exhibit        .80     272.00
             in evidence P-707; conference with RCS re:
             status of P-707/P-885 issue; letter to K.
             Millian re: P-707/P-885

02/22/03 JMA Conference with RCS re: Judge Cavanaugh                 .50     170.00
             directive for submitting exhibit lists; review
             and revise letter to counsel re: Judge
             Cavanaugh directive

02/22/03 RCS Review selected ICO exhibit previously                 .20      42.00
             withdrawn that plaintiff's request consent to
             move in evidence

02/22/03 RCS Review pretrial order in conjunction with             2.00     420.00
             preparation of findings of fact regarding
             Daylin/Grace's knowledge of COPR at site

02/22/03 RCS Meeting with JMA regarding producing list of          1.40     294.00
             exhibits to Court in evidence together with
             correspondence to all counsel concerning
             submission

W.R. GRACE & COMPANY                             March 7, 2003
Client No.            734680                     Page     17
INVOICE NO.           18932

02/22/03 RCS Meeting with JMA regarding ICO exhibits in          .50    105.00
             dispute together with correspondence to K.
             Millian regarding selected UST documents

02/22/03 RCS Meeting with JMA regarding stipulation with         .50    105.00
             Honeywell regarding Weja case together with
             review of Court transcript and correspondence
             to D. Field regarding disputed exhibits

02/24/03 RCS Correspondence to T. Manago regarding producing     .20     42.00
             Grace exhibits in evidence

02/24/03 RCS Review trial testimony of Grace witness on         3.00    630.00
             issue of Daylin and Grace involvement with COPR
             at site in preparation for findings of fact

02/24/03 RCS Telephone call with T. Manago regarding            .40     84.00
             preparation of Grace defendants exhibit list in
             evidence without

02/24/03 RCS Preparation of Grace defendants exhibits in        1.50    315.00
             evidence; revise and edit same

02/24/03 RCS Telephone call to M. Caffrey, Esq. regarding        .40     84.00
             Exchanging exhibit lists of undisputed exhibits
             in evidence

02/24/03 RCS Letter to Judge Cavanaugh serving Grace             .50    105.00
             defendants' in dispute exhibit list

02/24/03 RCS Telephone call to C. Marraro regarding service      .30     63.00
             of Grace exhibit list on the Court and discuss
             with M. Caffrey regarding Honeywell's exhibit
             list

02/24/03 RCS Correspondence from S. German regarding             .20     42.00
             Honeywell's disputes with ICO exhibits

02/24/03 RCS Letter from S. German regarding plaintiff's         .20     42.00
             exhibits in dispute with Grace defendants

02/24/03 RCS Correspondence from S. German regarding ICO         .20     42.00
             exhibits that Grace disputes and remainder
             which have been resolved

02/25/03 MEF T/c with CHM re: proposed findings of fact          .30     67.50

02/25/03 MEF Review letter from D. Walsh of Golder               .20     45.00
             Associates returning witness fee

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.            734680                            Page      18
INVOICE NO.           18932

02/25/03 MEF  Review letter from J. Czapor of Conti returning      .20      45.00
              witness fee

02/25/03 RCS  Review trial transcript regarding Grace's           2.00     420.00
              involvement with COPR at site

02/25/03 RCS  Receipt and review of ICO's exhibit list            1.20     252.00
              admitted in evidence without disputes and
              correspondence to Court regarding disputed ICO
              exhibits; review same for accuracy

02/25/03 RCS  Update ICO exhibit list admitted in evidence to     1.00     210.00
              show numerous exhibits withdrawn by plaintiff

02/25/03 RCS  Correspondence to K. Millian regarding selected      .30      63.00
              exhibits contained in their submission to the
              court to which Grace defendants take exception

02/25/03 RCS  Telephone call to C. Marraro regarding ICO           .20      42.00
              exhibit list submitted to the Court; dispute
              with same

02/25/03 RCS  Correspondence from D. Field objecting to            .80     168.00
              certain Grace exhibits marked in evidence;
              review said exhibits and compare same to
              Honeywell exhibits to which Grace objects

02/25/03 RCS  Receipt and review of Honeywell exhibits            1.50     315.00
              submitted to the Court as in evidence, denied,
              withdrawn or disputed; compare same to list of
              Honeywell exhibits Grace defendants have
              compiled with same notations

02/25/03 RCS  Letter from Field regarding disputed Honeywell       .70     147.00
              documents in evidence responding to Grace
              Defendants February 21, 2003 letter; review
              said exhibits

02/25/03 RCS  Telephone call with C. Marraro, D. Field and M.      .50     105.00
              Caffrey attempting to resolve disputed Grace
              and Honeywell exhibits

02/25/03 RCS  Telephone call with C. Marraro regarding             .50     105.00
              response to Honeywell's disputes with selected
              Grace and Honeywell exhibits

02/25/03 RCS  Draft letter to D. Field regarding Grace             .50     105.00
              defendants' exhibits in dispute with Honeywell
              per conference with C. Marraro

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                          Page     19
INVOICE NO.             18932

02/25/03 RCS Draft letter to D. Field regarding Honeywell's       .80    168.00
             exhibits disputed by Grace per conference with
             C. Marraro

02/25/03 RCS Correspondence from D. Field objecting to           .70    147.00
             certain Grace exhibits contained on Grace list
             submitted to Court; review same; prepare
             revised list for Court with cover letter
             serving the Court

02/27/03 MEF Receipt and review of Truckman's returned           .20     45.00
             witness fee

02/27/03 RCS Review relevant trial transcripts regarding        6.00   1260.00
             History of Daylin and Grace's involvement with
             COPR at the site and prepare draft findings of
             fact

02/27/03 RCS Telephone call with C. Marraro regarding draft       .30     63.00
             response to Honeywell regarding disputed
             exhibits

02/27/03 RCS Telephone call from M. Caffrey requesting copy       .20     42.00
             of certain Grace exhibits

02/27/03 RCS Telephone call from C. Marraro regarding Grace       .40     84.00
             response to D. Field regarding disputed Grace
             and Honeywell exhibits

02/27/03 RCS Letter to D. Field regarding Grace exhibits in       .40     84.00
             dispute with Honeywell; revise and edit same

02/27/03 RCS Letter to D. Field regarding Honeywell exhibits      .50    105.00
             disputed by Grace; review and revise same

02/27/03 RCS Letter from S. German regarding withdrawing         .30     63.00
             certain ICO exhibits and certain disputed
             exhibits with the Grace Defendants; update ICO
             trial exhibit list

02/27/03 RCS Letter from S. German to M. Caffrey regarding        .20     42.00
             ICO exhibits disputed by Honeywell

02/27/03 KV  Organize transcripts                               4.90    367.50

02/28/03 RCS Letter from M. Caffrey to S. German regarding        .20     42.00
             withdrawing certain ICO exhibits

02/28/03 RCS Telephone call from C. Marraro regarding            .40     84.00
             preparing for conference with D. Field on
             remaining disputed exhibits

W.R. GRACE & COMPANY                 March 7, 2003
Client No.        734680            Page     20
INVOICE NO.        18932

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/28/03 | RCS | Telephone conference (A.M.) with D. Field, M. Caffrey and C. Marraro to resolve certain disputed exhibits | .50 | 105.00 |
| 02/28/03 | RCS | Draft letter to D. Field memorializing events of A.M. conference | .40 | 84.00 |
| 02/28/03 | RCS | Review transcript regarding Honeywell advancing Chapman demonstrative exhibits and Grace's SEC filings in effort to resolve disputed exhibits | .50 | 105.00 |
| 02/28/03 | RCS | Telephone conference (P.M.) with M. Caffrey, D. Field and C. Marraro to resolve additional exhibits in dispute | .40 | 84.00 |
| 02/28/03 | RCS | Letter to D. Field memorializing events of P.M. conference call | .40 | 84.00 |
| 02/28/03 | RCS | Review trial testimony and exhibits; prepare draft findings of fact on Daylin's involvement with COPR at site | 5.50 | 1155.00 |
| 02/28/03 | KV | Continue organizing trial transcripts | 1.50 | 112.50 |

---------------

SUBTOTAL:       389.80   94,138.00

## FEE APPLICATIONS, APPLICANTS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/03 | MEF | Fee Application - 8th quarterly | .50 | 112.50 |
| 02/05/03 | MEF | Continue preparing 7th Quarterly Fee Application | 1.30 | 292.50 |
| 02/06/03 | MEF | Fee Application - continue preparing and revising 7th Quarterly Fee Application for 10/1/02 to 12/31/02 | 1.70 | 382.50 |
| 02/06/03 | MEF | Review fee auditor's Final Report re: CBBG 6th Interim Quarterly Fee Application | .40 | 90.00 |
| 02/06/03 | MEF | Review January Fee Detail | 1.00 | 225.00 |
| 02/09/03 | JMA | Fee application - review and revise Seventh Quarterly Interim Fee Application | 1.00 | 340.00 |
| 02/10/03 | JMA | Fee application - conference with MEF re: revisions to Seventh Quarterly Interim Fee Application | .30 | 102.00 |

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.                734680                        Page      21
INVOICE NO.               18932

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/03 | JMA | Fee Application — review of fee auditor's final report for sixth interim period | .40 | 136.00 |
| 02/10/03 | MEF | Prepare 11th monthly Fee Application (Jan 2003) | 2.50 | 562.50 |
| 02/10/03 | MEF | Continue reviewing January 2003 fee detail | 1.00 | 225.00 |
| 02/10/03 | MEF | Conference with JMA re: revisions to 7th Quarterly Fee Application | .50 | 112.50 |
| 02/10/03 | MEF | Review and finalize 7th Quarterly Fee Application; letter to D. Carickhoff serving same | 1.80 | 405.00 |
| 02/17/03 | MEF | Review January 2003 fee application | .50 | 112.50 |
| 02/18/03 | MEF | Finalize 11th monthly fee application | 1.50 | 337.50 |
| 02/19/03 | MEF | Review email from L. Ferdinand re: spreadsheet for 6th Quarterly — review spreadsheet re: CBBG | .60 | 135.00 |
| 02/19/03 | MEF | Email to L. Ferdinand re: travel non-work category | .30 | 67.50 |
| 02/20/03 | MEF | Docket search - reviewed filed certificate of no objection for Nov. 2002 time | .50 | 112.50 |
| 02/20/03 | MEF | Review email from L. Ferdinand re: spreadsheet | .10 | 22.50 |

                                        SUBTOTAL:      15.90   3,773.00

## TRAVEL NON-WORK

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/03 | JK | Went to Newark to deliver documents for trial. | 1.80 | 67.50 |
| 02/12/03 | KV | Travel to and from Superior Court in attempt to pick up trial proceeding transcript from Judge Cavanaugh | 1.90 | 71.25 |
| 02/13/03 | KV | Travel to and from NJ Superior court to pick up trial transcript | 1.50 | 56.25 |

                                        SUBTOTAL:       5.20     195.00

                                                              ---------------
                                                               98,106.00
Total Fees:

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.            18932

March 7, 2003
Page      23

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                       340.00   131.10          44574.00
M E FLAX                          225.00    31.80           7155.00
J KUBERT                           75.00     1.80             67.50
RC SCRIVO                         210.00   207.20          43512.00
K VENGROW                          75.00    39.00           2797.50
                        TOTALS             410.90          98106.00
```

# EXHIBIT B

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         18932

March 7, 2003
Page    22

Disbursements

Travel Expense

| | | |
|---|---|---|
| 02/10/03 Travel Expense RCS 2 05 03 | | 8.95 |
| 02/11/03 Travel Expense JJK 1/29 | | 5.85 |
| 02/11/03 Travel Expense JMA 2/3, 2/4, 2/5, 2/6 | | 50.00 |
| 02/11/03 Travel Expense JJK 1/14 | | 5.85 |
| 02/24/03 Travel Expense MEF 1/13 | | 8.95 |
| 02/24/03 Travel Expense JKK 2/5 | | 5.85 |

SUBTOTAL:     85.45

Photocopies - Outside

02/28/03 Photocopies - Outside  PARCELS INC 2 13 03      18.25

SUBTOTAL:     18.25

Costs Advanced

| | |
|---|---|
| 02/28/03 Refund of Witness Fee 12 30 02 | (55.00) |
| 02/28/03 Refund of Witness Fee 02 21 03 | (55.00) |
| 02/28/03 Refund of Witness Fee | (55.00) |
| 02/28/03 Refund of Witness Fee 01 07 03 | (48.00) |
| 02/28/03 Refund of Witness Fee 02 18 03 | (55.00) |
| 02/28/03 Refund of Witness Fee 12 30 02 | (55.00) |

SUBTOTAL:    (323.00)

| | |
|---|---|
| 02/28/03 Photocopies | 915.00 |
| 02/28/03 Faxes | 183.00 |
| 02/28/03 Telephone | 373.92 |
| 02/28/03 Additional Staff Time | 225.41 |
| 02/28/03 Federal Express | 45.26 |

----------------
1,523.29
----------------

Total Costs

Total Due this Matter

99,629.29