IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF WITHDRAWAL (RE: D.I. 3483)

DK Acquisition Partners, L.P. hereby withdraws its **Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt** (Docket No. 3483) filed on March 6, 2003.

Dated: June 12, 2003          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Christina M. Maycen_
Brett D. Fallon (ID #2480)
Christina M. Maycen (ID #3976)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: bfallon@morrisjames.com
Email: cmaycen@morrisjames.com

-and-

Michael Friedman, Esquire
RICHARDS SPEARS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Telecopy: (212) 530-1801
Email: mfriedman@rsko.com

Attorneys for DK Acquisition Partners, L.P.

CMM/106128-0001/881586/1