IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## *AMENDED* NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 17, 2003 AT *10:00 A.M.*

**THE HEARING TIME HAS BEEN CHANGED
BY THE COURT TO 10:00 A.M. (FROM 12:00 P.M.)**

## CONTINUED MATTERS

1. Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    **Related Documents:**

    a. [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    **Response Deadline:** Extended through July 11, 2003 at 4:00 p.m. for the Debtors

    **Responses Received:** None as of the date of this Agenda Notice.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status: The parties are continuing to work on a resolution to this matter and respectfully request that this matter be continued to the July omnibus hearing.**

2. Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

   **Related Documents:**

   a. Notice of Motion (Docket No. 3483)

   b. [Proposed] Order Approving Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

   c. Amended Notice of Motion (Docket No. 3484)

   d. **Notice of Withdrawal (Docket No. 3895)**

   **Response Deadline:** April 11, 2003 at 4:00 p.m. (Extended until May 2, 2003 at 4:00 p.m. for the United States Trustee)

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status: This matter has been withdrawn.**

**UNCONTESTED MATTERS**

3. Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte & Touche LLP as Customs Services Providers, and Tax and Compensation Advisors to the Debtors Nunc Pro Tunc to February 4, 2003 (Docket No. 3715)

   **Related Documents:**

   a. [Proposed] Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte & Touche LLP as Customs Services Providers, and Tax and Compensation Advisors to the Debtors Nunc Pro Tunc to February 4, 2003 (Docket No. 3715)

   **Response Deadline:** May 13, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status: This matter will be going forward.**

4. Debtors' Motion for Order Approving Settlement with BSFS Equipment Leasing and Daleen Technologies, Inc., Pursuant to Fed. R. Bankr. P. 9019 (Docket No. 3785)

   **Related Documents:**

   a. Certification of Counsel Regarding Stipulation and Agreed Order By and Among BSFS Equipment Leasing, Daleen Technologies, Inc. and W. R. Grace & Co.-Conn. (Docket No. 3886)

   **Response Deadline:** May 30, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status: The Debtors have filed a proposed stipulation and agreed order on this matter under a certification of counsel. As there have been no objections to the Motion, this matter will not go forward if the stipulation and agreed order is signed before the hearing.**

5. Seventh Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period of October 1, 2002 Through December 31, 2002

   **Related Documents:**

   a. Certification of Counsel Regarding Seventh Quarter Project Category Summary and Order Approving Quarterly Fee Application for the Seventh Interim Fee Period and Certain Prior Amounts (Docket No. 3854)

   **Status: The Debtors have filed, on behalf of the Fee Auditor, a proposed order on the Quarterly Fee Applications. If the proposed order is entered before the hearing, this matter will not go forward.**

**CONTESTED MATTERS**

6. Motion to Lift Automatic Stay for Cause [filed by Timothy Kane] (Docket No. 2234)

   **Related Documents:**

   a. Exhibits re: Docket No. 2234 (Docket No. 2235)

   b. Certification of Counsel with Respect to Order Relating to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2790)

   c. [Signed] Order Relating to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2818)

**Response Deadline:** July 15, 2002 (extended for Debtors to August 9, 2002)

**Reponses Received:**

a. Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2523)

b. Response of Timothy Kane to Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2553)

**Status:** This matter will be going forward.

7. Seventh Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2002 Through December 31, 2002.

**Related Documents:**

a. Certification of Counsel Regarding Seventh Quarter Project Category Summary and Order Approving Quarterly Fee Application for the Seventh Interim Fee Period and Certain Prior Amounts (Docket No. 3854)

**Responses Received:** None as of the date of this Agenda Notice. The Debtors anticipate that any professionals who have not resolved their issues with the Fee Auditor, will file replies to the Fee Auditor's recommendations in the Final Reports within twenty days after the date of the respective Final Report.

**Status: The Debtors are not aware of any responses to the Fee Auditor's final reports. As such, this matter will not be going forward as a contested matter.**

Dated: June 12, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Paula A. Galbraith*
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession