**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (RJN) |
| a Delaware Corporation, ) | (Jointly Administered) |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Ness, Motley, Loadholt, Richardson & Poole, P.A. and/or Ness, Motley, P.A. has been renamed Motley Rice LLC. Please reflect this change of firm name in all future pleadings, notices and other papers served or filed in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that with regard to ZAI Claimants Marco Barbanti, Ralph Busch, Paul Price, James and Doris McMurchie, and John and Margery Prebil, all future service lists, pleadings etc, should reflect that Edward Cottingham, Jr. is the responsible attorney.

Dated: June 16, 2003                    Respectfully submitted,


/S/ Nancy Worth Davis
Nancy Worth Davis
Motley Rice LLC
Attorneys for Creditors
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9545
(843) 216-9450 (Fax)

{D0011151:1 }