IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Marla Rosoff Eskin, a member of Campbell & Levine, LLC, hereby certify that on June 16, 2003, I caused a copy of the foregoing to be served upon the attached service list via First Class U.S. Mail unless otherwise indicated.

                                       /S/ Marla Rosoff Eskin
                                       Marla Rosoff Eskin

{D0004570:1}