IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (RJN) |
| a Delaware Corporation, | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3899

Campbell & Levine, LLC hereby withdraws the document appearing at Docket No. 3899. The document is re-filed at Docket No. 3900.

CAMPBELL & LEVINE, L.L.C.

/S/ Marla R. Eskin
Marla R. Eskin (#2989)
800 King Street
Suite 300
Wilmington, DE 19801
302-426-1900

Date: June 16, 2003

{D0011166:1 }