IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 Cases |
| | ) Case Nos. 01-01139 (JJF) |
| W.R. GRACE & CO., et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

The Law Firm of Greenberg Traurig, P.A., as counsel for Mars Music, requests that it be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in these proceedings.

DATED this 12th day of June, 2003.

GREENBERG TRAURIG, P.A.
Attorneys for Mars Music
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Tel: (954) 765-0500
Fax: (954) 765-1477

By: _____
BRIAN K. GART
Florida Bar No. 381152
DAVID W. BADDLEY
Florida Bar No. 0148393

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail upon all parties on the attached Service List this 12th day of June, 2003.

By: _____
DAVID W. BADDLEY

\\ftl-srv01\GARTB\370781v01\7Y3H01!.DOC\6/11/03\25404.011300

GREENBERG TRAURIG, P.A.
POST OFFICE BOX 14036 FORT LAUDERDALE, FLORIDA 33302
401 EAST LAS OLAS BOULEVARD SUITE 2000 FORT LAUDERDALE, FLORIDA 33301   954-765-0500   FAX 954-765-1477   www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO  BOSTON  PHOENIX  WILMINGTON  LOS ANGELES  DENVER
FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE