# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 11, 2003 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#923412 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | May | Total  Comp |
|------|----------|-------------|-----|-------------|
| Neitzel, Charlotte | Partner | $    300.00 | 0.8 | $    240.00 |
| Coggon, Katheryn | Special Counsel | $    275.00 | 1.1 | $    302.50 |
| Tracy, Brent | Associate | $    240.00 | 0.2 | $     48.00 |
|  |  |  |  |  |
| **Total** |  |  | **2.10** | **590.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $            - |
| Photocopies | $      138.60 |
| Facsimiles | $            - |
| Long Distance Telephone | $        2.50 |
| Outside Courier | $            - |
| Lexis | $            - |
| Travel Expense | $            - |
| Meal Expenses | $            - |
| Federal Express | $       69.00 |
| Outside Reproduction | $       51.90 |
| Velo Binding | $        9.00 |
| Other Expense | $      196.80 |
| Color Copies | |
| **Total** | **$      467.80** |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/02/03 | CLN | Review response to FOIA and transmit to D. Kuchinsky. | 0.30 | $ 90.00 |
| 05/05/03 | BAT | E-mail exchange with KJCoggon and Brian O'Connell re return of EHS microfilm (.10); draft cover letter re same (.10). | 0.20 | 48.00 |
| 05/05/03 | TME | Prep, scan, QC, export and import correspondence, pleadings and reports (libby167) (N/C). | 0.00 | 0.00 |
| 05/12/03 | TME | Prep, scan, QC, export and import transcripts. drafts, invoices and correspondence (libby168) (N/C). | 0.00 | 0.00 |
| 05/16/03 | TME | Prep, scan, QC, export and import correspondence (libby169) (N/C). | 0.00 | 0.00 |
| 05/20/03 | KJC | Telephone conference with R. Marriam re old Lason bill. | 0.20 | 55.00 |
| 05/21/03 | KJC | Review and respond to email from S. Haines re old Lason invoice (0.10). | 0.10 | 27.50 |
| 05/27/03 | CLN | Review and transmit final ATSDR Health Assessment. | 0.50 | 150.00 |
| 05/27/03 | KJC | Telephone conference with S. Hanes re Lason billing issue (0.20); telephone conference with D. Garvey re same (.10). | 0.30 | 82.50 |
| 05/29/03 | KJC | Telephone conferences with S. Hanes and D. Garvey re Lason billing issues (0.50). | 0.50 | 137.50 |
| 05/30/03 | TME | Prep, scan, QC, export and import correspondence (libby171) (N/C). | 0.00 | 0.00 |

**Total Fees Through May 31, 2003:**    **2.10**   **$   590.50**

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 634499 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 300.00 | 0.80 | $ 240.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 1.10 | 302.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 0.20 | 48.00 |
| TME | Theresa M Enriquez | Other | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **2.10** | **$    590.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/26/03 | | Outside Reproduction: VENDOR: Center for Disease Control and Preventio; INVOICE#: CASE-030355; DATE: 2/26/2003  -  Search and Reproduction - Case No03-0355 | $    51.90 |
| 03/28/03 | | Long Distance Telephone: 5613621533, 5 Mins., TranTime:10:30 | 0.40 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003  -  Courier, Acct. 0802-0410-8. 04-17; Gary Graham Missoula, Mt | 16.05 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003  -  Courier, Acct. 0802-0410-8. 04-22; Dori Anne Kuchinsky  Leesburg, Va | 26.32 |
| 04/30/03 | | Other Expense: VENDOR: Iron Mountain CA115; INVOICE#: F824556; DATE: 4/30/2003  -  Document Storage - April 2003 | 196.80 |
| 05/02/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-24015; DATE: 5/2/2003  -  Courier, Acct. 0802-0410-8. 04-24; Dori Anne Kuchinsky Leesburg, Va | 10.31 |
| 05/02/03 | 102 | Photocopy | 15.30 |
| 05/07/03 | | Long Distance Telephone: | 2.10 |
| 05/09/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-644544; DATE: 5/9/2003  -  Courier, Acct. 0802-0410-8. 05-02; Dori Anne Kuchinsky Leesburg, Va | 16.32 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/27/03 | 31 | Photocopy | 4.65 |
| 05/27/03 | 80 | Photocopy | 12.00 |
| 05/27/03 | 711 | Photocopy | 106.65 |
| 05/28/03 | 9 | Velo Binding | 9.00 |
| | | **Total Disbursements:** | **$ 467.80** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 138.60 |
| Long Distance Telephone | | 2.50 |
| Federal Express | | 69.00 |
| Outside Reproduction | | 51.90 |
| Other Expense | | 196.80 |
| Velo Binding | | 9.00 |
| **Total Disbursements:** | **$** | **467.80** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | $ *1,095.20* |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|-------------|-----|------------|
| Brown, Linnea | Partner | $ 400.00 | 13.2 | $ 5,280.00 |
| Tuchman, Robert | Partner | $ 375.00 | 0.1 | $ 37.50 |
| Lund, Kenneth W. | Partner | $ 350.00 | 21.7 | $ 7,595.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 0.2 | $ 60.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 1.8 | $ 495.00 |
| St. Pierre, Ariela | Associate | $ 285.00 | 13.6 | $ 3,876.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 2.3 | $ 253.00 |
| Mulholland, Imelda | Law Clerk | $ 110.00 | 11.8 | $ 1,298.00 |
| | | | | |
| Total | | | 64.70 | $ 18,894.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---:|
| Parking | $ 43.00 |
| Photocopies | $ 138.15 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.30 |
| Outside Courier | $ - |
| Travel Expense | $ 389.83 |
| Federal Express | $ 176.74 |
| Other Meal Expenses | $ 94.70 |
| Lexis | $ - |
| Westlaw | $ 23.85 |
| Outside Reproduction | $ - |
| Other Expenses | $ 10.36 |
| Tab Stock | $ - |
| Color Copies | $ - |
| **Total** | **$ 876.93** |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 634499 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/13/03 | ICM | Review and cite check final Findings of Fact and prepare "pinksheets" for attorney review and hyperlinking (7.50). | 7.50 | $   825.00 |
| 04/15/03 | LB | Work on closing argument, including meeting with KJCoggon, JDMcCarthy, and EEStevenson (5.10). | 5.10 | 2,040.00 |
| 04/16/03 | LB | Prepare for closing argument, including meeting with KJCoggon, JDMcCarthy, and EEStevenson (2.50). | 2.50 | 1,000.00 |
| 04/18/03 | LB | Prepare for closing arguments, including meeting with JDMcCarthy, KJCoggon, EEStevenson, and Susan Mayer and first review of United States proposed findings (5.60). | 5.60 | 2,240.00 |
| 05/01/03 | AS | Complete research re Fed. R. App. Proc., Ninth Circuit Rules, and practice materials and revise memo re applicable procedures/timeline for appeal (4.1); prepare Rules appendix (.7); review General Orders of Ninth Circuit (.2). | 5.00 | 1,425.00 |
| 05/02/03 | AS | Revise memo re applicable procedures/timeline for appeal (1.0); draft summary of key deadlines for Appellant (.9); review materials from Ninth Circuit and prepare forms and rules appendices (2.9). | 4.80 | 1,368.00 |
| 05/02/03 | NKA | Review items from LBrown workfiles re trial preparation and possible appeal. | 0.30 | 33.00 |
| 05/05/03 | KWL | Review final briefs and closing argument exhibit list (2.00). | 2.00 | 700.00 |
| 05/05/03 | AS | Revise and finalize memo re Ninth Circuit appeal and appendices. | 3.50 | 997.50 |
| 05/06/03 | ICM | Review documents sent from Boulder office warehousing project and determine which documents are non-responsive. | 2.30 | 253.00 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/07/03 | KWL | Telephone conference with Matt Cohn re possible Grace cleanup efforts in Libby (.40); review Libby documents re EPA bankruptcy claims (3.00). | 3.40 | 1,190.00 |
| 05/08/03 | KWL | Telephone conference with Jim Freeman re meeting agenda and cleanup issues (.40); review Libby cleanup documents in preparation for EPA meeting (1.90). | 2.30 | 805.00 |
| 05/08/03 | KJC | Review 9th Circuit notebook (0.40). | 0.40 | 110.00 |
| 05/08/03 | ICM | Finalize memo to KJCoggon re 9th Circuit CERCLA issues. | 2.00 | 220.00 |
| 05/12/03 | KWL | Review EPA workplans for Libby site in preparation for Grace/EPA meeting (2.00); participate in Grace/EPA meeting re site status and ongoing remediation issues (1.20); telephone conference with B. Corcoran re debriefing from meeting and Grace action items (.30). | 3.50 | 1,225.00 |
| 05/13/03 | KWL | Review Grace appeal issues memo and ASt.Pierre procedures notebook (2.00); telephone conference with M. Cohn re ongoing remediation plans (.40); telephone conference with J. Stout re remediation issues (.30). | 2.70 | 945.00 |
| 05/13/03 | RT | Review outline of appellate deadlines. | 0.10 | 37.50 |
| 05/14/03 | KWL | Review Administrative Order on Consent received from EPA (1.80); review Grace correspondence re bankruptcy claims (.30); review B. Corcoran's draft notes summary of EPA meeting (.30). | 2.40 | 840.00 |
| 05/14/03 | KJC | Address issues re appeal (0.40). | 0.40 | 110.00 |
| 05/15/03 | KWL | Review materials received from M. Persinger (.70); telephone conference with M. Persinger re same (.30). | 1.00 | 350.00 |
| 05/16/03 | KWL | Review briefs and court order re Montana decision on state remediation claims (2.00); telephone conference with M. Grummer (Kirkland and Ellis) re same (.40). | 2.40 | 840.00 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/19/03 | KWL | Review various documents re asbestos standards and changes in scientific approach (1.30); telephone conference with B. Corcoran re ongoing case status and strategy (.70). | 2.00 | 700.00 |
| 05/19/03 | JDM | Review St. Louis Dispatch articles. | 0.20 | 60.00 |
| 05/19/03 | KJC | Address issues re appeal (1.00). | 1.00 | 275.00 |
| 05/19/03 | AS | Review rules re attorney admission to Ninth Circuit Court of Appeals. | 0.30 | 85.50 |
| 05/30/03 | NKA | Review final trial transcript for substantive errors in preparation for appeal. | 2.00 | 220.00 |

**Total Fees Through May 31, 2003:** **64.70** **$ 18,894.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 400.00 | 13.20 | $ 5,280.00 |
| RT | Robert Tuchman | Partner | 375.00 | 0.10 | 37.50 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 21.70 | 7,595.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 0.20 | 60.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 1.80 | 495.00 |
| AS | Ariela St Pierre | Associate | 285.00 | 13.60 | 3,876.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 2.30 | 253.00 |
| ICM | Imelda Mulholland | Law Clerk | 110.00 | 11.80 | 1,298.00 |

**Total Fees:** **64.70** **$ 18,894.50**

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/18/03 | | Other Meal Expense: VENDOR: Sherman, Joan L; INVOICE#: 041803; DATE: 4/18/2003 - Working dinner for one person on Sunday 4/13/03 | $ 7.25 |
| 04/18/03 | | Parking: VENDOR: Sherman, Joan L; INVOICE#: 041803; DATE: 4/18/2003 - Parking on Sunday 4/13/03 | 3.00 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-16; Robert Emmett Columbia, Md | 9.94 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-18; William Mercer Billings, Mt | 13.58 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-22; William Mercer Billings, Mt | 9.39 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-22; William Corcoran Columbia, Md | 17.97 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-22; Gary Graham Missoula, Mt | 9.54 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003 - Courier, Acct. 0802-0410-8. 04-22; Robert Emmett Columbia, Md | 17.97 |
| 05/02/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-24015; DATE: 5/2/2003 - Courier, Acct. 0802-0410-8. 04-23; Robert Emmett Columbia, Md | 10.31 |
| 05/02/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-24015; DATE: 5/2/2003 - Courier, Acct. 0802-0410-8. 04-23; William Corcoran Columbia, Md | 10.31 |
| 05/02/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-24015; DATE: 5/2/2003 - Courier, Acct. 0802-0410-8. 04-23; Gary Graham Missoula, Mt | 24.96 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 19 |
| Invoice No.: | | 634499 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/03 | | Other Meal Expense: VENDOR: Brown, Linnea; INVOICE#: 050203A; DATE: 5/2/2003 - 4/24-25/03; Trip to Missoula, Montana to attend closing arguments; dinner with Susan Mayer (two people, $21.70 each). | 43.40 |
| 05/02/03 | | Parking: VENDOR: Brown, Linnea; INVOICE#: 050203A; DATE: 5/2/2003 - 4/24-25/03; Trip to Missoula, Montana to attend closing arguments;  Airport parking. | 30.00 |
| 05/02/03 | 3 | Photocopy | 0.45 |
| 05/02/03 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 050203A; DATE: 5/2/2003 - 4/24-25/03; Trip to Missoula, Montana to attend closing arguments;  Auto Rental (two days, $30.81 per day) | 61.62 |
| 05/02/03 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 050203A; DATE: 5/2/2003 - 4/24-25/03; Trip to Missoula, Montana to attend closing arguments; Hotel (one night). | 83.15 |
| 05/02/03 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 050203A; DATE: 5/2/2003 - 4/24-25/03; Trip to Missoula, Montana to attend closing arguments; Personal auto mileage. | 17.79 |
| 05/05/03 | 3 | Photocopy | 0.45 |
| 05/05/03 | 824 | Photocopy | 123.60 |
| 05/05/03 | 2 | Photocopy | 0.30 |
| 05/07/03 | | Long Distance Telephone: 4258616028, 3 Mins., TranTime:11:57 | 0.30 |
| 05/08/03 | | Other Expense: VENDOR: Adobe Online Services; INVOICE#: 05/08/03; DATE: 4/10/03, Adobe PDF Online charge, used to create more accurate hyperlink for closing argument brief. | 10.36 |
| 05/08/03 | 7 | Photocopy | 1.05 |
| 05/09/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-644544; DATE: 5/9/2003 - Courier, Acct. 0802-0410-8. 05-02; Richard Bartelt Chicago, IL | 12.85 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/09/03 | | Other Meal Expense: VENDOR: Lund, Kenneth W; INVOICE#: 050903; DATE: 5/9/2003 - 4/7-8/03; Chicago, IL; Attend meetings with Grace representatives re Libby settlement issues, and meeting with Department of Justice, EPA, and Grace re bankruptcy issues and Libby settlement; Meals (dinner for one person - $33.82; breakfast for one person - $10.23) | 44.05 |
| 05/09/03 | | Parking: VENDOR: Lund, Kenneth W; INVOICE#: 050903; DATE: 5/9/2003 - 4/7-8/03; Chicago, IL; Attend meetings with Grace representatives re Libby settlement issues, and meeting with Department of Justice, EPA, and Grace re bankruptcy issues and Libby settlement; Tolls | 10.00 |
| 05/09/03 | 54 | Photocopy | 8.10 |
| 05/09/03 | | Travel Expense: VENDOR: Lund, Kenneth W; INVOICE#: 050903; DATE: 5/9/2003 - 4/7-8/03; Chicago, IL; Attend meetings with Grace representatives re Libby settlement issues, and meeting with Department of Justice, EPA, and Grace re bankruptcy issues and Libby settlement; Hotel (one night) | 205.67 |
| 05/09/03 | | Travel Expense: VENDOR: Lund, Kenneth W; INVOICE#: 050903; DATE: 5/9/2003 - 4/7-8/03; Chicago, IL; Attend meetings with Grace representatives re Libby settlement issues, and meeting with Department of Justice, EPA, and Grace re bankruptcy issues and Libby settlement; Personal auto mileage. | 21.60 |
| 05/13/03 | 9 | Photocopy | 1.35 |
| 05/14/03 | 13 | Photocopy | 1.95 |
| 05/16/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-710-89375; DATE: 5/16/2003 - Courier, Acct. 2542-1638-0. 05-05; Katheryn Coggon Denver, Co | 30.03 |
| 05/16/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-07242; DATE: 5/16/2003 - Courier, Acct. 0802-0410-8. 05-08; Robert Emmett Columbia, Md | 9.89 |
| 05/16/03 | 1 | Westlaw | 23.85 |
| 05/21/03 | 6 | Photocopy | 0.90 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 634499 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$    876.93** |

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 43.00 |
| Photocopy | | 138.15 |
| Long Distance Telephone | | 0.30 |
| Travel Expense | | 389.83 |
| Federal Express | | 176.74 |
| Westlaw | | 23.85 |
| Other Meal Expense | | 94.70 |
| Other Expense | | 10.36 |
| **Total Disbursements:** | **$** | **876.93** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 114,370.40* |
| | | | |
| 613444 | 11/21/02 | Bill | 740,667.63 |
| | 01/20/03 | Cash Receipt | -602,534.23 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total  Comp |
|------|----------|-------------|-----|-------------|
| Flaagan, Elizabeth K. | Partner | $      275.00 | 5.6 | $      1,540.00 |
| Coggon, Katheryn | Special Counsel | $      275.00 | 0.6 | $      165.00 |
| Haag, Susan | Paralegal | $      105.00 | 8.3 | $      871.50 |
| | | | | |
| **Total** | | | **14.50** | **$      2,576.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $      90.60 |
| Facsimiles | $      - |
| Long Distance Telephone | $      - |
| Federal Express | $      31.13 |
| Tab Stock | $      - |
| Lexis | $      - |
| Westlaw | $      - |
| Postage | $      - |
| Research Services | $      - |
| Professional Services | $    733.95 |
| **Total** | **$    855.68** |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 634499 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/03 | SH | Finalize eighth interim fee application. | 1.80 | $ 189.00 |
| 05/02/03 | EKF | Review, revise and execute eighth interim fee application and related documents. | 0.40 | 110.00 |
| 05/02/03 | SH | Compile eighth interim fee application for filing. | 1.00 | 105.00 |
| 05/08/03 | EKF | E-mails to and from KJBates re miscellaneous time entries. | 0.20 | 55.00 |
| 05/12/03 | EKF | Review and revise April invoices. | 1.80 | 495.00 |
| 05/13/03 | EKF | Review and revise April invoices. | 1.00 | 275.00 |
| 05/14/03 | SH | Format fee detail for eighth interim fee application and send to fee auditor. | 1.30 | 136.50 |
| 05/16/03 | EKF | Review proposed order approving fee applications for seventh interim period (.20). | 0.20 | 55.00 |
| 05/19/03 | EKF | Initial review of fee auditor's initial report on HRO's fee application for the eighth interim period (.30); prepare e-mail to SHaag re same (.10); begin drafting response to fee auditor's report (.50). | 0.90 | 247.50 |
| 05/19/03 | KJC | Draft response to auditor's 8th interim report (0.60). | 0.60 | 165.00 |
| 05/19/03 | SH | Locate invoices for EKFlaagan re response to fee auditor's initial report on eighth interim fee application. | 0.30 | 31.50 |
| 05/21/03 | EKF | Continue drafting response to fee auditor's eighth interim report. | 0.80 | 220.00 |
| 05/27/03 | SH | Set up April fee application charts (.50); calculate and draft April fee application (2.80). | 3.30 | 346.50 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 634499 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/03 | EKF | Review, revise and finalize monthly fee application for April 2003 (.30). | 0.30 | 82.50 |
| 05/28/03 | SH | Compile April fee application. | 0.60 | 63.00 |

**Total Fees Through May 31, 2003:** **14.50** $ **2,576.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 5.60 | $ 1,540.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.60 | 165.00 |
| SH | Susan Haag | Paralegal | 105.00 | 8.30 | 871.50 |

**Total Fees:** **14.50** $ **2,576.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/23/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 250576; DATE: 4/23/2003  -  Denver, Professional Services through March 31, 2003 | $ | 733.95 |
| 04/25/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-676-86001; DATE: 4/25/2003  -  Courier, Acct. 0802-0410-8. 04-21; Nichole Sossa Wilmington, De | | 14.81 |
| 05/02/03 | 479 | Photocopy | | 71.85 |
| 05/09/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-677-644544; DATE: 5/9/2003  -  Courier, Acct. 0802-0410-8. 05-02; Nichole Sessa Wilmington, De | | 16.32 |
| 05/19/03 | 21 | Photocopy | | 3.15 |

Holme Roberts & Owen LLP

June 16, 2003

W.R. Grace

Page          35
Invoice No.:  634499
Client  No.:  04339
Matter  No.:  00390

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/28/03 | 100 | Photocopy | 15.00 |
| 05/28/03 | 2 | Photocopy | 0.30 |
| 05/28/03 | 2 | Photocopy | 0.30 |
| | | **Total Disbursements:** | **$   855.68** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 733.95 |
| Photocopy | | 90.60 |
| Federal Express | | 31.13 |
| **Total Disbursements:** | **$** | **855.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | *$   1,333.50* |
| 613444 | 11/21/02 | Bill | 9,057.27 |
| | 01/20/03 | Cash Receipt | -7,286.47 |
| | *Outstanding Balance on Invoice 613444:* | | *$   1,770.80* |