IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Objection Deadline: July 8, 2003 at 4:00 p.m. |
| | ) | Hearing Date:   TBD only if necessary |

**SEVENTH MONTHLY FEE APPLICATION OF
WACHTELL, LIPTON, ROSEN & KATZ
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS
SPECIAL CORPORATE COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

Name of Applicant:                    Wachtell, Lipton, Rosen & Katz ("Applicant")

Authorized to Provide
Professional Services to:              The above captioned debtors and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

- 2 -

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | April 1, 2003 through April 30, 2003 (the "Seventh Fee Period") |
| Amount of Compensation sought as actual, reasonable, and necessary: | $2,643.75 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $113.72 |

This is a __XX__ monthly    ___ interim    ___ final    application.

Prior Applications filed:

| Application | Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Approved By Auditor | Expenses Approved By Auditor |
|---|---|---|---|---|---|---|
| "First Fee Application" | November 19, 2002 | April 2, 2001 – September 30, 2002 | $147,341.50 | $24,879.53 | $145,541.50[2] | $24,060.24 |
| "Second Fee Application" | April 11, 2003 | October 1, 2002 – October 31, 2002 | $1,775.00 | $87.60 | | |
| "Third Fee Application" | April 11, 2003 | November 1, 2002 – November 30, 2002 | $15,011.25 | $251.91 | | |
| "Fourth Fee Application" | April 11, 2003 | December 1, 2002 – December 31, 2002 | $19,270.50 | $771.14 | | |
| "Fifth Fee Application"[3] | April 11, 2003 | January 1, 2003 – January 31, 2003 | $743.75 | $61.13 | | |
| "Sixth Fee Application" | May 9, 2003 | March 1, 2003 – March 31, 2003 | $4,504.25 | 631.74 | | |

---

[2] The Fee Auditor filed the Fee Auditor's Final Report Regarding Fee Application of Wachtell, Lipton, Rosen & Katz for the Sixth Interim Period, dated February 11, 2003, in which the Auditor recommended reduction of Applicant's fees and expenses as set forth in the Table. Applicant received two checks from the Debtors totaling $169,602.14, which is .40 more than recommended by the fee auditor.

[3] Applicant determined not to file for time spent during the month of February, 2003. Such time was spent rectifying certain delays with filing fee applications. In respect to time spent drafting fee applications, Applicant is requesting fees incurred only with respect to those fee applications actually filed, as set forth more fully in Exhibit A hereof.

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Harold S. Novikoff | Creditors Rights Partner since 1981/ 28 years at Applicant/ admitted to Bar in 1976 | $675 | 1.70 | $1,147.50 |
| Beth M. Polebaum | Independent Contractor[4]/ admitted to Bar in 1984 | $300 | 3.80 | $1,140.00 |
| Robinson Strauss | Paralegal/ 3 years at Applicant | $125 | 2.85 | $356.75 |
| | Total: | | 8.35 | $2,643.75 |
| | Blended Rate: | | | $316.62 per hour |

Contemporaneous time records of all such professionals are attached hereto as Exhibit A.

**COMPENSATION BY PROJECT CATEGORY**
**April 1, 2003 through April 30, 2003**

| Project Category | Total Hours | Total Fees Requested | Total Disbursements Requested |
|---|---|---|---|
| 11 – Fee Applications, Applicant | 6.95 | $1,698.75 | $113.72 |
| 15 – Litigation and Litigation Consulting | 1.40 | $945.00 | $00.00 |

---

[4] Ms. Polebaum was formerly associated with Applicant for three years and has been engaged by Applicant as an independent contractor on a matter by matter basis for an additional three years.

- 4 -

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating/Scanning Imaging | | 1.80 |
| Duplicating | | 5.55 |
| Duplicating/Doc Boundries | | 0.40 |
| Meals—Paralegals | Island Burgers and Shakes | 11.22 |
| O/S Obtain Court Documents | Pacer LEXIS Courtlink | 94.75 |
| **TOTAL** | | **$113.72** |

Expense details are attached hereto as Exhibit B.

Dated: New York, New York
June 3, 2003

WACHTELL, LIPTON, ROSEN & KATZ

By /s/ Harold S. Novikoff
Harold S. Novikoff
A Member of the Firm
51 West 52nd Street
New York, New York 10019
(212) 403-1000

Special Corporate Counsel to the Debtors

## VERIFICATION

STATE OF NEW YORK  )
                                   ) ss.:
COUNTY OF NEW YORK )

Harold S. Novikoff, after being duly sworn according to law, deposes and says:

1. I am a member of the applicant firm, Wachtell, Lipton, Rosen & Katz ("Wachtell, Lipton").

2. I have personally performed some of the legal services rendered by Wachtell, Lipton, and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Wachtell, Lipton, as special corporate counsel to the Debtors.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

_____
Harold S. Novikoff

SWORN and SUBSCRIBED
before me this 3rd day of June, 2003.

_____
NOTARY PUBLIC
JEAN NEILS
Notary Public, State of New York
No. 01NE4640899
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 30, 20 05

_____
Notary Public, State of New York
No. _____
Qualified in _____ County
Commission Expires _____

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[2] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Objection Deadline: July 8, 2003 at 4:00 p.m. |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE SEVENTH MONTHLY
FEE APPLICATION OF WACHTELL, LIPTON,
ROSEN & KATZ FOR THE PERIOD FROM
APRIL 1, 2003 THROUGH APRIL 30, 2003**

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.