# Exhibit A

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/01/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | Follow-up on fee applications. | 03901-0007 | 1816228 |
| 2 | | | | | | | | |
| 3 | 04/01/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | continued Editing & revising of 10/02 to 2/02 | 03901-0007 | 1825601 |
| 4 | | | | | | Fee apps/exhibits. | | |
| 5 | | | | | | | | |
| 6 | 04/02/2003 | 2258 | Robinson Strauss | 0.50 | 62.50 | emails to SD re: HSN changes to 10/02 through | 03901-0007 | 1831076 |
| 7 | | | | | | 2/02 Fee apps/exhibits (.1); edited,reviewed | | |
| 8 | | | | | | time entry charts/fee app descriptions per HSN | | |
| 9 | | | | | | and distributed revised copies for HSN's | | |
| 10 | | | | | | signature (.4). | | |
| 11 | | | | | | | | |
| 12 | 04/07/2003 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | Review fee apps. | 03901-0007 | 1829074 |
| 13 | | | | | | | | |
| 14 | 04/07/2003 | 2258 | Robinson Strauss | 0.65 | 81.25 | Organized and revised time/expense exhibits | 03901-0007 | 1841359 |
| 15 | | | | | | with executed Fee Applications; prepartion of | | |
| 16 | | | | | | documents and distribution of fee apps (and | | |
| 17 | | | | | | email) to co-counsel for filing. Review of | | |
| 18 | | | | | | docket. Organized case files. | | |
| 19 | | | | | | | | |
| 20 | 04/11/2003 | 2258 | Robinson Strauss | 0.10 | 12.50 | Review of docket; email to co-counsel. | 03901-0007 | 1841361 |
| 21 | | | | | | | | |
| 22 | 04/15/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Request time details for March fee application. | 03901-0007 | 1819653 |
| 23 | | | | | | | | |
| 24 | 04/18/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Reviewed docket; acquired case filings; Edited | 03901-0007 | 1841365 |
| 25 | | | | | | electronic versions of fee apps. | | |
| 26 | | | | | | | | |
| 27 | 04/19/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | March fee application. | 03901-0007 | 1819658 |
| 28 | | | | | | | | |
| 29 | 04/21/2003 | 0663 | Beth Polebaum | 1.00 | 300.00 | Draft March fee application. | 03901-0007 | 1819664 |
| 30 | | | | | | | | |
| 31 | 04/22/2003 | 0663 | Beth Polebaum | 2.30 | 690.00 | Draft March fee application. | 03901-0007 | 1824280 |
| 32 | | | | | | | | |
| 33 | 04/22/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Reviewed docket; Edited and reviewed March Fee | 03901-0007 | 1841368 |
| 34 | | | | | | application. | | |
| 35 | | | | | | | | |
| 36 | 04/25/2003 | 2258 | Robinson Strauss | 0.20 | 25.00 | Revised and distributed March Fee application | 03901-0007 | 1841372 |
| 37 | | | | | | to HSN for approval. | | |
| 38 | | | | | | | | |
| 39 | 04/30/2003 | 2258 | Robinson Strauss | 0.50 | 62.50 | organization and distribution of March Fee | 03901-0007 | 1841373 |
| 40 | | | | | | application to co-counsel; email to S.D., B.P., | | |
| 41 | | | | | | co-counsel. Edited electronic version of fee | | |
| 42 | | | | | | application for auditor. | | |
| 43 | | | | | | | | |
| 44 | | | | UNBILLED TOTALS:  WORK: | 6.95 | 1,698.75 | 14 records | | |
| 45 | | | | UNBILLED TOTALS:  BILL: | 6.95 | 1,698.75 | | | |
| 46 | | | | | | | | |
| 47 | | | | GRAND TOTALS:  WORK: | 6.95 | 1,698.75 | 14 records | | |
| 48 | | | | GRAND TOTALS:  BILL: | 6.95 | 1,698.75 | | | |

Matter Number:          03901-1005
Matter Description:     POST- PETITION        ORPORATE GOVERNANCE
Report Description: **Unbilled Recap of Time  [06/02/2003 10:31:26 AM]**

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| | 04/25/2003 | 0224 | Harold S. Novikoff | 0.60 | 405.00 | Review D&O insurance issues. | 03901-1005 | 1829159 |
| | | | | | | | | |
| | 04/28/2003 | 0224 | Harold S. Novikoff | 0.80 | 540.00 | Conf. call re indemnification issues. | 03901-1005 | 1829168 |
| | | | | | | | | |
| | | | UNBILLED TOTALS:   WORK: | 1.40 | 945.00 | 2 records | | |
| | | | UNBILLED TOTALS:   BILL: | 1.40 | 945.00 | | | |
| | | | | | | | | |
| | | | GRAND TOTALS:   WORK: | 1.40 | 945.00 | 2 records | | |
| | | | GRAND TOTALS:   BILL: | 1.40 | 945.00 | | | |