## **Exhibit B**

Matter Number:         003901-0007                                                                                   Page 1
Matter Description:    FEE APPLICATION TIME
Report Description: Unbilled Recap of Cost  [05/23/2003 4:38:15 PM]

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 03/31/2003 | XXSH | Susan Hesse | 065 | 1.00 | 78.58 | 78.58 | O/S Obtain Court Documents - Vendor:PACER |
| | | | | | | | BILLING CENTER |
| | | Voucher=317874 Paid | | | | | Vendor=PACER BILLING CENTER  Balance=.00  Amount=1606.15 |
| | | | | | | | |
| 03/31/2003 | XXSH | Susan Hesse | 065 | 1.00 | 16.17 | 16.17 | O/S Obtain Court Documents - Vendor:LEXISNEXIS |
| | | | | | | | COURTLINK |
| | | Voucher=317935 Paid | | | | | Vendor=LEXISNEXIS COURTLINK  Balance=.00  Amount=5066.47 |
| | | | | | | | |
| 04/07/2003 | 2258 | Robinson Strauss | 036 | 1.00 | 11.22 | 11.22 | 3580648 |
| | | | | | | | 04/07/0020 |
| | | | | | | | Island Burgers and Shakes (Max |
| | | | | | | | Order by -Strauss Robinson |
| | | Voucher=317222 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS  Balance=.00  Amou |
| | | | | | | | |
| 04/25/2003 | 2258 | Robinson Strauss | 010 | 10.00 | 0.16 | 1.60 | Duplicating |
| | | | | | | | |
| 04/30/2003 | 2258 | Robinson Strauss | 009 | 9.00 | 0.20 | 1.80 | Duplicating/Scanning Imaging |
| | | | | | | | |
| 04/30/2003 | 2258 | Robinson Strauss | 011 | 1.00 | 0.40 | 0.40 | Duplicating/Doc Boundries |
| | | | | | | | |
| 04/30/2003 | 2258 | Robinson Strauss | 010 | 27.00 | 0.16 | 4.32 | Duplicating |
| | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 114.09 | 7 records |
| | | UNBILLED TOTALS:  BILL: | | | | 113.72 | |
| | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 114.09 | 7 records |
| | | GRAND TOTAL:   BILL: | | | | 113.72 | |

Matter Number:         003901-0007
Matter Description:    FEE APPLICATION TIME
Report Description: Unbilled Recap of Cost  [05/23/2003 4:38:15 PM]