IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 8, 2003 at 4:00 p.m. |
| | : | Hearing Date: to be scheduled if necessary |

**SUMMARY COVERSHEET TO TWENTY-FIFTH INTERIM FEE APPLICATION
OF PITNEY, HARDIN, KIPP & SZUCH LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR APRIL 1, 2003 THROUGH APRIL 30, 2003**

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **April 1, 2003 – April 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$21,507.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$370.10** |

This is a: **X** monthly ___ quarterly interim ___ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

91100-001\DOCS_DE:47806.1
10457744A01 06/18/03
06/18/03 11:05 AM

-1-

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

|  |  | REQUESTED |  | APPROVED |  |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |

4

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 27, 2002 #3084 & #3087 Order filed 3/14/03; #3511 | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order singed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20) | Approved @ 100% |
| February 14, 2003 Pending (Hearing 6/17/03) | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Pending | Pending |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 (Objections due 6/17/03) | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Pending | Pending |
| June 3, 2003 #3864 (Objections due 6/23/03) | 1/1/03 – 3/31/03 | $102,028.00 | $10,873.52 | Pending | Pending |
| Pending | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Pending | Pending |

5

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 450.00 | 1.5 | $675.00 |
| Robert G. Rose | 1974 | 385.00 | 13.5 | $5,197.50 |
| Scott A. Zuber | 1987 | 340.00 | 0.2 | $68.00 |
| William S. Hatfield | 1993 | 275.00 | 41.6 | $11,440.00 |
| **ASSOCIATES** | | | | |
| Kristen M. Jasket | 2000 | 180.00 | 2.5 | $450.00 |
| Sunny S. Kim | 2003 | 160.00 | 9.3 | $1,488.00 |
| **PARAPROFESSIONALS** | | | | |
| Sandra Purrington | N/A | 110.00 | 19.9 | $2,189.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period April 1, 2003 through April 30, 2003** | | | **Total Hours** | $21,507.50 |

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**APRIL 1, 2003 THROUGH APRIL 30, 2003**

| TYPE OF EXPENSE | |
|---|---|
| Duplicating | $356.44 |
| Postage | $5.92 |
| PD UPS TO WILMINGTON DE; KMJ; Inv. No. 00000A319E113 | $7.74 |
| **Grand Total Expenses for the Fee Period April 1, 2003 through April 30, 2003** | **$370.10** |

| COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD | | | |
|---|---|---|---|
| PROJECT CATEGORIES | Total of April 2, 2001 - March 31, 2003 | Total of April 1, 2003 - April 30, 2003 | Total of Aprl 2, 2002 - April 30, 2003 |
| 01 - Asset Analysis and Recovery | $ 3,888.50 | | $ 3,888.50 |
| 02 - Asset Disposition | $ 13,881.00 | | $ 13,881.00 |
| 03 - Business Operations | $ 88,658.50 | | $ 88,658.50 |
| 04 - Case Administration | $ 174,566.10 | $ 4,307.00 | $ 178,873.10 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | $ 6,449.00 | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | $ 1,830.00 | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | | |
| 09 - Employment Applications, Applicant | | | |
| 10 - Employment Applications, Others | | | |
| 11 - Fee Applications, Applicant | $ 53,614.50 | $ 450.00 | $ 54,064.50 |
| 12 - Fee Applications, Others | $ 1,179.00 | | $ 1,179.00 |
| 13 - Financing | $ 201.00 | | $ 201.00 |
| 14 - Hearings | $ 72,325.50 | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting. | $ 838,179.60 | $ 16,750.50 | $ 854,930.10 |
| 16 - Plan and Disclosure Statement | $ 41,393.00 | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | $ 185.50 | | $ 185.50 |
| 18 - Tax Issues | $ 4,247.00 | | $ 4,247.00 |
| 19 - Tax Litigation | | | |
| 20 - Travel – Non Working | | | |
| 21 - Valuation | | | |
| 22 - ZAI Science Trial | | | |
| 23 - ZAI Science Trial – Expenses | | | |
| 24 - Other | $ 5,490.00 | | $ 5,490.00 |
| 25 - Accounting/Auditing | | | |
| 26 - Business Analysis | | | |
| 27 - Corporate Finance | | | |
| 28 - Data Analysis | | | |
| TOTAL - FEES | $ 1,306,088.20 | $ 21,507.50 | $ 1,327,595.70 |
| TOTAL - EXPENSES | $ 181,880.76 | $ 370.10 | $ 182,250.86 |
| | | | |
| TOTAL FEES AND EXPENSES | $ 1,487,968.96 | $ 21,877.60 | $ 1,509,846.56 |

7

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 8, 2003 at 4:00 p.m. |
| | : | Hearing Date: to be scheduled if necessary |

**FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S
TWENTY-FIFTH MONTHLY FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1