# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/03 | | Attend to site issues and forward information to client. | | |
| | 4 | W. Hatfield | 0.3 | 82.50 |
| 04/04/03 | | Address and review new case on attorneys fees issues for Grace application for trial and post trial fees. | | |
| | 15 | W. Hatfield | 0.5 | 137.50 |
| 04/07/03 | | Follow up with W. Hatfield regarding issues and hearing. | | |
| | 4 | A. Marchetta | 0.2 | 90.00 |
| 04/08/03 | | Address post-trial issues. | | |
| | 4 | W. Hatfield | 0.2 | 55.00 |
| 04/10/03 | | Fax information to client on cleanup. | | |
| | 4 | W. Hatfield | 0.4 | 110.00 |
| 04/11/03 | | Call to Weja counsel on motion for reconsideration response. | | |
| | 4 | W. Hatfield | 0.2 | 55.00 |
| 04/14/03 | | Address site cleanup issues and forward information to client. | | |
| | 4 | W. Hatfield | 0.4 | 110.00 |
| 04/15/03 | | Address case issues regarding pending motions. | | |
| | 4 | W. Hatfield | 0.4 | 110.00 |
| 04/15/03 | | Memos to R. Rose on scheduling issues and motion papers. | | |
| | 4 | W. Hatfield | 0.3 | 82.50 |
| 04/15/03 | | Call with and address W. Crowther, Esq., counsel for defendant, on Weja's request for copies of trial exhibits and motion issues. | | |
| | 4 | W. Hatfield | 0.5 | 137.50 |
| 04/15/03 | | Memo to and direct S. Purrington on trial exhibits and motion issues. | | |
| | 4 | W. Hatfield | 0.2 | 55.00 |
| 04/15/03 | | Review file for documents as requested by W. Hatfield. | | |
| | 4 | S. Purrington | 0.5 | 55.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/16/03 4 | Address UST registration issues. | W. Hatfield | 0.4 | 110.00 |
| 04/17/03 15 | Address Weja request for trial exhibits and prepare letter to Wendy Crowther on same. | W. Hatfield | 0.7 | 192.50 |
| 04/23/03 15 | Review and analyze Weja opposition to Grace's motion for reconsideration. | W. Hatfield | 2.6 | 715.00 |
| 04/23/03 4 | Emails regarding meeting. | A. Marchetta | 0.3 | 135.00 |
| 04/23/03 15 | Research work in response to Weja opposition motion on reconsideration. | W. Hatfield | 2.4 | 660.00 |
| 04/24/03 4 | Attend to research and outline response to Weja opposition on motion for reconsideration. | W. Hatfield | 1.3 | 357.50 |
| 04/24/03 15 | Review Weja brief in opposition to motion for reconsideration and discuss reply brief with B. Hatfield. | R. Rose | 2.8 | 1,078.00 |
| 04/24/03 15 | Work on brief and reply to Motion for Reconsideration. | W. Hatfield | 3.0 | 825.00 |
| 04/24/03 4 | Work with W. Hatfield regarding reconsideration motion issues. | A. Marchetta | 0.5 | 225.00 |
| 04/24/03 4 | Review file for trial exhibits as requested by W. Hatfield. | S. Purrington | 0.8 | 88.00 |
| 04/25/03 15 | Address and draft reply brief for motion for reconsideration. | W. Hatfield | 8.9 | 2,447.50 |
| 04/25/03 4 | Call with Grace counsel on status of litigation and Jersey City site and discuss motion for reconsideration issues. | W. Hatfield | 0.4 | 110.00 |
| 04/25/03 15 | Review and edit initial draft of reply brief. | R. Rose | 3.8 | 1,463.00 |
| 04/25/03 | Research and review New Jersey case law regarding underground storage tanks as trade fixtures. | | | |

3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 15 | | S. Kim | 9.3 | 1,488.00 |
| 04/25/03 4 | Confer with W. Hatfield regarding reply to Defendant's Brief in opposition to motion for reconsideration. | S. Purrington | 0.5 | 55.00 |
| 04/25/03 4 | Review trial testimony and exhibits for cites requested by W. Hatfield for preparation of reply brief. | S. Purrington | 3.7 | 407.00 |
| 04/26/03 15 | Discuss revisions to reply brief with W. Hatfield. | R. Rose | 0.5 | 192.50 |
| 04/26/03 15 | Revise reply brief for motion for reconsideration. | W. Hatfield | 6.5 | 1,787.50 |
| 04/26/03 4 | Prepare W. Hatfield Certification and exhibits for reply brief in support of motion for reconsideration as requested by W. Hatfield. | S. Purrington | 4.5 | 495.00 |
| 04/27/03 15 | Attend to reply brief arguments, citations and certification for reply brief. | W. Hatfield | 6.0 | 1,650.00 |
| 04/27/03 15 | Review, edit and revise second draft of reply brief. | R. Rose | 2.3 | 885.50 |
| 04/27/03 4 | Prepare W. Hatfield Certification and exhibits for reply brief in support of motion for reconsideration as requested by W. Hatfield. | S. Purrington | 2.8 | 308.00 |
| 04/27/03 4 | Prepare cites for reply brief in support of motion for reconsideration as requested by W. Hatfield. | S. Purrington | 1.2 | 132.00 |
| 04/28/03 15 | Attend to final revisions of reply brief and certification and filing of same. | W. Hatfield | 3.9 | 1,072.50 |
| 04/28/03 15 | Review, edit and revise final draft of reply brief and discuss same with W. Hatfield. | R. Rose | 2.3 | 885.50 |
| 04/28/03 4 | Finalize W. Hatfield Certification and exhibits. | S. Purrington | 3.2 | 352.00 |
| 04/28/03 | Prepare reply brief and papers in support of motion for reconsideration for filing. | | | |

4

| | | | | |
|---|---|---|---|---|
| 4 | S. Purrington | | 2.7 | 297.00 |
| 04/29/03 | Prepare outline for oral argument on Grace's Motion for Reconsideration. | | | |
| 15 | W. Hatfield | | 0.9 | 247.50 |
| 04/30/03 | Review papers and prepare outline for reconsideration argument. | | | |
| 15 | W. Hatfield | | 1.2 | 330.00 |
| 04/30/03 | Review motion papers for reconsideration in preparation for hearing. | | | |
| 15 | R. Rose | | 1.8 | 693.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 41.60 | 275.00 | 11,440.00 |
| A. Marchetta | 1.00 | 450.00 | 450.00 |
| R. Rose | 13.50 | 385.00 | 5,197.50 |
| S. Kim | 9.30 | 160.00 | 1,488.00 |
| S. Purrington | 19.90 | 110.00 | 2,189.00 |
| TOTALS | 85.30 | | 20,764.50 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 13.5 | 385.00 | 5,197.50 |
| A. Marchetta | 4 | 1.0 | 450.00 | 450.00 |
| W. Hatfield | 4 | 5.0 | 275.00 | 1,375.00 |
| | 15 | 36.6 | 275.00 | 10,065.00 |
| S. Kim | 15 | 9.3 | 160.00 | 1,488.00 |
| S. Purrington | 4 | 19.9 | 110.00 | 2,189.00 |
| TOTAL | | 85.3 | | 20,764.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 04/01/03 | Receipt and review of CNO for December 2002 and forwarded same to R. Rosen and S. Zuber. | | | |
| 18 | K. Jasket | | 0.2 | 36.00 |
| 04/02/03 | Follow up with K. Jasket regarding invoices to client. | | | |
| 14 | A. Marchetta | | 0.2 | 90.00 |
| 04/02/03 | Review docket. | | | |
| 18 | K. Jasket | | 0.2 | 36.00 |
| 04/02/03 | Revised February 2003 fee application to reflect recent docket activity. | | | |
| 18 | K. Jasket | | 0.3 | 54.00 |
| 04/02/03 | Reviewed correspondence to J. Port and conferred with R. Rosen regarding same. | | | |
| 18 | K. Jasket | | 0.3 | 54.00 |
| 04/03/03 | Revised February 2003 fee application. | | | |
| 18 | K. Jasket | | 1.0 | 180.00 |
| 04/08/03 | Follow up regarding fee issues and backup. | | | |
| 14 | A. Marchetta | | 0.3 | 135.00 |
| 04/08/03 | Receipt and review of fee auditor's final report regarding 7th Interim Period and forward to A. Marchetta and S. Zuber. | | | |
| 18 | K. Jasket | | 0.3 | 54.00 |
| 04/09/03 | Review Fee Auditor's final report regarding PHK&S's Seventh Interim fee application. | | | |
| 14 | S. Zuber | | 0.2 | 68.00 |
| 04/18/03 | Receipt and review of CNO for January 2003 fee application and forwarded same to A. Marchetta and S. Zuber. | | | |
| 18 | K. Jasket | | 0.2 | 36.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| S. Zuber | 0.20 | 340.00 | 68.00 |
| K. Jasket | 2.50 | 180.00 | 450.00 |
| TOTALS | 3.20 | | 743.00 |

6

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| S. Zuber | 4 | 0.2 | 340.00 | 68.00 |
| K. Jasket | 11 | 2.5 | 180.00 | 450.00 |
| TOTAL | | 3.2 | | 743.00 |