IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 8, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

June 12, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    695

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 04/01/03 | BJB | Continue cite checking Grace draft proposed Findings of Fact pages 68-90 (5.2); research trial testimony of Ross for pertinent statements on deed restrictions and institutional controls (.8); conference with Mr. Hughes re same (.2); collect and prepare pertinent case for Mr. Hughes (.3). | | 6.50 |
| 04/01/03 | CHM | Review ICO initial findings of fact (3.2). | | 3.20 |
| 04/01/03 | CHM | Travel to NJ for working session at Carella Byrne (2.1). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | | 1.80 |
| 04/01/03 | MLW | Preparation of conclusions of law, regarding ECARG's abnormally dangerous cross-claim against Honeywell (6.5). | | 6.50 |
| 04/01/03 | WFH | Review Honeywell's and ICO's draft Findings of Fact and confer with Messrs. Marraro and Agnello re same (5.2); legal research in support of proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and work on draft of same.(4.6). | | 9.80 |

Case 01-01139-AMC    Doc 3913-1    Filed 06/18/03    Page 3 of 17

Page    2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/02/03 | WFH | Follow-up factual research re proposed Findngs of Fact (3.3); legal research in support of proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and work on draft of same (7.3). | 10.60 |
| 04/02/03 | BJB | Conference with Mr. Hughes (.3); research Westlaw, download and prepare pertinent CERCLA case for Mr. Hughes (.3); conference with Ms. Campbell re preparation of Honeywell admitted exhibits for attorneys re Honeywell's Findings of Fact (.4); continue cite checking admitted ICO and Grace exhibits and trial testimony citations in Grace Defendants' Findings of Fact section on imminent and substantial endangerment to the environment (6.0); collect pertinent electronic files and prepare email to Mr. Hughes (.4). | 7.40 |
| 04/02/03 | ACZ | Research for Mr. Hughes on various NJ common-law issues for purposes of drafting legal conclusions (3.7). | 3.70 |
| 04/02/03 | CHM | Working session in NJ at Carella Byrne on findings of fact (9.0). | 9.00 |
| 04/02/03 | CHM | Travel to DC from NJ (2.3). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 2.00 |
| 04/02/03 | MLW | Preparation of conclusions of law regarding ECARG's abnormally dangerous cross-claim/strict liability allegations against Honeywell (7.2). | 7.20 |
| 04/03/03 | ACZ | Research NJ law on common law issues and draft findings re same (3.8). | 3.80 |
| 04/03/03 | CHM | Review Honeywell's draft findings (2.8); begin to check accuracy of Honeywell draft findings (6.4); conference with client (.4). | 9.60 |
| 04/03/03 | MLW | Preparation of conclusions of law regarding common law issues (9.2). | 9.20 |
| 04/03/03 | WFH | Revisions to Findings of Fact (1.4); legal research in support of proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and work on draft of same.(8.3). | 9.70 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/03 | BJB | Continue to cite check Honeywell draft proposed Findings of Fact #s 393 -435 (6.5); proof and prepare scanned ICO pre-trial findings for Mr. Hughes (1.9); prepare email message and trial testimony to environmental expert for Mr. Marraro (.4); research Westlaw and Chemical Waste Litigation Reporter for pertinent caselaw re RCRA deposal issue for Mr. Hughes (2.8). | 11.60 |
| 04/04/03 | CHM | Work on determining accuracy of Honeywell findings of fact (6.4); work with experts re Walters FOF (2.2). | 8.60 |
| 04/04/03 | MLW | Continued preparation of conclusions of law regarding ECARG's continuing tort issues and non-New Jersey authority pertaining to abnormally dangerous cross-claim against Honeywell (7.7). | 7.70 |
| 04/04/03 | WFH | Legal research in support of proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and work on draft of same (8.4). | 8.40 |
| 04/05/03 | CHM | Work on determining accuracy of Honeywell's findings (5.5). | 5.50 |
| 04/05/03 | WFH | Legal research in support of proposed Conclusions of Law and work on draft of same (8.8). | 8.80 |
| 04/06/03 | CHM | Work on updating Grace's findings of fact (4.5). | 4.50 |
| 04/06/03 | WFH | Legal research in support of proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and work on draft of same (9.7). | 9.70 |
| 04/07/03 | BJB | Research Westlaw, verify statute citations for pertinent RCRA definitions, download and prepare email message to Mr. Hughes (.5); collect and coordinate CERCLA allocation cases and prepare messenger package to Mr. Hughes (.5); research Westlaw for pertinent RCRA disposal issue case law for Mr. Hughes (4.8); respond to telephone inquiry from Dr. Von Middlesworth (.3); research Grace admitted exhibits for pertinent ground water data report, collect and prepare fax to Dr. Von Middlesworth (.5); research Honeywell exhibits, collect, coordinate and prepare pertinent exhibit for Mr. Marraro (.3); cite check Honeywell draft proposed Findings of Fact # 435 & 436 for Mr. Marraro (2.6). | 9.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/07/03 | CHM | Review draft conclusions of law and comment (4.5); work on findings of fact (5.2). | 9.70 |
| 04/07/03 | MLW | Preparation of Conclusions of Law regarding law governing potential applicability of third-party beneficiary doctrine (8.1). | 8.10 |
| 04/08/03 | BJB | Conference with Ms. Bynum re preparation of admitted exhibits for submission to court (.2); cite check Grace draft proposed conclusions of law citations on Lexis and Westlaw (5.8); conference with Mr. Hughes re same (.3); telephone conference with Messrs. Marraro and Agnello re preparation of Grace admitted exhibits for submission to Court this week (.3); research production database and CDs of trial exhibits for pertinent missing pages for Messrs. Marraro and Agnello (1.0); prepare fax re same (.4). | 8.00 |
| 04/08/03 | CHM | Travel to and from Newark (4.2). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 3.70 |
| 04/08/03 | CHM | Work on findings of fact and conclusions of law at Carella Byrne (9.2). | 9.20 |
| 04/08/03 | MLW | Analysis of remedies which may be awarded by Judge Cavanaugh regarding Grace's common law tort claims against Honeywell (4.4). | 4.40 |
| 04/08/03 | MLW | Research continuing tort doctrine to common law tort claim predicated on alleged negligence in failure to warn (3.3). | 3.30 |
| 04/08/03 | NAB | Prepare Chamber's copy of Grace Defendant's admitted exhibits (5.4). | 5.40 |
| 04/08/03 | WFH | Revised proposed Conclusions of Law re RCRA, CERCLA, Spill Act, common law and License Agreement claims and legal research in support of same (9.6). | 9.60 |
| 04/09/03 | BJB | Incorporate corrections into Grace's draft proposed Findings of Fact #s 514 - 663 and prepare email with redlined draft to co-counsel in New Jersey (5.5); prepare email of same to case attorneys (.3); respond to telephone inquiry from Ms. Flax (.1); research and resolve issue re Honeywell's proposed Findings of Fact and prepare email of results to Mr. Marraro | 7.50 |

|  |  |  |  |
|---|---|---|---|
|  |  | (.5); telephone plaintiffs' counsel re filing of joint exhibits (.2); conference with Mr. Marraro re Honeywell exhibit (.1); conference with Mr. Hughes re legal research request (.2); research case files and collect pertinent legal research documents for Mr. Hughes (.3); prepare email and attachments to Dr. Schmiermund for Mr. Hughes (.3). |  |
| 04/09/03 | CHM | Work on conclusions of law (5.4); work on response to ICO's findings of fact (3.8). | 9.20 |
| 04/09/03 | MLW | Continued research on common law tort claim predicated on alleged negligence in failure to warn (6.4). | 6.40 |
| 04/09/03 | NAB | Prepare Chamber's copy of Grace Defendant's admitted exhibits (5.2). | 5.20 |
| 04/09/03 | WFH | Conferences with Mr. Marraro re Conclusions of Law and revisions to RCRA sections (1.4); legal research in support of proposed RCRA COL (2.3); factual research re revisions to RCRA COL (1.6); re-draft RCRA COL (3.4); prepare revised draft of proposed COL on all issues for review by Messrs. Agnello and Marraro at 4/10 meeting (4.9). | 13.60 |
| 04/10/03 | WFH | Conferences with Messrs. Agnello and Marraro re Conclusions of Law and revisions to same (1.2); prepare re-draft of Conclusions of Law for review by Messrs. Agnello and Marraro on 4/11 (13.5). | 14.70 |
| 04/10/03 | BJB | Complete preparation of results of review and revisions from cross reference of Honeywell's draft proposed Findings of Fact and admitted trial exhibits and testimony citations (5.2); review, quality check, and cross-reference all binders of original exhibits 1-1323 against the admitted exhibits list for submission to the Court (3.8). | 9.00 |
| 04/10/03 | CHM | Travel to NJ (2.2). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 1.90 |
| 04/10/03 | CHM | Work on conclusions of law at Carella Byrne (9.0). | 9.00 |
| 04/10/03 | MLW | Research regarding potential arguments pertaining to ownership of site and defenses available under New Jersey Spill Act regarding potential additional proposed conclusions of law (6.5). | 6.50 |

| | | | |
|---|---|---|---|
| 04/10/03 | MM | Telephone conference with Mr. Hughes re reviewing Grace admitted trial exhibits re verifying various information (.1); review Grace admitted trial exhibits re same (1.1). | 1.20 |
| 04/10/03 | NAB | Prepare Chamber's copy of Grace Defendant's admitted exhibits (6.5). | 6.50 |
| 04/10/03 | RLS | Research and draft definitions for Hazard Index and Environmentally Sensitive Area for Findings of Fact and Conclusions of Law (6.5). | 6.50 |
| 04/11/03 | BJB | Review all proposed Findings of Fact, identify and/or verify exhibit and trial testimony citations, and insert same into draft Findings of Fact as appropriate for Mr. Marraro (2.8); cross reference draft Findings of Fact against Grace admitted exhibits list and identify all exhibits not cited in the draft for Messrs. Marraro and Agnello (4.2); proof, quality check and revise draft list of exhibits not cited and email to co-counsel for Mr. Marraro (1.3). | 8.30 |
| 04/11/03 | CHM | Work on conclusions of law (6.8); conference with client (.5); conference with ICO re draft order (.5). | 7.80 |
| 04/11/03 | CHM | Travel to DC from Newark NJ (1.9). (Note: Travel time billed at 50%; 10% here and 40% at end of statement). | 1.70 |
| 04/11/03 | MLW | Continued research regarding potential arguments pertaining to ownership of site and defenses available under New Jersey Spill Act and conference with C. Marraro regarding potential additional proposed conclusions of law (6.6). | 6.60 |
| 04/11/03 | NAB | Cross reference the findings of fact against the Grace Admitted Exhibits List and identify all Exhibits which were not cited to in the proposed findings of fact (5.0). | 5.00 |
| 04/11/03 | RLS | Research CERCLA and NJ state law definitions for Findings of Fact and Conclusions of Law (4.8). | 4.80 |
| 04/11/03 | WFH | Conferences with Messrs. Agnello and Marraro re Conclusions of Law (.8); work on proposed Conclusions of Law re RCRA, common law, CERCLA, Spill Act and License Agreement remedies and legal research re same (4.1); review/revise draft Conclusions of Law and work on | 12.30 |

| | | | |
|---|---|---|---:|
| | | red-lined draft for review by Messrs. Agnello and Marraro (7.4). | |
| 04/12/03 | WFH | Finalize re-draft of Conclusions of Law for review by Messrs. Agnello and Marraro (10.8). | 10.80 |
| 04/13/03 | WFH | Revise conclusions of law and confer with Mr. Marraro re same (2.2); review selected RCRA cases in connection with proposed conclusions of law (1.1). | 3.30 |
| 04/13/03 | CHM | Work on conclusions of law (7.0). | 7.00 |
| 04/13/03 | RLS | Proofread Findings of Fact and Conclusions of Law (6.0). | 6.00 |
| 04/14/03 | BJB | Identify appropriate Findings of Fact and insert in draft proposed Conclusions of Law for Mr. Marraro and prepare for faxing to co-counsel's office (2.7); cross reference, check and verify citations to the Findings of Fact previously cited in the draft Conclusions of Law for Mr. Marraro (1.8); conference with Mr. Marraro and Ms. Campbell re same (.4); respond to telephone inquiry from Ms. Compose in New Jersey (.3); assist Messrs. Marraro and Agnello with completion of Grace's proposed Findings of Fact and Conclusions of Law (1.8). | 7.00 |
| 04/14/03 | CHM | Finalize document for submission to court (5.2); conference with Mr. Agnello (1.0). | 6.20 |
| 04/14/03 | MLW | Research regarding ability of Grace to obtain injunctive relief predicated upon Honeywell's common law tort liability and conference with C. Marraro regarding results of research and preparation of draft conclusion of law pertaining to research for co-counsel, J. Agnello (4.6). | 4.60 |
| 04/15/03 | BJB | Review, coordinate, organize and prepare new correspondence and court filings (2.7); review and organize post-trial materials and files (4.8). | 7.50 |
| 04/15/03 | CHM | Review Honeywell final conclusions of law and findings of fact (2.6). | 2.60 |
| 04/15/03 | WFH | Review Honeywell's proposed Findings of Fact and Conclusions of Law (1.8); review final version of Grace's | 3.80 |

| | | | |
|---|---|---|---:|
| | | proposed FOF/COL filed with court (1.4); conferences with Ms. Banks re assignments and administrative matters related to case (.6). | |
| 04/16/03 | BJB | Read and cross reference revisions, deletions and changes to draft Findings of Fact and prepare results for Mr. Marraro (5.0); review, coordinate and prepare ICO and Honeywell filed Findings of Fact and Conclusions of Law and incorporate into case files (.8); review new correspondence, coordinate, organize and prepare for incorporation into case files (1.0). | 6.80 |
| 04/16/03 | CHM | Review plaintiffs' findings of fact and conclusions of law (2.0). | 2.00 |
| 04/17/03 | BJB | Read and cross reference revisions, deletions and changes to draft Findings of Fact 603-757 (1.4); prepare results for Mr. Marraro (1.3); proof and prepare edits to draft Conclusions of Law and fax edits to Ms. Flax for Mr. Marraro (5.0 hrs.). | 7.70 |
| 04/17/03 | CHM | Travel to NJ for meeting at Carella Byrne (2.2). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 1.90 |
| 04/17/03 | CHM | Research issues on Jersey City Resolution (.8); conference with client (.5); review Honeywell conclusions of law and cases cited (4.2). | 5.50 |
| 04/18/03 | BJB | Prepare fax to Mr. Agnello for Mr. Marraro (.2); research case files for pertinent document, collect electronic version and email to Mr. Agnello for Mr. Marraro (.4); review, analyze, coordinate and prepare March correspondence for incorporation into case files (5.4). | 6.00 |
| 04/18/03 | CHM | All-day meeting at Carella Byrne re strategy, next steps, and review of key issues (7.5). | 7.50 |
| 04/18/03 | CHM | Travel to DC (2.3). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 2.00 |
| 04/21/03 | BJB | Collect pertinent documents for Mr. Marraro (.3); research, Lexis and NJDEP web site, download, coordinate, organize and prepare pertinent new revised chapters/subchapters of | 6.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | N.J.A.C. 7:26E -8.2 and appendices for Mr. Marraro (.8); download from Lexis and NJDEP web site 3/17/03 revisions to N.J.A.C. 7:26E (1.8); prepare binders of parties' filed Findings of Fact and Conclusions of Law (.5); assist Ms. Campbell in FedEx packages of same (.4); review, analyze, sort and organize new correspondence and court filings (3.0). | |
| 04/21/03 | CHM | Review new NJ technical regulations re applicability of rules to ECARG property (1.2); conference with McGuire re various issues (.8); review expert invoices (2.2); conference with Agnello (.5). | 4.70 |
| 04/22/03 | BJB | Research Lexis, Westlaw and NJDEP web site for revisions to N.J.A.C.site remediation surface and ground water quality standards, download, coordinate and prepare file of various sections (3.0); create binders of newly revised surface and ground water rules (2.1); research Internet for pertinent corporation, download, coordinate, organize and prepare requested documents for Mr. Marraro (.8); make telephone calls to NJDEP for verification of pertinent information (.5); follow up research of NJDEP web site re specific revisions to technical rules, collect, coordinate and prepare binder for Mr. Marraro (2.7). | 9.10 |
| 04/22/03 | CHM | Analyze Honeywell's changes for proposed draft (3.2); prepare chart (1.2). | 4.40 |
| 04/23/03 | BJB | Receive return telephone call from NJDEP re citation of new surface and ground water standards incorporated into newly revised Tech Rules (.2 ); research Lexis, shepardize and download pertinent case and shepards report for Mr. Hughes (.3); conduct research in law library of USCA, Fed. Rules Evidence Manual and Fed. Practice Procedures for treatises on judicial notice for Mr. Hughes (2.0); conference with Mr. Hughes re same (.5); research ALR, American Jurisprudence . and Lawyers Edition Digest, and Fed. Rules of Evidence on Lexis, download, coordinate and organize treatises and cases on judicial notice for Mr. Hughes (2.4); organize collected revisions to NJDEP Site Remediation Program rules and surface and ground water standards, create binders and incorporate into case files (1.8); conference with Ms. Campbell re new case correspondence (.2); review, coordinate and prepare new case correspondence ( 2.0). | 9.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/23/03 | CHM | Prepare letter to court re changes to Honeywell's findings of fact (1.2); conference with Dr. Brown (.5); conference with Dr. Goad (.5); conference with ICO counsel (.3). | 2.50 |
| 04/23/03 | CHM | Legal research re certain of Honeywell's final proposed findings of fact/conclusions of law (2.0). | 2.00 |
| 04/24/03 | WFH | Conference with Mr. Marraro re strict liability issue (.4); legal research re same (7.8). | 8.20 |
| 04/24/03 | CHM | Conference with client (.5); conference with Pitney Hardin re Weja (.5); prepare analysis of Honeywell findings vs. Grace's findings (7.2). | 8.20 |
| 04/24/03 | RLS | Research Court's ability to take judicial notice of a zoning board resolution without resolution (4.2). | 4.20 |
| 04/25/03 | CHM | Meeting with Mr. Nagy (3.5); conference with Agnello (.5); prepare draft letter re surface water standard (1.2). | 5.20 |
| 04/27/03 | WFH | Legal research re strict liability issues (8.3). | 8.30 |
| 04/28/03 | CHM | Work on letter to Judge Cavanaugh (1.2); review issues related to claims (3.5). | 4.70 |
| 04/28/03 | MLW | Analysis of early New Jersey law regarding additional authority on Grace's cross-claims against Honeywell (5.2). | 5.20 |
| 04/28/03 | WFH | Legal research re strict liability issues (5.4). | 5.40 |
| 04/29/03 | CHM | Conference with Agnello re various issues (.8); conference with ICO attorneys re next steps (.5); conference with client (.7). | 2.00 |
| 04/29/03 | MLW | Continued analysis of early New Jersey law regarding potential additional authority to support common law theories against Honeywell and preparation of memorandum outlining significant authority and conference with B. Hughes regarding issues and authority (5.1). | 5.10 |
| 04/29/03 | RLS | Research demand definitioin for prejudment interest (5.0). | 5.00 |

| | | | |
|---|---|---|---:|
| 04/29/03 | WFH | Legal research re strict liability issues (7.2). | 7.20 |
| 04/30/03 | CHM | Meeting in Houston with K. Brown re various issues (2.5). | 2.50 |
| 04/30/03 | WFH | Legal research re strict liability issues (3.4). | 3.40 |

| | | **Amount** |
|---|---:|---:|
| Total Fees | 591.10 | $173,075.00 |

Disbursements:

| | |
|---|---:|
| B. Hughes - Dinner on 2/1/03 with Dr. Phil Goad, expert consultant, at Trial (4 people) | 255.40 |
| B. Hughes - Dinner on 1/28/03 with Kirk Brown, expert witness trial (2 people) | 71.00 |
| B. Hughes - Dinner on 2//6/03 with experts and co-counsel at trial (4 people) | 414.39 |
| B. Hughes - Lunch on 3/3/03 with R. Schuller and M. Williams to give assignments for findings (3 people) | 42.47 |
| B. Hughes - Hotel at trial 2/1/-2/03 (2 days) | 513.35 |
| B. Hughes - Hotel 2/11-12/03 in New Jersey for court hearing (2 days) | 418.57 |
| B. Hughes - Auto Rental in NJ for trial (26 days) | 1,606.59 |
| B. Hughes - Auto Rental at trial on 2/3-4/03 (2 days) | 182.71 |
| B. Hughes - Auto Rental at trial on 2/7/03 (1 day) | 96.23 |
| B. Hughes - Auto Rental for court hearing - 2/10-12/03 (2 days) | 304.34 |
| B. Hughes - Parking at airport for trial (2/7/03) | 40.00 |
| C. Marraro - Lunch on 3/28/03 for C. Marraro, B. Hughes, B. Banks and C. Campbell while working on findings of fact and conclusions of law (4 people). | 21.01 |
| B. Hughes - Lunch for Grace team on 4/10/03 - B. Hughes, N. Bynum, B. Banks and M. Moasser while working on findings (4 people) | 20.53 |
| Copying | 1,627.39 |
| Telephone | 466.74 |
| Delivery services/messengers | 1,437.26 |
| Trial transcripts | 4,640.90 |
| Overtime Meals | 33.35 |
| Overtime Transportation | 9.51 |
| Secretarial Overtime | 229.20 |
| Federal Express | 563.93 |
| Gas for Rental Car at Trial | 149.54 |

| | |
|---|---:|
| Total Disbursements | $13,144.41 |
| Total Amount Of This Bill | $186,219.41 |

| | | | |
|---|---|---|---|
| Less Deduction of 40% of Fees Per Agreement | | | $69,230.00 |
| Balance Due | | | $116,989.41 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 128.10 | 135.00 |
| Bynum, Natasha A. | Legal Clerk | 22.10 | 100.00 |
| Hughes, William F. | Counsel | 157.60 | 350.00 |
| Marraro, Christopher H. | Partner | 167.30 | 440.00 |
| Moasser, Mahmoude | Paralegal | 1.20 | 135.00 |
| Schuller, Rebecca L. | Associate | 26.50 | 180.00 |
| Williams, Michael L. | Associate | 80.80 | 225.00 |
| Zacaroli, Alec C. | Associate | 7.50 | 225.00 |



**Wallace King Marraro & Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

June 12, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    702

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 04/15/03 | CHM | Prepare response to fee auditor (2.5); review January bill and make adjustments (1.5). | | 4.00 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 4.00 | $1,760.00 |
| Total Amount Of This Bill | | $1,760.00 |
| Balance Due | | $1,760.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 4.00 | 440.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

June 12, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      703

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  |  | Hours |
|---|---|---|---|---|
| 04/14/03 | CHM | Review various documents from client (.6); conference with EPA (.5). | | 1.10 |
| 04/17/03 | CHM | Review articles from client (.5). | | 0.50 |
| 04/30/03 | CHM | Review documents from client (.6). | | 0.60 |

|  |  | Amount |
|---|---|---|
| Total Fees | 2.20 | $968.00 |
| Total Amount Of This Bill | | $968.00 |
| Balance Due | | $968.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 2.20 | 440.00 |



**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

June 12, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      696

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Mater 4

Professional Services:

|  |  |  | Hours |
|---|---|---|---:|
| 04/15/03 | WFH | Conference with Mr. Hogan re mediation and related matters (.4). | 0.40 |
| 04/17/03 | CHM | Status update from B. Hughes (.5). | 0.50 |
| 04/25/03 | CHM | Conference with B. Hughes re upcoming mediation (.5). | 0.50 |
| 04/28/03 | WFH | Draft Grace's Mediation Statement and confer with Mr. Hogan re same (3.8). | 3.80 |
| 04/29/03 | WFH | Review Zotos' mediation statement (.2); review cost documentation and prepare letter to Mr. Emmett re mediation (1.0). | 1.20 |

|  |  | **Amount** |
|---|---:|---:|
| Total Fees | 6.40 | $2,330.00 |
| Total Amount Of This Bill |  | $2,330.00 |
| Balance Due |  | $2,330.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Hughes, William F. | Counsel | 5.40 | 350.00 |
| Marraro, Christopher H. | Partner | 1.00 | 440.00 |