**EXHIBIT "A"**

**CERTIFICATION**

1.  I have been designated by **Bilzin Sumberg Baena Price & Axelrod LLP** (the "Applicant") as the professional with responsibility in this case for compliance with Del.Bankr.LR 2016-2(f).

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Del.Bankr.LR 2016-2(f).

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit A, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by Del.Bankr.LR 2016-2(e)).

5.       In seeking reimbursement for any service provided by the third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: June 18, 2003

                          **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
                          Counsel to the Official Committee of Asbestos Property Damage Claimants
                          2500 First Union Financial Center
                          200 South Biscayne Boulevard
                          Miami, Florida 33131-2385
                          Telephone: (305) 374-7580
                          Facsimile: (305) 374-7593

                          By:_____/s/ Jay M. Sakalo_____
                                    Jay M. Sakalo (Admitted Pro Hac Vice)