**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JANUARY 1, 2003 THROUGH MARCH 31, 2003**

1. **Case Administration – 15537 – 75.7 hours ($13,991.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

    The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

    During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

    Further, the Applicant, at the request of the Committee conducted research projects on pending legislation on asbestos issues and recent ABA directives.

    In addition, during the Application Period, the Applicant fielded phone calls from numerous property damage claimants and/or their counsel.  The Applicant explained the history of the Consolidated Cases to these claimants as well as the process that they must follow in order to participate in these Consolidated Cases.

2. **Debtors' Business Operations – 15538 – 1.7 hours ($425.00)**

    This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities, monthly reports of operations and their Securities and Exchange Commission filings.

    The Applicant reviewed the Debtors' 2002 10-K report.

616415

3.     **Creditors Committee – 15539 – 10.3 hours ($3,675.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.     **Retention of Others – 17782 – .4 hours ($100.00)**

       **Retention of Professionals – 15540 – 2.8 hours ($550.00)**

On or about January 29, 2002, the PD Committee filed its initial application (the "Initial Application") to retain Mr. W. D. Hilton as a consultant to the PD Committee. On or about February 20, 2002, the Court entered an order approving the Initial Application (the "Hilton Retention Order"). Out of an abundance of caution, the Applicant prepared and filed a

supplemental application modifying the scope of retention of Mr. Hilton as consultant to the PD Committee.

More particularly, the PD Committee requested expansion of Mr. Hilton's services to include analysis of the Debtors' insurance coverage and policies for asbestos-related claims. Specifically, the PD Committee anticipates that Mr. Hilton will consult with the PD Committee on issues that draw upon Mr. Hilton's extensive experience with insurance issues in asbestos-related bankruptcy cases.

5.  **DIP Financing – 15542 – 3.8 hours ($950.00)**

This matter covers the review and attention given to the Post Petition Credit Agreement ("Credit Agreement") and any amendments or supplements thereto.

During the Application Period, the Debtors negotiated an amendment to the Credit Agreement and filed a motion for authority to extend and modify the Credit Agreement. On February 28, 2003, the Debtors filed a supplement to their motion, which included a final proposed amendment to their Credit Agreement.

The Applicant reviewed and analyzed the motion and the supplement and conferred with various parties regarding specifics of the proposed amendment.

6.  **Applicant's Fee Applications – 15543 – 16.6 hours ($2,440.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

In addition, the Applicant prepared its response to the Fee Auditor's final report for the sixth quarterly period.

7. **Hearings – 15544 – 1.9 ($475.00)**

This matter covers preparation for and attendance at hearings.

8. **Claims Analysis, Objection (asbestos) – 15545 – 21.2 hours ($4,810.00)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto.

During the Application Period, the Applicant received and reviewed the weekly "data dumps" of property damage claims filed. In addition, the Applicant addressed several issues with the PD Committee regarding the filing procedures, claim form and bar date.

9. **Fee Applications of Others – 17781 – 21.0 hours ($3,972.00)**

The Applicant assisted the PD Committee's asbestos claims expert, HR&A, with finalizing their respective fee applications during the Application Period.

Additionally the Applicant reviewed various fee applications filed during the Application Period and addressed issues raised by the fee auditor's office regarding applications for some of the PD Committee professionals.

10. **Travel – 15546 – 3.5 hours ($875.00)**

The Applicant traveled to Wilmington, Delaware to attend the omnibus hearing in January, 2003. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

11. **Litigation Consulting – 15563 – .9 hours ($400.00)**

The Applicant attended to ZAI materials and addressed issues regarding preference analysis and avoidance action claims.

12. **Employee Benefits/Pension – 17898 – 13.1 hours ($3,425.00)**

627691

This matter covers the review and attention given to all matters related to the Debtors' employees benefits and pension issues.

During the Application Period, the Applicant reviewed and analyzed the Motion for the Entry of an Order Authorizing the Debtors to Contribute Funds into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits thereunder (the "Curtis Bay Motion".

The Applicant researched IRS Codes and regulations regarding pension funding issues and conferred with the PD Committee and its professionals regarding the Committee's position on the Curtis Bay Motion. In addition, the PD Committee had multiple discussions with the Debtors and their professionals related to the specifics of the Motion.