# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

February 13, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   63284

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH February 13, 2003

Atty - SLB
RE:   01- Case Administration                                              Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/03 | JMS | 0.40 | 100.00 | Review motion to terminate prime lease and assume/assign sublease (.4). |
| 01/06/03 | MW | 2.40 | 240.00 | Pull case dockets and assemble relevant documents. |
| 01/07/03 | JMS | 0.40 | 100.00 | Review Owens Corning motion to establish PD case management procedures (1/2 time with USG) (.4). |
| 01/07/03 | MW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 01/08/03 | MW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 01/09/03 | JMS | 1.00 | 250.00 | Review docket (.3); review scanned pleadings for committee (.3); emails to Committee regarding conference call (.2); telephone conference with D. Speights regarding same (.2). |
| 01/09/03 | SJA | 0.20 | 22.00 | Telephone conference with Automated Legal Solutions re: revisions to invoice (.2). |
| 01/09/03 | MW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 01/13/03 | JMS | 0.40 | 100.00 | Review motion to terminate exclusivity in Federal Mogul for applicability in this case (.4). |
| 01/13/03 | MW | 1.50 | 150.00 | Pull case dockets and assemble relevant documents. |
| 01/15/03 | SLB | 0.40 | 200.00 | Telephone conference with W.D. Hilton regarding insurance advisory services (.4). |
| 01/15/03 | MW | 1.00 | 100.00 | Pull case dockets and assemble relevant documents. |
| 01/16/03 | JMS | 0.50 | 125.00 | Telephone conference with E. Cottingham (claimant's counsel) regarding status of pending matters. |
| 01/16/03 | MW | 1.30 | 130.00 | Pull case dockets and assemble relevant documents (.3); Pull pleading index and retention application documents (1). |
| 01/17/03 | JMS | 0.30 | 75.00 | Review hearing agenda for January 27, 2003 omnibus hearing. |
| 01/17/03 | MW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents(.8). |
| 01/23/03 | JMS | 2.40 | 600.00 | Telephone conference with T. Wasser (claimant's counsel) regarding status of case (.5); review pleadings in other asbestos cases for treatment of personal injury claims (1/2 time with USG) (1.9). |
| 01/23/03 | MW | 2.80 | 280.00 | Pull case dockets and assemble relevant documents. |
| 01/23/03 | WV | 2.00 | 200.00 | Hearing notebook for JMS. |
| 01/24/03 | JMS | 0.40 | 100.00 | Emails regarding insurance issues (.4). |
| 01/24/03 | WV | 1.00 | 100.00 | Hearing Notebook for JMS. |
| 01/24/03 | WV | 2.00 | 200.00 | Compile documents for JMS regarding Grace hearings in order to send out via Fed Ex. |
| 01/27/03 | SLB | 0.30 | 150.00 | Telephone call from J. Sakalo to debrief on January 27th omnibus hearing (.3). |
| 01/27/03 | SJA | 0.10 | 11.00 | Telephone conference with Automated Legal Solutions re: correction to invoices (.1). |
| 01/28/03 | SLB | 0.30 | 150.00 | Telephone call from D. Speights regarding general plan considerations (.3). |
| 02/01/03 | JMS | 0.30 | 75.00 | Conference with S. Baena regarding results of 1/27/03 hearing. |

**PROFESSIONAL SERVICES**                                                            $3,678.00

**COSTS ADVANCED**

# B̲ilzin S̲umberg B̲aena P̲rice & A̲xelrod LLP

| Date | Description | Amount |
|---|---|---:|
| 11/11/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 803252160; DATE: 11/30/02 - Westlaw Charges | 438.02 |
| 12/30/02 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/02-12/31/02; DATE: 12/31/02 - Pacer | 439.39 |
| 01/02/03 | Long Distance Telephone(302) 575-1555 | 5.16 |
| 01/02/03 | Long Distance Telephone(843) 524-5708 | 2.21 |
| 01/06/03 | Long Distance Telephone(409) 883-4394 | 12.52 |
| 01/06/03 | Long Distance Telephone(803) 943-4444 | 11.05 |
| 01/07/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/07/03 | Long Distance Telephone(803) 943-4444 | 1.47 |
| 01/07/03 | Long Distance Telephone(310) 645-9000 | 1.47 |
| 01/07/03 | Long Distance Telephone(415) 989-1801 | 0.74 |
| 01/08/03 | Long Distance Telephone(409) 883-4394 | 4.42 |
| 01/08/03 | Long Distance Telephone(843) 524-5708 | 14.00 |
| 01/08/03 | Long Distance Telephone(409) 883-4394 | 13.26 |
| 01/09/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/09/03 | Long Distance Telephone(803) 943-6047 | 1.47 |
| 01/09/03 | Long Distance Telephone(310) 645-9000 | 0.74 |
| 01/09/03 | Long Distance Telephone(415) 989-1801 | 1.47 |
| 01/10/03 | Photocopies  11.00pgs @ .15/pg | 1.65 |
| 01/10/03 | Photocopies  11.00pgs @ .15/pg | 1.65 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.15 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.15 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 8.34 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 8.34 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.80 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.50 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 8.34 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.50 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.80 |
| 01/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454296254 DATE: 1/15/03 | 7.80 |
| 01/14/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/14/03 | Long Distance Telephone(310) 645-9000 | 0.74 |
| 01/14/03 | Long Distance Telephone(415) 989-1801 | 1.47 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/14/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3011920320; DATE: 1/19/03 - Acct.#BILZIN01 | 2.48 |
| 01/15/03 | Long Distance Telephone(973) 645-2580 | 2.21 |
| 01/16/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/16/03 | Long Distance Telephone(610) 225-0501 | 0.74 |
| 01/16/03 | Long Distance Telephone(202) 862-5065 | 2.95 |
| 01/16/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3011920320; DATE: 1/19/03 - Acct.#BILZIN01 | 21.86 |
| 01/17/03 | Photocopies   66.00pgs @ .15/pg | 9.90 |
| 01/17/03 | Photocopies   1.00pgs @ .15/pg | 0.15 |
| 01/17/03 | Long Distance Telephone(202) 862-7801 | 5.16 |
| 01/17/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 454337005 DATE: 1/22/03 | 11.29 |
| 01/21/03 | Long Distance Telephone(310) 645-9000 | 0.74 |
| 01/21/03 | Long Distance Telephone(415) 989-1801 | 0.74 |
| 01/21/03 | Long Distance Telephone(302) 575-1555 | 2.95 |
| 01/21/03 | Photocopies   3.00pgs @ .15/pg | 0.45 |
| 01/21/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/22/03 | Long Distance Telephone(843) 524-5708 | 14.73 |
| 01/23/03 | Long Distance Telephone(412) 803-3149 | 1.47 |
| 01/23/03 | Long Distance Telephone(212) 946-9432 | 10.31 |
| 01/24/03 | Photocopies   302.00pgs @ .15/pg | 45.30 |
| 01/26/03 | AirfareTravel to Omnibus hearing Continental Travel; INVOICE#: 282047; DATE: 1/24/03 - Client - 15537/15906 | 755.75 |
| 01/27/03 | Long Distance Telephone(302) 594-3100 | 10.31 |
| 01/28/03 | Long Distance Telephone(302) 594-3100 | 7.37 |
| 01/30/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 01/30/03 | Long Distance Telephone(310) 645-9000 | 1.47 |

**TOTAL COSTS ADVANCED** $1,950.95

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | 500.00 | $500.00 |
| Sakalo, Jay M | 6.10 | 250.00 | $1,525.00 |
| Anderson, Silvia J | 0.30 | 110.00 | $33.00 |
| Wong, Nichole | 11.20 | 100.00 | $1,120.00 |
| Van Dijk, Wendy | 5.00 | 100.00 | $500.00 |
| *TOTAL* | *23.60* | | *$3,678.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $755.75 |
| Photocopies | $59.10 |
| Telecopies | $12.00 |
| Federal Express | $89.01 |
| Long Distance Telephone | $133.34 |
| Long Distance Telephone-Outside Services | $24.34 |
| Pacer - Online Services | $439.39 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Westlaw-Online Legal Research | $438.02 |
| TOTAL | $1,950.95 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$5,628.95**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 03 - Creditors Committee | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/16/03 | SLB | 0.80 | 400.00 | Prepare for and participate in committee conference call (.8). |
| 01/16/03 | JMS | 0.60 | 150.00 | Prepare for and attend committee call. |
| 01/23/03 | SLB | 0.20 | 100.00 | Establish January 23rd meeting agenda (.2). |
| 01/23/03 | JMS | 0.40 | 100.00 | Prepare for and attend committee call (.4). |
| 01/28/03 | SLB | 0.10 | 50.00 | Discussion with J. Sakalo regarding ZAI status on meeting agenda (.1). |
| 01/28/03 | JMS | 0.10 | 25.00 | Conference with S. Baena regarding ZAI status for meeting (.1). |

**PROFESSIONAL SERVICES** $825.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.10 | 500.00 | $550.00 |
| Sakalo, Jay M | 1.10 | 250.00 | $275.00 |
| *TOTAL* | *2.20* |  | *$825.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$825.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15540

RE: 04 - Retention of Professionals

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/17/03 | MW | 1.00 | 100.00 | Pull pleading index and retention application documents (1.0). |
| 01/23/03 | JMS | 0.30 | 75.00 | Telephone conference with D. Hilton regarding insurance experience (.3). |
| 01/28/03 | JMS | 0.80 | 200.00 | Work on D. Hilton application (.8). |

**PROFESSIONAL SERVICES** $375.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.10 | 250.00 | $275.00 |
| Wong, Nichole | 1.00 | 100.00 | $100.00 |
| *TOTAL* | *2.10* | | *$375.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$375.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 07 - Applicant's Fee Application |  |  | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/09/03 | LMF | 0.70 | 77.00 | Revise spreadsheet to breakdown fees and costs (.4); revise notice on November fees for both fraudulent transfer and other matters and submit to local counsel for filing and serving (.3). |
| 01/13/03 | JMS | 0.30 | 75.00 | Revise December bill (.3). |
| 01/15/03 | SLB | 0.20 | 100.00 | Attention to fee auditors report on Bilzin's 6th interim fee app (.2). |
| 01/23/03 | JMS | 0.40 | 100.00 | Begin draft of response to 6th interim fee request initial report (.4). |

**PROFESSIONAL SERVICES** $352.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 500.00 | $100.00 |
| Sakalo, Jay M | 0.70 | 250.00 | $175.00 |
| Flores, Luisa M | 0.70 | 110.00 | $77.00 |
| TOTAL | 1.60 |  | $352.00 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $352.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

                                                        Atty - SLB

**RE:**   09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)   Client No. 74817/15545

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/06/03 | JMS | 0.70 | 175.00 | Review latest data dump of claims (.7). |
| 01/09/03 | JMS | 0.70 | 175.00 | Review recent claims filed since 12/21/02 (.7). |
| 01/13/03 | JMS | 0.40 | 100.00 | Review claims filed since 01/01/03. |
| 01/13/03 | MW | 1.30 | 130.00 | Update property damage claim register and assemble new claim forms. |
| 01/17/03 | MW | 0.30 | 30.00 | Update property damage claim register. |

**PROFESSIONAL SERVICES**                                                                                                                                                                                                                                    $610.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | 250.00 | $450.00 |
| Wong, Nichole | 1.60 | 100.00 | $160.00 |
| *TOTAL* | *3.40* | | *$610.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                 **$610.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 10 - Travel |  |  | Client No. 74817/15546 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/26/03 | JMS | 3.50 | 875.00 | Travel to Baltimore/Wilmington (3.5). |

**PROFESSIONAL SERVICES**     $875.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 3.50 | 250.00 | $875.00 |
| *TOTAL* | *3.50* |  | *$875.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$875.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 14 - Employee Benefits/Pension | | Atty - SLB<br>Client No. 74817/15550 |

| | | | | |
|---|---|---|---|---|
| 01/23/03 | JMS | 1.20 | 300.00 | Telephone conference with G. Boyer regarding Curtis Bay motion (.2); review motion regarding Curtis Bay funding motion (.8); email from J. Hass thereon (.2). |

**PROFESSIONAL SERVICES** $300.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | 250.00 | $300.00 |
| *TOTAL* | *1.20* | | *$300.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $300.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/03 | SLB | 0.80 | 400.00 | Review notice of examiner's fee application and email to J. Sakalo regarding same (.2); review June-August statements from Warren Smith and email to W. Smith regarding data sort (.6). |
| 01/02/03 | JMS | 0.70 | 175.00 | Review W. Smith application (.3); review Pitney Hardin application for final fee hearing on GNCC matter (.4). |
| 01/13/03 | LMF | 0.40 | 44.00 | Review email from S. Bossay at Warren Smith's office regarding the quarterly application for Hilsoft's August 2002 invoice (.2); office conference with J. Sakalo regarding same (.2). |
| 01/16/03 | JMS | 0.20 | 50.00 | Telephone conference with S. Bossay regarding Hilsoft fee issue. |
| 01/21/03 | LMF | 0.30 | 33.00 | Per fee auditor's email, confirm pending invoices for Hilsoft during the sixth interim period (.3). |
| 01/21/03 | JMS | 2.80 | 700.00 | Begin draft of application to modify Hilton retention (2.2); telephone conference with T. Tacconelli regarding local rules regarding same (.2); review Stroock November fee statement (.4). |

**PROFESSIONAL SERVICES** $1,402.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 500.00 | $400.00 |
| Sakalo, Jay M | 3.70 | 250.00 | $925.00 |
| Flores, Luisa M | 0.70 | 110.00 | $77.00 |
| *TOTAL* | *5.20* |  | *$1,402.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,402.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### *CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| *Baena, Scott L* | *3.10* | *500.00* | $1,550.00 |
| *Flores, Luisa M* | *1.40* | *110.00* | $154.00 |
| *Sakalo, Jay M* | *19.20* | *250.00* | $4,800.00 |
| *Anderson, Silvia J* | *0.30* | *110.00* | $33.00 |
| *Wong, Nichole* | *13.80* | *100.00* | $1,380.00 |
| *Van Dijk, Wendy* | *5.00* | *100.00* | $500.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* — *$8,417.00*

### *CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$755.75* |
| *Photocopies* | *$59.10* |
| *Telecopies* | *$12.00* |
| *Federal Express* | *$89.01* |
| *Long Distance Telephone* | *$133.34* |
| *Long Distance Telephone-Outside Services* | *$24.34* |
| *Pacer - Online Services* | *$439.39* |
| *Westlaw-Online Legal Research* | *$438.02* |

*TOTAL COSTS ADVANCED THIS PERIOD* — *$1,950.95*

*TOTAL AMOUNT DUE THIS PERIOD* — *$10,367.95*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 02/13/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 3,678.00 | 1,950.95 | 5,628.95 |
| 03 - Creditors Committee/15539 | 825.00 | 0.00 | 825.00 |
| 04 - Retention of Professionals/15540 | 375.00 | 0.00 | 375.00 |
| 07 - Applicant's Fee Application/15543 | 352.00 | 0.00 | 352.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 610.00 | 0.00 | 610.00 |
| 10 - Travel/15546 | 875.00 | 0.00 | 875.00 |
| 14 - Employee Benefits/Pension/15550 | 300.00 | 0.00 | 300.00 |
| 30 - Fee Application of Others/17781 | 1,402.00 | 0.00 | 1,402.00 |
| Client Total | $8,417.00 | $1,950.95 | $10,367.95 |