## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

March 28, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   64576

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH February 28, 2003

Atty - SLB
RE:   01- Case Administration                                                                                 Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/27/03 | JMS | 1.20 | 300.00 | Meet with D. Speights regarding strategy (1.2). |
| 02/03/03 | NW | 1.80 | 180.00 | Pull case dockets and assemble relevant documents (.5); research hearing notebook archives and assemble relevant documents (1.3). |
| 02/04/03 | JMS | 0.40 | 100.00 | Analysis of proposed Federal Mogul plan (1/2 time with USG) (.4). |
| 02/04/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 02/05/03 | NW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents. |
| 02/06/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 02/10/03 | JMS | 0.40 | 100.00 | Review docket (.4). |
| 02/10/03 | NW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents. |
| 02/11/03 | JMS | 0.40 | 100.00 | Review docket (.4). |
| 02/11/03 | NW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents. |
| 02/12/03 | JMS | 0.60 | 150.00 | Research ABA's recent position on asbestos standard (1/2 time with USG) (.6). |
| 02/12/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 02/13/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 02/14/03 | JMS | 0.20 | 50.00 | Review preliminary hearing agenda (.2). |
| 02/14/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 02/18/03 | JMS | 1.20 | 300.00 | Review AWI objections to disclosure statement for impact on case (1/2 time with USG) (1.2). |
| 02/18/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 02/19/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 02/20/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 02/21/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 02/25/03 | SLB | 0.50 | 250.00 | Telephone call from S. Biswas regarding status of case (.5). |
| 02/25/03 | JMS | 0.30 | 75.00 | Telephone conference with D. Speights regarding update on OCF proceedings and potential impact on case (.3). |
| 02/26/03 | JMS | 0.40 | 100.00 | Telephone conference with D. Speights regarding legislation issues and follow-up call to A. Box thereon (.4). |
| 02/27/03 | JMS | 2.30 | 575.00 | Research regarding pending legislation on asbestos issues and recent ABA directives (2.3). |
| 02/27/03 | ADB | 0.30 | 33.00 | Research for and retrieve nationwide all pending legislation dealing with Asbestos Liability. |

**PROFESSIONAL SERVICES**                                                                                                   $3,013.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 01/15/03 | Professional ServicesVENDOR: AUTOMATED LEGAL SOLUTIONS; INVOICE#: 1418; DATE: 1/15/03 - Client #15537 | 1,573.23 |
| 01/23/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3012620504; DATE: 1/26/03 - Acct.#BILZIN01 | 10.99 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/24/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249908 DATE: 2/4/03 | 19.23 |
| 01/26/03 | Fares, Mileage, ParkingTaxi - Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/31/03; DATE: 1/31/03  -  Clients | 20.00 |
| 01/26/03 | Fares, Mileage, ParkingTrain fare - Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/31/03; DATE: 1/31/03  -  Clients | 18.50 |
| 01/26/03 | LodgingTravel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/31/03; DATE: 1/31/03  -  Clients | 171.72 |
| 01/26/03 | MealsTravel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/31/03; DATE: 1/31/03  -  Clients | 61.00 |
| 01/30/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3020221325; DATE: 2/2/03  -  Acct.#BILZIN01 | 20.58 |
| 01/31/03 | Long Distance Telephone-Outside ServicesInternet Service in room - Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/31/03; DATE: 1/31/03  -  Clients | 29.90 |
| 02/03/03 | Long Distance Telephone(212) 813-9774 | 5.89 |
| 02/04/03 | Long Distance Telephone(212) 806-5400 | 0.74 |
| 02/04/03 | Long Distance Telephone(407) 839-4200 | 1.54 |
| 02/05/03 | Long Distance Telephone(310) 645-9000 | 0.74 |
| 02/05/03 | Long Distance Telephone(302) 594-3100 | 1.47 |
| 02/05/03 | Long Distance Telephone(212) 735-3000 | 2.95 |
| 02/06/03 | Long Distance Telephone(202) 862-5000 | 0.74 |
| 02/06/03 | Long Distance Telephone(312) 984-7759 | 5.89 |
| 02/06/03 | Long Distance Telephone(803) 943-8094 | 3.68 |
| 02/06/03 | Long Distance Telephone(803) 943-8094 | 6.63 |
| 02/06/03 | Long Distance Telephone(312) 861-2000 | 0.74 |
| 02/06/03 | Long Distance Telephone(312) 861-2162 | 5.16 |
| 02/06/03 | Long Distance Telephone(212) 735-2324 | 8.10 |
| 02/06/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3020921530; DATE: 2/9/03  -  Acct.#BILZIN01 | 14.95 |
| 02/06/03 | Long Distance Telephone(803) 943-6047 | 5.89 |
| 02/07/03 | Long Distance Telephone(409) 883-4394 | 11.79 |
| 02/07/03 | Long Distance Telephone(702) 777-7777 | 14.00 |
| 02/07/03 | Long Distance Telephone(843) 524-5708 | 9.58 |
| 02/07/03 | Long Distance Telephone(212) 310-8000 | 2.21 |
| 02/07/03 | Long Distance Telephone(202) 862-5065 | 0.74 |
| 02/07/03 | Long Distance Telephone(202) 862-5065 | 11.79 |
| 02/07/03 | Long Distance Telephone(202) 244-6713 | 11.05 |
| 02/07/03 | Long Distance Telephone(212) 310-8000 | 1.47 |
| 02/10/03 | Long Distance Telephone(312) 861-2000 | 3.68 |
| 02/10/03 | Long Distance Telephone(409) 883-4394 | 1.47 |
| 02/10/03 | Long Distance Telephone(803) 943-4444 | 1.47 |
| 02/10/03 | Long Distance Telephone(302) 575-1555 | 4.42 |
| 02/10/03 | Long Distance Telephone(409) 883-4394 | 1.47 |
| 02/10/03 | Long Distance Telephone(409) 883-4394 | 1.47 |
| 02/10/03 | Long Distance Telephone(312) 984-7759 | 1.47 |
| 02/10/03 | Long Distance Telephone(803) 943-4444 | 0.74 |
| 02/10/03 | Long Distance Telephone(843) 524-5708 | 8.84 |
| 02/11/03 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 02/11/03 | Photocopies  4.00pgs @ .15/pg | 0.60 |

| Date | Description | Amount |
|---|---|---|
| 02/11/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/11/03 | Long Distance Telephone(401) 438-5020 | 2.21 |
| 02/11/03 | Long Distance Telephone(310) 645-9000 | 0.74 |
| 02/12/03 | Long Distance Telephone(803) 943-6047 | 4.42 |
| 02/13/03 | Long Distance Telephone(770) 662-8509 | 1.47 |
| 02/13/03 | Long Distance Telephone(312) 984-7759 | 13.26 |
| 02/13/03 | Long Distance Telephone(843) 524-5708 | 26.52 |
| 02/13/03 | Long Distance Telephone(407) 839-4200 | 0.26 |
| 02/13/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3021622331; DATE: 2/16/03  -  Acct.#BILZIN01 | 14.20 |
| 02/14/03 | Long Distance Telephone(202) 862-5065 | 8.10 |
| 02/14/03 | Long Distance Telephone(312) 861-2000 | 1.47 |
| 02/18/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/18/03 | Long Distance Telephone(212) 909-2044 | 1.66 |
| 02/18/03 | Long Distance Telephone(407) 970-7145 | 0.42 |
| 02/18/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 02/19/03 | Long Distance Telephone(401) 438-5020 | 1.66 |
| 02/19/03 | Long Distance Telephone(212) 872-1025 | 11.64 |
| 02/19/03 | Long Distance Telephone(312) 984-7759 | 12.48 |
| 02/19/03 | Long Distance Telephone(803) 943-6047 | 4.99 |
| 02/20/03 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 02/20/03 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 02/20/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/20/03 | Long Distance Telephone(202) 965-8140 | 2.50 |
| 02/20/03 | Long Distance Telephone(212) 313-9299 | 0.83 |
| 02/21/03 | AirfareTravel to Washington, D.C. - VENDOR: Continental Travel; INVOICE#: 283766; DATE: 2/19/03  -  Client - 15537 | 694.50 |
| 02/21/03 | Long Distance Telephone(302) 575-1555 | 2.50 |
| 02/21/03 | Long Distance Telephone(302) 575-1555 | 38.26 |
| 02/21/03 | Long Distance Telephone(803) 943-4444 | 37.43 |
| 02/23/03 | Photocopies  7.00pgs @ .15/pg | 1.05 |
| 02/25/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 02/25/03 | Long Distance Telephone(409) 883-4394 | 1.66 |
| 02/25/03 | Long Distance Telephone(843) 524-5708 | 0.83 |
| 02/25/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 02/25/03 | Long Distance Telephone(703) 979-3755 | 8.32 |
| 02/25/03 | Long Distance Telephone(415) 989-1801 | 0.83 |
| 02/25/03 | Long Distance Telephone(843) 524-5708 | 29.11 |
| 02/25/03 | Long Distance Telephone(703) 979-3755 | 21.62 |
| 02/25/03 | Long Distance Telephone(409) 882-1731 | 20.79 |
| 02/25/03 | Long Distance Telephone(212) 594-5300 | 0.83 |
| 02/25/03 | Long Distance Telephone(703) 979-3755 | 4.16 |
| 02/27/03 | Long Distance Telephone(202) 862-5065 | 23.29 |
| 02/27/03 | Long Distance Telephone(612) 338-2910 | 0.83 |

**TOTAL COSTS ADVANCED** $3,085.88

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 500.00 | $250.00 |
| Sakalo, Jay M | 7.40 | 250.00 | $1,850.00 |
| Wong, Nichole | 8.80 | 100.00 | $880.00 |
| Box, Anthony D | 0.30 | 110.00 | $33.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| *TOTAL* | *17.00* | *$3,013.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Airfare | $694.50 |
| Photocopies | $2.85 |
| Fares, Mileage, Parking | $38.50 |
| Telecopies | $8.00 |
| Federal Express | $19.23 |
| Long Distance Telephone | $426.23 |
| Long Distance Telephone-Outside Services | $90.62 |
| Lodging | $171.72 |
| Meals | $61.00 |
| Professional Services | $1,573.23 |
| TOTAL | $3,085.88 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$6,098.88**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 03 - Creditors Committee | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/03 | SLB | 0.50 | 250.00 | (January 30/03) Committee meeting (.5). |
| 02/13/03 | JMS | 0.50 | 125.00 | Prepare for and conduct Committee conference call (.5). |
| 02/20/03 | SLB | 1.10 | 550.00 | Telephone conference with committee (.6); email to committee regarding recent decision (.2); email to M. Dies and D. Speights regarding committee meeting (.3). |
| 02/20/03 | JMS | 0.70 | 175.00 | Committee conference call (.7). |
| 02/27/03 | SLB | 0.40 | 200.00 | Committee conference call (.4). |
| 02/27/03 | JMS | 0.40 | 100.00 | Committee conference call (.4). |

**PROFESSIONAL SERVICES** $1,400.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.00 | 500.00 | $1,000.00 |
| Sakalo, Jay M | 1.60 | 250.00 | $400.00 |
| *TOTAL* | *3.60* |  | *$1,400.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,400.00

### BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 06 - DIP Financing |  | Client No. 74817/15542 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 02/27/03 | JMS | 1.50 | 375.00 | Review motion to authorize amendment and telephone conferences with C. Lane thereon (1.2); email to G. Boyer regarding DIP issues (.3). |

**PROFESSIONAL SERVICES** $375.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | 250.00 | $375.00 |
| *TOTAL* | *1.50* |  | *$375.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $375.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/03 | JMS | 1.00 | 250.00 | Draft response to W. Smith regarding Sixth Interim period (1.0). |
| 02/03/03 | JMS | 0.40 | 100.00 | Revise response to fee auditor (.4) |
| 02/06/03 | LMF | 0.70 | 77.00 | Compile invoices and copies of previous quarterly application for J. Sakalo to review in preparation for quarterly fee applications due in February (.7). |
| 02/12/03 | LMF | 0.20 | 22.00 | Review outstanding invoices and prebills with accounting to update filings with court (.2). |
| 02/12/03 | LMF | 0.90 | 99.00 | Review invoices and statements outstanding for filing (.5); update and attend to filing Notices and invoices for month of December (.4). |
| 02/12/03 | JMS | 0.30 | 75.00 | Review fee notices for Bilzin (.3). |
| 02/12/03 | NW | 0.50 | 50.00 | Create Bilzin 6th quarter interim fee application spreadsheet. |
| 02/13/03 | LMF | 0.50 | 55.00 | Research files and compile documents for project assistant to complete spreadsheet for July through September for fee auditor (.5). |
| 02/13/03 | JMS | 0.40 | 100.00 | Review/revise January bill (.4). |
| 02/13/03 | NW | 1.50 | 150.00 | Create Bilzin 6th quarter interim fee application spreadsheet. |
| 02/14/03 | LMF | 0.30 | 33.00 | Prepare notices and summaries for January 2003 fees (.3). |
| 02/14/03 | JMS | 0.20 | 50.00 | Review notice (.2). |
| 02/14/03 | NW | 0.40 | 40.00 | Make corrections to 6th quarter interim fee application spreadsheet and send to fee auditor. |

**PROFESSIONAL SERVICES** $1,101.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.30 | 250.00 | $575.00 |
| Flores, Luisa M | 2.60 | 110.00 | $286.00 |
| Wong, Nichole | 2.40 | 100.00 | $240.00 |
| TOTAL | 7.30 | | $1,101.00 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,101.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 08 - Hearings |  | Client No. 74817/15544 |

| 01/27/03 | JMS | 1.90 | 475.00 | Prepare for and attend omnibus hearing (1.9). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $475.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.90 | 250.00 | $475.00 |
| *TOTAL* | *1.90* |  | *$475.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$475.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/03/03 | NW | 0.50 | 50.00 | Update property damage claim register. |
| 02/12/03 | JMS | 0.30 | 75.00 | Telephone conference with D. Speights regarding questions concerning claim from (.3). |
| 02/13/03 | JMS | 0.50 | 125.00 | Telephone conference with D. Speights regarding questions related to PD proof of claim form (.5). |
| 02/20/03 | JMS | 1.00 | 250.00 | Review and analyze Debtors' memo regarding potential avoidance actions and conference with S. Baena thereon (1.0). |

**PROFESSIONAL SERVICES** $500.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | 250.00 | $450.00 |
| Wong, Nichole | 0.50 | 100.00 | $50.00 |
| *TOTAL* | *2.30* | | *$500.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $500.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
| --- | --- | --- | --- | --- |
| RE: | 14 - Employee Benefits/Pension |  |  | Client No. 74817/15550 |

| Date | Atty | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| 02/03/03 | JMS | 1.20 | 300.00 | Emails to/from J. Hass regarding Curtis Bay person motion (.6); email from A. Krieger regarding same (.2); telephone call to/from G. Boyer regarding same (.4). |
| 02/04/03 | SLB | 0.40 | 200.00 | Review motion and discussion with J. Sakalo regarding committee position on employee plan funding issues (.4). |
| 02/04/03 | JMS | 1.20 | 300.00 | Telephone conference with J. Hass regarding Curtis Bay motion (.4); telephone conference with A. Krieger regarding same (.5); conference with S. Baena regarding committee position (.3). |
| 02/05/03 | JMS | 1.90 | 475.00 | Research IRS Code and Regulations regarding pension funding issues related to Curtis Bay motion (1.9). |
| 02/06/03 | JMS | 0.30 | 75.00 | Telephone conference with G. Boyer regarding committee position on Curtis Bay pension motion (.3). |
| 02/07/03 | JMS | 1.90 | 475.00 | Telephone conference with Grace, J. Hass, G. Boyer regarding Curtis Bay Pension motion (1.3); follow up with J. Hass, G. Boyer (.6). |
| 02/10/03 | SLB | 0.20 | 100.00 | Conference with J. Sakalo regarding Curtis Bay transaction (.2). |
| 02/10/03 | JMS | 0.50 | 125.00 | Conference with S. Baena regarding committee position on Curtis Bay motion (.2); telephone conference with J. Baer thereon (.3). |
| 02/11/03 | JMS | 0.80 | 200.00 | Review PBGC response to Curtis Bay motion (.4); review Debtors' motion to authorize 2003-2005 (LTIP (.4). |
| 02/12/03 | JMS | 0.30 | 75.00 | Review revised draft order on Curtis Bay motion (.3). |

**PROFESSIONAL SERVICES** $2,325.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 0.60 | 500.00 | $300.00 |
| Sakalo, Jay M | 8.10 | 250.00 | $2,025.00 |
| *TOTAL* | *8.70* |  | *$2,325.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$2,325.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting |  |  | Client No. 74817/15563 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/05/03 | JMS | 0.20 | 50.00 | Conference with S. Baena regarding debtors' preference analysis (.2). |
| 02/20/03 | SLB | 0.70 | 350.00 | Debriefing by J. Sakalo on avoidance action claims (.4); review ZAI materials (.3). |

**PROFESSIONAL SERVICES** $400.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | 500.00 | $350.00 |
| Sakalo, Jay M | 0.20 | 250.00 | $50.00 |
| *TOTAL* | *0.90* |  | *$400.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $400.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/03/03 | SLB | 0.30 | 150.00 | Review auditor's reports on PD committee expenses and other professionals (.3). |
| 02/03/03 | JMS | 0.70 | 175.00 | Review Caplin final report (.3); review reports for PD Committee (.1); renew Debtors' statement of payments to ordinary cause professionals through 12/31/02 (.3). |
| 02/04/03 | JMS | 0.30 | 75.00 | Review final report for RPWB (.3). |
| 02/05/03 | LMF | 0.50 | 55.00 | Research regarding outstanding payment to HR&A for March 2002 invoice (.5). |
| 02/05/03 | JMS | 0.40 | 100.00 | Review final reports regarding Terry Joseph, Kirkland & Ellis (.4). |
| 02/10/03 | JMS | 0.60 | 150.00 | Review 7 final reports for 6th period (.6). |
| 02/11/03 | LMF | 1.40 | 154.00 | Research regarding outstanding payment to Halliwell Engineering Associates (.6); telephone call to Mr. Halliwell to obtain duplicate of invoice and process with accounting (.2); provide PDF copies of Bilzin invoices from July through December to S. Jones (.6). |
| 02/12/03 | LMF | 2.50 | 275.00 | Review invoices that have been submitted and invoices that are outstanding and send email to Hamilton Rabinovitz for an update (.4); review and revise all invoices received via email for March 2002, September 2002 and November 2002 (.6); redact invoices for the fraudulent transfer matter and review with J. Sakalo (.8); prepare notices for all invoices and attend to filing same (.7). |
| 02/12/03 | JMS | 0.40 | 100.00 | Review fee notices for HR&A (.4). |
| 02/13/03 | LMF | 0.60 | 66.00 | Telephone conference with L. Coggins at Ferry & Joseph regarding questions on applications for Hamilton Rabinovitz (.3); confirm receipt of invoice from professional and telephone call to professional to advise of when payment can be expected (.3). |
| 02/13/03 | NW | 3.00 | 300.00 | Create 6th interim fee application spreadsheets for PD Committee, Hilsoft, and Hamilton Rabinovitz. |
| 02/14/03 | JMS | 0.70 | 175.00 | Review final reports for 6th period for 11 professionals (.7). |
| 02/14/03 | NW | 0.40 | 40.00 | Make corrections to 6th quarter interim fee application spreadsheets and send to fee auditor. |
| 02/18/03 | NW | 0.30 | 30.00 | Make corrections to Hamilton fee application spreadsheet. |
| 02/19/03 | LMF | 0.20 | 22.00 | Telephone conference with Halliwell Engineering regarding outstanding invoice for professional services (.2). |
| 02/28/03 | JMS | 0.40 | 100.00 | Email to S. Jones regarding 5th and 6th fee applications (.4). |

**PROFESSIONAL SERVICES** $1,967.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 500.00 | $150.00 |
| Sakalo, Jay M | 3.50 | 250.00 | $875.00 |
| Flores, Luisa M | 5.20 | 110.00 | $572.00 |
| Wong, Nichole | 3.70 | 100.00 | $370.00 |
| *TOTAL* | *12.70* |  | *$1,967.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,967.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| Baena, Scott L | 4.10 | 500.00 | $2,050.00 |
| Flores, Luisa M | 7.80 | 110.00 | $858.00 |
| Sakalo, Jay M | 28.30 | 250.00 | $7,075.00 |
| Box, Anthony D | 0.30 | 110.00 | $33.00 |
| Wong, Nichole | 15.40 | 100.00 | $1,540.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**　　$11,556.00

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Airfare | $694.50 |
| Photocopies | $2.85 |
| Fares, Mileage, Parking | $38.50 |
| Telecopies | $8.00 |
| Federal Express | $19.23 |
| Long Distance Telephone | $426.23 |
| Long Distance Telephone-Outside Services | $90.62 |
| Lodging | $171.72 |
| Meals | $61.00 |
| Professional Services | $1,573.23 |

**TOTAL COSTS ADVANCED THIS PERIOD**　　$3,085.88

**TOTAL AMOUNT DUE THIS PERIOD**　　$14,641.88

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF- 02/28/03** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 3,013.00 | 3,085.88 | 6,098.88 |
| 03 - Creditors Committee/15539 | 1,400.00 | 0.00 | 1,400.00 |
| 06 - DIP Financing/15542 | 375.00 | 0.00 | 375.00 |
| 07 - Applicant's Fee Application/15543 | 1,101.00 | 0.00 | 1,101.00 |
| 08 - Hearings/15544 | 475.00 | 0.00 | 475.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 500.00 | 0.00 | 500.00 |
| 14 - Employee Benefits/Pension/15550 | 2,325.00 | 0.00 | 2,325.00 |
| 27 - Litigation Consulting/15563 | 400.00 | 0.00 | 400.00 |
| 30 - Fee Application of Others/17781 | 1,967.00 | 0.00 | 1,967.00 |
| Client Total | $11,556.00 | $3,085.88 | $14,641.88 |