IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 8, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: September 22, 2003 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:    PARTIES ON ATTACHED SERVICE LIST

Hamilton, Rabinovitz & Alschuler, Inc., through under signed counsel, has filed its Fourth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2003 through March 31, 2003

You are required to file an objection or response to the attached application on or before July 8, 2003 at 4:00 p.m.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE APPLICATION WILL BE HELD ON SEPTEMBER 22, 2003 AT 12:00 P.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 18, 2003

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Counsel to the Official Committee of Asbestos Property Damage Claimants
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385
Telephone:  (305) 374-7580
Facsimile: (305) 374-7593

By:    /s/ Jay M. Sakalo
         Jay M. Sakalo (Admitted Pro Hac Vice)

James H. M. Sprayregen, Esq.  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL 60601

Laura Davis Jones, Esq.  
Pachulski, Stang, Ziehl, Young & Jones, P.C.  
919 North Market Street  
Suite 1600  
P. O. Box 8705  
Wilmington, DE 19899-8705

Lewis Kruger, Esq.  
Stroock & Stroock & Lavan, LLP  
180 Maiden Lane  
New York, NY 10038-4982

Michael R. Lastowski, Esq.  
Duane, Morris & Heckscher, LLP  
1100 N. Market Street  
Suite 1200  
Wilmington, DE 19801-1246

Michael B. Joseph, Esq.  
Ferry, Joseph & Pearce, P.A.  
824 Market Street  
Suite 904  
P. O. Box 1351  
Wilmington, DE 19899

Elihu Inselbuch, Esq.  
Caplin & Drysdale  
399 Park Avenue  
36th Floor  
New York, NY 10022

Marla Rosoff Eskin, Esq.  
Campbell & Levine, LLC  
800 King Street  
Suite 300  
Wilmington, DE 19801

J. Douglas Bacon, Esq.  
Latham & Watkins  
Sears Tower  
Suite 5800  
Chicago, IL 60606

Steven M. Yoder, Esq.  
The Bayard Firm  
222 Delaware Avenue  
Suite 900  
P. O. Box 25130  
Wilmington, DE 19899

United States Trustee  
Attn: Frank J. Perch, Esq.  
844 King Street, Room 2313  
Wilmington, DE 19801

Warren H. Smith  
Warren H. Smith & Associates, P.C.  
Republic Center  
325 N. St. Paul, Suite 4080  
Dallas, TX 75201