# EXHIBIT "A"

## CERTIFICATION

1.  I have been designated by **Hamilton, Rabinovitz & Alschuler, Inc.** (the "Applicant") as the professional with responsibility in this case for compliance with Del.Bankr.LR 2016-2(f).

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Del.Bankr.LR 2016-2(f).

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit A, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by Del.Bankr.LR 2016-2(e)).

5. In seeking reimbursement for any service provided by the fourth party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the fourth party.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: June 18, 2003

        **HAMILTON, RABINOVITZ & ALSCHULER, INC.**
        Consultants to the Official Committee of Asbestos Property Damage Claimants
        6033 West Century Blvd., Suite 890
        Los Angeles, California 90045
        Tel: (310) 645-9000
        Fax: (310) 645-8999


        By:  /s/ Paul J. Silvern
              Paul J. Silvern, Partner