**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>JANUARY 1, 2003 THROUGH MARCH 31, 2003</u>

1.  Case Administration – 34.6 hours ($13,250.00)

During the Application Period, the Applicant expended time reviewing a variety of court documents related to the Debtor's bankruptcy filing, including proposed and final orders, briefs, motions, answers, transcripts of hearings before Judges Fitzgerald and Wolin, and judicial decisions in related matters.  The Applicant also provided a review of the Debtors' motion to increase its pension funding at Curtis Bay plantand discussed the interpretation of pension rules and options with the Property Damage Committee.

2.  Asbestos: Claims Analysis & Evaluation – .5 hours ($200.00)

During the Application Period, the Applicant prepared a thorough review of current Trust Distribution Processes for bodily injury claims in other asbestos-related bankruptcies and examined their implications with respect to Property Damage claimants.

3.  Compensation of Professionals – 2.5 hours ($875.00)

During the Application Period, the Applicant expended time contributing to the filing of monthly fee applications, quarterly fee applications, and responding to inquiries from the Fee Auditor on claimed professional time and expenses.