# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                     INVOICE
                   #HRA20030417

                   April 17, 2003

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the period of February 1, 2003 - March 31, 2003.

 **FEES**

 Francine F. Rabinovitz
  0.50 hours @ $ 400 per hour                       $     200.00

 James E. Hass
 20.70 hours @ $ 400 per hour                             8,280.00

 Paul J. Silvern
  5.00 hours @ $ 350 per hour                             1,750.00

    **TOTAL FEES:**                                **$ 10,230.00**


 **EXPENSES** (Receipt copies attached.)

 Expenses of Francine F. Rabinovitz                 $      40.00

    **TOTAL FEES & EXPENSES:**                      **$ 10,270.00**

---

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                        NEW YORK

Summary of billed hours for service rendered in connection
with the
with the Property Damage Claimants
(W.R. Grace).

|  | Francine F. Rabinovitz | James E. Hass | Paul J. Silvern |  |
|---|---|---|---|---|
| 02/03/2003 |  | 0.80 |  |  |
| 02/04/2003 |  | 1.20 |  |  |
| 02/05/2003 |  | 2.70 |  |  |
| 02/06/2003 |  |  |  |  |
| 02/13/2003 |  |  | 0.40 |  |
| 02/14/2003 |  |  |  |  |
| 02/20/2003 |  |  | 1.40 |  |
| 02/21/2003 |  |  |  |  |
| 02/22/2003 |  |  |  |  |
| 02/23/2003 |  |  |  |  |
| 02/24/2003 |  |  |  |  |
| 02/25/2003 |  | 1.50 |  |  |
| 02/26/2003 |  |  |  |  |
| 02/27/2003 |  |  | 0.20 |  |
| 02/28/2003 |  |  |  |  |
|  |  |  |  |  |
| 03/13/2003 |  | 3.00 | 0.60 |  |
| 03/14/2003 |  | 3.50 |  |  |
| 03/15/2003 |  |  |  |  |
| 03/16/2003 |  |  |  |  |
| 03/17/2003 |  |  |  |  |
| 03/18/2003 |  |  |  |  |
| 03/19/2003 |  |  |  |  |
| 03/20/2003 |  |  |  |  |
| 03/21/2003 |  |  | 1.00 |  |
| 03/22/2003 |  |  | 1.00 |  |
| 03/23/2003 |  | 3.50 |  |  |
| 03/24/2003 |  |  |  |  |
| 03/25/2003 |  |  |  |  |
| 03/26/2003 |  |  |  |  |
| 0327/2003 |  |  | 0.40 |  |
| 03/28/2003 | 0.50 | 0.50 |  |  |
| 03/29/2003 |  |  |  |  |
| 03/30/2003 |  |  |  |  |
| 03/31/2003 |  | 4.00 |  | Total Hours |
| Hours | 0.50 | 20.70 | 5.00 | 26.20 |
| Rate | $400 | $400 | $350 | Total Fees |
|  | $200.00 | $8,280.00 | $1,750.00 | $10,230.00 |

MARCH, 2003 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

<u>DATE</u>         <u>TIME</u>    <u>TASK</u>

<u>Claims Analysis and Valuation</u>

03/28/03       0.5     Talk with James E. Hass about content of presentation to Property Damage (PD) Committee attorneys on April 11, 2003 re bodily injury Trust Distribution Processes and their implications for the PD committee.


Total:         0.5

FEBRUARY, 2003, TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME        TASK

<u>Case Administration</u>

02/03/03    0.8         Review of Grace Motion to add $10 million to pension, discussion with Greg Boyer on CDG work to date on pension.

02/04/03    0.5         Review of Grace Motion to add $10 million to pension, discussion with Jay Sakalow on HR&A analysis of issue.
            0.7         Review of Grace Motion to add $10 million to pension, discussion with Andrea Schnieder on PBGC role in Grace pension.

02/05/03    1.5         Conference call with Bilzin lawyers re Grace Motion on pension issue.
            1.2         Additional analysis of pension issue.

02/25/03    1.5         Review of USG order on valuation of malignancy claims only.

Total:      6.2

MARCH, 2003, TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 03/13/03 | 0.5 | Prepare for briefing in April to Property Damage (PD) Committee on current BI TDP's and impact on PD claimants solution and outline presentation. |
| | 0.5 | Continue preparation of outline. |
| | 0.5 | Search for info on other TDPs, and Grace valuations. |
| | 0.5 | Search for information on Grace current debt liabilities. |
| | 0.5 | Retrieve information on Grace Motion contingent liabilities. |
| | 0.5 | Collect information on Sealed Air settlement and its value. |
| 03/14/03 | 0.5 | Prepare presentation; review and compare Armstrong and B&W TDPs. |
| | 0.5 | Prepare presentation; review and compare Armstrong and B&W TDPs, settlement amounts. |
| | 0.5 | Continue presentation preparation; review and compare Armstrong and B&W TDPs, individual review process. |
| | 0.5 | Continue presentation preparation; review and compare Armstrong and B&W TDPs, FIFO queue, treatment of current claims. |
| | 0.5 | Continue presentation preparation; review and compare Armstrong and B&W TDPs, arbitration procedures. |
| | 0.5 | Continue presentation preparation; review and compare Armstrong and B&W TDPs, more on arbitration. |
| | 0.5 | Continue presentation preparation; review and compare Armstrong and B&W TDPs, treatment of escrow funds. |
| 03/23/03 | 0.5 | Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, basic amount. |
| | 0.5 | Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, currents vs futures and estimate date. |
| | 0.5 | Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, composition of futures estimate. |
| | 0.5 | Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, more on futures estimate, and his variations. |

MARCH, 2003, TIME LOG OF JAMES E. HASS (JEH); continued,

<u>DATE</u>      <u>TIME</u>    <u>TASK</u>

<u>Case Administration</u>

03/23/03   0.5    Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, assumptions on currents.
          0.5    Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, analysis of how to bring 1997 estimate up to 2003.

          0.5    Continue presentation preparation; review BI claims estimates: Mark Petersen's Estimate, more analysis on how to value current claims.

03/28/03   0.5    Talk with Francine F. Rabinovitz about content of presentation to Property Damage (PD) Committee attorneys on April 11, 2003 re bodily injury Trust Distribution Processes and their implications for the PD committee.

03/31/03   0.5    Continue presentation preparation; locate recent SEC filings for debt amounts.
          0.5    Continue presentation preparation; read SEC filings for debt amounts and contingent liability disclosure.
          0.5    Continue presentation preparation; read SEC filings for debt amounts and contingent liability disclosure, more analysis.
          0.5    Continue presentation preparation; search for valuations of Grace in previous reports.
          0.5    Continue presentation preparation; search for valuations of Grace in previous reports: CDG report on Sealed Air.
          0.5    Continue presentation preparation; search for valuations of Grace in previous reports: CDG report on Sealed Air, check valuation multiples against current SEC reported earnings.
          0.5    Continue presentation preparation; search for valuations of Grace in previous reports:  review Bates and Golden Reports.
          0.5    Continue presentation preparation; search for valuations of Grace in previous reports: prepare valuation table.

Total:    14.5

```
FEBRUARY, 2003, TIME LOG OF PAUL J. SILVERN (PJS)

DATE       TIME    TASK

                   Case Administration

02/13/03   0.4     Participate in Property Damage (PD) Committee call re:
                   case status.
           0.1     Voice mail message for Francine F. Rabinovitz (FFR) re:
                   PD Committee call.

02/20/03   0.6     Participate in PD Committee call re: case status.
           0.2     Voice mail message for FFR and James E. Hass re: PD
                   Committee call.

02/20/03   0.5     Review Judge Wolin's order re: USG and recent news
                   article on EPA and Zonoilite.

02/27/03   0.2     Participate in PD Committee call re: case status.


Total:     2.0
```

MARCH 2003, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 03/13/03 | 0.3 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz (FFR)re: PD Committee call. |
| | 0.2 | Phone call with Jay Sakalo re: PD Committee issues. |
| 03/21/2003 | 1.0 | Read U.S. Supreme Ct. decision in re: <u>Norfolk & Western v. Ayers</u>. |
| 03/27/03 | 0.3 | Participate in PD Committee call re: case status. |
| | <u>0.1</u> | Voice mail message for FFR. |
| Sub-Total | 2.0 | Case Administration |
| | | <u>Compensation of Professionals</u> |
| 03/24/03 | 1.0 | Work on Third Interim Fee Application for services and costs related to the main case issues, and the Second Interim Fee Application for services and costs related to the Fraudulent Transfer litigation. |
| Sub-Total | 1.0 | Compensation of Professionals |
| Total: | 3.0 | |