# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 29, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURNS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM MARCH 1, 2003, THROUGH MARCH 31, 2003, FOR THE FIRST QUARTER OF JANUARY – MARCH, 2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 27, 2003** |
| Period for which compensation and reimbursement is sought | **March 1, 2003, through March 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 14,351.00** |
| Amount of Expense Reimbursement sought as | **$ 647.43** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

actual, reasonable and necessary:

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of March 2003. This is the third application for interim compensation of services for the January – March 2003 quarter that has been filed with the Bankruptcy Court. The following applications have been filed previously with the Court. No objection has been filed within the objection period against either application. Both applications are pending.

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
|---|---|---|---|
| March 10, 2003 | 1/1 – 1/31/03 | 11,423.35 | 184.10 |
| April 4, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor to intervene as a defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 2:02CV408JM, pending in the United States District Court for the Northern District of Indiana. Except for the fees specifically identified as "Fee Applications, Applicant," totaling $652.50, all fees and expenses for which reimbursement is sought were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 2.10 | $ 913.50 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 10.10 | $3,636.00 |
| Chad E. Ziegler | Associate | 1998 | IP Litigation | $265.00 | 8.90 | $2,358.50 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $250.00 | 24.30 | $6,075.00 |
| Karen M. Whitney | Associate | 2001 | IP Litigation | $190.00 | 7.20 | $1,368.00 |

Total Fees:  $ 14,351.00
Blended Rate:  $ 272.83

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $14,351.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($11,480.80) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($647.43); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Dated: April 28, 2003

Respectfully submitted

Gary L.

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
Levin@woodcock.com

- 3 -

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 29, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 2:02CV408JM
United States District Court
Northern District of Indiana

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/03/03 | FTC | Completed review of prior-art references provided by the client; considered validity/invalidity of U.S. Patent No. 5,389,236 in view of same. | 7.00 |
| 03/03/03 | DRB | Preparation of fact statement regarding use of Nol Tec loaders | 0.50 |
| 03/04/03 | CEZ | Finalized and submitted for filing Grace's unopposed motion to intervene, proposed order, and proposed answer; arranged for filing with local counsel. | 2.30 |
| 03/04/03 | DRB | Revisions to motion to intervene and filing of motion to intervene | 0.90 |
| 03/04/03 | GHL | Fee Applications, Applicant – attendance to formatting service descriptions for period January 2003; | 0.75 |
| 03/05/03 | KMW | Analysis of prior art. | 0.70 |
| 03/06/03 | KMW | Continued fact gathering; telephonic conference with Grace representative regarding the same. | 1.35 |
| 03/07/03 | GHL | Fee Application, Applicant – preparation of summary and fee detail for January 2003. | 0.75 |
| 03/10/03 | FTC | Further analysis of prior art and invalidity of 236 patent in view of same. | 4.00 |
| 03/10/03 | DRB | Analysis of parties briefs on Nol-Tec's motion to transfer pleadings | 1.00 |
| 03/10/03 | CEZ | Drafted memorandum of comparison of claims of patent with prior art. | 4.20 |
| 03/10/03 | KMW | Analysis of prior art. | 1.10 |
| 03/11/03 | FTC | Further analysis of prior art references; formulated and drafted invalidity position. | 4.50 |
| 03/11/03 | FTC | Research into recent law of the U.S. Court of Appeals for the Federal Circuit on issues relevant to invalidity position. | 3.00 |
| 03/11/03 | KMW | Review of prior art; discussion w/FTC regarding the same. | 2.75 |
| 03/12/03 | FTC | Continued prior art analysis and drafting of invalidity position. | 2.50 |
| 03/13/03 | DRB | Analysis of prior art issues | 0.50 |
| 03/14/03 | FTC | Continued prior art analysis and drafting of invalidity position. | 4.80 |
| 03/14/03 | DRB | Analysis of prior art relevant to Intercat patent claims | 1.30 |
| 03/14/03 | CEZ | Investigate and analyze prior art; drafted memorandum regarding same. | 2.40 |

2:02CV408JM

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/18/03 | GHL | Review of Intercat's opposition to Nol-Tec's motion to transfer pending action and Nol-Tec's reply in support of motion; | 0.60 |
| 03/19/03 | KMW | Continued review of prior art. | 1.30 |
| 03/21/03 | DRB | Non-infringement and invalidity position analysis based on claim interpretation | 0.40 |
| 03/26/03 | DRB | Investigation into prior art | 0.50 |
| 03/27/03 | DRB | Analysis of prior art for invalidity defense | 1.00 |
| 03/28/03 | DRB | Invalidity analysis | 1.00 |
| 03/31/03 | DRB | Non-infringement analysis, claim interpretation evaluation. | 3.00 |

SERVICES                              $      14,351.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 2.10 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 10.10 | hours at $ | 360.00 |
| CEZ | CHAD E. ZIEGLER | 8.90 | hours at $ | 265.00 |
| FTC | FRANK T. CARROLL | 24.30 | hours at $ | 250.00 |
| KMW | KAREN MILLANE WHITNEY | 7.20 | hours at $ | 190.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 19.02 |
| TELEFAX, TELEPHONE | 107.51 |
| PHOTOCOPYING | 84.90 |
| COMPUTER SEARCH | 351.15 |
| TRAVEL & EXPENSES | 234.85 |

DISBURSEMENT TOTAL                    $         647.43

SERVICE TOTAL                         $      14,351.00

**INVOICE TOTAL**                     $      14,998.43