**Exhibit B**

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Peter C. Canellos | Tax Partner since 1977/ 26 years at Applicant/ admitted to Bar in 1967 | $750 | 4.30 | $3,225.00 |
| Harold S. Novikoff | Creditors Rights Partner since 1981/ 28 years at Applicant/Admitted to Bar in 1976 | $675 | 1.20 | $810.00 |
| Deborah L. Paul | Tax Partner since 2001/5 years at Applicant/admitted to Bar in 1991 | $425 | 54.75 | $23,268.75 |
| Margaret Garnett | Creditors' Rights Associate/2 years at Applicant/admitted to Bar in 2001 | $275 | 1.00 | $275.00 |
| David J. Passey | Tax Associate/1 year at Applicant/admitted to Bar in 2000 | $330 | 28.50 | $9,405.00 |
| Joshua A. Feltman | Creditors Rights Associate since 2002/8 months at Applicant/admitted to N.J. Bar in 2003; admission to NY pending | $230 | 5.60 | $1,288.00 |
| Beth M. Polebaum | Independent Contractor[1]/ admitted to Bar in 1984 | $300 | 7.00 | $2,100.00 |
| Robinson Strauss | Creditors' Rights Paralegal/2 years at Applicant/NA | $125 | 6.40 | $800.00 |
| Elizabeth Grunwald | Reference Librarian/5 years at Applicant/NA | $95 | 1.40 | $133.00 |
| | Total: | | 110.15 | $41,304.75 |

---

[1] Ms. Polebaum was formerly associated with Applicant for 3 years and has been employed on a matter by matter basis for an additional 3 years.

B - 1

## Tax Issues

| Partners | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Peter C. Canellos | 4.30 | $750 | $3,225.00 |
| Deborah Paul | 54.50 | $425 | $23,162.50 |
| **Associates** | | | |
| Margaret Garnett | 1.00 | $275.00 | $275.00 |
| David Passey | 28.50 | $330 | $9,405.00 |
| **Other Professional** | | | |
| Elizabeth Grunwald | 1.40 | $95 | $133.00 |
| **TOTAL** | **89.70** | | **$36,200.50** |

## Fee Applications—Applicant

| Partner | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Deborah Paul | 0.25 | $425 | $106.25 |
| **Independent Contractor** | | | |
| Beth M. Polebaum | 7.00 | $300 | $2,100.00 |
| **Paralegal** | | | |
| Robinson Strauss | 6.40 | $125 | $800.00 |
| **TOTAL** | **13.65** | | **$3,006.25** |

## Litigation and Litigation Counseling

| Partner | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Harold S. Novikoff | 1.20 | $675 | $810.00 |
| **Associate** | | | |
| Joshua Feltman | 5.60 | $230 | $1,288.00 |
| **TOTAL** | **6.80** | | **$2,098.00** |

B - 2