**Exhibit C**

**Summary of Disbursements for the Period**
**October 1, 2002 through March 31, 2003**

| | |
|---|---|
| Telecopy | 3.00 |
| Courier Service | 74.43 |
| Duplicating/Scanning Imaging | 13.40 |
| Duplicating | 99.90 |
| Duplicating/Doc Boundries | 0.80 |
| Telecopy—Satellite Stations | 22.00 |
| Local Travel—Attorneys | 152.17 |
| Local Travel—Staff | 10.30 |
| Travel—Night Word Processing | 55.40 |
| Proofreading | 70.00 |
| Westlaw Recovery | 510.21 |
| Lexis Research | 522.06 |
| Meals—Attorneys | 99.10[1] |
| Meals—Paralegals | 34.00 |
| O/S Library | 3.25 |
| O/S Temps—Word Processing | 43.50 |
| Attorney Dinners—In House | 90.00 |
| **TOTAL** | **$1,803.52** |

---

[1] Applicant is charging less than its actual costs in order to remain within the $30 per meal guideline.