**Exhibit D**


Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Billed Recap of Time  [06/12/2003 2:10:45 PM]**

Page 1

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/24/2002 | 0663 | Beth Polebaum | 1.60 | 480.00 | Preparation of fee application. | 03901-0007 | 1707311 |
| 2 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 3 | | | | | | | | |
| 4 | 10/25/2002 | 0663 | Beth Polebaum | 0.40 | 120.00 | Preparation of fee application. | 03901-0007 | 1707314 |
| 5 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 6 | | | | | | | | |
| 7 | 10/27/2002 | 0663 | Beth Polebaum | 0.60 | 180.00 | Preparation of fee application. | 03901-0007 | 1707317 |
| 8 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 9 | | | | | | | | |
| 10 | 10/28/2002 | 0663 | Beth Polebaum | 4.10 | 1,230.00 | Fee application preparation. | 03901-0007 | 1707998 |
| 11 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 12 | | | | | | | | |
| 13 | 10/29/2002 | 0663 | Beth Polebaum | 6.30 | 1,890.00 | Draft interim fee application. | 03901-0007 | 1709917 |
| 14 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 15 | | | | | | | | |
| 16 | 10/29/2002 | 0288 | Deborah Paul | 2.40 | 1,020.00 | Analyze Fresenius tax sharing agreement issue. | 03901-0005 | 1714985 |
| 17 | 04/08/2003 | | Invoice=309424 | 2.40 | 1,020.00 | | | |
| 18 | | | | | | | | |
| 19 | 10/30/2002 | 0663 | Beth Polebaum | 3.90 | 1,170.00 | Draft of interim fee application. | 03901-0007 | 1709918 |
| 20 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 21 | | | | | | | | |
| 22 | 10/30/2002 | 0288 | Deborah Paul | 1.00 | 425.00 | Analyze Fresenius tax sharing agreement issue. | 03901-0005 | 1714986 |
| 23 | 04/08/2003 | | Invoice=309424 | 1.00 | 425.00 | | | |
| 24 | | | | | | | | |
| 25 | 10/30/2002 | 0698 | David Passey | 1.00 | 330.00 | Conf. with D. Paul, research issues governed by | 03901-0005 | 1747441 |
| 26 | 04/08/2003 | | Invoice=309424 | 1.00 | 330.00 | tax sharing agreement. | | |
| 27 | | | | | | | | |
| 28 | 10/31/2002 | 0663 | Beth Polebaum | 2.50 | 750.00 | Preparation of first interim fee application. | 03901-0007 | 1709923 |
| 29 | 04/08/2003 | | Invoice=309425 | 0.00 | 0.00 | | | |
| 30 | | | | | | | | |
| 31 | 11/01/2002 | 0663 | Beth Polebaum | 1.40 | 420.00 | Preparation of first interim fee application. | 03901-0007 | 1728603 |
| 32 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 33 | | | | | | | | |
| 34 | 11/04/2002 | 0663 | Beth Polebaum | 0.90 | 270.00 | Fee application preparation. | 03901-0007 | 1729915 |
| 35 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 36 | | | | | | | | |
| 37 | 11/05/2002 | 0663 | Beth Polebaum | 5.00 | 1,500.00 | Preparation of interim fee application. | 03901-0007 | 1729919 |
| 38 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 39 | | | | | | | | |
| 40 | 11/06/2002 | 0663 | Beth Polebaum | 3.70 | 1,110.00 | Fee application draft | 03901-0007 | 1729923 |
| 41 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 42 | | | | | | | | |
| 43 | 11/07/2002 | 0663 | Beth Polebaum | 1.80 | 540.00 | Completion of draft of fee application. | 03901-0007 | 1729927 |
| 44 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 45 | | | | | | | | |
| 46 | 11/07/2002 | 2258 | Robinson Strauss | 0.75 | 93.75 | Fee App filing preparation per B. Polebaum: | 03901-0007 | 1767730 |
| 47 | 04/08/2003 | | Invoice=309423 | 0.75 | 93.75 | review of fee app, research procedure w/ | | |
| 48 | | | | | | co-counsel | | |
| 49 | | | | | | | | |
| 50 | 11/14/2002 | 0663 | Beth Polebaum | 0.90 | 270.00 | Finalization of fee application. | 03901-0007 | 1731439 |
| 51 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 52 | | | | | | | | |
| 53 | 11/14/2002 | 0288 | Deborah Paul | 1.40 | 595.00 | Conf. w/Filon re: possible sealed air | 03901-0005 | 1743933 |
| 54 | 04/08/2003 | | Invoice=309423 | 1.40 | 595.00 | contribution. | | |
| 55 | | | | | | | | |
| 56 | 11/14/2002 | 2258 | Robinson Strauss | 1.10 | 137.50 | Review/editing of Fee App; formating for | 03901-0007 | 1767741 |
| 57 | 04/08/2003 | | Invoice=309423 | 1.10 | 137.50 | filing, review of USBC-DE rules;t/c to | | |
| 58 | | | | | | co-counsel; review of docket - case filings. | | |
| 59 | | | | | | | | |
| 60 | 11/18/2002 | 0663 | Beth Polebaum | 0.30 | 90.00 | Fee application. | 03901-0007 | 1732747 |
| 61 | 04/08/2003 | | Invoice=309423 | 0.00 | 0.00 | | | |
| 62 | | | | | | | | |
| 63 | 11/18/2002 | 0288 | Deborah Paul | 3.00 | 1,275.00 | Conf. w/M. Shelnitz (.4); conf. w/D. Passey | 03901-0005 | 1743946 |
| 64 | 04/08/2003 | | Invoice=309423 | 3.00 | 1,275.00 | (.6); conf. w/P. Canellos (.3); analyze | | |
| 65 | | | | | | potential investment by Sealed Air (1.7). | | |
| 66 | | | | | | | | |
| 67 | 11/18/2002 | 0698 | David Passey | 2.00 | 660.00 | Analyze Grace/Fresenius transaction documents | 03901-0005 | 1747476 |
| 68 | 04/08/2003 | | Invoice=309423 | 2.00 | 660.00 | and tax sharing agreement (1.6); Meet with | | |
| 69 | | | | | | Debbie Paul to discuss tax characterization of | | |
| 70 | | | | | | settlement payments (.4). | | |
| 71 | | | | | | | | |
| 72 | 11/18/2002 | 2258 | Robinson Strauss | 0.50 | 62.50 | Revised Fee app; prepared for HSN | 03901-0007 | 1768720 |
| 73 | 04/08/2003 | | Invoice=309423 | 0.50 | 62.50 | signature/e-filing | | |
| 74 | | | | | | | | |
| 75 | 11/19/2002 | 0288 | Deborah Paul | 2.20 | 935.00 | Conf. w/Filon; analyze JV structure. | 03901-0005 | 1743950 |

Client Number: 03901  
Client Name: W.R. GRACE & COMPANY  
Report Description: **Billed Recap of Time [06/12/2003 2:10:45 PM]**

Case 01-01139-AMC  Doc 3922-4  Filed 06/18/03  Page 3 of 6  Page 2

| # | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|------|----------|------------------------|-------|--------|-------------|---------------|-------|
| 76 | 04/08/2003 | | Invoice=309423 | 2.20 | 935.00 | | | |
| 77 | | | | | | | | |
| 78 | 11/19/2002 | 0698 | David Passey | 1.00 | 330.00 | Read transaction documents. | 03901-0005 | 1747478 |
| 79 | 04/08/2003 | | Invoice=309423 | 1.00 | 330.00 | | | |
| 80 | | | | | | | | |
| 81 | 11/19/2002 | 2258 | Robinson Strauss | 0.30 | 37.50 | transmittal of Final fee app to co-counsel. | 03901-0007 | 1768721 |
| 82 | 04/08/2003 | | Invoice=309423 | 0.30 | 37.50 | | | |
| 83 | | | | | | | | |
| 84 | 11/20/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739456 |
| 85 | 04/08/2003 | | Invoice=309423 | 1.00 | 750.00 | | | |
| 86 | | | | | | | | |
| 87 | 11/20/2002 | 0288 | Deborah Paul | 2.00 | 850.00 | Research tax issues regarding JV Structure. | 03901-0005 | 1743954 |
| 88 | 04/08/2003 | | Invoice=309423 | 2.00 | 850.00 | | | |
| 89 | | | | | | | | |
| 90 | 11/20/2002 | 0698 | David Passey | 1.50 | 495.00 | Analyze Grace/Fresenius tax sharing agreement | 03901-0005 | 1747483 |
| 91 | 04/08/2003 | | Invoice=309423 | 1.50 | 495.00 | (.7); Discuss tax issues regarding JV structure | | |
| 92 | | | | | | with D. Paul (.8). | | |
| 93 | | | | | | | | |
| 94 | 11/20/2002 | 2258 | Robinson Strauss | 0.60 | 75.00 | conversion/formatting of Fee App time detail | 03901-0007 | 1768722 |
| 95 | 04/08/2003 | | Invoice=309423 | 0.60 | 75.00 | spreadsheet into document for Fee auditor; | | |
| 96 | | | | | | preparation for W.Smith transmittal. | | |
| 97 | | | | | | | | |
| 98 | 11/21/2002 | 0288 | Deborah Paul | 4.90 | 2,082.50 | Conf. w/Filon and other Grace representatives | 03901-0005 | 1743957 |
| 99 | 04/08/2003 | | Invoice=309423 | 4.90 | 2,082.50 | (1.0); Draft summary of transaction structures | | |
| 100 | | | | | | (2.9); conf. w/D. Passey (1.0). | | |
| 101 | | | | | | | | |
| 102 | 11/21/2002 | 0698 | David Passey | 3.00 | 990.00 | Research Section 197 anti-churning rules (1.6); | 03901-0005 | 1747486 |
| 103 | 04/08/2003 | | Invoice=309423 | 3.00 | 990.00 | Call with Filon and other Grace representatives | | |
| 104 | | | | | | (1.4). | | |
| 105 | | | | | | | | |
| 106 | 11/22/2002 | 0288 | Deborah Paul | 1.10 | 467.50 | Draft summary of transaction structures (.9); | 03901-0005 | 1743961 |
| 107 | 04/08/2003 | | Invoice=309423 | 1.10 | 467.50 | conf. w/D. Passey (.2). | | |
| 108 | | | | | | | | |
| 109 | 11/22/2002 | 0698 | David Passey | 3.50 | 1,155.00 | Draft structure chart and transaction summaries | 03901-0005 | 1747488 |
| 110 | 04/08/2003 | | Invoice=309423 | 3.50 | 1,155.00 | (3.5). | | |
| 111 | | | | | | | | |
| 112 | 11/22/2002 | 2258 | Robinson Strauss | 0.40 | 50.00 | Final transmittal to fee auditor; case file | 03901-0007 | 1768723 |
| 113 | 04/08/2003 | | Invoice=309423 | 0.40 | 50.00 | organization; review of docket/fee app filing | | |
| 114 | | | | | | | | |
| 115 | 11/25/2002 | 0288 | Deborah Paul | 2.40 | 1,020.00 | Conf. w/Filon (.6); analyze JV Structure (1.8). | 03901-0005 | 1743972 |
| 116 | 04/08/2003 | | Invoice=309423 | 2.40 | 1,020.00 | | | |
| 117 | | | | | | | | |
| 118 | 11/25/2002 | 0698 | David Passey | 0.50 | 165.00 | Call with Filon re: transaction structures. | 03901-0005 | 1747494 |
| 119 | 04/08/2003 | | Invoice=309423 | 0.50 | 165.00 | | | |
| 120 | | | | | | | | |
| 121 | 11/26/2002 | 0212 | Peter C. Canellos | 0.80 | 600.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739466 |
| 122 | 04/08/2003 | | Invoice=309423 | 0.80 | 600.00 | | | |
| 123 | | | | | | | | |
| 124 | 11/26/2002 | 0288 | Deborah Paul | 2.60 | 1,105.00 | Analyze JV Structure. | 03901-0005 | 1743976 |
| 125 | 04/08/2003 | | Invoice=309423 | 2.60 | 1,105.00 | | | |
| 126 | | | | | | | | |
| 127 | 11/26/2002 | 0698 | David Passey | 1.00 | 330.00 | Research 197 rules and remedial allocations | 03901-0005 | 1747497 |
| 128 | 04/08/2003 | | Invoice=309423 | 1.00 | 330.00 | under 704(c). | | |
| 129 | | | | | | | | |
| 130 | 11/27/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739476 |
| 131 | 04/08/2003 | | Invoice=309423 | 1.00 | 750.00 | | | |
| 132 | | | | | | | | |
| 133 | 12/02/2002 | 0212 | Peter C. Canellos | 0.50 | 375.00 | Review of tax aspects of reorganization. | 03901-0005 | 1749699 |
| 134 | 04/08/2003 | | Invoice=309425 | 0.50 | 375.00 | | | |
| 135 | | | | | | | | |
| 136 | 12/02/2002 | 0288 | Deborah Paul | 5.10 | 2,167.50 | Conf. w/Filon (2.0); conf. w/Passey (2.1); | 03901-0005 | 1760095 |
| 137 | 04/08/2003 | | Invoice=309425 | 5.10 | 2,167.50 | analyze JV structure (1.0). | | |
| 138 | | | | | | | | |
| 139 | 12/03/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1749707 |
| 140 | 04/08/2003 | | Invoice=309425 | 1.00 | 750.00 | | | |
| 141 | | | | | | | | |
| 142 | 12/03/2002 | 0288 | Deborah Paul | 4.60 | 1,955.00 | Analyze treatment of Fresenius and Sealed Air | 03901-0005 | 1760096 |
| 143 | 04/08/2003 | | Invoice=309425 | 4.60 | 1,955.00 | payments. | | |
| 144 | | | | | | | | |
| 145 | 12/07/2002 | 0698 | David Passey | 1.50 | 495.00 | Research cancellation of indebtedness rules | 03901-0005 | 1747514 |
| 146 | 04/08/2003 | | Invoice=309425 | 1.50 | 495.00 | under Section 108. | | |
| 147 | | | | | | | | |
| 148 | 12/09/2002 | 0288 | Deborah Paul | 1.90 | 807.50 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760121 |
| 149 | 04/08/2003 | | Invoice=309425 | 1.90 | 807.50 | Air payments. | | |
| 150 | | | | | | | | |

Client Number: 03901  
Client Name: W.R. GRACE & COMPANY  
Report Description: **Billed Recap of Time [06/12/2003 2:10:45 PM]**

Case 01-01139-AMC   Doc 3922-4   Filed 06/18/03   Page 4 of 6   Page 3

| # | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 151 | 12/10/2002 | 0698 | David Passey | 1.00 | 330.00 | Call with Grace re cancellation of | 03901-0005 | 1747522 |
| 152 | 04/08/2003 | | Invoice=309425 | 1.00 | 330.00 | indebtedness. | | |
| 153 | | | | | | | | |
| 154 | 12/10/2002 | 2258 | Robinson Strauss | 0.30 | 37.50 | Updating of files; review of docket re: Fee App | 03901-0007 | 1763725 |
| 155 | 04/08/2003 | | Invoice=309425 | 0.30 | 37.50 | | | |
| 156 | | | | | | | | |
| 157 | 12/11/2002 | 0288 | Deborah Paul | 3.10 | 1,317.50 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760127 |
| 158 | 04/08/2003 | | Invoice=309425 | 3.10 | 1,317.50 | Air payments. | | |
| 159 | | | | | | | | |
| 160 | 12/11/2002 | 2839 | Elizabeth Grunwald | 0.70 | 66.50 | Printed 1996 Income Tax Regulations containing | 03901-0005 | 1761891 |
| 161 | 04/08/2003 | | Invoice=309425 | 0.70 | 66.50 | section 502 on consolidated returns, arranged | | |
| 162 | | | | | | for hard copy of same. (Passey) | | |
| 163 | | | | | | | | |
| 164 | 12/11/2002 | 0698 | David Passey | 3.00 | 990.00 | Research 1996 consolidated rules under | 03901-0005 | 1766214 |
| 165 | 04/08/2003 | | Invoice=309425 | 3.00 | 990.00 | Arrowhead. | | |
| 166 | | | | | | | | |
| 167 | 12/12/2002 | 0664 | Margaret Garnett | 1.00 | 275.00 | Disc. w/D. Passey & follow-up. | 03901-0005 | 1758354 |
| 168 | 04/08/2003 | | Invoice=309425 | 1.00 | 275.00 | | | |
| 169 | | | | | | | | |
| 170 | 12/12/2002 | 0288 | Deborah Paul | 2.70 | 1,147.50 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760132 |
| 171 | 04/08/2003 | | Invoice=309425 | 2.70 | 1,147.50 | Air payments. | | |
| 172 | | | | | | | | |
| 173 | 12/12/2002 | 0698 | David Passey | 3.00 | 990.00 | Research potential for recharacterization under | 03901-0005 | 1766219 |
| 174 | 04/08/2003 | | Invoice=309425 | 3.00 | 990.00 | Arrowsmith and implications of the fraudulence | | |
| 175 | | | | | | conveyance nature of the settlement payment. | | |
| 176 | | | | | | | | |
| 177 | 12/13/2002 | 0288 | Deborah Paul | 1.90 | 807.50 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760139 |
| 178 | 04/08/2003 | | Invoice=309425 | 1.90 | 807.50 | Air payments. | | |
| 179 | | | | | | | | |
| 180 | 12/16/2002 | 0288 | Deborah Paul | 2.60 | 1,105.00 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760141 |
| 181 | 04/08/2003 | | Invoice=309425 | 2.60 | 1,105.00 | Air payments. | | |
| 182 | | | | | | | | |
| 183 | 12/16/2002 | 0698 | David Passey | 2.50 | 825.00 | Draft internal memo re alternatives | 03901-0005 | 1766221 |
| 184 | 04/08/2003 | | Invoice=309425 | 2.50 | 825.00 | characterizations of settlement payment. | | |
| 185 | | | | | | | | |
| 186 | 12/17/2002 | 0288 | Deborah Paul | 2.80 | 1,190.00 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760146 |
| 187 | 04/08/2003 | | Invoice=309425 | 2.80 | 1,190.00 | Air payments. | | |
| 188 | | | | | | | | |
| 189 | 12/17/2002 | 0698 | David Passey | 3.00 | 990.00 | Research alternative characterizations of | 03901-0005 | 1766224 |
| 190 | 04/08/2003 | | Invoice=309425 | 3.00 | 990.00 | settlement payment. | | |
| 191 | | | | | | | | |
| 192 | 12/18/2002 | 0288 | Deborah Paul | 4.10 | 1,742.50 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1760149 |
| 193 | 04/08/2003 | | Invoice=309425 | 4.10 | 1,742.50 | Air payments. | | |
| 194 | | | | | | | | |
| 195 | 12/18/2002 | 2839 | Elizabeth Grunwald | 0.70 | 66.50 | Sent legislative history, article from Tax | 03901-0005 | 1761927 |
| 196 | 04/08/2003 | | Invoice=309425 | 0.70 | 66.50 | Notes Today and Treasury decision. (Passey) | | |
| 197 | | | | | | | | |
| 198 | 12/18/2002 | 0698 | David Passey | 1.00 | 330.00 | Conf. with D. Paul (.2); research tax treatment | 03901-0005 | 1766227 |
| 199 | 04/08/2003 | | Invoice=309425 | 1.00 | 330.00 | and treatment of settlement payments (.8). | | |
| 200 | | | | | | | | |
| 201 | 12/19/2002 | 0288 | Deborah Paul | 1.20 | 510.00 | Analyze tax treatment of Fresenius and Sealed | 03901-0005 | 1749846 |
| 202 | 04/08/2003 | | Invoice=309425 | 1.20 | 510.00 | Air payments. | | |
| 203 | | | | | | | | |
| 204 | 01/07/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Review time details for fee application. | 03901-0007 | 1772812 |
| 205 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | | | |
| 206 | | | | | | | | |
| 207 | 01/09/2003 | 0663 | Beth Polebaum | 1.10 | 330.00 | Draft of seconde interim fee application. | 03901-0007 | 1772820 |
| 208 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | | | |
| 209 | | | | | | | | |
| 210 | 01/13/2003 | 0663 | Beth Polebaum | 3.10 | 930.00 | Draft of 2d interim fee application. | 03901-0007 | 1772829 |
| 211 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | | | |
| 212 | | | | | | | | |
| 213 | 01/16/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Review of fee auditor's report re 1st fee | 03901-0007 | 1772834 |
| 214 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | application. E-mails SD, HSN re same. | | |
| 215 | | | | | | | | |
| 216 | 01/21/2003 | 0663 | Beth Polebaum | 2.20 | 660.00 | Revisions to 2d interim fee application to | 03901-0007 | 1772845 |
| 217 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | conform to auditor's requests. | | |
| 218 | | | | | | | | |
| 219 | 01/21/2003 | 0288 | Deborah Paul | 1.50 | 637.50 | Conf. call w/Elyse Filon -- update on sealed | 03901-0005 | 1780514 |
| 220 | 04/08/2003 | | Invoice=309426 | 1.50 | 637.50 | air payment; respond to fee auditor's report. | | |
| 221 | | | | | | | | |
| 222 | 01/22/2003 | 0663 | Beth Polebaum | 1.40 | 420.00 | Revisions to 2d fee application. | 03901-0007 | 1772851 |
| 223 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | | | |
| 224 | | | | | | | | |
| 225 | 01/22/2003 | 0288 | Deborah Paul | 0.25 | 106.25 | Prepare response to fee auditor's request.. | 03901-0007 | 1780519 |

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: Billed Recap of Time [06/12/2003 2:10:45 PM]

Case 01-01139-AMC   Doc 3922-4   Filed 06/18/03   Page 5 of 6   Page 4

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 226 | 04/08/2003 | | Invoice=309426 | 0.25 | 106.25 | | | |
| 227 | | | | | | | | |
| 228 | 01/23/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails SD re fee application. | 03901-0007 | 1772854 |
| 229 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | | | |
| 230 | | | | | | | | |
| 231 | 01/27/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | E-mail HSN/SD re status of 2d interim fee | 03901-0007 | 1773480 |
| 232 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | application. | | |
| 233 | | | | | | | | |
| 234 | 01/31/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails D. Passey, D. Pauls, D. Davies re: fee | 03901-0007 | 1774935 |
| 235 | 04/08/2003 | | Invoice=309426 | 0.00 | 0.00 | application. | | |
| 236 | | | | | | | | |
| 237 | 02/06/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | E-mails D. Passey, D. Paul, S. Davies re time | 03901-0007 | 1782523 |
| 238 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | details for 2d interim fee application. | | |
| 239 | | | | | | | | |
| 240 | 02/07/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails D. Passey, D. Paul, S. Davies re time | 03901-0007 | 1782527 |
| 241 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | details for 2d interim fee application. | | |
| 242 | | | | | | | | |
| 243 | 02/10/2003 | 0663 | Beth Polebaum | 0.50 | 150.00 | E-mails re time details for 2d interim fee | 03901-0007 | 1784011 |
| 244 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | application. TCs SD, RS and HSN re time details | | |
| 245 | | | | | | | for 1st interim fee application. | | |
| 246 | | | | | | | | |
| 247 | 02/11/2003 | 0663 | Beth Polebaum | 1.00 | 300.00 | Revisions to 2d interim fee application. | 03901-0007 | 1784016 |
| 248 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | | | |
| 249 | | | | | | | | |
| 250 | 02/12/2003 | 0663 | Beth Polebaum | 0.40 | 120.00 | Draft fee application. | 03901-0007 | 1784275 |
| 251 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | | | |
| 252 | | | | | | | | |
| 253 | 02/14/2003 | 0663 | Beth Polebaum | 0.50 | 150.00 | Grace fee application | 03901-0007 | 1784585 |
| 254 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | | | |
| 255 | | | | | | | | |
| 256 | 02/17/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | E-mails re: fee application; review of | 03901-0007 | 1784591 |
| 257 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | correspondence w/ fee auditor. | | |
| 258 | | | | | | | | |
| 259 | 02/18/2003 | 0663 | Beth Polebaum | 3.90 | 1,170.00 | Completed redraft of 2d interim fee | 03901-0007 | 1785033 |
| 260 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | application. | | |
| 261 | | | | | | | | |
| 262 | 02/19/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | Finalized disbursements exhibit. | 03901-0007 | 1785852 |
| 263 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | | | |
| 264 | | | | | | | | |
| 265 | 02/25/2003 | 0663 | Beth Polebaum | 4.20 | 1,260.00 | Revisions to 2d fee application. | 03901-0007 | 1787022 |
| 266 | 04/21/2003 | | Invoice=309782 | 0.00 | 0.00 | | | |
| 267 | | | | | | | | |
| 268 | 03/03/2003 | 0663 | Beth Polebaum | 0.80 | 240.00 | E-mails re: filing 2d fee application. (HSN, | 03901-0007 | 1796446 |
| 269 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | SD). Review summary spreadsheet from 6th fee | | |
| 270 | | | | | | | period. | | |
| 271 | | | | | | | | |
| 272 | 03/04/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Coordinated finalization of fee app for filing. | 03901-0007 | 1797156 |
| 273 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | | | |
| 274 | | | | | | | | |
| 275 | 03/05/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Coordinate filing of fee application. | 03901-0007 | 1797161 |
| 276 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | | | |
| 277 | | | | | | | | |
| 278 | 03/06/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails re-filing of fee application. | 03901-0007 | 1797164 |
| 279 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | | | |
| 280 | | | | | | | | |
| 281 | 03/07/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | Filing of fee application. | 03901-0007 | 1797168 |
| 282 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | | | |
| 283 | | | | | | | | |
| 284 | 03/07/2003 | 0224 | Harold S. Novikoff | 0.40 | 270.00 | Email re D&O insurance issues | 03901-1005 | 1813778 |
| 285 | 04/28/2003 | | Invoice=309811 | 0.40 | 270.00 | | | |
| 286 | | | | | | | | |
| 287 | 03/13/2003 | 0224 | Harold S. Novikoff | 0.80 | 540.00 | Conf. call re D&O insurance issues; TC Wolinsky | 03901-1005 | 1813808 |
| 288 | 04/28/2003 | | Invoice=309811 | 0.80 | 540.00 | re same; review materials | | |
| 289 | | | | | | | | |
| 290 | 03/18/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | E-mails RS; HSN; T/C RS re fee applications | 03901-0007 | 1803335 |
| 291 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | | | |
| 292 | | | | | | | | |
| 293 | 03/18/2003 | 0734 | Joshua Feltman | 3.10 | 713.00 | Legal research re: statute of limitationson | 03901-1005 | 1804615 |
| 294 | 04/28/2003 | | Invoice=309811 | 3.10 | 713.00 | fraudulent conveyances. | | |
| 295 | | | | | | | | |
| 296 | 03/18/2003 | 2258 | Robinson Strauss | 0.20 | 25.00 | review of docket; t/c to co-counsel re: 2nd | 03901-0007 | 1813479 |
| 297 | 04/28/2003 | | Invoice=309811 | 0.20 | 25.00 | Quarterly Fee App status. | | |
| 298 | | | | | | | | |
| 299 | 03/19/2003 | 0734 | Joshua Feltman | 2.50 | 575.00 | Legal research re: breach of duty claims. | 03901-1005 | 1804619 |
| 300 | 04/28/2003 | | Invoice=309811 | 2.50 | 575.00 | | | |

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Billed Recap of Time  [06/12/2003 2:10:45 PM]**

Page 5

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 301 | | | | | | | | |
| 302 | 03/19/2003 | 0663 | Beth Polebaum | 0.80 | 240.00 | Preparation to draft Jan. and Feb. monthly | 03901-0007 | 1805093 |
| 303 | 04/28/2003 | | Invoice=309811 | 0.00 | 0.00 | applications. | | |
| 304 | | | | | | | | |
| 305 | 03/20/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Email, t/c re: status of fee apps to | 03901-0007 | 1813485 |
| 306 | 04/28/2003 | | Invoice=309811 | 0.30 | 37.50 | attys/co-counsel | | |
| 307 | | | | | | | | |
| 308 | 03/21/2003 | 2258 | Robinson Strauss | 0.35 | 43.75 | Email to in-house attys/paralegal, co-counsel, | 03901-0007 | 1813490 |
| 309 | 04/28/2003 | | Invoice=309811 | 0.35 | 43.75 | re status of fee app filing, outstanding | | |
| 310 | | | | | | issues; | | |
| 311 | | | | | | | | |
| 312 | 03/24/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | E-mails re: monthly fee applications. | 03901-0007 | 1805112 |
| 313 | 04/28/2003 | | Invoice=309811 | 0.30 | 90.00 | | | |
| 314 | | | | | | | | |
| 315 | 03/25/2003 | 0663 | Beth Polebaum | 5.90 | 1,770.00 | Draft of montlhly fee applications: Oct/02 | 03901-0007 | 1805116 |
| 316 | 04/28/2003 | | Invoice=309811 | 5.90 | 1,770.00 | (2.3); Nov./02 (0.9); Dec./02 (1.2); Jan./03 | | |
| 317 | | | | | | (1.1); Feb./03 (0.4). | | |
| 318 | | | | | | | | |
| 319 | 03/26/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | Follow-up on fee applications. | 03901-0007 | 1805496 |
| 320 | 04/28/2003 | | Invoice=309811 | 0.20 | 60.00 | | | |
| 321 | | | | | | | | |
| 322 | 03/28/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Review of fee app drafts and status; | 03901-0007 | 1813495 |
| 323 | 04/28/2003 | | Invoice=309811 | 0.30 | 37.50 | communication w/ attys, review of docket. | | |
| 324 | | | | | | | | |
| 325 | 03/31/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Follow-up on fee applications. | 03901-0007 | 1807609 |
| 326 | 04/28/2003 | | Invoice=309811 | 0.60 | 180.00 | | | |
| 327 | | | | | | | | |
| 328 | 03/31/2003 | 2258 | Robinson Strauss | 1.30 | 162.50 | Review of fee app drafts and status; | 03901-0007 | 1812244 |
| 329 | 04/28/2003 | | Invoice=309811 | 1.30 | 162.50 | communication w/ attys re same. Review of | | |
| 330 | | | | | | docket. Editing & revising of 10/02 to 2/02 Fee | | |
| 331 | | | | | | apps/exhibits to comply w/ Administrative | | |
| 332 | | | | | | Order, monthly fee app procedures. | | |
| 333 | | | | | | | | |
| 334 | | | BILLED TOTALS:   WORK: | 167.35 | 58,464.75 | 105 records | | |
| 335 | | | BILLED TOTALS:   BILL: | 110.15 | 41,304.75 | | | |
| 336 | | | | | | | | |
| 337 | | | GRAND TOTALS:   WORK: | 167.35 | 58,464.75 | 105 records | | |
| 338 | | | GRAND TOTALS:   BILL: | 110.15 | 41,304.75 | | | |