# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., et al.

Debtors.

Chapter 11

Case No. 01-01139 (JKF)

Jointly Administered

**Objection Date:  July 9, 2003 at 4:00 p.m.**
**Hearing Date:  To be scheduled only if objections are**
**timely filed and served**

## FOURTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2003 – March 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$10,612.90** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$252.18** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the fourteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Fourteenth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WLM\184275.1

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | The Hearing to Approve Compensation was held June 17, 2003 at 12:00 p.m. At the time of filing of this application, no order had been entered regarding these fees and expenses. | |

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 17, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 940147                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.10 | hrs. at | $445.00 | /hr. = | $3,159.50 |
| WS KATCHEN | PARTNER | 10.80 | hrs. at | $510.00 | /hr. = | $5,508.00 |
| RN SIANNI | ASSOCIATE | 1.10 | hrs. at | $285.00 | /hr. = | $313.50 |
| DM SPEERS | PARALEGAL | 2.10 | hrs. at | $165.00 | /hr. = | $346.50 |
| SA HOLLINGHEAD | PARALEGAL | 17.50 | hrs. at | $145.00 | /hr. = | $2,537.50 |
| R LAGRAVENIS | PARALEGAL | 2.00 | hrs. at | $145.00 | /hr. = | $290.00 |
| K SHANNON | PARALEGAL | 1.10 | hrs. at | $130.00 | /hr. = | $143.00 |

|  |  |
|---|---|
| | $12,298.00 |
| LESS COURTESY DISCOUNT | -$1,685.10 |
| Net Bill Amount | $10,612.90 |

DISBURSEMENTS

| | |
|---|---|
| DOCUMENT RETRIEVAL | 9.30 |
| MISCELLANEOUS | 40.23 |
| OVERNIGHT MAIL | 66.09 |
| PRINTING & DUPLICATING | 83.10 |
| TELECOPY | 50.35 |
| TELEPHONE | 3.11 |
| TOTAL DISBURSEMENTS | $252.18 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $10,865.08 |
| PREVIOUS BALANCE | $34,998.43 |
| TOTAL BALANCE DUE | $45,863.51 |

DUANE MORRIS LLP

File # K0248-00001                                    INVOICE # 940147
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/9/2003 | 003 | MR LASTOWSKI | REVIEW MOTION OF DK ACQUISITION PARTNERS FOR ORDER PERMITTING TRADING IN BANK DEBT | 0.10 | $44.50 |
| 3/12/2003 | 003 | MR LASTOWSKI | REVIEW FTI POLICANO ANALYSIS OF CONSOLIDATED FINANCIAL STATEMENTS | 0.50 | $222.50 |
| 3/14/2003 | 003 | MR LASTOWSKI | REVIEW FEBRUARY MONTHLY OPERATING REPORTS | 0.40 | $178.00 |
| | | | Code Total | 1.00 | $445.00 |

Duane Morris
June 17, 2003
Page 3

File # K0248-00001                                INVOICE # 940147
    W.R. GRACE & CO.

| 3/3/2003 004 | DM SPEERS | REVIEWING 3/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
|---|---|---|---|---|
| 3/3/2003 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 3/5/2003 004 | DM SPEERS | REVIEWING 3/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/5/2003 004 | R LAGRAVENIS | REVIEW, SORT, FILE AND INDEX CORRESPONDENCE, PLEADINGS, AND RELATED CASE MATERIALS. REVIEW AND REVISE INDEX. | 1.40 | $203.00 |
| 3/6/2003 004 | DM SPEERS | REVIEWING 3/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 3/6/2003 004 | SA HOLLINGHEAD | MAINTENANCE AND REVIEW OF INTEROFFICE PLEADINGS. | 0.10 | $14.50 |
| 3/10/2003 004 | DM SPEERS | REVIEWING 3/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/11/2003 004 | DM SPEERS | REVIEWING 3/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 3/11/2003 004 | SA HOLLINGHEAD | MAINTENANCE OF INTEROFFICE PLEADINGS. | 0.40 | $58.00 |
| 3/12/2003 004 | DM SPEERS | REVIEWING 3/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/13/2003 004 | DM SPEERS | REVIEWING 3/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/14/2003 004 | DM SPEERS | REVIEWING 3/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/17/2003 004 | DM SPEERS | REVIEWING 3/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 3/17/2003 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |

File # K0248-00001                                          INVOICE # 940147
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/18/2003 | 004 | DM SPEERS | REVIEWING 3/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 3/18/2003 | 004 | SA HOLLINGHEAD | REQUEST UPDATED 2002 SERVICE LIST FROM R. STEWART AT PACHULSKI STANG. | 0.10 | $14.50 |
| 3/18/2003 | 004 | SA HOLLINGHEAD | RETRIEVE 2002 SERVICE LIST; SAVE TO SYSTEM AND PREPARE SERVICE REQUEST FORM FOR CREATION OF 2002 LABELS. | 0.20 | $29.00 |
| 3/19/2003 | 004 | DM SPEERS | REVIEWING 3/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/19/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.60 | $87.00 |
| 3/20/2003 | 004 | DM SPEERS | REVIEWING 3/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/21/2003 | 004 | DM SPEERS | REVIEWING 3/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/24/2003 | 004 | DM SPEERS | REVIEWING 3/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILNG ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 3/24/2003 | 004 | RN SIANNI | CALLS TO/FROM FEE AUDITOR RE: FEE AUDITOR PROCEDURE ISSUES. | 0.40 | $114.00 |
| 3/24/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 3/28/2003 | 004 | RN SIANNI | RESPOND TO INQUIRY OF FEE AUDITOR RE: FEE AUDIT PROCEDURE. | 0.50 | $142.50 |
| 3/28/2003 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM BRENDA WHITE REQUESTING CLAIMS AGENT INFORMATION. | 0.10 | $14.50 |
| 3/31/2003 | 004 | DM SPEERS | REVIEWING 3/31/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 3/31/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| | | | Code Total | 6.30 | $1,081.50 |

File # K0248-00001                                          INVOICE # 940147
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|------|------|------------|-------------|-------|--------|
| 3/3/2003 | 005 | WS KATCHEN | REVIEW FTI REPORT TO COMMITTEE. | 0.20 | $102.00 |
| 3/3/2003 | 005 | WS KATCHEN | REVIEW MOTION TO EXTEND DIP. | 0.20 | $102.00 |
| 3/4/2003 | 005 | WS KATCHEN | UPDATE MEETING COMMITTEE AND SCHEDULING OF MARCH 12, 2003. | 0.20 | $102.00 |
| 3/5/2003 | 005 | WS KATCHEN | PREPARE FOR MARCH 12, 2003 COMMITTEE MEETING (§524(G) ISSUES). | 1.70 | $867.00 |
| 3/5/2003 | 005 | WS KATCHEN | REVIEW REP. NICKLES PROPOSED BILL ON ASBESTOS REMEDIES. | 0.10 | $51.00 |
| 3/6/2003 | 005 | WS KATCHEN | REVIEW MEMO TO COMMITTEE FROM FTI RE: ACQUISITION AND 4 Q 2002. | 0.30 | $153.00 |
| 3/7/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE AGENDA FOR MARCH 12, 2003 MEETING. | 0.10 | $51.00 |
| 3/7/2003 | 005 | WS KATCHEN | PREPARE FOR MARCH 12, 2003 COMMITTEE MEETING. | 0.40 | $204.00 |
| 3/7/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.10 | $51.00 |
| 3/10/2003 | 005 | WS KATCHEN | E-MAIL TO M. FRIEDMAN, ATTORNEY FOR DK ACQUISITION. | 0.10 | $51.00 |
| 3/10/2003 | 005 | WS KATCHEN | REVIEW ORDER PERMITTING DK ACQUISITION PARTNERS TO TRADE BANK DEBT. | 0.10 | $51.00 |
| 3/11/2003 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING ON MARCH 12, 2003. | 0.40 | $204.00 |
| 3/11/2003 | 005 | WS KATCHEN | REVIEW SUPERIOR COURT OPINION OF MARCH 10, 2003 (NORFOLK & WESTERN 2003 US LEXIS 1956). | 0.80 | $408.00 |
| 3/12/2003 | 005 | WS KATCHEN | ATTEND COMMITTEE MEETING AT STROOCK. | 4.50 | $2,295.00 |
| 3/12/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMOS AND CONSULTANT'S REPORT. | 0.50 | $255.00 |
| 3/20/2003 | 005 | WS KATCHEN | REVIEW ARTICLE ON LIBBY SITE CLAIMS V. DEBTOR IN PROPOSED LITIGATION. | 0.20 | $102.00 |
| 3/21/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ED BOND RE: CASE STATUS. | 0.20 | $102.00 |
| 3/27/2003 | 005 | WS KATCHEN | REVIEW §365(D)(4) MOTION. | 0.10 | $51.00 |
| 3/31/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK RE: §546. | 0.20 | $102.00 |
| 3/31/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: §546 ISSUES. | 0.30 | $153.00 |
| 3/31/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COURT. | 0.10 | $51.00 |
| | | | Code Total | 10.80 | $5,508.00 |

File # K0248-00001                                              INVOICE # 940147
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/4/2003 010 | MR LASTOWSKI | REVIEW SUPPLEMENTAL APPLICATION TO RETAIN W.D. HILTON ON BEHALF OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | 0.10 | $44.50 |
| 3/21/2003 010 | MR LASTOWSKI | REVIEW PRICEWATERHOUSE COOPERS SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $44.50 |
| | | Code Total | 0.20 | $89.00 |

File # K0248-00001                                          INVOICE # 940147
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/10/2003 012 | RN SIANNI | REVIEW CORRESPONDENCE FROM FEE AUDITOR AND PROPOSED ORDER RE INTERIM FEE APPLICATIONS. | 0.20 | $57.00 |
| 3/17/2003 012 | SA HOLLINGHEAD | REVIEW DOCKET FOR STATUS OF MONTHLY/QUARTERLY FEE APPLICATIONS. | 0.20 | $29.00 |
| 3/17/2003 012 | SA HOLLINGHEAD | REQUEST BILLS FOR OCTOBER 1, 2002 - FEBRUARY 28, 2003 FOR PREPARATION OF MONTHLY FEE APPLICATIONS. | 0.30 | $43.50 |
| 3/17/2003 012 | SA HOLLINGHEAD | EMAIL TO M. LASTOWSKI RE: STATUS OF FEE APPLICATIONS FOR DUANE MORRIS. | 0.10 | $14.50 |
| 3/19/2003 012 | SA HOLLINGHEAD | PREPARE DRAFT TWELFTH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.20 | $29.00 |
| 3/24/2003 012 | SA HOLLINGHEAD | REVIEW AND FORWARD EMAIL FROM FEE AUDITOR'S OFFICE TO M. LASTOWSKI RE: 7TH INTERIM FEE APPLICATION STATUS. | 0.20 | $29.00 |
| 3/24/2003 012 | SA HOLLINGHEAD | CORRESPONDENCE BETWEEN R. SIANNI AND M. LASTOWSKI RE: STATUS OF FEE APPLICATIONS FOR DM. | 0.20 | $29.00 |
| 3/25/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS LLP OCTOBER FEE APPLICATION | 0.10 | $44.50 |
| 3/25/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS LLP NOVEMBER FEE APPLICATION | 0.10 | $44.50 |
| 3/25/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS LLP DECEMBER FEE APPLICATION | 0.10 | $44.50 |
| 3/25/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS LLP JANUARY FEE APPLICATION | 0.10 | $44.50 |
| 3/25/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS LLP FEBRUARY FEE APPLICATION | 0.10 | $44.50 |
| 3/25/2003 012 | SA HOLLINGHEAD | RESPOND TO M. LASTOWSKI RE: PROCEDURES FOR PROCESSING MONTHLY FEE APPLICATIONS FOR DM. | 0.10 | $14.50 |
| 3/25/2003 012 | SA HOLLINGHEAD | CONVERT BILLS FOR OCT, NOV, DEC, JAN AND FEB TO PDF FORMAT AND FORWARD TO W. KATCHEN FOR REVISIONS. | 0.20 | $29.00 |
| 3/27/2003 012 | SA HOLLINGHEAD | FINAL REVISIONS OF BILLS FOR OCTOBER - DECEMBER 2002; BEGIN PREPARATION OF DM SEVENTH QUARTERLY FEE APPLICATION. | 2.40 | $348.00 |
| 3/28/2003 012 | MR LASTOWSKI | REVIEW DUANE MORRIS SEVENTH INTERIM FEE APPLICATION | 0.50 | $222.50 |
| 3/28/2003 012 | SA HOLLINGHEAD | FINALIZE INITIAL DRAFT OF SEVENTH QUARTERLY FEE APPLICATION FOR REVIEW BY M. LASTOWSKI. | 2.30 | $333.50 |

File # K0248-00001                                    INVOICE # 940147
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/28/2003 | 012 | SA HOLLINGHEAD | TELEPHONE CALL TO S. BOSSAY AT W. H. SMITH & ASSOCIATES RE: SEVENTH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | TELEPHONE CALL TO J. LEMKIN RE: TIME ENTRY FOR C. DOOLEY. | 0.10 | $14.50 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | REQUEST CORRECTION IN TASK CODE FOR NOVEMBER BILLING FOR ENTRY OF C. DOOLEY. | 0.10 | $14.50 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT, E-FILE AND SERVE DUANE MORRIS 7TH QUARTERLY FEE APPLICATION. | 0.60 | $87.00 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | REVISE AND FINALIZE DM 7TH QUARTERLY FEE APPLICATION PER M. LASTOWSKI. | 1.80 | $261.00 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR DM 7TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | PREPARE NOTICE OF DM 7TH QUARTERLY FEE APPLICATION FOR SERVICE ON 2002 LIST BY DLS. | 0.20 | $29.00 |
| 3/28/2003 | 012 | SA HOLLINGHEAD | CONVERT BILLING DETAIL TO .TXT FILE AND FORWARD TO FEE AUDITOR PER HIS TELEPHONE REQUEST. | 0.30 | $43.50 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | PREPARE MONTHLY FEE APPLICATION FOR JANUARY 2003 FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 1.00 | $145.00 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | PREPARE MONTHLY FEE APPLICATION FOR FEBRUARY 2003 FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.90 | $130.50 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE JANUARY 2003 MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE FEBRUARY 2003 MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | CONVERT BILLS FOR JANUARY AND FEBRUARY 2003 TO RICH TEXT FORMAT AND FORWARD TO FEE AUDITOR WITH WORD FORMAT OF JANUARY AND FEBRUARY FEE APPLICATIONS. | 0.20 | $29.00 |
| 3/31/2003 | 012 | SA HOLLINGHEAD | SERVICE OF JANUARY AND FEBRUARY 2003 MONTHLY FEE APPLICATIONS. | 0.20 | $29.00 |
| | | | Code Total | 13.60 | $2,300.00 |

File # K0248-00001                                        INVOICE # 940147
    W.R. GRACE & CO.

| 3/6/2003 | 013 | MR LASTOWSKI | REVIEW KLETT ROONEY SEVENTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
|---|---|---|---|---|---|
| 3/6/2003 | 013 | MR LASTOWSKI | REVIEW RICHARDSON PATRICK SECOND QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 3/7/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS QUARTERLY APPLICATION OF LUKINS ANNIS | 0.10 | $44.50 |
| 3/7/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS QUARTERLY APPLICATION OF RICHARDSON PATRICK | 0.10 | $44.50 |
| 3/7/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS QUARTERLY APPLICATION OF ELZUFON AUSTIN | 0.10 | $44.50 |
| 3/7/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS TO STROOCK'S 20TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/7/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS TO STROOCK'S 21ST MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/7/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS TO FTI'S 20TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/7/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS TO FTI'S 21ST MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/9/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS SEVENTH INTERIM FEE APPLICATION OF FERRY JOSEPH & PEARCE, P.A. | 0.10 | $44.50 |
| 3/9/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS SEVENTH INTERIM FEE APPLICATION OF KIRKLAND & ELLIS | 0.10 | $44.50 |
| 3/10/2003 | 013 | MR LASTOWSKI | REVIEW DOCKETS AND EXECUTE CNO RE: FTI POLICANO AND MANZO 20TH INTERIM FEE APPLICATION | 0.20 | $89.00 |
| 3/10/2003 | 013 | MR LASTOWSKI | REVIEW DOCKETS AND EXECUTE CNO RE: FTI POLICANO AND MANZO 21ST INTERIM FEE APPLICATION | 0.20 | $89.00 |
| 3/10/2003 | 013 | MR LASTOWSKI | REVIEW DOCKETS AND EXECUTE CNO RE: FTI POLICANO AND MONZO 21ST MONTHLY FEE APPLICATION | 0.20 | $89.00 |
| 3/10/2003 | 013 | MR LASTOWSKI | REVIEW DOCKETS AND EXECUTE CNO RE: FTI POLICANO AND MANZO 20TH MONTHLY FEE APPLICATION | 0.20 | $89.00 |
| 3/10/2003 | 013 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO POLICANO & MANZO'S TWENTIETH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |

File # K0248-00001                                    INVOICE # 940147
   W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/10/2003 013 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO POLICANO & MANZO'S TWENTY-FIRST MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/10/2003 013 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK'S TWENTY-FIRST MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/10/2003 013 | SA HOLLINGHEAD | PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK'S TWENTIETH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/12/2003 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S SUMMARY OF FEE CATEGORIES | 0.30 | $133.50 |
| 3/12/2003 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI'S 20TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/12/2003 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK'S 20TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/12/2003 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 21ST MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/12/2003 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 21ST MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 3/14/2003 013 | MR LASTOWSKI | REVIEW KRAMER LEVIN QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 3/18/2003 013 | SA HOLLINGHEAD | SAVE 7TH QUARTERLY FEE APPLICATION FOR FTI POLICANO & MANZO TO SYSTEM AND E-FILE. | 0.40 | $58.00 |
| 3/18/2003 013 | SA HOLLINGHEAD | SAVE JANUARY FEE APPLICATION FOR FTI POLICANO & MANZO TO SYSTEM AND E-FILE. | 0.40 | $58.00 |
| 3/21/2003 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN | 0.10 | $44.50 |
| 3/21/2003 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS AND STATUS FIFTH MONTHLY APPLICATION OF RICHARDSON PATRICK | 0.10 | $44.50 |
| 3/25/2003 013 | SA HOLLINGHEAD | REVIEW SEVENTH QUARTERLY FEE APPLICATION OF STROOCK AND STROOCK, SAVE TO SYSTEM AND E-FILE; FORWARD CONFIRMATION TO A. CASKADON. | 0.50 | $72.50 |
| 3/26/2003 013 | SA HOLLINGHEAD | SAVE STROOCK JANUARY FEE APPLICATION TO SYSTEM AND E-FILE; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.40 | $58.00 |

File # K0248-00001                                          INVOICE # 940147
   W.R. GRACE & CO.

| Date | | Name | Description | | |
|------|---|------|-------------|---|---|
| 3/26/2003 | 013 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR STROOCK'S 22ND MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 3/27/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS CHILLMARK PARTRNERS 17TH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 3/28/2003 | 013 | MR LASTOWSKI | REVIEW STEPTOE AND JOHNSON SEVENTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 3/31/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS SECOND INTERIM FEE APPLICATION OF HAMILTON, RABINOVITZ | 0.10 | $44.50 |
| | | | Code Total | 6.20 | $1,619.00 |

File # K0248-00001                                    INVOICE #  940147
    W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/3/2003 | 014 | MR LASTOWSKI | REVIEW SUPPLEMENT TO DEBTOR'S MOTION TO EXTEND AND MODIFY DEBTOR IN POSSESSION FINANCING | 1.20 | $534.00 |
| 3/4/2003 | 014 | MR LASTOWSKI | REVIEW PROPOSED AMENDMENTS TO DEBTOR IN POSSESSION FINANCING | 0.50 | $222.50 |
| | | | Code Total | 1.70 | $756.50 |

File # K0248-00001                                                INVOICE # 940147
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/11/2003 015 | MR LASTOWSKI | REVIEW 3/17/03 AGENDA NOTICE | 0.10 | $44.50 |
| 3/12/2003 015 | MR LASTOWSKI | REVIEW REVISED 3/17/03 AGENDA NOTICE | 0.10 | $44.50 |
| 3/14/2003 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: 3/17/03 OMNIBUS HEARING | 0.10 | $44.50 |
| 3/14/2003 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR 3/17/03 HEARING | 0.10 | $44.50 |
| 3/17/2003 015 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE: STATUS OF OMNIBUS HEARING | 0.10 | $44.50 |
| | | Code Total | 0.50 | $222.50 |

File # K0248-00001                                          INVOICE # 940147
    W.R. GRACE & CO.

| 3/27/2003 | 019 | MR LASTOWSKI | REVIEW SETTLEMENT WITH PENSION BENEFIT GUARANTY CORPORATION ("PBGC") | 0.20 | $89.00 |
|---|---|---|---|---|---|
| | | | Code Total | 0.20 | $89.00 |

File # K0248-00001                                        INVOICE # 940147
    W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2003 | 025 | K SHANNON | SEARCH DOCKET/FILE RE PLEADINGS. | 0.30 | $39.00 |
| 3/17/2003 | 025 | K SHANNON | REVIEW COURT SITE FOR 10K FILINGS. | 0.30 | $39.00 |
| 3/28/2003 | 025 | K SHANNON | ATTEMPT TO LOCATE SPECIFIC ORDER; RETRIEVE DOCKET. | 0.50 | $65.00 |
| | | | Code Total | 1.10 | $143.00 |

File # K0248-00001                                          INVOICE # 940147
        W.R. GRACE & CO.

| 3/9/2003 | 030 | MR LASTOWSKI | REVIEW CORRESPNDENCE FROM CAMPBELL & LEVINE P.C. TO MARCIA WALDRON, CLERK OF THE THIRD CIRCUIT, RE: STAY OF APPEAL PENDING SETTLEMENT | 0.10 | $44.50 |
| | | | Code Total | 0.10 | $44.50 |

File # K0248-00001                                     INVOICE #  940147
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 41.70 | $12,298.00 |

File # K0248-00001                                      INVOICE # 940147
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 3/31/2003 | TELEPHONE | | 3.11 |
| | | Total: | $3.11 |
| 3/27/2003 | OVERNIGHT MAIL PACKAGE SENT TO CLAIMS PROCESSING AGENT AT RUST CONSULTING INC - FARIBAULT, MN FROM RALPH SIANNI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840426130068) | | 11.47 |
| 3/28/2003 | OVERNIGHT MAIL  PACKAGE SENT TO DAVID B SIEGEL AT WR GRACE & CO - COLUMBIA, MD FROM SHELLEY A CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840426130079) | | 7.99 |
| 3/28/2003 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITH AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY A CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840426130090) | | 16.46 |
| 3/31/2003 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL ESQ AT SENIOR UP AND GENERAL COUNSEL - COLUMBIA, MD FROM SHELLEY A CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840805209790) | | 11.52 |
| 3/31/2003 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITH ESQ AT WARREN H SMITH ASSOCIATES - DALLAS, TX FROM SHELLEY A CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840805209804) | | 18.65 |
| | | Total: | $66.09 |
| 3/4/2003 | MISCELLANEOUS LEGAL RESEARCH | | 40.23 |
| | | Total: | $40.23 |
| 3/31/2003 | TELECOPY | | 50.35 |
| | | Total: | $50.35 |
| 3/3/2003 | DOCUMENT RETRIEVAL W.R. GRACE | | 4.80 |
| 3/5/2003 | DOCUMENT RETRIEVAL W.R. GRACE | | 4.50 |
| | | Total: | $9.30 |
| 3/31/2003 | PRINTING & DUPLICATING | | 83.10 |
| | | Total: | $83.10 |
| | | TOTAL DISBURSEMENTS | $252.18 |