## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date:  July 9, 2003 at 4:00 p.m.**
**Hearing Date:  To be scheduled only if objections are**
**timely filed and served**

### FIFTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2003 – April 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$13,689.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,335.98** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the fifteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Fifteenth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WLM\184278.1

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |

| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | None approved at this time; objection deadline runs July 8, 2003. | None approved at this time; objection deadline runs July 8, 2003. |
|---|---|---|---|---|---|

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | The Hearing to Approve Compensation was held June 17, 2003 at 12:00 p.m.  At the time of filing of this application, no order had been entered regarding these fees and expenses. | |

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 17, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 940298                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 8.50 | hrs. at | $445.00 /hr. = | $3,782.50 |
| WS KATCHEN | PARTNER | 4.80 | hrs. at | $510.00 /hr. = | $2,448.00 |
| J GREENBERG | OF COUNSEL | 0.70 | hrs. at | $295.00 /hr. = | $206.50 |
| RN SIANNI | ASSOCIATE | 2.70 | hrs. at | $285.00 /hr. = | $769.50 |
| JH LEMKIN | ASSOCIATE | 16.90 | hrs. at | $260.00 /hr. = | $4,394.00 |
| DM SPEERS | PARALEGAL | 2.20 | hrs. at | $165.00 /hr. = | $363.00 |
| SA HOLLINGHEAD | PARALEGAL | 8.20 | hrs. at | $145.00 /hr. = | $1,189.00 |
| R LAGRAVENIS | PARALEGAL | 3.70 | hrs. at | $145.00 /hr. = | $536.50 |

$13,689.00

DISBURSEMENTS
DOCUMENT E-FILING                              10.50
DOCUMENT RETRIEVAL                             20.41
LEXIS LEGAL RESEARCH                           11.25
MESSENGER SERVICE                            2180.52
OVERNIGHT MAIL                                  9.80
PRINTING & DUPLICATING                         12.30
TELECOPY                                       91.20
TOTAL DISBURSEMENTS                                        $2,335.98

BALANCE DUE THIS INVOICE                                   $16,024.98

PREVIOUS BALANCE                                           $45,863.51

TOTAL BALANCE DUE                                          $61,888.49

File # K0248-00001                                              INVOICE # 940298
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/7/2003 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING RESULTS (FEBRUARY 2003) | 0.30 | $133.50 |
| 4/9/2003 | 003 | MR LASTOWSKI | REVIEW FEBRUARY 2003 MONTHLY OPERATING REPORTS | 0.50 | $222.50 |
| 4/22/2003 | 003 | MR LASTOWSKI | REVIEW LESSOR'S OBJECTION TO MOTION TO EXTEND TIME TO ASSUME OR REJECT | 0.10 | $44.50 |
| 4/25/2003 | 003 | MR LASTOWSKI | REVIEW AGREED ORDER RE: KENT LEASE REJECTION | 0.10 | $44.50 |
| | | | Code Total | 1.00 | $445.00 |

File # K0248-00001                                        INVOICE # 940298
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2003 | 004 | DM SPEERS | REVIEWING 4/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 4/2/2003 | 004 | J GREENBERG | ASSIST IN ENSURING FILING OF MOTION FOR EXTENSION OF TIME FOR AVOIDANCE ACTIONS, CONFER WITH B. KATCHEN REGARDING SAME | 0.70 | $206.50 |
| 4/2/2003 | 004 | MR LASTOWSKI | REVIEW ORDER REQUIRING STATUS REPORT | 0.10 | $44.50 |
| 4/4/2003 | 004 | DM SPEERS | REVIEWING 4/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/4/2003 | 004 | DM SPEERS | REVIEWING 4/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/4/2003 | 004 | RN SIANNI | CALLS TO/FROM FEE AUDITOR RE: FEE AUDIT PROCEDURE ISSUES. | 0.20 | $57.00 |
| 4/7/2003 | 004 | DM SPEERS | REVIEWING 4/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/7/2003 | 004 | DM SPEERS | REVIEWING 4/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/7/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.90 | $130.50 |
| 4/7/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 4/8/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX, CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.50 | $72.50 |
| 4/8/2003 | 004 | SA HOLLINGHEAD | REVIEW CONFIRMATIONS OF SERVICE FROM DLS AND APPROVE FOR PAYMENT. | 0.20 | $29.00 |
| 4/9/2003 | 004 | DM SPEERS | REVIEWING 4/9/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/10/2003 | 004 | DM SPEERS | REVIEWING 4/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                          INVOICE # 940298
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/11/2003 | 004 | DM SPEERS | REVIEWING 4/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/14/2003 | 004 | DM SPEERS | REVIEWING 4/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/14/2003 | 004 | JH LEMKIN | CONTINUED LEGAL RESEARCH RE: FEDERAL COMMON LAW ISSUE; CONFER WITH R. LAGRAVENIS AND V. MARCHELLO RE: PREPARATION OF BINDER. | 2.00 | $520.00 |
| 4/14/2003 | 004 | R LAGRAVENIS | REVIEW AND PRINT CASES REQUESTED BY W. KATCHEN. | 0.80 | $116.00 |
| 4/14/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 4/15/2003 | 004 | DM SPEERS | REVIEWING 4/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/17/2003 | 004 | DM SPEERS | REVIEWING 4/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/21/2003 | 004 | DM SPEERS | REVIEWING 4/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/21/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 4/22/2003 | 004 | DM SPEERS | REVIEWING 4/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/23/2003 | 004 | DM SPEERS | REVIEWING 4/23/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 4/24/2003 | 004 | DM SPEERS | REVIEWING 4/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 4/25/2003 | 004 | MR LASTOWSKI | REVIEW DEBTOR'S MARCH 3, 2003 STATUS REPORT | 0.20 | $89.00 |
| 4/28/2003 | 004 | DM SPEERS | REVIEWING 4/28/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                            INVOICE # 940298
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|--|------|-------------|-------|--------|
| 4/28/2003 | 004 | DM SPEERS | REVIEWING 4/25/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 4/28/2003 | 004 | RN SIANNI | PREPARE RE-NOTICE OF OBJECTION DEADLINE FOR MOTION TO EXTEND TIME FOR AVOIDANCE ACTIONS (.5); CALLS TO/FROM P. GALDBREATH (PACHULSKI STANG) RE: SAME (.2); ELECTRONIC FILING OF RE-NOTICE (.4); ADDRESS SERVICE ISSUES (.4). | 1.50 | $427.50 |
| 4/28/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 4/29/2003 | 004 | SA HOLLINGHEAD | TELEPHONE CALL FROM A. KRIEGER RE: RE-NOTICE OF MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS. | 0.10 | $14.50 |
| 4/30/2003 | 004 | DM SPEERS | REVIEWING 4/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 4/30/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. REVIEW PACER REPORT TO ENSURE HEARING DATES IN FIRM DIARY. | 1.50 | $217.50 |
| | | | Code Total | 11.30 | $2,345.50 |

File # K0248-00001                                              INVOICE # 940298
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/1/2003 005 | WS KATCHEN | STRATEGY FOR §546(A) ISSUES. | 0.80 | $408.00 |
| 4/1/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.30 | $153.00 |
| 4/1/2003 005 | WS KATCHEN | CONFERENCE WITH J. LEMKIN RE: RESEARCH. | 0.40 | $204.00 |
| 4/1/2003 005 | WS KATCHEN | REVIEW RESEARCH ON §546(A) ISSUES. | 0.60 | $306.00 |
| 4/1/2003 005 | WS KATCHEN | MEETING WITH L. KRUGER RE: STRATEGY ON §546(A) ISSUES. | 1.30 | $663.00 |
| 4/2/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: §546(A) MOTION. | 0.30 | $153.00 |
| 4/2/2003 005 | WS KATCHEN | ARRANGE FILING IN DELAWARE. | 0.10 | $51.00 |
| 4/7/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: MOTION TO EXTEND TIME §546(A). | 0.20 | $102.00 |
| 4/8/2003 005 | WS KATCHEN | REVIEW 535 US 43/283 BR 112 FOR §546(A) MOTION. | 0.50 | $255.00 |
| 4/8/2003 005 | WS KATCHEN | E-MAILS TO A. KRIEGER. | 0.10 | $51.00 |
| 4/11/2003 005 | JH LEMKIN | ESTIMATION RESEARCH. | 1.20 | $312.00 |
| 4/25/2003 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $102.00 |
| | | Code Total | 6.00 | $2,760.00 |

File # K0248-00001                                                INVOICE # 940298
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2003 007 | JH LEMKIN | REVIEW MOTION TO EXTEND PERIOD OF TIME TO COMMENCE FRAUDULENT CONVEYANCE ACTIONS. | 0.30 | $78.00 |
| 4/13/2003 007 | JH LEMKIN | LEGAL RESEARCH RE: APPLICATION OF FEDERAL COMMON-LAW TO ASBESTOS ISSUES. | 4.60 | $1,196.00 |
| | | Code Total | 4.90 | $1,274.00 |

File # K0248-00001                                          INVOICE # 940298
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/25/2003 010 | MR LASTOWSKI | REVIEW BRYAN CAVE SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $44.50 |
| 4/25/2003 010 | MR LASTOWSKI | REVIEW HILTON RETENTION ORDER | 0.10 | $44.50 |
| 4/30/2003 010 | MR LASTOWSKI | REVIEW APPLICATION TO RETAIN DELOITTE AND TOUCHE | 0.40 | $178.00 |
| | | Code Total | 0.60 | $267.00 |

File # K0248-00001                                    INVOICE # 940298
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/22/2003 012 | RN SIANNI | RESPOND TO FEE AUDITOR'S INITIAL REPORT RE: SEVENTH INTERIM APPLICATION (.6); CALLS TO/FROM FEE AUDITOR RE: SAME (.4). | 1.00 | $285.00 |
| 4/22/2003 012 | SA HOLLINGHEAD | REVIEW EMAIL FROM S. BOSSAY AND FORWARD TO M. LASTOWSKI FOR FOLLOW-UP RE: RESPONSE TO 7TH INTERIM FEE APPLICATION. | 0.10 | $14.50 |
| | | Code Total | 1.10 | $299.50 |

File # K0248-00001                                    INVOICE # 940298
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/7/2003 | 013 | SA HOLLINGHEAD | REVIEW NOTICE OF APPLICATIONS FOR FTI AND STROOCK'S FEBRUARY FEE APPLICATIONS AND FORWARD COMMENTS TO A. CASKADON. | 0.20 | $29.00 |
| 4/7/2003 | 013 | SA HOLLINGHEAD | RESPOND TO INQUIRY OF A. CASKADON RE: SERVICE OF SSL AND FTI FEBRUARY FEE APPLICATIONS ON KLETT ROONEY. | 0.10 | $14.50 |
| 4/7/2003 | 013 | SA HOLLINGHEAD | REVIEW, PRINT, CONVERT TO SYSTEM IN PDF FORMAT AND E-FILE STROOCK & STROOCK FEBRUARY FEE APPLICATION. | 0.40 | $58.00 |
| 4/7/2003 | 013 | SA HOLLINGHEAD | REVIEW, PRINT, CONVERT TO SYSTEM IN PDF FORMAT AND E-FILE FTI POLICANO & MANZO FEBRUARY FEE APPLICATION. | 0.40 | $58.00 |
| 4/8/2003 | 013 | SA HOLLINGHEAD | EMAIL TO A. CASKADON RE: PROPOSED ORDER FOR FTI'S SEVENTH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 4/8/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO'S TWENTY-SECOND MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 4/8/2003 | 013 | SA HOLLINGHEAD | REPLACE ELECTRONIC SIGNATURE PAGES W/ ORIGINALS IN STROOCK AND FTI 23RD MONTHLY FEE APPLICATIONS. | 0.10 | $14.50 |
| 4/8/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI POLICANO'S SEVENTH QUARTERLY FEE APPLICATION. | 0.30 | $43.50 |
| 4/16/2003 | 013 | SA HOLLINGHEAD | REVIEW EMAIL FROM A. CASKADON RE: PREPARATION OF CERTIFICATES OF NO OBJECTION FOR STROOCK CURRENT APPLICATIONS. | 0.10 | $14.50 |
| 4/17/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK 7TH QUARTERLY FEE APPLICATION. | 0.30 | $43.50 |
| 4/17/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK'S 22ND MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 4/22/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 22ND MONTHLY FEE APPLICATION. | 0.30 | $43.50 |

File # K0248-00001                                          INVOICE # 940298
      W.R. GRACE & CO.

| 4/22/2003 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 7TH QUARTERLY FEE APPLICATION. | 0.30 | $43.50 |
|---|---|---|---|---|
| 4/23/2003 013 | SA HOLLINGHEAD | REVIEW NOTICE FOR STROOCK'S MARCH 2003 FEE APPLICATION; RESPOND TO A. CASKADON RE: SAME. | 0.10 | $14.50 |
| 4/24/2003 013 | SA HOLLINGHEAD | FORWARD CERTIFICATES OF NO OBJECTION TO JOHN PORT FOR STROOCK 22ND MONTHLY AND 7TH QUARTERLY FEE APPLICATIONS. | 0.20 | $29.00 |
| 4/29/2003 013 | SA HOLLINGHEAD | SAVE STROOCK MARCH 2003 FEE APPLICATION TO SYSTEM AND E-FILE; FORWARD CONFIRMATION TO A. CASKADON. | 0.40 | $58.00 |
| | | Code Total | 3.90 | $565.50 |

File # K0248-00001                                            INVOICE # 940298
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/28/2003 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 0.70 | $311.50 |
| 4/28/2003 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 0.70 | $311.50 |
| 4/28/2003 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: OMNIBUS HEARING | 0.20 | $89.00 |
| 4/28/2003 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $44.50 |
| | | Code Total | 1.70 | $756.50 |

File # K0248-00001                                    INVOICE # 940298
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/2/2003 | 016 | SA HOLLINGHEAD | RETRIEVE MOTION OF OFFICIAL COMMITTEE RE: EXTENSION OF TIME FOR AVOIDANCE ACTIONS FROM A. CASKADON; PRINT, REVIEW AND FORWARD TO M. LASTOWSKI. | 0.40 | $58.00 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | TELEPHONE CONFERENCE WITH A. CASKADON, A. KRIEGER AND M. LASTOWSKI RE: PREPARATION OF MOTION RE: AVOIDANCE ACTIONS. | 0.10 | $14.50 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | PREPARATION OF MOTION RE: AVOIDANCE ACTIONS FOR FINAL REVIEW/APPROVAL BY M. LASTOWSKI. | 1.60 | $232.00 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | TELEPHONE CALL TO JUDGE WOLIN'S CHAMBERS REQUESTING PERMISSION TO SERVE MOTION RE: AVOIDANCE ACTIONS VIA FACSIMILE. | 0.10 | $14.50 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | PREPARATION OF SERVICE LIST/COVER SHEET FOR SERVICE OF MOTION RE: AVOIDANCE ACTIONS VIA FACSIMILE ON KEY PARTIES. | 0.20 | $29.00 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | PREPARATION OF SERVICE LIST/LABELS FOR SERVICE OF MOTION RE: AVOIDANCE ACTIONS ON 2002 PARTIES. | 0.20 | $29.00 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE MOTION FOR EXTENSION OF TIME FOR AVOIDANCE ACTIONS; FORWARD COPY TO JUDGE WOLIN. | 0.80 | $116.00 |
| 4/2/2003 | 016 | SA HOLLINGHEAD | RESPOND TO A. KRIEGER RE: SERVICE OF MOTION RE: AVOIDANCE ACTIONS. | 0.10 | $14.50 |
| 4/23/2003 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO NATIONAL UNION'S MOTION TO COMPEL DISCOVERY IN THE NATIONAL UNION CASE | 0.60 | $267.00 |
| 4/28/2003 | 016 | MR LASTOWSKI | TELEPHONE CALL FROM PAULA GALBRAITH RE MOTION TO EXTEND TIME | 0.10 | $44.50 |
| 4/28/2003 | 016 | MR LASTOWSKI | TELEPHONE CALL TO AND FROM PETER HUGHES (DOW CHEMICAL CORPORATION COUNSEL) RE: MOTION TO EXTEND THE DEADLINE FOR FILE AVOIDANCE ACTIONS | 0.20 | $89.00 |
| 4/29/2003 | 016 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.20 | $89.00 |
| 4/29/2003 | 016 | MR LASTOWSKI | REVIEW CASES RE: EXTENDING TIME TO FILE AVOIDANCE ACTIONS | 0.90 | $400.50 |
| | | | Code Total | 5.50 | $1,397.50 |

June 17, 2003
Page 14

File # K0248-00001                                    INVOICE # 940298
    W.R. GRACE & CO.

| 4/29/2003 | 018 | MR LASTOWSKI | REVIEW RODRIGUEZ MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $44.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.10 | $44.50 |

File # K0248-00001                                                      INVOICE # 940298
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 4/2/2003 | 025 | JH LEMKIN | FINISH REVIEW CASES RE: EQUITABLE TOLLING. | 0.50 | $130.00 |
| 4/8/2003 | 025 | JH LEMKIN | DRAFT E-MAIL WITH CITES TO W. KATCHEN. | 0.10 | $26.00 |
| 4/8/2003 | 025 | JH LEMKIN | REVIEW E-MAIL RE: STATUTE OF LIMITATIONS RESEARCH NEEDED. | 0.10 | $26.00 |
| 4/8/2003 | 025 | JH LEMKIN | RESEARCH CASE LAW RE: EQUITABLE TOLLING OF SOL; REVIEW CASES. | 1.20 | $312.00 |
| 4/15/2003 | 025 | JH LEMKIN | CONTINUED LEGAL RESEARCH RE: "FEDERAL COMMON-LAW" ISSUE. | 2.70 | $702.00 |
| | | | Code Total | 4.60 | $1,196.00 |

File # K0248-00001                                              INVOICE # 940298
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2003 | 030 | JH LEMKIN | LEGAL RESEARCH RE: STATUTE OF LIMITATIONS ISSUES. | 4.20 | $1,092.00 |
| 4/2/2003 | 030 | MR LASTOWSKI | REVIEW ISSUE OF EXTENSION OF DEADLINES FOR AVOIDANCE ACTIONS | 1.30 | $578.50 |
| 4/2/2003 | 030 | MR LASTOWSKI | TELEPHONE CALL TO A. KRIEGER RE: MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.10 | $44.50 |
| 4/21/2003 | 030 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF SETTLEMENT OF SEALED AIR LITIGATION | 1.40 | $623.00 |
| | | | Code Total | 7.00 | $2,338.00 |

File # K0248-00001                                    INVOICE #  940298
     W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 47.70 | $13,689.00 |

File # K0248-00001                                          INVOICE #  940298
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 4/14/2003 | LEXIS LEGAL RESEARCH PASSWORD, DM | | 1.75 |
| 4/14/2003 | LEXIS LEGAL RESEARCH PASSWORD, DM | | 2.50 |
| 4/14/2003 | LEXIS LEGAL RESEARCH LAGRAVENIS, ROBERT | | 7.00 |
| | | Total: | $11.25 |
| 4/2/2003 | OVERNIGHT MAIL PACKAGE SENT TO HON ALFRED M W USDJ AT MARTIN LUTHER KING COURTHOUSE - NEWARK, NJ FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #840805209859) | | 9.80 |
| | | Total: | $9.80 |
| 4/11/2003 | MESSENGER SERVICE | | 309.90 |
| 4/11/2003 | MESSENGER SERVICE | | 1,080.63 |
| 4/11/2003 | MESSENGER SERVICE | | 782.84 |
| 4/30/2003 | MESSENGER SERVICE | | 7.15 |
| | | Total: | $2,180.52 |
| 4/30/2003 | TELECOPY | | 91.20 |
| | | Total: | $91.20 |
| 4/11/2003 | DOCUMENT RETRIEVAL | | 5.72 |
| 4/30/2003 | DOCUMENT RETRIEVAL | | 14.69 |
| | | Total: | $20.41 |
| 4/30/2003 | DOCUMENT E-FILING | | 10.50 |
| | | Total: | $10.50 |
| 4/30/2003 | PRINTING & DUPLICATING | | 12.30 |
| | | Total: | $12.30 |
| | | TOTAL DISBURSEMENTS | $2,335.98 |