

| OFFICE OF THE AG | PROGRAMS & SERVICES | NEWS & ALERTS | PUBLICATIONS | CONTACT US | SEARC |
|---|---|---|---|---|---|
| REGISTERING WITH US | CAREER OPPORTUNITIES | LINKS TO STATE SITES | | | |

## Attorney General Lockyer Announces $15.5 Million Multi-state Settlement With Book Distributor Baker & Taylor, Inc.
### *False Claims Case Will Provide Refunds to Libraries*

August 2, 2000
00-110
FOR IMMEDIATE RELEASE

(SACRAMENTO) – Attorney General Bill Lockyer today announced a $15.5 million multi-state settlement with the book distributing company, Baker & Taylor, Inc. and its former owner, W.R. Grace & Co., over allegations that they purposely overcharged school and public libraries for books.

"California libraries have struggled to stretch their dollars to help educate our school children and make as many books as possible available to the public," Lockyer said. "This fraudulent pricing scheme didn't just rip off our libraries - it victimized our children and our schools. The settlement money will be used to help refund those who were bilked by this company."

The settlement resolves a false claims case initially investigated and prosecuted by the California Attorney General and the United States Department of Justice. The lawsuit was later joined by seventeen other states. The lawsuit alleged that Baker & Taylor concocted a scheme to purposely overcharge school and public libraries for books purchased over a 13-year period. According to the lawsuit filed in the U.S. District Court in San Francisco, book publishers sold certain types of books, known as trade books, to Baker & Taylor at a large discount from the list price. In its contracts with school and public library customers, Baker & Taylor promised to pass along most of that discount to the libraries. However, beginning in 1980, the company adopted a massive "profit enhancement" scheme to secretly remove thousands of books from the "deep discount" list forcing libraries to pay more than the agreed upon price for books.

Under the terms of the settlement, California will receive $4 million, the United States $3 million and the other 17 states will share the remaining $8.5 million. In California, hundreds of libraries were victimized by Baker & Taylor's pricing scheme, including local public libraries, K-12 school libraries, and college and university libraries. Upon approval of the settlement by the court, California libraries will be able to submit claims to an independent administrator to receive refunds. The Attorney General is notifying many libraries that they will be receiving refunds (see attached list) and all other libraries will be notified that they will be able to submit claims by November 1, 2000 to receive refunds from the claims administrator.

The 17 states that joined California in the lawsuit are: Arkansas, Connecticut, Florida, Hawaii, Idaho, Kentucky, Massachusetts, Minnesota, Missouri, Nevada, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Vermont and Wisconsin.

LIST OF SCHOOL AND PUBLIC LIBRARIES THAT HAVE ALREADY SUBMITTED CLAIMS AND WILL RECEIVE REFUNDS (partial list)

AK Smiley Public Library
Alhambra Public Library
Arcadia Public Library
Auburn Placer County Library

Mill Valley Public Library
Monterey Public Library
Napa City County Public Library
Newport Beach Public Library

| | |
|---|---|
| Berkeley Public Library | Ontario Public Library |
| Burlingame Public Library | Orange County Public Library |
| City of Chula Vista | Orange Public Library |
| City of San Rafael | Palm Springs Public Library |
| City of Oxnard | Palo Alto City Library |
| City of Rancho Cucamonga | Palos Verdes Library District |
| City of Mountain View | Redwood City Public Library |
| City of Livermore Library | Roseville Public Library |
| Corona Public Library | San Bernardino Public Library |
| Coronado Public Library | San Diego County Library |
| El Dorado County Free Library | San Diego Public Library |
| El Segundo Public Library | San Francisco Public Library |
| Escondido Public Library | San Jose Public Library |
| Fresno County Free Library | San Mateo County Library |
| Fullerton Public Library | San Mateo Public Library |
| Glendora Public Library | Santa Cruz Public Library |
| Kern County Library | Solano County Library |
| Los Angeles Public Library | South San Francisco Public Library |
| Marin County Free Library | Torrance Public Library |
| Mendocino County Library | Tulare County Free Library |

####

**BACK**



OFFICE OF THE AG | PROGRAMS & SERVICES | NEWS & ALERTS | PUBLICATIONS | CONTACT US | SEARCH
REGISTERING WITH US | CAREER OPPORTUNITIES | LINKS TO STATE SITES
Privacy Policy | Terms & Conditions | © 2001 DOJ