**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. Grace & CO., et al. | Case No. 01-01139 |
| | **Jointly Administered** |

**ORDER**

AND NOW, this _____ day of July, 2003, upon consideration of Movants' Motion for Relief from the automatic stay entered pursuant to 11 U.S.C. § 362, as well as any response thereto,

IT IS HEREWITH ORDERED that the automatic stay provided by 11 U.S.C. § 362 is herewith lifted as to the False Claims Act case captioned United States of America ex rel. Robert Costa and Ronald Thornburg and State of California ex rel. Robert Costa and Ronald Thornburg v. Baker & Taylor, Inc., d/b/a Baker & Taylor Books ("Baker & Taylor") and W.R. Grace & Co. -- Connecticut ("W.R. Grace"), CIVIL NO. 95-1825(vrw), currently pending in the United States District Court, Northern District of California.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Grace_ local order