**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 17, 2003

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10261

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/3/2003 | WHS | conference with LaVern Ferdinad re status of spreadsheet | 0.10 | 27.50 |
|  | WHS | telephone conference with Paula Galbraith re BMC | 0.20 | 55.00 |
|  | WHS | detailed review of revised 6Q spreadsheet | 0.30 | 82.50 |
|  | LMF | continue to draft revisions to 6th Q Project Category spreadsheet for footnotes 8-10 | 0.40 | 60.00 |
|  | LMF | draft e-mail to fee applicants re:request for review of final draft of 6th Q spreadsheet(.3); review email from Ann, Steptoe and respond to same re:revision of 6th Q cumulative fees(.2) | 0.50 | 75.00 |
|  | LMF | telephone conference with Melissa, Carella re:draft of 6th Q spreadsheet(.2); review voicemail from Melissa, Carella re:revision for fees for 6th Q and submission of new 6th Q spreadsheet(.1) | 0.30 | 45.00 |
| 3/4/2003 | LMF | review and draft email to Melissa, Carella re: 6th Q revisions to project category spreadsheet(.2); review and respond to email from Ann, Steptoere:6th Q revisions to project category spreadsheet(.4); review and respond to email from Paula, Pachulski re:inquiry about agreed to reductions in fee audit for 6th Q(.2) | 0.80 | 120.00 |

214 698-3868

W.R. Grace & Co.             Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2003 | LMF | continue to draft revisions to 6th Q PC spreadsheet re: Steptoe and Carella revisions | 0.50 | 75.00 |
|  | MWS | receive, review, and forward electronic monthly invoice of Holme Roberts & Owen, LLP, for January 2003. | 0.10 | 20.00 |
| 3/5/2003 | SLB | Complete 7th Interim initial report - Holme Roberts - (4.2) ; update 7th Interim Grace status chart - (.5) ; begin 7th Interim initial report Wallace King - (3.7) | 8.40 | 924.00 |
| 3/6/2003 | WHS | receive, review, and forward applications of bankruptcy management corporation | 0.30 | 82.50 |
|  | SLB | Complete 7th Interim initial report - Wallace King - (6.6) | 6.60 | 726.00 |
|  | LMF | review email from Warren, WHS re: new applicant | 0.10 | 15.00 |
| 3/7/2003 | WHS | conference with LaVern Ferdinand re spreadsheet | 0.10 | 27.50 |
|  | WHS | draft e-mail to Paula Galbraith re hearing | 0.10 | 27.50 |
|  | WHS | receive, review, and forward e-mail from Paula Galbraith re spreadsheet, order | 0.10 | 27.50 |
|  | LMF | continue to draft revisions to the 6th Q Project Category spreadsheet | 0.60 | 90.00 |
|  | LMF | draft e-mail to Paula, Pachulski re:6th Q order and emailed Janet Baer, Kirkland re:6th Q draft order(.1); review email from Janet, Kirkland re:6th Q order and respond to Toni , Kirklandre:6th Q order(.2); emailed recap of phone conversation re:filing of order for 6th Q(.1) | 0.40 | 60.00 |
|  | LMF | telephone conference with Toni, Kirkland re:6th Q order and t/c with Paula, Pachulski re: 6th Q order filing(.1) | 0.10 | 15.00 |
|  | SLB | Review on PACER 7th Interim applications of Holme Roberts and Klett Rooney (.8) | 0.80 | 88.00 |
| 3/10/2003 | WHS | receive and review 4 e-mails re spreadsheet, order, & o/c with LaVern Ferdinand re same | 0.30 | 82.50 |

W.R. Grace & Co. Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/10/2003 | WHS | telephone conference with Will Sparks re hearing | 0.20 | 55.00 |
| | WHS | draft e-mail to Steve Bossay re invoices | 0.10 | 27.50 |
| | WHS | receive and review agenda re hearing | 0.10 | 27.50 |
| | WHS | receive and review 16 misc pleadings | 0.10 | 27.50 |
| | WHS | draft e-mail to Will Sparks re February invoices | 0.20 | 55.00 |
| | LMF | review email from Paula, Pachulski re: Order and 1st Q fees for Ashby & Geddes; draft response to Paula, Pachulski re:same(.2); read and respond to email from Paula, Pachulski re: footnotes for order for nonrecurring fees(.2); | 0.40 | 60.00 |
| | LMF | review fee application from 1st Q for Ashby & Geddes re:receipt and review by office(.3); review order for 6th Q re:request for separate order for Ashby & Geddes(.1); review monthly invoice for BMC re:recategorization(.2) | 0.60 | 90.00 |
| | LMF | telephone conference with Paula, Pachulski re:footnotes for 6th Q order and revisions | 0.20 | 30.00 |
| | SLB | Complete 7th Interim initial report - Tersigni - (3.5) ; begin 7th Interim initial report - Bankruptcy Management Corp. (BMC) - (4.1) | 7.60 | 836.00 |
| | JBA | Update database with BMC up to and including 12.02 electronic detail | 0.10 | 4.00 |
| 3/11/2003 | WHS | receive and review revised order | 0.10 | 27.50 |
| | LMF | draft revision to 6th Q order re: Strook fees for expert | 0.20 | 30.00 |
| | LMF | draft e-mails to Alexandra, Strook and Paula, Pachulski re:revision to 6th Q order | 0.20 | 30.00 |

W.R. Grace & Co.         Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2003 | LMF | review voicemail from Alexandra, Strook re:6th Q allowed expenses and left detailed voicemail with Alexandra, Strook re:recalculated allowed expenses for 6th Q(.2); left voice mail with Paula, Pachulski re:filing of amended order for 6th Q(.1) | 0.30 | 45.00 |
| | SLB | continue 7th Interim summary and initial report - Bankruptcy Management Corp. (BMC) - (7.3) | 7.30 | 803.00 |
| 3/12/2003 | WHS | receive, review, and respond to e-mail from Paula Galbraith re no objections | 0.20 | 55.00 |
| | LMF | review email and draft response to Kristen, Pitney re:6th Q fees allowed and recommended reductions | 0.20 | 30.00 |
| | LMF | telephone conference with Martha, BMC re:recategorization of fee applications; left message with Seattle office for Martha, BMC(.2); attempted to leave voice message with Paula, Pachulski re:no objections to fee order for 6th Q; reviewed voicemail from Paula, Pachulski re:same(.2) | 0.40 | 60.00 |
| | SLB | Complete 7th Interim initial report - BMC - (2.7) ; complete 7th Interim initial report - Casner - (3.0) ; complete 7th Interim summary and initial report - Bilzin (2.1) | 7.80 | 858.00 |
| 3/13/2003 | SLB | Complete 7th Interim summaries and initial report - Steptoe - (2.2) ; complete 7th Interim December summary and initial report - Reed Smith - (4.9) ; begin 7th Interim initial report - K&E - (1.4) | 8.50 | 935.00 |
| 3/14/2003 | WHS | left detailed telephone voicemail for Paula Galbraith re hearing | 0.10 | 27.50 |
| | SLB | Complete 7th Interim initial report - K&E - (7.4) ; update 7th Interim W.R. Grace status chart - (.4) ; begin 7th Interim summaries - Kramer Levin (.5) | 8.30 | 913.00 |
| 3/17/2003 | JAW | detailed review of Reed Smith's January, 2003, monthly invoice (1.8); draft summary of same (.7) | 2.50 | 337.50 |
| | SLB | complete 7th Interim summaries and initial report - Kramer Levin - (4.2) ; 7th Interim file reconciliation - (1.1) ;  e-mails to Bilzin, Duane Morris, Elzufon, Hamilton. Lukins, P.I. and P.D. Committees, Richardson, Wachtell, Strook, FTI Policano and Holme Roberts requesting status update and electronic copy of 7th Interim fee applications - (3.2) | 8.50 | 935.00 |

| W.R. Grace & Co. | | | Page | 5 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 3/17/2003 JBA | Update database with Reed Smith 1.03 electronic detail | | 0.10 | 4.00 |
| 3/18/2003 KPW | draft fee application summary for Stroock - October 2002 | | 2.60 | 325.00 |
| KPW | detailed review of Stroock December 2002 fee application | | 1.00 | 125.00 |
| KPW | drafted fee application summary for Stroock December 2002 | | 1.30 | 162.50 |
| LMF | read and respond to email from Paula, Pachulski re:electronic format of fee detail and 7th Q spreadsheet information | | 0.40 | 60.00 |
| SLB | 7th Interim e-mails to and from Holme Roberts, Wallace King, Legal Analysis, Stroock, Steptoe, Klett Rooney, Richardson, Campbell & Levine (2.3) ; complete summaries and initial report - Elzufon - (.4) ; complete summaries and initial report - Ferry Joseph (.8) ; update Grace status chart - (.5) ; begin 7th Interim initial report - Stroock (3.2) | | 7.20 | 792.00 |
| JBA | Update database with 7th Interim App of PI Comm. | | 0.10 | 4.00 |
| 3/19/2003 SLB | Complete 7th Interim initial report - Stroock - (2.5) ; e-mails to/from Conway, Steptoe, Richardson, Nelson Mullins, Pitney Hardin - (1.4) ; update Grace status chart (.4) ; sample e-mail for initial report distribution - (.5) ; begin 7th Interim initial report - Richardson - (3.1) | | 7.90 | 869.00 |
| 3/20/2003 SLB | Continue 7th Interim initial report - Richardson (2.5); complete 7th Interim initial report - PI Committee (.4) ; e-mails to/from Lukins, Stroock, Steptoe, Campbell & Levine, Bilzin - (1.8) ; organization of files and initial reports - (.6) ; update Grace status chart (.5) ; begin 7th Interim initial report - Caplin (2.6) | | 8.40 | 924.00 |
| 3/21/2003 LMF | review and respond to email from Melissa, Carella re:electronic fee detail received for 12th application; read email from Samantha, Lukins re:monthly invoice not received(.1); email Martha, BMC re: recategorization and respond to email re:same(.1) | | 0.20 | 30.00 |
| JAW | detailed review of Richardson, Patrick's October - December, 2002, invoice (4.2); draft summary of same (1.5) | | 5.70 | 769.50 |

W.R. Grace & Co. Page 6

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 3/21/2003 | SLB | Complete 7th Interim initial report - Caplin (5.2) ; e-mails to/from Steptoe, Elzufon, K&E - (.7) ; Complete 7th Interim summary and initial report - CBBG (2.8) | 8.70 | 957.00 |
| | CAM | Electronic filing with court of February 2003 Monthly Invoice for Warren H. Smith & Associates | 0.80 | 88.00 |
| | JBA | Update database with Carella 2.03 | 0.10 | 4.00 |
| 3/24/2003 | WHS | detailed review of Campbell 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of Bankruptcy Management Corp IR re 7th | 0.10 | 27.50 |
| | WHS | detailed review of Blackstone IR re 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re CBBG | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Casner | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Ferry | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re FTI | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Holme | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Kirkland | 0.10 | 27.50 |
| | WHS | detailed review of Klett 7th IR | 0.10 | 27.50 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/24/2003 | WHS | detailed review of Kramer 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Legal Analysis | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Pchulski | 0.10 | 27.50 |
| | WHS | detailed review of PI Committee 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Ptiney | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re PWC | 0.10 | 27.50 |
| | WHS | detailed review of Reed Smith 7th IR | 0.10 | 27.50 |
| | WHS | detailed review of 7th IR re Tersigni | 0.10 | 27.50 |
| | WHS | detailed review of Wallace 7th IR | 0.10 | 27.50 |
| | WHS | receive and review 7 misc pleadings | 0.10 | 27.50 |
| | SLB | Final edits on twenty (20) 7th Interim initial reports - (3.5) ; e-mails accompanying 7th Interim initial reports - 20 emails sent (2.4) ; follow-up e-mails to Bilzin, Duane Morris, Wachtell (.9) ; telephone call from R. Sianni at Duane Morris to discuss their application (.3) ;  begin 7th Interim summaries and initial report - Lukins (1.3) | 8.40 | 924.00 |
| 3/25/2003 | WHS | detailed review of ir re Bilzen 7th | 0.10 | 27.50 |
| | LMF | read e-mail and respond to Pat, Wallace King re:7th Q spreadsheet; read email from Steve, WHS re:Wallace King(.1) | 0.30 | 45.00 |
| | LMF | detailed review of fee order and filed spreadsheet for the 6th Q | 0.60 | 90.00 |

W.R. Grace & Co.     Page 8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/25/2003 | WHS | detailed review of ir re Bilzen 7th | 0.10 | 27.50 |
| | SLB | E-mail BMC re. clarification of 7th Interim initial report (.4) ; e-mail Wachtell re. their intention not to file a 7th Interim application (.4) ; edit 7th Interim initial report - Caplin (.6) ; complete summaries and initial report - Lukins (2.1) ; edit and complete 7th Interim initial report - Bilzen (.5) ; e-mail 7th Interim initial reports Bilzen and Lukins (.3) ; Begin 7th Interim initial report Richardson/RPWB (4.5) | 8.80 | 968.00 |
| | JBA | Update database with Hamilton 7th Interim app 10-12.02 (.1), and Klett 2.03 electronic detail | 0.20 | 8.00 |
| | MWS | receive, review, and forward electronic monthly invoice of Nelson Mullins for February 2003. | 0.10 | 20.00 |
| 3/26/2003 | WHS | detailed review of IR re Stroock 7th | 0.20 | 55.00 |
| | WHS | detailed review of IR re Steptoe 7th | 0.10 | 27.50 |
| | WHS | detailed review of IR re Richardson 7th | 0.20 | 55.00 |
| | WHS | revise IR re Caplin 7th | 0.20 | 55.00 |
| | LMF | read and respond to email from Toni, Kirkland re:7th Q PC spreadsheet | 0.10 | 15.00 |
| | SLB | Email exchange and send Guidelines to Martha Araki at BMC (.5) ; email 7th Interim initial reports Caplin, RPWB, Steptoe, Stroock (.6) ; email C. Lane at Kirkland detailed explanation of lumping and inadequate detail (.4) ; update Grace status chart (.5) ; edit 7th Int. initial report - Steptoe (.2) ; complete 7th Int. initial report RPWB (3.6) ; email exchange re. Conway 5th, 6th, 7th Int. applications (.7) edit 7th Int. initial report - Stroock (.8) | 7.30 | 803.00 |
| | JAW | detailed review of Carella Byrne February 2003, monthly invoice (1.5); draft summary of same (0.4). | 1.90 | 256.50 |
| | JBA | Update database with Steptoe 7th Interim 10-12.02 electronic detail | 0.10 | 4.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/26/2003 | JBA | Update database with Nelson Mullins 2.03 hard copy, Stroock hard copy10-12.02, Bilzin 10-12.02 hard copy, and Conway 4-6.02 hard copy. | 0.10 | 4.00 |
| 3/27/2003 | LMF | review and respond to email from Lisa, Ferry Joseph re:7th Q PC spreadsheet | 0.10 | 15.00 |
| 3/28/2003 | LMF | draft email to Paula, Pachulski re:voicemail on electronic reformatting for missing electronic detail | 0.20 | 30.00 |
| | LMF | telephone conference with Nathan, Pachulski re:changes required for electronic formatting of fee detail | 0.10 | 15.00 |
| | SLB | complete 7th Interim summaries and initial report Hamilton (1.1) ; e-mails to/from Duane Morris and Conway re. 7th Interim Applications (.4) ; phone call to Duane Morris re. electronic format for fee detail (.3) ; update Grace status chart (.4) | 2.20 | 242.00 |
| | JBA | Update database with Duane Morris 10-12.02 Interim App. electronic version | 0.10 | 4.00 |
| 3/31/2003 | SLB | Complete 7th Interim summaries and initial report - Duane Morris (3.5) ; update Grace status chart (.4) | 3.90 | 429.00 |
| | LMF | telephone conference with Paula, Pachulski re:request related to reformatted electronic detail for 7th Q | 0.10 | 15.00 |
| | LMF | draft e-mail to Paula, Pachulski re:phone conversation and request related to reformatted electronic fee detail | 0.10 | 15.00 |

**For professional services rendered**     157.50   $18,866.00

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup for Initial Report of Reed Smith 7th Interim fee application | 3.34 | 3.34 |
| Third party copies & document prep/setup for Initial Report of Campbell, Canser, Pachulshi, Klett, Pitney, Carella, Wallace, Tersigni, FTI Policano, Holmes, Blackstone, BMC, Legal, Kramer, PwC, Ferry, Elzufon, PI Comm, and Kirkland 7th Interim fee application | 27.82 | 27.82 |

W.R. Grace & Co.  Page 10

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup for Warren H Smith & Associates Monthly Invoice for February 2003. | 8.41 | 8.41 |
| Third party copies & document prep/setup for Initial Report of Lukins & Bilzin 7th Interim fee application | 1.91 | 1.91 |
| Third party copies & document prep/setup for Initial Report for Stroock 5th Interim Fee Application | 4.32 | 4.32 |
| Third party copies & document prep/setup for Initial Report for Richardson 6th Interim Fee Application | 2.82 | 2.82 |
| Third party copies & document prep/setup for Initial Report for Caplin & Steptoe 7th Interim Fee Application | 2.40 | 2.40 |
| Third party copies & document prep/setup. Warren H. Smith and Associates Monthly February, 2003. | 8.41 | 8.41 |
| Third party copies & document prep/setup. Initial Report Lukins 7th interim/ Bilzin 7th Interim | 1.91 | 1.91 |
| Third party copies & document prep/setup. Initial Report Stroock 7th Interim | 4.32 | 4.32 |
| Third party copies & document prep/setup. Initial Report Richardson 6th Interim | 2.82 | 2.82 |
| Third party copies & document prep/setup. | 2.40 | 2.40 |
| Long distance charges for Feb-March, 03 | 5.79 | 5.79 |

**Total costs** $76.67

**Total amount of this bill** $18,942.67

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cheryl A McKinnon | 0.80 | 110.00 | $88.00 |

W.R. Grace & Co.                                                                                                    Page    11

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| James A Wehrmann | 10.10 | 135.00 | $1,363.50 |
| Jeff B. Allgood | 0.90 | 40.00 | $36.00 |
| Kevin P Wright | 4.90 | 125.00 | $612.50 |
| Lavern Ferdinand | 8.40 | 150.00 | $1,260.00 |
| Mark W Steirer | 0.20 | 200.00 | $40.00 |
| Stephen L. Bossay | 126.60 | 110.00 | $13,926.00 |
| Warren H Smith | 5.60 | 275.00 | $1,540.00 |