IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtor. | : | Objection Deadline: July 14, 2003 at 4:00 p.m. |
| | : | Hearing Date: July 28, 2003 at 12:00 Noon |

**NOTICE OF MOTION OF SUMMIT VENTURES, LLC TO COMPEL DEBTOR TO ASSUME EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. §365(d)(2)**

PLEASE TAKE NOTICE THAT on June 23, 2003, Summit Ventures, LLC have filed in the above-captioned chapter 11 case the attached Motion to Compel Debtor to Assume Executory Contract Pursuant to 11 U.S.C. §365(d)(2) (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT you are required to file with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801, any objection to the attached Motion on or before **July 14, 2003 at 4:00 p.m.**.

At the same time, you must also serve a copy of any objection or response, if any, upon the following:

| | |
|---|---|
| Tobey M. Daluz, Esquire<br>William M. Kelleher, Esquire<br>Ballard Spahr Andrews & Ingersoll, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801-3034<br>Telephone: 302-252-4465<br>Facsimile: 302-252-4466 | Dean C. Waldt, Esquire<br>William L. Mueller, Esquire<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 – Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>Telephone: 856-761-3450<br>Facsimile: 856-761-1020 |

LITDOCS:489971.1

HEARING ON THE MOTION WILL BE HELD ON JULY 28, 2003 AT 12:00 NOON.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 23, 2003
Wilmington, Delaware

                                          Respectfully submitted,

                                          /s/ William M. Kelleher
                                          Tobey M. Daluz (No. 3939)
                                          William M. Kelleher (No. 3961)
                                          Ballard Spahr Andrews & Ingersoll, LLP
                                          919 North Market Street, 17th Floor
                                          Wilmington, DE  19801-3034
                                          Telephone:  302-252-4465
                                          Facsimile:  302-252-4466
                                          E-mail: daluzt@ballardspahr.com
                                                         kelleherw@ballardspahr.com

                                          Attorneys for Summit Ventures, LLC