# EXHIBIT B

# EXHIBIT B

1.	Service Agreement among Summit Ventures, L.L.C., Consumers New Jersey Water Company and Gloucester New Communities Company, Inc. dated as of May 8, 1998 as amended

2.	Sewer Service Agreement dated March 14, 1979 by and between Logan Township Municipal Utilities Authority, Woolwich Sewer Company, Inc. and Gloucester New Communities Company, Inc.

3.	First Amendment to Sewer Services Agreement dated as of January 26, 1989 by and between Logan Township Municipal Utilities Authority, Woolwich Sewer Company, Inc., and Gloucester New Communities Company, Inc.

4.	Sewer Service Agreement dated as of January 26, 1989 by and between Logan Township Municipal Utilities Authority, Gloucester New Communities Company, Inc., and State Mutual Life Assurance Company, Inc.