IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., et al., | : : : | Case No. 01-1139 (JKF) Jointly Administered |
| Debtor. | : | |

**ORDER GRANTING MOTION TO COMPEL DEBTOR
TO ASSUME EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. 365(d)(2)**

THIS MATTER, having come before the Court upon the Motion of Summit Ventures, LLC To Compel Debtor To Assume Executory Contract Pursuant To 11 U.S.C. 365(d)(2) (the "Motion"), and the Court having considered the Motion and any opposition thereto, and for good cause shown, it is hereby

ORDERED this _____ day of _____, 2003, as follows:

1. The Motion is granted;

2. Gloucester New Communities Co., Inc. ("GNCC") is required to assume or reject the Option Agreement, as defined in the Motion, within ten (10) days of the date of this Order;

3. GNCC may assume or reject the Option Agreement as required by this Order without filing a further pleading through the filing of a Notice of Assumption or Notice of Rejection with this Court, to be served on all parties-in-interest pursuant to Del. Bankr. L.R. 2002-1, with such assumption or rejection to be effective as of the date of such Notice.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge