IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PEREGRINE SYSTEMS, INC., et al.,[1] | ) | Case No. 02-12740 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 23rd day of June 2003 she caused a copy of the following document(s) to be served upon the following service list(s) in the manner indicated:

1. **NOTICE OF MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO MAKE CONTRIBUTIONS INTO THE TRUST FUNDING THE DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES;**

2. **MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO MAKE CONTRIBUTIONS INTO THE TRUST FUNDING THE DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES;**

3. **ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO MAKE CONTRIBUTIONS INTO THE TRUST FUNDING THE DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES.**

Tanya Thompson

Sworn to and subscribed before
me this 23rd day of June, 2003

Notary Public
My Commission Expires: 2-20-04

[1] The Debtors are Peregrine Systems, Inc. and its direct wholly-owned subsidiary, Peregrine Remedy, Inc.

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2004

69964-002\DOCS_DE:72464.19

**Peregrine Systems, Inc. 2002 Service List**
Case No. 02-12740
Document No. 55940
024 - Hand Delivery
108 – First Class Mail
001 – Foreign First Class Mail

*(Counsel for Debtors)*
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*(Counsel for Debtors) (Via LA Pouch)*
Richard M. Pachulski, Esquire
Jeremy V. Richards, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801

*Hand Delivery*
(Trustee)
Office of the U.S. Trustee
Attn:  Frank Perch, Esquire
844 N. King Street
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Fleet Business Credit)
Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Foothill as Administrative
Agent to the Prepetition Lenders)
Adam Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Silicon Valley Bank)
Scott D. Cousins, Esquire
William Chipman, Esquire
Greenberg Traurig LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801

*Hand Delivery*
(Lender Parties Counsel for Wells Fargo)
HSBC Trade Bank
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

*Hand Delivery*
(Counsel for U.S. Bank, N.A., as Successor
to State Street Bank and Trust Company of
California, N.A., as Trustee)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19899-2031

*Hand Delivery*
(Counsel to BMC Software Inc.)
Ian Connor Bifferato
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899-2165

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

*Hand Delivery*
(Counsel to Qwest Corporation and
Qwest Communications Corporation)
Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Willaims LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Motive Communications, Inc.)
Tobey M. Daluz
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel for IBM)
Ferry, Joseph & Pearce, PA
Theodore J. Tacconelli, Esquire
Rick S. Miller, Esquire
824 Market Street
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Fujitsu Transaction Solutions,
Inc.)
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899

*Hand Delivery*
(Counsel for MRO Software, Inc.)
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Electronic Data Systems
Corporation)
Bruce E. Jameson, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Microsoft)
Selina A. Melnik, Esquire
Buchanan Ingersoll, P.C.
1201 North Market St., Suite 1501
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Copley Press)
David Lee Finger
David L. Finger, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

*Hand Delivery*
(Counsel to Federal Insurance Company)
William D. Sullivan
Elzufon Austin Reardon Tarlov & Mondell
P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19801

*Hand Delivery*
Mark Minuti
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Equity Committee)
Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Hilton Realty Co.)
Joseph J. Bodnar
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19899-2031

*Hand Delivery*
(Counsel to Federal Insurance Company
and Chubb & Son)
Charlene D. Davis, Esquire
Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Hewlett Packard Company)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
Edward B. Rosenthal, Esquire
Rosenthal Monhait Gross & Goddess, PC
919 N. Market Street, Suite 1401
Wilmington, DE  19899

*First Class Mail*
(Debtor)
Kathy Vizas
Ken Sexton
Peregrine Systems, Inc.
3611 Valley Center Drive, 5th Floor
San Diego, CA  92130

*First Class Mail*
Ellen Wolfe
AVP/Corporate Communications
Peregrine Systems, Inc.
3611 Valley Center Drive
San Diego, CA  92130

*First Class Mail*
MeeLin Nakata
Director, Global Public Relations
Peregrine Systems, Inc.
3611 Valley Center Drive
San Diego, CA  92130

*First Class Mail*
(Counsel to Qwest Corporation and Qwest
Communications Corporation)
Andrew Sherman, Esquire
Gail Cooperman, Esquire
Sills Cummis Radin Tischman Epstein &
Gross
One Riverfront Plaza
Newark, NJ  07102

*First Class Mail*
(Counsel for BMC Software, Inc.)
William Wallander, Esquire
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

*First Class Mail*
(Counsel for John J. Moore)
Josiah M. Daniel, III
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

*First Class Mail*
(Counsel for John J. Moore)
Walter B. Stuart
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

*First Class Mail*
(Counsel for Kilroy Realty, L.P.)
Michael S. Greger, Esquire
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

*First Class Mail*
(Counsel for PeopleSoft, Inc.)
David Chavez
Assistant General Counsel
PeopleSoft, Inc.
4305 Hacienda Drive
P.O. Box 8015
Pleasanton, CA 94588-8615

*First Class Mail*
(Counsel to Foothill as Administrative
Agent to the Prepetition Lenders)
John Francis Hilson, Esquire
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071-2228

*First Class Mail*
(Counsel for Fleet Business Credit, LLC
Individually
and as Agent for the Purchaser Banks)
Kaye Scholer, LLP
Richard G. Smolev, Esquire
425 Park Avenue
New York, NY 10022-3598

*First Class Mail*
(Counsel for Silicon Valley Bank)
Leo D. Plotkin, Esquire
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

*First Class Mail*
(Lender Parties Counsel for Wells Fargo)
HSBC Trade Bank
Craig A. Barbarosh, Esquire
Pillsbury Winthrop, LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

*First Class Mail*
(Lender Parties Local Counsel for Wells
Fargo)
Natalie Ramsey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad
Philadelphia, PA 19109

*First Class Mail*
(Lender Parties Counsel for Wells Fargo)
Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

**First Class Mail**
(Counsel to Official Committee of
Unsecured Creditors)
Hennigan, Bennett & Dorman, LLP
Bruce Bennett
Sidney P. Levinson
Joshua M. Mester
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017

**First Class Mail**
(Counsel for Colonial Realty Limited
Partnership)
John J. Wiles, Esquire
Wiles & Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060-1096

**First Class Mail**
Bankruptcy Administration
IOS Capital, LLC
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**First Class Mail**
(Counsel for U.S. Bank, N.A., as Successor
to State Street Bank and Trust Company of
California, N.A., as Trustee)
PALMER & DODGE LLP
Jeanne R. Darcey, Esquire
Richard Hiersteiner, Esquire
111 Huntington Avenue
Boston, MA 02199

**First Class Mail**
(Special Notice Parties)
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**First Class Mail**
(Special Notice Parties)
District Director, IRS
409 Silverside Road
Wilmington, DE 19809

**First Class Mail**
(Special Notice Parties)
U.S. Department of Labor
Employee Benefits Security Administration
Attn: Joan Ho
1055 E. Colorado Blvd., Suite 200
Pasadena, CA 91106

**First Class Mail**
Crystal Decisions
Attn: Legal Department
895 Emmerson Street
Palo Alto, CA 94301

**First Class Mail**
(Counsel for Motive Communications, Inc.)
William F. Stutts, Esquire
Baker Botts LLP
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701

**First Class Mail**
(Special Notice Party)
Securities & Exchange Commissions
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

**First Class Mail**
Patricia Schrage, Esquire
U. S. Securities & Exchange Commissions
New York Regional Office
233 Broadway
New York, NY 10279

**First Class Mail**
Neil J. Welch, Jr.
U. S. Securities and Exchange Commission
Division of Enforcement
450 Fifth Street, N.W.
Washington, DC 20549-0807

**First Class Mail**
(Special Notice Party)
Secretary Of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
(Special Notice Party)
Secretary Of State
Division Of Corporation
Franchise Tax
Attn:  Rochelle Finfinger
401 Federal Street, Ste. 4
Dover, DE  19903

**First Class Mail**
(Counsel For IBM)
Satterleee Stephens Burke & Burke LLP
Christopher Belmonte, Esquire
Pamela A. Bosswick, Esquire
230 Park Avenue
New York, NY  10169

**First Class Mail**
(Counsel for Payrolling.Com)
L. Scott Keehn, Esquire
Robbins & Keehn, APC
530 B. Street, Suite 2400
San Diego, CA  92101

**First Class Mail**
(Counsel For Payrolling.Com)
Kris P. Thompson, Esquire
Thompson & Alessio
2550 Fifth Avenue, Suite 518
San Diego, CA  92103

**First Class Mail**
The Massachusetts Mutual Life Insurance
Co.
C/o William L. Norton, III
Boult, Cummings, Conners & Berry, PLC
P.O. Box 198062
Nashville, TN  37219

**First Class Mail**
(Counsel for PC Specialists, Inc.
dba Technology Integration Group)
Christine E. Baur, Esquire
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA  92101

**First Class Mail**
(Counsel for Simon Property Group, LP
(Creditor))
Simon Property Group, L.P.
Ronald M. Tucker, Esquire
115 West Washington Street
Indianapolis, IN  46204

**First Class Mail**
(Creditor)
Siebel Systems, Inc.
c/o Robert L. Eisenbach III
Gregg S. Kleiner
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA  94111-3580

**First Class Mail**
(Counsel for Mack-Cali Realty Corporation)
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, PC
David N. Ravin, Esquire
Mark Conlan, Esquire
One Riverfront Plaza
Newark, NJ  07102-5497

**First Class Mail**
(Counsel for City of Richardson, Dallas
County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
2323 Bryan St 1720 Univision Ctr
Dallas, TX  75201-2644

*First Class Mail*
(Counsel for IBM Credit Corporation)
Bruce Gordon
Restructuring Group – MD NC317
IBM Credit Corporation
North Castle Drive
Armonk, NY  10504

*First Class Mail*
(Counsel for General Electric Capital
Corporation)
Timothy J. Silverman, Esquire
Solomon, Grindle, Silverman & Spinella
12555 High Bluff Drive, Suite 260
San Diego, CA  92130

*First Class Mail*
(Counsel for Corporate Plaza II, Inc.
Raymond King, Esquire
King & Associates
140 Newport Center Drive, Suite 250
Newport Beach, CA  92660-6977

*First Class Mail*
(Counsel for Wishbone Systems, Inc.)
Westerman Ball Ederer Miller & Sharfstein,
LLP
170 Old Country Road
Mineola, NY  11501
Attn:  Mickee M. Hennessy, Esquire

*First Class Mail*
Missouri Department of Revenue
Bankruptcy Unit
Attn: Gary L. Barnhart
P.O. Box 475
Jefferson City, MO  65105-0475

*First Class Mail*
(Counsel for Fujitsu Transaction Solutions,
Inc.)
Michael E. Busch, Esquire
PYLE SIMS DUNCAN & STEVENSON
401 "B" Street, Suite 1500
San Diego, CA  92101

*First Class Mail*
(Counsel for Electronic Data Systems Corp.)
Michael D. Warner, Esquire
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

*First Class Mail*
(Counsel for Computer Associates
International, Inc.)
Douglas R. Gooding, P.C.
Kara M. Zaleskas, Esquire
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2804

*First Class Mail*
Debi Bonacquisti
Commercial Litigation Paralegal
Electronic Data Systems Corporation
5400 Legacy Drive
H3-3D-05
Plano, TX  75024

*First Class Mail*
Riverside Contracting, LLC
2109 Broadway, Suite 206
New York, NY  10023

*First Class Mail*
(Counsel for Siebel Systems, Inc.)
Gregg S. Kleiner
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA  94111-3580

*First Class Mail*
(Counsel for Motive Communications, Inc.)
James W. Cannon, jr., Esquire
Baker Botts LLP
98 San Jancinto Blvd., Suite 1500
Austin, TX  78701

**First Class Mail**
Amy E. Wilson
Legal Department
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

**First Class Mail**
(Counsel for Microsoft)
John J. Monaghan, Esquire
Edward J. Naughton, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

**First Class Mail**
(Counsel for Microsoft)
Joseph E. Shickich, Jr., Esquire
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1065

**First Class Mail**
(Counsel for Lee Hecht Harrison, LLC)
Frederick C. Phillips
Terry D. Phillips
Phillips, Haskett & Ingwalson
550 West "C" Street, 19th Floor
San Diego, CA 92101

**First Class Mail**
Bart Harman
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Rm 162
San Diego, CA 92101

**First Class Mail**
Katherine K. O'Neil
c/o Marc C. Forsythe, Esquire
Goe & Forsythe, LLP
3 Civic Plaza, Suite 267
Newport Beach, CA 92660

**First Class Mail**
(Counsel to Marriott International, Inc.)
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**First Class Mail**
Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

**First Class Mail**
(Counsel to Unisys Corporation)
John Huige, Esquire
695 Blairmoor Court
Grosse Point Woods, MI 48236

**First Class Mail**
(Counsel to State Universities Retirement
System of Illinois)
Christopher T. Heffelfinger
Berman DeValerio Pease Tabacco Burt &
Pucillo
425 California Street, Suite 2025
San Francisco, CA 94104

**First Class Mail**
(Counsel to State Universities Retirement
System of Illinois)
Michael J. Pucillo
Berman DeValerio Pease Tabacco Burt &
Pucillo
515 North Flager Drive, Suite 1701
West Palm Beach, FL 33401

**First Class Mail**
(Counsel to Round Rock ISD)
Lori Gruver Robertson
Linebarger Goggan Blair & Sampson, LLP
1949 South I. H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

**First Class Mail**
Raymond C. McCann, Esquire
Baan U.S.A., Inc.
13454 Sunrise Valley Drive, Suite 500
Ilerndon, VA  20171-3242

**First Class Mail**
(Counsel to SAP America, Inc.)
Michael F. Schleigh
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**First Class Mail**
(Counsel to The Quaker Oats Company)
David M. Neff
Piper Rudnick
203 North LaSalle Street, Suite 1800
Chicago, IL  60601-1293

**First Class Mail**
(Counsel to Nashville Hockey Club, L.P.)
Joel P. Surber, Esquire
Parker, Lawrence, Cantrell & Dean
200 4th Avenue North, Fifth Floor
Nashville, TN  37219

**First Class Mail**
Christopher A. Evans, Esquire
Corporate Counsel
Trans Cosmos USA, Inc.
777 – 108th Avenue NE, Suite 1500
Bellevue, WA  98004

**First Class Mail**
(Counsel for PeopleSoft, Inc.)
Desmond Cussen, Esquire
Gibson, Dunn & Crutcher LLP
One Montgomery Street, 31st Floor
San Francisco, CA  94104

**First Class Mail**
(Counsel for Pfizer Inc.)
Hahn & Hessen LLP
David I. Blejwas, Esquire
Lawrence D. Norden, Esquire
488 Madison Avenue, 14th Floor
New York, NY  10022

**First Class Mail**
DACA V, LLC
Attn:  Traci Fette
2120 W. Washington Street
San Diego, CA  92110

**First Class Mail**
(Counsel for Tech Data Corporation)
Charles J. Filardi, Jr.
Cummings & Lockwood LLC
700 State Street
P.O. Box 1960
New Haven, CT  06509-1960

**First Class Mail**
(Counsel for State of Washington)
Zachary Mosner
Assistant Attorney General
900 Fourth Avenue
Suite 2000
Seattle, WA  98164

**First Class Mail**
(Counsel for the City and County of Denver)
Eugene K. Kottonstette
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue
Department 1207
Denver, CO  80202-5375

**First Class Mail**
(Counsel for City of Flint)
Douglas M. Philpott
503 S. Saginaw St., Ste. 1415
Flint, MI  48502-1807

*First Class Mail*
(Counsel for Public Accounts of the State of Texas)
Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 789711-2548

*First Class Mail*
(Counsel for Georgia Department of Revenue)
W. Wright Banks, Jr.
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

*First Class Mail*
Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

*First Class Mail*
Gold Bennett Cera & Sidener LLP
Solomon B. Cera, Esquire
595 Market Street, Suite 2300
San Francisco, CA 94105-2835

*First Class Mail*
Deborah J. Israel
J. David Folds
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC 20036

*First Class Mail*
(Counsel for INOVIS)
Richard L. Wynne
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

*First Class Mail*
(Counsel for INOVIS)
Robert Wilson
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

*First Class Mail*
(Counsel for SDC, Inc.)
Trainor Robertson
Candice B. Harper, Esquire
701 University Avenue, Suite 200
Sacramento, CA 95825

*First Class Mail*
Paul Elder
SDC, Inc.
P.O. Box 22762
San Diego, CA 92192-2762

*First Class Mail*
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

*First Class Mail*
Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover St. M/S 1050
Palo Alto, CA 94304

*First Class Mail*
Peter T. Kotula
Assistant Attorney General
Attorneys for State of Michigan
Bureau of Workers' & Unemployment Comp.
Unemployment Division
3030 W. Grand Boulevard Ste 9600
Detroit, MI 48202

**First Class Mail**
(Counsel to Federal Insurance Co.)
Michael S. Steinberg, Esquire
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004

**First Class Mail**
(Counsel to Phillip Miller)
James . Stern
Tosdal, Levine, Smith, Steiner and Wax
600 B Street, Suite 2100
San Diego, CA 92101

**First Class Mail**
(Counsel to Charles E. Noell, III)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Attention: Brian E. Pastuszenski, Esquire

**First Class Mail**
Ross A. Albert
Daniel P. Sinaiko
MORRIS, MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

**First Class Mail**
Lawrence J. McSwiggan
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

**First Class Mail**
(Counsel to Equity Committee)
Lawrence C. Gottlieb, Esquire
Eric Haber, Esquire
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036

**First Class Mail**
Mr. Paul Jakab
Chief Operating Officer
IMSI
75 Rowland Way, Suite 340
Novato, CA 94925

**First Class Mail**
Al O'Rourke, Esquire
7949 Lowry Terrace
La Jolla, CA 92037

**First Class Mail**
Garey N. Maietta, Esquire
194 Nassau Street
Princeton, NJ 08542

**First Class Mail**
(Counsel to Federal Insurance Company
and Chubb & Son)
Wendy B. Green, Esquire
McCusker, Anselmi, Rosen, Carvelli &
Walsh
127 Main Street
Chatham, NJ 07928

**First Class Mail**
(Counsel to The Quaker Oats Company)
Marc I. Fenton, Esquire
203 North LaSalle Street, Ste. 1800
Chicago, IL 60601-1293

**First Class Mail**
Department of Workforce Development
Division of Unemployment Insurance
Attn: Danni Jorenby
P.O. Box 8914
Madison, WI 53708

**First Class Mail**
(Counsel for Russell Reynold Associates,
Inc.)
Charles F. Boulbol
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
(Counsel for Creditor, IOS Capital, LLC)
Rose I. Cabrera, Esquire
Hemar & Associates
2001 Wilshire Blvd., Ste. 300
Santa Monica, CA 90403

*First Class Mail*
(Counsel for Hewlett Packard Company)
James L. Bromley, Esquire
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

*First Class Mail*
(Counsel for ICP America, Inc.)
Michael P. McCloskey
Foley & Lardner
402 West Broadway, 23rd Floor
San Diego, CA 92101

*First Class Mail*
William H. Brownstein & Associates, P.C.
520 Washington Blvd. #449
Marina del Rey, CA 90292-5442

*First Class Mail*
Mr. Gary Lenz
P.O. Box 8934
Rancho Santa Fe, CA 92067

*First Class Mail*
(Counsel to Florida Dept. of Revenue)
R. Lynn Lovejoy, Esquire
Florida Office of the Attorney General
PL-01 The Capital – Tax Section
Tallahassee, FL 32399-1050

*First Class Mail*
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
Howard T. Longman, Esquire
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017

*First Class Mail*
Lawrence D. Levit, Esquire
Abraham & Associates
One Penn Plaza, Suite 1910
New York, NY 10119

*Foreign First Class Mail*
Province of Ontario
Management Board Secretariat
c/o Mr. George Marzotto,
MBS Contract Authority
77 Wellesley Street West, 6th Floor
Toronto, Ontario
Canada M7A 1N3