Case 01-01139-AMC    Doc 3952    Filed 06/24/03    Page 1 of 2

```
                    UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

IN RE:                          :    Chapter 11
                                :    Case Nos. 01-1139 through 01-1200
W.R. GRACE & CO., et al.,       :
                                :
        Debtors.                :
--------------------------------
OFFICIAL COMMITTEE OF           :    Adv. No. 02-2210
ASBESTOS PERSONAL INJURY        :    [LEAD DOCKET]
CLAIMANTS and OFFICIAL          :
COMMITTEE OF ASBESTOS           :
PROPERTY DAMAGE                 :
CLAIMANTS OF W.R. GRACE &       :
CO., suing in behalf of         :
the Chapter 11 Bankruptcy       :
Estate of W.R. GRACE &          :
CO., et al.,                    :
                                :
        Plaintiffs,             :
v.                              :
                                :
SEALED AIR CORPORATION          :
and CRYOVAC, INC.,              :
                                :
        Defendants.             :
--------------------------------
OFFICIAL COMMITTEE OF           :    Adv. No. 02-2211
ASBESTOS PERSONAL INJURY        :
CLAIMANTS and OFFICIAL          :
COMMITTEE OF ASBESTOS           :
PROPERTY DAMAGE                 :
CLAIMANTS OF W.R. GRACE &       :
CO., suing in behalf of         :
the Chapter 11 Bankruptcy       :
Estate of W.R. GRACE &          :
CO., et al.,                    :
                                :
        Plaintiffs,             :
v.                              :
                                :
FRESENIUS MEDICAL CARE          :
HOLDINGS, INC. and              :
NATIONAL MEDICAL CARE,          :    ORDER EXTENDING TIME
INC.,                           :    TO FILE OBJECTIONS
                                :
        Defendants.             :
```

The Court having entered a Letter Opinion and Order dated June 17, 2003 in the above captioned matters; and it appearing through inadvertence that these documents were initially posted on the electronic docket of the Clerk of the Court in a different case and that notice to the parties may have been delayed thereby; and for good cause appearing

It is this 24th day of June, 2003

ORDERED that the deadline for filing objections set forth in the Court's Order of June 17, 2003, is hereby extended by to July 9, 2003.

_____
ALFRED M. WOLIN, U.S.D.J.

2