# ReedSmith

**James J. Restivo, Jr.**
Direct Phone: 412.288.3122
Email: jrestivo@reedsmith.com

435 Sixth Avenue
Pittsburgh, PA 15219-1886
412.288.3131
Fax 412.288.3063

June 24, 2003

**Via E-Mail**

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court for the Western
  District of Pennsylvania
5490 U.S. Steel Tower
Pittsburgh, PA  15219

      Re:    <u>In re:  W.R. Grace Case No. 01-01139 (JKF) (ZAI Science Trial)</u>

Dear Judge Fitzgerald:

      With respect to the ZAI Science Trial in the above matter, Ed Westbrook and I each received reports of the June 17 Omnibus Hearing, including a report that you graciously offered to serve as a settlement facilitator if the parties so desired.

      As the Court knows, the parties have been actively engaged in discovery pursuant to the Court's discovery orders and schedules.  As reported to the Court in written status reports:

- Over 500,000 documents were produced and reviewed by the parties;

- Fact discovery was timely completed with the depositions of approximately 20 fact witnesses in Charleston, SC; San Francisco, CA; Tacoma and Spokane, WA; Naples, FL; Boston, MA; Moscow, ID; Washington, DC; Virginia Beach, VA; and Syracuse, NY;

- Expert reports on both sides were timely served; and

- Expert discovery was timely completed, with the depositions of 12 experts and three related witnesses in Atlanta, GA; Seattle, WA; Madison, WI; San Diego, CA; Pittsburgh, PA; Tampa, FL; Baltimore, MD; and Philadelphia, PA.

      While the parties have cooperated in efforts to batch depositions together at selected locations and to eliminate duplicative discovery and discovery disputes, the above efforts have been more time-consuming and more costly than originally estimated, with the

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ PRINCETON

FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ HARRISBURG ♦ LEESBURG ♦ WESTLAKE VILLAGE

reedsmith.com

WILLIB-62403 Judge Fitzgerald Letter_v1.DOC-
June 25, 2003 10:40 AM

The Honorable Judith K. Fitzgerald    **ReedSmith**
June 24, 2003
Page 2

result that the parties are filing a motion to increase the litigation budgets in order to timely and effectively complete the motions, pre-trial and trial segments for the Science Trial.

The parties have consistently advised the Court that they intended to engage in settlement discussions at the conclusion of the expert discovery and the parties desire to begin that process now. The parties feel that the right settlement facilitator would enhance the prospects for successful negotiations. The parties can think of no better facilitator than you and sincerely hope that your schedule would permit you to conduct settlement negotiations.

Accordingly, this is our joint request asking the Court to assist the parties in settlement discussions by serving as a settlement facilitator. Thank you for your consideration of our joint request.

Very truly yours,

RICHARDSON, PATRICK, WESTBROOK &    REED SMITH LLP
BRICKMAN, LLC

*/s/ Edward J. Westbrook*    */s/ James J. Restivo, Jr.*

By    By
    Edward J. Westbrook        James J. Restivo, Jr.


JJR,JR.:pll

cc:   Janet Baer, Esquire  (via e-mail)
      Rachel Bello, Scheduling Clerk