IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF JOINT MOTION OF DEBTORS AND ZAI CLAIMANTS TO INCREASE BUDGET FOR ZAI SCIENCE TRIAL

**To:** **(a) Office of the United States Trustee for the District of Delaware, and (b) all entities on the Debtors' 2002 List**

W.R. Grace & Co., *et al.*, (collectively, the "Debtors") and the ZAI Claimants have filed a Joint Motion to Increase Budget for ZAI Science Trial.

A HEARING ON THE MOTION WILL BE HELD ON JULY 28, 2003 at 12:00 p.m. (Eastern), before The Honorable Judith Fitzgerald in the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, DE 19801.

You are required to file a Response to the attached Motion on or before **July 11, 2003 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 5th Floor, Wilmington, DE 19801.

At the same time, you must also serve a copy of the response upon movants' attorneys:

| | |
|---|---|
| James J. Restivo, Jr., Esquire<br>Lawrence E. Flatley, Esquire<br>Douglas E. Cameron, Esquire<br>James W. Bentz, Esquire<br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: 412.288.3131<br>Facsimile: 412.288.3063 | Edward J. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>James L. Ward, Jr., Esquire<br>RICHARDSON, PATRICK,<br>WESTBROOK & BRICKMAN, LLC<br>1037 Chuck Dawley Boulevard<br>Building A<br>Mt. Pleasant, SC 29464 |

Richard A. Keuler, Jr. (No. 4108)
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778-7575

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: June 25, 2003<br>Wilmington, Delaware | PACHULSKI, STANG, ZIEHL, YOUNG,<br>JONES & WEINTRAUB, P.C.<br><br>*/s/ Scotta McFarland*<br>Laura Davis Jones (Bar No. 2436)<br>Scotta McFarland (Bar No. 4184)<br>Paula A. Galbraith (Bar No. 4258)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors in Possession |