IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **ORDER**

AND NOW, on this _____ day of _____, 2003, it is hereby

ORDERED that the litigation budget for the ZAI Science Trial is increased by $950,000 per side for additional attorney fees and expenses.

_____
J.