IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: July 17, 2003 |

**TWENTY-SECOND MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *May 1, 2003 through and
including May 31, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$9,411.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$107.57*

This is a(n):    **x**   monthly          __   interim application

KL2:2217654.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | pending |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | pending |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 1.50 | $787.50 |
| Becker, Gary M. | 455.00 | 11.20 | $4,641.00 |
| Klein, David | 335.00 | 6.40 | $2,144.00 |
| Mangual, Kathleen | 185.00 | 9.80 | $1,813.00 |
| Torres. Anthony | 85.00 | 0.30 | $25.50 |
| **Total** | | **29.20** | **$9,411.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/03 through 5/31/03 | Total Fees for the Period 5/1/03 through 5/31/03 |
|---|---|---|
| Bankruptcy Motion | 5.70 | $2,677.50 |
| Case Administration | 12.30 | $3,418.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 3.70 | $1,659.50 |
| Fee Applications, Applicant | 5.00 | $1,033.00 |
| Fradulent Conveyance Adv. Proc | 0.50 | $167.50 |
| Travel/Non-Working | 2.00 | $455.00 |
| **Total** | **29.20** | **$9,411.00** |

- 3 -

KL2:2217654.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 5/1/03 through 5/31/03 |
|---|---:|
| Telecopier | $2.00 |
| Photocopying | $92.55 |
| Postage | $10.68 |
| Long-Distance Tel. | $0.30 |
| Messenger Service | $2.04 |
| **Total** | **$107.57** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: June 24, 2003

KL2:2217654.1

- 4 -

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 525.00 | 157.50 |
| BECKER, GARY M. | CRED | 0.80 | 455.00 | 364.00 |
| KLEIN, DAVID | CRED | 5.70 | 335.00 | 1,909.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 5.20 | 185.00 | 962.00 |
| TORRES, ANTHONY | LEGA | 0.30 | 85.00 | 25.50 |
| Subtotal | | 12.30 | $ | 3,418.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 525.00 | 630.00 |
| BECKER, GARY M. | CRED | 4.50 | 455.00 | 2,047.50 |
| Subtotal | | 5.70 | $ | 2,677.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 455.00 | 182.00 |
| **PARAPROFESSIONAL** | | | | |
| MANGUAL, KATHLEEN | CRED | 4.60 | 185.00 | 851.00 |
| Subtotal | | 5.00 | $ | 1,033.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.50 | 455.00 | 1,592.50 |
| KLEIN, DAVID | CRED | 0.20 | 335.00 | 67.00 |
| Subtotal | | 3.70 | $ | 1,659.50 |

KL4:2075719.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 0.50 | 335.00 | 167.50 |
| | Subtotal | 0.50 | $ | 167.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 455.00 | 455.00 |
| | Subtotal | 2.00 | $ | 455.00 |
| | Total | 29.20 | $ | 9,411.00 |

KL4:2075719.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 1.50 | 525.00 | 787.50 |
| BECKER, GARY M. | ASSOCIATE | 11.20 | 455.00 | 4,641.00 |
| KLEIN, DAVID | ASSOCIATE | 6.40 | 335.00 | 2,144.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 9.80 | 185.00 | 1,813.00 |
| TORRES, ANTHONY | OTHER TKPR | 0.30 | 85.00 | 25.50 |
|  | Total | 29.20 |  | $9,411.00 |

KL4:2075719.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 92.55 |
| POSTAGE | 10.68 |
| LONG-DISTANCE TEL. | 0.30 |
| MESSENGER SERVICE | 2.04 |
| Subtotal | $107.57 |

KL4:2075719.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 49.36 |
| MANUSCRIPT SERVICE | 6.00 |
| Subtotal | $56.36 |

KL4:2075719.

```
alp_132c: Billed Charges Analysis                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE  1
Run Date & Time: 06/18/2003 11:09:27                                               *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                           PRE-BILLING SUMMARY REPORT

                                          UNBILLED TIME FROM:   01/01/1901       TO: 05/31/2003
                                          UNBILLED DISB FROM:   01/01/1901       TO: 05/31/2003

                                                        FEES                          COSTS
                                                        ----                          -----
                  GROSS BILLABLE AMOUNT:               9,411.00                       107.57
                  AMOUNT WRITTEN DOWN:
                            PREMIUM:
                   ON ACCOUNT BILLED:
           DEDUCTED FROM PAID RETAINER:
                       AMOUNT BILLED:
                          THRU DATE:                 05/31/2003                    05/31/2003
           CLOSE MATTER/FINAL BILLING?     YES OR NO
           EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:
                                                              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:


                                                         ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                         FEES:             62,963.34   UNIDENTIFIED RECEIPTS:          0.00
                DISBURSEMENTS:               2,154.37   PAID FEE RETAINER:              0.00
                 FEE RETAINER:                   0.00   PAID DISB RETAINER:             0.00
                DISB RETAINER:                   0.00   TOTAL AVAILABLE FUNDS:          0.00
              TOTAL OUTSTANDING:            80,719.89   TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
               DATE OF LAST BILL:   06/17/03                      LAST PAYMENT DATE:   05/27/03
               LAST BILL NUMBER:    371897                        FEES BILLED TO DATE: 573,695.50
               LAST BILL THRU DATE: 05/31/03                      FEES WRITTEN OFF TO DATE: 539,137.68

           FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

                       (1) Exceeded Fixed Fee            (6) Summer Associate
                       (2) Late Time & Costs Posted      (7) Fixed Fee
                       (3) Pre arranged Discount         (8) Premium
                       (4) Excessive Legal Time          (9) Rounding
                       (5) Business Development         (10) Client Arrangement

           BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132c: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
Run Date & Time: 06/18/2003 11:09:49                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE


          B I L L E D   T I M E   S U M M A R Y
                                                       ------------------ Total Billed ------------------
Emp Id  Employee Name          Group           Oldest         Latest         Hours          Amount
------  -------------          -----           ------         ------         -----          ------
02495   BENTLEY, PHILIP        PARTNER         05/01/03       05/26/03         1.50          787.50
05292   BECKER, GARY M.        ASSOCIATE       05/09/03       05/22/03        11.20        4,641.00
05646   KLEIN, DAVID           ASSOCIATE       05/01/03       05/30/03         6.40        2,144.00
05208   MANGUAL, KATHLEEN      PARALEGAL       05/06/03       05/27/03         9.80        1,813.00
05304   TORRES, ANTHONY        OTHER TKPR      05/15/03       05/15/03         0.30           25.50

                       Total:                                                 29.20        9,411.00


          B I L L E D   C O S T S   S U M M A R Y
Code    Description                            Oldest         Latest          Total
                                               Entry          Entry           Amount
----    -----------                            ------         ------          ------
0815    TELECOPIER                             05/02/03       05/02/03          2.00
0820    PHOTOCOPYING                           05/02/03       05/15/03         92.55
0840    MANUSCRIPT SERVICE                     04/24/03       04/24/03          0.00
0880    POSTAGE                                05/15/03       05/15/03         10.68
0885    LONG-DISTANCE TEL.                     05/02/03       05/02/03          0.30
0930    MESSENGER/COURIER                      05/06/03       05/23/03          2.04

                       Total                                                  107.57

                       Grand Total                                          9,518.57
                                                                          ==========


          B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:49)
                                                                          ---- Collections ----
Bill Date Thru Date Bill#      Fee & OA     Billed        Applied          Total         Date           Balance
                                            Disbursement  From OA                                       Due
--------- --------- -----      --------     ------------  -------          -----         ----           -------
YEAR 2001                     138,553.50     16,080.63                   154,634.13
01/18/02  12/31/01  345477     30,125.00      2,338.23                    32,463.23     12/31/02
01/31/02  12/31/01  346114          .00            .00
02/27/02  01/31/02  340586     23,407.50      1,961.58                    25,369.08     10/30/02
03/27/02  02/28/02  348979     29,782.50      2,597.44                    32,379.94     10/30/02
04/30/02  03/31/02  347464     28,405.00      2,107.94                    30,512.94     10/30/02
06/10/02  04/30/02  352100     28,794.00      2,669.24                    31,463.24     09/13/02
07/12/02  05/31/02  352980     24,232.00      2,297.61                    26,529.61     10/30/02
08/15/02  06/30/02  357518     20,297.50        388.61                    20,686.11     10/30/02
08/19/02  07/31/02  356269     26,500.82      1,121.59                    27,622.41     12/31/02
09/30/02  08/31/02  358460     31,431.00      2,753.47                    34,184.47     04/29/03
10/31/02  09/30/02  359721     25,584.50      1,761.46                    27,345.96     12/31/02
11/19/02  10/31/02  361261     39,887.50      2,124.93                    34,034.93     12/31/02                 7,977.50
12/31/02  11/30/02  362365     18,704.00        602.22                    15,583.68     02/18/03                 3,722.54
01/31/03  12/31/02  364671     11,853.50        816.82                    10,299.62     03/25/03                 2,370.70
02/20/03  01/31/03  365684     11,100.00        927.47                     9,807.47     04/11/03                 2,220.00
03/19/03  02/28/03  367178     13,155.50        240.08                     9,807.47     04/11/03                 2,683.60
04/29/03  03/31/03  369330     26,969.00        452.38                    10,711.98     05/27/03                27,421.38
                                                                               .00
```

```
alp_132c: Billed Charges Analysis                                                                         PAGE   3
Run Date & Time: 06/18/2003 11:09:50

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 06/18/03 11:09:50)
                                        Billed                 ---- Collections ----        Balance
Bill Date Thru Date Bill#   Fee & OA    Disbursement    Applied
                                                        From OA       Total      Date        Due
----------------------------------------------------------------------------------------------------
05/16/03 04/30/03 370445    7,609.00    1,594.42           .00                              9,203.42
06/17/03 05/31/03 371897    9,411.00      107.57           .00                              9,518.57

                  Total:  545,802.82   42,943.69                    523,628.80             65,117.71
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    1
Run Date & Time: 06/18/2003 11:09:22
                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                       Orig Prtnr  : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                            PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:  05/01/2003           TO: 05/30/2003
        UNBILLED DISB FROM:  05/02/2003           TO: 05/23/2003

                             FEES                                          COSTS

GROSS BILLABLE AMOUNT:              3,418.50                                        105.57
AMOUNT WRITTEN DOWN:
        PREMIUM:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:             05/30/2003                                       05/23/2003
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                             BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                       ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                    FEES:             11,639.50       UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:                  1,169.04      PAID FEE RETAINER:            0.00
        FEE RETAINER:                       0.00      PAID DISB RETAINER:           0.00
        DISB RETAINER:                      0.00      TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:             12,808.54      TRUST BALANCE:
                                                      BILLING HISTORY
        DATE OF LAST BILL:                06/17/03    LAST PAYMENT DATE:       05/27/03
        LAST BILL NUMBER:                  371897     FEES BILLED TO DATE:    165,835.50
        LAST BILL THRU DATE:              05/31/03    FEES WRITTEN OFF TO DATE: 68,231.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee        (6) Summer Associate
        (2) Late Time & Costs Posted  (7) Fixed Fee
        (3) Pre-arranged Discount     (8) Premium
        (4) Excessive Legal Time      (9) Rounding
        (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   2
Run Date & Time: 06/18/2003 11:09:22

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                Orig Prtnr : CRED. RGTS     - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

  B I L L E D   T I M E   S U M M A R Y -------------------- Total Billed --------------------
Emp Id Employee Name         Group        Oldest       Latest           Hours      Amount

02495 BENTLEY, PHILIP        CRED                                        0.30      157.50
05292 BECKER, GARY M.        CRED                                        0.80      364.00
05646 KLEIN, DAVID           CRED                                        5.70    1,909.50
      PARAPROFESSIONALS
05208 MANGUAL, KATHLEEN      CRED         05/06/03     05/20/03          5.20      962.00
05304 TORRES, ANTHONY        Lega         05/15/03     05/15/03          0.30       25.50

                                                            Total:     12.30    3,418.50

Sub-Total Hours  :     0.30 Partners        0.00 Counsels         5.20 Associates      5.20 Legal Assts      0.30 Others

  B I L L E D   C O S T S   S U M M A R Y -------------------- Total Billed --------------------
Code Description                          Oldest       Latest                      Total
                                          Entry        Entry                       Amount

0820 PHOTOCOPYING                         05/02/03     05/15/03                     92.55
0880 POSTAGE                              05/15/03     05/15/03                     10.68
0885 LONG-DISTANCE TEL.                   05/02/03     05/02/03                      0.30
0930 MESSENGER/COURIER                    05/06/03     05/23/03                      2.04

                                                            Total                  105.57

                                                    Grand Total                  3,524.07
                                                                                ==========

  B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:22)
                                     ------- Billed --------   Applied   ---- Collections ----      Balance
Bill Date  Thru Date  Bill#          Fee & OA   Disbursement   From OA    Total        Date           Due

   YEAR 2001                        71,036.50      8,160.18              79,196.68
01/18/02   12/31/01  345477          8,017.00      1,134.54               9,151.54  09/13/02
01/31/02   07/31/01  346114               .00                                  .00
02/27/02   01/31/02  340586          4,970.00      1,638.70               6,608.70  10/30/02
03/27/02   02/28/02  348979          1,970.00        612.36               2,582.36  10/30/02
04/30/02   03/31/02  347464          4,590.00        876.66               5,466.66  10/30/02
06/10/02   04/30/02  352100         13,974.00      1,489.97              15,463.97  09/13/02
07/31/02   05/31/02  352980          6,262.00      2,100.07               8,362.07  10/30/02
08/15/02   06/30/02  357518          3,870.00        332.91               4,202.91  10/30/02
08/19/02   07/31/02  356269          5,975.00        367.89               6,342.89  12/31/02
09/30/02   08/31/02  358460          4,022.50      1,169.59               5,192.09  11/26/02
10/31/02   09/30/02  359721          1,255.50      1,759.36               3,014.86  12/31/02
11/19/02   10/31/02  361261          4,217.00      1,777.44               5,994.44  12/31/02
12/31/02   11/30/02  362365          4,769.50        353.77               5,123.27  02/18/03
01/31/03   12/31/02  364671          6,081.00        733.32               6,814.32  03/25/03
02/20/03   01/31/03  365684          2,264.50        904.37               3,168.87  04/11/03
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   3
Run Date & Time: 06/18/2003 11:09:23

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:23)
                                          -------- Billed --------     ------- Collections -------
Bill Date Thru Date Bill#          Fee & OA         Disbursement       Applied      Total     Date        Balance
                                                                       From OA                            Due
03/19/03 02/28/03 367178            1,726.50             175.30                   1,901.80 05/27/03
04/29/03 03/31/03 369330            4,200.00             435.90                        .00                 4,635.90
05/16/03 04/30/03 370445            4,021.00             627.57                        .00                 4,648.57
06/17/03 05/31/03 371897            3,418.50             105.57                        .00                 3,524.07

                       Total:     156,640.50          24,755.47                 168,587.43                12,808.54
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   4
Run Date & Time: 06/18/2003 11:09:23

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status  : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                          Hours       Amount        Index#    Batch Date
-----------------------  ----------   ----------------------------------------------      -------    ---------      -------   ----------

BENTLEY, PHILIP          05/26/03     Prepare supplemental Rule 2014 affidavit              0.30       157.50       4688107   06/03/03

 Total For BENTLEY P - 02495                                                                0.30       157.50

BECKER, GARY M.          05/16/03     Review and revise supplemental 2014 affidavit         0.80       364.00       4683719   06/02/03
                                      and conf. with Mangual re same (0.8)

 Total For BECKER G - 05292                                                                 0.80       364.00

KLEIN, DAVID             05/01/03     review pleadings/filings, distr same as               0.20        67.00       4673566   05/23/03
                                      necessary.
KLEIN, DAVID             05/02/03     review pleadings/filings, distr same as               0.10        33.50       4673567   05/23/03
                                      necessary.
KLEIN, DAVID             05/05/03     review pleadings/filings, distr same as               0.30       100.50       4673568   05/23/03
                                      necessary.
KLEIN, DAVID             05/06/03     review pleadings/filings, distr same as               0.90       301.50       4673569   05/23/03
                                      necessary (0.4); review docket/filings re
                                      followup on J.Wolin's 2/19/03 ruling (0.5).
KLEIN, DAVID             05/07/03     review pleadings/filings, distr same as               0.20        67.00       4673570   05/23/03
                                      necessary.
KLEIN, DAVID             05/08/03     review pleadings/filings, distr same as               0.20        67.00       4673571   05/23/03
                                      necessary.
KLEIN, DAVID             05/10/03     review filings.                                       0.10        33.50       4673572   05/23/03
KLEIN, DAVID             05/12/03     review pleadings/filings, distr same as               0.30       100.50       4673573   05/23/03
                                      necessary.
KLEIN, DAVID             05/13/03     review pleadings/filings, distr same as               0.30       100.50       4673574   05/23/03
                                      necessary.
KLEIN, DAVID             05/14/03     review pleadings/filings, distr same as               0.10        33.50       4673575   05/23/03
                                      necessary (0.1).
KLEIN, DAVID             05/15/03     review pleadings/filings, distr same as               0.30       100.50       4673576   05/23/03
                                      necessary.
KLEIN, DAVID             05/16/03     review pleadings/filings, distr same as               0.40       134.00       4673577   05/23/03
                                      necessary.
KLEIN, DAVID             05/19/03     review pleadings/filings, distr same as               0.10        33.50       4687428   06/03/03
                                      necessary.
KLEIN, DAVID             05/20/03     review pleadings/filings, distr same as               0.50       167.50       4687576   06/03/03
                                      necessary.
KLEIN, DAVID             05/21/03     review pleadings/filings, distr same as               0.40       134.00       4689906   06/03/03
                                      necessary.
KLEIN, DAVID             05/22/03     review pleadings/filings, distr same as               0.60       201.00       4689907   06/03/03
                                      necessary.
KLEIN, DAVID             05/23/03     review pleadings/filings, distr same as               0.10        33.50       4689908   06/03/03
                                      necessary.
```

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE   5
Run Date & Time: 06/18/2003 11:09:23

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                          Hours    Amount    Index#   Batch No  Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| KLEIN, DAVID | 05/25/03 | review filings. | 0.10 | 33.50 | 4689909 | 06/03/03 | |
| KLEIN, DAVID | 05/27/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4689910 | 06/03/03 | |
| KLEIN, DAVID | 05/28/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4689911 | 06/03/03 | |
| KLEIN, DAVID | 05/30/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4691193 | 06/03/03 | |

**Total For KLEIN D - 05646**  5.70  1,909.50

| MANGUAL, KATHLEEN | 05/06/03 | organization of files for purpose of filing and updating indices (1.3) | 1.30 | 240.50 | 4670733 | 05/21/03 |
| MANGUAL, KATHLEEN | 05/12/03 | update pleadings index and correspondence (2.2); disc/w G.Becker re: Rule 2014 affidavit (.20) | 2.40 | 444.00 | 4678426 | 05/29/03 |
| MANGUAL, KATHLEEN | 05/16/03 | draft supplemental aff'd for rule 2014, revise such per GB comments, left NH vmail (1.3) | 1.30 | 240.50 | 4677829 | 05/28/03 |
| MANGUAL, KATHLEEN | 05/20/03 | disc. w/NH re: 2014 aff'd(0.2) | 0.20 | 37.00 | 4685752 | 06/02/03 |

**Total For MANGUAL K - 05208**  5.20  962.00

| TORRES, ANTHONY | 05/15/03 | Scanning documents for electronic filing. | 0.30 | 25.50 | 4673447 | 05/23/03 |

**Total For TORRES A - 05304**  0.30  25.50

**Fee Total**  12.30  3,418.50

B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee            Date       Amount      Index#    Batch No  Batch Date

PHOTOCOPYING                                 0820
| PHOTOCOPYING | MANGUAL, K M | 05/02/03 | 6.75 | 6082035 | 97942 | 05/07/03 |
| PHOTOCOPYING | BENTLEY, P | 05/05/03 | 7.50 | 6085469 | 97989 | 05/08/03 |
| PHOTOCOPYING | BENTLEY, P | 05/13/03 | 22.50 | 6093665 | 98226 | 05/14/03 |
| PHOTOCOPYING | MANGUAL, K M | 05/15/03 | 55.80 | 6097360 | 98396 | 05/16/03 |

**0820 PHOTOCOPYING Total :**  92.55

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   6
Run Date & Time: 06/18/2003 11:09:24

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                          Employee            Date        Amount      Index#    Batch No    Batch Date
-----------------                         --------            ----        ------      ------    --------    ----------
POSTAGE
    POSTAGE                         0880
    Wendy Rios                            MANGUAL, K M        05/15/03     10.68     6097930      98426     05/16/03

                                                           0880 POSTAGE Total :       10.68

LONG-DISTANCE TEL.
    LONG-DISTANCE TEL.              0885
    215677688                             BENTLEY, P          05/02/03      0.30     6090891      98169     05/13/03

                                                          0885 LONG-DISTANCE TEL. Total :      0.30

MESSENGER/COURIER
    MESSENGER/COURIER               0930
    FEDERAL EXPRESS CORPORAT
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION                           MANGUAL, K M        05/06/03    -10.09     6078533      97871     05/06/03
    FEDERAL EXPRESS CORPORAT
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION 4/7/03                    MANGUAL, K M        05/23/03     12.13     6104079      98645     05/23/03

                                                          0930 MESSENGER/COURIER Total :       2.04

                                    Costs Total :                                   105.57
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   7
Run Date & Time: 06/18/2003 11:09:24                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status     : ACTIVE

     B I L L E D    T I M E    S U M M A R Y
Employee Name                Hours         Amount              Bill           W/o / W/u          Transfer To  Clnt/Mtr    Carry Forward
-------------                -----         ------              ----           -----------        ----------   --------    -------------
BENTLEY, PHILIP               0.30         157.50
BECKER, GARY M.               0.80         364.00
KLEIN, DAVID                  5.70       1,909.50
MANGUAL, KATHLEEN             5.20         962.00
TORRES, ANTHONY               0.30          25.50
                          --------      ---------
              Total:         12.30       3,418.50

     B I L L E D    C O S T S    S U M M A R Y
Code Description             Amount              Bill           W/o / W/u         Transfer To  Clnt/Mtr    Carry Forward
----------------             ------              ----           -----------       ----------   --------    -------------
0820 PHOTOCOPYING             92.55
0880 POSTAGE                  10.68
0885 LONG-DISTANCE TEL.        0.30
0930 MESSENGER/COURIER         2.04
                          --------
            Costs Total :    105.57
```