```
alp_132r: Billed Charges Analysis                                                                                                                       PAGE  8
Run Date & Time: 06/18/2003 11:09:24

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status     : ACTIVE

Special Billing Instructions:

                                                       PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:          05/02/2003                   TO:              05/02/2003
        UNBILLED DISB FROM:                                       TO:

                                          FEES                           COSTS
                                          ----                           -----
        GROSS BILLABLE AMOUNT:            0.00                            2.00
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                          05/02/2003
 CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:


                                                     ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                                     --------------------------                         --------------
                    FEES:                2,593.50        UNIDENTIFIED RECEIPTS:             0.00
            DISBURSEMENTS:                   31.55             PAID FEE RETAINER:            0.00
            FEE RETAINER:                    0.00              PAID DISB RETAINER:           0.00
           DISB RETAINER:                    0.00              TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:               2,625.05                   TRUST BALANCE:

                                                              BILLING HISTORY
                                                              ---------------
      DATE OF LAST BILL:                06/17/03               LAST PAYMENT DATE:          05/27/03
      LAST BILL NUMBER:                  371897                FEES BILLED TO DATE:       51,168.00
      LAST BILL THRU DATE:                                     FEES WRITTEN OFF TO DATE:  17,454.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee        (6) Summer Associate
        (2) Late Time & Costs Posted  (7) Fixed Fee
        (3) Pre-arranged Discount     (8) Premium
        (4) Excessive Legal Time      (9) Rounding
        (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    9
Run Date & Time: 06/18/2003 11:09:24                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                      Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status : ACTIVE
```

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 05/02/03 | 05/02/03 | 2.00 |
| | Total | | | 2.00 |
| | Grand Total | | | 2.00 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:24)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | | YEAR 2001 | 11,113.50 | 1,628.57 | | 12,742.07 | | |
| 01/18/02 | 12/31/01 | 345477 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 01/31/02 | 07/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 3,602.50 | .00 | | 3,602.50 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 4,045.00 | 1,423.03 | | 5,468.03 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,167.50 | 93.26 | | 4,260.76 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 3,895.00 | .12 | | 3,895.12 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 498.00 | .00 | | 498.00 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 1,341.00 | .00 | | 1,341.00 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | | | | 2,141.50 |
| 05/16/03 | 04/30/03 | 370445 | 455.00 | 26.55 | | .00 | | 481.55 |
| 06/17/03 | 05/31/03 | 371897 | .00 | 2.00 | | .00 | | 2.00 |
| | | Total: | 51,168.00 | 3,743.11 | | 52,286.06 | | 2,625.05 |

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  10
Run Date & Time: 06/18/2003 11:09:24

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

  B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee              Date           Amount       Index#   Batch No   Batch Date
---------------------               --------              ----           ------       ------   --------   ----------
TELECOPIER                     0815
  TELECOPIER                            BECKER, G M       05/02/03          2.00     6083248    97946     05/07/03
  roadcast to 6 pe
                                                 0815 TELECOPIER Total :    2.00


                       Costs Total :                                        2.00
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   11
Run Date & Time: 06/18/2003 11:09:24

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

     B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u         Transfer To Clnt/Mtr    Carry Forward
-------------------------- ------------   ------------    ------------    -----------------------    -------------
0815 TELECOPIER                   2.00

          Costs Total :           2.00
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE  12
Run Date & Time: 06/18/2003 11:09:24                          *PRIVILEGED AND CONFIDENTIAL*

                                                              PRE-BILLING SUMMARY REPORT

Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status      : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------------------

                         UNBILLED TIME FROM:   05/01/2003              TO:  05/20/2003
                         UNBILLED DISB FROM:                           TO:

                                              FEES                    COSTS

         GROSS BILLABLE AMOUNT:              2,677.50                  0.00
         AMOUNT WRITTEN DOWN:
                        PREMIUM:
             ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:              05/20/2003
         CLOSE MATTER/FINAL BILLING?          YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:

                                  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

              FEES:                          2,677.50          UNIDENTIFIED RECEIPTS:              0.00
      DISBURSEMENTS:                             0.00          PAID FEE RETAINER:                  0.00
       FEE RETAINER:                             0.00          PAID DISB RETAINER:                 0.00
      DISB RETAINER:                             0.00          TOTAL AVAILABLE FUNDS:              0.00
   TOTAL OUTSTANDING:                        2,677.50          TRUST BALANCE:
                                                               BILLING HISTORY
         DATE OF LAST BILL:                  06/17/03          LAST PAYMENT DATE:              12/31/02
         LAST BILL NUMBER:                     371897          FEES BILLED TO DATE:            4,127.50
         LAST BILL THRU DATE:                05/31/03          FEES WRITTEN OFF TO DATE:           0.00


FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

 BILL NUMBER: _____         DATE OF BILL: _____     Processed by: _____        FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  13
Run Date & Time: 06/18/2003 11:09:24

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976

                                                                                                                               Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                         ------------ Total Billed ----------------
Emp Id Employee Name                Group              Oldest         Latest        Hours        Amount
------ ---------------               -----             ------         ------        -----        ------
02495  BENTLEY, PHILIP               CRED              05/01/03       05/20/03       1.20         630.00
05292  BECKER, GARY M.               CRED              05/19/03       05/19/03       4.50       2,047.50

                            Total:                                                   5.70       2,677.50

Sub-Total Hours :    1.20 Partners      0.00 Counsels      4.50 Associates      0.00 Legal Assts      0.00 Others


  B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:24)
                           ------- Billed --------       ---- Applied ----    ---- Collections ----       Balance
Bill Date Thru Date Bill#      Fee & OA   Disbursement   From OA      Total    Total         Date          Due
---------- --------- -----   ----------   ------------   -------      -----    ------       ------        -------
02/27/02 01/31/02  340586       637.50             .00      .00                637.50     10/30/02
08/19/02 07/31/02  356269                       198.00   198.00                198.00     12/31/02
10/31/02 09/30/02  359721         95.00            .00      .00                 95.00     12/31/02
11/19/02 10/31/02  361261        717.50            .00      .00                717.50     12/31/02
06/17/03 05/31/03  371897      2,677.50            .00      .00                    .00                  2,677.50

            Total:             4,127.50         198.00                        1,648.00                  2,677.50
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   14
Run Date & Time: 06/18/2003 11:09:24

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                                         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Orig Prtnr  : CRED. RGTS   - 06975    Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Bill Prtnr  : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
                                                                                                Status        : ACTIVE

    BILLED    TIME    DETAIL
Employee Name          Work Date    Description                                             Hours       Amount     Index#    Batch Date
--------------         ----------   ---------------                                         -----       ------     ------    ----------
BENTLEY, PHILIP        05/01/03     Trade emails re tomorrow's response.                     0.10        52.50     4675794   05/27/03
BENTLEY, PHILIP        05/02/03     Prepare response to Committee's motion to                0.90       472.50     4675797   05/27/03
                                    extend avoidance deadline, and review debtors'
                                    response to same.
BENTLEY, PHILIP        05/14/03     Trade voicemails.                                        0.10        52.50     4675795   05/27/03
BENTLEY, PHILIP        05/20/03     Discs. GB.                                               0.10        52.50     4675796   05/27/03

Total For BENTLEY P - 02495                                                                  1.20       630.00

BECKER, GARY M.        05/19/03     Travel to Wilmington for hearing on Committee            4.50     2,047.50     4670449   05/21/03
                                    motion to extend Section 546 bar date; prepare
                                    during travel (2.0); hearing in Wilmington on
                                    motion to extend Section 546 bar date (2.5)

Total For BECKER G - 05292                                                                   4.50     2,047.50

                                                                            Fee Total       5.70     2,677.50
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    15
Run Date & Time: 06/18/2003 11:09:24

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status : ACTIVE

        B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours       Amount         Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
------------------------------------------------------ -----      ---------       -----------------------  -------------

BENTLEY, PHILIP              1.20       630.00         _____     _____                                _____
BECKER, GARY M.              4.50     2,047.50         _____     _____                                _____
          Total:             5.70     2,677.50         _____     _____                                _____
```

```
alp_132r: Billed Charges Analysis                                                                      PAGE  16
Run Date & Time: 06/18/2003 11:09:24

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:   05/09/2003              TO:  05/27/2003
              UNBILLED DISB FROM:                           TO:

                                         FEES                             COSTS

  GROSS BILLABLE AMOUNT:             1,033.00                              0.00
  AMOUNT WRITTEN DOWN:
                PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:             05/27/2003
  CLOSE MATTER/FINAL BILLING?       YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:

                               BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

       FEES:                       2,554.00          UNIDENTIFIED RECEIPTS:     0.00
  DISBURSEMENTS:                      13.48          PAID FEE RETAINER:         0.00
  FEE RETAINER:                        0.00          PAID DISB RETAINER:        0.00
  DISB RETAINER:                       0.00          TOTAL AVAILABLE FUNDS:     0.00
  TOTAL OUTSTANDING:                2,567.48         TRUST BALANCE:

                                              BILLING HISTORY

  DATE OF LAST BILL:              06/17/03       LAST PAYMENT DATE:         05/27/03
  LAST BILL NUMBER:                371897        FEES BILLED TO DATE:      49,733.50
  LAST BILL THRU DATE:            05/31/03       FEES WRITTEN OFF TO DATE:    35.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (6) Summer Associate
    (2) Late Time & Costs Posted     (7) Fixed Fee
    (3) Pre-arranged Discount        (8) Premium
    (4) Excessive Legal Time         (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   17
Run Date & Time: 06/18/2003 11:09:24

                                                KRAMER NAPTALIIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status  : ACTIVE


         B I L L E D   T I M E   S U M M A R Y                  ------- Total Billed -------
Emp Id Employee Name                    Group                   Oldest      Latest       Hours        Amount
-----  --------------                   -----                   ------      ------       -----        ------

05292  BECKER, GARY M.                  CRED                    05/09/03    05/09/03      0.40        182.00
05208  MANGUAL, KATHLEEN                CRED                    05/09/03    05/27/03      4.60        851.00
                                                                                          ----       -------
                                        Total:                                            5.00      1,033.00

Sub-Total Hours :    0.00 Partners        0.00 Counsels     0.40 Associates    4.60 Legal Assts    0.00 Others

  B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 06/18/03 11:09:24)
                                  ------- Billed -------        Applied  ------- Collections -------   Balance
Bill Date Thru Date Bill#         Fee & OA   Disbursement       From OA  Total       Date             Due
---------------------------       ---------  ------------       -------  --------    ------           -------

YEAR 2001
01/18/02 12/31/01  345477        10,165.00         191.48         .00   10,356.48  09/13/02
02/27/02 01/31/02  340586         1,816.50          29.58         .00    1,846.08  09/13/02
03/27/02 02/28/02  348979         3,877.50          94.17         .00    3,971.67  10/30/02
04/30/02 03/31/02  347464         1,712.50           3.00         .00    1,715.50  10/30/02
06/10/02 04/30/02  352100         1,470.00           3.70         .00    1,473.70  10/30/02
07/12/02 05/31/02  352980         2,477.50          29.58         .00    2,507.08  09/13/02
08/15/02 06/30/02  357518         4,370.00          21.01         .00    4,391.01  10/30/02
08/19/02 07/31/02  356269         1,315.00            .00         .00    1,315.00  10/30/02
09/30/02 08/31/02  358460         1,922.50            .00         .00    1,922.50  12/31/02
10/31/02 09/30/02  359721         2,910.00            .00         .00    2,910.00  11/26/02
11/19/02 10/31/02  361261         6,307.00           2.10         .00    6,309.10  12/31/02
12/31/02 11/30/02  362365         2,917.00            .00         .00    2,917.00  12/31/02
01/31/03 12/31/02  364671         2,009.50            .00         .00    2,009.50  02/18/03
02/20/03 01/31/03  365684           805.50            .00         .00      805.50  03/25/03
03/19/03 02/28/03  367178           838.00            .00         .00      838.00  04/11/03
04/29/03 03/31/03  369330         2,266.00          12.08         .00    2,278.08  05/27/03
05/16/03 04/30/03  370445           670.00          13.48         .00                                  683.48
06/17/03 05/31/03  371897           851.00            .00         .00                                  851.00
                                  1,033.00            .00         .00                                1,033.00
                                 ----------       -------      -------  ---------                    --------
         Total:                  49,733.50         400.18         .00   47,566.20                    2,567.48
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   18
Run Date & Time: 06/18/2003 11:09:24

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

   B I L L E D    T I M E   D E T A I L
Employee Name               Work Date     Description                                        Hours      Amount    Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.             05/09/03      Review and revise April invoice.                    0.40      182.00   4671786   05/22/03

 Total For BECKER G - 05292                                                                   0.40      182.00

MANGUAL, KATHLEEN           05/09/03      review time details (.60)                           0.60      111.00   4670734   05/21/03
MANGUAL, KATHLEEN           05/13/03      review time details, 8th draft interim fee          1.60      296.00   4682339   06/02/03
                                          application (1.6)
MANGUAL, KATHLEEN           05/15/03      draft memo to committee members and attend to       1.30      240.50   4682338   06/02/03
                                          service of KL's Interim fee application (.70);
                                          convert app to .pdf,attend to service of such
                                          to local counsel (.60)
MANGUAL, KATHLEEN           05/27/03      draft KL April monthly fee application (1.1)        1.10      203.50   4688261   06/03/03

 Total For MANGUAL K - 05208                                                                  4.60      851.00

                                                                         Fee Total           5.00     1,033.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   19
Run Date & Time: 06/18/2003 11:09:25

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                        Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours          Amount        Bill         W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward
-----------------         -------        --------      ------       -----------      -----------    -----------  -------------
BECKER, GARY M.             0.40          182.00
MANGUAL, KATHLEEN           4.60          851.00
            Total:          5.00        1,033.00
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 06/18/2003 11:09:25

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status   : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   05/14/2003                         TO:  05/22/2003
UNBILLED DISB FROM:   04/24/2003                         TO:  04/24/2003

                               FEES                               COSTS

GROSS BILLABLE AMOUNT:         1,659.50                           0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                     05/22/2003                         04/24/2003
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

        BILLING COMMENTS:           BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                       ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH

    FEES:                            25,152.10
    DISBURSEMENTS:                       14.00    UNIDENTIFIED RECEIPTS:          0.00
    FEE RETAINER:                         0.00    PAID FEE RETAINER:              0.00
    DISB RETAINER:                        0.00    PAID DISB RETAINER:             0.00
    TOTAL OUTSTANDING:               25,166.10    TOTAL AVAILABLE FUNDS:          0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY
    DATE OF LAST BILL:             06/17/03        LAST PAYMENT DATE:         05/27/03
    LAST BILL NUMBER:               371897         FEES BILLED TO DATE:      159,954.50
    LAST BILL THRU DATE:           05/31/03        FEES WRITTEN OFF TO DATE:   4,417.50

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement


BILL NUMBER:_____    DATE OF BILL:_____  Processed by:_____  FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   21
Run Date & Time: 06/18/2003 11:09:25                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                                 Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                                           Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                                                       Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ------------------------------------------- Total Billed --------------------
                                                                Oldest         Latest         Total
Emp Id Employee Name                 Group                      Entry          Entry          Hours       Amount
---------------------------------------------------------------------------------------------------------------------
05292  BECKER, GARY M.               CRED                       05/15/03       05/22/03       3.50        1,592.50
05646  KLEIN, DAVID                  CRED                       05/14/03       05/14/03       0.20           67.00

                                                        Total:                                3.70        1,659.50

Sub-Total Hours :   0.00 Partners   0.00 Counsels   3.70 Associates   0.00 Legal Assts   0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ----------------------------- Total Billed ----------------------
Code  Description                                      Oldest         Latest         Total
                                                       Entry          Entry          Amount
---------------------------------------------------------------------------------------------------------------------
0840  MANUSCRIPT SERVICE                               04/24/03       04/24/03       0.00

                                                        Total:                       0.00

                                                        Grand Total                  1,659.50
                                                                                     =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:25)
                                ------- Billed -------      Applied       ---- Collections ----       Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement    From OA       Total            Date      Due
---------------------------------------------------------------------------------------------------------------------
YEAR 2001                        44,026.00   5,710.65                     49,736.65
01/18/02 12/31/01  345477        16,815.00     871.96                     17,686.96   12/31/02
01/31/02 12/31/01  346114             .00        .00                            .00
02/27/02 01/31/02  340586         4,160.00     228.71                      4,388.71   10/30/02
03/27/02 02/28/02  348979         6,957.50     559.05                      7,516.55   10/30/02
04/30/02 03/31/02  347464         9,837.50   1,134.32                     10,971.82   10/30/02
06/10/02 04/30/02  352100         3,277.50   1,123.85                      4,401.35   09/13/02
07/12/02 05/31/02  352980         3,845.00     176.41                      4,021.41   10/30/02
08/15/02 06/30/02  357518         3,157.50      41.90                      3,199.40   10/30/02
08/19/02 07/31/02  356269         3,456.00        .00                      3,456.00   12/31/02
09/30/02 08/31/02  358460        20,108.50   1,404.74                     21,513.24   04/29/03
10/31/02 09/30/02  359721         2,230.00        .00                      2,230.00   12/31/02
11/19/02 10/31/02  361261         3,131.00     298.49                      3,429.49   12/31/02
12/31/02 11/30/02  362365         1,520.00     248.45                      1,768.45   02/18/03
01/31/03 12/31/02  364671         1,025.00        .00                      1,025.00   03/25/03
02/20/03 01/31/03  365684         6,254.00      23.10                      5,800.60   04/11/03          476.50
03/19/03 02/28/03  367178         6,230.00       2.70                      5,358.60   05/27/03          874.10
04/29/03 03/31/03  369330        19,960.50        .00                           .00                  19,960.50
05/16/03 04/30/03  370445         2,181.50      14.00                           .00                   2,195.50
06/17/03 05/31/03  371897         1,659.50        .00                           .00                   1,659.50

                 Total:        159,832.00   11,838.33                    146,504.23                  25,166.10
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   22
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/18/2003 11:09:25

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                    Supv Prtnr : MAYER THOMAS MOERS - 03976

                                                                                                                     Status : ACTIVE

B I L L I N G  &  P A Y M E N T  H I S T O R Y (Reflects Payments As of 06/18/03 11:09:25)
                                 -------- Billed --------     ---- Collections ----                 Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement     From OA     Total    Date              Due

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                        Hours      Amount    Index#    Batch Date

BECKER, GARY M.            05/15/03    Attention to new asbestos bill information.         0.70      318.50    4671787   05/22/03
BECKER, GARY M.            05/21/03    Review new asbestos legislation                     1.00      455.00    4671794   05/22/03
BECKER, GARY M.            05/22/03    Research re asbestos legislation (1.5) conf.        1.80      819.00    4683720   06/02/03
                                        with Bentley re asbestos legislation (0.3)

Total For BECKER G - 05292                                                                 3.50     1,592.50

KLEIN, DAVID               05/14/03    checked USG docket/filings re followup to           0.20       67.00    4705719   06/17/03
                                        2/19/03 cancer only bar date order (0.2).

Total For KLEIN D - 05646                                                                  0.20       67.00

                                                             Fee Total                     3.70     1,659.50

B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee              Date          Amount     Index#   Batch No   Batch Date

MANUSCRIPT SERVICE                0840
  MANUSCRIPT SERVICE                           SEAWRIGHT, J         04/24/03        0.00      6078091   97872     05/06/03
  04/24/2003
                                                        0840 MANUSCRIPT SERVICE Total :  0.00

                                                             Costs Total :                    0.00
```