alp_132r: Billed Charges Analysis                                                                                    PAGE   23
Run Date & Time: 06/18/2003 11:09:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status  : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 3.50 | 1,592.50 | | | | | |
| KLEIN, DAVID | 0.20 | 67.00 | | | | | |
| Total: | 3.70 | 1,659.50 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| Costs Total : | 0.00 | | | | | |

```
alp_132r: Billed Charges Analysis
Run Date & Time: 06/18/2003 11:09:25

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    24
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                           Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------
                                   PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   05/05/2003           TO:   05/05/2003
UNBILLED DISB FROM:                        TO:

                                             FEES                     COSTS
                                             ----                     -----
GROSS BILLABLE AMOUNT:                       167.50                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
   THRU DATE:                             05/05/2003
CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

    FEES:                      13,906.74    UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                926.30    PAID FEE RETAINER:            0.00
    FEE RETAINER:                   0.00    PAID DISB RETAINER:           0.00
    DISB RETAINER:                  0.00    TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:             14,833.04    TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
    DATE OF LAST BILL:         06/17/03     LAST PAYMENT DATE:        04/29/03
    LAST BILL NUMBER:          371897       FEES BILLED TO DATE:      73,734.00
    LAST BILL THRU DATE:       05/31/03     FEES WRITTEN OFF TO DATE:  1,600.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   25
Run Date & Time: 06/18/2003 11:09:25                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ------------------ Total Billed ------------------
Emp Id  Employee Name              Group         Oldest       Latest        Hours        Amount
                                                 --------     --------      --------     --------
05646   KLEIN, DAVID               CRED          05/05/03     05/05/03      0.50         167.50

                            Total:                                          0.50         167.50

Sub-Total Hours :    0.00 Partners    0.00 Counsels    0.50 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 06/18/03 11:09:25)
                       ------- Billed -------  ---- Applied ----  ---- Collections ----        Balance
Bill Date Thru Date  Bill#   Fee & OA  Disbursement  From OA       Total       Date             Due

  YEAR 2001
03/27/02  02/28/02  348979    2,212.50     389.75                 2,602.25    10/30/02
06/10/02  04/30/02  352100    4,260.00        .00                 4,260.00    10/30/02
07/12/02  05/31/02  352980    4,265.00        .00                 4,265.00    12/31/02
08/15/02  06/30/02  357518    1,040.00        .00                 1,040.00    12/31/02
08/19/02  07/31/02  356269    4,037.50       9.80                 4,047.30    10/30/02
10/31/02  09/30/02  359721   11,567.50     541.11                12,108.61    04/29/03
11/19/02  10/31/02  361261    9,690.00        .00                 9,690.00    04/29/03
12/31/02  11/30/02  362365   21,575.00        .00                16,340.00    12/31/02         5,235.00
01/31/03  12/31/02  364671    9,907.00        .00                 6,184.46    02/18/03         3,722.54
02/20/03  01/31/03  365684    2,601.00      83.50                   313.80    03/25/03         2,370.70
03/19/03  02/28/03  367178    1,638.50        .00                     .00                      1,638.50
05/16/03  04/30/03  370445      672.00        .00                     .00                        672.00
06/17/03  05/31/03  371897      100.50     926.30                     .00                      1,026.80
                              167.50        .00                      .00                        167.50

         Total:              73,734.00   1,950.46                60,851.42                    14,833.04
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   26
Run Date & Time: 06/18/2003 11:09:25

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001                       Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                         Status   : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name             Work Date    Description                                    Hours      Amount      Index#   Batch Date
-------------             ---------    -----------                                    -----      ------      ------   ----------

KLEIN, DAVID              05/05/03     receive voice mail from P.Bentley re Sealed Air 0.50      167.50    4705534   06/17/03
                                       settlement status, correspondence re same
                                       (0.5).

Total For KLEIN D - 05646                                                              0.50      167.50

                                                                        Fee Total      0.50      167.50
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  27
Run Date & Time: 06/18/2003 11:09:25

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

       B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours       Amount       Bill        W/O / W/u      Transfer To    Clnt/Mtr   Carry Forward

KLEIN, DAVID            0.50       167.50

       Total:           0.50       167.50
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE  28
Run Date & Time: 06/18/2003 11:09:25

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                              Orig Prtnr  : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                    Status   : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:                              TO:
      UNBILLED DISB FROM:                              TO:

                                         FEES                          COSTS

    GROSS BILLABLE AMOUNT:                0.00                          0.00
    AMOUNT WRITTEN DOWN:
                  PREMIUM:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:
  CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                    FEES:                1,137.50           UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                    0.00                PAID FEE RETAINER:      0.00
            FEE RETAINER:                    0.00              PAID DISB RETAINER:       0.00
           DISB RETAINER:                    0.00            TOTAL AVAILABLE FUNDS:      0.00
        TOTAL OUTSTANDING:               1,137.50                    TRUST BALANCE:
                                                                BILLING HISTORY
        DATE OF LAST BILL:        03/19/03                  LAST PAYMENT DATE:
         LAST BILL NUMBER:          367178                  FEES BILLED TO DATE:     1,137.50
     LAST BILL THRU DATE:        02/28/03                  FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee                 (6) Summer Associate
     (2) Late Time & Costs Posted           (7) Fixed Fee
     (3) Pre-arranged Discount              (8) Premium
     (4) Excessive Legal Time               (9) Rounding
     (5) Business Development              (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   29
Run Date & Time: 06/18/2003 11:09:25

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                                Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                    Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:25)
                                   --------- Billed --------       ---- Collections ----
Bill Date  Thru Date  Bill#         Fee & OA       Disbursement    Applied     Total     Balance
                                                                   From OA     Date      Due
03/19/03   02/28/03   367178        1,137.50       .00             .00         .00       1,137.50
                                   ----------     ------           ----        ----      ---------
           Total:                   1,137.50       .00             .00         .00       1,137.50
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE  30
Run Date & Time: 06/18/2003 11:09:25

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                    TO:
              UNBILLED DISB FROM:                    TO:

                                         FEES                 COSTS

   GROSS BILLABLE AMOUNT:                0.00                  0.00
   AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
           THRU DATE:
   CLOSE MATTER/FINAL BILLING?    YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

   FEES:                          1,672.50        UNIDENTIFIED RECEIPTS:              0.00
   DISBURSEMENTS:                     0.00        PAID FEE RETAINER:                  0.00
   FEE RETAINER:                      0.00        PAID DISB RETAINER:                 0.00
   DISB RETAINER:                     0.00        TOTAL AVAILABLE FUNDS:              0.00
   TOTAL OUTSTANDING:             1,672.50        TRUST BALANCE:
                                                  BILLING HISTORY

   DATE OF LAST BILL:         02/20/03            LAST PAYMENT DATE:          04/29/03
   LAST BILL NUMBER:            365684            FEES BILLED TO DATE:       48,397.50
   LAST BILL THRU DATE:       01/31/03            FEES WRITTEN OFF TO DATE:   5,087.68

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee                (6) Summer Associate
     (2) Late Time & Costs Posted          (7) Fixed Fee
     (3) Pre-arranged Discount             (8) Premium
     (4) Excessive Legal Time              (9) Rounding
     (5) Business Development             (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   31
Run Date & Time: 06/18/2003 11:09:25

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr  : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:25)
                                     ------- Billed -------        -------- Collections --------
Bill Date  Thru Date  Bill#          Fee & OA        Disbursement   Applied From OA    Total        Date           Balance Due
-------------------------------      ------------    ------------   ---------------    ----------   ----------     -----------
01/18/02   12/31/01   345477               .00              .00                             .00
02/27/02   01/31/02   340586           6,160.00             .00                         6,160.00    10/30/02
03/27/02   02/28/02   348979          10,837.50             .00                        10,837.50    10/30/02
04/30/02   03/31/02   347464           8,340.00             .00                         8,340.00    10/30/02
06/10/02   04/30/02   352100           3,200.00             .00                         3,200.00    12/31/02
07/12/02   05/31/02   352980           4,820.00             .00                         4,820.00    12/31/02
08/15/02   06/30/02   357518           4,200.00             .00                         4,200.00    04/29/03
08/19/02   07/31/02   356269           2,292.32             .00                         2,292.32    04/29/03
09/30/02   08/31/02   358460           1,960.00           58.14                         2,018.14    11/26/02
10/31/02   09/30/02   359721           2,327.50             .00                         2,327.50    04/29/03
11/19/02   10/31/02   361261           1,567.50             .00                              .00                    1,567.50
02/20/03   01/31/03   365684             105.00             .00                              .00                      105.00
                                   ------------    ------------                    ------------                  ----------
                     Total:           45,809.82           58.14                        44,195.46                    1,672.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  32
Run Date & Time: 06/18/2003 11:09:25

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                              Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : OTHER                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:                             TO:
    UNBILLED DISB FROM:                             TO:

                                          FEES                 COSTS

  GROSS BILLABLE AMOUNT:                  0.00                 0.00
  AMOUNT WRITTEN DOWN:
              PREMIUM:
  ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:
 CLOSE MATTER/FINAL BILLING?        YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:




                                            ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

           FEES:                      890.00        UNIDENTIFIED RECEIPTS:       0.00
   DISBURSEMENTS:                       0.00        PAID FEE RETAINER:           0.00
     FEE RETAINER:                      0.00        PAID DISB RETAINER:          0.00
    DISB RETAINER:                      0.00        TOTAL AVAILABLE FUNDS:       0.00
 TOTAL OUTSTANDING:                   890.00        TRUST BALANCE:
                                                    BILLING HISTORY
  DATE OF LAST BILL:                11/19/02        LAST PAYMENT DATE:                      890.00
  LAST BILL NUMBER:                   361261        FEES BILLED TO DATE:                    890.00
 LAST BILL THRU DATE:                10/31/02       FEES WRITTEN OFF TO DATE:                 0.00

                        Write Down/Up Reason Codes:
                     (1) Exceeded Fixed Fee              (6) Summer Associate
                     (2) Late Time & Costs Posted        (7) Fixed Fee
 FOR ACCTG USE ONLY: (3) Pre-arranged Discount           (8) Premium
                     (4) Excessive Legal Time            (9) Rounding
                     (5) Business Development           (10) Client Arrangement

 BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    33
Run Date & Time: 06/18/2003 11:09:25

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : OTHER                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:25)
                                      -------- Billed --------    ---- Collections ----    Balance
Bill Date  Thru Date  Bill#           Fee & OA    Disbursement    Applied    From OA  Total Date      Due

11/19/02   10/31/02   361261           890.00          .00           .00         .00           890.00

           Total:                      890.00          .00           .00         .00           890.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    34
Run Date & Time: 06/18/2003 11:09:25                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr  : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:    05/19/2003                       TO:    05/19/2003
      UNBILLED DISB FROM:                                     TO:

                                      FEES                              COSTS

GROSS BILLABLE AMOUNT:              455.00                              0.00
AMOUNT WRITTEN DOWN:
                 PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:          05/19/2003
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

     FEES:                        740.00
     DISBURSEMENTS:                  0.00      UNIDENTIFIED RECEIPTS:       0.00
     FEE RETAINER:                   0.00      PAID FEE RETAINER:           0.00
     DISB RETAINER:                  0.00      PAID DISB RETAINER:          0.00
     TOTAL OUTSTANDING:            740.00      TOTAL AVAILABLE FUNDS:       0.00
                                               TRUST BALANCE:
                                               BILLING HISTORY

     DATE OF LAST BILL:           06/17/03       LAST PAYMENT DATE:      04/29/03
     LAST BILL NUMBER:             371897        FEES BILLED TO DATE:    6,130.00
     LAST BILL THRU DATE:         05/31/03       FEES WRITTEN OFF TO DATE: 5,130.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  35
Run Date & Time: 06/18/2003 11:09:25

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y    ------------ Total Billed ------------
 Emp Id Employee Name             Group             Oldest      Latest          Hours           Amount
                                                    -------     -------         -------         -------
 05292  BECKER, GARY M.           CRED              05/19/03    05/19/03         2.00           455.00
                                          Total:                                 2.00           455.00

 Sub-Total Hours :      0.00 Partners     0.00 Counsels     2.00 Associates     0.00 Legal Assts    0.00 Others

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/18/03 11:09:25)
                                  ------- Billed --------    ------ Applied ------  -- Collections --
 Bill Date Thru Date Bill#        Fee & OA  Disbursement     From OA      Total      Date           Balance Due
 06/10/02 04/30/02 352100         1,000.00       .00              .00    1,000.00  12/31/02
 09/30/02 09/30/02 358460           800.00       .00              .00      800.00  04/29/03
 10/31/02 09/30/02 359721           190.00       .00              .00      190.00  04/29/03
 11/19/02 10/31/02 361261           285.00       .00              .00          .00                    285.00
 06/17/03 05/31/03 371897           455.00       .00              .00          .00                    455.00
                      Total:      2,730.00       .00              .00    1,990.00                     740.00
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   36
Run Date & Time: 06/18/2003 11:09:25

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                   Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status      : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                    Hours      Amount    Index#   Batch Date
----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.            05/19/03     ;return from Hearing in Wilmington (2.0)        2.00      455.00   4670450   05/21/03

 Total For BECKER G - 05292                                                             2.00      455.00

                                                                        Fee Total      2.00      455.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  37
Run Date & Time: 06/18/2003 11:09:25

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                   Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours       Amount         Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.              2.00       455.00

        Total:               2.00       455.00
```