## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

### CERTIFICATE OF SERVICE

I, Richard A. Keuler, Jr., certify that I am over 18 years of age and that on this 26th day of

Junel, 2003, I caused a true and correct copy of the *No Order Required Certification of No*

*Objection Regarding Docket No. 387*1 to be served upon the parties on the attached service list in

the manner indicated.

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## W.R. GRACE NOTICE GROUP SERVICE LIST

HAND DELIVERY
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 905
Wilmington, DE 19899

HAND DELIVERY
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub
919 North Market Street
16th Floor
Wilmington, DE 19899-8705

HAND DELIVERY
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

HAND DELIVERY
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber &
Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

HAND DELIVERY
Frank J. Perch III, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

HAND DELIVERY
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
P.O. Box 195
Wilmington, DE 19801

VIA U.S. MAIL
David Bernick, Esquire
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

HAND DELIVERY
William D. Sullivan, Esquire
Elzufon Austine Reardon Tarlov
& Mondell
300 Delaware Ave., Suite 1700
Wilmington, DE 19801

VIA U.S. MAIL
Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod
2500 First Union Fin. Center
200 S. Biscayne Blvd.
Miami, FL 33131-2336

VIA U.S. MAIL
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Jones &
Weintraub
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

VIA U.S. MAIL
Lewis Kruger, Esquire
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

VIA U.S. MAIL
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

VIA HAND DELIVERY
Aileen F. Maguire, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

VIA U.S. MAIL
Warren H. Smith
Warren H. Smith and Assoc.
900 Jackson Street
120 Founders Square
Dallas, TX 75202

VIA U.S. MAIL
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

VIA U.S. MAIL
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

VIA U.S. MAIL
Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Robert S. Schmidt, Esquire
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

VIA U.S. MAIL
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**<u>VIA HAND DELIVERY</u>**
William J. A. Sparks, Esquire
W.R. Grace & Co.
919 N. Market, Suite 460
Wilmington, DE 19899