**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   July 18, 2003 at 4:00 p.m. |

**NINETEENTH MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 1, 2003 through May 31, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,792.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,024.71 |

This is a(n): ___ interim        ____ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM47602.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $445 | 7.8 | $3,471.00 |
| Rhonda L.Thomas | $210 | 11.1 | $2,331.00 |
| Francis A. Panchak | $135 | 0.3 | $40.50 |
| Raelena Y. Taylor | $125 | 15.6 | $1,950.00 |
| **TOTAL** | | **34.8** | **$7,792.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Asset Disposition | 1.4 | $623.00 |
| Business Operations | 1.0 | $445.00 |
| Case Administration | 10.9 | $2,088.00 |
| Fee/Employment Applications | 7.9 | $1,367.00 |
| Relief From Stay Proceedings | 0.7 | $241.00 |
| Klett Rooney Fee/Employment Applications | 7.4 | $1,217.00 |
| Hearings | 1.4 | $576.00 |
| Fraudulent Transfer Litigation | 4.1 | $1,235.50 |
| **TOTAL** | **34.8** | **$7,792.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
MAY 1, 2003 THROUGH MAY 31, 2003**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $81.15 |
| Federal Express | $60.80 |
| Messenger Services | $300.68 |
| Duplicating Services | $411.61 |
| Telecopy Expenses | $115.27 |
| Employee Expenses | $55.20 |
| **TOTAL** | **$1,024.71** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation


By: /s/Rhonda Thomas
      Teresa K. D. Currier (No. 3080)
      Rhonda L. P. Thomas (No. 4053)
      1000 West Street, Suite 1410
      Wilmington, DE 19801
      (302) 552-4200

      Co-Counsel to the Official Committee of
      Equity Holders

Dated: June 27, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 25, 2003
                                              MATTER :  W9600-001
                                              INVOICE : 158702


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

     RE:   IN RE: W.R. GRACE & CO., ET AL.
```

|  | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 04/30/03 | REPRODUCTION OF DOCUMENTS | 1.80 |
| 05/01/03 | TELECOPY EXPENSES | 9.47 |
| 05/02/03 | REPRODUCTION OF DOCUMENTS | 3.00 |
| 05/02/03 | TELECOPY EXPENSES | 5.66 |
| 05/02/03 | TELECOPY EXPENSES | 5.82 |
| 05/02/03 | TELECOPY EXPENSES | 6.91 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/02/03 | REPRODUCTION OF DOCUMENTS | 20.55 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/02/03 | TELECOPY EXPENSES | 5.86 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/02/03 | TELECOPY EXPENSES | 5.67 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/02/03 | TELECOPY EXPENSES | 5.90 |
| 05/02/03 | TELECOPY EXPENSES | 5.60 |
| 05/02/03 | TELECOPY EXPENSES | 5.25 |
| 05/09/03 | TELECOPY EXPENSES | 25.60 |
| 05/15/03 | REPRODUCTION OF DOCUMENTS | 28.35 |
| 05/19/03 | MESSENGER SERVICES - 5665 -   TRISTATE COURIER & CARRIAGE | 284.18 |
| 05/19/03 | REPRODUCTION OF DOCUMENTS | 1.35 |
| 05/19/03 | TELECOPY EXPENSES | 4.10 |
| 05/20/03 | TELECOPY EXPENSES | 3.18 |
| 05/20/03 | FEDERAL EXPRESS - 4-692-50476 -  FEDERAL EXPRESS CORPORATION | 10.89 |
| 05/20/03 | SMESSENGER SERVICES - 5497 -   TRISTATE COURIER & CARRIAGE | 9.00 |
| 05/20/03 | DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 191.11 |
| 05/20/03 | MESSENGER SERVICES - 16405 -   PARCELS, INC.-D D R | 7.50 |
| 05/21/03 | DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 12.29 |

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  JUNE 25, 2003
MATTER :  W9600-001
INVOICE : 158702

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

| | | |
|---|---|---:|
| 05/21/03 | DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 208.21 |
| 05/22/03 | MILEAGE -  5/19 TRAVEL TO/FROM DELWARE FOR HEARING - RHONDA L. THOMAS | 29.20 |
| 05/22/03 | PARKING -  4/28 - RHONDA L. THOMAS | 26.00 |
| 05/22/03 | REPRODUCTION OF DOCUMENTS | 12.60 |
| 05/25/03 | FEDERAL EXPRESS - 4-693-26779 -  FEDERAL EXPRESS CORPORATION | 21.78 |
| 05/25/03 | FEDERAL EXPRESS - 4-693-67294 -  FEDERAL EXPRESS CORPORATION | 28.13 |
| 05/28/03 | REPRODUCTION OF DOCUMENTS | 13.50 |

TOTAL EXPENSE ADVANCES :        1,024.71

TOTAL DUE  :        1,024.71

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  JUNE 25, 2003
MATTER :  W9600-003
INVOICE :  158703

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/30/03 | TC | REVIEWED DEBTORS' QUARTERLY REPORT OF SETTLEMENTS | .40 |
| 05/01/03 | TC | REVIEWED REPORT OF ASSETS SALES | .40 |
| 05/13/03 | TC | REVIEWED ORDER EXTENDING TIME TO ASSUME OR REJECT LEASES AND CONTRACTS | .20 |
| 05/14/03 | TC | REVIEWED MOTION TO SETTLE WITH BSFS EQUIPMENT | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 445.00 | 1.40 | 623.00 |
| TOTALS | | 1.40 | 623.00 |

TOTAL FEES :                           623.00

TOTAL DUE  :                           623.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 25, 2003
                                            MATTER :  W9600-004
                                            INVOICE : 158704


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

      RE:  BUSINESS OPERATIONS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----    -------------------------------                    -----

04/30/03 TC     REVIEWED MONTHLY OPERATING REPORT                    .40

05/09/03 TC     REVIEWED MONTHLY OPERATING REPORTS                   .60



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE      HOURS          TOTALS
                          ----      -----          ------

     T CURRIER           445.00     1.00           445.00
                  TOTALS            1.00           445.00


                  TOTAL FEES :                        445.00

                  TOTAL DUE  :                        445.00
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 25, 2003
                                            MATTER :  W9600-005
                                            INVOICE : 158705


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

    RE:   CASE ADMINISTRATION



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
   ----  ----   -------------------------------                   -----

04/28/03 TC     REVIEWED MEMORANDUM RE: HEARING TODAY               .40

05/01/03 RTT    REVIEW EMAILS FROM T.CURRIER RE RESPONSE TO BE      .10
                FILED ON 5/2/03

05/02/03 RLT    REVIEWED ADMINISTRATIVE ORDER AND CALENDARED        .20
                DATES

05/02/03 RLT    REVIEWED FILING FROM PHIL BENTLY AND               .60
                COORDINATED FILING WITH RALEENA TAYLOR

05/02/03 RTT    MAINTAINED AND ORGANIZED CASE FILES BY              .70
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

05/06/03 RTT    MAINTAINED AND ORGANIZED CASE FILES BY              .70
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

05/07/03 RLT    REVIEWED NOTICE OF APPEARANCE OF NL INDUSTRIES      .10

05/12/03 RTT    MAINTAINED AND ORGANIZED CASE FILES BY              .40
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

05/15/03 RLT    REVIEWED AGENDA AND COMMUNICATION WITH RTT RE       .40
                DOCUMENTS
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 25, 2003
MATTER :  W9600-005
INVOICE : 158705

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

RE:   CASE ADMINISTRATION

| Date | By | Description | Hours |
|------|----|-------------|-------|
| 05/15/03 | RTT | RETRIEVE RELATIVE PLEADINGS RE 5/19/03 HEARING FILE | .30 |
| 05/15/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 5/19/03 AT 12:00 P.M. | .20 |
| 05/15/03 | RTT | EMAIL TO AND FROM RLT RE AGENDA FOR 5/19/03 HEARING | .10 |
| 05/16/03 | RLT | REVIEWED TC EMAIL RE HEARING | .10 |
| 05/16/03 | RLT | CALLS FROM AILEEN MAGUIRE OF CAMBELL & LEVINE (.2); EMAIL TC RE SAME (.1) | .30 |
| 05/19/03 | RLT | TRAVEL TIME 2 HOURS | 1.00 |
| 05/19/03 | RLT | REVIEWED ALL PLEADINGS ON FOR HEARING (.8); DISCUSSED HEARING BINDER WITH RTT(.2) | 1.00 |
| 05/19/03 | RLT | ATTENDED HEARING | 2.20 |
| 05/19/03 | RTT | PREPARE HEARING FILE FOR RLT RE 5/19/03 HEARING AND RETRIEVE RELATIVE PLEADINGS RE SAME | .70 |
| 05/19/03 | RTT | REVIEW AMENDED AGENDA FOR 5/19/03 | .10 |
| 05/20/03 | TC | REPORT FROM RHONDA THOMAS RE HEARING | .30 |
| 05/22/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 25, 2003
                                              MATTER :  W9600-005
                                              INVOICE : 158705


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

     RE:  CASE ADMINISTRATION


05/30/03 RTT   MAINTAINED AND ORGANIZED CASE FILES BY                  .60
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                       RATE     HOURS        TOTALS
                       ----     -----        ------

    R L THOMAS         210.00    5.90        1239.00
    R T TAYLOR         125.00    4.30         537.50
    T CURRIER          445.00     .70         311.50
                TOTALS          10.90        2088.00


             TOTAL FEES  :                        2,088.00


             TOTAL DUE   :                        2,088.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 25, 2003
MATTER : W9600-008
INVOICE : 158706

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03   T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/03 | RLT | REVIEWED 8TH QUARTERLY FEE APPLICATION | .40 |
| 05/02/03 | RTT | DISTRIBUTE AMENDED ORDER ESTABLISHING REVISED PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT TO RLT | .10 |
| 05/05/03 | RLT | REVIEWED TWENTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN | .60 |
| 05/05/03 | RLT | REVIEWED DRAFT VERSION OF PROJECT BY APPLICANT FOR THE 7TH QUARTER | .60 |
| 05/05/03 | RTT | REVIEW FEE SPREADSHEET FOR SEVENTH QUARTERLY PERIOD | .60 |
| 05/05/03 | RTT | DISCUSSION WITH RLT RE KRAMER LEVIN'S TWENTY-FIRST FEE APPLICATION | .10 |
| 05/05/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S TWENTY-FIRST MONTHLY FEE APPLICATION | .10 |
| 05/06/03 | FAP | REVIEW KRAMER'S TWENTY-FIRST FEE APPLICATION AND DISCUSSION WITH RT REGARDING EXHIBITS THERETO | .10 |
| 05/06/03 | FAP | ASSIST RT WITH SERVICE OF KRAMER'S TWENTY-FIRST FEE APPLICATION | .10 |
| 05/06/03 | RTT | DISCUSSION WITH RLT RE KRAMER LEVIN NAFTALIS & FRANKEL LLP'S TWENTY-FIRST FEE MONTHLY FEE APPLICATION | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 25, 2003
                                              MATTER :  W9600-008
                                              INVOICE : 158706


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

     RE:   FEE/EMPLOYMENT APPLICATIONS


| | | | |
|---|---|---|---:|
| 05/06/03 | RTT | E-FILE AND SERVE KRAMER LEVIN NAFTALIS & FRANKEL LLP'S TWENTY-FIRST FEE MONTHLY FEE APPLICATION | .80 |
| 05/06/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN NAFTALIS & FRANKEL LLP'S TWENTY-FIRST FEE MONTHLY FEE APPLICATION | .10 |
| 05/07/03 | RLT | REVIEWED 21ST FEE APPLICATION OF KRAMER & LEVIN | .20 |
| 05/07/03 | RLT | REVIEWED VERIFIED APPLICATION OF LUKIS AND ANNIS | .20 |
| 05/07/03 | RLT | REVIEWED 24TH APPLICATION OF FTI POLICANO | .20 |
| 05/09/03 | RLT | REVIEWED FEE APPLICATION OF STEPTOE & JOHNSON | .20 |
| 05/09/03 | RLT | REVIEWED 17TH FEE APPLICATION OF POTTER ANDERSON | .10 |
| 05/09/03 | RLT | REVIEWED FEE APPLICATION OF WALLACE KING | .20 |
| 05/09/03 | RLT | REVIEWED FEE APPLICATION OF WATCHELL LIPTON | .20 |
| 05/09/03 | RLT | REVIEWED FEE APPLICATION OF NELSON MULLIN | .20 |
| 05/09/03 | RLT | REVIEWED QUARTERLY FEE APPLICATION OF REED SMITH | .10 |
| 05/09/03 | RLT | REVIEWED FEE APPLICATION OF WOODCOCK WASHBURN | .10 |
| 05/15/03 | RTT | E-FILE AND SERVE NOTICE AND QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL FOR PERIOD JANUARY 1, 2003 THROUGH MARCH 31, 2003 | .80 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : JUNE 25, 2003
                                              MATTER : W9600-008
                                              INVOICE : 158706


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03   T C

       RE:   FEE/EMPLOYMENT APPLICATIONS


05/15/03 RTT   DRAFT NOTICE OF QUARTERLY FEE APPLICATION OF          .40
               KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR THE
               PERIOD JANUARY 1, 2003 THROUGH MARCH 31, 2003

05/15/03 RTT   SEVERAL EMAILS TO AND FROM K.MANGUAL AT KRAMER        .20
               LEVIN RE QUARTERLY FEE APPLICATION FOR PERIOD
               JAN 1, 2003 THROUGH MARCH 31, 2003

05/16/03 FAP   DISCUSSION WITH RT RE: FILING/SERVICE OF KRAMER       .10
               QUARTERLY FEE APPLICATION

05/16/03 RTT   PREPARE, E-FILE AND SERVE AFFIDAVITSOF SERVICE        .30
               RE NOTICE OF KRAMER LEVIN QUARTERLY FEE
               APPLICATION FOR THE PERIOD 1/1/03 THROUGH
               3/31/03

05/16/03 RTT   REVIEW EMAIL FROM T.CURRIER RE KRLS ANS KRAMER        .10
               LEVIN'S SEVENTH QUARTERLY FEE PERIOD

05/16/03 RTT   RETRIEVE AND REVIEW FEE APPLICATIONS FOR              .30
               SEVENTH QUARTERLY FEE PERIOD AND RESPOND TO
               LAVERN RE SAME

05/16/03 TC    REVIEWED DRAFT SPREADSHEET FOR LAVERN FERDINAND       .30


              T I M E   S U M M A R Y
              -----------------------

                         RATE     HOURS           TOTALS
                         ----     -----           ------

F A PANCHAK            135.00      .30             40.50
R L THOMAS             210.00     3.30            693.00
R T TAYLOR             125.00     4.00            500.00
T CURRIER              445.00      .30            133.50
                 TOTALS           7.90           1367.00


        PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JUNE 25, 2003
MATTER :   W9600-008
INVOICE :  158706

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03   T C

RE:   FEE/EMPLOYMENT APPLICATIONS


TOTAL FEES :                                    1,367.00

TOTAL DUE  :                                    1,367.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 25, 2003
                                              MATTER :  W9600-014
                                              INVOICE : 158707


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

    RE:  RELIEF FROM STAY PROCEEDINGS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

05/05/03 RLT   REVIEWED RODRIEZ MOTION FOR RELIEF FROM STAY          .30

05/06/03 TC    REVIEWED MOTION FOR RELIEF FROM STAY FROM             .40
               RODRIQUEZ AND NIEVES



                   T I M E   S U M M A R Y
                   -----------------------

                        RATE      HOURS          TOTALS
                        ----      -----          ------

  R L THOMAS           210.00      .30            63.00
  T CURRIER            445.00      .40           178.00
                TOTALS             .70           241.00


            TOTAL FEES :                          241.00


            TOTAL DUE  :                          241.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 25, 2003
                                              MATTER :  W9600-017
                                              INVOICE : 158708


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/03 | RTT | DISTRIBUTE NOTICE AND EIGHTH QUARTERLY FEE APPLICATION TO RLT | .10 |
| 05/01/03 | RTT | CONTINUE TO DRAFT KRLS EIGHTH QUARTERLY FEE APPLICATION FOR THE PERIOD 12/26/02 THROUGH 3/31/03 | 1.00 |
| 05/02/03 | RLT | REVIEWED REVISED EIGHTH QUARTERLY FEE APP OF KRLS AND SIGNED FOR FILING | .20 |
| 05/02/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS EIGHTH QUARTERLY FEE APPLICATION | .10 |
| 05/02/03 | RTT | E-FILE NOTICE AND EIGHTH QUARTERLY FEE APPLICATION OF KRLS FOR THE PERIOD 12/26/02 THROUGH 3/31/03 | .80 |
| 05/08/03 | RTT | REVIEW KRLS PRE-BILLS FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003 | .60 |
| 05/08/03 | RTT | DISTRIBUTE KRLS PRE-BILLS FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003 TO RLT | .10 |
| 05/09/03 | RLT | REVIEWED PREBILLS, REVISED AND FORWARDED SAME TO RTT | .60 |
| 05/12/03 | RTT | DISCUSSION WITH RLT RE KRLS PREBILLS FOR THE MONTH OF APRIL 2003 | .10 |
| 05/14/03 | RTT | DRAFT KRLS EIGHTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2003 THROUGH APRI1 31, 2003 | .80 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 25, 2003
                                            MATTER :  W9600-017
                                            INVOICE : 158708


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

    RE:   KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS
```

| Date | | Description | Hours |
|---|---|---|---|
| 05/14/03 | RTT | REVIEW AND COMPARE FINAL BILLS FOR THE MONTH OF APRIL 2003 | .40 |
| 05/16/03 | TC | COMMUNICATION TO KLETT ROONEY TEAM RE SPREADSHEET | .20 |
| 05/19/03 | TC | REVIEWED FEE AUDITOR'S 8TH INTERIM REPORT ON KLETT ROONEY | .10 |
| 05/20/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS SEVENTEENTH MONTHLY FEE APPLICATION | .40 |
| 05/21/03 | RTT | EMAIL TO AND FROM RLT RE KRLS CNO RE SEVENTEENTH FEE APPLICATION | .10 |
| 05/22/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS SEVENTEENTH FEE APPLICATION | .60 |
| 05/22/03 | TC | REVIEWED KLETT ROONEY CNO | .20 |
| 05/28/03 | RTT | E-FILE AND SERVE EIGHTEENTH MONTHLY FEE APPLICATION OF KRLS FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003; DISCUSSION WITH RLT RE SAME | .80 |
| 05/28/03 | TC | REVIEWED KLETT ROONEY FEE APPLICATION AS FILED | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 25, 2003
                                              MATTER :  W9600-017
                                              INVOICE : 158708


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

     RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS




                    T I M E    S U M M A R Y
                    - - - - - - - - - - - - - - - - - - - - -

                         RATE     HOURS          TOTALS
                         - - - -   - - - - -      - - - - - -

R L THOMAS              210.00      .80          168.00
R T TAYLOR              125.00     5.90          737.50
T CURRIER               445.00      .70          311.50
               TOTALS              7.40         1217.00


               TOTAL FEES :                          1,217.00


               TOTAL DUE   :                          1,217.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 25, 2003
                                              MATTER : W9600-018
                                              INVOICE : 158709


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

     RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/28/03 | TC | CONF WITH RHONDA THOMAS RE HEARING TODAY | .20 |
| 05/13/03 | TC | REVIEWED NOTICE OF MATTERS SCHEDULED FOR HEARING | .30 |
| 05/16/03 | TC | REVIEWED AMENDED AGENDA LETTER FOR HEARING MONDAY | .30 |
| 05/16/03 | TC | COMMUNICATIONS WITH PHIL BENTLEY RE HEARING ON MONDAY | .10 |
| 05/20/03 | RLT | UPDATED TC ON HEARING | .20 |
| 05/21/03 | TC | REVIEWED AGENDA NOTICE INDICATING DISPOSITION OF ITEMS AT HEARING HELD | .30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

  R L THOMAS            210.00      .20           42.00
  T CURRIER             445.00     1.20          534.00
                TOTALS             1.40          576.00


              TOTAL FEES :                             576.00


              TOTAL DUE  :                             576.00
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JUNE 25, 2003
                                             MATTER :  W9600-021
                                             INVOICE : 158710


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

    RE:  FRAUDULENT TRANSFER LITIGATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 04/28/03 | TC | REVIEWED AND CALENDARED RENOTICE OF AVOIDANCE ACTION MOTION | .30 |
| 04/30/03 | TC | REVIEWED COMMITTEE COMMENT ON AVOIDANCE ACTION ISSUES | .30 |
| 04/30/03 | TC | REVIEWED DRAFT RESPONSE OF THE EQUITY COMMITTEE TO AVOIDANCE ACTION ISSUE | .40 |
| 05/01/03 | RTT | PREPARE SERVICE LIST RE CREDITOR COMMITTEE'S MOTION TO EXTEND THE AVOIDANCE DEADLINE | .10 |
| 05/01/03 | RTT | REVIEW DOCKET RE CREDITOR COMMITTEE'S MOTION TO EXTEND THE AVOIDANCE DEADLINE | .10 |
| 05/01/03 | RTT | DONWLOAD NOTICE OF MOTION RE CREDITOR COMMITTEE'S MOTION TO EXTEND THE AVOIDANCE DEADLINE | .10 |
| 05/02/03 | RTT | CALENDAR HEARING DATE RE EQUITY COMMITTEE'S RESPONSE TO CREDITOR COMMITTEE'S MOTIONS FOR AVOIDANCE ACTIONS | .10 |
| 05/02/03 | RTT | PREPARE FILING AND SERVICE RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN OPPOSITION TO CREDITOR COMMITTEE'S MOTION TO EXTEND DEADLINE FOR AVOIDANCE ACTIONS | .90 |
| 05/02/03 | RTT | DISCUSSSION WITH RLT RE EQUITY COMMITTEE'S RESPONSE TO CREDITOR COMMITTEE'S MOTION FOR AVOIDANCE ACTIONS | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 25, 2003
MATTER :  W9600-021
INVOICE : 158710

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/03    T C

RE:   FRAUDULENT TRANSFER LITIGATION

| | | | |
|---|---|---|---|
| 05/05/03 RLT | REVIEWED DEBTOR'S RESPONSE TO COMMITTEE'S OBJECTION TO EXTENSION TO PURSUE AVOIDANCE CLAIMS | .30 |
| 05/06/03 TC | REVIEWED DEBTORS' RESPONSE TO MOTION OF COMMITTEE TO EXTEND TIME ON AVOIDANCE ACTIONS | .40 |
| 05/09/03 RLT | REVIEWED OBJECTION OF COMMITTEE TO MOTION TO EXTEND TIME FOR AVOIDANCE ACTIONS | .30 |
| 05/09/03 TC | REVIEWED DOW OBJECTION TO MOTION OF COMMITTEE TO EXTEND AVOIDANCE PERIOD | .70 |

T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | .60 | 126.00 |
| R T TAYLOR | 125.00 | 1.40 | 175.00 |
| T CURRIER | 445.00 | 2.10 | 934.50 |
| TOTALS | | 4.10 | 1235.50 |

TOTAL FEES :          1,235.50

TOTAL DUE  :          1,235.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.