IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 3788 |

**CERTIFICATION OF NO OBJECTION REGARDING THE EIGHTH INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2003 THROUGH MARCH 31, 2003 (DOCKET NO. 3788)**

I, Aileen F. Maguire, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on May 15, 2003 an eighth interim application ("Application") [Docket No. 3788] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before June 5, 2003. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Administrative Order, upon the filing of this Certificate of No

{D0011497:1 }

Objection, the Debtors are authorized to pay Caplin & Drysdale the fees and expenses requested in the Application.

                CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

                -and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

                - and -

CAMPBELL & LEVINE, LLC

*/s/ Aileen F. Maguire*
Aileen F. Maguire (I.D. #3756)
800 North King Street
Suite 300
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants

Dated: June 27, 2003

{D0011497:1 }