## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF CASNER & EDWARDS, LLP
## FOR THE EIGHTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Casner & Edwards, LLP for the Eighth Interim Period (the "Applicant").

## BACKGROUND

1.      Casner & Edwards, LLP ("Casner & Edwards") was retained as special litigation counsel to the Debtors.  In the Application, Casner & Edwards seeks approval of fees totaling $109,454.00 and costs totaling $31,857.05  for its services from January 1, 2003, through March 31, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on Casner & Edwards an initial report

based on our review and received a response from Casner & Edwards, portions of which response

are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report, we noted that the time entries were generally adequately detailed

and devoid of lumping.

4.      In February 2003, we noted an increase in billing rate for all professionals and

paraprofessionals listed as contributors to the case.  Paragraph II.A.3. of the Guidelines states that

all applications should include, "Names and hourly rates of all applicant's professionals and

paraprofessionals who billed time, explanation of any changes in hourly rates from those previously

charged, ...."  We asked Casner & Edwards to explain this billing rate increase and to note the need

for explanation of any rate change for purposes of future applications.  Casner & Edwards' response

is provided below.

> C&E is authorized to adjust the hourly billing rates of its
> professionals pursuant to the Application of the Debtors for the Entry of
> an Order Authorizing the Retention and Employment of Casner & Edwards, LLP
> as Special Litigation Counsel for the Debtors (the "Casner Retention
> Application") approved by the Court on September 18, 2001.  The Casner
> Retention Application provides that "Casner's rates are set at a level
> designed to compensate Casner fairly for the work of its attorneys and
> paralegals and to cover fixed and routine overhead expenses."  The Casner
> Retention Application further provides, at paragraph 12, that the hourly
> rates for Casner professionals "are subject to periodic adjustments to
> reflect economic and other conditions" (see also paragraph 12 of my

affidavit in support of the Casner Retention Application).  As of February 1, 2003, the attorney rates were increased by $10.00 per hour and paralegal rates were increased by $5.00 per hour.  Neither the attorney nor paralegal hourly rates with respect to these Debtors had been increased for one year prior to the increase.  Such a periodic adjustment should be accepted as being a reasonable periodic adjustment. Even after these increases, the hourly rates for attorneys and paralegals at C&E are among the lowest charged to the Debtors.

We appreciate the response.

## CONCLUSION

5.      Thus we recommend approval of fees totaling $109,454.00 and costs totaling $31,857.05 for Casner & Edwards' services from January 1, 2003, through March 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 27th day of June, 2003.

_____
Warren H. Smith

# SERVICE LIST
Notice Parties

**The Applicant**

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801