## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 21, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

Name of Applicant:
Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:
Zonolite Attic Insulation Claimants

Date of Appointment:
July 22, 2002

Period for which compensation and
Reimbursement is sought:
April 1, 2003 through
April 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:
$ 102,950.00

Amount of Expenses Reimbursement:
$ 149,727.83

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |

This is the eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 22.4 | $13,788.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 42.3 | $16,920.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 99.5 | $25,943.50 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 30.0 | $7,200.00 |
| TOTALS | | | | | 194.2 | $63,941.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 42.6 | $5,235.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 126.6 | $15,825.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 56.9 | $7,112.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 70.6 | $8,825.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 10.0 | $750.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 3.2 | $240.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 11.1 | $832.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | .9 | $99.00 |
| TOTALS | | | | | 321.9 | $39,009.00 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 11.6 | $1,395.00 |
| 20-Travel–Non-working | 3.2 | $424.00 |
| 22-ZAI Science Trial | 501.3 | $101,131.00 |
| TOTALS | 516.1 | $102,950.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | $875.43 |
| Postage Expense | $130.35 |
| Telephone Expense – Outside | |
| Duplicating – Internal | |
| Documentation Charge | $1,717.65 |
| Courier Service | |
| Outside Duplicating | $10,588.30 |
| Lodging | |
| Parking | |
| Air Travel Expense | |
| Rail Travel Expense | |
| Taxi Expense | |
| Mileage Expense | $109.16 |
| Working Meals | |
| General Expense | $135,976.94 |
| Expert Services | $30.00 |
| Outgoing Faxes | |
| Contract Labor | $300.00 |
| Total | $149,727.83 |

Dated:   July 1, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.


*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 21, 2003** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
APRIL 1, 2003 THROUGH APRIL 30, 2003**

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **04/01/2003** | | | | |
| 04/01/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 — Review article regarding asbestos abatement costs and note to Bobby, Jay and Rob regarding same (.3); discussions with Rob Turkewitz regarding documents received from government on vermiculite (.2); memos to attorneys regarding ZAI expert responsibilities (.2) | $650.00 | 0.70 | $455.00 |
| 04/01/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Complete Whitehouse depo review (7.5) | $125.00 | 7.50 | $937.50 |
| 04/01/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 — Begin Summarizing Alan Stringer (3.0) | $125.00 | 3.00 | $375.00 |
| 04/01/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 — Prepare Real Estate Reliance Materials Binder (1) | $75.00 | 1.00 | $75.00 |
| 04/01/2003 jward | 200106 0000 | Zonolite Science Trial | L106 — Conference with Mr. Turkewitz and EPA staff re: EPA Administrative Record (0.3); review documents re: dust testing (0.4). | $265.00 | 0.70 | $185.50 |
| 04/01/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 — Received and reviewed dust testing protocols for reliance materials (.5); telephone conference call with co-counsel re: status of case (.4); conference call with EPA and Jay Ward re: production of additional documents from EPA Administrative Record (.3); discussion with Ed Westbrook regarding government documents regarding vermiculite (.2). | $400.00 | 1.40 | $560.00 |
| 04/01/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Reviewing comments summary on Grace Testing Documents List used for Reliance Materials | $125.00 | 5.50 | $687.50 |
| **Day:** | | **04/02/2003** | | | | |
| 04/02/2003 ijones | 200106 0000 | Zonolite Science Trial | L106 — Conversations with Jay Ward regarding EPA database and obtaining documents from EPA Administrative Record | $110.00 | 0.40 | $44.00 |
| 04/02/2003 jward | 200106 0000 | Zonolite Science Trial | L106 — Continue efforts to obtain documents from EPA Administrative Record (0.2); review Whitehouse EPA deposition summary (0.8); multiple conferences with Mr. Jones re: EPA database and efforts to obtain documents from EPA Administrative Record (0.4); multiple e-mail messages to Messrs. Turkewitz and Westbrook re: same (0.3); telephone call with EPA re: documents in Administrative Record (0.2); review expert report (1.4); research procedure for challenging EPA refusal to permit voluntary testimony of an EPA employee (1.6); review documents in EPA Administrative Record (0.4). | $265.00 | 5.30 | $1,404.50 |

06/20/2003

# Time report

## 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/02/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| chughes | 0000 | | Continue Summarizing Alan Stringer deposition (5.0); Set up new Reliance Database and Begin Inputting Data (2.0); Conf. w/Kim Carr re: new Reliance Database (.2) | | | |
| 04/02/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 3.00 | $225.00 |
| alorenz | 0000 | | Compile documents and prepare 2 Real Estate Reliance Materials binders (3) | | | |
| 04/02/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.20 | $275.00 |
| kcarr | 0000 | | Organizing Ed Westbrook's copies of reliance materials (2.0); conversation with Carrie Hughes regarding reliance materials database (.2) | | | |
| **Day:** | | **04/03/2003** | | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| kcarr | 0000 | | Organizing Ed Westbrook's set of reliance materials. | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 2.00 | $150.00 |
| alorenz | 0000 | | Organizing ZAI memos and reliance materials (2) | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.10 | $262.50 |
| chughes | 0000 | | Input Reliance Materials into Database and Prepare Database Report for Kim Carr (1.5); E-Mail Kim Carr re: Reliance Database (.1); Search All Databases for CNA Control Loss Report for Jay Ward (.5) | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
| ewestbrook | 0000 | | Review correspondence from Grace counsel regarding outstanding issues and dictate memo to staff concerning same (.3); conversation with Rob Turkewitz regarding ZAI testing results and expert report (.3) | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.80 | $1,272.00 |
| jward | 0000 | | Research discriminatory counting and revise memo re: same (1.8); research CNA loss control report and draft memo to Mr. Westbrook re: same (0.4); research field counting issues and draft memo to Mr. Westbrook re: same (0.8); review EPA Administrative Record (1.8). | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.30 | $120.00 |
| rturkewitz | 0000 | | Conversation with Ed Westbrook regarding ZAI testing results and expert report | | | |
| 04/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Review EPA Yang deposition exhibits for documents not in testing database (2.5); compile and organize Grace testing documents (4.0) | | | |
| **Day:** | | **04/04/2003** | | | | |

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 04/04/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Ed Westbrook regarding expert report information | $400.00 | 0.30 | $120.00 |
| 04/04/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Ed Westbrook regarding organizing ZAI subject documents | $125.00 | 0.20 | $25.00 |
| 04/04/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review EPA, OPPT and Versar documents re: health risks associated with ZAI and other documents in the EPA Administrative Record (3.4); draft memo re: Versar report (0.2); draft memo re: documents critical of ZAI removal (0.4); research OSHA fiber counting regulations (1.4); review Hatfield/Longo report (0.2); Telephone call and e-mail messages with Ms. Christen re: documents requested from EPA (0.2). | $265.00 | 5.80 | $1,537.00 |
| 04/04/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish Alan Stringer Summary (3.0); Begin Formatting James Lockey Depo from Table to Word Document (1.0) | $125.00 | 4.00 | $500.00 |
| 04/04/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Rob Turkewitz regarding expert report data (.3); correspondence to Grace counsel regarding copies of expert reliance materials (.2); discussions with Kim Carr regarding organization of ZAI subject documents (.2) | $650.00 | 0.70 | $455.00 |
| **Day:** | | **04/07/2003** | | | | |
| 04/07/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Begin summarizing Lockey Deposition | $125.00 | 4.00 | $500.00 |
| 04/07/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Exchange e-mail messages with EPA re: document requested (0.1); draft e-mail message to Messrs. Westbrook and Turkewitz re: status of efforts to obtain same (0.1); review report re: history and interplay between asbestos government regulations (0.2); analyze interplay between various federal asbestos regulations and research counting methods (4.1). | $265.00 | 4.50 | $1,192.50 |
| 04/07/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Emails to Ed Westbrook re: scheduling of meeting with experts (.3); various telephone conversations with experts re: scheduling of meeting (.8); conference with Ed Westbrookand Darrell Scott regarding expert issues (.2) | $400.00 | 1.30 | $520.00 |
| 04/07/2003<br>ewastbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Rob Turkewitz and Darrell Scott regarding expert issues (.2); conversation with expert regarding ZAI (.2) | $650.00 | 0.40 | $260.00 |
| **Day:** | | **04/08/2003** | | | | |
| 04/08/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |

# Time report

## 04/01/2003 - 04/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Telephone conference call with Darrell Scott re: status of Science Trial (.4); communications with expert (Hays) re: scheduling of meeting (.1); conference with Janet Bakst re: review of testing reports (.3). | | | |
| 04/08/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing comments summary on Grace Testing Document List used for Reliance Materials (6.5); discussion with Ed Westbrook regarding ZAI test results (.2) | $125.00 | 6.70 | $837.50 |
| 04/08/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Analyze interplay between various federal asbestos regulations and research counting methods (2.9); review documents comparing PCM and TEM fiber counts in different environments (0.3); receive and review correspondence re: discovery issues and affidavit re: issue involving ZAI manufactured with DDT (0.2); review final Longo/Hatfield expert report (0.2); telephone call with expert re: discriminatory counting issues (0.2). | $265.00 | 3.80 | $1,007.00 |
| 04/08/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue Summarizing Lockey Deposition (3.0) | $125.00 | 3.00 | $375.00 |
| 04/08/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Organizing Ed Westbrook's set of reliance materials. | $125.00 | 4.00 | $500.00 |
| 04/08/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review correspondence from Grace counsel regarding depositions and contact with expert regarding Grace deposition request (.2); meeting with Janet Bakst regarding location of original ZAI documents for response to Grace letter concerning same and review relevant background correspondence concerning these discovery requests (.5); discussion with Lizzie Kerrison regarding ZAI test results (.2) | $650.00 | 0.90 | $585.00 |
| 04/08/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI film, attempt to track down fact witnesses(3); Research re production of original documents (1); conference with Rob Turkewitz regardign review of testing reports (.3); meeting with Ed Westbrook regarding location of original ZAI documents for response to Grace (.5) | $125.00 | 4.80 | $600.00 |
| **Day:** | | **04/09/2003** | | | | |
| 04/09/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review files and respond to Grace letter regarding discovery issues including disputes over original documents (.8); conversation with Rob Turkewitz regarding strategic meeting with experts (.4) | $650.00 | 1.20 | $780.00 |
| 04/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize prior deposition of Lee in preparation for upcoming deposition | $125.00 | 7.50 | $937.50 |
| 04/09/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue Summarizing Lockey Deposition (3.0) | $125.00 | 3.00 | $375.00 |

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 04/09/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Discussion with Ed Westbrook regarding strategic meeting with experts | $400.00 | 0.40 | $160.00 |
| **Day:** | . | **04/10/2003** | | | | |
| 04/10/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Conversation with Ed Westbrook regarding expert meeting (.2); discussion with Jay Ward regarding Lee prior testimony (.2) | $125.00 | 0.40 | $50.00 |
| 04/10/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Conversation with Ed Westbrook regarding upcoming defense expert reports | $400.00 | 0.20 | $80.00 |
| 04/10/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing comments summary on Grace Testing Documents List used for Reliance Materials (5.6); conversation with Jay Ward regarding Grace testing documents (.1) | $125.00 | 5.70 | $712.50 |
| 04/10/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Work on property damage / contamination brief; legal memo review and organization of same | $240.00 | 2.40 | $576.00 |
| 04/10/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Finish Summarizing Lockey Deposition (3.3) | $125.00 | 3.30 | $412.50 |
| 04/10/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Finish depo summary of Lee | $125.00 | 7.50 | $937.50 |
| 04/10/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review memo from Lizzie Kerrison regarding ZAI testing (.2); discussions with Kim Carr regarding expert meeting (.2); discussions with Rob Turkewitz regarding upcoming defense expert reports (.2); discussions with Jay Ward regarding review of prior defense experts testimony (.2) | $650.00 | 0.80 | $520.00 |
| 04/10/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Conference with Ms. Kerrison re: discrepancies in Grace testing documents (0.1); receive and review memo from Mr. Westbrook re: prior testimony (0.1); review collection of prior Lee deposition and trial testimony (0.4) draft e-mail message to Ms. Carr re: same (0.1); conference with Ms. Carr re: same (0.2); conference with Mr. Westbrook re: review and summarization of prior testimony (0.2); draft memo to ZAI team re: same (0.2). | $265.00 | 1.30 | $344.50 |
| **Day:** | | **04/11/2003** | | | | |
| 04/11/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Coordinate the compilation and review of prior Lee testimony (0.2); | $265.00 | 0.40 | $106.00 |

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | telephone call with Ms. Bakst re: same (0.2). | | | |
| 04/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.70 | $962.50 |
| jbakst | 0000 | | Organize Lee prior testimony (1.5)  Review and summarize fact case re dust /asbestos testing (6.0); Conversation with Jay Ward regarding prior Lee testimony (.2) | | | |
| 04/11/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 5.70 | $1,368.00 |
| bwood | 0000 | | Work on property damage / contamination brief; legal memo review and organization of same | | | |
| 04/11/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.50 | $1,000.00 |
| rturkewitz | 0000 | | Received and reviewed Graces expert reports for Corn, Ilgren, and Hughson. | | | |
| 04/11/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.40 | $260.00 |
| ewestbrook | 0000 | | Conversations with Grace counsel regarding defense request for extension on expert reports | | | |
| **Day:** | | **04/12/2003** | | | | |
| 04/12/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.60 | $159.00 |
| jward | 0000 | | Review memo from Mr. Westbrook re: specific areas of Lee prior testimony on which to focus review (0.1); draft detailed memo to paralegals re: same (0.5). | | | |
| **Day:** | | **04/14/2003** | | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.30 | $1,139.50 |
| jward | 0000 | | Review additional documents obtained from the Boston repository (0.3); review collection of prior Corn and Hughson testimony (0.2); draft e-mail message to Ms. Carr re: same (0.1); prepare for meeting with paralegals re: review of prior expert testimony (0.2); conference with paralegals re: review of prior expert testimony (0.5); conference with Ms. Bakst re: Lee deposition summary and organization of prior trial testimony (0.2); organize Lee transcripts and summaries for review (0.7); draft Lee transcript index (0.5); draft revised Lee issues list (0.3); draft memo to legal assistants re: review of Lee transcripts (0.3); review letter from Grace counsel, Grace expert report reports and reliance materials (0.8); telephone call with Mr. Turkewitz re: Grace expert reports and preparation for expert meeting (0.2). | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.50 | $37.50 |
| alorenz | 0000 | | Team meeting with Jay Ward Re: Review and summarization of Grace experts/materials (0.5) | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.60 | $45.00 |
| lhambleton | 0000 | | Received and reviewed memo from Jay Ward re: review of prior testimony (.1); met with paralegals, legal assistants, and Jay Ward re: review of prior testimony (.5). | | | |

06/20/2003

# Time report

## 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.70 | $962.50 |
| jbakst | 0000 | | Conference with Jay Ward and staff re: review and summarization of prior testimony of Grace experts (.5); Correct and finalize depo excerpt summaries (2.0); Read and review prior Lee expert testimony (5); conversation with Jay Ward regarding organization of prior transcripts (.2) | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| kcarr | 0000 | | Review of Lee prior testimony for ZAI issues (4.0); meeting with Jay Ward and others regarding review of prior transcripts for ZAI issues (.5) | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |
| rturkewitz | 0000 | | Telephone conversations with Jay Ward and experts re: scheduling of meeting. | | | |
| 04/14/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.50 | $37.50 |
| kgarcia | 0000 | | Meeting with Jay Ward and staff members regarding review of prior testimony as it relates to ZAI issues | | | |
| **Day:** | | **04/15/2003** | | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Revising Grace Testing Documents Reliance Materials Summary for Plaintiff's Experts | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| kcarr | 0000 | | Meeting with experts regarding upcoming depositions | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 9.90 | $3,960.00 |
| rturkewitz | 0000 | | Received and reviewed Grace expert reports and other materials in preparation for meeting with experts (1.5); meeting with experts re: facts and opinions and scheduling for depositions for ZAI Science Trial (8.0); memo to Bobby Wood and Jay Ward re: copying of Grace videos for witnesses (0.2); meeting with Ed Westbrook, Bobby Wood and Jay Ward regarding expert and discovery issues (.2) | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 8.20 | $1,968.00 |
| bwood | 0000 | | Attend meeting with experts regarding all aspects of case, reports and opinions (8.0); meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding expert and discovery issues (.2) | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.20 | $5,330.00 |
| ewestbrook | 0000 | | Strategic meeting with attorneys and experts, review issues, defense position on issues (8.0); meeting with attorneys regarding expert and discovery issues (.2) | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Organize fact testimony materials (2); Review and summarize ZAR V. Allianz (5.5). | | | |

06/20/2003

8

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/15/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 9.70 | $2,570.50 |
| jward | 0000 | | Participate in meetings with experts witnesses re: all aspects of case and expert opinions (8.0); review videotapes produced with Grace expert reliance materials and draft memo re: same (0.6); review Grace expert reports and reliance materials (0.6); conference with Messrs. Westbrook, Turkewitz and Wood re: expert and discovery issues (0.2); telephone call with Ms. Reese at Minnesota OSHA re: FOIA request for documents regarding the MacArthur citations (0.2); draft e-mail message to Messrs. Westbrook and Turkewitz re: same (0.1) | | | |

| Day: | | 04/16/2003 | | | | |
|------|--|-----------|--|--|--|--|

| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.60 | $954.00 |
|------------|--------|------------------------|------|---------|------|---------|
| jward | 0000 | | Draft FOIA request to OSHA main office re: MacArthur citations (0.2); review and organize Grace reliance materials (0.7); compile various documents from Grace reliance materials for review by experts (0.6); draft letters to experts forwarding same (0.2); multiple conferences with Mr. Westbrook re: deficiencies in Grace production of reliance materials (0.3); telephone call with expert re: deposition preparation (0.1); multiple conferences with Ms. Bakst re: summaries of Lee prior testimony (0.2); review prior depositions of Grace experts (0.4); conference with Mr. Lorenz re: summaries of same (0.1); draft e-mail message to Mr. Westbrook re: missing Grace reliance documents (0.1); draft letter to Mr. Bentz requesting same (0.2); draft memo to Mr. Westbrook re: collection of Grace expert prior testimony and procedure of review of same (0.3); conf. w/ Mr. Westbrook re: same (0.2). | | | |
| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.10 | $7.50 |
| alorenz | 0000 | | Conversation with Jay Ward regarding deposition summaries | | | |
| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.70 | $962.50 |
| jbakst | 0000 | | Review prior expert transcripts, identify critical isues, summarize critical issues and copy transcript excerpts of critical issues (7.5); various conversations with Jay Ward regarding prior testimony (.2) | | | |
| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
| ewestbrook | 0000 | | Conversation with Jay Ward regarding deficiencies in defendant's report, reliance materials production (.3); discussions with Jay Ward regarding review of defense expert prior testimony in prepation for expert depositions (.2); correspondence to expert regarding scientific testing issues (.3); dictate case planning memo (.5) | | | |
| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 4.20 | $1,008.00 |
| bwood | 0000 | | Review legal documents from prior asbestos cases and rulings for property damage brief | | | |
| 04/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| kcarr | 0000 | | Organized defendant expert reports and reliance materials | | | |

| Day: | | 04/17/2003 | | | | |
|------|--|-----------|--|--|--|--|

| 04/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
|------------|--------|------------------------|------|---------|------|---------|

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Drafting Grace Bulk Sample Results Chart by ore grade (L1, 2 and 3) | | | |
| 04/17/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.90 | $585.00 |
| ewestbrook | 0000 | | Telephone conference with Jay Ward and expert regarding expert issues (.6); meeting with Bobby Wood and Jay Ward regarding expert issues, legal issues and research needing to be done (.3) | | | |
| 04/17/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.60 | $624.00 |
| bwood | 0000 | | Research Grace experts (2.3); meeting with Ed Westbrook and Jay Ward regarding expert, legal and factual issues and research projects (.3) | | | |
| 04/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Read and review prior epert testimony, identify and summarize critical issues, copy critical excerpts from trial testimony.(7.4); conversation with Jay Ward regarding Lee transcript summaries (.1) | | | |
| 04/17/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.90 | $1,298.50 |
| jward | 0000 | | Telephone call with expert and Mr. Westbrook re: expert issues (0.6); conference with Ms. Bakst re: Lee transcript summaries (0.1); compile expert reports and documents from reliance materials for expert's review (0.5); draft letter to expert regarding deposition (0.2); review expert reports (2.2);  telephone call with Dr. Anderson re: testing issues (0.1); review and compile documents for distribution to experts (0.4); draft memo re: procedure for challenging EPA's refusal to allow Peronard's voluntary testimony (0.5); conference with Messrs. Westbrook and Wood re: expert and legal research issues (0.3). | | | |
| **Day:** | | **04/18/2003** | | | | |
| 04/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| jbakst | 0000 | | Summarize Elizabeth Anderson EPA depo (2) | | | |
| 04/18/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| rturkewitz | 0000 | | Telephone conference with prospective witness regarding ZAI (.4); Dictated memo to file regarding telephone conference with witness (.3) | | | |
| **Day:** | | **04/21/2003** | | | | |
| 04/21/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.80 | $1,120.00 |
| rturkewitz | 0000 | | Received and reviewed expert reports of Dr. Lee and Elizabeth Anderson (2.5);  received and reviewed memo from Ed Westbrook re: Kilpatrick (0.3). | | | |
| 04/21/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Summarize Elizabeth Anderson Depo.(7.5) | | | |
| 04/21/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| chughes | 0000 | | Begin summarizing Hughson 7/1/91 Trial Testimony (4); Conferences w/Jay re: Lee Testimony and Hughson Past Testimonies and Location of | | | |

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Files (.5) | | | |
| 04/21/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Receive, review and revise attachments to Ewing report (0.2); receive and review Westbrook memo re: Kilpatrick opinions (0.1); draft multiple e-mail messages to paralegals re: summarization of prior expert testimony (0.2); conference with Ms. Hughes re: Lee and Hughson prior testimony (0.5); receive and review OSHA response to FOIA request (0.1); receive and review memo summarizing Libby Community Action Group meeting (0.1); review Lee expert report and reliance documents re: discriminatory counting (1.2); research EPA Administrative Record for EPA documents re: low dose exposure to Libby tremolite (1.4); draft e-mail message to Mr. Scott re: same (0.1); research Dr. background on Ilgren and draft e-mail message to firm re: same (0.3); multiple conferences with Ms. Hambleton re: issues involved in Lee transcript review (0.2); draft e-mail message re: OPPT document addressing ZAI issues (0.1). | $265.00 | 4.50 | $1,192.50 |
| 04/21/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Lee Expert Report (.6); multiple conferences with Jay Ward re: issues involved in Lee expert report and transcript review (0.2). | $75.00 | 0.80 | $60.00 |
| Day: | | 04/22/2003 | | | | |
| 04/22/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed two prior Lee depositions for upcoming deposition. | $75.00 | 1.80 | $135.00 |
| 04/22/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conferences with Ms. Hughes re: compilation and summary of prior Hughson testimony (0.2); draft e-mail message to paralegals re: summary of prior Lee testimony (0.1); research EPA Administrative Record and Grace reliance materials re: OPPT attic insulation study (0.6); draft memo to Messrs. Westbrook and Turkewitz re: same (0.2); receive and review e-mail message from Mr. Scott re: EPA report on low dose exposure (0.1); coordinate Anderson deposition (0.2); conference with Mr. Turkewitz re: same (0.1); research and draft discriminatory counting analysis (3.9); conference with Ms. Bakst re: discriminatory counting statements to find in Eschenbach testimony (0.1); draft memo to Ms. Bakst re: same (0.2); review Elizabeth Anderson expert report and reliance materials (0.2); draft e-mail message to Ms. Carr re: acquisition of Anderson articles (0.1); research Yang testimony re: aspect ratio of fibers counted and draft memo re: same (0.3); exchange e-mail messages with Ms. Hughes re: cleavage fragment issue (0.1). | $265.00 | 6.40 | $1,696.00 |
| 04/22/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Conf. w/Kim Carr re: Hughson (.2); Conf. w/Jay Ward re: Hughson (.2); Begin Summarizing Hughson 12/16/93 Depo (6); Review RJ Lee Expert Opinion (1.0); exchange emails with Jay Ward regarding cleavage fragments (.1) | $125.00 | 7.50 | $937.50 |
| 04/22/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize depo of Elizabeth Anderson(6.8); Review Eschenbach depo for reporting of counting procedures to govermental agencies (.8); conversation with Jay Ward regarding Eschenbach statements (.1) | $125.00 | 7.70 | $962.50 |

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/22/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.80 | $1,120.00 |
| rturkewitz | 0000 | | Continued reviewing Grace's expert reports for Lee and Anderson (1.5); telephone conversation with EPA re: Grace's claims concerning Libby (0.8); dictated memo to file re: telephone conversation with EPA (0.4); conference with Jay Ward regarding Anderson deposition (.1) | | | |
| 04/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Compiling Monokote application testing documents and draft chart showing results | | | |
| 04/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.20 | $25.00 |
| kcarr | 0000 | | Conference with Carrie Hughes regarding Hughson | | | |
| **Day:** | | **04/23/2003** | | | | |
| 04/23/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.60 | $1,040.00 |
| rturkewitz | 0000 | | Continued reviewing Grace expert reports and reliance materials (2.0); reviewed schedule and telephone conversations with Jim Bentz re: schedule (0.3); dictated and finalized memo to file re: telephone conversation with Jim Bentz re: scheduling (0.3). | | | |
| 04/23/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.60 | $144.00 |
| bwood | 0000 | | Review memos from Rob Turkewitz regarding ZAI issues (.2); ZAI deposition exhibit review (.4) | | | |
| 04/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Summarize depo of Elizabeth Anderson (6.8); Review Eschenbach depo re discriminatory counting (.7) | | | |
| 04/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| chughes | 0000 | | Summarize Hughson 12/16/93 Depo | | | |
| 04/23/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.40 | $901.00 |
| jward | 0000 | | Continue researching discriminatory counting issues (2.0); study Grace expert reports (1.4). | | | |
| **Day:** | | **04/24/2003** | | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.80 | $477.00 |
| jward | 0000 | | Conference with Mr. Turkewitz re: Grace expert issues (0.2); conference with Ms. Bakst re: prior Eschenbach testimony re: discriminatory counting (0.1); review transcripts re: same (0.3); review and compile photos of ZAI found in living spaces (0.2); coordinate editing and reproduction of Grace expert videos (0.2); receive and review correspondence from OSHA re: FOIA request (0.1); receive and review numerous memos from Mr. Turkewitz re: expert witness, EPA and user exposure issues (0.2); conference with Ms. Carr re: search for and compilation of Elizabeth Anderson articles (0.1); receive and review additional reliance materials from Grace (0.4). | | | |

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|------------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| chughes | 0000 | | Begin Summarizing Hughson/Barbanti Depo (5.0) | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.10 | $887.50 |
| jbakst | 0000 | | Review and summarize transcripts of prior trial testimony of expert witness re critical issues (7.0); conversation with Jay Ward regarding discriminatory couting in Eschenbach testimony (.1) | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.50 | $600.00 |
| rturkewitz | 0000 | | Telephone conversation with Jim Bentz re: scheduling of expert depositions (0.8); communications with experts re: deposition scheduling (.5); conversation with Jay Ward regarding expert issues (.2) | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.10 | $12.50 |
| kcarr | 0000 | | Conversation with Jay Ward regarding Elizabeth Anderson articles | | | |
| 04/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Completing Monokote application chart showing testing results when spraying Monokote | | | |

| Day: | 04/25/2003 | | | | | |
|------|------------|---|---|---|---|---|
| 04/25/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.30 | $1,320.00 |
| rturkewitz | 0000 | | Telephone conversation with consultant re: claims in Grace's expert reports (1.0); dictated and finalized memo to file re: telephone conversation with consultant (0.8); telephone conversation with EPA re: issues raised by Grace (0.5); dictated and finalized memo to file re: telephone conversation with EPA (0.8); conversation with Jay Ward regarding cleavage fragment issues (.1); conversation with Jay Ward regarding Dr. Anderson (.1) | | | |
| 04/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| chughes | 0000 | | Summarize Hughson/Barbanti Depo (4); Review Ilgren Expert Report (.5); Review and Highlight Hughson Expert Report (1.5) | | | |
| 04/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| jbakst | 0000 | | Review prior trial testimony for critical issues. (7.0); conference with Jay Ward regarding cleavage fragment and fiber counting issues (.2) | | | |
| 04/25/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.70 | $450.50 |
| jward | 0000 | | Telephone call with Mr. Turkewitz re: cleavage fragment issues (0.1); conference with Ms. Bakst re: same and fiber counting issues (0.2); receive and review additional Grace reliance materials (0.4); review Yang deposition testimony re: Libby fibrous tremolite and draft memo re: same (0.5); compile photographs for Dr. Anderson's review and draft e-mail message to Dr. Anderson re: same (0.2); multiple telephone calls with Dr. Anderson re: deposition (0.2); conference with Mr. Turkewitz re: same (0.1). | | | |

| Day: | 04/26/2003 | | | | | |
|------|------------|---|---|---|---|---|

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/26/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.50 | $927.50 |
| jward | 0000 | | Research and draft discriminatory counting analysis. | | | |
| **Day:** | | **04/27/2003** | | | | |
| 04/27/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 2.50 | $662.50 |
| jward | 0000 | | Research and draft discriminatory counting analysis. | | | |
| **Day:** | | **04/28/2003** | | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Research cleavage fragments (7.4); conversation with Jay Ward regarding cleavage fragment issues (.1) | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.50 | $975.00 |
| ewestbrook | 0000 | | Meeting with Rob Turkewitz and Bobby Wood regarding status of expert deposition matters, scientific issues raised by Grace expert reports and ongoing projects (.7); review correspondence from Grace regarding depositions (.2); strategic meeting with Rob Turkewitz, Jay Ward and Bobby Wood regarding expert depositions, coverage, areas of inquiry, division of responsibilities, including discussions with expert regarding upcoming depositions (.5); conversation with Jay Ward regarding Anderson deposition (.1) | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.70 | $1,080.00 |
| rturkewitz | 0000 | | Continued reviewing Grace's expert reliance materials (1.5); meeting with Ed Westbrook and Bobby Wood re: status of case (0.7); meeting with attorneys regarding strategy for depositions, responsibilities, areas of inquiry, etc. (.5) | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 6.40 | $1,696.00 |
| jward | 0000 | | Revise discriminatory counting analysis to include comparison of discriminatory counts to TEM counts (0.2); conference with Ms. Bakst re: cleavage fragment issues (0.1); receive and review multiple memos from Mr. Turkewitz summarizing conversations with Cohn, Millette and Miller (0.2); review prior Hughson expert reports (0.3); conference with Mr. Linton re: expert appraiser testimony (0.4); research same (1.8); draft e-mail message to Mr. Scott re: same (0.2); review prior Hughson deposition transcripts (0.8); prepare for deposition preparation conference with Dr. Anderson (0.4); telephone call with Dr. Anderson in preparation for deposition (1.4); conference with Mr. Westbrook re: same (0.1); strategic meeting with Messrs. Westbrook, Turkewitz and Wood regarding depositions, responsibilities, areas of inquiry, schedule, etc. (.5). | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| kcarr | 0000 | | Review of Lee prior testimony for ZAI issues (5.0); adding more documents to reliance materials and organizing them (1.0) | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 1.10 | $82.50 |
| alorenz | 0000 | | Filing EPA documents from US v. Grace (1.0), Filing Expenses (0.1) | | | |

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| chughes | 0000 | | Begin summarizing Hughson Depo from Asbestos School Litigation, Vol. 3, 11/28/90 for upcoming deposition | | | |
| 04/28/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 1.20 | $288.00 |
| bwood | 0000 | | Meeting with Ed Westbrook and Rob Turkewitz regarding status of expert depositions matters, scientific issues raised by Grace expert reports and ongoing projects (.7); strategic meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding expert depositions, coverages, questioning, responsibilities, etc. (.5) | | | |
| **Day:** | | **04/29/2003** | | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $110.00 | 0.50 | $55.00 |
| ijones | 0000 | | Conversation with Carrie Hughes regarding reliance materials database | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Draft ZAI application chart organized by L1, 2 and 3 (5.5); conference with Rob Turkewitz regarding cleavage fragments documents (.2); revise Grace Testing Documents Reliance Materials Summary for Plaintiff's Experts (.8) | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |
| rturkewitz | 0000 | | Gathered and sent materials to consultant regarding issues raised by W.R. Grace (.8) | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| chughes | 0000 | | Conf. w/Ian Jones re: Reliance Material Database (.5); Summarize Hughson 11/28/90 Depo from Asbestos School Litigation for upcoming deposition (4.0) | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 3.40 | $255.00 |
| alorenz | 0000 | | Compile and organize homeowner depositions | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 9.00 | $2,385.00 |
| jward | 0000 | | Review transcripts and draft memo re: prior Hughson testimony re: cleavage fragments (0.8); review summaries of prior testimony by Grace expert witnesses (0.6); conference with Ms. Bakst re: cleavage fragment issues (0.2); review reliance materials for Grace admissions re: ZAI personal injury suits (0.4); continue researching OSHA and EPA positions re: cleavage fragments and draft memo re: same (0.8); continue research and memo preparation re: discriminatory counting and cleavage fragment issues (4.7); compile reliance materials for use in Anderson deposition (0.1); strategic meeting with Messrs. Westbrook, Turkewitz and Wood regarding expert depositions and reliance materials (1.4) | | | |
| 04/29/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.40 | $1,560.00 |
| ewestbrook | 0000 | | Review memos from Jay Ward regarding cleavage fragment issues and response to same (.3); strategic discussions with Rob Turkewitz (.2); review scientific paper regarding tremolite (.5); meeting with Rob Turkewitz, Bobby Wood and Jay Ward regarding expert depositions and | | | |

# Time report

### 04/01/2003 - 04/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | reliance materials review (1.4) | | | |
| 04/29/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review data base and hot documents re cleavage fragments. Compile critical documents. (7.0); conversation with Jay Ward regarding cleavage fragments (.2) | $125.00 | 7.20 | $900.00 |
| 04/29/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with expert re: preparation for his deposition and issues raised by Grace (1.0); conversation with Lizzie Kerrison regarding cleavage fragment documents (.2); discussion with Ed Westbrook regarding strategy (.2); conversation with Ed Westbrook, Bobby Wood and Jay Ward regarding reliance materials and expert depositions (1.4). | $400.00 | 2.80 | $1,120.00 |
| 04/29/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding deposition preparation and reliance material review | $240.00 | 1.40 | $336.00 |
| **Day:** | **04/30/2003** | | | | | |
| 04/30/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace expert reports with memo to Rob Turkewitz | $240.00 | 3.70 | $888.00 |
| 04/30/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing Grace's expert reliance materials (1.0); email to Ed Westbrook re: Grace's experts (0.2); received and reviewed email from expert re: scheduling, and responded with email confirming time and place of his deposition (0.3);  telephone conversation with investigator re: regulations for asbestos work (0.5); received and reviewed documents from investigator re: regulations for asbestos work (1.0); email to investigator (.2); conversation with Ed Westbrook regarding cleavage fragment issues (.2) | $400.00 | 3.40 | $1,360.00 |
| 04/30/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review data base and hot documents re cleavage fragments. | $125.00 | 7.50 | $937.50 |
| 04/30/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research dust testing issues (2.0); deposition preparation conference with Dr. Anderson (1.5); conduct Dr. Anderson deposition (3.9). | $265.00 | 7.40 | $1,961.00 |
| 04/30/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish summarizing Hughson 11/28/90 Depo (2.0); Search for Remainder of all Hughson Depos and Testimonies (.5); Begin Hughson 7/14/88 Depo in Taylor Trial (1.0) | $125.00 | 3.50 | $437.50 |
| 04/30/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with experts regarding issues raised by W.R. Grace (1.0) | $400.00 | 1.00 | $400.00 |

# Time report

### 04/01/2003 - 04/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 04/30/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Review of Lee prior testimony for ZAI issues. | $125.00 | 4.00 | $500.00 |
| 04/30/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Conversation with Rob Turkewitz regrading cleavage fragment issue (.2); email from experts and response thereto (.1) | $650.00 | 0.30 | $195.00 |

**Transaction:** **L116**

**Day:** **04/30/2003**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/30/2003 jward | 200106 0000 | Zonolite Science Trial | L116 Non-work travel to Madison, WI, for Dr. Anderson's deposition (3.2), billed at half rate. | $132.50 | 3.20 | $424.00 |

**Transaction:** **L150**

**Day:** **04/03/2003**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/03/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on February 2003 monthly bill | $75.00 | 5.00 | $375.00 |

**Day:** **04/04/2003**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/04/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Review and check February draft monthly bill (billed at half rate) | $325.00 | 1.30 | $422.50 |
| 04/04/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on expenses for the February monthly bill | $75.00 | 2.00 | $150.00 |

**Day:** **04/07/2003**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/07/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Revised February monthly bill and rechecked time entries to make sure individual entries equalled total amount. | $75.00 | 1.70 | $127.50 |
| 04/07/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Review and revise February monthly bill (billed at half rate) | $325.00 | 0.80 | $260.00 |

**Day:** **04/08/2003**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/08/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Finalized February bill and sent to local counsel for filing | $75.00 | 0.80 | $60.00 |

06/20/2003

# Time report

### 04/01/2003 - 04/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | **Grand Total:** | | | **$102,950.00** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$102,950.00** |
| | | | **Total Hours/Report:** | | | **516.10** |
| | | | **Count:** | | | **142** |

## VERIFICATION

STATE OF SOUTH CAROLINA     )
                            )
COUNTY OF CHARLESTON        )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 10th day of June, 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from April 1, 2003 through April 30, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: July 1, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899