UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 21, 2003**<br>**Hearing Date: TBD if necessary** |

**SUMMARY OF EIGHTH MONTHLY APPLICATION OF ELZUFON
AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE
PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | April 1, 2003 through April 30, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 920.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 45.00 |

This is a:   __X__ Monthly       _____ Interim       _____ Final Application

Prior Application Filed:        Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/3/0/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |

As indicated above, this is the eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.3 | $ 286.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | .1 | $ 19.00 |
| | | TOTALS | | | 1.4 | $ 305.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 8.2 | $ 615.00 |
| | | TOTALS | | | 8.2 | $ 615.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 9.6 Hours | $ 920.00 |
| TOTALS | 9.6 Hours | $ 920.00 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 45.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 45.00 |

Dated: Wilmington, Delaware
July 1, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

  /s/ *William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**FEE DETAIL FOR EIGHTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

                                        Page: 1
                                   04/30/2003

ZAI Plaintiffs
Richardson Patrick Westbrook         Client No: 220305-11221M
174 East Bay Street                Statement No:     189449
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/01/03 | MY | review file re: service order | 0.10 |
| 04/03/03 | WDS | Review fee auditor reports. | 0.20 |
| 04/04/03 | MY | Receive and review Fee Auditor Report re: 7th interim fee app of RPWB | 0.10 |
| 04/07/03 | MY | Prepare Lukins & Annis Fee Application for filing, draft certificate of service | 1.00 |
|  | CJB | Telephone conference with Lukins and Annis re: handling of fee application. | 0.10 |
| 04/08/03 | MY | Review docket for objections to January Fee Applications of EARTM and RPWB (.2), Draft Certificates of No Objections for each application (.5 x 2) | 1.20 |
|  | MY | Prepare February fee Application of RPWB for attorney review | 1.10 |
|  | WDS | Review final report re: RPWB fees. | 0.20 |
| 04/09/03 | MY | Final Revision of Lukins and Annis January Fee Application, prepare for filing, e-file and serve (.8) Prepare RPWB Fee Application for filing e-file and serve (.7) | 1.50 |
|  | WDS | Review and finalize Lukins & Annis 5th Monthly Fee application. | 0.30 |
|  | WDS | Review and finalize RPWB 6th Monthly Fee application. | 0.30 |
|  | WDS | Review CNO for EARTM 5th Application. | 0.10 |
|  | WDS | Review CNO for RPWB 5th Application. | 0.10 |
| 04/10/03 | MY | Review file re: Proper service of | |

|  |  |
|---|---|
| ZAI Plaintiffs | 04/30/2003<br>Client No: 220305-11221M<br>Statement No:        189449 |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |  |
|---|---|---|
| applications, complete e-mail service in accordance with fee auditor order<br>e-mail contact to co-counsel re: time sheets | 1.00 |  |
| 04/11/03 |  |  |
| MY  Receive fee auditors reports re: RPWB and EARTM and file, update tracking chart with recent filings | 0.60 |  |
| WDS Review Fee Auditor report re: approval. | 0.10 |  |
| 04/14/03 |  |  |
| MY  Review e-mail correspondence from Fee Auditor re: Confirmation of project category spreadsheet, download and file | 0.20 |  |
| 04/30/03 |  |  |
| MY  Draft Certificate of No Objection for February Fee Applications of Richardson Patrick Westbrook and Brickman | 0.70 |  |
| MY  Draft Certificate of No Objection for January Fee Application of Lukins and Annis | 0.70 |  |
| For Current Services Rendered | 9.60 | 920.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.30 | $220.00 | $286.00 |
| Charles J. Brown | Senior Associat | 0.10 | 190.00 | 19.00 |
| Michael Young | Paralegal | 8.20 | 75.00 | 615.00 |

### Advances

| | |
|---|---|
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| Total Advances | 45.00 |
| Total Current Work | 965.00 |
| Balance Due | $965.00 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on July 1, 2003, service of the foregoing

- **EIGHTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
July 1, 2003

/s/ William D. Sullivan
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202