<u>**EXHIBIT A**</u>

<u>**Case Administration (22.20 Hours; $ 3,761.00)**</u>

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $710 | 284.00 |
| Peter V. Lockwood | .30 | $625 | 187.50 |
| Rita C. Tobin | .20 | $340 | 68.00 |
| Robert C. Spohn | 8.00 | $165 | 1,320.00 |
| Elyssa J. Strug | 3.30 | $155 | 511.50 |
| Andrew D. Katznelson | 4.00 | $145 | 580.00 |
| Tracy L. Wantuck | 6.00 | $135 | 810.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/30/03 |
| 05/02/03 | EJS | 155.00 | 0.10 | Created lists of sub-committees and members for Joe Rice per EI. |
| 05/02/03 | RCS | 165.00 | 1.40 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/1/03 (.3); download and archive to cd rom fee apps (1.1) |
| 05/02/03 | TLW | 135.00 | 6.00 | Assess and organize pleadings and correspondence. |
| 05/02/03 | ADK | 145.00 | 1.00 | Analyze court documents and annotate for attorneys attention |
| 05/05/03 | PVL | 625.00 | 0.10 | Review 4 miscellaneous filings. |
| 05/05/03 | EJS | 155.00 | 0.30 | Updated EI & PVNL agendas. |
| 05/05/03 | EJS | 155.00 | 1.00 | Updated court document files in preparation of sending to DCO. |
| 05/05/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/2/03 |
| 05/05/03 | EI | 710.00 | 0.10 | Draft report on all case status for PALS meeting. [Total time of 1.2 hours divided among 12 cases.] |
| 05/05/03 | ADK | 145.00 | 0.20 | Update NYO Litigation Calendar. |

{D0011487:1 }

| 05/05/03 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention |
|---|---|---|---|---|
| 05/05/03 | ADK | 145.00 | 0.50 | Analyze court documents and annotate for attorneys attention |
| 05/06/03 | EJS | 155.00 | 0.30 | Analyze documents to identify relevant material for attention of EI. |
| 05/06/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/5/03 |
| 05/07/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/6/03 |
| 05/07/03 | EI | 710.00 | 0.10 | Edited summary report for Weitz. [Total time of 0.6 divided among six cases.] |
| 05/08/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/7/03 |
| 05/08/03 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention |
| 05/09/03 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/8/03 |
| 05/09/03 | EI | 710.00 | 0.10 | Teleconference with CBFB people about asset purchases generally. [Total time of 1.2 hours divided among 12 cases.] |
| 05/11/03 | PVL | 625.00 | 0.10 | Review 6 miscellaneous filings. |
| 05/12/03 | RCT | 340.00 | 0.20 | Review weekly recommendations re: EI update. |
| 05/12/03 | RCS | 165.00 | 0.90 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/9/03 (.2); download e-filed pleadings, review and archive to accutrac database (.7) |
| 05/12/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 05/12/03 | ADK | 145.00 | 0.10 | Analyze documents to identify relevant material for attention of JWD. |
| 05/13/03 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 05/13/03 | EJS | 155.00 | 0.40 | Updated EI & PVNL agendas. |

| 05/13/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/12/03 |
| 05/14/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/13/03 |
| 05/15/03 | EJS | 155.00 | 0.40 | Analyze documents to identify relevant material to attention of EI. |
| 05/15/03 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/14/03 |
| 05/16/03 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/15/03 |
| 05/16/03 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention |
| 05/19/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/16/03 |
| 05/19/03 | EI | 710.00 | 0.10 | Conference Tersigni and Berkin re: all agendas. [Total time of 1.2 divided among 12 cases.] |
| 05/19/03 | ADK | 145.00 | 0.10 | Analyze documents to identify relevant material for attention of JWD |
| 05/19/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 05/20/03 | RCS | 165.00 | 0.80 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/19/03 (.2); download e-filed documents, review and archive to document database (.6) |
| 05/21/03 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/20/03 |
| 05/21/03 | ADK | 145.00 | 0.20 | Analyze documents to identify relevant material for attention of RCT, TB and ADK |
| 05/22/03 | RCS | 165.00 | 0.60 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/21/03 (.2); download, review and archive e-filed pleadings (.4) |
| 05/23/03 | RCS | 165.00 | 1.00 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/22/03 (.2); download, review and archive to database e-filed documents (.8) |

| 05/27/03 | EJS | 155.00 | 0.40 | Updated EI & PVNL agendas. |
| 05/27/03 | ADK | 145.00 | 0.10 | Analyze documents to identify relevant material for attention of JWD |
| 05/27/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 05/27/03 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention |
| 05/28/03 | EJS | 155.00 | 0.40 | Analyze documents to identify relevant material for attention of EI. |
| 05/28/03 | ADK | 145.00 | 0.30 | Analyze documents to identify relevant material for attention of EI. |

**Total Task Code .04**    **22.20**


## Claim Analysis Objection & Resolution (Asbestos)(.80 Hours; $ 230.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |
| John P.Cunningham | .70 | $240 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/03 | JPC | 240.00 | 0.30 | Continue of lower court record in recent sup. ct. opinion allowing asbestos fear of cancer damages |
| 05/02/03 | JPC | 240.00 | 0.40 | Continue of lower court record in recent sup. ct. opinion allowing asbestos fear of cancer damages (.2); begin drafting memo re: same (.2) |
| 05/07/03 | PVL | 625.00 | 0.10 | Review Grace opposition to UCC motion re pref. extension. |

**Total Task Code .05**    **.80**


## Claim Analysis Objection & Resolution (Non Asbestos)(.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/03 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 05/19/03 | PVL | 625.00 | 0.10 | Review 9019 motion re BSFS claim. |
| **Total Task Code .06** | | **.20** | | |

### Fee Applications, Applicant (6.20 Hours; $ 1,360.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.20 | $340 | 748.00 |
| Elyssa J. Strug | 3.20 | $155 | 496.00 |
| Andrew D. Katznelson | .80 | $145 | 116.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/03 | EJS | 155.00 | 2.00 | Worked on quarterly fee application. |
| 05/02/03 | RCT | 340.00 | 0.20 | Review final report, email PVNL re: same. |
| 05/05/03 | RCT | 340.00 | 0.50 | Review pre-bills. |
| 05/12/03 | RCT | 340.00 | 1.00 | Review exhibits. |
| 05/20/03 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |
| 05/20/03 | ADK | 145.00 | 0.50 | Worked on monthly Fee Application. |
| 05/21/03 | RCT | 340.00 | 0.50 | Review monthly fee apps. |
| 05/22/03 | ADK | 145.00 | 0.30 | Worked on Fee Application. |
| 05/29/03 | EJS | 155.00 | 0.50 | Created fee application schedules for monthlies and interims for June through December 2003. |
| **Total Task Code .12** | | **6.20** | | |

### Fee Applications, Others (.70 Hours; $ 202.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Elyssa J Strug | .50 | $155 | 77.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/13/03 | PVL | 625.00 | 0.10 | Review 2 fee applications. |
| 05/19/03 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 05/20/03 | EJS | 155.00 | 0.50 | Reviewed payment received for Baron & Budd; Sent Baron & Budd expense reimbursement check. |

**Total Task Code .13**    **.70**


**Litigation and Litigation Consulting (.50 Hours; $ 197.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | .50 | $395 | 197.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/30/03 | NDF | 395.00 | 0.50 | Read Cybergenics opinion (.5) |

**Total Task Code .16**    **.50**


**Tax Litigation (2.10 Hours; $ 1,029.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | 2.10 | $490 | 1,029.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/03 | AGL | 490.00 | 0.40 | Review JPC letter to CA3 (0.2); conference w/JPC re same (0.2). |

| 05/02/03 | AGL | 490.00 | 0.40 | Review letter to CA3 re status of Sealed Air negotiations. |
| 05/13/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 05/16/03 | AGL | 490.00 | 0.20 | Review pending orders/motions. |
| 05/29/03 | AGL | 490.00 | 0.90 | Review CA3 opinion in Cybergenics II. |

**Total Task Code .20**      **2.10**


**Fee Auditor's Matters (.50 Hours; $ 170.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $340 | 170.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/21/03 | RCT | 340.00 | 0.50 | Review monthly fee apps. |

**Total Task Code .31**      **.50**

Other Charges:


Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 62.94 |
| Database Research | 22.33 |
| Long Distance Telephone Chge-Credit Card | 142.56 |
| Long Distance-Equitrac In-House | 11.63 |
| Telecopier/Equitrac | 9.15 |
| Xeroxing | <u>325.05</u> |
| | 573.66 |