**EXHIBIT B**

**Case Administration (22.2 Hours; $ 3,761.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　22.2

**Claim Analysis Objection & Resolution (Asbestos) (.8 Hours; $ 230.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**　　.8

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 125.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**　　.2

**Fee Applications, Applicant (6.2 Hours; $ 1,360.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**　　6.2

**Fee Applications, Others (.7 Hours; $ 202.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**　　.7

{D0011488:1 }
DOC#151898

- 2 -

**Litigation and Litigation Consulting (.5 Hours; $ 197.50)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         .5**

**Tax Litigation (2.1 Hours; $ 1,029.00)**

       Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .20         2.1**

**Fee Auditor's Matters (.5 Hours; $ 170.00)**

       Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32         .5**

{D0011488:1 }