## EXHIBIT C

Other Charges:

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 62.94 |
| Database Research | 22.33 |
| Long Distance Telephone Chge-Credit Card | 142.56 |
| Long Distance-Equitrac In-House | 11.63 |
| Telecopier/Equitrac | 9.15 |
| Xeroxing | <u>325.05</u> |
| Total | 573.66 |

{D0011489:1 }