```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                              Page:     1
Matter       000                 Disbursements                                                       6/20/2003
                                                                                                 Print Date/Time:
                                                                                                     06/20/2003
                                                                                                      5:21:35PM
Attn:                                                                                                Invoice #

                                            PREBILL  / CONTROL  REPORT
                                              Trans Date Range:  1/1/1950  to: 5/31/2003
Matter       000
Disbursements
Bill Cycle:         Monthly           Style:          i1          Start:    4/16/2001
                                                       Last Billed : 5/22/2003                      13,655
```

Trust Amount Available

Total Expenses Billed To Date        $224,645.57

```
                                            Billing Empl:       0120     Elihu Inselbuch
                                            Responsible Empl:   0120     Elihu Inselbuch
                                            Alternate Empl:     0120     Elihu Inselbuch
                                            Originating Empl:   0120     Elihu Inselbuch
```

**Summary   by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0090 | EJS | Elyssa J. Strug | 0.00 | 41.85 | 0.00 | 41.85 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 20.10 | 0.00 | 20.10 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 62.94 | 0.00 | 62.94 |
| 0149 | JPC | John P. Cunningham | 0.00 | 0.45 | 0.00 | 0.45 |
| 0197 | TLW | Tracy L. Wantuck | 0.00 | 0.60 | 0.00 | 0.60 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 207.15 | 0.00 | 207.15 |
| 0237 | SC | Sharon  Clark | 0.00 | 21.75 | 0.00 | 21.75 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 5.85 | 0.00 | 5.85 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 212.97 | 0.00 | 212.97 |
|  |  |  | **0.00** | **573.66** | **0.00** | **573.66** |

**Total Fees**

**Summary   by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1478584 | Photocopy | E | 04/25/2003 | 0199 | ADK | 0.00 | | $105.00 | 0.00 | | $105.00 | 105.00 |
| 1478597 | Photocopy | E | 04/28/2003 | 0090 | EJS | 0.00 | | $6.00 | 0.00 | | $6.00 | 111.00 |
| 1478621 | Photocopy | E | 04/29/2003 | 0999 | C&D | 0.00 | | $4.20 | 0.00 | | $4.20 | 115.20 |
| 1478623 | Photocopy | E | 04/29/2003 | 0999 | C&D | 0.00 | | $3.60 | 0.00 | | $3.60 | 118.80 |
| 1478624 | Photocopy | E | 04/29/2003 | 0238 | SLG | 0.00 | | $5.25 | 0.00 | | $5.25 | 124.05 |
| 1478651 | Photocopy | E | 04/30/2003 | 0090 | EJS | 0.00 | | $5.40 | 0.00 | | $5.40 | 129.45 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                     Page:     1
Matter     000                         Disbursements                                                                         6/20/2003
                                                                                                                        Print Date/Time:
                                                                                                                             06/20/2003
                                                                                                                              5:21:35PM
Attn:                                                                                                                         Invoice #
1478652    Photocopy                                              E  04/30/2003  0090  EJS      0.00      $5.40    0.00    $5.40    134.85
1477497    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    135.00
1477498    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    135.15
1477499    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    135.30
1477500    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.30    0.00    $0.30    135.60
1477501    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    135.75
1477502    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.45    0.00    $0.45    136.20
1477503    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    136.35
1477504    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $2.40    0.00    $2.40    138.75
1477505    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    138.90
1477506    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    139.05
1477507    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $1.50    0.00    $1.50    140.55
1477508    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.45    0.00    $0.45    141.00
1477509    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.60    0.00    $0.60    141.60
1477510    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    141.75
1477511    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    141.90
1477512    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    142.05
1477513    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $1.05    0.00    $1.05    143.10
1477514    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.15    0.00    $0.15    143.25
1477515    Fax Transmission to 13024269947                        E  04/30/2003  0999  C&D      0.00      $0.45    0.00    $0.45    143.70
1478681    Photocopy                                              E  05/01/2003  0199  ADK      0.00     $38.40    0.00   $38.40    182.10
1478707    Photocopy                                              E  05/02/2003  0999  C&D      0.00      $4.05    0.00    $4.05    186.15
1469326    Long Distance Telephone Chge-Credit Card-Long          E  05/02/2003  0999  C&D      0.00    $142.56    0.00  $142.56    328.71
           distance call made in the month of December
1469990    Equitrac - Long Distance to 8054993572                 E  05/02/2003  0999  C&D      0.00      $0.05    0.00    $0.05    328.76
1470027    Equitrac - Long Distance to 8054993572                 E  05/02/2003  0999  C&D      0.00      $4.79    0.00    $4.79    333.55
1474496    Photocopy                                              E  05/02/2003  0197  TLW      0.00      $0.15    0.00    $0.15    333.70
1478720    Photocopy                                              E  05/05/2003  0090  EJS      0.00      $5.70    0.00    $5.70    339.40
1478812    Photocopy                                              E  05/08/2003  0199  ADK      0.00     $63.75    0.00   $63.75    403.15
1471887    Equitrac - Long Distance to 8054993572                 E  05/09/2003  0999  C&D      0.00      $0.51    0.00    $0.51    403.66
1471914    Equitrac - Long Distance to 3033127321                 E  05/09/2003  0999  C&D      0.00      $0.14    0.00    $0.14    403.80
1472125    Photocopy                                              E  05/09/2003  0101  RCS      0.00      $9.30    0.00    $9.30    413.10
1472312    Federal Express to Eskin, Smith, from EI on 4/22       E  05/12/2003  0120  EI       0.00     $45.44    0.00   $45.44    458.54
1472961    Equitrac - Long Distance to 8054993572                 E  05/12/2003  0999  C&D      0.00      $0.08    0.00    $0.08    458.62
1478854    Photocopy                                              E  05/12/2003  0090  EJS      0.00      $5.85    0.00    $5.85    464.47
1478870    Photocopy                                              E  05/12/2003  0999  C&D      0.00      $0.75    0.00    $0.75    465.22
1478882    Photocopy                                              E  05/12/2003  0999  C&D      0.00      $5.40    0.00    $5.40    470.62
1474678    Photocopy                                              E  05/13/2003  0101  RCS      0.00     $10.80    0.00   $10.80    481.42
1474702    Photocopy                                              E  05/13/2003  0237  SC       0.00      $5.85    0.00    $5.85    487.27
1474770    Photocopy                                              E  05/13/2003  0237  SC       0.00     $11.40    0.00   $11.40    498.67
1474798    Photocopy                                              E  05/13/2003  0149  JPC      0.00      $0.45    0.00    $0.45    499.12
1474900    Photocopy                                              E  05/14/2003  0197  TLW      0.00      $0.45    0.00    $0.45    499.57
1475855    Equitrac - Long Distance to 8054993572                 E  05/16/2003  0999  C&D      0.00      $0.09    0.00    $0.09    499.66
1478946    Photocopy                                              E  05/16/2003  0999  C&D      0.00      $5.40    0.00    $5.40    505.06
1476595    Photocopy                                              E  05/16/2003  0237  SC       0.00      $2.25    0.00    $2.25    507.31
1476597    Photocopy                                              E  05/16/2003  0237  SC       0.00      $2.25    0.00    $2.25    509.56
1478978    Photocopy                                              E  05/19/2003  0999  C&D      0.00      $3.00    0.00    $3.00    512.56
1475952    Equitrac - Long Distance to 5613621302                 E  05/19/2003  0999  C&D      0.00      $4.10    0.00    $4.10    516.66
1475997    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.06    0.00    $0.06    516.72
1476036    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.05    0.00    $0.05    516.77
1476056    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.05    0.00    $0.05    516.82
1476063    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.96    0.00    $0.96    517.78
1476066    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.18    0.00    $0.18    517.96
1476067    Equitrac - Long Distance to 8054993572                 E  05/20/2003  0999  C&D      0.00      $0.12    0.00    $0.12    518.08
1478411    Fax Transmission to 13024269947                        E  05/20/2003  0999  C&D      0.00      $0.15    0.00    $0.15    518.23
1478412    Fax Transmission to 13024269947                        E  05/20/2003  0999  C&D      0.00      $0.15    0.00    $0.15    518.38
1478991    Photocopy                                              E  05/20/2003  0999  C&D      0.00      $0.90    0.00    $0.90    519.28
1479008    Photocopy                                              E  05/20/2003  0090  EJS      0.00      $6.75    0.00    $6.75    526.03
1479094    Photocopy                                              E  05/21/2003  0238  SLG      0.00      $0.60    0.00    $0.60    526.63
1479437    Equitrac - Long Distance to 3033127321                 E  05/22/2003  0999  C&D      0.00      $0.15    0.00    $0.15    526.78
1481105    Photocopy                                              E  05/27/2003  0090  EJS      0.00      $6.75    0.00    $6.75    533.53
1482339    Equitrac - Long Distance to 3024261900                 E  05/29/2003  0999  C&D      0.00      $0.16    0.00    $0.16    533.69
1480619    Federal Express to Russell Budd from EI on 5/20        E  05/29/2003  0120  EI       0.00     $13.77    0.00   $13.77    547.46
1480624    Federal Express to Marla Eskin from EI on 5/22         E  05/29/2003  0120  EI       0.00      $3.73    0.00    $3.73    551.19
1483911    Database Research                                      E  05/30/2003  0999  C&D      0.00     $22.33    0.00   $22.33    573.52
1484366    Equitrac - Long Distance to 3024269910                 E  05/30/2003  0999  C&D      0.00      $0.14    0.00    $0.14    573.66
Total Expenses                                                                                  0.00    $573.66    0.00  $573.66


               Matter Total Fees                                                                         0.00              0.00
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                    Page:   1
Matter      000                    Disbursements                                                               6/20/2003
                                                                                                           Print Date/Time:
                                                                                                              06/20/2003
                                                                                                               5:21:35PM
Attn:                                                                                                          Invoice #
```

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Expenses |  | 573.66 |  | 573.66 |
| Matter Total | 0.00 | 573.66 | 0.00 | 573.66 |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $573.66 |  | $573.66 |
| Prebill Total | 0.00 | $573.66 | 0.00 | $573.66 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 7,215.30 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 36,910.00 | 7,382.00 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 15,009.00 | 3,001.80 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,070 | 03/20/2003 | 10,063.00 | 2,012.60 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,428 | 04/24/2003 | 8,858.00 | 1,771.60 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 17,686.63 | 17,686.63 |
| 41,745 | 05/22/2003 | 4,425.50 | 4,425.50 |
|  |  | 1,310,511.96 | 261,030.00 |