Date: 06/20/03            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
04/01/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    100.00
#1917     Telephone Relles to review and plan work          500.00

04/01/03  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     66.00
#2111     telephone Peterson re: current status, plans for   330.00
          proceeding

{D0011309:1 }

Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

                  W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 04/01/03  Peterson  / (07) Committee, Creditors'        0.3    150.00
 #1918     Telephone conference with Inselbuch re: work  500.00
           schedule

{D0011309:1 }

Date: 06/20/03            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

                        W. R. Grace (continued)


Date/Slip# Description                                 HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
05/14/03  Brelsford / (14) Hearings                        0.2      40.00
#2601     work on report: formatting column-widths, vertical   200.00
          line spacing

05/14/03  Brelsford / (14) Hearings                        0.1      20.00
#2602     work on report: formatting program              200.00

05/21/03  Brelsford / (14) Hearings                        0.7     140.00
#2603     develop powerpoint charts                       200.00

Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
05/01/03  Peterson  / (28) Data Analysis                      0.4    200.00
#1905     Review alternative treatment of asbestos claims   500.00

05/06/03  Peterson  / (28) Data Analysis                      0.7    350.00
#1906     Review alternative treatment of asbestos claims   500.00

05/06/03  Relles    / (28) Data Analysis                      0.3     99.00
#2101     assemble projections and settlement values for 15  330.00
          defendants; send to Peterson for AFL-CIO meeting on
          effects of alternative treatment of asbestos claims

05/07/03  Peterson  / (28) Data Analysis                      0.1     50.00
#1901     telephone Relles (2 calls) re: projections and    500.00
          settlement values for 15 defendants

05/07/03  Peterson  / (28) Data Analysis                      1.3    650.00
#1907     Meeting with Florence, others on alternative       500.00
          treatment of asbestos claims; analysis of
          alternative treatments

05/07/03  Relles    / (28) Data Analysis                      0.1     33.00
#2102     check exposure information for steelworkers        330.00

05/07/03  Relles    / (28) Data Analysis                      0.1     33.00
#2103     telephone Peterson (2 calls) re: projections and   330.00
          settlement values for 15 defendants

05/08/03  Peterson  / (28) Data Analysis                      0.1     50.00
#1908     Review correspondence from Seminario re: alternative 500.00
          treatment of asbestos claims

05/10/03  Peterson  / (28) Data Analysis                      0.3    150.00
#1909     Review materials and draft letter to Hiatt re:     500.00
          alternative treatment of asbestos claims

05/16/03  Peterson  / (28) Data Analysis                      0.7    350.00
#1910     Prepare memo on alternative treatment of asbestos  500.00
          claims

05/19/03  Peterson  / (28) Data Analysis                      0.3    150.00
#1911     Revise memo on alternative treatment of asbestos   500.00
          claims

05/19/03  Relles    / (28) Data Analysis                      0.1     33.00
#2104     reformat and send letter to AFL-CIO re: alternative 330.00
          treatment of asbestos claims

```
Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

                    W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
05/20/03  Peterson  / (28) Data Analysis              0.1      50.00
#1912     Review description of alternative treatment of  500.00
          asbestos claims

05/29/03  Peterson  / (28) Data Analysis              0.1      50.00
#1902     telephone Relles re: running simulations for  500.00
          alternative treatment of asbestos claims

05/29/03  Peterson  / (28) Data Analysis              0.4     200.00
#1913     Review proposed alternative treatment of asbestos  500.00
          claims

05/29/03  Relles    / (28) Data Analysis              0.1      33.00
#2105     telephone Peterson re: running simulations for  330.00
          alternative treatment of asbestos claims

05/30/03  Peterson  / (28) Data Analysis              0.1      50.00
#1903     telephone Relles re: steps in analysis of   500.00
          alternative treatment of asbestos claims

05/30/03  Peterson  / (28) Data Analysis              0.1      50.00
#1904     telephone Relles re: results of effects of  500.00
          alternative treatment of asbestos claims based on
          LAS assumptions

05/30/03  Peterson  / (28) Data Analysis              0.6     300.00
#1914     Develop analysis of alternative treatment of  500.00
          asbestos claims

05/30/03  Relles    / (28) Data Analysis              0.1      33.00
#2106     telephone Peterson re: steps in analysis of  330.00
          alternative treatment of asbestos claims

05/30/03  Relles    / (28) Data Analysis              0.1      33.00
#2107     develop data to support simulation of effects of  330.00
          alternative treatment of asbestos claims

05/30/03  Relles    / (28) Data Analysis              0.1      33.00
#2108     telephone Peterson re: results of effects of  330.00
          alternative treatment of asbestos claims based on
          LAS assumptions

05/30/03  Relles    / (28) Data Analysis              0.1      33.00
#2109     run simulation of effects of alternative treatment  330.00
          of asbestos claims based on Florence assumptions
```

Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
05/31/03  Peterson  / (28) Data Analysis                   0.6    300.00
#1915     Work on analysis of alternative treatment of   500.00
          asbestos claims; develop material describing
          analysis


05/31/03  Peterson  / (28) Data Analysis                   0.1     50.00
#1916     Telephone Relles re: progress and results of   500.00
          analysis of alternative treatment of asbestos claims

05/31/03  Relles    / (28) Data Analysis                   0.5    165.00
#2110     run simulations of effects of alternative treatment,  330.00
          experiment with graphics, allow for additional
          variations; telephone Peterson (several calls, .1)
          re: progress and results


------------------------------------------------------------------------

Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

                    W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                      April 2003 - May 2003

MONTH       ACTIVITY                                      HOURS    AMOUNT
-----------------------------------------------------------------------
April    - (05) Claims Anal Objectn/Resolutn (Asbest)    0.4     166.00
April    - (07) Committee, Creditors'                    0.3     150.00
April    - (99) Total                                    0.7     316.00

May      - (14) Hearings                                 1.0     200.00
May      - (28) Data Analysis                            7.6    3528.00
May      - (99) Total                                    8.6    3728.00

Total    - (05) Claims Anal Objectn/Resolutn (Asbest)    0.4     166.00
Total    - (07) Committee, Creditors'                    0.3     150.00
Total    - (14) Hearings                                 1.0     200.00
Total    - (28) Data Analysis                            7.6    3528.00
Total    - (99) Total                                    9.3    4044.00

-------------------------------------------------------------------------------

{D0011309:1 }

Date: 06/20/03          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

                    W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                       April 2003 - May 2003

MONTH       PERSON                               HOURS    AMOUNT
------------------------------------------------------------------------
April     - Relles                               0.2      66.00
April     - Peterson                             0.5     250.00
April     - Total                                0.7     316.00

May       - Relles                               1.6     528.00
May       - Peterson                             6.0    3000.00
May       - Brelsford                            1.0     200.00
May       - Total                                8.6    3728.00

Total     - Relles                               1.8     594.00
Total     - Peterson                             6.5    3250.00
Total     - Brelsford                            1.0     200.00
Total     - Total                                9.3    4044.00


--------------------------------------------------------------------------------

W. R. Grace (continued)

Summary Of Time Charges, By Activity, Month, and Person
April 2003 - May 2003

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| April | - Relles | 0.2 | 330. | 66.00 |
| April | - Peterson | 0.2 | 500. | 100.00 |
| (07) Committee, Creditors' | | | | |
| April | - Peterson | 0.3 | 500. | 150.00 |
| (14) Hearings | | | | |
| May | - Brelsford | 1.0 | 200. | 200.00 |
| (28) Data Analysis | | | | |
| May | - Relles | 1.6 | 330. | 528.00 |
| May | - Peterson | 6.0 | 500. | 3000.00 |

--------------------------------------------------------------------------------