Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                   05/31/2003
Wilmington   DE                ACCOUNT NO: 3000-00D
                               STATEMENT NO:      20

Costs and Expenses


05/13/03 Payment - Thank you.  (January, 2003 - 100%)        -542.81


        CREDIT BALANCE                                  -$542.81
                                                        ========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      24

Asset Analysis and Recovery



        PREVIOUS BALANCE                        $4,824.50



                                         HOURS
05/01/03
    MRE Review of Report of Settlements          0.10      27.50
    MTH Reviewing correspondence from EI re
        avoidance actions.                       0.10      26.50
    MTH Reviewing re-notice of Motion to Extend
        Time to File Removal Actions.            0.10      26.50

05/05/03
    DAC Review of debtor's response to
        committee's motion to extend time for
        avoidance actions                        0.40     140.00

05/06/03
    PEM Review debtor response to UCC motion to
        extend time to file avoidance actions    0.40     116.00

05/09/03
    MTH Reviewing Response of Equity Committee to
        Creditor Comm's Motion to Extend Deadline
        for Avoidance Actions.                   0.10      26.50
    MTH Reviewing Debtors' Response to Creditor
        Comm's Motion to Extend Deadline for
        Avoidance Actions.                       0.40     106.00
    MRE Review of Response to Motion to Extend
        Deadline for Avoidance Actions           0.30      82.50

05/14/03
    MTH Reviewing Objection of Dow to Motion of
        the UCC to Extend Time to File Avoidance
        Actions.                                 0.60     159.00
    KJC Review objection of Dow Chemical to UCC
        motion to extend time for filing

```
                                                    Page: 2
W.R. Grace                                      05/31/2003
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:     24
Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | avoidance actions | 0.20 | 30.00 |
| **05/15/03** | | | |
| MTH | Reviewing Response of Phillips, Goldman & Spence re UCC Motion to Extend Time to File Avoidance Actions. | 0.10 | 26.50 |
| **05/21/03** | | | |
| MRE | Review of certification of counsel regarding Order denying the UCC's motion to extend the time to file avoidance actions | 0.10 | 27.50 |
| **05/22/03** | | | |
| MTH | Reviewing Order denying UCC's Motion to Extend Time to Extend Time to File Avoidance Actions. | 0.10 | 26.50 |
| **05/29/03** | | | |
| DEC | research related to Cybergenics decision | 0.70 | 66.50 |
| **05/30/03** | | | |
| DEC | Review of May 29, 2003 Cybergenics decision | 1.30 | 123.50 |
| DEC | draft of memo regarding May 29, 2003 Cybergenics decision | 0.60 | 57.00 |
| PEM | Review Cybergenics opinion | 0.40 | 116.00 |

```
                                                ----  --------
         FOR CURRENT SERVICES RENDERED          6.00  1,184.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 0.80 | 290.00 | 232.00 |
| Mark T. Hurford | 1.50 | 265.00 | 397.50 |
| Marla R. Eskin | 0.50 | 275.00 | 137.50 |
| Denise E. Collett | 2.60 | 95.00 | 247.00 |
| Kathleen J. Campbell | 0.20 | 150.00 | 30.00 |

```
         TOTAL CURRENT WORK                           1,184.00


05/29/03 Payment - Thank you. (February, 2003 - 80%)    -483.60
```

```
                                                        Page: 3
W.R. Grace                                            05/31/2003
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:      24

Asset Analysis and Recovery




     BALANCE DUE                                    $5,524.90
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-02D
                                         STATEMENT NO:      24


    Asset Disposition




    PREVIOUS BALANCE                                  $705.30



                                         HOURS
05/01/03
    MTH Reviewing Debtors' 7th Quarterly Report
        of Assets Sales.                    0.10     26.50
    MTH Reviewing Debtors' 7th Quarterly Report
        of Settlements.                      0.10     26.50
    MRE Review of Report on Sale of De Minimis
        Assets                               0.10     27.50

05/02/03
    MTH Reviewing Order re Motion to Extend Time
        to Reject Leases, re Dunbar Objection.   0.20     53.00

05/14/03
    MRE Review of Debtor's motion approving
        settlement with BSFS Equipment       0.10     27.50

05/16/03
    KJC Review motion to approve settlement with
        BSFS and Daleen                      0.30     45.00
    KJC Review order extending time to assume or
        reject leases                        0.20     30.00
                                            ----   ------
    FOR CURRENT SERVICES RENDERED            1.10    236.00

                    RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
Mark T. Hurford               0.40   $265.00   $106.00
Marla R. Eskin                0.20    275.00     55.00
Kathleen J. Campbell          0.50    150.00     75.00

```
                                                    Page: 2
        W.R. Grace                               05/31/2003
                                       ACCOUNT NO: 3000-02D
                                       STATEMENT NO:      24
        Asset Disposition




        TOTAL CURRENT WORK                          236.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -275.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)       -84.80
                                                    -------
        TOTAL PAYMENTS                              -360.40

        BALANCE DUE                                 $580.90
                                                    =======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        05/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-03D
                                     STATEMENT NO:      19

Business Operations




        PREVIOUS BALANCE                           $376.10



05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -200.00


        BALANCE DUE                               $176.10
                                                  =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                 05/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      24


Case Administration



PREVIOUS BALANCE                                        $1,567.20


                                            HOURS
05/21/03
     MRE  Review of memo summarizing pleadings
          filed on May 20, 2003                    0.10     27.50
                                                   ----     -----
          FOR CURRENT SERVICES RENDERED            0.10     27.50

                        RECAPITULATION
   TIMEKEEPER                      HOURS HOURLY RATE     TOTAL
   Marla R. Eskin                  0.10   $275.00      $27.50


     TOTAL CURRENT WORK                                  27.50


05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -235.20
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -66.80
                                                        -------
        TOTAL PAYMENTS                                  -302.00

        BALANCE DUE                                   $1,292.70
                                                      =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              05/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-05D
                                         STATEMENT NO:      24

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                    $3,193.10

05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -84.80

BALANCE DUE                                         $3,108.30
                                                    =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      24

Claims Analysis Objection & Resol. (Non-Asbestos)



    PREVIOUS BALANCE                              -$175.50



05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -21.20


    CREDIT BALANCE                                -$196.70
                                                 ========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      24

Committee, Creditors, Noteholders, Equity Holders




        PREVIOUS BALANCE                          $17,772.70



                                            HOURS
05/01/03
      MRE Review of memo for April 30, 2003
          summarizing pleadings filed              0.10      27.50
      MTH Reviewing report re pleadings filed April
          23, 2003.                                0.10      26.50
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30      28.50
      DWR Organization and distribution of
          documents                                0.10       9.00
      MRE Addressing committee communication issues 0.20     55.00

05/02/03
      MTH Reviewing report re pleadings filed May
          1, 2003.                                 0.10      26.50
      MTH Preparing weekly recommendation
          memorandum.                              1.00     265.00
      DAC Review counsel's recommendation memo     0.10      35.00
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30      28.50
      PEM Review weekly recommendation memo to
          committee re: pending motions and matters 0.30     87.00
      DWR Organization and distribution of
          documents                                0.10       9.00

05/05/03
      DWR Organization and distribution of
          documents                                0.10       9.00
      MTH Reviewing report re pleadings filed May
          2, 2003.                                 0.10      26.50
      MTH Preparing weekly recommendation

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.30 | 79.50 |
| DEM | Review Pleadings and electronic filing notices. | 0.20 | 19.00 |
| DEM | Preparation and distribution of daily memo. | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings. | 0.20 | 19.00 |
| DEM | Preparation and distribution of adversary proceeding memo. | 0.10 | 9.50 |
| MRE | Review of memo for May 2, 2003 summarizing pleadings filed | 0.10 | 27.50 |

**05/06/03**

| | | | |
|---|---|---|---|
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| PEM | Review daily memo and adversary update | 0.10 | 29.00 |
| MTH | Preparing for meeting with MRE (.2) and attending meeting with MRE re upcoming objections, deadlines, status of work (.3) | 0.50 | 132.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo. | 0.20 | 19.00 |
| MRE | Review of memo for May 5, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH re: upcoming objections and deadlines | 0.30 | 82.50 |

**05/07/03**

| | | | |
|---|---|---|---|
| MK | Attention to document organization | 0.20 | 19.00 |
| MTH | Reviewing report re pleadings filed May 6, 2003. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memo for May 6, 2003 summarizing pleadings filed | 0.10 | 27.50 |

**05/08/03**

| | | | |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed May 7, 2003. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and | | |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of daily memo (.1) | 0.30 | 28.50 |
| **05/09/03** |  |  |  |
| MAL | Updating Service List | 0.20 | 19.00 |
| MTH | Preparing weekly recommendation memorandum | 0.50 | 132.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder | 0.10 | 9.50 |
| MRE | Review memo summarizing pleadings for May 7, 2003 | 0.10 | 27.50 |
| MRE | Review memo summarizing pleadings for May 2, 2003 | 0.10 | 27.50 |
| **05/12/03** |  |  |  |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Reviewing report re pleadings filed 5/9/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| **05/13/03** |  |  |  |
| MTH | Reviewing report re pleadings filed 5/12/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MAL | Review Pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.5) | 1.00 | 95.00 |
| **05/14/03** |  |  |  |
| MTH | Reviewing report re pleadings filed 5/13/03. | 0.10 | 26.50 |
| MRE | Review of  memo summarizing pleadings filed on May 13, 2003 | 0.10 | 27.50 |

```
                                                        Page: 4
W.R. Grace                                            05/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      24
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **05/15/03** | | | |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MAL | Updating Service List | 0.20 | 19.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.20 | 53.00 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| MTH | Reviewing report re pleadings filed 5/14/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.30 | 28.50 |
| **05/16/03** | | | |
| PEM | Review weekly recommendation memo to committee and counsel re: pending motions and matters | 0.30 | 87.00 |
| MAL | Review Pleadings and electronic filing notices (.6), preparation and distribution of daily memo (.4) | 1.00 | 95.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| KJC | Further drafting and revisions to weekly recommendation memo | 0.40 | 60.00 |
| MTH | Reviewing report re pleadings filed 5/15/03. | 0.10 | 26.50 |
| MRE | Review of memo summarizing pleadings filed on May 15, 2003 | 0.10 | 27.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| **05/17/03** | | | |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.30 | 79.50 |
| **05/19/03** | | | |
| DAC | Review of counsel's recommendation memo | 0.20 | 70.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of | | |

|     |                                                      | HOURS |       |
| --- | ---------------------------------------------------- | ----- | ----- |
|     | adversary proceeding daily memo (.1)                 | 0.30  | 28.50 |
| MTH | Reviewing report re pleadings filed May 16, 2003.    | 0.10  | 26.50 |
| MRE | Review of memo summarizing pleadings for May 15, 2003 | 0.10  | 27.50 |
| PEM | Review daily memo of pleadings filed in main and adversary cases | 0.10 | 29.00 |

05/20/03

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo               | 0.10  |  9.50 |
| MTH | Meeting with MRE re upcoming objections, deadlines.  | 0.10  | 26.50 |
| MTH | Meeting with MRE re: upcoming motions and deadlines  | 0.20  | 53.00 |
| MAL | Preparation of Omnibus Hearing Memo                  | 0.40  | 38.00 |
| DWR | Organization and distribution of documents           | 0.10  |  9.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of memo summarizing pleadings filed on May 16, 2003 | 0.10 | 27.50 |

05/21/03

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

05/22/03

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo               | 0.20  | 19.00 |
| MTH | Reviewing report re pleadings filed 5/21/03.         | 0.10  | 26.50 |
| MAL | Attention to document organization                   | 0.50  | 47.50 |
| MRE | Review of memo summarizing pleadings for May 21, 2003 | 0.10 | 27.50 |
| MRE | Drafting e-mail to Committee regarding hearing       | 0.20  | 55.00 |

05/23/03

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| DEM | Review Pleadings and electronic filing               |       |       |

```
                                                 Page: 6
                                                 05/31/2003
W.R. Grace                              ACCOUNT NO: 3000-07D
                                        STATEMENT NO:     24
Committee, Creditors, Noteholders, Equity Holders
```

```
                                          HOURS
        notices (.2); preparation and
        distribution of daily memo (.1)     0.30      28.50
   DEM Revision of Weekly Recommendation Memo 0.10      9.50
   DEM Prepare and send out Weekly
        Recommendation Memo to Committee    0.20      19.00
   DEM Update Attorney Binder               0.10       9.50
   KJC Review and revisions to weekly
        recommendation memo                 0.30      45.00
   MAL Attention to document organization.  0.30      28.50
   PEM Review weekly recommendation memo re:
        pending motions and matters for committee 0.30  87.00
   DAC Review counsel's recommendation memo 0.20      70.00
   MRE Review of memo summarizing pleadings for
        May 22, 2003                        0.10      27.50

05/27/03
   DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)     0.30      28.50
   DEM Revision of Weekly Recommendation Memo 0.10      9.50
   MRE Review of weekly recommendation
        memorandum                          0.20      55.00
   MRE Review of memo summarizing pleadings for
        May 23, 2003                        0.10      27.50

05/28/03
   MRE Meeting with MTH regarding pending
        motions                             0.20      55.00
   DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)     0.30      28.50
   MTH Meeting with MRE re upcoming objections
        and pending motions, case status.   0.20      53.00

05/29/03
   MTH Reviewing correspondence from MRE re
        events at May Hearing.              0.10      26.50
   DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)     0.30      28.50
   MAL Attention to document organization   0.20      19.00
   MTH Reviewing memorandum re pleadings filed
        5/28/03.                            0.10      26.50
   MRE Review of memorandum summarizing
        pleadings for May 28, 2003          0.10      27.50
```

```
                                                       Page: 7
W.R. Grace                                           05/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      24
Committee, Creditors, Noteholders, Equity Holders
```

```
                                             HOURS
     DWR Organization and distribution of
         documents                            0.10      9.00

05/30/03
     PEM Review recommendation memo to committee
         re: pending motions and matters      0.30     87.00
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)       0.30     28.50
     DEM Revision of Weekly Recommendation Memo 0.10     9.50
     MTH Correspondence to Committee Members re
         Weekly Recommendation Memorandum.     0.20     53.00
     MTH Preparing weekly recommendation
         memorandum.                           0.30     79.50
     MTH Reviewing memorandum re pleadings filed
         5/29/03.                              0.10     26.50
     DWR Organization and distribution of
         documents                            0.10      9.00

05/31/03
     MRE Review of weekly recommendation memo to
         committee                            0.20     55.00
                                             -----   --------
         FOR CURRENT SERVICES RENDERED       25.10   4,460.50

                        RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell         0.70   $350.00     $245.00
     Philip E. Milch             1.90    290.00      551.00
     Michele Kennedy             0.20     95.00       19.00
     Mark T. Hurford             5.50    265.00    1,457.50
     Marla R. Eskin              3.10    275.00      852.50
     Kathleen J. Campbell        0.70    150.00      105.00
     Daniel W. Rothamel          0.90     90.00       81.00
     Margaret A. Landis          3.90     95.00      370.50
     Diane E. Massey             8.20     95.00      779.00


         TOTAL CURRENT WORK                          4,460.50


05/13/03 Payment - Thank you.  (January, 2003 - 80%)     -3,299.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -4,836.40
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

```
                                           ---------
     TOTAL PAYMENTS                         -8,136.00

     BALANCE DUE                          $14,097.20
                                           ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                            Page: 1
W.R. Grace                                  05/31/2003
Wilmington  DE                  ACCOUNT NO: 3000-08D
                                STATEMENT NO:      23

Employee Benefits/Pension



    PREVIOUS BALANCE                        $1,343.80



05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -854.00
05/29/03 Payment - Thank you. (February, 2003 - 80%)    -822.40
                                                    ---------
    TOTAL PAYMENTS                          -1,676.40

    CREDIT BALANCE                           -$332.60
                                            ========








    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      24


Employment Applications, Others



PREVIOUS BALANCE                                     $1,395.70



                                             HOURS
05/02/03
     MTH Reviewing Debtors' Motion to Retain
         Deloitte & Touche.                   0.50    132.50
     MTH Correspondence to M. Berkin re Deloitte &
         Touche Retention Application.        0.20     53.00

05/05/03
     LMP Researched docket re Application to of
         the Debtors to Employ
         PricewaterhouseCoopers as Tax Consultant  0.20     19.00
     LMP Searched case docket for all
         Professionals retained by WR Grace & Co.
         (.4); Drafted and Organized list of all
         professional and their services provided
         to the Debtor (.2)                   0.60     57.00
     MTH Meeting with LMP and reviewing documents
         re Deloitte & Touche Retention
         Application.                          0.30     79.50

05/06/03
     LMP Searched case docket for no. 2455 Order
         (.1); Email to M. Berkin of LTC regarding
         order granting the retention of PWC by
         the debtors (d.i. 2455) (.1)          0.20     19.00
     MTH Reviewing memo from LMP re Debtors'
         Professionals (.1); Telephone
         conversation with M. Berkin re Debtors'
         Retention Application re D&T (.3).    0.40    106.00

05/08/03
     MTH Telephone conversation with M. Berkin re
         Deloitte Retention Application.       0.10     26.50

```
                                                       Page: 2
        W.R. Grace                                   05/31/2003
                                         ACCOUNT NO: 3000-10D
                                         STATEMENT NO:      24

        Employment Applications, Others




                                                 ----    ------
             FOR CURRENT SERVICES RENDERED       2.50    492.50

                         RECAPITULATION
        TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
        Mark T. Hurford                 1.50    $265.00    $397.50
        Lauren M. Przybylek             1.00      95.00      95.00


             TOTAL CURRENT WORK                             492.50


   05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -345.20


             BALANCE DUE                                 $1,543.00
                                                         =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      22

Expenses

PREVIOUS BALANCE                                  $3,061.33

05/01/03 Postage- 4@ $.83 (LTC March fee application)      3.32
05/02/03 FAX to 4 parties of record- 4 pages (memo)       16.00
05/05/03 Photocopying - 12 pages (recommendation memo)     1.20
05/13/03 FAX to Peter Lockwood                             4.00
05/13/03 FAX to Doug Campbell                              4.00
05/13/03 FAX to Robert Spohn                               4.00
05/13/03 FAX to Elyssa Strug                               4.00
05/16/03 AT&T Long Distance Phone Calls                    4.54
05/16/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 5/15/03 (Interim fee
         application)                                    471.45
05/20/03 CNO re:  C&D March                                2.40
05/23/03 FAX to Robert Spohn                               4.00
05/23/03 FAX to Peter Lockwood                             4.00
05/23/03 FAX to Doug Campbell                              4.00
05/23/03 FAX to Elyssa Srug                                4.00
05/30/03 Pacer charges for April                         286.30
                                                        ------
         TOTAL EXPENSES                                  817.21

         TOTAL CURRENT WORK                              817.21

05/29/03 Payment - Thank you. (February, 2003 - 100%)   -1,473.88

         BALANCE DUE                                   $2,404.66
                                                       =========

                                                        Page: 2
W.R. Grace                                          05/31/2003

ACCOUNT NO: 3000-11D
STATEMENT NO:        22

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                      05/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      22

Fee Applications, Applicant

PREVIOUS BALANCE                              $6,484.60

                                       HOURS
05/02/03
    PEM Revise April prebill                0.20      58.00

05/05/03
    LMP Drafted Campbell & Levine Eighth Interim
        Fee Application (January through March
        2003)                               1.00      95.00

05/15/03
    AFM Review and sign Fee Application for
        Campbell & Levine (Interim - January
        through March)                      0.30      60.00
    LMP Electronic filing of Campbell & Levine's
        Eighth Interim Fee Application (.2);
        Electronic service to Notice parties via
        electronic mail (.2)                0.40      38.00
    MRE Review of fee auditors initial report for
        the eight interim period            0.10      27.50
    MTH Review pre-bill                     0.50     132.50

05/19/03
    MRE Review of fraudulent conveyance pre-bill
        (.2) and meeting with MTH regarding same
        (.1)                                0.30      82.50
    MRE Review of pre-bill                  0.50     137.50

05/20/03
    LMP Reviewed case docket for Objections to
        Campbell & Levine's March Fee Application
        (.1); Drafted Certificate of No Objection
        re same (.2); Service to Notice parties
        (.1)                                0.40      38.00

```
                                                      Page: 2
W.R. Grace                                          05/31/2003
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:      22

Fee Applications, Applicant




                                              HOURS
    AFM Review and sign CNO for Campbell & Levine
        (monthly - March)                     0.20      40.00
    LMP Electronic filing of Campbell & Levine's
        CNO re: March Fee Application         0.20      19.00
                                              ----     ------
        FOR CURRENT SERVICES RENDERED         4.10     728.00

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Philip E. Milch               0.20   $290.00      $58.00
    Aileen F. Maguire             0.50    200.00      100.00
    Mark T. Hurford               0.50    265.00      132.50
    Marla R. Eskin                0.90    275.00      247.50
    Lauren M. Przybylek           2.00     95.00      190.00


        TOTAL CURRENT WORK                            728.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -1,548.00
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -899.60
                                                      ---------
        TOTAL PAYMENTS                               -2,447.60

        BALANCE DUE                                 $4,765.00
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:       9


Fee Applications, Others




PREVIOUS BALANCE                              $12,800.90



                                          HOURS
05/01/03
    AFM Review and sign fee application for L.
        Tersigni (Monthly Fee Application -
        March)                                 0.30      60.00
    AFM Email from L. Ferdinand re: Draft Version
        of Spreadsheet summarizing project
        categories (.1); Review re: same (.2)   0.30      60.00
    LMP Reviewed Email from D Collins re:
        Tersigni March Fee Application          0.10       9.50
    LMP Prepared L. Tersigni March Fee
        Application for filing (.2); Electronic
        filing of Application (.2); Electronic
        and hard copy service to Notice parties
        (.1)                                    0.50      47.50
    LMP Reviewed February Fee Application of
        Bilzin Sumberg Baena Price & Axelrod LLP
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                0.20      19.00
    LMP Reviewed March Fee Application of Bilzin
        Sumberg Baena Price & Axelrod LLP (.1);
        Updated WR Grace Weekly Recommendation
        Memo (.1)                               0.20      19.00

05/02/03
    AFM Review Fee Auditor's Report for L.
        Tersigni                                0.20      40.00
    AFM Email to D. Collins re: Fee Auditor's
        Report for L. Tersigni (Seventh Interim
        Period)                                 0.10      20.00
    AFM Review Fee Auditor's Report for Caplin &
        Drysdale (Seventh Interim Period)       0.30      60.00
    AFM Email to R. Tobin and E. Strug re: Fee

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Auditor's Report for Caplin & Drysdale | 0.10 | 20.00 |
| MRE | Review of fee auditors report for C&D | 0.20 | 55.00 |

05/05/03

| MRE | Review of fee auditors report for L. Tersigni | 0.10 | 27.50 |
|---|---|---|---|

05/09/03

| LMP | Drafted L Tersigni Consulting Interim Fee Application for January through March | 0.10 | 9.50 |
|---|---|---|---|

05/14/03

| AFM | Review and sign Fee Application for L. Tersigni (Interim - January through March) | 0.30 | 60.00 |
|---|---|---|---|

05/15/03

| AFM | Review and sign fee application for Caplin & Drysdale (Interim - January through March) | 0.30 | 60.00 |
|---|---|---|---|
| AFM | Review and sign fee application for LAS (Interim - January through March) | 0.30 | 60.00 |
| LMP | Electronic filing of Caplin & Drysdale's Eighth Interim Fee Application (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| LMP | Electronic filing of L. Tersigni Consultings Interim Fee Application (Jan-Mar)(.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| LMP | Electronic filing of Legal Analysis Systems Interim Fee Application (Jan-Mar) (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| AFM | Telephone Conference with E. Strug re: Kramer Levin Fee Application | 0.10 | 20.00 |
| AFM | Email to E. Strug re: Kramer Levin Fee Applications for March and April | 0.20 | 40.00 |
| AFM | Telephone Conference with R. Thomas re: Fee Application for Kramer Levin | 0.10 | 20.00 |
| AFM | Email to E. Strug re: Kramer Levin Fee App. for April | 0.10 | 20.00 |

05/16/03

| AFM | Telephone Conference with R. Thomas re: Kramer Levin Fee Applications | 0.10 | 20.00 |
|---|---|---|---|

Page: 3
W.R. Grace                                                    05/31/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:        9

Fee Applications, Others

|  | | HOURS | |
|---|---|---|---|
| LMP | Reviewed Woodcock Washburns March Monthly Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Woodcock Washburn (.1); Updated Grace Weekly Recommendation Memo (.1) | | |
| LMP | Reviewed February Fee Application of Woodcock Washburn (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed February Fee Application of Wallace King Marraro & Branson(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Wallace King Marraro & Branson(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Wachtell, Lipton, Rosen & Katz (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Nelson Mullins Riley & Scarborough(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Steptoe & Johnson January Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

05/20/03

|  | | | |
|---|---|---|---|
| MRE | Review of status chart regarding hold back fees for professionals | 0.10 | 27.50 |
| LMP | Reviewed case docket for Objections to Caplin & Drysdale's March Fee Application (.1); Drafted Certificate of No Objection re same (.2); Service to Notice parties (.1) | 0.40 | 38.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - March) | 0.20 | 40.00 |
| MRE | Review of letter from C&D to Barron and Budd regarding committee expenses | 0.10 | 27.50 |
| MRE | Meeting with LPM regarding committee expenses | 0.10 | 27.50 |
| LMP | Electronic filing of Caplin & Drysdale's CNO re: March Fee Application | 0.20 | 19.00 |

W.R. Grace                                              05/31/2003
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:        9

Fee Applications, Others


                                              HOURS
05/21/03
      LMP Reviewed Eighth Interim Fee Application
          of Kirkland & Ellis (.1); Updated WR
          Grace Weekly Recommendation Memo (.1)        0.20       19.00
      LMP Reviewed Eighth Interim Fee Application
          of Wallace King Marraro & Branson (.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)                                    0.20       19.00
      LMP Reviewed Eighth Interim Fee Application
          of Casner & Edwards LLP (.1); Updated WR
          Grace Weekly Recommendation Memo (.1)        0.20       19.00
      LMP Reviewed Eighth Interim Fee Application
          of FTI Policano & Mazno (.1); Updated WR
          Grace Weekly Recommendation Memo (.1)        0.20       19.00
      LMP Reviewed Interim Fee Application of
          Kramer Levin Naftalis & Frankel, LLP
          (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)                     0.20       19.00
      LMP Reviewed March Monthly Fee Application of
          Richardson Patrick Westbrook & Brickman
          (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)                     0.20       19.00
      LMP Reviewed Seventh Monthly Fee Application
          of Elzufon Austin Reardon Tarlov &
          Mondell (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)                     0.20       19.00
      LMP Reviewed Sixth Monthly Fee Application of
          Elzufon Austin Reardon Tarlov & Mondell
          (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)                     0.20       19.00

05/22/03
      LMP Searched case docket for objections to L
          Tersigni March Fee Application (.1);
          Drafted Certificate of no Objection & COS
          re March Monthly (.2)                        0.30       28.50
      AFM Review and sign CNO for L. Tersigni
          (Monthly Fee Application - March)            0.20       40.00

05/23/03
      LMP Reviewed January Fee Application of
          Bankruptcy Management Corporation (.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)                                    0.20       19.00
      LMP Reviewed February Fee Application of

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Ferry Joseph & Pearce (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Stroock Stroock & Lavan (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

05/29/03

| | | | |
|---|---|---|---|
| LMP | Reviewed Email from A. Katznelson regarding C&D April Fee Application and Exhibits | 0.10 | 9.50 |
| LMP | Prepared Caplin & Drysdale April Fee Application for Electronic filing | 0.30 | 28.50 |
| LMP | Drafted Campbell & Levine's April Fee Application | 0.60 | 57.00 |
| LMP | Reviewed Email from D Collins re: LTC April Fee Application and billing (.1); Prepared Fee App for filing (.3) | 0.40 | 38.00 |

05/30/03

| | | | |
|---|---|---|---|
| LMP | Reviewed April Fee Application of Klett Rooney Leiber Schorling (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Pitney Hardin Kipp & Szuch March Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Ferry Joseph & Pearce April Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Warrren H. Smith & Associates April Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | | ----- | -------- |

```
                                                    Page: 6
    W.R. Grace                                    05/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:        9
    Fee Applications, Others
```

```
    FOR CURRENT SERVICES RENDERED              13.40  1,717.00

                    RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Aileen F. Maguire              3.20    $200.00   $640.00
    Marla R. Eskin                 0.60     275.00    165.00
    Lauren M. Przybylek            9.60      95.00    912.00


    TOTAL CURRENT WORK                              1,717.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -1,922.40
05/29/03 Payment - Thank you. (February, 2003 - 80%)    -3,475.60
                                                   ---------
    TOTAL PAYMENTS                               -5,398.00

    BALANCE DUE                                 $9,119.90
                                                =========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-14D
                                       STATEMENT NO:      22


Financing



PREVIOUS BALANCE                                  $1,014.50



05/29/03 Payment - Thank you. (February, 2003 - 80%)       -514.80


BALANCE DUE                                         $499.70
                                                    =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      24


Hearings



        PREVIOUS BALANCE                              $7,923.45



                                             HOURS
05/01/03
    MRE E-mails with E. Strugg regarding
        committee memo                        0.20     55.00
    PEM Review 4/28/03 omnibus hearing memo   0.10     29.00
    MRE Drafting of e-mail to the Committee
        regarding hearing                     0.20     55.00

05/02/03
    MRE Review of e-mail from MTH regarding
        letter to Court regarding appeal status
        and response to same                  0.20     55.00

05/14/03
    MTH Reviewing Agenda for Hearing on 5/19/03.  0.20   53.00
    MTH Preparing memorandum to PVNL re issues on
        Agenda for 5/19/03 Hearing.           0.40    106.00
    MTH Reviewing correspondence from PVNL re May
        19, 2003 Hearing.                     0.10     26.50
    MRE Review of e-mail from MTH to C&D
        regarding upcoming hearing            0.10     27.50
    MRE Review of e-mail from PVNL regarding
        omnibus hearing                       0.10     27.50

05/15/03
    MRE Review of agenda for hearing and meeting
        with D. Massey regarding same         0.20     55.00
    MRE Drafting of e-mail to MTH regarding
        matters scheduled for hearing         0.10     27.50
    MTH Reviewing correspondence from MRE re ZAI
        issues.                               0.10     26.50
    MTH Correspondence to MRE re ZAI issues.  0.30     79.50

```
                                                     Page: 2
     W.R. Grace                                   05/31/2003
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      24

     Hearings


                                          HOURS
05/16/03
     MRE Review of amended agenda          0.10     27.50
     MTH Review Amended Agenda             0.10     26.50

05/18/03
     MRE Preparation for hearing           0.50    137.50

05/19/03
     MRE Attendance at omnibus hearing     2.20    605.00

05/20/03
     MRE Drafting of memo to the committee
         regarding omnibus hearing         0.30     82.50
     MRE Revisions to memo to the committee and
         e-mail to C&D regarding same      0.20     55.00

05/22/03
     MRE Review of e-mail from PVNL regarding
         hearing memo                      0.10     27.50

05/27/03
     DAC Review memo re: 5/19 hearing      0.20     70.00
                                           ----  --------
         FOR CURRENT SERVICES RENDERED     6.00  1,654.50

                       RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell        0.20   $350.00      $70.00
     Philip E. Milch            0.10    290.00       29.00
     Mark T. Hurford            1.20    265.00      318.00
     Marla R. Eskin             4.50    275.00    1,237.50


         TOTAL CURRENT WORK                        1,654.50



05/13/03 Payment - Thank you.  (January, 2003 - 80%)   -2,289.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -400.80
                                                      ---------
         TOTAL PAYMENTS                               -2,690.40

         BALANCE DUE                                 $6,887.55
                                                     =========
```

W.R. Grace

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-16D
                                      STATEMENT NO:        9

Litigation and Litigation Consulting

        PREVIOUS BALANCE                          -$305.40

05/13/03 Payment - Thank you.  (January, 2003 - 80%)     -220.00
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -142.40
                                                     -------
        TOTAL PAYMENTS                            -362.40

        CREDIT BALANCE                            -$667.80
                                                  ========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-17D
                                      STATEMENT NO:      9

Plan and Disclosure Statement




PREVIOUS BALANCE                                    $1,076.50




05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -697.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)    -138.80
                                                        -------
         TOTAL PAYMENTS                                 -836.40

         BALANCE DUE                                    $240.10
                                                        =======












Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-18D
                                         STATEMENT NO:       9

Relief from Stay Proceedings




        PREVIOUS BALANCE                                 -$93.20



                                            HOURS
05/02/03
    MTH Reviewing Motion for Stay Relief of
        Rodriguez.                           0.20        53.00
    MTH Correspondence to MRE re Rodriguez stay
        relief motion.                       0.20        53.00

05/05/03
    MTH Reviewing correspondence from MRE re Stay
        Relief Motion of Rodriguez.          0.10        26.50
    MTH Reviewing correspondence from PEM re Stay
        Relief Motion of Rodriguez.          0.10        26.50

05/15/03
    MTH Reviewing T. Kane's Reply to Debtors
        Objection re Stay Relief Motion.     0.30        79.50

05/27/03
    MRE Telephone call with Plaintiff's counsel
        regarding motion to lift stay and e-mail
        to AFM, MTH and PEM regarding same   0.30        82.50
    MTH Reviewing correspondence from MRE re:
        contacting parties re: stay relief.  0.10        26.50
    MTH Reviewing relevant documents re Committee
        position re stay relief issue.       0.30        79.50
    MTH Reviewing correspondence from PEM re stay
        relief issue.                        0.10        26.50
    MTH Discussion with MRE re stay relief issue
        re Asbestos PI Attorney              0.10        26.50
                                             ----       ------
        FOR CURRENT SERVICES RENDERED        1.80       480.00

```
                                                    Page: 2
W.R. Grace                                        05/31/2003
                                      ACCOUNT NO: 3000-18D
                                      STATEMENT NO:        9

Relief from Stay Proceedings




                      RECAPITULATION
TIMEKEEPER                   HOURS  HOURLY RATE     TOTAL
Mark T. Hurford               1.50    $265.00     $397.50
Marla R. Eskin                0.30     275.00       82.50


    TOTAL CURRENT WORK                             480.00


    BALANCE DUE                                   $386.80
                                                  =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                         05/31/2003
Wilmington   DE                         ACCOUNT NO: 3000-20D
                                        STATEMENT NO:       8

Tax Litigation

PREVIOUS BALANCE                                     $468.80

BALANCE DUE                                          $468.80
                                                    =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       05/31/2003
Wilmington  DE                    ACCOUNT NO: 3000-21D
                                  STATEMENT NO:        5

Travel-Non-Working



    PREVIOUS BALANCE                              $261.00



05/13/03 Payment - Thank you.  (January, 2003 - 80%)       -208.80


    BALANCE DUE                                    $52.20
                                                  ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      13


Valuation



        PREVIOUS BALANCE                            $1,392.50



05/29/03 Payment - Thank you. (February, 2003 - 80%)     -166.00


        BALANCE DUE                                 $1,226.50
                                                    =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              05/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-23D
                                          STATEMENT NO:      13

ZAI Science Trial

PREVIOUS BALANCE                                      $1,299.00

05/29/03 Payment - Thank you. (February, 2003 - 80%)      -63.60

BALANCE DUE                                           $1,235.40
                                                      =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                          ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | -542.81 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 4,824.50 | 1,184.00 | 0.00 | 0.00 | -483.60 | $5,524.90 |
| 3000-02 Asset Disposition | | | | | |
| 705.30 | 236.00 | 0.00 | 0.00 | -360.40 | $580.90 |
| 3000-03 Business Operations | | | | | |
| 376.10 | 0.00 | 0.00 | 0.00 | -200.00 | $176.10 |
| 3000-04 Case Administration | | | | | |
| 1,567.20 | 27.50 | 0.00 | 0.00 | -302.00 | $1,292.70 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,193.10 | 0.00 | 0.00 | 0.00 | -84.80 | $3,108.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -175.50 | 0.00 | 0.00 | 0.00 | -21.20 | -$196.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 17,772.70 | 4,460.50 | 0.00 | 0.00 | -8,136.00 | $14,097.20 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,343.80 | 0.00 | 0.00 | 0.00 | -1,676.40 | -$332.60 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,395.70 | 492.50 | 0.00 | 0.00 | -345.20 | $1,543.00 |
| 3000-11 Expenses | | | | | |
| 3,061.33 | 0.00 | 817.21 | 0.00 | -1,473.88 | $2,404.66 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,484.60 | 728.00 | 0.00 | 0.00 | -2,447.60 | $4,765.00 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 12,800.90 | 1,717.00 | 0.00 | 0.00 | -5,398.00 | $9,119.90 |
| 3000-14 Financing | | | | | |
| 1,014.50 | 0.00 | 0.00 | 0.00 | -514.80 | $499.70 |
| 3000-15 Hearings | | | | | |
| 7,923.45 | 1,654.50 | 0.00 | 0.00 | -2,690.40 | $6,887.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -305.40 | 0.00 | 0.00 | 0.00 | -362.40 | -$667.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 1,076.50 | 0.00 | 0.00 | 0.00 | -836.40 | $240.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -93.20 | 480.00 | 0.00 | 0.00 | 0.00 | $386.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | -208.80 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,392.50 | 0.00 | 0.00 | 0.00 | -166.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,299.00 | 0.00 | 0.00 | 0.00 | -63.60 | $1,235.40 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 66,386.88 | 10,980.00 | 817.21 | 0.00 | -26,314.29 | $51,869.80 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.