**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

June 25, 2003

**Invoice No. 07303**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period May 1, 2003 through  May 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 1.80 | $855.00 |
| Michael Berkin - Managing Director | 31.90 | $14,355.00 |
| Dottie-Jo Collins - Manager | 1.70 | $442.00 |

| Expenses   (see Schedule C) | | |
|---|---|---:|
| Telephone, Xerox | | $68.43 |
| **T O T A L** | | $15,720.43 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                     by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**June 25, 2003**

**Invoice No. 07303**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:    May 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $475 | 1.80 | $855.00 |
| Michael Berkin | Schedule  A | $450 | 31.90 | $14,355.00 |
| Dottie-Jo Collins | Schedule  A | $260 | 1.70 | $442.00 |
| **Total  Professional  Services- Schedule A:** | | | 35.40 | $15,652.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $68.43 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $15,720.43 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period: May 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 5/17/03 | LT | Preparation of discussion agenda for status meeting with ACC counsel | 07 | 0.20 | $475.00 | $95.00 |
| 5/19/03 | LT | Meeting with ACC counsel to review issues related to financial and operating matters | 07 | 0.20 | $475.00 | $95.00 |
| 5/19/03 | LT | Review of engagement status and monthly fee application for April 2003, including daily timekeepers entries | 11 | 0.30 | $475.00 | $142.50 |
| 5/21/03 | LT | Review memorandum from ACC counsel regarding Omnibus Hearing on May 19, 2003 | 07 | 0.20 | $475.00 | $95.00 |
| 5/24/03 | LT | Preparation of memorandum to ACC counsel regarding 1st Quarter 2003 operating results and financial condition | 07 | 0.90 | $475.00 | $427.50 |
| | | **Sub-Total** | | **1.80** | | **$855.00** |
| **Michael Berkin - Managing Director** | | | | | | |
| 5/5/03 | MB | Review 5/2/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 5/6/03 | MB | Review debtor application to retain Deloitte & Touche as advisor per request from ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to compensation services | 26 | 0.90 | $450.00 | $405.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to taxation services | 26 | 0.90 | $450.00 | $405.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to customs services | 26 | 0.90 | $450.00 | $405.00 |
| 5/8/03 | MB | Research and prepare issues for debtor financial advisor to respond to in connection with our analysis of the Deloitte & Touche application | 26 | 1.60 | $450.00 | $720.00 |
| 5/9/03 | MB | Review May 2003 Board of Director's financial briefing in connection with first quarter business operating review | 26 | 1.70 | $450.00 | $765.00 |
| 5/9/03 | MB | Review Curtis Bay performance analysis in connection with 1st quarter business operating review | 26 | 1.40 | $450.00 | $630.00 |
| 5/9/03 | MB | Review debtor prepared Executive Summary of financial statement for the first quarter in connection with monitoring operating performance | 26 | 1.20 | $450.00 | $540.00 |
| 5/9/03 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 1.30 | $450.00 | $585.00 |
| 5/9/03 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation of core operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 3.10 | $450.00 | $1,395.00 |
| 5/9/03 | MB | Preparation of noncore operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.60 | $450.00 | $720.00 |
| 5/9/03 | MB | Preparation of cash flow section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.50 | $450.00 | $675.00 |
| 5/12/03 | MB | Review 5/9/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |

# W.R. Grace

# Schedule A

### Services Rendered during the Period: May 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/13/03 | MB | Discuss details of Deloitte and Touche application with debtor and analyze for reasonability | 26 | 1.80 | $450.00 | $810.00 |
| 5/13/03 | MB | Analyze Sarbanes-Oxley Act in connection with assessing Deloitte and Touche application | 26 | 0.90 | $450.00 | $405.00 |
| 5/13/03 | MB | Analyze performance of debtor vs nondebtor operations in connection with assessing consolidated enterprise value | 21 | 2.10 | $450.00 | $945.00 |
| 5/14/03 | MB | Compile list of issues to be addressed at first quarter operating results conference call | 26 | 1.60 | $450.00 | $720.00 |
| 5/14/03 | MB | Participate in conference call with debtor to discuss first quarter operating results | 26 | 1.20 | $450.00 | $540.00 |
| 5/14/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 1.00 | $450.00 | $450.00 |
| 5/15/03 | MB | Prepare discussion agenda for meeting with ACC counsel regarding open issues and account status | 07 | 0.40 | $450.00 | $180.00 |
| 5/17/03 | MB | Revise discussion agenda for meeting with ACC counsel regarding open issues and account status | 07 | 0.70 | $450.00 | $315.00 |
| 5/19/03 | MB | Allocation of half the round trip travel time from CT to NYC to Caplin & Drysdale office to participate in meeting | 20 | 0.20 | $450.00 | $90.00 |
| 5/19/03 | MB | Participate in meeting with ACC counsel to apprise of open issues pertaining to ongoing business operations | 07 | 0.30 | $450.00 | $135.00 |
| 5/19/03 | MB | Summarize results from meeting with ACC counsel re: open issues pertaining to ongoing business operations | 07 | 0.30 | $450.00 | $135.00 |
| 5/20/03 | MB | Review 5/16/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 5/26/03 | MB | Review 5/23/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| | | **Sub-Total** | | 31.90 | | $14,355.00 |

**Dottie-Jo Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 1.70 | $260.00 | $442.00 |
| | | **Sub-Total** | | 1.70 | | $442.00 |
| | | **TOTAL   Schedule 'A'** | | 35.40 | | $15,652.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: May 1-31, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/6/03 | MB | Review debtor application to retain Deloitte & Touche as advisor per request from ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 5/9/03 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 1.30 | $450.00 | $585.00 |
| 5/9/03 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 5/9/03 | MB | Preparation of core operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 3.10 | $450.00 | $1,395.00 |
| 5/9/03 | MB | Preparation of noncore operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.60 | $450.00 | $720.00 |
| 5/9/03 | MB | Preparation of cash flow section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.50 | $450.00 | $675.00 |
| 5/15/03 | MB | Prepare discussion agenda for meeting with ACC counsel regarding open issues and account status | 07 | 0.40 | $450.00 | $180.00 |
| 5/17/03 | LT | Preparation of discussion agenda for status meeting with ACC counsel | 07 | 0.20 | $475.00 | $95.00 |
| 5/17/03 | MB | Revise discussion agenda for meeting with ACC counsel regarding open issues and account status | 07 | 0.70 | $450.00 | $315.00 |
| 5/19/03 | LT | Meeting with ACC counsel to review issues related to financial and operating matters | 07 | 0.20 | $475.00 | $95.00 |
| 5/19/03 | MB | Participate in meeting with ACC counsel to apprise of open issues pertaining to ongoing business operations | 07 | 0.30 | $450.00 | $135.00 |
| 5/19/03 | MB | Summarize results from meeting with ACC counsel re: open issues pertaining to ongoing business operations | 07 | 0.30 | $450.00 | $135.00 |
| 5/21/03 | LT | Review memorandum from ACC counsel regarding Omnibus Hearing on May 19, 2003 | 07 | 0.20 | $475.00 | $95.00 |
| 5/24/03 | LT | Preparation of memorandum to ACC counsel regarding 1st Quarter 2003 operating results and financial condition | 07 | 0.90 | $475.00 | $427.50 |
| | | **TOTAL Category 07: Committee, Creditor's Matters** | | **14.80** | | **$6,697.50** |
| 5/19/03 | LT | Review of engagement status and monthly fee application for April 2003, including daily timekeepers entries | 11 | 0.30 | $475.00 | $142.50 |
| 5/30/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 1.70 | $260.00 | $442.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | **2.00** | | **$584.50** |
| 5/19/03 | MB | Allocation of half the round trip travel time from CT to NYC to Caplin & Drysdale office to participate in meeting | 20 | 0.20 | $450.00 | $90.00 |
| | | **TOTAL Category 20: Travel-Non Working** | | **0.20** | | **$90.00** |
| 5/13/03 | MB | Analyze performance of debtor vs nondebtor operations in connection with assessing consolidated enterprise value | 21 | 2.10 | $450.00 | $945.00 |
| | | **TOTAL Category 21: Valuation** | | **2.10** | | **$945.00** |
| 5/5/03 | MB | Review 5/2/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to compensation services | 26 | 0.90 | $450.00 | $405.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to taxation services | 26 | 0.90 | $450.00 | $405.00 |
| 5/6/03 | MB | Review exhibit to application to retain Deloitte Touche pertaining to customs services | 26 | 0.90 | $450.00 | $405.00 |
| 5/8/03 | MB | Research and prepare issues for debtor financial advisor to respond to in connection with our analysis of the Deloitte & Touche application | 26 | 1.60 | $450.00 | $720.00 |
| 5/9/03 | MB | Review May 2003 Board of Director's financial briefing in connection with first quarter business operating review | 26 | 1.70 | $450.00 | $765.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: May 1-31, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/9/03 | MB | Review Curtis Bay performance analysis in connection with 1st quarter business operating review | 26 | 1.40 | $450.00 | $630.00 |
| 5/9/03 | MB | Review debtor prepared Executive Summary of financial statement for the first quarter in connection with monitoring operating performance | 26 | 1.20 | $450.00 | $540.00 |
| 5/12/03 | MB | Review 5/9/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 5/13/03 | MB | Discuss details of Deloitte and Touche application with debtor and analyze for reasonability | 26 | 1.80 | $450.00 | $810.00 |
| 5/13/03 | MB | Analyze Sarbanes-Oxley Act in connection with assessing Deloitte and Touche application | 26 | 0.90 | $450.00 | $405.00 |
| 5/14/03 | MB | Compile list of issues to be addressed at first quarter operating results conference call | 26 | 1.60 | $450.00 | $720.00 |
| 5/14/03 | MB | Participate in conference call with debtor to discuss first quarter operating results | 26 | 1.20 | $450.00 | $540.00 |
| 5/14/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 1.00 | $450.00 | $450.00 |
| 5/20/03 | MB | Review 5/16/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 5/26/03 | MB | Review 5/23/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
|  |  | **TOTAL Category 26: Business Analysis** |  | **16.30** |  | **$7,335.00** |
|  |  | **TOTAL Schedule B** |  | **35.40** |  | **$15,652.00** |

# W. R. Grace                                    Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Telephone | 11 | $19.43 |
| Xerox:   ( 490 x $0.10 per page) | 11 | $49.00 |
| **Total Expenses incurred from  May 1-31, 2003** | | **$68.43** |