IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In reply to: ) | Chapter 11 |
| ) | Case No. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

Arthur Stein, Esq., requests that he be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in these proceedings.

Dated this 25th day of June, 2003

Arthur Stein
New Jersey Bar No. 32170

Arthur Stein, Esq.
Stein, Supsie & Hoffman
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070
Phone:    (609) 693-6200
Fax:      (609) 693-0121

### CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail upon all parties on the attached service list this 25th day of June, 2003.

By: _____
Arthur Stein

## SERVICE LIST

Ferry, Joseph & Pearce, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022