IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 3833 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3833

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for April 1, 2003 through April 30, 2003 filed on May 28, 2003. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than June 30, 2003. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

July 1, 2003                                          **WARREN H. SMITH & ASSOCIATES, P.C.**

                                                      By: _____
                                                           Warren H. Smith
                                                           State Bar No. 18757050

                                                      325 N. St. Paul Street, Suite 4080
                                                      Republic Center
                                                      Dallas, Texas 75201
                                                      (214) 698-3868
                                                      (214) 722-0081 (FAX)
                                                      **FEE AUDITOR**

WRGraceCNO.4.03.rtf