**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA**
**PRICE & AXELROD LLP FOR THE EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for the Eighth Interim Period.

## BACKGROUND

1.  Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin ") was retained as counsel to the official committee of asbestos property damage claimants. In the Application, Bilzin Sumberg seeks approval of fees totaling $36,088.00 and costs totaling $7,097.65 for its services from January 1, 2003, through March 31, 2003.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Bilzen an initial report based on our review, and received a response from Bilzen, portions of which response are quoted herein.

### DISCUSSION

General Issues

3. In our initial report, we noted that the Application was generally adequately detailed and devoid of lumping.

Specific Time and Expense Entries

4. In our initial report, we noted an airfare expense for $1,409.00 dated March 13, 2003, that without greater detail, may be considered excessive. The entry is provided below.

03/13/03    Airfare Travel to Washington D.C.- VENDOR: Continental Travel;    1,409.00
            INVOICE#: 285229; DATE: 3/13/03 (hearing canceled while in route)

We asked Bilzen to forward appropriate documentation that the airfare was purchased at coach or economy class, as well as explaining the circumstances of the hearing cancellation. Bilzen responded as follows:

> The Report asks for appropriate documentation that the airfare in question was purchased at coach or economy class. Attached to this letter as Exhibit A is the itinerary for the ticket at issues. As you can see, the fare was for "economy" class of travel.
>
> The Report also asks for detail explaining the circumstances of the hearing cancellation. The omnibus hearing was scheduled for Monday, March 17, 2003. Mr. Sakalo departed Miami late on Friday afternoon to Washington, D.C., with plans for further travel to Wilmington, Delaware on Monday morning to attend the hearing. Unfortunately, Mr. Sakalo's office did not receive notice of the cancellation of the hearing until after Mr. Sakalo had already departed for Washington, D.C.

We appreciate the response and have no objection to this expense.

## CONCLUSION

5.    Thus, we recommend approval of fees totaling $36,088.00 and costs totaling $7,097.65 for Bilzen's services from January 1, 2003, through March 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 1st day of July, 2003.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG DUNN BAENA PRICE
& AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801