REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1046390 |
| Invoice Date | 06/30/03 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


Expenses                            377.63

                    TOTAL BALANCE DUE UPON RECEIPT          $ 377.63
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1046390
One Town Center Road                     Invoice Date      06/30/03
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        .17
        Documentation Charge                    8.05
        Duplicating/Printing                  240.30
        Postage Expense                        28.45
        Courier Service                        40.00
        Outside Duplicating                    60.66

                CURRENT EXPENSES                        377.63
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT        $ 377.63
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1046390
One Town Center Road                     Invoice Date      06/30/03
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number      60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/27/03 | Postage Expense | 3.85 |
| 04/29/03 | Postage Expense | 3.85 |
| 04/30/03 | PARCELS 04/29/03 16460 J.LORD | 40.00 |
| 05/01/03 | ATTY # 0349; 2 COPIES | .30 |
| 05/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/05/03 | ATTY # 0559; 141 COPIES | 21.15 |
| 05/05/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/05/03 | ATTY # 0559: 6 COPIES | .90 |
| 05/05/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/05/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/06/03 | CALLER: JOHN LORD INVOICE #2182 3/28/03- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 40.44 |
| 05/06/03 | ATTY # 0559; 73 COPIES | 10.95 |
| 05/06/03 | ATTY # 0559: 31 COPIES | 4.65 |
| 05/06/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 05/06/03 | ATTY # 0559: 36 COPIES | 5.40 |
| 05/06/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/06/03 | ATTY # 0559: 6 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1046390
 60026  Litigation and Litigation Consulting       Page   2
        June 30, 2003

| 05/06/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/07/03 | ATTY # 0693: 41 COPIES | 6.15 |
| 05/07/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/07/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/07/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/07/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/07/03 | ATTY # 0559; 229 COPIES | 34.35 |
| 05/07/03 | ATTY # 0718; 234 COPIES | 35.10 |
| 05/08/03 | CALLER: JOHN LORD INVOICE #2292 4/29/03- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 20.22 |
| 05/08/03 | Postage Expense | 6.85 |
| 05/08/03 | ATTY # 0693: 21 COPIES | 3.15 |
| 05/08/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0718: 8 COPIES | 1.20 |
| 05/08/03 | ATTY # 0718: 8 COPIES | 1.20 |
| 05/08/03 | ATTY # 0718: 4 COPIES | .60 |
| 05/08/03 | ATTY # 0718: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0887: 18 COPIES | 2.70 |
| 05/08/03 | ATTY # 0887: 20 COPIES | 3.00 |
| 05/08/03 | ATTY # 0718: 5 COPIES | .75 |
| 05/08/03 | ATTY # 0718: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0718: 4 COPIES | .60 |
| 05/08/03 | ATTY # 0718; 9 COPIES | 1.35 |
| 05/09/03 | ATTY # 0718: 4 COPIES | .60 |
| 05/09/03 | ATTY # 0718: 8 COPIES | 1.20 |
| 05/09/03 | ATTY # 0718: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1046390
60026  Litigation and Litigation Consulting        Page   3
       June 30, 2003

| | | |
|---|---|---:|
| 05/09/03 | ATTY # 0718: 5 COPIES | .75 |
| 05/09/03 | ATTY # 0718: 5 COPIES | .75 |
| 05/09/03 | ATTY # 0718: 10 COPIES | 1.50 |
| 05/09/03 | ATTY # 3984; 531 COPIES | 79.65 |
| 05/12/03 | Postage Expense | 1.98 |
| 05/12/03 | ATTY # 0710: 1 COPIES | .15 |
| 05/12/03 | ATTY # 0396: 1 COPIES | .15 |
| 05/13/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0710; 10 COPIES | 1.50 |
| 05/15/03 | ATTY # 0349: 27 COPIES | 4.05 |
| 05/15/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/16/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/16/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/16/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/19/03 | Postage Expense | 11.55 |
| 05/19/03 | 302-571-6703/WILMINGTON, DE/2 | .17 |
| 05/19/03 | ATTY # 0396: 3 COPIES | .45 |
| 05/20/03 | ATTY # 0396: 1 COPIES | .15 |
| 05/23/03 | Postage Expense | .37 |
| 05/27/03 | ATTY # 0710; 33 COPIES | 4.95 |
| 05/29/03 | PACER CHARGES FOR APRIL 2003-Documentation<br>Charge - - VENDOR: PACER SERVICE CENTER | 8.05 |

                                  CURRENT EXPENSES                 377.63
                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $ 377.63
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1046453 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 06/30/03 |
| Boca Raton, FL 33487 | Client Number | 172573 |


==========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                       22,019.45

               TOTAL BALANCE DUE UPON RECEIPT    $ 22,019.45
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1046453 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 06/30/03 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60028 |

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 303.93 |
| Binding Charge | 12.00 |
| Telephone Expense | 16.87 |
| Documentation Charge | 1,072.00 |
| Duplicating/Printing | 2,933.85 |
| Westlaw | 752.32 |
| Postage Expense | 19.67 |
| Document Scanning/Conversions | 182.00 |
| Transcript Expense | 3,698.10 |
| Courier Service - Outside | 1,247.89 |
| Outside Duplicating | 2,880.61 |
| Secretarial Overtime | 120.00 |
| Lodging | 1,876.97 |
| Transportation | 49.00 |
| Air Travel Expense | 5,519.50 |
| Taxi Expense | 290.00 |
| Mileage Expense | 277.36 |
| Meal Expense | 622.66 |
| Telephone - Outside | 75.81 |
| General Expense | 68.91 |

CURRENT EXPENSES                    22,019.45
-------------

TOTAL BALANCE DUE UPON RECEIPT      $ 22,019.45
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1046453
5400 Broken Sound Blvd., N.W.        Invoice Date      06/30/03
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60028

=========================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/18/03 | Duplicating/Printing | 10.00 |
| 03/28/03 | Telephone Expense | 3.52 |
| 04/11/03 | Document Scanning/Conversions Insert | 5.00 |
| 04/16/03 | Document Scanning/Conversions List of Question and Answers from Depositions | 145.00 |
| 04/16/03 | Document Scanning/Conversions Condensed Transcript From Depositions | 32.00 |
| 04/22/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/23/03 | ATTY # 0396: 1 COPIES | .15 |
| 04/25/03 | Courier Service - 54583 UPS - Shipped from Lawrence Flatley, Reed Smith LLP - Pittsburgh to Dori Anne Kuchinsky, W.R. Grace & Co. (LEESBURG VA 20176). | 7.91 |
| 04/28/03 | 608-255-7700/MADISON, WI/3 | .23 |
| 04/28/03 | ATTY # 1722: 45 COPIES | 6.75 |
| 04/28/03 | FLATLEY/LAWRENCE E 29APR PIT ORD MSN ORD--COACH-CLASS AIRFARE FOR DEPOSITIONS. | 829.00 |
| 04/28/03 | FLATLEY/LAWRENCE E 01MAY ORD PIT--COACH-CLASS AIRFARE FOR DEPOSITIONS. | 547.00 |
| 04/28/03 | Binding Charge | 3.00 |
| 04/29/03 | Courier Service | 8.55 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   2
       June 30, 2003

| | | |
|---|---|---:|
| 04/29/03 | Courier Service - 54583 UPS - Materials shipped to Lawrence E. Flatley, BW Inn on the Park (Madison WI 53703). | 20.54 |
| 04/29/03 | Color Printing | 303.93 |
| 04/30/03 | ATTY # 1722: 45 COPIES | 6.75 |
| 04/30/03 | RESTIVO/JAMES J 04MAY PIT ATL PIT--COACH-CLASS AIRFARE FOR EXPERT DEPOSITIONS IN ATLANTA. | 903.50 |
| 04/30/03 | Secretarial Overtime-- ASSISTANCE W/PREP FOR EXPERT WITNESS DEPOSITIONS IN ATLANTA. | 30.00 |
| 05/01/03 | ATTY # 0349: 9 COPIES | 1.35 |
| 05/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0349: 27 COPIES | 4.05 |
| 05/01/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0349: 14 COPIES | 2.10 |
| 05/01/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/01/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/01/03 | ATTY # 0349: 4 COPIES | .60 |
| 05/01/03 | ATTY # 0885: 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   3
       June 30, 2003

| | | |
|---|---|---|
| 05/01/03 | 404-881-1300/ATLANTA, GA/1 | .11 |
| 05/01/03 | ATTY # 0856; 9 COPIES | 1.35 |
| 05/01/03 | ATTY # 0856; 40 COPIES | 6.00 |
| 05/01/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 05/01/03 | ATTY # 0349; 26 COPIES | 3.90 |
| 05/01/03 | ATTY # 0856; 53 COPIES | 7.95 |
| 05/01/03 | ATTY # 0885; 7 COPIES | 1.05 |
| 05/01/03 | ATTY # 0701; 426 COPIES | 42.60 |
| 05/01/03 | ATTY # 0856; 2 COPIES | .30 |
| 05/01/03 | ATTY # 0856; 7 COPIES | 1.05 |
| 05/01/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 05/01/03 | ATTY # 1911; 4 COPIES | .60 |
| 05/01/03 | ATTY # 0856; 1283 COPIES | 128.30 |
| 05/01/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Mailroom -- W.R. Grace (ATLANTA GA 30308). | 13.51 |
| 05/01/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Mailroom -- W.R. Grace  (ATLANTA GA 30308). | 15.99 |
| 05/01/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Mailroom -- W.R. Grace  (ATLANTA GA 30308). | 13.51 |
| 05/01/03 | 610-520-1156/BRYN MAWR, PA/4 | .29 |
| 05/01/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Mailroom -- W.R. Grace (ATLANTA GA 30308). | 4.84 |
| 05/01/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Mailroom -- W.R. Grace (ATLANTA GA 30308). | 4.84 |
| 05/02/03 | Postage Expense | .37 |
| 05/02/03 | Postage Expense | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   4
       June 30, 2003

| | | |
|---|---|---:|
| 05/02/03 | Postage Expense | .37 |
| 05/02/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/02/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/02/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/02/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/02/03 | ATTY # 0396: 4 COPIES | .60 |
| 05/02/03 | ATTY # 0856: 1 COPIES | .15 |
| 05/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/02/03 | ATTY # 0396: 4 COPIES | .60 |
| 05/02/03 | ATTY # 0396: 4 COPIES | .60 |
| 05/02/03 | ATTY # 0396: 4 COPIES | .60 |
| 05/02/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 05/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/02/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/02/03 | 404-881-6000/ATLANTA, GA/1 | .11 |
| 05/02/03 | ATTY # 0856; 78 COPIES | 11.70 |
| 05/02/03 | ATTY # 1911; 7 COPIES | .70 |
| 05/02/03 | ATTY # 1911; 14 COPIES | 1.40 |
| 05/02/03 | ATTY # 0396; 14 COPIES | 2.10 |
| 05/02/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 05/02/03 | ATTY # 1911; 74 COPIES | 11.10 |
| 05/02/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 05/02/03 | ATTY # 0559; 1 COPIES | .15 |
| 05/02/03 | ATTY # 0856; 131 COPIES | 19.65 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page    5
       June 30, 2003

| | | |
|---|---|---:|
| 05/02/03 | ATTY # 1911; 8 COPIES | 1.20 |
| 05/02/03 | ATTY # 0396; 6 COPIES | .90 |
| 05/02/03 | ATTY # 1911; 12 COPIES | 1.80 |
| 05/02/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 05/02/03 | ATTY # 0856; 1104 COPIES | 110.40 |
| 05/02/03 | ATTY # 0701; 313 COPIES | 46.95 |
| 05/02/03 | ATTY # 0856; 618 COPIES | 61.80 |
| 05/02/03 | ATTY # 0885; 5 COPIES | .75 |
| 05/02/03 | Courier Service - 54583 UPS - Materials shipped to D. Cameron at Ogletree Deakins Law Firm (Atlanta GA 30308). | 113.22 |
| 05/02/03 | Courier Service - 54583 UPS - Materials shipped to D. Cameron at Ogletree Deakins Law Firm (Atlanta GA 30308). | 116.79 |
| 05/02/03 | Courier Service - 54583 UPS - Materials shipped to D. Cameron at Renaissance Atlanta Dtn Hotel. | 113.22 |
| 05/02/03 | Courier Service - 54583 UPS - Materials shipped to D. Cameron at Renaissance Atlanta Dtn Hotel. | 55.09 |
| 05/02/03 | Courier Service - 54583 UPS - Materials shipped to D. Cameron at Ogletree Deakins Law Firm (Atlanta GA 30308). | 51.42 |
| 05/02/03 | 608-257-8811/MADISON, WI/3 | .17 |
| 05/02/03 | 703-729-8543/LEESBURG, VA/33 | 1.88 |
| 05/02/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 05/02/03 | 724-325-1776/EXPORT, PA/4 | .35 |
| 05/02/03 | Courier Service - Materials shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Edward J. Westbrook (MOUNT PLEASANT SC 29464). | 24.38 |
| 05/04/03 | ATTY # 0349: 3 COPIES | .45 |
| 05/04/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/04/03 | ATTY # 0349: 2 COPIES | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1046453
60028  ZAI Science Trial                        Page   6
       June 30, 2003

05/04/03    ATTY # 0349: 2 COPIES                          .30

05/04/03    ATTY # 0349: 1 COPIES                          .15

05/04/03    Secretarial Overtime--ASSISTANCE IN PREPARATION     90.00
            FOR EXPERT WITNESS DEPOSITIONS IN ATLANTA.

05/05/03    703-684-2223/ARLINGTON, VA/2                  .11

05/05/03    ATTY # 1911; 62 COPIES                       9.30

05/05/03    ATTY # 0559; 60 COPIES                       9.00

05/05/03    ATTY # 0396; 24 COPIES                       3.60

05/05/03    ATTY # 1911; 1 COPIES                         .15

05/05/03    ATTY # 0856; 4 COPIES                         .60

05/05/03    ATTY # 1911; 205 COPIES                     20.50

05/05/03    ATTY # 0856; 5 COPIES                         .75

05/05/03    ATTY # 0396: 4 COPIES                         .60

05/05/03    ATTY # 0701: 1 COPIES                         .15

05/05/03    484-431-9962/BALACYNWYD, PA/2                 .12

05/05/03    FLATLEY/LAWRENCE E 08MAY PIT PHL           653.50
            PIT--COACH-CLASS AIRFARE FOR DEPOSITION
            PREPARATION IN PHILADELPHIA.

05/06/03    ATTY # 0856; 27 COPIES                       4.05

05/06/03    ATTY # 0856: 1 COPIES                         .15

05/06/03    ATTY # 0504: 38 COPIES                       5.70

05/06/03    ATTY # 0856: 3 COPIES                         .45

05/06/03    206-447-7000/SEATTLE, WA/2                    .17

05/06/03    RESTIVO/JAMES J 08MAY ATL PIT--COACH-CLASS     536.00
            AIRFARE FOR DEPOSITIONS IN ATLANTA.

05/07/03    Meal Expense - - VENDOR: LAWRENCE E. FLATLEY    18.00
            TRIPS TO MADISON, WI AND CHICAGO, IL
            4/29-4/30/03--ONE LUNCH.

05/07/03    Lodging - - VENDOR: LAWRENCE E. FLATLEY --TRIPS     363.58
            TO MADISON, WI AND CHICAGO, IL 4/29-4/30/03.

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   7
       June 30, 2003

| | | |
|---|---|---|
| 05/07/03 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY--TRIPS TO MADISON, WI AND CHICAGO, IL 4/29-4/30/03--MULTIPLE TAXI EXPENSES DURING DEPOSITION TRIP. | 96.00 |
| 05/07/03 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY--TRIPS TO MADISON, WI AND CHICAGO, IL 4/29-4/30/03-MILEAGE TO AIRPORT AND PARKING EXPENSES DURING TRAVEL FOR DEPOSITIONS. | 39.60 |
| 05/07/03 | Lodging-LAWRENCE E. FLATLEY--TRIPS TO MADISON, WI AND CHICAGO, IL 4/29-4/30/03 CONFERENCE ROOM RENTAL AND REFRESHMENTS. | 187.68 |
| 05/07/03 | Telephone - Outside--VENDOR: ANDREW J. MUHA TELEPHONE EXPENSE WHILE TRAVELING IN WASHINGTON AND IDAHO FOR ZAI HOMEOWNER DEPOSITIONS. | 18.20 |
| 05/07/03 | ATTY # 0396: 4 COPIES | .60 |
| 05/07/03 | ATTY # 0396: 106 COPIES | 15.90 |
| 05/08/03 | Postage Expense | .37 |
| 05/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/08/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/08/03 | ATTY # 0856: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0856: 1 COPIES | .15 |
| 05/08/03 | ATTY # 0856: 4 COPIES | .60 |
| 05/08/03 | ATTY # 0701; 1998 COPIES | 199.80 |
| 05/08/03 | ATTY # 1911; 715 COPIES | 71.50 |
| 05/08/03 | ATTY # 0885; 4 COPIES | .60 |
| 05/08/03 | ATTY # 0885; 12 COPIES | 1.80 |
| 05/08/03 | ATTY # 1911; 4 COPIES | .60 |
| 05/08/03 | ATTY # 1911; 773 COPIES | 77.30 |
| 05/09/03 | Duplicating Expense - - VENDOR: ALL-STATE INTERNATIONAL INC TABS | 68.91 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   8
       June 30, 2003

| | | |
|---|---|---:|
| 05/09/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 4/12/03 & 4/24/03 - FEDEX PACKAGE FROM J. BENTZ TO E. WESTBROOK, RICHARDSON PATRICK WESTBROOK, MOUNT PLEASANT, SC. | 225.00 |
| 05/09/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/09/03 | ATTY # 0396; 380 COPIES | 38.00 |
| 05/09/03 | ATTY # 0396; 30 COPIES | 4.50 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 44.34 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 44.34 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 44.34 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 44.34 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 8.00 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 11.66 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 9.83 |
| 05/09/03 | Courier Service - 54583 UPS - Shipped from FRASIER-DEETER to DOUG CAMERON, REED SMITH (PITTSBURGH PA 15219). | 6.16 |
| 05/11/03 | RESTIVO/JAMES J--COACH-CLASS AIRFARE FOR DEPOSITIONS. | -440.00 |
| 05/12/03 | Postage Expense | 2.21 |
| 05/12/03 | Postage Expense | 2.21 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page   9
       June 30, 2003

05/12/03   Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY         93.00
           TRIP TO PHILA. 5/8/03--MULTIPLE TAXI EXPENSES
           DURING DEPOSITION TRIPS.

05/12/03   Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY      30.60
           TRIP TO PHILA. 5/8/03.

05/12/03   Meal Expense - - VENDOR: JAMES J. RESTIVO, JR.        8.50
           TRAVEL TO ATLANTA, GA FOR W.R. GRACE MEETING
           5/4-5/8/03--ONE LUNCH.

05/12/03   Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR.       25.00
           TRAVEL TO ATLANTA, GA FOR W.R. GRACE MEETING
           5/4-5/8/03--MULTIPLE TAXI EXPENSES DURING
           DEPOSITION TRIP.

05/12/03   Mileage Expense - - VENDOR: JAMES J. RESTIVO,        40.50
           JR. TRAVEL TO ATLANTA, GA FOR W.R. GRACE
           MEETING 5/4-5/8/03.

05/12/03   Transportation Expense - - VENDOR: JAMES J.          16.00
           RESTIVO, JR. TRAVEL TO ATLANTA, GA FOR W.R.
           GRACE MEETING 5/4-5/8/03 TIPS, COFFEE.

05/12/03   ATTY # 0856; 146 COPIES                              21.90

05/12/03   ATTY # 0559; 356 COPIES                              53.40

05/12/03   ATTY # 0396; 45 COPIES                                6.75

05/12/03   ATTY # 0856; 271 COPIES                              27.10

05/12/03   ATTY # 0856; 30 COPIES                                4.50

05/12/03   ATTY # 0856; 447 COPIES                              44.70

05/12/03   ATTY # 0349: 12 COPIES                                1.80

05/12/03   ATTY # 0349: 6 COPIES                                  .90

05/12/03   ATTY # 0559: 3 COPIES                                  .45

05/12/03   ATTY # 0559: 2 COPIES                                  .30

05/12/03   ATTY # 0559: 1 COPIES                                  .15

05/12/03   ATTY # 0349: 6 COPIES                                  .90

05/12/03   ATTY # 0559: 4 COPIES                                  .60

05/12/03   ATTY # 0559: 3 COPIES                                  .45

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  10
       June 30, 2003

| | | |
|---|---|---:|
| 05/12/03 | ATTY # 0559: 5 COPIES | .75 |
| 05/12/03 | ATTY # 0856: 21 COPIES | 3.15 |
| 05/12/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/12/03 | ATTY # 0349: 5 COPIES | .75 |
| 05/12/03 | ATTY # 0856: 21 COPIES | 3.15 |
| 05/12/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/12/03 | ATTY # 0559: 10 COPIES | 1.50 |
| 05/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/12/03 | ATTY # 0559: 5 COPIES | .75 |
| 05/12/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/12/03 | ATTY # 0559: 3 COPIES | .45 |
| 05/12/03 | 843-727-6513/CHARLESTON, SC/6 | .40 |
| 05/12/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Dr. E. B. Ilgren, M.D. (BRYN MAWR PA 19010). | 12.06 |
| 05/12/03 | Courier Service | .60 |
| 05/13/03 | Document Expense - - - VENDOR: ENVIRONMENTAL PROTECTION AGENCY FOIA INVOICE. | 1072.00 |
| 05/13/03 | Postage Expense | 2.21 |
| 05/13/03 | ATTY # 0856; 118 COPIES | 11.80 |
| 05/13/03 | ATTY # 0856; 150 COPIES | 15.00 |
| 05/13/03 | ATTY # 0349; 8 COPIES | 1.20 |
| 05/13/03 | ATTY # 0856; 28 COPIES | 4.20 |
| 05/13/03 | ATTY # 0349; 15 COPIES | 2.25 |
| 05/13/03 | ATTY # 0856; 1 COPIES | .15 |
| 05/13/03 | ATTY # 0349; 16 COPIES | 2.40 |
| 05/13/03 | ATTY # 0349; 20 COPIES | 3.00 |
| 05/13/03 | ATTY # 1911; 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  11
       June 30, 2003

05/13/03   ATTY # 0856; 291 COPIES                          29.10

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0559: 1 COPIES                              .15

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0885: 1 COPIES                              .15

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0856: 2 COPIES                              .30

05/13/03   ATTY # 0856: 11 COPIES                            1.65

05/13/03   ATTY # 0885: 1 COPIES                              .15

05/13/03   ATTY # 0559: 15 COPIES                            2.25

05/13/03   ATTY # 0559: 5 COPIES                              .75

05/13/03   ATTY # 0885: 2 COPIES                              .30

05/13/03   ATTY # 0349: 32 COPIES                            4.80

05/13/03   ATTY # 0885: 1 COPIES                              .15

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0885: 1 COPIES                              .15

05/13/03   ATTY # 0885: 2 COPIES                              .30

05/13/03   ATTY # 0856: 21 COPIES                            3.15

05/13/03   ATTY # 0349: 1 COPIES                              .15

05/13/03   ATTY # 0856: 1 COPIES                              .15

05/13/03   ATTY # 0885: 2 COPIES                              .30

05/13/03   ATTY # 0349: 1 COPIES                              .15

05/13/03   ATTY # 0349: 2 COPIES                              .30

05/13/03   ATTY # 0701: 1 COPIES                              .15

172573  W. R. Grace & Co.                          Invoice Number  1046453
60028   ZAI Science Trial                          Page  12
        June 30, 2003

| | | |
|---|---|---|
| 05/13/03 | 843-216-6509/MTPLEASANT, SC/1 | .11 |
| 05/13/03 | 312-861-2200/CHICAGO, IL/1 | .11 |
| 05/13/03 | 302-252-2928/WILMINGTON, DE/1 | .11 |
| 05/13/03 | 843-216-6509/MTPLEASANT, SC/1 | .11 |
| 05/13/03 | 312-861-2200/CHICAGO, IL/3 | .17 |
| 05/13/03 | Courier Service - 54583 UPS - Materials shipped to Edward J. Westbrook (Mount Pleasant SC 29464). | 27.65 |
| 05/13/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Dr. E. B. Ilgren, M.D. (BRYN MAWR PA 19010). | 11.54 |
| 05/13/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 05/13/03 | 561-362-1533/BOCA RATON, FL/8 | .51 |
| 05/13/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 05/13/03 | Courier Service 54583 UPS | .60 |
| 05/14/03 | Postage Expense | .37 |
| 05/14/03 | Postage Expense | .37 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 5 COPIES | .75 |
| 05/14/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/14/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0349: 6 COPIES | .90 |
| 05/14/03 | ATTY # 0856: 21 COPIES | 3.15 |

172573 W. R. Grace & Co.                           Invoice Number   1046453
60028  ZAI Science Trial                           Page   13
       June 30, 2003

| | | |
|---|---|---|
| 05/14/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0885: 5 COPIES | .75 |
| 05/14/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0559: 5 COPIES | .75 |
| 05/14/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/14/03 | ATTY # 0349; 7 COPIES | 1.05 |
| 05/14/03 | ATTY # 0885; 4 COPIES | .60 |
| 05/14/03 | ATTY # 0885; 4 COPIES | .60 |
| 05/14/03 | ATTY # 0856; 68 COPIES | 10.20 |
| 05/14/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 05/14/03 | 561-362-1533/BOCA RATON, FL/3 | .23 |
| 05/15/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON, WEEK OF EXPERT DEPOSITIONS/MEETINGS IN ATLANTA 5/4-5/9/03 (5 BREAKFASTS, 5 LUNCHES, AND 1 DINNER). | 152.10 |
| 05/15/03 | Lodging - - VENDOR: DOUGLAS E. CAMERON, WEEK OF EXPERT DEPOSITIONS/MEETINGS IN ATLANTA 5/4-5/8/03. | 763.80 |
| 05/15/03 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON, WEEK OF EXPERT DEPOSITIONS/MEETINGS IN ATLANTA 5/4-5/9/03. | 57.61 |
| 05/15/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON, WEEK OF EXPERT DEPOSITIONS/MEETINGS IN ATLANTA 5/4-5/9/03--COACH-CLASS AIRFARE FOR DEPOSITIONS. | 949.50 |
| 05/15/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON, WEEK OF EXPERT DEPOSITIONS/MEETINGS IN ATLANTA 5/4-5/9/03--ELECTRONIC TICKET CHARGE. | 50.00 |
| 05/15/03 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON WEEK OF EXPERT DEPOSITIONS/MEETING IN ATLANTA 5/4-5/9/03--MULTIPLE TAXI EXPENSES DURING DEPOSITION TRIP. | 73.00 |

172573 W. R. Grace & Co.                      Invoice Number  1046453
60028  ZAI Science Trial                      Page  14
       June 30, 2003

05/15/03   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON,          63.78
           WEEK OF EXPERT DEPOSITIONS/MEETING IN ATLANTA
           5/4-5/9/03-MILEAGE TO AIRPORT AND PARKING
           EXPENSE FOR TRAVEL DURING DEPSITION TRIP.

05/15/03   Transportation Expense - - VENDOR: DOUGLAS E.            30.00
           CAMERON,WEEK OF EXPERT DEPOSITIONS/MEETING IN
           ATLANTA 5/4-5/9/03-- TIPS.

05/15/03   Postage Expense                                           .37

05/15/03   ATTY # 0885: 5 COPIES                                     .75

05/15/03   ATTY # 0885: 5 COPIES                                     .75

05/15/03   ATTY # 0885: 1 COPIES                                     .15

05/15/03   ATTY # 0349: 9 COPIES                                    1.35

05/15/03   ATTY # 0396: 1 COPIES                                     .15

05/15/03   ATTY # 0349: 3 COPIES                                     .45

05/15/03   ATTY # 0349: 6 COPIES                                     .90

05/15/03   ATTY # 0885: 1 COPIES                                     .15

05/15/03   ATTY # 0885: 2 COPIES                                     .30

05/15/03   ATTY # 0885: 1 COPIES                                     .15

05/15/03   ATTY # 0885: 5 COPIES                                     .75

05/15/03   ATTY # 0885: 2 COPIES                                     .30

05/15/03   ATTY # 0885: 1 COPIES                                     .15

05/15/03   ATTY # 0885: 5 COPIES                                     .75

05/15/03   ATTY # 0885: 1 COPIES                                     .15

05/15/03   843-727-6500/CHARLESTON, SC/1                             .11

05/15/03   ATTY # 0856; 24 COPIES                                   3.60

05/15/03   ATTY # 0349; 27 COPIES                                   4.05

05/15/03   ATTY # 0856; 10 COPIES                                   1.50

05/15/03   ATTY # 0856; 31 COPIES                                   4.65

05/15/03   ATTY # 0856; 50 COPIES                                   7.50

172573  W. R. Grace & Co.                        Invoice Number  1046453
60028   ZAI Science Trial                        Page  15
        June 30, 2003

05/15/03    ATTY # 1911; 278 COPIES                        41.70

05/15/03    ATTY # 0885; 4 COPIES                            .60

05/15/03    Courier Service - 54583 UPS - Materials shipped   7.91
            to Dr. E. Ilgren (Bryn Mawr PA 19010)

05/15/03    561-362-1533/BOCA RATON, FL/16                    .91

05/15/03    484-431-9962/BALACYNWYD, PA/32                   1.91

05/15/03    Courier Service 54583 UPS                         .64

05/16/03    Transcript Expense - - VENDOR: VERBATIM         664.55
            REPORTING SERVICES FOR DR. ANDERSON DEPOSITION.

05/16/03    Postage Expense                                   .37

05/16/03    ATTY # 0885: 1 COPIES                             .15

05/16/03    ATTY # 0885: 2 COPIES                             .30

05/16/03    ATTY # 0856: 18 COPIES                           2.70

05/16/03    ATTY # 0885: 2 COPIES                             .30

05/16/03    ATTY # 0885: 1 COPIES                             .15

05/16/03    ATTY # 0885: 1 COPIES                             .15

05/16/03    ATTY # 0856: 2 COPIES                             .30

05/16/03    ATTY # 0885: 2 COPIES                             .30

05/16/03    ATTY # 0559: 8 COPIES                            1.20

05/16/03    ATTY # 0885: 2 COPIES                             .30

05/16/03    ATTY # 0856: 6 COPIES                             .90

05/16/03    ATTY # 0856: 2 COPIES                             .30

05/16/03    302-652-5338/WILMINGTON, DE/1                     .11

05/16/03    ATTY # 0885; 11 COPIES                           1.65

05/16/03    ATTY # 0559; 141 COPIES                         21.15

05/16/03    ATTY # 0856; 33 COPIES                           4.95

05/16/03    ATTY # 0559; 10 COPIES                           1.50

172573  W. R. Grace & Co.                           Invoice Number  1046453
60028  ZAI Science Trial                            Page  16
        June 30, 2003

| Date | Description | Amount |
|---|---|---|
| 05/16/03 | ATTY # 0856; 11 COPIES | 1.65 |
| 05/16/03 | ATTY # 0856; 47 COPIES | 7.05 |
| 05/16/03 | ATTY # 0885; 5 COPIES | .75 |
| 05/16/03 | ATTY # 0885; 25 COPIES | 3.75 |
| 05/16/03 | Courier Service | 20.66 |
| 05/16/03 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 05/16/03 | 561-362-1551/BOCA RATON, FL/2 | .11 |
| 05/16/03 | 302-652-5340/WILMINGTON, DE/2 | .17 |
| 05/16/03 | Binding Charge | 3.00 |
| 05/16/03 | FLATLEY/LAWRENCE E 20MAY PIT PHL PIT--COACH-CLASS AIRFARE FOR DEPOSITION IN PHILADELPHIA. | 603.50 |
| 05/16/03 | Courier Service - 54583 UPS - Materials shipped from James Bentz, Reed Smith LLP - Pittsburgh to James L. Ward, Jr. (MOUNT PLEASANT SC 29464). | 8.32 |
| 05/16/03 | Courier Service - 54583 UPS - Materials shipped from James Bentz, Reed Smith LLP - Pittsburgh to James L. Ward, Jr. (MOUNT PLEASANT SC 29464). | -8.32 |
| 05/16/03 | Westlaw-Research of cases relating to exclusion of ZAI Claimants' experts witnessess under Daubert. | 752.32 |
| 05/17/03 | ATTY # 0856: 22 COPIES | 3.30 |
| 05/19/03 | Transcript Expense - - VENDOR: SNOVER REAL TIME REPORTING-- MINUSCRIPT, TRANSCRIPT & DISK OF RALPH BUSCH DEPO. | 441.70 |
| 05/19/03 | Postage Expense | .37 |
| 05/19/03 | 410-859-8300/GLENBURNIE, MD/2 | .11 |
| 05/19/03 | ATTY # 0856; 84 COPIES | 12.60 |
| 05/19/03 | ATTY # 0885; 3 COPIES | .45 |
| 05/19/03 | ATTY # 0701; 4 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  17
       June 30, 2003

| | | |
|---|---|---:|
| 05/19/03 | ATTY # 0396; 275 COPIES | 41.25 |
| 05/19/03 | ATTY # 0396; 13 COPIES | 1.95 |
| 05/19/03 | ATTY # 0856; 596 COPIES | 59.60 |
| 05/19/03 | ATTY # 0885; 35 COPIES | 5.25 |
| 05/19/03 | ATTY # 0885; 186 COPIES | 27.90 |
| 05/19/03 | ATTY # 0349; 2 COPIES | .30 |
| 05/19/03 | 484-431-9962/BALACYNWYD, PA/1 | .12 |
| 05/19/03 | 610-896-5100/ARDMORE, PA/2 | .17 |
| 05/19/03 | 410-859-8300/GLENBURNIE, MD/9 | .57 |
| 05/19/03 | 570-343-9731/SCRANTON, PA/6 | .35 |
| 05/19/03 | 561-362-1551/BOCA RATON, FL/8 | .46 |
| 05/19/03 | 484-431-9962/BALACYNWYD, PA/10 | .58 |
| 05/19/03 | ATTY # 0856: 24 COPIES | 3.60 |
| 05/19/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/19/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/19/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/19/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/19/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/19/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/19/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/19/03 | ATTY # 0856: 3 COPIES | .45 |
| 05/20/03 | Transcript Expense - - VENDOR: NAEGELI REPORTING CORPORATION--TRANSCRIPT OF JOHN A. KILPATRICK DEPOSITION. | 997.30 |
| 05/20/03 | Postage Expense | .74 |
| 05/20/03 | ATTY # 0856; 100 COPIES | 15.00 |
| 05/20/03 | ATTY # 0559; 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  18
       June 30, 2003

05/20/03   ATTY # 1722; 7 COPIES                              1.05

05/20/03   ATTY # 0856; 51 COPIES                             5.10

05/20/03   ATTY # 0701; 12 COPIES                             1.80

05/20/03   ATTY # 0396; 13 COPIES                             1.95

05/20/03   ATTY # 0559; 5 COPIES                               .75

05/20/03   ATTY # 0856; 26 COPIES                             3.90

05/20/03   ATTY # 0885; 1 COPIES                               .15

05/20/03   ATTY # 0885; 3 COPIES                               .45

05/20/03   ATTY # 0349; 4 COPIES                               .60

05/20/03   ATTY # 0701; 908 COPIES                           90.80

05/20/03   ATTY # 0856; 80 COPIES                             8.00

05/20/03   ATTY # 0856; 130 COPIES                           19.50

05/20/03   ATTY # 0856; 79 COPIES                            11.85

05/20/03   ATTY # 0856; 131 COPIES                           19.65

05/20/03   ATTY # 0856; 7 COPIES                              1.05

05/20/03   561-362-1583/BOCA RATON, FL/2                       .17

05/20/03   ATTY # 0885: 1 COPIES                               .15

05/20/03   ATTY # 0885: 2 COPIES                               .30

05/20/03   ATTY # 0885: 2 COPIES                               .30

05/20/03   ATTY # 0885: 2 COPIES                               .30

05/20/03   ATTY # 1911: 27 COPIES                             4.05

05/20/03   ATTY # 0559: 2 COPIES                               .30

05/20/03   ATTY # 0349: 4 COPIES                               .60

05/20/03   ATTY # 1911: 32 COPIES                             4.80

05/20/03   ATTY # 0559: 4 COPIES                               .60

05/20/03   ATTY # 0559: 2 COPIES                               .30

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       June 30, 2003

Invoice Number  1046453
Page  19

| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 3 COPIES | .45 |
| 05/20/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/20/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0396: 6 COPIES | .90 |
| 05/20/03 | ATTY # 0396: 6 COPIES | .90 |
| 05/20/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/20/03 | ATTY # 0701: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0396: 6 COPIES | .90 |
| 05/20/03 | ATTY # 0559: 3 COPIES | .45 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/20/03 | ATTY # 1911: 26 COPIES | 3.90 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/20/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/20/03 | Courier Service 54583 UPS | 19.27 |
| 05/20/03 | Courier Service - 54583 UPS - Shipped from Jayme Butcher, Reed Smith LLP - Pittsburgh to Freedom of Info. Off., US Environmental Protection Agency (WASHINGTON DC 20004). | 7.91 |
| 05/20/03 | Duplicating/Printing | 45.40 |
| 05/20/03 | Duplicating/Printing | 9.20 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  20
       June 30, 2003

| | | |
|---|---|---:|
| 05/21/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. DOC. PRODUCTION--COPIES OF EXPERT RELIANCE MATERIALS FOR PREPARATION OF DR. CORN FOR HIS DEPOSITION. | 2076.61 |
| 05/21/03 | ATTY # 0856; 57 COPIES | 8.55 |
| 05/21/03 | ATTY # 0856; 445 COPIES | 44.50 |
| 05/21/03 | ATTY # 0559; 36 COPIES | 5.40 |
| 05/21/03 | ATTY # 0856; 112 COPIES | 11.20 |
| 05/21/03 | ATTY # 0856; 82 COPIES | 12.30 |
| 05/21/03 | ATTY # 1911; 111 COPIES | 11.10 |
| 05/21/03 | ATTY # 0559; 68 COPIES | 10.20 |
| 05/21/03 | ATTY # 0559; 2 COPIES | .30 |
| 05/21/03 | ATTY # 0559; 72 COPIES | 10.80 |
| 05/21/03 | ATTY # 0559; 1 COPIES | .15 |
| 05/21/03 | ATTY # 0559; 40 COPIES | 6.00 |
| 05/21/03 | ATTY # 0559; 108 COPIES | 16.20 |
| 05/21/03 | ATTY # 0856; 420 COPIES | 42.00 |
| 05/21/03 | Binding Charge | 6.00 |
| 05/21/03 | ATTY # 0856: 6 COPIES | .90 |
| 05/21/03 | ATTY # 0856: 1 COPIES | .15 |
| 05/21/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/21/03 | ATTY # 0856: 1 COPIES | .15 |
| 05/21/03 | ATTY # 1274: 1 COPIES | .15 |
| 05/21/03 | Courier Service - 54583 UPS - Materials shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn, Morton Corn & Associates (QUEENSTOWN MD 21658). | 9.84 |
| 05/22/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON-- DEPOSITION PREPARATION MEETING IN BALTIMORE, MD WITH DR. MORTON CORN (EXPERT WITNESS)--DRINKS AND SNACKS DURING MEETING. | 6.80 |

172573 W. R. Grace & Co.                        Invoice Number  1046453
60028  ZAI Science Trial                        Page  21
       June 30, 2003

| | | |
|---|---|---:|
| 05/22/03 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON-- MEETING WITH WITNESSES AND TRIAL PREPARATION IN SCRANTON, PA 5/15-5/16/03--TAXI EXPENSE DURING DEPOSITION TRIP. | 3.00 |
| 05/22/03 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON-- MEETING WITH WITNESSES AND TRIAL PREPARATION, SCRANTON, PA 5/15-5/16/03. | 33.28 |
| 05/22/03 | Transporation Expense - - VENDOR: DOUGLAS E. CAMERON-- MEETING WITH WITNESSES AND TRIAL PREPARATION, SCRANTON, PA 5/15-5/16/03--TIP. | 3.00 |
| 05/22/03 | Postage Expense | .60 |
| 05/22/03 | ATTY # 0856; 1116 COPIES | 111.60 |
| 05/22/03 | ATTY # 0856; 139 COPIES | 20.85 |
| 05/22/03 | ATTY # 0856; 32 COPIES | 4.80 |
| 05/22/03 | ATTY # 0856; 4 COPIES | .60 |
| 05/22/03 | ATTY # 1911; 27 COPIES | 4.05 |
| 05/22/03 | ATTY # 0559; 24 COPIES | 3.60 |
| 05/22/03 | ATTY # 0856; 15 COPIES | 2.25 |
| 05/22/03 | ATTY # 0856; 1599 COPIES | 159.90 |
| 05/22/03 | ATTY # 0856; 5 COPIES | .75 |
| 05/22/03 | ATTY # 0856; 635 COPIES | 63.50 |
| 05/22/03 | ATTY # 0856; 162 COPIES | 24.30 |
| 05/22/03 | ATTY # 0856; 14 COPIES | 1.40 |
| 05/22/03 | ATTY # 0559; 2 COPIES | .30 |
| 05/22/03 | ATTY # 0396; 434 COPIES | 65.10 |
| 05/22/03 | ATTY # 0856: 21 COPIES | 3.15 |
| 05/22/03 | ATTY # 1911: 3 COPIES | .45 |
| 05/22/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/22/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/22/03 | ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  22
       June 30, 2003

| | | |
|---|---|---|
| 05/22/03 | ATTY # 1274: 1 COPIES | .15 |
| 05/22/03 | ATTY # 0856: 2 COPIES | .30 |
| 05/22/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/22/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/22/03 | Courier Service - 54583 UPS - Materials shipped to Morton Corn Ph.D., Morton Corn & Associates (Queenstown MD 21658). | 20.06 |
| 05/22/03 | Courier Service - 54583 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn, Morton Corn & Associates (QUEENSTOWN MD 21658). | 15.99 |
| 05/22/03 | Courier Service 54583 UPS | 10.00 |
| 05/23/03 | Postage Expense | .49 |
| 05/23/03 | Transcript Expense - - VENDOR: BROWN REPORTING, INC. ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF RONALD GOBBELL DEPOSITION. | 478.10 |
| 05/23/03 | Courier Service - Outside - - VENDOR: QUICK MESSENGER--D. CAMERON TO D. VAN ORDEN, RJ LEE GROUP, INC. MONROEVILLE, PA 15146. | 30.00 |
| 05/23/03 | ATTY # 0856; 24 COPIES | 3.60 |
| 05/23/03 | ATTY # 0856; 11 COPIES | 1.65 |
| 05/23/03 | ATTY # 0559; 120 COPIES | 18.00 |
| 05/23/03 | ATTY # 0856; 5 COPIES | .75 |
| 05/23/03 | ATTY # 0856; 798 COPIES | 79.80 |
| 05/23/03 | ATTY # 0559; 1 COPIES | .15 |
| 05/23/03 | ATTY # 0856; 3 COPIES | .45 |
| 05/23/03 | ATTY # 0856: 11 COPIES | 1.65 |
| 05/23/03 | ATTY # 0856: 5 COPIES | .75 |
| 05/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/23/03 | ATTY # 0856: 2 COPIES | .30 |
| 05/23/03 | ATTY # 0885: 2 COPIES | .30 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        June 30, 2003

Invoice Number  1046453
Page  23

| | | |
|---|---|---:|
| 05/23/03 | ATTY # 0559: 4 COPIES | .60 |
| 05/23/03 | ATTY # 0885: 4 COPIES | .60 |
| 05/23/03 | ATTY # 0885: 4 COPIES | .60 |
| 05/23/03 | ATTY # 1274: 1 COPIES | .15 |
| 05/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/23/03 | ATTY # 1274: 3 COPIES | .45 |
| 05/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/23/03 | ATTY # 0856: 42 COPIES | 6.30 |
| 05/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/23/03 | ATTY # 1274: 3 COPIES | .45 |
| 05/23/03 | ATTY # 0856: 3 COPIES | .45 |
| 05/23/03 | ATTY # 0885: 4 COPIES | .60 |
| 05/23/03 | ATTY # 1274: 3 COPIES | .45 |
| 05/23/03 | Courier Service - 54583 UPS - Materials shipped to Edward J. Westbrook(Mount Pleasant SC 29464). | 14.81 |
| 05/23/03 | Courier Service - 54583 UPS - Materials shipped to LAWRENCE E FLATLEY,  REED SMITH LLP (PITTSBURGH PA 15219). | 19.27 |
| 05/23/03 | Courier Service - 54583 UPS - Materials shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn, Morton Corn & Associates (QUEENSTOWN MD 21658). | 7.91 |
| 05/26/03 | ATTY # 0856; 6 COPIES | .90 |
| 05/26/03 | ATTY # 0856; 9 COPIES | 1.35 |
| 05/26/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 05/26/03 | ATTY # 0856: 22 COPIES | 3.30 |
| 05/26/03 | ATTY # 0701: 10 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  24
       June 30, 2003

| | | |
|---|---|---:|
| 05/27/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 5/8/03 - J. BENTZ TO E. WESTBROOK, RICHARDSON, PATRICK WESTBROOK, 1037 CHUCK DAWLEY BLVD., MT. PLEASANT, SC 29464. | 9.35 |
| 05/27/03 | Postage Expense | 1.52 |
| 05/27/03 | Postage Expense | .74 |
| 05/27/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON-- LUNCH WITH DR. MORTON CORN, EXPERT, DURING MEETING IN BALTIMORE, 5/25/03. | 34.40 |
| 05/27/03 | Lodging Expense - - VENDOR: DOUGLAS E. CAMERON-- CONFERENCE ROOM RENTAL FOR CONSULTANT/EXPERT MEETING AND CONFERENCE TELEPONE CHARGE. | 561.91 |
| 05/27/03 | AIR TRAVEL EXPENSE--DOUGLAS E. CAMERON-- AIRLINE CHARGE FOR TICKETS TO BALTIMORE FOR MEETING WITH CONSULTANT/EXPERT, DR. MORTON CORN | 887.50 |
| 05/27/03 | ATTY # 0885; 6 COPIES | .90 |
| 05/27/03 | ATTY # 0559; 76 COPIES | 11.40 |
| 05/27/03 | ATTY # 0559; 49 COPIES | 7.35 |
| 05/27/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 05/27/03 | ATTY # 0701; 40 COPIES | 6.00 |
| 05/27/03 | ATTY # 0559; 182 COPIES | 27.30 |
| 05/27/03 | ATTY # 0885: 2 COPIES | .30 |
| 05/27/03 | ATTY # 0885: 3 COPIES | .45 |
| 05/27/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/27/03 | ATTY # 0885: 5 COPIES | .75 |
| 05/27/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/27/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/27/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/27/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/27/03 | ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  25
       June 30, 2003

05/27/03   ATTY # 0701: 20 COPIES                               3.00

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 2 COPIES                                 .30

05/27/03   ATTY # 0559: 2 COPIES                                 .30

05/27/03   ATTY # 0559: 2 COPIES                                 .30

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 0559: 1 COPIES                                 .15

05/27/03   ATTY # 1911: 35 COPIES                               5.25

05/27/03   ATTY # 0885: 2 COPIES                                 .30

05/27/03   843-216-6509/MTPLEASANT, SC/3                         .17

05/27/03   843-216-9450/MTPLEASANT, SC/3                         .17

05/27/03   561-362-1583/BOCA RATON, FL/3                         .17

05/28/03   Outside Duplicating - - VENDOR: UNIVERSITY OF      804.00
           PITTSBURGH ARTICLES-ARTICLES RELATING TO
           EPIDEMILOGICAL AND HEALTH ISSUES.

05/28/03   ATTY # 0885: 1 COPIES                                 .15

05/28/03   ATTY # 0885: 1 COPIES                                 .15

05/28/03   ATTY # 0885: 2 COPIES                                 .30

05/28/03   ATTY # 0885: 2 COPIES                                 .30

05/28/03   ATTY # 0885: 1 COPIES                                 .15

05/28/03   ATTY # 1911: 34 COPIES                               5.10

05/28/03   ATTY # 0349: 2 COPIES                                 .30

172573 W. R. Grace & Co.                     Invoice Number  1046453
60028  ZAI Science Trial                     Page  26
       June 30, 2003

05/28/03    ATTY # 0349: 3 COPIES                              .45

05/28/03    ATTY # 0885: 5 COPIES                              .75

05/28/03    ATTY # 0885: 1 COPIES                              .15

05/28/03    ATTY # 0885: 1 COPIES                              .15

05/28/03    ATTY # 0349: 3 COPIES                              .45

05/28/03    ATTY # 0885: 5 COPIES                              .75

05/28/03    ATTY # 1911: 10 COPIES                            1.50

05/28/03    ATTY # 0559; 30 COPIES                            4.50

05/28/03    ATTY # 0559; 36 COPIES                            5.40

05/28/03    ATTY # 0856; 2 COPIES                              .30

05/28/03    ATTY # 0396; 214 COPIES                          32.10

05/28/03    ATTY # 0559; 50 COPIES                            7.50

05/29/03    Transcript Expense - - VENDOR: BROWN REPORTING,  1116.45
            INC.--TRANSCRIPT OF W. EWING DEPOSITION.

05/29/03    Meal Expense - - VENDOR: LAWRENCE E.              312.36
            FLATLEY--DINNER ON 5/21 WITH R. SENFTLEBEN AND
            DR. ILGREN, PHILA. PA-THREE DINNERS PURCHASED.

05/29/03    Meal Expense - - VENDOR: LAWRENCE E. FLATLEY--     88.00
            DINNER WITH R. SENFTLEBEN AND DR. ILGREN ON
            5/20 DURING TRIP TO PHILA. PA
            5/20-5/22/03-THREE DINNERS PURCHASED.

05/29/03    Mileage Expense - - VENDOR: LAWRENCE E.            69.60
            FLATLEY--TRIP TO PHILA. PA FOR ILGREN
            DEPOSITION, 5/20-5/22/03.

05/29/03    Postage Expense                                    4.90

05/29/03    ATTY # 0885: 2 COPIES                              .30

05/29/03    ATTY # 0349: 3 COPIES                              .45

05/29/03    ATTY # 0349: 4 COPIES                              .60

05/29/03    ATTY # 0885: 2 COPIES                              .30

05/29/03    ATTY # 0349: 35 COPIES                            5.25

172573 W. R. Grace & Co.                        Invoice Number  1046453
60028  ZAI Science Trial                        Page  27
       June 30, 2003

| | | |
|---|---|---:|
| 05/29/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/29/03 | ATTY # 1911: 34 COPIES | 5.10 |
| 05/29/03 | ATTY # 0349: 1 COPIES | .15 |
| 05/29/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/29/03 | ATTY # 0349: 6 COPIES | .90 |
| 05/29/03 | ATTY # 0349: 3 COPIES | .45 |
| 05/29/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/29/03 | ATTY # 0349: 3 COPIES | .45 |
| 05/29/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/29/03 | ATTY # 0349: 2 COPIES | .30 |
| 05/29/03 | ATTY # 0349: 6 COPIES | .90 |
| 05/29/03 | ATTY # 0349: 3 COPIES | .45 |
| 05/29/03 | ATTY # 1911: 10 COPIES | 1.50 |
| 05/29/03 | ATTY # 0856; 270 COPIES | 27.00 |
| 05/29/03 | ATTY # 1911; 34 COPIES | 5.10 |
| 05/29/03 | ATTY # 1911; 30 COPIES | 4.50 |
| 05/29/03 | ATTY # 1911; 97 COPIES | 14.55 |
| 05/29/03 | ATTY # 0885; 12 COPIES | 1.80 |
| 05/29/03 | ATTY # 0396; 250 COPIES | 25.00 |
| 05/29/03 | ATTY # 1911; 1 COPIES | .15 |
| 05/29/03 | ATTY # 1911; 293 COPIES | 29.30 |
| 05/29/03 | ATTY # 0856; 4 COPIES | .60 |
| 05/29/03 | ATTY # 0701; 326 COPIES | 32.60 |
| 05/29/03 | ATTY # 0856; 3 COPIES | .45 |
| 05/29/03 | ATTY # 0856; 161 COPIES | 16.10 |
| 05/29/03 | ATTY # 1911; 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1046453
60028  ZAI Science Trial                          Page  28
       June 30, 2003

| Date | Description | Amount |
|------|-------------|-------:|
| 05/29/03 | ATTY # 1911; 34 COPIES | 5.10 |
| 05/29/03 | ATTY # 0856; 7 COPIES | 1.05 |
| 05/29/03 | 510-466-6134/OAKLAND, CA/3 | .23 |
| 05/29/03 | 201-819-8211/RAMSEY, NJ/5 | .34 |
| 05/30/03 | Postage Expense | .49 |
| 05/30/03 | Meal Expense - - VENDOR: PETTY CASH CUSTODIAN (PHL)--BEVERAGES THROUGH HOSPITALITY (LAWRENCE E. FLATLEY). | 2.50 |
| 05/30/03 | ATTY # 0701: 1 COPIES | .15 |
| 05/30/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/30/03 | ATTY # 0701: 21 COPIES | 3.15 |
| 05/30/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/30/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/30/03 | ATTY # 0559: 1 COPIES | .15 |
| 05/30/03 | ATTY # 0885: 1 COPIES | .15 |
| 05/30/03 | ATTY # 0885; 3 COPIES | .45 |
| 05/30/03 | ATTY # 0885; 1 COPIES | .15 |
| 05/30/03 | ATTY # 0856; 139 COPIES | 20.85 |
| 05/30/03 | ATTY # 0559; 6 COPIES | .90 |
| 05/30/03 | ATTY # 0856; 65 COPIES | 9.75 |

                              CURRENT EXPENSES              22,019.45
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $ 22,019.45
                                                          ============