REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1046557
5400 Broken Sound Blvd., N.W.        Invoice Date        06/30/03
Boca Raton, FL 33487                 Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              182,533.50

                     TOTAL BALANCE DUE UPON RECEIPT     $ 182,533.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1046557 |
| Invoice Date | 06/30/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| 05/01/03 | Atkinson | Meeting with D. Cameron, J. Bentz, C. Turkaly re: expert reliance materials (.5); Crutcher & Hurst materials to J. Butcher re: expert deposition preparation (.3); locating and organizing materials for use during expert depositions (2.0). | 2.80 |
| 05/01/03 | Bentz | Preparation for Kilpatrick deposition (1.9); meeting with D. Cameron and M. Atkinson in preparation for plaintiffs' experts' depositions (1.5); review of research regarding exclusion of expert testimony (.6). | 4.00 |
| 05/01/03 | Butcher | Review materials for Hatfield and Longo depositions. | 7.10 |
| 05/01/03 | Cameron | Telephone call with R. Finke regarding expert report issues and meetings with experts (.6); meet with J. Bentz and M. Atkinson regarding expert reliance material issues (.7); meet with J. Restivo regarding expert depositions in Atlanta and associated preparation issues (.6); review Hayes and Gobbell reports for depositions in Atlanta (1.8); review recent correspondence on expert issues (.4). | 4.10 |

172573 W. R. Grace & Co.                          Invoice Number  1046557
60028  ZAI Science Trial                          Page   2
       June 30, 2003

      Date   Name                                                Hours
    -------- -----------                                         -----

05/01/03 Culleiton        Review and analyze MAS videos of      12.50
                          simulations (1.2); conference with
                          J. Restivo and J. Butcher
                          regarding Ewing, Hatfield and
                          Longo depositions (.7); review and
                          analyze reliance materials (2.2);
                          review and analyze Crutcher
                          deposition and materials from
                          Barbanti case (4.1); review and
                          analyze G. Talarico materials for
                          Gobbell deposition (2.1); review
                          and analyze NIOSH methods (2.2).

05/01/03 Flatley          Drafting memorandum re: Dr.            2.60
                          Anderson deposition (1.50);
                          message for R. Sentfleben (.10);

05/01/03 Restivo          Preparation for W. Ewing and R.        6.50
                          Hatfield depositions (5.5);
                          telephone conference with R. Finke
                          and meeting with D. Cameron re:
                          same (1.0).

05/01/03 Turkaly          Attend meeting re: deposition          1.50
                          dates and expert reliance
                          materials (1.0); review files for
                          Crutcher expert reference
                          materials (.5).

05/02/03 Atkinson         Draft letter to E. Westbrook           4.40
                          enclosing additional expert
                          reliance materials (1.2);
                          collecting expert reference
                          materials (1.3); locating
                          materials in connection with
                          experts depositions (1.9).

05/02/03 Bentz            Conference with G. Talarico in         5.10
                          preparation for Kilpatrick
                          deposition (1.0); preparation for
                          Kilpatrick deposition (1.2);
                          meetings with D. Cameron and M.
                          Atkinson regarding expert
                          disclosures and preparation for
                          depositions of Ewing, Hatfield,
                          Longo, Gobbell and Hays (1.3);
                          review of legal research regarding
                          disqualification of experts under
                          Daubert (.8); review of

172573 W. R. Grace & Co.                    Invoice Number  1046557
60028  ZAI Science Trial                    Page   3
       June 30, 2003

    Date   Name                                              Hours
  -------- -----------                                       -----
                          correspondence regarding remaining
                          potential fact discovery issues
                          (.8).

05/02/03 Butcher          Review materials for Hatfield and    3.10
                          Longo depositions.

05/02/03 Cameron          Prepare materials for depositions    5.10
                          of claimants' experts in Atlanta
                          (1.9); meet with J. Culleiton
                          regarding same (.7); review
                          claimants' expert reports (1.3);
                          telephone call with Grace experts
                          regarding same (.6); telephone
                          call with R. Finke regarding open
                          issues with experts (.6).

05/02/03 Condo            Research and analysis regarding       .30
                          legal and epidemiological support
                          for Daubert motions.

05/02/03 Culleiton        Review and analyze G. Talarico     10.50
                          materials for expert depositions
                          (3.0); prepare and assemble
                          summaries and exhibits for Ewing,
                          Gobbell and Hays depositions
                          (5.7); review Barbanti exhibits
                          (1.2); conference with D. Cameron
                          regarding deposition preparation
                          (.6).

05/02/03 Flatley          Correspondence and e-mails after    2.20
                          Wisconsin trip (.60); preparation
                          for Dori Kuchinsky call (.20);
                          call with Dori Kuchinsky re: Dr.
                          Anderson deposition (.50); memo
                          re: Dr. Anderson deposition (.90).

05/02/03 Muha             Review and analyze ZAI Science       1.50
                          Trial budget status (for Debtors
                          and for Claimants).

05/02/03 Turkaly          Review Millette files for asbestos   2.00
                          related articles (.5); review
                          debtor experts' reports and obtain
                          reference materials (1.5).

05/04/03 Cameron          Review expert reports and other      2.30
                          materials in preparation for
                          depositions of ZAI Claimants'

172573  W. R. Grace & Co.                          Invoice Number  1046557
60028  ZAI Science Trial                           Page    4
        June 30, 2003

| Date | Name | | Hours |
|------|------|--|-------|
| | | experts (1.3); telephone call with Grace experts regarding same (.4); meet with J. Restivo regarding same (.6). | |
| 05/04/03 | Culleiton | Review and analyze additional Barbanti testimony and depositions (3.6); review and analyze R. Lee exhibits for use at deposition (3.4). | 7.00 |
| 05/04/03 | Restivo | Preparation for expert depositions, including detailed review and organization of deposition exhibits. | 7.00 |
| 05/05/03 | Atkinson | Correspondence with K. Garcia (Westbrook) requesting additional reliance materials cited by Dr. Ilgren (2.3); Lee, Hatfield, Longo depositions from Barbanti case to J. Culleiton (.6); reviewing letters to Drs. Corn and Anderson re: reliance materials (.7). | 3.60 |
| 05/05/03 | Bentz | Conference with W. Sparks regarding status of discovery (.3); review of memorandum regarding Anderson deposition (.4); review of legal research regarding Daubert (1.4); review of fact discovery issues (1.0). | 3.10 |
| 05/05/03 | Butcher | Review documents produced pursuant to Grace's FOIA request. | 1.10 |
| 05/05/03 | Cameron | Prepare for deposition of S. Hays (2.9); meet with J. Restivo and R. Finke regarding Ewing and Hatfield depositions (1.5); attend portion of Ewing deposition relating to overlap issues with Hays deposition (3.5). | 7.90 |
| 05/05/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | .20 |
| 05/05/03 | Culleiton | Review and analyze additional background materials and | 9.00 |

172573  W. R. Grace & Co.                        Invoice Number  1046557
60028   ZAI Science Trial                        Page    5
        June 30, 2003

Date    Name                                              Hours
------- -----------                                       -----

                        regulations (3.9); review and
                        analyze prior exhibits for use in
                        expert depositions (5.1).

05/05/03 Flatley        Messages to/from Dr. Ilgren re:       1.00
                        preparation for deposition (.30);
                        e-mails from/to K. Condo re:
                        Anderson deposition (.10); with J.
                        Bentz (.20); beginning preparation
                        for Dr. Ilgren deposition (.40).

05/05/03 Restivo        Deposition of W. Ewing (9.0);        10.50
                        preparation for deposition of R.
                        Hatfield (1.5).

05/05/03 Turkaly        Review files and obtain expert        1.50
                        witness materials re: dust
                        analysis and fiber counts in
                        connection with depositions.

05/06/03 Atkinson       Arrangements to e-mail article to     2.10
                        Dr. Ilgren for scanning (.3);
                        locating articles for Dr. Ilgren
                        (.8); locating reliance materials
                        (1.0).

05/06/03 Bentz          Review of expert reliance              .50
                        materials.

05/06/03 Butcher        Review documents produced by EPA      3.80
                        for Peer Review comments.

05/06/03 Cameron        Continued preparation for S. Hays     8.10
                        deposition (5.2); meet with J.
                        Restivo and R. Finke regarding
                        same (1.4); revise deposition
                        outlines (1.5).

05/06/03 Condo          Research and analysis regarding       1.00
                        legal and epidemiological support
                        for Daubert motions.

05/06/03 Culleiton      Review and analyze Barbanti           3.80
                        materal for use in depositions.

05/06/03 DeMarchi Sleigh Review cases re:  the standards to   1.00
                        admit expert testimony.

```
172573 W. R. Grace & Co.                        Invoice Number  1046557
60028  ZAI Science Trial                        Page   6
       June 30, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 05/06/03 | Flatley | E-mails and calls with D. Ilgren, et al. re: deposition preparation. | .80 |
| 05/06/03 | Restivo | Preparation for and deposition of R. Hatfield (8.5); preparation for deposition of Dr. Longo (2.0). | 10.50 |
| 05/07/03 | Bentz | Corresponding with M. Murphy at Casner & Edwards regarding discovery (.2); review of expert reliance materials (.3). | .50 |
| 05/07/03 | Butcher | Review documents produced by EPA for Peer Review Comments. | .60 |
| 05/07/03 | Cameron | Prepare for and take deposition of S. Hays (6.8); meet with J. Restivo and R. Finke regarding Hays deposition (.7); begin preparation for Gobbell deposition (1.6); meet with J. Restivo and R. Finke regarding Rule 42 motion and expert issues (.6). | 9.70 |
| 05/07/03 | Condo | Research and analysis regarding legal and epidemiological support for Daubert motions. | 1.50 |
| 05/07/03 | DeMarchi Sleigh | Review cases re:  the standards to admit expert testimony (4.7); meet with L. Flatley to discuss information needed to give to debtor's expert to prepare for his deposition (0.3). | 5.00 |
| 05/07/03 | Flatley | E-mails from/to Dr. Ilgren (.10); call with R. Senftleben (.10); with L. DeMarchi-Sleigh re: exposure information collection (.40); preparation for meeting with Dr. Ilgren (2.20). | 2.80 |
| 05/07/03 | Restivo | Preparation for Dr. Longo deposition. | 4.00 |
| 05/07/03 | Turkaly | Review Dr. Ilgren expert reliance materials received that are listed in report. | 3.00 |

172573 W. R. Grace & Co.                              Invoice Number  1046557
60028  ZAI Science Trial                              Page   7
       June 30, 2003

  Date   Name                                                        Hours
 -------- -----------                                                -----

05/08/03 Bentz          Letter to claimants' counsel         4.10
                        regarding privileged documents
                        (.5); review of fact discovery
                        document issues (2.0);
                        correspondence regarding fact
                        discovery issues (1.0); conference
                        with G. Talarico regarding
                        Kilpatrick deposition (.6).

05/08/03 Butcher        Review documents produced by the     2.10
                        EPA (1.9); send Peer Review
                        Comments to R. Finke (.2).

05/08/03 Cameron        Prepare for Gobbell deposition       6.00
                        (4.1); meet with J. Restivo and R.
                        Finke regarding Longo deposition
                        (.5); prepare outline for
                        conference call with expert (.9);
                        e-mails regarding deposition
                        assignments (.5).

05/08/03 Flatley        Preparation for Dr. Ilgren meeting  10.20
                        (3.00); meeting with Dr. Ilgren
                        (5.70); follow-up on Dr. Ilgren
                        meeting notes, materials (1.50).

05/08/03 Restivo        Preparation for and deposition of    8.00
                        Dr. W. Longo.

05/08/03 Turkaly        Review J. Yang, F. Eaton and J.      2.00
                        Wolter's depositions for
                        historical background information.

05/09/03 Bentz          Scheduling expert depositions.        .60

05/09/03 Cameron        Prepare for and take deposition of   5.70
                        R. Gobbell (3.9); meet with R.
                        Finke regarding same (.3); prepare
                        summary of deposition (.8); update
                        list of issues to raise with R.
                        Finke regarding experts (.7).

05/09/03 Flatley        Reorganizing after trip to           1.20
                        Philadelphia to visit Dr. Ilgren,
                        including e-mails to/from him
                        (.90); call with D. Cameron re:
                        depositions (.30).

172573 W. R. Grace & Co.                           Invoice Number   1046557
60028   ZAI Science Trial                          Page    8
        June 30, 2003

   Date   Name                                              Hours
-------- -----------                                        -----

05/09/03 Turkaly          Review T. Hamilton's depositions      .50
                          for historical product testimony.

05/10/03 Flatley          E-mails re: Dr. Ilgren.                .10

05/12/03 Atkinson         Reviewing files re: medical           3.10
                          articles requested by Dr. Ilgren,
                          and requests to obtain via
                          inter-Library loans (2.4);
                          reviewing and organizing files
                          from experts' depositions (.7).

05/12/03 Bentz            Correspondence regarding expert       1.70
                          depositions and discovery
                          materials (.5); work on status
                          report (.5); review of requests
                          regarding expert reliance
                          materials (.70).

05/12/03 Cameron          Review and revise memos to client     1.80
                          regarding deposition summaries and
                          expert witness issues (.7); meet
                          with J. Restivo regarding expert
                          witness  and budget issues (.4);
                          review materials to prepare for
                          5/13 conference call (.4); review
                          correspondence produced by ZAI
                          claimants (.3).

05/12/03 DeMarchi Sleigh  Begin preparing exposure history       .80
                          at each report of Harasche and
                          Kordus plaintiffs.

05/12/03 Flatley          Dr. Ilgren message and forwarding      .80
                          it (.40); e-mails and messages
                          (.20); messages for R. Senftleben
                          (.20).

05/12/03 Miller           Review draft Findings of Fact and      .70
                          Conclusions of Law.

05/12/03 Muha             Prepare updated ZAI Science Trial     2.30
                          budget report.

05/12/03 Radcliffe        Reviewed files for ATSDR               .80
                          bibliographies sent by Dr. Ilgren.

05/12/03 Restivo          Dictate notes from expert            4.00
                          depositions (1.0); telephone calls

172573 W. R. Grace & Co.                          Invoice Number   1046557
60028  ZAI Science Trial                          Page    9
        June 30, 2003

    Date    Name                                                    Hours
    -------- -----------                                            -----

                        with E. Westbrook (0.5);
                        discussions with D. Cameron (0.5);
                        review newly received material
                        (2.0)

05/12/03 Turkaly        Internet research re: Dr. Ilgren     3.00
                        reliance materials stated in
                        report (1.5); review files for
                        ATSDR bibliography sent by Dr.
                        Ilgren (1.0); internet research
                        re: articles listed in Dr.
                        Ilgren's ATSDR bibliography (.5).

05/13/03 Atkinson       Collecting, organizing medical      3.50
                        articles provided to and/or relied
                        upon by debtors' experts (2.9);
                        draft letter to E. Westbrook re:
                        same (0.6).

05/13/03 Bentz          Meeting with J. Restivo and D.      3.90
                        Cameron regarding status report to
                        the Court (1.0); correspondence to
                        plaintiff's counsel regarding
                        experts' depositions (.5);
                        correspondence from claimants'
                        counsel regarding production of
                        additional materials relating to
                        simulation (.8); review of
                        research regarding admissibility
                        of expert testimony under Daubert
                        (1.2); review of reports regarding
                        experts' depositions (.4).

05/13/03 Cameron        Review draft status report letter   3.10
                        (.3); prepare for and participate
                        in conference call with R. Finke
                        and testifying expert regarding
                        open issues and things to do
                        (1.2); multiple e-mails to R.
                        Finke regarding expert deposition
                        issues and scheduling (.7);
                        telephone call with R. Finke
                        regarding same (.5); meet with J.
                        Restivo regarding same (.4).

05/13/03 DeMarchi Sleigh Continue to prepare exposure       4.70
                        history at each report of Harashe
                        and Kordus plaintiffs for expert.

172573  W. R. Grace & Co.                                    Invoice Number   1046557
60028   ZAI Science Trial                                    Page   10
         June 30, 2003

   Date   Name                                                              Hours
 --------  -----------                                                      -----

 05/13/03  Restivo          Review collected materials (1.0);        4.00
                            draft status report (1.5); calls
                            with J. Bentz, D. Cameron, E.
                            Westbrook re: status report to
                            Court (0.5); file status report
                            (0.5); review new science article
                            (0.5).

 05/14/03  Atkinson         Review Reliance Materials lists          3.40
                            and search Internet to provide
                            copies to Claimants' counsel
                            (2.6); review files in preparation
                            for expert depositions (.8).

 05/14/03  Bentz            Preparation for defense of expert        5.50
                            deposition (1.5); conferences with
                            D. Cameron and client regarding
                            response to request for additional
                            materials (.5); letter regarding
                            response to request for additional
                            materials (.5); scheduling expert
                            depositions (1.1); drafting case
                            status report (1.3); review of
                            correspondence from claimants'
                            counsel regarding reliance
                            materials (.6).

 05/14/03  Cameron          Respond to discovery issues raised       2.70
                            by ZAI claimants (.4); telephone
                            call with R. Finke regarding same
                            (.5); review FOIA request
                            materials (.4); telephone call
                            with J. Bentz regarding deposition
                            scheduling (.3); review reliance
                            materials relating to preparation
                            for upcoming expert depositions
                            (1.1).

 05/14/03  DeMarchi Sleigh  Continue to prepare exposure             3.30
                            history at each report of Harashe
                            and Kordus plaintiffs.

 05/14/03  Flatley          Messages from/to Dr. Ilgren and R.        .10
                            Senftleben.

 05/14/03  Turkaly          Review updated set of Debtor's           1.50
                            experts' reliance materials and
                            revise comprehensive list of same.

172573  W. R. Grace & Co.                              Invoice Number   1046557
60028   ZAI Science Trial                              Page   11
        June 30, 2003

    Date    Name                                                       Hours
  -------- -----------                                                  -----


05/15/03 Atkinson            Meeting with J. Bentz re: reliance     3.60
                             materials for Dr. Ilgren
                             deposition and in response to J.
                             Ward letters (.3); searches on
                             internet re: reliance materials
                             relating to Dr. Ilgren (2.6);
                             drafting letter to J. Ward re:
                             additional reliance materials
                             relating to Dr. Ilgren (.5);
                             locating journal article for Dr.
                             Ilgren (.2).


05/15/03 Bentz               Work on revisions to findings of       4.70
                             fact and conclusions of law (1.0);
                             scheduling expert depositions
                             (1.1); correspondence with
                             claimants' counsel regarding
                             expert reliance materials and
                             meeting with M. Atkinson regarding
                             same (1.7); review of expert
                             reliance materials (.9).


05/15/03 Cameron             Prepare for and meet with J.           3.40
                             Restivo regarding trial
                             preparation outline and revisions
                             to memo (.9); multiple telephone
                             calls with R. Finke regarding
                             expert deposition issues (.6);
                             review correspondence regarding
                             same (.4); prepare outlines for
                             expert witness preparation
                             sessions (.9); review expert
                             reports in preparation for same
                             (.6).


05/15/03 DeMarchi Sleigh     Complete exposure history at each      6.00
                             report of Harashe and Kordus
                             plaintiffs.


05/15/03 Flatley             Messages from/to Dr. Ilgren re:        2.90
                             preparation (.20); call with Dr.
                             Ilgren (1.00); call with R.
                             Senftleben re: medical witness
                             preparation (.80); with M.
                             Atkinson re: reliance materials
                             (.10); organizing re: witness
                             preparation (.80).

172573 W. R. Grace & Co.                          Invoice Number   1046557
60028  ZAI Science Trial                          Page   12
       June 30, 2003

    Date    Name                                                    Hours
 --------  -----------                                              -----

05/15/03  Miller          Review case law regarding proof of        1.50
                          contamination in asbestos lawsuits.

05/15/03  Restivo         Meeting with D. Cameron (1.2) and         2.50
                          dictate trial preparation
                          assignments (0.8); review status
                          report to court (0.5).

05/15/03  Turkaly         Review and digest T. Hamilton's          3.50
                          deposition (3.0); Internet
                          research to respond to J. Ward's
                          letter re: reliance materials (.5).

05/16/03  Atkinson        Summarizing February 19, 2003            4.30
                          deposition of James McMurchie
                          (2.2); preparing synopsis of
                          McMurchie deposition re: exposure
                          renovation, access to attic (.9);
                          letter to J. Ward enclosing
                          additional materials relied upon
                          by Dr. Ilgren (1.2).

05/16/03  Bentz           Scheduling expert depositions            3.60
                          (.6); letter to claimants' counsel
                          regarding expert reliance
                          materials (.5); work on proposed
                          findings of fact and conclusions
                          of law (2.5).

05/16/03  Cameron         Telephone call with R. Finke              .60
                          regarding expert issues (.2);
                          e-mails regarding open discovery
                          issues (.4).

05/16/03  Condo           Research and analysis regarding           .50
                          legal and epidemiological support
                          for Daubert motions.

05/16/03  Culleiton       Review and analyze Ewing                 4.00
                          deposition transcript and exhibits.

05/16/03  Flatley         Organizing re: Dr. Ilgren                2.20
                          deposition preparation (2.0); call
                          with J. Bentz re: Anderson
                          documents (.20).

05/16/03  Miller          Further review of asbestos               3.50
                          contamination case law.

172573 W. R. Grace & Co.                    Invoice Number  1046557
60028  ZAI Science Trial                    Page  13
       June 30, 2003

| Date | Name | | Hours |
|------|------|--|-------|

05/16/03 Muha         Research for additional cases in      2.80
                      which Claimants' experts have been
                      subject to Daubert motions.

05/16/03 Restivo      Dictate memos re: experts.            1.00

05/17/03 Cameron      Review M. Corn report in               .70
                      preparation for conference call
                      with Dr. Corn.

05/17/03 Miller       Review of asbestos liability case     2.50
                      law.

05/19/03 Atkinson     Drafting letter to E. Westbrook       2.70
                      re: Dr. Anderson reliance
                      materials (.5); requesting
                      additional articles, papers for
                      Dr. Ilgren re: his deposition
                      (1.2); telephone calls requesting
                      articles for Dr. Ilgren (.3);
                      collecting Dr. Corn reliance
                      materials (.4); prepare Lee's
                      report and videos for J. Bentz
                      (.3).

05/19/03 Bentz        Conferences regarding expert          1.60
                      disclosures (.4); preparation for
                      Van Cura deposition (1.2).

05/19/03 Butcher      Phone call from D. Johnson re:         .20
                      FOIA request (.1); e-mail to D.
                      Cameron re: FOIA requests (.1).

05/19/03 Cameron      Telephone call with R. Finke          2.90
                      regarding expert preparation
                      issues (.4); prepare for meeting
                      with consultant regarding
                      deposition preparation (.9); meet
                      with J. Bentz regarding issues
                      associated with Van Cura
                      deposition (.3); review materials
                      regarding same (.8); multiple
                      e-mails regarding upcoming expert
                      depositions (.5).

05/19/03 Culleiton    Review and analyze Ewing             7.00
                      deposition transcript (2.2); draft
                      summary for use in motions and
                      briefs (4.8).

172573 W. R. Grace & Co.                          Invoice Number   1046557
60028  ZAI Science Trial                          Page   14
       June 30, 2003

| Date | Name | | Hours |
|------|------|--|-------|

05/19/03 Flatley     Preparation for Dr. Ilgren          9.60
                     deposition, including review of
                     e-mails, reviewing transcripts,
                     reviewing medical literature, and
                     calls with Dr. Ilgren and R.
                     Senftleben (7.30); prepare for D.
                     Hughson call (1.30); call with R.
                     Senftleben and Dr. Hughson (1.00).

05/19/03 Turkaly     Review and digest T. Hamilton's     5.00
                     deposition.

05/20/03 Atkinson    Preparing materials re: expert      4.30
                     depositions (2.0); locating
                     materials for D. Cameron re: M.
                     Corn deposition (1.3); continuing
                     to summarize James McMurchie
                     deposition (1.0).

05/20/03 Bentz       Review of simulations in            4.80
                     preparation for Van Cura
                     deposition (3.0); review of
                     depositions of plaintiff's fact
                     witnesses and contractor experts
                     (1.80).

05/20/03 Butcher     Phone call to D. Johnson re:  FOIA   .90
                     request (0.2); draft appeal of
                     EPA's partial denial (0.5); review
                     depositions of R. Hatfield and W.
                     Longo re:  criticisms of Dr.
                     Corn's report (0.2).

05/20/03 Cameron     Review extensive materials in       5.20
                     preparation for meeting with
                     testifying expert concerning
                     deposition preparation (3.9);
                     review e-mails and correspondence
                     regarding FOIA (.4); telephone
                     call and e-mails with R. Finke
                     regarding expert preparation
                     issues (.7); meet with M. Atkinson
                     regarding deposition preparation
                     materials (.2).

05/20/03 Culleiton   Review and analyze Ewing            9.00
                     deposition (4.7); identify
                     portions of Ewing's testimony
                     regarding criticisms of Corn

| Date | Name | | Hours |
| --- | --- | --- | --- |
| | | report (1.1); prepare and revise Ewing deposition summary for use in motions and briefs (3.2). | |
| 05/20/03 | Flatley | Preparation for Dr. Ilgren meeting and deposition (7.50); meet with Dr. Ilgren and R. Senftleben (1.00). | 8.50 |
| 05/20/03 | Miller | Review case law regarding asbestos contamination and liability issues. | 2.50 |
| 05/20/03 | Turkaly | Continue to review and digest T. Hamilton's deposition. | 7.00 |
| 05/21/03 | Atkinson | Searches on internet re: EPA attic insulation awareness campaign and for copies of documents cited in EPA press release with e-mail for distribution (1.6); reviewing 2000 hearing exhibits re: EPA chart (.2); preparing materials for experts' depositions (1.9). | 3.70 |
| 05/21/03 | Bentz | Review of claimants' discovery responses and work on findings of fact and conclusions of law (3.9); corresponding with claimants' counsel regarding depositions (.8); review of EPA announcement regarding ZAI (.8). | 5.50 |
| 05/21/03 | Cameron | Prepare for and meet with testifying expert regarding deposition preparation issues. | 4.80 |
| 05/21/03 | Culleiton | Review and analyze proposed findings of fact and conclusions of law (1.1); review case assignments memo (.4); review and analyze Gobbell deposition for summary judgment issues (2.5). | 4.00 |
| 05/21/03 | Flatley | Meet with Dr. Ilgren and R. Senftleben for deposition preparation. | 8.90 |
| 05/21/03 | Miller | Further review of case law regarding asbestos contamination. | 2.20 |

172573 W. R. Grace & Co.                        Invoice Number  1046557
60028  ZAI Science Trial                        Page  16
       June 30, 2003

      Date   Name                                              Hours
    -------- -----------                                       -----

    05/21/03 Turkaly        Internet research re: EPA's press    2.00
                            release re: attic insulation and
                            the Versar, Inc. report

    05/22/03 Atkinson       Collecting reliance materials        4.20
                            relating to Dr. Corn's expert
                            report (3.2); reviewing
                            EPA/ATSDR/NIOSH websites re: May
                            21 consumer awareness program re:
                            vermiculite (.5); collecting
                            reliance materials relating to Dr.
                            Anderson (.5).

    05/22/03 Bentz          Review of EPA press releases         3.90
                            (1.5); scheduling experts'
                            depositions (.6); preparation for
                            expert depositions (1.8).

    05/22/03 Cameron        Review materials relating to EPA     3.00
                            press release and related
                            materials (1.4); telephone call
                            with R. Finke regarding same (.3);
                            review materials for upcoming
                            expert depositions and preparation
                            meetings (.9); meet with M.
                            Atkinson regarding same (.4).

    05/22/03 Culleiton      Review and analyze Gobbell           1.50
                            deposition (.9); prepare Gobbell
                            deposition summary for use in
                            motions (.6).

    05/22/03 Flatley        With Dr. Ilgren and R. Senftleben   10.00
                            before deposition (2.20);
                            defending Dr. Ilgren deposition
                            with R. Senftleben (7.00); follow
                            up on deposition with Dr. Ilgren
                            and R. Senftleben on return to
                            airport (.80).

    05/22/03 Turkaly        Internet research re: C. Whitman's   8.00
                            resignation (1.5); review articles
                            re: resignation (.5); prepare
                            memorandum re: C. Whitman's
                            resignation (.5); continue to
                            review and digest T. Hamilton's
                            deposition (4.5); obtain and
                            review reliance materials for Drs.
                            Anderson and Corn (1.0).

172573 W. R. Grace & Co.                        Invoice Number  1046557
60028  ZAI Science Trial                        Page  17
       June 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|

05/23/03 Atkinson    Letter to Mr. Westbrook enclosing      1.20
                     additional miscellaneous reliance
                     materials for expert depositions
                     (1.2).

05/23/03 Bentz       Work on proposed findings of fact      4.70
                     and conclusions of law (3.0);
                     scheduling depositions (.5);
                     preparation for expert depositions
                     (1.20).

05/23/03 Butcher     Summarize deposition of Dr. Longo      2.10
                     for use in motions and briefs.

05/23/03 Cameron     Continued preparation for expert       1.60
                     meetings relating to upcoming
                     depositions (.9); continued review
                     of new pronouncements from EPA and
                     other government agencies (.7).

05/23/03 Culleiton   Finalize Gobbell deposition            1.00
                     summary.

05/23/03 Flatley     Reorganizing after Philadelphia         .60
                     trip, including reviewing e-mails
                     re: expert deposition issues
                     (.40); meet with D. Cameron re:
                     same (.20).

05/23/03 Muha        Address issues re: admissibility        .20
                     of expert testimony.

05/23/03 Turkaly     Continue to review and digest T.       7.00
                     Hamilton's deposition (4.9);
                     internet research re: S.
                     Moolgavkar articles (2.1)

05/24/03 Cameron     Review expert report and telephone     1.30
                     call with R. Finke regarding same
                     (.7); review materials for witness
                     preparation meeting (.6).

05/24/03 Miller      Further review of case law             2.50
                     regarding asbestos contamination.

05/25/03 Atkinson    Preparing file materials re:           1.00
                     expert depositions.

05/26/03 Butcher     Draft deposition summaries for Dr.     5.70

| Date | Name | | Hours |
|------|------|--|-------|
| | | Longo (3.30) and R. Hatfield (2.40) for use in motions. | |
| 05/26/03 | Culleiton | Prepare Hays deposition summary. | 7.20 |
| 05/26/03 | Restivo | Reading correspondence, e-mails from week of 5/19 relating to ZAI Science Trial. | .50 |
| 05/27/03 | Bentz | Review of documents in preparation for Van Cura deposition (3.0); scheduling expert depositions (.5); conference with R. Finke and D. Cameron regarding preparation for expert depositions (1.30); preparation for Van Cura deposition (1.5). | 6.30 |
| 05/27/03 | Butcher | Draft portions of deposition summary of Richard Hatfield for use in motions (5.10); review letter sent from EPA re: FOIA request and e-mail to D. Cameron re: letter (.10). | 5.20 |
| 05/27/03 | Cameron | Prepare for and participate in conference call with R. Finke and expert witness regarding deposition and report issues (1.4); prepare for expert deposition in Baltimore (.6); meet with J. Bentz and telephone call with R. Finke regarding D. Van Cura deposition (.7); review materials relating to Van Cura deposition (.9); meet with J. Restivo regarding open issues (.5). | 4.10 |
| 05/27/03 | Flatley | Meet with J. Bentz re: Ilgren depositions (.10); e-mails re: Dr. Hughson scheduling (.30). | .40 |
| 05/27/03 | Muha | Review cases in which Longo's testimony has been excluded on Daubert grounds. | .90 |
| 05/27/03 | Restivo | Review expert depositions (1.0); review new federal releases (1.5); | 3.00 |

172573 W. R. Grace & Co.                    Invoice Number  1046557
60028  ZAI Science Trial                    Page  19
       June 30, 2003

     Date   Name                                              Hours
    -------- -----------                                      -----

                        review correspondence from week of
                        5/19 relating to Science Trial
                        issues (0.5).

05/27/03 Turkaly        Review and digest J. Kilpatrick's      7.50
                        deposition (4.5); review and
                        digest T. Hamilton's deposition
                        (3.0)

05/28/03 Bentz          Scheduling depositions (.5);           4.60
                        review of materials in preparation
                        for Van Cura deposition (3.0);
                        preparation of direct examination
                        for Van Cura deposition (1.1).

05/28/03 Butcher        Draft portions of deposition           2.50
                        summary for Richard Hatfield for
                        use in Daubert motions and briefs.

05/28/03 Cameron        Prepare for expert deposition in       2.90
                        Baltimore (.9); telephone call
                        with J. Bentz and R. Finke
                        regarding Van Cura deposition
                        (.5); telephone call with R. Finke
                        regarding deposition in Baltimore
                        (.4); review of materials
                        regarding EPA and NIOSH
                        pronouncements (1.1).

05/28/03 Culleiton      Prepare Ewing, Hays and Gobbell         .80
                        deposition materials for review by
                        Lee and  Anderson.

05/28/03 Muha           Review various of Debtors' and        3.90
                        Claimants' counsel's fee
                        application filings and prepare
                        supplemental budget report for
                        Science Trial proceeding (2.6);
                        review and analyze portions of
                        Longo deposition transcript for
                        Daubert issue research (1.3).

05/28/03 Turkaly        Review and digest J. Kilpatrick's     6.00
                        deposition.

05/29/03 Bentz          Meeting with D. Van Cura in           7.60
                        Chicago and preparation for
                        deposition.

| Date | Name | | Hours |
|------|------|---|-------|
| 05/29/03 | Butcher | Continued summary of Richard Hatfield deposition (5.60); phone call to M. Cohn re: FOIA request (.10); review materials re: EPA press release (.10). | 5.80 |
| 05/29/03 | Cameron | Prepare for and meet with R. Finke regarding open issues for science trial (.7); attend and defend Dr. M. Corn at deposition (5.0); meet with Dr. Corn and R. Finke regarding same (.9); prepare summary of deposition (.7); telephone call with J. Bentz and R. Finke regarding Van Cura deposition (.5). | 7.80 |
| 05/29/03 | Flatley | Call with W. Sparks and follow up on call (.70); review Sparks e-mail and respond (.40); organizing in preliminary preparation for Hughson deposition (1.30); meet with J. Restivo (.20). | 2.60 |
| 05/29/03 | Restivo | Review recent deposition transcripts (1.5); update memos (1.0). | 2.50 |
| 05/29/03 | Turkaly | Review and digest J. Kilpatrick's deposition (3.0); review and digest E. Wood's deposition (3.0). | 6.00 |
| 05/30/03 | Atkinson | Copies of materials to D. Cameron in preparation for Dr. Anderson and Dr. Lee depositions (1.4); prepare list of experts for K. Condo (.3); summarizing exposure information on homeowners' depositions (.8). | 2.50 |
| 05/30/03 | Bentz | Final preparation for and attending the deposition of D. Van Cura in Chicago (6.8); conference with K. Condo and review of correspondence regarding dispositive motions (.6). | 7.40 |
| 05/30/03 | Butcher | Finalize deposition summary of R. Hatfield for use in motions and briefs (1.40); draft letter to M. | 1.60 |

172573  W. R. Grace & Co.                          Invoice Number  1046557
60028   ZAI Science Trial                          Page  21
        June 30, 2003

     Date    Name                                                    Hours
     -------- -----------                                            -----

                         Cohn re: FOIA request (.20).

05/30/03 Cameron         Telephone conversation with R.              3.10
                         Finke re: Van Cura deposition
                         (.30); telephone conversation with
                         multiple experts re: deposition
                         scheduling (.30); telephone
                         conversation with J. Restivo re:
                         expert deposition issues (.40);
                         review materials from M. Corn
                         deposition and continue summary
                         (.80); review materials relating
                         to B. Anderson and R. Lee re:
                         upcoming deposition prep (1.30).

05/30/03 Condo           Research and analysis regarding              .40
                         legal and epidemiological support
                         for Daubert motions.

05/30/03 Culleiton       Continued review and analysis of           4.00
                         Hays deposition (1.4) and
                         preparation of summary for use in
                         dispositive motions (2.6).

05/30/03 Flatley         Review e-mail and message in                .30
                         response (.10); call with R.
                         Senftleben and preparation for
                         5/31 conference call (.20).

05/30/03 Turkaly         Review and summarize E. Wood's             3.00
                         deposition

                                                            ------
                                           TOTAL HOURS      609.40


TIME SUMMARY                  Hours          Rate           Value
------------------------      ------------------------      --------
James J. Restivo Jr.          64.00  at  $  475.00  =   30,400.00
Lawrence E. Flatley           67.80  at  $  440.00  =   29,832.00
Douglas E. Cameron            97.90  at  $  430.00  =   42,097.00
James W Bentz                 83.70  at  $  335.00  =   28,039.50
Kathy K. Condo                 3.90  at  $  385.00  =    1,501.50
Lisa D. DeMarchi Sleigh       20.80  at  $  207.21  =    4,310.00
Jayme L. Butcher              41.80  at  $  200.00  =    8,360.00
Andrew J. Muha                11.60  at  $  200.00  =    2,320.00
Joseph E. Culleiton           81.30  at  $  235.00  =   19,105.50
Rosa Copeland Miller          15.40  at  $  230.00  =    3,542.00
Maureen L. Atkinson           50.40  at  $  125.00  =    6,300.00

```
172573 W. R. Grace & Co.                    Invoice Number  1046557
60028  ZAI Science Trial                    Page  22
         June 30, 2003


     Robert H Radcliffe          .80  at  $   95.00  =      76.00
     Christine H. Turkaly      70.00  at  $   95.00  =   6,650.00

                           CURRENT FEES                  182,533.50
                                                        ------------
                           TOTAL BALANCE DUE UPON RECEIPT  $ 182,533.50
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1046393
5400 Broken Sound Blvd., N.W.        Invoice Date         06/30/03
Boca Raton, FL 33487                 Client Number          172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          3,559.50

            TOTAL BALANCE DUE UPON RECEIPT        $ 3,559.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1046393
5400 Broken Sound Blvd., N.W.        Invoice Date      06/30/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 05/02/03 | Lord | Draft e-mail and prepare hard copy service for March monthly fee application (.3); draft Certificate of Service for same (.1). | .40 |
| 05/02/03 | Muha | Extensive revisions to 21st Monthly Fee/Expense Details (1.7); work with billing department to correct problems with 21st Monthly Fee Application (0.6). | 2.30 |
| 05/05/03 | Keuler | Reviewed e-messages re: quarterly application. | .10 |
| 05/05/03 | Lord | Assist P. Lykens with preparation of Quarterly fee application. | .80 |
| 05/05/03 | Muha | Revise sections of the 21st Monthly Fee Application and make preparations for 8th Quarterly Application. | .70 |
| 05/06/03 | Muha | Prepare and review materials for 8th Quarterly Fee Application. | 1.10 |
| 05/07/03 | Keuler | Reviewed and revised monthly fee application. | .40 |
| 05/07/03 | Lord | Revise and e-file Reed Smith Monthly Fee Application (1.0); discuss same with R. Keuler (.1); perfect hard and electronic service for same (.6). | 1.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1046393
60029  Fee Applications-Applicant           Page   2
       June 30, 2003
```

| Date | Name | | Hours |
|------|------|---|------|

| 05/08/03 | Lankford | Perform calculations regarding Reed Smith's Eighth Quarterly Fee Application (1.0); confer with J. Lord regarding same (.2). | 1.20 |
| 05/08/03 | Lord | Review and revise quarterly fee application (1.4); revise notice of application (.3); prepare service for application (.3); prepare certificates of service for same (.2); discuss same with L. Lankford (.2). | 2.40 |
| 05/09/03 | Keuler | Review and revise quarterly fee application. | 1.00 |
| 05/09/03 | Lankford | Scan, electronically file and complete service regarding Reed Smith's Eighth Quarterly Fee Application. | 1.50 |
| 05/10/03 | Muha | Begin revisions of DBR for 22nd Monthly Fee Application. | 1.30 |
| 05/18/03 | Muha | Begin revisions to DBR for incorporation into 22nd Monthly Fee Application. | 2.40 |
| 05/30/03 | Muha | Extensive revisions to 22nd Monthly Fee Application time and expense description entries. | 3.20 |

```
                                                          ------
                                         TOTAL HOURS       20.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 11.00 | at $ | 200.00 | = | 2,200.00 |
| Richard A. Jr. Keuler | 1.50 | at $ | 250.00 | = | 375.00 |
| John B. Lord | 5.30 | at $ | 145.00 | = | 768.50 |
| Lisa Lankford | 2.70 | at $ | 80.00 | = | 216.00 |

```
                     CURRENT FEES                         3,559.50
                                                       ------------
                     TOTAL BALANCE DUE UPON RECEIPT     $ 3,559.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1046394
One Town Center Road                    Invoice Date      06/30/03
Boca Raton, FL    33486                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

   Fees                                200.00

                         TOTAL BALANCE DUE UPON RECEIPT        $ 200.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1046394
One Town Center Road                     Invoice Date        06/30/03
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60030

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 30, 2003

   Date    Name                                              Hours
-------- -----------                                         -----

05/14/03 Keuler        Drafted e-message to D. Cameron,        .60
                       A. Muha and J. Restivo re: call-in
                       information (.2); began process of
                       setting up telepone appearance
                       (.1); telephone call to Court and
                       Debtor's counsel (.3).

05/16/03 Keuler        Telephone call and e-messages with     .20
                       co-counsel to finalize information
                       regarding Monday's hearings.

                                                            ------
                                       TOTAL HOURS            .80


TIME SUMMARY              Hours        Rate        Value
-----------------------  ----------------------   -------
Richard A. Jr. Keuler      .80  at $  250.00  =   200.00

                            CURRENT FEES                      200.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $ 200.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1046392
5400 Broken Sound Blvd., N.W.        Invoice Date       06/30/03
Boca Raton, FL 33487                 Client Number        172573

=========================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                          4,545.00

              TOTAL BALANCE DUE UPON RECEIPT      $ 4,545.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1046392
5400 Broken Sound Blvd., N.W.         Invoice Date       06/30/03
Boca Raton, FL 33487                  Client Number        172573
                                      Matter Number         60027


========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 30, 2003

   Date   Name                                              Hours
 -------- -----------                                       -----


05/01/03 Flatley        Return travel to Pittsburgh from     3.00
                        deposition in Wisconsin (one-half
                        time).

05/04/03 Cameron        Travel to Atlanta for depositions    1.20
                        and meeting with R. Finke
                        (one-half time).

05/09/03 Cameron        Return to airport and return to      1.70
                        Pittsburgh (one-half time).

05/21/03 Cameron        Travel to and from Pittsburgh to     2.00
                        Baltimore and airport time for
                        meeting with testifying expert
                        (one-half time).

05/28/03 Cameron        Travel to Airport and Baltimore      1.50
                        for deposition of M. Corn
                        (one-half time).

05/29/03 Cameron        Travel to airport and return to      1.10
                        Pittsburgh (one-half time).

                                                            ------
                                            TOTAL HOURS      10.50


TIME SUMMARY                 Hours        Rate         Value
------------------------    --------    ----------    -------
Lawrence E. Flatley          3.00  at $  440.00  =    1,320.00
Douglas E. Cameron           7.50  at $  430.00  =    3,225.00

                    CURRENT FEES                       4,545.00

172573  W. R. Grace & Co.
60027   Travel-Nonworking
        June 30, 2003

Invoice Number   1046392
Page    2

                                            ------------
            TOTAL BALANCE DUE UPON RECEIPT        $ 4,545.00
                                            ============