**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK &**
**BRICKMAN, LLC FOR THE EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Eighth Interim Period (the "Application").

**BACKGROUND**

1. Richardson Patrick Westbrook & Brickman LLC ("RPWB") was appointed as lead special counsel to ZAI Claimants. In the Application RPWB seeks approval of fees totaling $608,141.50 and costs totaling $166,979.50 for its services from January 1, 2003, through March 31, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on RPWB an initial report based on our review, and received a response from RPWB, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. We note that the Application was generally free of lumping and instances of inadequate detail.

### Specific Time and Expense Entries

4. In our initial report, we noted that Hambleton ($75), Carr ($125) and Hughes ($125) all worked on summarizing one or more of the Julie Yang depositions.  The total time spent was 32.0 hours for $3,650.00.  (See Exhibit A.)  The U.S. Trustee Guidelines paragraph, I.E. states ". . . [i]n evaluating fees for professional services, it is relevant to consider various factors including the following: . . . whether the services were necessary to the administration of, or beneficial towards the completion of, the case at the time they were rendered; whether services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;. . ."  We asked RPWB to examine Exhibit A and explain the need for three paraprofessionals to work on these summaries and why that work did not constitute a duplication of effort. RPWB responded as follows:

> Julie Yang was for many years the chief of Grace''s microscopy laboratory. As such, she is a central figure in the ZAI controversy which we are now investigating. Issues have arisen during our investigation concerning Grace''s method of measuring

asbestos in ZAI, special counting rules developed by Dr. Yang for use only by Grace (which made Grace''s asbestos fiber counts different from fiber counts used by standard methods) , Dr. Yang''s characterization of the Libby, Montana vermiculite as containing fibrous asbestos (which Grace''s currently retained expert has questioned), scientific back-up provided by Dr. Yang to Grace for its representations to regulatory agencies concerning ZAI (which we have reason to question), etc. Prior to Dr. Yang''s deposition, which was held on February 20, 2003 (and in preparation for our ZAI motions due on July 7, 2003), it was necessary to undertake a comprehensive review of her prior testimony. Because she had been one of the most frequently deposed Grace scientists, and was especially central to the ZAI issues, we put a number of people on the project. As shown on the attached sheet, these individuals did not duplicate effort. Rather, they worked on six different prior Yang depositions during the time period you questioned.

We hope that this explanation is sufficient to satisfy your responsibility to determine that the work was not duplicative.

We appreciate the response and have no objection to these fees.

5. In our initial report, we noted two airfare expenses totaling $3,862.50 that, without greater detail, appear excessive. The entries are provided below.

| 02/21/2003 | 200106 | Zonolite Science Trial | $2,001.18 | 1.00 | $2,001.18 |
|---|---|---|---|---|---|
| bwood | | Bobby Wood - Travel to Minneapolis, MN February 18-19, to attend deposition of James McMurchie. This charge includes: | | | |
| | | Airfare - $1,672.00 | | | |
| 02/25/2003 | 200106 | Zonolite Science Trial | $2,825.33 | 1.00 | $2,825.33 |
| jward | | James L. Ward, Jr. - Travel to San Francisco, CA February 19-21, 2003 for deposition of Julie Yang. This charge includes: | | | |
| | | Airfare - $2,190.50 | | | |

Paragraph II.E.1. of the Guidelines states, ". . .[f]actors relevant to a determination that the expense is proper include the following: 1. Whether the expense is reasonable and economical. For example, first class and other luxurious travel mode or accommodations will normally be objectionable." We

asked RPWB to forward documentation that both airfares were purchased for coach or economy class. RPWB did forward the necessary documentation, and thus we have no objection to these expenses.

6. Finally, we note that RPWB adjusted its meal and hotel expense ceilings to conform to the guidelines suggested in our prior reports. We appreciate this adjustment.

## CONCLUSION

7. Thus, we recommend approval of fees totaling $608,141.50 and costs totaling $166,979.50 for RPWB's services from January 1, 2003, through March 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 2nd day of July, 2003.

/s/ Warren H. Smith
Warren H. Smith

Exhibit A

| Date | Code | | Matter | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/07/2003 lhambleton | 200106 0000 | | Zonolite Science Trial Summarize Yang deposition. | $75.00 | 1.50 | $112.50 |
| 02/07/2003 kcarr | 200106 0000 | | Zonolite Science Trial Summarizing of Yang deposition in previous case for upcoming deposition. | $125.00 | 3.00 | $375.00 |
| 02/10/2002 kcarr | 200106 0000 | | Zonolite Science Trial Summarizing of Yang deposition in a previous case. | $125.00 | 6.00 | $750.00 |
| 02/10/2003 chughes | 200106 0000 | | Zonolite Science Trial Summarize Julie Yang prior deposition (5.0);... | $125.00 | 7.90 | $987.50 |
| 02/10/2003 lhambleton | 200106 0000 | | Zonolite Science Trial Summarize past Yang deposition for upcoming deposition. | $75.00 | 4.00 | $300.00 |
| 02/11/2003 lhambleton | 200106 0000 | | Zonolite Science Trial Summarize past Yang deposition for upcoming deposition. | $75.00 | 1.50 | $112.50 |
| 02/12/2003 chughes | 200106 0000 | | Zonolite Scinece Trial ...summarize Julie Yang deposition(5.5) | $125.00 | 6.80 | $850.00 |
| 02/12/2003 kcarr | 200106 0000 | | Zonolite Science Trial Conducted summarizing one of Yang depositions in previous case. | $125.00 | 3.00 | $375.00 |
| 02/13/2003 chughes | 200106 0000 | | Zonolite Science Trial ...finish summarizing Julie Yang deposition (1.5)... | $125.00 | 7.40 | $925.00 |
| 02/28/2003 chughes | 200106 0000 | | Zonolite Science Trial ...continue summarizing Julie Yang prior depositions (1.0)... | $125.00 | 6.50 | $812.50 |

**SERVICE LIST**
Notice Parties

**The Applicant**

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina 29401

**Co-Counsel for ZAI Claimants**

William D. Sullivan, Esq.
Charles J. Brown, III, Esq.
Elzufon, Austin, Reardon, Tarlov & Mondell, PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

**FEE AUDITOR'S FINAL REPORT** - Page 6
wrg FR Richardson 8int 1-3.03.wpd

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801