## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**July 22, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
    **if objections are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

FTI Policano & Manzo ("FTI"), Financial Advisors to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Twenty-Sixth Interim Application

of FTI, Financial Advisors to the Committee, for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses incurred for the period May 1, 2003 through

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

May 31, 2003, seeking compensation in the amount of $56,296.80 and reimbursement for actual

and actual and necessary expenses in the amount of $847.39 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in

writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before

**July 22, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors,

James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois

60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official

Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael

R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington,

Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena,

Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry &

Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to

the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-

8000); and (vii) the Office of the United States Trustee, Attn:  Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee

Auditor, to Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul,

Suite 4080, Dallas, TX 75201.

**(REMINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated:  Wilmington, DE
        July 2, 2003

**RESPECTFULLY SUBMITTED,**

_____/s/_____
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:       lkruger@Stroock.com

Co-Counsel for the Official Committee of Unsecured Creditors
of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., <u>et al.</u>,                Case No.  01-01139 (JKF)
                                                (Jointly Administered)

            Debtors

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)</u>

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2003 through May 31, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $70,371.00): | $56,296.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $847.39 |

This is an:  <u>  X   </u>  interim  _____  final application

The total time expended for fee application preparation activities is approximately 19.8 hours and corresponding compensation requested is approximately $3,383.20 (80% of the fees incurred of $4,229.00).  The time expended included approximately 3.9 hours spent on preparation of the twenty-fourth and twenty-fifth monthly interim fee applications and approximately 5.1 hours on preparation of the quarterly fee application.  In addition, a paraprofessional spent 10.8 hours assisting in the preparation of the various fee applications.

This is the twenty-sixth application filed.  Disclosure for prior periods and current period is as follows:

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)
**ATTACHMENT A
TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)
### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |

4

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 6.1 | $3,629.50 |
| S. Cunningham | $550 | 23.5 | $12,925.00 |
| C. Whitney | $425 | 55.7 | $23,672.50 |
| L. Hamilton | $375 | 69.8 | $26,175.00 |
| J. Schwendeman | $350 | 6.0 | $2,100.00 |
| M. Hakoun | $165 | 4.6 | $759.00 |
| N. Backer | $ 75 | 14.8 | $1,110.00 |
|  |  |  |  |
| Grand Total: |  | 180.5 | $70,371.00 |
| Blended Rate: | $   390 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 149.6 | $62,569.50 |
| 8 | Case Administration | 4.0 | $300.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 7.1 | $3,272.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 19.8 | $4,229.00 |
|  |  |  |  |
|  | Total | 180.5 | $70,371.00 |

**TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $501.00 |
| Facsimiles | $0.00 |
| Telecommunications | $346.39 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $847.39 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period May 1, 2003 through May 31, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 6.1 | $ 595 | 3,629.50 |
| S. Cunningham | 23.5 | $ 550 | 12,925.00 |
| C. Whitney | 55.7 | $ 425 | 23,672.50 |
| L. Hamilton | 69.8 | $ 375 | 26,175.00 |
| J. Schwendeman | 6.0 | $ 350 | 2,100.00 |
| M. Hakoun | 4.6 | $ 165 | 759.00 |
| N. Backer | 14.8 | $ 75 | 1,110.00 |
| TOTAL | 180.5 | | $ 70,371.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period May 1, 2003 through May 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,629.50 | E. Ordway | | $ - | $ - | $ 2,915.50 | $ - | $ - | $ 595.00 | $ - | $ 119.00 | $ 3,629.50 |
| $ 550 | $ 12,925.00 | S. Cunningham | | - | - | 12,375.00 | - | - | 550.00 | - | - | 12,925.00 |
| $ 425 | $ 23,672.50 | C. Whitney | | - | - | 21,845.00 | - | - | 1,827.50 | - | - | 23,672.50 |
| $ 375 | $ 26,175.00 | L. Hamilton | | - | - | 22,575.00 | - | - | 300.00 | - | 3,300.00 | 26,175.00 |
| $ 350 | $ 2,100.00 | J. Schwenderman | | - | - | 2,100.00 | - | - | - | - | - | 2,100.00 |
| $ 165 | $ 759.00 | M. Halcoun | | - | - | 759.00 | - | - | - | - | - | 759.00 |
| $ 75 | $ 1,110.00 | N. Backer | | - | - | | 300.00 | - | - | - | 810.00 | 1,110.00 |
| $ | $ 70,371.00 | Totals | | $ - | $ - | $ 62,569.50 | $ 300.00 | $ - | $ 3,272.50 | $ - | $ 4,229.00 | $ 70,371.00 |

2 of 16

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period May 1, 2003 through May 31, 2003

| Rate | Fees Per Professional | | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ | 3,629.50 | E. Ordway | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 1.0 | 0.0 | 0.2 | 6.1 |
| $ 550 | $ | 12,925.00 | S. Cunningham | 0.0 | 0.0 | 22.5 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 23.5 |
| $ 425 | $ | 23,672.50 | C. Whitney | 0.0 | 0.0 | 51.4 | 0.0 | 0.0 | 4.3 | 0.0 | 0.0 | 55.7 |
| $ 375 | $ | 26,175.00 | L. Hamilton | 0.0 | 0.0 | 60.2 | 0.0 | 0.0 | 0.8 | 0.0 | 8.8 | 69.8 |
| $ 350 | $ | 2,100.00 | J. Schwendeman | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 165 | $ | 759.00 | M. Hakoun | 0.0 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.6 |
| $ 75 | $ | 1,110.00 | N. Backer | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 10.8 | 14.8 |
| | $ | 70,371.00 | Totals | 0.0 | 0.0 | 149.6 | 4.0 | 0.0 | 7.1 | 0.0 | 19.8 | 180.5 |

3 of 16

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period May 1, 2003 through May 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 149.6 | During the Fee Period we read and analyzed data regarding the global settlement, as well as analyzed information regarding the EPA Proof of Claim, and the Hatch asbestos fund legislation. We prepared a report to the Committee regarding 1st Quarter performance and a variance analysis for 1st Quarter results for filed and non-filed entities. We read and analyzed the Debtors April reporting package and compared results to the prior year. In addition, we analyzed information provided by the Debtors with respect to anticipated DIP draw for Q2. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 7.1 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the global settlement, valuation issues, and preference issues. Additionally, we discussed the Debtors' 1st Quarter 2003 performance, and anticipated DIP draw for Q2. Also discussed was the pending asbestos-related legislation, and EPA Proof of Claim filing. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 19.8 | During the Fee Period timekeeper Hamilton spent approximately 0.9 hours preparing the March fee application, 2.8 hours preparing the April fee application and approximately 5.1 hours preparing the quarterly fee application. Timekeeper Ordway spent approximately .2 hours reading and editing the March fee application. Paraprofessionals spent approximately 10.8 hours assisting in preparation of the fee application. |
| Total | | 180.5 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 16

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-May | 16 | Prepared fee application. | 0.2 |
| 1-May | 11 | Called Committee member to discuss case status. | 0.2 |
| 5-May | 4 | Read and analyzed monthly financial statements and prepared list of follow-up points. | 1.1 |
| 7-May | 4 | Read and analyzed data regarding global settlement. | 1.3 |
| 8-May | 4 | Reviewed settlement data and prepared notes to discuss on conference call. | 0.7 |
| 8-May | 11 | Participated in Committee call to discuss various issues, including global settlement. | 0.5 |
| 9-May | 4 | Prepared analysis of financial global settlement impact to Grace. | 0.8 |
| 13-May | 4 | Called Committee member to discuss global settlement. | 0.1 |
| 16-May | 4 | Read and analyzed memorandum prepared by counsel regarding global settlement. | 0.2 |
| 22-May | 11 | Called counsel to discuss valuation issues. | 0.3 |
| 28-May | 4 | Prepared and edited report to Committee regarding first quarter performance. | 0.2 |
| 29-May | 4 | Continued preparation of first quarter report. | 0.5 |
| **Total Hours** | | | 6.1 |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Sean Cunningham
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 5-May | 4 | Read and analyzed information regarding EPA Proof of claim. | 1.4 |
| 5-May | 4 | Read and analyzed summary analysis of proof of claims. | 1.1 |
| 8-May | 4 | Read and analyzed information pertaining to Debtors' anticipated DIP draw for Q2. | 1.8 |
| 8-May | 11 | Discussed information pertaining to Debtors' anticipated DIP draw for Q2 with counsel and chair. | 1.0 |
| 9-May | 4 | Read and analyzed preliminary financial information for Q1. | 0.9 |
| 9-May | 4 | Prepared analysis of Q1 performance versus peer companies. | 2.1 |
| 12-May | 4 | Prepared analysis of Q1 results versus plan in preparation for Debtors' conference call. | 3.2 |
| 15-May | 4 | Read and analyzed Debtors' information regarding Q1 earnings shortfall (U.S.) and request for DIP draw. | 1.8 |
| 16-May | 4 | Read and analyzed Q1 sales, income and expense analyses and prepared summary for report to the Committee. | 1.9 |
| 16-May | 4 | Read and analyzed data regarding Preference analysis. | 0.6 |
| 19-May | 4 | Prepared information request regarding additional data for Q1 financials. | 2.0 |
| 20-May | 4 | Prepared variance analysis Q1 results for filed and non filed entities. | 1.6 |
| 28-May | 4 | Read and analyzed information regarding Hatch asbestos fund legislation. | 1.8 |
| 30-May | 4 | Read and analyzed Debtors' April reporting package and compared results to prior year. | 2.3 |
| **Total Hours** | | | 23.5 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-May | 4 | Read and analyzed discussion materials pertaining to pending asbestos litigation. | 2.3 |
| 7-May | 11 | Attended meeting with counsel and Navigant Consulting to discuss the status of pending asbestos-related legislation. | 1.6 |
| 8-May | 4 | Engaged in phone conversations with team members regarding case status. | 0.3 |
| 8-May | 11 | Participated in Committee conference call. | 0.8 |
| 12-May | 4 | Prepared an analysis of 1st quarter 2003 cash flows compared to the Debtors' operating plan. | 1.7 |
| 12-May | 4 | Read the Debtors' 1st quarter 2003 financial statements and related discussion materials. | 4.1 |
| 12-May | 4 | Prepared a list of questions pertaining to first quarter 2003 performance to discuss with the Debtors. | 1.1 |
| 14-May | 11 | Participated in a conference call with the Debtors to discuss 1st quarter 2003 performance. | 1.3 |
| 19-May | 4 | Prepared an outline of the report to the Committee pertaining to 1st quarter 2003 performance and a summary of key messages. | 4.8 |
| 22-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 7.5 |
| 22-May | 11 | Participated in a phone conversation with the Debtors to discuss revisions to the cash flow projections. | 0.6 |
| 23-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 3.6 |
| 27-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 6.2 |
| 28-May | 4 | Drafted report to the Committee pertaining to 1st quarter 2003 performance. | 6.9 |

| | | | |
|---|---|---|---|
| 29-May | 4 | Continued to draft report to the Committee pertaining to 1st quarter 2003 performance. | 6.5 |
| 30-May | 4 | Continued to draft report to the Committee pertaining to 1st quarter 2003 performance. | 6.4 |
| | | **Total Hours** | 55.7 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-May | 11 | Discussed EPA Proof of Claim and DIP borrowings with counsel. | 0.5 |
| 2-May | 4 | Read and analyzed EPA Proof of Claim motion detail. | 1.9 |
| 2-May | 16 | Prepared summary worksheet for interim period for fee auditors. | 2.1 |
| 2-May | 4 | Revised EPA Proof of Claim analysis. | 2.3 |
| 2-May | 4 | Read and analyzed various court docket items. | 0.7 |
| 5-May | 16 | Prepared March fee application. | 0.9 |
| 7-May | 4 | Read and analyzed various court docket items. | 1.4 |
| 7-May | 16 | Prepared quarterly fee application. | 2.1 |
| 7-May | 16 | Continued to prepare quarterly fee application. | 0.8 |
| 7-May | 4 | Read and analyzed Q1 financial information provided by Debtors. | 1.7 |
| 13-May | 4 | Prepared for conference call with Debtors regarding Q1 performance. | 0.5 |
| 14-May | 4 | Participated in conference with Debtors regarding Q1 performance. | 1.0 |
| 14-May | 4 | Read and analyzed Q1 financial information provided by Debtors. | 3.3 |
| 14-May | 16 | Finalized and distributed quarterly fee application. | 0.1 |
| 15-May | 4 | Prepared schedules for report regarding Q1, including sales and gross margin bridges. | 5.7 |
| 15-May | 4 | Read and analyzed preference items at request of counsel. | 1.3 |
| 16-May | 11 | Discussed preference items with counsel. | 0.3 |
| 19-May | 4 | Continued to analyze Q1 information and prepare schedules for inclusion in report to the Committee. | 1.9 |
| 21-May | 16 | Prepared April fee application. | 0.7 |

| 22-May | 16 | Continued to prepare April fee application. | 1.2 |
| 22-May | 4 | Prepared for conference call with Debtors regarding follow-up questions for Q1. | 0.6 |
| 22-May | 4 | Participated in conference call with Debtors regarding Q1. | 0.4 |
| 22-May | 4 | Continued to prepare analyses for Q1 report to the Committee, including Corporate expenses and EBITDA. | 2.8 |
| 23-May | 4 | Continued to prepare analyses for Q1 report. | 3.2 |
| 23-May | 4 | Continued to prepare analyses and commentary for Q1 report. | 5.3 |
| 27-May | 4 | Prepared "sensitized" EBITDA analysis for Q1 report. | 2.1 |
| 27-May | 4 | Updated commentary for Q1 report. | 2.7 |
| 27-May | 4 | Prepared discussion of environmental and asbestos issues for inclusion in Q1 report. | 1.5 |
| 27-May | 16 | Continued to prepare April fee application. | 0.9 |
| 28-May | 4 | Prepared analysis of divisional results for Q1 report. | 7.6 |
| 29-May | 4 | Continued to prepare "sensitized" EBITDA analysis. | 7.0 |
| 30-May | 4 | Continued to prepare schedules and commentary for inclusion in Q1 report to the Committee. | 4.9 |
| 30-May | 4 | Distributed Debtors' April report package to the Committee. | 0.4 |
| | | **Total Hours** | 69.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-May | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.9 |
| 9-May | 4 | Analyzed recent economic releases and impact on heavy construction and asbestos-related industries. | 0.8 |
| 9-May | 4 | Analyzed recent analyst reports concerning heavy construction and asbestos-related industries regarding industry growth forecasts. | 1.3 |
| 27-May | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 2.0 |
| | | **Total Hours** | 6.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 28-May | 4 | Researched polyvinyl chloride (PVC) and vinyl chloride (VC) emissions in the United States including determination of top producers. | 1.1 |
| 28-May | 4 | Researched and analyzed various PVC/VC exposure cases and litigation.  Gathered informational releases from the EPA and HHS regarding VC. | 1.2 |
| 28-May | 4 | Read and analyzed latest new releases concerning the Debtors. | 0.5 |
| 28-May | 4 | Researched and analyzed EPA warning concerning vermiculite insulation in homes. | 1.8 |
| | | **Total Hours** | 4.6 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period May 1, 2003 through May 31, 2003

| <u>Date</u> | Task<br><u>Code</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 1-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.6 |
| 2-May | 16 | Processed time descriptions for inclusion in March fee application. | 0.4 |
| 5-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 5-May | 16 | Proofread March fee application. | 0.3 |
| 6-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 7-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 8-May | 8 | Prepared distribution of report to Committee. | 0.5 |
| 12-May | 16 | Processed time descriptions for inclusion in April fee application. | 0.3 |
| 13-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 14-May | 16 | Processed time descriptions for inclusion in April fee application. | 2.5 |
| 15-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.2 |
| 19-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.2 |
| 20-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.7 |
| 21-May | 16 | Processed time descriptions for inclusion in April fee application. | 2.0 |
| 22-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.3 |
| 27-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.7 |

| | | | |
|---|---|---|---|
| 29-May | 8 | Described and filed items received by team members into case database. | 1.1 |
| 29-May | 8 | Photocopied articles for team members. | 0.4 |
| 30-May | 16 | Processed time descriptions for inclusion in April fee application. | 0.7 |
| | | **Total Hours** | 14.8 |

**Invoice**

### W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period May 1, 2003 through May 31, 2003

| | | | |
|---|---|---|---|
| Copies: | | | |
| Internal | | $ | 501.00 |
| External | | | |
| Telecommunications: | | | |
| Telephone | | | 187.82 |
| Toll Charges | Subscriptions and online charges | | 158.57 |
| Facsimile | | | - |
| Postage, Federal Express, Airborne | | | |
| Travel Expenses: | | | |
| Transportation, lodging, tolls, parking, mileage | | | - |
| Meals | | | - |
| Total Expenses | | $ | 847.39 |

**Invoice**

\CE & CO. ET. AL.
nses by Type of Expense
1, 2003 through May 31, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 3,340 | pages @ $0.15/page: | $ | 501.00 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | 3/31/03 | E. Ordway  * | 12.02 | |
| | 4/30/03 | E. Ordway  * | 17.52 | |
| | 5/1/03 | E. Ordway | 17.10 | |
| | Telephone | | 141.18 | |
| | | | | 187.82 |
| Toll Charges: | Subscriptions and Online research fees | | | 158.57 |
| Postage, Federal Express: | | | | - |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 847.39 |

* Telephone charges from prior periods and not previously billed.