IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 1, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: September 22, 2003 at 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3892

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Eighth Interim Fee Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2003 Through March 31, 2003 (the "Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed[1].  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 1, 2003.

                                              FERRY, JOSEPH & PEARCE, P.A.

                                              /s/ Lisa L. Coggins
                                              Michael B. Joseph (#392)
                                              Theodore J. Tacconelli (#2678)
                                              Lisa L. Coggins (#4234)
                                              824 Market Street, Suite 904
                                              P.O. Box 1351
                                              Wilmington, DE. 19899
                                              (302) 575-1555
                                              Local Counsel to the Official Committee of
                                              Asbestos Property Damage Claimants

                                              -and-

---

[1] CDG may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                                        Bilzin Sumberg Baena Price & Axelrod LLP
                                        Scott L. Baena, Esq.
                                        Jay M. Sakalo, Esq.
                                        2500 First Union Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, FL 33131-2336
                                        Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

Dated: July 1, 2003