# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

I re:
W.R. GRACE & CO., et al.,
Debtors.

Chapter 11
Case No. 01-01139 (JKF)

Claiment Eddie C. Risdal Mysterybox Inc., hereby motion to intervene or to reopen the case & we motion this Court find Debtors in comtempt of court & award claiment resonable punitive damage.

Claiment claim number is CN1871 08-21-2002

### FACTS

On September 05, 2002 claiment received notice from claims Agent, Re: WR Grace, PO Box 1620, Faribault, MN 55021-1620 and was issued claim number CN1871-08-21-2002 for the claim amount of $3,500.00.

Claiment has never heard from Debtor or any other party sense Sept. 05, 2002, even though the courts time limit to file proprity damage claim run out on March 31, 2003 at 4:00 P.M.

Therefore claiment asks this Court to do the following as motioned above.

[#1] either order Debtors to pay claiment that $3,500.00 amount immeditly or for the court to either pay it out of moneys from sale of debtors assets or to forfeit Debtors ownship titles of either Land, vehical, titles in paying off claiments claim.

[#2] order Debtor to pay claiment damages in the amount of $10,000.00 or forfeit any assets to claiment as set-out in division no. one above.

Proof of Service
June 28, 2003 by
[signature]

In Faith
Eddie Charles Risdal / Mysterybox Inc.
P.O. Box 316 I.S.P. Apt. 86094
Fort Madison, Iowa 52627-0316

CLERK of The U.S. BANKRUPTCY COURT FOR The DISTRICT of DELAWARE

June 28, 2003

Dear Clerk:

Please immediately return claiment a photocopy of the attached claiments motion bearing your court identification & filing date stamped on it.

Also if any other writs of recent order are on file that may effect this claim, then please mail copies to me.

Thank You

Eddie C. Ristal / Mysteryboy Inc.
P.O. Box I.S.P. 316, Apt. 802894
Fort Madison, Iowa 52627-0316