UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Bankruptcy No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

### DECLARATION OF DARRELL W. SCOTT IN SUPPORT OF ZONOLITE ATTIC INSULATION CLAIMANTS' MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE W.R. GRACE'S CONSUMER PROTECTION LIABILITY

Darrell W. Scott makes the following declaration:

1  My name is Darrell W. Scott. I am over the age of 18, competent to testify, and provide the following information of my own personal knowledge.

2  Attached hereto as Exhibit "1" is a true and correct copy of the Expert Witness Report by Richard Hatfield and William E. Longo, Ph.D.

3.  Attached hereto as Exhibit "2" is a true and correct copy of the Expert Witness Report by Morton Corn, Ph.D.

4.  Attached hereto as Exhibit "3" is a true and correct copy of the Expert Witness Report by Dr. Richard J. Lee.

5.  Attached hereto as Exhibit "4" is a true and correct copy of an Environmental Protection Agency page entitled "Ask EPA" dated October 15, 2001.

6.  Attached hereto as Exhibit "5" is a true and correct copy of the December 28, 1970, Memo from T.A. Bjorklund, "Zonolite Attic Insulation."

7. Attached hereto as Exhibit "6" is a true and correct copy of Grace advertisements.

8. Attached hereto as Exhibit "7" is a true and correct copy of the Grace brochure entitled "Stop the Fuel Thief!"

9. Attached hereto as Exhibit "8" is a true and correct copy of the 1980 Grace data sheet re: Zonolite Attic Insulation.

10. Attached hereto as Exhibit "9" is a true and correct copy of a Grace retail display banner.

11. Attached hereto as Exhibit "10" is a true and correct copy of a Zonolite radio script provided by W.R. Grace.

12. Attached hereto as Exhibit "11" is a true and correct copy of the Grace sales booklet entitled "How You Can Save Up to 40% On Your Home Heating Costs."

13. Attached hereto as Exhibit "12" is a true and correct copy of 1980 Grace ZAI television ad/slide commercial.

14. Attached hereto as Exhibit "13" is a true and correct copy of Excerpts from Deposition of Frederick Eaton, dated February 6, 2003.

15. Attached hereto as Exhibit "14" is a true and correct copy of product packaging from Spokane, Washington, homeowners, Ernest and Doris Matthews.

16. Attached hereto as Exhibit "15" is a true and correct copy of a Grace Memo from P. Kostic to R. W. Sterrett dated March 11, 1969.

17. Attached hereto as Exhibit "16" is a true and correct copy of a Grace Memorandum to H. A. Brown dated April, 1972.

18. Attached hereto as Exhibit "17" is a true and correct copy of a Grace Memo from P. Kostic to R. A. Kulberg dated January 27, 1976.

19. Attached hereto as Exhibit "18" is a true and correct copy of a Grace Memo from B. A. Blessington to B. R. Williams dated March 16, 1977.

20. Attached hereto as Exhibit "19" is a true and correct copy of an internal W.R. Grace, Cambridge Division, Memo dated May 24, 1977, from E. S. Wood to C. E. Brookes, et al. re: Tremolite in Vermiculite.

21. Attached hereto as Exhibit "20" is a true and correct copy of a Grace Memo from B. A. Blessington to distribution list re: Caution Statement on Vermiculite Product Bags dated June 20, 1977.

22. Attached hereto as Exhibit "21" is a true and correct copy of a Grace Memo from O. M. Favorito to E.S. Wood re: Asbestos in Consumer Products dated March 27, 1980.

23. Attached hereto as Exhibit "22" is a true and correct copy of the May 17, 1976, R. H. Locke Binder Development Program.

24. Attached hereto as Exhibit "23" is a true and correct copy of the Environmental Protection Agency's Brochure entitled "Current Best Practices for Vermiculite Attic Insulation – May 2003."

25. Attached hereto as Exhibit "24" is a true and correct copy of the deposition of Thomas E. Hamilton, dated February 25, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2003.

DARRELL W. SCOTT