# EXHIBIT 6

# ZONOLITE ... THE WORLD'S MOST REMARKABLE INSULATION

## KEEPS YOUR HOME IN THE *Comfort Zone*



INSULATED ... ZONOLITED

Zonolite Makes Living Rooms Livable

Zonolite Does Away with Stifling Hot Bedrooms

Zonolite Helps Keep Children Happy and Healthy

## What is ZONOLITE?

Zonolite is a lightweight, clean material containing millions of tiny dead-air cells which stop heat passage. Zonolite also has countless brilliant reflective surfaces which reflect heat as a mirror reflects light. These dual properties make Zonolite the most efficient insulation known.

Zonolite is good for the life of your house. It is fireproof, rotproof, vermin and rodentproof, odorless, safe and absolutely permanent.

## WHERE IS ZONOLITE INSTALLED?

### IN WALLS

Zonolite can be poured or blown in the hollow spaces between the walls of your house. It flows easily around obstruction and fills every nook and corner completely ... uniformly. Trained Zonolite Appliances know exactly how to install the material quickly and neatly.

### IN FINISHED ATTICS

Zonolite can be installed in the attic so as to make it really usable for extra living quarters, maid's room, or gameroom. This space, a bake-oven in an unsulated house, becomes a second, comfortable room when Zonolited.

### IN UNFINISHED ATTICS

Zonolite is spread between attic joists, forming a thick, protective barrier against heat which, in an uninsulated house, seeps down from the roof and spreads through the whole house. No matter how hot the attic, Zonolite keeps upper rooms within a degree or two of downstairs temperatures.





ZAI 002069

## ZONOLITE IN THE ATTIC ALONE WILL MAKE A GREAT DIFFERENCE!

By far the greatest heat passage is through the roof and attic. Insulate your attic with Zonolite and you will immediately notice the difference. Rooms become from 8 to 15 degrees cooler than outside temperatures. Many home owners insulate their attics first, then side walls later, thus gradually and inexpensively obtaining a perfectly insulated house.

## ZONOLITE BRINGS YEAR 'ROUND COMFORT ... and SAVES FUEL

When temperatures drop to the point where your furnace is needed, Zonolite is still your friendly guardian. It keeps out cold and drafts ... keeps in supplied heat. Thus, less fuel is needed to maintain rooms at constant, comfortable temperatures, and Zonolite saves you money while protecting you from changes in the weather.

Find out today how little it will cost to Zonolite your home. An experienced Zonolite Insulation Expert will give you full details without obligation.

---

# ZONOLITE THE 25-POINT INSULATION

1. Uniform, tamperproof density (weight per cubic foot)
2. Permanent low thermal conductivity
3. Low installation cost
4. Dual insulation value (dead air cells plus reflective surfaces)
5. Constant fuel saving—year after year
6. Comfortable summer and winter temperatures
7. Ideal for air conditioned homes
8. Chemically inert
9. Vermin and rodentproof
10. Rotproof
11. Fireproof
12. Safe
13. Dielectric
14. Odorless
15. Clean
16. No settlement
17. Permanent
18. Will not absorb moisture
19. Excellent sound-deadening value
20. Easy to install
21. Light in weight
22. A thick insulation
23. No waste
24. Complete fill
25. Recommended by leading architects, builders, and insulation experts.

Form H 1-8   Printed in U.S.A. 5-43—40M



## HOW TO "GET AWAY FROM IT ALL"

ZAI 002068

---

# STAY HOME AND BE COOL ... *with* ZONOLITE *Insulation!*

## INSTALL A HEAT-RESISTING BARRIER OF ZONOLITE BETWEEN YOU AND THE SUMMER SUN ... and KEEP YOUR HOME COOL AND COMFORTABLE *in the* HOTTEST WEATHER

Imagine the added pleasure and pride you'd take in your home if it were rested and livable on even the most blistering summer days. How refreshing to step from burning sunlight into a house that's cool as a shaded woodland grove. To slumber peacefully, restfully, in a bedroom as comfortable as any downstairs room. To enjoy your meals ... to take a genuine delight in your evenings at home as though the temperature outside were 75° instead of 90°.

A miracle? Yes, but one which can easily come true—without bother, fuss or great expense. With Zonolite Insulation in the attic and between ... [?], your home will be a happier, healthier and more comfortable place in which to live.



It's "*There's no place like Home*"

... sings the happy family which has found that Zonolite insulation ensures a summerlong vacation from sweltering days and oppressive nights. Zonolite will bring constant coolness to their home, for many summers to come ... It's a prize any family can afford.





## LOOK---

### How Easy it is to Install ZONOLITE Yourself!

**E**ASY as pouring popcorn from a bag to install Zonolite in your attic! So lightweight, dustless, clean, simple to handle that a child could pour it between attic joists. That's right — just pour it, level it, leave it! No other insulation is so simple!

In sidewalls, vermiculite fills perfectly around wiring, nails, other obstructions. No chance for heat-escaping voids. won't pack, mat or settle down.

Users report up to 40% fuel savings in heating season — actually up to 15° cooler interiors in summer.

### Here's How to Tell How Much Zonolite You Need

| Thickness | 2" | 3" | 3⅝" | 4" | 5⅝" |
|---|---|---|---|---|---|
| Coverage per bag in Sq. Feet | 26 | 17 | 14 | 13 | 9 |

HI-32 Printed in USA. Copyright 1952. Zonolite is a registered trade mark of Zonolite Co., Chicago 3, Ill.

## for as Low as $67.60
# INSULATE
## YOUR HOME!

### WHY SWELTER?

ZAI 002166

# ZONOLITE
## VERMICULITE INSULATION

# ZONOLITE
RED. U.S. MARK REG. OFF.

# THE WORLD'S MOST REMARKABLE INSULATION

*What is Zonolite?*

## KEEPS YOUR HOME IN THE *Comfort Zone*

UNINSULATED . . . ZONOLITED

## ZONOLITE IN THE AT...
## ALONE WILL MA...
## A GREAT DIFFEREN...

By far the greatest heat passag... through the roof and attic. Insulate... attic with zonolite and you will... mediately notice the difference. R...

become from 8 to 15 degrees cooler... outside temperatures. Many home ow... insulate their attics first, then side walls la... this great coat, and inexpensive to obtain in... perfectly insulated house.

## ZONOLITE BRINGS YE... 'ROUND COMFORT
## *and* SAVES FUEL

When temperatures drop to the point wh... your furnace is needed, Zonolite is still... friendly guardian. It keeps out cold and d... ... keeps in supplied heat. Thus, less fuel... needed to maintain rooms at constant, co... fortable temperatures, and Zonolite saves... money while protecting you from . chang... in the weather.

## WHERE IS ZONOLITE INSTALLED?

IN WALLS

IN FINISHED ATTICS

IN UNFINISHED ATTICS




Zonolite Makes Living Rooms Livable




Zonolite Does Away with Stifling Hot Bedrooms




...onolite Helps Keep Children Happy and Healthy

ZAI 002071

768

# NEW WAY TO INSULATE

## Keep COOL ...er!



If you haven't heard or read about the NEW "EASY ZONOLITE" way, read the following revealing facts!

If you have an average size home, you can completely insulate the attic "YOURSELF" with ZONOLITE Vermiculite Home Insulation—in just one afternoon! Yes you just do it yourself and save the cost of having it installed. Thousands of home owners have installed this amazing two-way insulation in their homes, many of them doing an entire attic for as little as $67.00.

### Here's All You Do

Just open the lightweight bag of Zonolite Home Insulation, pour the contents into attics or sidewalls. Level it off—and that's all! You're through! You'll love the way Zonolite fills solidly and uniformly around nails, wiring, any obstruction.

ZONOLITE Vermiculite is the perfect insulating material, consisting of thousands of tiny dead air cells that resist the passage of heat—and countless reflective surfaces that act like a mirror in repelling the sun's rays. Thus Zonolite gives you double efficiency.

*Pouring Zonolite in Unheated Attic*

*Insulating Finished Attic by Removing Floorboards at Intervals*

*Sidewalls Insulated with Zonolite*

...cool as Zonolite Vermiculite Insula... which summer temperatures in your ... as much as 15°F! Why live in a heat ... this summer when Zonolite costs so ... —so easily installed—guarantees such ...

...lite has many extra benefits too. It's ...proof—so fireproof it snuffs out flame. Zonolite is all mineral—it's not fit food for ...or other vermin. And Zonolite Insula... is odorless, dust-free, non-irritating and a non-conductor of electricity. Surely ...insulation you can name offers so much ...at so little cost!

**SLASH THOSE FUEL BILLS** — Zonolite users have reported fuel savings up to 40% after installing this miracle product. Frequently owners find that fuel savings pay for the cost of the installation in a very few years....then pays extra...just like money in the bank!

## HERE'S HOW TO TELL HOW MUCH ZONOLITE YOU NEED

ZAI 002173



# BETTER *Comfort*

## In 25 Distinctive Ways

## ALL YEAR 'ROUND

1. Uniform, tamperproof density, cannot be fluffed up or packed
2. Permanent low thermal conductivity
3. Low installation cost
4. Dual insulation value (Dead-air cells plus reflective surfaces)
5. Constant fuel saving—year after year
6. Comfortable summer and winter temperatures
7. Ideal for air conditioned homes
8. Chemically inert
9. Vermin and rodent-proof
10. Rotproof
11. Fireproof
12. Safe
13. Dielectric
14. Odorless
15. Clean
16. No disintegration
17. Permanent
18. Practically moistureproof
19. Helps soundproof walls and floors
20. Easy to install
21. Light in weight
22. A thick insulation
23. No cutting, fitting or waste
24. Complete fill
25. Recommended by leading architects, builders and insulation experts

**For Prompt, Courteous Service, Call or Write**

KEEPS SUMMER HEAT OUT

INDOOR TEMPERATURE ACTUALLY 10° to 15° COOLER

KEEPS WINTER HEAT IN

HOME OWNERS REPORT FUEL SAVINGS UP TO **40%**

ZONOLITE BRAND VERMICULITE INSULATION

ZONOLITE (REGISTERED TRADE MARK OF ZONOLITE CO.) COPYRIGHT

ZONOLITE BRAND VERMICULITE *Insulation*

ZAI 002072

## A FEW OF THE MANY REASONS WHY MORE PEOPLE ARE USING

### ZONOLITE

1. **LOW INSTALLATION COST** . . . A minimum of time is needed to apply Zonolite Insulation. You just pour into place.

2. **CONSTANT FUEL SAVING** . . . Zonolite's lasting insulating properties assure low fuel and power bills year after year. Pays for its cost in 3-4 years!

3. **COMFORTABLE SUMMER AND WINTER TEMPERATURES** . . . It's easy to control temperatures when you have Zonolite in your home.

4. **FIREPROOF** . . . Zonolite is the most fire-safe material you can put into your home.

5. **SAFE** . . . Zonolite contains no harmful substance, will not irritate the skin.

6. **LIGHT BUT THICK** . . . Lightness makes for easy handling. Zonolite pours as a thick fill into every nook and corner.



THE FROSTY MONTHS

ARE COSTLY AND LONG

ZAI 002078

Insulate with

### ZONOLITE



# YOU'LL BE SURPRISED AT THE DIFFERENCE ZONOLITE WILL MAKE!!

LIGHT
CLEAN
PLEASANT
TO HANDLE

## A REMARKABLE, HIGHLY EFFICIENT PRODUCT

● Zonolite is a very light, clean insulation, containing millions of minute air cells which effectively retards the passage of heat. Zonolite also retards the passage of heat by reflection. It is fireproof, vermin proof, odorless and will not deteriorate. It is absolutely safe and permanent.

Zonolite keeps the torrid heat of summer out of your house. In winter it conserves your fuel and keeps your house warm and free from drafts.

Zonolite is a perfect, permanent insulating barrier against the passage of heat!

*Make your home more Livable with*

## ZONOLITE

TRADE MARK REGISTERED

*Just an hour or two of*
*Pleasant Work installs*
*Zonolite in your Attic—*

● It's very easy to install Zonolite . . . just pour it between your attic joists like pouring sugar out of a sack . . . then level it off to a uniform thickness with a piece of board . . . and you'll have a first class job with a high insulating efficiency!

Zonolite is clean, light, very easy to handle and no special training, tools or equipment are required.

*And your First Low*
*Cost is the Last!*

● Once installed, Zonolite is there to stay. It costs nothing to maintain and gives you year round comfort for a lifetime. Your only cost is the cost of material . . . no expert labor to hire or tools to buy. You will be surprised at how little it will cost to enjoy this modern comfort!

## EASILY INSTALLED In 2 Simple Operations

1
2

ZAI 002046

*Enjoy a COOLER Home in Summer!*



## Zonolite is easily installed

The installation of Zonolite requires no high priced mechanics nor special equipment. You can do the work yourself in just a few hours . . . and do it with absolute confidence of obtaining full insulating efficiency . . . because ZONO-LITE simply pours into place, as easily as pouring sugar out of a sack! Consequently you need pay only for the material itself for, by doing your own work of installing you save all labor costs. You will be surprised at how inexpensively you can insulate your home!

ZAI 00044

## Only Two simple operations

To install Zonolite in your attic: first pour it between attic joists, and second level it off to a uniform depth . . . and the job is done! Immediately the heat which formerly escaped through your attic floor will show on your roof instead of keeping your home comfortable, is retained and your fuel costs definitely drop! Walls are insulated simply by pouring Zonolite into the open wall spaces until they are filled.

### Enjoy the advantages of Insulation with

**ZONOLITE**

T R A D E M A R K R E G I S T E R E D

## Light, Clean and Pleasant to Handle

Zonolite is clean, light . . . easily and rapidly handled . . . IT POURS. It is not abrasive, or in any way injurious to the hands or health.

## Just one low First Cost!

When you have installed ZONOLITE it's there "for good". It will last as long as the home itself . . . need never be renewed or repaired . . . It is absolutely permanent and the first cost is the last. BUT . . . your investment will pay you rich dividends in cash savings and comfort every year thereafter.

● Your Home will be Warmer in Winter, Cooler in Summer with Zonolite Insulation ●

# ZONOLITE ATTIC IN

## TRUCKLOAD PRICES

# DOWN WITH GOOSEPIMPLES SALE

## Add Zonolite Attic Insulation

Now is the time to make sure your family doesn't spend the winter in Long Johns trying to get rid of goosepimples. And all you do to keep your house warm and cozy all winter is add some Zonolite® Attic Insulation.

Hot air from your furnace rises right through the ceilings because old-fashioned thin fluff insulation in your attic can't stop it.

Thick Zonolite Attic Insulation keeps the heat in. Just pour it right over the old fluff, level it off at the top of the joists and forget it.

Heat bills go down. Goosepimples disappear. And your family can forget about wearing Long Johns. You get all this — and truckload prices, too.



# ONLY $0.00

WRG00058758

## These gaps in your attic are costing you money!



Whether you are insulating your attic for the first time or touching-up old insulation, don't overlook the gaps which allow costly heat to escape. You can fill them the easy way with Zonolite Vermiculite Attic Insulation and double your insulating power. Just pour Zonolite Attic Insulation into any of these areas to complete your insulation job right.

1. where batts do not meet joists on sides
2. around cross-bracing
3. around pipes
4. around junction boxes
5. at overlapping joists
6. around chimneys

## Zonolite® Attic Insulation... the easy way to fill the gaps

With Zonolite Attic Insulation, all you do is open a lightweight bag, pour it in the gaps and forget it. No special tools are required — no messy cutting, fluffing or trimming. And because Zonolite Attic Insulation is all-mineral vermiculite, it won't irritate your skin or cause itching.

Zonolite Attic Insulation never needs to be replaced and will last for the life of your house. Plus it's completely rot-proof so its full insulating value is never diminished.

Zonolite Attic Insulation is perfect for use as a finishing touch to your new fiberglass insulation or to upgrade old insulation. One bag of Zonolite is normally enough material to complete the installation of two rolls of fiberglass.

## Features & Benefits

* Lightweight bag
* Easy-to-install
* No special tools required
* No messy cutting, fluffing or trimming
* Free-flowing, fills areas completely
* Won't settle
* Won't irritate skin or cause itching
* Will not burn
* Rot and vermin proof
* Permanent, lasts for the life of your house

## Perfect for those big jobs too!

Zonolite Attic Insulation not only perks-up fiberglass installations, but it's fine by itself as a primary insulation.

Because of its free-flowing characteristic, Zonolite is also great for insulating sidewalls, or other hard-to-reach areas. When insulating sidewalls, make sure that all wall obstructions (holes) are filled and, as with all insulations, a proper vapor barrier is applied to the walls. This can be easily accomplished with a vapor barrier-type paint.

### Coverage & "R" Value Chart
(Per 12 lb. Bag)

| Thickness (Inches) | 1 | 2 | 3 | 4 | 4½ | 8 | 9 |
|---|---|---|---|---|---|---|---|
| "R" Value | 2.4 | 4.8 | 7.2 | 9.6 | 11.0 | 19.0 | 22.0 |
| Maximum Sq. Ft./ Bag Coverage* | 33 | 17 | 11 | 8⅓ | 7½ | 4 | 3¾ |
| Minimum Wt./Sq. Ft. (lbs.) | ½ | ⅔ | 1 | 1½ | 1½ | 2⅔ | 3 |

EACH BAG OF ZONOLITE ATTIC INSULATION CONTAINS APPROXIMATELY 3 CUBIC FEET
*Coverage includes joists 16" o.c.

Savings vary. Find out why in the Seller's Fact Sheet on R-Values. Higher R-Values mean greater insulating power.

WRG00215902



# Zonolite Attic Insulation puts its 'R' values to work

08229766

# By filling to fit the hard-to-fit places

Free-flowing granules of Zonolite vermiculite naturally find their way over, under, and around all obstructions for a complete insulating seal.

This insulation is sure to fit snugly against joists no matter how badly spaced. No heat-leak voids. No ill-fitting joints.

Zonolite vermiculite pours to any desired thickness for economical electric heating and air conditioning.

and—Zonolite Attic Insulation fills to fit with no cutting, no tacking, no stapling. Just pour it, level it—

and leave it! First-cost of installing this insulation is low. And first-cost is the last. Zonolite pours to stable density. Stays effective with no deterioration.

Underwriters' Laboratories, Inc. Fire Hazard Classification for Zonolite Vermiculite Attic Insulation:

Flame Spread . . . . . . . . . . . . . . . . . . . . . 0
Fuel Contributed . . . . . . . . . . . . . . . . . 0
Smoke Developed . . . . . . . . . . . . . . . . . 0

# EXHIBIT 7

Join the thousands of wise home owners who are saving fuel and power dollars while enjoying more comfort in their nice, warm home.

START TODAY — you can do the whole attic in a few hours, or install a few bags at a time until the job is completed.

## Get a FREE estimate now

| APPROXIMATE COVERAGE PER 3 CU. FT. BAG | | | | | | |
|---|---|---|---|---|---|---|
| Thickness | 2″ | 3″ | †3⅝″ | 4″ | 5″ | ††5⅝″ |
| Sq. Ft. | 20 | 13 | 11½ | 10 | 8 | 6½ |

†Nominal 4″  ††Nominal 6″

Copyright 1973 ZONOLITE is a registered trademark of W. R. Grace & Co., Construction Products Division ("Grace") 62 Whittemore Avenue, Cambridge, Massachusetts 0214 products are for use strictly in accordance with Grace's directions printed above and will be replaced or the purchase price refunded if found to be defective in material or workmanship. ALL OTHER WARRANTIES (INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY) AND REMEDIES ARE EXCLUDED.

HI 317                    Printed in U.S.A.  5/73





ZAI 002548

## use ZONOLITE®
### ATTIC INSULATION

The fuel thief is the culprit that steals from your fuel budget by letting costly heat leak through your attic.

You can lose up to 40 per cent of your fuel dollars every winter — let's stop the thief — enough is enough!

ZAI 002549

If your attic is poorly insulated, it will leak heat, forcing your furnace to work overtime. Inspect your attic for the problem signs shown here.



1. Compacted, thin, loose-type insulation — you need at least six inches of evenly spread insulation.

2. Signs of voids along joists, obstructions, spaces between batts, etc.

3. No insulation.

Zonolite® Attic Insulation will stop the fuel thief, the instant applied.

Zonolite is a free flowing, all-mineral vermiculite. It's rot-proof, pest-proof, clean, dry and odorless. It won't burn or smolder; a roof leak won't damage it.

Unlike many other insulations, Zonoli* maintains its installed thickness for the h... of the building. Zonolite Attic Insulation doesn't decompose or compact.



Zonolite Attic Insulation is an ideal do-it-yourself project — it can be installed in a few hours.

POUR IT — Zonolite is lightweight, clean and easy to apply.

LEVEL IT — Zonolite spreads easily, completely filling all voids.

LEAVE IT — Zonolite retains its uniform thickness and insulating value for the life of your home.

# STOP



## the fuel thief !



### Use ZONOLITE®
### ATTIC INSULATION
### and drive the thief from your home.



NOW ONLY $**O**⁰⁰

PER BAG

Cover the inadequate insulation with Zonolite Attic Insulation; it pays for itself in savings within a few years.

Zonolite Attic Insulation is clean, safe, and easy to install; it cannot smolder, or burn, and it reduces fuel consumption, expense, and air pollutants.

Eliminate your fuel dollar waste. **STOP THE FUEL THIEF ONCE AND FOR ALL** with Zonolite Attic Insulation.

See us today for a free estimate.

(DEALER IMPRINT)

Ad Mat No. M-35
2 Col. x 6″

# EXHIBIT 8

# ZONOLITE® VERMICULITE

## Attic Insulation

Data Sheet No. HI-333D

Effective July 15, 1980



### Coverage & "R" Value Chart
#### (Per 12 Lb. Bag)

| Thickness (inches) | 1 | 2 | 3 | 4 | 4½ | 8 | 9 |
|---|---|---|---|---|---|---|---|
| "R" Value | 2.4 | 4.8 | 7.2 | 9.6 | 11.0 | 19.0 | 22.0 |
| Maximum Sq. Ft./ Bag Coverage* | 33 | 17 | 11 | 8 | 7½ | 4 | 3½ |
| Minimum Wt./Sq. Ft. (lbs.) | ½ | ⅔ | 1 | 1½ | 1½ | 2½ | 3 |

EACH BAG OF ZONOLITE ATTIC INSULATION
CONTAINS APPROXIMATELY 3 CUBIC FEET
*Coverage includes joists 16" o.c.

### Description

Zonolite Vermiculite Attic Insulation is an incombustible, free-flowing, thermally efficient granular mineral, made to order for energy-conscious customers (and profit-minded dealers and distributors).

It fills nooks and crannies fiberglass insulation can't reach, so a home-owner do-it-yourselfer can "finish it right," and you can generate add-on sales from fiberglass customers.

It flows freely over low spots and gaps in existing insulation and in insulated horizontal areas, sealing off costly heat leaks. You can sell comfort as well as fuel savings with every bag of Zonolite Attic Insulation.

Every homeowner is a potential sale.

Whether upgrading present insulation or adding new insulation, Zonolite Attic Insulation can help as shown below:

### Selling Points

■ Easy to install. Dry, free-flowing, non-irritating granules supplied in convenient bags. One man can usually insulate the average home attic in two to four hours.

■ Fills in snugly around obstructions and against attic joists.

■ Won't settle. Maintains its original thickness.

■ Rot-and-vermin-resistant.

■ Permanent. Lasts life of the building.

■ Low initial investment, plus significantly reduced heating and cooling costs.

**Zonolite Attic Insulation Will Not Burn.**
Underwriters' Laboratories tests prove Zonolite Attic Insulation has no flame spread, no fuel contributed, and no smoke developed.



1. Add it when existing insulation has settled or compacted.

2. Use it as a finishing touch for new batt insulation.

3. Pour it into gaps in existing insulation, wherever braces, piping, electrical junction boxes, or other obstructions have caused voids.

4. Pour and level it in all areas where no insulation exists.

**ZAI 000111**

Copyright 1980. Zonolite is a registered trademark of Construction Products Division, W. R. Grace & Co., 62 Whittemore Ave., Cambridge, Mass. 02140. We hope the information given here will be helpful. It is based on our best knowledge, and we believe it to be true and accurate. Please read all statements, recommendations or suggestions herein in conjunction with our conditions of sale which apply to all goods supplied by us. We assume no responsibility for the use of these statements, recommendations, or suggestions, nor do we intend them as a recommendation for any use which would infringe any patent or copyright.

## GRACE
### CONSTRUCTION PRODUCTS DIVISION

# EXHIBIT 9



ZAI 001125

# EXHIBIT 10

# ZONOLITE®
# INSULATION



$HI$-$369$

ZAI 002470

**GRACE**

**NEWS ABOUT**

**CONSTRUCTION PRODUCTS DIVISION**

W. R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140  617-876-1400

INSULATE YOUR ATTIC TO FIGHT POLLUTION

AND REDUCE ENERGY DRAIN, EXPERT URGES

Air pollution and the energy shortage are two of the massive problems of our age which the individual citizen can actually do something about.

So states an expert in the field of home insulation, Truman A. Bjorklund, manager, Zonolite insulation products, for the W. R. Grace & Co. Construction Products Division, Cambridge, Massachusetts.

"If every homeowner in the United States and every owner of an industrial, commercial or institutional building had his property adequately insulated, there would be phenomenal reductions in air pollution levels and in the drain on our national energy reserves," Bjorklund continued.

"Heating and cooling of buildings," he added, "requires about one-sixth of the total energy consumed in the United States. More insulation, storm windows, insulating glass, and more efficient heating and cooling units can significantly cut fuel consumption. And with less combustion going on to produce heat and power, there would naturally be a big drop in atmospheric contamination."

Bjorklund asserts that nearly all the private homes in the United States are inadequately insulated by modern engineering standards. He

(more)

ZAI 002471

quoted recent estimates that about 50 per cent of homes 15 years old or older have no insulation at all.

This, he says, is a tragedy from an economic standpoint as well. He estimates that needless fuel consumption adds two to three billion dollars to the nation's annual fuel bill.

Bjorklund urges homeowners to check the insulation level in their attics, since, he says, it's relatively easy to install new insulation in this critical area.

"In most localities, attics should have six inches of insulation between the joists. It's easy to inspect the insulation and add more as needed to bring it up to six inches. Pouring, or loose fill, insulation is simplest for the homeowner to install because it provides uniform coverage to any desired thickness-without the need to cut or fit. All you have to do is pour it from the bag and level it with a board."

Bjorklund recommends vermiculite—a fire-safe, granular, mineral material—as simplest to install over the existing insulation in your attic.

"Such an installation can chop up to 40 per cent off a home heating budget, with commensurate reductions in fuel and energy consumption.  In addition, it keeps the house much more comfortable, winter and summer," he added.

–30–

ZAI 002472

**NEWS ABOUT**
**GRACE**

**NEWS ABOUT**

**GRACE** | **CONSTRUCTION PRODUCTS DIVISION**

W. R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140  617-876-1400

THESE SIX CLUES REVEAL A HEAT THIEF IN YOUR ATTIC

Is there a heat thief hiding in your attic?  Inadequate attic insula-
tion can actually be robbing you of up to 40 per cent of your annual home
heating budget.  That's a lot of stolen dollars.  But fortunately there's
something you can do about it.

First step, according to insulation experts at (dealer name) _____
_____, is a quick inspection of your entire attic.  The
experts identify six danger signals, any one of which will tell you that
your present insulation is sadly inadequate for the job.

  1.  <u>Thin, compacted, loose-fill insulation</u>.  Many homes are
      insulated with blown mineral wool.  Perhaps not enough has
      been used, or perhaps with time, the insulation has settled.
      You need at least six inches of uniform thickness between
      the joists.

  2.  <u>Voids along joists</u>.  If you can see spaces between the
      insulation and the attic joists, then you have "chimneys"
      for heat leaks which drain the comfort right out of the
      living spaces below.

  3.  <u>Voids between batts or blankets</u>.  Every joint between
      pieces of batt or blanket type insulation steals money by
      allowing heat to escape.  If you have six inches of insulation,

(more

**ZAI 002473**

with gaps amounting to only five per cent of the attic area,
filling the gaps will reduce the cost of attic heat loss by
as much as 30 per cent. The experts recommend pouring bags
of vermiculite granules right over the old batts. It takes
only about ten bags of the low cost, lightweight mineral to
fill-in a 1200 square foot attic.

4. _Improper fill_. Structural bracing, wiring or other obstructions
cause gaps in the old insulation, letting the heat leak through.
Vermiculite fills these effectively, easily and permanently.

5. _Too-thin blanket insulation_. If you can measure less than
six inches, there simply isn't enough. It might have been
adequate a few years ago. But with fuel costs rising every
year, six inches is now considered the minimum.

6. _No insulation at all_. If you find this unhappy situation,
your attic is a robber's roost for real. Pour in six inches
of vermiculite, say the experts, and you'll cut your attic
heat loss, along with your fuel consumption, by as much as
90 per cent!

The (dealer name)_____people recommend Zonolite
vermiculite granules as the easiest attic insulation to install yourself.
They add that Zonolite is light, clean, non-irritating, a pleasure to
handle. Furthermore it won't burn, and retains its original insulating
effectiveness for the life of your house.

-30-

ZAI 002474



All About Eaves:

ICE DAMS ON YOUR ROOF MEAN COSTLY HEAT LOSS IN YOUR ATTIC

Icicles look great on Christmas cards and ski resort brochures. Kids love them, eat them like Popsicles, and wish they came in assorted flavors. But icicles, and ridge-like ice dams along the eaves of your house, are prime symptoms of an underinsulated attic.

What happens is this. When you lose heat excessively through the attic and roof, it causes rapid melting of snow deposits from recent storms. The snow melt runs off and re-freezes along the eaves and gutters. Pretty soon a ridge of solid ice builds up at the edges of your roof. Icicles start to climb down the walls, posing a safety hazard to passers-by. There can easily be structural damage to gutters and soffits, as well.

But the real rub is the dollar drain on your home heating budget. To have ice dams and icicles form, you've got to be losing heat through the attic and roof at a rate you really can't afford.

The remedy, according to insulation experts of the W. R. Grace & Co. Construction Products Division, is an adequately insulated attic. For if your present attic insulation is too thin and "tired" for its important job, most of your household heat will escape right through the roof.

(more)

ZAI 002475

The experts recommend an inspection trip to your attic. If the insulation between the joists is less than a full six inches thick--if it has settled and developed gaps and voids—they suggest pouring a few bags of Zonolite brand vermiculite, available at building supply dealers, right over the old insulation. Bring it up to a uniform, gap-free thickness and you reduce heat loss up to 40 percent, with proportionate savings in your annual heating bill.

The vermiculite is a light, granular, all-mineral material that will retain its original thickness and insulating efficiency for the life of your home, the Zonolite authorities say.

And they promise a marked reduction in icicles, ice dams, and their related risks to your house and your personal safety.

-30-

ZAI 002476



**NEWS ABOUT**
# CONSTRUCTION PRODUCTS DIVISION
W. R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140  617-876-1400

THESE SIX CLUES REVEAL A HEAT THIEF IN YOUR ATTIC

Is there a heat thief hiding in your attic? Inadequate attic insulation can actually be robbing you of up to 40 per cent of your annual home heating budget. That's a lot of stolen dollars. But fortunately there's something you can do about it.

First step, according to insulation experts at (dealer name) _____ _____, is a quick inspection of your entire attic. The experts identify six danger signals, any one of which will tell you that your present insulation is sadly inadequate for the job.

1.  Thin, compacted, loose-fill insulation. Many homes are insulated with blown mineral wool. Perhaps not enough has been used, or perhaps with time, the insulation has settled. You need at least six inches of uniform thickness between the joists.

2.  Voids along joists. If you can see spaces between the insulation and the attic joists, then you have "chimneys" for heat leaks which drain the comfort right out of the living spaces below.

3.  Voids between batts or blankets. Every joint between pieces of batt or blanket type insulation steals money by allowing heat to escape. If you have six inches of insulation,

(more

ZAI 002477

with gaps amounting to only five per cent of the attic area, filling the gaps will reduce the cost of attic heat loss by as much as 30 per cent. The experts recommend pouring bags of vermiculite granules right over the old batts. It takes only about ten bags of the low cost, lightweight mineral to fill-in a 1200 square foot attic.

4. <u>Improper fill</u>. Structural bracing, wiring or other obstructions cause gaps in the old insulation, letting the heat leak through. Vermiculite fills these effectively, easily and permanently.

5. <u>Too-thin blanket insulation</u>. If you can measure less than six inches, there simply isn't enough. It might have been adequate a few years ago. But with fuel costs rising every year, six inches is now considered the minimum.

6. <u>No insulation at all</u>. If you find this unhappy situation, your attic is a robber's roost for real. Pour in six inches of vermiculite, say the experts, and you'll cut your attic heat loss, along with your fuel consumption, by as much as 90 per cent!

The (dealer name)_____people recommend Zonolite vermiculite granules as the easiest attic insulation to install yourself. They add that Zonolite is light, clean, non-irritating, a pleasure to handle. Furthermore it won't burn, and retains its original insulating effectiveness for the life of your house.

-30-

ZAI 002478

# EXHIBIT 11



ZAI 002491

HI-304

# THIS BOOKLET WILL TELL YOU HOW YOU CAN CUT YOUR FUEL BILLS

If you're like most homeowners, your fuel bills are soaring higher every year.

Experts say that they will go still higher in the future because of the fuel shortages our country is facing. This is the "energy crisis" we've all heard about.

# INSULATION PAYS FOR ITSELF

Insulation is what this booklet is all about. *Reading time is less than five minutes.* You will find how to save up to forty percent on your annual fuel bills while getting a bonus in added comfort, winter and summer. Insulation is a one-time investment that pays for itself in two or three heating seasons and then goes on paying dividends year after year.

ZAI 002492

# HEAT SIEVE



**YOUR ATTIC ... THE FIRST PLACE TO LOOK WHEN YOU WANT TO SAVE FUEL**

Heat rises. If your attic is poorly insulated, it becomes a "heat sieve". As the heat leaks to the outdoors the money you spend on fuel is wasted.

Have you looked in your attic lately? Make an inspection, and see if you find the problems listed here. If you do, then you have a golden opportunity to reduce your fuel bills.

**❶ Compacted and thin loose-type insulation:** Many homes are insulated with blown mineral wool. Perhaps not enough was used or perhaps with time, the insulation has settled. You need at least 6" of even thickness.

**❷ Voids along joists:** If you can see spaces between the insulation and the attic joists, then you have "chimneys" for heat leaks.

**❸ Voids between batts or blankets:** Every joint between pieces of insulation costs you money by allowing heat to escape. If you have 6" of insulation, but it has gaps amounting to only 5% of the attic area, filling the gaps will reduce cost of attic heat loss by 30%. Insulation cost to fill the

gaps is minimal — about ten bags in a 1,200 sq. ft. attic.

**❹ Improper fill:** Bracing, wiring or other obstructions create gaps in the insulation, and result in heat leaks.

**❺ Too-thin blanket insulation:** If you can measure less than 6" there is not enough insulation. A few years ago, less than 6" might have been enough. With rising fuel costs, 6" is considered the minimum.

**❻ No insulation at all:** If your attic is uninsulated, 6" of Zonolite can reduce the cost of attic heat loss by 90% and, of course, reduce fuel consumption by 90%.

# HEAT SEAL



**HERE'S ONE WAY TO SOLVE THESE PROBLEMS AND START SAVING FUEL DOLLARS RIGHT AWAY**

Just pour Zonolite® Attic Insulation over the present insulation in your attic. **Why Zonolite?**

ZAI 002493





## ZONOLITE ATTIC INSULATION IS THE EASIEST OF ALL TO INSTALL

Installing Zonolite is as easy as pouring popcorn out of a bag. There's no need to hire a contractor, just install Zonolite yourself and save.

## JUST POUR IT...

. . . Zonolite Insulation flows freely from the bag into spaces between attic joists, completely filling all voids.

## LEVEL IT...

Zonolite will retain its uniform thickness and insulating value.

## LEAVE IT...

Your savings start the minute the job is done. Zonolite is a heat seal that conserves fuel dollars.

When you add insulation to your attic, it's an investment that quickly pays for itself, then returns dividends year after year. Choose Zonolite Insulation for the best results.

ZAI 002494



PULVERIZED PAPER

ZONOLITE ATTIC INSULATION

No other product such as mineral wool or ground up paper performs like Zonolite Attic Insulation and offers all these important advantages:

**LOW-COST INSTALLATION:** Zonolite is so easy to install, you can do your whole attic yourself in a single afternoon. No need to call in a professional. Also, you can either do the whole attic at once, or install a few bags at a time until the job is completed.

**PERMANENT HEAT BARRIER:** Tests by leading laboratories prove Zonolite is a permanent heat barrier. It will be just as effective fifty years from now as the day it's installed.

**FIRE-SAFE:** Because it is 100% mineral vermiculite, Zonolite Attic Insulation won't burn or smoke under any conditions. (It has the best fire rating that Underwriters' Laboratories can give a material.)

Many other insulations, such as those made from ground up paper, are combustible.

**SAFE, NON-IRRITATING TO HANDLE:** Zonolite Attic Insulation is clean and lightweight. No need for gloves — it won't irritate your skin as some insulation materials will.

**FILLS COMPLETELY:** Easy-pouring,

fast-flowing Zonolite fills every nook and corner. It cannot ball up on rough obstructions or around nails. Won't leave "holidays" in coverage to leak precious heat.

**SOUND-DEADENING:** Homeowners tell us that Zonolite vermiculite helps deaden sound — keeps the whole house quieter.

**DIELECTRIC:** Zonolite Insulation does not conduct electricity. This can be an important safety factor, especially in older houses with exposed attic wiring.

**ODORLESS:** Zonolite Attic Insulation is clean and odor free. It will not absorb or release odors under any circumstances.

**ROTPROOF:** Because Zonolite Insulation is a 100% mineral product, it cannot decompose due to heat, moisture or extreme dryness. Even a roof leak cannot permanently affect Zonolite.

**NO WASTE:** When you install Zonolite Attic Insulation you pour out the exact quantity required. There's no

ZAI 00495

cutting and trimming; nothing to throw away. Unlike batts, Zonolite Attic Insulation is easy to install to any desired thickness.

**INSECT AND RODENT-PROOF:** Rats,

mice, insects won't eat or nest in Zonolite Attic Insulation.

**MOISTURE-RESISTANT:** Contains nothing which can be chemically affected or deteriorated by dampness.

**IDEAL FOR AIR-CONDITIONED HOMES:** With Zonolite Insulation in your attic, you won't need to run your air conditioner as high or as frequently. You save electricity and prolong the service life of your unit.



**PROPER ATTIC INSULATION CAN HELP PREVENT DAMAGE FROM ICE DAMS ON YOUR ROOF**

## WRONG

Skimpy attic insulation lets heat escape through roof. Snow melts too fast. Water runs to eaves and freezes to form hazardous icicles and harmful ice dams. Effects include high fuel bills, gutter damage, peeling paint, rotted soffits, leaks inside walls, damage to interiors.

## RIGHT

Zonolite in the attic blocks heat loss, allowing snow on roof to melt gradually. This minimizes damaging ice formation. Attics should be well vented, winter and summer, for extra protection.

ZAI 002496



USE THIS HANDY CHECK
LIST TO COMPLETELY
WINTERIZE YOUR HOME

ZAI 002497



**YOUR SOURCE
FOR ALL HOME
MODERNIZING
PRODUCTS**

**COME IN TODAY** for a free estimate on the cost of insulating your attic with Zonolite. Just bring the rough dimensions of the area to be insulated and we'll show you how little it costs to enjoy the savings and comfort Zonolite Attic Insulation can provide.

ZAI 002498

# EXHIBIT 12

# Television Ads

**Zonolite**
Vermiculite Attic Insulation

## :30 TV Slide Commercial



Up here in your attic, gaps and voids in your present insulation can let a lot of heating dollars go right through the roof.



But it's easy to stop those heat leaks, and have a better-insulated house, with Zonolite Attic Insulation.



Just open a lightweight bag of Zonolite Insulation, pour it, level it, and forget it. What could be simpler?



See how easy it is to pour yourself a warmer house. With Zonolite Vermiculite Attic Insulation. A product of W.R. Grace & Co.



Get all you need, right now at . . .



(Dealer name and address).

## :10 TV Slide Commercial



Pour yourself a warmer house, with easy, do-it-yourself.



Zonolite Attic Insulation. Get yours at . . .

(Dealer name and address).

Order this TV material from your Zonolite salesman, or write us directly.



**CONSTRUCTION PRODUCTS DIVISION**
62 Whittemore Avenue    Cambridge, Mass. 02140

HI-406D-1M  5/80

WRG00644829
Printed in U.S.A.

# EXHIBIT 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al,          Chapter 11

                                  Case No. 01-01139 JFK

         Debtors

---

VIDEOTAPED DEPOSITION OF FREDERICK EATON

         Upon oral examination taken by counsel for
ZAI Claimants, on February 6, 2003, commencing at
9:06 a.m., at Cummings and Lockwood, 3001 North
Tamiami Trail, Collier Place II, Naples, Florida,
before Tracie Mountain, Notary Public, State of
Florida at Large.

APPEARANCES

For ZAI Claimants:          EDWARD J. WESTBROOK, ESQUIRE
                            Richardson, Patrick, Westbrook
                              & Brickman
                            1037 Chuck Dawley Blvd.
                            Building A
                            P. O. Box 1007
                            Mount Pleasant, SC  29464

For Grace:                  RICHARD C. FINKE, ESQUIRE
                            W. R. Grace & Co.
                            5400 Broken Sound Blvd. NW
                            Boca Raton, FL  33487-3511
COPY                        DOUGLAS E. CAMERON, ESQUIRE
                            Reed Smith LLP
                            435 Sixth Avenue
                            Pittsburgh, PA  15219

VIDEOTAPE

Page 41

Q     All right.

2          A     I don't know about those done in

3     Massachusetts.

4          Q     In Weedsport, who did the actual pouring?

5          A     The plant employees.

6          Q     Who were they, sir?

7          A     One name that I remember is Kilmer, I think

8     his first name was Duke, and I don't remember the other

9     names.

0          Q     Did you make respirators available to the men

1     pouring the insulation?

2          A     Yes.

           Q     Did they wear them?

4          A     Yes.

5          Q     What type of respirators were they?

6          A     They were fabric respirators for toxic

7     chemicals.

3          Q     Were you present in the attics while the

9     pouring was going on?

)          A     Sometimes.  In an attic where a person had to

L     crawl on his hands and knees or stomach, no.

2          Q     Okay.  In those situations, where would you

3     be, downstairs in the house, supervising?

           A     Or -- yes.  Or, you know, in an adjacent

       space.

# EXHIBIT 14



Product Packaging from Spokane, Washington, homeowners Ernest & Doris Matthews.

# EXHIBIT 15

Date: March 11, 1969

To: R. W. Sterrett

From: Peter Kostic

cc: R. M. Vining
C. F. Dugan
E. A. Kulberg

The following article which appeared in the March issue of Safety Engineering is for your information. I think it would be well at this time, with the advice of counsel, to consider applying a warning or precautionary label or statement on all containers of products containing vermiculite. This may aid our defense in cases of product liability claims. The attached extra copies are for distribution as you wish.

Peter Kostic

PK:vag



× Congressman Edward J. Patten of New Jersey has introduced R 2503, "a bill to promote the safety of workers engaged in making asbestos products for shipment in commerce, and for other purposes." It is substantially the same as the Asbestos Safety bill he introduced September 14, 1967.

Last year when hearings were conducted on the proposed occupational Health and Safety Act, Dr. Irving J. Selikoff of the Mt. Sinai School of Medicine testified in favor of the bill before the House Select Subcommittee on Labor. He is one of this country's greatest experts on asbestosis, his research covering not only workers in asbestos, but members of their families and persons living near asbestos plants or facilities using asbestos products.

Dr. Selikoff told of studies he had made of some 632 members of two New York-New Jersey Asbestos Workers Union locals. According to medical yardsticks, over a 19-year period, 203 should have died. In fact, 255 did die. Of that number, 37 could have been expected to die of cancer. In fact, 95 died of cancer.

In addition, a disease which was considered so rare it was not separately coded in the International Classification of Causes of Death has been unmistakeably associated with asbestos and the number of cases has increased significantly. This is *mesothelioma*—a highly malignant tumor.

One disturbing factor in mesothelioma is the rather indirect exposure a number of its victims had. In some cases studied in London, 31 had worked with asbestos, but nine merely lived in the household of an asbestos worker! Eleven people lived within ½ mile of an asbestos factory!

Early in 1968, Dr. Maxwell Borow reported in the "Journal of the American Medical Association" on 17 mesothelioma cases in New Jersey. Fifteen were asbestos workers, two lived near an asbestos factory.

Dr. Selikoff's statement told of other studies in South Africa. There were additional remarks by these doctors regarding the possible exposure of all construction workers and of the bystander who unknowingly breathes in the poisonous dust.

The call of Congressman Patten against asbestosis has not gone unheeded. Johns-Manville, the U.S. Public Health Service, the International Association of Heat & Frost Insulators and Asbestos Workers, and the Mt. Sinai School of Medicine have joined together in an effort to eliminate or at least measurably reduce the exposure of some 200,000 asbestos workers. This will certainly result in greater protection to the entire construction industry and the general public too.

ZZ 000142

06191709

TO:    Peter Kostic                    DATE:    March 31, 1969

        cc:  R. W. Sterrett
             R. M. Vining
             R. A. Kulberg

Re:    Labeling of Vermiculite

        Reference is made to your memorandum of March 11
concerning the article from Safety Engineering.

        Before any labeling of containers of products
containing vermiculite is done we should indeed study carefully
the content of the labeling and the consequences of putting a
label on the package. By warning people or inadequately warning
people we may be incurring liability to which we would not
otherwise be subject.

        I do not believe that vermiculite could be classified
today as a poisonous substance for which labeling may be
required.

                            Charles F. Dugan

                            Charles F. Dugan

CFD/MC

ZZ 000143

# EXHIBIT 16

<u>C</u> <u>A</u> <u>M</u> <u>B</u> <u>R</u> <u>I</u> <u>D</u> <u>G</u> <u>E</u>

RECEIVED
APR 5 1972
CONSTRUCTION PRODUCTS DIVISION
H. A. B.

<u>Memorandum to H. A. Brown</u>

Further to our recent discussion, the following is
suggested wording for a gentle warning:

While vermiculite dust is not believed to be toxic,
inhalation of any dust in quantity should be avoided. Therefore,
adequate ventilation and respiratory protection are recommended
during the handling of this product in loose form.

R. A. Kulberg

RAK/tsf


PLAINTIFF'S
EXHIBIT
G-107.101

# EXHIBIT 17

## C A M B R I D G E

TO: R.A. Kulberg - ICG/New York

FROM: Peter Kostic

DATE: January 27, 1976

SUBJECT: Consumer Product
Safety

I had obtained and read the Consumer Product Safety Act (Public Law 92-573), and the related booklets "A System Standard - Guidelines for Manufacturing Safer Consumer Products" and "Handbook for Implementation of the System Standard" some time ago. Since the receipt of your letter in this regard, I've reviewed this material. Harry had also read it over.

The law, first of all, defines "consumer product" as any article, or component part thereof, produced or distributed (1) for sale to a consumer for use in or around a permanent or temporary household or residence, a school, in recreation, or otherwise, or (2) for the personal use, consumption or enjoyment of a consumer in or around a permanent or temporary household or residence, a school, in recreation, or otherwise, but does not include:

(A) any article which is not customarily produced or distributed for sale to, or use or consumption by, or enjoyment of, a consumer,

(B) tobacco and tobacco products,

(C) motor vehicles, or motor vehicles equipment,

(D) economic poisons (as defined by the Federal Insecticide, Fungicide, and Rodenticide Act),

(E) any article which, if sold by the manufacturer, producer, or importer, would be subject to tax imposed by the Internal Revenue Code,

(F) aircraft and aircraft parts,

(G) boats and appurtenances subject to the Federal Boat Safety Act,

(H) drugs, devices, or cosmetics,

(I) food.

WRG05015848

R.A. Kulberg - ICG/New York          -2-          January 27, 1976

It should be noted, secondly, that the law interprets "risk of injury" as risk of death, personal injury, or serious or frequent illness."

So far as I could ascertain, the following ICG products would be considered consumer products:

Styrene Foam Products - Construction Products Division
Attic Fill (Vermiculite) - Construction Products Division
Horticultural Products - Construction Products Division
Plastic Carrying Cases - Formpac/Polyfibron Division

Insofar as Styrene Foam Products are concerned, the risk of injury is the flammability property, and for this reason, after considerable deliberation, a suitable warning label has been designed and is in use.

Horticultural products do not present a risk of injury, therefore no precautions are necessary.

Vermiculite Attic Fill, in my opinion, does present a risk of injury to the user (applicator). Packages should contain a simple precautionary label indicating "Inhalation of dust may be harmful. Provide adequate ventilation or wear dust mask", or something similar. I have voiced this opinion in the past but it has gone unheeded.

Since the plastic carrying cases manufactured at our Formpac/ Roanoke Rapids plant does get to a consumer's home or to a school, measures must be taken to minimize risk of injury. We've never really taken a good close look at the liability potential in these products, but we will during our next visit there within the next few weeks.

I am not familiar enough with Cryovac's sales and distribution practices to determine whether any of their products would be covered by the law, but at your advice we will take a closer look.

John Siena informs me that Davison has assigned their Environmental Affairs man, Bert Mobley, to investigate the applicability of the law to their products. Bert is doing so at the present time. I offered our assistance.

It would be well to get a letter to all divisions, from Carl Graf, advising them to clear all new consumer related products through the ICG Safety & Health Group, while in the design or development stage. A brief explanation of the law, and a definition of "Consumer Product", should also be contained in the letter. We shall be glad to draft such a letter.

WRG05015849

    I should say lastly, just to be sure I didn't miss any of our products that might be consumer oriented, I discussed the subject with Favorito, Campbell, Rosenblatt, Reynolds, and Pollard. They could add nothing to what I'd listed.

Peter Kostic

PK:bp

WRG05015850

# EXHIBIT 18

PERSONAL AND CONFIDENTIAL

494

**GRACE**

Construction Products Division

March 16, 1977

To:    B. R. Williams

/From:  B. A. Blessington

cc:   E. S. Wood

Attached are press releases and sales force
notifications dealing with the withdrawal of Attic Insula-
tion and MONOKOTE.  (The MONOKOTE customer letter would
parallel the press release.)

BAB/CGR
Attachments

ZZ 002367



## SALES NOTICE — MONOKOTE WITHDRAWAL

The State of California's insistence on absolutely "no" asbestos in a spray-applied fireproofing has forced us to temporarily withdraw the product.

MONOKOTE contains minute quantities of tremolite asbestos fiber. The fiber content in MONOKOTE is so low that skilled independent testing laboratories have frequently been unable to find <u>any fibers whatsoever</u> in 3 out of 4 samples tested.

It is our position that the California requirement is technically unsound and unreasonably severe. We feel that there is absolutely no asbestos-related health hazard associated with the use of MONOKOTE. Moreover, MONOKOTE exceeds the stringent requirements for both EPA and OSHA.

Despite this, we must temporarily withdraw the product or be in violation of law.

Attached is a letter which should be mailed to all MONOKOTE customers explaining our position on this issue.

If there should be questions that are not answered by the letter, please refer them to your District or Regional Manager.

BAB/CCR
3-16-77

ZZ 002368

49409
49409

## DRAFT

## MONOKOTE PRESS RELEASE

W. R. Grace & Co. announced today that it was withdrawing MONOKOTE$^{TM}$ fireproofing from the market in California.

The company said that it was forced to take this step because of a technicality in the California law which prohibits the use of any fireproofing material which contains asbestos, regardless of how minute the amount.

According to Grace, California's Marx bill requires that any spray-applied material such as MONOKOTE fireproofing contain absolutely "no" asbestos.

The company pointed out that the wording of the statute is unclear and scientifically unsound.

Grace based its opinion on the fact that a material may contain such minute amounts of naturally occurring asbestos that the material poses no health hazard whatsoever, and yet under the Marx Bill is prohibited from use. Further, there is no way to verify through testing that a material contains "no" asbestos, primarily because of background levels of asbestos contamination originating from automobile brake linings and elsewhere. The company stated that air samples taken in most cities in the U.S. contain traces of asbestos along with many municipal water supplies.

Grace said that many materials used in and around construction job sites (MONOKOTE fireproofing included) contain minute traces of

49410

naturally-occurring asbestos.  Most or all of these products are well within tough OSHA or EPA limits for airborne fiber counts but conceivably could be banned in California if they contain "even one asbestos fiber."

The Grace official summarized by saying, "We cannot guarantee the State of California that our material contains absolutely no asbestos.  Rather than violate an unreasonable statute, we are withdrawing the product in the State of California."

49411

### SALES NOTICE — ATTIC WITHDRAWAL

After lengthy consideration involving Regional and District management, we have decided to withdraw Attic Insulation from the market.

This difficult decision is made with great mixed feelings. On the one hand, we recognize the value of Attic in our business; on the other, we have certain legal and ethical obligations associated with selling a consumer product.

Attic Insulation contains minute traces of tremolite asbestos which the Consumer Product Safety Commission considers a health hazard in any quantity whatsoever. Rather than engage in a costly public argument with a lot of unfavorable publicity -- an argument which we will most likely lose -- we have decided to withdraw the product.

The attached letter should be sent to all Attic Insulation customers to explain our action.

Should they have questions not covered by the letter, they should be referred to your District or Regional Manager.

EAB/CGR
3-16-77

ZZ 002371

49412

DRAFT

## ATTIC INSULATION PRESS RELEASE

W. R. Grace & Co. announced today that is was discontinuing its ZONOLITE$^{TM}$ Attic Insulation product line effective immediately.

The company has determined that the kind of vermiculite mineral used in ZONOLITE Attic Insulation contains traces of tremolite, a naturally occurring obscure form as asbestos.

A Grace official stated that "The company was sufficiently concerned about the entire issue of asbestos and associated health hazards to discontinue the product."

The official pointed out that even though the company felt the product was safe within industrial limits for exposure to tremolite fiber, ZONOLITE Attic Insulation "must be safe beyond any doubt what-soever" to meet Grace's product standards for sale to consumers.

Consequently, the company will discontinue sales of the product until such time as it can be produced so as to eliminate any possible question of consumer product safety.