## WITHDRAW CONSUMER

Effective this date, W. R. Grace & Co. will no longer produce Terra-Lite Vermiculite or Terra-Lite Soils for the consumer. This decision has no effect on Terra-Lite Perlite for the consumer or Terra-Lite Vermiculite, Redi-earth, Metro-Mix, Container Mix, and Perlite to the professional grower and landscape architect.

Vermiculite may contain, as a natural contaminant mineral, tremolite in fibrous form. The percent found varies in grade sizes and deposits. Tremolite is not a commercial asbestos form. (OSHA (MESA = CPA, etc.)), however, by including tremolite within the definition of asbestos, has determined that exposure to tremolite will have the same effects as exposure to commercial asbestos.

Using the latest scientific techniques, tremolite is barely detectable in most vermiculite products. When mixed with other material to produce soils, that small portion that could be detected is for the most part bound, or not airborne, and well below present commercial safety standards.

The exposures to tremolite in the ordinary use of our products by consumers is below the levels which U. S. Government regulatory agencies feel can be reliably monitored. However, we are deliberately taking an extremely cautious approach in withdrawing these products from the market.

We have been researching and field testing a new series of products for the consumer. These products will not contain vermiculite but will maintain the quality and performance levels that you and your customers

ZZ 002373

Withdraw Customers (Continued)                                    Page 2.

have learned to expect from Terra-Lite products. You will be receiving additional information on these products soon.

If you have any questions concerning this decision by W. R. Grace & Co., please contact your Terra-Lite representative.

WRH:MRH

3-17-77

ZZ 002374