UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) CHAPTER 11 <br> ) <br> ) BANKRUPTCY NO. 01-01139 (JKF) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Darrell W. Scott, hereby certify that I caused a copy of the following documents to be served on the individuals on the attached service list on the date and in the manner indicated:

- Zonolite Attic Insulation Claimants' Motion for Partial Summary Judgment ;

- Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re: W.R. Grace's Consumer Protection Liability;

- Declaration of Darrell W. Scott in Support of Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re W.R. Grace's Consumer Protection Liability;

- Certificate of Servce; and

- July 7, 2003 correspondence to Judge Fitzgerald and Judge Wolin.

EXECUTED this 7th day of July, 2003, at Spokane, Washington.

_____
DARRELL W. SCOTT
Lukins & Annis, P.S.
717 W. Sprague Avenue
Suite 1600
Spokane, WA  99201
(509) 455-9555

**The following were served via federal express on July 3, 2003 (correspondence to Judge Wolin & Fitzgerald and certificate of service sent via first class mail on July 7, 2003):**

| | |
|---|---|
| Laura Davis Jones, Esquire<br>David Carickoff, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705<br>*(Counsel to Debtors and Debtors-in-Possession)* | David Bernick, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*(Counsel to Debtor)* |
| James J. Restivo, Jr., Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219-1886<br>*(Counsel to Debtor)* | David B. Seigel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>*(Debtor)* |

**The following were served via federal express on July 7, 2003:**

| | |
|---|---|
| Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100<br>*(Counsel to Debtors and Debtors-in-Possession)* | Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*(Counsel for The Chase Manhattan Bank)* |
| Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>*(Counsel to Official Committee of Unsecured Creditors)* | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*(Counsel to Official Committee of Unsecured Creditors)* |
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>*(Counsel for Property Damage Claimants)* | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>*(Counsel to DIP Lender)* |

| | |
|---|---|
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>***(Counsel to Personal Injury Committee)*** | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena<br>   Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>***(Official Committee of Property Damage Claimants)*** |
| Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>***(Equity Committee Counsel)*** | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022<br>***(Official Committee of Personal Injury Claimants)*** |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>***(Equity Committee Counsel)*** | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>***(Official Committee of Personal Injury Claimants)*** |
| Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE 19801<br>***(United States Trustee)*** | |