IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2003, it is hereby

ORDERED that W.R. Grace & Co.'s Motion for Summary Judgment is hereby GRANTED and

the claims of ZAI Claimants are dismissed with prejudice.

BY THE COURT:

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:74631.1