IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2003, it is hereby ORDERED that the actions of ZAI Claimants, Marco Barbanti, Ralph Busch, Paul Price, John and Margery Prebil, William Harris, Jan Hunter, Edward Lindholm, John Sufnarowski, James and Doris McMurchie, and Stephen Walsh, shall be consolidated pursuant to Fed. R. Civ. P. 42(a) for purposes of determining the common question of what science demonstrates with regard to whether ZAI creates an unreasonable risk of harm.

BY THE COURT:

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge