# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

W.R. Grace & Co., et al.,

        Debtors.

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

**APPENDIX TO
W.R. GRACE & CO.'S MOTION
FOR SUMMARY JUDGMENT
(VOLUME 1 OF 2)**

Counsel of Record for this Party:

REED SMITH LLP

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  412.288.3131
    Facsimile:  412.288.3063


SPECIAL ASBESTOS COUNSEL FOR
DEBTORS

PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES & WEINTRAUB P.C.

Scotta E. McFarland
Paula A. Galbraith
    919 Market Street
    Suite 1600
    Wilmington, DE  19801
    Telephone:  302.652.4100
    Facsimile:  302.652.4400


CO-COUNSEL FOR DEBTORS

July 7, 2003

## TABLE OF CONTENTS

**EXHIBIT**

## VOLUME 1

Agency for Toxic Substances and Disease Registry, Year 2000 Medical Testing of Individuals Potentially Exposed to Asbestiform Minerals Associated with Vermiculite in Libby, Montana: A Report to the Community (August 23, 2001) ........................................... A

Memorandum Opinion in *Barbanti, et al. v. W.R. Grace & Co., et al.,* No. 00-2-01756-6 (Super. Ct. Wash. Dec. 20, 2000) ........................................ B

Excerpts from the May 5, 2003 Deposition of William Ewing ...................................... C

Federal Judicial Center, Reference Manual on Scientific Evidence (2d ed. 2000) ........................................................................................................ D

Elizabeth L. Anderson Report ........................................................................... E

Morton Corn Reports ........................................................................................ F

## VOLUME 2

Richard J. Lee Report ...................................................................................... G

William G. Hughson Report ............................................................................. H

EPA Headquarters Press Release (May 21, 2003); OPPT Comments On Action Memorandum Amendment Removal Action at the Libby Asbestos Site (February 22, 2002) ........................................................................................ I

EPA and ATSDR, Current Best Practices for Vermiculite Attic Insulation (May 2003) ................ J

Letters from Christine Todd Whitman, EPA Administrator, to Senator Max Baucus and to Senator Patty Murray, Responses (April 4, 2003 and April 18, 2003) ...................................... K

Environmental Protection Agency, EPA Response to September 11, Frequently Asked Questions, http://www.epa.gov/wtc/questions/index.html ............................................. L

Excerpts from the May 7, 2003 Deposition of Steve Hays .......................................... M

Excerpts from the May 6, 2003 Deposition of Richard Hatfield ..................................... N

*In re Lamar County Asbestos Litigation,* slip opinion (Lamar County, Tex., July 5, 2001) ...................................................................................................... O

Agency for Toxic Substances and Disease Registry, ASTM Method D5755, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations ................... P

Excerpts from the May 8, 2003 Deposition of William Longo ...................................... Q

Environmental Protection Agency, Comparison of Airborne Asbestos Levels
Determined by Transmission Electron Microscopy (TEM) Using Direct and Indirect
Transfer Techniques (March 1990) ............................................................................................R

E. B. Ilgren Report ..........................................................................................................................S

Excerpts from the April 30, 2003 Deposition of Henry A. Anderson, M.D....................................T

Agency for Toxic Substances and Disease Registry, Preliminary Findings of Libby,
Montana, Asbestos Medical Testing [Combined Testing 2000 and 2001] (September
2002) ............................................................................................................................................U

David L. Faigman, et al., 4 Modern Science Evidence (2d ed. 2002) ............................................V

**EXHIBIT A**



# Year 2000
## Medical Testing of Individuals
## Potentially Exposed To Asbestoform Minerals
## Associated with Vermiculite in Libby, Montana

### A Report to the Community

August 23, 2001

**Agency for Toxic Substances and Disease Registry**
**U.S. Department of Health and Human Services**
**Atlanta, Georgia  30333**

Prepared by:

Libby Community Environmental Health Project Cooperative Partners

Agency for Toxic Substances and Disease Registry
 Jeffrey A. Lybarger, MD, MS
 Michael Lewin, MS
 Lucy A. Peipins, PhD
 Sharon S. Campolucci, RN, MSN
 Susan E. Kess, MD

Department of Health and Human Services, Region VIII
 Aubrey Miller, MD, MPH

Montana Department of Health and Human Services
 Michael Spence, MD, MPH

Lincoln County Department of Environmental Health
 Brad Black, MD

U.S. Environmental Protection Agency, Region VIII
 Christopher Weis, PhD, DABT

Acknowledged assistance in the evaluation of health information:

 Brigette Gottschall, MD
 James Lockey, MD, MS
 John Parker, MD
 Cecile Rose, MD

Acknowledged assistance with facilities used for medical testing:

 Paul Peronard,  On Scene Coordinator
 U.S. Environmental Protection Agency, Region VIII

# CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    Participants

    Exposure Characterization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Appendix

## INTRODUCTION

A community-based medical testing program was developed in response to reports of illness among people exposed to asbestos-contaminated vermiculite in Libby, Montana. This medical testing program, a part of the Libby Community Environmental Health Project, was undertaken by the Agency for Toxic Substances and Disease Registry (ATSDR), an agency of the U.S. Department of Health and Human Services (DHHS), with the cooperation of the DHHS Region VIII Office, the U.S. Environmental Protection Agency (EPA), the Montana Department of Public Health and Human Services, and the Lincoln County Environmental Health Department.

The principal goal of the medical testing program was to identify the asbestos-related health effects of participants exposed to asbestos from the vermiculite mine near Libby, Montana, and to refer these individuals for additional medical evaluation as needed. Other important goals of the program were to:

(a) provide EPA with information needed for identifying and eliminating current and future exposures to asbestos in the community;

(b) identify the types of illnesses experienced by these exposed people in order to better inform local health care providers; and

(c) provide the local health care community with an estimate of the additional resources necessary to attend to health care needs in the Libby area during the next 10 to 20 years.

The program was not designed as an analytic epidemiologic study with comparison groups and random sampling of exposed and comparison groups. Nevertheless, the data collected provide important information about the prevalence and degree of asbestos-related abnormalities among a large number of current and former Libby residents, and about the possible relationships between these abnormalities and a number of exposure pathways reported by community members. The main objectives of the data analysis were to (1) identify and quantify possible asbestos-related health outcomes among participants and (2) examine any association between these outcomes and the participants' exposure histories.

## BACKGROUND

Commercial vermiculite from Zonolite Mountain, located approximately 6 miles from the city of Libby, Montana, was mined and milled from 1924 through 1990. This operation included blast and drag-line mining for the ore and on-site dry milling of the raw material until 1974, and periodic wet milling until 1990. The milling process was known to have released significant

quantities of asbestos into the Libby environment. Concentrated ore was then transported to a screening facility at the base of Zonolite Mountain where it was size-sorted and transported to processing facilities in Libby and also nationwide. At the expanding facilities the ore concentrate was expanded or 'exfoliated' by rapid heating. This process was known to further release asbestos fiber embedded in the mineral matrix of the ore. Two expansion facilities operated at different time periods in Libby; these plants heated ore concentrate to expand the vermiculite.

To date, the toxicity of vermiculite is not completely understood. However, it is thought that the toxic effects associated with vermiculite exposure are related to the presence of asbestoform minerals in vermiculite ore that are released during mining and processing operations. Evidence shows that ore taken from the Libby mining operation has been contaminated with asbestoform minerals, primarily including winchite and richterite, but also including tremolite, actinolite, and others (DOI 1928; USGS 2001; Atkinson et al. 1982; Lockey 1984). Asbestos minerals fall into two groups or classes—serpentine and amphibole. Serpentine asbestos contains the mineral chrysotile. Regulated minerals in the amphibole class are actinolite, anthophyllite, amosite, crocidolite, and tremolite. For the remainder of this report (unless otherwise specified), the term "asbestos" or "asbestos-related" refers generally to amphibole asbestoform minerals associated with vermiculite mined near Libby, Montana.

Inhalation of asbestos fibers from asbestoform minerals suspended in air can result in a number of adverse health effects including pleural changes, asbestosis, mesothelioma, and lung cancer (Selikoff and Chrug 1965; Albelda et al. 1982; Kilburn et al. 1985; Anderson et al. 1976). The risk of developing any one of these diseases depends upon many factors including the chemistry and shape of the fiber, level of exposure, duration of exposure, the individual's physiological response to fiber exposure, and the cigarette smoking history of the exposed individual. Asbestos exposure may also cause changes in the pleura or lining of the lung and including plaques (circumscribed pleural thickening), diffuse pleural thickening, calcifications, and pleural effusions (accumulations of fluid in pleural space). The presence of pleural abnormalities associated with asbestos exposure found on chest radiographs, has also been associated with an increased risk of mesothelioma and lung cancer and pulmonary function abnormalities. The risk for lung cancer is related to the type of fiber inhaled and cumulative asbestos exposure in a dose-response manner; however, mesothelioma has been seen after exposures to relatively low levels of asbestos for short time periods (Becklake 1976). The prevalence of mesothelioma, a rare cancer of the mesothelial cells of the peritoneum or pleura, is strongly associated with asbestos exposure. In addition, cigarette smoking increases the risk for lung cancer among persons with

asbestos exposure more than the additive risk of either smoking or asbestos exposures alone.

Another health effect related to asbestos exposure is abnormal ventilation which is measured by spirometry or lung function testing. The two types of abnormal ventilation identified by spirometry are called restrictive and obstructive patterns. The obstructive pattern results from decreases in expiratory flow rates and is indicative of asthma, chronic bronchitis, and emphysema. The restrictive pattern results from decreases in pulmonary air volumes associated with parenchymal disease (as in sarcoidosis or pneumoconiosis) or extraparenchymal disease (as with neuromuscular or chest-wall disorders). Patients with asbestos-related pulmonary impairment typically demonstrate restrictive abnormalities on spirometry testing.

Previous studies by the National Institute of Occupational Safety and Health (NIOSH) (Amandus et al. 1987a, 1987b, 1987c) and McGill University (McDonald et al. 1986) found that former workers of the mine in Libby had substantial occupational exposure to asbestos. These studies both documented significantly increased rates of pulmonary abnormalities and disease (asbestosis and lung cancer) among former workers. In addition to former workers at the mine, cases of asbestos-related pulmonary impairment have been reported by area physicians among household contacts of former mine workers. Asbestos-related disease also has reportedly occurred among other residents of the community who had no known direct connection with the mining operation. This is extremely unusual and suggests that asbestos exposure occurred in Libby from alternative or non-occupational exposure pathways. Some potentially important alternative pathways for past asbestos exposure include elevated concentrations of asbestos in ambient air (EPA 1982) and recreational exposures from children playing in piles of vermiculite. Also, current potential pathways of exposure include vermiculite placed in walls and attics as thermal insulation, vermiculite or ore used as road bed material, ore used as ornamental landscaping, and vermiculite or concentrate used as a soil and garden amendment, or aggregate in driveways.

This report outlines the self-reported exposure pathways and health outcomes for 6,149 persons participating in an on-site medical testing program from July through November 2000, in Libby, Montana and Elko, Nevada. The main objectives of the data analysis were to (1) identify and quantify possible asbestos-related health outcomes among participants and (2) examine any association between these outcomes and the participants' exposure histories.

-3-

# METHODS

## Participants

People were eligible for participation in the medical testing program if they were former workers of W.R. Grace/Zonolite Company (WRG), secondary contractors of WRG, household contacts of former WRG workers, or had resided, worked, attended school, or participated in activities in the Libby area for a period of 6 or more months before December 31, 1990. The medical testing program consisted of a standard questionnaire, three-view chest radiographs, and simple spirometry testing. Prior to the start of the medical testing program, there had been national-level press coverage of the vermiculite situation in Libby. Therefore, community awareness was high and residents were motivated to participate. Participants were identified from telephone directories and additionally through paid newspaper, radio, and television advertisements, as well as through word of mouth and medical referrals. A toll-free telephone line was established for interested persons to obtain information about the program and for screening participants to determine eligibility. Telephone screening to determine eligibility began in April 2000, with on-site medical testing conducted from July through November 2000.

After informed consent was obtained, an in-person interview using a computer-assisted questionnaire was administered to obtain health-related information, including demographic characteristics such as age and sex, residential history, occupational history, recreational activities and other potential pathways related to asbestos exposures, cigarette smoking status, medical history, and self-reported symptoms and illnesses. Covariates potentially related to both exposures and outcomes included age, sex, cigarette smoking status, length of residence in the Libby area, concern with neighborhood environment, and self-reported pulmonary disease. Other potential confounders evaluated included reported history of chest injury or chest surgery and body mass index (BMI).

Chest radiographs were offered to participants 18 years of age or older, and included posterior-anterior (P-A), right anterior-oblique, and left anterior-oblique views. For safety purposes, women of childbearing age were informed that they should postpone receiving a chest radiograph if they were pregnant. The procedures used to obtain the chest radiographs complied with guidelines developed by NIOSH. The radiologist on site assessed the consistency and quality of each chest radiograph taken and provided a routine radiologic interpretation, which included recording asbestos-related changes on a summary report form. If findings on a chest radiograph suggested the need for immediate medical attention, the radiologist completed a referral form, and the participant was counseled and directed to an appropriate source of medical care.

In addition to evaluation and interpretation by the on-site radiologist, participants' chest radiographs were evaluated by three certified B-readers, physicians certified by NIOSH as qualified to interpret chest radiographs for environmental dust-related diseases. For analyses conducted for this report, we defined a case as (1) pleural abnormality if pleural abnormalities were identified by at least two of three B-readers using a combination of oblique and P-A views of the chest radiograph, and (2) interstititial abnormality if interstitial abnormalities were identified by at least two of three B-readers using only the P-A view of the chest radiograph. Although the typical radiologic evaluation under the International Labor Office (ILO) classification uses only the P-A view (ILO 1980), the use of both P-A and oblique views increases the ability to detect abnormalities. However, to facilitate comparisons with other studies, pleural abnormalities found only in the P-A views were also noted. Interstitial disease, in comparison to pleural disease, is best detected using the P-A view. Consequently, only the P-A view was used to report interstitial disease.

In addition to outcomes based on chest radiographs, other outcomes were considered for analysis including self-reported health conditions associated with asbestos, malignant outcomes associated with asbestos exposure (such as lung cancer and mesothelioma), and restrictive abnormalities based on pulmonary function tests. Pulmonary function testing or spirometry testing was offered to all participants. These tests followed the American Thoracic Society's guidelines and were performed by a qualified technician and interpreted by an on-site pulmonologist. The spirometric tests recorded (1) the forced expiratory volume in 1 second (FEV1); (2) the volume that can be expired, regardless of time, after a maximal inhalation, typically called the forced vital capacity (FVC); and (3) their calculated ratio (FEV1/FVC). Height and weight were measured for comparison with normative population data on the basis of the participant's age, height, and sex. Moderate-to-severe restrictive changes were defined as FVC measurements that were less than 70% of predicted value.

### Exposure Characterization

To describe potential pathways of exposure to asbestos or vermiculite, participants were asked about work histories including having worked for WRG or as a contractor for WRG, having been exposed to dust at non-WRG jobs, having mixed, cut, or sprayed asbestos, or having had other occupational exposure to asbestos. Other questions sought information on household contact with WRG workers, having asbestos products in the home, use of vermiculite in gardening or insulation, and exposures through recreational activities such as playing in vermiculite piles and

playing on the ballfield near the expansion plant or playing along Rainey Creek Road. Participants were also asked if they had 'popped' vermiculite at home or if they had any other contact with vermiculite.

## RESULTS

### Description of the Participants

A total of 6,149 current and former residents of Libby and the surrounding area participated. This represents a substantial proportion (60.5%) of the 10,161 persons in the Libby division of Lincoln County (U.S. Bureau of the Census 2000). Among those who participated, approximately 70% currently resided in the Libby, Troy or Eureka area; 84% stated they lived in Montana. A breakdown of the total population by sex and age group is displayed in Table 1.

**Table 1. Medical Testing Participants by Sex and Age Group**

| Sex | Age Group | Number | % |
|-----|-----------|--------|---|
| All | 0-17 | 559 | 9.1 |
| | 18-44 | 2052 | 33.4 |
| | 45-64 | 2531 | 41.2 |
| | 65 or older | 1007 | 16.4 |
| Male | 0-17 | 273 | 4.4 |
| | 18-44 | 972 | 15.8 |
| | 45-64 | 1263 | 20.5 |
| | 65 or older | 499 | 8.1 |
| | All Ages | 3007 | 48.9 |
| Female | 0-17 | 286 | 4.7 |
| | 18-44 | 1080 | 17.6 |
| | 45-64 | 1268 | 20.6 |
| | 65 or older | 508 | 8.3 |
| | All Ages | 3142 | 51.1 |

The participants were almost evenly divided by sex, 49% male and 51% female, with a similar sex distribution in each age group. The majority of participants were age 18-65 years old (75%), and 44% were in the 45-64 age group.

A breakdown of the population by sex and other key factors or covariates is presented in Table 2. Fifty-four percent (54%) of males and 45% of females were former or current cigarette smokers. Females were slightly more likely to be current smokers (21% vs. 18%). Approximately

one-half of the participants had never smoked. Of that one-half, 85% were 18 years old or older.

Males and females had similar distributions for years of residence in the Libby area. Roughly 74% of participants lived in the Libby area for 15 years or more. Of the 1,598 participants who lived in the Libby area for less than 15 years, 377 (24%) were 17 years old or younger.

Many of the participants were overweight. A BMI of 25 to 29.9 is considered overweight and a BMI of 30 or above is considered obese; 67% of participants had a body mass index 25 or higher. Males were more likely than females to have a BMI of more than 25 (72% vs. 62%), but females were slightly more likely to be obese (33% vs. 31%).

Table 2. Key risk factors by sex

| Variable | Level | Male | Female |
|---|---|---|---|
| Smoking History | Never | 1391 (46.3%) | 1732 (55.1%) |
| | Ex-Smoker | 1064 (35.4%) | 749 (23.9%) |
| | Current | 551 (18.3%) | 660 (21.0%) |
| Years Lived in Libby | 0-14 | 787 (26.3%) | 811 (25.9%) |
| | 15-22 | 701 (23.4%) | 822 (26.3%) |
| | 23-34 | 740 (24.7%) | 761 (24.3%) |
| | 34+ | 763 (25.5%) | 738 (23.6%) |
| Body Mass Index | 0-18 | 82 (2.8%) | 125 (4.0%) |
| | 19-24 | 742 (24.9%) | 1066 (34.3%) |
| | 25-29 | 1227 (41.2%) | 888 (28.6%) |
| | 30+ | 929 (31.2%) | 1028 (33.1%) |

Of the 6,149 participants, 5,590 (90.9%) were 18 years old and older, and therefore were eligible for and received chest radiographs. Of those who had chest radiographs, 37% were 18-44 years old, 45% were 45-64 years old, and 18% were 65 years old or older.

*Exposure Characterization*

The 18 exposure pathways that were used in the analyses are listed in Table 3. These include a number of occupational, recreational, household and other potential exposures reported by the participants. Using these pathways, an exposure profile was created for each participant for the different analyses. For some analyses, exposure variables were grouped according to broad classifications such as occupational, recreational, household, or miscellaneous exposure. The multivariate analyses focused on individual exposures controlling for all other exposures.

-7-

Participants may have had one, several, or none of these exposures

Table 3. Exposure Variables Used in the Analysis

| Exposure Pathway | Abbreviation for Graphs |
|---|---|
| Ever work for WR Grace/Zonolite | Workwr |
| Secondary contractor work | Work2nd |
| Dust exposure at non WR Grace jobs | Workdust |
| Vermiculite exposure at non WR Grace jobs | Workvgrm |
| Worked in job mixing, cutting or spraying asbestos | Workoth10 |
| Worked at any job exposed to asbestos | Workoth12 |
| Asbestos exposure in the military | Milexp |
| Lived with WR Grace/Zonolite workers | HHWR |
| Vermiculite insulation in Lincoln County homes | Vermins |
| Asbestos products in Lincoln County homes | Asb |
| Used Vermiculite for gardening | Vermgard |
| Used Vermiculite around the home | Vermuse |
| Handled Vermiculite insulation | Vermhand |
| Recreational activities along Rainey Creek | Recre |
| Played at ballfield near expansion plant | Playball |
| Played in Vermiculite piles | Vermplay |
| Popped Vermiculite | Vermpop |
| Other contact with Vermiculite | Vermcont |

Figures 1-3 compare the proportion of male and female participants reporting various exposure pathways.

Figure 1 shows that males were much more likely than females to have reported occupational exposures. Among those who reported having worked at WRG, 303 (92%) were male and 25 (8%) were female. Overall, 10% of males reported having worked at WRG and 12% reported having worked there as a secondary contractor. Twenty-four percent (24%) of males reported vermiculite exposure at non-WRG jobs. Two percent (2%) of respondents reported mixing, cutting, or spraying asbestos at non-WRG jobs, and 12% reported being exposed to asbestos at non-WRG jobs. Of those who reported having worked at WRG, 57% were 45-65 years old, 27% were 65 years old and older, and 16% were 18-45 years old.

Figures 2 and 3 illustrate that males were more likely than females to have been exposed to asbestos or vermiculite during non-occupational activities, though the differences were less pronounced compared to occupational exposures. The only notable exception was that females were more likely than males to have been a household contact of a WRG worker (60% vs. 40%).

**Figure 1: Occupational Exposure to Asbestos or Vermiculite**

Proportions by Male and Female



**Figure 2: Recrecreational Exposure to Asbestos or Vermiculite**

Proportions by Male and Female



**Figure 3: Other Exposure to Asbestos or Vermiculite**

Proportions by Male and Female

Of the various exposure pathways, the most common was recreational activities along Rainey Creek Road (4115 [67%] reporting 'yes') and the least common was working with asbestos in a non-WRG job (2%). Playing in the ballfields near the expansion plant was reported by 3991 participants (65%) and 2001 participants(33%) reported playing in vermiculite piles.

### Chest Radiograph Abnormalities - Crude Analysis

The tables in this section report crude, or unadjusted, prevalence rates of abnormalities for the exposure categories and other risk factors. The prevalence rates are simply the number of abnormalities occurring in people in each exposure category. These crude proportions or prevalence rates do not take into account other important risk factors and are intended to be used for descriptive purposes. Because the prevalence of these abnormalities increases with age and may differ by other risk factors such as sex or BMI, adjustments for these variables were made in subsequent analyses presented later in this report.

Table 4 summarizes the number and proportion of the 5,590 participants that had chest radiographs and were identified by at least two B-readers as having a possible asbestos-related interstitial or pleural abnormality. Results are presented by exposure pathway and radiographic view.

-10-

Table 4. Number and Percent of Pleural and Interstitial Abnormalities by View and Exposure Variable

| Exposure Pathway | Pleural All Views | Pleural P-A View | Pleural Obl View | Interstitial P-A View |
|---|---|---|---|---|
| All (n=5,590) | 994 (17.8) | 780 (14.0) | 657 (11.8) | 49 (0.9) |
| Ever work for WRG/Zonolite | 159 (48.5) | 137 (41.8) | 119 (36.3) | 14 (4.3) |
| Secondary contractor work | 147 (36.8) | 109 (27.3) | 92 (23.1) | 8 (2.0) |
| Dust exposure at non WRG jobs | 436 (22.4) | 327 (16.8) | 298 (15.3) | 20 (1.0) |
| Vermiculite exposure at non WRG jobs | 215 (23.6) | 166 (18.2) | 135 (14.8) | 8 (0.9) |
| Non WRG job working w/ asbestos | 38 (31.4) | 31 (25.6) | 22 (18.2) | 2 (1.7) |
| Worked at any job exposed to asbestos | 173 (24.7) | 133 (19.0) | 113 (16.1) | 6 (0.9) |
| Asbestos exposure in the military | 63 (41.5) | 52 (34.2) | 40 (26.3) | 1 (0.7) |
| Lived with WRG workers | 303 (25.5) | 255 (21.4) | 207 (17.4) | 16 (1.3) |
| Vermiculite insulation in homes | 509 (21.2) | 409 (17.1) | 332 (13.8) | 26 (1.1) |
| Asbestos products in homes | 186 (20.1) | 136 (14.7) | 121 (13.1) | 8 (0.9) |
| Used vermiculite for gardening | 602 (20.3) | 472 (16.0) | 396 (13.4) | 27 (0.9) |
| Used vermiculite around the home | 92 (19.8) | 75 (16.1) | 65 (14.0) | 0 (0.0) |
| Handled vermiculite insulation | | | | |
| Sometimes | 481 (20.9) | 383 (16.7) | 328 (14.3) | 22 (1.0) |
| Frequently | 165 (26.6) | 133 (21.5) | 105 (16.9) | 9 (1.5) |
| Recreational activities along Rainey Creek | | | | |
| Sometimes | 455 (17.4) | 347 (13.3) | 317 (12.1) | 18 (0.7) |
| Frequently | 265 (21.7) | 211 (17.3) | 174 (14.2) | 15 (1.2) |
| Played at ballfield near expansion plant | | | | |
| Sometimes | 248 (14.8) | 184 (11.0) | 172 (10.3) | 8 (0.5) |
| Frequently | 364 (18.8) | 294 (15.2) | 239 (12.3) | 16 (0.8) |
| Played in Vermiculite piles | | | | |
| Sometimes | 213 (18.7) | 165 (14.5) | 146 (12.8) | 8 (0.7) |
| Frequently | 195 (26.0) | 165 (22.0) | 133 (17.7) | 5 (0.7) |
| Popped Vermiculite | | | | |
| Sometimes | 392 (21.7) | 317 (17.5) | 268 (14.8) | 12 (0.7) |
| Frequently | 119 (25.4) | 99 (21.2) | 84 (18.0) | 9 (1.9) |
| Other contact with Vermiculite | | | | |
| Sometimes | 279 (19.4) | 215 (15.0) | 195 (13.6) | 11 (0.8) |
| Frequently | 59 (24.8) | 56 (23.5) | 35 (14.7) | 5 (2.1) |

This table shows that using all views is more sensitive than either the P-A or oblique view alone for detecting pleural abnormalities. It also shows that the prevalence of pleural findings was considerably greater than for interstitial findings; 994 (18%) participants (18 years old and older) had a pleural abnormality (all views) compared to only 1% who had an interstitial abnormality. The table also shows the crude proportions of abnormalities for the various exposure pathways. These prevalence rates do not account for the possible influence of confounding variables or multiple exposures, and so cannot be used to establish a causal relationship. Nevertheless, they can be useful for identifying potentially important risk factors and to guide further environmental investigations. The exposure pathway with the highest unadjusted rate for pleural abnormalities was former WRG workers, with 159 (48%) having pleural abnormalities.

Crude odds ratios for pleural abnormalities (all views) and exposure pathways are displayed in Table 5. The odds ratio is the risk of finding a pleural abnormality for participants with a given exposure compared to those without the exposure. For example, an odds ratio of two would mean that the odds of observing an abnormality for a participant with an exposure is two times as great as that of a participant without the exposure. As in the previous table, these odds ratios do not account for confounding variables or the possibility that participants may have had multiple exposures. Such factors are accounted for in the multivariate analysis to follow.

Table 5. Crude Odds Ratios for Pleural Findings by Exposure Variable

| Exposure Pathway | OR (95% CI) |
| --- | --- |
| Ever work for WR Grace/Zonolite | 5.0 (4.0-6.3) |
| Secondary contractor work | 3.0 (2.4-3.7) |
| Dust exposure at non WR Grace jobs | 1.6 (1.4-1.8) |
| Vermiculite exposure at non WR Grace jobs | 1.6 (1.3-1.8) |
| Worked in job mixing, cutting or spraying asbestos | 2.2 (1.5-3.2) |
| Worked at any job exposed to asbestos | 1.6 (1.3-2.0) |
| Asbestos exposure in the military | 1.4 (1.0-1.9) |
| Lived with WR Grace/Zonolite workers | 1.8 (1.6-2.1) |
| Vermiculite insulation in Lincoln County homes | 1.5 (1.3-1.7) |
| Asbestos products in Lincoln County homes | 1.2 (1.0-1.4) |
| Used Vermiculite for gardening | 1.4 (1.3-1.7) |
| Used Vermiculite around the home | 1.2 (0.9-1.5) |
| Handled Vermiculite insulation | |
|     Sometimes | 1.8 (1.5-2.1) |
|     Frequently | 2.4 (2.0-3.0) |

| | |
|---|---|
| Recreational activities along Rainey Creek | 1.1 (0.9-1.3) |
| Frequently | 1.5 (1.2-1.8) |
| Played at ballfield near expansion plant | |
| Sometimes | 0.7 (0.6-0.9) |
| Frequently | 1.0 (0.8-1.1) |
| Played in Vermiculite piles | |
| Sometimes | 1.2 (1.0-1.4) |
| Frequently | 1.8 (1.5-2.2) |
| Popped Vermiculite | |
| Sometimes | 1.6 (1.4-1.9) |
| Frequently | 2.0 (1.6-2.5) |
| Other contact with Vermiculite | |
| Sometimes | 1.2 (1.0-1.4) |
| Frequently | 1.6 (1.2-2.2) |

*Exposure pathway of interest compared with those without that specific exposure. Participants may have had multiple pathways of exposure.

Crude proportions and odds ratios for pleural abnormalities (all views) for other important risk factors are displayed in Tables 6-11. Table 6 shows proportions and odds ratios for pleural abnormalities by sex. Males had a significantly higher rate of abnormalities (27%) in comparison to female participants (9%). Males were more likely to report occupational exposures and were more likely to report frequent recreational activities that involved vermiculite exposure

Table 6. Crude Rates and Odds Ratios by Sex

| Sex | n | Pleural Findings - All Views | | | | |
|---|---|---|---|---|---|---|
| | | Normal | Abnormal | % Abnormal | Odds Ratio | 95% CI |
| Female | 2856 | 2602 | 254 | 8.9 | 1.0 | 0 |
| Male | 2734 | 1994 | 740 | 27.1 | 3.8 | 3.3 - 4.4 |

Table 7 shows proportions and odds ratios for pleural abnormalities by age. The odds of observing pleural abnormalities increases with age, which is related to latency and length of exposure. Rates increase from 5% in young adults 18-44 years old, to 20% for participants age 44-65 years old, to 38% for participants age 65 years old and older.

Table 7. Crude Proportions and Odds Ratios by Age

| Agegrp | n | Pleural Findings - All Views | | | | |
| | | Normal | Abnormal | % Abnormal | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|
| 18-44 Years | 2052 | 1949 | 103 | 5.0 | 1.0 | 0 |
| 45-64 Years | 2531 | 2021 | 510 | 20.2 | 4.8 | 3.8 - 6.0 |
| 65+ Years | 1007 | 626 | 381 | 37.8 | 11.5 | 9.1 - 14.6 |

Table 8 shows pleural findings for those participants 18-35 years old. The Libby community expressed particular interest in an assessment of health risks for the younger participants, so additional analyses were conducted on this age group.

Table 8. Pleural Findings Among Participants 18-35 years old

| Sex | n | Pleural Findings - All Views | | |
| | | Normal | Abnormal | % Abnormal |
|---|---|---|---|---|
| All | 897 | 881 | 16 | 1.8 |
| Male | 418 | 403 | 15 | 3.6 |
| Female | 479 | 478 | 1 | 0.2 |

Of the 897 participants 18 to 35 years old, 16 were observed to have a pleural abnormality. Of these 16 participants, one was age 20, four were 25-29 years old, and the remaining 11 were 30-35 years old. The abnormality rates were 0.3% for participants 18-24 years old, 0.9% for participants 18-29 years old, and 1.8% for participants 18-35 years old. A further analysis of the 16 participants with pleural abnormalities showed that they were more likely to be male, to be overweight (to be in the highest quartile for BMI), and to have reported frequent recreational activity such as playing in the vermiculite piles or "popping" vermiculite. Multivariate analysis of participants 18-35 years old identified popping vermiculite, being male, and having a high BMI to be statistically associated with finding a pleural abnormality.

Table 9 shows crude proportions and odds ratios for pleural abnormalities (all views) by cigarette smoking history. Current and former smokers were more likely to have findings of pleural abnormalities than those who never smoked. Since other studies have not found smoking to be specifically associated with pleural disease, this finding may be related to an association between cigarette smoking and exposure risk factors such as occupational exposure to asbestos.

-14-

Table 9. Crude Rates and Odds Ratios by Cigarette smoking History

| Smoke | n | Pleural Findings - All Views | | | | |
| | | Normal | Abnormal | % Abnormal | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|
| Never | 2644 | 2328 | 316 | 12.0 | 1.0 | 0 |
| Ex-Smoker | 1784 | 1281 | 503 | 28.2 | 2.9 | 2.5 - 3.4 |
| Current | 1160 | 986 | 174 | 15.0 | 1.3 | 1.1 - 1.6 |

Table 10 shows proportions and odds ratios for pleural abnormalities by body mass index. Those with a high body mass index were more likely to have a finding of pleural abnormalities. The risk for pleural abnormalities increases with increasing quartiles of BMI.

Table 10. Crude Rates and Odds Ratios by Body Mass Index

| BMI | n | Pleural Findings - All Views | | | | |
| | | Normal | Abnormal | % Abnormal | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|
| 1st Quartile | 1170 | 1069 | 101 | 8.6 | 1.0 | 0 |
| 2nd Quartile | 1252 | 1073 | 179 | 14.3 | 1.8 | 1.4 - 2.3 |
| 3rd Quartile | 1485 | 1203 | 282 | 19.0 | 2.5 | 2.0 - 3.2 |
| 4th Quartile | 1627 | 1208 | 419 | 25.8 | 3.7 | 2.9 - 4.6 |

Table 11 shows crude proportions and odds ratios for pleural abnormalities by length of residency in the Libby area. Those who lived in the Libby area for 35 years or longer were more likely to have pleural abnormalities than those who did not (33% vs. 12%).

Table 11. Crude Rates and Odds Ratios by Length of Residency

| ResDur | n | Pleural Findings - All Views | | | | |
| | | Normal | Abnormal | % Abnormal | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|
| 0-14 Years | 1221 | 1080 | 141 | 11.6 | 1.0 | 0 |
| 15-22 Years | 1342 | 1209 | 133 | 9.9 | 0.8 | 0.7 - 1.1 |
| 23-34 Years | 1501 | 1277 | 224 | 14.9 | 1.3 | 1.1 - 1.7 |
| 35+ Years | 1501 | 1008 | 493 | 32.8 | 3.8 | 3.1 - 4.6 |

*Multivariate Analysis - Adjusted Rates*

The crude and univariate analyses considered thus far do not account for the possibility that individual associations can become weaker or stronger in the presence of other variables (known as interaction), nor do they account for the possibility that factors may confound each other. The multivariate analysis overcomes these limitations and is a useful tool for assessing the effect of several factors acting together and their association with an outcome.

-15-

Multivariate logistic regression was used to assess the association between pleural abnormalities and 18 exposure pathways, while adjusting for age, sex, BMI, cigarette smoking status, years lived in the Libby area, neighborhood environmental concern level, and pulmonary disease or pulmonary surgery or injury. The final model is displayed in Table 12.

Table 12. Results of Multivariate Logistic Regression Analysis

| Variable | Level | Beta | P-Value | Odds Ratio |
|---|---|---|---|---|
| Intercept | | -12.14 | <0.01 | |
| Workwr | Yes | 2.05 | <0.01 | |
| Work2nd | Yes | 0.32 | 0.02 | 1.38 (1.04-1.83) |
| HHWR | Yes | 1.20 | <0.01 | |
| Vermpop | Sometimes | 0.30 | <0.01 | 1.35 (1.10-1.65) |
| | Frequently | 0.26 | 0.14 | 1.29 (0.92-1.81) |
| Playball | Sometimes | -0.09 | 0.47 | 0.92 (0.73-1.16) |
| | Frequently | 0.21 | 0.09 | 1.23 (0.97-1.56) |
| Vermplay | Sometimes | 0.50 | <0.01 | 1.65 (1.29-2.11) |
| | Frequently | 0.57 | <0.01 | 1.76 (1.31-2.36) |
| Subsex | Male | 1.60 | <0.01 | |
| Resdur | 15-22 Years | 0.12 | 0.47 | 1.12 (0.82-1.55) |
| | 23-34 Years | 0.21 | 0.16 | 1.23 (0.92-1.64) |
| | 35+ Years | 0.72 | <0.01 | 2.05 (1.56-2.69) |
| Age | | 0.43 | <0.01 | |
| BMI | 2nd Quartile | 0.32 | 0.06 | 1.37 (0.99-1.90) |
| | 3rd Quartile | 0.44 | 0.01 | 1.55 (1.13-2.12) |
| | 4th Quartile | 1.17 | <0.01 | 3.21 (2.37-4.36) |
| Smoke | Ex-Smoker | 0.35 | <0.01 | 1.42 (1.16-1.74) |
| | Current | 0.35 | 0.01 | 1.42 (1.10-1.85) |
| Age*Workwr | Yes | -0.02 | 0.04 | |
| HHWR*Subsex | Yes*Male | -0.63 | <0.01 | |
| Age*ln(Age) | | -0.07 | 0.01 | |

Final Model Fit: Hosmer-Lemeshow Goodness-of-Fit Test, Chi-Square = 4.33, DF = 8, Pr > Chi-Square = 0.83

The regression model can be used to make comparisons between various groups and to assess the relative importance of various exposure pathways and covariates in predicting pleural abnormalities.

The model shows that the following factors are associated with pleural abnormalities: having been a WRG worker or a secondary contractor at WRG; having been a household contact of a WRG worker; having frequently popped vermiculite, played in vermiculite piles or played at the

-16-

ballfields near the expansion plants; being male; being older; having lived in the Libby area for a longer period of time; having smoked cigarettes; and having a high BMI.

The model also shows that several of the variables interact with each other. For example, the odds of having a pleural abnormality among former WRG workers differs with age. As age increases, the odds of having a pleural abnormality increases, but not as quickly for former WRG workers as for non-WRG workers. The model also shows that odds of having a pleural abnormality among household contacts of former WRG workers is higher for females than for males.

The risk factors that produced the largest increase in the odds of finding pleural abnormalities were being a former WRG worker, being male, and being a female household contact of a former WRG worker. The model shows that the estimated odds of finding a pleural abnormality is 7.7 times greater for a former WRG worker when compared to a non-WRG worker of the same age, adjusting for all of the other variables in the model (i.e., assuming that the participants being compared are alike with respect to age, sex, BMI, residential history, cigarette smoking status, and other risk factors considered in the model). The model also shows that the estimated odds of finding a pleural abnormality is 4.97 times greater for males than for females after adjusting for other variables in the model. The estimated odds of finding a pleural abnormality is 3.3 times greater for females who were household contacts of former WRG workers when compared to females who were not. The corresponding increased odds for males is 2.7. The model also shows that as age increases the odds of finding a pleural abnormality increase, though the relationship is non-linear. For example, the estimated odds of finding a pleural abnormality for a 30 year old is 3.65 times greater than for a 20 year old. However, the odds reduce to 2.08 when comparing a 60 year old to a 50 year old. Among the non-occupational or household contact exposure pathways, playing in the vermiculite piles frequently was most associated with an increased odds of finding pleural abnormalities. Those who played in the piles frequently had an estimated odds of pleural abnormalities 1.76 times greater than those who never played in the piles. The model predicts that those participants with multiple exposures have increased risk of abnormal pleural findings than those with only a subset of the exposures. The majority of these participants reported multiple, rather than single exposure pathways.

The distribution of exposure pathways is displayed in Table 13. Only 2.6% of participants had no apparent exposure. Forty percent (40%) of the participants reported six or more exposure pathways.

Table 13. Distribution of Multiple Exposure Pathways for All Participants

| Number of Pathways | Frequency | Percent | Percent With At Least This Number of Pathways |
|---|---|---|---|
| 0 | 159 | 2.6 | - |
| 1 | 412 | 6.7 | 97.4 |
| 2 | 703 | 11.4 | 90.7 |
| 3 | 797 | 13.0 | 79.3 |
| 4 | 801 | 13.0 | 66.3 |
| 5 | 817 | 13.3 | 53.3 |
| 6 | 709 | 11.5 | 40.0 |
| 7 | 644 | 10.5 | 28.5 |
| 8 | 488 | 7.9 | 18.0 |
| 9 | 280 | 4.6 | 10.1 |
| 10 | 179 | 2.9 | 5.5 |
| 11 | 104 | 1.7 | 2.6 |
| 12 | 38 | 0.6 | 0.9 |
| 13 | 14 | 0.2 | 0.3 |
| 14 | 3 | 0.1 | 0.1 |
| 15 | 0 | 0.0 | 0.0 |
| 16 | 1 | 0.0 | 0.0 |

The prevalence rates for pleural and interstitial abnormalities among participants with multiple exposures compared wih those with no apparent exposures is displayed in Table 14.

Table 14. Dose Relationship - Background Rate

| Exposure Classification | n | Pleural Findings - All Views | | Interstitial Findings- PA View | |
|---|---|---|---|---|---|
| | | Normal | Abnormal | Normal | Abnormal |
| No Apparent Exposure | 122 | 116 (95%) | 6 (5%) | 121 (99%) | 1 (1%) |
| 1-3 Exposure Pathways | 1569 | 1394 (89%) | 175 (11%) | 1559 (99%) | 10 (1%) |
| 4-5 Exposure Pathways | 1488 | 1262 (85%) | 226 (15%) | 1471 (99%) | 17 (1%) |
| 6+ Exposure Pathways | 2411 | 1824 (76%) | 587 (24%) | 2390 (99%) | 21 (1%) |

This table shows that 24% of persons reporting six or more exposure pathways (43% of participants with chest radiographs) had pleural abnormalities compared to only 5% in the no apparent exposure group. Of the interstitial findings in these groups, 1% occurred in the all exposure pathway groupings.

-18-

### Pulmonary Function Testing

Pulmonary function testing identified 2.2% of men and 1.6% of women 18 years old and older with moderate-to-severe restriction in breathing capacity. Table 14 summarizes restrictive abnormalities identified in the pulmonary function tests by exposure pathway for those 18 years old and older. This does not include participants who had significant obstructive lung changes for whom restrictive changes could not be evaluated. Participants who reported they were former workers at WRG had the highest percentage of restrictive abnormalities of all exposure pathways. As with the interstitial changes seen on the chest radiographs, the number of participants with moderate-to-severe restrictive function was much lower than the number of participants with pleural abnormalities. There were no moderate-to-severe restrictive changes seen in participants less than 18 years old.

A multivariate logistic regression model showed that the following factors were associated with moderate-to-severe restrictive abnormalities: being a former WRG worker or having worked with vermiculite at a non-WRG job, having had chest surgery, being older, having a high BMI, and being a past or current smoker.

The risk factor that produced the largest increase in the odds of having a restrictive abnormality was being a current smoker. The estimated odds of a restrictive abnormality was 3.15 (1.4-7.0) times greater for a current smoker than that of a participant who never smoked. The estimated odds ratios for the other factors in the model were 3.0 (1.6-5.8) for those who reported having had chest surgery, 2.8 (1.2-6.7) for those in the highest BMI quartile, 2.4 (1.2-4.8) for former WRG workers, and 2.0 (1.1-3.6) for non-WRG workers exposed to vermiculite.

The model also shows that as age increases the odds of finding a restrictive abnormality increase. A 10-year increase in age results in an estimated increase of 10.8 for the odds of restrictive abnormality.

### Participant-Reported Symptoms and Illnesses

Table 15 shows background rates of self-reported symptoms and illnesses. The most commonly reported illness was chest illness (28.1%). The most commonly reported symptom was shortness of breath (35.6%).

Table 15. Restrictive Abnormalities in Pulmonary Function, by Exposure Group

| Exposure Pathway | Moderate-to-Severe Restrictive Abnormalities (less than 70% of predicted values) | | |
| --- | --- | --- | --- |
| | Normal | Abnormal | % Abnormal |
| Ever work for WRG/Zonolite | 214 | 13 | 5.7 |
| Secondary contractor work | 259 | 6 | 2.3 |
| Dust exposure at non WRG jobs | 1325 | 28 | 2.1 |
| Vermiculite exposure at non WRG jobs | 592 | 20 | 3.3 |
| Non WRG job working w/ asbestos | 81 | 1 | 1.2 |
| Worked at any job exposed to asbestos | 486 | 7 | 1.4 |
| Asbestos exposure in the military | 95 | 1 | 1.0 |
| Lived with WRG/Zonolite workers | 796 | 24 | 2.9 |
| Vermiculite insulation in homes | 1639 | 39 | 2.3 |
| Asbestos products in homes | 611 | 19 | 3.0 |
| Used Vermiculite for gardening | 2045 | 48 | 2.3 |
| Used Vermiculite around the home | 324 | 4 | 1.2 |
| Handled Vermiculite insulation | | | |
|     Sometimes | 1584 | 32 | 2.0 |
|     Frequently | 413 | 11 | 2.6 |
| Recreational activities along Rainey Creek | | | |
|     Sometimes | 1842 | 36 | 1.9 |
|     Frequently | 841 | 16 | 1.9 |
| Played at ballfield near expansion plant | | | |
|     Sometimes | 1196 | 24 | 2.0 |
|     Frequently | 1409 | 14 | 1.0 |
| Played in Vermiculite piles | | | |
|     Sometimes | 828 | 9 | 1.1 |
|     Frequently | 520 | 10 | 1.9 |
| Popped Vermiculite | | | |
|     Sometimes | 1282 | 22 | 1.7 |
|     Frequently | 320 | 7 | 2.1 |
| Other contact with Vermiculite | | | |
|     Sometimes | 995 | 16 | 1.6 |
|     Frequently | 150 | 6 | 3.9 |

Table 16. Background Self-Reported Symptoms and Illnesses

|  | Number | % |
|---|---|---|
| Ever Had Tuberculosis (6142) | 58 | 0.94 |
| Ever Hospitalized for Pneum/Plrsy (6138) | 885 | 14.42 |
| Congestive Heart Failure (6136) | 336 | 5.48 |
| Other Chest Illnesses (6148) | 1733 | 28.19 |
| Chest Injury Such as Broken Rib (6141) | 1030 | 16.77 |
| Ever Had Chest Surgery (6148) | 359 | 5.84 |
| Lung Disease or Condition (6148) | 780 | 12.69 |
| Arthritis, Scleroderma, Lupus (5560) | 413 | 7.43 |
| Ever had Cancer (6138) | 522 | 8.50 |
| Cough Phlegm in Past 2 Years (5598) | 1183 | 21.13 |
| Hoarse or Difficulty Swallowing (6148) | 1261 | 20.51 |
| Chest Pains Related to Breathing (6135) | 1103 | 17.98 |
| Lost More Than 15lbs in Last 6 Months (6143) | 327 | 5.32 |
| Ever Coughed Bloody Phlegm (6137) | 979 | 15.95 |
| Cough on Most Days (6143) | 1423 | 23.16 |
| Shortness of Breath (6136) | 2187 | 35.6 |

## DISCUSSION

The principal results of this report are based on findings by two out of three B-readers using three views of chest radiographs for pleural abnormalities and the P-A view for interstitial abnormalities. Eighteen percent (18%) of the participants radiographed had pleural abnormalities which were reported by at least two out of three certified B-readers for P-A and oblique views combined. Interstitial abnormalities were seen in almost 1% of the participants. Although the ILO standard for screening for pleural abnormalities is based upon the P-A view, our analyses using the combination of P-A view and oblique views increased the sensitivity of this test. Pleural abnormalities identified by combined views (17.8%) was higher than those identified by P-A view alone (14%) and the oblique view alone (12%).

-21-

Substantially greater numbers of individuals were identified as having radiographic abnormalities if we consider those participants with potential asbestos-related findings reported by at least one of the radiologists (one screening radiologist and two B-readers). By using this definition, 30% of participants had a pleural abnormality (versus 18% with two B-readers) and 7% had an interstitial abnormality (versus 1% with two B-readers). This information is important because these individuals were informed that they should have their finding reviewed by their private physician. Additional research is ongoing to determine what percentage of these individuals may actually have asbestos-related radiographic abnormalities.

### Pleural abnormalities

Pleural abnormalities varied by age, sex, and BMI. Age is an important variable since it is related to both latency and length of exposure. Pleural abnormalities ranged from 5% in those 18 to 44 years old to almost 40% in those 65 years old and older. The youngest participant with an abnormality was 20 years old, and was the only person with an abnormality younger than 25 years old. Only five people below the age of 30 were identified with pleural abnormalities. The extremely low prevalence rate (0.3%) for pleural abnormalities among this youngest age group confirmed our initial decision to limit chest radiographs to those 18 years of age and older. Because of duration and latency considerations for these outcomes, we would not expect to see abnormalities in younger people.

Crude odds ratios of pleural abnormalities were almost four times higher among men than women. Men were more likely to be exposed to vermiculite through occupational or recreational contact. Not surprisingly, women were more likely than men to be exposed to vermiculite through household contact or gardening. In addition, prevalence of pleural abnormalities increased with increasing length of residence in the Libby area with an almost four-fold increased risk of pleural abnormalities among those with 35 or more years of residence when compared with residents of 14 years or less. Residents who lived in the area a long time had more opportunities for exposures unique to the Libby area. Additionally, they were more apt to be older than those who lived in the area for a short time.

In previous studies, smoking tobacco products has not been identified as a key pathological factor in the development of pleural abnormalities. However, in assessing pulmonary related changes, it is useful to control for this behavior in order be able to determine that pulmonary changes found associated with an environmental exposure could not be attributed to cigarette smoking.

BMI was also associated with pleural plaques in these analyses. While there is no known biological or pathological relationship between body mass and the development of pleural abnormalities, a heavier body mass index can make it more difficult to distinguish between pleural abnormalities and sub pleural or extrapleural fat (Sargent et al. 1984; Proto 1992). BMI has not typically been considered in other epidemiologic studies of asbestos-related radiographic abnormalities. We feel that consideration of the effects of BMI in our current analyses should improve our ability to understand causal associations and accurately estimate risks. Therefore, BMI, along with age, cigarette smoking status, and sex, was included in multivariate models assessing relationships between exposures to asbestos contaminated vermiculite and pleural abnormalities.

Those who had worked for WRG had crude prevalence rates of 48% and were five times more likely to have pleural abnormalities than non-WRG workers. Family contacts of WRG workers were twice as likely to have pleural abnormalities as those who did not have this exposure. The crude odds ratios for all exposure categories, except playing ball near the expansion plant and using vermiculite around the home, showed a statistically significant elevation.

In the multivariate model used for this analysis, the factors most strongly related to having pleural abnormalities were being a former WRG worker, being a household contact of a WRG worker, and being male. Former WRG workers had almost eight times the risk of pleural abnormalities when compared with non-WRG workers. The risk of pleural abnormalities among household contacts of WRG workers varied by sex. Women household WRG contacts compared with WRG non-contacts were at a greater risk of pleural abnormalities than male contacts vs. non-contacts. This may be due to gender differences in responsibilities for laundry and cleaning. These activities may lead to greater exposure to "take-home" dust. Additionally, women workers, who traditionally are found in more administrative or office occupations within industries, may have been exposed to less vermiculite on the job site than male workers and thus brought less vermiculite home. Men had almost five times the risk of pleural abnormalities when compared with women. Other pathways of exposure associated with pleural abnormalities included playing in vermiculite piles and popping vermiculite.

Those who answered 'yes' to six or more exposure pathways had a prevalence rate of 24% for pleural abnormalities compared with 5% for those who had no apparent exposures. No directly comparable Montana or U.S. population studies are available to estimate the rate of pleural abnormalities among those in Libby with no work-related exposures. Studies of differing groups

within the United States believed to have no substantive work-related asbestos exposures have found the prevalence of pleural abnormalities ranging from 0.2% among blue-collar workers in North Carolina (Castellan 1985), to 0.9% among loggers in Washington and Oregon (Stilbolt 1991), to 1.8% among New Jersey residents (Anderson 1979), and 2.3% among patients at Veterans Administration hospitals in New Jersey (Miller JA 1996). The closest category to a 'non-exposed' group for these analyses was the category of 'no apparent exposure' which has a prevalence rate of 5% for pleural abnormalities. Although this is greater than those of control groups or the general population found in other studies, this category may have included exposures to vermiculite which we did not consider.

### Interstitial abnormalities and restrictive changes in lung function

The proportion of interstitial abnormalities and moderate-to-severe restrictive changes on participants' spirometry tests is much smaller than pleural abnormalities. This finding is consistent with clinical reports by physicians in the Libby area that patients frequently present with pleural abnormalities. Interstitial abnormalities are well correlated with asbestos exposures among occupational cohorts typically exposed to chrysotile asbestos, and appear to be associated with the latency, intensity, and duration of the exposure. Aside from former vermiculite workers, the extent of asbestos exposures associated with the non-occupational exposure pathways in Libby is presently unknown. Smaller findings of interstitial abnormalities in this population, compared to pleural abnormalities, may be due to less intense or prolonged exposures, shorter latency periods, and/or differences in the toxicologic properties of the asbestoform fibers found in the vermiculite.

The strongest risk factors for restrictive changes in participants' spirometry testing for adults 18 years old and older was current cigarette smoking, being a former WRG worker, having had chest surgery, and being in the highest BMI quartile and age. Unfortunately, restrictive changes in lung function could not be evaluated in those participants who also had obstructive changes. No restrictive changes, as defined for these analyses, were seen in participants less than 18 years old. However, latency and duration are important factors in the development of these changes and not enough time or duration of exposure may have occurred for changes to have become evident in younger people.

## Symptoms and illnesses

Perhaps not unexpectedly, the most commonly reported health problem was chest illness and the most commonly reported symptom was shortness of breath. These results are difficult to interpret because there are not comparison rates for these outcomes and self-reported illnesses and symptoms are subject to recall bias.

Members of the community had requested that ATSDR report the findings for self-reported "arthritis, lupus (SLE), or scleroderma." Seven percent of the participants reported these conditions. The interview question did not distinguish between arthritis resulting from physical degeneration of joints (osteoarthritis), arthritis resulting from an autoimmune pathology (such as rheumatoid arthritis), or other forms of arthritis. Thus, all respondents cannot be assumed to be suffering from an autoimmune pathology. Asbestosis has been associated with immunologic changes (hypergammaglobulinemia, anti-nuclear antibodies, and rheumatoid factor) (Mulherin 1993) and persons with asbestosis may be predisposed to the development of SLE, given the immunological changes seen in asbestosis. However, at the present time, there is only limited information about the association between auto-immune diseases and asbestos. Also at this time, we have no prevalence rates for illnesses such as lupus or scleroderma for the general population that could serve as a comparison group.

## Limitations

Information obtained through systematic survey methods or medical testing programs can have many limitations. The medical testing program was conducted with the principal goal of providing a service to the community and assisting EPA with exposure pathway definition. The information will be useful for health care planning needs in the community, defining the scope of future environmental investigations, and understanding the natural history of asbestos-related illness which can assist local health care providers. A perspective on the magnitude of the public health problem in the Libby area can be summarized by examining the prevalence of asbestos-related abnormalities among participants. However, specific judgements about the true extent of these abnormalities in excess of expected values is difficult to determine because no control group is included. Thus, direct comparisons of the occurrence of abnormalities beyond the expected value cannot be calculated.

All studies involving volunteers are subject to selection bias. It is possible that those who volunteered for the program were more likely to have been previously diagnosed with an illness, were more likely to have experienced symptoms than a randomly selected population, or were

-25-

more likely to have had exposures and concerns about this. It also is possible that persons who thought they had little or no exposure chose not to participate. Nevertheless, this program screened more than 6,000 people in Libby and the surrounding area. The number represents a substantial proportion (61%) of the total population of the Libby area. Additionally, most of the findings in this report are on more objective outcomes such as findings from chest radiographs or spirometry measurements. Observer bias is limited by following established standards for interpretation of chest radiographs that require the use of B-readers trained in detection of occupational disease and agreement in two out of three B-readers. Findings on self-reported symptoms and illnesses must be interpreted with caution due to lack of comparison rates and the potential for recall bias.

## SUMMARY

One of the principal objectives of the medical testing program was to identify illnesses experienced by participants exposed to asbestos in order to better inform local health care providers. Pleural abnormalities were observed on the chest radiographs of almost 18% of participants in the medical testing program. Interstitial abnormalities were seen in 1% of participants. The risk of pleural abnormalities increased with increasing age and increasing length of residence in the Libby area.

A second objective was to better characterize pathways of exposure and risk of illnesses in this community. Such characterization may be useful for the purpose of defining or focusing environmental investigations in Libby and other areas of suspected human exposure to asbestos-contaminated vermiculite. The factors most strongly related to having pleural abnormalities were 1) having been a WRG worker, 2) having been a household contact of a WRG worker, and 3) being male. The odds of finding a pleural abnormality was almost eight times greater for former WRG workers when compared to non-workers of the same age. The odds of finding a pleural abnormality was more than three times greater for female household contacts of WRG workers when compared with females who did not report having this exposure. Men had almost 5 times the risk of pleural abnormalities as women.

Participants could have been exposed through several pathways. This analysis found that 24% of participants with multiple exposures had abnormal pleural findings when compared with 5% of participants with no apparent exposure.

Participants who reported they were former WRG workers had the highest percentage of

-26-

restrictive changes of all exposure pathways as measured by pulmonary function testing. Being a current smoker was the strongest risk factor for having restrictive abnormalities. Other risk factors included being a former WRG worker, being a non-WRG worker exposed to vermiculite, having had chest surgery, and being in the highest body mass index category.

This report summarizes the findings from the year 2000 medical testing program and reflects efforts to provide useful information to the community and other health professionals as quickly as possible. As additional analyses of the data are completed, information presented here will be expanded and modified as necessary. This is especially true in view of new information that will be forthcoming from medical testing taking place in the summer of 2001 and other studies currently underway.

People referred to their physician for evaluation of observed abnormalities or functional breathing problems are encouraged to be evaluated for diagnosis and treatment. ATSDR will continue to work with state and federal agencies (Montana Department of Public Health and Human Services, the Libby Department of Environmental Health,, the U.S. Environmental Protection Agency and other federal agencies) and the Libby community to establish a mechanism and recommendations for future testing; to assist in addressing potential pathways of human exposure in Libby and other sites where vermiculite ore was shipped, handled or processed; and to conduct and support health investigations to assess the observed abnormalities, risks for development of abnormalities, and the natural history of illnesses among people exposed to amphibole asbestos-contaminated vermiculite.

## REFERENCES

Agency for Toxic Substances and Disease Registry. Toxicological profile for asbestos. Atlanta: US Department of Health and Human Services; 1995.

Albelda SM, Epstein DM, Gefter WB, et al. Pleural thickering: its significance and relationship to asbestos dust exposure. Am Rev Respir Dis 1982;126:621-4

Amandus H.E. Wheeler PE, Jankovic J, Tucker J. The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part I. Exposure estimates. Am J of Ind. Med 1987a; 11:1-14.

Amandus H.E. Wheeler, R. The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite. Part II. Mortality. Am J of Ind Med 1987b; 11:15-26.

Amandus HE, Althouse R Morgan WKC Sargent EN, Jones R. The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite. Part III. Radiographic findings. Am J of Ind Med 1987c; 11:27-37

American Thoracic Society. Standardization of spirometry: 1994 Update. Am J Respir Crit Care Med 1995; 152:1107-36.

American Thoracic Society. Lung function testing: selection of reference values and interpretive strategies. Am Rev Respir Dis 1991; 144(5):1202-18.

Begin R, Samet JM, Shaikh, RA. Asbestos. In: Harbor, Schenker, and Balmes, editors. Occupational and environmental respiratory disease., St. Louis: Mosby. 1986; p.311-12, 318.

DOI, (1928) Contributions to Economic Geology Part 1: Metals and Nonmetals Except Fuels. Department of the Interior, U.S. Geological Survey. Bulletin 805. U.S. Government Printing Office. p. 24-27.

International Labor Office. Guidelines for the use of the ILO international classification of radiographs of pneumoconioses (Revised). Occupational Safety and Health Series. 1980; Vol 22.

Kilburn KH, Lilis R, Anderson HA, et al. Asbestos disease in family contacts of shipyard workers. Am J Public Health 1985; 75:615-617.

Kilburn, Kaye. Asbestos and Other Fibers. In: Maxy, Rosenau, Last, editors. Public Health and Preventive Medicine, 13th ed., p.351, 356.

Levin SM, Kann PE, Lax MB. Medical examination for asbestos disease. Am J Ind Med 2000; 37:6-22.

Lockey JE, Brooks SM, Jarabek AM, Khoury PR, McKay RT, Carson A, Morrison JA, Wiot JF, Spitz HB. Pulmonary changes after exposure to vermiculite contaminated with fibrous tremolite. Am Rev Respir Dis 129:952-958.

McDonald JC, McDonald AD, Armstrong B, Sebastien P. Cohort study of mortality of vermiculite miners exposed to tremolite. Br J Ind Med 1986; 43:436-44.

McDonald JC, McDonald AD, Sebastien P, Moy K. Health of vermiculite miners exposed to trace amounts of fibrous tremolite Br J Ind Med 1988; 45:630-634.

McLoud TC. Conventional radiography in the diagnosis of asbestos-related disease. Radiol Clin North Am 1992 Nov; 30(6):1177-89

Minnesota Department of Health (MDOH). Medical Screening for asbestos-related lung disease among Conwed Corporation (Cloquet) workers and their spouses: preliminary report to the Minnesota Legislature. 1989 March.

Proto AV. Conventional chest radiographs: anatomic understanding of newer observations. Radiology 1992; 183:593-603.

National Institute for Occupational Safety and Health. In: Sargent E., editor. Technique for chest radiography for pneumoconiosis. U.S. Department of Health and Human Services. 1982

Sargent EN, Bosswell WD, Ralls P. Makovitz A. Subpleural fat pads in patients exposed to asbesos: distinction from noncalcified pleural plaques. Radiology 1984; 152:273-77.

Selikoff IJ, Churg J., editors. Biological effects of asbestos. Ann NY Acad Sci 1965; 132:1-766.

USEPA. Health assessment document for vermiculite. 1991. pages. Report No. EPA/600/8-91/037

USEPA. Exposure assessment for asbestos contaminated vermiculite. 1985. Report No. PB85-183085

USEPA. Phase 2 Sampling and Quality Assurance Project Plan (Revision 0) For Libby, Montana. Environmental Monitoring for Asbestos. Evaluation of Exposure to Airborne Asbestos Fibers During Routine and Special Activities. Prepared by USEPA Region 8 with technical support from Syracuse Research Corporation, 2001.

Appendix

**Participants Residing in Nevada at the Time of the Testing**

A small cohort of the 6149 members of the Libby Testing Program resided in Nevada at the time of the testing. A request was made to compare this subpopulation to the entire study population. The populations were found to be similar both in terms of demographics and outcomes.

A total of 92 participants resided in Nevada at the time of testing. Of these, 83 were age 18 or older and therefore eligible for chest radiographs.

**Key Covariates and Risk Factors**

The distributions of key covariates were similar between the Nevada subpopulation and the entire study population. The sex distribution of the Nevada subpopulation was identical to that of the entire study population, 49% male and 51% female. The Nevada group had a slightly different age breakdown with 10% age 0-17 years, 57% age 18-44 years, 32% age 45-64 years and 2% 65 years or older (compared to 9%, 33%, 44%, and 16% respectively), making the Nevada subpopulation a slightly younger group. The BMI distribution between the two groups was similar, 75% of the Nevada subpopulation had a BMI of 25 or greater, compared to 67% in the entire population.

The number of years spent in the Libby area by the Nevada subpopulation was similar to that of the entire study population. The Nevada cohort was less likely to have lived in the Libby area for 35 or more years, 18% compared to 27%. However, 23% of the Nevada subpopulation lived in the Libby area for 15-22 years compared to 24% for the entire study population. And 24% of the Nevada subpopulation lived in the Libby area for 23-34 years compared to 27% for the entire study population.

Of the 92 participants from Nevada, 13 were former WRG workers (13% compared to 5%), and 35 were former household contacts of workers (41% compared to 21%).

**Pleural Abnormalities**

The overall rate of pleural abnormalities (all views) for the Nevada subpopulation was 18%, identical to that for the general study population.

The rate of abnormalities for former WRG workers and former household contacts of WRG workers were very similar to those found in the entire population. For household contacts of

workers, the abnormality rate was 24% in the Nevada subpopulation compared to 26% for the entire study population.  For former WRG workers the rates were 54% in the Nevada subpopulation compared to 49% for the entire study population.

**EXHIBIT B**

ORIGINAL FILED
DEC 2 0 2000
SUPERIOR COURT
SPOKANE COUNTY, WA

1  SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

2

3  MARCO BARBANTI, ET AL,          ) Case No.: 00-2-01756-6
                                   )
4          Plaintiff,              ) MEMORANDUM OPINION
                                   ) MOTION NO. 2 – PLAINTIFF'S MOTION
5       vs.                        ) FOR PRELIMINARY INJUNCTION AND
                                   ) EMERGENCY NOTICE TO CLASS
6  W. R. GRACE & CO., ET AL,       ) MEMBERS
                                   )
7          Defendant              )
                                   )
8                                  )
                                   )
9

10         Plaintiff's Motion for Preliminary Injunction and Emergency Notice to Class Members

11  came before the court for hearing on November 28, 2000.  In addition to the pleadings filed in

12  this matter, the court has considered the testimony of Donald Hurst; videos from Richard

13  Hatfield and Brendon King; the testimony of Ralph Busch, Don Morgan, Todd Hilsee, William

14  Huson, M.D., Dr. Richard J. Lee and Dr. Morton Korn and 73 substantive and 19 illustrative

15  exhibits.  The exhibits include affidavits/declarations and/or deposition excerpts from Henry A.

16  Anderson, M.D., Rand Hatch, Brendon King, Rosemarie Thurman, Ernie Matthews, and Bruce

17  Hunter.

18         Just prior to commencement of the hearing, counsel received a copy of the court's

19  Memorandum Decision certifying a class action under CR 23(b)(2).  During opening statements

20  counsel for the plaintiff indicated he would focus primarily on the second part of his original

21  motion, which was filed on June 1, 2000, the necessity of an emergency notice to class members

22  under CR 23(d)(2).  After both sides concluded their opening statements, but prior to the

23  testimonial phase of the hearing, I indicated to counsel that it was likely I would require a notice

24  to class members; however, I would hold plaintiff to the standards of Civil Rule CR 65 in

25  determining the contents of that notice.

MEMORANDUM DECISION (MOT. #2) - 1