IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: July 28, 2003 at 4:00 p.m. |
| | ) Hearing Date: August 25, 2003 at 12:00 p.m. |

### NOTICE OF DEBTORS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF ANY ALLEGED DAMAGES FROM THE ZAI SCIENCE TRIAL

**To:** (a) Office of the United States Trustee for the District of Delaware, and (b) all entities on the Debtors' 2002 List

W.R. Grace & Co., *et al.*, (collectively, the "Debtors") has filed a Motion *In Limine* to Exclude Evidence of any Alleged Damages from the ZAI Science Trial.

A HEARING ON THE MOTION WILL BE HELD ON AUGUST 25, 2003 at 12:00 p.m. (Eastern), before The Honorable Judith Fitzgerald in the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, DE 19801.

You are required to file a Response to the attached Motion on or before **July 28, 2003 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 5th Floor, Wilmington, DE 19801.

At the same time, you must also serve a copy of the response upon the following:

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
James L. Ward, Jr., Esquire
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC  29464

Richard A. Keuler, Jr. (No. 4108)
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801
Telephone:  302.778.7500
Facsimile:  302.778-7575

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT

FURTHER NOTICE OR HEARING.

Dated: July 7, 2003

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
Scotta McFarland (Bar No. 4184)
David W. Carickhoff, Jr. (Bar No. 3715)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in
Possession