IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ZAI Claimants' Motion for Summary Judgment**

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: July 7, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ZAI Claimants' Motion for Summary Judgment

Pursuant to Fed. R. Civ. P. 56, the ZAI Claimants respectfully move for summary judgment declaring there is no material issue of fact and the ZAI Claimants are entitled to judgment as a matter of law that: (1) ZAI can contaminate homes / pose an unreasonable danger upon disturbance; and (2) ZAI Claimants have viable claims under tort and/or other legal theories in this bankruptcy proceeding. The grounds for this motion are set forth in the accompanying memorandum in support.

Dated: July 7, 2003

                                        Edward J. Westbrook, Esq.
                                        Robert M. Turkewitz, Esq.
                                        James L. Ward, Esq.
                                        Robert S. Wood, Esq.
                                        Richardson, Patrick, Westbrook & Brickman
                                        1037 Chuck Dawley Blvd, Building A
                                        Mount Pleasant, SC  29464
                                        Tel. (843) 727-6513
                                        ZAI CLAIMANTS' SPECIAL COUNSEL

                                                       -and-

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
LUKINS & ANNIS PS
717 W. Sprague Ave. Suite 1600
Spokane WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

    -and-

ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.


___/s/ Charles J. Brown, III_____
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899-1630
(302) 428-3181

Counsel for the Zonolite Claimants,
Barbanti, Busch, Prebil, and Price

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, hereby certify that I caused a copy of the foregoing to be served upon the attached service list via hand-delivery or federal express.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: July 7, 2003                             /s/ *Charles J. Brown, III*
                                                Charles J. Brown, III

| | |
|---|---|
| Laura Davis Jones, Esquire<br>David Carickoff, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705<br>*(Counsel to Debtors and*<br>*Debtors-in-Possession)* | David Bernick, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*(Counsel to Debtor)* |
| James J. Restivo, Jr., Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219-1886<br>*(Counsel to Debtor)* | David B. Seigel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>*(Debtor)* |
| Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100<br>*(Counsel to Debtors and*<br>*Debtors-in-Possession)* | Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*(Counsel for The Chase Manhattan Bank)* |
| Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>*(Counsel to Official Committee*<br>*of Unsecured Creditors)* | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*(Counsel to Official Committee*<br>*of Unsecured Creditors)* |
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>*(Counsel for Property Damage Claimants)* | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>*(Counsel to DIP Lender)* |

| | |
|---|---|
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>*(Counsel to Personal Injury Committee)* | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena<br>  Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>*(Official Committee of Property Damage Claimants)* |
| Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>*(Equity Committee Counsel)* | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022<br>*(Official Committee of Personal Injury Claimants)* |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>*(Equity Committee Counsel)* | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>*(Official Committee of Personal Injury Claimants)* |
| Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE 19801<br>*(United States Trustee)* | |