# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: July 7, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments

Claimants, by and through their counsel, respectfully move this Court, pursuant to Federal Rule of Evidence 702, for an order excluding the proposed expert testimony of Dr. R. J. Lee on the issue of cleavage fragments. In support of this motion, Claimants rely on their Memorandum in Support of Motion to Exclude Dr. R.J. Lee's Opinions on Cleavage Fragments and Federal Rule of Evidence 702.

WHEREFORE, Claimants pray this Honorable Court to exclude the proposed expert testimony of Dr. R.J. Lee.

Dated: July 7, 2003

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC  29464
Tel. (843) 727-6513
ZAI CLAIMANTS' SPECIAL COUNSEL

-and-

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
LUKINS & ANNIS PS
717 W. Sprague Ave. Suite 1600
Spokane WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

-and-

ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.


   /s/ Charles J. Brown, III
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899-1630
(302) 428-3181

Counsel for the Zonolite Claimants, Barbanti, Busch, Prebil, and Price

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, hereby certify that I caused a copy of the foregoing to be served upon the attached service list via hand-delivery or federal express.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: July 7, 2003

/s/ *Charles J. Brown, III*
Charles J. Brown, III

| | |
|---|---|
| Laura Davis Jones, Esquire<br>David Carickoff, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705<br>*(Counsel to Debtors and Debtors-in-Possession)* | David Bernick, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*(Counsel to Debtor)* |
| James J. Restivo, Jr., Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219-1886<br>*(Counsel to Debtor)* | David B. Seigel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>*(Debtor)* |

| | |
|---|---|
| Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100<br>*(Counsel to Debtors and Debtors-in-Possession)* | Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*(Counsel for The Chase Manhattan Bank)* |
| Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>*(Counsel to Official Committee of Unsecured Creditors)* | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*(Counsel to Official Committee of Unsecured Creditors)* |
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>*(Counsel for Property Damage Claimants)* | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>*(Counsel to DIP Lender)* |

| | |
|---|---|
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>*(Counsel to Personal Injury Committee)* | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena<br>   Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>*(Official Committee of Property Damage Claimants)* |
| Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>*(Equity Committee Counsel)* | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022<br>*(Official Committee of Personal Injury Claimants)* |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>*(Equity Committee Counsel)* | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>*(Official Committee of Personal Injury Claimants)* |
| Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE 19801<br>*(United States Trustee)* | |