Page 1

```
 1          IN THE UNITED STATES BANKRUPTCY COURT
 2               FOR THE DISTRICT OF DELAWARE
 3
 4   ------------------------------x
                                   *
 5   In re:                        *   Chapter 11
                                   *
 6   W. R. GRACE & CO., et al.,    *   Case No. 01-01139(JKF)
                                   *
 7              Debtors.           *   (Jointly Administered)
                                   *
 8   ------------------------------x
 9
10
11
12      Deposition of MORTON CORN, Ph.D., B.Ch.E., CSP
13                     Linthicum, Maryland
14                   Thursday, May 29, 2003
15                        9:08 a.m.
16
17                                        COPY
18
19
20
21
22
23   Job No.:  1-17366
24   Pages:  1 - 203
25   Reported by:  Marianne R. Hewitt
```

1  here today that ZAI could be removed safely by
2  qualified contractors?
3      A.   I haven't seen nor heard of a -- the type of
4  removal that concerned me in the early and mid '80s for
5  years.  My conclusion has been those fly-by-night
6  companies are opportunistic companies and no longer in
7  the business, and the ones that are are doing good work
8  today.
9      Q.   And I remember one of your concerns about
10 removal in a traditional ACM in buildings was you had
11 to tear the fabric of the building apart to get to it.
12     A.   That's right.
13     Q.   With respect to ZAI it appears at least that
14 it may be a much easier removal with a vacuum truck, I
15 guess.
16     A.   That's correct.
17     Q.   Okay.  So that would certainly seem to make
18 it feasible without endangering people the way you were
19 concerned about in the traditional buildings.
20     A.   Well, I'm really not concerned about the
21 removal, even if the homeowner does it with ZAI.
22          I'd recommend the homeowner get specialists'
23 help, but this is really a once in a lifetime
24 occurrence for a homeowner that removes it.  And I
25 think that's the dominating factor here, that exposure

1      A.    And they did it in the Bethel home.

2      Q.    Okay.

3      A.    And I was trying to -- what I was trying to
4  say is they did simulations in an artificial attic and
5  in -- I guess it should have said simulated home but
6  that -- they didn't do it in all of them.

7      Q.    All right.  The second paragraph of your
8  report says background and post-simulation area air
9  samples were collected for four homes, and where is
10 that?

11     A.    Okay.  Let me see if I got confused here.

12     Q.    And I'm looking for the post-simulation --

13     A.    Right.

14     Q.    -- result from the four homes.

15     A.    I think that's an error.  I think they only
16 used the Bethel house.

17     Q.    Okay.  So there were no post-simulations --
18 there were no simulations in the four homes.

19     A.    There was a simulation in the Bethel home,
20 that's correct.

21     Q.    Okay.

22     A.    Let me just check because I --

23           MR. CAMERON:  Let me see that.

24           THE WITNESS:  -- because as I look through it
25 I may have gotten that wrong.

93

1  it was virtually everybody involved in litigation, but
2  I never did serve on that. I just did not think it was
3  appropriate.
4     Q.  Have you been asked by any other government
5  agency to advise on the issue of ZAI?
6     A.  No.
7     Q.  Have you been asked by any homeowners to
8  consult on ZAI in their home?
9     A.  No.
10    Q.  Okay. Have you been asked by anyone other
11 than W. R. Grace to do anything in connection with ZAI?
12    A.  I've run into ZAI and been asked in a sense,
13 but I'm assisting the Navy in environmental hazard
14 litigation where they close a facility or reduce it and
15 there's a suit filed for back pay. So I inspect the
16 buildings involved.
17        These are nonoccupational environment and
18 they're like the buildings issues we dealt with. And
19 in doing that in Pearl Harbor I encountered attic
20 insulation.
21    Q.  In --
22    A.  So I had to address -- similar to my
23 inspections of buildings I addressed the form of the
24 asbestos, the concern for the asbestos and so on.
25        But I did encounter attic insulation in some

94

1   of the very old buildings on the Pearl Harbor Naval
2   Shipyard Base.
3       Q.  Did you write a report that included the ZAI
4   buildings?
5       A.  No, just notes of what I saw, inspection
6   notes.
7       Q.  Have the facilities been closed that had the
8   ZAI?
9       A.  Yeah, the whole building was closed for
10  either remodeling or tearing down.  If they could get
11  the money to remodel they would remodel, if they
12  couldn't they were going to demolish.
13      Q.  When was this that you were involved with ZAI
14  at Pearl Harbor?
15      A.  I did my inspections two years ago.
16      Q.  Do you know what's happened to those
17  buildings?
18      A.  No, but I'll be going back so I will find
19  out.
20      Q.  Okay.  Did you make any recommendations on
21  what they should do about the ZAI if they tore the
22  building down?
23      A.  Just that it should be appropriate removal.
24  I assumed it had some asbestos and I -- and they do
25  have appropriate removal.

1        They have standard operating procedures for
2  professional removers. And so it was really iterating
3  in that sense what they already knew.
4        There were different forms of asbestos
5  materials in the buildings I inspected from thermal to
6  pipe insulation, boiler insulation. I was encountering
7  a lot of different ACM in the older buildings.
8    Q.  And did you make any calculations of what the
9  cost would be for the asbestos removal for that aspect
10  of the building?
11    A.  No, I didn't get into any of that.
12    Q.  Did you have any discussions with them of the
13  removal technique for ZAI? We talked earlier about a
14  vacuum truck or scooping it up or --
15    A.  No, we -- again, we didn't get into that. It
16  was mainly visual qualitative observation of the
17  potential sources of asbestos that were the basis for
18  the claim for 25 years back pay of 8 percent of people
19  who worked in these buildings.
20    Q.  What's happened with the litigation, do you
21  know?
22    A.  There will be a hearing. The two I was
23  involved with, I assisted the Navy in Mechanicsburg and
24  the Navy was successful.
25        And I assisted the Air Force at Kelly Air

96

1   Force Base. The Navy recommended me to Kelly. These
2   are the JAG attorneys I worked with, and my role is
3   really to educate them to asbestos and to tutor them in
4   the issues. And we prevailed in Kelly and now it's
5   Pearl Harbor.
6        Q.   Good work leads to more assignments, and
7   Pearl Harbor is not a bad one.
8        A.   Yeah. Yeah.
9        Q.   With the small percentage of asbestos, we've
10  seen up to two percent of asbestos in the ZAI, out at
11  Pearl Harbor why wouldn't you just recommend they knock
12  it down, it's only going to be a day or two?
13       A.   Well, the ZAI is a minor part of these
14  buildings, the consideration. These are enormous
15  buildings dating from the -- they may date -- I have
16  those, I think it was the '20s or the '30s.
17            In terrible state of repair, the roofs were
18  in bad shape, there were pigeon droppings, there
19  were -- I mean the -- we have -- despite the enormous
20  defense budget, I learned that very little goes into
21  maintenance of facilities.
22            So these buildings are sealed, they're really
23  sealed off to any entry. And I was trying to
24  reconstruct what was there when people worked in them,
25  and the degree of hazard.

| | | |
|---|---|---|
| 1 | Q. | Well, how did that get you into a |
| 2 | | recommendation that if the buildings were going to be |
| 3 | | remodeled or demolished that the ZAI be removed? |
| 4 | A. | It was just an add on to my report just |
| 5 | | saying you're aware that -- just reminding them, which |
| 6 | | is gratuitous because they knew. |
| 7 | | But in my notes I would say it should be |
| 8 | | remembered that this asbestos should be removed by |
| 9 | | professional removal specialists. |
| 10 | Q. | Okay. |
| 11 | A. | That's all it was, a footnote at most. |
| 12 | Q. | Okay. All right. And I want to be sure we |
| 13 | | covered this to save some time of a lot of questions. |
| 14 | | Are you doing anything else related to ZAI or |
| 15 | | run into it, talked about it, bumped into it, consulted |
| 16 | | with anybody? |
| 17 | A. | No. |
| 18 | Q. | Okay. How much time would you estimate |
| 19 | | you've spent since that first faithful call from Mr. |
| 20 | | Finke in June of 2000 giving you and me this new avenue |
| 21 | | of exploration? |
| 22 | A. | I've forgotten how much time I spent in |
| 23 | | Barbanti, I'm guessing it was a week to ten days or |
| 24 | | so. |
| 25 | | I had to make two trips, I remember we |

1    Q.   Fair enough, Doctor.  Let's look at the next
2  point, if you plan to remodel or conduct renovations
3  that would disturb the vermiculite, hire professionals
4  trained and certified to handle asbestos to safely
5  recover the material.
6         Do you agree with that?
7    A.   I agree with that.
8    Q.   Okay.
9    A.   I agree that's the best way to proceed.
10   Q.   Okay.  And next, you should never attempt to
11 remove the insulation yourself, hire professionals
12 trained and certified to safely remove the material.
13   A.   I think that's a good recommendation.
14   Q.   Okay.  Now, let's -- next, what if I
15 occasionally have to go into my attic?
16   A.   All right.  Okay.
17   Q.   All right.  And down to number four, if you
18 need work done in your attic such as installation of
19 cable or utility lines, hire trained and certified
20 professionals who can safely do the work.
21        Would you agree with that?
22   A.   It's probably a good recommendation for the
23 general public, both from the safety point of view and
24 from the public health point of view.
25        From the magnitude of the risk of doing that,

1  that requires a disclosure today of asbestos in a
2  residence on sale?
3      A.   I don't know.
4      Q.   Do you know of any states that do that?
5      A.   I don't know.
6      Q.   Okay.  When you had your inspector inspect
7  the home, did the inspector take any air samples in the
8  home?
9      A.   No.  It's a visual inspection.
10     Q.   And when you buy a home you'd normally buy
11 the structure and the land around the structure in a
12 normal single family home purchase.
13     A.   Yes.
14     Q.   You're not purchasing the air in the home,
15 are you?
16     A.   No.
17     Q.   Because the air can change in a home.
18     A.   That's correct.
19     Q.   Okay.  And the same thing when you sell the
20 home, you're selling the structure and you're selling
21 the land, you're not selling the air, are you?
22     A.   That's correct.
23     Q.   Did I hear you say earlier that you did some
24 remodeling in the attic of your three-story brownstone?
25     A.   No, in the attic of my Pittsburgh home.