```
 1            IN THE UNITED STATES BANKRUPTCY COURT

 2               FOR THE DISTRICT OF DELAWARE

 3

 4

 5
      IN RE:                          NO. 01-01139 JKF
 6
         W.R. GRACE & CO., et al.,
 7                        Debtors.

 8                                              COPY

 9

10    VIDEOTAPE
      DEPOSITION OF:   THOMAS E. HAMILTON
11                                              VIDEOTAPE
      DATE:            February 25, 2003
12
      TIME:            10:35 a.m.
13
      LOCATION:        Richardson, Patrick, Westbrook
14                       & Brickman, LLC
                       1037 Chuck Dawley Boulevard
15                     Building A
                       Mount Pleasant, SC
16
      TAKEN BY:        Counsel for the Claimant
17
      REPORTED BY:     PATRICIA L. THOMPSON,
18                     Registered Professional
                       Reporter
19    _____

20    Computer-Aided Transcription By:

21       A. WILLIAM ROBERTS, JR., & ASSOCIATES

22    Charleston, SC                   Greenville, SC
      (843) 722-8414                   (864) 234-7030
23
      Columbia, SC                     Charlotte, NC
24    (803) 731-5224                   (704) 573-3919

25
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1  exposure within acceptable or government regulatory
2  standards that we didn't really focus on
3  reentrainment, although I will say this:  We knew
4  that reentrainment was a major problem in our
5  expander plants.  That's why we had tremendous
6  programs for cleaning.
7           When there was a plant audit, a fiber
8  audit, an occupational exposure audit, planned for
9  an expanded plant, they were would spend upwards of
10 four to five days cleaning the plant, and a lot of
11 this dealt with settled dust that they wanted to
12 vacuum up and clean because of the reentrainment
13 issue.  Although we never talked about it as
14 reentrainment, that essentially was what it was.
15 I mean, if you have dust on the floor, you've got
16 to vacuum that up before you do your audit or
17 you're going to have a high fiber count.
18      Q.   And why would you have a high fiber
19 count?  Would it be from the dust getting
20 disturbed?
21      A.   Yes.  It would be from dust that had
22 settled and then been redistributed just through
23 activities in the plant.
24      Q.   Well, did W.R. Grace ever implement any
25 precautions to avoid exposure to asbestos from

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1   asbestos-settled dust?

2       A.   Yes.  I think there were -- I think

3   that would be a fair statement to say yes, that we

4   did that.  I can give some examples.

5           For example, we banned the use of

6   brooms in the expander plants, and the reason is

7   that once you have settled dust, you don't want to

8   sweep it with a broom.

9           When brooms were found in plants, that

10  was a big deal.  That would go down in the report

11  that there were brooms there, and we would tell the

12  plant managers and the manufacturing managers about

13  the fact that we're finding brooms again.  That

14  would be an issue of settled dust.  Also, to

15  replace a broom we put in vacuum cleaners and

16  vacuum systems, which were HEPA or high efficiency

17  particulate arresting vacuum cleaners, so that

18  during the vacuuming you wouldn't reentrain the

19  dust you were picking up.

20      Q.   While you were in Grace's Health and

21  Safety Department did you conduct any testing

22  involving products?

23          MR. RESTIVO:  By "you" you mean the

24  witness, or do you mean Grace?

25          MR. TURKEWITZ:  I'm asking the witness.

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1   an expert witness?  Because I think you're asking

2   for opinion evidence.

3           MR. TURKEWITZ:  Let me rephrase that

4   question.

5   BY MR. TURKEWITZ:

6       Q.   Mr. Hamilton, based on your knowledge

7   and your experience with regard to the simulated

8   and actual attic testing of zonolite attic

9   insulation how would you describe the airborne

10  asbestos levels that resulted?

11          MR. RESTIVO:  I'm going to object

12  because I think you're asking for an opinion

13  evidence, unless you advise us whether or not

14  you're calling Mr. Hamilton as an expert witness.

15  BY MR. TURKEWITZ:

16      Q.   You can answer the question, sir.

17      A.   The original testing that was done by

18  Steve Venuti and me in Cambridge in the small room

19  that we did the original attic testing, the testing

20  of zonolite attic insulation, showed that there was

21  a real potential for exposure for anyone who was

22  disturbing free, loose Libby vermiculite.  Those

23  levels were consistently above one fiber per cc and

24  ranged as high as 28.

25          Testing done by Fred Eaton in the

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1  simulated attic tests and in the actual home tests
2  showed that in spite of the best efforts to clean
3  the vermiculite, in spite of the best efforts to
4  amend the vermiculite, that we never -- at Grace we
5  never were successful in finding a way of
6  installing zonolite attic insulation without having
7  exposures above one fiber per cc. You can make it
8  super clean and it's still above 1. You can put
9  all the soap you wanted on it and it still wouldn't
10 be below 1.
11            So if you were to sum up all this data,
12 as you asked me to do in my opinion as a certified
13 industrial hygienist who was involved in this on a
14 daily basis and had reviewed and had all these
15 documents on my desk at one time during my
16 employment at Grace, the loose zonolite material
17 from Libby has always -- no matter what we did,
18 always represented an opportunity for an exposure
19 that was going to be high. Maybe just for a short
20 period of time, but it would be high, and it would
21 be measured in levels above one fiber per cc, and
22 we never did find a way to reduce that.
23       Q.    And based on the results do you have an
24 opinion as to whether zonolite attic insulation can
25 release asbestos fibers and cause contamination in

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1   a home after insulation?

2              MR. RESTIVO: Object to the form of the

3   question unless you're going to call this witness

4   as an expert rather than a fact witness.

5         A.   In my opinion any time loose woody

6   vermiculite, whether it's 1, 2, 3, 4, 5 -- it

7   doesn't matter what size it is. Any time you have

8   loose Libby vermiculite from an expander plant it

9   will have an opportunity to release fibers into a

10  home, although if it's just sitting in the attic

11  and nobody is touching it, it's not going anywhere,

12  but the moment any movement of that is done, any

13  time there is any maintenance done, any time there

14  is any disturbance of that material, whether it's a

15  renovation or a demolition, there are opportunities

16  for asbestos fiber exposures which exceed OSHA

17  standards.

18             And I want to emphasis one more point.

19  I do not believe that the application of OSHA

20  standards to homeowners and to children has any

21  basis in this study of the zonolite attic

22  insulation. The application of occupational

23  standards to a homeowner is just not allowable.

24        Q.   Based on your testing at Grace did you

25  form an opinion as to whether Grace should have

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1  anyway to this, that there is a duty to inform them
2  and there is at least a very easy quick fix that
3  will not involve them being exposed.
4      This material should be removed from
5  attics appropriately. This should be done by
6  professionals that know what they're doing. It
7  could be done in a matter of minutes in most
8  attics. Vacuuming inside of an attic with a vac
9  truck would take one-hundredth of the time it took
10  to put in, and it could be done safely. It could
11  be removed in such a way that it would no longer
12  represent an issue except for material that might
13  have fallen down into an interstitial space, but in
14  my opinion people that have this in their homes now
15  should be warned.
16      Q.  And what information should homeowners
17  be told?
18      MR. RESTIVO:  The same objection.
19      A.  I think they should be told the truth;
20  that if they don't disturb it, it won't be a
21  problem. If they do disturb it, it will be a
22  problem or a potential problem and it could create
23  a high level of exposure over a brief period of
24  time, but that potential is there, and what I call
25  an informed -- an enlightened decision on what to

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   do with it at least could be made.

2             We have millions of homeowners out

3   there that don't know about this problem.

4        Q.   Mr. Hamilton, do you have zonolite

5   attic insulation in your home?

6        A.   No, I do not.

7        Q.   And based on your testing if you had

8   zonolite attic insulation in your home what action

9   would you take?

10            MR. RESTIVO:  Object to the form.

11       A.   If I had it in my home, I would have it

12  removed.

13       Q.   And why?

14       A.   Because it would be very easy to do, it

15  would not cost that much money to do it, and there

16  are other substitutes for it that are just as good

17  that do not present the asbestos hazard that this

18  material does.

19       Q.   At any point was your involvement with

20  the Construction Products Division interrupted?

21       A.   Yes.

22       Q.   What happened?

23       A.   I was called to give a deposition in a

24  -- specifically there were two events which

25  interrupted my work with Construction Products

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO