

**STOP THE FUEL THIEF**

# Help your c[ustomers] stop the fu[el thief] keep sale[s...]

There's a fuel thief in practically every homeowner's attic—inadequate, old, matted-down insulation that lets heat rise through the attic.

**This fuel loss costs homeowners millions of after-tax dollars every year.** It amounts to grand larceny!

Millions of homeowners now recognize this loss. And they're aware of impending fuel shortages that will drive up the costs of fuel: gas, oil or electricity.

**Do your customers a favor.** Help them "STOP THE FUEL THIEF" now—this Fall. Before cold weather makes re-insulating impractical.

**Do-it-yourself ZONOLITE ATTIC INSULATION** has proven its value in thousands of homes. For more than 30 years. It cuts home heating expense as much as 40%!

**ZONOLITE insulation is perfectly safe.** Doesn't irritate the skin. Resists moisture, vermin. Won't rot. Safe to use around electric fittings, conduit and even next to chimneys. It's odorless. Doesn't settle. And lasts the life of the building. In fact, there are more than 20 sound reasons why every home should be insulated with ZONOLITE.

**Use the ad mats shown here** to bring customers into your store. For ZONOLITE ATTIC INSULATION and your entire "winterizing" line.

You can run them in your local newspaper. Or in your catalogs. Or in mailing pieces, broadsides, flyers. They're all easy to reproduce—show up well wherever you use them.

**You'll get tremendous turnover with ZONOLITE insulation**—because it's fast moving, gets great turnover every Fall and Winter.

**Combine shipments of all ZONOLITE products**—order the mix that sells best for you. To maxi-



## Light, Clean and Pleasant to Handle



Zonolite is clean, light... easily and rapidly handled... IT POURS. It is not abrasive, or in any way injurious to the hands or health.

## Just one low First Cost!

When you have installed ZONOLITE it's there "for good". It will last as long as the home itself... need never be renewed or repaired... It is absolutely permanent and the first cost is the last. BUT... your investment will pay you rich dividends in cash savings and comfort every year thereafter.

## Only Two simple operations

To install Zonolite in your attic, first: pour it between attic joists, and second: level it off to a uniform depth... and the job is done! Immediately the heat which formerly escaped through your attic (to melt snow on your roof instead of keeping your home comfortable) is retained and your fuel costs definitely drop! Walls are insulated simply by pouring Zonolite into the open stud spaces until they are filled.

### Enjoy the advantages of Insulation with

**ZONOLITE**
TRADE MARK REGISTERED

## Zonolite is easily installed

The installation of Zonolite requires no high priced mechanics nor special equipment. You can do the work yourself in just a few hours..., and do it with absolute confidence of obtaining full insulating efficiency... because ZONO-LITE simply pours into place, as easily as pouring sugar out of a sack! Consequently you need pay only for the material itself for, by doing your own work of installing you save all labor costs. You will be surprised at how inexpensively you can insulate your home!

ZAI 002044

● Your Home will be Warmer in Winter, Cooler in Summer with Zonolite Insulation

751

## A FEW OF THE MANY REASONS WHY MORE PEOPLE ARE USING


Zonolite

1. **LOW INSTALLATION COST** . . . A minimum of time is needed to apply Zonolite Insulation. You just pour into place.

2. **CONSTANT FUEL SAVING** . . . Zonolite's lasting insulating properties assure low fuel and power bills year after year. Pays for its cost in 3-4 years!

3. **COMFORTABLE SUMMER AND WINTER TEMPERATURES** . . . It's easy to control temperatures when you have Zonolite in your home.

4. **FIREPROOF** . . . Zonolite is the most fire-safe material you can put into your home.

5. **SAFE** . . . Zonolite contains no harmful substance; will not irritate the skin.

6. **LIGHT BUT THICK** . . . Lightness makes for easy handling. Zonolite pours as a thick fill into every nook and corner.



THE FROSTY MONTHS ARE COSTLY AND LONG

ZAI 002078

Insulate with ZONOLITE

Letter #104

(Y O U R   L E T T E R H E A D)

If I said: "I'LL PAY 30 PERCENT

OF YOUR FUEL BILL THIS WINTER" --

you'd listen to every word. Well, that's just about the truth. Because homes insulated with ZONOLITE cut fuel bills from 15 to 40 percent. You see, Zonolite is a superior brand of vermiculite that everyone is talking about. And the beauty of it is, you can install this insulation yourself. All you do is open the bag and pour it right into place, reaching every nook and corner. You absolutely seal out cold in winter and heat in summer.

And here's a point that you must remember: Of all insulations that you pour, ZONOLITE is the one that is absolutely harmless -- it does not irritate even the most tender skin.

I wish you were here right now to slip your hand into the top of an open bag of ZONOLITE. You'd instantly notice how light and how clean - how really cool - these golden granules are. And speaking of fire-proof, ZONOLITE is so fire-proof that it actually snuffs out flame - blocks fire. It is rat-proof, vermin-proof - will not pack - will never rot.

Why not decide now to come in and see me this week. I want you to see ZONOLITE vermiculite insulation for yourself. The money you save on fuel bills alone will pay for your Zonolite insulation many times over. So make it a point to come in this Saturday and let me give you a free estimate on installing Zonolite insulation.

Cordially yours,

Signature

COMPANY NAME

ZAI 002657

740

## YOU'LL BE SURPRISED AT THE DIFFERENCE ZONOLITE WILL MAKE!

LIGHT
CLEAN
PLEASANT TO HANDLE

### A REMARKABLE, HIGHLY EFFICIENT PRODUCT

• Zonolite is a very light, clean insulation containing millions of minute air cells which effectively retard the passage of heat. Zonolite also retards the passage of heat by reflection. It is fireproof, verminproof, odorless and will not deteriorate. It is absolutely safe and permanent.

Zonolite keeps the torrid heat of summer out of your house. In winter it conserves your fuel and keeps your house warm and free from drafts. Zonolite is a perfect, permanent insulating barrier against the passage of heat!



ZONOLITE
TRADE MARK REGISTERED

*Make your home more Livable with*

*Just an hour or two of Pleasant Work installs Zonolite in your Attic—*

• It's very easy to install Zonolite... just pour it between your attic joists like pouring sugar out of a sack... then level it off to a uniform thickness with a piece of board... and you'll have a first class job with a high insulating efficiency!

Zonolite is clean, light, very easy to handle and no special training, tools or equipment are required.

*And your First Low Cost is the Last!*

• Once installed, Zonolite is there to stay. It costs nothing to maintain and gives you year 'round comfort for a lifetime. Your only cost is the cost of material... no expert labor to hire or tools to buy. You will be surprised at how little it will cost to enjoy this modern comfort!



*Enjoy a COOLER Home in Summer!*

### EASILY INSTALLED in 2 Simple Operations

1.
2.

ZAI 002046





# STOP the fuel thief!

## Use ZONOLITE® ATTIC INSULATION
### and drive the thief from your home.

Cover the inadequate insulation with Zonolite Attic Insulation; it pays for itself in savings within a few years.

Zonolite Attic Insulation is clean, safe, and easy to install; it cannot smolder, or burn, and it reduces fuel consumption, expense, and air pollutants.

Eliminate your fuel dollar waste. **STOP THE FUEL THIEF ONCE AND FOR ALL** with Zonolite Attic Insulation.

See us today for a free estimate.

NOW ONLY $0 00 PER BAG

(DEALER IMPRINT)

Ad Mat No. M-35
2 Col. x 6"

---



# STOP the fuel thief!

## Use ZONOLITE® ATTIC INSULATION
### and drive the thief from your home.

The fuel thief is the culprit that steals comfort, heat, and many of your fuel dollars every winter. He's known as inadequate insulation.

Zonolite is clean, safe, and easy to install. It's all-mineral vermiculite: rotproof, dry, odorless, and won't attract vermin. Won't irritate your skin. Pours freely from bag to spaces between attic joists.



Zonolite Attic Insulation cannot smolder, or burn, and effectively reduces fuel consumption and thus reduces air pollutants.

Eliminate your fuel dollar waste. **STOP THE FUEL THIEF ONCE AND FOR ALL** with Zonolite Attic Insulation.

NOW ONLY $0 00 PER BAG

(DEALER IMPRINT)

Ad Mat No. M-36
2 Col. x 8"

ZAI 000163

09595636

## CUSTOMER BENEFITS OF
## ZONOLITE® ATTIC INSULATION

1. UNIFORM, TAMPER-PROOF DENSITY... Same density installed in home as when it leaves factory. Every square foot of surface properly insulated.
2. PERMANENT, LOW THERMAL CONDUCTIVITY... Proved as efficient, permanent heat barrier by leading laboratories and "proving ground" tests.
3. DUAL INSULATION VALUE... Insulates both by its natural air cell construction and its glittering, reflective surfaces.
4. LOW INSTALLATION COST... Installed quickly and economically.
5. CONSTANT FUEL SAVING YEAR AFTER YEAR... Time cannot change its form and thus its insulating efficiency is never decreased.
6. COMFORTABLE YEAR-ROUND TEMPERATURES... Will keep home in the "Comfort Zone" in the hottest and coldest weather.
7. IDEAL FOR AIR-CONDITIONED HOMES... Used and recommended as an efficient insulation by leading air conditioning firms.
8. CHEMICALLY INERT... Contains no harmful sulphur or lime - will not deteriorate - will not corrode metal or any material it touches.
9. VERMIN AND RODENT-PROOF... Does not mat - non-fibrous - mice, rats or insect larvae will not nest or eat it - termite-proof.
10. ROT-PROOF... Will not decompose - a 100 percent mineral product
11. FIREPROOF... Not just fire "resistant". Fuses only at 2400°. The only insulation that has a 0-0-0 U.L. rating
12. SAFE... No danger of lead poisoning - no sores or boils from handling - as harmless as the soil in your garden.
13. DIELECTRIC... Does not conduct or attract electricity.
14. ODORLESS... Will not absorb or give off odors under any circumstances.
15. CLEAN... Gleaming granules - pleasant to handle.
16. NO SETTLEMENT... Naturally adjusts itself to a permanent position.
17. PERMANENT... Will outlast your home - never has to be replaced.
18. WILL NOT TAKE ON VAPOR BORNE MOISTURE... No content which could be chemically affected by moisture - no injurious results from roof leaks.
19. EXCELLENT SOUND-DEADENING VALUE... Used by leading motion picture studios for sound-proofing - makes home more quiet.
20. EASY TO INSTALL... No need for gloves when installing or handling - thousands of home owners install it themselves.
21. LIGHT IN WEIGHT... Easy to handle and pour - little weight on ceiling.
22. A THICK INSULATION... Forms a substantial, permanent barrier to heat.
23. NO WASTE... Nothing to cut, trim or throw away.
24. COMPLETE FILL... Fills solid - does not ball up on rough obstructions or around nails - fills every nook and corner.
25. RECOMMENDED... By architects, builders, and insulation experts.

THERE IS ONE AND <u>ONLY ONE</u> INSULATION ON THE MARKET TODAY THAT

RATES 100% ON ALL THESE POINTS. . . . . . . . <u>Z O N O L I T E</u>®

