1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

IN RE:


W.R. GRACE & CO., et al.,

Debtors.

---

Examination Under Oath of
HARLOW E. CASLER, held at the
HOLIDAY INN REISLING CONFERENCE ROOM,
Waterloo, New York, on February 26, 2003,
before Lisa M. Picciano, Court Reporter
and Notary Public in and for
the State of New York.



REPORTING SERVICE, LLC
Dey's Centennial Plaza, Suite 100
401 South Salina Street, Syracuse, NY 13202
315-428-9311 • 800-515-DEPO

insulation; did you know --

    A.    Before he called?

    Q.    Before.

    A.    I knew nothing about any content of asbestos with that insulation. I was never informed about it.

    Q.    Did Paul Reyer or anyone else from Grace tell you that there was some asbestos in the insulation that they were going to install in your attic?

    A.    No.

    Q.    Did the word asbestos ever come up in any conversations with Paul Reyer or anyone else from Grace?

    A.    No.

    Q.    Did you know that Grace was conducting asbestos fiber exposure test in your attic when they installed it?

    A.    No, I did not.

    Q.    Did Grace ever provide you with any results from any testing that was done in your attic?

    A.    No.

    Q.    Were you aware that they were doing any sort of testing in your attic for exposure to asbestos?

    A.    No.

    Q.    Are you aware that Grace sent four bags of

the ZAI that was installed in your attic to be tested for zonolite content?

A. No.

Q. So Grace never sent you the results of that asbestos analysis of those bags?

A. I didn't know they were doing any analysis. I wasn't aware that there was any asbestos content in that at all, because from my work in construction, there isn't any safe level of asbestos, no matter how small it is.

Q. By 1980, were you aware of the danger of asbestos exposure?

A. Oh, yes, yes.

Q. Okay. So would you have let Grace install the ZAI in your attic if you had known there was any level of asbestos in it?

A. No. I would never jeopardize my family.

MS. COPELAND MILLER: I'm going to object, because your questions are based on assumption that there's some kind of asbestos in the ZAI, and at this point, I think Mr. Casler established that we don't know what the asbestos content is.

MR. WOOD: I'll ask this series