# Frederick Eaton - February 6, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al,          Chapter 11
                                  Case No. 01-01139 JFK
   Debtors

---

VIDEOTAPED DEPOSITION OF FREDERICK EATON

Upon oral examination taken by counsel for ZAI Claimants, on February 6, 2003, commencing at 9:06 a.m., at Cummings and Lockwood, 3001 North Tamiami Trail, Collier Place II, Naples, Florida, before Tracie Mountain, Notary Public, State of Florida at Large.

APPEARANCES

For ZAI Claimants:       EDWARD J. WESTBROOK, ESQUIRE
                         Richardson, Patrick, Westbrook
                            & Brickman
                         1037 Chuck Dawley Blvd.
                         Building A
                         P. O. Box 1007
                         Mount Pleasant, SC  29464

For Grace:               RICHARD C. FINKE, ESQUIRE
                         W. R. Grace & Co.
                         5400 Broken Sound Blvd. NW
                         Boca Raton, FL  33487-3511
                         DOUGLAS E. CAMERON, ESQUIRE
                         Reed Smith LLP
                         435 Sixth Avenue
                         Pittsburgh, PA  15219



A. William Roberts, Jr. & Associates (800) 743-DEPO

1      Q      All right.
2      A      There may have been one or two instances
3    where people from the health safety toxicology
4    department might have done a test.
5      Q      All right. Now, when you say --
6      A      But I don't remember.
7      Q      -- just yourself during the simulated attic
8    insulation tests that were conducted at Weedsport, was
9    anyone else involved in that testing with you?
10     A      Only the plant employees.
11     Q      Okay. Did they do the actual pouring of the
12   attic insulation?
13     A      Yes, they did.
14     Q      Okay. And During the home insulation
15   testing, was anyone else involved with that testing
16   besides yourself?
17     A      Just either plant employees or other Grace
18   employees.
19     Q      Okay. Now, how about people that you
20   reported to with respect to the program, what was your
21   reporting up the line on this ZAI program?
22     A      I think primarily to Mr. Wood.
23     Q      Okay.
24     A      I did not work for him directly, but --
25     Q      Who did you work for directly?

```
 1  BY MR. WESTBROOK:
 2      Q    State it the way you would state it.
 3      A    A two hour time weighted average.
 4      Q    A two hour?
 5      A    In other words, two hours and eight hours.
 6      Q    Yes.
 7      A    And there were never -- there is not a
 8  standard for nonindustrial use.  We adopted a standard.
 9      Q    If a company installs Zonolite attic
10  insulation from home to home, is that a commercial use
11  of the product?
12      A    If that was done, it would be.
13      Q    And did you conclude that homes would be
14  insulated with ZAI in no more than two hours?
15      A    That is correct.
16      Q    And on that basis, you then would take a
17  ratio of two hours to eight hours, divide your findings
18  by four to get the time weighted average?
19      A    That's correct.
20      Q    Okay.  Now, who was Mr. Becker listed on
21  Exhibit 2, sir?
22      A    Exhibit 2?
23      Q    That's the March 21st, '77 document.
24      A    Becker?
25      Q    J. Becker.
```

```
 1      Q    And D.M. Kirven, K-I-R-V-E-N?
 2      A    I think he was in the marketing group. I'm
 3  not positive.
 4      Q    And Mr. Schneider, is that the person you
 5  reported to?
 6      A    Yes.
 7      Q    What was Mr. Schneider's position?
 8      A    Chief engineer, CPD.
 9      Q    How about E. Trewhella?
10      A    I don't remember him.
11      Q    How about R.A. Wittgren?
12      A    I don't remember him.
13      Q    Mr. Wright, do you remember him?
14      A    Yes.
15      Q    Okay. Mr. Wright's position?
16      A    Manager of all expanding plants.
17      Q    And Mr. Oliverio was out at Libby?
18      A    He was the general manager of the Libby
19  operation.
20      Q    Now, did you engage in a series of tests
21  during the ZAI testing program called drop tests?
22      A    Yes, I did.
23      Q    Describe the drop test to me, sir.
24      A    Without seeing a sheet showing dimensions or
25  a drawing, I'm not going to give you any dimensions.
```

1    Q    I don't want to -- I just generally want to
2    know, what did you do in a drop test?
3    A    It was a -- a drop test was a cone hopper --
4    not a cone, but a four-sided pyramid hopper, where --
5    and was mounted a certain distance off the floor.
6    First of all, this drop test was done in an enclosed
7    space, and the hopper was supported by four legs.  The
8    bottom of the hopper had a slide gate that could open
9    -- could be opened and adjusted, and there were at
10   least two pumps attached to the legs of the hopper, and
11   then a certain number of bags, and I don't remember
12   exactly, were placed in the hopper, and then to run the
13   test, the pumps were turned on, and the slide gate
14   opened to a predetermined setting, and the material
15   flowed from the hopper to the floor.
16   Q    And you took some readings of the air and had
17   those analyzed?
18   A    Yes, sir.
19   Q    And what laboratory did the analysis?
20   A    I believe it was under Dr. Yang's lab.
21   Q    All right.  And were you ever able to
22   correlate the drop tests with actual installation
23   exposures of attic insulation?
24   A    No.
25   Q    Okay.  Were the drop tests sort of a

1    Q    Okay. Am I correct, picking up on something
2  you said before, that many of the tests were done on
3  nonproduction material, that is material that you had
4  binding with something, testing it as screening,
5  testing it some other way with testing it to see how it
6  would improve the situation?
7    A    That is correct.
8    Q    Okay. And would that be made specially at
9  the plant for the test?
10   A    Yes.
11   Q    Would that be made to specifications that you
12 determined?
13   A    Yes.
14   Q    And you determined sometimes to add some
15 substance as a binder and then you'd run that test?
16   A    Yes.
17   Q    Okay. Tell me for a minute about super clean
18 vermiculite. What was super clean vermiculite?
19   A    This was accomplished at the mill in Libby,
20 and under the direction of Mr. Wolter and Mr. Oliverio.
21   Q    All right.
22   A    And I don't know the details, but the
23 directive from Wolter, I believe, is make it as
24 tremolite free as is possible with the mill that we
25 had. This would be the new mill.

Case 01-01139-AMC   Doc 4018-10   Filed 07/08/03   Page 7 of 13

Frederick Eaton - February 6, 2003

Page 40

1    Q    All right.  And the super clean material was
2    subject to some tests under your supervision?
3    A    Yes.
4    Q    Do you recall the results of those tests in
5    general?
6    A    In general, no.
7    Q    Do you know the extra steps that were taken
8    to make the super clean vermiculite for these tests?
9    A    No, I don't.
10   Q    Do you know if super clean vermiculite was
11   ever put into production?
12   A    I don't know.
13   Q    All right.  Now, back to the actual tests.
14   When the product arrived at the home, were you present
15   at all of the actual attic installation tests?
16   A    Yes, I was.
17   Q    Did you actually take part in any of the
18   pouring?
19   A    No, I did not.
20   Q    Okay.  Who would do the pouring?
21   A    As stated earlier, it would be either the
22   employees that -- at the Weedsport plant or Grace
23   people, primarily from the laboratory.
24   Q    Did you use the same people in each test?
25   A    In Weedsport, yes.

Frederick Eaton - February 6, 2003

Page 41

1   Q   All right.
2   A   I don't know about those done in
3   Massachusetts.
4   Q   In Weedsport, who did the actual pouring?
5   A   The plant employees.
6   Q   Who were they, sir?
7   A   One name that I remember is Kilmer, I think
8   his first name was Duke, and I don't remember the other
9   names.
10  Q   Did you make respirators available to the men
11  pouring the insulation?
12  A   Yes.
13  Q   Did they wear them?
14  A   Yes.
15  Q   What type of respirators were they?
16  A   They were fabric respirators for toxic
17  chemicals.
18  Q   Were you present in the attics while the
19  pouring was going on?
20  A   Sometimes.  In an attic where a person had to
21  crawl on his hands and knees or stomach, no.
22  Q   Okay.  In those situations, where would you
23  be, downstairs in the house, supervising?
24  A   Or -- yes.  Or, you know, in an adjacent
25  space.

1    Q    Okay. How many people were involved in the
2  actual installation and testing operation?
3         MR. CAMERON: Are you referring to the
4    actual, are we still in the actual --
5  BY MR. WESTBROOK:
6    Q    Yeah, still in the attic.
7    A    Actual attic?
8    Q    Yeah.
9    A    Generally, it depended upon the size of the
10 attic. The procedure that we followed was -- could be
11 several steps. You know, if it came by common carrier,
12 the material was unloaded at the doorstep. If it came
13 by Grace truck, they may have waited while we took it
14 to the attic, but anyway, it was -- all the material
15 was taken to the attic before any of the pouring
16 started, and this would involve anywheres from two to
17 three people.
18   Q    Do you remember on occasion that they would
19 bring up maybe 20 or 25 bags and pour those, and then
20 come down and get some more and bring those up and pour
21 those?
22   A    They might have.
23   Q    For instance, where the head room was not
24 generous, let's say, and all the bags couldn't be fit
25 in the attic, do you recall that some would be carried

```
 1   was your next step with respect to the filter
 2   cassettes?  Did you take them yourself to Grace
 3   laboratory?
 4        A    Generally, yes.
 5        Q    Okay.
 6        A    There were maybe a couple of occasions that
 7   they were mailed in, but primarily, I took them to the
 8   laboratory.
 9        Q    Okay.  Now, in addition to doing the attic
10   pouring tests in homes, did you also do some testing
11   when you went back some period after ZAI had been
12   installed and went up into an attic and placed an air
13   pump and let that run for a while?
14        A    Yes.
15        Q    And did you do those tests yourself?
16        A    Yes.
17        Q    Was that a solo effort, you went out to the
18   home yourself, went up into the attic and placed the
19   pump?
20        A    Generally, it was with a person whose home we
21   monitored or with a person that arranged for the test
22   to be done.
23        Q    All right.  And what did you do, go up in the
24   attic, place the pump, close up the attic, and go off
25   for a period of time?
```

Page 46

```
 1     A    Yes.
 2     Q    All right.  Did you ever conduct any testing
 3  in a home on ZAI that had been installed previously
 4  where you went up there and simulated an activity like
 5  installing a whole house fan in the ceiling and cutting
 6  through the joists or anything like that?
 7     A    No.
 8     Q    Did you ever conduct any testing during
 9  running of cables or wires through an attic over
10  previously insulated homes with ZAI?
11     A    No.
12     Q    Did you ever do any testing to simulate the
13  demolition of a home that had been insulated with ZAI?
14     A    No.
15     Q    Were you succeeded in the ZAI testing program
16  by someone else who took your place?
17     A    No.
18     Q    Did you determine at some period of time not
19  to do any more tests in homes insulated with ZAI?
20     A    I don't remember.
21     Q    At the time you retired, Mr. Eaton, in 1988,
22  do you recall that OSHA had changed the permissible
23  exposure level to .2 fibers per cc?
24     A    Yes.
25     Q    Am I correct, Mr. Eaton, that even using the
```

1  first pump was turned on at apparently 11:04 a.m.?
2      A    That is correct.
3      Q    And then the last pump was turned off at 1448
4  hours, I guess it's military time?
5      A    1448?  This sheet says 1402.
6      Q    All right.  How about the next page?
7      A    The last page?
8      Q    The next page, H-17, Paul, where the pump
9  went on at 1422 and went on at 1448?
10     A    Oh, I'm sorry.  I missed a sheet.  You're
11 correct, 1448.
12     Q    Okay.  Am I correct that that -- the process
13 is reported on the pumps from start to finish of the
14 first pump going on from the last pump being turned
15 off, that time, the total time period elapsed was three
16 hours and 44 minutes?
17     A    I assume you're correct.
18     Q    Well, I took the 1448 and subtracted the
19 1104.
20     A    Then you converted it to hours.
21     Q    Right.  I subtracted from 1448, 1104 and got
22 three forty-four?
23     A    Okay.
24     Q    Now, was there a time, Mr. Eaton, that you
25 recall that you were not present at an actual attic

```
1   BY MR. WESTBROOK:
2       Q    Is the chart listed as Libby one and Libby
3   two?
4       A    No.  Libby two and Libby three.
5       Q    I'm sorry.  Libby two and Libby three?
6       A    Yes.
7       Q    Okay.  And does it, at least on the face of
8   the chart, does it show that the bound samples had
9   higher fiber release than the unbound samples?
10      A    On what --
11      Q    On the face of that document that you
12  prepared.
13      A    On two or three?
14      Q    Look at both of them and see if they're
15  different?
16      A    Yes, it is.
17      Q    The bound material had a higher fiber release
18  than the unbound material?
19      A    Yes.
20      Q    Okay.  And that's a document you prepared?
21      A    That's a document that I prepared.
22      Q    Okay.  Could you hand that back to me just
23  for a second?
24      A    Uh-huh.
25      Q    And note three does say, does it not, that
```