**GRACE**
CONSTRUCTION PRODUCTS DIVISION

CONFIDENTIAL

MAR 11 1976

March 11, 1976

To: H. A. Brown

From: R. H. Locke

Subj: Recent Sampling in Connection with Omaha Citations 4 and 5 (Product and Waste)

1. Sampling Conclusions: Based upon these very few, hurried tests which would be nice to verify between plants and with more job sites,

    A. Both Concrete Aggregate and Monokote are under 2 fibre, probably due to outdoor use with free air circulation. Only Dallas product has been tested, however, and there may be plant to plant variations in addition to the job site variations.

    B./C. Both Attic Fill and Masonry Fill exceed the 2 and 5 fibre levels. This necessitates a binder development program or other remedy.

    D. Horticultural appears to be no problem.

    E./F. Wetting stoner rock appears to put us below the 2 fibre level on waste disposal.

    Other. The above represent over 80% Libby output. Industrial (not tested but 5% of Libby) probably approximates Attic and Concrete Aggregate depending upon ore size, application geometry, and ventilation.

2. Using the Omaha extension to 31 December 1976 for action on items 4 and 5, a Binder Development Program should be initiated immediately. If the program is unsuccessful, uneconomic, requires extensive plant modifications to implement or runs into timing problems, back-up measures will be necessary.

    Such back-up programs might include: Reformulating Attic Fill; Restricting Masonry Fill to S.C. #4 with freight cost penalty in northern markets, or substitution of perlite from expanding plants so equipped; Acceleration of wet mill clean-up potential: Low-vacuum furnace settings; Teflon binding; Air allutriation; and other. Some of the above are unlikely. However, back-up is the point.

    A review of the West Chicago stoner discharge water spray should be possible soon.

    Last, it should be noted the potential exists that OSHA might inspect another plant and a different Regional Office might issue deadlines on product or rock earlier than the extended Omaha deadlines (the same applies to the September 30, 1977 deadline for 2 fibre). In that event, Omaha timing could conceivably be cited as a precedent for uniformity at 31 December 1976 and 30 September 1977.

10042596

H. A. Brown                          -2-                    March 11, 1976

DETAIL

1. Sampling.

   Sampling of selected products was done during the last two weeks of February. The samples are not representative of all plants and of all uses of Libby products, but several conclusions may be drawn.

   A. Concrete Aggregate and Monokote
      (Sampling on jobsites with Dallas-made Libby #4 product)

      Contractor employees opening bags, operating mixers, and disposing of bags received the highest exposures, but these were below the July 1st 2 fibre tolerance level (highest exposures were 1.0 to 1.5). Monokote gun operators (who routinely wear respirators) may be subject to 1.0 levels. Contractor employees cleaning up dried Monokote may receive levels between 2 and 5 fibres. The fibre concentrations on the roof (all less than 1 fibre) were probably a result of fibres from the ground mixer area.

      In summary, it appears that application of Zonolite Insulating Concrete and Monokote do not create fibre exposures over 5 or 2 with two qualifying remarks; that (a) all sampling was out of doors or in wall-less buildings and (b) the Libby #4 product was from the Dallas plant exclusively (Reference: T&A #48871).

   B. Attic Fill

      Attic Fill, tested twice, in its current form creates fibre counts in excess of the 5 fibre level generally and in excess of the 10 fibre ceiling in some instances. Wetting with water to approximately 2½ quarts per 3 cu.ft. bag reduces fibre counts to approximately the 2 fibre level. Sampling of Attic Fill 18 hours and 18 months after application indicates essentially no airborne residual fibres in the attic area following prior applications of vermiculite (Reference: T&A #48878 and #48850).

   C. Masonry Fill (Asphalt Treated)

      Masonry Fill (asphalt treated), tested twice, creates fibre counts in excess of the 5 fibre level generally, and in excess of the 10 ceiling level in some instances. Compared with the Insulating Concrete and Monokote samples (also Libby #4), the geometry of filling a hollow wall from above may be the reason for the higher fibre counts. To some degree the expanding plant may also be part of the reason (Dallas D-18; Trenton Model A).

      As was the case with Attic Fill, once pouring ceases, the fibre counts rapidly decline to nearly zero. (Reference: T&A #48880 and #48685).

      A test will occur week of 15 to 19 March using Masonry Fill wetted like the Attic Fill experiment above. If the "snowballs" experienced with the wet Attic Fill occur with Masonry Fill, pouring into block cores may be difficult.

                                                                  10042597

H. A. Brown                              -3-                        March 11, 1976

    D.  <u>Horticultural</u> tests on consumer use of Ready Earth and Terralite Vermiculite indicate essentially no airborne fibres, or less than 0.1 fibre (Reference: T&A 048890).

    E.  <u>Dry Stoner Rock</u> in Omaha creates fibre exposures between 2 and 5 fibres for an employee transporting it to the dumpster while he is doing it. His time weighted average may differ. The contractor employee disposing of the waste in the dumpster is exposed to less than 1 fibre (0.6) even though in close proximity at the dump (Reference: T&A 048877).

    F.  <u>Wet Stoner Rock</u> in W. Chicago; conclusions are hampered both by all West Chicago samples being Engineering type and by inconsistencies in the data versus Omaha. However, it appears the wetted rock may be well below the 2 fibre level for employee exposures (Reference: T&A 048372).

R. H. Locke

RHL/cgr

10042598