March 14, 1977

TO: E. S. Wood

The following language is suggested in lieu of the last paragraph in the attached draft:

> Since extensive efforts are made to remove tremolite from vermiculite in processing, we believe that vermiculite and vermiculite-containing products in their reasonable end use will not expose users to tremolite asbestos fibers in excess of presently allowable OSHA limits.

This assumes that changes will be made in masonry fill and attic fill so as to make the suggested language correct as to these products.

Insofar as products containing South Carolina vermiculite are concerned, I understand that the facts support a representation that tremolite asbestos fiber exposure levels are well below presently allowable OSHA limits.

I also understand that you will check the Bureau of National Affairs Bulletin to determine whether in fact it stated that vermiculite expanding plants may have <u>unsafe</u> levels of asbestos fibers.

O. M. Favorito

OMF/MS
Attachment