**GRACE**

Construction Products Division

TO: J. W. Wolter

FR: F. W. Eaton

cc: H. C. Duecker
R. C. Ericson
W. R. Hanlon
R. H. Locke
B. R. Williams
E. S. Wood
W. R. Wright
J. C. Yang
M. M. Williams/Travelers Rest

DATE: July 12, 1977

SUBJ: Screened L #3
Attic Fill

To evaluate fiber exposure on screened L #3 for attic fill and determine yields, tests were conducted July 7th and 8th, 1977 in Weedsport on production L #3 Terra-lite vermiculite. All cyclone fines were removed as waste and all material screened over a 14 mesh screen with the unders bagged as 4-cf stabilized concrete (SCA). Total production for the trial run was 300 - 6 cf bags Terra-lite vermiculite, 136 - 4 cf bags for drop and attic tests but rebagged as 6 cf Terra-lite vermiculite, and 64 - 4 cf bags SCA (screened unders). The material balance and yields are listed in Appendix I.

Sixteen pallets of material were run with every fourth pallet 30 - 4 cf bags. All other pallets were 25 - 6 cf bags. At the end of every other 25 - 6 cf bag pallet, 4 - 4 cf bags were filled for drop tests. On the four 30 - 4 cf bag pallets, 4 bags were for drop tests, 20 for simulated attic tests and 6 to make up a composite for an actual home attic fill test. The following fiber sampling tests were conducted on this material:

    Eight (8) Drop Tests     - 4 - 4 cf bags/test

    Four (4) Simulated Attic    - 20 - 4 cf bags/test

    One (1) Actual Home Attic    - 24 - 4 cf bags

The sieve analysis of two screened unders samples are listed in Appendix II. The small amount of coarse material in the unders was due to the 14 mesh screen not fitting properly in the bagging hopper. This condition will be corrected before the next trial. With exception of the small amount of +8, the screened unders looked good for SCA. Quality control should review analysis and bag weights for a Model "A", and advise.

J. W. Wolter
Page 2
July 12, 1977

Although visible dust is no true indication of fiber content or exposure, it does influence the overall operation/evaluation of an expanded product. By piecing together bits of information during the test, the total may be useful. On July 5, 1977, a car of Libby #3 (CB & Q 185363) was unloaded. P. R. Reyer commented that it was dusty while unloading and the lowest yielding L #3 he had received in a long time - 65 bags/ton, 22.9 #/bag, 18.5% rock. Tests were started July 6, 1977 on material in the silo - BN 456957 received June 18, 1977, 69.3 bags/ton, 21.6 #/bag, 16.8% rock. About midway through the 9 ton + run the operator had to up furnace temperature and commented that we were into the new ore. From drop test 18AS6 through 8, there appeared to be more visible dust during the drop. This was also true with the attic test even though all material was screened.

As stated above, eight drop tests, four simulated attic tests and one actual home attic test were conducted. By prior arrangement, P. R. Reyer's son's home will be used for conducting approximately five (5) - 25 bag actual job site tests on a selective basis. These tests will be used to verify the simulated attic tests and/or establish a fiber exposure ratio to the simulated attic tests.

Results of the L #3 screened attic tests are disappointing but probably what was to be expected based on drop test results on the screened L #3 Verxite type tests. Complete fiber results for attic tests are attached as Appendix III. On the home test average fiber exposure was 8.958 f/ml with an actual TWA of 1.568 f/ml or 2.239 f/ml using CPD's established standard of 2/8 exposure. The average exposure for all four (4) simulated attic tests is 7.657 f/ml with an actual average TWA of 2.138 f/ml or 1.914 f/ml based on the 2/8 exposure.

Since personal exposure TWA's do not meet the OSHA 2.0 and 10.0 f/ml or CPD's goal of 1.0 and 5.0 for January 1, 1978, E. S. Wood has determined that L #3 cannot be used for attic fill at this time.

Recommendations

1. Conduct simulated attic tests July 12, 1977 on Bound L #3 (Test No. 15 BS and 15 CS). Binder material was 0.5% CMC and 0.01% WAR with addition rates of 0.20 and 0.40 qts/cf. Fiber exposure and 30 day volume check data may influence a second decision on the use of screened and bound L #3 for attic fill.

2. Conduct similar tests on L #1 and #2 as were conducted on L #3.

3. Continue efforts on screened L #3 (bound and unbound) for attic fill.

4. Conduct tests on L #1, 2 and 3 removing 1/2 the cyclone fines as a means of reducing waste disposal costs and improving yield/recovery. It is assumed that small and dust fraction of cyclone fines will be removed by screening.

F. W. Eaton

FWE:mem
Attach.

## APPENDIX II

### LIBBY #3 SCREENED UNDERS

49777

Sample #1

| SCREEN SIZE | WEIGHT (Gr.) | % CUM |
|---|---|---|
| + 8 | 0.3 | 0.195 |
| +16 | 6.3 | 4.28 |
| +30 | 77.4 | 54.47 |
| +50 | 56.5 | 91.12 |
| +100 | 12.2 | 99.03 |
| PAN | 1.5 | 100.00 |

Sample #2

| SCREEN SIZE | WEIGHT (Gr.) | % CUM |
|---|---|---|
| + 8 | 0.1 | 0.07 |
| +16 | 5.2 | 3.54 |
| +30 | 82.8 | 58.81 |
| +50 | 50.8 | 92.72 |
| +100 | 9.5 | 99.07 |
| PAN | 1.4 | 100.00 |

APPENDIX III                                                                 7/7/71

| Date Prod. | Material Identification | Sampling Conditions Date | Location | Fiber Analysis (f/mL) Min. | Max. | Ave/TWA |
|---|---|---|---|---|---|---|
| 7/6 | TEST 18AS1 | 7/6 | DROP TEST | | | |
| 7/6 | TEST 18AS2 | 7/6 | DROP TEST | | | |
|  |  | 7/6 | SIMULATED ATTIC | 4.81 | 5.03 | 4.945/1.13 |
| 7/6 | TEST 18AS3 | 7/6 | DROP TEST | | | |
| 7/6 | TEST 18AS4 | 7/6 | DROP TEST | | | |
|  |  | 7/6 | SIMULATED ATTIC | 4.78 | 8.30 | 6.59/1.625 |
| 7/6 | TEST 18AS5 | 7/7 | DROP TEST | | | |
| 7/6 | TEST 18AS6 | 7/7 | DROP TEST | | | |
|  |  | 7/7 | SIMULATED ATTIC | 6.17 | 9.50 | 7.854/1.959 |
| 7/6 | TEST 18AS7 | 7/7 | DROP TEST | | | |
| 7/6 | TEST 18AS8 | 7/7 | DROP TEST | | | |
|  |  | 7/7 | SIMULATED ATTIC | 10.15 | 12.93 | 11.355/2.339 |
| 7/6 | COMPOSITE TEST 18AS2 18AS4 18AS6 18AS8 | 7/7 | ACTUAL HOME ATTIC FILL JOB SAVANNAH N.Y. 24-HCE BASS | 7.97 | 11.22 | 9.555/2.239 |

49724 - 49934

RM VINING ~~UNIDENTIFIED~~
FOLDER " TREMOLITE MISC/2 1977"
Eschenbach box #5

WRG01071876