REGIONAL MANAGER'S MEETING
8:30 A.M. - FEBRUARY 11, 1977



1022001

## MARKETING PROBLEMS RELATED TO OSHA, EPA

I. Introduction & Perspective

The agenda subject calls for marketing problems related to OSHA, EPA, etc. to be discussed. Since my background with Grace for the past nine years has been Environmental Engineering oriented, I will leave the marketing aspect to B. R. Williams and concern my part of the subject to today's specific problem - What it is? - What we have done? - and the end results we hope to accomplish. The problem is asbestos, and Zonolite/CPD has been aware of it for quite sometime. We started to tackle the problem back in 1968 but no concentrated effort was made until 1976. During the past nine months, Bob Locke has done an exceptional job of fact finding, liaison, and instituting studies for corrective action. We have now changed horses and I will be picking up where Bob left off.

A. Osha Standards

1. General

The purpose of OSHA is to "Assure as far as possible every working man and woman in the nation safe and healthful working conditions." This task is carried out under the Occupational Safety and Health Act of 1970. One part of the OSHA standards promulgated June 7, 1972 was the "Standard For Exposure to Asbestos Dust." Prior to this standard, other agencies (HEW) enforced standards established by the American Conference of Governmental Industrial Hygienists.

Asbestos as defined in the regulation includes chrysotile, amosite, crocidolite, tremolite, anthophyllite and actinolite. Since we are no longer manufacturing MK-3 or Zonocustic (10 - 30% chrysotile asbestos) our concern now is tremolite, a waste mineral found in

Marketing Problems Related to OSHA, EPA
Page 2
February 11, 1977

1022002

1. General (Continued)

   trace amounts in vermiculite, especially Libby ore, and other minerals.

2. Hand out copy of OSHA Standard on Asbestos.

3. Fibers

   Asbestos fiber means fibers longer than 5 microns with a length to width ratio of 3:1. These fibers are believed to cause asbestosis, lung cancer and mesothelioma.

   Prior to 1968 worker exposure was determined by the impinger method with a TLV of 5 mppcf. Based on studies done in England, the membrane filter method was established and in 1968 the accepted TLV was 12 f/ml. As you can see from the standard from 6/7/72 to 7/1/76 the standard was 5 f/ml TWA and a ceiling of 10 f/ml. The standard today is 2 f/ml TWA and a ceiling of 10 f/ml.

   There are proposed standards (Federal OSHA) to reduce the TLV to 0.5 f/ml, 0.1 f/ml and some agitation for zero fibers. OSHA has proposed a set of regulations to identify, classify and regulate potential carcinogens in American workplaces which I will not go into.

B. Asbestos Industry

   1. Producers

   The producers, such as Johns Manville, will have no problem meeting the 2 f TLV as this is their bread and butter and they have spent millions on environmental controls.

   2. Users

   By far the Construction Industry is the biggest consumer of asbestos, utilizing the product in such asbestos-cement products as pipes, sheets, roofing, siding, shingles and floor tile. In the U.S. over 22% of U.S. U.S. asbestos consumption goes into products related to the Construction Industry.

2. <u>Users</u> (Continued)

The big users, brake lining, pipe fabricator, etc. should be able to meet the 2 fiber TLV. It is our feeling that construction jobsite users of asbestos products will have a difficult time meeting current standards. Although OSHA is trying to develop standards for the Construction Industry, existing manufacturing standards apply to the Construction Industry.

3. <u>Other Possible Carcinogens or Exposure Concerns</u>

a. Mineral Fiber

b. Glass Fiber

c. Perlite

d. Gypsum

e. Water

f. Ambient air

II. <u>Vermiculite Products and Tremolite - User/Applicator</u>

A. <u>MONOKOTE</u>

1. <u>Test Data</u>

99% of the fiber sampling program has been directed towards employee exposure and Engineering Controls. We will be doing more jobsite sampling and this will be an area where I will be calling for your assistance in setting up sampling sites.

Limited fiber sampling to date on M-K 4 and 5 indicate there will be no problem meeting present standards and should have no problem meeting 0.1 f/ml on a TWA.

Marketing Problems Related to OSHA, EPA
Page 4
February 11, 1977

1022004

### 2. Total Dust/Free Silica

Without controls on mixers, applicators will have a problem meeting the total dust standard of 10 mg/$M^3$. If the total dust sample contains free silica, the TLV is lower depending on the % of free silica present. We know gypsum contains free silica.

### 3. Mixer Controls

Where technology is available, respirator is allowed only for the time to implement engineered controls. This is the manufacturing standard. The construction standard may differ but applicator may be faced with installing controls at construction sites.

Paul Korenberg has developed a prototype MK mixer control device. This package, refined by engineering, if necessary, may or may not be offered to applicator - design or equipment package for a fee.

Again, I would like to state that fiber exposure at MK jobsites should be no problem but there is a total dust problem.

### B. Concrete Aggregate

As indicated for MONOKOTE, there should be no fiber problem, but there may be a total dust problem for concrete agg. due to cement dust exposure.

### C. Masonry Fill, Attic Insulation, Industrial and Other Products

At the present time, two products (attic insulation and masonry fill) have significant fiber content to be of concern. Attic fill, a consumer item per se, is not regulated by the OSHA standards on asbestos except possibly the labeling requirement. Masonry fill, on the other hand, comes under OSHA standards and limited field tests indicate non-compliance on a TWA and questionable compliance with the 15 min. ceiling limit exposure. Development work to be discussed later, should limit fiber exposure below the TWA and ceiling limit.

Case 01-01139-AMC    Doc 4018-15    Filed 07/08/03    Page 5 of 8

Marketing Problems Related to OSHA, EPA
Page 5
February 11, 1977

1022005

C. <u>Masonry Fill, Attic Insulation, Industrial and Other Products</u>

Other industrial and horticultural products have not been field sampled but if not controlled for nuisance dust, there could be a fiber exposure problem. Present development work also indicates this can be controlled.

D. <u>Summary of Regulations vs. Vermiculite Products</u>

By the end of 1977, we do not feel CPD or users of our products will have any difficulty complying with current permissible exposures to concentration of asbestos fibers. Bruce Williams is a member of the Fiber Committee and I am sure will keep you informed of our progress.

III. <u>Other Regulations</u>

  A. <u>OSHA & EPA Labeling Requirements</u>

  1. <u>Requirement Inconsistent</u>

  Referring to the labeling requirements in the standard, you will note that the wording is inconsistent. Example: If your product exposed workers to 1.9 f/ml TWA, the product would have to be labeled. On the other hand, if that product was modified by a coating of some sort, you would not have to label the product for the same worker exposure (1.9 f/ml) because it is less than the exposure limit of 2 f/ml.

  2. <u>CPD's Position</u>

  Although this policy/corrective action position has not been approved by management, we will probably "Modify" expanded vermiculite to bypass the labeling requirement. Project development work to date indicates that binding fibers with a liquid will lower fiber exposure to below current standards.

  B. <u>Local Regulations</u>

  1. Fireproofing (Cal. OSHA & NYC Codes) no fibers. Bruce Williams will have a few words to say on the no fiber policy. Reference certification

B. Local Regulations (Continued)

issued by B. R. Williams on MONOKOTE.

2. No Fibers - What does it mean? - There are fibers in some drinking water and in the ambient air. It is our position that the no fiber regulations were not intended to regulate us and there is no support data to substantiate a health hazard below the present 2 f m/l limit. From a control standpoint, the state-of-the-art and practical considerations, rule out sampling and analytical functions at a 0.1 f/ml level by phase contrast microscopy at 400 x to 450 x magnification."

IV. Inplant Operation vs. Current OSHA Standards

A. Fiber Control in Plants

1. Expanding Plants

One year ago, when COD realized that fiber regulations were here to stay and that there would be no relaxing - only more stringent standards, the estimated cost to comply with the 2 fiber limit was $2,756,000. By using W. Chicago as the pilot plant, equipment modifications and operational procedures were changed to meet this fiber goal. Although sampling data has not been analyzed to date, it is safe to say that all plants (3 possible exceptions - Omaha, Portland, Dearborn) comply with current fiber exposure standards. The approximate cost has been about $250,000. The next goal to accomplish is a one fiber level and this should not be difficult to attain.

2. Mine and Mills

Libby and Enoree come under the control of MESA where the present fiber standards are 5 f/ml TWA and 10 f/ml ceiling. It is expected MESA will change shortly to 2 f/ml and 10 f/ml.

Marketing Problems Related to OSHA, EPA
Page 7
February 11, 1977

1022007

2. Mine and Mills (Continued)

There is not the concern in Enoree as there is in Libby. It is a constant and costly struggle, but I am encouraged by the fiber count coming out of Libby.

B. Project Development Programs

You might say we have quite a few irons in the fire for tremolite removal and/or reduction. Some are long term costly plans and others are relatively inexpensive programs that could be implemented during 1977. There are other undefined projects presently in the thinking stage.

1. Binder Development Program

It has been demonstrated that fiber exposure can be reduced 50% by applying an air atomized water spray to expanded vermiculite. We plan to use other liquid mediums and conditions to improve on what has been accomplished to date.

2. Vermiculite Salting Program

The ideal solution to our problem would be to remove all fibrous and non-fibrous tremolite from vermiculite concentrate. We cannot say this is possible or impossible at this time but we do know that considerable research is required and the implementation costs would be high.
The purpose of the salting test is to "salt" SC #3 with known quantities of tremolite and subject the expanded product to the drop test for fiber exposure. These results should show the extent of airborne fiber reduction with corresponding tremolite reduction in the concentrate. With this data, management can better evaluate research input and facility changes required at the mill.

Marketing Problems Related to OSHA, EPA
Page 8
February 11, 1977

**1022008**

3. <u>Other Programs</u>

There are other research programs in process here in Cambridge as well as by outside consultants. Libby Research/Operating people are also conducting Trial and Test Programs.

V. <u>Customer Calls and Inquiries</u>

Before turning this subject over to Bruce Williams for discussion and comment, are there any questions?

Thank you.

F. W. Eaton/2/10/77