**CAMBRIDGE**

03842101

TO: J. W. Wolter  
FROM: Julie C. Yang  
CC: H. C. Duecker  
    F. W. Eaton  
    E. S. Wood  
    R. L. Oliverio/Libby  
    G. G. Vaplon/Libby  
    S. Morgan/Libby  
    File: 71-074

DATE: August 4, 1978  
SUBJECT: "Superclean" Vermiculite

    During my recent visit to Libby I discussed with S. Morgan the fiber analysis results shown from testing "Superclean" vermiculite.

    I was informed that in order to get most of the rocks out a high grade coarse concentrate, reprocessed from the pilot cleaner roller screen of the wet mil 3M roller screen concentrate, was <u>hammer-milled</u> to size 1 and 2. We have observed previously that these products were more uniform in size, but generally smaller and had fewer thick booklets than the regular concentrates.

    The product, "Superclean" vermiculite, was found to have a very low rock content and a relatively low total fiber content (report T&A 69518), but was suspected to have much higher respirable size fibers created from the breakdown of loose and soft fiber bundles in hammer-mill. All the simulated attic tests and actual field test confirmed this fact.

    I would like to suggest that we refer to this product as "low-rock containing" vermiculite instead of "superclean" vermiculite; and use other means than mechanical breakdown techniques to reduce tremolite in concentrates in the future.

Julie C. Yang

JCY:mlr

15032533