JUN 9 1978

# SUPER CLEAN VERMICULITE TRIALS

*Five Technical Reports*

## Distribution

- B. A. Blessington
- H. C. Duecker
- R. E. Ericson
- L. G. Feldman
- W. R. Hanlon
- R. H. Locke
- S. J. Morgan/Libby
- R. L. Oliverio/Libby
- R. E. Schneider
- B. R. Williams
- M. M. Williams/Travelers' Rest
- J. W. Wolter
- W. R. Wright
- E. S. Wood
- J. C. Yang

WRG00315615

# SUPER CLEAN VERMICULITE TRIALS
## WEEDSPORT N.Y. MARCH 27-30, 1978

### INDEX

| ITEM |  | PAGE |
|---|---|---|
| 1. Purpose |  | 1 |
| 2. Conclusion |  | 1 |
| 3. Summary |  | 2 |
| 4. Recommendations |  | 5 |
| 5. Project Plan | Appendix | I |
| 6. Concentrate Preparation (S. Morgan) | Appendix | II |
| 7. Expansion Tests (M. Williams) | Appendix | III |
| 8. Quality Control (A. Brelvi) | Appendix | IV |
| 9. Research Tremolite Analysis (J. Yang) | Appendix | V |
| 10. Fiber Esposure Results (F. Eaton) | Appendix | VI |

WRG00315617

SUBJECT

Super Clean Vermiculite Trials

PURPOSE

The purpose of these trials was to produce a specific quantity of vermiculite concentrate at Libby and reduce tremolite content to the lowest possible level. The super clean concentrate was expanded and the finished product used for actual and simulated product usage. During the usage of this material for attic fill, user exposure to tremolite fibers were determined. These test results indicate the lowest possible fiber exposure when tremolite content in vermiculite concentrate is reduced to the lowest possible level.

SCOPE OF WORK

The scope of these trials, listed in the project plan revised (3/9/78), is included as Appendix I.

CONCLUSION

The title of the trials adequately describes the appearance of bagged concentrate produced at Libby. The concentrate was essentially dust free, uniform in size, thinner book than normal and L-1 somewhat smaller and L-2 somewhat larger than production material. Comparing super clean to production L-1 & 2 concentrate, rock content was reduced approximately 82% and 74% respectively and concentrate tremolite content reduced by 85% and 49%. Making the same comparison for simulated attic tests, the TWA fiber exposure reduction is 57% and 52% respectively. With limited data, the same percentage would apply to actual home attic fill exposures. Based on limited actual attic tests, production material meets 1/1/78 target of 1.0 f/ml. TWA and 5 f/ml. ceiling. Super clean meets 1/1/79 target of 0.5 and 5 but does not meet the long range target of 0.2 and 1.0.

By calculating the weight tremolite for each fraction (excluding concentrate %), there is 9.06 lbs. tremolite/ton in super clean L-1 and 15.18 lbs. tremolite/ton in super clean L-2. TWA fiber exposures for simulated and actual super clean L-1 & 2 attic tests were approximately the same even though there is approximately 40% more total tremolite in super clean L-2. This points out the fact that although large and small bundles represent the bulk of the tremolite, it is the small quantity of tremolite that is fibrous or can be fibrillated that is of concern. Plant personnel exposures were higher than the recent production trend, but this was due partially to the efforts to achieve opitum conditions during the control run, especially the shift leader who spent considerable amount of time adjusting stoner for optium operating conditions.

It does not appear at this time that the costs involved to reduce rock/tremolite content justify the small reduction in user tremolite exposure in CPD's products such as attic fill. If for cost reduction purposes, mill changes are made to reduce rock content, there will be a resultant reduction in tremolite and user exposures.

## SUMMARY

The summary high lights key points made in each phase report of the trials which are included as appendices to this report.

## CONCENTRATE PREPARATION

1. Refer to Appendix II

## EXPANSION TESTS

1. Assayed yields were obtained on L-1 & 2 production runs (124.6 & 130.7 3CF bags/hr.).

WRG00315618

2. Yield were slightly below assay on L-1 & 2 high through put runs (155 & 147 bags/hr.).
3. Rock was close to assay values for L-1 & 2.
4. 4" ∅ sch. 80 ore elevator discharge pipe limited high through put to 155/147 bags/hr.
5. L-1 7th hr. up set affected all data collection results.

## QUALITY CONTROL

1. Q. C. data substantiates research and expansion test data.

## RESEARCH TREMOLITE ANALYSIS

1. % tremolite (0.19%) in L-2 concentrate is low. Summation of each fraction is more accurate (0.45%).
2. In the + 14 mesh fraction (product), tremolite content in L-1 was approximately three time that found in L-2. In general personnel fiber exposures for L-2 were $\geq$ L-1.
3. The majority of the fiber in expanded material were present in the -14 mesh fraction.
4. Bag house fines indicate effectiveness of furnace vent system for removing respirable fibers in product and working environment.

## FIBER EXPOSURE

1. Highest fiber counts for bagger and ore handler were during period that included 30 minute lunch break in lunch room.
2. High exposures were sampled while working on equipment during up set or without proper dust control.
3. Employee TWA's during expansion tests are based on 8 hr. as personnel were monitored continuously and high counts were recorded during break periods.

(4)

4. As stated previously, dust exposure is no indication of fiber exposure. In the Tibero residence L-1 test, excess dust from twelve (12) cassetts were weighed and approximately total dust was calculated to be 17.7 mg/$M^3$ (TWA=4.44 mg/$M^3$) with one 12 min. period being 36.46 mg/$M^3$.

SUPER CLEAN VERMICULITE TRIALS
SUMMARY

| DESCRIPTION | SUPER CLEAN LIBBY 1 (TEST 1A) | | | | | | | SUPER CLEAN LIBBY 2 (TEST 2B) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORE | STONER DISCH | +14 MESH | -14 MESH | CYC. FINES | B.H. FINES | STONER ROCK | ORE | STONER DISCH | +14 MESH | -14 MESH | CYC. FINES | B.H. FINES | STONER ROCK |
| NET WEIGHT (LBS) | 11,748 | | 9886 | 22.6 | 236 | 7.6 | 160 | 13,639 | | 14,271 | 91 | 358 | 15 | 842 |
| % (LESS EVA LOSS) | | | 95.9 | 0.22 | 2.29 | 0.07 | 1.55 | | | 91.62 | 0.58 | 2.30 | 0.10 | 5.41 |
| BAGS/HR | | | 124.6 | | | | | | | 130.7 | | | | |
| ACTUAL/ASSAYED YIELD | | | 98.6/98.2 | | | | | | | 92.1/91.5 | | | | |
| BAG WEIGHT (LBS) | | — | 13.42 | — | — | — | — | | — | 14.02 | — | — | — | — |
| BAG VOLUME (CF) | | — | 3.06 | — | — | — | — | | — | 3.10 | — | — | — | — |
| DENSITY (P/CF) | | 4.89 | 4.40 | 8.43 | 10.53 | 11.12 | 70.1 | | 4.66 | 4.52 | 6.72 | 10.47 | 11.14 | 82.1 |
| HEAVY PARTICLE (%) | | 0.60 | 0.43 | 13.16 | 1.00 | — | — | | 0.60 | 0.53 | 9.53 | 0.87 | — | — |
| VAC (%) | | 87.4 | 71.8 | 92.0 | — | — | — | | 89.8 | 90.25 | 89.9 | — | — | — |
| MOIST. PICK UP (3½) | — | 5.88 | 5.97 | 3.71 | — | — | — | | 5.72 | 5.79 | 4.39 | — | — | — |
| SCREEN ANALYSIS 3/8 | | | 0.6 | — | — | | | | | — | — | — | | |
| 4 | | | 450 | 0.2 | — | | | | | 2.3 | — | — | | |
| 8 | | | 84.4 | 1.2 | 0.44 | | | | | 50.2 | 0.2 | 0.41 | | |
| 16 | | | 94.6 | 2.1 | 2.06 | | | | | 94.4 | 1.8 | 4.48 | | |
| 30 | | | 97.4 | 58.3 | 9.26 | | | | | 97.4 | 74.7 | 12.74 | | |
| 50 | | | 98.1 | 88.2 | 39.4 | | | | | 98.4 | 90.9 | 40.94 | | |
| 100 | | | 98.6 | 96.2 | 67.2 | | | | | 98.8 | 97.0 | 68.8 | | |
| 200 | | | — | — | 84.3 | | | | | — | — | 86.71 | | |
| PAN | | | 100 | 100 | 100 | | | | | 100 | 100 | 100 | | |
| TREMOLITE ASSAY (%) | 0.19 | 0.10 | 0.091 | 1.49 | 0.052 | 0.254 | 36.41 | 0.77 | 0.007 | 0.016 | 0.99 | 0.013 | 0.36 | 15.51 |
| TWA FIBER EXPOSURE (F/ml) | | | | | | | | | | | | | | |
| ORE HANDLER | 0.412 | | | | | | | 0.533 | | | | | | |
| BAGGER | 0.186 | | | | | | | 0.202 | | | | | | |
| SHIFT LEADER | 0.677 | | | | | | | 1.90 | | | | | | |
| TWA FIBER EXPOSURE (F/ml) | | | | | | | | | | | | | | |
| SIMULATED ATTIC TESTS | | | | | | | | | | | | | | |
| POURING FILL | 0.183 | | | | | | | 0.185 | | | | | | |
| ACTUAL ATTIC TESTS | | | | | | | | | | | | | | |
| POURING FILL | 0.365 | | | | | | | 0.409 | | | | | | |

WRG00315621

## RECOMMENDATION

As a result of these super clean trials, it would appear that tremolite reduction should continue down the two paths previously followed -- concentrate and expanded product. Although there was considerable rock and tremolite reduction in the super clean concentrate, net reduction to user exposure of tremolite fibers was disappointing in the tests conducted. It is a fact that Libby tremolite when handled or subject to heat can be fibrillated. Also fibers are known to adhere to the platelet surface and to be in the interstices of the concentrate platelets. Since fibers existing or being generated in these areas represent such a small percentage of the total tremolite, further reduction such as to produce "super clean" grade concentrate is questionable without also considering cost reduction benefits associated with less rock content. After reviewing all test data, mine/mill operation and research personnel are better qualified to access the merits of further tremolite reduction at the source.

At the expanding plants, the stoner and screens do a good job separating tremolite bundles and tremolite/heavy particles from the expanded product. This has been verified by tests. With the up grading of furnace vent system, it is assumed that the product contains less fibrous tremolite than before these changes were made. Limited air elutriation tests conducted on Kearney's modified cooler chute/stoner hood indicated that air elutriation of expanded L-1 had littls or no affect on fiber exposure reduction. Agitation such as material that has been handled or shipped reduces fiber exposure more than product which has been air separated or not handled.

(6)

In areas other than mine/mill tremolite reduction research, the following coarse of action is recommended:

1. Conduct screening tests on screens other than the scalping screens installed in furnace bag hoppers. Provide dust control on the unders and/or overs side.
2. Install roll screen (1 & 2 sizes) rated at 2500 lbs/hr. on expanding furnace ore hopper feeder with dust control.
3. Further evaluate air elutriation by designing and building prototype zig zag type air classifier for use on concentrate and expanded product.

   During the 2nd half 1978, research will investigate and determine, if possible, the fiber concentration adhering to the platelet surface and in the platelet interstices. This will be helpful in designing and evaluating air elutriation equipment.
4. Investigate fogging as a means of binding to reduce product shrinkage on 1 & 2 sizes.
5. The above test/pilot work should be conducted at Weedsport for the following reasons:

   a. Travel costs.
   b. Availability of service/fabricating trades.
   c. Binder and simulated attic facilities.
   d. Single furnace plant.
   e. Plant personnel -- if for no other reason the willingness to work.

F. W. Eaton

6/8/78