GRACE

Construction Products Division

To: J. Wilson

From: F. W. Eaton

Date: October 4, 1979

Subject: Bound L-1 Attic

cc: H. Mason
    W. K. Rogers/North Brunswick
    D. D. Walczyk
    J. W. Wolter
    E. S. Wood
    W. R. Wright
    J. C. Yang

1021248

On 9/26/79 unbound and bound (0.5% CMC @ 0.28qts/CF) L-1 Attic was run for 2, 30, and 60 DA volume checks and Simulated Attic Fiber Exposure Tests. Due to an oversight, this material was screened over a 20 mesh screen rather than the required 14 mesh. An examination of the finished material and heavy particles indicates there should be no increase in fiber exposure due to the 20 mesh screen. The 30 and 60 day test material was run at the same fill volume rate. On 2 DA test material, fill volume was increased approximately 0.1CF to show a more representative full .3 CF bag.

Volume checks, coverage, shrinkage and Simulated Attic Fiber Exposure results are shown on the attached summary sheet. Due to the potential variability in random volume checks and known difference between cylinder and loose volume, it is recommended that target bag filling volume be based on volume coverage (24-3CF bags) in the simulated attic. Coverage values listed on the attic bag are based on 2.72 CF/bag and include area of 2" wide (finish 1 1/2") joists.

Volume/shrinkage values shown for road test material should be used as an indicator only as the bags (3 bound and 3 unbound) were taken at random from the 2, 30, and 60 DA test material. These bags were subjected to maximum compression as they were located on the trailer floor during the road trip. Shrinkage would probably be less than indicated if shrinkage was based on volume coverage in the Simulated Attic. It may be advisable to send the 30 and 60 material on a road trip before conducting simulated attic tests in order to get a more accurate and representative shrinkage value. Please advise.

The 2 day Simulated Attic User Fiber Exposure Test results are the lowest recorded to date. The unbound results are even less than super clean trials or bound material run 5/11/77 with 0.5% CMC at an addition rate of 0.98 qts/CF (TWA 0.294f/CC vs 0.105f/CC). Based on these results, binding is only "window dressing" but may improve our position legally and with the CPSC. Since these results are so low and counted by a new employee, I am asking J. C. Yang to make a second count.

EXHIBIT 16

(2)

79. Plants are gearing up to bind L-1 attic insulation starting 10/15/79. Since I have not been advised otherwise, nozzles have been ordered for an addition rate of 0.25-0.30 qts/CF.

**1021249**

F. W. Eaton

FWE/gm
Attachment

UNBOUND & BOUND (0.25 CF/BF) ATTIC TESTS
3 CF L-1(?)

10/1/?

| | 2 DAY (9/28/79) | | 30 DAY | | 60 DAY | |
|---|---|---|---|---|---|---|
| | UNBOUND | BOUND | UNBOUND | BOUND | UNBOUND | BOUND |
| CYLINDER VOL. CHECK | | | | | | |
| VOLUME (CF) | 3.08 [1] | 2.90 | | | | |
| SHRINKAGE (%) | | 5.84 [1] | | | | |
| SHRINKAGE | | 7.94 [2] | | | | |
| ROAD TEST | | | | | | |
| VOLUME (CF) | 3.02 [1] | 2.71 | | | | |
| SHRINKAGE (%) | | 10.26 [1] | | | | |
| SHRINKAGE | | 13.97 [2] | | | | |
| SIMULATED ATTIC | | | | | | |
| TOTAL VOL. (CF) | 75.63 | 73.01 | | | | |
| VOL/BAG | 3.15 [1] | 3.04 | | | | |
| SHRINKAGE (%) | | 3.5 [1] | | | | |
| SHRINKAGE | | 3.5 [2] | | | | |
| SIMULATED ATTIC FIBER EXPOSURE (TWA) | | | | | | |
| POURING FILL (F/cc) | 0.105 | 0.092 | | | | |
| HELPER (F/cc) | 0.116 | 0.092 | | | | |
| | | | | | | |
| CYLINDER VOL CHECK AT FURNACE 9/26/79 | | | | | | |
| VOLUME (CF) | 3.15 [2] | 3.11 | 3.05 | 2.99 | 3.05 | 2.99 |
| SHRINKAGE (%) | | 1.27 [2] | | 1.97 | | 1.97 |

NOTES
1. SHRINKAGE BASED ON UNBOUND VOLUME CHECK DAY OF TEST
2. SHRINKAGE BASED ON UNBOUND VOLUME CHECK 9/26/79
3. L-1 ORE RECEIVED 9/25/79
   YIELD 96.8 B/T  BOUND 9.2%

1031250