# Keep the HOT out and the COOL IN



Zonolite is easy to install — just pour it right from the bag between attic joists, on top of old insulation or where there's no insulation at all. Six inches of Zonolite will ensure you years and years of snug, comfortable living — summer and winter.

Besides keeping summer heat out and winter heat in, ZONOLITE does not burn or attract vermin. Economical, too ... because savings in fuel and power costs can pay for the insulation in a few years. Get to your attic before the heat in your attic gets to you.

Your house can be 15 degrees cooler this summer by using Zonolite® insulation in your attic before the HOT arrives. Insulate during the leisure hours of your weekend. It's a family type fun project that will pay off in comfort and savings.

ZAI 002466

# ZONOLITE® VERMICULITE

## Attic Insulation

Data Sheet No. HI-333D
Effective July 15, 1980



| Coverage & "R" Value Chart (Per 12 Lb. Bag) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thickness (inches) | 1 | 2 | 3 | 4 | 4½ | 8 | 9 |
| "R" Value | 2.4 | 4.8 | 7.2 | 9.6 | 11.0 | 19.0 | 22.0 |
| Maximum Sq. Ft./ Bag Coverage* | 33 | 17 | 11 | 8 | 7½ | 4 | 3¼ |
| Minimum Wt./Sq. Ft. (lbs.) | ½ | ⅔ | 1 | 1⅓ | 1½ | 2⅔ | 3 |

EACH BAG OF ZONOLITE ATTIC INSULATION CONTAINS APPROXIMATELY 3 CUBIC FEET
*Coverage includes joists 16" o.c.

### Description
Zonolite Vermiculite Attic Insulation is an incombustible, free-flowing, thermally efficient granular mineral, made to order for energy-conscious customers (and profit-minded dealers and distributors).

It fills nooks and crannies fiberglass insulation can't reach, so a home-owner do-it-yourselfer can "finish it right," and you can generate add-on sales from fiberglass customers.

It flows freely over low spots and gaps in existing insulation and in insulated horizontal areas, sealing off costly heat leaks. You can sell comfort as well as fuel savings with every bag of Zonolite Attic Insulation.

Every homeowner is a potential sale.

Whether upgrading present insulation or adding new insulation, Zonolite Attic Insulation can help as shown below:

### Selling Points
■ Easy to install. Dry, free-flowing, non-irritating granules supplied in convenient bags. One man can usually insulate the average home attic in two to four hours.
■ Fills in snugly around obstructions and against attic joists.
■ Won't settle. Maintains its original thickness.
■ Rot-and-vermin-resistant.
■ Permanent. Lasts life of the building.
■ Low initial investment, plus significantly reduced heating and cooling costs.

**Zonolite Attic Insulation Will Not Burn.**
Underwriters' Laboratories tests prove Zonolite Attic Insulation has no flame spread, no fuel contributed, and no smoke developed.



1. **Add it** when existing insulation has settled or compacted.
2. **Use it** as a finishing touch for new batt insulation.
3. **Pour it** into gaps in existing insulation, wherever braces, piping, electrical junction boxes, or other obstructions have caused voids.
4. **Pour and level it** in all areas where no insulation exists.

ZAI 000111

Copyright 1980. Zonolite is a registered trademark of Construction Products Division, W. R. Grace & Co., 62 Whittemore Ave., Cambridge, Mass. 02140. We hope the information given here will be helpful. It is based on our best knowledge, and we believe it to be true and accurate. Please read all statements, recommendations or suggestions herein in conjunction with our conditions of sale which apply to all goods supplied by us. We assume no responsibility for the use of these statements, recommendations, or suggestions, nor do we intend them as a recommendation for any use which would infringe any patent or copyright.


**GRACE**
CONSTRUCTION PRODUCTS DIVISION

Form HI-333D          Printed in U.S.A. 7/80

# ZONOLITE SPOT COMMERCIALS
## ON TRANSCRIPTION
### *featuring*
# Bob Crosby

## ONE MINUTE SPOTS

#1 (SINGING TO THE TUNE OF "COMIN' THRU THE RYE")

CROSBY:  When it's chilly...
Don't be silly...
Why sit home and freeze?
When winds roar in,
You can pour in
ZONOLITE with ease!

Hi ya, folks ... this is Mother Crosby's younger son, Bob, singing the praises of ZONOLITE home insulation. Did you know that with the four-hour miracle of ZONOLITE, you can cut fuel bills up to forty percent? That's right...and ZONOLITE VERMICULITE is so easy to install, even you gals could do it. Y'just pour the ZONOLITE between attic joists and sidewall studs, level it and leave it...guaranteed for the life of your building! So why burn up good money when ZONOLITE can cut your fuel bills up to forty percent, and make your house a lot cooler in Summer too! ... all for as low as sixty-seven dollars and sixty-cents for the average attic! How about getting a free ZONOLITE estimate for your home right now!

LOCAL ANNCR: LIVE TEN-SECOND DEALER TAG.

#2 (SINGING TO THE TUNE OF "BATTLE HYMN")

CROSBY:  ZONOLITE is insulation.
ZONOLITE for all the nation.
ZONOLITE is a sensation --
So insulate today!

Yes indeed, friends, ZONOLITE home insulation is sure worth singing about! Me? Well, I'm Bob Crosby ... and I'm here to say that you can have more bucks in the bank this Winter if you insulate now with ZONOLITE!

Cut your fuel bills up to forty percent ... Save up to a hundred dollars more by installing ZONOLITE yourself. It's easy. Y'just pour ZONOLITE like popcorn between attic joists and sidewall studs. You can do the entire job yourself in a single afternoon! ZONOLITE VERMICULITE costs as low as sixty-seven dollars and sixty-cents for the average attic! Take it from me, Bob Crosby, you'd better get a free ZONOLITE estimate for your house!

LOCAL ANNCR: LIVE TEN-SECOND DEALER TAG.

#3 (SINGING TO THE TUNE OF "MERRILY WE ROLL ALONG")

CROSBY:  Merrily our home is bright,
Warm and light
Day and night.
Merrily with ZONOLITE,
With ZONOLITE, you'll see.

Friends, this is Bing's brother, Bob, telling you about that wonder insulation, ZONOLITE VERMICULITE... and how it can SAVE you up to forty-percent in fuel bills every single year! Decide now to insulate with ZONOLITE for as little as sixty-seven dollars and sixty-cents for the average attic. Do the job yourself in one afternoon...why, it's easy. Just pour ZONOLITE like popcorn between attic joists and sidewall studs. That's all there's to it, and ZONOLITE is permanent. It'll give you a blanket of warmth in Winter---with more bucks in the bank--and a much cooler place in Summer too! Just as sure as my name is Bob Crosby, it's just plain ole common sense to insulate with ZONOLITE. Listen now where you can get a FREE ZONOLITE estimate for your house!

LOCAL ANNCR: LIVE TEN-SECOND DEALER TAG.

## THIRTY SECOND SPOTS

#1

CROSBY: Hi-folks...this is Bob Crosby with news about an insulation miracle called ZONOLITE VERMICULITE! It's so easy to install, that you can do it yourself in one afternoon. SAVE up to forty-percent on fuel every year! ZONOLITE pours like popcorn, is permanent and fireproof! Costs as low as sixty-seven dollars and sixty-cents for the average attic! Listen now where you can get a free ZONOLITE estimate for your house!

LOCAL ANNCR: LIVE FIVE-SECOND DEALER TAG.

#2

CROSBY: Hello again ... this is Bob Crosby telling how YOU can have more bucks in the bank this Winter! Insulate your house with ZONOLITE VERMICULITE! It cuts fuel bills up to forty-percent ... costs as little as sixty-seven dollars and sixty-cents for the average attic ... and you can install it easily yourself in one afternoon! ZONOLITE pours like popcorn, is permanent and fireproof! How about getting a free ZONOLITE estimate for your home now!

LOCAL ANNCR: LIVE FIVE-SECOND DEALER TAG.

#3

CROSBY: My name is Bob Crosby ... and the name to remember for home insulation, ZONOLITE VERMICULITE! With ZONOLITE, you can easily do the job yourself in one afternoon, and cut fuel bills up to forty percent! ZONOLITE costs as low as sixty-seven dollars and sixty-cents for the average attic...pays for itself in cash and comfort many times over! You'll have more bucks in the bank if you insulate right with ZONOLITE. Get a FREE estimate for your home!

LOCAL ANNCR: LIVE FIVE-SECOND DEALER TAG.