# Big Builders, Small Builders—ALL Agree!
# ZONOLITE®
## INSULATING FILL
## "IS EASIEST OF ALL TO INSTALL"



- "I've used Zonolite Insulation in all my homes (500 of them)," says big builder Rod Wallace, Minneapolis, Minn. "Fire safety, ease of installing, plus the fact that I can put in four inches or more at reasonable cost, are the main reasons. I don't feel it costs me anything for labor because the men can install it any rainy day."



- J. L. Dawson, small builder in Clinton, Illinois, says Zonolite has proven its insulation value in the cold winters and hot summers of central Illinois. He likes the dollars he saves, too, both in original purchase price and in installation costs. Dawson is enthusiastic about Zonolite being rodent-proof. "No mice bother ceiling insulation," he says and concludes, "I have Zonolite in my present home."



## What Builders Say About ZONOLITE

- "...it saves $30.00 a house."
- "...a handy man can do the job."
- "...more efficient insulation."
- "...100% fireproof, rotproof, rodent proof."

All over America, builders large and small are discovering the advantages of insulating all types of residential construction with Zonolite. An example of Zonolite's efficiency comes from Roy Hein of Royersford, Pennsylvania. He and his neighbor have comparable houses side by side.

Last year with Zonolite in the attic, in the first four months of the season he used $32.00 less fuel oil than his neighbor, who had *full-thick* pre-formed insulation! Eastern builder, John Kulp (10 to 12 houses per year) saves "$30.00 per house with Zonolite." Anyone can handle lightweight Zonolite too, (see picture of Rod Wallace's men, to the right). Store it on attic joists. Later any handyman can insulate the attic during idle time in as little as 4 hours...just pour it, level it, leave it. Send for labor-saving Zonolite booklet today.

## ZONOLITE Company
### 135 S. LaSalle Street, Chicago 3, Illinois

### Send for Zonolite's "Easy-Does-It" Booklet Today
### IT'S FREE!

```
------- MAIL THIS COUPON -------
ZONOLITE COMPANY, DEPT. 000
135 S. LaSalle St., Chicago 3, Illinois

Please rush free new Insulation Data Book HI-48,
with complete information about Zonolite products,
including Zonolite Insulating Fill.

Name_____
Company_____
Address_____
City_____Zone_____State_____
```

ZAI 002012

T-270  Printed in USA