

**GRACE**                                                Construction Products Division

January  , 1984

TO:    Building Products Sales Force

FROM:

SUBJ:  Zonolite Attic Insulation


Zonolite Attic Insulation has been one of the mainstay products of the
Zonolite business and has been long before Zonolite's acquisition by GRACE.
In fact, attic insulation was one of the early successful products based
upon vermiculite.  Over the years, we have enjoyed fruitful returns from
Zonolite Attic Insulation and in a number of years, the profitability of the
business depended upon its success.

Like people, however, products also have a life cycle.  Over the last ten
years, with a couple of exceptions, the product has been in a continual
decline.  This decline has been particularly dramatic over the last five
years.

We have reached the point where the returns from attic insulation are less
than the investment required to keep the product going, and we must
regretfully announce that Zonolite Attic Insulation will not be available
for sale in the 1984 selling season.  We will be informing the marketplace
of this decision in the next few weeks so they do not plan on investing in
future promotional activities related to this product.