# Opinions About the Use
# and Disturbance of
# Zonolite Attic Insulation (ZAI)

## Prepared by

### Gobbell Hays Partners, Inc.
### 217 Fifth Avenue North
### Nashville, Tennessee 37219

**March 21, 2003**

**GHP Project Number 02117.00**

# Table of Contents

Opinions About the Use and Disturbance.......................................................................Section 1
of Zonolite Attic Insulation (ZAI)

| | | |
|---|---|---|
| I. | Qualifications of Steve M. Hays.........................................................Page 1 |
| II. | Introduction........................................................................................Page 1 |
| III. | W.R. Grace Tests ...............................................................................Page 1 |
| IV. | Settled Dust and Other Asbestos Measurements ...............................Page 2 |
| V. | Zonolite Insulation Exposure Studies ...............................................Page 3 |
| VI. | Conclusions........................................................................................Page 4 |

*Appendices*

Appendix A    Typical Residential Remodeling Projects Involving ...................................Section 2
Ceilings and Attic Insulation

| | | |
|---|---|---|
| I. | Qualifications of Ronald V. Gobbell ...................................................Page 1 |
| II. | Introduction........................................................................................Page 2 |
| III. | Typical Maintenance, Repair, and Renovations Projects That .............Page 3 |
| | Will Impact Zonolite Attic Insulation |

Appendix B    Curriculum Vitae of Steve M. Hays .........................................................Section 3

List of Depositions of Steve M. Hays

Appendix C    Curriculum Vitae of Ronald V. Gobbell.....................................................Section 4

List of Depositions of Ronald V. Gobbell

Submitted by:


_____

Ronald V. Gobbell, FAIA


_____

Steve M. Hays, CIH

## I.   Qualifications of Steve M. Hays

Steve M. Hays is a partner and chairman of the board of Gobbell Hays Partners, Inc., 217 Fifth Avenue North, Nashville, Tennessee, 37219. He is a certified industrial hygienist and has been involved since 1981 in environmental management and asbestos abatement matters. Mr. Hays is a licensed professional engineer in nine states and Ireland. He has taught at a number of universities and technical institutes concerning asbestos sampling, abatement, management, project design, and measurements techniques. Mr. Hays has been a member of several EPA committees and served in positions on numerous environmental organizations, including the Environmental Information Association, National Institute of Building Sciences, the AIHA Indoor Environmental Quality Committee and the American Society for Testing and Materials (ASTM). In many of these positions Mr. Hays has addressed asbestos in building issues. Mr. Hays has also made numerous presentations on asbestos in building issues. He also has a number of publications on asbestos in buildings issues, including Settled Asbestos Dust Sampling and Analysis (1994). He has participated in several studies regarding asbestos exposures in buildings.

Mr. Hays won a variety of awards including induction into the College of Fellows of the American Consulting Engineers Council, the President's Award of the Environmental Information Association and the President's Citation Award for Outstanding Service from the Consulting Engineers of Tennessee. Mr. Hays has also taught at numerous seminars regarding asbestos in buildings on such subjects as asbestos supervision, inspection, management planning, abatement design and sampling. Mr. Hays is also knowledgeable about building and construction issues generally and has lectured on a variety of building related issues.

Mr. Hays is qualified by virtue of his education, training, and experience as an expert in the fields of asbestos in buildings evaluation, testing, assessment, building maintenance, and renovation issues as they relate to asbestos control.

Mr. Hays has been asked to give his opinions concerning the nature of Zonolite Attic Insulation (ZAI) including its ability to release fibers and contaminate homes. He has also been asked to testify concerning government regulations affecting asbestos, fiber levels measured in settled dust and air from simulations of foreseeable activities in homes containing ZAI, measurement methods for asbestos and property damage caused by asbestos contamination.

## II.   Introduction

The purpose of this report is to provide opinions about the use and disturbance of Zonolite Attic Insulation (ZAI) and about the significance of settled dust which has been contaminated with asbestos released from the ZAI.

I have reviewed numerous documents provided by Richardson, Patrick, Westbrook & Brickman of Charleston, South Carolina. I participated in homeowner activity simulations where ZAI was present, and the description of those studies is contained in a report by William M. Ewing. The opinions expressed herein are based on my review of documents and participation in simulation

studies, as well as my general knowledge, education, training, research, and experience related to asbestos, industrial hygiene, engineering, architecture, and construction. I reserve the right to alter or supplement my opinions if additional information is presented to me.

## III.   W. R. Grace Tests

I have reviewed documents, titled <u>Request for Technical Service</u>, from the Construction Products Division (CPD) of Grace. The CPD requests document measurements of airborne asbestos during various activities with ZAI. The results clearly show that airborne fiber concentrations (measured by phase contrast microscopy [PCM]) were significantly elevated for most activities. Activities tested included drop tests, spreading ZAI, cleaning up, processing ZAI, and pouring ZAI from bags into a simulated attic, among others.

I have reviewed Grace memos and other internal correspondence which describe the company's knowledge that the product created hazardous airborne concentrations of fibers when used by consumers and Grace's attempts to reduce the fiber release. The documents show that ZAI was contaminated with tremolite asbestos to varying degrees, that tremolite fibers were found on the surfaces of vermiculite flakes, and that the tremolite fibers could be released from the vermiculite to become airborne. Grace tested techniques both to remove the tremolite from the ZAI and to bind the tremolite to the ZAI. These tests were conducted in an effort to reduce airborne fiber concentrations at production facilities and when the product was used by consumers. These efforts were unsuccessful. F. W. Eaton in a memorandum dated June 22, 1977, to J. W. Wolter says, "...we have failed to meet E. S. Wood's target of 0.2 f/ml TWA with either bound or unbound product." In a February 17, 1978, memo to J. W. Wolter, E. S. Wood says, "I question whether we can make the statement that most of our products have locked-in tremolite fibers." These documents also show that dust is increased in bags of ZAI through shipment and handling. "Worst case" attic installation scenarios are recommended for testing the final product related to consumer exposure.

## IV.   Settled Dust and Other Asbestos Measurements

I first used settled dust sampling to assess asbestos surface contamination in 1987. Since that time, I have used the technique extensively and have reviewed large databases collected by our firm and by various colleagues. It is my opinion that such sampling is well understood, and the technique has been standardized by the American Society for Testing and Materials (ASTM) Subcommittee D-22.07 (standard number D-5755). Dust measurement by D-5755, which reports results in structures per square centimeter ($s/cm^2$), is the appropriate assessment technique to determine the potential exposure risk attendant to surfaces contaminated by settled asbestos structures, such as tremolite released from ZAI during installation and during certain activities that occur in facilities insulated with ZAI.

Asbestos in settled dust can provide a record of release over time of asbestos from asbestos-containing products. By applying K-factors to surface concentrations of asbestos predictions can

be made about airborne asbestos concentrations that will result from disturbing contaminated surfaces.

There are no regulated limits for asbestos in settled dust. The potential for settled dust to create unacceptable exposures to airborne asbestos, however, is recognized by both the U.S. Environmental Protection Agency (EPA) and the U.S. Occupational Safety and Health Administration (OSHA) in their respective regulations, guidance documents, and interpretations. Based on my experience, research, and interaction with colleagues who are also expert in this field, qualitative descriptions and response action recommendations can be accurately developed based on the quantitative data resulting from the use of ASTM D-5755. My opinions regarding contamination of surfaces by asbestos are given in Chapter 6 of Millette and Hays.

Background concentrations of asbestos on surfaces are found in many locations, especially urban, across the United States. The asbestos type found in background samples is overwhelmingly chrysotile, and I have found no evidence of tremolite, specifically Libby amphiboles, in background samples, excluding of course samples from Libby, Montana. It is logical to conclude, therefore, that tremolite found in surface samples where ZAI is present came from the ZAI.

Several other measurement methods are available for addressing asbestos in buildings, and each one has specific uses and limitations. Aggressive air sampling is routinely used to determine if an asbestos abatement project has been successfully completed. The objective of aggressive sampling is to entrain into the air any dust which may remain in the abatement area so the dust can be captured by the air sampling device for laboratory analysis. The use of aggressive air sampling as an assessment tool for situations outside of contained abatement work areas is generally not appropriate because the technique entrains and redistributes existing surface contamination in an uncontrolled manner.

For a variety of reasons, non-aggressive air sampling is not recommended by EPA as a means to evaluate potential risk. In the case of ZAI which has not been disturbed and where the tremolite, that originated from the ZAI, which has settled onto surfaces also has not been disturbed, non-aggressive air sampling would not be expected to show significant airborne concentrations of asbestos related to the ZAI. The risk lies in disturbance of the ZAI or disturbance of surfaces contaminated by ZAI. Non-aggressive air sampling under the stated conditions would not adequately evaluate the risk because air sampling is a measurement only of what is in the air at the time of sampling (this is often referred as a "snapshot"). However, air sampling (personal and area) is appropriate to evaluate exposures when ZAI or surfaces contaminated by ZAI are disturbed under controlled conditions.

## V.      Zonolite Insulation Exposure Studies

I participated in homeowner activity simulations designed to determine exposures encountered by people when doing general housekeeping and home improvement tasks where ZAI was present. The studies are described in report prepared by William M. Ewing, CIH. These studies show significant airborne exposures for a variety of activities. The activities which were

simulated were based on discussions with homeowners, documentary evidence, and research done by Ronald Gobbell, FAIA, of Gobbell Hays Partners. Mr. Gobbell's report is found in Appendix A of this report.

The investigators who conducted these studies were very careful in performing the various activities. The transcript of the deposition of Ralph Mold, taken February 28, 2003, indicates that the measured airborne exposures may be biased low. Mr. Mold, who has experience in home remolding where ZAI was present, watched a video tape of some of the simulated activities in these studies. He asserts that the task of removing ZAI would normally be done more quickly and aggressively than was done by the investigators. It is my opinion that work done more aggressively and quickly would have resulted in even higher airborne concentrations than those reported by Mr. Ewing.

The activities simulated in these studies disturbed relatively small amounts of ZAI. A study done by Pinchin Environmental, April 3, 1997, disturbed large amounts of this type insulation, and the airborne concentrations were at least an order of magnitude greater than what we measured. This is evidence that as the amount of ZAI disturbed increases, the exposure risk increases.

## VI.    Conclusions

1.    ZAI when disturbed in an uncontrolled fashion (i.e., when disturbed by uninformed and untrained homeowners or home remodeling contractors) produces significant airborne exposures to asbestos.

2.    ZAI can produce significant concentrations of asbestos on surfaces in facilities where it is installed. Uncontrolled disturbances of these surfaces result in significant airborne exposures to asbestos.

3.    ZAI was marketed heavily as a safe product to homeowners for installation by homeowners and contractors.

4.    ZAI, when installed as intended by W. R. Grace, is often disturbed by homeowners in the normal use, enjoyment, and improvement of property. Disturbance of ZAI cannot be avoided for many activities that homeowners should expect to be able to do without hazard.

5.    W. R. Grace knew of the exposure associated with this product for many years while continuing to market it.

6.    ZAI should be disturbed only under properly designed and controlled asbestos abatement conditions. Surfaces contaminated with tremolite from ZAI should be abated.

# APPENDICES

A.  Typical Residential Remodeling Projects Involving Ceilings and Attic Insulation
Report prepared by Ronald V. Gobbell, FAIA, March 21, 2003.

B.  Curriculum Vitae of Steve M. Hays

C.  Curriculum Vitae of Ronald V. Gobbell

# Typical Residential Remodeling Projects Involving Ceilings and Attic Insulation

## I.    Qualifications of Ronald V. Gobbell

Ronald V. Gobbell, FAIA, is a licensed architect and has been involved in the construction industry since 1968. In 1977, Mr. Gobbell established an architectural firm. In 1978 Mr. Gobbell was joined by Steve Hays, CIH, and together they founded Gobbell Hays Associates, Inc, currently known as Gobbell Hays Partners, Inc. (GHP). GHP, a 30+-person firm with offices in Nashville, Tennessee, Denver, Colorado, Cleveland, Ohio, and San Antonio, Texas, was one of the first firms to integrate architectural design with indoor environmental concerns functions at every step in the building process. GHP's practice is nationwide with projects extending from San Juan, Puerto Rico to Anchorage, Alaska.

In addition to providing architectural design and oversight services, GHP has provided expertise on environmental issues affecting buildings and construction. Mr. Gobbell has worked in residential construction and designed several houses and renovations. Mr. Gobbell has designed and supervised abatement projects, given presentations focusing on the management and abatement of asbestos-containing materials, and assisted in publications discussing asbestos abatement and abatement cost as part of the abatement design and supervision activity. Mr. Gobbell has been directly involved in estimating and budgeting construction and abatement projects. He has served as adjunct professor at the University of Tennessee School of Engineering. In addition, Mr. Gobbell has undergone specialized training in the area of asbestos abatement design and asbestos abatement supervision. He has also served as a seminar faculty member at the Berkeley and Davis branches of the University of California, Georgia Tech Research Institute, New York University, and The Environmental Institute where he has lectured on asbestos abatement, including the cost of asbestos abatement. Mr. Gobbell's expert qualifications are set forth more fully in his Curriculum Vitae (Appendix D). Mr. Gobbell has served for the last 14 years as a commission member on the Metropolitan Nashville Historic Zoning Commission. A role of that commission is to review and approve the renovation of homes in designated historic districts.

Mr. Gobbell, a registered architect in eighteen states, is former chairman of the State of Tennessee Architectural and Engineering Licensing Board and served on that Board for eight years. He is former President of AIA Tennessee, and he has served on NCARB's Research and Development Committee to develop the computerized architectural registration examination. In 1998 Mr. Gobbell was inducted into the College of Fellows of the American Institute of Architects.

Mr. Gobbell has testified as an expert on the area of asbestos in buildings, and general construction on several occasions (Appendix C).

## II.    Introduction

The standards for residential energy conservation have risen dramatically between the early 1900s and the 1980s creating a need for better-insulated homes. Higher energy costs and greater comfort requirements have also required more tightly constructed and better-insulated structures. Loose fill vermiculite products were marketed to fill the need for additional or supplemental attic insulation from approximately the 1920s to the mid 1980s along with several other types of loose fill, batt and blown-in insulation. One benefit of Zonolite Attic Insulation (ZAI) is that as a loose fill vermiculite product it pours like lightweight sand, and like dry sand, it settles and fills small cracks, crevices, and holes.

Wood framed construction, particularly the walls and attic spaces, have a significant number of small and hard to insulate areas created by the framing materials, cross bracings, electrical wiring, plumbing piping, and other construction elements. ZAI was used to insulate entire houses, including attics and walls. Many wood frame homes constructed before the mid-twenty century used a construction technique called a balloon frame. The means the wall studs go past the floor joist and occasionally past the ceiling joist, without a plate or obstruction at the top of the wall. ZAI and other loose fill vermiculite products were marketed as a convenient way to fill and insulate these hard to reach cavities and have been used extensively as a post construction-insulating product. In balloon-framed homes the insulation was poured from the attic space into the wall cavity with the intent to insulate the walls of the home. In latter years ZAI was marketed and used to supplement other types of attic insulations that may have left voids.

The homes where ZAI was used are generally more than 19 years old. Many of these homes have gone through and will be going through typical repairs and renovations as the years go by. The US Census reports that in 2001 $157 billion was expended for maintenance, repairs and improvements in private residences, and that over the past five years an average of $144 billion was spent repairing and modernizing existing homes. These projects range from adding services such as cable/satellite TV to converting an unoccupied attic to a living space such as a bedroom or a recreation room. Demolition projects range from partial demolition of ceilings and walls inside the house to whole house demolition.

Typically, the work required for these repairs and renovations is performed by the homeowner, an individual repairman, a home improvement company, or a residential contractor. Homeowners and workers rarely give the proper attention to controlling dust and debris during renovation and demolition activities, and have little or no experience in handling material that contains asbestos. Even minimal dust control techniques, such as negative air system, using plastic sheets for area containment, or adequate personnel training are not standard in the residential remodeling industry and are very rarely if ever used. When asbestos is encountered in a renovation/demolition project, construction contractors generally require the asbestos to be properly abated by a qualified abatement contractor before proceeding with the work. This requirement will result in extra cost and time delays for the homeowner.

Typical repair and renovation projects discussed in the following section are consistent with the "how to" small-scale renovation and repair articles and guides included in the reliance materials.

### III.    Typical Maintenance, Repair and Renovation Projects That Will Impact Zonolite Attic Insulation

The following descriptions detail specific work practices required to execute the common projects being performed in homes today. These procedures are as they would be performed as if the homeowner/contractor was unaware that ZAI contained asbestos. Occasionally workers may use a standard paper dust mask covering the nose and mouth, however they would not wear appropriate respiratory protection for asbestos activities. The only other protective equipment typically worn would be work gloves.

Generally attic and other dirty work is delegated to the least experienced personnel on a construction crew, and residential contractors frequently give no consideration to dust control or general housekeeping standards.

The following tasks are frequently performed by homeowners and contractors, but these are not intended to be all-inclusive. Storage, structural problems, varmint/pest infestation, storm damage, and many other issues may also arise that will require the homeowner or their contractor to perform work that will come in contact with ZAI.

Installing a Ceiling Fan ............................................................................................................Page 4
Installing a Bathroom Exhaust Fan..........................................................................................Page 5
Installing Surface Light Fixtures .............................................................................................Page 6
Installing Recessed Light Fixtures...........................................................................................Page 7
Installing a Ceiling Heating and Air Conditioning Diffuser....................................................Page 8
Installing a Fold-Down Attic Stair...........................................................................................Page 9
Installing a Tray (Coffered) Ceiling ........................................................................................Page 10
Installing Skylights ..................................................................................................................Page 11
Installing a Vaulted (Cathedral) Ceiling..................................................................................Page 12
Adding a Dormer in an Attic/Second Floor..............................................................................Page 13
Converting Attic Space to Living Space...................................................................................Page 14
Installing Attic Ventilation .......................................................................................................Page 15
Re-doing the Electrical Wiring in an Attic ...............................................................................Page 16
Installing New Plumbing Fixtures ............................................................................................Page 17
Repairs to Lead-Damaged Drywall/Plaster ..............................................................................Page 18
Demolition of all Interior Finishes............................................................................................Page 19
Demolition of a Wall .................................................................................................................Page 20
Demolition of a Whole House ...................................................................................................Page 21

# Installing a Ceiling Fan

Ceiling fans are popular for their appearance or as a convenient heat redistribution mechanism. When rotating in one direction heat is pulled from the ceiling space down to the occupied area of the room and when rotating in the opposite direction the heat is pulled from the occupied area up into the ceiling space. A homeowner will install a ceiling fan in a room where moving the heated air will make the occupied area more comfortable to live in. In the winter months the homeowner will want to operate the fan so that the heat in the ceiling space is pulled into the occupied area and in the summer months the desire would be just the opposite, which is to pull the warm air from the room up to the ceiling area.

Procedures to install a ceiling fan:

1. From below ceiling, mark location for fan on ceiling. Frequently this is the center of the room.
2. Drill hole in center of fan and insert a wire through hole into attic so hole can be located in attic. **Note: The attic insulation will leak through hole and fall to the floor.**
3. In attic, brush away insulation from opening, as far as needed, with hands. **Note: ZAI insulation will still cover portions of the work area.**
4. From below ceiling, cut out opening for electrical junction box in drywall or plaster. **Note: More attic insulation and construction debris will fall to the floor. Many Homeowners/workers will often skip steps 2 and 3 and immediately cut the hole from the room below, causing construction debris to fall and even more ZAI to pour out into the occupied room.**
5. Locate switch location in wall and cut opening in drywall or plaster and install outlet box for switch. **Note: If ZAI is used in wall then it will pour out.**
6. In attic install wood blocking between joists, if required, to support fan and mount electrical box.
7. In attic, clear insulation with hands or tool and drill hole in top plate of wall where fan on/off switch will be located.
8. Run electrical wires from switch to fan electrical box and clear attic insulation until the proper location for the power source is determined.
9. Spread insulation back over disturbed areas in attic with hands or tool. **Note: Insulation will fall through drilled hole in the top of the wall into the wall cavity.**
10. Connect ceiling fan electrical, mount fan and install on/off switch.
11. Sweep with a broom or vacuum insulation and dust from floor and furnishings with home or shop vacuum.

# Installing a Bathroom Exhaust Fan

Many homes have bathrooms without exhaust fans particularly if they were on exterior walls with operable windows. It was assumed for a long time that operable windows were adequate for ventilating these spaces, but with new concerns regarding moisture control many homeowners are installing exhaust fans in their bathrooms for vapor and odor ventilation.

Procedures to install a bathroom exhaust fan

1. From below ceiling, mark location for fan on ceiling.
2. Drill pilot hole in center of fan and insert a wire through hole into attic so hole can be located in attic. **Note: The attic insulation will leak through the hole and fall to the floor.**
3. In attic, brush away insulation from opening, as far as needed, with hands. **Note: ZAI insulation will still cover portions of the work area.**
4. From below ceiling, cut out opening for fan fixture box in drywall or plaster. **Note: More attic insulation and construction debris will fall to the floor. Homeowners/workers will often skip steps 2 and 3 and immediately cut the hole from the room below, causing construction debris to fall and even more ZAI to pour out into the occupied room.**
5. In attic, install wood blocking between joists, if required, to support fan fixture box.
6. Locate switch location in wall and cut opening in drywall or plaster and install outlet box for switch. **Note: If ZAI is used in wall then it will pour out.**
7. Install fan fixture into ceiling opening. Install a duct from the exhaust fan fixture and extend through the roof or wall into a weather proof cap on the exterior.
8. In Attic, clear insulation with hands or tool and drill hole in top plate of the wall where the fan on/off switch will be located.
9. Pull wire from electric panel if required to fan switch if power is not available nearby. Typically a new electrical power wire is fed from the panel through the attic. The wire is secured to the ceiling joists with staples.
10. Pull electrical wires from fan switch to fan fixture electrical box and clear attic insulation until the proper location for the power source is determined.
11. Spread insulation back over disturbed areas in attic with hands or tool. Insulation will fall through drilled hole in the top plate of the wall into the wall cavity. **Note: Insulation will fall through drilled hole in the top of the wall into the wall cavity.**
12. Connect ceiling fan electrical and install on/off switch.
13. Sweep with a broom or vacuum insulation and dust from floor with home or shop vacuum.

# Installing Surface Light Fixtures

Many homes have rooms with no permanent light fixtures installed. These homes rely on switched electrical outlets where tabletop or floor lamps may be plugged in and controlled for ambient and task lighting. In some cases the homeowner may not think that this is adequate lighting for the function of the given space. Therefore, the homeowner may install ceiling mounted surface light fixtures, which create general lighting for the space.

Procedures to install a surface light fixture

1.  Mark location for light fixture on ceiling.
2.  Drill mounting holes in drywall or plaster to install mounting anchors. Insulation will fall through hole onto floor. **Note: The attic insulation will leak through the hole and fall to the floor.**
3.  Drill pilot hole in location for junction box. **Note: More insulation will fall through this hole.**
4.  If the pilot hole clears the joist, then cut a hole for the junction box. **Note: More attic insulation and construction debris will fall to the floor. Homeowners/workers will often skip steps 2 and 3 and immediately cut the hole from the room below, causing construction debris to fall and even more ZAI to pour out into the occupied room.**
5.  Locate switch location in wall and cut opening in drywall or plaster and install outlet box for switch. **Note: If ZAI is used in wall then it will pour out.**
6.  In Attic, clear insulation with hands or tool and drill hole in top plate of the wall where the light on/off switch will be located.
7.  Clear attic insulation until the proper location for the power source is determined.
8.  Pull wire from electric panel, if required, to light switch if power is not available nearby. Typically a new electrical power wire is fed from the panel through the attic. The wire is secured to the ceiling joists with staples.
9.  Pull electrical wires from switch to light fixture.
10. Install fixture onto ceiling securing into ceiling joist or with toggle anchors.
11. Spread insulation back over disturbed areas in attic with hands or tool. **Note: Insulation will fall through drilled hole in the top of the wall into the wall cavity.**
12. Connect light fixture electrical and install on/off switch.
13. Sweep with broom or vacuum insulation and dust from floor with home or shop vacuum.

# Installing Recessed Light Fixtures

As various lighting options have become available, recessed lighting has become popular as an integral part of lighting design as it relates to interior upgrades. Recessed lighting is beneficial for specific task lighting in alcoves, for wall washing light for effect or for highlighting artwork, and simply for aesthetic effect to soften lighting in a room without sacrificing actual lighting levels. Many homeowners are installing recessed light fixtures into their existing homes for these and other reasons. Similar procedures would be used to install a hard wired smoke detector or a sound system.

Procedures to install a recessed light fixture

1. From below ceiling, mark location for fan on ceiling.
2. Drill pilot hole in center of fan and insert a wire through hole into attic so hole can be located in attic. **Note: The attic insulation will leak through the hole and fall to the floor.**
3. In attic, brush away insulation from opening, as far as needed, with hands or tool. **Note: ZAI insulation will still cover portions of the work area.**
4. From below ceiling, cut out opening for light fixture in drywall or plaster. **Note: More attic insulation and construction debris will fall to the floor. Homeowners/workers will often skip steps 2 and 3 and immediately cut the hole from the room below, causing construction debris to fall and even more ZAI to pour out into the occupied room.**
5. Locate switch location in wall and cut opening in drywall or plaster and install outlet box for switch. **Note: If ZAI is used in wall then it will pour out.**
6. In attic, install wood blocking between joists, if required, to support fixture.
7. Install fixture into ceiling opening.
8. In Attic, clear insulation with hands or tool and drill hole in top plate of the wall where the light on/off switch will be located.
9. Pull wire from electric panel, if required, to light switch if power is not available nearby. Typically a new electrical power wire is feed from the panel through the attic. The wire is secured to the ceiling joists with staples.
10. Pull electrical wires from switch to light fixture and clear attic insulation until the proper location for the power source is determined.
11. Spread insulation back over disturbed areas in attic with hands or tool. Insulation will fall through drilled hole in the top of the wall into the wall cavity. **Note: Insulation will fall through drilled hole in the top of the wall into the wall cavity.**
12. Connect light fixture electrical and install on/off switch.
13. Sweep with a broom or vacuum insulation and dust from floor with home or shop vacuum.

# Installing a Ceiling Heating and Air Conditioning Diffuser

Many homes did not have central heating and air conditioning systems when they were originally constructed. As these systems became more in demand and more affordable, homeowners began installing them in their homes. In many cases ducts are run in the attic to ceiling mounted diffusers. Also the need to upgrade older central systems with new or additional diffuser locations are frequently required.

Procedures to install a ceiling heating and air conditioning diffuser:

1. From below ceiling, mark location for diffuser on ceiling.
2. From below ceiling, cut out opening for diffuser duct in drywall or plaster. **Note: Any residual ZAI remaining in attic area will fall below ceiling.**
3. In attic, install wood blocking between joists, if required, to support diffuser duct.
4. Install diffuser duct into ceiling opening.
5. Install a duct from the diffuser to the air conditioning main supply duct.
6. Spread insulation back over disturbed areas in attic with hands or tool.
7. From below ceiling, install diffuser onto diffuser duct.
8. Sweep with a broom or vacuum insulation and dust from floor with home or shop vacuum.

# Installing a Fold-Down Attic Stair

Some homes were built with simple hatches, usually located in the bedroom or closet to access the attic. Often these hatches are extremely inconvenient if not impossible to use as attic access. In many cases, the roof pitch allows for adequate space to incorporate attic storage, and almost all homes need more storage. Hatches are frequently too small to allow access for storage in the attic. Therefore, the homeowner will install a fold-down stair in a hallway or a room to gain better access to the attic and to be able to move items into and out of the attic.

Procedures to install a fold down attic stair:

1. In attic, remove insulation from work area around opening with hands or tool. **Note: ZAI will remain in the corners of the joists and the drywall ceiling. Homeowners/workers will often skip this step and immediately cut the hole from the room below, causing construction debris to fall and even more ZAI to pour out into the occupied room.**
2. Mark location for fold down stair on ceiling below and cut out opening for fold down stair in drywall or plaster. **Note: Any residual ZAI remaining in attic area will fall below ceiling.**
3. Cut ceiling joists and install wood blocking between joists if required to support stair.
4. Install stair into ceiling opening using screws through the stair frame into the ceiling joist framing.
5. Spread insulation back around disturbed areas around stair with hands or tool.
6. The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Installing a Tray (Coffered) Ceiling

As mentioned previously, many new lighting options and lighting design techniques have become popular. One concept that is popular is tray or coffered ceiling type lighting. Where portions of the ceiling are raised in some geometric form, and trays are constructed around that raised area so that continuous linear recessed indirect lighting can be installed in the trays to highlight the raised area or to accommodate an ornamental chandelier.

Procedures to install a tray (coffered) ceiling:

1.  In attic using a flat shovel, shovel insulation in area for tray ceiling into garbage bags and save for re-use. **Note: ZAI will remain in the corners of the joists and the drywall ceiling. Some workers will not perform this step and will go directly to number 3.**
2.  On ceiling below, mark outline for size and location for tray ceiling on drywall or plaster.
3.  Saw and demolish the drywall or plaster to expose ceiling joists. Frequently the worker will either pry the ceiling loose from below or kick the plaster/drywall down from the attic. **Note: Any residual ZAI remaining in attic area will fall below ceiling.**
4.  Cut ceiling joists and install wood framing to construct the recess tray in the drywall ceiling.
5.  Install drywall on tray ceiling, tape joints, apply drywall joint compound and finish joints on framing and disturbed ceiling areas.
6.  Spread previously removed attic insulation from garbage bags in attic areas on and around new recess tray ceiling.
7.  The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Installing Skylights

Allowing daylight into interior spaces is highly desired. This concept not only allows for energy savings during the day, but also creates light that generates a more comfortable and natural feel inside the home. Skylights of many varieties are being installed in homes to accomplish these benefits. Most skylight installations involve cutting holes in ceiling and roof surfaces and reconfiguring the ceiling and roof framing system.

Procedures to install skylight:

1. In attic using a flat shovel, shovel insulation in area for skylight into garbage bags and save for re-use. **Note: ZAI it will remain in the corners of the joists and the drywall ceiling. Some workers will not perform this step and will go directly to number 3.**
2. On ceiling below mark outline for size and location for skylight light well on drywall or plaster.
3. Saw and demolish the drywall or plaster to expose ceiling joists. Frequently the worker will either pry the ceiling loose from below or kick the plaster/ drywall down from the attic. **Note: Any residual ZAI remaining in attic area will fall below ceiling.**
4. Cut ceiling joists and install wood framing to construct the light well in the drywall ceiling.
5. On the sloped roof rafters, locate and size opening for skylight unit.
6. Saw and remove rafters to allow for new opening framing, but do not cut through roof decking.
7. Install wood framing around area for new skylight unit opening.
8. After framing is installed, saw cut from the attic, inside the skylight opening framing, the roof decking and shingles and remove the decking and shingles exposing the opening to the exterior.
9. On the roof, install skylight unit and flashings according to manufacturer's recommendations on the new skylight opening in the roof deck.
10. After skylight unit is installed, construct the sides light wells from the skylight opening in the roof to ceiling opening with 2 x 4 lumber.
11. Install batt insulation in attic on light well walls between the stud cavity spaces.
12. Install drywall on light well walls, tape joints, apply drywall joint compound and finish joints, on well walls and disturbed ceiling areas.
13. Spread previously removed attic insulation from garbage bags in attic areas around new skylight well.
14. The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Installing a Vaulted (Cathedral) Ceiling

Many homeowners seek to modernize their home and create an open and airy feel by constructing a vaulted or cathedral ceiling. Ceilings that are 8 feet high feel confined, and the structure can accommodate raising the ceiling to create a vaulted or cathedral appearance. Another popular alternative is to remove the ceiling and open a second floor dormer to the room below. This is especially true in spaces used as living or family rooms.

Procedures to remove flat ceiling and construct vaulted ceiling:

1. In the attic using a flat shovel, shovel insulation in area of ceiling removal and overhangs into garbage bags and discard. **Note: ZAI will remain in the corners of the joists and the drywall ceiling. Some workers will not perform this step and will go directly to number 2.**

2. Saw and demolish drywall or plaster to expose ceiling joists. Frequently the worker will either pry the ceiling loose from below or kick the plaster/ drywall down from the attic. **Note: Any residual ZAI remaining in attic area will fall below ceiling. If workers do not do step 1 then all the insulation in the attic will fall below ceiling to floor with the drywall/ plaster.**

3. Saw and remove ceiling joists.

4. On exterior of roof, remove ridge cap shingles and cut slot in decking for new roof ridge vent per manufacturers recommendations, install ridge vent and repair shingles.

5. Install overhang ridge vents, if not present, to allow air circulation through rafters to ridge vent. **Note: Any residual ZAI remaining in attic will fall below onto landscaping and ground.**

6. Furr-out sloped roof rafters to allow for insulation baffle and appropriate R value insulation.

7. Install insulation baffles and insulation in spaces between the rafters.

8. Install drywall on exposed rafter framing, tape joints, apply drywall joint compound and finish joints, on framing and disturbed ceiling areas.

9. Dispose of previously removed insulation as normal construction debris.

10. The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Adding a Dormer in an Attic/Second Floor

Many homes had second floors where the roofing joist creates a portion of the ceiling of the upstairs space. These rooms can achieve additional headroom and natural light if a dormer is added. The dormer can also enhance the exterior appearance of the home. ZAI was frequently used to insulate the area between the roof joist and the finished ceiling of the room.

Add dormer in attic where wood planks are installed on roof rafters:

1.  Drill a pilot hole in wood planks, then use a reciprocating saw and saw planks at area where dormer is to be installed. **Note: ZAI insulation will fall loose onto floor and sweep into bags for disposal as general construction debris.**
2.  Demolish wood planks from underside of rafters. **Note: More attic insulation and construction debris will fall to the floor.**
3.  Saw through existing roof deck and shingles and cut roof rafters as required for new dormer.
4.  The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.
5.  Frame new dormer walls, roof and windows.
6.  Install windows, exterior finish material and roofing shingles.
7.  Install new insulation in walls and ceiling of proper R value.
8.  Finish inside walls of dormer to match attic finish.

# Converting Attic Space to Living Space
# or Adding a Second Floor

Many homeowners desiring to expand the living space in their homes may choose to expand into the attic location. If the home has high-pitched roofs providing adequate headroom and if there is appropriate access to the attic, many homeowners will simply finish off the attic for bedrooms, playrooms, or bonus rooms, etc. Occasionally it may prove practical to remove the roof and install an entirely new second floor.

Procedures to finish attic into livable space:

This is a major renovation activity  In many cases existing ceiling joists were sized to carry only the ceiling and some load in the attic.  Codes requires that structures supporting occupied space be larger than simply a ceiling support, therefore additional joists may be required.  This process of nailing a new joist to an existing joist, called sistering, will require the relocation of almost all the ZAI.

1. In the attic using a flat shovel, shovel insulation in area of ceiling removal and overhangs into garbage bags and discard.  **Note: ZAI it will remain in the corners of the joists and the drywall ceiling.**
2. Install new floor joists adjacent to existing ceiling joist to support new floor.  This process, called sistering, is intended to supplement the strength of the floor system.
3. Install new floor decking on new joists.
4. Construct new walls in attic for new rooms.
5. On exterior of roof, remove ridge cap shingles and cut slot in decking for new roof ridge vent per manufacturers recommendations, install ridge vent and repair shingles.
6. Install overhang ridge vents, if not present, to allow air circulation through rafters to ridge vent.
7. Furr-out sloped roof rafters to allow for insulation baffle and appropriate R value insulation.
8. Install insulation baffles and insulation in spaces between the rafters.
9. Install drywall on exposed rafter framing, tape joints, apply drywall joint compound and finish joints, on framing and disturbed ceiling areas.
10. Dispose of previously removed insulation as normal construction debris.
11. Sweep with a broom or vacuum insulation and dust from floor with home or shop vacuum.

# Installing Attic Ventilation

Many attics in homes constructed prior to 1984 are inadequately ventilated. Often to comply with the most recent good practices associated with the efficient use of energy and moisture control additional ventilation is installed or the exiting ventilation system modified. Current standards call for eave vents to allow for outside air to enter and a ridge vent or a power vent to exhaust the warmer attic air. To allow for greater amount of airflow along with the resultant increased air changes, homeowners may update their attic ventilation. This is typically accomplished by increasing the vents at the eave and near the ridge of the roof. In some cases the eave vents have been blocked by insulation. In conjunction with installing or clearing the eave vents, it is important to ensure that the ZAI is not constricting the passage of air from the eave. Power exhaust fans may be required to get adequate ventilation from the vents. When completed, the attic should have a slow turn over of air, but not have aggressive air currents.

Procedures to install attic ventilation:

1. On exterior of roof overhangs locate and saw cut openings for new overhang soffit vents. **Note: Insulation will pour out of openings onto landscaping and ground.**
2. In attic, brush away insulation from opening, as far as needed, with hands. In some cases a shop vacuum may be a more expeditious way to remove the insulation in this hard to reach area of the attic.
3. On exterior of roof, remove ridge cap shingles and cut slot in decking for new roof ridge vent per manufacturers recommendations, install ridge vent and repair shingles.
4. Install overhang ridge vents to allow air circulation through rafters to ridge vent.
5. Install insulation baffles (blocking) to prevent insulation from filling soffit vents and spread insulation back in spaces between the rafters with hands.
6. Clean insulation and debris from landscaping and ground with hands and shovels.

# Re-doing the Electrical Wiring in an Attic

Many homes that were constructed prior to the mid-1970s were constructed with outdated electrical systems. Some homeowners wanting to upgrade their homes for safety or for resale, desire to remove the old wiring and install new copper wiring meeting current safety standards.

Procedures to re-wire electrical in attic:

1. Brush or remove attic insulation from around circuit wires to follow circuits from fixture to panel, with hands or tool.
2. Turn off circuit breaker or remove fuse from electrical panel to disable circuit.
3. To install a new outlet cut hole in wall the size of a junction box at the desired location. **Note: If ZAI is in the walls it will pour out onto the floor.**
4. Disconnect wires from breaker terminal to allow for new electrical wiring.
5. Disconnect old wiring from fixture or outlet.
6. Pull new wiring from panel into attic to outlet or fixture.
7. Secure new wire to joists using wire staples at 36 inches maximum spacing along length or wire.
8. Connect new circuit wire to outlet or fixture.
9. Connect new circuit to panel breaker or fuse.
10. Turn on breaker or install fuse to power the circuit.
11. Brush or replace insulation back over exposed wires, with hands or tool.

# Installing New Plumbing Fixtures

Outdated bathrooms and kitchens do not have the best resale value and have poor performance with the locations of the fixtures as installed. Therefore, many homeowners are renovating these spaces and in some cases adding additional bathrooms or simply adding fixtures such as separate showers from bathtubs.

Procedures to install a new plumbing fixture:

Installing a new plumbing fixture requires that a plumbing vent line be installed from the fixture through the roof. It involves penetrating the ceiling plane and roof deck. The penetration is sealed to the roof with a plastic vent 'boot' flashing.

1. Saw and demolish the drywall or plaster from the wall where the fixture plumbing is to be installed. **Note: Where insulation is in wall it will pour out to the floor.**
2. From below ceiling, mark location for plumbing vent on wall top plate.
3. Drill pilot hole in center of location and insert a wire through hole into attic so hole can be located in attic. **Note: The attic insulation will leak through the hole and fall to the floor. Some workers will not perform this step and go directly to number 5.**
4. In attic, brush away insulation from opening, as far as needed, with hands or tool.
5. From below ceiling, cut out opening for vent pipe in wall top plate. **Note: If workers do not perform steps 2, 3, 4, then the attic insulation will pour through this opening to the floor.**
6. Install new plumbing and install vent pipe through attic.
7. In attic, cut hole through roof decking for vent pipe to penetrate roof.
8. On roof, install plastic vent 'boot' flashing to prevent leaking around pipe.
9. Spread insulation back over disturbed areas in attic with hands or tool. **Note: Insulation will pour through opening around plumbing pipe into wall cavity.**
10. Install new drywall over wall and install plumbing fixtures.
11. The debris from this operation may be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Repairs to Leak-damaged Drywall/Plaster

When a roof leaks, the water will enter the attic space and in some instances drip onto the attic insulation and the ceiling drywall/plaster. Over a short period of time the wet drywall/plaster will become stained or damaged and must be replaced. If the insulation becomes wet and does not dry it too must be replaced.

Procedures to repair damage as a result of a roof leak:

1. On top of the roof, identify source of roof leak and make necessary repairs.
2. In attic, identify area of damaged drywall and brush away insulation from area, as far as needed, with hands. **Note: Due to the properties of ZAI, it will remain in the corners of the joists and the drywall ceiling.**
3. Remove wet insulation with hands and dispose in plastic garbage bags. **Note: Some workers will not perform this step and will go directly to number 4.**
4. Below ceiling, saw cut and remove portion of damaged or stained drywall ceiling or wall material. Remove drywall to next framing members to allow replacement drywall to be secured. **Note: Residual insulation will pour through saw joints and onto floor when drywall is removed. If insulation is in wall cavity it will pour to the floor when the drywall is removed from the walls.**
5. Replace insulation in walls prior to installing new drywall.
6. Install drywall on exposed framing, tape joints, apply drywall joint compound and finish joints, on framing and disturbed ceiling areas.
7. In attic, spread insulation above new drywall repair, or replace with new insulation.
8. The debris from this operation may be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Demolition of all Interior Finishes

Homeowners may want to rework the entire interior of a home due to smoke damage, flooding or damaged material, or to meet their current life style. Typically, all the interior finish materials, including the carpeting, hardwood flooring, drywall or plaster on the ceilings and walls, are removed exposing the base studs. New finishes are then applied to the studs and joists and finished.

Procedures for a gut out of interior finish:

1. In attic, use sledgehammers, and crowbars to demolish drywall or plaster from ceiling and let fall into living space below. Frequently the worker will either pry the ceiling loose from below or kick the plaster/ drywall down from the attic. **Note: ZAI will fall along with ceiling material to floor.**
2. In space below, use hammers and crowbars to demolish drywall or plaster from wall studs and let fall to floor.
3. Clean up of debris to continuously progress as demolition occurs. Debris to be thrown in open top dumpster and disposed of. **This process generates dusts and ZAI will become airborne.**
4. The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Demolition of a Wall

Often times a homeowner will want to enlarge a room by removing an interior wall creating one room from two. Or the homeowner will want to construct an addition that will require demolition of an exterior wall. Typically, the ceiling finish material will stop on either side of the wall partition. When the wall is removed there will be an open slot in the ceiling the width and length of the wall that will have to be repaired.

Procedures for demolition of interior non-load bearing wall:

1. Use sledgehammers and crowbars to pound and remove drywall or plaster from walls and let fall to floor. **Note: If insulation is in walls it will fall to the floor and scatter around the work area.**

2. Remove stud wall partition. **Note: ZAI will fall through slot in ceiling where wall was located.**

3. Mark on ceiling locations of nearest ceiling joist to wall area.

4. Saw ceiling drywall or plaster along ceiling joist and let fall to floor. **Note: ZAI will free fall to floor with ceiling material.**

5. Scoop and retain insulation for re-use in attic after repair is complete or dispose of in dumpster.

6. Shovel debris into the dumpster and sweep area clean, ready to begin reconstruction.

7. Install new drywall across opening, tape joints and finish to match existing ceiling finish.

8. The debris from this operation will be significant. Shovel bulk debris into a wheelbarrow or plastic bag and haul to a dump site. Vacuum insulation and dust from floor with home or shop vacuum. Vacuum or sweep construction debris and ZAI that may have been tracked out of the work area. Empty shop vacuum into a trash bag as required.

# Demolition of a Whole House

Many times during redevelopment, city road expansions, or due to fire or neglect a house will need to be totally demolished. This process is usually done by using heavy equipment to literally push the house down into a large pile, then scoop the debris into trucks, and haul off. Typically materials in the house are not removed but are pushed down with the rest of the house. This process of demolition generates a fair amount of dust and debris that becomes airborne. Occasionally a homeowner will choose, either to save on equipment cost or increase salvage opportunities, to demolish by hand. In those cases the activities will be as described in interior demolition.

Procedures for a whole house demolition:

1.  Deliver heavy equipment to site such as a bulldozer, backhoe or track excavator, and dump truck to demolish and haul off debris.
2.  Using heavy equipment, push down structure into large pile. Note: **Typically in whole house demolition interior finishes and insulation are not removed. This material falls with the structure and generates dusts which become airborne.**
3.  Using backhoe or excavator, break up debris into smaller pieces and scoop into dump truck for haul off. Note: **A significant amount of ZAI remains and will fall onto ground and mix with the dirt.**
4.  After all debris is removed, regrade site level with bulldozer and push any remaining debris into pile for haul off by dump truck.

## STEVE M. HAYS, PE, CIH, FACEC
*Chairman of the Board*

**APPENDIX B**

### EDUCATION:

Bachelor of Engineering/Chemical Engineering/1973
Vanderbilt University; Nashville, Tennessee

### CERTIFICATIONS/REGISTRATIONS:

1978/Professional Engineer/Tennessee
1982/Professional Engineer/Alabama
1983/Professional Engineer/New Mexico
1989/Professional Engineer/Arkansas
1989/Professional Engineer/Illinois
1989/Professional Engineer/Florida
1990/Certified Industrial Hygienist/American Board of Industrial Hygiene
1990/Chartered Membership/The Institution of Engineers of Ireland
1991/Professional Engineer/Virginia
1991/Professional Engineer/California
2000/Professional Engineer/Ohio
1996/Qualified Environmental Professional/The Institute of Professional
    Environmental Practice

### PROFESSIONAL SUMMARY:

Mr. Hays, GHP partner and chairman of the board, is the driving force behind the firm's development as a recognized leader in dealing with hazards in the built environment. His background in the chemical industry, his certification as an industrial hygienist, and his knowledge of building systems give him a unique expertise in providing consulting services related to environmental hazards. His involvement since 1981 in environmental management and/or abatement design at over 10,000 facilities has helped give Gobbell Hays Partners, Inc. (GHP) a national client base, with projects in geographic locations from San Juan, Puerto Rico, to Anchorage, Alaska.

Mr. Hays serves as a seminar faculty member at Georgia Tech Research Institute and The Environmental Institute. He is a former guest lecturer at the University of California at Berkeley and Texas A & M University. Mr. Hays has lectured on the following environmental-related topics:

*Asbestos*

Abatement Site Safety Update
Asbestos Abatement in Occupied Facilities

Asbestos Abatement Oversight and Management
Asbestos Abatement in Industrial Settings
Bulk Sampling and Documentation Procedures
Cost Estimating
Designing the Abatement Project:  Design Laboratory
Design:  Project Specifications
Design Update: Abatement Specifications
Design Update: AHERA and Beyond
Design Update: Special Design Considerations
Design Update: Mini-Laboratory Workshop
Development and Implementation of Contract Specifications
Elements of Technical Specifications for Asbestos Abatement Projects
Glovebag Techniques as an Abatement Response Action
HVAC System Modification During Abatement Projects
Inspection and Assessment Techniques
Lockdown/Replacement Techniques and Asbestos Substitutes
Pre-Inspection Planning
Pre-Work Activities and Considerations
Presentation of the NIBS Operations and Maintenance (O&M) Work Practices Manual
Project Design Considerations
Relevance of Settled Dust to the Design of Operations and Maintenance Programs and
    Abatement Projects
Understanding Building Systems

*Environmental Audits/Assessments*

Case Studies in Environmental Site Assessments
Chemistry and Environmental Laboratory Review
Pesticides, Insecticides, Herbicides and Fertilizers
Polychlorinated Biphenyls (PCBs)
Roles and Responsibilities of Consultants and Owners
Underground Storage Tanks: Regulations, Assessments and Corrective Measures

*Lead-Based Paint*

Abatement Design Strategies: Design Laboratory
Control Options
Contract Specifications and Critique
Project Management

*Mold*

Mold Assessment and Remediation in Buildings

*Other Lectures*

Design of a Transmission Electron Microscopy (TEM) Laboratory

Has lectured at University of Kentucky, Texas A & M - Arlington, and New York University on asbestos-related topics.

## COMMITTEES/COMMISSIONS:

*Environmental Protection Agency (EPA)*

Member, Policy Dialogue Committee to advise EPA on future regulation concerning asbestos-containing material in public and commercial buildings.

Peer reviewer for several EPA documents, including Managing Asbestos In Place ("Green Book").

Member, 24-person committee seated by EPA to negotiate the regulatory language as required under the Asbestos Hazard Emergency Response Act (AHERA), effective December, 1987.

*The Environmental Information Association*

Past President, The Environmental Information Association.

Past Secretary, National Asbestos Council.

Past Member of the Board, National Asbestos Council.

Past Chair, Awards and Sponsorship Committee for National Asbestos Council.

Past Chair, Professional Registration Committee for National Asbestos Council.

Past Co-Chair, ad-hoc membership group to study professional practice guidelines for the National Asbestos Council.

Past Chair, ad-hoc committee to establish liaison memberships with other professional associations for the National Asbestos Council.

*National Institute of Building Sciences (NIBS)*

Past Chair, Board of Directors for NIBS

Past Member, Indoor Air Quality Task Force for NIBS

Past Member, Project Committee for NIBS for preparation of lead-based paint abatement guidelines

Past Member, Task Force Steering Committee for preparation of asbestos abatement guideline specifications

Past Member, Radon Standards Project Committee

Past Chair, Asbestos Project Committee

Past Member, Consultative Council

Past Member, 1993 Consultative Council Planning Committee

Past Member, Environmental Integration Committee

Past Member, NIST Steering Committee

*Additional Positions*

Member, Advisory Committee on Childhood Lead Poisoning Prevention, Centers for Disease Control and Prevention (CDC)

Member, Indoor Environmental Quality Committee for the American Industrial Hygiene Association (active member from June 1994 – December 2001)

Chair, Lead Subcommittee of the Indoor Environmental Quality Committee for the American Industrial Hygiene Association

Member, Editorial Advisory Board for *American Consulting Engineer*, a publication of the American Consulting Engineers Council

Member, Editorial Advisory Board for *Lead Detection & Abatement Contractor*

Member, Editorial Advisory Board for *Indoor Environment Connections*

Facilitator and Expert, Peer Review Panel for HUD's Healthy Homes Initiative

Past Chair, Committee of Visitors for the School of Engineering, Vanderbilt University

Peer Reviewer, "HUD Guidelines for Evaluation and Control of Lead-Based Hazards in Housing"

Member, Committee on Sampling and Analysis of Atmospheres for the American Society for Testing and Materials (ASTM)

Member, Committee on Performance of Buildings for the American Society for Testing and Materials (ASTM)

Past Chair, Public Relations Committee for the American Consulting Engineers Council (ACEC)

Past Member, Environmental and Public Health Council, Underwriters Laboratories Inc.

Past Member, Committee seated by the Society for Occupational and Environmental Health for the development of the document "Protecting Workers and Their Communities from Lead Hazards: A Guide for Protective Work Practices and Effective Worker Training." The document was developed to protect workers and community health during lead-based paint abatement

Past Vice Chair, Tennessee Air Pollution Control Board

Past Member, Editorial Review Board for Asbestos Abatement

Past Member, Editorial Review for the National Asbestos Council Journal

Past Chair, The Lewis Society (Vanderbilt University, School of Engineering)

Past President, Vanderbilt University Engineering Alumni Council

Past Member, Vanderbilt University Alumni Board of Directors

Past President, Consulting Engineers of Tennessee

Past Co-Chair, Nashville Mayor Richard Fulton's Task Force to Improve Building Code Department Operations

Past Chair, Nashville Mayor Fulton's Rehabilitation Building Code Task Force

Past Member, State of Tennessee's Insurance Commissioner's Review Panel on Tennessee Building and Fire Codes as a representative of Tennessee Society of Professional Engineers

## PRESENTATIONS:

"When AHERA Does Not Make Sense," forum presented at the American Industrial Hygiene Conference and Exposition, San Diego, CA, June 3, 2002.

"What Industrial Hygienists Need to Know About Building and Construction to Identify and Resolve IEQ Problems," professional development course presented at the American Industrial Hygiene Conference and Exposition, San Diego, CA, June 2, 2002.

"The Science and Art of Environmental Mold Investigations," lecture presented at *Mold Medicine & Mold Science, Its Practical Applications for Patient Care*, hosted by the International Center for Toxicology and Medicine (ICTM) and the Department of Pharmacology at Georgetown University, Washington, DC, May 14, 2002.

Roundtable I and Roundtable II, discussions at *Mold Medicine & Mold Science, Its Practical Applications for Patient Care*, hosted by the International Center for Toxicology and Medicine (ICTM) and the Department of Pharmacology at Georgetown University, Washington, DC, May 13 and 14, 2002.

"OSHA Standards for Science Labs," lecture presented to the Tennessee Board of Regents, Nashville, TN, April 17, 2002.

"Mold Investigations for Insurance Claims in South Texas," lecture presented at the 19th Annual Conference and Exposition of the Environmental Information Association, San Antonio, TX, March 27, 2002.

"Building Construction, Systems, and Moisture," lecture presented at the USAA Realty Company 2001 National Management Conference, San Antonio, TX, November 13, 2001.

"Lead Hazard Evaluation and Control in Buildings Using ASTM E 2052-99," professional development course presented at the American Industrial Hygiene Conference and Exposition, New Orleans, LA, June 2, 2001. Co-presenter.

"Indoor Air Quality; Typical Problems and Solutions," lecture presented at the USTA Environmental Conference and Showcase, Dallas, TX, May 22, 2001.

"What Industrial Hygienists Need to Know About Buildings and Construction," lecture presented at the 18th Annual Conference and Exposition of the Environmental Information Association, Phoenix, AZ, March 25, 2001.

"Introduction to Indoor Air Quality," "EPA's Tools for Schools Action Kit," and "Maintaining IAQ During Renovations," lectures presented at "Indoor Air Quality Tools for Schools" seminar sponsored by the Colorado Department of Public Health and Environment, Denver, CO, June 1, 2000.

"Lead Hazard Management Program Training for U.S. General Services Administration Employees," lecture prepared for the American Industrial Hygiene Conference and Exposition, Orlando, FL, May 22, 2000.

"Indoor Air Quality 101," lecture presented to the Association of School Business Officials International conference, Orlando, FL, October 18, 1999.

"Insuring Accuracy in Indoor Air Quality Investigations Involving Microbial Contamination," lecture presented to the National Environmental Health Association's Indoor Air Quality conference, Nashville, TN, July 7, 1999.

"Application of ASTM D-5755 for Measurement of Asbestos in Settled Dust to Assess Contamination and Clear Abatement Projects," lecture presented at the American Industrial Hygiene Conference and Exposition, Toronto, Ontario, Canada, June 10, 1999.

"Lead Hazard Management Program Training for U.S. General Services Administration Employees," lecture presented at the American Industrial Hygiene Conference and Exposition, Toronto, Ontario, Canada, June 7, 1999.

"Healthy School Environments; Cleaning and Maintenance Strategies," lecture presented at Indoor Environment 99, Austin, TX, April 21, 1999.

"Engineering Insight Into Why Buildings Can Make Your Patients Sick," lecture presented to Tennessee Thoracic Society, Vanderbilt University, April 10, 1999.

"Indoor Air Pollution," lecture presented to the Department of Civil and Environmental Engineering, Vanderbilt University, April 5, 1999.

"Environmental Chemistry for the Scientifically Challenged," lecture presented at the 16th Annual Conference and Exposition of the Environmental Information Association, San Antonio, TX, March 29, 1999.

"Indoor Air Quality in Chemistry Laboratories," lecture presented at The Pittsburgh Conference (Pittcon '99), Orlando, FL, March 10, 1999.

"Indoor Air Quality," lecture presented to the Tennessee Board of Regents, November 19, 1998.

"Programming for Laboratory Design," lecture presented to the Tennessee Board of Regents, Nashville, TN, November 18, 1998.

"Identification of and Testing for Lead Hazards: Transforming Inspection and Assessment Results into Action," lecture presented at Lead Tech '98 Conference & Exhibition, October 26, 1998.

"Identification of and Testing for Lead Hazards," lecture presented at the 1998 National Lead Grantee Conference, Phoenix, AZ, June 23, 1998.

"Environmental Chemistry for the Scientifically Challenged," lecture presented at the Institute of Real Estate Management, Las Vegas, NV, June 20, 1998.

"Solving a Serious Indoor Air Quality Problem with Electron Microscopy Analysis," lecture presented at the American Industrial Hygiene Conference and Exposition, Atlanta, GA, May 13, 1998.

"IAQ Tools for Schools," lecture presented at School Air Quality and Asthma Workshop, (cosponsored by the U.S. Environmental Protection Agency), April 29, 1998.

"Maintaining Acceptable IAQ During Renovations," lecture presented at Indoor Environment '98, April 16, 1998.

"Bioaerosol Exposures in Multi-Building Complex with Significant Water Infiltration," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 25, 1998.

"Using Pilot Projects to Determine Proper Methods for Lead-Based Paint Abatement in Housing Authority Projects," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 24, 1998.

"Criminal Proceedings in Federal Court: How Not to Remove Asbestos," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 23, 1998.

"Worker Health and Safety: A Brief Historical Perspective," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 23, 1998.

"Worker Lead Safety - Current Methods in Prevention & Control, Part I," lecture presented at Lead Tech '97 Conference & Exhibition, October 1, 1997.

"Incorporating Dust Sampling Into the Asbestos Management Program," lecture presented at ASTM's Boulder Conference, July 17, 1997.

"Top 10 Controversies in the Indoor Environment," lecture presented at Indoor Environment '97: Setting the Standard for Healthy Building Management, April 7, 1997.

"Asbestos Dust Contamination - How Much is Too Much?" Professional Development Seminar: 14th Annual Conference and Exposition of the Environmental Information Association, March 23, 1997. Co-Presenter.

"Pesticide Exposures Related to Construction Activities," presented at the American Industrial Hygiene Association/Indiana Section, March 19, 1997.

"Managing an Effective Environmental, Health, and Safety Program", lecture presented at the American Industrial Hygiene Conference and Exposition, Washington, D.C., May 23, 1996.

"Questions of Risk Management in Schools and Public Buildings: The American Experience," lecture presented at Amiante (Paris, France), April 26, 1996.

"The Top Five IAQ Controversies: What Every Professional Should Know," lecture presented at the American Industrial Hygiene Association/Indiana Section, February 13, 1996.

"The Top Ten IAQ Controversies: What Every Professional Should Know," lecture presented at Indoor Environment '95: Strategies for the New Era of Regulation, May 2, 1995.

"NIBS Lead-Based Paint Operations and Maintenance Manual Development and Use," lecture presented at the Twelfth Annual Conference and Exposition of the Environmental Information Association, April 25, 1995. Co-Presenter.

"Asbestos O&M Practices and Procedures at EPA Occupied or Controlled Facilities," lecture presented at the Twelfth Annual Conference and Exposition of the Environmental Information Association, April 24, 1995. Co-Presenter.

"U.S. EPA Lead Regulations and Activities: A Question and Answer Session," Twelfth Annual Conference and Exposition of the Environmental Information Association, April 24, 1995. Co-Presenter.

"Indoor Air Quality: Solutions and Strategies," Professional Development Seminar: Twelfth Annual Conference and Exposition of the Environmental Information Association, April 22, 1995. Co-Presenter.

"Sampling and Analysis for Asbestos in Settled Dust," Professional Development Seminar: Twelfth Annual Conference and Exposition of the Environmental Information Association, April 22, 1995. Co-Presenter.

"Interpretation of Scientist's Needs and Wants," lecture presented during the Architect/Engineer In Laboratory System Design session at the American Society of Heating, Refrigerating and Air Conditioning Engineers' Winter Conference, January 29, 1995. Presenter.

"Indoor Air Quality," lecture presented to the Nashville Chapter of the American Institute of Architects. August 11, 1994.

"OSHA Indoor Air Quality Proposed Rule," seminar conducted by Gobbell Hays Partners, Inc. June 14, 1994.

"Investigation of Health Effects Complaints from Construction Workers at a Large Wastewater Treatment Plant," poster presentation at the American Industrial Hygiene Conference and Exposition, Anaheim, California. May 24, 1994. Co-Presenter.

"Developing a Scope of Work, Planning and Initiating the Phase I Environmental Site Assessment," lecture presented during the Professional Development Seminar <u>Conducting Environmental Site Assessments: The ASTM Standard and Beyond</u> at the American Industrial Hygiene Conference and Exposition. May 21, 1994.

"Strategies and Resources for Solving Indoor Air Quality Problems," lecture presented to Vanderbilt University Engineering Department. March 31, 1994.

"Conducting Indoor Air Quality Investigations: A Basic Primer," session presented at EM '94, the Environmental Information Association's Annual Conference and Exposition. March 14, 1994. Co-presenter.

"Settled Asbestos Dust Sampling and Analysis," Professional Development Seminar presented at EM '94, the Environmental Information Association's Annual Conference and Exposition. March 13, 1994. Co-presenter.

"Indoor Air Quality and Other Environmental Hazards," presentation at Willis Corroon's Environmental Risk Management Services' Broker Training Seminar, Nashville, Tennessee. February 1, 1994.

"Issues in Industrial Hygiene," session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"Overview and Analysis of Lead Abatement Methods," session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"Defining the Lead Detection and Abatement Industry," general session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"The Asbestos Operations and Maintenance Program," session presented at the 48th Annual Federal Safety and Health Conference, Chicago. October 6, 1993.

"Building Engineering in Today's Marketplace," lecture presented at Tennessee Technological University. September 10, 1993.

"What to Expect from an Environmental Site Assessment: Part I - What to Look For," lecture presented for Georgia Tech to the BellSouth Corporation. August 31, 1993.

"What to Expect from an Environmental Site Assessment: Part II - What Do Results Mean," lecture presented for Georgia Tech to the BellSouth Corporation. August 31, 1993.

"Development of Health Protection Recommendations for CFC Replacement," presented to the American Industrial Hygiene Conference and Exposition. May 15- 21, 1993. Co-Presenter.

"Exposure Modeling for a Coolant to Replace CFC's in an Industrial Process," presented to the American Industrial Hygiene Conference and Exposition. May 15- 21, 1993. Co-Presenter.

"Data Evaluation and Report Writing," lecture presented during the Professional Development Seminar <u>Conducting Environmental Evaluations: An Overview</u> at the American Industrial Hygiene Conference and Exposition. May 15, 1993.

"ASTM Guide for Evaluation of Asbestos on Surfaces," lecture presented at the ASTM Conference. April 25, 1993.

"The Scope of Indoor Air Quality Problems," session presented at Indoor Environment '93. April 22, 1993.

"Managing IAQ During Building Renovation," session presented at Indoor Environment '93. April 21, 1993.

"Lead-Based Paint Design Strategies," training course conducted for the Memphis Naval Air Station, Millington, Tennessee. April 20-22, 1993. Co-Presenter.

"Case Study: HVAC Modifications for Asbestos Operations and Maintenance Purposes," poster session presented to the Health Effects Institute. March 8 - 9, 1993. Co-Presenter.

"Operations and Maintenance Programs in Buildings Containing Asbestos: A Workshop," presented to the Health Effects Institute. March 8, 1993.

"Level of Effort Required for Operations and Maintenance Work Practices," presented to the Health Effects Institute. March 8 - 9, 1993. Co-Presenter.

"Lead Abatement Strategies and Techniques," lecture presented at Lead in Charleston: Conference for Contractors. March 4, 1993.

"Writing Specifications for Lead Based Paint Projects," lecture presented at Lead Tech '92. October 2, 1992.

"NAC/The Environmental Information Association's Role in Development of a Lead Based Paint Abatement Infrastructure," lecture presented at Lead Tech '92. October 2, 1992.

"Occupational Exposure to Inorganic Lead," lecture presented at Lead Tech '92. September 30, 1992. Co-Presenter.

"The Use of Settled Dust in the Development of Asbestos Control Programs," lecture presented at the Johnson Conference. July 15, 1992. Co-Presenter.

"Lead-Based Paint Abatement: Learning the Lessons from the Asbestos Experience," roundtable session held at the American Industrial Hygiene Conference and Exposition. June 2, 1992. Co-Presenter.

"Data Evaluation and Report Writing," lecture presented during the Professional Development Seminar Conducting Environmental Evaluations: An Overview at the American Industrial Hygiene Conference and Exposition. May 30, 1992.

"Chemical and Laboratory Considerations," lecture presented during the Professional Development Seminar Conducting Environmental Evaluations: An Overview at the American Industrial Hygiene Conference and Exposition. May 30, 1992.

"Health Implications and Regulations in Asbestos Abatement," lecture presented to the Industrial Fabrics Association International. October 20, 1991. Co-Presenter.

"Asbestos: Legal Concerns," lecture presented at Selected Topics in Occupational Medicine Conference. September 14, 1991.

"Managing Asbestos in Place," lecture presented for the Environmental Protection Agency Safety, Health and Environmental Management Compliance Annual Conference. June 27, 1991.

"What is an O&M Program? What Training is Necessary?" lecture presented at Implementing Operation and Maintenance Programs for Asbestos-Containing Materials, sponsored by USEPA. June 4, 1991.

"What Does an O&M Program Include?" lecture presented at Implementing Operation and Maintenance Programs for Asbestos-Containing Materials, sponsored by USEPA. June 4, 1991.

"Asbestos at a Fire Scene," lecture presented at the Emergency Response Conference. April 5, 1991. Co-Presenter.

"Sick Building Syndrome: An Overview," lecture presented during the Minimizing Environmental Risk in Building Operation and Property Transfer session at the National Asbestos Council, Inc. Eighth Annual Asbestos Management Conference and Exposition. February 19, 1991.

"Interpreting the Results of an Environmental Audit Site Assessment," lecture presented during the Minimizing Environmental Risk in Building Operation and Property Transfer session at the National Asbestos Council, Inc. Eighth Annual Asbestos Management Conference and Exposition. February 19, 1991.

"Recent Research on Fiber Release from Asbestos-Containing Material and Re-entrainment of Asbestos Dust," session presented to The Third Wave of Asbestos Disease: Asbestos in

Place, a conference under the auspices of the Collegium Ramazzini. June 1990. Co-Presenter.

"Recent Research on Fiber Release from Asbestos-Containing Material and Re-entrainment of Asbestos Dust," session presented to the National Asbestos Council, Inc. Seventh Annual Asbestos Abatement Conference and Exposition. February 1990. Co-Presenter.

"Point ... Counterpoint: When is the Right Time to do Removal," session presented to the National Asbestos Council, Inc., Seventh Annual Asbestos Abatement Conference and Exposition. February 1990. Co-Presenter.

"Replacement Materials: How to Avoid the Pitfalls," session presented to the Asbestos Abatement Council of the Association of the Wall and Ceiling Industries -International. January 1990. Co-Presenter.

"Experimental Data for Project Design," 1989 session for the National Asbestos Council, Fall Technical Conference and Exposition. Co-Presenter.

"Mechanical Engineering and Asbestos Abatement Design," 1989 session for the National Asbestos Council, Sixth Annual Asbestos Abatement Conference and Exposition. Co-Presenter.

Testimony given before the Joint Hazardous Waste Committee, State of Tennessee, 1989.

"Executive Summary: Asbestos in Buildings," a joint seminar conducted by Gobbell Hays Partners, Inc. and Environmental Sciences, Inc., March 1989.

"Beyond AHERA - Building Inspection From the Designer's Point of View," 1988 session for the National Asbestos Council Fall Technical Conference and Exposition.

"Certification of Designers According to AHERA," 1988 session for the National Asbestos Council, Fifth Annual Asbestos Abatement Conference and Exposition. Co-Presenter.

"Asbestos Hazard Assessment," Association of the Wall and Ceiling Industries -International, Asbestos Abatement World Congress and Exposition, June 1987.

"Asbestos Abatement in Schools and Government Buildings," Association of the Wall and Ceiling Industries - International, Asbestos Abatement World Congress and Exposition, January 1987.

"Contracting Asbestos-Related Work" and "Operations and Management," building owners, managers, contractors and architects, University of Kentucky-Lexington, October 1984; October 1985; November 1986; October 1987.

Operations and Maintenance Training for maintenance workers, and Asbestos Awareness Training for administrative officials and custodians at Evanston Township High School, Evanston, Illinois, 1986.

Asbestos awareness seminar for Indiana School Superintendents, 1986.

"Contract Specifications," EPA Regional Asbestos Coordinators, Georgia Institute of Technology, December 1985.

"Guidelines Specifications as Produced by the National Institute of Building Sciences," University of Kansas, October 1985.

"Asbestos Concerns," Nashville Chapter of Risk and Insurance Managers Society, Nashville, Tennessee, November 1985.

"Asbestos in the Built Environment," U.S. House of Representatives Committee on Appropriations, the Subcommittee on HUD and Independent Agencies, Washington, D.C., 1984.

## PAPERS/PUBLICATIONS:

"Indoor Air Quality in Chemistry Laboratories," American Laboratory, August 2000. Author.

"Local Engineer Leader in HUD Healthy Homes Study," Nashville Business Journal, January 8 - 14, 1999. Featured and quoted.

"Building Bridges to Academe," American Consulting Engineer, August/September 1998. Quoted.

"Poor Indoor Air Can Cause Health, Productivity to Suffer," Nashville Business Journal, July 28 - August 1, 1997. Featured and quoted.

"Lack of Standards, Regulation in IAQ Industry Creates Confusion for Building Managers," Indoor Environment Review, July 1997. Quoted.

"HVAC Design Tops IAQ Controversies For 1997," Indoor Environment Review, May 1997. Featured and quoted.

"Asbestos-Containing Sheet Gaskets and Packing," Asbestos Health Risks: Sourcebook on Asbestos Diseases (Volume 12), Michie Publishers, 1996. Co-Author.

"The Management of the Asbestos Risk in Schools and Public Buildings: American Experience," Pollution Atmospherique, July - September 1996. Author.

"Releasability of Asbestos Fibers From Asbestos-Containing Gaskets," EIA Technical Journal, Fall 1995. Co-Author.

"Architectural Firm Forms Environmental Unit," Nashville Business Journal, July 3-7, 1997. Featured and quoted.

"Development and Use of The National Institute of Building Sciences' Lead-Based Paint Operations & Maintenance Manual," EIA Technical Journal, Fall 1995. Co-Author.

Indoor Air Quality: Solutions and Strategies, McGraw-Hill Publishers, 1995. Co-Author.

"National Institute of Building Sciences: Recommended Practices and Procedures for Operations and Maintenance" Applied Occupational Environmental Hygiene, November 1994. Author.

"Baseline Studies of Asbestos Exposure During Operation and Maintenance Activities" Applied Occupational Environmental Hygiene, November 1994. Co-Author.

"Level of Effort Required for Operations and Maintenance Work Practices", Applied Occupational Environmental Hygiene, November 1994. Co-Author.

"Synthesis, Summary and Outlook", Applied Occupational Environmental Hygiene, November 1994. Panelist

"Determining the Bottom Line in Indoor Air," Indoor Air Review, June 1994.

Settled Asbestos Dust Sampling and Analysis, Lewis Publishers, 1994. Co-Author.
"PC is Critical for Asbestos Abatement," Safety and Protection Fabrics, February 1994. Co-Author.

"Shelter from Liability When Disaster Strikes a Building," Indoor Pollution Law Report, May 1993.

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing," Environmental Choices Technical Supplement, March/April 1993. Co-Author.

"Problem Solving Forum: Asbestos in Coatings," Journal of Protective Clothing and Linings, February 1993.

"Ventilation an Important Part of Mitigating Indoor Air Quality in Laboratories," Indoor Air Review, December 1992.

"Re-entrainment of Asbestos from Dust in a Building with Acoustical Plaster," Environmental Choices Technical Supplement, July/August 1992. Co-Author.

"Protective Clothing in the Asbestos and Lead Abatement Industries," paper presented at Sixth Annual Conference on Protective Clothing, Clemson University. May 6, 1992.

"How to Attack IAQ Problems," Heating/Piping/Air Conditioning, April 1992. Co-Author.

"Air and Dust Sampling in Return Air Plenums," paper presented at the National Asbestos Council, Inc.'s Conference, April 1992.

"Use of Observational Data and Experimental Studies in Developing Better O&M Plans," paper presented at the National Asbestos Council, Inc.'s Conference, April 1992. Co-Author.

"Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling," Journal of the American Industrial Hygiene Association (JAIHA), November 1991. Co-Author.

"Reliance on Asbestos Consultants," Sourcebook on Asbestos Diseases: Medical, Legal, and Engineering Aspects, Volume 5, published 1991 by Butterworth Legal Publishers. Co-Author.

"Airborne Levels During Non-Friable Asbestos-Containing Material Removal," 1990 paper for the National Asbestos Council, Inc., Fall Technical Conference and Exposition. Co-Author.

"Asbestos at a Fire Scene: The Case of the Dupont Plaza Hotel," Fire Journal, March/April 1990.

"Decon: A Case Study in Technology," Asbestos Issues, February 1990. Co-Author.
"Replacement of Asbestos-Containing Materials," Asbestos Abatement, January/February 1990.

"Surface Contamination: A Case Study of a Comprehensive Approach," 1989 paper presented to the National Asbestos Council, Fall Technical Conference and Exposition. Co-Author.

"Mechanical Engineering and Replacement Design," paper presented to the National Asbestos Council, Sixth Annual Asbestos Abatement Conference and Exposition. Co-Author.

"Designing and Construction of an Asbestos Microscopy Laboratory Facility," Microscope, 1989. Co-Author.

"Designing a Transmission Electron Microscopy (TEM) Laboratory," NAC Journal, Spring 1988.

"The Importance of Dimensional Accountability," Asbestos Abatement, September/October 1988.

"Designing a Transmission Electron Microscopy (TEM) Laboratory," 1988 paper for the National Asbestos Council, Fall Technical Conference and Exposition.  Co-Author.

"Dimensional Accountability," paper presented to the World Congress II and Exposition on Asbestos Abatement, The Asbestos Abatement Council of AWCI, May 1988.  Co-Author.

"Writing Specifications for Asbestos Abatement Projects," 1988 Directory for National Insulation Contractors Association.

"A Chemical Engineer's Role in the Building Industry," Chemical Engineering, January 18, 1988.

"Case Study:  Asbestos Abatement of Steam Generating Plant, Jacksonville, Florida," 1987 paper for the National Asbestos Council, Fall Technical Asbestos Abatement Conference and Exposition.

"Removing Asbestos-Containing Fireproofing, Anchorage, Alaska School Project," Insulation Outlook, March 1987.

"Asbestos Abatement and Removal, Bartlett High School, Anchorage, Alaska," 1986 paper for the National Asbestos Council, Third Annual Asbestos Abatement Conference and Exposition.  Co-Author.

"Hazard Assessment:  A Summary," Inter/Micro '86 (an international symposium of microscopists and scientists).

"Asbestos Removal in Public Schools," Inter/Micro '82.

## AWARDS:

Inducted into the College of Fellows of the American Consulting Engineers Council, October 1, 1999.

President's Citation Award for Outstanding Service, presented by the Consulting Engineers of Tennessee, 1991.

Outstanding Long-Range Planning Award, presented by the Consulting Engineers of Tennessee, 1990.

President's Award, presented by the Consulting Engineers of Tennessee, 1982.
President's Citation, presented by the Tennessee Society of Professional Engineers, 1981.

Tennessee Young Engineer of the Year, presented by the Tennessee Society of Professional Engineers, 1981.

Young Engineer of the Year, presented by the Tennessee Society of Professional Engineers-Nashville Section, 1981.

President's Award, presented by The Environmental Information Association, 1993/1994.

COURSES/SEMINARS:

*Asbestos/Supervision*

Supervision of Asbestos Abatement Projects: Course and Workshop/1987, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute or The Environmental Institute in 1989, 1991, 1993, 1994, 1995, 1996, 1998, 1999, 2000, 2002

*Asbestos/Inspection*

Inspecting Buildings for Asbestos-Containing Materials/1987, Georgia Tech  Research Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, or the University of Cincinnati in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001, 2002

*Asbestos/Management Planning*

Managing Asbestos in Buildings/1987, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, or the University of Cincinnati in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001, 2002

*Asbestos/Abatement Design*

Asbestos in Buildings: Designing the Abatement Project/1988, The Environmental Institute

Refresher courses taken at Georgia Tech Research Institute or The Environmental Institute in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2002

*Additional Courses*

Florida Building Code – Building/Fire Safety/2003, American Institute of Architects & Tennessee Society of Professional Engineers

Air Monitoring Technician Refresher/2002, Pioneer Environmental

Mold Assessment and Remediation in Buildings/2001, The Environmental Institute

Lead Abatement Supervisor:  EPA (Target Housing & Child-Occupied Facilities)/1999, The Environmental Institute

Lead-Based Paint Abatement Design Strategies/1998, Georgia Tech Research Institute

Lead Abatement for Supervisors and Contractors/1995, Georgia Tech Research Institute

Respiratory Protection for Asbestos Abatement Projects/1989, The Environmental Institute

Settled Dust Sampling: Asbestos and Other Particulates/1991, Georgia Tech Research Institute

Comprehensive Review for Industrial Hygiene Professionals/1990, University of Cincinnati Institute of Environmental Health

AFFILIATIONS:

The Environmental Information Association (EIA)
American Academy of Industrial Hygiene (AAIH)
American Industrial Hygiene Association (AIHA)
National Institute of Building Sciences (NIBS)
American Consulting Engineers Council (ACEC)
Consulting Engineers of Tennessee (CET)
American Society for Testing and Materials (ASTM)
Air and Waste Management Association (AWMA)
American Conference of Governmental Industrial Hygienists (ACGIH)
The International Society of Indoor Air Quality and Climate (ISIAQ)

**APPENDIX B**

*Expert Testimony Experience Since 1998 – Steve M. Hays, PE, CIH*

| <u>Client or Attorney/Location</u> | <u>Name of Project</u> |
|---|---|
| Law Offices of Martin Dies<br>Orange, TX | State of Hawaii |
| Law Office of Chris Grant<br>Falls Church, VA | Smoot Construction |
| Peter G. Angelos Law Offices<br>Baltimore, MD | Various Asbestos Cases |
| Alkon, Rhea & Hart<br>Christiansted, St. Croix<br>US Virgin Islands | Virgin Islands Asbestos Cases |
| Turley, Swan & Childers, PC | Crystal Breeze |
| Roussel & Rousell<br>La Place, LA | Murden Case |

# RONALD V. GOBBELL, FAIA
*President*

APPENDIX C

## EDUCATION:

Bachelor of Architecture/Architectural Design/1971
University of Tennessee, Knoxville

## CERTIFICATIONS/REGISTRATIONS:

1975/Architect/Tennessee
1978/Certified NCARB
1980/Architect/Florida
1981/Architect/Virginia
1982/Architect/Alabama
1982/Architect/Kentucky
1983/Architect/Alaska
1983/Architect/Colorado
1984/Architect/Georgia
1987/Architect/Mississippi
1989/Architect/Arkansas
1989/Architect/California
1989/Architect/Texas
1990/Architect/Ohio
1990/Architect/Minnesota
1990/Architect/Michigan
1992/Architect/Missouri
1998/Architect/Illinois
1999/Architect/Massachusetts

## PROFESSIONAL SUMMARY:

Mr. Gobbell, founder of Gobbell Hays Associates, Inc. in 1977, has experience in coordinating projects, with all their intricate pieces, from the design phase through post-occupancy inspection. Prior to the incorporation of the firm, Mr. Gobbell spent six years working with several leading architectural firms, including The Architects Collaborative in Boston. He also served as Adjunct Professor at the University of Tennessee, Department of Engineering, for two years, where he conducted courses regarding architectural building materials.

As Principal-In-Charge of design for GHP, he has provided senior management oversight on the renovation of award-winning historical projects, ranging from adaptive reuse of warehouse space to offices and apartments to restoration of a cathedral.

Mr. Gobbell and his partner, Steve M. Hays, PE, CIH, FACEC, pioneered the role of architectural and engineering firms in the realm of environmental issues in ordinary buildings. He has testified concerning environmental issues before the U.S. Senate and several state

legislatures. Work in the environmental field has affected over 8,000 buildings, with a geographic range from San Juan, Puerto Rico, to Anchorage, Alaska.

Mr. Gobbell serves as a seminar faculty member at Georgia Tech Research Institute and The Environmental Institute. He is a former guest lecturer at the University of California at Berkeley and New York University and has conducted lectures in Germany and Hungary on the following environmental related topics.

*Asbestos*

Designing the Abatement Project:  Design Laboratory

Design:  Project Specifications

Design Update:  AHERA and Beyond

Design Update:  Mini-Laboratory Workshop

Development and Implementation of Contract Specifications

Asbestos Abatement in Occupied Facilities

Cost Estimating

Descriptions of Response Actions

Evaluation and Selection of Control Options

*Lead-Based Paint*

Cost Estimating and Scheduling

Specifications for Projects

## COMMITTEES/COMMISSIONS:

Former President, Tennessee Chapter of the American Institute of Architects

Member, Board of Directors, Nashville Downtown Partnership

Board Member, Metropolitan Nashville Historical Zoning Commission

Board Member, The District

Former Director-at-Large of the State Board of Directors, American Lung Association of Tennessee

Former Member, Research and Development Subcommittee, National Council of Architectural Registration Boards

Former Member, Administration and Methodologies Committee, National Council of Architectural Registration Boards

Former Member, State of Tennessee Architectural and Engineering Licensing Board.

Former Chairman, State of Tennessee Architectural and Engineering Licensing Board.

Member, Advisory Board, Tennessee State University, Department of Architectural Engineering

Former Board Member, Historic Nashville, Inc.

Former Member, Tennessee Society of Architects Board of Directors

Former Convention Chair, Middle Tennessee Chapter of the Tennessee Society of Architects

Former Member, Middle Tennessee Chapter of the American Institute of Architects Board of Directors

Former President, Middle Tennessee Chapter of the American Institute of Architects

Former Chairman, Membership Committee, Tennessee Society of Architects.

Former Treasurer, Political Action Committee, Middle Tennessee Chapter of the Tennessee Society of Architects

Former Member, Central Cities Development Committee, Nashville Chamber of Commerce

Former Member, Mayor Richard Fulton's Advisory Committee for Handicapped Citizens

Former Chairman, Avenue of the Arts Committee, Nashville Downtown Partnership

## PRESENTATIONS:

"What Industrial Hygienists Need to Know About Building and Construction to Identify and Resolve IEQ Problems," professional development course co-presented at the American Industrial Hygiene Conference and Exposition, San Diego, CA, June 2, 2002.

"Indoor Air Quality; Current Problems and Challenges," presented to the Interstate Environmental Health Seminar, Nashville, TN, July 27, 2001.

"Nashville, 2nd Tier City," presented at the Urban Land Institute Fall Conference, Washington, DC, October 21, 1999.

"Fifth Avenue of the Arts," presented at the Urban Design Forum, First Amendment Center at Vanderbilt University, Nashville, TN. July 16, 1998.

"Building Design for IAQ," presented at Indoor Environment '97, Baltimore, MD. April 8, 1997.

"Practice Options," presented at the 1996 National Society of Architectural Engineers Conference, Nashville, TN. September 21, 1996.

"Building Professionals' Obligations to Codes," presented to West Tennessee Building Officials, Jackson, TN. January 10, 1996.

"OSHA's Final Rule on Asbestos Exposure," presented to Rudnick & Wolfe, Attorneys at Law, Chicago, IL. March 9, 1995.

"Indoor Air Quality," session presented to Jeffer, Mangels, Butler and Marmaro, Los Angeles. August 31, 1994.

"Indoor Air Quality," session presented to the Nashville Chapter of the Construction Specifications Institute. August 2, 1994.

Introduction to the session "The New American Town," Governor Ned Ray McWhorter's Conference on Housing. November 3, 1993.

"Environmental Site Assessments and Impact Statements in the U.S., with Special Emphasis on Financial and Legal Responsibility Issues," presentation made to the State Property Agency, Budapest, Hungary. October 15, 1993.

"Environmental Site Assessments and Impact Statements in the U.S.," presentation made to undergraduate students at the University of Veszprem, Hungary. October 14, 1993.

"Guidance Manual: Asbestos Operations and Maintenance Work Practices," presented as part of a Professional Development Seminar How to Use the Operations and Maintenance Manual at EM '93, the Environmental Information Association's Tenth Annual Conference and Exposition. April 4, 1993.

"Work Practices," presented as part of a Professional Development Seminar How to Use the Operations and Maintenance Manual at EM '93, the Environmental Information Association's Tenth Annual Conference and Exposition. April 4, 1993.

"Indoor Air Quality," presented to the School of Architecture, Tennessee State University. March 17, 1993.

"Environmental Case Studies from an Environmental Consultant's Perspective: Litigation in and around Ordinary Real Estate," presented to the Environmental Law Section of the Orange County Bar Association. March 4, 1993.

"ADA Accommodations Title and Cost Effective Work Place Accommodations," lecture presented at a conference sponsored by the Tennessee Division of Rehabilitation Services. December 10, 1991.

"Symbolism in Corporate Cultures," presented for the Education Leadership Program, Peabody College at Vanderbilt University, July 1991.

Public Comment/Testimony on OSHA Remand Issues, Proposed Rules (dated July 20, 1990), to the OSHA Division of Consumer Affairs, U.S. Department of Labor, February 7, 1991.

"Keys to Managing Asbestos in Place," presented at Asbestos and Underground Tank Management '91-Southwest, a conference sponsored by the Mid-America Association of Asbestos Contractors, The Asbestos Monitor, and the Illinois Chapter of the National Asbestos Council, January 1991.

"The Truth About an Explosive Issue: Asbestos," presented at DesignVisions '89, a joint conference conducted by the Tennessee Society of Architects and the Consulting Engineers of Tennessee.

"Determining Where You Stand on Specialization vs. Diversification," presented at DesignVisions '89.

"Investigating the Demands of Professional Responsibility," presented at DesignVisions '89. Co-Presenter.

"Executive Summary: Asbestos in Buildings," a joint seminar conducted by Gobbell Hays Partners, Inc. and Environmental Sciences, Inc., March, 1989.

"Asbestos Abatement Design: An Architect's Perspective," presented at Asbestos ... The $100 Billion Challenge, a joint seminar conducted by Tecton Group, Inc. and Engineering News Record.

"Renovation, Restoration, and Modification: The Asbestos Component," presented at Asbestos Management in Public, Commercial, and Residential Real Estate, a seminar conducted by the New York University School of Continuing Education, The Real Estate Institute.

"Certification of Designers According to AHERA," 1988 Session for the National Asbestos Council, Fifth Annual Asbestos Abatement Conference and Exposition. Co-Presenter.

"Space Efficiency Analysis for Privatizing Local Government Operations," presented at the University of California-Davis, 1986.

"Issues of Design with Gas in Today's Architecture," presented to the Tennessee Gas Association, 1985.

"Computers in an Architectural Office," presented to a joint meeting of the Tennessee Society of Architects and the Construction Specifications Institute, 1985.

"Asbestos Issues in School Buildings," presented to the Kentucky Chapter of the American School Board Association, 1985.

## PAPERS/PUBLICATIONS :

"Is Mold the Next "New" Thing?" <u>Nashville Bar Journal,</u> February 2003.  Co-Author.

"Indoor Environmental Quality," <u>Architectural Graphic Standards,</u> Tenth Edition, John Wily & Sons/American Institute of Architects, 2000. p. 842. Author.

"Improving Air Quality in Commercial Buildings," <u>The Environmental Forum,</u> July/August 2000. Author.

<u>Asbestos Management and Removal in Hospitals,</u> American Society for Healthcare Engineering, September 1996. Co-author.

"Interior Issues in a Phase I Site Investigation," <u>Environmental Times,</u> March 1995.  Author.

<u>ADVP-2 Indoor Environment,</u> National Council of Architectural Registration Boards. 1994 Author.

<u>Indoor Air Quality:  Solutions and Strategies,</u> McGraw-Hill Publishers.  November 1994. Co-Author.

"Expanding Your Asbestos Services to Include Lead Can Be Rewarding," <u>Lead Detection and Abatement Contractor,</u> September 1994. Co-Author.

"IAQ and Renovation:  What Building Managers Should Know (Part 2)," <u>Indoor Air Review,</u> March 1993.

"IAQ and Renovation:  What Building Managers Should Know (Part 1)," <u>Indoor Air Review,</u> February 1993.

"Strategies for Sick Buildings," <u>The Military Engineer,</u> January-February 1993. Co-Author.

"Engineers to Play Lead in Environmental Decade," <u>American Consulting Engineer,</u> September 1990. Co-Author.

"Engineers to Play Lead in Environmental Decade," <u>Engineering News-Record,</u> June 14, 1990. Co-Author.

"Asbestos Costs Nationwide," <u>ECON: Environmental Contractor,</u> January 1990.

"Mock-up Tests Space Station Systems," <u>Lighting Design + Application</u> (October 1987), pp. 24 - 27. Co-Author.

"Optimizing Our Natural Assets," Advantage (October 1987), p. 118.

"Asbestos Abatement," Architectural Technology (Spring 1985), pp. 43 - 50.

"Living an Architect's Dream," Tennessee Architect (Fall 1984), p. 112.

## QUOTED/FEATURED IN:

"Breath Easier," The Tennessean, January 26, 2003.

"Tennis Court Hidden by Berms," Southern Living, May 1984.

"New Rooms are Overhead," Southern Living, April 1984.

"Solar Features Don't Dominate Rooms," Southern Living, April 1984.

"Swingset has High-Flying Design," Southern Living, September 1983.

"Self Serving: Nashville Architects and Their Customized Dream Houses," Nashville Scene, October 5, 1995

"Asbestos Report," Southeast Real Estate News, January 1991.

"Industry Improves Asbestos Response," Southeast Real Estate News, July 1989.

"Infill Insights," Journal of Light Construction, Midwest Edition, July 1989.

"Design and Development: Infill Housing Compatible with Historic Neighborhoods," National Trust for Historic Preservation Forum Information, Series #41, 1988.

"Asbestos Liability Crisis Continues," Architectural Technology, Summer 1985.

"Designers are in a Quandary over Asbestos," Building Design Journal, September 1985.

"As Liability Insurance Squeeze Hits Everyone," U.S. News and World Report, October 7, 1985.

## AWARDS/HONORS:

Inducted into the College of Fellows of the American Institute of Architects, 1998.

Outstanding Volunteer of the Year, 1997-1998, presented by the Nashville Chamber of Commerce

Governor's Award, Founder of Project ABLE (Architects Building Living Environments) for Disabled Citizens, presented by the Governor, 1993.

Golden Hammer Award, presented by the Tennessee Housing Industry Conference, 1991

Presidential Award of Merit, presented by the Tennessee Society of Architects, 1991

Who's Who in America, 1995-1998.

## DESIGN AWARDS:

*Bennie-Dillon Building; Nashville, Tennessee*

>The Historical Commission of Metropolitan Nashville-Davidson County: Preservation Award/2000

>Excellence in Development: Honorable Mention/2000

*Vanderbilt-Washington Apartments; Nashville, Tennessee*

>The Historical Commission of Metropolitan Nashville-Davidson County: Preservation Award/1998

*400 Broadway; Nashville, Tennessee*

>Metro Nashville Historical Commission: Preservation Award/1993

>Excellence in Development: Merit Award/1992

*215/217 Fifth Avenue North; Nashville, Tennessee*

>American Society of Interior Design, Tennessee Chapter: Historic Preservation/1992

>Excellence in Development: Award/1991

>Masonry Institute Tennessee: Special Recognition/1991

>University of Tennessee Student Chapter, American Institute of Architects: Design Award/1991

>Metro Nashville Historical Commission: Commendation/1990

*The Cathedral of the Incarnation; Nashville, Tennessee*

>Gulf States Region, American Institute of Architects: Honor Award/1990

>Metropolitan Nashville Historical Commission: Commendation/1989

>Qualified Remodelers, Inc., Publishers: "Design of the Year"/1988

>Interfaith Forum on Religion, Art and Architecture: Merit Award for Design/1988

>Tennessee Society of Architects: Merit Award for Design/1988

University of Tennessee Student Chapter, American Institute of Architects:    Design Excellence/1988

*"The Quarters" -- 178 Second Avenue North; Nashville, Tennessee*

Tennessee Society of Architects:  Merit Award for Design/1988

Metropolitan Nashville Historical Commission:  Commendation/1987

*219 Fifth Avenue North; Nashville, Tennessee*

Metropolitan Nashville Historical Commission:  Commendation/1984

Northgate High School; Walnut Creek, CA.

National School Boards Association Exhibition of School Architecture: Certificate/1992

## COURSES/SEMINARS:

*Asbestos/Supervision*

Supervision of Asbestos Abatement Projects:  Course and Workshop/1988, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute or The Environmental Institute in 1989, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1999, 2000, 2001, 2002, 2003

*Asbestos/Design*

Asbestos in Buildings:  Project Design Refresher/1992, The Environmental Institute

Refresher courses taken at Georgia Tech Research Institute or The Environmental Institute in 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002

*Lead*

Lead Abatement:  Commercial and Industrial/1991, The Environmental Institute

*Additional Courses*

Florida Building Code – Building/Fire Safety/2003, American Institute of Architects & Tennessee Society of Professional Engineers

Marketing Strategies, Presentation Skills, and Getting Published/1996, Harvard University, Graduate School of Design

Midsized Firm Management:  A Workshop for Presidents and Owners/1994, Harvard University, Graduate School of Design

## AFFILIATIONS:

Nashville Downtown Partnership
Nashville Metro Historic Zoning Commission
National Council of Architectural Registration Boards
American Institute of Architects
Tennessee Society of Architects
National Trust for Historic Preservation
American Lung Association of Tennessee
Urban Land Institute

**APPENDIX C**

## *Depositions of Ronald V. Gobbell since 1997*

| Client or Attorney/Location | Name of Project |
| --- | --- |
| Humphrey, Farrington & McClain<br>Independence, MO | Ohio Hospitals – 1997 |
| Humphrey, Farrington & McClain<br>Independence, MO | Ohio Hospitals – 1998 |
| Shields Mott Lund<br>Orleans, LA | Great American Insurance Company/ New Hollywood Cinema |
| Humphrey, Farrington & McClain<br>Independence, MO | Michigan Schools Class Action |