VOLUME: I

PAGES: 1-111

EXHIBITS: 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - x

IN RE: Bankruptcy No. 01-1139

W.R. GRACE & COMPANY, et al., Chapter 11

Debtors

- - - - - - - - - - - - - - - - - - x

DEPOSITION of ELWOOD S. WOOD

February 5, 2003

9:24 a.m.

W.R. Grace & Company

62 Whittenmore Avenue

Cambridge, Massachusetts

Reporter: Michael D. O'Connor, RPR

Q. Did you take action as general manager to ensure that the areas rich in asbestos were not being mined?

A. I certainly hoped that my communications to the people doing that were clear that we did not want to do anything that would cause the levels to increase, and we wanted to do everything we could to cause the levels to decrease. So that, I think, the general direction I provided to people was clear in that respect.

Q. But did you send out any specific direction to the Libby mine that they are to avoid areas with asbestos?

A. I may have. I don't remember.

Q. Now, we talked about asbestos in Zonolite attic insulation being a tramp contaminant. Is it correct that as a tramp contaminant the asbestos in Zonolite attic insulation had no function in the performance of the product?

A. That's correct.

Q. In fact, W.R. Grace made efforts to remove the asbestos from Zonolite attic insulation throughout the period you were there?

A. Yes.

12:15:30 Q. I think I may have asked this earlier, but I want to follow up. Did Grace conduct any testing to determine asbestos exposure levels when Zonolite attic insulation is disturbed after installation, such as during renovations?

12:15:47 A. No.

12:15:54 Q. Did Grace ever perform any testing to determine asbestos exposure levels when Zonolite attic insulation is removed in connection with renovations?

12:16:05 A. No.

12:16:08 Q. Did Grace ever perform any testing to determine asbestos exposure levels when Zonolite attic insulation is disturbed during demolition of a home?

12:16:24 A. No.

12:16:24 Q. To your knowledge, has Grace ever conducted any kind of testing and not issued a report?

12:16:38 MR. FLATLEY: Any kind of testing? That's awfully broad.

12:16:42 MR. TURKEWITZ: Let me rephrase my question.

12:16:46 Q. To your knowledge, has Grace ever conducted any kind of testing relating to asbestos and not