

# PINCHIN
## ENVIRONMENTAL

*FINAL REPORT*
**SITE ASSESSMENT**
**VERMICULITE REMOVAL**
**BUILDING E-12**
**C.F.B. SHILO, SHILO, MANITOBA**

Prepared for:

**Department of National Defence**
Base Construction Engineering
Canadian Forces Base Shilo
Shilo, Manitoba
R0K 2A0

Attention: Mr. Charlie Abbot

Pinchin Project No. W7500

April 3, 1997

# TABLE OF CONTENTS

Page

EXECUTIVE SUMMARY ......................................................... i

1.0   BACKGROUND AND OBJECTIVES ..................................... 1

    1.1 Prevalence of Asbestos in Vermiculite at CFB Shilo ............ 1
    1.2 Occupational Health Regulations and Exposure Limits for Asbestos ... 1
    1.3 Objectives of this Assessment ................................. 2

2.0   DEMOLITION METHODS ............................................. 2

    2.1 Phase 1 - Standard Demolition ................................. 2
    2.2 Phase 2 - Type 3 Demolition and Clean-up ...................... 3

3.0   ASSESSMENT METHODOLOGIES ...................................... 4

    3.1 Inspection .................................................... 4
    3.2 Air Monitoring ............................................... 4
    3.3 Bulk Sample Collection ....................................... 4
    3.4 Laboratory Analysis .......................................... 5

4.0   RESULTS ........................................................ 6

    4.1 Phase 1 Air Monitoring ....................................... 6
    4.2 Phase 2 Air Monitoring ....................................... 8
    4.3 Bulk Sample Analysis (PLM Method) ............................ 8
    4.4 Transmission Electron Microscopy Analysis of a Bulk Sample ..... 9

5.0   CONCLUSIONS .................................................... 9

6.0   RECOMMENDATIONS ............................................... 10

## APPENDICES

APPENDIX I        DETAILED RESULTS OF BULK SAMPLE ANALYSIS

APPENDIX II       DETAILED RESULTS OF PCM ANALYSIS

APPENDIX III      DETAILED RESULTS OF TEM ANALYSIS

APPENDIX IV       DETAILED RESULTS OF TEM ANALYSIS OF COMPOSITE BULK
                  SAMPLE

APPENDIX V        PHOTOGRAPHS SHOWING WORK PRACTICES

APPENDIX VI       INSPECTION REPORTS

FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba                                    Page i

## EXECUTIVE SUMMARY

Pinchin Environmental Ltd. was retained by Mr. Charlie Abbott of Base Construction
Engineering at C.F.B. Shilo to complete a health and safety assessment regarding asbestos-
containing vermiculite found as insulation in several buildings throughout C.F.B. Shilo. The
purpose of the assessment was to determine the safety of removing this insulation with standard
demolition procedures, i.e. without taking asbestos precautions. Building E12, the building used
for this study, is a World War II era one storey wood frame building with drywall ceilings. The
attic space of this building has vermiculite loose-fill insulation. Polarised Light Microscope
analysis of this material consistently indicated a trace of actinolite/tremolite asbestos, generally
less than 0.1% asbestos. Transmission Electron Microscope analysis of a composite sample
confirmed the presence of a trace of actinolite/tremolite asbestos.

The study was broken up into two phases. In Phase 1, the contractor removed the ceiling and
attic insulation following standard demolition procedures. In Phase 2, the contractor followed
full Type 3 asbestos abatement procedures to remove another area of drywall ceiling and attic
insulation. Phase 1 work was completed on May 28th, 29th and 30th, 1996 with Phase 2 work
occurring between July 9, 1996 and August 20, 1996. Pinchin Environmental inspected both
phases of work on a full-time basis.

Air monitoring performed in the workplace by the prescribed Phase Contrast Microscope (PCM)
method showed airborne asbestos exposure levels during Phase 1 to range from 3.3 fibre/mL to
6.8 fibre/mL (fibres longer than 5 micrometres, $\mu m$) , with several samples being too heavily
loaded to analyse. These concentrations are well above the Manitoba occupational exposure
limit of 0.1 fibre/mL, or the proposed federal exposure limit of 0.2 fibre/mL. The high PCM
concentrations were confirmed by Transmission Electron Microscope analysis of some of the
same samples, which showed asbestos concentrations to be as high as 174 fibre/mL (fibres
longer than 5 $\mu m$) during Phase 1 work.

The results of PCM sampling performed during Phase 2 showed that Type 3 asbestos precautions
effectively isolated the contaminated work from surrounding areas. Although elevated airborne
levels were detected, they were better controlled than in Phase 1, and indicated that Powered Air
Purifying Respirators adequately protected the workers.

The following recommendations are made.

- Remove asbestos containing vermiculite insulation prior to prior to any demolition or
  renovation which would result in disturbance. Follow Type 3 asbestos precautions.
- Workers entering ceiling spaces with asbestos-containing loose-fill insulation should follow
  Type 2 asbestos procedures.
- Follow Type 2 asbestos precautions for the removal and clean-up of minor amounts of
  asbestos-containing vermiculite

FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
**Building E12, CFB Shilo, Manitoba**                                              **Page 1**

## 1.0   BACKGROUND AND OBJECTIVES

### 1.1   Prevalence of Asbestos in Vermiculite at CFB Shilo

Pinchin Environmental Ltd. (Pinchin) has been retained by Mr. Charlie Abbott of Base
Construction Engineering, C.F.B. Shilo, to conduct asbestos product surveys in a number
of buildings on the base. Three, and possibly up to six of the buildings surveyed were
scheduled for demolition. Loose fill vermiculite was found as attic and wall insulation in
nine of the buildings. A total of 42 vermiculite samples were collected from these nine
buildings. Analysis was performed at the Pinchin Mississauga laboratory. A number of
the vermiculite samples were found to contain both actinolite and tremolite asbestos in
reported levels ranging from less than 0.1% to 5-10%. Of the 42 samples, 28 contained
asbestos, although the majority of these samples were in the trace (<0.1%) range. The
distribution of asbestos analytical results is given below.

**Table 1**
**Distribution of Asbestos Bulk Analysis of Vermiculite, Nine Buildings**

| Asbestos Concentration | # of Samples |
|---|---|
| Not detected | 14 |
| Trace (<0.1%) | 22 |
| 0.1 - 1.0% | 5 |
| 1 - 5% | 0 |
| 5 - 10% | 1 |

Actinolite and tremolite are related forms of asbestos, structurally similar, but with
different proportions of iron to magnesium. These two asbestos minerals are generally
found together in the same asbestos deposit, and are often found as contaminants in
deposits of vermiculite, which is a non-fibrous magnesium silicate.

### 1.2   Occupational Health Regulations and Exposure Limits for Asbestos

Asbestos is a Controlled Product under both provincial and federal occupational health
and safety regulations. Detailed safety procedures are required for any construction work
that will disturb an asbestos material in a significant manner. Air sampling during typical
work can be used to determine if a disturbance of a particular material poses a significant
risk of asbestos exposure. For reference, the occupational exposure limit observed by

Manitoba Workplace Health and Safety is 0.1 fibre/mL as measured by the Phase Contrast Microscope (PCM) procedure, where only fibres longer than 5 micrometres (µm) are counted. The Manitoba exposure limit applies to all forms of asbestos. The proposed federal exposure limit for asbestos of any form (except chrysotile) is a limit of 0.2 fibre/mL, based on the most current recommendations of the American Conference of Governmental Industrial Hygienists (ACGIH). The current enforceable limit is 2.0 fibre/mL.

### 1.3    Objectives of this Assessment

CFB Shilo intends on demolishing several of the buildings containing vermiculite insulation. This will necessitate removal of the vermiculite ceiling insulation. Pinchin was retained to supervise an assessment of the safety of demolition practices for this removal. The building selected for both Phase 1 and Phase 2 of this work was E-12. The construction of this building was typical of the buildings to be demolished. The initial objective of this assessment was as follows.

♦ *To determine the safety of demolishing a building with asbestos-containing vermiculite attic insulation, following "standard" demolition practices.*

The air monitoring of the "standard" demolition practices showed this work to pose a high risk of asbestos exposure. A second area of ceiling removal was performed, using full Type 3 asbestos precautions, with the following objective.

♦ *To determine if the removal of asbestos-containing vermiculite attic insulation can be safely performed under Type 3 asbestos procedures.*

### 2.0    DEMOLITION METHODS

The demolition trial work of removing a section of ceiling and the loose vermiculite laying on the ceiling was performed in two phases. Phase 1 of the work consisted of ceiling demolition following normal demolition procedures. Phase 2 of the work was performed under Type 3 asbestos procedures, as practised for major removal of friable asbestos products. Pinchin Environmental inspectors were on-site full-time during the two phases of work. The work was performed by an experienced asbestos abatement contractor.

Phase 1 work was completed on May 28th, 29th and 30th, 1996 with Phase 2 work occurring between July 9, 1996 and August 20, 1996.

FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba

## 2.1  Phase 1 - Standard Demolition

The contractor was instructed to complete the work in a manner which would simulate standard building demolition procedures as closely as possible. For the purpose of the assessment, workers did not use any form of site isolation other than making use of the existing building structure. Negative air units or dust suppression procedures were not used. As a precaution, workers used the following personal protective equipment while working inside the building, and while handling waste:

- respirators equipped with HEPA filters (half face-piece, negative pressure which were later upgraded to full face-piece powered air purifying)
- disposable coveralls
- safety boots

Workers demolished the ceiling by manually breaking the drywall ceiling from above, allowing the attic insulation and debris to drop to the floor below. The waste was then shovelled directly into the back of a truck which had been backed up to either a door or window. This waste material was taken directly to the landfill site on the base where it was unloaded from the truck. The landfill site was responsible to ensure that the waste was buried.

## 2.2  Phase 2 - Type 3 Demolition and Clean-up

The contractor completed Phase 2 following standard Type 3 asbestos procedures. Separate worker and waste decontamination centres were set up at separate entrances to the building. Negative air units were installed within the building and were exhausted directly out of the windows to the exterior of the building. The ridge vents along the peak of the roof were sealed over with rip-proof polyethylene and tape. The perimeter walls of the building acted as hoarding walls. Since the building was scheduled for demolition and was already contaminated by the Phase 1 work, the walls and floors of the building were not protected with polyethylene seals.

Workers took the following precautions while performing contaminated work in Phase 2:

- full face, powered air purifying respirators (PAPR's) equipped with HEPA filters were worn
- disposable coveralls
- rubber safety boots
- showers were taken on each exit from the work area

Workers proceeded to demolish the ceiling from above. The vermiculite was wet down prior to and during the demolition. The vermiculite and all other debris from the ceiling

demolition was then sealed in plastic bags as asbestos waste and taken to the local landfill site where it was disposed of as asbestos-containing waste.

## 3.0    ASSESSMENT METHODOLOGIES

### 3.1    Inspection

*Phase 1*

Inspection of the ceiling demolition was provided on a full-time basis, from the start of ceiling demolition until workers had unloaded the last truckload of waste at the landfill site.

*Phase 2*

Inspection of the Type 3 asbestos-type demolition and clean-up was provided on a full-time basis. The Pinchin inspector examined the work area for asbestos control safety and job execution. The work was inspected against the requirements of the DND Construction Engineering Technical Order for Asbestos Control, and the minimum requirements of Manitoba Workplace Safety And Health.

### 3.2    Air Monitoring

Air monitoring was performed during the demolition and clean-up as well as during the unloading of waste from the truck, during Phase 1 only. Measurements were made by membrane filter collection and Phase Contrast Microscope (PCM) analysis. Membrane filter samples were collected by drawing known air through cellulose mixed ester filters, 0.8 micrometres pore size, held open-faced in 3-piece conductive cassettes. The filters were 25 mm in diameter. Sampling volumes were adjusted for the anticipated airborne fibre level, to give appropriate concentrations of fibres on the filter surface. Known flow rates were provided either by battery operated constant-flow personal air sampling pumps. The sampling equipment was flow calibrated with a BIOS DC-1 Flow Calibrator.

### 3.3    Bulk Sample Collection

Four bulk samples of the loose-fill vermiculite were collected by Pinchin during the demolition process and were submitted for analysis (report of June 6, 1996). Five samples had previously been collected in this same building (reports of February 9 and April 22, 1996). Appendix I gives the bulk sample reports for all samples.

---

## 3.4    Laboratory Analysis

### *Polarised Light Microscope Analysis of Bulk Samples (PLM)*

Samples submitted for PLM analysis were analysed in the Pinchin Mississauga laboratory. Preliminary identification of asbestos fibres was made using polarised light microscopy, with confirmation of the presence and type of asbestos made by dispersion staining optical microscopy. This analytical procedure is in compliance with NIOSH Method 9002 for bulk asbestos analysis, and US EPA Method 600/R-93/116 dated July, 1993. The laboratory is certified for analysis of asbestos under the National Voluntary Laboratory Accreditation Programme (NVLAP) of the National Institute for Standards & Technology.

### *Phase Contrast Microscope Analysis of Air Samples (PCM)*

Filter samples for PCM analysis were prepared and analyzed according to the U.S. National Institute for Occupational Safety and Health (NIOSH) Method 7400, dated May 15, 1986. Sample analysis is performed using the "A" set of counting rules. It is important to note that fibres are not identified in this method. All particles equal to or longer than 5 μm and with length-to-width ratios of 3:1 or greater, are included in the count. Therefore if fibreglass, cellulose, or gypsum fibres are also present, the PCM method will overestimate the true asbestos concentration. Fibres with diameters less than about 0.3 μm are not detected by the method, regardless of length. This is the resolution limit of the optical microscope set up with phase contrast illumination.

### *Transmission Electron Microscope Analysis of Air Samples (TEM)*

Some of the PCM air samples collected in Phase 1 were submitted for Transmission Electron Microscope (TEM) analysis, to confirm the original PCM measurements, and to check whether the fibrous particles identified were asbestos. The analysis was performed at DataChem Laboratories, Cincinnati, following NIOSH Method 7402. The results are reported both as "PCM Equivalent" and "Non-PCM Countable Fibres", which counts those asbestos fibres that are longer than 5 μm, but too thin to be seen by the standard PCM procedure. A detailed methodology is provided with the report in Appendix III.

### *Transmission Electron Microscope Analysis Bulk Sample (TEM)*

In order to perform a TEM check analysis on the PLM bulk analyses performed at Pinchin Environmental, a composite sample of the vermiculite insulation removed in Phase 1 and Phase 2 was made by combining equal weights of the four samples reported in Section 3.3. This was analysed at DataChem Laboratories, following EPA Method 600/R-93/116, with modifications to determine particle size. The composite sample was prepared for TEM analysis by separating the >1000 μm, 50-1000 μm, and <50 μm particle size ranges by acetone suspension and sieving. The coarse and medium size

ranges were examined by PLM. The finest particle size range was examined by the TEM procedure. Appendix IV gives the detailed analytical procedures and results.

## 4.0    RESULTS

### 4.1    Phase 1 Air Monitoring

#### _Phase Contrast Microscope Tests_

A total of 18 samples were collected for PCM analysis during the course of the demolition under normal procedures. Of these 18 samples, six were collected on the workers during demolition and cleaning (personal samples), five fixed area samples were collected in the contaminated area, five perimeter samples were collected immediately outside the contaminated area, and two personal samples were collected while the workers were unloading waste from the truck at the landfill site. Two samples were considered "void" as a result of pump failure. Five of the air samples were too heavily loaded with dust to be analysed by the PCM method. Detailed results of the PCM analysis are given in Appendix II. The major findings are given below.

- PCM results for the personal samples of workers performing demolition and cleaning ranged from 3.3 fibre/mL to 6.8 fibre/mL, and the uncountable PCM samples likely represented asbestos levels above this range. All of the countable PCM samples indicated exposure levels during this work well in excess of the Manitoba exposure limit of 0.1 fibre/mL or the proposed federal exposure limit of 0.2 fibre/mL. These results indicate that removal of the asbestos-containing attic insulation poses an excessive risk of asbestos exposure and therefore warrants asbestos removal procedures.

- PCM perimeter samples taken immediately outside the contaminated work area showed airborne fibre levels to be in the range of <0.05 fibre/mL to 0.5 fibre/mL. Two of the four perimeter samples showed airborne asbestos levels outside the work area to exceed the Manitoba exposure limit, which indicates an excessive leakage of airborne asbestos from the uncontrolled demolition work. Site isolation procedures and negative air pressure units are necessary to prevent asbestos exposure outside of the immediate work area.

#### _Transmission Electron Microscope Tests_

The Phase 1 PCM results were much higher than expected, based on the relatively low bulk analytical results. As the PCM test method cannot distinguish asbestos fibres from other fibrous dust, eight of the samples were submitted for further analysis by the TEM procedure. Table 2, below, gives the analytical results, comparing the TEM results to the

FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba                                           Page 7

original PCM analysis of the sample samples, where possible. Note that several of the samples were too heavily loaded for the PCM procedure.

**Table 2**
**Airborne Asbestos During Phase 1 Demolition,**
**PCM vs. TEM Analysis of the Same Sample**

| Filter Number | Work Description | PCM Data f/mL, > 5 μm | TEM Data f/mL, > 5 μm |
|---|---|---|---|
| 75920 | Area, end of NW wing during ceiling demolition | N.A. | 57.4 |
| 75922 | Area, end of NW wing during ceiling demolition and clean-up | N.A. | 14.1 |
| 75923 | Personal, end of NW wing during ceiling demolition and clean-up | N.A. | 85.7 |
| 75924 | Personal, centre of N wing during ceiling demolition and clean-up | 5.0 | 19.8 |
| 75927 | Personal, rear of truck while unloading waste | 6.8 | 64.5 |
| 75930 | Personal, centre of N wing | 3.3 | 4.4 |
| 75933 | Personal, during clean-up | N.A. | 174 |
| 75934 | Personal, rear of truck at dump, unloading waste | N.A. | 152 |

N.A. = Not Analysed by PCM, due to overloading.

Appendix IV gives the analytical report for the TEM air sample analysis. The major findings are given below.

- The TEM analysis confirmed the presence of large amounts of airborne asbestos on the PCM sample filters. The airborne TEM concentrations (fibres > 5 μm) ranged from 14.1 fibre/mL to 174 fibre/mL. All airborne concentrations were very much in excess of the provincial or federal exposure limits, and confirm that this work must considered to be a major disturbance of a friable asbestos material.

- For the three samples that were counted both by the PCM and TEM methods, the TEM concentration data were generally higher than the PCM counts on the same sample. This is likely due to the excessive loadings of non-fibrous material on the sample filters that make accurate counting very difficult.

- The laboratory reported that the great majority of asbestos fibres longer than 5 um, and therefore included in the NIOSH 7402 count, had diameters wider than 0.25 um, the reported resolution limit of the PCM procedure. Therefore these fibres could have been seen by the PCM procedure, if the filter loadings had been more appropriate.

- The laboratory reported that the majority of asbestos fibres were present on the air sampling filter as loose, freely divided fibres, as opposed to being present in clumps or agglomerates.

## 4.2    Phase 2 Air Monitoring

### Phase Contrast Microscope Tests

A total of 58 samples were collected for PCM analysis during the Phase 2 work. Of these, 20 were personal samples collected during the work, 27 were area samples, seven were perimeter samples, and four were clearance samples. Appendix II gives the detailed results. The major findings are given below.

- The results of PCM samples taken during the controlled demolition work of Phase 2 ranged from a singularly high concentration of 18 fibre/mL, to below the quantitation limit of about 0.4 fibre/mL. Fifteen of the 20 personal samples were less than the quantitation limit. The 95% upper limit of the exposures was 2.3 fibre/mL. Manitoba recognises a protection factor of 1000 for the PAPR respirator in use; the federal government recognises a protection factor of 50. Given the airborne concentrations determined in this trial work, the PAPR does provide adequate protection to reduce worker exposures to less than the applicable exposure limits.

- Airborne fibre and dust concentrations were much reduced by the application of the asbestos Type 3 control measures.

- The results of all seven perimeter samples taken during Phase 2 work were less than the quantitation limit of 0.05 fibre/mL, demonstrating satisfactory containment of the dust.

- All clearance concentrations were less than 0.01 fibre/mL, meeting the Manitoba requirements for asbestos removal sites.

FINAL REPORT - Assessment of Asbestos Exposure During
Vermiculite Insulation Removal
Building E12, CFB Shilo, Manitoba                                                    Page 9

## 4.3    Bulk Sample Analysis (PLM Method)

During Phase 1 and Phase 2 work, four samples were collected of the vermiculite
insulation from the ceiling spaces being demolished. All four samples were found to
contain tremolite or actinolite asbestos, in a trace quantity (<0.1%). These results match
those for five samples of vermiculite from the ceiling space of Building E12 that had
been previously collected. All five of these previous samples had been determined to
contain a trace of tremolite or actinolite asbestos, at <0.1%. Refer to Appendix I for a
detailed breakdown of findings and sample descriptions.

## 4.4    Transmission Electron Microscopy Analysis of a Bulk Sample

To perform a check analysis on the vermiculite insulation removed in Phase 1 and Phase
2, a composite sample was made by combining equal weights of the four samples
reported in Section 4.3. The analysis of this composite by PLM and TEM procedures at
DataChem, Cincinnati, is reported in Appendix IV. The major findings are given below.

- The bulk sample was confirmed to contain a trace of actinolite/tremolite. The
  approximate concentration of asbestos in the composite sample was 0.0065% by
  weight.

- The asbestos fibres are mostly present in the finest size range, less than 50 μm. The
  laboratory reported that the majority of asbestos fibres noted were freely divided in
  the bulk material, and were not associated or combined with other particulate matter.

- The laboratory reported that about 2/3rds of the asbestos fibres longer than 5 μm had
  diameters more than 0.25 μm. This size range of fibres should be visible within the
  resolution limits of standard PLM procedures. Therefore the PLM method should be
  able to reliably screen for asbestos in vermiculite samples, although care must be
  taken to detect the low percentage of asbestos present in the vermiculite

## 5.0    CONCLUSIONS

The following conclusions can be drawn from the testing and observations of this
assessment.

1. PLM analysis of bulk samples of vermiculite insulation taken in Building E12
   consistently found a trace of actinolite/tremolite asbestos (<0.1%). The PLM analytical
   results were confirmed by TEM analysis of a composite sample.

2. Despite the relatively low concentration of asbestos in the vermiculite insulation, the
   uncontrolled removal of this product was demonstrated to result in excessive exposures to
   airborne asbestos. All countable air samples were greatly in excess of provincial or

federal asbestos exposure limits. Type 3 asbestos precautions are required to control the exposures of workers and contamination of adjacent work areas.

3.  The initial PCM results were confirmed by TEM analysis of the same samples. The TEM analysis detected a large concentration of finely divided asbestos fibres.

4.  Type 3 asbestos precautions effectively contain the airborne asbestos dust, and Powered Air Purifying Respirators adequately protect the workers.

## 6.0    RECOMMENDATIONS

The air monitoring results from work completed during the Phase 1 portion of this study clearly demonstrates that concentrations of asbestos in vermiculite at levels of <0.1% can result in significantly elevated levels of airborne asbestos. This material is an exceedingly friable product. In light of the findings of this investigation, Pinchin Environmental recommends that any vermiculite material with a trace or more of asbestos identified should be treated as a friable asbestos product. Specific recommendations are given below.

1.  Laboratories analysing vermiculite for asbestos content must analyse and report asbestos content down to 0.1%, regardless of the reporting concentration for asbestos in bulk materials established by the jurisdiction.

2.  Remove asbestos containing vermiculite insulation prior to prior to any demolition or renovation which would result in disturbance. Follow Type 3 asbestos precautions, including use of Powered Air Purifying Respirators.

3.  Follow Type 2 asbestos-related precautions when entering an area with asbestos-containing vermiculite insulation.

4.  Follow Type 2 asbestos precautions for the removal and clean-up of minor amounts of asbestos-containing vermiculite

Edwin Wooster
Inspector
Pinchin Environmental Ltd.

Bruce Stewart, CIH, ROH
Senior Vice President, Technical Services
Pinchin Environmental Ltd.

wp\job\7500\7500 final report

# APPENDIX I

# DETAILED RESULTS OF BULK SAMPLE ANALYSIS



# PINCHIN
## ENVIRONMENTAL
## CONSULTANTS LTD.

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
## BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:** CFB Shilo
Various Buildings

**PROJECT NO.:** W7139.E12

**LAB REFERENCE NO.:** b10360 - 1996

**DATE:** February 9, 1996

Two bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of two analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

/sc

NOTE:  *This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.*

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** CFB Shilo
Various Buildings - W7139.E12
**PREPARED FOR:** E. Wooster
Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO:** b10360 - 1996

**DATE:** February 9, 1996

**PAGE:** 1 of 1

| SAMPLE | | % COMPOSITION (VISUAL ESTIMATE) | | | |
|---|---|---|---|---|---|
| IDENTIFICATION | DESCRIPTION | ASBESTOS | OTHER | | COMMENTS |
| 7139-E12-001. team Supply, Fitting, oiler Room | Homogeneous, beige, soft, cementitious material. | None detected | Mineral Wool Cellulose Non-fibrous material | 10-25% 50-75% 10-25% | |
| 7139-E12-002. oose Fill Insulation, ttic | Homogeneous, beige, flaky material. | Tremolite    0.1-1% | Vermiculite Other non-fibrous material | >75% 0.5-5% | |

**ANALYST:** _Susan Graham_



# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
## BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:**         CFB Shilo, Building E-12

**PROJECT NO.:**          W7365.E-12

**LAB REFERENCE NO.:**    b10718 - 1996

**DATE:**                 April 22, 1996

Four bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of four analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

/dt

**NOTE:**    *This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.*

# PIN CHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SA   E ANALYSIS

**PROJECT NAME:** CFB Shilo - W7365.E-12
Building E-12
V. D'Angiolo

**PREPARED FOR:** Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO:** b10718 - 1996

**DATE:** April 22, 1996

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | | COMMENTS |
|---|---|---|---|---|---|
| | | ASBESTOS | | OTHER | |
| E-12.1A Zonolite, South Wing, Centre | Homogeneous, beige, flaky material. | Actinolite | <0.1% | Vermiculite >75% | |
| E-12.2A Zonolite, South Wing, West End | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |
| E-12.3A Zonolite, Men's Washroom, Laundry Room | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |
| E-12.4A Zonolite, North Wing, Centre | Homogeneous, beige, flaky material. | Tremolite | <0.1% | Vermiculite >75% | |

**ANALYST:** _____



# PINCHIN
## VIRONMENTAL
## SULTANTS LTD.

### ANALYSIS OF BULK SAMPLES FOR ASBESTOS CONTENT
### BY POLARIZED LIGHT MICROSCOPY AND DISPERSION STAINING

**PROJECT NAME:**        CFB Shilo - Building E12

**PROJECT NO.:**         W7500.E12

**LAB REFERENCE NO.:**   b10895 - 1996

**DATE:**                June 6, 1996

Four bulk samples were submitted for determination of their asbestos content by Polarized Light Microscopy and Dispersion Staining.

Sample preparation and analytical procedures are in compliance with NIOSH Method 9002 for bulk asbestos analysis, and U.S. EPA Method 600/R-93/116 dated July, 1993. Asbestos fibres are identified by a combination of morphology, colour, refractive index, extinction, sign of elongation, birefringence and dispersion staining colours. A visual estimate is made of the volume percentage of asbestos present. The lower limit of reliable quantitation is estimated to be 0.1%. A reported concentration of <0.1% indicates the presence of confirmed asbestos in Trace quantities limited to only a few fibres or fibre bundles in an entire sample. Multiple phases within a sample are analyzed separately. A total of four analyses were performed.

All bulk samples submitted to this laboratory for asbestos analysis are retained for a minimum of three years. Samples may be retrieved, upon request, for re-examination at any time during that period.

Pinchin Environmental Consultants Ltd. is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NVLAP) for selected test methods for the identification of asbestos in bulk samples.

This test report relates only to the items tested.

The results are presented in the attached table.

Ya

*NOTE:*   *This test report may not be reproduced, except in full, without the written approval of the laboratory. The client may not use this report to claim product endorsement by NVLAP.*

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.
5749 Coopers Avenue
Mississauga, Ontario
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** CFB Shilo - Building E12
W7500.E12
E. Wooster

**PREPARED FOR:** Pinchin Environmental Consultants Ltd.

**LAB REFERENCE NO:** b10895 - 1996

**DATE:** June 6, 1996

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) ASBESTOS | OTHER | | COMMENTS |
|---|---|---|---|---|---|
| 500-E12-V-001. miculite, Ceiling, 3rd m From West End of th Wing | Homogeneous, brown, soft, flaky, material. | Actinolite <0.1% | Vermiculite Other Non-fibrous Material | >75% 1-5% | |
| 500-E12-V-002. miculite, Ceiling, 4th m From West End of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite Other Non-fibrous Material | >75% 1-5% | |
| 500-E12-V-003. miculite, Ceiling, th West Corner of th Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite Cellulose Other Non-fibrous Material | >75% <0.1% 1-5% | |
| 500-E12-V-004. niculite, Ceiling, 6th m From West End of h Wing | Homogeneous, brown, soft, flaky material. | Actinolite <0.1% | Vermiculite Other Non-fibrous Material | >75% 1-5% | |

**ANALYST:** _Jane Andrews_

# APPENDIX II

## DETAILED RESULTS OF PCM ANALYSIS

## PCM AIR MONITORING RESULTS

### PHASE 1

| Sample No. | Pump No. | Time | Duration (minutes) | Volume (litres) | Sample Description | Results (f/mL) |
|---|---|---|---|---|---|---|
| 75918 | 9706 | 11:00 | 120 | 400 | Perimeter - Room adj. Ceiling demolition | 0.5 |
| 75919 | 8858 | | | | Personal - End of N.W. wing | Void |
| 75920 | 6842 | 11:00 | 120 | 389 | Area - End of N.W. wing | N.A. |
| 75921 | 8858 | 13:00 | 15 | 48 | Personal - End of N.W. wing | 3.5 |
| 75922 | 6842 | 13:05 | 120 | 389 | Area - End of N.W. wing | N.A. |
| 75923 | 8858 | 14:30 | 30 | 97 | Personal - End of N.W. wing | N.A. |
| 73134 | 9706 | 13:10 | 120 | 400 | Perimeter - Centre of North wing | <0.05 |
| 75924 | 8858 | 09:10 | 20/120 | 65 | Personal - Centre of North wing | 5.0 |
| 75925 | 9706 | 09:20 | 20/240 | 67 | Area - Centre of North wing | 5.3 |
| 75926 | 9706 | 09:45 | 120 | 400 | Perimeter - Women's Washroom | Void |
| 75927 | 7827 | 13:05 | 10 | 33 | Personal - Rear of truck while unloading waste | 6.8 |
| 75928 | 6842 | 14:00 | 20/120 | 65 | Area - Centre of North wing | 4.4 |
| 75929 | 9706 | 14:30 | 120 | 400 | Perimeter - Women's Washroom | 0.4 |
| 75930 | 8858 | | 20/180 | 65 | Personal - Centre of North wing | 3.3 |
| 75931 | 9706 | 10:00 | 120 | 400 | Perimeter - Women's washroom | <0.05 |
| 75932 | 7827 | 10:00 | 20/120 | 66 | Area - East end of North wing | 1.2 |
| 75933 | 8858 | 10:05 | 10 | 32 | Personal - 6th room from West end of North wall | N.A. |
| 75934 | 8858 | 11:30 | 10 | 32 | Personal - Rear of truck at dump (not analysed) | N.A. |

N.A. = Sample not analysed due to excessive dust loading.

## PCM AIR MONITORING RESULTS

### PHASE 2

| Sample No. | Pump No. | Time ( | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77952 | 9082 | 13:00 | 120 | 386 | Area – Centre of corridor | <0.05 |
| 77953 | 9082 | 11:00 | 120/180 | 386 | Area – Centre of corridor | <0.05 |
| 77954 | 7827 | 11:00 | 180 | 374 | Area – West end of site | <0.05 |
| 77955 | 7827 | 14:00 | 10/100 | 21 | Personal – during ceiling demolition | 18 |
| 77956 | 9082 | 14:00 | 10/100 | 32 | Area – Centre of corridor 40 feet from demolition | 4.9 |
| 77957 | 7827 | 09:25 | 15/120 | 31 | Area – 30 feet from workers during bulk removal & clean-up | <0.6 |
| 77958 | 9082 | 09:30 | 10/120 | 32 | Personal – Bagging asbestos waste | 0.6 |
| 77959 | 9082 | 13:11 | 10/120 | 32 | Personal – bulk clean-up adj. Bulk removal | <0.6 |
| 77960 | 7827 | 13:03 | 15/120 | 31 | Area – in room during bulk removal | <0.6 |
| 77961 | 7827 | 09:53 | 15/120 | 48 | Personal – corridor adj. bulk removal | <0.6 |
| 77962 | 9082 | 10:04 | 15/60 | 48 | Personal – in ceiling during bulk removal | <0.4 |
| 77963 | 9082 | 13:35 | 10/60 | 32 | Area – in room during bulk and waste clean-up | <0.6 |
| 77964 | 7827 | 13:30 | 20/60 | 41 | Area – adj. Bulk removal in adjoining room | <0.5 |
| 77965 | 7827 | 09:41 | 15/60 | 31 | Area – clean room of waste decon. during waste removal | <0.6 |
| 77966 | 9082 | 09:45 | 15/120 | 48 | Area – corridor adj. waste decon. | <0.4 |
| 77967 | 9082 | 13:51 | 10/60 | 32 | Personal – bagging bulk material | <0.6 |
| 77968 | 7827 | 13:45 | 15/60 | 31 | Area – waste decon. during waste transfer | <0.6 |
| 77969 | 9082 | 10:15 | 10/60 | 32 | Personal – worker removing bulk material | 0.96 |

N.A. = Sample not analysed

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77970 | 7827 | 10:10 | 10/60 | 21 | Area - during bulk removal | 0.87 |
| 77971 | 9082 | 14:03 | 10/60 | 32 | Personal - bagging bulk material | <0.6 |
| 77972 | 7827 | 14:05 | 15/60 | 31 | Area - corridor during ceiling | <0.6 |
| 77973 | 9082 | 09:01 | 15/90 | 48 | Personal - bagging bulk asbestos | <0.4 |
| 77974 | 7827 | 08:55 | 25/120 | 52 | Area - dirty room of waste decon. during transfer | <0.4 |
| 77975 | 9082 | 13:25 | 15/60 | 48 | Personal - demolishing corridor ceiling | 2.32 |
| 77976 | 7827 | 13:27 | 15/60 | 31 | Area - corridor during ceiling demolition | <0.6 |
| 77977 | 7827 | 09:13 | 25/120 | 52 | Area - in room during final cleaning | <0.4 |
| 77978 | 9082 | 09:15 | 15/90 | 48 | Personal - during double bagging | <0.4 |
| 77979 | 9082 | 13:10 | 15/90 | 48 | Area - in room during final cleaning | <0.4 |
| 77980 | 7827 | | 30/120 | 62 | Area - corridor during bagging of bulk material | <0.3 |
| 77981 | 9082 | 09:46 | 20/60 | 64 | Area - room during final cleaning | <0.3 |
| 77982 | 7827 | 09:49 | 30/60 | 62 | Area - 10' from worker in rafters during final cleaning | <0.3 |
| 77983 | 9082 | 13:12 | 15/60 | 48 | Personal - worker cleaning floor | <0.4 |
| 77984 | 7827 | 13:10 | 15/60 | 31 | Personal - worker vacuuming rafters | <0.6 |
| 77985 | 9082 | 13:07 | 20/60 | 64 | Personal - final cleaning | <0.3 |
| 77986 | 7827 | 13:05 | 30/60 | 62 | Area - in room during final cleaning | <0.3 |
| 77987 | 6268 | 07:25 | 145 | 2192 | Clearance - East end of South wing | <0.01 |
| 77988 | 6270 | 07:27 | 150 | 1859 | Clearance - West end of South wing | <0.01 |
| 77990 | 9082 | 11:10 | 120 | 386 | Perimeter - Phase 2 | <0.05 |

N.A - Sample not analysed.

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77992 | 9082 | 14:30 | 120 | 386 | Perimeter - Phase 2 | <0.05 |
| 77995 | 9082 | 09:40 | 120 | 386 | Perimeter - Phase 2 | Void |
| 77996 | 7827 | 13:10 | 12 | 21 | Area - Phase 3 | 5.7 |
| 77997 | 7827 | 13:40 | 180 | 374 | Perimeter - Phase 2 | <0.05 |
| 77999 | 9082 | 09:00 | 120 | 386 | Perimeter - Phase 2 | <0.05 |
| 78000 | 9082 | 13:45 | 10 | 32 | Area - Phase 3 | <0.6 |
| 76552 | 7827 | 10:55 | 120 | 250 | Area - waste decon. During waste transfer | <0.08 |
| 76553 | 9082 | 13:15 | 20/60 | 64 | Personal - bagging bulk material | <0.3 |
| 76554 | 9082 | 10:11 | 120 | 386 | Area - room during final cleaning | <0.07 |
| 76555 | 9082 | 13:35 | 30 | 96 | Personal - bagging bulk material | 0.63 |
| 76558 | 9082 | 10:31 | 120 | 386 | Perimeter - adj. hall to North wing | <0.05 |
| 76559 | 9082 | 14:35 | 20 | 64 | Personal - worker vacuuming | 0.34 |
| 76560 | 9082 | 10:42 | 20 | 64 | Personal - worker cleaning floor | <0.3 |
| 76561 | 9082 | 13:09 | 120 | 386 | Perimeter - back of North and South link adj. showers | <0.05 |
| 76565 | 9082 | 14:15 | 30 | 96 | Personal - worker vacuuming | <0.2 |
| 76571 | 9082 | 13:10 | 20 | 64 | Personal - vacuuming rafters | <0.3 |
| 76572 | 9082 | 13:37 | 120 | 386 | Area - corridor during cleaning | <0.3 |
| 76574 | 9082 | 14:23 | 20 | 64 | Personal - vacuuming rafters | <0.3 |
| 76577 | 6270 | 08:34 | 155 | 1920 | Clearance - corridor of North wing | <0.01 |
| 76578 | 6268 | 08:38 | 150 | 2268 | Clearance - link between North and South wings | <0.01 |

N.A = Sample not analysed.

# APPENDIX III

## DETAILED RESULTS OF TEM ANALYSIS





1 0 -07- 1996

W7500

6/18/96

SUBMITTED TO:
Ed Wooster
Pinchin Environmental Consultants Ltd.
698 Corydon Avenue, Suite 203
Winnipeg, MB   R3M0X9

REFERENCE DATA:
Client Sample Nos.: 75920 through 75934
P.O. Number:         Proj. #:  W7500
Sample Location:    Bldg. E12-Vermiculite Exp.
Sample Type:        MCE Air Filters
Method Reference:   Airborne Asbestos by TEM
                    NIOSH 7402
DCL Set ID No.:     96-T-3636
DCL Sample ID Nos.: 96-20758 through 96-20765
Preparation Date:   6/12-13/96      Analysis Date:   6/13-18/96

The samples indicated on the following data sheet(s) were analyzed by Transmission Electron Microscopy (TEM) for airborne asbestos using the NIOSH Method 7402 protocol. Upon completion of the preparation, the samples were scanned at low magnification (135 X) for general loading and integrity of the carbon film. Suitable openings were then analyzed for fibers at a higher magnification (5,600 X). Individual fiber measurements, selected area electron diffraction (SAED) patterns, and energy dispersive X-ray analysis (EDXA) spectra were obtained at approximately 10,000 X. Analysis was performed on a Philips CM-12 TEM with energy dispersive X-ray analysis (EDXA) capabilities.

Results apply only to portions of samples analyzed and are tabulated on the following data sheet(s). Representative EDXA spectra and selected area electron diffraction (SAED) measurements of asbestos types detected are included and are referenced to the fiber identification numbers listed on the count sheets. The limit of detection (LOD) for this method has been determined to be one confirmed asbestos fiber in the total number of grid openings analyzed. The number of openings analyzed is dependent on the sample air volume. Concentrations in fibers/mL are based on air volumes or times and flow rates provided by the client.

Kenan Çetin
Analyst

Kris Schwettmann
Analyst

Anna Marie Ristich
Section Manager

SALT LAKE CITY OFFICE

CINCINNATI OFFICE
4388 GLENDALE-MILFORD ROAD

BALTIMORE OFFICE
10 JULIET LANE, SUITE #203

RICHLAND OFFICE
313 WELLSIAN WAY
RICHLAND, WASHINGTON 99352-4118

6/18/96

# DataChem Laboratories TEM NIOSH 7402 Analytical Report
### DCL Sample Set ID: 96-T-3636
### Client: Pinchin Environmental Consultants Ltd.
### Sample Location: Bldg. E12–Vermiculite Exp.

**SAMPLING DATA**

| | |
|---|---|
| Filter Type: | MCE, 0.8 μm |
| Filter Size: | 25 mm |
| Collection Area: | 385 mm$^2$ |

**ANALYSIS DATA**

| | |
|---|---|
| Magnification: | 10,050 X |
| Calibration Constant: | 1 cm = 1.00 μm |
| EDXA Resolution: | 167.0 keV |
| Accelerating Voltage: | 100 keV |
| Camera Constant: | 33.6 mm-Å |

| SAMPLE IDENTIFICATION | | | | |
|---|---|---|---|---|
| Client ID: | 75920 | 75922 | 75923 | 75924 |
| DCL ID: | 96-20758 | 96-20759 | 96-20760 | 96-20761 |
| Volume (L): | 389.00 | 389.00 | 97.00 | 65.00 |
| Fraction Re-filtered: | 0.01 | 0.05 | 0.05 | 0.15 |
| No. Grid Openings Analyzed: | 10 | 10 | 10 | 10 |
| Average Grid Opening Area: | 0.0106 | 0.0106 | 0.0106 | 0.0106 |
| LOD: Structures/sq. mm: | 2634.16 | 526.83 | 526.83 | 175.61 |
| LOD: Structures/mL: | 2.6071 | 0.5214 | 2.0910 | 1.0402 |
| **Asbestos Fibers <5 microns** | | | | |
| Chrysotile: | 0 | 0 | 0 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 40 | 27 | 33 | 26 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos <5 microns** | | | | |
| Count: | 40 | 27 | 33 | 26 |
| Fibers/sq. mm: | 105,366 | 14,224 | 17,385 | 4,566 |
| Fibers/mL: | 104.283 | 14.078 | 69.004 | 27.044 |
| **Asbestos Fibers >5 microns** | | | | |
| Chrysotile: | 0 | 0 | 1 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 22 | 27 | 40 | 19 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos >5 microns** | | | | |
| Count: | 22 | 27 | 41 | 19 |
| Fibers/sq. mm: | 57,951 | 14,224 | 21,600 | 3,337 |
| Fibers/mL: | 57.356 | 14.078 | 85.732 | 19.763 |
| **Total Non-Asbestos Fibers** | | | | |
| Count: | 19 | 7 | 6 | 3 |
| Fibers/sq. mm: | 50,049 | 3,688 | 3,161 | 527 |
| Fibers/mL: | 49.534 | 3.650 | 12.546 | 3.120 |
| Types: | Vermiculite | Vermiculite | Vermiculite | Vermiculite |

ND = None Detected        LOD = Limit ~~ ~~ etection

Comments: The asbestos concentration for fi~~~~ 95.29.11 _ANN# MARIE_ ble 75920 is an
estimate based on 4 tremolite fibers <5 mic~~~~ STARTED ≥ 5 um _include_ grid opening.

all of however
the only counted
1 fibre <c.25um (c.2)

Kenan Çetin                    Kris Schwettman                    e Ristich

6/18/96

# DataChem Laboratories TEM NIOSH 7402 Analytical Report

DCL Sample Set ID: 96-T-3636
Client: Pinchin Environmental Consultants Ltd.
Sample Location: Bldg. E12-Vermiculite Exp.

*SAMPLING DATA*

| Filter Type: | MCE, 0.8 µm |
| Filter Size: | 25 mm |
| Collection Area: | 385 mm² |

*ANALYSIS DATA*

| Magnification: | 10,050 X |
| Calibration Constant: | 1 cm = 1.00 µm |
| EDXA Resolution: | 167.0 keV |
| Accelerating Voltage: | 100 keV |
| Camera Constant: | 33.6 mm-Å |

| SAMPLE IDENTIFICATION | | | | |
|---|---|---|---|---|
| Client ID: | 75927 | 75930 | 75933 | 75934 |
| DCL ID: | 96-20762 | 96-20763 | 96-20764 | 96-20765 |
| Volume (L): | 33.00 | 65.00 | 32.00 | 32.00 |
| Fraction Re-filtered: | 0.10 | 0.25 | 0.10 | 0.05 |
| No. Grid Openings Analyzed: | 10 | 10 | 10 | 10 |
| Average Grid Opening Area: | 0.0106 | 0.0106 | 0.0106 | 0.0106 |
| LOD: Structures/sq. mm: | 263.42 | 105.37 | 263.42 | 526.83 |
| LOD: Structures/mL: | 3.0732 | 0.6241 | 3.1692 | 6.3384 |
| **Asbestos Fibers <5 microns** | | | | |
| Chrysotile: | 0 | 0 | 0 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 56 | 21 | 47 | 20 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos <5 microns** | | | | |
| Count: | 56 | 21 | 47 | 20 |
| Fibers/sq. mm: | 14,751 | 2,213 | 12,381 | 10,537 |
| Fibers/mL: | 172.098 | 13.106 | 148.953 | 126.769 |
| **Asbestos Fibers >5 microns** | | | | |
| Chrysotile: | 0 | 0 | 2 | 0 |
| Grunerite: | 0 | 0 | 0 | 0 |
| Crocidolite: | 0 | 0 | 0 | 0 |
| Actinolite-Tremolite: | 21 | 7 | 53 | 24 |
| Anthophyllite: | 0 | 0 | 0 | 0 |
| **Total Asbestos >5 microns** | | | | |
| Count: | 21 | 7 | 55 | 24 |
| Fibers/sq. mm: | 5,532 | 738 | 14,488 | 12,644 |
| Fibers/mL: | 64.537 | 4.369 | 174.307 | 152.123 |
| **Total Non-Asbestos Fibers** | | | | |
| Count: | 8 | 2 | 8 | 5 |
| Fibers/sq. mm: | 2,107 | 211 | 2,107 | 2,634 |
| Fibers/mL: | 24.585 | 1.248 | 25.354 | 31.692 |
| Types: | Vermiculite | Vermiculite | Vermiculite | Vermiculite |

ND = None Detected          LOD = Limit of Detection

Kris Schwettmann

Anna Marie Ristich

14 JUN 96 01:26:43
RATE= 1484CPS          TIME=    15LSEC
FS=      500CNT        PRST=    15LSEC
A -96 20758 A1      B  -



A      CPS      0.00KEV    10eV/ch   A EDAX

14 JUN 96 01:32:16
RATE= 8755CPS          TIME=    15LSEC
FS=      469CNT        PRST=   ·15LSEC
A -96 20758 N1      B  -





```
14 JUN 96 12:50:27
RATE= 1752CPS         TIME=    12LSEC
FS=     482CNT        PRST=     0
A -96 20759 ACT    B -
```

```
A      CPS    0.00KEV   10eV/ch  A EDAX
```



```
14 JUN 96 13:01:41
RATE= 1098CPS         TIME=   18LSEC
FS=     433CNT        PRST=     0
A -96 20729 V     B -
```

14 JUN 96 13:52:41
RATE= 746CPS          TIME=   14LSEC
FS=    327CNT         PRST=    0
A -96 20760 ACT    B -



A        CPS      0.00KEV    10eV/ch  A EDAX

14 JUN 96 16:00:59
RATE= 1111CPS         TIME=   10LSEC
FS=    251CNT         PRST=    0
A -96 20760 V      B -





14 JUN 96 16:32:06
RATE=   149CPS          TIME=   12LSEC
FS=      182CNT         PRST=    0
A -96 20761 ACT    B -



14 JUN 96 16:33:50
RATE=   854CPS          TIME=   19LSEC
FS=      288CNT         PRST=    0
A -96 20761 V     B -









18 JUN 96 14:42:45    TIME=   17LSEC
RATE= 2714CPS        PRST=    0
FS=     839CNT
A -96 20763 V      B -

SiK

CuK

FeK

MgK

CaK

4.00        8.00
A    CPS    0.00KEV    10eV/ch  A  EDAX



18 JUN 96 14:45:02    TIME=   17LSEC
RATE= 1670CPS        PRST=    0
FS=     769CNT
A -96 20763 ACT     B -

SiK

MgK

CuK

FeK

CaK

18 JUN 96 15:09:56
RATE= 867CPS            TIME=    19LSEC
FS=    367CNT           PRST=      0
A -96 20764 ACT    B -



18 JUN 96 15:13:20
RATE= 3544CPS           TIME=    26LSEC
FS=    184CNT           PRST=      0
A -96 20764 V      B -





# APPENDIX IV

## DETAILED RESULTS OF TEM ANALYSIS
## OF COMPOSITE BULK SAMPLE



**DATA CHEM**
LABORATORIES
A SORENSON COMPANY

8/6/96

**SUBMITTED TO:**
Bruce Stewart
Pinchin Environmental Consultants Ltd.
Coopers Business Centre, 5749 Coopers Ave.
Mississauga, Ontario  L4Z 1R9

**REFERENCE DATA**
| | |
|---|---|
| Client Sample Nos.: | 1, Composite Vermiculite, Sample Nos. 1-4 |
| Proj. Number: | W7500-E12 |
| Sample Location: | CFB Shilo – Building E12 |
| Sample Type: | Bulk |
| Method Reference: | EPA/600/R-93/116, Asbestos by TEM & PLM |
| DCL Set ID No.: | 96-T-4304 |
| DCL Sample ID Nos.: | 96-24580 |
| Preparation Date: | 7/15-22/96    Analysis Date:    7/16-22/96 |

We certify that the sample indicated on the following data sheet was
analyzed by Transmission Electron Microscopy (TEM) using the method,
EPA/600/R-93/116, for determining the amount and type of asbestos
present in bulk building materials, with modifications determining
particle sizes. After an initial examination by stereomicroscope and
polarized light microscopy (PLM), size fractions of the sample were
separated by suspending the material in acetone and sieving the
suspension. The >1000-µm particle size fraction was re-examined by
stereomicroscope; the 50-1000-µm particle size fraction was re-
examined by PLM. A portion of the <50-µm size fraction was mounted on
TEM grids for analysis. Analysis was performed on a Philips CM-12 TEM
with energy dispersive X-ray analysis (EDXA) capabilities. Selected
area electron diffraction (SAED) patterns and EDXA spectra were used
to determine fiber species. Estimates of asbestos concentration are
made on an area basis. Representative EDXA spectra of asbestos types
detected are included. Results apply only to portions of samples
analyzed and are tabulated on the following data sheet(s). DataChem
Laboratories will dispose of bulk samples after 60 days unless other
arrangements are made.

Kenan Çetin
TEM Analyst

Shelly Krummen
PLM Analyst

Anna Marie Ristich
Section Manager

SALT LAKE CITY OFFICE
960 WEST LeVOY DRIVE
SALT LAKE CITY, UTAH 84123-2547
801 266-7700. FAX 801 268-9992

CINCINNATI OFFICE
4388 GLENDALE-MILFORD ROAD
CINCINNATI OHIO 45242-370C
513 733-5336  FAX 513 733-5347

BALTIMORE OFFICE
10 JULIET LANE. SUITE #203
BALTIMORE MARYLAND 21236-1220
410 529-5675 FAX 513 733-5547

RICHLAND OFFICE
313 WELLSIAN WAY
RICHLAND WASHINGTON 99352-4116
509 943-5858 FAX 509 943-5654

# DataChem Laboratories
## TEM Bulk Asbestos Analytical Report

8/6/96

DCL Sample Set ID: 96-T-4304
Client: Pinchin Environmental Consultants Ltd.
Sample Location: CFB Shilo-Building E12

| SAMPLE ID | | | | | |
|---|---|---|---|---|---|
| Client Sample ID | 1, Composite Vermiculite, Sample Nos. 1-4 | | | | |
| DCL Sample ID | 96-24580 | | | | |
| **MACROSCOPIC EXAMINATION** | | | | | |
| Accepted/Rejected | Accepted | | | | — |
| Homogeneity | Homog. | | | | |
| Color | Tan | | | | |
| Texture | Flaky | | | | |
| Description | Vermiculite | | | | |
| **MICROSCOPIC EXAMINATION** | | | | | |
| SIZE FRACTION | <50 µm | | | 50-1000 µm | >1000 µm |
| WEIGHT % OF FRACTION | 1.3% | | | 1.1% | 97.6% |
| ANALYSIS METHOD | TEM | | | PLM. | STEREO. |
| FIBER SIZES | <5 µm Long | <0.25 µm Diam. | >5 µm Long & >0.25 µm Diam. | >50 µm <1000 µm Long | >1000 µm Long |
| **ASBESTIFORM MINERALS** | | | | | |
| % Chrysotile | | | | | |
| % Amosite | | | | | |
| % Crocidolite | | | | | |
| % Tremolite – Actinolite | 0.2 | 0.1 | 0.2 | TRACE | |
| % Anthophyllite | | | | | |
| % TOTAL ASBESTOS IN FRACTION | 0.5 | | | TRACE | ND |
| % TOTAL ASBESTOS IN SAMPLE | TRACE | | | TRACE | ND |

NOTES: *ND = None Detected    TRACE = <0.5%*

Kenan Çetin
TEM Analyst

Shelly Krummen
PLM Analyst

Anna Marie Ristich
Section Manager

8/6/96

# DataChem Laboratories
## TEM Bulk Asbestos Analytical Report

DCL Sample Set ID: 96-T-4304
Client: Pinchin Environmental Consultants Ltd.
Sample Location: CFB Shilo-Building E12

DCL SAMPLE ID:      96-24580
CLIENT SAMPLE ID:   1, Composite Vermiculite, Sample Nos. 1-4

DESCRIPTION:  The asbestos percentages in the 50-1000-μm and >1000-μm size
fractions were determined during PLM and stereomicroscope examination,
respectively.  The <50-μm fraction was examined by TEM and is described below.

This sample consists of loose vermiculite flakes and minor amounts of
actinolite-tremolite asbestos fibers with virtually no binder of any kind.  The
asbestos fibers ranged from approximately 0.15 μm to 2 μm in diameter and from
approximately 1.5 μm to 80 μm in length.

The asbestos occurs mainly as individual fibers.  Roughly 5% of the asbestos
structures are bundles; these tend to be >1 μm wide.  Most of the fibers have
one tapered end and one perpendicular end.  The larger bundles have splayed
ends.

Many (20-25%) of the asbestos fibers are in contact with, or lie on top of or
beneath the vermiculite on the sample prep.  This relationship is an artifact of
the sample prep technique.  A few of the fibers appear to be embedded within
vermiculite flakes, although this cannot be ascertained due to the two-
dimensionality of the TEM image.  However, in one or two cases, the asbestos
fibers appear to be actual intergrowths with or extensions of vermiculite
flakes, rather than simply lying in contact with one another.


Kenan Çetin
Analyst

Anna Marie Ristich
Section Manager





29 JUL 96 03:43:49 EDAX READY
RATE=55390CPS.          TIME=    40LSEC
FS=    1424CNT          PRST= 999LSEC
A -96 24530 Actinolite in Vermi



```
29 JUL 96 03:49:36 EDAX READY
RATE= 3116CPS         TIME=    32LSEC
FS=    1745CNT        PRST= 999LSEC
A -Pinchin Vermiculite
```



```
2CNT          0.00KEV    10eV/ch  A EDAX
```

# APPENDIX V

# PHOTOGRAPHS SHOWING WORK PRACTICES



**Building E12 - Truck in place to remove bulk vermiculite insulation in Phase 1 work.**



**Removal of Vermiculite insulation, Building E12**



**Phase 1 removal, shovelling into truck**



**Phase 1 removal, shovelling loose Vermiculite at the dump**

# APPENDIX VI

## INSPECTION REPORTS

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott Base Construction Engineering CFB/Shilo | PROJECT: Bldg. E-12 CFB/Shilo | PROJECT NO. 127365 ~7500 |
|---|---|---|
| | INSPECTOR: Jay Snedder | |
| | Time In: 10:30    Time Out: 15:30 | |
| WORK AREA: South Wing | No. of Workers Reported: 5 | |

**WORK IN PROGRESS:**

Completion of contaminated site preparations and set-up through to approximately 90% completion.

| | | | |
|---|---|---|---|
| 1. AIR MONITORING | ☒ | 4. NEGATIVE AIR | ☒ | 7. WASTE HANDLING | ☒ |
| 2. SITE ISOLATION | ☒ | 5. WORKER PROTECTION | ☒ | 8. CLEAN-UP | ☒ |
| 3. FACILITIES / EQUIPMENT | ☒ | 6. DUST SUPPRESSION | ☒ | 9. OTHER | ☒ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 77952 | 9682 | 13:00 | (Pro Pump) 120 | 886 | Area - Centre of Corridor | <0.05 |

**1.1** AIR MONITORING: Results obtained from today's air sampling are reported above. Said sampling illustrates compliance with Provincial action limits.

**ATTENTION REQUIRED**

**2.0** SITE ISOLATION: Installation of one layer rip-proof polyethylene is noted as having been layed down over all floor surfaces by shift's end today. Windows have been sealed over with one layer poly as well. Any opening through the existing wall panelling (eg electrical plug, light switches, etc) have been sealed over with tape and/or polyethylene.

| SIGNED: | DATE: 96/07/09 | REPORT NO.: 01 | PAGE: 1 of 3 |
|---|---|---|---|

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

TO: Mr. Charlie Abbott

BCE  CFB/Shilo

PROJECT: Bldg. E-12 CFB/Shilo

PROJECT NO. W7365

INSPECTOR: Jay Suedder

W7500

**ATTENTION REQUIRED**

2.0 FACILITIES/EQUIPMENT: Required worker and waste facilities have been constructed in place. A review of this work had noted the following concerns as having remained deficient by shift's end:

a) Exterior layer of polyethylene has yet to be sealed down along the entire length of the bottom plate.

b) Water connections to the shower are absent.

c) Contained flaps throughout both decontamination chambers require strapping to properly fasten these.

4.0 NEGATIVE AIR: Negative air flow within the work area is noted as having been supplied via the installation of three (3) negative air units. Said units are being exhausted to the exterior of the building.

5.0 WORKER PROTECTION: Disposable coveralls and 1/2 face HEPA equipped respirators are noted as having been in use by all workers while within the established work site.

6.0 DUST SUPPRESSION: Required water source has been provided ready for use once the removal work gets underway.

SIGNED: Jay Suedder    DATE: 06/7/03    REPORT NO.: 01    PAGE: 2 of 3

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983   Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg. E-12 CFB/Shilo | PROJECT NO. ~~137355~~ W7500 |
|---|---|---|
| BCE - CFB/Shilo | INSPECTOR: Jay Swedder | |

**ATTENTION REQUIRED**

7.0 WASTE HANDLING: N/A at present.

8.0 CLEAN-UPS Area outside of worker + waste facilities in need of general clean-up.

9.0 Site foreman has advised that the site should be ready for Milestone Inspection "A" (Before Bulk Removal) tomorrow A.M.

SIGNED: _____  DATE: 16/07/09   REPORT NO.: 01   PAGE: 3 of 3

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

TO: Mr. Charlie Abbott
Base Construction Engineering
CFB/Shilo

PROJECT: Bldg. E-12

PROJECT NO.: W7500

INSPECTOR: Jay Snedden

Time In: 09:00    Time Out: 16:30

WORK AREA: South Wing

No. of Workers Reported: - 5

**WORK IN PROGRESS:**

1) Completion of site preparation & set-up.
2) Commencement of ceiling demolition @ East end of wing.

| | | |
|---|---|---|
| 1. AIR MONITORING | 4. NEGATIVE AIR | 7. WASTE HANDLING |
| 2. SITE ISOLATION | 5. WORKER PROTECTION | 8. CLEAN-UP |
| 3. FACILITIES/EQUIPMENT | 6. DUST SUPPRESSION | 9. OTHER |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77953 | 9082 | 11:00 | 120 min over 3 hrs | 386 | Area - During Clean Site Prep Centre of Corridor | <0.05 |
| | 77954 | 7827 | 11:00 | 180 | 374 | Area - During Clean Site Prep @ West End of Site | <0.05 |
| | 77955 | 7827 | 14:00 | 10 min. over 100 min | 21 | Personal - During Ceiling Demo | 18 |
| | 77956 | 9082 | 14:00 | 10 min. over 100 min | 32 | Area - During Ceiling Demo Centre of Corridor 40 ft from Demo | 4.9 |

ATTENTION REQUIRED

2.0 SITE ISOLATIONS A final check of the work area performed at approximately 09:30 hrs today had noted the required site prep as complete, and the site as having been well isolated from the building's exterior, and that of the adjoining wing.

2.1 Required signage identifying the site as an "Asbestos Work Area" had been posted at all exits.

3.0 FACILITIES/EQUIPMENT: Concerns noted previously in report No. 1 have since been addressed.

SIGNED: _____    DATE: __/__/__    REPORT NO: _____

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

TO: Mr. Charlie Abbott
BCE - BFB/Shilo

PROJECT: Bldg. E-12

INSPECTOR: Jay Sneddel

PROJECT NO. W7500

| | ATTENTION REQUIRED |
|---|---|
| **1.0** NEGATIVE AIR: Site continues to be maintained under desired negative pressure. However, unit filters are becoming overloaded and are/will require replacement. | Tower Vac |
| **5.0** WORKER PROTECTION: workers have switched to PAPR's once the removal work got underway. | |
| **6.0** DUST SUPPRESSION: In light of today's air sampling results, workers have been asked to step up their dust suppression efforts. A possible shortage of water may also be a contributing factor. Tower Vac has been asked to look into this | Tower Vac |
| **7.0** WASTE HANDLING: waste generated during today's shift is being packaged in 6 mil polyethylene bags as the work progresses. | |
| **8.0** CLEAN-UP: Concerns noted in yesterday's report have since been addressed. | |

SIGNED:                    DATE:              REPORT NO.          PAGE

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| | |
|---|---|
| TO: MR. CHARLIE ABBOTT | PROJECT: BLDG E-12 — PROJECT NO: W7500 |
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: DION TARASOFF |
| CFB / SHILO | Time In: 09:00   Time Out: 16:30 |
| WORK AREA: SOUTH WING | No. of Workers Reported: 6 |

**WORK IN PROGRESS:**

1) CEILING DEMOLITION @ EAST END OF WING
2) CLEAN-UP OF WASTE MATERIAL

| | |
|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑   7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑   8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑   9. OTHER ☐ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77957 | 7827 | 9:25 | 15min over 2HR | 31 | 30' FROM WORKERS DURING AREA - BULK REMOVAL + CLEAN-UP | <0.6 |
| | 77958 | 9082 | 9:30 | 10min over 2HR | 32 | DURING BAGGING OF PERSONAL - ASBESTOS WASTE | <0.6 |
| | 77959 | 9082 | 13:11 | 10min over 2HR | 32 | DURING BULK CLEAN-UP PERSONAL - AOT BULK REMOVAL | <0.6 |
| | 77960 | 7827 | 13:03 | 15min over 2HR | 31 | AREA - IN ROOM DURING BULK REMOVAL | <0.6 |

2.0 SITE ISOLATION: A FEW MINOR REPAIRS REQUIRED ON POLY, ADDRESSED IMMEDIATELY.

**ATTENTION REQUIRED**

3.0 FACILITIES / EQUIPMENT: NO CONCERNS

4.0 NEGATIVE AIR: ONE OF THE NEGATIVE AIR UNITS KEEPS TRIPPING THE BREAKER, THE POWER SUPPLY TO THIS UNIT SHOULD BE HUNG ON THE WALL TO KEEP THE CONNECTIONS OUT OF THE MOISTURE.

POWER VAC ←

4.1 OVERALL NEGATIVE PRESSURE BEING MAINTAINED.

4.2 CONTRACTOR INSTRUCTED TO REPLACE PRE-FILTERS

SIGNED: _____   DATE: 96/07/11   REPORT NO.: 03   PAGE: 1 OF 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE - CFB / Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 4.2 Cont... At the end of todays shift. | |
| 5.0 Worker Protection: All workers equiped with PAPR's and Disposable coveralls. | --- |
| 6.0 Dust Suppression: The contractor has run a water supply line from the adjacent building as noted in yesterdays report. | |
| 6.1 Air Samples collected today showed acceptable results, good dust suppression methods being used. | |
| 7.0 Waste Handling: All material being bagged as bulk removal continues. | |
| 8.0 Clean-up: Contractor Instructed to keep the clean room of the shower facility in a clean and tidy condition. | |

| SIGNED: | DATE: 96/07/11 | REPORT NO.: 03 | PAGE: 2/2 |
|---|---|---|---|

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: | PROJECT: | PROJECT NO. |
|---|---|---|
| Mr. Charlie Abbott | BLDG. E-12 | W 7500 |
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB/Shilo | Time In: 09:00    Time Out: 16:30 | |

**WORK AREA:** South Wing

**No. of Workers Reported:** 6

**WORK IN PROGRESS:** —

1) Ceiling Demolition @ East End Of Wing

2) Clean-up Of Waste Material

| | | | | | |
|---|---|---|---|---|---|
| 1. AIR MONITORING ✓ | 4. NEGATIVE AIR ✓ | 7. WASTE HANDLING ✓ |
| 2. SITE ISOLATION ✓ | 5. WORKER PROTECTION ✓ | 8. CLEAN-UP ✓ |
| 3. FACILITIES/EQUIPMENT ✓ | 6. DUST SUPPRESSION ✓ | 9. OTHER |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77961 | 7827 | 9:53 | 15min over 120min | 31 | Corridor Directly Adjacent Area - To Bulk Removal | <0.6 |
| | 77962 | 9082 | 10:04 | 15min over 60min | 48 | On Worker In Ceiling Personal - Space Performing Bulk Remov. | <0.4 |
| | 77963 | 9082 | 13:35 | 10min over 60min | 32 | In Room During Bulk Area - Removal + Waste Clean-up | <0.6 |
| | 77964 | 7827 | 13:30 | 20min over 60min | 41 | Adjacent Bulk Removal Area - In Adjoining Room | <0.5 |

**ATTENTION REQUIRED**

1.0 Air Monitoring: All Air Samples Collected Today Showed Results All Within Acceptable Limits.

2.0 Site Isolation: The Poly Sheeting Covering The Exterior Windows Required Some Minor Repair.

Power Vac ←

3.0 Facilities/Equipment: The Sump Pump In The Shower Facility Stopped Pumping. The Contractor Replaced Pump With A Different One Prior To Workers Decontamination Procedures.

| SIGNED: Dion Tarasoff | DATE: 96/07/12 | REPORT NO.: 04 | PAGE: 1 of 2 |
|---|---|---|---|

# PINCHIN
## ENVIRONMENTAL
## CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

TO: Mr. Charlie Abbott

RCE  CFB/Shilo

PROJECT: BLDG  E-12

INSPECTOR: Dion Tarasoff

PROJECT NO. W7500

**ATTENTION REQUIRED**

Power Vac

**4.0** NEGATIVE AIR : THE FLEX EXHAUST DUCTING ON ONE OF THE THREE UNITS HAD COME OFF AND REQUIRED IMMEDIATE REPAIR.

**4.1** THE PRE-FILTERS ON THE NEG. AIR UNITS REQUIRE CHANGING PRIOR TO THE END OF TODAYS SHIFT.

**5.0** WORKER PROTECTION: WORKERS PROPERLY PROTECTED.

**6.0** DUST SUPPRESSION: GOOD PRE-WETTING AND MISTING METHODS BEING IMPLEMENTED. FIBRE LEVELS BELOW ACCEPTABLE LEVELS.

**7.0** WASTE HANDLING: CONTRACTOR INSTRUCTED TO BAG ALL BULK MATERIAL ON FLOOR PRIOR TO END OF TODAYS SHIFT. A WASTE TRANSFER WILL BE CONDUCTED MONDAY.

**8.0** CLEAN-UP: CLEAN ROOM REQUIRES A THOROUGH CLEANING AND MUST BE MAINTAINED IN A TIDY CONDITION AT ALL TIMES.

SIGNED: _____    DATE: 91./.2/.    REPORT NO.: 04    PAGE: 2 of 2

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB / Shilo | Time In: 09:00    Time Out: 16:30 | |
| WORK AREA: BLDG E-12 – South Wing | No. of Workers Reported: 4 | |

**WORK IN PROGRESS:**

1) Double Bagging and Waste Transfer

| | | |
|---|---|---|
| 1. AIR MONITORING ✓ | 4. NEGATIVE AIR ✓ | 7. WASTE HANDLING ✓ |
| 2. SITE ISOLATION ✓ | 5. WORKER PROTECTION ✓ | 8. CLEAN-UP |
| 3. FACILITIES/EQUIPMENT ✓ | 6. DUST SUPPRESSION ✓ | 9. OTHER |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77965 | 7827 | 09:41 | 15 min over 60min | 31 | Clean Room of Waste Decon Area – During Waste Transfer | <0.6 |
| | 77966 | 9082 | 09:45 | 15 min over 125min | 48 | In Corridor Adjacent Waste Area – Decon During Waste Transfer | <0.4 |
| | 77967 | 9082 | 13:51 | 10 min over 60min | 32 | Personal – During Bagging of Bulk Material | <0.6 |
| | 77968 | 7827 | 13:45 | 15 min over 60min | 31 | In Waste Decon During Area – Waste Transfer. | <0.6 |

**ATTENTION REQUIRED**

2.0 Site Isolation: Good site isolation being maintained. No concerns.

3.0 Facilities / Equipment: No concerns.

4.0 Negative Air: The flex exhaust ducting on one of the neg. air units came off the unit over the weekend. Proper clamps are required to ensure this does not occur again.

P.✓

| SIGNED | DATE: 15/07/96 | REPORT NO.: 05 | PAGE: 1 of 2 |
|---|---|---|---|

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE    CFB / Shilo | INSPECTOR: Dion Tarasoff | |

| | | ATTENTION REQUIRED |
|---|---|---|
| 5.0 | Worker Protection: All workers noted as wearing the proper protective equipment. | — |
| 6.0 | Dust Suppression: No concerns noted today. No bulk removal being performed today. | |
| 7.0 | Waste Handling: Contractor performing waste transfer today. A full shift was used to complete waste transfer of bulk material removed to date. | |
| 8.0 | Clean-Up: Contractor Instructed To Clean The Floor Of The Waste Transfer Decon Periodically During Transfer To Reduce The Chance Of Dragging Asbestos Debris Outside Of The Building. | P.V. ← |

SIGNED: Dion Tarasoff    DATE: 15/07/96    REPORT NO.: 05    PAGE: 2 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB/Shilo | Time In: 09:00    Time Out: 16:30 | |
| WORK AREA: Bldg E-12 | No. of Workers Reported: 5 | |

**WORK IN PROGRESS:**

1) Bulk Removal In Ceiling Space

2) Bagging Of Bulk Material And Transfer Of Wood Ceiling Panels.

| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
|---|---|---|
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77969 | 908L | 10:15 | 10min over 60min | 32 | Personal - Worker Removing Bulk Material | 0.96 |
| | 77970 | 7827 | 10:10 | 10min over 60min | 21 | Area - In Room During Bulk Removal | 0.87 |
| | 77971 | 908L | 14:03 | 10min over 60min | 32 | Personal - Worker Bagging Bulk Material | <0.6 |
| | 77972 | 7827 | 14:05 | 15min over 60min | 31 | Area - Corridor Ceiling Removal In Corridor During | <0.6 |

**ATTENTION REQUIRED**

2.0 Site Isolation: Contractor Maintaining Good Site isolation, A Few Minor Repairs Were Noted and Addressed immediately.

3.0 Facilities / Equipment: There Appears To Be Water Leaking From Shower Or Work Area And Gathering Beneath The Floor Poly In The Workers Decontamination Facility. The Contractor Has Been Instructed To Clean And Rectify This Problem

Power Vac ←

| SIGNED: [signature] | DATE: 16/07/96 | REPORT NO.: 06 | PAGE: 1 of 3 |
|---|---|---|---|

# PINCHIN
### ENVIRONMENTAL CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE   CFB/SHILO | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| **4.0 Negative Air:** One of the units had tripped the breaker and was off for a short period of time. Due to the added space of the open ceiling, ~~space~~ and the roof not being 100% air tight, all three units installed must be in operation to maintain sufficient negative air pressure. | — |
| **5.0 Worker Protection:** All workers properly protected. | |
| **6.0 Dust Suppression:** The contractor has been instructed to cut-back on the water usage. Excessive water is being used creating problems containing it. | |
| **7.0 Waste Handling:** Cleaning and transfer of some of the ceiling panel boards commence today. The contractor was powerwashing the pieces and passing them out. Inspection of the material passed out revealed debris still present on the edges of the board. The contractor was instructed to stop transfer until an | |

| SIGNED: | DATE: 16/07/96 | REPORT NO.: 06 | PAGE: 2 of 3 |

# PINCHIN
**ENVIRONMENTAL
CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE   CFB/SHILO | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| ACCEPTABLE ALTERNATIVE WAS FOUND. | |
| 7.1 THE WORKERS TRIED POWER WASHING THE EDGES AS WELL BUT DEBRIS WAS BEING LEFT BEHIND. THE CONTRACTOR WAS INSTRUCTED TO WRAP ALL THE CEILING BOARD AND TREAT IT AS ASBESTOS WASTE. | — |
| 8.0 CLEAN-UP: ADDITIONAL MEASURES MUST BE TAKEN TO ENSURE THE CLEAN ROOM OF THE WORKERS DECONTAMINATION FACILITY STAYS IN A CLEAN & TIDY CONDITION AT ALL TIMES. | POWER VAL |
| 9.0 APPROXIMATELY 90% OF THE BULK REMOVAL HAS BEEN COMPLETED. | |

SIGNED:             DATE:             REPORT NO:             PAGE:

# PINCHIN
NVIRONMENTAL
NSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| | |
|---|---|
| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 — PROJECT NO.: W7500 |
| Base Construction Engineering | INSPECTOR: Dion Tarasoff |
| CFB / Shilo | Time In: 0900    Time Out: 1630 |
| WORK AREA: South Wing Bldg E-12 | No. of Workers Reported: 5men A.M / 6men P.M. |

**WORK IN PROGRESS:**

1.) Completion Of Ceiling Demolition and Bulk Removal.

2.) Bag Transfer

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES / EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 77973 | 9082 | 09:01 | 15min over 90min | 48 | Personal- Worker Bagging Bulk Asbestos Material | <0.4 |
| 77974 | 7827 | 08:55 | 25min over 120min | 52 | Area - In Dirty Room Of Waste Decon During Transfer | <0.4 |
| 77975 | 9082 | 13:25 | 15min over 60min | 48 | Personal- Worker Demolishing Corridor Ceiling | 2.32 |
| 77976 | 7827 | 13:27 | 15min over 60min | 31 | Area - Corridor During Corridor Ceiling Demolition | <0.6 |

**ATTENTION REQUIRED**

1.1 Air Monitoring: Results obtained from todays air sampling are listed above.

2.0 Site Isolation: The poly covering the windows which have the neg. air exhaust ducting through them are pulling away from the wall. Repair is required immediately.

3.0 Facilities / Equipment: The contractor has been instructed to use a disinfectant to clean

REPORT NO. 17    PAGE: of 3

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE  CFB /Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 3,0 Cont... The Workers Decontamination Facility. | |
| 4,0 Negative Air: As mentioned in Item 2.0, the Exhaust Ducting Outlet must be secured in the Window opening to prevent any Breach in the Site Isolation. | — |
| 4,1 Sufficient Negative Air Pressure Being Provided By Three Negative Air Units. | |
| 5,0 Worker Protection: No Concerns. | |
| 6,0 Dust Suppression: Air Monitoring Results To Date Have Shown Levels Below Provincial Action Limits. Good Dust Suppression Methods Being Implemented. | |
| 7,0 Waste Handling: Waste Transfer Of Asbestos Waste Being Conducted Today. Contractor properly Double Bagging And Passing Waste Out. All Asbestos Waste Generated From Removal Is Being Transported To Landfill On Site. | |
| 8,0 Clean-Up: Clean Room Requires A Thorough | |

SIGNED: _____  DATE: 17/01/9L  REPORT NO.: 07  PAGE: 2 of 3

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG   E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE   CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 8.0 Cont... Cleaning Prior To End Of Todays Shift. | |
| 9.0 The Ceiling Demolition And Bulk Removal Is 100% Complete. Contractor Bagging Bulk Material And Performing Waste Transfer. | — |
| 9.1 Final Cleaning To Start Tomorrow Afternoon. | |

| SIGNED: Dion Tarasoff | DATE: 17/01/96 | REPORT NO.: 01 | PAGE: 3 of 3 |
|---|---|---|---|

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| | | |
|---|---|---|
| **TO:** Mr. Charlie Abbott | **PROJECT:** BLDG E-12 | **PROJECT NO.** W7500 |
| Base Construction Engineering | **INSPECTOR:** Dion Tarasoff | |
| CFB/Shilo | Time In: 09:00     Time Out: 16:30 | |
| **WORK AREA:** South Wing - BLDG E-12 | **No. of Workers Reported:** 7 men | |

**WORK IN PROGRESS:**

1) Complete Bagging of Bulk Material and Waste Transfer.

2) Final Clean-Up.

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL) |
|---|---|---|---|---|---|---|
| 1. 77977 | 7827 | 9:13 | 25 min over 120 min | 52 | Area-In Room During Final Cleaning | <0.4 |
| 77978 | 9082 | 9:15 | 15 min over 90 min | 48 | Personal-On Worker During Double Bagging | <0.4 |
| 77979 | 9082 | 13:10 | 15 min over 90 min | 48 | Area-In Room During Final Cleaning | <0.4 |
| 77980 | 7827 | | 30 min over 120 min | 62 | Area- Corridor During Bagging of Bulk Material | <0.3 |
| | | | | | | **ATTENTION REQUIRED** |

1.1 Air Monitoring: All air samples collected today had results below the provincial action limit.

2.0 Site Isolation: A few minor repairs required in the poly hoarding, they were noted and repaired immediately.

3.0 Facilities/Equipment: No comment.

SIGNED: _[signature]_   DATE: 18/07/96   REPORT NO.: 08   PAGE: 1 of 1

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: MR CHARLIE ABBOTT | PROJECT: BLDG E-12 | PROJECT NO. W1500 |
|---|---|---|
| BCE CFB/SHILO | INSPECTOR: DION TARASOFF | |

| | ATTENTION REQUIRED |
|---|---|
| **4.0 NEGATIVE AIR:** SUFFICIENT NEGATIVE AIR PRESSURE BEING MAINTAINED ON THE CONTAMINATED WORK SITE. | |
| **5.0 WORKER PROTECTION:** ALL WORKERS NOTED AS WEARING THE PROPER PROTECTIVE EQUIPMENT, PAPR's AND DISPOSABLE COVERALLS. | |
| **6.0 DUST SUPPRESSION:** CONTRACTOR KEEPING WORK AREA DAMP, AIR MONITORING RESULTS HAVE BEEN LOW, GOOD DUST SUPPRESSION BEING IMPLEMENTED. | |
| **7.0 WASTE HANDLING:** CONTRACTOR CONTINUED WITH WASTE TRANSFER TODAY, THE BULK OF THE WASTE HAS BE TRANSPORTED TO THE LANDFILL SITE. THE REMAINING BAGS WILL BE GENERATED FROM FINAL CLEANING AND WILL BE TRANSFERED PRIOR TO LOCK DOWN AFTER FINAL VISUAL INSPECTION. | |
| **8.0 CLEAN-UP:** CONTRACTOR COMMENCED FINAL CLEAN THIS AFTERNOON WITH APPROXIMATELY 2 DAYS TO COMPLETE. | |

SIGNED: _____  DATE: 18/07/01  REPORT NO.: 08  PAGE: 2 of 2

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| | |
|---|---|
| **TO:** Mr. Charlie Abbott | **PROJECT:** Bldg E-12 **PROJECT NO.** W7500 |
| Base Construction Engineering | **INSPECTOR:** Dion Tarasoff |
| CFB / Shilo | Time In: 09:00   Time Out: 16:00 |

**WORK AREA:** South Wing (Bldg E-12)   **No. of Workers Reported:** 5 men A.M. / 1 omen P.M.

**WORK IN PROGRESS:**

1. Final Clean-up

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77981 | 9082 | 9:46 | 20min over 60min | 64 | Area - In Room During Final Clean | <0.3 |
| | 77982 | 7827 | 9:49 | 30min over 60min | 62 | Area - During Final Clean 10' from worker in rafters | <0.3 |
| | 77983 | 9082 | 13:12 | 15min over 60min | 48 | Per. - On Worker Cleaning Floor | <0.4 |
| | 77984 | 7827 | 13:10 | 15min over 60min | 31 | Per. - On Worker Vacuuming Rafters | <0.6 |

**ATTENTION REQUIRED**

2.0 Site Isolation: Contractor maintaining good site isolation. No major concerns noted.

3.0 Facilities / Equipment: No comment.

4.0 Negative Air: Contractor maintaining sufficient negative air pressure, all three units must remain operating throughout the weekend.

POWER VAC ←

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE CFB/SHILO | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| **5.0** WORKER PROTECTION: THE CONTRACTOR HAS BEEN GIVEN PERMISSION TO PROCEED WITH FINAL CLEANING USING ½ FACE RESPIRATORS. THE PAST AIR MONITORING RESULTS HAVE BEEN WELL BELOW THE PROVINCIAL ACTION LIMITS AND HAVE NOT EXCEED ~~ ~~ PROTECTION LEVELS OF THE ½ FACE RESPIRATORS SINCE BULK REMOVAL HAS BEEN COMPLETED. IN ADDITION, THE POTENTIAL FOR ELEVATED FIBRE LEVEL IS VERY LOW DUE TO THE FACT THAT ALL BULK MATERIAL HAS BEEN BAGGED AND PASSED OUT OF THE AREA. | --- |
| **6.0** DUST SUPPRESSION: NO COMMENT | |
| **7.0** WASTE HANDLING: CONTRACTOR IS VACUUMING AND WET WIPING THE REMAINING DEBRIS FOR FINAL CLEAN-UP. | |
| **8.0** CLEAN-UP: FINAL CLEANING OF WORK AREA CONTINUES TODAY WITH THE POSSIBILITY OF COMPLETING FINAL CLEAN-UP LATE MONDAY OR TUESDAY. | |
| **9.0** MINOR REPAIRS REQUIRED ON THE NORTH SIDE WINDOWS OF THE NORTH WING | POWER VAC |

| SIGNED: Dion Tarasoff | DATE: 19/01/96 | REPORT NO.: 09 | PAGE: 2 of 2 |
|---|---|---|---|

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB / Shilo | Time In: 09:00     Time Out: 16:30 | |

**WORK AREA:** Bldg E-12   South Wing

**No. of Workers Reported:** 6

**WORK IN PROGRESS:**

1. Final Clean-up

| | | | |
|---|---|---|---|
| 1. AIR MONITORING ✓ | 4. NEGATIVE AIR ✓ | 7. WASTE HANDLING ✓ |
| 2. SITE ISOLATION ✓ | 5. WORKER PROTECTION ✓ | 8. CLEAN-UP ✓ |
| 3. FACILITIES/EQUIPMENT ✓ | 6. DUST SUPPRESSION ✓ | 9. OTHER |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77985 | 9082 | 13:07 | 20 min over 60 min | 64 | On Worker Vacuuming Personal - Debris for Final Clean | <0.3 |
| | 77986 | 7871 | 13:05 | 30 min over 60 min | 62 | Area-In Room During Final Clean | <0.3 |
| | | | | | | | |
| | | | | | | | |

**2.0** SITE ISOLATION: Good Site Isolation. No concern.

**3.0** FACILITIES/EQUIPMENT: The contractor has the required equipment needed to complete final clean-up.

**4.0** NEGATIVE AIR: Sufficient negative air pressure being maintained.

**5.0** WORKER PROTECTION: All workers equipped with 1/2 face respirators and disposable coveralls.

**6.0** DUST SUPPRESSION: No concerns at this time. All bulk material has been removed and bagged.

**ATTENTION REQUIRED**

SIGNED: _Dion Tarasoff_    DATE: 22/07/96    REPORT NO: 20    PAGE: 1 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12  South Hwg | PROJECT NO. W7500 |
|---|---|---|
| BCE    CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | | ATTENTION REQUIRED |
|---|---|---|
| 7.0 | Waste Handling: All waste being generated from final clean-up is being bagged and handled properly. | — |
| 8.0 | Clean-up: The Contractor is continuing final clean-up with approximately 70% complete. | |
| 9.0 | The Contractor has requested a final visual inspection for tomorrow (Tuesday) afternoon. | |

SIGNED: ___    DATE: 22/01/96    REPORT NO.: 10    PAGE: 2 of 2

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7520 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB /Shilo | Time In: 09:00    Time Out: 16:30 | |

**WORK AREA:** South Wing - BLDG E-12

**No. of Workers Reported:** 5

**WORK IN PROGRESS:**

1) Completion of Final Cleaning.

2) Final Visual Inspection

| | |
|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| | | | | | | |
| | | | | | | |

**1.0 Air Monitoring:** No Air Samples Collected Today, Contractor had Requested Final Visual Inspection Therefore a minimum of Debris Present Reducing the Potential For High Fibre Level to a minimum.

**ATTENTION REQUIRED**

**2.0 Site Isolation:** A few minor Repairs Required, Site isolation must be maintained at all Times until Final Air Clearance has been Granted.

**3.0 Facilities/Equipment:** No Comment.

SIGNED: _____    DATE: ___/___/___    REPORT NO.: _____    PAGE: ___ of ___

**PINCHIN**
ENVIRONMENTAL
CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

TO: MR. CHARLIE ABBOTT

BCE   CFB/SHILO

PROJECT: BLDG   E-12.

INSPECTOR: DION TARASOFF

PROJECT NO.
W 7500

**ATTENTION REQUIRED**

4.0 NEGATIVE AIR: CONTRACTOR MAINTAINING GOOD NEGATIVE AIR PRESSURE. NEGATIVE AIR PRESSURE MUST BE MAINTAINED UNTIL FINAL AIR CLEARANCE IS GRANTED.

5.0 WORKER PROTECTION - NO COMMENT.

6.0 DUST SUPPRESSION: NO CONCERN.

7.0 WASTE HANDLING: NO CONCERN.

8.0 CLEAN-UP: FINAL VISUAL INSPECTION ON THE SOUTH WING OF BLDG E-12 REVEALED THE FOLLOWING DEFICIENCIES: 8.1 DEBRIS BETWEEN RAFTERS
8.2 DEBRIS ALONG THE EDGES OF THE CORRIDOR FLOOR
8.3 DEBRIS IN SOME OF THE ELECTRICAL BOXES. REQUIRES VACUUMING.
8.4 THE WINDOW FRAMES REQUIRE ADDITIONAL CLEAN.
8.5 THE WHEELS ON THE NEGATIVE AIR UNITS AND THE ELECTRICAL PANEL REQUIRES ADDITIONAL CLEANING

POWER VAC

9.0 A SECOND FINAL VISUAL INSPECTION WILL BE CONDUCTED UPON COMPLETION OF THE ABOVE NOTED DEFICIENCIES.

DATE: 23/07/96    REPORT NO.: 11    PAGE: 2/2

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983   Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB /Shilo | Time In: 09:00    Time Out: 16:30 | |
| WORK AREA: South Wing | No. of Workers Reported: 5 | |

**WORK IN PROGRESS:**

1. Second Final Visual Inspection

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☐ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☐ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL) |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | **ATTENTION REQUIRED** |

1.1 Air Monitoring: Final Air clearance will be conducted following application of sealant and a sufficient settling period.

2.0 Site Isolation: No Concerns

3.0 Facilities/Equipment: No Comment

4.0 Negative Air: Negative Air Pressure is Being Maintained, Units to remain in operation until final air

SIGNED _____    DATE ___    REPORT NO. ___    PAGE: 1 of 2

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12   South Wing | PROJECT NO. W7500 |
|---|---|---|
| BCE    CFB/Shilo | INSPECTOR: Dion Tarasoff | |

**ATTENTION REQUIRED**

**5.c** Worker Protection: All workers equiped with ½ face respirators and disposable coveralls.

**6.0** Dust Suppression: No concern.

**7.0** Waste Handling: No concern.

**8.0** Clean-up: The noted deficiencies in yesterday's report #11 item 8 had been addressed and cleaned.

**8.1** A few minor deficiencies were noted during the second final visual inspection, Power Vac addressed the concerns immediately.

**9.0** Power Vac was given permission to proceed with the application of sealant at this time.

**9.1** Air samples for final air clearance will be taken tomorrow morning.

**9.2** Further investigation into the eaves of the building via soffit removal in a series of locations is recomended. All visible debris has been removed from the inside but there is a small space that material may have & blown through into the eaves of the building.

← INFO

SIGNED: _Dion Tarasoff_    DATE: 24/07/96    REPORT NO.: 12.    PAGE: 2 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Taraxoff | |
| CFB / Shilo | Time In: 07:00   Time Out: 14:30 | |

**WORK AREA:** South Wing

**No. of Workers Reported:** 2

**WORK IN PROGRESS:**

1. Final Air Clearance

2. Tear Down

| | | | |
|---|---|---|---|
| 1. AIR MONITORING ✓ | 4. NEGATIVE AIR | 7. WASTE HANDLING |
| 2. SITE ISOLATION | 5. WORKER PROTECTION | 8. CLEAN-UP |
| 3. FACILITIES/EQUIPMENT | 6. DUST SUPPRESSION | 9. OTHER ✓ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 77987 | 6268 | 7:25 | 145 | 2192 | Clearance-East End of South Wing | <0.01 |
| | 77988 | 6270 | 7:27 | 150 | 1859 | Clearance-West End of South Wing | <0.01 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ATTENTION REQUIRED**

1.1 Air Monitoring: Two PCM air samples were collected for Final Air Clearance. Test Results showed Fibre Levels Below the clearance level of 0.01 therefore Air Clearance was Granted.

1.2 Power Vac was given approval to proceed with demobilization of the South Wing Hoarding.

2.0 Clean-up: During the lock-down procedure small pieces of debris had been blown out. The contractor was instructed to mop-up all debris.

| SIGNED: | DATE: 25/07/96 | REPORT NO.: 13 | PAGE: 1 |
|---|---|---|---|

# PINCHIN
## ENVIRONMENTAL
## CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| Baxe Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB/Shilo | Time In: 09:00    Time Out: 16:00 | |

**WORK AREA:** South Wing / North Wing      No. of Workers Reported: ___2___

**WORK IN PROGRESS:** —

1. Demobilization of South Wing Hoarding

2. Mobilization of North Wing For Removal

| 1. AIR MONITORING ☐ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☐ |
|---|---|---|
| 2. SITE ISOLATION ☐ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☐ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☐ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ATTENTION REQUIRED**

2.0 Site Isolation: Power Vac setting up North Wing

For Asbestos Removal and Clean-up.

3.0 Facilities/Equipment: Construction of Waste Handling

Facility in the North Wing underway.

4.0 Negative Air: The Negative Air units have been

moved from the South Wing and installed for

operation in the North Wing.

SIGNED: _____  DATE: 21/07/01   REPORT NO. 1   PAGE 1 of 2

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W4500 |
|---|---|---|
| BCE  CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 5.0 Worker Protection: Workers in the contaminated area of the North Wing are equiped with disposable coveralls & ½ face respirators. | |
| 8.0 Clean-up: During Demobilization of the South Wing, Small amounts of Debris was present beneath the Poly Hoarding. Power Vac was instructed to Hepa Vacuum and wet wipe these area. | |

SIGNED: _____  DATE: 26/07/96  REPORT NO.: 14  PAGE: 2 of 2

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983   Fax: (204) 453-0788

| TO: MR CHARLIE ABBOT | PROJECT: CFB SHILO BLDG. E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: EDWIN WOOSTER | |
| CFB SHILO | Time In: 12:30    Time Out: 16:30 | |
| WORK AREA: EAST WING | No. of Workers Reported: 6 | |

WORK IN PROGRESS:

Preliminary Preperation

1. AIR MONITORING ☐     4. NEGATIVE AIR ☒     7. WASTE HANDLING ☒
2. SITE ISOLATION ☒     5. WORKER PROTECTION ☒     8. CLEAN-UP ☒
3. FACILITIES/EQUIPMENT ☒     6. DUST SUPPRESSION ☐     9. OTHER

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| | | | | | | | **ATTENTION REQUIRED** |

2.0 Site Isolation: Workers are proceeding to install a ripproof poly seal over the ridge vent along the roof.

3.0 Facilities/Equipment: Workers are proceeding to build the waste transfer facilities.

4.0 Negative Air: The East Wing is being maintained under good negative pressure.

SIGNED: _____    DATE: 96/07/29    REPORT NO.: 15    PAGE: 1 OF 2

# PINCHIN
& ASSOCIATES LTD.

## INSPECTION REPORT

698 Corydon Avenue, Suite 203
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983 Fax: (204) 453-0788

| TO: Mr Charlie Abbot | PROJECT: CFB Shilo Bldg E 12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: E. Wooster | |

**ATTENTION REQUIRED**

5.0 WORKER PROTECTION: WORKERS ARE USING ½ FACEPIECE RESPIRATORS & DISPOSABLE COVERALLS.

6.0 DUST SUPPRESSION: NO CONCERNS TO NOTE.

7.0 WASTE HANDLING: N/A AT PRESENT.

8.0 CLEAN-UP: WORKERS ARE PROCEEDING TO CLEAN-UP BROKEN GLASS WHICH IS PRESENT ON THE FLOOR IN THE WING.

SIGNED: _____   DATE: 96/07/29   REPORT NO.: 15   PAGE: 2 of 2

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: | PROJECT: CFB SHILO | PROJECT NO. |
|---|---|---|
| MR CHARLIE ABBOT | BLDG E12 | W7500 |
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: EDWIN WOOSTER | |
| | Time In: 08:00   Time Out: 16:45 | |
| **WORK AREA:** EAST WING | No. of Workers Reported: 7 | |

**WORK IN PROGRESS:**

PRELIMINARY PREPERATION

| | | | | | |
|---|---|---|---|---|---|
| 1. AIR MONITORING ☐ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |

| | | ATTENTION REQUIRED |
|---|---|---|
| 2.0 | SITE ISOLATION: WORKERS HAVE COMPLETED INSTALLATION OF THE RIDGE VENT SEAL. | |
| 3.0 | FACILITIES/EQUIPMENT: WORKERS ARE CONTINUING TO BUILD THE WASTE TRANSFER. | |
| 4.0 | NEGATIVE AIR: THE SITE IS BEING MAINTAINED UNDER GOOD NEGATIVE PRESSURE. | |
| 5.0 | WORKER PROTECTION: WORKER ARE USING PROPER PERSONAL PROTECTIVE EQUIPMENT. | |
| | DUST SUPPRESSION: NO CONCERNS TO NOTE. | |
| 7.0 | WASTE HANDLING: N/A AT PRESENT. | |
| 8.0 | CLEAN-UP: SITE IS BEING MAINTAINED IN A NEAT & ORDERLY STATE. | |

SIGNED: _____   DATE: 96/07/30   REPORT NO.: 16   PAGE: 1 OF 1

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: | PROJECT: CFB SHILO | PROJECT NO. |
|---|---|---|
| MR CHARLIE ABBOT | BUILDING E-12 | W7500 |
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: EDWIN WOOSTER | |
| CFB SHILO | Time In: 08:00   Time Out: 15:30 | |
| WORK AREA: EAST WING | No. of Workers Reported: 8 | |

**WORK IN PROGRESS:**

- PREP INSPECTION (PASSED)

- CEILING DEMOLITION & CLEAN-UP

| | | | |
|---|---|---|---|
| 1. AIR MONITORING ☒ | 4. NEGATIVE AIR ☒ | 7. WASTE HANDLING ☒ |
| 2. SITE ISOLATION ☒ | 5. WORKER PROTECTION ☒ | 8. CLEAN-UP |
| 3. FACILITIES/EQUIPMENT ☒ | 6. DUST SUPPRESSION ☒ | 9. OTHER ☒ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres·mL.) |
|---|---|---|---|---|---|---|
| 1. 77990 | 9082 | 11:10 | 120 | 386 | PERIMETER - PHASE 2 | < 0.05 |
| 77992 | 9082 | 14:30 | 120 | 386 | PERIMETER - PHASE 2 | < 0.05 |
| | | | | | | |
| | | | | | | **ATTENTION REQUIRED** |

2.0 SITE ISOLATION: VISUAL INSPECTION INDICATED THAT THE WORK AREA HAS BEEN PROPERLY ISOLATED.

3.0 FACILITIES/EQUIPMENT: REQUIRED EQUIPMENT IS ON SITE & APPEARS TO BE IN GOOD OPERATING CONDITION.

3.1 WORKER & WASTE DECON'S HAVE BEEN PROPERLY CONSTRUCTED.

4.0 NEGATIVE AIR: THE WORK AREA HAS BEEN PLACED UNDER GOOD NEGATIVE PRESSURE.

SIGNED: _____   DATE: 96/07/31   REPORT NO.: 17   PAGE: 1 OF

# PINCHIN
## & ASSOCIATES LTD.

# INSPECTION REPORT

698 Corydon Avenue, Suite 203
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983 Fax: (204) 453-0788

| TO: Mr Charlie Abbot | PROJECT: CFB Shilo | PROJECT NO. |
|---|---|---|
| Base Construction Engineering | Bldg E12 | W7500 |
| | INSPECTOR: Edwin Wooster | |

| | ATTENTION REQUIRED |
|---|---|
| 5.0 Worker Protection: Workers are using PAPR's, Rubber Boots & Disposable Coveralls. No Concerns to Note. | — |
| 6.0 Dust Suppression: No Concerns to Note. | |
| 7.0 Waste Handling: N/A at Present | |
| 8.0 Clean-up: At Approx. 09:30 Power Vac was Authorized to Proceed with Ceiling Demolition. Clean-up is ongoing as work progresses. | |

SIGNED: _____   DATE: 96/07/31   REPORT NO.: 17   PAGE: 2 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: MR CHARLIE ABBOTT | PROJECT: CFB SHILO BLDG E12 | PROJECT NO. W7500 |
|---|---|---|
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: E. WOOSTER | |
| CFB SHILO | Time In: 08:00    Time Out: 16:30 | |
| WORK AREA: PHASE 3 | No. of Workers Reported: ___ 4 | |

**WORK IN PROGRESS:**

CEILING DEMOLITION & CLEAN-UP.

| 1. AIR MONITORING | ☒ | 4. NEGATIVE AIR | ☒ | 7. WASTE HANDLING | ☒ |
|---|---|---|---|---|---|
| 2. SITE ISOLATION | ☒ | 5. WORKER PROTECTION | ☒ | 8. CLEAN-UP | ☒ |
| 3. FACILITIES/EQUIPMENT | ☒ | 6. DUST SUPPRESSION | ☒ | 9. OTHER | |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres·mL) |
|---|---|---|---|---|---|---|---|
| 1. | 77995 | 9082 | 09:40 | 120 | 386 | PERIMETER - PHASE 2 | VOID - PUMP FAILURE |
| | 77996 | 7827 | 13:10 | 10 | 21 | AREA - PHASE 3 | 5.7 |
| | 77997 | 7827 | 13:40 | 180 | 374 | PERIMETER - PHASE 2 | < 0.05 |
| | | | | | | | ATTENTION REQUIRED |

2.0 SITE ISOLATION: THE WORK AREA REMAINS PROPERLY ISOLATED.

3.0 FACILITIES/EQUIPMENT: FACILITIES ARE BEING MAINTAINED IN A NEAT & ORDERLY STATE.

4.0 NEGATIVE AIR: THE SITE IS BEING MAINTAINED UNDER GOOD NEGATIVE PRESSURE.

SIGNED: _____    DATE: 01/08/0_    REPORT NO.: 12    PAGE: ___

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott CFB Shilo | PROJECT: CFB Shilo Bldg ER | PROJECT NO. W7500 |
|---|---|---|
| | INSPECTOR: E. Wooster | |

**ATTENTION REQUIRED**

5.0 WORKER PROTECTION: WORKERS ARE USING PROPER PERSONAL PROTECTIVE EQUIPMENT.

6.0 DUST SUPPRESSION: WORKERS ARE WETTING DOWN THE VERMICULITE AS THEY PROCEED.

7.0 WASTE HANDLING: NO CONCERNS TO NOTE.

8.0 CLEAN-UP: IS ONGOING AS WORK PROGRESSES.

SIGNED: E. Woo___    DATE: 96/08/01    REPORT NO.: 18    PAGE: 2 of 2

# PINCHIN
## ENVIRONMENTAL
## CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: MR CHARLIE ABBOTT | PROJECT: CFB SHILO BLDG E12 | PROJECT NO. W7500 |
|---|---|---|

BASE CONSTRUCTION ENGINEERING

CFB SHILO

INSPECTOR: E. WOOSTER

Time In: 08:00     Time Out: 16:30

**WORK AREA:** PHASE 3

No. of Workers Reported: 8

**WORK IN PROGRESS:** —

- CEILING DEMOLITION (98% COMPLETE)

- CLEAN-UP

| 1. AIR MONITORING ☒ | 4. NEGATIVE AIR ☒ | 7. WASTE HANDLING ☒ |
|---|---|---|
| 2. SITE ISOLATION ☒ | 5. WORKER PROTECTION ☒ | 8. CLEAN-UP ☒ |
| 3. FACILITIES/EQUIPMENT ☒ | 6. DUST SUPPRESSION ☒ | 9. OTHER |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 77939 | 9082 | 09:00 | 120 | 386 | PERIMETER - PHASE 2 | <0.05 |
| 78000 | 9082 | 13:45 | 10 | 32 | AREA - PHASE 3 | <0.6 |
| | | | | | | |
| | | | | | | |

**ATTENTION REQUIRED**

2.0 SITE ISOLATION: THE WORK AREA REMAINS PROPERLY ISOLATED.

3.0 FACILITIES/EQUIPMENT: FACILITIES ARE BEING MAINTAINED IN A NEAT & ORDERLY STATE.

4.0 NEGATIVE AIR: SITE IS BEING MAINTAINED UNDER GOOD NEGATIVE PRESSURE.

SIGNED: _____    DATE: _____    REPORT NO.: _____    PAGE: _____

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: MR. CHARLIE ABBOTT  CFB SHILO | PROJECT: CFB SHILO  BLDG E12 | PROJECT NO. W7500 |
|---|---|---|
| | INSPECTOR: E. WOOSTER | |

| | ATTENTION REQUIRED |
|---|---|
| 5.0 WORKER PROTECTION: WORKERS ARE USING PROPER PERSONAL PROTECTIVE EQUIPMENT. | — |
| 6.0 DUST SUPPRESSION: No CONCERNS TO NOTE. | |
| 7.0 WASTE HANDLING: N/A AT PRESENT. | |
| 8.0 CLEAN-UP: WORKERS HAVE COMPLETED APPROX. 98% OF CEILING DEMOLITION & ARE PROCEEDING TO CLEAN-UP DEBRIS. | |

SIGNED: _____  DATE: 96/08/02  REPORT NO.: 19  PAGE: 2 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB / Shilo | Time In: 08:30    Time Out: 16:30 | |

**WORK AREA:** North Wing Ph.2

No. of Workers Reported: - 8

**WORK IN PROGRESS:**

1. Waste Transfer

2. Continued Cleaning

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☐ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL) |
|---|---|---|---|---|---|---|
| 1. 76552 | 7827 | 10:35 | 120 | 250 | In Waste Decon During Area - Waste Transfer | <0.08 |
| 76553 | 9C82 | 13:15 | 20 min over 60 min | 104 | Personal - Worker Bagging Bulk Material | <0.3 |
| | | | | | | |
| | | | | | | ATTENTION REQUIRED |

2.0 Site Isolation: Site Isolation being maintained, no concern.

3.0 Facilities/Equipment: Power Vac brought additional HEPA vacuums for final cleaning.

4.0 Negative Air: Good negative air pressure noted, no concerns.

5.0 Worker Protection: All workers properly protected.

SIGNED: _____  DATE: _____

# PINCHIN
**ENVIRONMENTAL
CONSULTANTS LTD.**

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 6.0 Dust Suppression: Good Dust Suppression Methods Being Used, No Concerns At This Time. | — |
| 7.0 Waste Handling: Waste Transfer Being Conducted Today, Waste Being Transfered To Base Dumping Site. | |
| 8.0 Clean-Up: Continued Cleaning Of Work Area, Demolition Of Ceiling 100% Complete. | |

SIGNED: _Dion Tarasoff_    DATE: Aug 6/96    REPORT NO.: 20    PAGE: 29.2

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB Shilo | Time In: 08:30    Time Out: 16:30 | |

**WORK AREA:** PH II – North Wing

**No. of Workers Reported:** 8

**WORK IN PROGRESS:** —

- Waste Transfer.

- Final Cleaning.

| | |
|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ |

7. WASTE HANDLING ☑
8. CLEAN-UP ☑
9. OTHER ☐

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 76554 | 9082 | 10:11 | 120 | 386 | Area- In Room During Final Clean | 0.07 |
| | 76555 | 9082 | 13:35 | 30 | 96 | Personal-On Worker Bagging Bulk Material | 0.63 |
| | | | | | | | |
| | | | | | | | |

**ATTENTION REQUIRED**

**P.W** ←

2.0 Site Isolation: Power Vac instructed to seal a few minor holes at the PH II , PH I interface in the attic space.

3.0 Facilities / Equipment: There is only one water supply line in the work area being used for dust suppression. With the larger crew and the distance between workers a second line is required to provide adequate dust suppression.

SIGNED: _____  DATE: 0...7/0...  REPORT NO.: 71  PAGE: 1 of 2

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr Charlie Abbott. BCE CF3/Shilo | PROJECT: Bldg E-12 - North Wing | PROJECT NO. W7500 |
|---|---|---|
| | INSPECTOR: Dion Tarasoff | |

**ATTENTION REQUIRED**

4.0 Negative Air: Sufficient Negative Air Pressure Being Maintained. No Concerns.

5.0 Worker Protection: All workers noted as being properly protected, No Concerns.

6.0 Dust Suppression: As noted in item #3 an additional water line is required to provide additional dust suppression.

7.0 Waste Handling: Power Vac has completed waste transfer of all material generated from bulk removal. Additional bags will be generated during the final cleaning process.

8.0 Contractor continues final cleaning, no concerns

SIGNED: _Dion Tarasoff_   DATE: Aug 7/96   REPORT NO.: 21   PAGE: 2 of 7

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|

Base Construction Engineering

CFB / Shilo

**INSPECTOR:** Dion Tarasoff

**Time In:** 08:30    **Time Out:** 16:30

**WORK AREA:** North Wing – PH II

**No. of Workers Reported:** 8

**WORK IN PROGRESS:**

- Final Cleaning

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 76558 | 9082 | 10:31 | 120 | 386 | Perimeter - Adj. Hall To North Wing | <0.05 |
| 76559 | 9082 | 14:35 | 20 | 64 | Personal - On Worker HEPA Vacuuming | 0.34 |

**ATTENTION REQUIRED**

**1.0** Site Isolation: Good Site Isolation Noted, No Concerns.

**3.0** Facilities/Equipment: Power Val Brought A Pressure Sprayer On Site To Provide Additional Dust Suppression

**4.0** Negative Air: Sufficient Negative Pressure Being Provided By Four Units In Operation.

**SIGNED:** _____    **DATE:** Aug 8/61    **REPORT NO.** 22    **PAGE** 1 of 1

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE  CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 5.0 Worker Protection: Workers wearing the proper personal protective equipment. | — |
| 6.0 Dust Suppression: The added pressure sprayer creates a fine mist which controls dust levels more effectively. | |
| 7.0 Waste Handling: N/A | |
| 8.0 Clean-Up: Continued final cleaning, power vac concentrating on cleaning the rafters at present. | |

SIGNED: _____    DATE: _____    REPORT NO. 22    PAGE: _____

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB/ Shilo | Time In: 08:30    Time Out: 16:30 | |

**WORK AREA:** North Wing — Ph II

**No. of Workers Reported:** 7 (a.m)    5 (p.m.)

**WORK IN PROGRESS:**

- Final Cleaning

| | |
|---|---|
| 1. AIR MONITORING ✓ | 4. NEGATIVE AIR ✓ | 7. WASTE HANDLING ✓ |
| 2. SITE ISOLATION | 5. WORKER PROTECTION ✓ | 8. CLEAN-UP ✓ |
| 3. FACILITIES/EQUIPMENT | 6. DUST SUPPRESSION ✓ | 9. OTHER |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 76560 | 9082 | 10:42 | 20 | 64 | Personal — On Worker Cleaning Floor | <0.3 |
| 76561 | 9082 | 13:09 | 120 | 386 | Perimeter — South Link Adj Showers. Back of North and | <0.05 |

**ATTENTION REQUIRED**

2.0 Site Isolation: A few minor repairs required on the perimeter hoarding.

2.1 The excess of water on the floor must be bagged or contained so that it doesn't leak from the building.

3.0 Facilities/Equipment: No concerns.

SIGNED: _____    DATE: _____    REPORT NO. _____

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983   Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12   North Wing | PROJECT NO. W7500 |
|---|---|---|
| BCE   CFB/Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| **4.0** Negative Air: All units must remain in operation at all times to provide sufficient negative pressure. | |
| **4.1** The contractor was instructed to replace the pre-filter on all negative air units. | P.V. |
| **5.0** Worker Protection: All workers equiped with PAPRS and disposable coveralls. | |
| **6.0** Dust Suppression: Dust levels are being kept to a minimum by the use of the pressure sprayer. No concerns. | |
| **7.0** Waste Handling: No concerns | |
| **8.0** Clean-Up: The area infront and leading to the worker decontamination facility requires clean-up. This area must be kept clean at all time to prevent the asbestos debris from being dragged through the shower. | |
| **8.1** The shower facility and cleanroom both require a thorough cleaning and disinfecting. | P.V. |

| SIGNED: Dion Tarasoff | DATE: Aug 8/96 | REPORT NO.: 23 | PAGE: 2-12 |
|---|---|---|---|

# PINCHIN
## ENVIRONMENTAL CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dien Tarasoff | |
| CFB / Shilo | Time In: 08:30    Time Out: 16:30 | |
| WORK AREA: North Wing - PH II | No. of Workers Reported: 9 | |

**WORK IN PROGRESS:**

- Final Cleaning

| | | |
|---|---|---|
| 1. AIR MONITORING ☒ | 4. NEGATIVE AIR ☒ | 7. WASTE HANDLING ☒ |
| 2. SITE ISOLATION ☒ | 5. WORKER PROTECTION ☒ | 8. CLEAN-UP ☒ |
| 3. FACILITIES/EQUIPMENT ☒ | 6. DUST SUPPRESSION ☒ | 9. OTHER |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | 76565 | 9082 | 14:15 | 30 | 96 | Personal - On Worker Vacuuming | <0.2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ATTENTION REQUIRED**

2.0 Site Isolation: Contractor maintaining good Site Isolation. No concerns.

3.0 Facilities / Equipment: The main power supply operating the ground fault supply panel was overloaded and tripped the breaker at approximately 11:45 a.m. today. Additional HEPA vacuums in operation today due to the larger crew appears to have caused the breaker to trip.

SIGNED: Dien Tarasoff    DATE: Aug. 11/01    REPORT NO.: 14    PAGE: 1 2 ?

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE. CFB/Shilo | INSPECTOR: Dion Tarasoff | |

**ATTENTION REQUIRED**

3.1 All workers inside the area was stopped until power was restored.

3.2 The power failure also caused the negative air units to shut-down. The contractor was instructed to seal the poly doors in both worker and waste decons to prevent the escape of any airborne fibres.

4.0 Negative Air: Once power was restored negative air was also restored.

5.0 Worker Protection: All workers properly protected

6.0 Dust Suppression: Hepa vacuums and water sprayer being used to control dust levels.

7.0 Waste Handling: Waste generated from final cleaning was passed out of the area today.

8.0 Clean-up: Continued final clean-up.

SIGNED: _____ DATE: Aug. 12/0.   REPORT NO.: 24   PAGE: 2 0 2

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Blug E-12 | PROJECT NO. W7500 |
|---|---|---|

Base Construction Engineering

CFB / Shilo

INSPECTOR: Dion Tarasoff

Time In: 08:30   Time Out: 16:30

**WORK AREA:** North Wing PH II

No. of Workers Reported: 9

**WORK IN PROGRESS:**

— Final Cleaning

| | | |
|---|---|---|
| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☐ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 76571 | 9082 | 13:10 | 20 | 64 | Personal - On Worker Vaccuuming Rafters | <0.3 |
| 76572 | 9082 | 13:37 | 120 | 380 | Area - In Corridor During Cleaning | <0.3 |
| | | | | | | |
| | | | | | | **ATTENTION REQUIRED** |

2.0 Site Isolation: The plywood sheeting covering a doorway opening required extra sealing. Additional nails required to secure the plywood in place.

3.0 Facilities / Equipment: Power Vac has brought 2 portable power plants on site to relieve the demand on the existing power supply. This has been done to ~~avoid~~ avoid another power failure.

| SIGNED: Dion Tarasoff | DATE: Aug 13/96 | REPORT NO.: 25 | PAGE: 1 of 2 |
|---|---|---|---|

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: | PROJECT: | PROJECT NO. |
|---|---|---|
| Mr. Charlie Abbott | BLDG E-12 | W7500 |
| BCE - CFB/Shilo | INSPECTOR: Dion Tarnsoff | |

**ATTENTION REQUIRED**

4.0 NEGATIVE AIR: SUFFICIENT NEGATIVE AIR PRESSURE NOTED.

5.0 WORKER PROTECTION: ALL WORKERS PROPERLY PROTECTED.

6.0 DUST SUPPRESSION: NO CONCERN.

7.0 WASTE HANDLING: NO CONCERN.

8.0 CLEAN-UP: APPROXIMATELY 80% OF FINAL CLEAN-UP HAS BEEN COMPLETED. POWER VAC HAS REQUESTED A FINAL VISUAL INSPECTION FOR TOMORROW AFTERNOON.

SIGNED: Dion Tarnsoff   DATE: Aug 13/96   REPORT NO.: 25   PAGE: 2 of 2

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12. | PROJECT NO. W1500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB / Shilo | Time In: 08:30    Time Out: 16:30 | |

**WORK AREA:** North Wing - Ph II

**No. of Workers Reported:** _ 8

**WORK IN PROGRESS:**

- Final Cleaning

- Final Visual Inspection

| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
|---|---|---|
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL) |
|---|---|---|---|---|---|---|
| 1. 76574 | 9082 | 14:23 | 20 | 64 | Personal - On Worker Vacuuming Rafters | <0.3 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2.0 Site Isolation: Good site isolation, no comment.

3.0 Facilities / Equipment: No coment

4.0 Negative Air: The exhaust ducting on two of the negative air units required repair. Contractor immediately addressed this concern.

5.0 Worker Protection: All workers wearing suits & respirators.

6.0 Dust Suppression: No concern.

7.0 Waste Handling: No concern.

8.0 Clean-up: The following deficiencies were noted during final visual inspection:

8.1 Additional cleaning required on the rafters and eaves.

**ATTENTION REQUIRED**

SIGNED: _____    DATE: _____    REPORT NO. _____    PAGE: _____

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE / CFB - Shilo | INSPECTOR: Dion Tarasoff | |

| | ATTENTION REQUIRED |
|---|---|
| 8.2 Several pieces of fibreglass insulation still remain to be removed. | |
| 8.3 Debris behind the radiators in each room requires cleaning. | |
| 8.4 The closets in each room require cleaning. | |
| 8.5 All the equipment requires additional cleaning. | |
| 8.6 Both waste + worker delon facilities require a thorough cleaning. | |
| 8.7 The floor of the work area also requires additional cleaning. | |
| | |
| 9.0 Once the contractor has completed the above noted deficiencies a second visual inspection will be completed. | |
| 9.1 A second visual inspection has been requested for 1100 p.m. Aug 15/96. | |

SIGNED: _Dion Tarasoff_    DATE: Aug 14/96    REPORT NO.: 26    PAGE: 2 of 2

# PINCHIN
ENVIRONMENTAL
CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO: W 1500 |
|---|---|---|
| Base Construction Engineering | INSPECTOR: Dion Tarasoff | |
| CFB Shilo | Time In: 08:30    Time Out: 16:30 | |

**WORK AREA:** North Wing   - PH II

**No. of Workers Reported:** 8

**WORK IN PROGRESS:**

· Addressing Noted Deficiences in Yesterdays Report.

| | | |
|---|---|---|
| 1. AIR MONITORING | 4. NEGATIVE AIR ✓ | 7. WASTE HANDLING ✓ |
| 2. SITE ISOLATION ✓ | 5. WORKER PROTECTION ✓ | 8. CLEAN-UP ✓ |
| 3. FACILITIES/EQUIPMENT ✓ | 6. DUST SUPPRESSION ✓ | 9. OTHER ✓ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ATTENTION REQUIRED**

2.0 Site Isolation: Good Site Isolation being maintained.

3.0 Facilities/Equipment: All required equipment on site.

4.0 Negative Air. Good Negative Air Pressure noted.

5.0 Worker Protection: No Concern.

6.0 Dust Suppression: No Concern.

7.0 Waste Handling: No Concern.

8.0 Clean-Up: Power Vac continuing cleaning all deficiencies noted in Report # 26 item # 8.

9.0 A Second Final Visual inspection has been requested for tomorrow.

SIGNED: _Dion Tarasoff_   DATE: Feb 15/96   REPORT NO: 27   PAGE: ( 1 )

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|

Base Construction Engineering

CFB/Shilo

INSPECTOR: Dion Tarasoff

Time In: 08:30   Time Out: 16:30

**WORK AREA:** North Wing - PH II

No. of Workers Reported: 8 A.M. / 6 P.M.

**WORK IN PROGRESS:** —

- Second Final Visual Inspection

| | | |
|---|---|---|
| 1. AIR MONITORING ☐ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☐ |
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| | | | | | | |
| | | | | | | **ATTENTION REQUIRED** |

2.0 Site Isolation: Good isolation, no concern.

3.0 Facilities/Equipment: Airless sprayer on site to apply lock down glue.

4.0 Negative Air: Good negative air, one of the exhaust ducts requires repair.

5.0 Worker Protection: No concern.

6.0 Dust Suppression: N/A

7.0 Waste Handling: N/A

8.0 Clean-up: A small amount of vermiculite is still present in the eaves of the link between

SIGNED _____   DATE _____   REPORT NO. 2.0   PAGE ___

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. W7500 |
|---|---|---|
| BCE - CFB/Shilo | INSPECTOR: Dion Tarasdff | |

**ATTENTION REQUIRED**

THE TWO WINGS. CONTRACTOR PROCEEDING TO CLEAN THESE AREAS.

8.1  ONE SMALL SECTION OF PIPING WAS FOUND STILL INSULATED WITH FIBREGLASS. CONTRACTOR WAS INSTRUCTED TO REMOVE THIS PRIOR TO LOCK DOWN.

8.2  ALL OTHER CONCERNS NOTED IN REPORT #26 HAVE BEEN ADDRESSED.

9.0  THE CONTRACTOR WAS GIVEN APPROVAL TO PROCEED WITH THE APPLICATION OF SEALANT UPON COMPLETION OF THE ABOVE NOTED DEFICIENCIES.

9.1  IT WAS NOTED THAT DURING THE APPLICATION OF SEALANT IN PHASE I SMALL AMOUNTS OF VERMICULITE WERE DISLODGED FROM THE TIGHT CORNERS, THE CONTRACTOR HAS BEEN INSTRUCTED TO CLEAN ALL VISIBLE DEBRIS FROM FLOOR & WALLS UPON COMPLETING SEALANT APPLICATION OF PHASE II.

9.2  AIR MONITORING FOR FINAL AIR CLEARANCE OF PHASE II OF BLDG E-12 WILL BE CONDUCTED MONDAY MORNING.

| SIGNED: | DATE: Aug 16/96 | REPORT NO.: 28 | PAGE: 2/2 |
|---|---|---|---|

# PINCHIN
**ENVIRONMENTAL CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 – 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: MR. CHARLIE ABBOTT | PROJECT: BLDG E-12 | PROJECT NO. W7500 |
|---|---|---|
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: DION TARASOFF | |
| CFB / SHILO | Time In: 08:30   Time Out: 16:30 | |

**WORK AREA:** NORTH WING - PH II

**No. of Workers Reported:** 5

**WORK IN PROGRESS:**

— FINAL AIR CLEARANCE

— DEMOBILIZATION

| 1. AIR MONITORING ☑ | 4. NEGATIVE AIR ☑ | 7. WASTE HANDLING ☑ |
|---|---|---|
| 2. SITE ISOLATION ☑ | 5. WORKER PROTECTION ☑ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☑ | 6. DUST SUPPRESSION ☑ | 9. OTHER ☑ |

| SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|
| 1. 76577 | 6270 | 08:34 | 155 | 1920 | CLEARANCE - CORRIDOR OF NORTH WING | <0.01 |
| 76578 | 6268 | 08:38 | 150 | 2268 | CLEARANCE - LINK BETWEEN N+S WINGS | <0.01 |
| | | | | | | |
| | | | | | | |

| | ATTENTION REQUIRED |
|---|---|
| 1.1 AIR MONITORING: TWO PCM AIR SAMPLES WERE COLLECTED FOR FINAL AIR CLEARANCE OF BLDG E-12, PHASE II (NORTH WING AND LINK). THE AIR MONITORING RESULTS INDICATED FIBRE LEVEL BELOW THE OCCUPATIONAL EXPOSURE LIMIT. | |
| 1.2 THE CONTRACTOR WAS GIVEN APPROVAL TO PROCEED WITH DEMOBILIZATION OF THE WORK AREA. | |
| 2.0 SITE ISOLATION - N/A | |
| 3.0 FACILITIES/EQUIPMENT: CONTRACTOR INSTRUCTED TO SEAL THE FRONTS OF ALL NEGATIVE AIR UNITS IMMEDIATELY UPON TURNING THE OFF. | |

SIGNED: _____  DATE: 19/91  REPORT NO.: 19  PAGE: 1 1

# PINCHIN
**ENVIRONMENTAL**
**CONSULTANTS LTD.**

## INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 475-4304

| TO: Mr. Charlie Abbott | PROJECT: Bldg E-12 | PROJECT NO. WT500 |
|---|---|---|
| BCE - CFB Shilo | INSPECTOR: Dion Tarasoff | |

**ATTENTION REQUIRED**

**4.0** NEGATIVE AIR: N/A

**5.0** WORKER PROTECTION: N/A

**6.0** DUST SUPPRESSION: N/A

**7.0** WASTE HANDLING: ALL POLY SHEETING USED TO ISOLATE) THE WORK AREA IS TO BE TREATED AS ASBESTOS WASTE AND DISPOSED OF ACCORDINGLY.

**8.0** CLEAN-UP: DURING DEMOBILIZATION, THE CONTRACTOR IS TO TAKE THE APPROPRIATE ACTIONS NECESSARY TO CLEAN ANY DEBRIS FOUND UNDER POLY SHEETING AND TAPED JOINTS.

**9.0** THE CONTRACTOR HAS BEEN INSTRUCTED TO REMOVE THE FASCIA BOARDS IN SEVERAL LOCATIONS ON THE LINK BETWEEN THE NORTH AND SOUTH WINGS.

**9.1** THESE LOCATIONS WERE VERY TIGHT AND ACCESS TO THESE LOCATIONS WAS RESTRICTED FROM THE INSIDE OF THE BUILDING. IF MATERIAL WAS FOUND IN THESE LOCATIONS THE CONTRACTOR WAS INSTRUCTED TO REMOVE ALL FASCIA BOARDS ON THE LINK AND HEPA VACUUM CLEAN.

| SIGNED: Dion Tarasoff | DATE: Aug 19/96 | REPORT NO.: 29 | PAGE: 2-72 |
|---|---|---|---|

# PINCHIN
### ENVIRONMENTAL
### CONSULTANTS LTD.

# INSPECTION REPORT

Suite 203 - 698 Corydon Avenue
Winnipeg, Manitoba R3M 0X9
Bus: (204) 452-0983  Fax: (204) 453-0788

| TO: | PROJECT: | PROJECT NO. |
|---|---|---|
| MR. CHARLIE ABBOTT | BLDG E-12 | W7500 |
| BASE CONSTRUCTION ENGINEERING | INSPECTOR: DION TARASOFF | |
| CFB/SHILO | Time In: _____ Time Out: _____ | |
| **WORK AREA:** | No. of Workers Reported: _____ | |

**WORK IN PROGRESS:**

DEMOBILIZATION

| | | |
|---|---|---|
| 1. AIR MONITORING ☐ | 4. NEGATIVE AIR ☐ | 7. WASTE HANDLING ☐ |
| 2. SITE ISOLATION ☐ | 5. WORKER PROTECTION ☐ | 8. CLEAN-UP ☑ |
| 3. FACILITIES/EQUIPMENT ☐ | 6. DUST SUPPRESSION ☐ | 9. OTHER ☑ |

| | SAMPLE NO. | PUMP NO. | TIME TAKEN | DURATION (Min.) | VOLUME SAMPLED (Litres) | DESCRIPTION OF SAMPLE | RESULTS (Fibres/mL.) |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ATTENTION REQUIRED**

8.0 CLEAN-UP: THE CONTRACTOR WAS INSTRUCTED TO CLEAN-UP A SMALL AMOUNT OF VERMICULITE DEBRIS FROM THE GROUND GENERATED FROM REMOVING THE FASCIA BOARDS.

9.0 ALL TOOLS AND EQUIPMENT HAVE BEEN TAKEN OFF SITE.

SIGNED: _____ DATE: Aug 20/96  REPORT NO.: 30  PAGE: 1 of 1