## GRACE

Industrial Chemicals Group
W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

April 1, 1980

Mr. Dale Ray
Consumer Product Safety Commission
Economic Program Analysis Division
Room 656-B
Washington, D.C. 20207

Dear Mr. Ray:

This will confirm our conference call of March 12, 1980 in which we reviewed with you the results of testing performed by the Construction Products Division of W. R. Grace & Co to determine the extent of asbestiform tremolite fiber release associated with use of Grace vermiculite in consumer products. During our conversation, you requested that we set out the details of Grace's fiber exposure test methodology and test results and indicate the nature of Grace's fiber reduction efforts.

As you know, tremolite is a tramp mineral contaminant which is associated with vermiculite and which Grace has been attempting to reduce to the maximum extent feasible. Since 1970, Grace has invested over $15 million to extract worthless materials and contaminants and to reduce airborne fiber exposure in its vermiculite mining, milling and expanding operations. A substantial part of this investment was associated with the construction by Grace of a new vermiculite mill at its Libby, Montana mine which uses wet screening and other wet ore beneficiation processes designed to reduce the asbestiform tremolite contaminant associated with vermiculite.

Following startup of the new mill, in early 1975, Grace took further steps to reduce tremolite contamination by removing and disposing of selected fines which have a higher level of contamination, thereby reducing the level of contamination in its finished ore concentrate. Since that time, changes have been made in the exfoliation process equipment used at Grace's vermiculite expanding plants which


EXHIBIT 12
2-6-03

WRG05299806

Sent by: W R GRACE   Case 01-01139-AMC   Doc 4018-28   Filed 07/08/03   Page 2 of 11
4105314233;   01/05/00 17:51;  JetFax_#723;Page 12/29

Mr. Dale Ray                              - 2 -                          April 1, 1980

process Grace vermiculite ore for use in both consumer and industrial products. These changes provided for further screening, separation, and removal of both fines and the heavier unexpanded residual high density material following exfoliation both of which may contain a higher level of asbestiform tremolite contamination than the finished product. By use of bag houses and other dust filtration equipment, including an air elutriation step, additional reduction of the tremolite fiber contamination of expanded vermiculite end product is accomplished.

Grace has taken the further step of developing a binding agent for its Zonolite(R) Attic Insulation product and has recently started up equipment at all its expanding plants to apply this binder to Attic Insulation to further reduce dust and exposure to asbestiform fibers during the use of this product.

As a result of these reductions in asbestiform tremolite contamination, we believe that consumer products containing vermiculite and sold by Grace do not generate unreasonable risks for users. This has been verified by Grace's fiber exposure tests of consumer products containing expanded Grace vermiculite ore. All measurements were made by the NIOSH-approved technique as set forth in 40 CFR Section 1910.1001, paragraphs (e) and (f), utilizing the membrane filter method at 400-450 X (magnification) (4 millimeter objective) with phase contrast illumination. The results of these tests were as follows:

| Product | Fibers Detected |
|---|---|
| Terra-Lite(R) Vermiculite | None Detected |
| Redi-Earth(R) | None Detected |
| Lightweight Fertilizer (Scott's Turf Builder) | None Detected |
| Zonolite Attic Insulation | Some fibers detected during installation |

The actual test protocols and results of the tests are shown in Annex A to this letter. No tests were performed on Pool Cushion (R), a Grace product, which is used for protection of the base of vinyl-lined above-ground swimming pools since this use occurs out-of-doors and, typically, involves no more than 3 to 12 bags of vermiculite, depending on the size of the pool.

WRG05299807

Mr. Dale Ray                         - 3 -                         April 1, 1980

The only Grace product whose use resulted in a detectable fiber exposure was Attic Insulation and, then, at low levels only during installation. Tests indicate no residual fiber release following installation. Since this product is unlikely to be used more than two or three times during an entire lifetime and, then, only for exposure times which would not be expected to exceed two hours in any one case, the lifetime dosage is several orders of magnitude lower than any promulgated government standard applicable to tremolite fiber exposure.

Grace is continuing to exert its best efforts to further reduce the asbestiform tremolite contamination associated with its vermiculite products to the maximum extent feasible. For example, beginning in May of this year, a new rock and tremolite removal circuit should be operational at the Libby mill. This circuit is expected to reduce the level of tremolite contamination in fine size vermiculite ore by 50%. Additional research is underway to develop a similar circuit for reduction of tremolite contamination in the coarser sizes of vermiculite ore used for Zonolite Attic Insulation. One promising separation technique is slot screening which, if successful, could reduce tremolite contamination in the coarse ore concentrate by over 50%.

We are rapidly approaching a point of diminishing return since the amount of asbestiform tremolite contaminant in the vermiculite ore presently shipped to the exfoliating plants averages only 0.5% on a dry weight basis. For expanded vermiculite products, the level of contaminant is on average at or below the lowest level of reliable detectability, 0.2% on a dry weight basis. Accordingly, the 50% reduction Grace expects to achieve in the fine ores by May and, ultimately, the coarse ore sizes is a reduction from an already very low contaminant level. With this background, it is clear to us that the task of further reducing the remaining residual contamination in unexpanded ore and expanded vermiculite products will show a rapidly escalating cost in relation to the benefits derived.

WRG05299808

Mr. Dale Ray                          - 4 -                          April 1, 1980

    We trust that this information will be useful to you in connection with the CPSC's evaluation of the asbestos contamination issue.

                                Very truly yours,

                                E. S. Wood
                                Executive Vice President

Attachment

WRG05299809

# USER EXPOSURE TO FIBROUS TREMOLITE IN VERMICULITE CONSUMER PRODUCTS

## TEST DATA

I. <u>TEST PROTOCOL</u>

A. <u>Horticultural Products</u>

1. <u>Consumer Use of Terra-Lite(R) Vermiculite</u>(a)

(a) <u>Mix and fill pots</u> to simulate consumer preparation of a mix of 50% peat moss and 50% Terra-Lite vermiculite by scooping equal volumes of materials out of separate packages and depositing on work surface. Hand mix to reasonable uniformity and fill fifteen (15) 4" diameter flower pots in 15 minutes. Press down to firm up the soil to hold the plant.

After 8 days the 15 pots were brought into the work area where three separate procedures were performed. Fiber counts were taken during each of these three procedures. Five pots were used for each of the three procedures.

(b) <u>Knock Out and Disposal</u> -- To simulate the consumer who does not intend to reuse the soil. Invert the pot and rap on the working surface so that the soil drops out. Brush the mound of soil off the bench into a disposal container. Take a paper towel and wipe inside of pot so that is is clean for reuse and dispose of the paper towel. In this procedure, contents of five pots will be disposed of during the 15 minute test period.

(c) <u>Knock Out and Reuse</u> for Potting Other Plants -- Simulate a consumer who will reuse the potting soil. Rap pot on workbench by hand and break up the lump of soil to

make it similar to its original free-flowing condition. Repeat this five times. Combine all soil into one pile; then proceed to refill pots by scooping the material back in and tamping it down. In this 15 minute test procedure, five pots will be filled.

(d) <u>Knock Out and Blend</u> with New Potting Soil - Simulate a consumer who will blend old with new potting soil. Rap pot on workbench by hand and break up the lump of soil to make it similar to its original free-flowing condition. Repeat procedure five times. Obtain additional potting soil to match the volume of the dried soil. Place new soil on top of the old soil and mix together by hand. Use this mix to fill pots. During this 15 minute test procedure, 10 pots are filled.

2. <u>Consumer Use of Redi-Earth(R) Potting Soil</u>[b]

(a) Same procedure as 1 (a), except substitute premixed Redi-earth for Terra-Lite Vermiculite as the soil medium.

(b) Same procedure as 1 (b).

(c) Same procedure as 1 (c).

(d) Same procedure as 1 (d).

B. <u>Consumer Use of Lightweight Fertilizer</u>[c]

1. <u>General</u>

A five building apartment complex was selected as the test site. With over 100,000 sq. ft. of grass area, the site allowed air sampling while fertilizing over an extended period of time.

- 2 -

the spreader hopper and fertilizing, and the other maintaining log sheets, time and pump calibrations.

2. <u>Application of Lightweight Lawn Fertilizer</u>

Two sampling pumps with filter cassettes located in the left and right breathing zones were worn by the applicator during the sampling/fertilizing period. The applicator filled the spreader hopper to within 2" of the top and refilled when the hopper was approximately 3/4ths empty. Using a new Model 35 Scotts spreader with guide markers, the applicator spread thirteen (13) bags of lawn fertilizer at the normal coverage application rate (5000 $ft^2$/bag).

C. <u>Consumer Installation of Vermiculite Attic Insulation</u>[d]

1. <u>General</u>

Vermiculite Attic Insulation is generally purchased in quantities of 10 - 100 bags per home to "retrofit" or "add to" existing insulation in an existing home. Seldom is Vermiculite Attic Insulation installed in new construction. To determine consumer exposure to tremolite fibers, the following series of tests by home owners was intended to indicate actual exposures under a variety of conditions.

2. <u>Area Engineering Samples</u>

Engineering samples were taken as follows:

(a) Prior to installing Vermiculite Attic Insulation, monitor attic space for 5 - 6 hours.

(b) Approximately two months after installing insulation, monitor attic space for 5 - 6 hours.

- 3 -

### Pouring/Leveling Vermiculite Attic Insulation in a Home

Each test home utilized 40 - 70 bags (3 cubic feet each) of vermiculite Attic Insulation. The installer was monitored during the placement of insulation.

Initially, place 15 - 20 bags in the attic. The installer poured all bags and leveled insulation with a wooden hand screed or one with a handle to push insulation back into roof eaves. Additional bags were brought to the attic in lots of 15 - 20 bags as required.

### NOTES:

(a) Terra-Lite vermiculite is composed of expanded #3 vermiculite ore from either Libby, Montana or Enoree, South Carolina.

(b) Redi-Earth is a potting soil consisting of a mixture of 50% peat moss and 50% expanded #3 vermiculite ore from either Libby, Montana or Enoree, South Carolina with plant nutrients added.

(c) Lightweight fertilizer utilizes expanded #4 vermiculite ore from either Libby, Montana or Enoree, South Carolina.

(d) Attic Insulation is composed of expanded #1 or #2 vermiculite ore available only from Libby, Montana.

(e) Pool Cushion which was not tested utilizes expanded #3 vermiculite ore from either Libby, Montana or Enoree, South Carolina.

- 4 -

WRG05299813

II. RESULTS (See note 1)

|  | PERSONNEL AVE. EXPOSURE (f/cc) | | PERSONNEL TWA EXPOSURE (f/cc) | |
|---|---|---|---|---|
| A. HORTICULTURAL PRODUCTS (see Note 2) | South Carolina | Montana | South Carolina | Montana |
| 1. Consumer Use of Terra-Lite Vermiculite | | | | |
| (a) Mix and Fill Pots | <0.29 | <0.14 | <0.073 | <0.035 |
| (b) Knock Out and Disposal | <0.14 | <0.14 | <0.035 | <0.035 |
| (c) Knock Out and Reuse | <0.14 | <0.14 | <0.035 | <0.035 |
| (d) Knock Out and Blend | <0.14 | <0.14 | <0.035 | <0.035 |
| 2. Consumer Use of Redi-Earth | | | | |
| (a) Mix and Fill Pots | <0.29 | <0.14 | <0.073 | <0.035 |
| (b) Knock Out and Disposal | <0.14 | <0.14 | <0.035 | <0.035 |
| (c) Knock Out and Reuse | <0.14 | <0.14 | <0.035 | <0.035 |
| (d) Knock Out and Blend | <0.14 | <0.14 | <0.035 | <0.035 |

B. LIGHTWEIGHT FERTILIZER

1. Application of Lightweight Fertilizer With Montana derived vermiculite     <0.03     <0.008

Home Installation of Vermiculite Attic Insulation

1. Engineering/Area Samples

| Home | Type Home | No. Bags | Fiber Concentration (f/cc) Attic | |
|---|---|---|---|---|
| | | | Before | After (see note 3) |
| F | Colonial | 55 | 0.03 (see note 4) | <0.01 |
| N | Cape | 30 | NO TEST | <0.01 |
| S | Ranch | 64 | <0.01 | <0.01 |
| W | Colonial | 70 | <0.01 | <0.01 |

- 5 -

WRG05299814

| Home | Type Home | Personnel Exposure (F/cc) | |
|---|---|---|---|
|  |  | Ave | TWA (see note 5) |
| F | Colonial | 2.597 | 0.649 |
| N | Cape | 0.971 | 0.243 |
| S | Ranch | 2.115 | 0.529 |
| W | Colonial | 1.746 | 0.436 |

**NOTES:**

1. The symbol < (less than) indicates no fibers were observed in the counted fields. As a measure of test precision, results are reported to be less than the value represented by one fiber if such had been detected in one of the observed fields.

   According to NIOSH reports, the limit of reliable detectability for this test procedure is 0.5 f/cc exposure and 0.1 f/cc TWA. Values below 0.5 f/cc exposure and 0.1 f/cc TWA are not judged as detectable.

2. Each test of horitcultural products was repeated using products made from both Libby, Montana ore and Enoree, South Carolina ore. The Grace vermiculite ore used in making Attic Insulation originates from the Libby, Montana mine as does the ore purchased by O. M. Scott & Sons for use in its lightweight lawn fertilizer.

3. In addition to results tabulated, two additional tests indicate no fibers detected in attics insulated with vermiculite loose fill in one case six hours and in another case approximately nine years after installation.

4. In all home attics tested, vermiculite Attic Insulation was added as a retrofit insulation over existing glass, mineral wool or cellulose insulation. In home "F", a fiber was observed in the counted fields prior to pouring vermiculite Attic Insulation. Although length and aspect ratio fell within the fiber definition, it is believed to be airborne glass fiber from existing insulation. There was no vermiculite Attic Insulation in the attic when this prejob sample was taken.

- 6 -

WRG05299815

5. In calculating the time-weighted average (TWA) exposure for consumers using Attic Insulation, it is assumed that the user would work in the attic pouring Attic Insulation for two hours in one eight-hour work day. Results in C. 1., indicate no further exposures after installation. The lifetime exposure and risk associated with the use of Attic Insulation is infinitesimally small compared to industrial exposures since the opportunity for exposure is rare (perhaps twice in a lifetime) compared to a permitted industrial exposure up to 2 f/cc during each eight-hour work day throughout a working lifetime. Therefore, comparison of TWAs between a rare and nonroutine exposure in the case of Attic Insulation and the OSHA industrial standard of 2 f/cc vastly overstates the potential hazard involved in the use of Attic Insulation.

- 7 -

WRG05299816