```
 1            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE
 2
     --------------------------------
 3                                  )
     IN RE                          )
 4                                  )    Chapter 11
                                    )    Case 01-01139JFK
 5   W. R. GRACE                    )    (Jointly Administered)
                                    )
 6   --------------------------------

 7

 8                 D-E-P-O-S-I-T-I-O-N
                         -OF-
 9                    RALPH MOLD

10            Taken on February 28, 2003
                 at the law offices of
11             Downs, Rachlin & Martin
                 90 Prospect Street
12             St. Johnsbury, Vermont

13   APPEARANCES:

14   FOR THE PLAINTIFF:   ROBERT M. TURKEWITZ, ESQ.
                          Richardson, Patrick,
15                        Westbrook & Brickman
                          Post Office Box 1007
16                        Mt. Pleasant, SC 29464

17   FOR THE DEFENDANT:   ROBERT A. MURPHY, ESQ.
                          Casner & Edwards
18                        303 Congress Street
                          Boston, Massachusetts 02210

19

20

21
              COURT REPORTER: Kenneth McClure, RMR
22                     117 Bank Street
                    Burlington, Vermont 05401
23

24

25

                  COURT REPORTERS ASSOCIATES
```

1   work is done, whatever attic insulation is in place is
2   disturbed; in many cases, substantially disturbed.
3   Q.    Now, you were asked about some of the materials --
4   A.    Uh-uh.
5   Q.    -- that I had shown to you.
6   A.    Yes, I was.
7   Q.    And one of the things that you have seen was a
8   videotape containing various activities?
9   A.    Uh-uh.
10  Q.    Do you recall reviewing that last night?
11  A.    I do.
12  Q.    I believe it is marked as Deposition Exhibit 1 for
13  the record.  The first scene that you reviewed was a
14  scene showing an individual cleaning up Zonolite with a
15  shop vac.  Do you recall that?
16  A.    Yes, I do.
17  Q.    Have you and your employees removed Zonolite using
18  shop vacs?
19  A.    Not from an attic situation, as is shown there,
20  but we have cleaned -- spilled run-out Zonolite,
21  Zonolite that had come down as part of demolition,
22  certainly, with a shop vac.
23  Q.    And the activities depicted on the video, do you
24  have an opinion as to whether that activity understated
25  or overstated the degree of activity that you, as a

1    contractor, have used in cleaning the material?
2                MR. MURPHY:  Objection.
3    A.   As a builder and as a contractor, I would not have
4    chosen to remove Zonolite in that fashion, in that it
5    appears to me to be very time-consuming.
6    Q.   With respect to the vacuuming of the material
7    using a shop vac, that has spilled onto a floor, did
8    that pretty accurately show how the material would be
9    vacuumed using a shop vac?
10               MR. MURPHY:  Objection.
11   A.   Sure.
12   Q.   And I guess my question was:  Do you have an
13   opinion as to whether or not -- would a contractor be
14   using the same amount of force and energy in cleaning
15   up material using a shop vac as from what you saw on
16   the video?
17               MR. MURPHY:  Objection.
18   Q.   How would you describe it or relate it to a
19   contractor -- to the work you did as a contractor?
20               MR. MURPHY:  Could I -- I'm sorry.
21   Would you read that question back, please?
22               MR. TURKEWITZ:  Let me restate it.  Let
23   me restate that question.
24   Q.   How would you compare the level of effort and the
25   amount of disturbance that occurred when you cleaned up

```
 1  the material using a shop vac, compared to what was
 2  depicted on the video?
 3            MR. MURPHY:  Objection.
 4  A.   I would want someone working for me to get it over
 5  with.
 6  Q.   Okay.  Would you say that, in the real world, it's
 7  done more aggressively and quicker?
 8  A.   Yes, I would.
 9  Q.   Do you recall also reviewing the part of the video
10  showing removal of the material using a dustpan acting
11  as a small shovel?
12  A.   (The witness nodded.)
13  Q.   And have you done that work yourself in attics
14  with Zonolite?
15  A.   I have not done removal for the sake of removal.
16  We have certainly moved material away from areas that
17  need to be -- have blocking installed in them, dams
18  built, to make space for sistering joists, generally
19  done with a large grain scoop-shovel, as quickly as
20  possible.
21  Q.   And my same question that I asked earlier:  How
22  would you compare the level of effort that you saw in
23  the video of the person shoveling the material into a
24  bag, compared to how you and your employees did it?
25  A.   I would not hire the guy in the video.
```

1  Q.    Why is that?

2  A.    Time is money.

3  Q.    So would the level of effort that you and your
4  employees used in the real world, was it more
5  aggressive?

6  A.    Yes.

7  Q.    Same question with respect to the third sequence
8  that you viewed involving a ceiling penetration.  Do
9  you recall that?

10 A.    Yes, I do.

11 Q.    Did that accurately depict the work that is done
12 to open up a ceiling?  Are there any differences in how
13 it is done in the real world?

14 A.    It accurately depicts, certainly, what the scene
15 looks like.  Any ceiling penetration like that would be
16 cut with an electric tool, a saws-all (phonetic),
17 reciprocating saw.

18 Q.    By a contractor?

19 A.    Yes.

20 Q.    Do you recall seeing the Zonolite falling down?

21 A.    In the video?

22 Q.    Yes, sir.

23 A.    Yes, I do.

24 Q.    And have you done work with Zonolite where the
25 material came down on you, after cutting a hole in the

1  ceiling?
2  A.   Uh-uh.
3  Q.   Again, the same question: How would you compare
4  the work that was done the video with work done in the
5  actual real world?
6  A.   The personal protective equipment being worn in
7  the video.
8  Q.   Not worn in the real world?
9  A.   No.
10 Q.   How else would you compare it as far as the level
11 of activity?
12          MR. MURPHY:  Objection.
13 A.   It was being done with great care -- I would
14 characterize it as "great care" -- in the video, and
15 that is not typical of the real world.
16 Q.   So would you say, in the real world and in the
17 work that you did, it was done more aggressively?
18 A.   Yes.
19 Q.   I guess, with regard to the part of the video
20 where the individual is removing the material and
21 putting it into bags using a shovel, was that done, in
22 your opinion, with great care?
23 A.   Yes.
24 Q.   You also reviewed a report that was done by
25 Pinchin Environmental?

1  A.    Yes, I did.

2  Q.    And what was -- from your recollection, what type

3  of work was done in that study?

4  A.    Concentration levels of fibers, I believe, is

5  what --

6  Q.    But do you recall that it was studying what

7  happens when you demolish --

8  A.    Yes.

9  Q.    -- barracks, one-story barracks, with Zonolite?

10              MR. MURPHY:    Objection.

11 A.    Yes.

12 Q.    Do you recall the method that they used to

13 demolish those barracks?

14 A.    Yes, I do.

15 Q.    You mentioned that you have done full-house gut

16 projects in homes?

17 A.    Yes.

18 Q.    And did that work involve demolishing a ceiling?

19 A.    Yes.

20 Q.    Actually, you mentioned you did two, correct?

21 A.    Yes.

22 Q.    And how did you go about -- oh, by the way, before

23 I do that:  Those are ceilings that contain Zonolite on

24 top?

25 A.    That is correct.

1  Q.   And how did you go about demolishing those
2  ceilings?
3  A.   You can work from underneath, you can work from
4  above.  We have done both.  Lath and plaster lends
5  itself pretty well to standing in the attic and kicking
6  the lath off.
7  Q.   Kicking it down below, kicking it so it falls to
8  the floor?
9  A.   Yes.
10 Q.   Okay.
11 A.   In either case, it falls to the floor.  It's a
12 question of whether you're standing under it or
13 standing over it.  It is done from below as well, with
14 pry bars and long pieces of lumber used as levers to
15 pry strapping and sheetrock or lath and plaster.
16 Q.   Now, when it is done from below, when people are
17 below doing it, does the material fall all over the
18 people below?
19 A.   Yes, it does.
20 Q.   And with regard to the video that you viewed of an
21 individual cutting a hole in the ceiling, is that the
22 same case, that the material will fall all over that
23 individual?
24 A.   Yes, it is.
25 Q.   And does it get all over that person's head and

```
 1  shoulders?
 2  A.    Yes.
 3              MR. MURPHY:  Objection.
 4  Q.    When you did this work, what type of clothing were
 5  you wearing?  You weren't working tibex (phonetic)
 6  suits, were you?
 7  A.    No.
 8  Q.    What kind of clothing were you wearing?
 9  A.    Work clothing.  T-shirts, sleeve shirts.
10  Q.    And did you wear any equipment such as tool belts
11  and things of that nature?
12  A.    Yes.
13  Q.    Would the material wind up in your tool belts?
14  A.    Yes.  In your clothing.
15  Q.    Would it also get inside your clothes?
16  A.    Yes.
17  Q.    Did the procedures that you saw in this Pinchin
18  Environmental -- or that were described in the Pinchin
19  Environmental report, did it pretty much describe the
20  type of work that you did with Zonolite in demolishing
21  ceilings?
22  A.    Yes, it did.
23  Q.    And then, what did you do with the material after
24  it fell to the floor?
25  A.    Shovel it up.  Trash cans.  Trash bags don't work
```


1  very well, particularly when you have a mix of lath,
2  plaster, insulation material.
3  Q.   What would happen when you shoveled it and put the
4  material into the trash cans?
5  A.   It is very, very dusty.
6  Q.   And then what would you do with that material?
7  A.   Take it outside into a truck or a trailer.  Dump
8  it.  Get the truck or trailer filled.  Take it to the
9  dump.
10 Q.   You also reviewed a number of renovation articles
11 and excerpts from books.  Do you recall that?
12 A.   Yes.
13 Q.   Those are marked as Deposition Exhibits 3 through
14 22?
15 A.   Yes.
16 Q.   Were these pretty much standard do-it-yourself
17 renovation-type articles and books that are out there?
18 A.   Yes.
19 Q.   And this is how you would expect a homeowner, or a
20 contractor even, to do the work as far as the
21 procedures that were used?
22 A.   Yes.
23 Q.   Do you recall these activities, activities that
24 you personally have done in renovating homes?
25 A.   Yes.