# GRACE ZONOLITE

**DIVISION W. R. GRACE & CO.**
BUILDING PRODUCTS LABORATORY
TRAVELERS REST, SOUTH CAROLINA

Laboratory Data Book No. __104__

Issued to Staff Member __Walter R. Payment__

Supervision __J. K. Chapin, Jr.__

PRINCIPAL SUBJECT: __Plaster Products__

__11-1-68__

Patent Applications Resulting from Data in this book:

| Patent Application # | Case # | Page # |
|---|---|---|
| # | Case # | Page # |
| # | Case # | Page # |
| # | Case # | Page # |
| # | Case # | Page # |

Date Returned to File _____

40054655

Method of Differentiation — 85

M.K-3 ; M.K-4

MK-3 (6.5 pcf. Agg)

| | | |
|---|---|---|
| 36 cf. Verm. = | 234 | 29.2% |
| Gypsum | 467 | 58.3% |
| Asbestos | 100 | 12.5% |
| | 801 | 100.0 |

MK-4 (6.5 pcf-Agg)

| | | |
|---|---|---|
| Verm. = | 234.0 | 38.0% |
| Gypsum | 357.2 | 58.0 |
| Fiber (cr lit.) | 24.6 | 4.0 |
| | 615.8 | 100.0 |

Ignition @ 1600 for ½ Hour should Drive off All H₂O from $CaSO_4 \cdot \frac{1}{2}H_2O$ and ½% H₂O from Verm and Fiber.

MK-3
- Ca = 40.08
- S = 32.06
- O₄ = 64.00
- ½H₂O = 9.0088
- = 145.16

2·14·71

WRA

40054742