```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

IN RE:                          )   Case No. 01-1139(JKF)
                                )   Chapter 11
W.R. GRACE, et al.,             )
                                )   Bankruptcy Courtroom No. 2
                                )   824 Market Street
            Debtors.            )   Wilmington, Delaware 19801
                                )
                                )
                                )   September 23, 2002
                                )   10:12 A.M.

                    TRANSCRIPT OF OMNIBUS HEARING
                BEFORE HONORABLE JUDITH K. FITZGERALD
                    UNITED STATES BANKRUPTCY JUDGE
APPEARANCES:

For Debtors:              Reed Smith
                          By:  JAMES J. RESTIVO, JR., ESQ.
                               JAMES W. BENTZ, ESQ.
                          435 Sixth Avenue
                          Pittsburgh, Pennsylvania 15219

                          Kirkland & Ellis
                          By:  JANET S. BAER, ESQ.
                          200 East Randolph Drive
                          Chicago, Illinois 60601

                          Pachulski Stang Ziehl Young & Jones
                          By:  SCOTTA McFARLAND, ESQ.
                          919 North Market Street, 16th Floor
                          Post Office Box 8705
                          Wilmington, Delaware 19899-8705

For Asbestos P.I.         Campbell & Levine
Claimants:                By:  MARK HURFORD, ESQ.
                          1201 Market Street, 15th Floor
                          Wilmington, Delaware 19801

Audio Operator:           Sherry Scaruzzi


         Proceedings recorded by electronic sound recording,
             transcript produced by transcription service.
```

**TRANSCRIPTS PLUS**
435 Riverview Circle, New Hope, Pennsylvania 18938
e-mail courttranscripts@aol.com

215-862-1115   (FAX) 215-862-6639

Appearances:
(Continued)

| | |
|---|---|
| For the Equity Committee: | Klett Rooney Lieber & Schorling<br>By: JEFF WAXMAN, ESQ.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801 |
| For Asbestos P.D. Claimants: | Ferry Joseph and Pearce, PA<br>By: THEODORE TACCONELLI, ESQ.<br>824 North Market Street, No. 904<br>Wilmington, Delaware 19899<br><br>Bilzin Sumberg Dunn Baena Price and Axelrod LLP,<br>By: SCOTT BAENA, ESQ.<br>     JAY SAKALO, ESQ.<br>First Union Financial Center<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, Florida 33131<br>(via telephone) |
| For Libby Claimants: | Klehr Harrison Harvey Branzburg & Ellers, LLP<br>By: STEVEN KORTANEK, ESQ.<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801 |
| For Maryland Casualty: | Connolly Bove Lodge & Hutz, LLP<br>By: JEFFREY WISLER, ESQ.<br>1220 Market Street, 10th Floor<br>Post Office Box 2207<br>Wilmington, Delaware 19899 |
| For Z.A.I. claimants: | Elzufon Austin Reardon Tarlov & Mondell<br>By: WILLIAM SULLIVAN, ESQ.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, Delaware 19899-1630<br><br>Richardson, Patrick, Westbrook & Brickman, LLC<br>By: EDWARD WESTBROOK, ESQ.<br>174 East Bay Street<br>Charleston, South Carolina 29402 |

**J&J COURT TRANSCRIBERS, INC.**

Appearances:
(continued)

| | |
|---|---|
| For T. Kane: | Fox Rothschild O'Brien & Frankel<br>By: JASON CORNELL, ESQ.<br>Mellon Bank Center,<br>919 North Market Street, Suite 1400<br>14th Floor |
| Simberg, Ganon, Krevans | Conroy,<br>and Abel, P.A.<br>By: STUART COHEN, ESQ. |
| For Unsecured<br>Creditors' Committee: | Stroock and Stroock and Lavan<br>By: ARLENE G. KRIEGER, ESQ.<br>180 Maiden Lane<br>New York, New York 10038-4982 |
| For Ace: | White and Williams<br>By: LINDA M. CARMICHAEL, ESQ.<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, Delaware 19899-0709 |
| For CNA: | Ford Marrin Esposito Whitmyer & Gleser<br>Wall Street Plaza<br>New York, New York 10005-1875 |

INDEX

AGENDA ITEMS                                                   Page

Items 1 through 45                                              5**
Item 46                                                         13*
Item 47                                                         13
Item 48                                                         13
Item 49                                                         28

MISCELLANEOUS ITEMS

Z.A.I. scheduling                                               79
English and American Insurance Company discovery                86
Full captions on documents                                      89
Business plan discussion                                        91
Schedule of dates for 2003                                      94

*Continued to October 28, 2002, 10 A.M.
**Continued to November 25, 2002, 10 A.M.

THE COURT: This is the matter of W.R. Grace, Bankruptcy Number 01-1139. There is an agenda set for this afternoon. Will anyone who speaks when you speak please enter your appearances. Good morning.

MS. BAER: Good morning, Your Honor. Janet Baer on behalf of W.R. Grace.

Your Honor, I believe the first 45 items on the agenda have to do with fee applications.

THE COURT: Yes.

MS. BAER: I have spoken with Mr. Smith. He is not on the phone but will be -- is available on the telephone if you'd like to speak with him or have him participate. He did not feel it was necessary.

What he would like to do is have a little time on these first three interim periods. He is issuing reports now. The reports are being responded to by counsel. The thought was that a hearing be set for later, perhaps near or if not at the November omnibus hearing. Your Honor, in that respect, obviously all counsel are concerned they'd like to get the remaining 20 percent of fees not paid by the end of the year. We've been waiting for almost a year and a half for some of the fees. So, I would say the first opportunity we could get to

is hazardous. And so it is true that we have objected to some of the requests on the grounds of relevance and overbreadth because it hasn't been limited to the finished product.

Everyone agrees, Your Honor, at least in the Barbanti preliminary injunction hearing, their experts and our experts, this material, the finished product, contains by weight one one-hundred to one one-thousandth of one percent of asbestos, if it's in there at all. And so to dig out documents and produce documents relating to what happened when you mine the material clearly is beyond the scope of what this Court is trying to determine what does science tell us about the Z.A.I. in the attic.

And, therefore, we have not attempted to give environmental documents, Libby disease documents, mining documents, et cetera.

We do agree and have agreed with Mr. Westbrook in his comment at the August 26th hearing, he does need testing related to Z.A.I. We've agreed to give him testing related to Z.A.I. and there are a lot of documents related to that. And he's going to get them.

They've been in our repository now for two weeks, Mr. Turkewitz plus three individuals, although Mr. Turkewitz left after a couple of days and the individuals are there. We pointed them to 61 boxes of what traditionally and historically has been called notice documents in the non-Z.A.I. litigation.