# GRACE

Construction Products Division

TO: R. L. Asher/CPD Winter Park
    T. P. Feit/CPD Santa Ana
    W. K. Rogers/CPD Somerville
    B. C. Rugg/CPD Atlanta
    J. I. Stone/CPD Chicago

    R. D. Dratnol/CPD Atlanta
    A. B. Canahl/CPD Santa Ana
    M. G. Lopinto/CPD Somerville
    W. C. McDaniel/CPD Winter Park
    R. A. Schivinski/CPD Chicago

DATE: July 2, 1987

FROM: J. M. Spiak

SUBJECT: July Progressive Builder

cc: J. A. Danneker
    J. S. Hamilton
    W. R. Hanlon
    P. E. Korenberg
    R. H. Locke
    J. J. Worthington

    The attached feature article highlights Attic Fill, which was discontinued in 1984. It seems likely that it may be circulated around.

Joe

J. M. Spiak

/d
Attch.

25150642

July 1987
$3.50

# Progressive Builder
*ENERGY EFFICIENCY AND QUALITY HOME CONSTRUCTION*





**IN THIS ISSUE**

FINE POINTS OF KITCHEN CABINETS

PLUS—

FRESH AIR FOR HOUSES

DANGER IN VERMICULITE

ROOF FLASHING

WHAT'S BEST IN SUNROOMS



********** 5-DIGIT 02140
PL 00001           BN 00009    d907
SCR081402URO62*WH15
005 A 02URO
W R GRACE & CO
62 WHITTEMORE AV
CAMBRIDGE, MA 02140

25150643

# TECH TALK

# And Now, Vermiculite

For more than a decade, manufacturers and government agencies have known that vermiculite is laced with life-threatening asbestos fibers. Much of it is used as loose-fill insulation in attics. Although two-thirds of the vermiculite mined in the United States is used by the construction industry, little action is being taken to safeguard builders and remodelers who install or remove it.

Aware of the potential health threat, the U.S. Environmental Protection Agency (EPA) contracted Versar Inc., of Springfield, Va., in 1982 to assess the extent of human exposure to vermiculite. The environmental engineering and testing firm identified four active mines in the United States operated by W. R. Grace near Libby, Mont., and in Enoree, S.C., and by Patterson Vermiculite Co. in Enoree, and Virginia Vermiculite in Louisa County, Va.

The investigators acknowledged that "some vermiculite is not contaminated with asbestos." Nevertheless, the problem was so widespread that the Versar researchers assumed asbestos "is present as a contaminant in the vermiculite processed at all of the exfoliation plants."

When the mica-like material is mined, it resembles a closed book with pages of thin flakes bound tightly together. The ore is heated above 1000°F, evaporating the water trapped between the flakes. The vermiculite expands, or exfoliates, forming the final low-density, free-flowing product. In 1982, 52 exfoliation plants were operating in 32 states. Asbestos fibers were found floating in the air 30 miles away from the vermiculite processing and packaging plants.

The Versar Report estimated that 476,000 tons of loose-fill vermiculite insulation had been installed during the nine-year period ending in 1980, exposing 1.6 million installers and 4.2 million inhabitants to asbestos fibers. While these exposures are substantial, they fail to account for the houses insulated with vermiculite before 1972 or after 1980. The exposure of remodelers or homeowners who disturbed vermiculite already in place was not assessed.

### Weighing the risk

Experts assume that asbestos fibers in vermiculite are only dangerous when they are inhaled. Once the insulation is installed and settles, further exposure may be limited. Or, activity in attics; gaps in the framing, holes in ceiling light fixtures, and ventilating air currents could expose occupants to the invisible fibers.

"Usually the fibers are shorter than we would be concerned with in occupational safety at least as far as the standard goes," says Dan Crane, supervisor of asbestos operations at the Occupational Safety and Health Administration's (OSHA's) Analytical Laboratory in Salt Lake City.

The OSHA standard deals with fibers that are 5 microns or longer and can be seen with a phase-contrast microscope. Based on these criteria, some vermiculite samples contain asbestos while others do not. When vermiculite samples are analyzed under an electron microscope, shorter and finer fibers are found. Whether these fibers should also concern OSHA is the subject of a raging controversy.

PROGRESSIVE BUILDER took three samples of vermiculite loose-fill insulation from the attic of an old building and sent them to Shelburne Laboratories, Inc., in Shelburne, Vt. Ninety percent of the lab's work relates to testing building materials for asbestos and assessing exposure levels.

Using scanning electron microscopy, Shelburne discovered the vermiculite contained tremolite, a dangerous form of asbestos, in concentrations of 1, 2, and 5 percent. The fibers were up to 200 microns long and less than 1 micron in diameter. While fibers longer than 5 microns can be inhaled and lodge in the lungs, fibers as long as 200 microns might not be breathable unless they break apart.

"I want to get more definitive data on actual percentages and develop some statistical numbers," said Robert Emerson, director and president of Shelburne Laboratories. Meanwhile, Emerson says, he doesn't believe people should be alarmed about finding vermiculite in their attics.

Bill Ewing, who leads the Asbestos Program Group at Georgia Tech Research Institute, states: "Nobody knows what the hazard would be for those cases where vermiculite containing asbestos is present in attics.

"What you don't want is some homeowner going up in the attic and trying to suck it up with a Shop-Vac or something. That would really stir it up," he says.

Ewing advises remedial action on a case-by-case basis. If the dust may be combining with the air supply in occupied spaces, action ought to be considered.



*Bundle of trouble: Tremolite asbestos fibers in vermiculite attic insulation were found in concentrations as high as 5 percent under a scanning electron microscope.*



*Spiked: Characteristic of tremolite asbestos, fibrous magnesium (Mg), silicate (Si), and small amounts of calcium (Ca) and iron (Fe) show up on the elemental scan of vermiculite insulation. Gold (Au) and palladium (Pd) are used to coat the sample for the analysis.*

"If I took several samples and found 3-percent tremolite asbestos by polarized-light microscopy, and it was in an open attic where summer clothes were stored, which were shook out when they were removed from the attic, then I would say they had a problem."

### Professional behavior

OSHA insists that workers not be exposed to levels of asbestos exceeding an average of 0.2 fibers per cubic centimeter over an eight-hour period.

If a contractor intends to disturb any building material suspected of containing asbestos, the law requires the materials be tested. If the bulk sample contains more than 0.1 percent of asbestos, and if the nature of the work seems likely to raise the airborne levels above 0.1 fiber per cubic centimeter over the course of eight hours, the contractor has to monitor the air, train workers, monitor their exposure, and comply with several other provisions. At 0.2 fibers per cubic centimeter, the permissible exposure level (PEL) has been reached, triggering the requirement for restricted entry areas on the job, the use of respirators, and protective clothing for the workers.

Wherever asbestos is present, the standards apply for these construction activities in buildings: demolition or salvage; construction; alteration; repair; maintenance; and renovation.

For all practical purposes, the regulations are aimed at big contractors working on major projects. Still, whenever vermiculite is encountered on the job, it should be tested.

"If the contractor finds it [asbestos] he must tell everyone else who is working there what was found," counsels OSHA's Don Crane.

Since January 17, 1987, any construction product with more than 0.1 percent asbestos has to be labeled. A materials safety data sheet apprises workers of the contents and advises them on precautionary measures.

In addition to OSHA's involvement, EPA is expected to decide by November 30 whether or not it should regulate the vermiculite manufacturing industry, which is presently not covered by existing standards except, possibly, indirectly through controls on the removal of asbestos in institutional buildings, commercial structures, and multi-family housing.

If a building or any part of it is to be demolished, contractors must search for asbestos. Suspicious materials must be examined under a microscope. EPA steps in if the material contains more than 1 percent asbestos.

"We will tell the contractor exactly what to do when removing it," says EPA chemical engineer John Copeland.

"Generally, you have to keep it wet and in special bags, which are specially labeled, and then dispose of it at a special landfill in a special way."

EPA regulations intentionally exclude apartments with less than four dwelling units. However, state or local agencies have discretionary power to enforce regulations for single-family dwellings.

Vermiculite can be analyzed by competent laboratories. A test using a polarized-light microscope costs about $35. Scanning electron microscopy is a better test. A laboratory will charge around $100 for this test, which provides a chemical analysis of the substance as well as an identification of the fibers.

### New products

Vermiculite insulation manufacturers are aware of the problem. Some producers have told EPA that their material contains much less than 1 percent asbestos. Others import vermiculite from mines believed to be free of asbestos-contaminated ores.

"Our insulation is clean," says Kim Schundler, marketing manager for the Schundler Company, a manufacturer of vermiculite insulation in Metuchen, N.J. The source of Schundler's ore is in South Africa. Schundler brushes off questions about the social implications of South African imports.

"It [vermiculite] is not on the list of embargoed items, and probably never will be, because the government uses it for national defense-type contracts, so it is exempt," he said.

In 1979 Eric Chatfield, formerly the head of the now defunct Electron Optical Laboratory at the Ontario Research Foundation, visited South Africa and personally collected vermiculite samples. Under carefully controlled conditions, he exfoliated and analyzed the material. None of the vermiculite was contaminated by asbestos.

Last year, Irina Sherman, project scientist with the Materials Characterization Group at the Ontario Research Foundation, examined vermiculite from South Africa for Ontario Hydro. Sherman found just a trace of asbestos.

"People were upset. They said, 'How come a few years ago it was stated that there is no asbestos and now you find some,'" Sherman said. "Basically, the [Chatfield] study was done a long time ago, and you don't know what's happening over the years when a mine is being explored."

While sweeping generalizations are impossible, the studies in Canada so far indicate that South African vermiculite is virtually pure.

Domestically, mines on the East Coast generally do not yield the course grades of vermiculite favored for attic insulation. Most of the material present in U.S. houses is likely have come from South Africa or from Libby, Mont. – *Paul Fisette*

25150645

PROGRESSIVE BUILDER