

# THE JOURNAL OF LIGHT CONSTRUCTION

MAY 2003
$4.95

## FRAMING AN OCTAGONAL ROOF

## TOOL TEST FIXED-BASE ROUTERS

## WORKING WITH FLEXIBLE MOLDINGS

## ON SITE WITH GEOSYNTHETICS

JLCONLINE.COM

DEPOSITION EXHIBIT
Corn
NO. 1  5-29-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

HBXNHLGC*******AUTO** 5-DIGIT 29461
H037FB000014986097# 0305    FEB04   2.
ALEX HOLDGATE                      312
KALMAN CONST                         6
STE 305
317 WINGO WAY
MT PLEASANT SC 29464-1803

# Letters

secure in the brick, rigid connections like nails could crack the masonry horizontally near the top of the wall the frame settles, even slightly.

Bill Thibadeau
Norcross, Ga.

### Rainscreen Siding Details

To the Editor:

I read Joseph Lstiburek's "Water-Managed Wall Systems" with great interest. His comment that today's #15 and #30 felts do not perform as the old-style asphalt-impregnated felts did is a condemnation of the constant search for manufacturing things more cheaply. Several years ago, we had a similar situation with fiberglass roof shingles cracking all over the country because the industry skimped on the amount of asphalt needed to stabilize the fiberglass mats.

To prevent the problems Lstiburek describes in his article, I have specified the rainscreen (referred to by Lstiburek as "water-managed wall systems") on several houses, including my own, over the last 15 years. The results appear to be very satisfactory: no more peeling paint, rotting walls, and splitting, curling clapboards.

I found one thing missing from Lstiburek's article: There is no mention of the need to screen the drainage spaces to keep out insects and rodents. For this, I have used GAF's Cobra Fascia Vent, a spun plastic material similar to that used for some ridge vents. It seems to be the perfect material for this application: It is 3 inches wide by 1 inch thick. It fits well between 1-by furring strips, compressing easily to fit the depth of the furring. It comes in 50-foot coils, two coils per pack. You can special-order it from building material suppliers handling GAF ventilation and roofing materials.

I wish all builders and remodelers would get on the bandwagon and install all sidings on furring strips as I see done on Canadian modular units shipped to Vermont. It's an inexpensive insurance policy that eliminates most siding callbacks and can only lead to satisfied customers.

Henri de Marne
Waitsfield, Vt.

### What To Do With Vermiculite Insulation

To the Editor:

After reading your article "Vermiculite Insulation: Asbestos Threat?" (*In the News*, 3/03), I looked at a job renovating an attic and noticed that the previous builder had used vermiculite insulation. I was wondering what steps I should take to dispose of this. Also, I was wondering if there was somewhere I could send a sample to determine if it contains tremolite. Should this insulation be removed, or would covering it with fiberglass insulation be a safe alternative?

Bill Harrington
Battenkill Builders
Bennington, Vt.

*continued on page 14*



The Arrow X Machine ETFX50™

**X**TRA HEAVY DUTY Professional
**X**CEPTIONAL COMFORT Cushioned Grip
**X**PERT PERFORMANCE Drives 6 Different Size Staples+Nails
**X**TRAORDINARY POWER 14 Amps of Surge Power
**X**CITING DESIGN New Ergonomic Styling

...It's what you've come to **X**PECT from Arrow!

MADE IN USA
Keeping America Strong

Available at home centers, lumberyards, and fine hardware stores wherever professional tools are sold!

Arrow Fastener Co., Inc., 271 Mayhill Street, Saddle Brook, New Jersey 07663
Canada: Jardel Distributors, Inc., 6505 Metropolitan Blvd. East, Montreal, Quebec H1P 1X9
Arrow Fastener (U.K.) Ltd., Unit 5 ZK Park, 23 Commerce Way, Croydon CR0 4ZS, Surrey, United Kingdom
www.arrowfastener.com

Circle #85 or go to www.thru.to/jlc

# Letters

*continued from page 12*

*Ion Vara responds:* According to EPA
[projec]t manager Jim Christiansen, who
[is in c]harge of a federal cleanup of ver-
[micu]lite-containing attics in Libby,
Mont., carefully covering the vermiculite
with fiberglass without disturbing it will
probably not raise enough dust to cause
much of a hazard, but it won't make
the problem go away, either. If you're
going to venture into the attic, wear a
well-fitted respirator equipped with a
HEPA cartridge and a disposable Tyvek
suit; the homeowner should take similar
precautions before going into the attic.

The only way to eliminate the problem is to have a qualified asbestos-abatement contractor come in and remove the vermiculite and confirm that the area and the living space are free of fibers. There are well-established methods for doing that, but it's not going to be cheap. Don't try to remove the material yourself, or you're likely to spread asbestos fibers throughout the living space.

To add to the confusion, there's a serious inconsistency between law and science with regard to vermiculite. Under EPA regulations, only substances that contain more than 1% asbestos are regulated as asbestos-containing materials. Jim Christiansen notes that although an individual sample of vermiculite may contain anywhere from a nondetectable amount of asbestos up to 5% or so, a reading at or near the bottom of that range definitely does not mean that the material is safe. "The 1 percent standard was developed for things like pipe wrap, where you're talking about a solid material," he says. "The asbestos in vermiculite is so friable and becomes airborne so easily that it's hazardous even at very low levels."

### Safety First, Please
To the Editor:

How many times do we safety-conscious contractors need to write in to tell you that you have a hazard on your front cover (3/03)? Safety glasses on the saw stand, not on his face! And tell me he is not making a cut with his left arm on the right side of the blade.

We pay more than $30 per hundred paid on carpenters making less than $22 per hour for workers' compensation. Do we really want to start using your magazine as a safety test — "What is wrong in this picture"? I would hate to not be able to attend *JLCLive* this year because of higher work comp rates. Your careless approach to safety affects everyone from you to the builder, costing more to the end consumer. Enough said.

I'm a Pissed-Off, Accident-Free, Safety-First General Contractor who



**Hurricane strength winds... and still no call-backs.**

With its patented Twister Lock and Cyclonic Locking System, Cedar Peaks continues to set the standard for siding design and engineering. These advanced locking technologies combine to deliver wind load resistance rated to withstand winds of 187.3 mph.[1] Cedar Peaks features a sturdy .046" thickness – doubled at the nailing hem – for exceptional strength. The distinctive Cedar Grain finish adds to the attractive look of Cedar Peaks while the Nail Depth Guide provides the consistency and ease of installation that contractors appreciate. Cedar Peaks also showcases Heartland's famed Weather Barrier Shield and Tri-Pigment (IR) Reflective Technology.

**Prove it to yourself.**
Cedar Peaks is your best choice for Premium Siding.

Available in 15 designer colors and in the following profiles:
Double 4.5" and Double 4.5" Dutch Lap.

Contact your Heartland Distributor or Call Heartland today: 1-800-432-7801 or visit www.heartlandsiding.com

Your Heartland distributor gives you all the tools to help build your business:
• New FREE Web-based Training: "Sensational Selling from the Heart"
• HeartLink Lead Generation Programs
• Certified Remodeler Program

*Windload Testing is based on ASTM 5206 testing and the results are reported per ASTM 3679 Section 5.11.*

Circle #100 or go to www.thru.to/jlc