<pre>
                                                          Page 1
 1       IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                     DISTRICT OF DELAWARE
 2
                            - - - -
 3

 4   IN RE:

 5
     W.R. GRACE, et al.,                    Chapter 11
 6                                          01-01139 (JKF)

 7        Debtors.

 8

 9
                            - - - -
10
              DEPOSITION OF:  DR. RICHARD J. LEE
11
                            - - - -
12

13

14              DATE:      June 6, 2003
                           Friday, 9:17 a.m.
15

16

17              LOCATION:  REED SMITH, LLP
                           435 Sixth Avenue
18                         Pittsburgh, PA  15219
                           412-288-3131
19

20

21              TAKEN BY:  Claimants

22

23
                REPORTED BY: G. Donavich, RPR, CRR
24                           Notary Public
                             AKF Reference No. 75810
25
</pre>

| | | |
|---|---|---|
| 1 | Q. | Okay.  It looks like the analysis -- it appears |
| 2 | | the analysis was done by PLM using the EPA |
| 3 | | method of the determination of asbestos in bulk |
| 4 | | building materials? |
| 5 | A. | Correct. |
| 6 | Q. | Looks like, also, that the analyst measured |
| 7 | | both the amount of asbestiform tremolite and |
| 8 | | also the amount of cleavage fragments.  Is that |
| 9 | | correct? |
| 10 | A. | In the coarse, yes. |
| 11 | Q. | Is this a weight percent measurement that was |
| 12 | | done? |
| 13 | A. | Yes. |
| 14 | Q. | Okay.  And the results are reported on Page 4 |
| 15 | | for the asbestiform amphiboles.  Is that |
| 16 | | correct? |
| 17 | A. | That's correct. |
| 18 | Q. | And the results were as high as 2.59 percent of |
| 19 | | asbestiform amphiboles.  Is that correct? |
| 20 | A. | That's correct. |
| 21 | Q. | That's for an entire sample for all different |
| 22 | | layers of the sample? |
| 23 | A. | Correct. |
| 24 | Q. | In fact, the samples, top, middle, and bottom, |
| 25 | | the amount, the total amount of asbestiform |

1               measurements and see.
2     Q.        You expect to see some variation when you're
3               sampling for asbestos from one location to
4               another side by side. Correct?
5     A.        There's natural variation, because you're
6               counting small quantities of fibers.
7     Q.        You also are rendering opinions regarding dust
8               testing. Correct?
9                    MR. RESTIVO: Do you have a --
10                   THE WITNESS: Are you changing gears
11              here?
12    BY MR. TURKEWITZ:
13    Q.        A little bit. I'm going to go through this
14              real quick.
15    A.        Yeah. As a general proposition.
16    Q.        Do you agree that dust testing can be used to
17              determine the presence or absence of asbestos
18              on a surface?
19    A.        Sure.
20    Q.        Do you agree that dust testing can also be used
21              to determine the source of the asbestos on that
22              surface?
23    A.        At least in some cases.
24    Q.        In this case when you were dealing with Libby
25              amphiboles, you could determine that. Correct?

1  A.   Most likely.
2  Q.   Are you aware that EPA used the ASTM dust test
3       method for sampling dust at Libby?
4  A.   Yep.
5  Q.   And you're aware that EPA used it as a
6       decision-making tool to determine whether or
7       not it was asbestos in dust in homes with ZAI?
8  A.   You'd have to ask EPA that.  I don't know that
9       answer.
10 Q.   Are you aware that they used the ASTM dust test
11      method in homes where Libby miners once worked
12      to determine the presence of asbestos in those
13      homes?
14 A.   I don't know.
15 Q.   Are you aware that EPA used the indirect method
16      for air sampling?
17 A.   Yeah, in some cases.
18 Q.   In what cases did they use the indirect method?
19 A.   It's a little bit hard to tell.  I don't know
20      exactly.  The protocol said not to use it.
21 Q.   And, Dr. Lee, you have performed dust testing,
22      have you not?
23 A.   Sure.
24 Q.   Your laboratory has analyzed dust samples on
25      behalf of clients.  Correct?

```
 1             Start counting stuff for a screening
 2     method for between twenty-five and
 3     twenty-five-to one aspect ratio, less than a
 4     half micron in diameter in bundles, and you'll
 5     get -- you'll develop a viable screening
 6     procedure for asbestos.
 7             MR. RESTIVO:  That's all I have.
 8                     - - - -
 9                  RE-EXAMINATION
10                     - - - -
11  BY MR. TURKEWITZ:
12  Q.  Dr. Lee, you were just talking about dust
13      testing that your company is doing.  How many
14      dust samples have you analyzed in the last year
15      for building owners?
16  A.  I don't know the answer.
17  Q.  Hundreds?
18  A.  Oh, I would think so, yeah.
19  Q.  You would think so?
20  A.  Yes.
21  Q.  Thousands?
22  A.  I doubt thousands, but --
23  Q.  Hundreds?
24  A.  Yes.
25  Q.  Now, the cases that Mr. Restivo was talking
```