C O N F I D E N T I A L

03637747   **CAMBRIDGE**

REC'D FEB 26 1976

TO: H. C. Duecker

DATE: February 23, 1976

FROM: Julie C. Yang

SUBJECT: Libby Ore Evaluation -
Ore Impurities

CC: H. A. Brown
    J. W. Wolter
    R. L. Oliverio/Libby
    R. J. Kujawa/Libby
    G. G. Vaplon/Libby
    O. F. Stewart/Enoree
    R. H. Locke
    J. L. Young
    File: 71-048

## PURPOSE

The objective of this investigation is to determine the tremolite content for each of the three mill circuits and end products at Libby.

## SAMPLE SELECTION

Samples have been collected by G. Vaplon:

(a) material which entered the circuit,
(b) material which came out of the circuit,
(c) screened plant products as control and comparison with (a) & (b).

Fourteen materials were received:

| | | |
|---|---|---|
| (1) | Clean Conc. | 8 x 20 |
| (2) | Rough Conc. | 8 x 20 |
| (3) | Rough Conc. | 20 x 65 |
| (4) | Clean Conc. | 20 x 65 |
| (7) | Rough Feed | 8 x 20 |
| (8) | Clean Feed | 8 x 20 |
| (9) | Rough Feed | 20 x 65 |
| (10) | Clean Feed | 20 x 65 |
| (11) | #1 Composite | |
| (12) | #2 Composite | |
| (5) | #3 Composite | |
| (6) | #4 Composite | |
| (13) | #5 Composite | |
| (14) | Humphrey Sizer Concrete | 12/3/75   9:00 a.m. |

## EXPERIMENTAL

I) Humphrey Sizer

    **1. Separation**

    The rock and fiber were separated from the vermiculite plates by hand-picking.

    **2. Method of Analysis**

    Each portion has been weighed carefully and then x-rayed for their mineral content.

15108601

To:   H. C. Duecker
From: Julie C. Yang
      Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

03637748

### 3. Results and Accuracy

|  | Wt. % | Accuracy % |  |
|---|---|---|---|
| Vermiculite | 86.71 | 86.71 ± 0.43 | approx.* |
| Rock | 10.58 | 10.58 ± 0.05 | approx.* |
| Tremolite | 2.71 | 2.71 ± 0.01 |  |
| Total | 100.00 |  |  |

*. The rock content may be higher than the figure shown at the expense of vermiculite, since some of the granules can be classified as vermiculite fine aggregates (showed vermiculite x-ray pattern) but may not be expandable as we previously found (report 11/3/75 - Properties of Libby Vermiculite Ore). The fiber portion showed a good x-ray pattern of pure tremolite with no rock contaminations.

## II) 8 x 20 Circuit and End Products #1, 2 & 3

### 1. Separation

The samples in this group were sized by Ro-Tap screening to +50 and -50 fractions. 100 gram vermiculite sample was Ro-Tapped for 16 minutes total, a ten minute increment first, then three 2-min.consecutive intervals to insure the achievement of constant weights.

Then from the +50 size fractions, fibers were hand-picked and weighed. The bulk materials remaining were then chemically expanded with 30% $H_2O_2$ individually. The light expanded vermiculite thus was separated from the heavy rocks and fiber bundles by water flotation. Both portions were collected, dried and weighed, then ground to -100 mesh and subjected to x-ray examination.

### 2. Method of Analysis

Tremolite remaining in the samples was determined by quantitative x-ray diffraction analysis, and the values were added to those of the hand-picked tremolite. In quantitative x-ray analysis a calibration curve was constructed to determine tremolite by adding a known amount of Libby tremolite (hand-picked from #2 composite, opened and cleaned) to a hand-picked pure vermiculite sample. The curve was made for determinations up to 10% tremolite.

The total area under the $2\theta = 28.5°$ in the diffraction pattern, the peak responded to the max intensity peak of tremolite, was computed for the quantitative studies, and a second peak (height only at $2\theta = 10.5°$) was employed as a check for the interference (Figure 1).

'To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

03637749

### 3. Result and Accuracy of Analysis

Experimental results are listed in Table 1. Since the detection limit of tremolite by x-rays is about 0.2% in a specific sample, for very low concentration occurence tremolite has to be concentrated in the sample by removing the bulk of vermiculite. Vermiculite can be removed easily by chemical expansion with 30% $H_2O_2$ followed by flotation.

On the chart, three tremolite contents (actually the range) were given based on the detection limitations.

### 4. Comparison of Material from 8 x 20 Circuit and End Products Composite #1, #2 and #3

The rock content of composites #1 and #2 are in line with those of the concentrates in the 8 x 20 circuit, but the tremolite content in these composites are definitely higher than the concentrates. The exceptionally high tremolite content is noted in Composite #2. The fiber contents in the 8 x 20 concentrates are slightly less than those in the corresponding feeds.

## III) 20 x 65 Circuit and End Products Composites #4 and #5

### 1. Separation and Analysis

The samples in this group were sized by Ro-Tap screening to 3 fractions, namely +70, -70 +100 and -100 mesh size using the procedure described in Section II $_1$.

In the +70 fraction of rough and clean concentrates, the fine fibers present were balled up to pea-sized white balls, which were separated by gentle screening. The fiber balls were retained on a 50 mesh screen and weighed. To check the fiber content, the weighed fiber balls were broken and redistributed in the sample and subjected to quantitative x-ray determination. Since the fiber contents were very low, vermiculite in these samples were expanded chemically and then removed by flotation prior to x-ray analysis.

In the -70 +100 and -100 mesh fractions, tremolite was determined directly from the sample as received; since the vermiculites present in these sizes are fairly small, the expansion and flotation will not separate the material effectively.

15108603

To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

Libby Ore Evaluation –
Ore Impurities

0363'7750

2.  Results and Accuracy

The experimental data is presented in Table 2. In the +70 fraction of the rough and clean concentrates, the white fiber balls of tremolite separated by gentle screening were found to be 0.32 and 0.22% respectively, in comparison to the values of <0.34 and 0.25% by x-ray method.

Again the tremolite contents were given in a range (max. and min.) in Table 2, based on detection limitations of the method.

3.  Comparison of Material for 20 x 65 Circuit
    and End Products #4 and #5

The fiber contents in the concentrates of the 20 x 65 circuit are definitely less than those in the corresponding feeds, and also in line with the end product #4 composite.

End product #5 showed quite a high fiber content (~3.5%) and also a high rock content. For a rough estimate, the unexpanded material in this composite is close to 40% of the total.

OBSERVATIONS and COMMENTS

1.  In the 8 x 20 circuit and the end product #1 and #2, most of the fibers present are in heavy bundles and very small amounts of fine fibers except some adhered to the surface of the vermiculite platlets.

2.  In the 20 x 65 circuit, most of the fibers present are opened fibrils or smaller bundles. They tend to ball up into small white spheres while the sample is being sized by screening.

3.  In the end products #4 and #5, the fibers are too short to form balls but are distributed widely throughout the matrix.

4.  From Tables 1 and 2, the concentrates in both circuits showed relatively less fiber than in the feeds.

5.  The expansion of vermiculite followed by flotation is a good method for separating the vermiculite from the rocks and the fiber, and the fiber content is then determined by x-rays but the method is good only when the vermiculite size is reasonably large (~70 mesh or larger).

6.  For the small sized vermiculite samples, the tremolite content can be determined only from the sample directly by x-rays quantitatively. If the need ever came to determine the rock content in the vermiculite, chemical delamination method with 15% LiCl can be employed. The method has been described in a previous report (T&A 48522, 9/12/75).

15108604

To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

03637751

## CONCLUSIONS

1. The possible tremolite content of end products of each size and of concentrates from the three circuits are:

| Circuit | Tremolite Contents, percent | |
|---------|------------|------|
| | Range | Mean |
| Humphrey Sizer | 2.70 - 2.72 | 2.71 |
| 8 x 20 | | |
| Rough concentrate | 0.21 - 0.71 | 0.46 |
| Clean concentrate | 0.10 - 0.59 | 0.35 |
| 20 x 65 | | |
| Rough concentrate | 0.4 - 0.86 | 0.63 |
| Clean concentrate | 0.74 - 1.20 | 0.97 |

| End Product | | |
|---------|------------|------|
| Composites #1 | 1.67 - 2.17 | 1.92 |
| #2 | 4.72 - 5.22 | 4.97 |
| #3 | 0.41 - 0.89 | 0.65 |
| #4 | 0.52 - 1.00 | 0.76 |
| #5 | 3.45 - 3.97 | 3.71 |

2. Based on the experimental data, the approximate amount of tremolite present in tons per day, out of each of the three circuits, will be as follows:

| Circuit | Total Materials out of the circuit (tons/day)* | Mean Tremolite Content (tons/day) |
|---------|------------|------|
| Humphrey Sizer | 220 | 5.96 |
| 8 x 20 | 295 | 1.16 |
| 20 x 65 | 513 | 4.10 |

\*based on 22 hours in a day.

3. The #2 composite showed the highest tremolite content (even more so than #5), and the fibers present are mostly in heavy bundle form, visible to the eye. This fact is also true for the material in the 8 x 20 circuit and other coarse end products #1 and #3. The tendency of fiber balling in the 20 x 65 circuit shows that the fibers are more opened or in thinner bundles in addition to some extra fines distributed throughout the end products #4 and #5, which will lead to the belief that there is some degree of down screening.

15108605

To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

03637752

4.   For quantitative x-ray analysis, the detection limit is about 0.2%. Be-
cause of the variation in x-ray response from sample to sample (variables
such as orientation, sample thickness, and packing conditions), the
accuracy of these determinations is approximately ±0.5% of the tremolite
present. Therefore, in Tables 1 and 2, computations showed the maximum
and minimum tremolite content possible to be present in the sample.

5.   A previous report on Libby vermiculite and tremolite density determina-
tions (1/13/76) showed an appreciable density difference between tremolite
(2.92 - 3.1) and vermiculite (2.28 - 2.61 depends on the degree weathering)
and the difference in morphology. Tremolite can be separated from vermicu-
lite by air elutriation technique based on the difference in velocity of
particle settling. Meanwhile, the vermiculite plates can be "polished" by
removing some of the fine dust and fiber adhered to the surface in the air
stream. A separate report will be written to describe the details of that
aspect shortly.

6.   The conclusions reached assume the samples are all representative samples
of the operation. In reality, we know we have considerable variation in
feed quality from minute to minute, hour-to-hour, and certainly from pile-
to-pile. This experiment should be repeated to obtain a better feel for
this variation. The sampling technique is probably the most significant
problem in the study. Reasonably good analytical results can be obtained
although very time-consuming. About $2.0M of laboratory time will be re-
quired to repeat this test.

Julie C. Yang

JCY:mlr
Attachments

15108606

03637753



Fig. 1 X-Ray Diffraction Method
Calibration for Tremolite Determination

15108607

Feb. 23 1976

E. EATON
1/CD CORRESPONDENCE
BOX #2

F. EATON BOX #2
H(C)D CORRESPONDENCE

C O N F I D E N T I A L

CAMBRIDGE

REC'D FEB 2 0 1976

1015177

TO: H. C. Duecker

DATE:    February 23, 1976

FROM: Julie C. Yang

SUBJECT:  Libby Ore Evaluation -
Ore Impurities



CC: H. A. Brown
    J. W. Wolter
    R. L. Oliverio/Libby
    R. J. Kujawa/Libby
    G. G. Vaplon/Libby
    O. F. Stewart/Enoree
    R. H. Locke
    J. L. Young
    File: 71-048

PURPOSE

   The objective of this investigation is to determine the tremolite content for each of the three mill circuits and end products at Libby.

SAMPLE SELECTION

   Samples have been collected by G. Vaplon:

   (a)  material which entered the circuit,
   (b)  material which came out of the circuit,
   (c)  screened plant products as control and comparison with (a) & (b).

Fourteen materials were received:

   (1)  Clean Conc.        8 x 20
   (2)  Rough Conc.        8 x 20
   (3)  Rough Conc.        20 x 65
   (4)  Clean Conc.        20 x 65
   (7)  Rough Feed         8 x 20
   (8)  Clean Feed         8 x 20
   (9)  Rough Feed         20 x 65
   (10) Clean Feed         20 x 65
   (11) #1 Composite
   (12) #2 Composite
   (5)  #3 Composite
   (6)  #4 Composite
   (13) #5 Composite
   (14) Humphrey Sizer Concrete   12/3/75   9:00 a.m.

EXPERIMENTAL

   I)  Humphrey Sizer

      1.  Separation

         The rock and fiber were separated from the vermiculite plates by hand-picking.

      2.  Method of Analysis

         Each portion has been weighed carefully and then x-rayed for their mineral content.

To:   H. C. Duecker
From:  Julie C. Yang
       Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

1015178

3. Results and Accuracy

|  | Wt. % | Accuracy % |
|---|---|---|
| Vermiculite | 86.71 | 86.71 ± 0.43  approx.* |
| Rock | 10.58 | 10.58 ± 0.05  approx.* |
| Tremolite | 2.71 | 2.71 ± 0.01 |
| Total | 100.00 |  |

*The rock content may be higher than the figure shown at the expense of vermiculite, since some of the granules can be classified as vermiculite fine aggregates (showed vermiculite x-ray pattern) but may not be expandable as we previously found (report 11/3/75 - Properties of Libby Vermiculite Ore). The fiber portion showed a good x-ray pattern of pure tremolite with no rock contaminations.

II)  8 x 20 Circuit and End Products #1, 2 & 3

1. Separation

The samples in this group were sized by Ro-Tap screening to +50 and -50 fractions. 100 gram vermiculite sample was Ro-Tapped for 16 minutes total, a ten minute increment first, then three 2-min. consecutive intervals to insure the achievement of constant weights.

Then from the +50 size fractions, fibers were hand-picked and weighed. The bulk materials remaining were then chemically expanded with 30% $H_2O_2$ individually. The light expanded vermiculite thus was separated from the heavy rocks and fiber bundles by water flotation. Both portions were collected, dried and weighed, then ground to -100 mesh and subjected to x-ray examination.

2. Method of Analysis

Tremolite remaining in the samples was determined by quantitative x-ray diffraction analysis, and the values were added to those of the hand-picked tremolite. In quantitative x-ray analysis a calibration curve was constructed to determine tremolite by adding a known amount of Libby tremolite (hand-picked from #2 composite, opened and cleaned) to a hand-picked pure vermiculite sample. The curve was made for determinations up to 10% tremolite.

The total area under the $2\theta = 28.5°$ in the diffraction pattern, the peak responded to the max intensity peak of tremolite, was computed for the quantitative studies, and a second peak (height only at $2\theta = 10.5°$) was employed as a check for the interference (Figure 1).

To:   H. C. Duecker                                 Libby Ore Evaluation –
From: Julie C. Yang          - 3 -                  Ore Impurities
      Feb. 23, 1976.

1015179

## 3.  Result and Accuracy of Analysis

Experimental results are listed in Table 1. Since the detection limit of tremolite by x-rays is about 0.2% in a specific sample, for very low concentration occurence tremolite has to be concentrated in the sample by removing the bulk of vermiculite. Vermiculite can be removed easily by chemical expansion with 30% $H_2O_2$ followed by flotation.

On the chart, three tremolite contents (actually the range) were given based on the detection limitations.

## 4.  Comparison of Material from 8 x 20 Circuit and End Products Composite #1, #2 and #3

The rock content of composites #1 and #2 are in line with those of the concentrates in the 8 x 20 circuit, but the tremolite content in these composites are definitely higher than the concentrates. The exceptionally high tremolite content is noted in Composite #2. The fiber contents in the 8 x 20 concentrates are slightly less than those in the corresponding feeds.

## III)  20 x 65 Circuit and End Products Composites #4 and #5

## 1.  Separation and Analysis

The samples in this group were sized by Ro-Tap screening to 3 fractions, namely +70, -70 +100 and -100 mesh size using the procedure described in Section II $_1$.

In the +70 fraction of rough and clean concentrates, the fine fibers present were balled up to pea-sized white balls, which were separated by gentle screening. The fiber balls were retained on a 50 mesh screen and weighed. To check the fiber content, the weighed fiber balls were broken and redistributed in the sample and subjected to quantitative x-ray determination. Since the fiber contents were very low, vermiculite in these samples were expanded chemically and then removed by flotation prior to x-ray analysis.

In the -70 +100 and -100 mesh fractions, tremolite was determined directly from the sample as received; since the vermiculites present in these sizes are fairly small, the expansion and flotation will not separate the material effectively.

To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

1015130

### 2. Results and Accuracy

The experimental data is presented in Table 2. In the +70 fraction of the rough and clean concentrates, the white fiber balls of tremolite separated by gentle screening were found to be 0.32 and 0.22% respectively, in comparison to the values of <0.34 and 0.25% by x-ray method.

Again the tremolite contents were given in a range (max. and min.) in Table 2, based on detection limitations of the method.

### 3. Comparison of Material for 20 x 65 Circuit and End Products #4 and #5

The fiber contents in the concentrates of the 20 x 65 circuit are definitely less than those in the corresponding feeds, and also in line with the end product #4 composite.

End product #5 showed quite a high fiber content ($\sim$3.5%) and also a high rock content. For a rough estimate, the unexpanded material in this composite is close to 40% of the total.

### OBSERVATIONS and COMMENTS

1. In the 8 x 20 circuit and the end product #1 and #2, most of the fibers present are in heavy bundles and very small amounts of fine fibers except some adhered to the surface of the vermiculite platelets.

2. In the 20 x 65 circuit, most of the fibers present are opened fibrils or smaller bundles. They tend to ball up into small white spheres while the sample is being sized by screening.

3. In the end products #4 and #5, the fibers are too short to form balls but are distributed widely throughout the matrix.

4. From Tables 1 and 2, the concentrates in both circuits showed relatively less fiber than in the feeds.

5. The expansion of vermiculite followed by flotation is a good method for separating the vermiculite from the rocks and the fiber, and the fiber content is then determined by x-rays but the method is good only when the vermiculite size is reasonably large ($\sim$ 70 mesh or larger).

6. For the small sized vermiculite samples, the tremolite content can be determined only from the sample directly by x-rays quantitatively. If the need ever came to determine the rock content in the vermiculite, chemical delamination method with 15% LiCl can be employed. The method has been described in a previous report (T&A 48522, 9/12/75).

To:    H. C. Duecker
From:  Julie C. Yang
       Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities



## CONCLUSIONS

1.  The possible tremolite content of end products of each size and of concentrates from the three circuits are:

| Circuit | Tremolite Contents, percent | |
|---|---|---|
| | Range | Mean |
| Humphrey Sizer | 2.70 - 2.72 | 2.71 |
| 8 x 20 | | |
|     Rough concentrate | 0.21 - 0.71 | 0.46 |
|     Clean concentrate | 0.10 - 0.59 | 0.35 |
| 20 x 65 | | |
|     Rough concentrate | 0.4 - 0.86 | 0.63 |
|     Clean concentrate | 0.74 - 1.20 | 0.97 |

### End Product

| Composites | Range | Mean |
|---|---|---|
| #1 | 1.67 - 2.17 | 1.92 |
| #2 | 4.72 - 5.22 | 4.97 |
| #3 | 0.41 - 0.89 | 0.65 |
| #4 | 0.52 - 1.00 | 0.76 |
| #5 | 3.45 - 3.97 | 3.71 |

2.  Based on the experimental data, the approximate amount of tremolite present in tons per day, out of each of the three circuits, will be as follows:

| Circuit | Total Materials out of the circuit (tons/day)* | Mean Tremolite Content (tons/day) |
|---|---|---|
| Humphrey Sizer | 220 | 5.96 |
| 8 x 20 | 295 | 1.16 |
| 20 x 65 | 513 | 4.10 |

*based on 22 hours in a day.

3.  The #2 composite showed the highest tremolite content (even more so than #5), and the fibers present are mostly in heavy bundle form, visible to the eye. This fact is also true for the material in the 8 x 20 circuit and other coarse end products #1 and #3. The tendency of fiber balling in the 20 x 65 circuit shows that the fibers are more opened or in thinner bundles in addition to some extra fines distributed throughout the end products #4 and #5, which will lead to the belief that there is some degree of down screening.

To: H. C. Duecker
From: Julie C. Yang
Feb. 23, 1976

Libby Ore Evaluation -
Ore Impurities

1015132

4. For quantitative x-ray analysis, the detection limit is about 0.2%. Because of the variation in x-ray response from sample to sample (variables such as orientation, sample thickness, and packing conditions), the accuracy of these determinations is approximately ±0.5% of the tremolite present. Therefore, in Tables 1 and 2, computations showed the maximum and minimum tremolite content possible to be present in the sample.

5. A previous report on Libby vermiculite and tremolite density determinations (1/13/76) showed an appreciable density difference between tremolite (2.92 - 3.1) and vermiculite (2.28 - 2.61 depends on the degree weathering) and the difference in morphology. Tremolite can be separated from vermiculite by air elutriation technique based on the difference in velocity of particle settling. Meanwhile, the vermiculite plates can be "polished" by removing some of the fine dust and fiber adhered to the surface in the air stream. A separate report will be written to describe the details of that aspect shortly.

6. The conclusions reached assume the samples are all representative samples of the operation. In reality, we know we have considerable variation in feed quality from minute to minute, hour-to-hour, and certainly from pile-to-pile. This experiment should be repeated to obtain a better feel for this variation. The sampling technique is probably the most significant problem in the study. Reasonably good analytical results can be obtained although very time-consuming. About $2.0M of laboratory time will be required to repeat this test.

Julie C. Yang

JCY:mlr

Attachments



1015131

TABLE 2   Libby Ore Evaluation —   8×20 Circuit of Coarse Composites   ( #1, #2 + #3 )

| Smpl No. | Circuit | wt (%) | +50 mesh Breakdown (%), Obs. | | wt (%) | -50 mesh Breakdown (%) | Total min (%) | Tremolite Id.b (%) | Contact Mis (%) |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Rough Feed 3×20 | 99.88 | | Very/not <0.5% | 0.12 | Dist by x-rays V=0.05 T=0.07 | 0.5 | 0.7 | 1.0 |
| 9 | Clean Feed −8×20 | 94.53 | | Low T <1% | 0.47 | R+V=0.39 T=0.08 | 1.0 | .12 | 1.5 |
| 2 | Rough Conc. 8×20 | 99.05 | Exp Verm 83.21, Rock+Trem 15.84 {T=0.16} | | 0.95 | R+V=0.60 T=0.05 | 0.21 | 0.41 | 0.71 |
| 1 | Clean Conc. 8×20 | 98.87 | Exp V 90.85, Rock+T 9.02 {T<0.09} | | 1.13 | R+V=1.07 T=0.06 | 0.15 | 0.35 | .59 |
| 11 | #1 Composite | 98.85 | Hand Picked: V=89.15 R=9.05 T=1.66 | | 0.15 | R+V=0.14 T<0.01 | 1.67 | 1.87 | 2.17 |
| 12 | #2 Composite | 99.86 | Hand Picked V=84.85 R=10.30 T=4.71 | | 0.14 | R+V=0.13 T<0.01 | 4.72 | 4.92 | 5.22 |
| 5 | #3 Composite | 95.23 | Exp V 74.11, R+T 21.12 {T²0.21} | | 4.77 | R+V=4.57 T=0.19 | 0.41 | 0.60 | .89 |

For +50M:
* Expand Vermiculite ( by H₂O )
** Rock + Tremolite - Separated from Vermiculite by flotation
† Tremolite Content - dried by gravel X-ray method from the RT sample fraction ... then re-... Sch... from the whole sample

a. assuming no tremolite in the expanded Verm.

b. assuming there is some tremolite but under the detection limit by X-ray (but detected limit, assumed can be detected, assumed by X-rays ( 0.57% )

c. assuming max Verm content in Verm, which can be detected, assumed by X-rays ( 0.57% )

01015185

TABLE 2

Libby Ore Evaluation        20x65 Circuit & Finer Composites  (#4, #5)

| Sample | Circuit | +70 M | | | -70 + 100 mesh | | -100 mesh | | Total Tremolite | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Wt. (%) | Breakdown (%) | X-ray Obs. | Wt. (%) | Breakdown (%) | Wt. (%) | Breakdown (%) | $w.t.(%)$ | $m.%$(%) |
| 9 | Rough Feed 20x65 | 94.66 | $T. > 1\%$ | high T | 4.42 | $R+V = 3.98\ \%$ $T \cong 0.44\ \%$ | 0.92 | $R+V = 0.82$ $T \cong 0.10$ | 1.54 | 2.01 |
| 10 | Clean Feed 20x65 | 91.77 | $T. \cong 0.9\%$ | Tremol. | 6.98 | $R+V = 5.51 - 6.83\%$ $T \cong .65 - .97\%$ | 1.25 | $R+V = 1.67$ $T. = 1.08$ | 1.63 - 1.95 | 2.09 - 2.41 |
| 3 | Rough Conc. 20x65 | 91.80 | Exp. $V_m = 57.38\%$ $R+T = 34.92\%$ $T < 0.34\%$ | long thin fiber bull. | 6.41 | $R+V = 1.55\ \%$ $T < .06\ \%$ | 1.79 | Amphibole, no crystalline Tremolite | <2.4 | <0.86 |
| 4 | Clean Conc. 20x65 | 92.65 | Exp. $V_m = 67.31$ $R+T = 25.34$ $T \cong 0.25\%$ | large dark flake (fish scale) | 5.80 | $R+V = 5.34\ \%$ $T \cong 0.46\ \%$ | 1.55 | $R+V = 1.52$ $T \cong 0.03$ | 0.74 | 1.20 |
| 4 | #4 Composite | 90.55 | Exp. $V_m = 72.86$ $R+T = 23.69$ $T \cong 0.24\%$ | | 2.77 | $R+V = 2.52\%$ $T \cong 0.25\%$ | 0.68 | $R+V = 0.65$ $T \cong 0.03$ | 2.52 | 1.08 |
| 13 | #5 Composite | 44.12 | Exp. $V_m = 22.93$ $R+T = 21.19$ $T \cong 0.21\%$ | | 35.69 | $R+V = 33.57\%$ $T = 2.14\%$ | 20.19 | $R+V = 19.09$ $T = 1.1$ | 3.45 | 3.7 |

Notation: $V_m$ were expanded chemically by $H_2O_2$
$\{$ Rock + Tremolite were separated from chemically expanded $V_m$ by flotation
Tremolite content was determined by quantitative X-ray methods of the R+T sample fraction

For Tremolite: Tremolite content was determined by quant. X-ray method of the whole fraction

a. Assuming no tremolite in expanded verm. at all (0.27%)
b. Assuming max. amount of tremolite in expanded $V_m$ which can be detected by X-rays accurately (0.27%)

REC'D FEB 27 1976          CONFIDENTIAL

CAMBRIDGE

1015136

TO:   H. C. Duecker          DATE:          February 26, 1976

FROM:   J. C. Yang          SUBJECT:          Tremolite Fiber Removal
                                             from Libby Vermiculite

cc:   H.A.Brown      R.L.Oliverio/Libby
      R.H.Locke      G.G.Vaplon/Libby
      J.W.Wolter     J.L.Young/Libby
      W.L.Baker      O.F.Stewart/Enoree
      File: 71-048


PURPOSE

    The purpose of this study is to seek a feasible method of separation
and subsequent removal of tremolite fibers from vermiculite ore.

BACKGROUND INFORMATION

    Based on previous work on density studies of vermiculites and
tremolites, an appreciable difference between the densities of vermiculites
(2.28 to 2.61 depending upon the degree of weathering) and tremolites (2.93
3.01). The two groups of substances should be easily separable.

    Microscopic examination of the vermiculite plates showed very dusty
surface with either small vermiculite particles or small fibers adhering
to them (Figure 1a). The residual amine and/or hydrocarbon from the flo-
tation process form a thin film on the surface of the vermiculite platlets
which may bind the small particles or electrostatic may contribute to the
phenomenon.

EXPERIMENTAL

    Attempts were made using various organic solvents to rework the
traces of amine or hydrocarbon but these were not successful. When the
vermiculite plates were dried, the film remained.

    Ideas were then conceived to use air elutriation techniques for
separation since the specific gravities and the morphology of vermiculite
and tremolite are very different.

    A simple 30" glass column was set up which has a narrow opening at
the bottom and was connected with the compressed air line to simulate a
turbulent fluidized bed.

    In the column, a heavy metal grid was placed as a support on which
a fine 100 mesh copper screen was placed as shown in the diagram (Figure 2).
When a moderate air pressure was applied, a fine dust cloud could be seen
from the top of the column. The top 325 stainless screen served as a bar-
rier, preventing the large platlets to fly out. One could observe quickly
that only the vermiculite platlets were floating in the middle of the glass
column when the air pressure was adjusted. Rocks, vermiculite aggregates
and fiber bundles were concentrated on the bottom.

- 2 -

To:   H. C. Duecker
From: Julie C. Yang
      Feb. 26, 1976

Tremolite Fiber Removal
from Libby Vermiculite

1015137

When the top cover screen was examined microscopically, a large number of fine vermiculite particles and numerous fine fibers could be seen on the pores of the screen as shown in Figure 3.

The air floated vermiculite platlets were then collected and a visible color difference from the original material was noted.  All the surfaces of the air elutriated vermiculite were "polished" in the air stream with very little dust remaining on the surface.  A comparison of the vermiculite surfaces before and after air elutriation treatment is shown in Figure 1, photomicrographs 1a and 1b.  The air "polished" vermiculite flakes were transferred to a second air elutriation column and the experiment was repeated.  The top covering screen was then examined microscopically and compared with the findings from the previous run.  Only very few vermiculite dust particles were observed in most of the typical fields under the microscope as shown in Figure 4a, and an occasional field with some fiber as shown in Figure 4b.  The loading on the screen from the second run was very light in comparison with the first run (Figure 3).

## OBSERVATIONS and DISCUSSION

1. From the photomicrographs and the laboratory column test, it is demonstrated that tremolite fibers, vermiculite dusts, unexpandable vermiculite aggregates, rocks and tremolite fiber bundles can be removed from the vermiculite flakes to a great extent by air elutriation technique.

2. The fine fibers and vermiculite dusts are lighter than vermiculite which can be removed and collected on the top of the column whereas the rocks, unexpandable vermiculite aggregates and tremolite bundles can be concentrated on the bottom.  With the three zone separation as shown in Figure 3, an estimate of 80-90% of the tremolite and other impurities from Libby #2 end product by this treatment.

3. When the "polished" vermiculite collected from the first column and subject to a second column or a series of columns, the material will be further purified.

4. Presently we have only worked with Libby #2 composite, since a previous study (Libby Ore Evaluation - Ore  Impurities 2/23/76) showed #2 has the highest tremolite content of around 5%.  For smaller sizes a fairly efficient removal of impurities is expected but probably not as spectacular as #2.

- 3 -

To:   H. C. Duecker
From: Julie C. Yang
      Feb. 26, 1976

Tremolite Fiber Removal
from Libby Vermiculite

1915138

RECOMMENDATIONS

1. A pilot plant scale air elutriation column should be designed and
   built to test the validity of the proposed method.  It is recom-
   mended to introduce the compressed air stream from a side arm and
   design collecting devices for three zones to separate the vermicu-
   lite from others.

2. Different grades of end products should be tried in the pilot plant
   scale equipment, and the tremolite content of each fraction should
   be determined by either quantitative x-ray method or expansion-
   flotation methods.

3. If the method proves to be effective, we may be able to remove the
   bulk of the loose fiber impurities from vermiculite at the source,
   reducing the need for critical control set-ups and problems at each
   individual expansion plant or field application.

4. An invention record is being written for protecting any novel
   applications of the method for tremolite removal from vermiculite.

Julie C. Yang

JCY:mlr

Attachments

# Figure 1   MICROSCOPIC EXAMINATION OF
## VERMICULITE SURFACES

1015189

fine tremolite
fibers

fine
vermiculite
particles



a,   Libby # 2   Vermiculite plate As Received

fine
vermiculite
particles



b,   Air "Polished"   Libby # 2
Vermiculite   Plate

(50 X)

**Fig. 2**    AIR   ELUTRIATION   COLUMN   FOR VERMICULITE SEPERATION



fine Vermiculite dust & fine Tremolite fiber

325 mesh stainless steel screen

1015130

Vermiculite platlets

Vermiculite Aggregates Rocks & Fiber Bundles

fine copper screen, ~100 mesh

heavy metal grid

Compressed Air



Fig. 3

Vermiculite Dust and Tremolite Fibers Collected
from the Top of Air Elutriation Column

Material : Libby #2 Composite

(300X)

(300X)

black grating : 325 mesh screen

1015131

1015132

j. 4    Vermiculite Dust and Zeolite Fibers Collected

from the Top of Air Elutriation Column (2)

Material : Vermiculite Portion from Column (1)



a) Typical Field    (300x)

b) Selected Field    (300x)