03631139

# Construction Products Division

RECEIVED
SEP 24 1976
CONSTRUCTION PRODUCTS DIVISION
R & D

PAGE 1

REQUEST FOR TECHNICAL SERVICE

NUMBER: 49502
GROUP: ZONOLITE, ORE
DATE: September 23, 1976
CHARGE NO.: 71-070
REQUESTOR: J. Young/Libby
MARKETING or MANUFACTURING APPROVAL
NAME:
APPROVED:

PROBLEM TITLE:   TREMOLITE DETERMINATION OF LIBBY FLOTATION SAMPLES

SIGNIFICANCE:

SPECIFIC OBJECTIVE:

   To determine tremolite content at various stages of operation for effective tremolite removal.

SUGGESTED APPROACH:

   X-ray Method

DEADLINE (Last day information will be of value):

DETAILS OF PROBLEM:

---

ACCEPTED BY RESEARCH DEPT.: Julio C. Yang      DATE: 9/23/76

ASSIGNED TO: J. C. Yang

ADDITIONAL COPIES: Original to Library, H.A.Brown, H.C.Duecker, R.H.Locke, J.W.Wolter, R.Oliverio-G.G.Vaplon-J.Young/Libby, CPD-T&A
File: 71-070

**CONFIDENTIAL**   15103359

REQUEST FOR TECHNICAL SERVICE

| | |
|---|---|
| NUMBER: | T&A 49502 |
| GROUP: | ZONOLITE, ORE |
| ACTUAL COST: | $230.00 |
| REPORTING DATE: | September 23, 1976 |

EXPERIMENTAL

Sample Description:

03631140

Five samples were submitted by J. Young of Libby operation for X-ray diffraction analysis.

The samples are:

(1) Wet Mill Head Feed        July 15
(2) Wet Mill Head Feed        July 16
(3) Wet Mill Head Feed        July 22
(4) 90' $\phi$ Thickener Underflow
(5) Tails from the Electrostatic Separator

X-Ray Diffraction Analysis:

Large specimens received from Libby (No. 1, 2 and 3), around 5 lbs. each, were quartered many times and samples to assure good representative sampling.

About 20 grams of the material were pulverized to -100 mesh size and subjected to x-ray diffraction analysis.

Percentage of tremolite was determined from the peak intensity readings ($2\theta = 10.55°$, d = 8.38Å) on the standard calibration curve.

RESULTS

| Sample Description: | | % Tremolite |
|---|---|---|
| 1. Wet Mill Head Feed | 7/15 | 12.5 |
| 2. Wet Mill Head Feed | 7/16 | 15.5 |
| 3. Wet Mill Head Feed | 7/22 | 9.5 |
| 4. 90' $\phi$ Thickener Underflow | | 13.9 |
| 5. Tails for Electrostatic Separator | | 11.5 |

The accuracy of these samples is about ± 0.5%, and samples were run in triplicate.

Julie C. Yang

JCY:mlr

15103360