CCM — [read & approved / dell orally at file mtg 4-8-77]

R. C. Erisen          Re. MSDS for Vermic[ulite]
CC - Wood                 Concentrate + finished [product]

I have reviewed the Draft Proposal for MSDS for vermiculite concentrate and finished product and have the following comments

(a) Reference to Regulation 1910.93. [struck] should be deleted. This was the designation given to the OSHA asbestos standard before it was recodified. The [struck] proper designation is to 1910.10. and the reference should be used throughout.

[struck paragraph]

(b) I understand that the reason for [struck] purity to indicate the percent [struck] by weight of tremolite content is to give the recipient [struck] the indication that he is not giving a product containing commercial asbestos and that the [struck] asbestos 'tremolite asbestos'

0624344

02302835

However I think that this [section on inhalation?] could be construed as an contaminant content is low. I see nothing [wrong with this] so long as the present [standard] lead to believing that because the present tremolite asbestos content is low that the amount of tremolite asbestos fiber released in [handling?] the product will [not do that?] now can be assumed to be less than that provided by the Asbestos standard. [As] you [know] required tremolite asbestos fiber or [light] and countless number may be present since even though the percent by weight is low. Accordingly I recommend that such statement be deleted,

OSHA standard 1910.1001 regulates asbestos fiber concentration and it shall [be] the recipients concern [...]

0624345
0230283G

(C) I note that the asbestos standard 19/1.1001 is not mentioned in the present MSDS data sheet for Kearny ore. I feel that reference to the standard should be made to the standard & since from time to time pockets of tremolite ore are mined in South Carolina which do have a tremolite asbestos content. Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction." seems confusing. As indicated above a 0.5% tremolite asbestos fiber content could be significant because tremolite fibers are light, fibers suggest that the tremolite asbestiform mineral content of the Kearny ore is less than 0.5% by weight it would be more accurate than

[margin notes, sideways:]
An City 0 employed your data correctly, the first of the content
tremolite standard
order to Kearny could be one half on 1.0%.
Samples of South Carolina ore

0624346

02302817

As I indicated above, I [struck through] do not recommend the inclusion of a statement relating to percent content of tremolite asbestos mineral.

(d) I suggest that H.A. Sebastian be added to CPD's MSDS review process.

O. M. F.

                      CCM      These _____
                                     del. orally at Fiber
                                     meeting 4-8-77

R. C. Ericson                             Re: MSDS for Vermiculite
CC: Wood                                   Concentrate & Finished Products

I have reviewed the Draft Proposal for MSDS for vermiculite concentrated ore finished products and have the following comments:

(a) References to Regulation 1910.93A should be deleted. This was the designation given to the OSHA asbestos standard before it was verified. The proper designation is to 1910.1001 and this reference should be used throughout.

(b) I understand that the reason for wanting to indicate the percent by weight of tremolite content is to give the recipient the indication that he is not giving a product containing commercial asbestos and that the tremolite asbestos

**PAGE 2**

contaminant content is low. However, I think that this could be construed as an invitation for the recipient to believe that because the percent tremolite asbestos content is low that the amount of tremolite asbestos fiber released in handling the product can be assumed to be less than this prescribed by the asbestos standard. As you know, respirable tremolite asbestos fibers are light and countless numbers may be present even though the percent by weight is low. A knowledgeable person could on this basis become overly concerned if he were informed that as in the case of Libby #2 ore std at it contained 2.5% tremolite asbestos mineral. Accordingly, I

would recommend that such statement be deleted. OSHA standard 1910.1001 regulates airborne fiber concentrations and that should be the recipient's concern.

### SIDE ENTRY

In addition because the tremolite content of the ore body may vary one could expect that the percent asbestos tremolite content of the ore concentrate to vary so that unless the percent stated when high enough to cover all contingencies the MSDS from time to time could be in fact inaccurate.

### PAGE 3

(c) I note that the asbestos standard 1910.1001 is not mentioned in the proposed MSDS data sheet for Kearney ore. I believe that reference should be made to this standard since from time to time pockets of of Allen ore are mined in South Carolina which have a tremolite asbestiform content. Further your statement that "the dust has a negligible "asbestos fiber" (less than 0.5% by weight) fraction." seems confusing. As indicated above a 0.5% tremolite asbestos fiber content could be significant because respirable fibers are light. In fact, if I understand your data correctly, the total tremolite content of both platy and asbestiform of South Carolina ore could be as high as 10%. I believe that a statement that the tremolite asbestiform mineral content of the Kearney ore is less than 0.5% by weight would be more accurate. However

### PAGE 4

as I indicated above I do not recommend inclusion of a statement relating to percent content of tremolite asbestosform mineral.

(d) I suggest that H. A. Eschenbach be added to CPD's MSDS review process.

O. M. F.