

# Werby LABORATORIES • INC.

### Consulting and Analytical Chemists

88 Broad Street  •  Boston 10  •  Massachusetts  •  Liberty 2-0739

July 16, 1970

Samples of : 37 MM. MEMBRANE FILTERS

Marked : FOR MICROSCOPIC ANALYSES (Phase Contrast Method at 430X)

Submitted by : Construction Products Division
W. R. Grace & Co.
Cambridge, Massachusetts      02140

Note: Values reported are based upon an assumed sampling volume
equal to 180,000 CC.

| SAMPLE MARKED | TOTAL FIBERS PER CC. | FIBERS GREATER THAN 5 MICRONS PER CC. |
|---|---|---|
| L. I. # 1 | 5.7 | 2.6 |
| L. I. # 2 | 1.4 | 1.1 |
| L. I. # 3 | 1.8 | 1.3 |
| L. I. # 4 | 0.4 | 0.4 |

WERBY LABORATORIES, INC.

Russell T. Werby, Director



CAMBF    E

cc: FWE

CONFIDENTIAL

06190076

TO: R. E. SCHNEIDER

DATE: July 6, 1970

FROM: R. L. BERMAN

cc: F. W. Eaton

SUBJECT: Membrane Filter Field Test

The following report was written to
explain the membrane filter field test on
Mono-Kote application.

R. L. Berman

R. L. BERMAN

RLB:jrs
Attachment

Exhibit 2

# MEMBRANE FILTER FIELD TEST REPORT

## MONO-KOTE APPLICATION

On June 29, 1970, R. L. Berman, F. W. Eaton, and E. Van Vliet visited the construction site of Grumman Aircrafts Data Processing Research Center in Bethpage, N. Y.. Austin Co. was the general contractor, while McKeown Plasterer was the Mono-kote applicator.   06190077

At the site, four tests were conducted as per the procedure outlined in "Membrane Filter Method of Atmospheric Sampling" by Peter Kostic. It was the purpose of these tests to determine whether or not the threshold limit value of asbestos fibers, as set by the American Conference of Governmental Industrial Hygienists, was exceeded in certain areas. The ACGIH has set a limit at 12 fibers longer than 5 microns per cubic centimeter of air.

Test Number 1 was run on a Mono-Kote applicator. The subject's duties were basically those of a foreman, however, he did actually apply Mono-Kote for a period of 35 minutes.

Test Number 2 was run on a Mono-Kote applicator also. During the entire length of his sampling period, he was applying Mono-Kote. The first subject was spraying a steel structure approximately 15 feet overhead. The second man was on a platform spraying the steel from a distance of about 3 feet.

The third test was run on a man who was mixing Mono-Kote with water. He also unloaded Mono-Kote bags from a trailer and carried them to the mixing area. In the mixing area, there were two men, each working on a separate mixer. Only one of these men was tested.

During normal operating conditions, each man mixes between 13 and 14 batches an hour. There are three 50 pound bags of Mono-Kote and approximately 37.5 gallons of water per batch. Each batch will normally cover 90 ft.$^2$ of surface area if applied to a thickness of one inch.

The fourth area tested was the general vicinity in and around the construction site. The test subject spent time where Mono-Kote was being applied in the basement, on the second and third floors of the building, outside of the building, and in the general area where Mono-Kote was being mixed.

For further detailed information on the area tested, time of testing, and other comments, please refer to the actual sampling sheets or the sheet marked "Notes".

-2-

On June 30, R. L. Berman took the sampled membrane filters to Werby Laboratories in Boston for analysis and fiber counting. The procedure used was as follows:

1. A microscope slide is cleaned.
2. An identification number corresponding to the filter sample is placed on the slide.
3. The millipore monitor is then opened and a pie shaped wedge is cut from the filter. **06190078**
4. A mixture of two solvents is then placed on the microscope slide.
5. The pie shaped wedge is placed on top of the solvent mixture.
6. A cleaned square of glass is then placed on top of the filter wedge and depressed.
7. The slide is then left to dry, and later is analyzed.

The analysis of the slide is done using a phase contrast microscope. The microscope is a Bausch & Lomb Model TBT-6B Dynazoom. It is normally operated at a magnification of 430X. There are adjustments so that the slide can be moved in any of the three dimensions. In the eye piece of the microscope is a set pattern (See Figure 1). Only the lightly shaded portion of the pattern is used. The number of fibers seen in this area is recorded. To obtain the size of the fibers, they are compared to the circles above and below the pattern. Number 6 circle corresponds to 4.8 microns in diameter; Number 7 to 5.7 microns. As can be seen in the figure, there are 6 total fibers, but only 1 which is larger than 5 microns in size. That one being the fiber in the upper left hand block.

This same procedure is used in 20 distinct fields and averages for total fibers and fibers greater than 5 microns in length are obtained. By use of appropriate formulae, these averages are converted to numbers, which are expressed as fibers longer than 5 microns in size per cubic centimeter of air. The values obtained ranged from a high of 2.6 fibers to a low of 0.4 fibers longer than 5 microns per cubic centimeter of air.

The results, as obtained by Werby Laboratories, are listed on the actual sampling sheets. As can be seen, the values are well within the threshold limits as established by ACGIH.

WRITTEN BY:  R. L. Berman
CHECKED BY:  F. W. Eaton
DATE:  7/6/70.

CONFIDENTIAL

INDUSTRIAL HYGIENE SURVEY
ZONOLITE DUST CONTROL PROGRAM

Construction Products Division
W. R. Grace & Co.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## SAMPLING

06190079

amp Number  3875

                                          Pump        Actual

ample Number  Luke Island  # 1        Time Finished  660.71        11:14

ant Location  Luke Island - Command    Time Started  565.91        9:44

te of Sampling    6/29/70              Elapsed Time  95.30         9 6 mins

b or Operation Sampled  Monokote        Volume Sampled    180 000 cc

plicated in basement of Building  (Volume sampled = Elapsed time/min. X 2000)

overhead deck steel

structure.

irator worn by operator? Yes____ No _X_ Manufacturer & Type_____

Atmospheric Conditions
  a.  Outside - |Clear|  Cloudy  Rain  Snow
  b.  Inside draft - |None|  Slight  Moderate  Excessive  Direction_____
  c.  Visable dust - Slight  Moderate  Heavy

General Housekeeping:        NO VISIBLE DUST, WET AND SOME  DRY

Remarks:              MONOKOTE  ON THE FLOOR.

     APPLICATOR  SPRAYING  APPROXIMATELY  10 FT  OVERHEAD.

     Sampled By  R Berman /F Eaton  Date Shipped to Lab  6/30/70

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## LABORATORY

al fiber count    5.7        Fibers longer than 5 micron per cc    2.6

ments:

sis by  R. T. Werby              Date    June 30, 197_

Laboratory  Werby Laboratories, Inc.

CONFIDENTIAL

INDUSTRIAL HYGIENE SURVEY
ZONOLITE DUST CONTROL PROGRAM

Construction Products Division
W. R. Grace & Co.

06190080

### SAMPLING

Pump Number  3 9 7 8

|  | Pump | Actual |
|---|---|---|
| Time Finished | 11:99:54 | 11:17 |
| Time Started | 10:10.10 | 9:47 |
| Elapsed Time | 89.14 | 90 MIN |
| Volume Sampled | 180,000 cc | |

Sample Number  Long Island # 2

Plant Location  Long Island - Oceanview

Date of Sampling  6/29/70

Job or Operation Sampled _____

Mono Kote Application in the

Basement of Building. Spraying Steel

Platform Approx. 3 FT Overhead.

Respirator worn by operator? Yes X No____  Manufacturer & Type  DUST MASK

Atmospheric Conditions
a. Outside - Clear  Cloudy  Rain  Snow
b. Inside draft - None  Slight  Moderate  Excessive  Direction_____
c. Visable dust - Slight  Moderate  Heavy
No VISIBLE DUST, But PLATFORM HAS

General Housekeeping:  WET MONO KOTE ON IT

Remarks:

Sampled By R BARMAN / F EATON  Date Shipped to Lab  6/30/70

### LABORATORY

Total fiber count  1.4  Fibers longer than 5 micron per cc  1.1

Comments:

Analysis by  R. T. Kilby  Date  6/30/70

Laboratory  Klepsy Labs Inc

CONFIDENTIAL

INDUSTRIAL HYGIENE SURVEY
ZONOLITE DUST CONTROL PROGRAM

Construction Products Division
W. R. Grace & Co.

__06190081

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### SAMPLING

Pump Number ___3978___

|  | Pump | Actual |
|---|---|---|

Sample Number _Long Island # 3_      Time Finished _1756.55_   _2:07_

Plant Location _Long Island – Grumman_ Time Started _1699.54_   _12:37_

Date of Sampling ___6/29/70___      Elapsed Time _87.01_   _90 min_

Job or Operation Sampled _Min. Kcte_      Volume Sampled _180,000_   cc

_Mixing; Also underneath mix_    (Volume sampled = Elapsed time/min. X 2000)

_Bags from Trailer to Mixing_

_House_

pirator worn by operator?  Yes____  No _X_  Manufacturer & Type _____.

Atmospheric Conditions
  a.  Outside – |Clear|  Cloudy   Rain   Snow
  b.  Inside draft – |None|  Slight   Moderate   Excessive   Direction _____
  c.  Visable dust – |Slight|  Moderate   Heavy

General Housekeeping:  _But Heavy when Shaking Bags into_

Remarks:  _Mixer. 2 mixers under same Roof_

Sampled By _R. Berman / E. Eaton_  Date Shipped to Lab _6/30/70_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### LABORATORY

tal fiber count ___1.8___      Fibers longer than 5 micron per cc ___1.5___

ments:

alysis by _R. T. Tiernof_      Date ___6/30/70___

Laboratory _Henry Hughs, Inc._

CONFIDENTIAL

## INDUSTRIAL HYGIENE SURVEY
## ZONOLITE DUST CONTROL PROGRAM

### Construction Products Division
### W. R. Grace & Co.

06190082

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### SAMPLING

mp Number _3875_

mple Number _Long Island  # 4_

ant Location _Long Island - Grumman)_

te of Sampling _6/25/70_

D or Operation Sampled _____

SAMPLES IN GENERAL WORKING

AREAS (See Below)

|                 | Pump | Actual |
|-----------------|------|--------|
| Time Finished _749.22_ | | _2:14_ |
| Time Started _660.71_ | | _12:44_ |
| Elapsed Time _88.51_ | | _90 min_ |
| Volume Sampled _180,000_ cc | | |

(Volume sampled = Elapsed time/min. X 2000)

Respirator worn by operator?   Yes____   No _X_   Manufacturer & Type _____

Atmospheric Conditions
   a.   Outside - Clear   Cloudy   Rain   Snow
   b.   Inside draft - None   Slight   Moderate   Excessive   Direction _____
   c.   Visable dust - Slight   Moderate   Heavy

General Housekeeping: (1) 45 min in General area of applying MK in Basemen
Remarks:
(2) 15 min on 2nd and 3rd Floor
(3) 15 min outside, within 20ft of Building.
(4) 15 min in General area of MK mixing

Sampled By _R. Berman / F. Eaton_   Date Shipped to Lab _6/30/70_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### LABORATORY

l fiber count _0.4_   Fibers longer than 5 micron per cc _0.4_

ents:

Analysis by _E.J. Kerby_   Date _6/30/70_

Laboratory _____

-NOTES-

SAMPLE LI #1

— 06190083

    (1) Foreman of application crew
    (2) Spent 35 minutes applying Mono-Kote.
    (3) During balance of time; moving equipment, coffee break,
        directed his workers, checked mixing operation.

SAMPLE LI #2

    (1) Platform operator
    (2) Wore glasses and dust mask.
    (3) Applying MK approximately 3 feet from steel.

SAMPLE LI #3

    (1) Mixing Mono-Kote and unloading trailer.
    (2) 2 mixers under canopy



FIGURE 1



06190084