CONSTRUCTION
PRODUCTS
DIVISION

REQUEST FOR TECHNICAL SERVICE

REC'D JUL 12 1977

PAGE 1 of 5
02225665

| | |
|---|---|
| NUMBER: | 67565 |
| GROUP: | Zonolite |
| DATE: | 7/11/77 |
| CHARGE NO.: | 71-046 |
| REQUESTOR: | F.W. Eaton |
| MARKETING or MANUFACTURING APPROVAL NAME: | T.E. Hamilton |
| APPROVED: | T. E. Hamilton (sp) |

PROBLEM TITLE:   Environmental Evaluation – Air – Fibrous Materials

SIGNIFICANCE:   The evaluation of workplace air on a periodic basis is necessary to comply with the air sampling section of the OSHA Asbestos Standard.

SPECIFIC OBJECTIVE:   Determine fiber counts for filter media.

SUGGESTED APPROACH:   Phase contrast microscopy.

DEADLINE (Last day information will be of value):   2 weeks

DETAILS OF PROBLEM:   Evaluate 6 samples from Savannah, N.Y. (attic test)

ACCEPTED BY RESEARCH DEPT.: [signature]        DATE: 7/11/77

ASSIGNED TO: M. Doyle

ADDITIONAL COPIES: Original to Library, H.C.Duecker, H.A.Eschenbach, F.W.Eaton, R.M.Vining, E.S.Wood, J.W.Wolter, B.R.Williams, W.R.Hanlon, CPD-T&A, File: 71-046

CONFIDENTIAL

15026228

REQUEST FOR TECHNICAL SERVICE

**CONFIDENTIAL**

NUMBER: ~~67567~~ 67565
GROUP: ZONOLITE
ACTUAL COST: $140.00
REPORTING DATE: July 11, 1977

SUMMARY:

    Six attic test samples were received from Savannah, New York, and evaluated. Sample 18AS-PR2 was extremely dusty and impossible to read with any accuracy. The other five samples all showed fiber counts of greater than 7.5 fibers per cc of air.

02225666

RELEVENT PRIOR TECHNICAL SERVICE:

CONCLUSIONS:

DATA AND ANALYSIS:

    See attachment.

*Maureen A. Doyle*
M. A. Doyle

MAD:mlr
attachment

15026229

# GRACE

**CONFIDENTIAL**

Actual Home Attic '66 Job — Home AIR SAMPLING RECORD SHEET

LOCATION: Savannah N.Y.
CONTAMINANT: Fiber  02225667
SAMPLING BY: E.W. Eaton
DATE: 7/7/77

SAMPLING CONDITIONS:
OUTSIDE: Hot & Humid
INSIDE DRAFT: None, Very Hot!
VISIBLE DUST: Very Little

HOUSEKEEPING: P.R. Revior Jr. Home

| Sample Number | Employee Name | Job Location and Description | Remarks | Pump Number | Pump Off | Pump On | Sampling Time | Flow Rate | Total Sampled Volume | Lab Evaluation |
|---|---|---|---|---|---|---|---|---|---|---|
| 18AS-PR1 | Duke | Pouring Attic | Pouring 6 Bags Each From Test 18AS 2,3,4 (18 Bags Total) | ICG-6 | | | 22 | 1.6 | | 7.91 |
| 18AS-PR2 | Duke | Fill | | ICG-7 | | | 22 | 1.6 | | x |
| 18AS-PR3 | Duke | Pouring Attic | *Pouring 3 Bags Each From Tests 18AS 6,7,8 (18 Bags Total) | ICG-6 | | | 16 | 1.6 | | 11.22 |
| 18AS-PR4 | Duke | Fill | | ICG-7 | | | 16 | 1.6 | | 9.08 |
| 18AS-PR5 | Duke | | Same As 18AS-PR3&4 | ICG-6 | | | 15 | 1.6 | | 3.27 |
| 18AS-PR6 | Duke | | | ICG-7 | | | 16 | 1.6 | | 3.55 |

Additional Comments: ① All Test Material Is Screened Libby #3 (4 mesh) With All Cyclone Fines Removed. ② Pump ICG6 Right Shoulder, ICG-7 Left ③ Compare Results With Simulated Attic & Drop Tests

Laboratory Evaluation By: Maureen Doyle
Date: 7/8/77

See Comments Reverse Side / OVER

02225668

4. Home was built approx 25 yrs ago with no attic insulation. About 5 yrs ago 1-2" of Zonolite Attic Fill was poured. It looked like a mixture of 1 & 2 with many fines.

5. Before these tests were conducted, attic exhaust fan (variable speed 36" wheel) was turned on for 20 min.

6. Height ⓞ roof ridge approx 5ft. Man in stooped or kneeling position while pouring. All 24 bags were taken to attic before conducting test.

7. 2 sampling pumps were started in attic just prior to pouring. Pumps were shut off 1 min after man came out of attic.

8. Test material Bags 2 & 4 very clean. Material Bags 6 & 8 a little dusty but not any more than screened 1#.


7/8/77

CONFIDENTIAL

026231

CONFIDENTIAL

# AIR SAMPLING RECORD SHEET

**JOB NAME:** Attuned Home At ___ ___ Job
**LOCATION:** Savannah N.Y.
**CONTAMINANT:** Fiber
**SAMPLING BY:** F.W. Eaton
**DATE:** 7/7/77

**SAMPLING CONDITIONS:**
- OUTSIDE: Hot / Humid
- INSIDE DRAFT: None, Very Hot!
- VISIBLE DUST: Very Little

**HOUSEKEEPING:** P. Reyes Jr. Home

02225667

1502623D

| Sample Number | Employee Name | Job Location and Description | Remarks | Pump Number | Pump Off | Pump On | Sampling Time | Flow Rate | Total Sampled Volume | Lab Evaluation |
|---|---|---|---|---|---|---|---|---|---|---|
| 18AS-PR1 | Duke | Pouring Attic | Pouring 6 bags each from Test 18AS 2 ¢ 4 (18 bags total) | ICG-6 | | | 22 | 1.6 | | 4.94 |
| 18AS-PR2 | Duke | Fill | | ICG-7 | | | 22 | 1.6 | | — |
| | | | | | | | | | | |
| 18AS-PR3 | Duke | Pouring Attic | Pouring 3 bags each from Tests 18AS 6,7,8 (9 bags total) | ICG-6 | | | 16 | 1.6 | | 11.22 |
| 18AS-PR4 | Duke | Fill | | ICG-7 | | | 16 | 1.6 | | 4.08 |
| | | | | | | | | | | |
| 18AS-PR5 | Duke | | Same As 18AS-PR3&4 | ICG-6 | | | 15 | 1.6 | | 3.29 |
| 18AS-PR6 | Duke | | | ICG-7 | | | 15 | 1.6 | | 6.55 |

**Additional Comments:** ① All test material is screened. ① 18AY #3 (14 mesh) with Air Cyclone Fines Removed. ② Pump ICG6 right sampler, ICG-7 left. ③ Compare results with simulated Attic F dump tests. See comments reverse side.

**Laboratory Evaluation By:** ___ N.C.
**Date:** 7/11/77

*Impossible to read occurring — excellent data.*



RECD JUL 11 1977

Simulated Attic Tests

03656689

| Test No | Fiber Exposure (f/ml) | |
|---|---|---|
| | Ave | TWA 2/8 |
| 18AS 2 | 4.915 | 1.236 |
| 18AS 4 | 6.540 | 1.635 |
| 18AS 6 | 7.834 | 1.959 |
| 18AS 8 | 11.355 | 2.839 |

Ave. All Four Simulated Attic Tests = 7.657 f/ml
67 Min Sample Time TWA = 1.069 f/ml
2/8 CPD STD TWA = 1.914 f/ml

Actual Home Attic Test — Savannah N.Y.

Ave of Six (6) Samples = 8.958 f/ml
53 Min. Sample Time TWA = 0.989
2/8 CPD STD TWA = 2.239

15057783