H. A. Brown's copy

1

## Scientific Communications

# Asbestos Air Pollution

*Irving J. Selikoff, MD; William J. Nicholson, PhD;*
*and Arthur M. Langer, PhD, New York*

Findings of mesothelioma among individuals living in the vicinity of asbestos plants suggested that asbestos air pollution might occur. Measurement of asbestos (chrysotile) content of ambient air in New York City and other locations showed levels of 10 to 50 X 10⁻⁹ gm/cu m, and lungs of New York residents examined at autopsy regularly showed chrysotile fibrils. Occurrence of asbestos air pollution is now established. What have not yet been defined, however, are the dimensions of disease hazard which may be associated. Epidemiological considerations suggest that it is improper to equate the several kinds of asbestos exposure: direct occupational, indirect occupational, exposure in family circumstances, neighborhood contamination, and general community asbestos air pollution. Since most urban air pollution is derived from commercial and industrial sources, the asbestos industry has both important responsibility and opportunity for its control.

Early in the 1960s, the problem of asbestos disease was disseminated from the occupational area into the general environment. Three germinal observations were responsible for this.

First, Kiviluoto reported finding 499 cases of parietal pleural calcification among 6,312 residents of a rural county in Finland.[1] This came very much as a surprise, since the type of calcification observed had previously been described primarily in asbestos workers,[2] usually more than 20 or 30 years after starting work[3]; yet the cases were not among asbestos workers, but among farmers and farmers' wives. The asbestos link, however, was there; the county did have an asbestos mine. The natural supposition was that asbestos air pollution from the mine was responsible, a presumption that was strengthened when the specific type of asbestos produced by the mine (anthophyllite) was found in the air up to 50 km away,[4] and asbestos bodies were demonstrated in the lungs of cattle grazing in the near by fields.[1]

The same year (1960) saw a second worrisome communication. Wagner et al[5] reported 47 cases of pleural mesothelioma in a part of South Africa which was important for asbestos mining. They noted potential asbestos contact for most of the patients two or more decades before, in many instances merely the result of living in the general area or of chance contact in a family setting. While pleural mesothelioma had previously been attributed to asbestos exposure,[6] the strength of this association had not been appreciated. More pertinent was the demonstration that it could result from other than occupational exposure.

Amplification soon followed. Newhouse and Thompson[7] studied all mesotheliomas at the London Hospital. They confirmed the close association with asbestos, 31 of the 76 subjects having had occupational exposure. They also confirmed the importance of nonoccupational contact; of the 45 who had not worked with the material, nine had lived in the households of asbestos workers and 11 had lived, decades before, within one-half mile of an asbestos plant.

Submitted for publication Feb 9, 1971; accepted Feb 17, 1972.

From Mount Sinai School of Medicine of the City University of New York, New York.

Read before the American Medical Association Research Conference on Air Pollution, New Orleans, Oct 6, 1970.

Reprint requests to Director, Environmental Sciences Laboratory, Mount Sinai School of Medicine, Fifth Avenue and 100th Street, New York 10029 (Dr. Selikoff).

PLAINTIFF'S EXHIBIT

-00195

H. A. Brown's copy   *Produced by WR Grace*

7a

7

1

## Scientific Communications


PLAINTIFF'S
EXHIBIT
G-108.1

# Asbestos Air Pollution

*Irving J. Selikoff, MD; William J. Nicholson, PhD;
and Arthur M. Longer, PhD, New York*

Findings of mesothelioma among individuals living in the vicinity of asbestos plants suggested that asbestos air pollution might occur. Measurement of asbestos (chrysotile) content of ambient air in New York City and other locations showed levels of 10 to 50 × 10⁻⁹ gm/cu m, and lungs of New York residents examined at autopsy regularly showed chrysotile fibrils. Occurrence of asbestos air pollution is now established. What have not yet been defined, however, are the dimensions of disease hazard which may be associated. Epidemiological considerations suggest that it is improper to equate the several kinds of asbestos exposure: direct occupational, indirect occupational, exposure in family circumstances, neighborhood contamination, and general community asbestos air pollution. Since most urban air pollution is derived from commercial and industrial sources, the asbestos industry has both important responsibility and opportunity for its control.

E ARLY in the 1960s, the problem of asbestos disease was disseminated from the occupational area into the general environment. Three germinal observations were responsible for this.

First, Kiviluoto reported finding 499 cases of parietal pleural calcification among 6,312 residents of a rural county in Finland.[1] This came very much as a surprise, since the type of calcification observed had previously been described primarily in asbestos workers,[2] usually more than 20 or 30 years after starting work[3]; yet the cases were not among asbestos workers, but among farmers and farmers' wives. The asbestos link, however, was there; the county did have an asbestos mine. The natural supposition was that asbestos air pollution from the mine was responsible, a presumption that was strengthened when the specific type of asbestos produced by the mine (anthophyllite) was found in the air up to 50 km away,[4] and asbestos bodies were demonstrated in the lungs of cattle grazing in the nearby fields.[1]

The same year (1960) saw a second worrisome communication. Wagner et al[5] reported 47 cases of pleural mesothelioma in a part of South Africa which was important for asbestos mining. They noted potential asbestos contact for most of the patients two or more decades before, in many instances merely the result of living in the general area or of chance contact in a family setting. While pleural mesothelioma had previously been attributed to asbestos exposure,[6] the strength of this association had not been appreciated. More pertinent was the demonstration that it could result from other than occupational exposure.

Amplification soon followed. Newhouse and Thompson[7] studied all mesotheliomas at the London Hospital. They confirmed the close association with asbestos, 31 of the 76 subjects having had occupational exposure. They also confirmed the importance of nonoccupational contact; of the 45 who had not worked with the material, nine had lived in the households of asbestos workers and 11 had lived, decades before, within one-half mile of an asbestos plant.

Submitted for publication Feb 9, 1971; accepted Feb 17, 1972.

From Mount Sinai School of Medicine of the City University of New York, New York, New York.

Read before the American Medical Association Research Conference on Air Pollution, New Orleans, Oct 6, 1970.

Reprint requests to Director, Environmental Sciences Laboratory, Mount Sinai School of Medicine, Fifth Avenue and 100th Street, New York 10029 (Dr. Selikoff).



Fig 2.—Clay particle with adsorbed chrysotile fibrils, in air sample about construction site (×28,000).



Fig 3.—Adsorption of chrysotile fibrils onto surface of
diatom. Fibrils would not be seen by optical microscopy.

process studied, or other factors. Since the
presumption is that only the fibers are re-
sponsible for the biological effect, such ana-
lytical dilution is hardly acceptable at this
time, and current approaches to industrial
threshold limit values are based entirely on
fiber count. But even here, the matter is not
so easily disposed of, since the admixture of
particles and fibers often includes surface
interactions among them. Figures 2 and 3
show particles of clay and a diatom collect-
ed near a construction site by one of us
(A.M.L.). By light microscopy these would
be categorized as "particles." Yet, by elec-
tron microscopy, it was found that numer-
ous fibers (fibrils) were attached to the sur-
face of the particles (opposite surface
charges). In such circumstances, any biolog-
ical effect of the fibers could be incorrectly
attributed to particles. The question of size
and magnification is critical.

Fiber-Fibril.—Each asbestos fiber variety

is quite different chemically, physically,
structurally, and morphologically.[31] Chryso-
tile seems unique in its tendency to physical
instability under a number of circumstances.
The chrysotile "fiber" is not a unit whole
but is, rather, composed of a large number
of individual fibrils, each from 300 to 400
Angstroms. Under industrial circumstances,
it is recognized that when a population of
fibers is counted, "invisible" fibrils are also
present,[32] but that the optically visible fibers
reflect, in varying proportions under differ-
ent circumstances, the total chrysotile popu-
lation, even though there is only one fiber
for a very large number of fibrils. Also, with
proximity to the industrial source, many
fibers are still present, not having been sub-
jected to influences which could result in
their separation into fibrils.

In the ambient air, however, very little is
known about the proportion of fibers to
fibrils. The matter is of some importance,



Fig 4.—Single, short fibrils collected 3/16 of mile downwind of chrysotile source. Arrow indicates position of clay particle.

since not only must number be categorized as fiber and fibril, but the surface area and potential biological effect might be quite different with the same total chrysotile mass, with different percentage fibrillation. The proportion of fibers to fibrils cannot be determined without the electron microscope.

Size.—Thus, a critical factor in studying asbestos air pollution is the utilization of techniques which will measure very small particles. It is unlikely that approaches which do not include the electron microscope will be effective. Indeed, one might add that high magnification electron microscopy will be needed, including magnifications of at least 20,000× (direct), and probably over 40,000×. While optical microscopy may be suitable as a guide for occupational asbestos exposure, it has insurmountable inadequacies in studying asbestos pollution of the ambient air.

In addition to the fine diameter of the fibrils, it has been our experience that many of them are quite short. We have

observed chrysotile fibrils with lengths less than 1,000 A in many instances; when these are enmeshed in sampling debris, not only is high magnification electron microscopy necessary, but visual scanning may be inadequate, and inferior to photographic recording.[17]

It may be worth noting that such small particles are at present subject to identification by their morphological characteristics only; structural and microchemical analysis by electron microprobe or electron diffraction study has many difficulties. It may be hoped that instrumental advances will remedy this situation (greatly improved microprobe definition can be anticipated, for example). Turkevich's "World of Fine Particles"[33] is surely with us.

Quantitation.—Under industrial circumstances, there is little difficulty in estimating the quantity of asbestos in a given sample of air. From this, the surface area of the fibers can be estimated or directly measured by nitrogen absorption or other techniques. It is even possible to conceive of gravimetric methods, rather than the more laborious counting of fibers. Quantitation is much more difficult in ambient air samples and, in our experience, only approximations can presently be obtained.

Current Approaches to Asbestos Air Sampling.—With the foregoing factors in mind, the absence of published information on asbestos levels in urban ambient air may be understood. Few air monitoring agencies have had available the technical equipment for the examination of ultramicroscopic asbestos fibrils. Moreover, even those fibers seen by optical microscopy in air samples required elaborate techniques (such as electron diffraction or microprobe analysis) for positive identification.

Present approaches to quantitating asbestos levels in ambient air, using ultramicroscopic techniques, have sought two objectives. The first is to obtain a measure of the mass of asbestos per unit of air volume at various locations in urban centers and later, for comparative purposes, in more rural areas. This would provide a stable estimate, since fiber size distributions change as sampling is undertaken at different distances from asbestos emission sources. Equal numbers of fibers can represent significantly different

amounts, by weight, of asbestos. Moreover, it is not currently known how strongly biological effect is dependent on fiber size. This being so, a measure by mass or weight may be more conservative for the establishment of air quality criteria and standards, since the biological effect of a sample dominated by large fibers may be overestimated.

Secondly, fiber size distribution is important. At the moment, to obtain such a distribution at each sampled site is time-consuming, and the presence of other material and existing transfer and sampling methods may distort the observed fiber distribution. However, experiences in current studies suggest that these problems can be overcome, and that complete fiber size distributions will be obtained at selected sites in the near future.

Sample Preparation.—In our studies, air samples were collected on membrane filters having an effective pore size of either $0.8\mu$ or $1.2\mu$. While this pore size is larger than the largest dimension of some asbestos fibrils, it has been found that the surface charge properties of the filter and the asbestos, as well as the circuitous path through the filter, allow virtually complete collection of all asbestos material.

Both high-volume samplers capable of drawing 40 cu ft/min through an 8 X 10-inch filter, and small battery-operated personnel monitoring samplers with a capacity of 2 liters/min through 8 sq cm, were found effective in sample collection. Portions of each collected sample were ashed in an activated oxygen asher which oxidized the membrane filter and all organic or carbonaceous material in the sample.[24] The residue, consisting mostly of fly ash and mineral matter, was dispersed on a microscope slide by grinding in a solution of 1% nitrocellulose in amyl acetate for two to five minutes. Upon evaporation of the amyl acetate, the dispersal was scanned for uniformity by optical microscopy and a representative area chosen for transfer to an electron microscope grid for scanning.

During this procedure, those chrysotile fiber bundles present are broken into their elementary fibril form. The grid is scanned at 42,000X in an electron microscope. Typically, six grids are prepared of each sample, and three $100\mu$ X $100\mu$ squares of each grid are scanned. The mass of asbestos is ob-

tained by measuring the volume of asbestos per grid square and multiplying by the appropriate density. Figure 4 shows several isolated fibrils in an ambient air sample as seen by electron microscopy. Usually, only single fibrils, if any, are observed in the microscopic field.

However, as one takes samples near sources of asbestos, more large fiber bundles are present in the initial sample. As these are dispersed during sample preparation, occasionally some groups of fibrils remain intact. The presence of these bundles, or even localized fibril clumps, gives rise to a variation between samples greater than one would expect from statistical considerations alone. However, the scanning of many grid squares serves to average their effect.

Results of Initial Investigations.—Ambient air levels were measured at various sites in New York City. These samples were taken at selected locations of the sampling network of New York City's Department of Air Resources. The sites were all located on public buildings distant from any known significant source of asbestos. The chrysotile content of ambient air in the various sampling locations was as follows: Manhattan, 25 to 60, asbestos air level in $10^{-9}$ gm/cu m; Bronx, 25 to 28, asbestos air level in $10^{-9}$ gm/cu m; Brooklyn, 19 to 22, asbestos air level in $10^{-9}$ gm/cu m; Queens, 18 to 29, asbestos air level in $10^{-9}$ gm/cu m; and Staten Island, 11 to 21, asbestos air level in $10^{-9}$ gm/cu m. While preliminary in nature, the samples from Manhattan tended to be higher than those from other boroughs. Lowest values were usually from sites most distant from densely populated business areas (Staten Island).

While amounts ranging from approximately 10 to $100 \times 10^{-9}$ gm/cu m of sampled air may appear to be exceedingly small quantities of asbestos, it is well to recall that chrysotile asbestos easily fragments into ultimate fibrils 300 to 400 A in diameter and often 2,000 A or smaller in length. Thus, $10^{-9}$ gm of chrysotile asbestos could represent a million fibrils.

That Manhattan has higher levels of asbestos than other boroughs is to be expected, as greater use of asbestos in building construction takes place in that borough. During the past ten years, it has been common

practice to spray fireproofing material containing from 10% to 30% asbestos, onto girders, spandrels, and decking of high-rise office buildings. Often, inadequate precautions were taken by contractors to contain the spray material and extensive "snowfalls" of asbestos-containing material took place over widespread areas of Manhattan. This practice was of such obvious concern that New York City has banned the spraying of asbestos fireproofing, effective as of Feb 26, 1972.[35]

Prior to the implementation of New York City's regulations, data were obtained in lower Manhattan at various sites in the vicinity of buildings under construction where spray fireproofing with asbestos-containing materials was used. During the two days on which data were obtained, the asbestos levels in $10^{-9}$ gm/cu m were as follows: site 1, downwind from a spray source, 45 to 80; site 2, 45° downwind from one source and upwind from others, 15 to 30; site 3, upwind from any source, 20; site 4, downwind from a spray source, 45; and site 5, upwind from any source, 20.

The data in New York have been supplemented by measurements in other urban and in more rural areas. The chrysotile content of air in three selected locations was as follows: Philadelphia, 45 to 100, asbestos level in $10^{-9}$ gm/cu m; Ridgewood, NJ, 20, asbestos level in $10^{-9}$ gm/cu m; and Port Allegany, Pa, 10 to 30, asbestos level in $10^{-9}$ gm/cu m (amosite fibers were also found in the air of this community; a factory using this material was present).

These data, though still limited, serve to establish that, at least in the areas sampled, there is a background of chrysotile contamination of the ambient air and that this may be higher about construction sites in urban areas. Much more information will be required, however, before reliable estimates can be made concerning quantitative levels of such contamination.

### Epidemiological Perspectives

**Environmental Disease.**—The occurrence of asbestos pollution of urban air is now established. What has not been defined, however, are the dimensions of disease which may be associated with this pollution.

Indeed, it is hardly proper to speak of "asbestos air pollution" in general terms. There are different sets of circumstances in which such pollution can occur, varying in intensity, intimacy, and duration of exposure.

**Lapsed Period.**—A problem common to all types of asbestos air pollution is the long lapsed period between onset of exposure and appearance of disease. In general, this is 20, 30, 40, or more years insofar as neoplasia is concerned. There are variations, of course. It may be that intensity of exposure is one such variable; others could include fiber variety, fiber size, competitive risk of asbestosis,[36] cofactors such as cigarette smoking,[13] trace elements, and perhaps other concomitant air pollutants.

**Defined Populations.**—It should be recognized that the different kinds of asbestos air pollution are not limited to well separated compartments. Exposure to general community asbestos air pollution may be overwhelmed by indirect occupational exposure, in the case of a construction workman. Similarly, the asbestos inhaled by virtue of family contact in the household of an insulation worker could hardly be attributed to the scant asbestos fibrils in the air of a rural community in which that employee happened to live. Such permutations are common and may be misleading unless identified. When considering neighborhood air pollution about an asbestos plant (30 years ago, since it would be these people with whose fate we would now be concerned) it is well to remember that, at least in the 1930s and 1940s, people who worked in a plant tended to live near it. Thus, the population about a plant being studied would have to be well characterized, to identify those with direct occupational exposure, before the effects of neighborhood contamination could be evaluated.

### Sources and Control

Sources for asbestos air pollution can be looked at in two ways. They can be identified and measured without reference to exposed populations. Epidemiological attention may then be attracted to these "contamination sources in search of disease." Alternatively, sources for asbestos air pollution can be studied in relation to their potential for exposure of human populations.

At this time, both approaches are hampered by inadequate information on the relative significance of peak exposures compared to constant background contamination. There is clinical evidence which indicates that heavy exposures for brief periods (days, weeks, months), with retention of the inhaled fibers for the rest of the individual's lifetime, may carry serious disease potential.[37] Therefore, intermittent high peak exposures may carry an unusual risk, especially when added to the cumulative retention associated with background pollution over long periods of time.

Adequate information is needed concerning the natural history of asbestos air pollution, including persistence, variations with meteorological conditions, and ultimate fate.[38] Asbestos fibers, being mineral, may persist in the environment for long periods. It is not known, however, if this is so, or to what extent attrition occurs by a variety of physical processes. We have found amosite asbestos fibers in the settled dust and in the household air, within homes which had been occupied 15 years before by workmen of an amosite factory. Similarly, both settled dust and ambient air in a construction workman's home contained chrysotile fibers at levels beyond those usually observed as background. Neighborhood contamination from factory sources may also be associated with long persistence of the mineral fibers. In preliminary studies, we have found this to be true of both superficial soil contamination and settled dust on attic rafters in such neighborhoods. It is apparent that information concerning persistence and fate of asbestos air pollution would be important, if only as a background to the evaluation of air levels from current emission sources.

Natural Sources of Asbestos Air Pollution.—It is likely that some air contamination occurs from natural sources. Serpentine rock outcroppings occur in many parts of the United States and other countries. Studies in our laboratories suggest that, on an ultramicroscopic level, serpentine very frequently contains some fibrous mineral components, which are properly classified as chrysotile. In addition, some outcroppings contain frank chrysotile veins. Such chrysotile-containing rocks are widely distributed, although not necessarily in commercial concentrations. Nevertheless, abrasion and weathering of such surface formations might be accompanied by release of chrysotile fibers into the surrounding air.

Industrial and Commercial Sources.—Although natural sources for asbestos air pollution should be considered, it is likely that they add only an infinitesimal amount to the asbestos air burden in urban areas. Most is derived from commercial and industrial sources. Here, emission-source inventories can be prepared and would include transport and storage of raw fiber supplies, manufacture of the many useful asbestos-containing products, transport and end-use of these products, their weathering, and ultimate disposal as waste. In general, the potential for pollution varies with the degree of fixation of the fiber in the product.

Approximately two thirds of the asbestos used in the United States is used in construction products. Ship building and repair, and waste disposal of asbestos products are important areas for study. Spraying of asbestos-containing mineral fiber insulation has already been mentioned. Factory emissions are an obvious, and controllable, difficulty. Housekeeping in all asbestos-using facilities may turn out to be a knotty problem, and ultimately associated with much asbestos air pollution.

This investigation was supported in part by Public Health Service grants OH 00305 and ES 00358.

Dr. Langer was the recipient of Career Award ES 44812.

References

1. Kiviluoto R: Pleural calcification as roentgenologic sign of nonoccupational endemic anthophyllite-asbestosis. Acta Radiol, suppl 194, pp 1-67, 1960.

2. Jacob G, Bohlig H: Roentgenological complications in pulmonary asbestosis. Fortschr Roentgenstr 83:515-525, 1955.

3. Selikoff IJ: The occurrence of pleural calcification among asbestos insulation workers. Ann NY Acad Sci 132:351-367, 1965.

4. Laamanen A, Noro L, Raunio V: Observations on atmospheric air pollution caused by asbestos. Ann NY Acad Sci 132:240-245, 1965.

5. Wagner JC, Sleggs CA, Marchand P: Diffuse pleural mesothelioma and asbestos exposure in North Western Cape Province. Brit J Industr Med 17:260-271, 1960.

6. Weiss A: Pleurakrebs bei lungenasbestose, in vivo morphologisch gesichert. Medizinische 1:93-94, 1953.

7. Newhouse ML, Thompson H: Mesothelioma of

pleura and peritoneum following exposure to asbestos in the London area. *Brit J Industr Med* 22:261-269, 1965.

8. Lieben J, Pistawka H: Mesothelioma and asbestos exposure. *Arch Environ Health* 14:559-563, 1967.

9. Thomson JG, Kaschula ROC, MacDonald RR: Asbestos as a modern urban hazard. *S Afr Med J* 7:77-81, 1963.

10. Gross P, Cralley LJ, deTreville RTP: Asbestos bodies: Their nonspecificity. *Amer Industr Hyg Assoc J* 28:541-542, 1967.

11. Williams R: "Curious bodies" found in the lungs of coal-workers. *Lancet* 2:541-542, 1934.

12. Selikoff IJ, Churg J, Hammond EC: Asbestos exposure and neoplasia. *JAMA* 188:22-26, 1964.

13. Selikoff IJ, Hammond EC, Churg J: Asbestos exposure, smoking and neoplasia. *JAMA* 204:106-112, 1968.

14. Selikoff IJ, Hammond EC, Churg J: Mortality experiences of asbestos insulation workers, in Shapiro HA (ed): *Proceedings of the International Conference on Pneumoconiosis.* Capetown, South Africa, Oxford University Press, 1970, pp 180-186.

15. Hygiene standard for chrysotile asbestos dust. *Ann Occup Hyg* 11:47-49, 1968.

16. Selikoff IJ, Hammond EC: Community effects of non-occupational environmental asbestos exposure. *Amer J Public Health* 58:1658-1666, 1968.

17. Langer AM, Selikoff IJ, Sastre A: Chrysotile asbestos in the lungs of persons in New York City. *Arch Environ Health* 22:348-361, 1971.

18. Langer AM, Baden V, Hammond EC, et al: Inorganic fibers, including chrysotile, in lungs at autopsy: Preliminary report, in Walton WH (ed): *Inhaled Particles and Vapours,* IIL London, Unwin Bros Ltd, 1971, vol 2, pp 683-694.

19. Langer AM, Mackler AD: Morphology of chrysotile asbestos fibrils: Electron microscopic observations. *Amer Mineralogist,* to be published.

20. Pooley FD, Oldham PD, Um CH, et al: The detection of asbestos in tissues, in Shapiro HA (ed): *Proceedings of the International Conference on Pneumoconiosis.* Capetown, South Africa, Oxford University Press, 1970, pp 108-116.

21. Sundius N, Bygden A: Der staubinhalt einer asbestosis-lungen und die beschaffenheit der sogennter asbestosis - korperchen. *Arch Gewerbepath* 8:26-80, 1938.

22. Beattie J, Knox JF: Studies of mineral content and particle size distribution in the lungs of asbestos textile workers, in Davies CN: *Inhaled Particles and Vapours.* New York, Pergamon Press, 1961, pp 419-433.

23. Bohlig H, Dalbert AF, Dalquen P, et al: Epidemiology of malignant mesothelioma in Hamburg: A preliminary report. *Environ Res* 3:365-372, 1970.

24. Borow M, Conston A, Livornese LL, et al: Mesothelioma and its association with asbestosis. *JAMA* 201:587-591, 1967.

25. Raunio V: Occurrence of unusual pleural calcification in Finland: Studies on atmospheric pollution caused by asbestos. *Ann Med Intern Fenn* 55 (suppl 47): 61, 1966.

26. Zolov C, Bourilkov T, Babadjov L: Pleural asbestosis in agricultural workers. *Environ Res* 1:287-292, 1967.

27. Burilkov T, Michailova L: Asbestos content of the soil and endemic pleural asbestosis. *Environ Res* 3:443-451, 1970.

28. Hromek J: The mass incidence of characteristic pleural changes in citizens of the western part of the former Jihlava region. *Rozhl V Tuberk* 22:405-515, 1962.

29. Rous V, Studeny J: Aetiology of pleural plaques. *Thorax* 25:270-284, 1970.

30. Dreessen WC, Dallavalle JM, Edwards TI, et al: *A Study of Asbestosis in the Asbestos Textile Industry,* bulletin 241. Public Health Service, 1938.

31. Speil S, Leineweber JP: Asbestos minerals in modern technology. *Environ Res* 2:166-208, 1969.

32. Lynch JR, Ayer HE: Measurement of asbestos exposure. *J Occup Med* 10:21-24, 1968.

33. Turkevich J: The world of fine particles. *Amer Sci* 47:97-119, 1959.

34. Berkley C, Churg J, Selikoff IJ, et al: The detection and localization of mineral fibers in tissue. *Ann NY Acad Sci* 132: 48-63, 1965.

35. *Spraying of Asbestos Prohibited,* local law 49, in Air Pollution Control Code of the City of New York, sec 1403, 2-9, 11 (b). New York City Dept of Air Resources, Aug 25, 1971.

36. Jacob G, Anspach M: Pulmonary neoplasia among Dresden asbestos workers. *Ann NY Acad Sci* 132:536-548, 1965.

37. Selikoff IJ, Bader RA, Bader ME, et al: Asbestosis and neoplasia. *Amer J Med* 42:487-496, 1967.

38. *Asbestos: The Need for and Feasibility of Air Pollution Controls.* Committee on Biological Effects of Atmospheric Pollutants. Washington, DC, National Academy of Sciences, 1971.

---

### ERRATUM

In a recent article by Sherwin and Yuen, "Silicone Fluid for the Metering and Monitoring of Nitrogen Dioxide" (24:331, 1972), the number "5.23 ppm" in the third line of column 1 on page 331 should read "3.93 $NO_2$."