```
1              UNITED STATES BANKRUPTCY COURT
2                   DISTRICT OF DELAWARE
3
4    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                     )
5    In re:                          )
                                     )  NO. 01-01139 (JKF)
6    W.R. GRACE & CO., et al.,       )
                                     )
7              Debtor.               )
                                     )
8    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
9
10
11
12
13
14
15   DEPOSITION OF:  WILLIAM G. HUGHSON, M.D.
16       Taken on:  Friday, June 6, 2003
17       Taken at:  3777 La Jolla Village Drive
                    San Diego, California   92122
18
        Reported by:  Veronica S. Thompson
19                    CSR No. 6056, RPR, CRR
20
21
22
23
24
25
```

COPY

1   than 5 microns?

2   A   I -- for those particular cases, whatever the
3   table says, I'm -- I find -- this is interesting to see
4   what his conclusions were, but, you know, consistent
5   with Churg's opinions on the subject -- this is from the
6   abstract -- some processed ore workers have longer
7   fibers which might be responsible for higher disease --
8   for disease in certain working groups.

9   So, I mean, I know Dr. Churg's opinion on the
10  subject, and his opinion, which is shared by virtually
11  all experts, is that long fibers are the important ones
12  for the pathogenesis either of cancers or of
13  nonmalignant diseases due to asbestos.

14  Q   What is the relative toxicity between
15  chrysotile and tremolite?

16  A   I sort of place tremolite in the same category
17  as I would place amosite.  And so what I've said for
18  years is that if I gave chrysotile a one, I would give
19  amosite a 10, and I would give crocidolite a 100.
20  Roughly orders of magnitude difference.

21      Other authors have different numbers, but I
22  think we all agree that chrysotile by itself is the
23  least likely to cause disease and that amphibole
24  asbestos is more hazardous in that regard.  And I think,
25  from my perspective, I would consider fibrous tremolite

1  asbestos to be similar to amosite in its ability to
2  cause disease.
3     Q   So if chrysotile, if I understood you
4  correctly, was a one, amosite and tremolite would both
5  be 10s?
6     A   Yes.
7     Q   Do you have an opinion as to whether or not
8  pure chrysotile in the absence of any tremolite is
9  capable of causing mesothelioma?
10    A   I think it's unlikely. I'm not the type of
11 person who is prone to say never or prone to say always.
12 I think the studies that we have say -- from cloth
13 manufacturing indicate that mesothelioma is exceedingly
14 rare. And the reason I pick cloth is that cloth is a
15 highly processed product and attempts, vigorous attempts
16 to identify tremolite have failed.
17        And Dr. Longo has looked at, he says, about a
18 hundred samples of cloth and has never found a tremolite
19 fiber in there. So to me that's good evidence.
20        And even in Quebec where the proportionate
21 mortality for mesothelioma is about .3 percent and when
22 you look in the lungs there, you find amosite or
23 crocidolite in many of the mesothelioma cases.
24        So to me I think chrysotile rarely causes
25 mesothelioma, even if it's contaminated with tremolite,

1    A    Correct.

2    Q    Have you seen any clinical cases of
3    nonoccupational asbestosis?

4    A    No.

5    Q    Referring to paragraph 9 of your report, you
6    make reference to background levels of asbestos to which
7    people living in urban areas are exposed. What is your
8    understanding of the type of asbestos that's found in
9    those backgrounds, the ambient air, urban air?

10    A    Chrysotile asbestos.

11    Q    Do you know of anywhere that you would find a
12    background level of tremolite in the ambient air?

13    A    I suppose Libby, Montana, would be the best
14    example in North America where if there's asbestos in
15    the air in Libby, I would expect it to be -- at least a
16    greater proportion of it to be tremolite. I suppose
17    there could be some chrysotile in the ambient air there
18    from other sources, but tremolite would be more.

19    Q    Other than Libby, are you aware of any other
20    area where you would find some concentration of
21    tremolite in the ambient air?

22    A    Well, I would be looking for places where
23    minerals are being exploited. And, for example, right
24    here in California -- gosh, I'm blocking on it now.
25    There's a part of California that has asbestiform