Plant Location **Cambridge** Date of Sampling **3-2-76** Type Contaminant Sampled **Tremolite**

SAMPLING CONDITIONS:

| OUTSIDE | INSIDE DRAFT | VISIBLE DUST | HOUSEKEEPING |
|---|---|---|---|
| Clear | None | None | |
| Cloudy | Slight | Slight | |
| Rain | Moderate | Moderate | |
| Snow | Excessive | Heavy | |

ENGINEERING TEST SAMPLES

REMARKS: 10 bags Attic Insulation Libby #2 Room had no ventilation CPD lab room 8'x12' with 8' ceiling. Wetted Vermiculite test done in different room than dry test.

SAMPLING DATA & EVALUATION

| Temp | Type | Flow Rate | Sample No. | Employee | Operation/Area | Pump Off | Pump On | Sampling Time | Operating Volume | Remarks | Lab Evalu. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | | 1.5 | CAM1 | S.Venuti | Spreading Verm. | 11:33 | 11:25 | 8 min | | | |
| 2343 | | 1.5 | CAM2 | — | Environment | 11:37 | 11:25 | 12" | | Hung 6'up from floor ceiling | 3541 |
| 49 | | 1.5 | CAM3 | S.Venuti | Spreading Verm. | 11:39 | 11:33 | 6" | | Good | 129 |
| 2343 | | 1.5 | CAM4 | — | Same as #2 | 11:45 | 11:32 | 11" | | Same as CAM2 | 153 |
| Note: | Vermiculite wetted with 2½ qts/bag for following three samples | | | | water | | | | | | |
| 49 | | 1.5 | CAM5 | S.Venuti | Spreading Wet Verm. | 3:54 | 3:46 | 10 min | | | 725 |
| 2243 | | 1.5 | CAM6 | — | Environment | 4:07 | 3:50 | 17" | | Hung near ceiling 6'up | 0226 |
| 49 | | 1.5 | CAM7 | S.Venuti | Cleaning up room | 4:07 | 3:55 | 12" | | | 179 |

15084133

Sampling By _Hamilton_       Laboratory Evaluation By _____  Date _3-15-76_

780100