

GRACE

Construction Products Division

March 1, 1977

41-77

To: Distribution List

From: E. S. Wood

Subj: Zonolite Contingency Planning

PERSONAL and CONFIDENTIAL

As you know, the controversy surrounding requirements for safe handling of asbestos has created a need to continually reassess the effects of new laws, regulations, and medical evidence on our business.

Recently, several developments have caused us to revise our estimate of what may be required for Zonolite vermiculite products, particularly in the areas of labeling and sale of consumer products. We expect to have a more definitive legal opinion in about three weeks. In the meantime, we must develop facts and plan for actions which could be both drastic and precipitous. In the extreme case, we could be faced with the need to immediately withdraw certain consumer products from the U.S. market and a requirement to affix "hazardous" warning labels on many of the remaining industrial products.

During the next three weeks we must: 1) determine the facts which are pertinent to the immediate decisions and 2) plan for the continuation of a viable business under drastically different circumstances.

Attached are two outlines. The first indicates what we must accomplish in the next three weeks. The second outlines the policy guidelines which specify important assumptions you should make in developing contingency plans over the next three weeks. I would like to emphasize that we are not promulgating policy except for the purposes of establishing a planning base which you can use during the next three weeks. Any final decisions will be made based on the facts as they may exist at the time of that decision.

You should take every reasonable precaution to assure that these contingency studies and plans are confined to those on the distribution list for this memo.

ESW/CGR
Attachments



The following is needed by 3/18/77:

41178

| | Responsible |
|---|---|
| 1. Up-to-date assessment for each end use of: | |
| a. Tremolite exposure levels (15 min. maximum and 8 hr. TWA) for all our products made from both S.C. and Libby ore. | Eaton<br>Hamilton<br>Eschenbach<br>Locke |
| b. Tremolite contaminant levels in each of our end products made from both S.C. and Libby ore. | Duecker<br>Yang |
| 2. Label wording and a plan for implementing to cover:<br>a. Consumer products<br>b. Industrial products<br>c. Ore | Williams<br>Hanlon<br>Favorito |
| 3. R&D and Engineering work plan showing for short and intermediate term.<br>a. Proposed research objectives<br>b. Manpower requirements<br>c. Target dates | Engineering:<br>Wolter<br>Schneider<br>Eaton<br>Duecker<br><br>Hort/Ag:<br>Hanlon<br>Abernathy<br>Duecker<br>Ericson<br><br>BPD:<br>Williams<br>Blessington<br>Prd. Mgrs.<br>Duecker |

continued .......

41479

| | Responsible |
|---|---|
| 4. Development of contingency plans and assessment of their financial impact considering the following 3 cases: | **Wood**<br>Williams<br>Blessington<br>Benanto<br>Hanlon<br>Wolter<br>Abernathy<br>Financial Analysts |

a. Crash labeling decision and withdrawal of all consumer products.

b. Following "Proposed Planning Assumptions" (attached)

c. Following more stringent safety precautions under which:

(1) MONOKOTE must be withdrawn from California without replacement until 6/78.

(2) OSHA goes to 0.1 by 12/80

(3) MESA goes to 1.0 by 12/80

(4) All consumer products withdrawn without replacement.

ESW/cgr
3/1/77



41480

## Planning Assumptions for Dealing with Tremolite Contamination of Zonolite Vermiculite

1. All products containing Libby vermiculite must be labeled (with the possible exception of MONOKOTE and Concrete Aggregate) within the next 6 weeks. This assumes Tremolite is properly classified as a carcinogen (at some dosage level and exposure time) like other forms of asbestos.

2. Products containing S.C. vermiculite must be labeled if:
   a. They enter the consumer market; or
   b. They exceed OSHA fiber count limits in intended use.

3. Canadian consumer products may continue to be sold if they meet the present U.S. OSHA standards (2.0 TWA, 10.0 max.).

4. Assume that consumer products must meet standards in their intended use of 0.2 f/ml (8 hr. TWA) and 1.0 f/ml (15 min. maximum) or be withdrawn from the U.S. market within the next month.

5. Within the next 3 years, asbestos fiber standards which we must meet will be:

| | OSHA | MESA | |
|---|---|---|---|
| 12/77 | 1.0 | 2.0 | (3/78) |
| 12/80 | 0.5 | 2.0* | |

*with mandatory respirator use above 0.5.






6. In the event that we have insufficient ore to fill demand (such as deciding to close Libby), we will be free to make most profitable use of available ore except that customers who might be terminated will be given at least a 12-month notice and unlimited right to stockpile.

7. We are unwilling to invest major new capital (over $5 MM) in Zonolite to develop added raw material resources.

ESW/cgr
3/1/77

#41476-41487

Shu's Office
Double Cabinet w/o lock
3rd drawer from top
Folder: E.S. Wood

Shu Box 1

TRADE SECRET
41476-41481

GRACE

Construction Products Division

PERSONAL and CONFIDENTIAL

41476

DISTRIBUTION LIST

Hort./Ag

W. R. Hanlon

Financial & Admin.

W. F. McCord

J. Becker

R. C. Abernathy

J. D. Glidden

R. R. Benanto

R. Soffer

R. C. Ericson

R. H. Locke

BPD

B. R. Williams

B. A. Blessington

W. K. Rogers/No.Brunswick

T. P. Feit/Santa Ana

Product Managers

Mfg.

J. W. Wolter

R. L. Oliverio/Libby

W. R. Wright

R. E. Schneider

F. W. Eaton

R&D

H. C. Duecker

L. Shu

cc: H. A. Eschenbach
O. M. Favorito
L. Rosenblatt
R. M. Vining

ESW/cgr
3/1/77

15001411