IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Attachments to Memorandum in Support of
the ZAI Claimants' Motion for Summary Judgment**

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: July 7, 2003

## **TABLE OF CONTENTS**

1   Harashe v. Flintkote Co., 848 S.W.2d 506 (Mo. Ct. App. 1993).

2   EPA, "Current Best Practices For Vermiculite Attic Insulation – May 2003".

3   Excerpts from Deposition of Morton Corn (May 29, 2003).

4   Excerpts from Deposition of Thomas Hamilton (Feb. 25, 2003).

5   ZAI advertisements.

6   Memo from F. Eaton to J.W. Wolter (Aug. 22, 1980).

7   Excerpts from Deposition of Harlow Casler (Feb. 26, 2003).

8   Excerpts from Deposition o Fred Eaton (Feb. 6, 2003).

9   OSHA Asbestos Standard, 29 C.F.R. §1910.1001 (1976).

10  Memo from R.H. Locke to H.A. Brown (Mar. 11, 1976).

11  Memo from O.M. Favorito to E.S. Wood (Mar. 14, 1977).

12  Memo from F.W. Eaton to J.W. Wolter (July 12, 1977).

13  "Marketing Problems Related to OSHA, EPA" (Feb. 11, 1977).

14  Memo from Julie Yang to J.W. Wolter (Aug. 4, 1978).

15  Super Clean Vermiculite Trials (June 9, 1978).

16  Memo from F.W. Eaton to D.M. Kirven (Nov. 23, 1977).

17  Memo from F.W. Eaton to J. Wilson (Oct. 4, 1979).

18  "Keep the Hot Out and the Cool In" advertisement; Data Sheet (July 15, 1980); Zonolite Spot Commercials.

19  "Big Builders, Small Builders – All Agree! Zonolite Insulating Fill 'Is Easiest of All to Install'" advertisement.

20  51 Fed. Reg. 22612 (June 20, 1986).

| | |
|---|---|
| 21 | Grace memo to Building Products Sales Force (Jan. 1984). |
| 22 | Michael Carliner, <u>Replacement Demand for Housing</u>, Housing Econ. (Dec. 1996). |
| 23 | Steve Hays & Ronald Gobbell, "Opinions About the Use and Disturbance of Zonolite Attic Insulation" (Mar. 21, 2003). |
| 24 | Excerpts from Deposition of Elwood Wood (Feb. 5, 2003). |
| 25 | Letter from Elwood Wood to Dale Ray, CPSC (Apr. 1, 1980). |
| 26 | Pinchin Environmental, "Final Report Site Assessment Vermiculite Removal Building E-12 C.F.B. Shilo, Shilo Manitoba" (Apr. 3, 1977). |
| 27 | Excerpts from Deposition of Ralph Mold (Feb. 28, 2003). |
| 28 | William M. Ewing, "Zonolite Attic Insulation Report" (Mar. 19, 2003). |
| 29 | Grace Lab. Data Book No. 104 (Nov. 1, 1968). |
| 30 | Letter from Bruce Williams to Robert L. Sansom (July 7, 1972). |
| 31 | Letter from W.R. Grace to CPSC (Feb. 14, 1980). |
| 32 | Omnibus Hearing Transcript (Sept. 23, 2002). |
| 33 | Memo from J.M. Spiak to R.L. Asher (July 2, 1987). |
| 34 | Journal of Light Construction (May 2003). |
| 35 | Excerpts from Deposition of Richard Lee (June 6, 2003). |
| 36 | Memo from J.C. Yang to H.C. Duecker (Feb. 23, 1976). |
| 37 | J.C. Yang Request for Technical Service (Sept. 23, 1976). |
| 38 | Tremolite Reduction Program Progress Report Summary (Oct. 17, 1979). |
| 39 | Handwritten notes from O.M. Favorito to R.C. Ericson (Apr. 8, 1977). |
| 40 | Werby Laboratory Monokote Application Test Results (July 16, 1970). |

| | |
|---|---|
| 41 | Grace ZAI Actual Home Attic Tests (July 7, 1977). |
| 42 | Memo from J.C. Yang to H.C. Duecker (Feb. 26, 1976). |
| 43 | William Longo & Richard Hatfield, "Zonolite Attic Insulation Report" (Apr. 4, 2003). |
| 44 | Memo from R.H. Locke to J.L. Wright (Nov. 5, 1975). |
| 45 | Memo by Julie C. Yang, "Characterization and Preparation of Respirable Sized Tremolite Fiber in Vermiculite for Animal Studies" (Apr. 8, 1976). |
| 46 | Memo from R.H. Locke to H.A. Brown (Aug. 5, 1976). |
| 47 | Debtors' Objections and Responses to ZAI Claimants' Second Set of Requests to Admit to Debtors. |
| 48 | Cornelius S. Hurlbut, Jr., Mineralogy of Asbestos Dust, Journal of Industrial Hygiene, 17:289-98 (1935). |
| 49 | Irving J. Selikoff, et al., Asbestos Air Pollution, Archives of Environmental Health, 25:1-13 (1972). |
| 50 | Excerpts from Deposition of William Hughson (June 6, 2003). |
| 51 | Richard J. Lee, "Opinion of Dr. Richard J. Lee in the matter of In Re: W.R. Grace & Co., et al." (Apr. 15, 2003). |
| 52 | Grace laboratory evaluation (Mar. 2, 1976). |
| 53 | Memo from E.S. Wood to Distribution List (Mar. 1, 1977). |
| 54 | Cheshire Medical Center v. W.R. Grace & Co., Civ. No. 88-516-M (D.N.H. July 26, 1993). |
| 55 | Mayor & City Council of Baltimore v. Keene Corp., No. 84268068/CL25639 (Balt. Cir. Ct. Feb. 19, 1992). |
| 56 | Clayton Center Associates v. W.R. Grace & Co.–Conn., No. 581479 (Mo. Cir. Ct., St. Louis Co., Feb. 18, 1992). |
| 57 | Blue Cross & Blue Shield of South Carolina v. W.R. Grace & Co.–Conn., No. 6:89-1287-1 (D.S.C. May 30, 1991). |

| | |
|---|---|
| 58 | Board of Trustees of Johnson County Community College v. National Gypsum Co., No. 88-2031-0 (D. Kan. Jan. 9, 1990). |
| 59 | In Re: State & Regents' Building Asbestos Cases, No. 99091/99082 (Minn. Dist. Ct., Dakota Co., Dec. 29, 1988). |
| 60 | MDU Resource Group, Inc. v. W.R. Grace & Co., No. A1-90-122 (D.N.D. May 26, 1992). |
| 61 | Bunker Hill Towers Condominium Association v. Prudential Insurance Company of America, No. C 638 821 (Cal. Super. Ct., Los Angeles Co., Apr. 6, 1992). |
| 62 | 47 Fed. Reg. 23,360 (May 27, 1982). |
| 63 | EPA, Managing Asbestos in Place (1990). |
| 64 | EPA Fact Sheet: Asbestos Sampling in Libby, MT (May 2000). |
| 65 | ASTM Standard D5755, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations". |
| 66 | J.R. Millette, et al., Settled Dust Analysis Used in Assessment of Buildings Containing Asbestos, Microscope (1990). |
| 67 | R.L. Hatfield, et al., A Study of the Reproducibility of the Micro-Vac Technique As A Tool for the Assessment of Surface Contamination in Buildings with Asbestos-Containing Materials, Advances in Environmental Measurement Methods for Asbestos (M.E. Beard & H.L. Rook eds., 2000). |
| 68 | Owen S. Crankshaw, Quantitative Evaluation of the Relative Effectiveness of Various Methods for the Analysis of Asbestos in Settled Dust, Research Triangle Institute (1996). |
| 69 | R.J. Lee Group, Inc., Surface Sampling Strips Brochure. |
| 70 | Asbestos Survey, W.R. Grace – Acton Facility (Oct. 1988). |
| 71 | Memo from Peter Kostic to G.C. Cunningham (June 20, 1969). |
| 72 | Memo from T.E. Winkle to W.R. Wright (June 15, 1983). |

| | |
|---|---|
| 73 | Building Interior, Cleaning Specification (Mar. 21, 1984). |
| 74 | Memo from T.E. Hamilton to D.C. Whiteman (Aug. 23, 1984). |
| 75 | EPA, Guidance for Controlling Asbestos-Containing Materials in Buildings (June 1985). |
| 76 | 52 Fed. Reg. 41,826 (Oct. 30, 1987). |
| 77 | EPA Response to September 11 – WTC Residential Dust Cleanup Program: Modified-Aggressive and Aggressive Sampling (Aug. 6, 2002). |
| 78 | Report of the Royal Commission on Matters of Health & Safety Arising from the Use of Asbestos in Ontario (1984). |
| 79 | Province of British Columbia, Control & Management of Friable Asbestos Materials (1983). |
| 80 | W.J. Nicholson, "Airborne Mineral Fibre Levels", IARC Non-Occupational Exposure to Mineral Fibres (1989). |
| 81 | Memo from T.E. Hamilton to J. McCarthy (Nov. 10, 1980). |
| 82 | Memo from P.M. Connor to H.A. Eschenbach (Apr. 27, 1983). |
| 83 | Memo from P.J. Walsh to R.P. Turner (Apr. 15, 1986). |
| 84 | Memo from H. Baldeo to P. Reif (Oct. 13, 1988). |
| 85 | Excerpts from Deposition of Donald Van Cura (May 30, 2003). |
| 86 | Excerpts from Deposition of Steven Mlynarek (June 19, 2003). |
| 87 | Excerpts from Deposition of Peter Lees (June 20, 2003). |
| 88 | Memo from M.M. Williams to E.S. Wood (May 31, 1977). |
| 89 | "How to Prepare Newspaper Advertising That Sells" and other advertising materials. |
| 90 | Grace ZAI Test Notes (July 11, 1977). |
| 91 | Binder Development Program P-204 Weedsport Spraying Tests (Mar. 1977). |

| | |
|---|---|
| 92 | Memo from W.J. McCaig to J.W. Wolter (Aug. 13, 1985). |
| 93 | Excerpts from Deposition of Harry Eschenbach in <u>United States v. W.R. Grace & Co.</u> (Sept. 26, 2003). |
| 94 | OSHA Asbestos Standard, 29 C.F.R. § 1910.1001 (1996). |