5331

| | | |
|---|---|---|
| 1 | Mayor & City Council | ) In the |
| 2 | of Baltimore, | ) |
| 3 | Plaintiff | ) Circuit Court |
| 4 | | ) |
| 5 | vs. | ) For |
| 6 | | ) |
| 7 | Keene Corporation, | ) Baltimore City |
| 8 | et al., | ) Civil Action |
| 9 | Defendants | ) No. 84268068/CL25639 |

The above-entitled case continued in trial before the Honorable Joseph I. Pines, Judge, and a Jury, on Wednesday, February 19, 1992, commencing at 10:10 a.m.

Reported by: Bonnie Gahagan

BETZ & STROUSE, INC.
114 West Mulberry Street
Baltimore, Maryland 21201
(301) 752-1733

Betz & Strouse, Inc.

5332

1           A P P E A R A N C E S

2

3

4

5    On behalf of the Plaintiff:
6           Carl E. Tuerk, Esquire
            Stanley J. Levy, Esquire
            Jordan C. Fox, Esquire
7           Ivan B. Rubin, Esquire
            Elizabeth L. Case, Esquire
8           Mary Rose Cook, Esquire
            Alan L. Billian, Esquire
9           Otho Thompson, Esquire

10   On behalf of Defendant United States Gypsum:
            George Nilson, Esquire
11          Amelia C. Kittredge, Esquire
            Grace L. Speights, Esquire
12          Awilda Marquez, Esquire
            Robert Douglas, Esquire
13

     On behalf of Defendant Asbestospray:
14          Thomas F. McDonough, Esquire
            Keith Truffer, Esquire
15

     On behalf of Defendant Hampshire Industries:
16          Peter W. Taliaferro, Esquire
            Robert C. Lynott, Esquire
17          Robert Breschi, Esquire

18

19

20

21

                            Betz & Strouse, Inc.

5454

1     further issue Dr. Longo can testify and has

2     testified, that science is approved, the science --

3     the procedures from the EPA in 1989 that panel they

4     assembled to the present procedures that Dr. Longo

5     used in this case and are approved by vote of that

6     subcommittee, those are all still the same

7     procedures and they are not novel for the reasons I

8     have already given you because they can all be

9     traced back.

10         THE COURT:  Mr. Rubin, I am prepared to

11     rule.

12         MR. RUBIN:  Yes, sir.

13         THE COURT:  I am going to deny the motion

14     to preclude Dr. Longo's testimony with respect to

15     dust sampling.  Even from some of the information

16     that has been furnished by defense I find that his

17     testimony is admissible on this subject and is

18     subject to cross-examination and I found that there

19     certainly is some, I guess, foundation for the

20     techniques he has used and for the possible

21     conclusions he might come to with respect to dust

Betz & Strouse, Inc.

1    samples.

2              MR. RUBIN:  Thank you, your Honor.

3              May we have like three minutes, your

4    Honor?

5              THE COURT:  All right.

6              I have a request.

7              THE CLERK:  Juror 19 right here, she

8    has -- 17, 17, she has college on Tuesdays and

9    Thursdays and she asked the Judge, she would

10   appreciate if we could stop somewhere around 4:30 so

11   she can get to college at 5:20.

12             MR. FOX:  That is fine.  That is when we

13   break early.

14             THE CLERK:  Tuesdays and Thursdays.

15             (In open court, jury present.)

16             THE COURT:  Counsel, ready to go?

17             THE CLERK:  Doctor, I remind you you are

18   still under oath.  Give your name for the record,

19   please.

20             THE WITNESS:  William Edward Longo.

21             THE CLERK:  Thank you.

                                    Betz & Strouse, Inc.