# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

BLUE CROSS AND BLUE SHIELD )
OF SOUTH CAROLINA, )
                )
           PLAINTIFF, )
                )
VERSUS             )     C/A NO. 6:89-1287-1
                )
W.R. GRACE & CO.-CONN., )
                )
           DEFENDANT. )
--------------------------------)

BEFORE:

          THE HON. JOSEPH F. ANDERSON, JR.,
                    U.S. DISTRICT JUDGE

                         GREENVILLE, S.C.
                         MAY 30, 1991

## VOLUME XI
### TRANSCRIPT OF JURY TRIAL

APPEARANCES:

FOR THE PLAINTIFF:         DANIEL SPEIGHTS, ESQ.
                           CHARLES ALAN RUNYAN, ESQ.
                           P.O. BOX 685
                           HAMPTON, S.C.  29924

FOR THE DEFENDANT:        L. GRAY GEDDIE, JR., ESQ.
                           300 NORTH MAIN STREET
                           GREENVILLE, S.C.  29602

                           LOUIS C. WOOLF, ESQ.
                           900 GAY STREET, S.W., SUITE 2200
                           KNOXVILLE, TENNESSEE  37902

1  DIRECT , THAT'S CORRECT, SIR.

2  Q.    DR. LONGO, BASED UPON YOUR EXPERIENCE, NUMBER OF YEARS

3  YOU WORKED WITH TEM, THE NUMBER OF YEARS YOU HAVE DONE

4  ASBESTOS SAMPLING, THE NUMBER OF YEARS YOU HAVE DONE DUST

5  SAMPLING AND THE WORK THAT YOU HAVE DONE, WOULD YOU TELL THE

6  JURY WHAT THE COMPARISON IS BETWEEN SONICATING A SAMPLE AND

7  NOT SONICATING A DUST SAMPLE?

8  A.    THE COMPARISONS ARE LITERALLY COMPARABLE. IF YOU TAKE ,

9  EXAMPLE, IF WE TAKE A GROUP OF SAMPLES AND TAKE ONE OR TWO AI

10 USE THE ALCOHOL PREP AND NO SONIFICATION WHICH WOULD BE

11 DIFFERENT FROM THE WATER PREP AND SONIFICATION, THE RESULTS

12 ARE RIGHT IN THE MIDDLE THERE SOMEWHERE, SO THEY ARE NOT THE

13 HIGHEST AND THEY ARE NOT THE LOWEST, SO THEY ARE COMPARABLE.

14 Q.    LET ME FOLLOW UP ON THAT A LITTLE BIT.  WHAT IS THE

15 PURPOSE OF SONIFICATION?

16 A.    WELL, WHEN YOU PUT THESE MATERIALS IN WATER THE PURPOSE

17 OF SONIFICATION IS TO GET EVEN DISTRIBUTION.  THE ASBESTOS OR

18 CHRYSOTILE HAS A SURFACE CHARGE ON IT, SO WHEN YOU PUT IN

19 WATER THEY TEND TO ATTRACT EACH OTHER.  WE FOUND THAT THESE

20 SAMPLES IN WATER IF YOU SONIFICATE IT YOU ARE ABLE TO GET A

21 MORE HOMOGENEOUS DISTRIBUTION.  SO YOU ARE GETTING THE

22 STRUCTURE SPREAD OUT SO YOU CAN FILTER IN A MORE EVEN MANNER.

23 Q.    HAVING DONE THAT WITH A DUST SAMPLE, WHY DON'T YOU DO A

24 DIRECT PREPARATION?

25 A.    WELL, UNFORTUNATELY IN THESE DUST SAMPLES THERE IS SO

1   MUCH AS   STOS AND SO MUCH MATERIAL, IT COMPLETELY OVERLOADS

2   THE FILTERS, YOU COULD NEVER LOOK THROUGH IT.  IT WOULD BE

3   TRYING TO-- IT WOULD BE TRYING TO WALK THROUGH THIS COURTROO

4   WITH YOUR EYES CLOSED AND TRYING TO ANALYZE EVERYTHING.

5       YOU HAVE TO GET THE ASBESTOS DOWN TO A POINT WHERE

6   YOU HAVE SINGLE FIBERS.  A GOOD ANALOGY OF THIS IS IF YOU HAV

7   SO MUCH ASBESTOS IT WOULD BE LIKE LOOKING AT A PLATE OF

8   SPAGHETTI AND TRYING TO DETERMINE HOW MANY STRANDS ARE THERE.

9   NOW IF I TAKE THAT PLATE OF SPAGHETTI AND I SPREAD IT OUT OR

10  PUT IN WATER AND DILUTE IT NOW I CAN COUNT THOSE INDIVIDUAL

11  SPAGHETTI FIBERS OR ASBESTOS FIBERS. SO THAT'S WHY WE DO THAT,

12  SIR.

13  Q.   ONE MORE LINE OF QUESTIONING, DR. LONGO, THERE'S BEEN

14  SOME TESTIMONY SPECIFICALLY BY DR. LEE THAT SONIFICATION, AND

15  I MAY MISSTATE THIS, BUT I BELIEVE HE SAID IT EXPLODES FIBERS

16  OR BREAKS THEM UP, DO YOU AGREE WITH THAT?

17  A.   NO, SIR.  ASBESTOS FIBERS HAVE A TENSILE STRENGTH OF

18  100,000 P S I, THEY ARE NOT BREAKING APART OR EXPLODING.  I

19  THINK YOUR GLASS BEAKERS WOULD EXPLODE WAY BEFORE THEN.

20  Q.   DR. LONGO, LET'S JUST ASSUME FOR THE SAKE OF ARGUMENT

21  THAT ASBESTOS FIBERS WERE BEING BROKEN UP WITH SONIFICATION,

22  WHAT WOULD YOU EXPECT THE RESULTS TO SHOW AS COMPARED TO ONE

23  THAT WASN'T SONICATED, IF THAT WAS HAPPENING?

24  A.   WELL, IF YOU CAN LOOK AT IT THIS WAY, LET'S GO BACK TO

25  THE SPAGHETTI.  IF YOU HAD DRIED SPAGHETTI AND SAY IT WAS THIS

1 TALL AND I HAD A HUNDRED STALKS OF SPAGHETTI THIS TALL AND I

2 HAD EXPLODED THEM ALL UP. SO WHAT I WOULD BE DOING IS TAKING

3 THEM AND BREAKING THEM UP AND PRETTY SOON I WOULD HAVE ALL I

4 SPAGHETTI FIBERS THIS TALL.  SO YOU WOULD GO FROM ALL THESE

5 BIG TALL SPAGHETTI FIBERS TO ALL THESE SMALL ONES.  SO YOU

6 WOULD EXPECT TO HAVE NO BIG SPAGHETTI FIBERS OR NO BIG

7 ASBESTOS FIBERS.

8            THAT'S NOT WHAT HAPPENS WHEN WE SEE SONIFICATION. I

9 SEE THAT THE SIZE DISTRIBUTION OF OUR BIG FIBERS AND OUR

10 LITTLE FIBERS STAY THE SAME.  AND IN THAT WORK WE HAVE

11 DEMONSTRATED OVER AND OVER-- IN FACT THAT BOOK YOU ARE HOLDIN

12 ALSO SUGGESTS THAT'S WHAT IS HAPPENING.  SO, THE SIZE

13 DISTRIBUTION DOES NOT CHANGE.  IF YOU ARE BREAKING OR

14 EXPLODING THINGS UP OR MAKING THEM SMALLER, YOU HAVE TO GET A

15 WHOLE BUNCH OF SMALL ONES AND NO BIG ONES AND THAT DOES NOT

16 HAPPEN.

17 Q.   IS THAT ALSO THE CASE WITH THE NUMBER OF MATRICES AND

18 CLUSTERS AND BUNDLES?

19 A.   WE SEE THE SAME SIZE DISTRIBUTIONS, SO IN FACT WE FEEL WE

20 ARE GETTING A MORE BETTER HOMOGENEOUS DISTRIBUTION, WE ARE

21 ABLE TO SEE ALL THE STRUCTURES BETTER.

22 Q.   DR. LONGO, IS YOUR TESTIMONY CONSISTENT WITH THIS

23 DOCUMENT?

24 A.   YES, SIR.

25 Q.   AND WHAT IS THIS DOCUMENT?

1  A.   TH1  IS COMPARISONS OF AIRBORN_ ASBESTOS LEVELS

2  DETERMINED BY TRANSMISSION ELECTRON MICROSCOPY USING THE

3  INDIRECT AND DIRECT TECHNIQUE, WHICH IS AN EPA DOCUMENT THAT

4  CAME OUT LATE LAST YEAR.

5          MR. WOOLF:  ALREADY BEEN TESTIFIED TO.

6          MR. RUNYAN:  THAT WAS IT.

7          THE COURT:  CROSS EXAMINATION.

8                    CROSS EXAMINATION

9  BY MR. WOOLF:

10  Q.   EVERYBODY HAS BEEN HANDING ME QUESTIONS, MR. LONGO, YOU

11  HAVE TESTIFIED FOR PLAINTIFF'S ATTORNEYS BEFORE IN CASES?

12  A.   YES, SIR.

13  Q.   YOU HAVE TESTIFIED FOR PLAINTIFF'S ATTORNEYS IN CASES

14  BEFORE THIS CASE EVEN STARTED?

15  A.   YES, SIR, THAT'S CORRECT.

16  Q.   YOU ARE ON THE WITNESS LIST IN THIS CASE?

17  A.   YES, SIR.

18  Q.   YOU HAVE BEEN AVAILABLE TO TESTIFY DURING THE COURSE OF

19  THE TRIAL?

20  A.   I DON'T KNOW IF I HAVE BEEN AVAILABLE. I HAVE BEEN DOING

21  OTHER THINGS, BUT I GUESS I WAS ON THE WITNESS LIST, THAT'S

22  CORRECT, SIR.

23  Q.   SO, YOU HAVE BEEN AVAILABLE?

24  A.   IF IT COULD HAVE WORKED TO MY SCHEDULE I COULD HAVE BEEN.

25  Q.   HAD PLAINTIFF'S ATTORNEYS ASKED YOU TO BE HERE ANY TIME