IN T   UNITED STATES DISTRICT COU
FOR THE DISTRICT OF KANSAS

THE BOARD OF TRUSTEES OF
JOHNSON COUNTY COMMUNITY
COLLEGE,

       Plaintiff,                 .  No. 88-2031-O

       v.                           .  Kansas City, Kansas

NATIONAL GYPSUM COMPANY,     .  January 9, 1990

       Defendant.

VOLUME I
TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE EARL E. O'CONNOR
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Plaintiff:         HUMPHREY, FARRINGTON &
                                 McCLAIN, P.C.
                                 123 West Kansas
                                 Independence, Missouri 64050
                                 By:  Mr. Kenneth B. McClain

                                 POPHAM, CONWAY, SWEENY,
                                 FREMONT & BUNDSCHU, P.C.
                                 1300 Commerce Trust Building
                                 922 Walnut
                                 Kansas City, Missouri 64106
                                 By:  Mr. John M. Klamann

                                 BENNETT, LYTLE, WETZLER
                                 5100 West 95th
                                 P. O. Box 8030
                                 Prairie Village, Kansas 66208
                                 By:  Mr. Robert F. Lytle

```
 1                          APPEARANCES
                            (Continued)
 2

 3   For the Defendant:        HOYLE, MORRIS & KERR
                               One Liberty Place
 4                             Suite 4900
                               1650 Market Street
 5                             Philadelphia, Pennsylvania 19103
                               By Ms. Susan Herschel and
 6                                Mr. Wayne W. Suojanen

 7
                               LATHROP, KOONTZ & NORQUIST
 8                             2600 Mutual Benefit Life Bldg.
                               2345 Grand Avenue
 9                             Kansas City, Missouri 64108
                               By: Mr. Thomas A. Ryan
10

11   Court Reporter:           Mrs. Roberta Bishop
                               United States Court Reporter
12                             122 United States Courthouse
                               812 North 7th Street
13                             Kansas City, Kansas 66101

14

15

16

17

18

19

20

21

22

23

24

25
```

 regard to any anecdotal evidence of personal injury and so forth, it's almost impossible to rule on that in advance, but the general rule is, of course, that you've got to show sufficient similarity that it would be relevant, and I mean similarity on many factors, not just the fact that somebody developed something from some exposure without just -- you can't be bare bones, that is what I am saying. But I can't make any really advance ruling on that till I hear the evidence.

The defendant's motion to exclude the testimony of Hatfield in regard to a sample taken during December 1989, I am not very impressed with the defendant's argument, and my tentative ruling is going to be that that evidence is going to be admissible.

Any bifurcation of trial, of course, that is denied.

Now, getting to plaintiff's motions. First motion has to do with hearsay newspaper articles that the defendants may want to use in regard to an EPA employee or -- I don't know whether he's an expert or not, but, again, it's very difficult for the Court to rule in advance on that. As I understand from the plaintiff's response, they're saying that this employee, in effect, adopted these newspaper articles, or something to that effect, so they may be admissible. I don't know. But I can't rule on that at this time.

The exclusion of the testimony of Russell Ward, the