STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF DAKOTA                     FIRST JUDICIAL DISTRICT

-----------------------------------------------------------

In Re:  State and Regents'              File Nos. 99091
                                                  99082
Building Asbestos Cases
                                            ORDER

-----------------------------------------------------------

Pursuant to appearance of counsel, and upon oral argument either made on December 19, 20 and 21, 1988, or waived therein, and based upon the pleadings, records and motions duly submitted,

IT IS HEREIN ORDERED:

1.   Defendant W.R.Grace's motion (number 14) to preclude Plaintiffs from presenting evidence regarding dust samples is DENIED.

BY THE COURT:

Thomas H. Carey
Judge of District Court

Dated:   December 29, 1988