Environmental Protection
Agency                                    (TS-799)                        July 1990

# ⊕EPA Managing Asbestos In Place

## A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials



⊕EPA

PLAINTIFF'S EXHIBIT
EXHIBIT

# Managing Asbestos In Place

## A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials



cupied. not for routine monitoring.

The most accurate and preferred method of analysis of air samples collected under an O&M program would require the use of transmission electron microscopy (TEM). Phase contrast microscopy (PCM), which is commonly used for personal air sample analysis and as a screening tool for area air monitoring, cannot distinguish between asbestos fibers and other kinds of fibers which may be present in the air. PCM analysis also cannot detect thin asbestos fibers, and does not count short fibers. TEM analysis is approximately ten times more expensive than PCM analysis. However, the more accurate information on actual levels of airborne asbestos fibers should be more beneficial to the building owner who elects to use supplemental air monitoring in the asbestos management program. TEM analysis is most reliably performed by laboratories accredited by the National Institute for Standards and Technology (NIST; see Appendix D for telephone number), and who follow EPA's quality assurance guidelines. (Appendix H, U.S. EPA, Dec. 1989. "Transmission Electron Microscopy Asbestos Laboratories: Quality Assurance Guidelines.")

Selection of a reliable and experienced air monitoring firm and analytical laboratory is important, if the building owner elects to conduct supplemental air monitoring under the O&M program. A consultant knowledgeable in air sampling and analysis protocols can be contacted for recommendations if the building owner or Asbestos Program Manager has limited knowledge in this area.

Periodic air monitoring, conducted simultaneously with the visual reinspections or surveillance, would then be used to see if asbestos levels have changed relative to the baseline. Some building owners may wish to present current air monitoring results to building occupants in addition to information regarding the physical reinspections. Although this supplemental use of air monitoring as part of an O&M program may provide useful information, it is likely to be very expensive, particularly if the more accurate and recommended TEM analysis is used. Use of only a small number of measurements or measurements taken only at one time may be misleading (i.e., overestimate or underestimate of fiber levels), and can lead to inappropriate decisions.

It should be noted that some of the exposures of persons to airborne asbestos fibers in buildings may result from episodic events, such as repair work or the accidental disturbance of the ACM or of ACM debris by maintenance activities inside the building. Air monitoring may not be done frequently enough to include such episodic events; this can lead to a misleading interpretation of air sampling results. In particular, air sampling may underestimate the exposure of O&M workers and building occupants. A good reference sourcebook for additional information on air sampling and analysis for asbestos fibers is "A Guide to Monitoring Airborne Asbestos in Buildings" (see Appendix H).

## Work Control/Permit System

The O&M program should include a system to control all work that could disturb ACM. Some building owners have had success using a "work permit" program, which requires the person requesting the work to submit a Job Request Form to the Asbestos Program Manager (Appendix B, Form 2) before any maintenance work is begun. The form gives the time and location of the requested work, the type of maintenance needed, and available information about any ACM in the vicinity of the requested work. The contractor or other person authorized to perform the work should be identified on the work request.



An example of a maintenance worker conducting activities near a friable asbestos-containing ceiling. Under a proper permitting system, the building Asbestos Program Manager would evaluate and authorize projects such as this prior to beginning work.

Upon receiving a pre-work Job Request Form, the Asbestos Program Manager should take the following steps:

1   Refer to written records, building plans and specifications, and any building ACM inspection reports to determine whether ACM is present in the area where work will occur. If ACM is present, but it is not anticipated that the material will be disturbed, the Asbestos Program Manager should note the presence of the ACM on the permit form and provide additional instruction on the importance of not disturbing the ACM.

2   If ACM is both present and likely to be disturbed, the Asbestos Program Manager or a designated supervisor qualified by training or experience, should visit the site and determine what work practices should be instituted to minimize the release of asbestos fibers during the maintenance activity.

3   This determination should be recorded on the *Maintenance Work Authorization Form* (see example in Appendix B, Form 3), which is then sent to the in-house maintenance supervisor or to the maintenance contractor to authorize the work.

4   The Asbestos Program Manager should make sure that a copy of both the request and the authorization forms (if granted) are placed in the permanent file.

15

and drilling ACM. Maintenance activities can be divided into three categories with regard to their potential for disturbing ACM:

1. Those which are unlikely to involve any direct disturbance of ACM; for example, cleaning shelves or counter tops with a damp cloth.

2. Those which may cause accidental disturbance of ACM; for example, working on a fixture near a ceiling with surfacing ACM.

3. Those which involve intentional small-scale manipulation or disturbance of ACM; for example, removing a small segment of TSI ACM to repair a pipe leak.

The O&M program should include work practices for each type of ACM that is present in the building (surfacing, TSI, and miscellaneous) as well as for each type and category of maintenance activity performed (e.g., general cleaning, electrical work, plumbing).

Special work practices such as wet wiping, area isolation, and HEPA vacuuming, and the use of personal protective equipment such as respirators and protective clothing, may be needed where disturbance of ACM is likely. The need for these practices varies with the situation. For example, removing light fixtures located near surfacing ACM may disturb the material and might involve the use of special cleaning, possibly area isolation, and respiratory protection. Periodic emptying of a trash can near heavily encapsulated asbestos-containing plaster may not disturb the material at all, so no special work practices would generally be necessary. These work practices and procedures are intended to ensure that disturbance of any ACM during O&M activities should be minimized, or carried out under controlled conditions when the disturbance is required by the nature of a specific O&M task.

In addition, ACM may readily release asbestos fibers into the air when certain mechanical operations are performed directly on it. For example, fiber releases can occur when workers are drilling, cutting, sanding, breaking, or sawing vinyl asbestos floor tile.

The *action* of drilling, cutting, abrading, sanding, chipping, breaking, or sawing is the critical factor here, since it is likely to cause a release of fibers. Maintenance or repair operations involving those actions should be eliminated or carefully controlled with basic O&M procedures in order to prevent or minimize asbestos fiber release.

Certain activities that occur in the vicinity of ACM can also cause damage which may result in asbestos fiber release. For example, maintenance and custodial staff may damage ACM accidentally with broom handles, ladders, and fork lifts while performing other tasks. Activities performed in the vicinity of ACM should always be performed cautiously to prevent fiber release.

To summarize, if in doubt about the possibility of disturbing ACM during maintenance activities, adequate precautions should be taken to minimize fiber release; these will protect workers as well as the building environment. Basic O&M procedures, including use of wet methods and specially equipped tools, should be used to protect building occupants.

**O&M Cleaning Practices**

Special cleaning practices are appropriate for a building with exposed surfacing or thermal system insulation ACM, especially if the ACM is friable. If gradual deterioration or damage of ACM has occurred or is occurring, asbestos-containing dust or debris could be present. If the building inspection has determined that asbestos-containing dust or debris is present in some areas, then the O&M program should include special cleaning practices to collect residual asbestos dust. Routinely cleaning floors using wet methods is an example of one such practice. Custodial and maintenance workers in the course of normal work can also identify and report areas which are in need of special cleaning or repair. *Special cleaning techniques should supplement, not replace, repair or abatement actions for damaged, friable ACM.* The cleaning program should include an initial cleaning followed, as needed, by subsequent periodic or episodic cleanings.

Building owners and custodial and maintenance staff should ensure that special O&M cleaning is done correctly. Proper cleaning is important for two reasons:

○ The use of improper techniques to clean up asbestos debris caused by previous deterioration or damage may result in widespread contamination, and potentially increase airborne asbestos fiber levels in the building.

○ Improper cleaning may cause damage to the ACM, thus releasing more airborne asbestos fibers.

Proper O&M cleaning will involve the use of wet cleaning or wet-wiping practices to pick up asbestos fibers. Dry sweeping or dusting can result in asbestos fibers being re-suspended into the building's air and therefore should not be used. Once wet cloths, rags, or mops have been used to pick up asbestos fibers, they should be properly discarded as asbestos waste while still wet. They should not be allowed to dry out, since the collected fibers might be released at some later time when disturbed. The use of special vacuum cleaners, commonly referred to as HEPA vacuums, may be preferable to wet cleaning in certain situations. These vacuums are equipped with filters designed to remove very small particles or fibers — such as asbestos — by filtering those particles from the air passing through the vacuum. Since the exhaust air from an ordinary vacuum cleaner is not filtered sufficiently, it is possible for tiny asbestos fibers to pass through the filter and back into the building air.

> If in doubt about the possibility of disturbing ACM during maintenance activities, adequate precautions should be taken to minimize fiber release.

19