# RJ Lee Group, Inc.
## Surface Sampling Strips

*Surface Sampling Strips are used to collect particulate from most surfaces such as floors, walls, duct work, furniture and other surfaces typically sampled using conventional techniques. The strips are then sent to an RJ Lee Group laboratory where they are analyzed using specially developed techniques.*

**Figure 1**



Tab     ADHESIVE

**KIT CONTENTS:**

**SURFACE SAMPLING STRIPS**
- vial containing applicator and activator solutions
- practice strips (not to be used for actual testing)
- plastic bags
- sample boxes
- set of directions

Each media strip consists of a single-sided adhesive sampling surface and a tab portion with a label (Figure 1). The sampling surface is on the labeled tab side. The tab is used to hold the strip when applying the adhesive to the surface and for removing the strip after sampling. It is not part of the sampling medium. Use the practice strips provided to follow the sampling procedures before beginning actual testing.

**Figure 2**

PULL

Sampling Surface

TAB

**Applicator**

## SAMPLING PROCEDURES:
### (Caution: Do not contaminate the strip while handling.)

1. Carefully remove the media strip from the box, close the box, and place the strip (label side up) on top of the closed box so that the lid surface can be used for the activation process.

2. Open the vial containing the sampling activator solution and applicator, and using the tweezers provided, remove the applicator from the vial. **Do Not Tip the Vial.**

3. Remove excess solution from the applicator by grasping it with your hand and gently pressing it against the inside of the vial.

4. While grasping the tabbed end of the media strip with one hand, place the applicator lightly on the strip and quickly pull the media strip past the applicator to activate the specially formulated adhesive surface (Figure 2). Do not press the applicator too hard. The object is to make the adhesive tacky, not wet.

5. Quickly place the tacky surface face down on the area to be sampled. This should be done within 5-10 seconds of activation.

**Figure 3**

Sampling Surface

6. Press down firmly running your finger over the entire adhesive area for about 3-5 seconds while keeping hold of the tabbed end.

7. Lift the media strip up with a motion similar to removing a Band Aid™. Return the strip to the original box with the tacky side up and the tabbed end protruding from one side of the box (Figure 3). Place the box in the plastic bag provided.

8. Return the applicator to the vial and close the cap.

9. Return the plastic bags with media strips enclosed to the RJ Lee Group laboratory address below for analysis.

Original Box

Should you have any questions concerning the use of the sampling strips, contact CAROL RICHARDSON at:

## RJ Lee Group, Inc.
### 350 Hochberg Road • Monroeville, PA 15146 • 412/325-1776 • FAX-412/733-1799

Copyright © RJ Lee Group, Inc. All Rights Reserved.

9/27/01