ACTION

1. ROSTUNA, DAVE & OSCAR TO IDENTIFY THE AREAS AND SIZE OF THE CONTAMINATED AREA. HAVE BEEN DISTURBED BY EMPLOYEES ETC.

2. IF YES NOTIFY THOSE PEOPLE TO GET A PHYSICAL EXAMINATION AS RECOMMENDED BY DOCTOR J. BURKE.

3. ABEL EACH AREA AND EQUIPMENT WITH ASBESTOS SIGNS OR REPRESS.

4. INITIATE CLEANING PROCEDURES.

## ASBESTOS SURVEY

W.R. Grace-Acton Facility

CC: D. SURETTE
J. MAGFEE
C GAUDRY
R. JOYCE
T. GACIN

**PREPARED FOR:**

Mr. David Saurette
W.R. Grace
55 Hayden Avenue
Lexington, MA  02173

**PREPARED BY:**

Michael J. Matilainen
Sr. Industrial Hygienist

HUNTER INC.
10 Lewis Street
Lincoln, MA  017773

October, 1988
HES #554       ?

R002194

5. ROSTUNA, DAVE SURETTE, J. BURKE & GRANT GAUDRY TO MEET UNION EX. BOARD AND EXPLAIN PLAN & ANSWER ANY QUESTIONS.

6. REMEMBER THAT THE PEOPLE IN ACTON HAVE A LEGITIMATE COMPLAINT. W.R. GRACE MUST DO THE BEST WE CAN TO ASSURE THEM THAT THE PROBLEM WILL BE SOLVED FAST.

## 1.0 INTRODUCTION

Hunter Inc. was retained by W.R. Grace to perform an asbestos survey at the Acton Facility, Acton, MA on October 13, 1988. The survey was authorized with the following in mind.

- Identify non-friable and friable asbestos-containing building materials. NOTE: Friable is defined as the ability to reduce the asbestos to a powder under hand pressure.

- Identify locations of these materials.

- Define the physical condition of asbestos-containing material, referenced to location.

- Develop recommendations for proper asbestos abatement activities.

This asbestos hazard assessment was performed by Mr. Michael Matilainen, Hunter's Senior Industrial Hygienist. The findings of this effort are reported below.

## 2.0 SURVEY PROCEDURES AND ANALYTICAL METHODS

The survey procedure consisted of a visual evaluation of exposed building materials (ACM). Where suspect materials were encountered, bulk samples were collected in accordance with standard sampling procedures.

Samples were transmitted directly to the Hunter laboratory and analyzed by Polarized Light Microscopy (PLM) in accordance with the Environmental Protection Agency (EPA) "Interim Method for the Determination of Asbestiform Minerals in Bulk Insulation Samples." NOTE: Hunter laboratory is a participant in the EPA Interim Asbestos Bulk Sample Quality Assurance Program.

All data on the attached table is shown in relative percentages. The EPA defines asbestos-containing materials as those containing a concentration of greater than 1% asbestos.

## 3.0 DISCUSSION

Survey test results show that 15 of 25 samples tested positive for asbestos. These materials were found on

- Exterior and interior transite siding
- Floor tiles
- Pipe, duct, oven tank and boiler insulating materials
- Residual surface contamination

See attached Table - Test Results

R002195

ACM was evaluated and rated based on the following parameters.

- Good condition - ACM has low friability and has no damage or deterioration,
- Fair condition - ACM is friable and is slightly damaged or deteriorated,
- Poor condition - ACM is highly friable and severely damaged or deteriorated.

The following section shows specific information regarding ACM found throughout the facility.

NOTE: Factors such as the accessibility and planned use of the area must also be considered in choosing an abatement plan.

| Location and Type | Condition | Recommended Abatement Method | | Quantity |
|---|---|---|---|---|
| 3.1 **Battery Separator Warehouse** (BSW) | | | | |
| 3.1.1 Impregnator Ovens Surface Contamination  20% chrysotile | Poor | Remove Surface Clean | | 10-20 S (Square Feet) |
| 3.1.2 Impregnator Ovens Contamination on floor below | Poor | Remove Surface Clean | Actual Material Surface Clean | 5 S 100 S |
| 3.1.3 Southeast wall of floor below water tanks  25% Amosite | Poor | Remove Surface Clean | Actual Material Surface Clean | 1 S 5 S |
| 3.1.4 Laboratory 9" x 9" floor tile  5% Chrysotile | Poor | Remove | | 300 S |
| 3.1.5 South end Bldg. Cork pipe insulation  10% Chrysotile | Fair | Remove or repair | | 150 L (Linear Feet) |
| 3.1.6 Exterior roof & Transite | | | | |
| -On walls & roof | Fair | Remove if demolished | | 70,000 S |
| -NE & NW Corners Debris on Ground | Poor | Remove material and 1" of dirt | | 20 S |
| -On Pallets  70% Chrysotile | Fair | Remove | | Several Pallet |

| | | | | |
|---|---|---|---|---|
| 3.1.7 | S.E. corner - exterior pipe insulation | Poor | Remove | 10 L: |
| | 4c4c Ames.k | | | |
| 3.1.8 | Locker Rm. 12"x12" Floor tile | Fair | Remove if demolished | 850 S: |
| | 5% Chrysfenle | | | |
| 3.2 | **Building #1** | | | |
| 3.2.1 | Exterior roof & siding transite (flat & corrugated) | Fair | Remove if demolished | 20,000 S: |
| 3.2.2 | Material Bldg. 1 in crawlspace adjacent R.R. tracks | Poor | Remove | 300 L: |
| 3.3 | **Building 11** | | | |
| 3.3.1 | Exterior roof & siding Transite - flat inside and outside | Poor | Remove | 600 S: |
| 3.4 | **Outside** | | | |
| 3.4.1 | Steam line above ground - 8" line | Fair | Remove or repair | 1000 L: |
| 3.4.2 | Roof drains | Good | Remove if demolished | Underground - unknown |
| 3.5 | **Power House** | | | |
| 3.5.1 | Oil supply line (outside) | Fair | Remove or repair | 200 LF |
| 3.5.2 | Transite-exterior and interior | Fair | Remove if demolished | 20,000 S |
| 3.5.3 | Tank, pipe & boiler insulating materials | Fair | Remove or repair | Not calculate |
| 3.5.4 | Roof-tank & pipe insulation | Fair to poor | Remove or repair | 50 LF & 100 S |
| 3.5.5 | Debris on floor throughout boiler room | Poor | Remove & Surface Clean | 50 S |

**NOTE:** All amounts are estimates only and are not intended for bidding purposes. Removal contractors should verify all amounts.

General observations of the Acton facility indicate visual surface contamination present in several areas of the battery separator warehouse and boiler room. Workers should not conduct any dry sweeping or vacuuming in the areas identified unless the work is done utilizing safe and proper asbestos work techniques. The transite and floor tiles found throughout the facility are only minimally friable. They do not represent an immediate hazard unless they are cut, dried or abraded. Hunter recommends these materials be handled in a safe place and proper manner if they are disturbed as previously discussed.

## 4.0 RECOMMENDATIONS

Stringent laws govern all asbestos activities undertaken in the State of Massachusetts. Hunter suggests the following to ensure compliance with state, federal, or local asbestos regulations and to reduce future liabilities.

**NOTE:** Massachusetts State Law (453 CMR 6.00) requires certification for all persons involved in asbestos-related work.

o  ACM which is damaged or deteriorated should be repaired and/or removed in an acceptable manner by a properly-trained (certified) individual. As a general guideline removal is the recommended abatement procedure when significant damage such as delamination or deterioration is present over 10% of the material surface. Due to varying factors, this must be evaluated on a case-by-case situation.

o  Any employee whose work may require disturbance of ACM (i.e. plumbers, maintenance workers, etc.) should receive proper training in asbestos work techniques. Massachusetts State Law requires two-day mandatory training for affected individuals.

o  Materials should be periodically monitored to ensure ACM integrity remains satisfactory. This should be done by an experienced inspector certified by the State of Massachusetts.

o  Areas where ACM is present in buildings should be noted. Any future renovations or activities which may affect these materials should consider the hazards associated with ACM; proper precautions should be implemented.

The following recommendations pertain to asbestos removal projects.

- An independent consultant should develop a plan or specification to ensure asbestos is removed in a safe and proper manner. At a minimum, these specifications should include an effective asbestos removal plan, a thorough health and safety plan, reference to applicable legal standards, necessary regulatory notifications, adequate insurance requirements and proper bidding procedures.

- An independent consultant should monitor the asbestos removal. At a minimum, monitoring activities should include air sampling (before, during and after), inspection of contractor work practices and maintaining a daily monitoring log to thoroughly document removal activities.

## 5.0 Conclusion

~~This survey indicates asbestos-containing materials are found throughout the facility in a variety of building materials.~~ HES recommends these materials be addressed in a safe and proper manner in accordance with all applicable local state and federal regulations.

## 6.0 GENERAL

Survey performed and written by: Mr. Michael Matilainen

R002199

BULK SAMPLE ANALYSIS FOR: W.R. GRACE, ACTON

| Date Collected | Sample / Client Identification | | Composition (Percent) | |
|---|---|---|---|---|
| 10/13/88 | 10/88-109B | 1 Battery Separator Warehouse, Impregnator Ovens, Inside enclosure | 20% Chrysotile 20% Non-Fibrous 60% Fiberglass | Tan |
| " | 10/88-110B | 2 Battery Separator Warehouse Office 12' x 12' tan floor tile | 10% Cellulose 90% Non-Fibrous No asbestos detected | Tan Fibrous |
| " | 10/88-111B | 3 Battery Separator Warehouse Office 4' x 2' ceiling tile | 80% Cellulose 20% Fiberglass No asbestos detected | Grey Fibrous |
| " | 10/88-112B | 4 Battery Separator Warehouse Exterior transite | 70% Chrysotile 30% Non-Fibrous | Grey Fibrous |
| " | 10/88-113B | 5 Battery Separator Warehouse Air Cell Cardboard adjacent loading dock | 90% Cellulose 10% Non-Fibrous Matrix, No asbestos detected | White Particulate with Fibers |
| " | 10/88-114B | 6 Battery Separator Warehouse Sheet-Rock adjacent loading dock | Cellulose Fibers in Non-Fibrous Matrix, No asbestos detected | White Particulate with Fibers |
| " | 10/88-115B | 7 Battery Separator Warehouse Interior Wall Board throughout facility | Cellulose Fibers in Non-Fibrous Matrix, No asbestos detected | Tan Particulate with Fibers |

Collected By: [signature]

Analyst: [signature]

Note: Samples are retained for one year after the date of analysis. They can be retained beyond that time at client's request.

W.R. GRACE, ACTON (ES ...)

| Date Collected | Sample # | Client Sample Identification | Composition (Percent) | Comments |
|---|---|---|---|---|
| 10/13/88 | 10/88-116B | | | |
| | 10/88-117B | 8 Battery Separator Warehouse Material below Water Tanks | 25% Anosite 25% Cellulose 50% Non-Fibrous | Brown Particulate with Fibers |
| | 10/88-118B | 9 Battery Separator Warehouse Cork Pipe Insulation | 10% Chrysotile 30% Cellulose 60% Non-Fibrous | Black Particulate with Tan Fibers |
| | 10/88-119B | 10 Battery Separator Warehouse Fire Hose adjacent E. side electrical panel | Synthetic Fibers No asbestos detected | White Woven Fibrous Material |
| | 10/88-120B | 11 Battery Separator Warehouse 9 X 9 Green Floor Tile in laboratory | 5% Chrysotile 5% Cellulose 90% Non-Fibrous | Green Particulate Tile |
| | 10/88-121B | 12 Battery Separator Warehouse Duct Insulation on Installed Impregnator oven | 15% Anosite 15% Chrysotile 15% Cellulose 55% Non-Fibrous | White Material with Fiber and Grey Particulate cov with Fibers |
| | 10/88-122B | 13 Battery Separator Warehouse Residual on Ground Below Duct of Installed Impregnator oven | 30% Anosite 30% Cellulose 40% Non-Fibrous | Tan Particulate with Fibers |
| | | 14 Battery Separator Warehouse Exterior Steamline Insulation S.E. corner -outside | 40% Anosite 60% Non-Fibrous | White Particulate with Fibers |

Collected By: _____  Analyst: _____

Note: Samples are retained for one year after the date of analysis. They can be retained beyond that time at t client's request.

R002201

Client: W.R. Grace

| Sample Identification | Composition (Percent) | Comments |
|---|---|---|
| 15 Battery Separator Warehouse Black 12 x 12 floor tile in 2nd floor locker room | 5% Chrysotile 5% Cellulose 90% Non-Fibrous | Black Particulate Tile |
| 16 Bldg. 1 Corrugated Transite, W. Wall | 50% Chrysotile 50% Non-Fibrous | Grey Fibrous |
| 17 Bldg. 1 Flat Transite, W. Wall | 60% Chrysotile 10% Cellulose 30% Non-Fibrous | Grey Fibrous |
| 18 Bldg 11 Paper under Transite, composite E & W wall | 90% Cellulose 10% Non-Fibrous No asbestos detected | Grey Fibrous |
| 19 Bldg 11 Flat Transite S.W wall inside & outside of wall | 50% Chrysotile 50% Non-Fibrous | Grey Fibrous |
| 20 Bldg 11 8" steam line elbow and straight composite above garage area | 40% Amosite 60% Non-Fibrous | Tan Particulate with Fibers |
| 21 Bldg 11 Insulation sheets above garage area | Cellulose Fibers in Non-Fibrous Matrix, No asbestos detected | Grey Particulate with Fibers |

Analyst: [signature]

...are retained for one year after the date of analysis. They can be retained beyond that time at the...

R002202

| Date Collected | Buster Sample # | Client | Sample Identification | Composition (Percent) | Comments |
|---|---|---|---|---|---|
| 10/13/88 | 10/88-130B | W.R. Grace | 22 Bldg 11 sheetrock on S.E. wall | 90% Cellulose 10% Non-Fibrous No asbestos detected | Tan and Grey Fibrous |
| | 10/88-131B | | 23 Building 3 Power House Boiler House Condensate Tank, on roof | 30% Amosite 70% Non-Fibrous | Grey Particulate with Fibers |
| | 10/88-132B | | 24 Exterior Boiler House Corrugated Transite | 5% Amosite 65% Chrysotile 30% Non-Fibrous | Grey Fibrous |
| | 10/88-133B | | 25 Insulation between Transite walls of boiler room | 90% Cellulose 10% Non-Fibrous No asbestos detected | Brown Fibrous |

Collected By: _____   Analyst: _____

Note: Samples are retained for one year after the date of analysis. They can be retained beyond that time at the client's request.

R002203