TO: G. J. Cunningham (Zonolite/Kearney)

FROM: Peter Kostic

DATE: June 20, 1969

SUBJECT: Safety Survey

cc: R. M. Vining
R. W. Sterrett
H. A. Brown
R. Wright
R. E. Schneider
C. R. Lowe (Zonolite/Atlanta)
R. A. Kulberg

In connection with my schedule of supervisory safety training sessions at Kearney and at Travelers Rest, the week of June 9, 1969, as you know, I conducted a safety survey of the Kearney expanding plant.

Although equipment and processes were noted to be properly safe-guarded, dust in air and dust accumulations all horizontal surfaces was extremely heavy. Areas contributing to this contamination include the Stoners, fines drop from vortex, a few small holes in the duct work and uncovered chutes at the bottoms of each of the furnace ore elevators. Building vibration dislodged ledge accumulations creating a vicious cycle.

It is probable that the dust collecting equipment here is adequate but that it needs to be checked out and tightened up. All accumulations should be cleaned up as soon as possible.

The Mono-Kote mixing operation, also a source of dust (Toxic) contamination, should be equipped with local exhaust ventilation.

Peter Kostic

PK: jmd