**GRACE**

Zonolite
Construction Products Division

PERSONAL & CONFIDENTIAL

03639347

To: W. R. Wright          Date: June 15, 1983

From: T. E. Winkel         Subj: Plant Fiber Communication

In response to your request for recommendations to improve the communication to plant employees on the hazards of fibers and the importance of housekeeping, my managers offer the following:

A. Monthly safety bulletins concerning protection, hazards, housekeeping, etc. Dr. Berke is well respected among plant employees. If the bulletins are issued under his name, more attention will be given to the message.

B. Employee Safety and Health Handbook. A handbook similar to the employee rules and regulations handbook which states the potential hazards, recommended precautions, expected employee involvement and compliance, and disciplinary action for non-compliance.

To be effective both A and B would need to be printed in both English and Spanish.

C. Visual Aids — This area includes both posters and signs which continually remind the employees about housekeeping plus video cassettes demonstrating proper housekeeping practices, use of equipment, etc.

It is my opinion that our plant managers continually advise, alert and discipline their employees concerning fiber hazards and control. The problems stems from the fact that the plant manager and I are the only people they hear it from. After a while we sound like a stuck record and the message gets lost.

I feel the employees do not comprehend the relationship between a pile of spilled vermiculite and a health hazard. Fibers are basically an invisible villain. WE must reeducate ourselves and our employees to treat vermiculite as a "hazardous" product.

I further feel we should take this project to the next level and initiate the following regulations.

1. Ban on smoking on Grace property.

15109718

2. Manditory after work showers by all production employees.

With everyone becoming more sensitized to the fiber concern, the timeing is ideal to implement new regulations.

*Thomas E Winkel*