## BUILDING INTERIOR, CLEANING SPECIFICATION

D137 3-21-84
Page 1 of 6 pages

I. **Job Site (Owner)**

W. R. Grace & Co.
62 Whittemore Ave.
Cambridge, MA. 02140

Owners Representative: Robert S. Merrington, Project Engineer

II. **Background Information**

W. R. Grace & Co. (Owner) has ceased all manufacturing operations at its Cambridge MA. facility and plans to demolish and/or renovate certain buildings previously used for manufacturing. One of these buildings, known as the Balloon Plant (Bldg. 29), is scheduled for partial demolition.

From 1940 to 1970 the Dewey & Almy Chemical Company/W. R. Grace & Co. manufactured meteorological and commercial balloons in Bldg. 29. In the manufacturing process, talc was applied to the latex rubber balloons as a coating. Although Bldg. 29 is basically clean, talc remains on some floor areas, beams, pipes, light fixtures and equipment. Before partial demolition of Bldg. 29 can be initiated, all remaining talc and other forms of particulates must be removed. This building interior cleaning requirement is necessary to prevent or reduce to the maximum extent possible fugitive emissions to the atmosphere during demolition.

The owner has determined that the waste talc remaining in Bldg. 29 contains a contaminant of 0.5-2% Chrysotile fiber of up to 20 micrometers in length. This contaminant falls within the definition of asbestos and requires certain specified precautions and procedures to be followed by the contractor.

### III. Scope of Work

#### A. Applicable Regulation

The contractor shall comply with all applicable city, state and federal regulations as they apply to waste talc removal and disposal. Talc waste is not classified as a hazardous waste. This waste is also not regulated by the National Emission Standards for Hazardous Air Pollutants (NESHAPS) for asbestos as the waste does not contain commercial asbestos. Owner believes contractor must comply with Occupational Safety and Health Administration (OSHA) asbestos standards (29 CFR 1910) Section 1910, 1001. Owner assumes no responsibility for the contractor's failure to comply with all applicable codes, rules and regulations.

#### B. General Requirements

The contractor shall furnish all labor, materials and equipment necessary to remove all waste talc and other forms of particulates from the spaces listed in this specification. Spaces to be cleaned are indicated in the attached building plans and are discussed in another section of these specifications. In general the contractor will:

1. Isolate all work areas by sealing entry ways or building partition openings with polyethylene sheeting of 6 mil. or greater thickness.

2. Contractor's employees will enter and exit owner's building at specified locations.

3. Contractor's employees will not leave work areas without first removing protective clothing or changing to clean street clothing.

4. Contractor's employees will be provided designated change

R000638

room/ area, wash room facilities and eating area. Employees will not be allowed to enter owner's cafeteria facilities.

5. Contractor will use where available, installed ventilation fans in work spaces to maintain slight negative pressure in work space. Under no circumstances will particulates from the work spaces be discharged to the atmosphere.

6. Owner recommends that all floors, pipes, walls, structural beams and other areas be vacuumed dry with a device equipped with a HEPA filter. Contractor may elect to use a wet method of cleaning providing no damage is done to the building and its contents and liquid residue is properly collected and removed.

7. All collected waste must be thoroughly wetted and bagged in 6 mil. poly bags for disposal.

8. Affected areas will be considered clean when no visible dust is observed when subjected to a portable fan rated AT 200 CFM held two feet from the affected area.

9. Owner will air monitor all areas outside the isolated work area for asbestos fiber. If at any time average fiber concentrations exceed 0.1f/cc., contractor must cease cleaning and take corrective action to seal off work area. Any air monitoring of work spaces, if required, is the contractor's responsibility.

C. Spaces to be Cleaned

1. Bldg. 29 2nd Floor Balcony Level Plan No. 1

   (a) Entry to this area will be through Exit A on the

- 3 -

south side of Bldg. 29, up stair well to 2nd floor and into space #1.

(b) As noted on Plan No. 2, two doors in space #1 must be sealed. Contractor can provide employee change room in this area by enclosing partitioned space.

(c) The following spaces are to be cleaned:

(1) Space #2 Air Handling Room

(2) Space #3 Burst Test Room

(3) Space #4 Dip Room

(4) Space #5 Dryer/Test Tower

(d) All bagged collected waste will be placed on Bldg. 29 roof for removal.

2. Bldg. 29 2nd Floor Plan No. 2

(a) Space #1 will be used as a change room and access for removing bagged waste to Bldg. 29 roof.

(b) One door and one opening in space #8 is to be sealed.

(c) The following spaces are to be cleaned:

(1) Space #6 Lower portion of Dip Tanks

(2) Space #7 Air Handling Room

(3) Space #8 Compressor Room

(d) After spaces #2 through #8 have been cleaned, space #1 should be cleaned and all poly sheeting removed for disposal.

3. Bldg. 29 1st Floor Plan No. 3

(a) As noted on Plan No. 3, seven doorway/and or openings must be sealed with 6 mil. poly sheeting.

- 4 -

- (b) The roof/ceiling of the Environmental Room must be covered with poly sheeting. During the cleaning of space #9, the Environmental Room will be secured.
- (c) An employee change room can be provided in an area east of space #9.
- (d) Clean space #9.
- (e) All bagged waste will be stored in space #9 until space #10 has been cleaned.

4. <u>Bldg. 23 Dryer Room Plan No. 4</u>

- (a) As noted on Plan No. 4, seal five door ways and/or openings and cover two A/C compressors with 6 mil. poly sheeting.
- (b) Clean space #10 which includes:
  - (1) Interior and exterior of six section dryer oven.
  - (2) Remaining areas of space #10.
- (c) Remove all poly sheeting in spaces #9 and #10 for disposal.
- (d) Bagged waste and used poly sheeting from spaces #9 and #10 must be removed after 5:30 p.m. Monday through Friday.

D. <u>Clean-up</u>

1. At the completion of all cleaning, contractor is responsible for waste removal from owner's property and for its proper disposal.

R000641

2. All floors in work spaces and hallways leading to and from these spaces will be wet mopped.
3. Owner's representative will inspect spaces with the contractor to determine if all sections of this specification have been met.

- 6 -

Attachments

Floor Plans (4)

R000642

Grace & Co.
DIVISION: Construction Products
PLANT LOCATION
62 Whittemore Ave.
Cambridge, MA 02140

**GRACE**

INQUIRY ONLY – NOT AN ORDER

INQUIRY NUMBER
D137 3-21-84

THIS NUMBER MUST APPEAR ON YOUR QUOTATION

Chemical Consolidated, Inc.
P. O. Box 3445
Nashua, NH 03061

N/B

| BID MUST BE IN OUR OFFICE NOT LATER THAN | DELIVERY REQUIRED ON | FOR SHIPMENT TO |
|---|---|---|
| 4-6-84 | 4-16-84 | Cambridge, MA |

| ITEM | QUANTITY | DESCRIPTION | PRICE |
|---|---|---|---|
| | | IF YOU RECOMMEND ANY CHANGE IN SPECIFICATIONS, PLEASE DESCRIBE ADEQUATELY.<br><br>Your proposal is requested to supply labor, material and equipment to clean talc dust from Bldg. #29 and Bldg. #23 per Spec. #D137 3-21-84 and Prints Nos. 102Q-298, 102Q-299, 102Q-300, 102Q-301. Spec #D137-21-84 is attached to this RFQ and becomes part of this RFQ.<br><br>Bid conditions:<br><br>1. Contractor shall list cost of a performance bond separately.<br>2. Work shall start on April 16, 1984.<br>3. Work must be completed by May 18, 1984.<br>4. Bids shall be returned to R. C. Deardorff, Purchasing Dept. at the above address no later than 5 P.M. April 6, 1984.<br><br>Please call Robert Deardorff if you have any questions, at 876-1400 Ext. 3291.<br><br>The terms and conditions on this attached form supersede those on this form (81-35B). | |

CONSIDERED BIDS MUST BE SUBMITTED ON THIS FORM, SIGNED
BIDDER, AND RETURNED ATTENTION OF THE PURCHASING DEPT.

QUOTE DATE: _____

SIGNATURE: _____

**ORIGINAL**
RESULTANT ORDERS AND PURCHASES OF MATERIAL SHALL BE SUBJECT EXCLUSIVELY TO THE CONDITIONS OF PURCHASE    R000636

DION: Construction Products     **GRACE**     INQUIRY ONLY – NOT AN ORDER

PLANT LOCATION
62 Whittemore Ave.
Cambridge, MA 02140

INQUIRY NUMBER: **D137 3-21-84**
THIS NUMBER MUST APPEAR ON YOUR QUOTATION

Abcon, Inc.
P.O. Box 441123
West Somerville, MA 02144
Attn: Matthew Alexander

Environmental Solutions, Inc.
P. O. Box 1020
Waltham, MA 02154
Attn: Gregory B. Heath

*121,900 00*

National Surface Cleaning, Inc.
49 Danton Road
Methuen, MA 01844
Attn: Gary Snoonian

IN 43 6417

*138,000 00*

BID MUST BE IN OUR OFFICE NOT LATER THAN: **4-6-84**
DELIVERY REQUIRED ON: **4-16-84**
FOR SHIPMENT TO: **Cambridge**

| ITEM | QUANTITY | DESCRIPTION | PRICE |
|---|---|---|---|
| | | IF YOU RECOMMEND ANY CHANGE IN SPECIFICATIONS, PLEASE DESCRIBE ADEQUATELY. | |

Your proposal is requested to supply labor, material and equipment to clean talc dust from Bldg. #29 and Bldg. #23 per Spec. #D137 3-21-84 and Prints Nos. 102Q-298, 102Q-299, 102Q-300, 102Q-301. Spec #D137-21-84 is attached to this RFQ and becomes part of this RFQ.

Bid conditions:

1. Contractor shall list cost of a performance bond separately.
2. Work shall start on April 16, 1984.
3. Work must be completed by May 18, 1984.
4. Bids shall be returned to R. C. Deardorff, Purchasing Dept. at the above address no later than 5 P.M. April 6, 1984.

Please call Robert Deardorff if you have any questions, at 876-1400 Ext. 3291.

The terms and conditions on this attached form supersede those on this form (81-35B).

TO BE CONSIDERED BIDS MUST BE SUBMITTED ON THIS FORM, SIGNED BIDDER, AND RETURNED ATTENTION OF THE PURCHASING DEPT.

QUOTE DATE _____

SIGNATURE _____

**ORIGINAL**

RESULTANT ORDERS AND PURCHASES OF MATERIAL SHALL BE SUBJECT EXCLUSIVELY TO THE CONDITIONS OF **R000635**

JRM 81-358

**FOR INQUIRY ONLY — NOT AN ORDER**

# GRACE

| | INQUIRY NUMBER |
|---|---|
| PLANT LOCATION | D137 3-21-84 |
| 62 Whittemore Ave.<br>Cambridge, MA 02140 | THIS NUMBER MUST APPEAR ON YOUR QUOTATION |

Boston Janitorial Service, Inc.
253 Summer St.
Boston, MA 02210
Attn: David Kestenberg

*[handwritten: T&D see Bid 4-6 477 4-2-84]*
*[handwritten: IN 4-4-84 $82,198 THIS WEEK TO LOOK]*
*[handwritten: NO WORD ATTENTION Bob M]*

Eastern Cleaning Services, Inc.
955 Mass. Ave.
Cambridge, MA 02139
Attn: Gabe Zivea

*[handwritten: 491 4945 WILL SET UP TIME TO SEE JOB]*

*[handwritten: 1st bid no PO issued   142,198.00]*

Dec-Tam Corporation
P.O. Box 57
Tewksbury, MA 01876
Attn: Lee Snodgrass

*[handwritten: IN 4-6  $52,120  685-0558]*

| BID MUST BE IN OUR OFFICE NOT LATER THAN | DELIVERY REQUIRED ON | FOR SHIPMENT TO |
|---|---|---|
| 4-6-84 | 4-16-84 | Cambridge |

| ITEM | QUANTITY | DESCRIPTION | PRICE |
|---|---|---|---|

IF YOU RECOMMEND ANY CHANGE IN SPECIFICATIONS, PLEASE DESCRIBE ADEQUATELY.

Your proposal is requested to supply labor, material and equipment to clean talc dust from Bldg. #29 and Bldg. #23 per Spec. #D137 3-21-84 and Prints Nos. 102Q-298, 102Q-299, 102Q-300, 102Q-301. Spec #D137-21-84 is attached to this RFQ and becomes part of this RFQ.

Bid conditions:

1. Contractor shall list cost of a performance bond separately.
2. Work shall start on April 16, 1984.
3. Work must be completed by May 18, 1984.
4. Bids shall be returned to R. C. Deardorff, Purchasing Dept. at the above address no later than 5 P.M. April 6, 1984.

Please call Robert Deardorff if you have any questions, at 876-1400 Ext. 3291.

The terms and conditions on this attached form supersede those on this form (81-35B).

TO BE CONSIDERED BIDS MUST BE SUBMITTED ON THIS FORM, SIGNED BY BIDDER, AND RETURNED ATTENTION OF THE PURCHASING DEPT.

QUOTE DATE _____

SIGNATURE _____

**ORIGINAL**

RESULTANT ORDERS AND PURCHASES OF MATERIAL SHALL BE SUBJECT EXCLUSIVELY TO THE CONDITIONS OF PURCHASE

FM 81-35B

**FOR INQUIRY ONLY – NOT AN ORDER**

I R000634