CAMBRIDGE

TO: D. C. Wightman         DATE: 23 August 1984

FROM: T. E. Hamilton        cc: P. M. Carkner
                                P. C. Colarusso
REF: Memo from L. B. Maglin to   V. H. Dodson
     P. M. Carkner, et al.,      D. M. Hilton
     dated 2 August 1984         F. R. Hurley
                                 R. J. Jenkins
                                 L. R. Roberts
                                 L. S. Shu
                                 B. Siadat
                                 P. Stark
                                 S. J. Whicher
                                 L. B. Maglin
                                 H. C. Duecker
                                 L. F. Grace
                                 R. J. Marion
                                 J. C. Yang
                                 W. R. Straker
                                 O. T. Kalio
                                 G. H. Kevorkian

SUBJECT: Use of Building #5

The referenced memo by Maglin addresses a problem with asbestos dust contamination on the surfaces of materials stored in Building #5. The asbestos was discovered after contractors had finished removing pipe lagging. After an intensive cleanup conducted by the contractors the building is now considered to be clean. As an added precaution George Kevorkian has made arrangements to vacuum clean all materials that are moved from the building for storage elsewhere.

John Riley, Lloyd Grace, and I checked the condition of building 5 on 22 August 1984 and we were not able to identify any further areas for clean up. Since the building has been cleaned as much as possible and after the final vacuuming steps taken by Kevorkian there should be no problems with any residual asbestos on the equipment.

T. E. Hamilton

TEH/dd



PLAINTIFF'S EXHIBIT
6-600.4
ALL-STATE LEGAL SUPPLY CO.

H037

I R000536