GOVT DOC
Travelling
Set 2018

ORIGINAL



# Report of The Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario

Volume Two

**J. Stefan Dupré**
Chairman

**J. Fraser Mustard**              **Robert J. Uffen**
Commissioner                        Commissioner

Donald N. Dewees          John I. Laskin           Linda B. Kahn
Director of Research      Legal Counsel            Executive Co-ordinator



# Report of The Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario

Volume Two

**J. Stefan Dupré**
Chairman

**J. Fraser Mustard**
Commissioner

**Robert J. Uffen**
Commissioner

Donald N. Dewees
Director of Research

John I. Laskin
Legal Counsel

Linda B. Kahn
Executive Co-ordinator

1984

that 23 of its Ontario buildings contained sprayed friable asbestos-containing materials, representing 2.3% of the Public Works Canada buildings in this province. Public Works Canada also leases a number of buildings for various federal government departments; 4.4% of the Ontario buildings leased by Public Works Canada were found to contain sprayed friable asbestos-containing materials.

In Chapter 9 we conclude that the potential exposure of building occupants to elevated asbestos fibre levels does not warrant a universal programme of building inspection. Rather, we recommend that if substantial quantities of friable insulation have fallen onto building surfaces and are being disturbed, the building owner should have the material tested to determine whether it contains asbestos.[17] This recommendation is responsive to situations of potential hazard. In the same vein, we recognize that building workers, including custodial, maintenance, renovation, and demolition workers, may be exposed to substantially elevated asbestos fibre levels if their work disturbs friable asbestos in buildings. Accordingly, inspections and testings should occur in the context of work activities which give rise to potential hazards.

We anticipate that inspection in response to potential hazards will allow for timely corrective action, so that potential hazards do not become actual hazards. Such inspection, being selective, can be conducted with due care by qualified experts. In contrast, a crash programme of universal inspection of Ontario buildings could not be conducted at an adequate level of competence because there are few qualified experts in building inspection and because competent analytical laboratories in Ontario do not have the capacity to analyze the bulk samples from a crash programme.

### B.2  Visual Inspection

In Chapter 9 we observe that during normal activity, airborne asbestos fibre levels even in "problem" buildings are quite low. However, as Pinchin has pointed out, these readings do not eliminate the possibility of risk in such buildings, since maintenance, renovation, or demolition activities can generate substantial fibre levels for the workers engaged in those activities.[18] As well, damaged asbestos-containing materials can become dislodged and can then be stirred up by cleaning activity or normal building use, generating elevated fibre levels even for building occupants. Accordingly, Pinchin concluded that airborne fibre levels are not an appropriate basis for determining whether to take corrective action in buildings. Rather, the condition of the material and the probability of its being disturbed during mainte-

---

[17] See Recommendation 9.5.
[18] Pinchin, *Asbestos in Buildings*, pp. 6.15–6.16.

nance, renovation, or demolition — or by building occupants — are the important factors.[19]

We consider that while air sampling with transmission electron microscope analysis (TEM) can detect elevated fibre levels in a building at the time of air sampling, it does not in general provide a reliable basis for deciding on an appropriate control programme. The main concern raised by friable asbestos-containing material in buildings is the potential elevation of fibre levels during maintenance, renovation, or demolition, which will primarily affect the workers on those jobs. Thus, building inspection should focus on factors which indicate that potential. Building inspection should accordingly consist of a visual inspection and laboratory analysis of bulk samples of friable material thought to contain asbestos.

Factors noted in visual inspections have generally included:

(i) Condition of material: If material is deteriorating, coming loose, or if pieces are falling off, the possibility of fibre release is increased.

(ii) Water damage: If water is leaking onto the material, it can cause rapid deterioration leading to fibre release.

(iii) Exposed surface area: The greater the exposed surface area of the material, the greater the likelihood that any released fibres will reach people working nearby. While a suspended ceiling may cause material to be classified as non-exposed, it should be appreciated that maintenance workers above the suspended ceiling are not protected by the enclosure.

(iv) Accessibility: If the material can be reached by workers or occupants, it is potentially subject to accidental or intentional damage which may release fibres.

(v) Activity and movement: Air movement or building vibration can cause fibre release, while the movement of people or vehicles on the floor can stir up fibres that have settled. Cleaning by dry methods causes particularly high airborne fibre levels.

(vi) Air plenum or direct air stream: If friable material is enclosed within an air plenum, any fibre release which may occur is more likely to be distributed throughout the building than if the material is not enclosed within the ventilating system.

---

[19] Ibid., p. 6.16.

(vii) Friability: The more friable the material, the greater the potential for asbestos fibre release. Some wet-applied asbestos-containing materials can be quite hard and release very few fibres under most conditions.

(viii) Asbestos content: The higher the asbestos content in the material, the greater the number of asbestos fibres released under any given condition.

A Task Force of the Council of Safety Associations of Ontario has set out procedures for determining the presence of asbestos hazards. These can be used in investigating the factors listed above.[20]

It is difficult to combine subjective evaluations of the above factors into a single rating of the degree of risk or hazard presented by a particular building. Nonetheless, several attempts have been made to create a single hazard rating, or index, combining all of the factors, for sprayed materials only. These indices have generally been intended to identify potential fibre release so as to permit the ranking of buildings according to this potential. This is achieved by providing a mathematical equation, or algorithm, requiring that each factor be given a numerical rating.

The U.S. EPA published a draft index in 1979 which correlated poorly with measurements of asbestos fibres in the air and which is not likely to be issued in final form.[21] The Ferris Index has been adopted in a modified form by the Toronto Board of Education.[22] The U.S. Navy Risk Evaluation Index considers the number of persons exposed to a particular condition as a factor in assessing a hazard. These indices are discussed by Pinchin.[23] Other than the U.S. EPA index, they do not specify appropriate actions or ranges of actions for any given index level.

Pinchin studied a number of buildings which were inspected and rated according to the various hazard indices and were, at the same time, tested for asbestos content in the air.[24] The purpose of the study was to determine how well the exposure indices could predict or identify buildings in which fibre levels were elevated or, alternatively, how accurately air monitoring could be used to identify buildings which the indices determined were hazardous. In all cases, the asbestos fibre levels were extremely low [less than 11 nanograms per cubic metre (ng/m$^3$)]. Yet some buildings exhibited

---

[20] Task Force of the Council of Safety Associations, *Asbestos: Evaluation and Control of Insulation and Pipe Lagging*, Asbestos in the Workplace — a series of practical guidebooks, no. 8 (Toronto: Council of Safety Associations of Ontario, 1982).
[21] Pinchin, *Asbestos in Buildings*, p. 6.2.
[22] Ibid., p. 1.23. For a discussion of the Ferris Index, see, for example, Karen F. Irving, Rexford G. Alexander, and Harold Bavley, "Asbestos Exposures in Massachusetts Public Schools," *American Industrial Hygiene Association Journal* 41:4 (April 1980): 270–276.
[23] Pinchin, *Asbestos in Buildings*, p. 1.23.
[24] Ibid., pp. 6.6–6.16.