INTERNATIONAL AGENCY FOR RESEARCH ON CANCER (WHO)
COMMISSION OF THE EUROPEAN COMMUNITIES

# NON-OCCUPATIONAL EXPOSURE TO MINERAL FIBRES

EDITORS: J. BIGNON, J. PETO & R. SARACCI

IARC SCIENTIFIC PUBLICATIONS
N° 90
LYON 1989

i in length. In our
h[illegible] the two
en[illegible] [illegible]gs which
:. Though talc or
:hese short fibres
n the lungs of the
d. Further mor-
ysis by electron

concentration of
'0, 539-541
hon, M.C. (1970)
}, 430-442
s of rural dwellers,
*J.*, *69*, 401-404
. *Am. Rev. Respir.*
ng the ferruginous
onspecificity. *Am.*
onary ferruginous
s from sputum and
s a modern urban

# AIRBORNE MINERAL FIBRE LEVELS IN THE NON-OCCUPATIONAL ENVIRONMENT

**W.J. Nicholson**

*Division of Environmental and Occupational Medicine,*
*Mount Sinai School of Medicine of the City University of New York,*
*New York, NY, USA*

*Summary.* Numerous sources of asbestos exist that may contribute to non-occupational exposures, among the important ones being building surfacing materials that have been damaged or allowed to deteriorate. Even more important is the potential exposure from improperly controlled maintenance activities in buildings. Evidence exists suggesting that vehicle braking makes a significant contribution to ambient asbestos levels, but more data are required to establish its extent. Many asbestos materials are present in homes, and fibres may be released during home renovations or repairs. Little information exists on the levels of other mineral fibres in the non-occupational environment or on the relative contributions from potential sources.

## *Introduction*

A wide variety of potential sources of asbestos and other fibres exist that may contribute to non-occupational exposures (see Table 1). Virtually all products containing asbestos currently manufactured incorporate the fibre in a matrix from which release is difficult. However, the incorporation of asbestos in the past in highly friable material provides current sources of exposure. The most important of these materials are located in commercial and public buildings and, to a lesser extent, in private dwellings. The greatest potential for the release of fibres from these materials occurs during building maintenance and renovation. To the extent that such activities are identified and procedures established to prevent fibre release, non-occupational exposures can be minimized.

**Table 1. Potential sources of asbestos in the non-occupational environment**

| | |
|---|---|
| *Industrial activity* | Mine, mill and factory operations; building renovation and demolition |
| *Building operations* | Inadvertent damage or deterioration of asbestos materials, surfacing materials, thermal insulation and cement products; maintenance activities |
| *Vehicle braking* | Automobiles; subway cars |
| *Home materials* | Heating systems; air supply systems; appliances; wallboard; filler; textured paint |

## *Measurement of environmental asbestos concentrations*

### Analytical techniques

Asbestos air concentrations encountered in buildings and in the general environment are virtually always below the limit of sensitivity of optical microscopy of 0.001–0.01 fibres >5 μm in length per ml. The ineffectiveness of optical microscopy below this level is the consequence of the presence of non-asbestos inorganic or organic fibres that cannot be distinguished from the asbestos minerals with phase-contrast or polarizing-light microscopy. At concentrations below 0.01 fibres per ml (f/ml) the fibres seen may largely consist of such non-asbestos fibres. An exception to this is the analysis of amosite fibres, where their size, density and configuration allow most non-asbestos fibres to be rejected from consideration, with a concomitant reduction in the limit of sensitivity. However, if confounding fibres, such as gypsum, are present, special precautions must be taken. Additionally, the practical resolution of the optical microscope precludes observation of fibres <0.3–0.4 μm in diameter.

Recommended analytical methods specify the use of transmission electron microscopy to enumerate and size asbestos fibres (Burdett, 1984; Samudra *et al.*, 1977; Yamate *et al.*, 1984). Samples for such analysis are usually collected either on a Nuclepore® (polycarbonate) filter with a pore size of 0.4 μm or less or on a Millipore® (cellulose ester) filter with a pore size of 0.8 μm or less. Samples collected on Nuclepore filters are prepared for direct analysis by carbon coating the filter to entrap the collected particles. A segment of the coated filter is then mounted on an electron microscope grid, which is placed on a filter paper saturated with chloroform, the vapours of which dissolve the filter material. Special precautions must be exercised during and following sample collection to ensure that fibres are not lost from the filter before reaching the analytical laboratory. The fibres of Millipore filters can also be directly transferred to electron microscope grids. In this case, an initial treatment with acetone vapour serves to partially collapse the filter. The filter is then partially etched in a low-temperature asher to expose fibres within the filter matrix and coated with carbon to entrap the fibres as above (Burdett & Rood, 1983). After coating, the remainder of the filter is dissolved with acetone. Without the etching step, as much as 90% of the fibres on an 0.8-μm filter can be lost in the dissolution process. The loss is greater for the thinner fibres and smaller losses occur with smaller pore size filters.

An alternative to the above direct analyses is to prepare samples by ashing a portion of the filter in a low-temperature oxygen furnace. This removes the membrane filter material and all organic material collected in the sample. The residue is recovered in a liquid phase, dispersed by ultrasonification, and filtered on a Nuclepore filter. Here, one can select the amount of material to be filtered to achieve the desired material loading. The refiltered material is coated with carbon and mounted on a grid as above. Earlier electron microscopic analysis utilized a rub-out technique in which the ashed residue was dispersed by grinding in a nitrocellulose film on a microscope slide and a portion of the film was then mounted on an electron microscope grid for scanning (Nicholson & Pundsack, 1973). A disadvantage of the indirect method is that fibres are broken apart by the dispersal techniques with a concomitant increase in the

number of smaller fibres. However, light ultrasonic treatment does not break apart most fibres >5 μm in length (Sébastien, 1985). In contrast, physical grinding or prolonged ultrasonic treatment is likely to significantly alter the number of both short and long fibres. This results, however, in a more uniform distribution of the asbestos material, allowing greater precision in the measured concentrations, but all information on size distribution is lost.

The grids prepared by either the direct or indirect methods can be scanned at both high and low magnification to identify all asbestos fibres within the scanned area. Chrysotile asbestos is identified on the basis of its morphology in the electron microscope and amphiboles are identified by their selected area electron-diffraction patterns, supplemented by energy-dispersive X-ray analysis. Both scanning (SEM) and transmission electron microscopic (TEM) techniques can be utilized. However, SEM analysis usually identifies only fibres thicker than 0.2 μm, because of contrast limitations, while TEM can visualize fibres of all sizes. Both SEM and TEM analysis can identify most fibres, particularly the larger ones, but the X-ray or electron-diffraction patterns of some fibres may not be completely clear. Fibre concentrations expressed as fibres per unit volume are calculated based on sample volume and filter area counted. Mass concentrations are reported using fibre volume and density relationships. Mass concentrations can be converted into equivalent *optical* fibre concentrations using data from the parallel analysis of samples by phase-contrast microscopy and TEM. The approximate relationship is that 3 ng/m$^3$ is equivalent to 0.1 fibres >5 μm (optical) per ml. The uncertainty in this relationship, resulting from differing fibre size distributions, is about a factor of 5 (US Environmental Protection Agency, 1986a).

A disadvantage of the direct-transfer processes is that filter-loading requirements are crucial. Too little material requires excessive scanning time or results in low fibre counts of high statistical uncertainty; too much material results in obscuration of fibres by other debris and support-film breakage during electron microscopic analysis. The obscuration effect can be substantial for both short and long fibres. Results of parallel analyses by Chatfield (1985a) using both direct and indirect preparations indicated that in 8 samples the mass was 12 times greater (geometric mean), the number of fibres of all sizes was 6 times greater (geometric mean) and the number of fibres greater than 5 μm in length was 2.5 times greater (arithmetic mean) when indirect techniques were utilized. The increases in mass and in the numbers of both long and short fibres cannot be explained by fibre break-up, but are probably due to obscuration effects or losses in the direct preparations.

**Analytical considerations**

Measurements of ambient air contaminants should satisfy two criteria for sensitivity. They should be able to measure either: (1) typical ambient air concentrations; or (2) levels commensurate with lifetime risks of the order of $10^{-6}$, whichever is greater. The latter criterion follows from the levels at which US environmental regulatory agencies typically act to control exposures when the potential number of cancer deaths in the US population per year exceeds 1. Figure 1, adapted from Travis

*et al.* (1987) shows the history of US environmental regulatory action. Of 23 regulatory decisions by US agencies (Environment Protection Agency, Food and Drug Administration, Consumer Product Safety Comission) where the population risk per year exceeded 1, exposure reduction was mandated in 15. An additional 5 positive actions were taken for risks greater than those depicted in Figure 1. The 8 cases considered for which regulation has not yet been mandated were for exposures to formaldehyde, aflatoxin, saccharin and polycyclic organic matter. Risks with fewer than 1 potential cancer death per year in the US population or where the individual risk was less than $10^{-6}$ were typically not regulated. In the case of asbestos, ambient background concentrations are of the order of 1 ng/m$^3$ or 0.1 fibres >5 $\mu$m per litre. Four estimates of lifetime risk from such exposures are shown in Table 2. As these are all well above an individual risk level of $10^{-6}$, most even above $10^{-5}$, any widespread source of asbestos is of regulatory concern. Thus, analytical procedures should be

**Fig. 1. Regulatory action as a function of individual and population risk for lifetime exposure to various environmental agents; • regulatory action taken; o regulatory action not taken or deferred**

Data from Travis *et al.* (1987)

**Table 2**... **from mes**...**lio** **continuous lifeti**

| Source |
| --- |
| US Consumer Prod Commission (1983) |
| Doll and Peto (1985 |
| US Environmental Agency (1986) |
| US National Acade (Breslow *et al.*, 198 |

$^a$For males.

methods is tha corresponds to concentration presence of a v diameter, whicl longer and thicl with measures c useful compone howeve at indicat ca to their length a (Pott, 1980; S carcinogenicity Because of thei contributors to have the same different sizes count both the carcinogenic p even for aeros between fibres

Evidence fc fibre size distri and exposure Protection Ag dose-response

3 regulatory
Drug
risk per
al 5 positive
The 8 cases
exposures to
s with fewer
he individual
stos, ambient
μm per litre.
. As these are
y widespread
es should be

k for lifetime
o regulatory

**Table 2. Lifetime risks of death per 100 000 from mesothelioma and lung cancer from a continuous lifetime exposure to 0.1 f/l**

| Source | Lifetime risk per 100 000 |
|---|---|
| US Consumer Product Safety Commission (1983) | 2.3-3.4 |
| Doll and Peto (1985) | 0.6 (approx.)[a] |
| US Environmental Protection Agency (1986) | 2.4-4.2 |
| US National Academy of Sciences (Breslow *et al.*, 1986) | 4.2-11.2 |

[a]For males.

utilized that would, at least, quantify ambient background exposures equivalent to about 0.1 fibres >5 μm per litre. This places a substantial burden on the analyst. At typical loadings of 0.5 $m^3$ of air per $cm^2$ of filter, a concentration of 0.1 f/l yields an average deposition density of 1 fibre per 200 grid squares. Since at least 4 fibres should be counted to establish a meaningful concentration value, the difficulty of counting fibres greater than 5 μm at typical ambient air concentrations can easily be appreciated.

A problem with any of the ambient asbestos air measurement methods is that none of the variables used to measure asbestos concentrations corresponds to a measure of increased cancer risk. The least meaningful measure is the concentration of fibres of all sizes. In many circumstances such values reflect the presence of a vast number of tiny single chrysotile fibrils, 1 μm long and 0.04 μm in diameter, which have substantially less carcinogenic potential than fibres 10 times longer and thicker. Because all estimates of risk in occupational settings are associated with measures of exposure in terms of fibres >5 μm, the enumeration of such fibres is a useful component of any environmental asbestos evaluation. It should be recognized, however, that even perfect enumeration of fibres >5 μm does not give a direct indication of carcinogenic risk, because the carcinogenicity of fibres varies according to their length and diameter, the longer and thinner fibres being the more carcinogenic (Pott, 1980; Stanton *et al.*, 1981). Furthermore, there is no evidence that the carcinogenicity of fibres vanishes at the arbitrary counting cut-off value of 5 μm. Because of their much greater number, fibres <5 μm may, in fact, be the dominant contributors to the cancer risk of a particular aerosol. Were all asbestos aerosols to have the same fibre size distribution, the different carcinogenic potentials of fibres of different sizes would not be important. A count of all fibres >5 μm would always count both the same fraction of the asbestos present and the same fraction of the carcinogenic potential. Unfortunately, fibre size distributions vary tremendously, even for aerosols of the same fibre type. There is thus a highly variable relationship between fibres <5 μm and carcinogenic potential.

Evidence for a differing unit fibre exposure risk, part of which may be attributed to fibre size distribution effects, is seen in the lung cancer risk calculated from mortality and exposure data in 14 studies of asbestos-exposed workers (US Environmental Protection Agency, 1986a). Figure 2, which summarizes all those studies for which dose-response information is available, shows the percentage increase in carcinogenic

risk for an exposure to one fibre (optical) per ml for one year. The horizontal line is the best estimate of risk for a particular study. The wide vertical bar is the uncertainty in the study associated with the number of lung cancer deaths and with epidemiological uncertainties in the data (e.g., effects of incomplete tracing). The thin vertical line is an additional 2–5-fold estimated uncertainty in the average measure of exposure for the study. As can be seen, the uncertainty of the risk estimated from the data of a single study is enormous, often exceeding an order of magnitude. There is no evidence that fibre type plays a particularly important role in these differences; the greatest differences are between exposures to the same fibre type. Exposures to virtually pure chrysotile aerosols differ by as much as a factor of 30 (e.g., in the studies of McDonald *et al.*, 1980 as compared with those of Dement *et al.*, 1983). Differences by as much as a factor of 10 exist between risk estimates from studies of the same process (e.g., Finkelstein *et al.*, 1983; Weill *et al.*, 1979).

**Fig. 2. Percentage increase in lung cancer for a 1-year exposure to 1 f/ml in 14 asbestos-exposed cohorts**

The open bar reflects the estimated 95% confidence limits associated with measures of response. The vertical line represents the uncertainties associated with measures of exposure, generally ± a factor of 2. The horizontal line is the best estimate of risk for the study concerned.

The geometric mean risk from all studies, with the exception of those on chrysotile mining and milling, each weighted by the reciprocal of its estimated variance, is 1% per year of exposure to 1 f/ml. The calculated uncertainty in that value is a factor of 3; the

calculated uncertainty in the risk associated with an unmeasured exposure is a factor of 10. The extrapolation of these risks estimated from conditions in occupational settings to exposures 2 or more orders of magnitude less adds even greater uncertainties to any risk estimation process.

It is within the framework of these uncertainties that we must consider the various measurements of airborne levels of mineral fibres in the non-occupational environment. Fibre concentrations must be interpreted cautiously and meaningful measures of concentrations in terms of fibres >5 μm at ambient air levels are extremely difficult to obtain. Mass measurements, while suffering from the loss of important information on fibre size, may relate best to carcinogenic risk. Mass certainly accounts better for the length dependence of carcinogenic risk than any fibre count. For the fibres >8 μm it also accounts well for the relation between carcinogenic risk and diameter (Bertrand & Pezerat, 1980; see also Peto, this volume, pp. 457-470). Ideally, of course, the best measurement of fibre aerosols is one in which every fibre is identified and sized, allowing any of the various measures of exposure to be utilized. It remains to be seen whether this can be achieved on a practical basis. These various analytical considerations are summarized in Table 3.

## *General ambient air*

Asbestos of the chrysotile variety has been found to be a ubiquitous contaminant of ambient air. Table 4 lists fibre concentration data from a variety of studies in both urban and rural areas over the period 1969–1983. As can be seen, arithmetic mean air concentrations were of the order of 1–3 ng/m³ in 1970, a time when asbestos was extensively used in construction, in particular in relatively uncontrolled spray applications for fire-proofing purposes in the United States. During daytime hours, shorter-term sampling indicated that higher levels were present than those found in 24-h samples. Earlier data are of doubtful accuracy because analytical techniques were in process of development and the control of asbestos contamination in laboratory processing was less stringent than it is now. In recent years, no systematic study has been made of asbestos in urban air. However, virtually all studies of outside air, taken in conjunction with studies of building air, show mean concentrations to be less than 1 ng/m³. Because of the above-mentioned limitations on the counting of fibres >5 μm, however, most such measurements have only provided upper limits of exposure. (See, however, Rödelsperger *et al.*, this volume, pp. 361–366).

Few data exist on the fibre size distribution of asbestos in the general ambient air. From ratios of fibres >5 μm to total fibres, it would appear to be similar to that of chrysotile in occupational environments, where the percentage of fibres >5 μm is between 5 and 0.5% (Gibbs & Hwang, 1980; Nicholson *et al.*, 1972). Data from Kohyama (this volume, pp. 262–276) indicate that 2% of fibres in the ambient air of Japan are >5 μm in length.

## *Buildings with asbestos-containing surfacing materials*

Considerable data have accumulated in recent years on the air concentrations of asbestos fibres associated with the use of asbestos-containing surfacing materials. The

**Table 3. Advantages and disadvantages of preparation, electron microscopy and counting methods**

| Method | Advantages | Disadvantages |
|---|---|---|
| **Preparation** | | |
| Direct | Fibre size maintained | Some fibres obscured<br>Sampling conditions may be critical<br>Possible fibre loss |
| Indirect | No obscuration of fibres<br>Losses less likely<br>Sampling conditions less stringent | Information on fibre size distribution lost |
| **Electron microscopy** | | |
| SEM[a] | Preparation techniques less critical<br>Scanning time less per area scanned | No standard methodology available<br>Only fibres thicker than 0.2 $\mu$m usually counted |
| TEM[a] | Fibres of all sizes can be counted<br>Standard methodologies available | Extremely long scanning times may be required<br>Sample preparation critical |
| **Counting** | | |
| All fibres | None | Small fibres overwhelm count<br>Relates least to biological hazard<br>Counts affected by instrument resolution<br>Time consuming |
| Fibres >5 $\mu$m | Relates best to optical counts | Problems with low counts<br>Does not consider clusters or fibre bundles |
| Mass | Preparation techniques are less stringent<br>May relate best to carcinogenic risk<br>Improved sensitivity | May be dominated by a few fibres or clusters<br>Difficult to relate to optical counts |

[a]SEM, scanning electron microscopy; TEM, transmission electron microscopy.

data, however, represent information about a moving target. Before the early 1970s neither the hazard nor the extent of use of asbestos in buildings was fully appreciated. Conditions in some buildings deteriorated to a point that was unacceptable by any standards and extremely high air concentrations occurred. For example, phase-contrast microscopic measurements in excess of 10 f/ml were measured for short

**Table 4. S**

Sample set

Quarterly composites o
24-hour US samples (
mental Protection Ag
Nicholson & Pundsack

Quarterly composites o
24-hour US samples (
mental Protection Age

16-hour samples of 5 U
(US Environmental P
Agency, 1974)

5-day samples in Paris,
(Sébastien *et al.*, 1980)

5-day, 7-hour control sa
for US school study (C
*et al.*, 1983)

12-hour samples in Tor
Ontario (Chatfield, 19

12-hour samples in Sou
Ontario (Chat

UK urban an
(Le Guen *et a*

Long-term samples in 3
the Federal Republic o
(Friedrichs *et al.*, 1983)

Urban Switzerland (Liti
*et al.*, 1985)

Rural Switzerland
(Litistorf *et al.*, 1987)

Rural Austria
(Felbermayer, 1983)

[a]C, chrysotile; A, amphi
[b]An exceptionally high
[c]Not detected, i.e., less t
[d]Fibres of all sizes.

**Table 4. Summary of ambient air asbestos concentrations, 1969–1983**

| Sample set | Collection period | No. of samples | Arithmetic mean concentration[a] | |
|---|---|---|---|---|
| | | | (ng/m³) | (fibres >5 µm per litre) |
| Quarterly composites of 5-7 24-hour US samples (US Environmental Protection Agency, 1971; Nicholson & Pundsack, 1973) | 1969-1970 | 187 | 3.3 C | - |
| Quarterly composites of 5-7 24-hour US samples (US Environmental Protection Agency, 1974) | 1969-1970 | 127 | 3.4 C | - |
| 16-hour samples of 5 US cities (US Environmental Protection Agency, 1974) | 1974 | 34 | 13 C | - |
| 5-day samples in Paris, France (Sébastien *et al.*, 1980) | 1974-1975 | 161 | 0.96 C | - |
| 5-day, 7-hour control samples for US school study (Constant *et al.*, 1983) | 1980-1981 | 31 | 6.5 (6C, 0.5A) | - |
| 12-hour samples in Toronto, Ontario (Chatfield, 1983) | 1980-1981 | 24 | 0.83[b] | ND[c] |
| 12-hour samples in Southern Ontario (Chatfield, 1983) | 1980-1981 | 48 | 0.20[b] | ND[c] |
| UK urban and rural background (Le Guen *et al.*, 1983) | 1979-1981 | 8 | <1-5 | - |
| Long-term samples in 3 cities in the Federal Republic of Germany (Friedrichs *et al.*, 1983) | 1982 | 6 | - | 2.8 C[d] 2.6 A[d] |
| Urban Switzerland (Litistorf *et al.*, 1985) | 1977 | 10 | 0.74 | 0.4 |
| Rural Switzerland (Litistorf *et al.*, 1987) | 1981-1983 | 10 | 0.23 | ND |
| Rural Austria (Felbermayer, 1983) | 1978-1980 | 143 | - | <0.1 |

[a] C, chrysotile; A, amphibole.

[b] An exceptionally high sample contributed all the mass.

[c] Not detected, i.e., less than a detection limit of approximately 4 f/l.

[d] Fibres of all sizes.

periods of time in a school library during book replacement as a result of inadvertent contact with ceiling material (Sawyer, 1977). Increasing awareness of the presence of asbestos in buildings and public concern led to the elimination of the worst exposure hazards and contamination was then reported less frequently.

A variety of studies, using transmission electron microscopy, were undertaken to evaluate the quality of air in buildings under several different circumstances; the results are shown in Table 5. Different methods of analysis were used by different investigators, but the location and conditions of sampling were likely to be a far more important factor than differences in analytical methods in the results that were obtained. Most of the earlier studies focused on the potentially more severe exposures and were thus not representative of all building circumstances. In other studies, buildings were also chosen for sampling by non-random criteria and similarly do not provide a representative sample of all buildings. Overall, the studies present a reasonably consistent picture. In buildings with evidence of severe damage or deterioration, the probability of detecting contamination was high. On the other hand, if the surfacing material or thermal insulation was undamaged, had suffered only minor damage or the surface had been sealed to prevent dusting, excess air concentrations were rarely detected.

Nicholson *et al.* (1975, 1976) analysed 116 samples of indoor and outdoor air collected in and around 19 commercial and public buildings in 5 cities in the USA. The buildings studied were chosen by local or federal air pollution control agencies solely on the basis of ease of access (they belonged to the Government or the owners were willing to allow the tests to be carried out). The choice was thus not random, but neither was any building selected because of a perceived hazard. After collection, the samples were coded by the EPA so that the sites from which they were collected were not known when they were analysed. The results provided no evidence of contamination of buildings with cementitious or plaster-like surfacing material, but the air concentrations in some buildings with surfacing material consisting of a loosely bonded mat were greater than those of control samples and samples collected in buildings with cementitious/plaster material. In this set of samples, and that considered below, open-face filters were utilized. The possibility that some non-respirable asbestos material contributed to the mass cannot be excluded.

Nicholson *et al.* (1978, 1979a) collected 25 samples in primary and secondary schools. The sampling was conducted so as to reflect the general ambient background of schools with substantially damaged surfacing material. Sample collection was observed in order to ensure that the material collected did not reflect an unusual release of fibres near the sampler. However, the schools were in operation during the sampling and normal student activity (except for vandalism) took place during the course of sampling. Two short-term samples of custodial sweeping showed even higher concentrations than those listed, but the results were uncertain because of low sample volume.

Sébastien *et al.* (1980) published data from samples collected in 25 buildings in Paris. Over half the samples were collected in one large school building in which sprayed material containing both amphibole and chrysotile fibres was present.

**Table 5.** S[illegible]y

| Sample set |
|---|
| US buildings with friabl[illegible] in plenums or as surfa[illegible] materials (Nicholson *et* 1975, 1976) |
| US buildings with cemer[illegible] asbestos material in ple[illegible] as surfacing materials ([illegible] *et al.*, 1975, 1976) |
| New Jersey schools with asbestos surfacing mate[illegible] pupil use areas (Nichol[illegible] *et al.*, 1978, 1979a) |
| Buildings with asbestos [illegible] in Paris, France (Sébas[illegible] *et al.*, 1980) |
| US school rooms/areas [illegible] asbestos surfacing mate[illegible] (Constant, 1983) |
| US school rooms/areas i[illegible] buildings with [illegible]stos surfacing ma[illegible] (Constant, 1[illegible] |
| Ontario buildings with a[illegible] surfacing materials (On[illegible] Royal Commission, 198[illegible] |
| Ontario office and schoo[illegible] buildings (Chatfield, 19[illegible] |
| UK schools, laboratories factories (Burdett & Jaff[illegible] |

[a] C, chrysotile; A, amphil[illegible]

[b] Not detectable, i.e., less

[c] Two further samples ha[illegible]

[d] Not detectable, i.e., less concentration of 20 f/l.

[e] Most samples had an av[illegible]

es... of inadvertent
... presence of
th... orst exposure

were undertaken to
circumstances; the
...e used by different
...ely to be a far more
e results that were
...re severe exposures
s. In other studies,
and similarly do not
e studies present a
severe damage or
... On the other hand,
l, had suffered only
dusting, excess air

...or and outdoor air
...ties in the USA. The
ntrol agencies solely
. or the owners were
us not random, but
After collection, the
... were collected were
vidence of contami-
ma... ..., but the air
...si... of a loosely
samples collected in
samples, and that
lity that some non-
...xcluded.
nary and secondary
ambient background
mple collection was
reflect an unusual
...eration during the
k place during the
ping showed even
ain because of low

ed in 25 buildings in
ol building in which
fibres was present.

**Table 5. Summary of ambient air asbestos concentrations in buildings, 1974–1985**

| Sample set | Collection period | No. of samples | Arithmetic mean concentration[a] | |
|---|---|---|---|---|
| | | | (ng/m³) | (fibres >5 µm per litre) |
| US buildings with friable asbestos in plenums or as surfacing materials (Nicholson *et al.*, 1975, 1976) | 1974 | 54 | 48 C | - |
| US buildings with cementitious asbestos material in plenums or as surfacing materials (Nicholson *et al.*, 1975, 1976) | 1974 | 28 | 15 C | |
| New Jersey schools with damaged asbestos surfacing materials in pupil use areas (Nicholson *et al.*, 1978, 1979a) | 1977 | 27 | 217 C | - |
| Buildings with asbestos materials in Paris, France (Sébastien *et al.*, 1980) | 1976-1977 | 135 | 35 (25 C, 10 A) | - |
| US school rooms/areas with asbestos surfacing material (Constant, 1983) | 1980-1981 | 54 | 183 (179 C, 4 A) | - |
| US school rooms/areas in buildings with asbestos surfacing material (Constant, 1983) | 1980-1981 | 31 | 61 (53 C, 8 A) | - |
| Ontario buildings with asbestos surfacing materials (Ontario Royal Commission, 1984) | 1982 | 63 | 2.1 | ND[b] |
| Ontario office and school buildings (Chatfield, 1985) | 1977-1982 | 55 | 1.1[c] | ND[d] |
| UK schools, laboratories and factories (Burdett & Jaffrey, 1986) | 1983-1985 | 114 | 1.5 | <0.1-2[e] |

[a] C, chrysotile; A, amphibole.

[b] Not detectable, i.e., less than a detection limit of approximately 4 f/l.

[c] Two further samples had concentrations of 640 and 360 ng/m³, the latter being from a single fibre.

[d] Not detectable, i.e., less than a detection limit of approximately 4 f/l, except for one sample which had a concentration of 20 f/l.

[e] Most samples had an average concentration less than a detection limit of 0.3 f/l.

Substantial damage was reported to have occurred in many of the buildings sampled, including those areas of the school building from which most samples were taken. In some cases visible dust was reported on tables and other furniture. As with the previous school study, the buildings were not selected randomly, but were those brought to the attention of the researchers through written requests for help from building owners or occupants.

A sampling of 25 schools, chosen by a random procedure from those in a large city, was reported by the US Environmental Protection Agency (1983). The results of the survey indicated a substantially increased air concentration (a population-weighted mean concentration of 179 ng/m$^3$) in building areas with sprayed surfacing materials, while 31 outside samples averaged 6 ng/m$^3$. Of special concern were samples collected in schools in which asbestos material was present, but not on the floor or in the room in which the samples were taken. These showed an average concentration of 53 ng/m$^3$, indicating dispersal of fibres from the source. Additionally, numerous small respirable clumps and bundles of asbestos were noted, but not included in the listed mass concentrations. One problem with this study, which indicates concentrations as high as those measured in buildings selected because of the presence of extensive damage, is that sample taking was not routinely monitored. In some cases, the samples, which were collected over a 5-day period, were in classrooms under the control of the teacher; in other cases, they were in corridors and sampling conditions were not kept under continuous observation. The possibility of atypical activities occurring during sampling cannot be excluded.

A report on 63 samples taken in 19 buildings was published by the Royal Commission of Matters of Health and Safety Arising from the Use of Asbestos in Ontario (Ontario Royal Commission, 1984). All of the buildings selected contained asbestos surfacing material. However, qualitative exposure evaluation (algorithms) indicated minimal problems in all but 6 buildings. A major problem with this study is that of analytical sensitivity. The count of a single fibre would appear to correspond to a concentration of 1 f/l. Thus, the analytical threshold (the concentration at which 4 fibres would be counted) is at a concentration 40 times that of typical ambient air. In only 5 buildings were asbestos fibres $>5\ \mu m$ detected, but in those, concentrations substantially exceeded the typical background (where few fibres of any length were detected). There was a poor correlation between either mass or fibre levels with algorithm estimates of hazard.

Chatfield (1985b) has reported on concentrations measured in 8 Ontario office and school buildings. Concentrations ranged from undetectable levels to 17 ng/m$^3$, the average being 1.1 ng/m$^3$, except for 2 samples which had concentrations of 640 and 360 ng/m$^3$, the mass (360 ng) in one case being contributed by one fibre. Counts of fibres $>5\ \mu m$ were severely limited by the analytical sensitivity of the counting protocol. In 57 samples only 12 such fibres were observed, 6 being in one sample. The statistical significance of either the mass or $>5\ \mu m$ fibre concentration is difficult to assess.

The results obtained from 15 commercial, school or domestic buildings in the United Kingdom (Burdett & Jaffrey, 1986) indicated relatively low fibre concentrations. The analytical sensitivity of the protocol for the average of a sample test (up to

26 samples for an individual building) ranged from 1 fibre $>5\ \mu m$ per litre (2 building sample sets) to 0.1 fibres $>5\ \mu m$ per litre (3 building sample sets). The analytical sensitivity of most sample sets was about 0.3 fibres $>5\ \mu m$ per litre; the analytical sensitivity of a typical single sample, however, was only 2–3 fibres $>5\ \mu m$ per litre or 20–30 times the value for typical ambient air. Detectable results (an average of more than 4 fibres counted) were observed in 4 of the 15 buildings. The highest measured concentration was in a school with 'some damage' to sealed spray materials; asbestos fibre concentrations ranged from $<35$ to 250 fibres of all sizes per litre and from $<3$ to 12 fibres $>5\ \mu m$ per litre (average 2 f/l), levels substantially above background. Average mass concentrations in the buildings were generally $<0.1\ ng/m^3$; the highest average concentration measured was 15 $ng/m^3$. However, as direct-preparation techniques were utilized, the possibility of fibre obscuration must be noted.

All the above studies were carried out under conditions such that surfacing materials were not disturbed. However, measurements indicate that routine maintenance activities can be a substantial source of short-term building air contamination, if proper precautions are not taken. Thus, the Ontario Royal Commission reported increased air levels from inspections above suspended ceilings and maintenance work therein. In one case the exposure to a worker above the ceiling was 12 fibres $>5\ \mu m$ per ml. Earlier, Sawyer (1977) had reported optical fibre counts during routine building maintenance ranging from 0.2 to 17.1 f/l.

Thermal insulation materials are also readily damaged during the course of the maintenance or repair of high-temperature equipment or during the course of building activities. In many cases these materials are not located in the public areas of buildings. However, debris can be carried into such areas by maintenance personnel if proper precautions are not taken.

Asbestos abatement work is also a serious potential source of non-occupational asbestos exposure. While procedures have been specified that should minimize building contamination following renovation, removal, enclosure or encapsulation of asbestos materials, these may not always be followed (see e.g., Burdett *et al.*, this volume, pp. 277-290). The EPA has monitored the efficacy of controls and clean-up procedures in 4 schools undertaking removal of asbestos materials and in one school encapsulating surfacing material. The results are shown in Table 6. As can be seen, no measurable contamination was present in the schools after completion of the work. Some escape of fibres during removal work occurred, but it was successfully dealt with.

## *Use of air monitoring for hazard evaluation*

The principal source of asbestos contamination in virtually all buildings is the deliberate or inadvertent dislodgement of the material by building occupants during the course of their use of the building or by maintenance activities undertaken by building personnel. Control of the former is often difficult and, where damage caused by building users is common, the only recourse may be removal of the material or enclosure by other building products so as to prevent future damage. In contrast to

**Table 6. Geometric mean of chrysotile fibre and mass concentrations before, during and after asbestos abatement[a]**

| Sampling location | Concentration | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Before abatement | | During abatement[b] | | Immediately after abatement | | After school resumed | |
| | (f/l)[c] | (ng/m³) | (f/l) | (ng/m³) | (f/l) | (ng/m³) | (f/l) | (ng/m³) |
| *Encapsulation* | | | | | | | | |
| Rooms with unpainted asbestos | 1423.6 | 6.7 | 117.2 | 0.6 | 13.7 | 0.1 | 248.1 | 1.2 |
| Rooms with painted asbestos | 622.9 | 2.7 | - | - | 0.8 | 0.0 | 187.2 | 0.8 |
| Asbestos-free rooms | 250.6 | 1.2 | 0.5 | 0.0 | 9.3 | 0.0 | 30.7 | 0.2 |
| Outdoors | 3.5 | 0.0 | 0.0 | 0.0 | 6.5 | 0.0 | 2.8 | 0.0 |
| *Removal* | | | | | | | | |
| Rooms with asbestos | 31.2 | 0.2 | 1736.0 | 14.4 | 5.6 | 0.1 | 23.9 | 0.2 |
| Asbestos-free rooms | 6.1 | 0.1 | 12.0 | 0.1 | 1.6 | 0.0 | 18.1 | 0.1 |
| Outdoors | 12.6 | 0.1 | 1.3 | 0.0 | 20.0 | 0.1 | 7.9 | 0.0 |

[a]Source: US Environmental Protection Agency (1985, 1986b).
[b]Measurements outside work containment areas.
[c]Fibres of all lengths.

surfacing material, where control of damage may be difficult, control of thermal insulation is much easier. Encapsulation of pipe coverings by appropriate covering material and establishment of an appropriate building maintenance programme will go far to eliminate exposures to building occupants and maintenance personnel. The extent to which the various abatement options are utilized in a building will, of course, depend on the potential for continued fibre release and for appropriate control. Future building use and the frequency of renovation work also play important roles in any decision to remove or treat asbestos materials in a building.

Air monitoring is generally not a satisfactory means of evaluating whether a specific control activity should be adopted since it only gives a value at one particular point in time and the circumstances are usually artificial. Absence of fibre contamination when no building activity is taking place does not provide any information on what may occur in the future. Furthermore, to accurately establish an average level for a building, from which one might make a highly uncertain risk assessment, would involve such extensive sampling as to make it totally impractical. In

general, a... condition... uil
One imp...ant f
from measurement...
Buildings with inta...
are severely damag...
with little evidence...
emissions in buildi...
tions cannot be us...
mind that many pe...
converse is also true
with severe problem
with quite different

*Other building* ...

Weathering of a...
source of asbestos...
rain in a school co...
tions of 20–4500 ng...
ng/m³. It was su...
walkways and roo...
returned. No signi...
study of houses con...
ground and was n...
walkway, allowing...
cement pr... ha...
Air co... at...
been reported by Se...
170 ng/m³ in a buil...

*Private dwelling*...

Asbestos is c...
environment. Mos...
thermal insulation...
material in variou...
pounds, and air-su...
has been found in ...
these may continu...
toasters, electrical...
used in homes. H...
limited unless the t...
greater concern ...

s , during

| After school resumed | |
|---|---|
| (f/l) | (ng/m³) |
| 248.1 | 1.2 |
| 187.2 | 0.8 |
| 30.7 | 0.2 |
| 2.8 | 0.0 |
| 23.9 | 0.2 |
| 18.1 | 0.1 |
| 7.9 | 0.0 |

ntrol of thermal
opriate covering
programme will
e personnel. The
ng will, of course,
opriate control.
mportant roles in

ting whether a
t one particular
fibre contami-
information on
average level for
ssessment, would
impractical. In

general, abatement activities must be undertaken on the basis of the observed conditions and building circumstances rather than air monitoring.

One important fact is that no generalization applicable to all buildings can be made from measurements made in buildings selected according to various sampling criteria. Buildings with intact asbestos provide no information on the hazard in buildings that are severely damaged. The fact that most buildings have material in good condition, with little evidence of release, does not mean that no action should be taken to control emissions in buildings with severe problems. Thus, average building air concentrations cannot be used to justify inaction in a particular building. It is well to keep in mind that many people have drowned in rivers having an average depth of 30 cm. The converse is also true. The finding of substantially elevated concentrations in a building with severe problems does not indicate the likelihood of fibre release in other buildings with quite different materials and conditions.

## *Other building materials*

Weathering of asbestos-cement wall and roofing materials has been shown to be a source of asbestos air pollution (Nicholson, 1978). Seven samples taken after heavy rain in a school constructed of asbestos-cement panels showed asbestos concentrations of 20–4500 ng/m³ (arithmetic mean = 780 ng/m³); all but 2 samples exceeded 100 ng/m³. It was suggested that asbestos was released from the asbestos-cement walkways and roof panels and entrained into the school air when dry conditions returned. No significantly elevated concentrations were observed in a concurrent study of houses constructed of similar material. Here roof-water run-off landed on the ground and was not re-entrained, while that of the schools fell on to a smooth walkway, allowing easy re-entrainment when dry. Contamination from asbestos-cement products has also been documented by Spurny *et al.* (1980).

Air contamination by fibres released from vinyl-asbestos tile as a result of wear has been reported by Sébastien *et al.* (1982), who found concentrations of asbestos of up to 170 ng/m³ in a building with worn asbestos floor tiles.

## *Private dwellings*

Asbestos is commonly found in a wide variety of products in the home environment. Most notable among the potential sources of airborne asbestos are thermal insulation products on boilers and high-temperature water lines, insulation material in various space heaters, textured paints, old wallboard and joint compounds, and air-supply duct materials. Additionally, a variety of household products has been found in past years to contain asbestos materials. Depending on the region, these may continue to be produced, and include appliances such as hair dryers, toasters, electrical cords, and portable heaters. Vinyl-asbestos floor tile is commonly used in homes. However, the potential for release in home circumstances is very limited unless the tile is sanded or physically abraded during home renovations. Of greater concern are subflooring materials containing asbestos. Generally,

release of asbestos fibres from such architectural materials is limited; however, during building alterations, by either the owner or outside contractors, contamination may occur.

Burdett and Jaffrey (1986) measured air concentrations in 24 buildings, mostly private houses, having warm-air heaters containing asbestos. All but 3 buildings had concentrations less than the analytical sensitivity of the counting protocol (1 fibre >5 μm per litre). In 2 buildings, average concentrations of 1 fibre >5 μm per litre were measured.

Nicholson (1988) measured asbestos air concentrations in homes in which asbestos-paper air ducts were used for air-conditioning systems. Most of the homes also had chrysotile-containing textured paint in all living areas. The results are shown in Table 7. There was no statistical difference between air concentrations in homes with asbestos paint and those without, nor between samples collected while the air-conditioning system was in operation and those taken with it switched off. However, there was a significant difference between the concentrations of all indoor samples and those taken outdoors for control purposes. The difference is small and would not warrant any abatement action. However, a problem exists in that home-owners, unaware that paint may contain asbestos, may disturb the painted surfaces during renovations.

**Table 7. Asbestos concentrations in homes containing asbestos products**

| Sampling circumstances[a] | No. of samples | Asbestos concentration[b] ($ng/m^3$) |
|---|---|---|
| *Asbestos in textured paint* | | |
| A/C fans off | 12 | 6.1 (2.0-12.7) |
| A/C fans on | 12 | 2.9 (0.0-11.0) |
| Average | | 4.5 |
| *No asbestos in textured paint* | | |
| A/C fans off | 3 | 4.5 (3.9-5.4) |
| A/C fans on | 3 | 2.2 (0.4-3.8) |
| Average | | 3.3 |
| Outside air | 7 | 0.9 (0.0-4.3) |

[a] A/C, air conditioning.

[b] Ranges in parentheses.

## *Degradation of friction materials*

One of the more significant remaining sources of environmental asbestos exposure may be emissions from braking of automobiles and other vehicles. Measurements

of brake and clutch emissions in the USA reveal that 2.5 tons of unaltered asbestos are released to the atmosphere annually and an additional 68 tons fall on to roadways, where some of the asbestos may be dispersed by passing traffic (Jacko *et al.*, 1973). Air concentrations from such releases, however, were not measured by the authors.

Substantially elevated chrysotile asbestos concentrations have been found in subway systems, the cars of which used chrysotile pads in brake systems (Chatfield, 1983). Analyses of samples collected during 1976 in the Toronto subway indicated concentrations of up to 2.7 fibres of all sizes per ml and, with one exception (a value of 20 000 ng/m$^3$) mass concentrations up to 2500 ng/m$^3$. Lower values were found in a 1980 survey and attributed to the use of direct-analysis techniques. A 1981 study of the Stockholm subway found concentrations of 0.10–0.12 fibres >5 $\mu$m per ml and mass concentrations of 170–430 ng/m$^3$.

The data on the contribution of automobile braking to ambient air asbestos concentrations are extremely limited. Lanting and den Boeft (1983) reported concentrations in a traffic tunnel to be approximately 10 times those in urban air (5 fibres >5 $\mu$m per litre as compared with about 0.7 for urban air), and suggested that vehicle braking was the source of the excess. In an earlier study, Alste *et al.* (1976) reported average concentrations at a freeway exit of 0.5 fibres of all sizes per ml over 9-hour sampling periods, much higher than at a distant site. Williams and Muhlbaier (1982) measured asbestos emissions from braking in a test dynamometer and estimated that normal driving releases 2.6 $\mu$g of airborne asbestos per km of travel. Using the ratio of this value to total lead emissions per km and measured ambient lead levels, they estimated the contribution of automobile braking to airborne asbestos to be 0.063 ng/m$^3$. This procedure is likely to underestimate the effect of braking, as a significant fraction of the emitted lead will rapidly settle to the ground, while the emitted asbestos will tend to remain in suspension. It remains possible that automobile braking makes the major contribution to the asbestos in the ambient air of cities, but data are lacking either to confirm or refute this possibility. Data supporting this hypothesis are presented by Kohyama in this volume, pp. 262-276.

## *Other fibre exposures*

Man-made and other mineral fibres have largely replaced the asbestos minerals in products where the potential for their release is high, as in thermal insulation or surfacing materials. Fortunately, most man-made mineral fibres (MMMF) are of non-respirable diameter, so that the use of such fibres carries a much lower risk than that of asbestos minerals. However, in the absence of regulation, the use of other naturally occurring fibrous minerals is increasing rapidly. Some of these, as well as some MMMF, are of the same size and durability as asbestos and may present equal health risks.

There are very few data on the presence of non-asbestos inorganic fibres in the general environment. They are noted by analysts as present, usually in numbers exceeding asbestos, but not quantified. Gypsum fibres are commonly present in the air of buildings during renovation; their confounding effect in air samples can be avoided by special procedures (Burdett, 1985). Friedrichs *et al.* (1983) published data on the

numbers of other fibres in ambient air samples in the Federal Republic of Germany; their results, in terms of fibres of all sizes, are given in Table 8. As can be seen, the concentrations of fibres of the 3 listed non-asbestos minerals were less than those of chrysotile and amphibole, but large numbers of other fibres were not identified. Altree-William and Preston (1985) analysed 193 samples using a SEM and found average concentrations of 0.32, 1.47 and 5.10 fibres of all sizes per litre for asbestos, other minerals and organic fibres, respectively. Spurny and Stober (1981) identified mineral fibres in urban and rural air in the Federal Republic of Germany. Total fibre concentrations were in the range 4–15 f/l, less than 6% of which were asbestos fibres. The percentages of the various fibres and some aspects of analyses of single fibres are shown in Table 9.

**Table 8. Concentrations of fibres of all sizes measured in three cities in the Federal Republic of Germany during 1982**

| City | Air concentrations ($f/m^3$) | | | | | | Sampling period |
|---|---|---|---|---|---|---|---|
| | Chrysotile | Amphibole | Rutile | Iron oxide | Glass | Total | |
| Düsseldorf | 2320 | 1350 | 330 | 630 | 660 | 24 160 | Monday-Friday |
| Dortmund | 2600 | 2390 | - | 630 | 2490 | 31 800 | Monday-Friday |
| Duisburg | 1980 | 2610 | 440 | 480 | 1410 | 35 970 | Monday-Friday |
| Düsseldorf | 750 | 720 | - | 700 | 360 | 16 510 | Friday-Monday |
| Dortmund | 3320 | 1780 | 510 | 760 | 1270 | 23 490 | Friday-Monday |
| Duisburg | 5740 | 6890 | 1460 | 610 | 1220 | 24 070 | Friday-Monday |
| Averages | 2790 | 2620 | 460 | 640 | 1230 | 26 000 | |

*Source: Friedrichs et al.* (1983).

Fibrous glass materials are common constituents of thermal and acoustic insulation materials. Balzer *et al.* (1971) sampled building and outside air in order to determine whether fibrous glass-lined ducts could be eroded. Their data indicated concentrations of glass fibres in the ambient air of 0.26–4.5 f/l and concentrations of other fibres of 1.5–3.3. The fibres enumerated were those thicker than 1.6 μm and longer than 4.8 μm (glass fibres of these dimensions were distinguishable in a petrographic microscope). They suggested that their study indicated a significant reduction in numbers of such fibres after passage through a standard building air filter and down a fibrous glass-lined duct. However, the data supporting this conclusion were scant and not subject to verification by statistical analysis. Gaudichet *et al.* (this volume, pp. 291–298) have provided extensive data on air pollution by MMMF.

A variety of non-asbestos minerals are being used at an increasing rate as replacements for asbestos, the most important being attapulgite and wollastonite. Attapulgite fibres, which are generally less than 5 μm in length, are used in drilling muds, cat litter adsorbents and filters, and as fillers in pesticides, fertilizers,

**Table 9. Percentages of various mineral fibres in samples of urban and rural air in the Federal Republic of Germany**

| Fibre type | Sample | | | | |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| Potential non-contaminated asbestos fibres | 1.02 | 0.82 | 1.94 | 0.52 | - |
| Potential contaminated asbestos fibres | 1.51 | 1.22 | 6.80 | 1.04 | 0.41 |
| Potential asbestos fibres leached of Mg or Fe | 1.02 | 0.82 | 5.83 | 0.52 | 0.41 |
| Other fibrous silicates | 2.54 | 1.22 | 9.71 | 1.04 | - |
| Fibrous gypsum | 24.37 | 38.36 | 46.60 | 53.88 | 27.06 |
| Contaminated fibrous gypsum | 15.74 | 20.40 | 2.91 | 3.11 | 1.22 |
| Fibrous ammonium sulfate | 48.22 | 3.66 | 0.16 | 15.02 | 30.74 |
| Unidentified fibre-like particles | 5.58 | 33.50 | 26.05 | 24.87 | 40.16 |

Source: Spurny and Stober (1981).

paints and filling compounds, pharmaceuticals and cosmetics. Their uncontrolled use in this way may lead to environmental contamination. Particular concern exists with regard to their use as pet waste adsorbents, but no air level data are available. Wollastonite occurs as long thin fibres and is also used as a filler or as a reinforcing fibre in insulation and wall board. Mine and mill concentrations of, respectively, 1 and 20 f/ml have been reported (Shasby *et al.*, 1979), but no data exist for non-occupational exposures.

## *References*

Alste, J., Watson, D. & Bagg, J. (1976) Airborne asbestos in the vicinity of a freeway. *Atmos. Environ.*, *10*, 583-589

Altree-Williams, S. & Preston, J.S. (1985) Asbestos and other fibre levels in buildings. *Ann. Occup. Hyg.*, *29*, 357-363

Balzer, L., Cooper, W.C. & Fowler, D.P. (1971) Fibrous glass-lined air transmission systems: an assessment of their environmental effects. *Am. Ind. Hyg. Assoc. J.*, *32*, 512-518

Berry, G. & Newhouse, M.L. (1983) Mortality of workers manufacturing friction materials using asbestos. *Br. J. Ind. Med.*, *40*, 1-7

Bertrand, R. & Pézerat, H. (1980) Fibrous glass: carcinogenicity and dimensional characteristics. In: Wagner, J.C., ed., *Biological Effects of Mineral Fibres* (*IARC Scientific Publications No. 30*), Lyon, International Agency for Research on Cancer, pp. 901-912

Breslow, L., Brown, S. & van Ryzin, J. (1986) Risk from exposure to asbestos. *Science*, *234*, 923

Case 01-01139-AMC Doc 4020-26 Filed 07/08/03 Page 22 of 25

Burdett, G.J. (1984) Proposed analytical method for determination of asbestos fibres in air. (HSE internal report No. IR/L/DI/84/02 prepared for International Standards Organization Joint Working Group ISO/TC/147/SC2WG18-ISO/TC/146/WG1, Brussels, March 1984)

Burdett, G.J. (1985) Use of membrane-filter, direct-transfer technique for monitoring environmental asbestos releases. In: *Asbestos Fibre Measurements in Building Atmospheres, Proceedings of a Conference: March 1985, Toronto, Ontario*, Toronto, Ontario Research Foundation, pp. 87-110

Burdett, G.J. & Jaffrey, S.A.M.T. (1986) Airborne asbestos concentration in buildings. *Ann. Occup. Hyg.*, *30*, 185-199

Burdett, G.J. & Rood, A.P. (1983) Membrane-filter, direct-transfer technique for the analysis of asbestos fibres or other inorganic particles by transmission electron microscopy. *Environ. Sci. Technol.*, *17*, 643-648

Chatfield, E.J. (1983) Measurement of asbestos fibre concentrations in ambient atmospheres. (Report prepared for the Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario).

Chatfield, E.J. (1985a) Limitations of precision and accuracy in analytical techniques based on fibre counting. In: *Asbestos Fibre Measurements in Building Atmospheres, Proceedings of a Conference: March 1985, Toronto, Ontario*, Toronto, Ontario Research Foundation, pp. 115-131

Chatfield, E.J. (1985b) Airborne asbestos levels in Canadian public buildings. In: *Asbestos Fibre Measurements in Building Atmospheres, Proceedings of a Conference: March 1985, Toronto, Ontario*, Toronto, Ontario Research Foundation, pp. 177-201

Constant, P.C., Bergman, F.J., Atkinson, G.R., Rose, D.R., Watts, D.L., Logue, E.E., Hartwell, T.D., Price, B.P. & Ogden, J.S. (1983) *Airborne Asbestos Levels at Schools.* Washington DC, US Environmental Protection Agency, Office of Toxic Substances (EPA 560/5-83-003)

Dement, J.M., Harris, R.L., Jr, Symons, M.J. & Shy, C.M. (1983) Exposures and mortality among chrysotile asbestos workers. Part II: Exposure estimates. *Am. J. Ind. Med.*, *4*, 421-433

Doll, R. & Peto, J. (1985) *Asbestos: Effects on Health of Exposure to Asbestos*, London, Health and Safety Commission

Felbermayer, W. (1983) Abwitterung von Asbestzementprodukten — Immissionsmessergebnisse aus Österreich. In: Reinisch, D., Schneider, H.W. & Birkner, K.F., eds, *Fibrous Dusts — Measurement, Effects, Prevention* (*VDI-Berichte 475*), Düsseldorf, VDI-Verlag, pp. 143-146

Finkelstein, M.M. (1983) Mortality among long-term employees of an Ontario asbestos-cement factory. *Br. J. Ind. Med.*, *40*, 138-144

Friedrichs, K.-H., Hohr, D. & Grover, Y.P. (1983) Ergebnisse von nicht quellenbezogenen Immissionsmessungen von Fasern in der Bundesrepublik Deutschland. In: Reinisch, D., Schneider, H.W. & Birkner, K.F., eds, *Fibrous Dusts — Measurement, Effects, Prevention* (*VDI-Berichte 475*), Düsseldorf, VDI-Verlag, pp. 113-116

Gibbs, G.W. & Hwang, C.Y. (1980) Dimensions of airborne asbestos fibres. In: Wagner, J.C., ed., *Biological Effects of Mineral Fibres* (*IARC Scientific Publications No. 30*), Lyon, International Agency for Research on Cancer, pp. 69-78

Henderson, V.L. & Enterline, P.E. (1979) Asbestos exposure: factors associated with excess cancer and respiratory disease mortality. *Ann. N.Y. Acad. Sci.*, *330*, 117-126

Jacko, M.G., DuCharme, R.T. & Somers, J.T. (1973) How much asbestos do vehicles emit? *Automob. Eng.*, *81*, 38-40

Lanting, R.W. & den Boeft, J. (1983) Ambient air concentration of mineral fibres in the Netherlands. In: Reinisch, D., Schneider, H.W. & Birkner, K.F., eds, *Fibrous Dusts — Measurement, Effects, Prevention* (*VDI-Berichte 475*), Düsseldorf, VDI-Verlag, pp. 123-128

Le Guen, J.M.M., Burdett, G.J. & Rood, A.P. (1983) Mass concentration of airborne asbestos in the non-occupational environment — a preliminary report of UK measurements. In: Reinisch, D., Schneider, H.W. & Birkner, K.F., eds, *Fibrous Dusts – Measurement, Effects, Prevention* (*VDI-Berichte 475*), Düsseldorf, VDI-Verlag, pp. 137-141

Litistorf, G., Guillemin, M., Buffat, P. & Iselin, F. (1985) Ambient air pollution by mineral fibres in Switzerland. *Staub-Reinhalt. Luft*, *45*, 302-307

McDonald, A.D., Fry, J.S., Woolley, A.J. & McDonald, J.C. (1983a) Dust exposure and mortality in an American chrysotile textile plant. *Br. J. Ind. Med.*, *40*, 361-367

McDonald, A.D., Fry, J.S., Woolley, A.J. & McDonald, J.C. (1983b) Dust exposure and mortality in an American factory using chrysotile, amosite and crocidolite in mainly textile manufacturing. *Br. J. Ind. Med.*, *40*, 368-374

McDonald, A.D., Fry, J.S., Woolley, A.J. & McDonald, J.C. (1984) Dust exposure and mortality in an American chrysotile asbestos friction production plant. *Br. J. Ind. Med.*, *41*, 151-157

McDonald, J.C., Liddell, F.D.K., Gibbs, G.W., Eyssen, G.E. & McDonald, A.D. (1980) Dust exposure and mortality in chrysotile mining, 1910-75. *Br. J. Ind. Med.*, *37*, 11-24

Nicholson, W.J. (1978) *Chrysotile asbestos in air samples collected in Puerto Rico, Report to the Consumer Products Safety Commission* (*CPSC contract No. 77128000*), New York, City University of New York, Mount Sinai School of Medicine

Nicholson, W.J. (1988) Asbestos use in private dwellings: potential sources of exposure (in preparation)

Nicholson, W.J., Holaday, D.A. & Heimann, H. (1972) Direct and indirect occupational exposure to insulation dusts in United States shipyards. In: *Safety and Health in Shipbuilding and Ship Repairing: Proceedings of a Symposium Organized by the Government of Finland, 30 August–2 September, 1971, Geneva, Switzerland*, Geneva, International Labour Office, pp. 37-47

Nicholson, W.J. & Pundsack, F.L. (1973) Asbestos in the environment. In: Bogovski, P., Gilson, J.C., Timbrell, V. & Wagner, J.C., eds, *Biological Effects of Asbestos* (*IARC Scientific Publications No. 8*), Lyon, International Agency for Research on Cancer, pp. 126-130

Nicholson, W.J., Rohl, A.N. & Weisman, I. (1975) *Asbestos Contamination of the Air in Public Buildings*, Research Triangle Park, NC, US Environmental Protection Agency, Office of Air Quality Planning and Standards (*EPA Report No. 450/3-76-004*)

Nicholson, W.J., Rohl, A.N. & Weisman, I. (1976) Asbestos contamination of building air supply systems. In: *Proceedings, International Conference on Environmental Sensing and Assessment, September 1975, Las Vegas, NV*, New York, Institute of Electrical and Electronics Engineers Inc. (paper No. 29-6)

Nicholson, W.J., Rohl, A.N., Sawyer, R.N., Swoszowski, E.J. & Todaro, J.D. (1978) *Control of Sprayed Asbestos Surfaces in School Buildings: A Feasibility Study* (*NIEHS contract No. N01-ES-7-2113*), New York, Mount Sinai School of Medicine, Environmental Sciences Laboratory

Nicholson, W.J., Swoszowski, E.J., Jr, Rohl, A.N., Todaro, J.D. & Adams, A., (1979) Asbestos contamination in United States schools from use of asbestos surfacing materials. *Ann. N.Y. Acad. Sci.*, *330*, 587-596

Nicholson, W.J., Selikoff, I.J., Seidman, H., Lilis, R. & Formby, P. (1979b) Long-term mortality experience of chrysotile miners and millers in Thetford Mines, Quebec. *Ann. N.Y. Acad. Sci.*, *330*, 11-21

Ontario Royal Commission (1984) *Report of the Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario*, Toronto, Ontario Ministry of the Attorney General

Peto, J. (1980) Lung cancer mortality in relation to measured dust levels in an asbestos textile factory. In: Wagner, J.C., ed., *Biological Effects of Mineral Fibres* (*IARC Scientific Publications No. 30*), Lyon, International Agency for Research on Cancer, pp. 829-836

Pott, F. (1980) Animal experiments on biological effects of mineral fibres. In: Wagner, J.C., ed., *Biological Effects of Mineral Fibres, (IARC Scientific Publications No. 30)* Lyon, International Agency for Research on Cancer, pp. 261-272

Rubino, G.F., Piolatto, G., Newhouse, M.L., Scansetti, G., Aresini, G.A. & Murray, R. (1979) Mortality of chrysotile asbestos workers at the Balangero Mine, northern Italy. *Br. J. Ind. Med., 36*, 187-194

Samudra, A.V., Harwood, C.F. & Stockham, J.D. (1977) *Electron Microscopic Measurement of Airborne Asbestos Concentrations: A Provisional Methodology Manual (EPA report No. 600/2-77-178/REV)* Research Triangle Park, NC, US Environmental Protection Agency, Environmental Sciences Research Laboratory

Sawyer, R.N. (1977) Asbestos exposure in a Yale building (analysis and resolution). *Environ. Res., 13*, 146-169

Sébastien, P. (1985) Assessing asbestos exposure in buildings. In: *Asbestos Fibre Measurements in Building Atmospheres, Proceedings of a Conference, March 1985, Toronto, Ontario*, Toronto, Ontario Research Foundation, pp. 139-151

Sébastien, P., Billon-Gallard, M.A., Dufour, G. & Bignon, J. (1980) *Measurement of Asbestos Air Pollution Inside Buildings Sprayed with Asbestos (EPA report No. 560/13-80-026)* Washington DC, US Environmental Protection Agency, Survey and Analysis Division

Sébastien, P., Bignon, J. & Martin, M. (1982) Indoor airborne asbestos pollution from the ceiling and the floor. *Science, 214*, 1410-1413

Seidman, H. (1984) Short-term asbestos work exposure and long-term observation. In: *Docket of Current Rule Making for Revision of the Asbestos (Dust) Standard*, Washington DC, US Department of Labor, Occupational Safety and Health Administration

Selikoff, I.J., Hammond, E.C. & Seidman, H. (1979) Mortality experience of insulation workers in the United States and Canada, 1943-1976. *Ann. N.Y. Acad. Sci., 330*, 91-116

Shasby, D.M., Petersen, M., Hodous, T., Boehlcke, B. & Merchant, J. (1979) Respiratory morbidity of workers exposed to wollastonite through mining and milling. In: Lemen, R., & Dement, J.M. eds, *Dust and Disease*, Park Forest South, IL, Pathotox Publishers, pp. 251-256

Spurny, K.R., Stober, W., Weiss, G. & Opiela, H. (1980) Some special problems concerning asbestos fibre pollution in ambient air. In: Benarie, M.M., ed., *Atmospheric Pollution 1980: Proceedings of the 14th International Colloquium: May, Paris, France (Studies in Environmental Science: 8)* Amsterdam, Elsevier, pp. 315-322

Spurny, K.R. & Stober, W. (1981) Some aspects of analysis of single fibers in environmental and biological samples. *Int. J. Environ. Anal. Chem., 9*, 265-281

Stanton, M.F., Layard, M., Tegeris, A., Miller, E., May, M., Morgan, E. & Smith, A. (1981) Relation of particle dimension to carcinogenicity in amphibole asbestos and other fibrous minerals. *J. Natl Cancer Inst., 67*, 965-975

Travis, C.C., Richter, S.A., Crouch, E.A., Wilson, R. & Klema, E.D. (1987) Cancer risk management. *Env. Sci. Technol., 21*, 415-420

US Consumer Product Safety Commission (1983) *Report to the US Consumer Product Safety Commission by the Chronic Hazard Advisory Panel on Asbestos*, Washington DC, Directorate for Health Sciences

US Environmental Protection Agency (1971) *Measurement of Asbestos in Ambient Air (Contract No. CPA 70-92)*, Washington DC, National Air Pollution Control Administration

US Environmental Protection Agency (1974) *A Preliminary Report on Asbestos in the Duluth, Minnesota Area*, Duluth, MN, Office of Enforcement and General Counsel, Office of Technical Analysis

US Environmental Protection Agency (1983) *Airborne Asbestos Levels in Schools, (EPA-560/5-83-003)*, Washington DC, Office of Toxic Substances

US Environmental Protection Agency (1985) *Evaluation of Asbestos Abatement Techniques. Phase I: Removal (EPA-560/5-85-019)*, Washington DC, Office of Toxic Substances

US Environmental Protection Agency (1986a) *Airborne Asbestos Health Assessment Update (EPA-600/8-84-003F)*, Washington DC, Office of Health and Environmental Assessment

US Environmen
P Er
T bst
Weill, H., Hughe
malignanc
Williams, R.L. &
Yamate, G., Ag
*Airborne A*
Washington
Agency

US Environmental Protection Agency (1986b) *Evaluation of Asbestos Abatement Techniques. Phase II: Encapsulation with Latex Paint* (*EPA-560/5-86-016*), Washington DC, Office of Toxic Substances

Weill, H., Hughes, J. & Waggenspack, C. (1979) Influence of dose and fiber type on respiratory malignancy risk in asbestos cement manufacturing. *Am. Rev. Respir. Dis.*, *120*, 345-354

Williams, R.L. & Muhlbaier, J.L. (1982) Asbestos brake emissions. *Environ. Res.*, *29*, 70-82

Yamate, G., Agarwal, S.C. & Gibbons, R.D. (1984) *Methodology for the Measurement of Airborne Asbestos by Electron Microscopy. Draft Report* (*Contract No. 68-02-3266*), Washington DC, Office of Research and Development, US Environmental Protection Agency