# CAMBRIDGE

TO: J. McCarthy/Nashua  
FROM: T. E. Hamilton  
CC: R. P. Cronin/Nashua  
DATE: 10 November 1980  
SUBJECT: Asbestos

H. Eschenbach and I collected asbestos air samples at two locations at Nashua on 18 SEPT 80. Samples from the vermiculite chelate spray operation and from the third floor NTA plant show that asbestos exposures normally do not occur in either area. I have made arrangements to take "total dust" samples in the vermiculite operation. We recommend that the asbestos be removed from the ceiling of the NTA plant.

## Vermiculite Chelate Spray

The asbestos fiber levels in this area are quite low when the individual samples are averaged over the entire shift. The following calculations of Time-Weighted-Averages (TWA) take into account the time when the employees are not exposed to any fibers, such as breaks and lunch. The present OSHA Permissible Exposure Level for fibers is 2.0 f/cc for an 8-hour TWA. OSHA also requires medical monitoring if the TWA is above 0.1 f/cc. Medical monitoring includes annual chest x-ray and lung function tests.

| Employee | TWA |
|---|---|
| David Christopher | 0.02 f/cc |
| Jim Fitzpatrick | 0.02 |
| Ron Cloutier | 0.01 |

The only problem that could change these TWA's would be if the employees were involved in trailer unloading for more than six hours. It is possible that the TWA would go above the 0.1 f/cc level and then we would be required to do the medical tests.

Samples 8 and 10, taken on Fitzpatrick while he was dumping bags into the hopper, are very low at approximately 0.03 f/cc. The only job they do that is dusty is the unloading and I have made plans to take total dust samples on this job.

## NTA Plant - Asbestos Ceiling

Stationery air samples were collected directly below the ceiling area where the asbestos is peeling. The levels are so low that they are below

PLAINTIFF'S EXHIBIT G-600.101

[ R000529 ]

J. McCarthy

- 2 -

the detection limit of the fiber counting method. However, asbestos is peeling off the ceiling and it is possible that some employees may be exposed to concentrations of asbestos.

We recommend that you consider removing the material. We are available to make recommendations on how to do this. In brief, the employees involved in the removal would be required to wear airline respirators and disposable uniforms. During the clean up, no other employees would be allowed in the area. For more details, contact HAE or myself.

*Tom*

T. E. Hamilton

TEH/cs

attachments

I R000530



# J.F. WALTON & Co., Inc.
## Marine Construction Co.
201 MARGINAL STREET — CHELSEA, MASS. 02150
TEL. 617-884-0350

March 31, 1981

Mr. Warren Rood
W. R. Grace Co., Inc.
Poisson Ave.
Nashua, N. H. 03060          Re: <u>Asbestos Removal</u>

Dear Mr. Rood:

Thank you for allowing us to bid on your project. We propose to supply all necessary equipment, permits, notifications, personnel, supplies and insurances for this project.

## METHOD

Our method includes a plastic barrier to separate area now occupied by workmen from contaminated area, sealing of any ventilators, protection for the electrical system, shower for workmen.

With our system, we create a negative pressure inside the work area with our giant vacuum system so that no inside air can escape to other areas of building or to the outside. Men with hoses will vacuum material from overhead. Material will pass through our special machine called the "Homogenizer" which will transform the asbestos into a liquid declaring it inert. (See brochure).

When asbestos has been removed, we will completely wash entire area — walls, ceiling, floor and remove all water and dirt and fines as fast as we wash with our washing system shown on brochure as Part 2.

## TIME

    1 day set up at site — 8 hours.
    2 days or less for complete removal; cleaning — 16 hours.

## CREW

    5 men
    1 foreman
    1 operator

[ R000531

• FOUNDATIONS     • PILE DRIVING     • UNDERWATER CONSTRUCTION     • ELECTRONIC INSPECTIONS

W. R. GRACE CO.             2             March 31, 1981

### CERTIFICATES

Hazrdous Waste Manifest will be documented and sent to you at end of project so that you will know what happens to asbestos for your files. It is understood that our price does not include dump fees and that said fees if any as well as arrangements will be made by you for dump site, approximately 3 miles from job.

Thank you,

*James F. Walton*

JAMES F. WALTON
Vice President

JFW/hgf



**WALTON SYSTEMS**
201 Marginal Street
Chelsea, MA 02150
617-884-0350

In addition to asbestos removal, Walton Systems can completely clean buildings and structures including the following:

1. Garages — removing dirt and grease.
2. Factories — cleaning machinery and building interior
3. Smoke stacks
4. Power plants — coal dust, slag
5. Pipelines, tunnels — removing mud
6. Subways

**Three Stage Compressor** DELIVERS 3000 CFM AT AN OPERATING PRESSURE OF 272" WATER

**Cloth Bag Filtering System** EFFECTIVELY SEPARATES FINE DUST PARTICLES SUCH AS FLY ASH, ROCK DUST, ETC. FROM BOTH THE COMPRESSOR AND THE ATMOSPHERE

**20 Cubic Yard Body**

OTHER MATERIALS

We can vacuum dust, gravel, coal, stones, cinders, metal filings, clams, mussels, oil spills, water, cement dust, plaster and anything that will fit into 8 inch hoses, and carry it as far as 800 feet into a waiting truck.

I R000533

**GRACE**

Organic Chemicals Division

W.R Grace & Co.
Poisson Avenue
Nashua, N.H. 03061

(603) 888-2320

April 1, 1981

Mr. Barton Mayer
Bureau of Solid Waste Management
Health & Welfare Building
Hazen Drive
Concord, NH   03301

Dear Mr. Mayer:

We have a situation at our Nashua, NH site that requires your agency's approval to dispose of an asbestos containing insulation. The material was sprayed on the underside of a roof in Building #8 on the plant site to act as insulation. The contractor who is going to remove the material does it with a wet vacuum system and estimates that he will have 30 cubic yards of slurry when he is finished.

We have contacted the Nashua Landfill and they see no problem with disposing of it at their site. They requested 3 days notification prior to receiving the material.

As you requested, I have attached the procedure used by J.F. Walton & Co., Inc. to safely remove this material. If you have need of further information, please call me at (603) 888-2320.

Very truly yours,

*J.B. McCarthy*
J.B. McCarthy
Assistant Plant Manager

/jm

Attachment

R000534

| PLANT: NASHUA | NUMBER: 091 |
|---|---|

ROUTING. INITIAL AND DATE OPPOSITE NAME FOR APPROVAL

1. RFBachini
2. DHChapman
3. DRCuss
4. JBMcCarthy
5. CRErickson
6. PMMatonis
7. RPCronin
8. DJFlynn
9. HMLuz
10. KCasal
11. JFCunningham

APPROPRIATION: 4/21/81

ORIGINATOR: ROOD, W. A.
AUTHORIZED BY: LUZ, H. M.
AUTHORIZED DATE: 3/19/81

TRANS. TYPE: 3
DIV: X5  PLT: 08326  SEQ: 150

TRANSACTION TYPE LEGEND
1 = NEW
2 = COST ESTIMATE CHANGE
3 = COST ALLOCATION CHANGE
4 = MISCELLANEOUS CHANGE

ESTIMATED COST (DO NOT ENTER CENTS)
LABOR:
ALL OTHER COSTS: 6890
TOTAL ESTIMATED COST: 6890

CONDENSED TITLE: MAXIMUM OF 45 SPACES
REMOVE ASBESTOS INSULATION

COST ALLOCATION
| DIV | DEPT | ACCOUNT NUMBER | % |
|---|---|---|---|
| 5 | 040 | X5-040-14-310 | 100 |

This shop order is to cover the cost to remove the asbestos insulation from the underside of the NTA plant roof.

When the last addition of the NTA plant was built in 1970, the inside of the roof, which was designed differently from the rest of the plant, was spray insulated. Until recently, it was not known that it contained asbestos. It is well known that asbestos is a health hazard and should be removed.

As we are not equipped or knowledgable in this area, an outside firm (Walton Systems) who specializes in asbestos removal, has quoted a price for the removal. This firm guarantees the safety of plant personnel by isolating the area. Once the job has started, it must be finished on a continuing basis.

All appropriate agencies have been notified and an approved landfill site has been chosen for disposal of the asbestos slurry.

```
            Quoted costs (Walton Systems)     $ 6565.00
            Contingency  5%                      325.00
                                  TOTAL       $ 6890.00
```

R000535

Documentation of official permission to dispose of this material at an authorized landfill is attached to the original of this Shop Order.

| ESTIMATOR | DATE | WERE QUOTATIONS OR ESTIMATES OBTAINED FROM CENTRAL PURCHASING DEPARTMENT? | YES ☐ NO ☒ | AUDIT APPROVAL |
|---|---|---|---|---|
| Rood, Warren | 4/1/81 | | | |