APR 28 1983

**CAMBRIDGE**

TO: H. A. Eschenbach     DATE: 27 April 1983

FROM: P. M. Connor

SUBJECT: Travelers Rest Machine Shop -- Asbestos Air Sampling

---

There were "no visible fibers" detected in any of the three air samples taken in the machine shop at Travelers Rest.

The bulk sample analysis revealed chrysotile asbestos fibers to be well distributed throughout the spray-coated wall materials.

Since the wall coating material is flaking in most locations, I still believe there should be cause for concern.

Paul M. Connor

PMC/cs

attachment



PLAINTIFF'S EXHIBIT
Eschenbach 77