# GRACE

Construction Products Division

To: R. P. Turner

From: P. J. Walsh

cc: J. S. Hamilton
    Jay Hughes

Date: April 15, 1986

Subject: North Bergen Warehouse

On Friday, April 11, 1986, the North Bergen plant received a routine inspection by CNA inspector, Ed Keane. During the inspection he asked what we were doing about the insulation in the warehouse. He was told that we were currently evaluating the situation. He told Cliff Oesch that he would like to have one of their industrial hygienists look at it.

Joel Weingast, CNA Regional Occupational Health Manager, Eastern Region, looked at it that same afternoon. He said that the material should be tested — that it appeared to contain asbestos. He recommended that if it did contain asbestos that it be removed.

Weingast said that he would not be writing a report. Keane will include the warehouse in his report on the plant inspection.

P. J. Walsh

aml

PLAINTIFF'S EXHIBIT G-601.05

R000847

# Proposal

Page No. 1 of 1 Pages

## FINISHING TOUCH
## ASBESTOS ABATEMENT CORPORATION, INC.
10 Riverdale Avenue
MONMOUTH BEACH, NEW JERSEY 07750
(201) 222-8372
N.J. Lic. #00040

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| W.R. Grace & Co. % Clifford M. Oesch | 869-5220 | June 11, 1986 |

| STREET | JOB NAME |
|---|---|
| 2133 85th Street | Asbestos Removal |

| CITY, STATE AND ZIP CODE | JOB LOCATION |
|---|---|
| North Bergen, N.J. 07047 | same / Warehouse storage area |

| ARCHITECT | DATE OF PLANS | | JOB PHONE |
|---|---|---|---|
| | | | |

We hereby submit specifications and estimates for:

Asbestos Removal

1. Remove approx. 5780 Sq. Ft. of Asbestos containing insulation from underside of roof and beams.
2. All Areas of removal to be painted with steel primer uopn completion. (1 coat)
3. Area of removal to be isolated by construction of temporary barrier walls of 6.mil. plastic. Negative air pressure (Mirco-traps to be installed in work area.)
4. Air monitoring to be conducted during removal and upon completion. Reports to be supplied to owner uopn completion .

Approved disposal site to be utilized for Asbestos disposal. (HMDC Site 1C

See enclosed Guide specification for method of removal.

**We Propose** hereby to furnish material and labor — complete in accordance with above specifications, for the sum of:

Thirth One Thousand Four Hundred Fifty and xx/100 _____ dollars ($ 31,450.00 ).

Payment to be made as follows:

In Full upon Completion

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature _____

Note: This proposal may be withdrawn by us if not accepted within 60 days.

**Acceptance of Proposal** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: _____

Signature _____

Signature _____

R000894

To be completed for each load delivered to receiving landfill.

## DISPOSAL FORM

Date October 15, 198_

Generator (Building Owner)
Name: W. R. GRACE                    Address NORTH BERGEN    NJ
Contact Person: JOE MILLER                    Telephone Number: _____
Contractor: FINISHING TOUCH ASBESTOS ABATEMENT INC.

Hauler:
Company Name FIVE BROTHERS CARTING    Drivers Name: _____
Address: 264 BROADWAY
City: JERSEY CITY           State: NJ        Zip: 07306
Phone: (201) 433-0077

Landfill:
Name of Facility BALER FACILITY         Owned by: H.M.D.C.
                                        Operated by: WASTE MGMT.
Address: 100 BALER BLVD.
City: NORTH ARLINGTON      State: NJ      Zip: 07032
Phone: ( )

Description of Materials to be disposed: ASBESTOS DOUBLE BAGGED/WET
Approximate Volume of Materials Received: 40 YD. CONT.
Type of Container Utilized: 40 YD. CLOSED CONT.
Containers Labeled:   Yes ✓      No ___

I certify that the landfill has been approved for disposal of asbestos by EPA per regulations (40 CFR 61) and Sections 172.101 and 173.1090 of the DOT regulations (49 CFR). The delivered material will be covered with 6 inches (15 cm) of non-asbestos material within 24 hours.

(Landfill Owner/Operator)

Waste Management
Baler Facility
100 Baler Blvd.
No. Arlington, NJ

R0008633

# GRACE

Construction Products Division

TO: J. S. Hamilton
    S. Venuti

FROM: P. J. Walsh

CC: R. P. Turner

DATE: November 5, 1986

SUBJECT: North Bergen Warehouse Air Monitoring Results

Attached are copies of the air monitoring tests done in connection with the insultaion removal project in the BP warehouse at North Bergen.

For the record, once the removal was complete, the removal contractor completely vacuumed the west hall of the warehouse (the removal project took place in the east half) and washed down the entire floor. The complete roof area is now being reinsulated with Certa-Spray, a spray-applied fiberglass product made by Certainteed.

P. J. Walsh

PJW/cac
Attachments

R000861