1           IN THE UNITED STATES BANKRUPTCY COURT

2              FOR THE DISTRICT OF DELAWARE

3

4    In re:                    ) Chapter 11

5    W.R. Grace & Co., et al., )

6                              ) Case No. 01-01139 (JFK)

7                              )

8

9         The discovery deposition of Don Van Cura,

10   taken in the above-entitled cause, before Deanna

11   Amore, a notary public of Cook County, Illinois, on

12   the 30th day of May, 2003, at 200 East Randolph

13   Street, Chicago, Illinois, pursuant to Notice.

14

15

16   Reported by:   Deanna Amore, CSR

17   License No.:   084-003999

18

19

20

21

22

23

24

25

1           MR. TURKEWITZ:  I want to have this marked

2   as Exhibit 2.

3                   (Whereupon, Van Cura Deposition

4                   Exhibit No. 2 was marked for

5                   identification.)

6   BY MR. TURKEWITZ:

7       Q.   Mr. Van Cura, I have what's been marked as

8   Van Cura Exhibit 2.  It is an April 16, 2000, article

9   that appeared in the Chicago Tribune entitled, On The

10  Improve, in which I believe you are quoted in this

11  article.  Do you recall that?

12      A.   Yes, vaguely.

13      Q.   And it states -- I am going to walk around

14  here if that's all right with you.  It states in the

15  abstract, like so many home improvement projects, the

16  kitchen remodeling at Liz and Bruce Bockelman's

17  Naperville home started with just one small change.

18  Did I read that correctly?

19      A.   Yes.

20      Q.   And then it goes on stating, the Bockelmans

21  are not alone.  Not by a long shot.  Homeowners spent

22  a record $94.7 billion on remodeling in 1999,

23  according to the Joint Center for Housing Studies at

24  Harvard University.  And the home improvement

25  industry, estimated at $135 to $150 billion a year,

1   has been growing at the rate of about $5 billion a

2   year, in each of the last two or three years.  Did I

3   read that correctly?

4       A.   Yes.

5       Q.   That was a quote by Brett Martin of the

6   National Association of the Remodeling Industry; is

7   that correct?

8       A.   That's right.

9       Q.   And then it goes on to state, there is a

10  quote by a Kermit Baker, director of Remodeling

11  Futures Program at Harvard's Joint Center where it

12  states, at some point it will equal or exceed that of

13  new construction.  You mentioned earlier that it

14  actually does now exceed new constructs?

15      A.   Yes, the last statistics I heard from a

16  remodeling magazine survey is that it greatly exceeded

17  new construction.

18      Q.   And it states some of the reasons for Baker's

19  optimism are the aging U.S. housing stock - the

20  average home is 30 years old; the aging Baby Boom

21  generation entering its peak nesting and earning

22  years; the dramatically growing rate of U.S.

23  homeownership - now up to 67 percent and a shift by

24  homeowners away from do-it-yourself work to hiring

25  professional remodelers.  Do you agree with that?

1    A.    I do.

2    Q.    And then it goes on to state where once a

3  growing family and the need for additional space was

4  the primary trigger for a remodeling project, home

5  improvement officials say lifestyle and fashion

6  desires now drive most projects.  Did

7  I read that correctly?

8    A.    You did.

9    Q.    Do you agree with that?

10    A.    I do.

11    Q.    So there is a combination of people needing

12  more space or upgrading space; is that right?

13    A.    Uh-huh.

14    Q.    And people wanting to have space that suits

15  their lifestyle better, maybe more open space; is that

16  right?

17    A.    Yes.

18    Q.    And then you are quoted in this article

19  saying, I see people, more so than in the past,

20  wanting something unique.  Is that your quote?

21    A.    Yes.

22    Q.    What did you mean by that, wanting something

23  unique?

24    A.    Homes, much like the apparel that people

25  wear, make a statement, make them feel a certain way.

1  When they invite people to their homes, they want to
2  make a statement; and they don't want their home to be
3  the same cookie cutter houses down the street.  So
4  people are looking for something that's exciting and
5  interesting, something that makes them feel good
6  living there.
7      Q.   And what are the types of things people do in
8  order to achieve that?
9      A.   Numerous, new styles, space, decorating,
10 quality products also factors in.
11     Q.   Does it also involve just opening up space,
12 creating a big open look?
13     A.   Sometimes.
14     Q.   What would that involve in an average home,
15 taking down walls, opening up walls?
16     A.   Room additions, room additions are common.
17     Q.   And would it also involve for existing space
18 taking down walls and opening up the space?
19     A.   Sometimes.
20     Q.   You mentioned that one of the purposes of
21 NARI is to educate homeowners and contractors.  Has
22 there been problems with contractors as far as the
23 type of work that they have done or the quality of the
24 work that they have done?
25     A.   I think so.

1    A.    It could.

2    Q.    Did you mention to him that sometimes

3    renovations in attics could involve vaulting a

4    ceiling?

5    A.    I don't remember.

6    Q.    And at that time was it discussed at all that

7    you would be involved in actually doing activities for

8    this project?

9    A.    I don't remember the sequence of things, but

10   at some point in time they asked me if I would be

11   willing to do a construction scenario for him.

12   Q.    Do you recall anyone else -- do you recall

13   talking with anyone else with regard to this project?

14   A.    I don't remember if we talked at that point.

15         MR. BENTZ:    It is the best of your

16   recollection.

17   BY MR. TURKEWITZ:

18   Q.    Did you talk Mr. Finke?

19   A.    At some point in time.

20   Q.    You are not sure exactly when?

21   A.    No.

22   Q.    Was it prior to the actual renovation

23   activity that you were demonstrating on video?

24   A.    I believe so.

25   Q.    Do you remember meeting with Mr. Finke before

A. WILLIAM ROBERTS, JR., & ASSOCIATES            67

1    that?

2        A.    I don't remember.

3        Q.    I understand it was a long time ago.  You

4   said you took notes, right?

5        A.    Yeah.

6        Q.    Do you have a copy of your notes?

7        A.    Yes.

8        Q.    Did you bring them with you today?

9        A.    Yes, the top is some of things -- actually,

10  these are my own personal notes.

11       Q.    It mentions -- these notes are dated February

12  27, 2002; is that right?  Do you have another copy in

13  front of you?

14       A.    I don't.

15       Q.    Do you have anything else in that file?

16       A.    Invoices.

17       Q.    Is it possible I can look at anything else

18  that you have relating to this case?

19              Are those pictures of the home?

20              Under objective it says test exposure

21  under various building operations and then you have a

22  list of 14 different operations; is that right?

23       A.    Yes.

24       Q.    And those operations are in order, No. 1,

25  electrical work; No. 2, sky light installation; three,

1   installing recessed fixtures; four, roof-mounted
2   ventilation fans; five, whole house fans; six, range
3   hood/kitchen or bath exhaust fan ducting; seven, water
4   supply lines/DWV venting; eight, soffit and roof vent
5   installation/assessing for ducts; nine, dormer
6   installation; ten, cabling; eleven, water damage/fire
7   damage repair; twelve, plaster removal/replacement;
8   thirteen, complete remodel; and fourteen, demolition.
9   Are those correct?
10       A.   Yes.
11       Q.   And are these -- these are the various
12  activities, renovation activities that you told the
13  people representing W.R. Grace take place in attics?
14       A.   Through the discussion of what could possibly
15  happen and we were trying to come up with any possible
16  scenario.
17       Q.   Okay.  When you said demolition, did you mean
18  demolition of home or ceilings and attics?
19       A.   I would say demolition is pretty broad.
20  These are personal notes.
21       Q.   It could be both?
22       A.   It could be two foot square to an entire
23  ceiling.
24       Q.   And then there is a note here, it says will
25  described possible test house.  When you say will, is

1  Q. And the Grace study didn't test that
2  situation; is that right?
3  A. I don't remember.
4  Q. And the Grace study basically just tested the
5  installation of a light fixture and then the moving of
6  the material, different amounts of the material?
7  A. It was a ceiling fan.
8  Q. Okay. Moving it enough to install a ceiling
9  fan, is that what you are referring to?
10 A. That was one of the scenarios, yes.
11 Q. Was a ceiling fan actually installed?
12 A. Yes.
13 Q. Would you agree with me that the amount of
14 renovation work that you did compared to the scheme of
15 things of what type of renovations can be done, you
16 would term as a minor renovation as opposed to a
17 full-scale renovation?
18 A. Yes.
19 Q. Looking at your invoices, this is all the
20 invoices that you have submitted?
21 A. I believe so.
22 Q. Okay. I roughly calculate about $11,000 of
23 work that was done?
24 A. I don't remember but if that's what it is.
25 Q. Including expenses.