Page 1

```
 1        IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                     DISTRICT OF DELAWARE
 2
                            - - - -
 3
 4   IN RE:
 5
     W.R. GRACE, et al.,              Chapter 11
 6                                    01-01139(JKF)
 7        Debtors.
 8
 9
                            - - - -
10
            DEPOSITION OF:  PETER S.J. LEES, Ph.D., CIH
11
                            - - - -
12
13
14              DATE:    June 20, 2003
                         Friday, 8:55 a.m.
15
16
17              LOCATION: REED SMITH, LLP
                          435 Sixth Avenue
18                        Pittsburgh, PA  15219
                          412-288-3131
19
20
21              TAKEN BY: Claimants
22
23
                REPORTED BY: G. Donavich, RPR, CRR
24                           Notary Public
                             AKF Reference No. gd76032
25
```

COPY

| | | |
|---|---|---|
| 1 | Q. | Would you think it's common for people to store things in attics? |
| 3 | A. | Some people store things in attics, yes. |
| 4 | Q. | Do you store anything in your attic? |
| 5 | A. | No. |
| 6 | Q. | Do you have an attic? |
| 7 | A. | Yes. |
| 8 | Q. | Do you have ZAI in your home? |
| 9 | A. | No. |
| 10 | Q. | And the report also indicates the home had been empty for several days before the testing began. |
| 13 | | Do you know if the homeowner was on vacation or if he had been asked to leave the home several days ahead of time or -- |
| 16 | A. | No. I think the sampling coincided with a vacation in Florida or someplace warm. |
| 18 | Q. | Do you know what grade of Libby ore was used to produce the ZAI that was in the home that you studied? |
| 21 | A. | I have no idea. |
| 22 | Q. | Do you know what grades of Libby ore were used to make ZAI? |
| 24 | A. | I don't know anything about grades of Libby ore. |