**GRACE**

Zonolite
Construction Products Division

06176763

### DISTRIBUTION

E. S. Wood
J. W. Wolter
H. C. Duecker
B. R. Williams
J. C. Yang
O. M. Favorito
F. W. Eaton
R. H. Locke
R. E. Schneider
D. D. Walczyk/Proj. File

May 31, 1977

15151624

BINDER DEVELOPMENT PROGRAM P-204
WEEDSPORT SPRAYING TESTS ON LIBBY #1
MAY 9, 1977

06176764

## Objectives:

- Reduce airborne fiber levels below the goal established for consumer products with the addition of water soluble additives.

- Compare the airborne fiber reducing capability of three additives.

- Evaluate new binder spray system design and installation.

## Background:

Tests conducted at Weedsport the month of March (see report dated May 24, 1977) established the feasibility of using water soluble binders to lower airborne fiber levels. However, the material having the lowest fiber level, sodium silicate, was not a suitable additive. C.P.D. R&D conducted some laboratory tests which showed that CMC and Starch were possible alternatives. Accordingly, a test series was planned using these additives at various concentrations and addition rates. The goal for airborne fiber levels as established by the fiber committee was 0.2 f/ml T.W.A. and 1.0 f.ml on 15 minute exposure.

## Test Method:

Tests were conducted as outlined in Table 1, Page A-1. All additives were sprayed directly into the material at the bagging spout using the new binder mixing and spraying system. Flow rates versus nozzle pressures were established for bag filling times at both screened and unscreened bagging spouts (see appendix Pages A-6-8). All bags were weighed and six consecutive bags were selected from each test for volume checks. Drop tests and simulated attic fill tests were conducted on each test material. Materials of Test Series No. 12 were screened over a 14 mesh screen. Standard quality control checks were taken of all test material.

Volume checks and drop tests will be taken at 30 and 60 day intervals to determine effect of time on shrinkage and fiber levels.

15151625

Binder Development Program P-20
Woodsport Spraying Tests on Libl · #1 - May 9, 1977
Page 2

Conclusions:

1. Drop test airborne fibers levels were reduced by 90% on the screened material (Test 12D) with the addition of 0.98 qts./cf. On the unscreened material the levels were reduced by 81% (Test 11B) with the addition of 0.30 qts./cf (Table 4, Page A-4).

2. Simulated attic fill airborne fiber levels were reduced by 43% on the screened material (Test 12) with the addition of 0.98 qts./cf. On the unscreened material they were reduced by 34% (Test 11B) with the addition of 0.30 qts./cf (Table 5, Page A-5).

3. None of the airborne fiber levels from either drop tests or from simulated attic fill jobs meet the goal of 0.2 f/ml T.W.A. or 1.0 maximum on 15 min. exposure. The best result was Test 12D which had a drop test maximum in 10 mins. of 2.14 f/ml and a T.W.A. of 1.143 f/ml. This same material had a simulated attic fill test of 1.26 max. in 17 min. exposure and 0.88 f/ml T.W.A. with a projected T.W.A. of 0.22 f/ml based on pouring 2 hr./8 hr. (Table 5, Page A-5).

4. Drop test fiber levels are much higher than simulated attic fill tests in all cases.

5. Results in Table 5 show that, on the material applied in the simulated attic fill tests, screening appeared to have as much effect on reducing airborne fiber levels as did binder addition.

6. Drop tests should still be used to evaluate attic fill since theoretically they more nearly simulate a worse method of application than the simulated attic fill tests. If attic fill tests are used a "worst" case method should be employed.

7. Shrinkage losses are around 12 to 13% at the highest addition rate and 6 to 7% at the lowest addition rate (Table 2, Page A-2).

8. No conclusion can be made on the results of the comparison between the three additives used.

9. The binder spray system has good versatility and can handle a wide range of flow rates.

15151626

Binder Development Program P-204
Weedsport Spraying Tests on Libb. #1 - May 9, 1977
Page 3

C617676(

### Recommendations:

1. Tests should be conducted to further evaluate the effect of screening on fiber reduction. (Tests were run the week of 5/23/77 on screening versus no screening.)

2. A statistically sufficient number of drop tests should be run on the same material to evaluate the reproducibility of the drop test.

3. Drop tests or "worst" case attic tests should be the method by which attic fill is evaluated.

4. If binder addition must be used for the short term, intensive efforts at air separation should start immediately. (Note: some further air separation tests have been done; see report and recommendations dated 4/21/77 - Airborne Fiber Removal by Air Separation - P-207. Tests recommended in this report were done the week of 5/16/77 at Kearney and drop tests on the material will be done the week of 6/6/77.)

### Results:

1. None of the fiber counts, either from drop tests or from simulated attic jobs, meet the goal of 0.2 f/ml T.W.A. and 1.0 maximum based on 15 min. exposure. Test 12D had the lowest results with a maximum fiber count of 1.26 f/ml based on 10 min. exposure and a T.W.A. of 0.22 f/ml based on 2 hrs. exposure in 8 hrs. (Table 5, Page A-5 .)

2. Drop tests on the untreated control material 12A (screened) and 9A (unscreened) indicate a lower fiber count for screened material than for unscreened. (11.045 f/ml vs 17.245 f/ml.) This lower fiber count is also apparent when the same 12A and 9A materials are used in the simulated attic test (1.66 f/ml vs 4.99 f/ml). However, while the drop test showed decreased fiber levels as the amount of binder is increased, the simulated attic fill tests fiber levels show no similar decrease in fiber levels and, in fact, the results indicate screening the material had as much beneficial effect as binder addition.

15151627

Binder Development Program P-204
Weedsport Spraying Tests on Libby #1 — May 9, 1977
Page 4

C6176767

Results, Continued:

3. In the 12 series tests, the material was screened over a 14 mesh screen. The quantity of "unders" was very small and consisted of fine rock, tremolite bundles, and dust. Tests showed this material to be 40 – 44% heavy particles.

4. In all tests, the fiber levels obtained from the drop tests are much higher than those obtained from the simulated attic tests. It is apparent that method of application will have a bearing on fiber release. If the product is removed from the bag with very little free dropping, as is the case in many attics where a man works on his knees, the fiber levels will be much lower than if the material is poured from a height such as a man standing would do. However, to be effective, the binder will need to supress airborne fibers in the worst possible case.

5. Table 2, Page A-2 shows the shrinkage in the bag. Without any additive, the loss due to breakdown in handling is approximately 2%. With binder addition at 0.30 qts./cf, the loss increases to 6-7%. However, both control tests 9A and 12A show the initial volume to be 4.0 and 3.98 cu. ft. Therefore, it is likely that the vermiculite starts shrinking as soon as it is bagged, so that there is a loss between the time it is bagged and the initial volume check 15 to 30 mins. later.

6. In Table 3, Page A-3 are shown the results of the quality control tests. The vac numbers are quite low indicating this material would shrink considerably. The furnace was operating at $1860^\circ F$ and producing some clinkers so that the temperature could not be raised to increase the vac number.

7. The binder spray system worked very well and by changing nozzle caps (Page A-8) an addition rate of 0.25 qts./cu. ft. to 1.4 qts./cu. ft. can be obtained. For rates lower or higher than this, a different nozzle size is required. Some small changes to piping and some control recommendations have been made for better utilization of the equipment.

15151628

Binder Development Program P-204
Weedsport Spraying Tests on Libl·· #1 - May 9, 1977
Page 5

CS176768

8. Comparison of the three additives used, 2% starch + 10% potassium silicate + 0.01% war (Test 9B); 0.5% CMC + 1.0% potassium silicate + 0.01% war (Test 10B); and 0.5% CMC + 0.01% war (Test 11B) show in drop tests that Test 9B and 11B had fiber levels of 3.848 and 3.280 f/ml versus 6.271 f/ml for Test 10B. (Table 4, Page A-4). However, in the simulated attic fill tests, 10B material had a lower fiber level 2.365 f/ml than 9B material 3.035 f/ml. No conclusion can be made on which is best.

Discussion:

1. From the results of these tests, it appears that screening does have a beneficial effect on lowering fiber levels. It is difficult to understand why this should be so. The bag hopper vent was closed and the only venting was at the bagging spout. If the tumbling action of the vermiculite over the screen loosens the fibers, air would be required to remove them because of their weight. One would think they would not pass through the screen. More testing will be required to verify this result.

2. Since method of application will have a great effect on airborne fiber levels, and since as a consumer product, we will have no control over the method of application in attic fill, the measurement of airborne fiber reduction should be on the worst possible case. Accordingly, the drop test will still need to be the test used to evaluate attic fill since it more nearly simulates the worst case where a man pours the bag from a standing position.

3. Shrinkage losses increase from 8 to 11% at 0.30 qts./cu. ft. to 12 to 13% at 0.98 qts./cu. ft. the material appears to shrink quite fast initially and gradually slows down. Given enough moisture and time it may even approach the shrinkage measurement of the vac test (100-vac = % shrinkage). Measurements will be taken at 30 and 60 days on this material to further define the effect of time on shrinkage.

*M. M. Williams*
M. M. Williams
5/31/77

MMW:mt

15151629

BINDER DEVELOPMENT PROGRAM P-204

**06176769**

ADDENDUM TO REPORT DATED MAY 31, 1977
WEEDSPORT SPRAYING TESTS ON LIBBY #1

Six consecutive bags were selected from each test and checked for shrinkage after 3 days (Table 3, Page A-3). The same bags were re-checked for both weight and volume after 24 days. The results, tabulated below, demonstrate that the loss of volume caused by shrinkage does not stop after a few days. A further re-check will be made after 60 days. Also tabulated below are the average weight losses caused by the material drying in storage or in the case of unsprayed material, the weight gain due to absorption of atmospheric moisture.

| Test No. | Ore | Initial Avg.Vol. | Avg.Loss After 3 Days | Avg.Loss After 24 Days | Weight Loss or Gain After 24 Days | Spray Qts./CF Rate |
|---|---|---|---|---|---|---|
| 9A  | #1L | 3.98 | 1.4%  | 4.1%  | +0.8%  | — |
| 9B  | "   | 3.83 | 7.0%  | 15.7% | -0.8%  | Starch + Pot.Si 0.30 |
| 10B | "   | 3.87 | 5.7%  | 14.1% | -0.6%  | CMC 0.31 |
| 11B | "   | 3.94 | 6.7%  | 14.8% | -0.7%  | CMC 0.30 |
| 12A | "   | 4.00 | 2.5%  | 5.4%  | +0.9%  | — |
| 12B | "   | 3.82 | 9.2%  | 15.5% | -0.06% | CMC 0.42 |
| 12C | "   | 3.85 | 9.0%  | 15.4% | -0.05% | CMC 0.67 |
| 12D | "   | 3.91 | 10.0% | 18.0% | -0.4%  | CMC 0.98 |

*/s/ M. M. Williams*

M. M. Williams
5/31/77

15151630

A-1

06176770

## TABLE 1

| Test Series Test No. | Ore | Binder | Location | Rate/qts./cf |
|---|---|---|---|---|
| 9A | L#1 | Control | – | – |
| 9B | L#1 | 2.0% Starch<br>1.0% Pot.Sil.<br>0.01% War | B.S. | 0.30 |
| 10B | L#1 | 0.5% CMC<br>1.0% Pot.Sil.<br>0.01% War | B.S. | 0.31 |
| 11B | L#1 | 0.5% CMC<br>0.01% War | B.S. | 0.30 |
| 12A | L#1 (Screened) | Control | – | – |
| 12B | L#1 (Screened) | 0.5% CMC<br>0.01% War | B.S. | 0.42 |
| 12C | L#1 (Screened) | 0.5% CMC<br>0.01% War | B.S. | 0.67 |
| 12D | L#1 (Screened) | 0.5% CMC<br>0.01% War | B.S. | 0.98 |

15151632                        TABLE 2                              A-2

06176771

| Test No. | Bag No. | Original In. | Volume cf | Volume after 3 Days | | Loss | | Loss Related To 4 cf | |
|---|---|---|---|---|---|---|---|---|---|
| 9A        | 21 | 2½   | 4.12 | 3     | 4.05 | | | | |
| Control   | 22 | 4    | 3.90 | 4½    | 3.83 | | | | |
|           | 23 | 3    | 4.05 | 3¾    | 4.01 | | | | |
|           | 24 | 4½   | 3.83 | 4 3/4 | 3.79 | | | | |
|           | 25 | 3    | 4.05 | 3½    | 3.98 | | | | |
|           | 26 | 4    | 3.90 | 4½    | 3.83 | | | | |
|           | Average | | 3.98 | | 3.91 | 0.07 | 1.8% | – | – |
| 9B             | 51 | 4½ | 3.83 | 5 3/4 | 3.64 | | | | |
| 2.0% Starch    | 52 | 4½ | 3.83 | 6¼    | 3.57 | | | | |
| 1.0% Pot.Sil.  | 53 | 4  | 3.90 | 5 3/4 | 3.64 | | | | |
| 0.01% War      | 54 | 4½ | 3.83 | 6½    | 3.53 | | | | |
| @ 0.30 qts./cf | 55 | 5  | 3.76 | 7     | 3.46 | | | | |
|                | 56 | 4½ | 3.83 | 6½    | 3.53 | | | | |
|                | Average | | 3.83 | | 3.56 | 0.27 | 7.0% | 0.44 | 11.0% |
| 10B            | 51 | 4  | 3.90 | 6¼    | 3.57 | | | | |
| 0.5% CMC       | 52 | 4½ | 3.83 | 5½    | 3.68 | | | | |
| 1.0% Pot.Sil.  | 53 | 4½ | 3.83 | 6¼    | 3.57 | | | | |
| 0.01% War      | 54 | 4  | 3.90 | 5½    | 3.68 | | | | |
| @ 0.31 qts./cf | 55 | 4½ | 3.83 | 5 3/4 | 3.64 | | | | |
|                | 56 | 4  | 3.90 | 5¼    | 3.72 | | | | |
|                | Average | | 3.87 | | 3.64 | 0.23 | 5.9% | 0.36 | 9.0% |
| 11B            | 51 | 4  | 3.90 | 5 3/4 | 3.64 | | | | |
| 0.5% CMC       | 52 | 5  | 3.76 | 7¼    | 3.42 | | | | |
| 0.01% War      | 53 | 3  | 4.05 | 4 3/4 | 3.79 | | | | |
| @ 0.30 qts./cf | 54 | 4½ | 3.83 | 6     | 3.61 | | | | |
|                | 55 | 2½ | 4.12 | 4½    | 3.83 | | | | |
|                | 56 | 3½ | 3.98 | 5     | 3.76 | | | | |
|                | Average | | 3.94 | | 3.68 | 0.26 | 6.6% | 0.32 | 8.0% |
| 12A        | 20 | 4  | 3.90 | 5¼ | 3.72 | | | | |
| Control    | 21 | 4  | 3.90 | 4¾ | 3.87 | | | | |
| (Screened) | 22 | 3  | 4.05 | 3¾ | 4.01 | | | | |
|            | 23 | 3  | 4.05 | 3¾ | 4.01 | | | | |
|            | 24 | 2½ | 4.12 | 3¾ | 4.01 | | | | |
|            | 25 | 3½ | 3.98 | 4¾ | 3.87 | | | | |
|            | Average | | 4.00 | | 3.92 | 0.08 | 2% | – | – |
| 12B       | 51 | 5 | 3.76 | 7 | 3.46 | | | | |
| 0.5% CMC  | 52 | 4 | 3.90 | 6 | 3.61 | | | | |
| 0.01% War | 53 | 4 | 3.90 | 7 | 3.46 | | | | |



TABLE

| Test No. | Bulk Density pcf | Hea Parti |
|---|---|---|
| 9B | 5.73 | 1 |
|  | 6.23 | 1 |
| 10B | 5.90 | 1 |
|  | 5.47 | 1.2 |
| 11B | 5.52 | 1.2 |
|  | 4.92 | 1.3 |
| 12A | 5.03 | 2.0 |
|  | 5.03 | 1.4 |
| 12B | 5.36 | 1.2 |
|  | 5.47 | 1.1 |
| 12C | 5.95 | 1.0 |
|  | 5.69 | 1.6 |
| 12D | 6.23 | 1.2 |
|  | 6.17 | 1.0 |

15151634

06176773

TAB 4

BINDER TESTS - FIBER AN

| Test No. | Ore | Type | Binder Location | Drop Rate Qts./CF |
|---|---|---|---|---|
| 9A | L#1 | ----- | Control | ----- |
| 9B | L#1 | 2.0% Starch 1.0% Pot.Sil. 0.01% War | B.S. | 0.30 |
| 10B | L#1 | 0.5% CMC 1.0% Pot.Sil. 0.01% War | B.S. | 0.31 |
| 11B | L#1 | 0.5% CMC 0.01% War | B.S. | 0.30 |
| 12A | L#1S | ----- | Control | ----- |
| 12B | L#1S | 0.5% CMC 0.01% War | B.S. | 0.42 |
| 12C | L#1S | 0.5% CMC 0.01% War | B.S. | 0.67 |
| 12D | L#1S | 0.5% CMC 0.01% War | B.S. | 0.98 |

Note: On 12 series test, material was screen screen. Quantity of unders was very s fine rock, tremolite bundles and dust.

TABLE 5                                       A-5

06176774

FIBER EVALUATION - LIBBY #1

| Date Prod. | Material Identification | Sampling Conditions | | Fiber Analysis (f/ml) | | |
|---|---|---|---|---|---|---|
| | | Date | Location | Min. | Max. | Avg/TWA2/8 |
| 5/11 | Test 9A Control | 5/12 | Drop Test | 10.26 | 28.22 | 17.245 |
| | | 5/18 | Simulated attic 20 - 4 cf Bags | 4.28 | 5.70 | 4.99/ 1.248 |
| 5/12 | Test 9B 2.0% Starch 1.0% Pot.Sil. 0.01% War 0.30 qts./cf | 5/12 | Drop Test | 1.28 | 9.83 | 3.848 |
| | | 5/17 | Simulated attic 20 - 4 cf Bags | 2.92 | 3.15 | 3.035/ 0.759 |
| 5/11 | Test 10B 0.5% CMC 1.0% Pot.Sil. 0.01% War 0.31 qts./cf | 5/12 | Drop Test | 5.13 | 8.55 | 6.271 |
| | | 5/17 | Simulated attic 20 - 4 cf Bags | 2.03 | 2.70 | 2.365/ 0.591 |
| 5/11 | Test 11B 0.5% CMC 0.01% War 0.30 qts./cf | 5/12 | Drop Test | 2.14 | 5.99 | 3.280/ |
| | | | No Attic Test | | | |
| 5/11 | Test 12A Control | 5/12 | Drop Test | 5.99 | 23.94 | 11.045/ |
| | | 5/18 | Simulated attic 20 - 4 cf Bags | 1.43 | 1.66 | 1.545/ 0.386 |
| 5/11 | Test 12B 0.5% CMC 0.01% War 0.42 qts./cf | 5/12 | Drop Test | 1.28 | 5.99 | 2.923 |
| | | 5/18 | Simulated attic 20 - 4 cf Bags | 1.34 | 1.87 | 1.605/ 0.401 |
| 5/11 | Test 12C 0.5% CMC 0.01% War 0.67 qts./cf | 5/12 | Drop Test | 0.43 | 1.71 | 1.284/ |
| | | 5/18 | Simulated attic 20 - 4 cf Bags | 0.95 | 1.19 | 1.07/ 0.268 |
| 5/11 | Test 12D | 5/12 | Drop Test | 0.43 | 2.14 | 1.143 |
| | | 5/17 | Simulated attic 20 - 4 cf Bags | 0.50 | 1.26 | 0.88/0.22 |

15151635

06176775

BINDER SPRAY SYSTEM
NOZZLE CAPACITIES

WITTCO PORT
SPRAY TESTS 5/10/77

NOZZLE # GG40
CURVE ① - 10300 casting
② - 14 sec casting

(Graph: Pressure PSIG vs. flow, showing Curve ① and Curve ②)

15151636





YOUNG WINDER DROP TESTS

## AIR SAMPLE RECORD SHEET

PLANT LOCATION: QUEENSPORT
CONTAMINANT: GRES
SAMPLING BY: F.W. EATON
DATE: 5/02/77

SAMPLING CONDITIONS:
OUTSIDE
INSIDE DRAFT  CONFIDENTIAL
VISIBLE DUST

HOUSEKEEPING:

| Sample Number | Employee Name | Job Location and Description | Remarks | Pump Number | Pump Off | Pump On | Sampling Time | Flow Rate | Total Sampled Volume | Lab Evaluat. |
|---|---|---|---|---|---|---|---|---|---|---|
| 9A-A1 | | | L#1 | 1CG-6 | | 1706 | 15 | 1.6 | | 23.2 |
| 9A-B1 | | | CONTROL | 1CG-7 | | 1706 | | | | 54.5 |
| 9A-A2 | | | | | | | | | 17.245 | 13.2 |
| 9A-B2 | | | | | 1730 | | | | | 15.9 |
| 9A-A3 | | | | | 1730 | | ↓ | ↓ | | 11.2 |
| 9A-B3 | | | | | | | | | | 10.2 |
| 9B-A1 | | | L#1 | | | 1345 | 10 | 1.6 | | 9.5 |
| 9B-B1 | | | 2.0% STARCH | | | 1345 | | | | 5.5 |
| 9B-A2 | | | 1.0% GYPSUM SILICATE | | | | | | 2.340 | 3.45 |
| 9B-B2 | | | 0.01% WFE | | | | | | | 2.12 |
| 9B-A3 | | | 0.30 OZS/CF | | | | ↓ | ↓ | | 1.22 |
| 9B-B3 | | | | | 1445 | | | | | |

Additional Comments:

Laboratory Evaluation By: Margaret M. Hess
Date: 5-18-77

YANG WIND & DROP TESTS

## AIR SAMPLING RECORD SHEET

PLANT LOCATION: WOODSBORO  
CONTAMINANT: FIBER  
SAMPLING BY: F.W. EATON  
DATE: 5/12/77

SAMPLING CONDITIONS:  
OUTSIDE ___  
INSIDE DRAFT ___  
VISIBLE DUST ___

HOUSEKEEPING: ___

| Sample Number | Employee Name | Job Location and Description | Remarks | Pump Number | Pump Off | Pump On | Sampling Time | Flow Rate | Total Sampled Volume | Lab Evaluation |
|---|---|---|---|---|---|---|---|---|---|---|
| 10B-A1 | | | L#1 | 1CC-6 | | 1445 | 10 | 1.6 | | 3.52 |
| 10B-B1 | | | 0-0.5% CMC | 1CC-7 | | 1445 | | | | 5.17 |
| 10B-A2 | | | 1.0% POTASSIUM SULFATE | | | | | | 4.3" | 5.04 |
| 10B-B2 | | | 0.01% WA2 | | | | | | | 4.17 |
| 10B-A3 | | | 0.31 QTS/CF | | 1515 | | | | | 5.95 |
| 10B-B3 | | | | | 1515 | | ↓ | ↓ | | 5.56 |
| 13-A1 | | | L#1 | | | 1430 | 10 | 1.6 | | 5.99 |
| 13-B1 | | | 0.5% CMC | | | 1430 | | | | 3.14 |
| 13-A2 | | | 0.01% WA2 | | 1630 | | | | 3.93 | 2.14 |
| 13-B2 | | | 0.30 QTS/CF | | | | | | | 4.23 |
| 13-A3 | | | | | 1630 | | | | | 2.92 |
| 13-B3 | | | | | | | | ↓ | | 2.12 |

Additional Comments: _____

Laboratory Evaluation By: _____  
Date: 5-13-77

06196779

# GRACE

**06176780**

## AIR SAMPLING RECORD SHEET

PLANT LOCATION: Weedsport
CONTAMINANT: Fiber
SAMPLING BY: E. W. Eaton
DATE: 5/12/77

SAMPLING CONDITIONS:
OUTSIDE
INSIDE DRAFT
VISIBLE DUST

A-11
HOUSEKEEPING:

CONFIDENTIAL

| Sample Number | Employee Name | Job Location and Description | Remarks | Pump Number | Pump Off | Pump On | Sampling Time | Flow Rate | Total Sampled Volume | Lab Evaluation |
|---|---|---|---|---|---|---|---|---|---|---|
| A-A1 | | | — Control L#1 | 100-6 | 0830 | 0830 | 10 | 1.6 | 16 | 6.0 |
| A-B1 | | | | 100-7 | | 0830 | | | 11.085 | 23.5 |
| A-A2 | | | Dust During Drop | | | | 5 | | | 6.0 |
| A-B2 | | | Note: Sample 120-A2 Changed Due To Defective Filter | | | | | | | |
| A-A3 | | | | | 0900 | 0900 | ← | ← | | 8.0 |
| A-B3 | | | L#1 | | 0900 | 0900 | ← | ← | | 9.0 |
| A-B1 | | | 0.59 c/cc, 0.01% WAR | | 0830 | 0830 | 40 | 1.6 | | 3.0 |
| A-B2 | | | 0.42 c/s/cf | | 1000 | 1000 | ← | ← | 2.125 | 5.0 |
| A-B3 | | | | | 1000 | 1000 | ← | ← | | 2.5 |
| A-C3 | | | | | | | | | | 1.5 |

Additional Comments: (1) On all 12 series tests estimated Laboratory Evaluation By: [signature] Date: 5-17-77
Fibers observed over 14 fiber section of the exposure filters assumed Date: 5-17-77

15151641