

The Daily Tribune
The Daily Tribune
how to prepare newspaper advertising that SELLS!
ZAI 002356
This Booklet Prepared as a Service to Lumber and Building Material Dealers By the Producers of ZONOLITE BRAND VERMICULITE

# NRLDA ADVERTISING CALENDAR

| | MONTHLY THEMES | WEEKLY ADVERTISING THEMES | HOT SPOT AND WINDOW DISPLAYS | FLOOR DISPLAYS | STATEMENT ENCL. | ENVELOPE STAMPS AND TRUCK SIGNS |
|---|---|---|---|---|---|---|
| **January** | Your only real security — a home of your own | Plan now to build your new home<br>Remodel the interior of your home<br>Modernize your farm building<br>Add a basement room<br>Clearance Sale — Odds and ends<br>Insulate for heat and cold<br>Re-roofing and re-siding<br>Combination doors and windows | Odds and ends<br>Bathroom, kitchen paint package<br>Insulation<br>House plan book | Ceiling panel<br>Oak flooring panel<br>Paneling<br>Bathroom wall panel<br>Roofing and siding | New home folder | Your only real security — a home of your own |
| **February** | You'll enjoy a new home as long as you live | Select plans for your new home<br>Enjoy an extra room in your attic<br>Build a new home<br>Small farm buildings ready-made<br>Insulate your attic<br>Re-roofing and re-siding<br>Recover your floors<br>Paint up, clean up, fix up<br>Replace your fencing | Ceiling tile<br>Tools<br>Floor covering<br>Paint | House plans<br>Paneling<br>Paint | Add a room | You'll enjoy a new home as long as you live |
| **March** | Spruce up for spring | Spruce up your home for spring<br>Re-roof and re-side your home<br>Check your home for repairs<br>Your car deserves a good garage<br>Fix up your farm buildings<br>Insulate your home<br>Start your new home now | Cement wall paint<br>Roofing<br>Plywood | Paint accessories<br>Cement wall paint<br>Roll roofing<br>Combination doors and windows<br>Insulation | Paint folder | Laugh at rain — Re-roof your home |
| **April** | It's fix up, clean up time | It's time for repairs, remodeling<br>Build a garage<br>Modernize your kitchen<br>Add a room<br>Fix up your yard and garden<br>Color style your rooms<br>Insulate against heat<br>Screen for summer<br>Start your new home | Paint<br>Paint brushes<br>Screen hardware<br>Roof coatings | Window screen mat'l<br>Yard, garden supp.<br>Roll roofing<br>Wallboard<br>Kitchen cabinets | Garage folder | Fix up, clean up, paint up now |
| **May** | Have a new home at the old address | Have new home at old address<br>Add a room to your home<br>Build a new garage<br>Re-roof and re-side your home<br>Modernize your kitchen<br>Protect your home with paint<br>Build a swimming pool<br>Fix up your yard and garden<br>Start your new home now | Kitchen cabinets<br>Roofing<br>House paint<br>House plan book | Roofing and siding<br>Picture window<br>Disappearing stairs<br>Yard and garden supplies | Roofing and siding folder | Have a new home at the old address |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Build a garage plus workshop<br>Add a room to your home<br>Remodel, repair, repaint<br>Screen your porch<br>Add a new porch<br>Enjoy a summer cottage | Plywood<br>Cottage plans | Ventilating fans<br>Work bench | folder | |
| **July** | Build that fine new home now | Start your new home now<br>Re-roof and re-side your home<br>New farm buildings<br>Build a new garage or carport<br>Add a room<br>Enjoy life outdoors this summer<br>Make your porch a living room<br>Modernize your kitchen<br>Stay cool with insulation<br>Clearance sale—odds and ends | Yard and garden equipment<br>Insulation<br>Odds and ends | House plans<br>Barn paint<br>Roofing panel<br>Siding panel<br>Kitchen cabinets | New home folder | Start your new home now |
| **August** | It's easy to build or remodel the . . . . (Your Name) . . . . . . . . . . . way | Enjoy the thrill of a new home<br>Fix up your home for fall<br>Build a new garage<br>Re-roof and re-side your home<br>Improve your farm (commercial) buildings<br>Paint your interior walls<br>Stay cool, keep warm with insulation<br>Modernize your kitchen | Roof coatings<br>Barn paint<br>How-to-do-it<br>Insulation | Insulated siding<br>Roofing panel<br>Paint accessories<br>Wall tile | Garage folder | Build that new garage now |
| **September** | Snug up for winter | Get your home ready for winter<br>Insulate your home<br>Re-roof and re-side your home<br>Be ready for winter with new garage<br>Buy your new home now<br>Give your home a new look | Caulking materials<br>Door closers<br>House paint<br>Weatherstripping | Roofing and siding panel<br>Storm sash<br>Insulation<br>Insulated siding | Roofing and siding folder | Get your home ready for winter |
| **October** | It's time to condition your home for winter comfort | Be comfortable this winter<br>Enclose your porch<br>Build a new garage and breezeway<br>Insulation saves money<br>Paint and repair for holidays<br>Add a nursery to your home<br>Fix up your farm buildings | Weatherstripping<br>Insulation<br>Floor covering | Combination doors<br>Storm sash<br>Insulation<br>Wall, ceiling tile | Insulation (winter) folder | Have a really comfortable home this winter |
| **November** | Make your home more efficient — modernize it now | Make your home more efficient<br>Modernize your kitchen<br>Make cold days more comfortable<br>Fix up your home for Christmas<br>Buy that new home now<br>Give him a hobby corner | How-to-do-it<br>Hobby items<br>Wall tile | Insulation<br>Storm sash<br>Combination doors<br>Floor covering | Interior remodeling folder | Make your home more efficient—modernize it now |
| **December** | Put your home on your Christmas list | Put your home on Christmas list<br>Give him a hobby corner<br>Use Christmas gift certificates<br>Remodel your home<br>Check your home for repairs<br>A New Year's resolution—get more pleasure from your home this year | Christmas presents<br>Medicine cabinets<br>Tools<br>Gift Certificate | Christmas gifts<br>Oak flooring<br>Cedar paneling<br>Kitchen floor and wall tile panels | Kitchen folder | Put your home on your Christmas list |

ZAI 002358

*Supplied as a Service to Lumber and Building Material Dealers By the Producers of* **ZONOLITE BRAND VERMICULITE**





Note the clean, uniform appearance of this ad. The eye knows where to go. The various items listed for sale and the descriptive copy about t[illegible] are easy to find and read. The information [illegible]plete.

Note the "hodge-podge" created in this ad by the use of many different kinds of type, illustrative matter, and the arrangement of the elements. The ad is hard to read . . . information is incomplete, poorly organized.



LIEBER'S
QUALITY
BUILDING
Materials
Lumber
A CHECK LIST of
Home Improvement Ideas for '54
shows what's
for sale!
gives the
price!
tells what's
good about it!
tells where
to buy it!
asks for the
order!
LIEBER'S
APPLETON
NEENAH
NEW LONDON
KAUKAUNA
START TO PLAN YOUR SPRING
BUILDING NOW! LET LIEBER'S
HELP! FREE ESTIMATES

What is it you're selling? Tell the reader in the headline of your ad or in the illustration. What are its benefits—why is it better than competitive products? Tell the reader in subheads and in the copy. How much does it cost? Give the reader the price per unit or, better still, the price of an average installation. Tell exactly what that price includes. Give bold, complete store name and location information. This can be done at both top and bottom of the ad, space permitting. Include the phone number. List branch stores and their locations and phone numbers.

ZAI 002363



# Our thanks to the National Retail Lumber Dealers' Association For Their Guidance in the Preparation of this Booklet

*This Booklet Prepared as a Service to Lumber and Building Material Dealers By the Producers of* **ZONOLITE BRAND VERMICULITE**

G-86 Printed in U. S. A. Copyright 1954. Zonolite is a registered trade mark of Zonolite Company ...

## ZONOLITE IN THE ATTIC ALONE WILL MAKE A GREAT DIFFERENCE!

By far the greatest heat passage is through the roof and attic. Insulate your attic with Zonolite and you will immediately notice the difference. Rooms become from 8 to 15 degrees cooler than outside temperatures. Many home owners insulate their attics first, then side walls later, thus gradually and inexpensively obtaining a perfectly insulated house.

## ZONOLITE BRINGS YEAR 'ROUND COMFORT . . . *and* SAVES FUEL

When temperatures drop to the point where your furnace is needed, Zonolite is still your friendly guardian. It keeps out cold and drafts . . . keeps *in* supplied heat. Thus, less fuel is needed to maintain rooms at constant, comfortable temperatures, and Zonolite saves you money while protecting you from changes in the weather.

ZAI 002069

# ZONOLITE INSULATIONS



for Electric Heat and Air-Conditioning

ZAI 001426

CSF-S12A

# ZONOLITE INSULA

04512422

## INSULATING FILL

### for CEILINGS

Zonolite vermiculite Insulating Fill is a free-flowing granular material well-suited to horizontal areas, such as attics. When installed to proper thicknesses, it affords sharp reduction in electric heating and cooling costs, and added comfort for occupants.

Zonolite Insulating Fill can be poured over existing insulation which has settled, or which was applied at insufficient thickness. It will fire-protect underlying combustible materials and fill voids along attic joists, around pipes, wiring, or braces.

Zonolite vermiculite is packed in 4-cubic foot bags weighing only 20-25 lbs. Its lightness aids in easy transporting and installation.

6"

● MINIMUM RECOMMENDED THICKNESS

## MASONRY FILL

### for BRICK and BLOCK WALLS

Zonolite water-repellent Masonry Fill is a patented* insulating material designed to fill cores of concrete blocks or cavities in brick and tile constructed walls.

It fills the need for an insulation that will greatly increase over-all thermal efficiency of masonry walls. Heat transfer is reduced up to 50% — *and more* — with Zonolite Masonry Fill in the walls (See "U" value tables at right).

2½" CAVITY
LIGHTWEIGHT BLOCK
4" COMMON BRICK
6" LIGHTWEIGHT BLOCK

12" BRICK & BLOCK CAVITY WALL

LIGHTWEIGHT BLOCK

ZAI 001427

## FEATURES:

**CUTS HEATING COSTS**—Doubles insulation value of masonry walls.

**SAVES ON AIR CONDITIONING**—Lowers cooling costs, often saves on initial equipment.

**ADDS COMFORT**—Provides better temperature control in summer and winter.

**EASILY INSTALLED**—Flows freely in cores or cavities.

**WATER-REPELLENT**—Will not perm moisture to be transmitted across caviti or through cores.

**NON-SETTLING**—Supports its weight wi no problem of settlement.

*U.S. Patent No. 2,024,022 CANADIAN No. 569,677

04512423

# TION for electric heat and air-conditioning

## USE OF INSULATION BETWEEN SLEEPERS

Either Zonolite Insulating Fill or water-repellent Masonry Fill may be employed as fill between wood sleepers over concrete floors. Consult your Zonolite office for proper material and correct placement of vapor barrier. Ideal for gymnasiums, auditoriums, cafeterias, bowling alleys. Affords sound-deadening and insulation benefits.

CONCRETE SLAB
GRAVEL FILL

LIGHTWEIGHT BLOCK

COMMON BRICK

BRICK AND BLOCK WALL

**LOW COST IN PLACE**—Low in material and application cost — as little as 1/3 as much as other products.

**PERMANENT**—Retains its efficiency—indefinitely.

## COEFFICIENTS OF HEAT TRANSMISSION

### CONCRETE BLOCK WALLS

U VALUES—BLACK R VALUES—RED

| Wall Thickness, inches | Type of Block | Uninsulated | | Insulated | | | |
|---|---|---|---|---|---|---|---|
| | | Block Only | 1" Furring and Plaster | Block Only | Furring and Plaster* | | |
| | | | | | 1" Furring | | 2" Furring |
| | | | | | Uninsulated | Insulated | Insulated |
| 6 | Lightweight | 2.5 .40 | .24 4.2 | 3.9 .26 | .18 5.6 | .15 6.7 | .11 9.1 |
| 8 | Lightweight | 3.0 .33 | .21 4.8 | 5.9 .17 | .13 7.7 | .11 9.1 | .09 11.1 |
| 8 | Sand and Gravel | 1.9 .53 | .29 3.5 | 3.8 .36 | .23 4.4 | .18 5.6 | .13 7.7 |
| 12 | Lightweight | 3.3 .30 | .20 5.0 | 6.7 .15 | .12 8.3 | .11 9.1 | .09 11.1 |
| 12 | Sand and Gravel | 2.1 .47 | .27 3.7 | 3.0 .33 | .22 4.6 | .17 5.9 | .12 8.4 |

*⅜ in. gypsum lath and ½ in. of vermiculite-gypsum plaster

### CAVITY WALLS — 2½" Cavity

U VALUES—BLACK R VALUES—RED

| Interior Wythe | | 4" Exterior Wythe | Face Brick | | Common Brick | | Concrete Block* | |
|---|---|---|---|---|---|---|---|---|
| | 4" Concrete Block (Sand & Gravel) | Uninsulated | .34 | 2.9 | .30 | 3.3 | .31 | 3.2 |
| | | Insulated | .13 | 7.7 | .13 | 7.7 | .13 | 7.7 |
| | 4" Concrete Block (Cinder) or 4" Clay Tile | Uninsulated | .30 | 3.3 | .27 | 3.7 | .25 | 4.0 |
| | | Insulated | .13 | 7.7 | .12 | 8.3 | .12 | 8.3 |
| | 4" Concrete Block (Lightweight) | Uninsulated | .27 | 3.7 | .24 | 4.2 | .21 | 4.8 |
| | | Insulated | .12 | 8.3 | .12 | 8.3 | .11 | 9.1 |
| | 6" Concrete Block (Lightweight) | Uninsulated | .26 | 3.9 | .23 | 4.4 | .20 | 5.0 |
| | | Cavity Insulated | .12 | 8.3 | .11 | 9.1 | .10 | 10.0 |
| | | Block & Cavity Insulated | .10 | 10.0 | .10 | 10.0 | .09 | 11.1 |
| | 8" Concrete Block (Lightweight) | Uninsulated | .22 | 4.6 | .21 | 4.8 | .18 | 5.6 |
| | | Cavity Insulated | .11 | 9.1 | .11 | 9.1 | .10 | 10.0 |
| | | Block & Cavity Insulated | .08 | 12.6 | .08 | 12.5 | .08 | 12.5 |
| | 4" Face Brick | Uninsulated | .37 | 2.7 | NA | | NA | |
| | | Insulated | .14 | 7.1 | | | | |
| | 4" Common Brick | Uninsulated | .33 | 3.0 | .29 | 3.5 | NA | |
| | | Insulated | .13 | 7.7 | .13 | 7.7 | | |

*Aggregate same as interior wythe.
NA — Indicates figures not applicable

### SOLID BRICK AND BLOCK WALLS

U VALUES—BLACK R VALUES—RED

| Interior Wythe | | Exterior Wythe | 4" Face Brick | | 4" Common Brick | |
|---|---|---|---|---|---|---|
| | 6" Concrete Block (Lightweight | Uninsulated | .34 | 2.9 | .33 | 3.0 |
| | | Insulated | .23 | 4.4 | .21 | 4.8 |
| | 8" Concrete Block (Lightweight) | Uninsulated | .29 | 3.5 | .26 | 3.9 |
| | | Insulated | .16 | 6.3 | .15 | 6.7 |
| | 8" Concrete Block (Sand & Gravel) | Uninsulated | .43 | 2.3 | .37 | 2.7 |
| | | Insulated | .31 | 3.2 | .28 | 3.6 |

ZAI 001428

# ROOM ADDITIONS

Where rooms are being added to existing homes, or porch and breezeway areas are being converted to year 'round living quarters, Zonolite Insulations provide comfort and heating economy.

Zonolite Insulating Fill is recommended over ceilings in these remodeling projects. Either Zonolite Insulating Fill or Zonolite Masonry Fill should be used between wood floor sleepers, where porch floors are being brought up to the level of other rooms. Your Zonolite representative will advise the proper product to use.

He can also recommend proper insulation techniques for frame sidewalls. Zonolite Masonry Fill is the best insulation to use in masonry sidewalls.

04512424

## sales offices

ZAI 001429