[illegible]

RECD JUL 11 1977

SIMULATED ATTIC TESTS

03656689

| TEST NO | FIBER EXPOSURE (f/ml) AVE | TWA 2/8 |
|---|---|---|
| 18AS2 | 4.945 | 1.236 |
| 18AS4 | 6.540 | 1.635 |
| 18AS6 | 7.834 | 1.959 |
| 18AS8 | 11.355 | 2.839 |

AVE. ALL FOUR SIMULATED ATTIC TESTS = 7.657 f/ml
67 MIN SAMPLE TIME TWA = 1.069 f/ml
2/8 CPD STD TWA = 1.914 f/ml

ACTUAL HOME ATTIC TEST - SAVANNAH N.Y.

-AVE OF SIX(6) SAMPLES = 8.958 f/ml
53 MIN. SAMPLE TIME TWA = 0.989
2/8 CPD STD TWA = 2.239

15057783