JUN 6 1977

06152929

**GRACE**

Zonolite
Construction Products Division

<u>**DISTRIBUTION**</u>

E. S. Wood
J. W. Wolter
H. C. Duecker
B. R. Williams
J. C. Yang
O. M. Favorito
F. W. Eaton
R. H. Locke
R. E. Schneider
D. D. Walczyk/Proj. File



EXHIBIT
216  8/21/02
Yang

15152189

123Z00183

BINDER DEVELOPMENT PROGRAM P-204
WEEDSPORT SPRAYING TESTS
MARCH, 1977

J6152330

Objectives:

. Determine how effective various water soluble additives are in reducing the airborne fibers.

. Evaluate several addition rates for each solution.

. Evaluate the bagging spout versus the stoner product discharge as a location for spray addition.

. Determine the yield loss caused by spraying.

. Establish the design criteria necessary for multiple plant installations.

Background:

Testing conducted at Weedsport as reported Feb. 25, 1977 indicated that water spraying of vermiculite could reduce airborne fibers. However, tests also indicated the water will evaporate in storage. An additive was, therefore, sought which would remain with the vermiculite and keep the fibers bound to the material.

At the present time, the company has established a goal of 0.2 f/ml on a time weighted average (T.W.A.) and 1.0 f/ml ceiling based on 15 mins. exposure for consumer products (attic fill, terralite vermiculite, pool cushion). For non-consumer products (masonry fill, etc.) currently the O.S.H.A. Standard of 2.0 f/ml T.W.A. and 10 f/ml ceiling applies.

The tests reported herein were a step in binder development which established the data bases for subsequent tests series using either CMC or starch as binders. Tests were run the week of May 9 using the newly installed binder addition spray system. These tests will further define the binder and addition rate to be used in production.

Test Methods:

- Plant Binder Addition

This test series was conducted as outlined in a memo from R. E. Schneider to J. W. Wolter (Appendix Page A-8) with modifications as outlined in Table I below.

123Z00184

15152190

06152932

- ## Attic Fill Test, Continued



- ## Test 4B -
  Twenty 4 cu. ft. bags of bound attic fill (0.2 qts./cf)
  were carried to the attic.  Both men emptied bags between
  floor joists (7 1/8" deep) in a stooped position and worked
  together on their knees leveling the fill with a 2 by 4.
  The 20 bags filled approximately half the attic space
  (designated 4B on preceeding diagram).  The attic was
  then vacated for 30 min. and any residual dust vented
  through an open door into a bedroom.

- ## Test 4A (Control) -
  Twenty 4 cu ft. plastic bags of attic fill were carried
  to the attic for the remainder of the job.  Using the same
  technique, fifteen bags were required to fill the re-
  maining attic space (designated 4A on preceeding diagram).

- ## Masonry Fill Test

  A foundation addition 14' x 18' (8" concrete blocks, 11 courses
  high) was used as a test site.

  - ### Test 6E

    - 6 - 4 cf clear plastic bags of L#3 asphalt masonry
      fill bound with 0.26 qt./cf 5% sodium silicate
      solution poured in the 18' wall.

    - Time required to pour six bags was 15 minutes
      (2.5 min./bag)

15152192

123Z00186

Binder Development Program P-204 - Weedsport Spraying Tests    06152933
Page 4

- Masonry Fill Test, Continued

  - Kilmer poured bags from inside the wall with the wind at his back. Two personnel sampling pumps (right and left shoulders) were attached to obtain average exposure samples.

  - Test 7D

    - 3½ - 4 cf paper bags of L#4 asphalt masonry fill bound with 0.25 qt./cf 5% sodium silicate solution poured in the 14' wall.

    - Time required to pour 3½ bags was 17 minutes (4.9 min./bag).

    - Personnel sampling was the same as in 6E above.

Conclusions:

1. Sodium silicate sprayed at the bagging spout and stoner discharge appeared to reduce the airborne fiber count to lower levels than other materials tested. The fiber level on #1 Libby appears to satisfy the 0.2 f/ml level for a consumer product. (Test 4E.) Subsequent to these tests, sodium silicate was ruled out as a binder candidate because it dries brittle and may have deleterious effects on horticultural products.

2. All solutions tested had some success in reducing fiber counts. With the exception of oil emulsion on #4 ore, both clear and oil emulsion were able to meet the O.S.H.A. standard.

3. The results of drop tests are showing inconsistencies; repeatability may not be satisfactory for drawing firm conclusions.

4. There is a shrinkage of the treated vermiculite after bagging resulting in a loss of yield. To obtain total yield, production yield losses must be added to yield loss due to shrinkage in the bag.

5. The yield loss is most severe in #1 Libby. Masonry fill yield losses appear to be the least affected by spraying.

6. The yield losses increase with increased addition rates.

123Z00187

15152193

Binder Development Program P-204 - Weedsport Spraying Tests    06152934
Page 5

Conclusions, Continued:

7.  The yield loss of #1 Libby was less in paper bags than in plastic bags.

8.  Shrinkage in the bag is not a function of position on the pallet.

Recommendations:

1.  A series of drop tests should be conducted on the same material to properly evaluate the variations in fiber levels and the validity of the test method.

2.  Drop tests should be conducted on paper versus plastic bags at the same addition rate.

3.  When the final additive and flow rate is selected it will be necessary to run a total yield test.

4.  In future tests several concentrations of the additives should be tried at the same flow rate.

Results:

Results are summarized in Tables 3 thru 10, pages A-1 thru A-7 in the Appendix. Some key points to note are discussed below.

1.  The 5% sodium silicate solution, applied to L#1 product at the stoner discharge at rates ranging from 0.39 to 0.88 qt./cf reduced the airborne fiber level to about the 0.2 f/ml goal. The reduction in airborne fibers from the control sample to the bound sample was approximately 90%. (Test 4, Table 6.)

2.  The same 5% sodium silicate solution was applied to asphalt masonry fill made from both L#3 and L#4 (Tests 6 and 7, Table 6). The binder was applied at rates ranging from 0.06 to 0.26 qt./cf and spray was at the bagging spout. At a rate of 0.26 qt./cf (Test 6E) a 75% reduction in airborne fibers from the control sample to the bound sample was realized. This meets the 2.0 f/ml requirement for masonry fill. The results of Test 7 were disappointing and erratic.

15152194

123Z00188

Results, Continued:

3.  The test results show, that although the fiber levels are
    still unacceptably high, the 5% oil emulsion and 5% clear
    solutions had some success in reducing the fiber levels
    (Tests 1,2 and 3, Table 6).  It may be worthwhile to check
    higher concentrations of these additives in future testing.

4.  Standard yield tests were done only on selected tests as
    shown in test outline Table 1.  In Test No. 1F, using #4 Libby,
    a spray rate of 0.70 qts./cf in the stoner discharge gave a
    production yield of 94.5% of assay yield.  The shrinkage
    in the bag, in the same test, resulted in a yield loss of
    9%, so that the total yield was 82% of assayed yield.
    Similarly, as shown in Table 5, Page A-2, the total yield
    in Test 2D was 91.9%, 3D = 88.6% and 4E = 85.2%.

5.  The losses due to shrinkage in the bag are shown in Table 3,
    Page A-1.  The loss is most severe in #1 Libby (Tests 4&5)
    with the losses higher in plastic bags than in paper bags
    (Test 5).  The higher loss in plastic bags may be accounted
    for by the plastic retaining more of the sprayed water while
    the paper allows the moisture to escape.  A check of fiber
    levels between the two products should be conducted to
    determine if the lower level of moisture in the paper bag
    would give higher fiber levels.

    The shrinkage shown in Table 3, Page A-1 does not take into
    account the shrinkage occurring during the few minutes between
    bagging and the bag being weighed and then volume checked.
    Subsequent tests have shown this could amount to 0.15 cu. ft.
    which would be 3.8% on a 4 cu. ft. bag.

    Volume recheck data (Table 9, Page A-6) shows that the loss
    is not caused by position on the pallet.  Bags on the top
    of the pallet shrunk as much as bags in the middle or bottom.
    Masonry fill appears to be the least affected.

    Losses increase with increased spray rate as shown in Table 4,
    Page A-2.  The effect of this increased spray rate varies
    according to the ore with #1 being the most affected.

    The volume shrinkage due to binding is further demonstrated
    by the reduction in coverage in Test 4B versus Test 4A.

123Z00189

Binder Development Program P-204 - Weedsport Spraying Tests
Page 7                                                                 06152936

## Results, Continued:

Only 15 bags of the unbound material (4A) were required
to fill the same volume that took 20 bags of the bound
material (4B).

6.  Fiber analysis of the personnel samples taken as the men
    applied the attic fill are shown in Table 10, Page A-7.
    The total T.W.A. of 0.326 f/ml for the bound sample approaches
    the goal of 0.2 f/ml. The actual fiber count of 2.235 f/ml
    is, however, substantially higher than the 0.717 f/ml result
    obtained in the drop test of the 4B material.

    The actual fiber count is converted to an estimated T.W.A.
    by assuming that actual exposure occurs for only 2 hours in
    an 8 hour working day. Hence, 2.235 x 2/8 = 0.559 f/ml.

7.  Masonry fill test job results are reported in Table 11,
    Page A-7. The total T.W.A. for both 6E and 7D materials is
    well under the acceptable level of 2.0 f/ml. The actual
    average fiber counts from the personnel samples for both the
    6E and 7D materials are well below the fiber counts obtained
    in the drop tests for the same materials.

|            | Fiber Count - f/ml | |
| Material   | Drop Test | Job Test |
|------------|-----------|----------|
| 6E         | 1.712     | 0.575    |
| 7D         | 13.253    | 2.515    |

8.  Partial and total T.W.A. results are calculated by taking the
    actual exposure minutes divided by 480 minutes (8 hrs.) and
    multiplying this ratio times the fiber count from the sampler.

## Discussion:

The results of drop tests as shown on Table 6, may be suspect when
noting the results of Tests 4A and 4B in Table 2 below. Drop tests
conducted to this point have been mainly one time tests. There
appear to be inconsistencies showing up in these results as demon-
strated by the results of Table 2. Note the three average f/ml
results for the control material. The count of fibers released
for both 4A and 4B materials went up substantially with the 8 day
interval between tests. Similar increases were measured by the
personnel samples taken when 4A and 4B materials were used in the

15152196

123Z00190

Binder Development Program P-204 -- Weedsport Spraying Tests   06152937
Page 8


Discussion, Continued:

attic fill test.  In order to evaluate the variables a test
should be conducted where a statistically significant number of
drop tests are conducted on the same material and the spread
of the data evaluated.


## TABLE 2

| Date Produced | Test No. | Date Tested | Spray Rate Qts./ft.$^3$ | Location | Fiber Min. | Analysis Max. | f/ml Avg. |
|---|---|---|---|---|---|---|---|
| 3/23 | 4A (Control) | 3/29 | | — | 1.28 | 3.42 | 2.07 |
| 3/23 | 4B | 3/29 | 0.37 | Bag.Spout | 0.43 | 0.86 | 0.717 |
| 3/26 | Inv. #1L | 3/29 | — | — | 3.85 | 5.56 | 4.563 |
| 3/23 | 4A (Control) | 4/6 | — | — | 2.57 | 5.99 | 4.99 |
| 3/23 | 4B | 4/6 | 0.37 | Bag.Spout | 0.43 | 2.57 | 1.355 |
| Home Sampling Attic Fill Job. | | | | | | | |
| 3/23 | 4A (Control) | 4/6 | — | — | 3.62 | 4.28 | 3.95 |
| 3/23 | 4B | 4/6 | 0.37 | Bag.Spout | 1.94 | 2.53 | 2.235 |

Personnel samples (Table 6, Page A-3) taken during each test were
all low with the exception of Test 7.  In this test, the #4 masonry
fill was dusting at the bagging spout, particularly at the highest
spray rate.  The higher fiber levels reflect this.

Operation of the furnace equipment was normal except at the end of
Test 7 the baghouse hopper plugged and would not discharge.  Inspection
of the bags showed the material cleaned off the bags alright but
appeared to agglomerate in the bag hopper.  Visual inspection of
the dust showed round balls up to ¼" diameter in the baghouse
discharge which would pulverize at the touch.  A sample was taken
for analysis to see if sodium silicate might be causing the
agglomeration.  Apparently the sample dried and could not be
analyzed.

15152197

123Z00191

Binder Development Program P-204 - Weedsport Spraying Tests        **06152936**
Page 9

Discussion, Continued:

The bagging spout is the best place to locate the spray nozzle.
The material falls through the spray resulting in a better dis-
tribution throughout the material.  While one result (Table 3,
Test 4C), for material sprayed at the stoner discharge, does
give the lowest fiber count in the drop test, the bagging spout
also gives a low level (Table 3, Test 4B).  Application at the
stoner discharge would cause dusting unless extensive design
modifications were done to the stoner and vent system.

The exposure levels taken on the small attic fill job (Table 10,
Page A-7) are above the established goals for a consumer product.
However, the material tested (4B) had binder added at 0.37 qts./cf.
A higher addition rate would have lowered the exposure levels.

The exposure levels taken on the small masonry fill job are below
the O.S.H.A. standard.  Also as Table 6, Page A-3 shows the f/ml
T.W.A. is a function of addition rate, and the rate of 0.26 qts./cu. ft.
is fairly low.

M. M. Williams

MMW:mt

15152198

123Z00192

TABLE 3                                   A-' 06152939

| Test No. | Binder Location & Rate | Avg. Bagged cu. ft. | Volume Loss % | Avg. Bulk Density Produced | Recheck | Drop Test f/ml Avg. |
|---|---|---|---|---|---|---|
| 1A | Control #4L | .05 | 1.3 | 7.7 | 7.8 | 6.582 |
| 1B | B.S. @ 0.03 | .13 | 3.4 | 8.3 | 8.6 | 10.333 |
| 1D | B.S. @ 0.18 | 0.31 | 8.3 | 9.0 | 9.8 | 5.203 |
| 1E | S.D. @ 0.39 | 0.26 | 6.3 | 8.5 | 9.0 | 7.270 |
| 1F | S.D. @ 0.70 | 0.38 | 9.0 | 8.8 | 9.6 | 3.848 |
| 2A | Control #2L | 0.04 | 1.0 | 4.2 | 4.3 | 8.767 |
| 2B | B.S. @ 0.29 | 0.13 | 3.1 | 5.0 | 5.2 | 2.280 |
| 2C | S.D. @ 0.39 | 0.20 | 4.9 | 5.1 | 5.4 | 1.355 |
| 2D | S.D. @ 0.65 | 0.24 | 5.9 | 5.6 | 6.0 | 1.072 |
| 3A | Control #3L | 0.13 | 3.1 | 5.0 | 5.1 | 4.70 |
| 3B | B.S. @ 0.26 | 0.19 | 4.6 | 5.7 | 6.0 | 2.495 |
| 3C | S.D. @ .70 | 0.27 | 6.7 | 6.6 | 7.1 | 2.495 |
| 3D | S.D. @ .48 | 0.24 | 5.9 | 6.0 | 6.3 | 2.068 |
| 4A | Control #1L | 0.07 | 1.7 | 4.6 | 4.7 | 2.07 |
| 4B | B.S. @ 0.37 | 0.49 | 11.8 | 5.6 | 6.3 | 0.717 |
| 4C | S.D. @ 0.39 | 0.44 | 10.8 | 5.5 | 6.2 | 0.215 |
| 4D | S.D. @ 0.61 | 0.61 | 15.0 | 6.1 | 7.2 | 0.43 |
| 4E | S.D. @ 0.88 | 0.43 | 10.5 | 6.4 | 7.1 | 0.143 |
| 5A | B.S. @ 0.39 #1L | { 0.43 Plastic / 0.32 Paper | 10.4 / 8.0 | 5.7 | 6.3 / 6.4 | 0.81 |
| 5B | S.D. @ 0.47 | { 0.51 Plastic / — Paper | 12.3 / — | 5.6 | 6.4 / — | 1.21 |
| 5C | S.D. @ 0.80 | { 0.59 Plastic / 0.31 Paper | 14.3 / 7.8 | 6.3 | 7.3 / 7.0 | 0.50 |
| 5D | B.S. @ 0.05 | { 0.25 Plastic / 0.16 Paper | 6.0 / 4.1 | 4.9 | 5.0 / 5.2 | 3.105 |
| 5E | B.S. @ 0.16 | { 0.40 Plastic / 0.25 Paper | 9.8 / 6.3 | 5.2 | 5.6 / 5.6 | 1.428 |
| 6A | Control #3L-M.F. | 0.11 | 2.8 | 5.3 | 5.4 | 6.843 |
| 6B | B.S. @ 0.06 | 0.17 | 4.1 | 5.3 | 5.6 | 5.132 |
| 6C | B.S. @ 0.10 | 0.22 | 5.3 | 5.5 | 5.9 | 2.638 |
| 6E | B.S. @ 0.26 | 0.25 | 6.1 | 5.9 | 6.2 | 1.712 |
| 7A | Control #4L-M.F. | 0.07 | 1.8 | 7.7 | 7.8 | 8.48 |
| 7B | B.S. @ 0.08 | 0.11 | 2.8 | 7.8 | 8.0 | 6.625 |
| 7C | B.S. @ 0.09 | 0.04 | 1.0 | 7.8 | 7.9 | 4.918 |
| 7D | B.S. @ 0.25 | 0.10 | 2.5 | 8.3 | 8.5 | 13.253 |

15152199

123Z00193

A-2

**TABLE 4**

06152940

| Ore | Flow Rate Qts./ft.$^3$ | Yield Loss | Increase In Loss With Increased Flow Rate |
|---|---|---|---|
| #4 | 0.39 | 6.3% | 42.9% |
|    | 0.70 | 9.0% | |
| #2 | 0.39 | 4.9% | 20.4% |
|    | 0.65 | 5.9% | |
| #3 | 0.26 | 4.6% | 45.6% |
|    | 0.70 | 6.7% | |
| #1 | 0.39 | 10.8% | 38.9% |
|    | 0.61 | 15.0% | |
| #1 Plastic Bag | 0.25 | 6.0% | 138.3% |
|    | 0.59 | 14.3% | |
| #1 Paper Bag | 0.16 | 4.1% | 95.1% |
|    | 0.32 | 8.0 | |

**TABLE 5**

| Test No. | Ore | As Produced Yield B/Ton | Loss Due To Shrinkage B/T | Actual Yield B/T | % Assay |
|---|---|---|---|---|---|
| 1F | #4L | 49.8 | 4.7 | 45.1 | 82.0% |
| 2D | #2L | 84.0 | 5.0 | 79.0 | 91.9% |
| 3D | #3L | 74.2 | 4.5 | 69.7 | 88.6% |
| 4E | #1L | 88.5 | 9.5 | 79.0 | 85.2% |

15152200

123Z00194

## TABLE 6

A-3
06152941

### BINDER TESTS  —  FIBER ANALYSIS

| Test No. | Ore | Binder Type | Binder Location | Binder Rate | Drop Test Fiber Analysis (f/ml) Min. | Max. | Avg. | Actual Bagger Exposure (f/ml) |
|---|---|---|---|---|---|---|---|---|
| 1A | L#4 | | Control | | 4.0 | 9.83 | 6.582 | 0.21 |
| 1B | 4 | O.E. | B.S. | 0.033 | 8.98 | 13.68 | 10.333 | 1.21 |
| 1D | 4 | O.E. | B.S. | 0.183 | 4.28 | 6.84 | 5.203 | 0.23 |
| 1E | 4 | O.E. | S.D. | 0.39 | 4.28 | 11.54 | 7.270 | 0.78 |
| 1F | 4 | O.E. | S.D. | 0.70 | 0.14 | 5.13 | 3.848 | 0.66 |
| 2A | L#2 | | Control | | 5.99 | 14.96 | 8.767 | 0.10 |
| 2B | 2 | C | B.S. | 0.29 | 1.28 | 3.85 | 2.280 | 0.12 |
| 2C | 2 | C | S.D. | 0.39 | 0.86 | 1.71 | 1.355 | 0.07 |
| 2D | 2 | C | S.D. | 0.65 | 0.43 | 2.99 | 1.072 | 0.51 |
| 3A | L#3 | | Control | | 3.42 | 6.41 | 4.70 | 0.29 |
| 3B | 3 | C | B.S. | 0.26 | 0.43 | 4.70 | 2.495 | 0.36 |
| 3C | 3 | C | S.D. | 0.70 | 0.86 | 3.42 | 2.495 | 0.07 |
| 3D | 3 | C | S.D. | 0.48 | 0.86 | 2.99 | 2.068 | 0.55 |
| 4A | L#1 | | Control | | 1.28 | 3.42 | 2.07 | 0.29 |
| 4B | 1 | S.S. | B.S. | 0.37 | 0.43 | 0.86 | 0.717 | 0.36 |
| 4C | 1 | S.S. | S.D. | 0.39 | <0.43 | 0.43 | 0.215 | 0.07 |
| 4D | 1 | S.S. | S.D. | 0.61 | <0.43 | 0.43 | 0.215 | 0.57 |
| 4E | 1 | S.S. | S.D. | 0.88 | <0.43 | 0.86 | 0.143 | 0.74 |
| 5A | L#1 | O.E. | B.S. | 0.39 | 0.43 | 2.28 | 0.81 | — |
| 5B | 1 | O.E. | S.D. | 0.47 | 0.43 | 2.14 | 1.21 | — |
| 5C | 1 | O.E. | S.D. | 0.80 | 0.43 | 1.71 | 0.50 | — |
| 5D | 1 | O.E. | B.S. | 0.052 | 0.38 | 4.99 | 3.105 | 0.50 |
| 5E | 1 | O.E. | B.S. | 0.16 | 0.86 | 2.57 | 1.428 | 0.21 |
| 6A | L#3 MF | | Control | | 5.56 | 8.55 | 6.843 | .1 |
| 6B | 3 MF | S.S. | B.S. | 0.06 | 3.42 | 7.27 | 5.132 | .45 |
| 6C | 3 MF | S.S. | B.S. | 0.10 | 1.71 | 3.42 | 2.638 | .3 |
| 6E | 3 MF | S.S. | B.S. | 0.26 | 0.86 | 3.85 | 1.712 | .36 |
| 7A | L#4 MF | | Control | | 5.56 | 13.68 | 8.48 | 1.0 |
| 7B | 4 MF | S.S. | B.S. | 0.08 | 2.57 | 16.67 | 6.625 | .59 |
| 7C | 4 MF | S.S. | B.S. | 0.09 | 2.57 | 6.41 | 4.918 | .76 |
| 7D | 4 MF | S.S. | B.S. | 0.25 | 5.13 | 26.51 | 13.253 | 3.06 |

15152201

123Z00195

A-4    **06152942**

## TABLE 7

### FIBER EVALUATION - LIBBY #1

| Date Prod. | Material Identification | Sampling Conditions | | Fiber Analysis (f/ml) | | |
|---|---|---|---|---|---|---|
| | | Date | Location | Min. | Max | Avg. |
| 3/23 | Test 4A Control | 3/29 | Drop Test | 1.28 | 3.42 | 2.07 |
| 3/23 | Test 4B S.S. 0.37 | 3/25 | Drop Test | 0.43 | 0.86 | 0.717 |
| 3/26 | Inventory | 3/29 | Drop Test | 3.85 | 5.56 | 4.563 |
| 3/23 | Test 4A Control | 4/6 | Drop Test Same as AF Job | 2.57 | 5.99 | 4.99 |
| 3/23 | Test 4B S.S. 0.37 | 4/6 | Drop Test Same as AF Job | 0.43 | 2.57 | 1.355 |
| 3/23 | Test 4A Control | 4/6 | Home Sampling Attic Fill | 3.62 | 4.28 | 3.95 |
| 3/23 | Test 4B S.S. 0.37 | 4/6 | Home Sampling Attic Fill | 1.94 | 2.53 | 2.235 |

15152202

123Z00196

TABLE 8

A.

06152943

| Test No. | Ore | Time | Bags Produced | Bagging Rate (4.0) | Production Yield | Assay | Rock | Assay |
|---|---|---|---|---|---|---|---|---|
| 1A | #4L | 60M | 57 | 54.3 | | | | |
| B | " | " | 58 | 56.3 | | | | |
| D | " | " | 51 | 47.7 | | | | |
| E | " | " | 45 | 46.5 | | | | |
| F | " | 54M | 47 | 55.2 | 49.2 B/T | 55 | 7.5% | 15.9% |
| 2A | #2L | 60M | 74 | 77.9 | | | | |
| B | " | 37M | 54 | 91.1 | | | | |
| C | " | 60M | 95 | 96.4 | | | | |
| D | " | 56M | 82 | 89.6 | 84 B/T | 86 | 17.3% | 17.4% |
| 3A | #3L | 60M | 69 | 71.8 | | | | |
| B | " | " | 69 | 70.9 | | | | |
| C | " | " | 72 | 72.9 | | | | |
| D | " | 54M | 65 | 74.0 | 74.2 B/T | 78.7 | 13.3% | 14.5% |
| 4A | #1L | 60M | 85 | 87.3 | | | | |
| B | " | " | 79 | 82.2 | | | | |
| C | " | " | 82 | 83.2 | | | | |
| D | " | " | 87 | 88.3 | | | | |
| E | " | 58M | 80 | 84.6 | 88.5 B/T | 92.7 | 8.1% | 15.0% |
| 5A | " | 60M | 74 | 75.3 | | | | |
| B | " | " | 75 | 76.9 | | | | |
| C | " | " | 76 | 77.3 | | | | |
| D | " | " | 88 | 89.8 | | | | |
| E | " | " | 86 | 86.9 | | | | |
| 6A | #3LMF | 60M | 79 | 78.6 | | | | |
| B | " | " | 84 | 87.4 | | | | |
| C | " | " | 86 | 88.8 | | | | |
| E | " | " | 83 | 84.7 | | | | |
| 7A | #4LMF | 60M | 69 | 68.8 | | | | |
| B | " | " | 69 | 64.2 | | | | |
| C | " | " | 77 | 76.4 | | | | |
| D | " | " | 77 | 75.7 | | | | |

123Z00197

15152203

A-6   06152944

## TABLE 9

| Test No. | Initial Vol. Check In. | Initial Vol. Check cf | Final Volume Check In. | Final Volume Check cf | Loss cf | Position In Pallet |
|---|---|---|---|---|---|---|
| 4A (No Spray) | 2 | 4.2 | 3 | 4.05 | .15 | Partial Top |
| | 2 | 4.2 | 3 | 4.05 | .15 | Partial Top |
| | 2½ | 4.12 | 3 | 4.05 | .12 | Partial Bottom |
| | 2 | 4.2 | 2 | 4.2 | 0 | Full Top |
| | 1½ | 4.27 | 2 | 4.2 | .07 | Full Middle |
| | 2 | 4.2 | 2½ | 4.2 | .08 | Full Middle |
| | 2 | 4.2 | 2½ | 4.12 | .08 | Full Middle |
| | 2 | 4.2 | 2½ | 4.12 | .08 | Full Bottom |
| | 3 | 4.05 | 3¼ | 4.01 | .04 | Full Top |
| | 4 | 3.9 | 4½ | 3.83 | .07 | Full Top |
| | 3½ | 3.98 | 4 | 3.9 | .08 | Full Middle |
| | 3 | 4.05 | 3½ | 3.98 | .07 | Full Middle |
| | 3 | 4.05 | 3 | 4.05 | .0 | Full Middle |
| | 3½ | 3.98 | 4 | 3.9 | .08 | Full Top |
| 4B (0.37 Sod.Sil.) | 3 | 4.05 | 6 3/4 | 3.5 | .55 | Partial Bottom |
| | 1½ | 4.27 | 5 | 3.76 | .51 | Partial Middle |
| | 1½ | 4.27 | 5 3/4 | 3.64 | .63 | Full Top |
| | 2½ | 4.12 | 5 | 3.76 | .36 | Full Top |
| | 4 | 3.90 | 6½ | 3.53 | .37 | Full Middle |
| | 3 | 4.05 | 5 | 3.76 | .29 | Full Middle |
| | 1 | 4.34 | 3½ | 3.98 | .36 | Full Bottom |
| | 1½ | 4.27 | 5 | 3.76 | .51 | Full Bottom |
| | 2½ | 4.12 | 6 | 3.61 | .51 | Full Top |
| | 3 | 4.05 | 7¼ | 3.42 | .63 | Full Top |
| | 2½ | 4.12 | 5 3/4 | 3.64 | .88 | Full Middle |
| | ½ | 4.42 | 4 | 3.90 | .60 | Full Middle |
| | 3 | 4.05 | 7¼ | 3.42 | .63 | Full Bottom |

15152204

123Z00198

A-7

## TABLE 10

### ATTIC FILL TEST JOB

06152945

| Date | Job Site | Fiber Count (f/ml) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Min. | Max | Avg. | T.W.A. 2/8 | T.W.A.(Part) This Job | T.W.A.(Total) This Job |
| 4/6 | G.Kilmer Home Port Byron,N.Y. | | | | | | |
| Unbound L#1 – Test No. 4A | | 3.62 | 4.28 | 3.95 | 0.988 | 0.362 | 0.576 |
| Bound L#1 W/Sodium Silicate @ Bagging Spout 0.37 Qts./cf Test No. 4B | | 1.94 | 2.53 | 2.235 | 0.559 | 0.121 | 0.326 |

## TABLE 11

### MASONRY FILL TEST JOB

| Date | Job Site | Fiber Count (f/ml) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Min. Right | Max. Left | Avg. | T.W.A. 1/8 | T.W.A.(Part) This Job | T.W.A.(Total) This Job |
| 4/7 | G.Kilmer Home Port Bryon,N.Y. | | | | | | |
| Bound Libby #3 MF W/Sodium Silicate @ Bagging Spout 0.26 Qts/cf Test 6E | | 0.29 | 0.86 | 0.575 | 0.072 | 0.018 | 0.038 |
| Bound Libby #4 MF W/Sodium Silicate @ Bagging Spout 0.25 Qts/cf Test 7D | | 2.01 | 3.02 | 2.515 | 0.314 | 0.079 | 0.168 |

15152205

123Z00199