# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

June 18, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   67063

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH May 31, 2003

Atty - SLB
RE:   01- Case Administration                                                                               Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/03 | ASD | 1.80 | 450.00 | Continue research regarding financial issues at the request of Committee Chair; draft memo regarding same (divided with USG). |
| 05/01/03 | JMS | 2.30 | 575.00 | Prepare for strategy meeting (1/2 time with USG) (2.3). |
| 05/01/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 05/02/03 | ASD | 1.30 | 325.00 | Continue research regarding financial issues (split with USG) (interoffice conference with Jay Sakalo regarding same). |
| 05/02/03 | JMS | 3.00 | 750.00 | Emails to/from D. Speights regarding strategy meeting (.4); prepare analysis therefor (2.6). |
| 05/02/03 | NW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents. |
| 05/05/03 | NW | 1.50 | 150.00 | Review case dockets and assemble relevant documents. |
| 05/06/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 05/07/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 05/08/03 | ASD | 1.20 | 300.00 | Research regarding financial status. |
| 05/08/03 | SLB | 0.30 | 150.00 | Conference with J. Sakalo regarding discussions with D. Speights regarding meeting with court (.3). |
| 05/08/03 | JMS | 1.90 | 475.00 | Review equity committee and Debtors' response to motion to extend avoidance action statute of limitation (.6); telephone conference with D. Speights regarding strategic meeting (.5); telephone conferences with D. Speights, S. Baena thereon (.8). |
| 05/08/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant documents. |
| 05/09/03 | SLB | 0.60 | 300.00 | Prepare for May 13th meeting with Court [time split with USG] (.6). |
| 05/09/03 | JMS | 2.30 | 575.00 | Prepare for strategic meeting (1/2 time with USG) (2.3). |
| 05/09/03 | NW | 0.70 | 70.00 | Review case dockets and assemble relevant documents. |
| 05/10/03 | JMS | 1.80 | 450.00 | Continue preparation for strategic meeting (1.8) (1/2 time with USG) |
| 05/11/03 | SLB | 2.50 | 1,250.00 | Travel to NYC for meetings with committee chairs and Judge Wolin [work en route preparing for same] (5.0). |
| 05/12/03 | SLB | 4.25 | 2,125.00 | Meetings with committee chairs and prepare for meeting with Judge Wolin (4.25). |
| 05/12/03 | JMS | 5.30 | 1,325.00 | Prepare en route to New York for meeting with Committee members (2.1); meetings with S. Baena and Committee members (3.2). |
| 05/12/03 | NW | 1.50 | 150.00 | Review case dockets and assemble relevant documents. |
| 05/13/03 | SLB | 2.50 | 1,250.00 | Meeting with Judge Wolin (2.5). |
| 05/13/03 | JMS | 3.00 | 750.00 | Prepare for and meet with J. Wolin, S. Baena, Committee members (3.0). |
| 05/13/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant documents. |
| 05/14/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 05/15/03 | NW | 2.00 | 200.00 | Review case dockets and assemble relevant documents (.7); Prepare hearing notebook for May 19, 2003 hearing (1.3). |
| 05/16/03 | NW | 0.70 | 70.00 | Review case dockets and assemble relevant documents (.7). |
| 05/19/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 05/20/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant documents. |
| 05/21/03 | JMS | 0.70 | 175.00 | Review news articles regarding asbestos settlement trust (1/2 time with USG) |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.7). |
| 05/21/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant documents. |
| 05/22/03 | JMS | 1.30 | 325.00 | Review proposed trust bill of Senator Hatch (1/2 time with USG) (1.3). |
| 05/23/03 | JMS | 0.50 | 125.00 | Telephone conference with committee chair regarding pending matters and strategic action (.5). |
| 05/23/03 | WV | 0.30 | 30.00 | Research EPA website, find new documents and print out vermiculite asbestos reports. |
| 05/27/03 | JMS | 0.30 | 75.00 | Review Daleen 9019 (.3). |
| 05/27/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 05/28/03 | JMS | 0.40 | 100.00 | Emails regarding status (.4). |
| 05/28/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 05/29/03 | SLB | 0.50 | 250.00 | Telephone conference with D. Speights and M. Dies (.5). |
| 05/29/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 05/30/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |

**PROFESSIONAL SERVICES** $13,890.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 05/01/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3050426782; DATE: 5/4/03 - Acct.#BILZIN01 | 7.55 |
| 05/02/03 | Long Distance Telephone(803) 943-4084 | 1.66 |
| 05/02/03 | Long Distance Telephone(803) 943-4444 | 4.16 |
| 05/02/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 468938485 DATE: 5/7/03 | 12.64 |
| 05/08/03 | Long Distance Telephone(803) 943-4444 | 1.66 |
| 05/08/03 | Long Distance Telephone(843) 524-5708 | 8.32 |
| 05/08/03 | Long Distance Telephone(409) 883-4394 | 0.83 |
| 05/08/03 | Long Distance Telephone(409) 882-1732 | 0.83 |
| 05/08/03 | Long Distance Telephone(409) 883-4394 | 0.83 |
| 05/08/03 | Long Distance Telephone(803) 943-6047 | 4.99 |
| 05/09/03 | Photocopies 5.00pgs @ .15/pg | 0.75 |
| 05/09/03 | Long Distance Telephone(507) 333-4599 | 1.66 |
| 05/09/03 | Long Distance Telephone(507) 333-4599 | 2.50 |
| 05/12/03 | AirfareTravel to New York - VENDOR: Continental Travel; INVOICE#: 288347; DATE: 4/30/03 | 178.00 |
| 05/12/03 | AirfareTravel to NY - VENDOR: Continental Travel; INVOICE#: 288705; DATE: 5/6/03 | 327.50 |
| 05/13/03 | AirfareTravel to New York - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/13/03; DATE: 5/13/03 | 548.50 |
| 05/13/03 | LodgingTravel to New York - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/13/03; DATE: 5/13/03 | 545.34 |
| 05/13/03 | MealsTravel to New York - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/13/03; DATE: 5/13/03 | 344.61 |
| 05/13/03 | Long Distance Telephone-Outside ServicesTravel to New York - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/13/03; DATE: 5/13/03 | 17.00 |
| 05/13/03 | Fares, Mileage, ParkingTravel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/14/03; DATE: 5/14/03 | 39.50 |
| 05/13/03 | LodgingTravel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/14/03; DATE: 5/14/03 | 163.84 |
| 05/13/03 | MealsTravel to New York - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/14/03; DATE: 5/14/03 | 1.74 |
| 05/13/03 | Fares, Mileage, ParkingTrain - Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/14/03; DATE: 5/14/03 | 48.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---:|
| 05/15/03 | Photocopies 3.00pgs @ .15/pg | 0.45 |
| 05/15/03 | Photocopies 362.00pgs @ .15/pg | 54.30 |
| 05/15/03 | Photocopies 78.00pgs @ .15/pg | 11.70 |
| 05/15/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 473615135 DATE: 5/21/03 | 12.58 |
| 05/19/03 | Long Distance Telephone(302) 575-1555 | 2.50 |
| 05/29/03 | Photocopies 209.00pgs @ .15/pg | 31.35 |
| 05/29/03 | Long Distance Telephone(843) 524-5708 | 0.83 |
| 05/29/03 | Long Distance Telephone(409) 882-1732 | 0.83 |
| 05/29/03 | Long Distance Telephone(409) 882-1732 | 13.31 |
| 05/29/03 | Long Distance Telephone(843) 524-5708 | 20.79 |
| 05/29/03 | Long Distance Telephone(843) 524-5708 | 3.33 |
| 05/30/03 | Long Distance Telephone(787) 250-5620 | 1.66 |
| 05/30/03 | Long Distance Telephone(409) 883-4394 | 1.66 |

**TOTAL COSTS ADVANCED** $2,417.70

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 10.65 | 500.00 | $5,325.00 |
| Danzeisen, Allyn S | 4.30 | 250.00 | $1,075.00 |
| Sakalo, Jay M | 22.80 | 250.00 | $5,700.00 |
| Wong, Nichole | 17.60 | 100.00 | $1,760.00 |
| Van Dijk, Wendy | 0.30 | 100.00 | $30.00 |
| *TOTAL* | *55.65* | | *$13,890.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $1,054.00 |
| Photocopies | $98.55 |
| Fares, Mileage, Parking | $87.50 |
| Federal Express | $25.22 |
| Long Distance Telephone | $72.35 |
| Long Distance Telephone-Outside Services | $24.55 |
| Lodging | $709.18 |
| Meals | $346.35 |
| TOTAL | $2,417.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $16,307.70

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| | | Atty - SLB |
| RE: | 02 - Debtors' Business Operations | Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/02/03 | JMS | 0.50 | 125.00 | Review February monthly operating report and letter to G. Boyer thereon (.5). |

**PROFESSIONAL SERVICES** $125.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | 250.00 | $125.00 |
| *TOTAL* | *0.50* | | *$125.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $125.00

# Bilzin Sumberg Baena Price & Axelrod LLP

Atty - SLB
Re: 03 - Creditors Committee
Client No. 74817/15539

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/29/03 | SLB | 1.10 | 550.00 | Committee meeting (1.1). |
| 05/29/03 | JMS | 1.60 | 400.00 | Committee conference call (1.1); follow up call with committee chair (.5). |

**PROFESSIONAL SERVICES** $950.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 1.10 | 500.00 | $550.00 |
| Sakalo, Jay M | 1.60 | 250.00 | $400.00 |
| *Total* | *2.70* | | *$950.00* |

**Total Professional Services and Costs Advanced this Matter** **$950.00**

# B<small>ILZIN</small> S<small>UMBERG</small> B<small>AENA</small> P<small>RICE</small> & A<small>XELROD</small> LLP

Atty - SLB
R<small>E</small>:   04 - Retention of Professionals      Client No. 74817/15540

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 05/02/03 | JMS | 0.40 | 100.00 | Review Debtors' application to retain Deloitte & Touche (.4). |

**P**ROFESSIONAL **S**ERVICES        $100.00

**M**ATTER **S**UMMARY OF **P**ROFESSIONAL **S**ERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 250.00 | $100.00 |
| *Total* | *0.40* | | *$100.00* |

**T**OTAL **P**ROFESSIONAL **S**ERVICES AND **C**OSTS **A**DVANCED THIS **M**ATTER        **$100.00**

# Bilzin Sumberg Baena Price & Axelrod LLP

|  |  | Atty - SLB |
|---|---|---|
| Re: | 07 - Applicant's Fee Application | Client No. 74817/15543 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/03 | JMS | 0.30 | 75.00 | Review spreadsheet from L. Ferdinand (.3). |
| 05/14/03 | JMS | 0.40 | 100.00 | Revise bill (.4). |
| 05/30/03 | LMF | 0.60 | 66.00 | Update notice of fees for month of April (.6). |

**Professional Services** $241.00

**Matter Summary of Professional Services**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 250.00 | $175.00 |
| Flores, Luisa M | 0.60 | 110.00 | $66.00 |
| *Total* | *1.30* |  | *$241.00* |

**Total Professional Services and Costs Advanced this Matter** **$241.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 08 - Hearings    Client No. 74817/15544

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 05/16/03 | JMS | 0.20 | 50.00 | Review hearing notebook (.2). |
| 05/19/03 | JMS | 1.50 | 375.00 | Prepare for and attend omnibus hearing (by telephone) (1.5). |

**PROFESSIONAL SERVICES** $425.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | 250.00 | $425.00 |
| *TOTAL* | *1.70* | | *$425.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$425.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/03 | NW | 2.00 | 200.00 | Assemble new property damage claim forms and update claim register. |
| 05/06/03 | NW | 1.00 | 100.00 | Assemble new property damage claim forms and update claim register. |
| 05/09/03 | NW | 0.50 | 50.00 | Phone calls with Rust Consulting to procure updated property damage claim matrix. |
| 05/12/03 | NW | 3.00 | 300.00 | Assemble new property damage claims and update claim register. |
| 05/13/03 | NW | 3.00 | 300.00 | Assemble new property damage claims and update claim register. |
| 05/14/03 | NW | 3.00 | 300.00 | Assemble new property damage claims and update claim register. |
| 05/15/03 | NW | 0.50 | 50.00 | Organize and label property damage claims boxes. |
| 05/16/03 | NW | 1.50 | 150.00 | Assemble new property damage claims and update claim register. |
| 05/19/03 | NW | 4.50 | 450.00 | Review and assemble new property damage claim forms, and update claim register. |
| 05/20/03 | NW | 5.00 | 500.00 | Review and assemble new property damage claim forms, and update claim register. |
| 05/21/03 | NW | 4.00 | 400.00 | Review and assemble new property damage claim forms, and update claim register. |
| 05/27/03 | NW | 3.00 | 300.00 | Assemble new property damage claim forms and update claim register. |

**PROFESSIONAL SERVICES** $3,100.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wong, Nichole | 31.00 | 100.00 | $3,100.00 |
| *TOTAL* | *31.00* | | *$3,100.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,100.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 10 - Travel |  | Client No. 74817/15546 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/13/03 | SLB | 1.25 | 625.00 | Return to Miami (2.5). |
| 05/14/03 | JMS | 0.90 | 225.00 | Return travel to Miami (1.8). |

**PROFESSIONAL SERVICES** $850.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.25 | 500.00 | $625.00 |
| Sakalo, Jay M | 0.90 | 250.00 | $225.00 |
| *TOTAL* | *2.15* |  | *$850.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $850.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement |  |  | Client No. 74817/15554 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/15/03 | JMS | 0.60 | 150.00 | Review Federal Mogul plan (1/2 time with USG (.6). |
| 05/16/03 | JMS | 2.10 | 525.00 | Continue analysis of OCF plan (1/2 time with USG) (1.0); analysis of Federal Mogul Plan (1/2 time with USG) (1.1). |
| 05/19/03 | JMS | 0.30 | 75.00 | Emails to committee chair regarding OC plan (.3). |
| 05/20/03 | JMS | 0.30 | 75.00 | Conference with S. Baena regarding impact of OC plan on case (.3). |

**PROFESSIONAL SERVICES** $825.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 3.30 | 250.00 | $825.00 |
| *TOTAL* | *3.30* |  | *$825.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $825.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|          |     |     |     |                                 | Atty - SLB |
|----------|-----|-----|-----|---------------------------------|------------|
| RE:      | 30 - Fee Application of Others |     |     |     | Client No. 74817/17781 |

| Date | Initials | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 05/08/03 | JMS | 0.20 | 50.00 | Review one final report (.2). |
| 05/30/03 | LMF | 1.60 | 176.00 | Email Hamilton Rabinovitz regarding outstanding invoices (.3); prepare invoices and notices for filing for months of December through April (1.3). |

**PROFESSIONAL SERVICES** $226.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Sakalo, Jay M | 0.20 | 250.00 | $50.00 |
| Flores, Luisa M | 1.60 | 110.00 | $176.00 |
| *TOTAL* | *1.80* |  | *$226.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $226.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 38 - ZAI Science Trial |  | Client No. 74817/17905 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/15/03 | JMS | 0.40 | 100.00 | Review Lukins & Annis fee application to determine status of proceedings (.4). |
| 05/20/03 | JMS | 0.20 | 50.00 | Email to D. Scott, E. Westbrook regarding status (.2). |
| 05/22/03 | JMS | 1.10 | 275.00 | Review GETF report on EPA website (1.1). |

**PROFESSIONAL SERVICES** $425.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | 250.00 | $425.00 |
| *TOTAL* | *1.70* |  | *$425.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $425.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 4.30 | $1,075.00 |
| Baena, Scott L | 13.00 | $6,500.00 |
| Flores, Luisa M | 2.20 | $242.00 |
| Sakalo, Jay M | 33.80 | $8,450.00 |
| Wong, Nichole | 48.60 | $4,860.00 |
| Van Dijk, Wendy | 0.30 | $30.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — **$21,157.00**

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| Airfare | $1,054.00 |
| Photocopies | $98.55 |
| Fares, Mileage, Parking | $87.50 |
| Federal Express | $25.22 |
| Long Distance Telephone | $72.35 |
| Long Distance Telephone-Outside Services | $24.55 |
| Lodging | $709.18 |
| Meals | $346.35 |

**TOTAL COSTS ADVANCED THIS PERIOD** — $2,417.70

**TOTAL AMOUNT DUE THIS PERIOD** — **$23,574.70**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 05/31/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 13,890.00 | 2,417.70 | 16,307.70 |
| 02 - Debtors' Business Operations/15538 | 125.00 | 0.00 | 125.00 |
| 03 - Creditors Committee/15539 | 950.00 | 0.00 | 950.00 |
| 04 - Retention of Professionals/15540 | 100.00 | 0.00 | 100.00 |
| 07 - Applicant's Fee Application/15543 | 241.00 | 0.00 | 241.00 |
| 08 - Hearings/15544 | 425.00 | 0.00 | 425.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 3,100.00 | 0.00 | 3,100.00 |
| 10 - Travel/15546 | 850.00 | 0.00 | 850.00 |
| 18 - Plan & Disclosure Statement/15554 | 825.00 | 0.00 | 825.00 |
| 30 - Fee Application of Others/17781 | 226.00 | 0.00 | 226.00 |
| 38 - ZAI Science Trial/17905 | 425.00 | 0.00 | 425.00 |
| Client Total | $21,157.00 | $2,417.70 | $23,574.70 |