Version: 6.0, Date:8/31/2001

PD6852 18 "Appendix B5"
LSH008473 Southdown Quarry
Quality Assurance Project Plan - Appendix B5:
Determination of Cleavage/Asbestiforms

# Appendix B5. Determination of Cleavage/Asbestiforms

LEE EX. 4

Draft – Privileged and Confidential Work Product       Determination of Cleavage/Asbestiform

Asbestiform fibers are defined as those exhibiting characteristics of: a) high aspect ratios (usually 20:1 to 100:1 or higher), b) curvature, and c) fiber bundles with splayed ends. Asbestiform fibers can occur in bundles of parallel fibers or in matted masses of fibers and fiber bundles. Typically, individual fibers have width dimensions of less than 0.5 μm.

To properly classify a mineral particle as asbestiform or as cleavage, the fiber is examined in the transmission electron microscope. The following simplified flowchart can be used to classify the particle as asbestiform or as cleavage.



However, for some mineral particles, a more complex scheme (as shown in the next flowchart) is needed to determine asbestiform/cleavage. This second flowchart incorporates additional analyses particularly

Page 1 of 3

Draft – Privileged and Confidential Work Product        Determination of Cleavage/Asbestiform

useful on amphibole particles. It retains the conservative aspect ratio of the first flowchart (≥ 5:1) but incorporates additional steps such as examining the particle for internal diffraction contours.



Version: 4.0, Date: 1/24/2001

PD6393
LSH008473 Southdown Quarry
Quality Assurance Project Plan (version 4.0
dated 01/24/01) entitled - Assessment of
Population Exposure and Risks to Emissions
of Protocol structures and Other Biologically

# Quality Assurance Project Plan

January 24, 2001

## Assessment of Population Exposure and Risks to Emissions of Protocol structures and Other Biologically Relevant Structures from the Southdown Quarry

To be Conducted By
The Environmental and Occupational Health Sciences Institute
Piscataway, NJ

Funded By the
New Jersey Department of Environmental Protection

| | | |
|---|---|---|
| Principal Investigator: | Paul Lioy, Ph.D. | |
| Signature:_____ | Organization: <u>UMDNJ-EOHSI</u> | Date:_____ |
| Co-Principal Investigator: | Junfeng (Jim) Zhang, Ph.D. | |
| Signature:_____ | Organization: <u>UMDNJ-EOHSI</u> | Date:_____ |
| Co-Principal Investigator: | Natalie Freeman, Ph.D. | |
| Signature:_____ | Organization: <u>UMDNJ-EOHSI</u> | Date:_____ |