IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Attachments to Memorandum in Support of the Claimants' Motion to Exclude
Dr. R.J. Lee's Opinion on Cleavage Fragments**

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: July 7, 2003

## TABLE OF CONTENTS

**Exhibit**

| | |
|---|---|
| 1 | Excerpts from Morton Corn Deposition (May 29, 2003) |
| 2 | R.J. Lee Report (Apr. 15, 2003) |
| 3 | Excerpts from OSHA Proposed Asbestos Standard (1992) |
| 4 | Excerpts from R. J. Lee Deposition (June 6, 2003) |
| 5 | <u>Ambient Air – Determination of Asbestos Fibers – Direct Transfer Transmission Electron Microscopy Method</u>, Number 10312, International Standards Organization (1995) |
| 6 | <u>Determination of Cleavage/Asbestiforms</u>, R.J. Lee flow chart (Aug. 31, 2001) |
| 7 | Ann Wylie, <u>Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples</u>, Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342 (M.E. Beard and H.L. Rooks, eds. 2000) |
| 8 | R.J. Lee, et al., <u>Asbestiform and Nonasbestiform Mineral Growth Habit and Their Relationship to Cancer Studies</u> (Apr. 2003) |
| 9 | J. C. McDonald, et al., <u>Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite</u>, British J. of Ind. Med., 43:436-44 (1986) |
| 10 | J. C. McDonald, et al., <u>Health of Vermiculite Workers Exposed to Trace Amounts of Fibrous Tremolite</u>, British J. of Ind. Med., 45:630-34 (1988) |
| 11 | <u>Asbestos Strategies, Lessons Learned About Management and the Use of Asbestos</u>, Global Environment & Technology Foundation (Apr. 21, 2003) |
| 12 | Grace draft response to an inquiry from the Consumer Products Safety Commission (Apr. 24, 1979) |
| 13 | Memorandum from E. S. Wood to C. E. Brookes, et al. (May 24, 1977) |
| 14 | Letter from H. A. Eschenbach to A. Harvey, R.T. Vanderbilt Company (May 12, 1983) |
| 15 | Julie Yang, <u>Chemistry of Vermiculite and Asbestos</u> (Sept. 16, 1983) |

| | |
|---|---|
| 16 | Excerpts from Julie Yang deposition in <u>United States v. W.R. Grace & Co.</u> (Aug. 21, 2002) |
| 17 | R. J. Lee Group Project Report. Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (June 26, 2002) |
| 18 | Julie Yang, <u>Characterization and Preparation of Respirable Sized Tremolite Fiber and Vermiculite for Animal Studies</u> (Apr. 8, 1976) |
| 19 | Memorandum from J. W. Wolter to Grace file (Oct. 5, 1976) |
| 20 | OSHA, <u>Polarized Light Microscopy of Asbestos</u>, Method ID-191 (1992) |
| 21 | William Longo Affidavit |
| 22 | W. J. Campbell, et al., <u>Selected Silicate Minerals and Their Asbestiform Varieties</u>, Bureau of Mines Information Circular 8751 (1977) |
| 23 | R. L. Perkins & B. W. Harvey, <u>Method for the Determination of Asbestos in Bulk Building Materials</u>, EPA/600/R-93/116, Table 2-2 (July 1993) |
| 24 | Excerpts from Edward Ilgren Deposition (May 22, 2003) |
| 25 | W. J. Campbell, et al., <u>Relationship of Mineral Habit to Size Characteristics for Tremolite Cleavage Fragments and Fibers</u>, Bureau of Mines Report of Investigations 8367 (1979) |
| 26 | R. J. Lee, et al., <u>Considerations in the Analysis and Definition of Asbestos Using Electron Microscopy</u>, National Bureau of Standards Special Publication 619 (Mar. 1982) |
| 27 | Letter from W. R. Grace to OSHA (May 24, 1984) |
| 28 | R. J. Lee Report in <u>United States v. W. R. Grace & Co.</u> (July 29, 2002) |
| 29 | EPA Memorandum from Christopher P. Weis to Paul Peronard (May 31, 2002) |
| 30 | EPA's Response to Comments Received on the Second Supplement to the Export/Screening Plant Administrative Record, <u>United States v. W. R. Grace & Co.</u> Administrative Record Document 2002165 |
| 31 | Order in <u>United States v. W. R. Grace & Co.</u> (Dec. 19, 2002) |
| 32 | EPA Summary On-Site Audit Report, R.J. Lee Group, Inc. (May 1, 2001) |

33          EPA Memorandum from Michael B. Cook to Superfund Regional
            Managers (June 19, 2003)