# GRACE

Health, Safety and
Toxicology Department
Industrial Chemicals Group

W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

12 May 1983

Mr. Allan Harvey
R. T. Vanderbilt Co., Inc.
30 Winfield St.
Norwalk, CT   06855

Subject:   TSCA 8(e) Report -- Tremolite

Mr. Harvey:

Attached is a copy of our 8(e) submission to the EPA on the health effects of asbestiform tremolite in our Libby, Montana, operation. As I indicated to you on the phone, the tremolite causing our problem is clearly an asbestiform material which, when examined using phase contrast microscopy, looks somewhat like classical crocidolite or amosite. It is in no way similar to the blocky inferior quality stuff which you people persist in passing off as tremolite.

While the attached document is available to anyone from the EPA, we would prefer that you not make it available to anyone. We will be happy to supply copies to anyone upon direct request.

Please feel free to contact me again if you need further information.

H. A. Eschenbach

HAE/cs

attachment



DEPOSITION EXHIBIT