# GRACE

Construction Products Division

773297

# CHEMISTRY OF

# VERMICULITE AND ASBESTOS

JULIE C. YANG
9/16/83

15005961

## ANALYTICAL TECHNIQUES

773298

- LIGHT/OPTICAL MICROSCOPY                                            10 – 430 X

    Dark Field Illumination
    Dispersion Staining
    Petrographic Method

- SCANNING ELECTRON MICROSCOPY   (SEM)                     100 – 40,000 X

    Energy Dispersive X-Ray Spectroscopy (EDXS)

- TRANSMISSION ELECTRON MICROSCOPY   (TEM)           500 – 40,000 X

    Selective Area Electron Diffraction   (SAED)

- X-RAY DIFFRACTION   (XRD)

    Detection >0.2% of Mineral Species

JCY

15005962

773299

## COMPUTATION FOR 8 HOUR EXPOSURE

### 8 Hour Time Weighted Average Values:

$$C_{TW} = \frac{\Sigma\, C_1 \cdot t_1}{\Sigma t_1} = \frac{C_1 t_1 + C_2 t_2 + \ldots C_n t_n}{t_1 + t_2 + \ldots t_n}$$

Where   $C_{TW}$ = time weighted average concentration (fibers/ml)

$C_1$ = single value of concentration (fibers/ml)

$t_1$ = single sample duration (min.)

$\Sigma t_1$ = total sample duration

$n$ = total number of samples

### Equivalent 8 Hour Exposure:

$$f = \frac{\text{full shift time or job time (hours)}}{8 \text{ hours}}$$

$$C\,eq = f \cdot C_{TW}$$

Where   $f$ = factor

$Ceq$ = equivalent 8 hour exposure concentration

JCY/pad

15005963

773300



Megascopic and microscopic photographs of asbestos and nonasbestos tremolite: Upper panels – megascopic, left—tremolite asbestos and right—nonasbestos tremolite; lower panels—microscopic, left—tremolite asbestos and right—nonasbestos tremolite.

15005964

773301



85
86
87
88
89
90

TREMOLITE

1 µm

20,000X

15005965

773302





- Scanning electron microscope (SEM) and energy dispersion X-ray spectra (EDX) photographs of chrysotile asbestos and nonasbestos antigorite-lizardite: Upper panels - SEM, left—chrysotile and right—antigorite-lizardite; lower panels - EDX, left—chrysotile and right—antigorite-lizardite.

15005966

773303



85    86

87    88

89    90

TREMOLITE

1 μm    20,000X

32

15005967

773304



85  86  87  88  89  90

TREMOLITE

1 μm  20,000X

15005968

773305



85  86  87  88  89  90

TREMOLITE

1 μm    20,000X

15005969

773306

Figure 1

## SOME ASBESTOS MINERALS AND FORMULAS



15005970

773307

Figure 1

SOME ASBESTOS MINERALS AND FORMULAS



15005971

773308

## PROCEDURE FOR FIBER COUNTING

I. <u>Preparation Of The Slides</u>

- Cut a pie shaped segment from the cellulose filter sample with a dissecting knife.

- Place a drop of mounting solution* in the center of a slide.

- Draw the mounting solution into a triangular shape using a clean glass rod.

- Remove the pie segment from the cassette using curved forceps and place it on the mounting solution.

- Place the cover glass over the sample, and let set for approximately 10 minutes.

- Apply very slight pressure to the cover slip to remove trapped air bubbles and clear slide.

- The slide is cleared up after 1-2 hours (overnight is better) and ready for reading.

* Mounting solution is a mixture of equal volume portion of dimethyl oxalate and dimethyl phthalate, with 1/30 of its volume of the filters added and thoroughly mixed.

JCX/pad
5/12/83

15005972

773309

PROCEDURE FOR FIBER COUNTING

I. Preparation Of The Slides

- Cut a pie shaped segment from the cellulose filter sample with a dissecting knife.

- Place a drop of mounting solution* in the center of a slide.

- Draw the mounting solution into a triangular shape using a clean glass rod.

- Remove the pie segment from the cassette using curved forceps and place it on the mounting solution.

- Place the cover glass over the sample, and let set for approximately 10 minutes.

- Apply very slight pressure to the cover slip to remove trapped air bubbles and clear slide.

- The slide is cleared up after 1-2 hours (overnight is better) and ready for reading.

* Mounting solution is a mixture of equal volume portion of dimethyl oxalate and dimethyl phthalate, with 1/30 of its volume of the filters added and thoroughly mixed.

JCY/pad
5/12/83

15005973

773310

II. Counting

A Porton reticle in the eye piece is used for defining field of counting. The Porton reticle is calibrated against a slide micrometer. Our counting field area is $0.0027mm^2$.

A daily check of the phase ring is made to assure the microscope is operating in good condition.

We follow the NIOSH method for evaluating airborne asbestos fibers and count 100 fields or 100 fibers whatever is reached first. Types of fiber to be counted are:

- Fiber length is 5 microns in length or longer.

- Fibers whose length to diameter ratio (aspect ratio) is greater than 3.

- Fiber with diameter less than 3 microns.

JCY/pad
5/12/83

15005974