US of America v W.R. Grace & Company

Julie C. Yang, PhD - August 21, 2002

Page 1 to Page 164

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

KELTY & SCOTT, LLC
541 Jefferson Ave., Suite 102

Redwood City,, CA 94063
Phone: 800.694.5558

### Page 61

(1) the values had decreased?
(2) A  Tremendously, to less than 1 percent.
(3) Q  Thank you. During the period from 1984
(4) to 1990, did you review -- and by you, I mean you or
(5) your analytical group, of course -- review any
(6) analysis, reports of tremolite concentration of
(7) waste streams from the mining and beneficiation of
(8) Libby ore?
(9) A  If there is any results, it will be in
(10) the report.
(11) Q  And you have no recollection beyond
(12) what's in the reports?
(13) A  No, I don't.
(14) Q  In that same time period from 1984 to
(15) 1990, did you analyze, review or report values from
(16) the tremolite content of expanded vermiculite
(17) product?
(18) A  Once or twice.
(19) Q  Do you recall what those values might
(20) have been?
(21) A  No. If there is any, it will be in the
(22) report also.
(23) Q  And lastly, for that same time period,
(24) 1984 to 1990, did you analyze, review or report
(25) values for tremolite content of stoner rock produced

### Page 62

(1) at the expansion facilities of W.R. Grace?
(2) A  Maybe once.
(3) Q  Do you recall what that value might have
(4) been?
(5) A  No.
(6) Q  So, once again, whatever is in the
(7) reports would be correct?
(8) A  Yes.
(9) MR. LUND:  Object to the form of the
(10) question.
(11) MR. COHN: Q  Have you or your group,
(12) while you were at W.R. Grace, received samples for
(13) analysis from closed Grace exfoliation facilities?
(14) A  Closed?
(15) Q  That's correct.
(16) A  You mean the mining site or you mean the
(17) plant, expansion plant?
(18) Q  The expansion plant. The exfoliation.
(19) A  I don't recall at all.
(20) Q  Do you know if there is a group within
(21) W.R. Grace that deals with facilities that are
(22) closing, Grace facilities that are closing?
(23) A  The engineering group.
(24) Q  Were you ever asked to analyze samples
(25) collected by that group?

### Page 63

(1) A  As I say, I don't recall. If it's once,
(2) it will be in the report.
(3) Q  Dr. Yang, are there generally fibrous and
(4) nonfibrous tremolite fiber in materials that we have
(5) just discussed; that is, expanded material
(6) concentrate?
(7) MR. LUND:  Object to the form of the
(8) question.
(9) THE WITNESS:  In all Grace product or in
(10) vermiculite product or in what?
(11) MR. COHN: Q  Let's take them one at a
(12) time, if we might. Ore concentrate coming from
(13) Libby, are there fibrous and nonfibrous tremolite?
(14) MR. LUND:  Object to the form of the
(15) question.
(16) THE WITNESS:  Mostly fibrous material.
(17) Fibrous tremolite in Libby product.
(18) MR. COHN: Q  I'm sorry for the delay.
(19) A  That's all right.
(20) Q  I am going to go back, if I might, to one
(21) more thing.
(22) Do you know when the Libby plant closed?
(23) A  Exactly the date, I don't. Maybe it's in
(24) early '90s.
(25) Q  Do you know what the screening plant was?

### Page 64

(1) A  Screening plant? Where? In Libby?
(2) Q  In Libby.
(3) A  Not too well.
(4) Q  Do you have any idea at all?
(5) A  No.
(6) Q  That's fine.
(7) When concentrate left the mill, do you
(8) know if it went to another facility to be screened
(9) into different sizes?
(10) A  I do.
(11) Q  Was that called the screening plant?
(12) A  Yes.
(13) (Document referred to herein marked for
(14) identification Exhibit No. 213)
(15) MR. COHN: Q  Dr. Yang, I am handing you
(16) Exhibit 213. It is a request for technical service
(17) dated 6/30/92. Is that your signature down at the
(18) bottom of the page?
(19) A  Accepted. Yes.
(20) MR. LUND:  Just to clarify, Matt, the
(21) date on the top is 6/30/92. Is that the date you
(22) are referring to?
(23) MR. COHN:  Yes.
(24) THE WITNESS:  RFTS. That's the request
(25) name. It's called RFTS. 93038. Yes, I accept it.