# RJ LeeGroup, Inc.

550 Hochberg Road
Monroeville, PA 15146
Tel: (724) 325-1776
Fax: (724) 733-1799

The Materials Characterization Specialists

June 26, 2002

Dr. Peter S. J. Lees, CIH
4415 Underwood Road
Baltimore, MD 21218-1151

RE:  Bulk Asbestos Analyses
RJ Lee Group Project ESH202758

Dear Dr. Lees:

RJ Lee Group has completed the analyses of the bulk samples collected at a home in Averil Park, NY. The bulk samples were received at RJ Lee Group on March 7 and 22, 2002. Each sample was assigned an RJ Lee Group sample number as indicated in the attached tables.

Bulk Samples

Examination of four of the samples was performed using polarized light microscopy (PLM) following the method outlined in EPA/600/R-93/116, Method for the Determination of Asbestos in Bulk Building Materials. The results are presented in the attached Table 1. Chrysotile asbestos was identified at trace quantities in the joint compounds.

Vermiculite Insulation Samples

Each sample of expanded vermiculite attic insulation was weighed and dried in a low temperature oven to determine the moisture content. After the sample was dried, it was wet screened though a 500 μm (35 mesh) sieve to produce a coarse and fine fraction. Each fraction was dried, weighed, and analyzed using polarized light microscopy (PLM) following the method outlined in EPA/600/R-93/116, Method for the Determination of Asbestos in Bulk Building Materials. The results are presented in the attached Table 2. The asbestiform amphibole minerals tremolite/actinolite were observed in all samples. As you are aware, PLM cannot distinguish between the regulated asbestos amphiboles (tremolite asbestos and actinolite asbestos) and the non-regulated amphiboles winchite and richterite.

RJ Lee Group is accredited by the National Voluntary Laboratory Accreditation Program (NVLAP, #101208-00) for selected test methods for airborne asbestos fiber analysis (TEM), asbestos fiber analysis (PLM), New York State Department of Health Environmental Laboratory Approval Program (ELAP), and by the American Industrial Hygiene Association (AIHA). This test report only relates to the items tested. NVLAP

Dr. Peter S. J. Lees, CIH
June 26, 2002

accreditation does not imply endorsement by NVLAP or any agency of the U.S. Government. This report may be reproduced in full.

These results are submitted pursuant to RJ Lee Group's current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. No responsibility or liability is assumed for the manner in which the results are used or interpreted. Unless notified in writing to return the sample covered by this report, RJ Lee Group will store the sample for a period of ninety (90) days before discarding. A shipping and handling fee will be assessed for the return of any sample.

If you have any questions on this report or if we can be of further assistance, please feel free to call me.

Sincerely,

Drew R. Van Orden, PE
Senior Scientist

**Table I.** Polarized Light Microscopy (PLM) Results, EPA/600/R-93/116 Method
RJ Lee Group Project No. LSH202758

Analyst: WHP

Analysis Report for VAI Simulations -- Group # 2 & Group # 3

| Sample ID | RJ Lee Group Sample ID | Building/location | Non-Asbestos Components | | Asbestos Content | Comments |
|---|---|---|---|---|---|---|
| **B-001**<br>(Wallboard-Joint Compound)<br>collected 3/5/02<br>analyzed 3/22/02 | 3030060<br>Layer #1 (Paper) | 32 Cherokee Circle<br>Averill Park, NY | Cellulose | 100 % | None detected | White wallboard with Tan Paper.<br>No joint compound on sample. |
| | 3030060<br>Layer #2 (Wallboard) | 32 Cherokee Circle<br>Averill Park, NY | Gypsum<br>Calcite<br>Cellulose<br>Quartz | 80-90 %<br>5 - 7 %<br>4 - 6 %<br>2 - 3 % | None detected | |
| **B-002**<br>(Joint Compound)<br>collected 3/5/02<br>analyzed 3/22/02 | 3030061 | 32 Cherokee Circle<br>Averill Park, NY | Calcite<br>Talc | 95-98 %<br>2 - 4 % | Chrysotile    <1 % | Light tan joint compound |
| **B-003**<br>(Tape Lift)<br>collected 3/5/02<br>analyzed 3/22/02 | 3030062<br>Layer #1 (Tape and Paint) | 32 Cherokee Circle<br>Averill Park, NY | Cellulose<br>Opaques | 80 %<br>10 % | None detected | White tape with white paint and<br>light tan joint compound |
| | 3030062<br>Layer #2 (Joint Compound) | 32 Cherokee Circle<br>Averill Park, NY | Calcite<br>Talc | 95-98 %<br>2 - 4 % | Chrysotile    <1 % | |
| **B-013**<br>(BULK)<br>collected 3/7/02<br>analyzed 3/22/02 | 3030273 | 32 Cherokee Circle<br>Averill Park, NY | Mineral wool<br>Resin binder | 95 %<br>5 % | None Detected | Light yellow fibrous insulation |

Samples were homogeneous, unless noted

RJ LeeGroup, Inc.
350 Hochberg Road
Monroeville, PA 15146

Page 3 of 4

Analyst: WHP

**Table II.** Polarized Light Microscopy (PLM) Results, EPA/600/R-93/116 Method
RJ Lee Group Project No. LSH202758

Analysis Report for VAI Simulations -- Group # 2 & Group # 3

| Client Sample No. | RJ Lee Group No. | Location | Moisture, % | Mass ≥ 500 µm, g | Mass < 500 µm, g | PLM Asbestos Concentration, % | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ≥ 500 µm | < 500 µm | Combined |
| B-004 | 3030063 | Top | 2.66 | 24.1683 | 0.1526 | 1.20 | 0.25 | 1.19 |
| B-005 | 3030064 | Middle | 2.48 | 23.5877 | 0.2887 | 0.70 | 0.50 | 0.70 |
| B-006 | 3030065 | Bottom | 2.90 | 17.6557 | 0.2041 | 0.50 | 0.25 | 0.50 |
| | | Combined | 2.66 | 65.4117 | 0.6454 | 0.83 | 0.36 | 0.83 |
| B-007 | 3030066 | Top | 2.93 | 24.6255 | 0.2476 | 0.40 | 0.25 | 0.40 |
| B-008 | 3030067 | Middle | 2.36 | 23.5432 | 0.1620 | 1.80 | 0.75 | 1.79 |
| B-009 | 3030068 | Bottom | 5.44 | 21.5099 | 0.4107 | 0.60 | 0.50 | 0.60 |
| | | Combined | 3.52 | 69.6786 | 0.8203 | 0.93 | 0.47 | 0.93 |
| B-010 | 3030069 | Top | 6.04 | 22.0421 | 0.1569 | 0.04 | ND | 0.04 |
| B-011 | 3030070 | Middle | 1.50 | 22.8536 | 0.2473 | 1.90 | 0.75 | 1.89 |
| B-012 | 3030071 | Bottom | 2.67 | 26.9234 | 0.2750 | 0.90 | 0.50 | 0.90 |
| | | Combined | 3.33 | 71.8191 | 0.6792 | 0.95 | 0.50 | 0.95 |
| B-014 | 3030274 | Top | 3.09 | 30.2009 | 0.2748 | 1.40 | 0.50 | 1.39 |
| B-015 | 3030275 | Middle | 1.94 | 26.5405 | 0.5502 | 2.90 | 1.25 | 2.87 |
| B-016 | 3030276 | Bottom | 1.47 | 38.9394 | 1.1482 | 3.40 | 0.75 | 3.32 |
| | | Combined | 2.11 | 95.6808 | 1.9732 | 2.63 | 0.85 | 2.59 |
| B-017 | 3030277 | Top | 6.96 | 25.2358 | 0.1810 | 0.50 | 0.75 | 0.50 |
| B-018 | 3030278 | Middle | 2.70 | 23.38781 | 0.3651 | 0.20 | 0.25 | 0.20 |
| B-019 | 3030279 | Bottom | 3.15 | 23.4066 | 0.3060 | 0.80 | 0.50 | 0.80 |
| | | Combined | 4.33 | 72.0305 | 0.8521 | 0.50 | 0.45 | 0.50 |

The matrix material for all samples is vermiculite.
Unless noted, the samples were homogeneous.
The analyses were performed between 3/22/02 and 4/5/02.
Mass and asbestos concentration are reported on a dry basis.

RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

Page 4 of 4

**Moisture Content Tracking Sheet**
(Please maintain oven temperature at 60°C)

Project #: LSH3007SB    Project Name: VAI SIMULATIONS

| Sample # | Section | Cont. Wgt. | — wgt of container & wet specimen — Initials | Date | Time | Wgt | — Container wgt & oven dry (+16 hr) — Initials | Date | Time | Wgt |
|---|---|---|---|---|---|---|---|---|---|---|
| 3030063 | TOP | | RAB | 3/20/02 | 12:30PM | 24.8890 | RAB | 3/25/02 | 9:00AM | 24.2263 |
| 3030064 | MIDDLE | | | | | 24.4473 | | | | 23.8006 |
| 3030065 | BOTTOM | | | | | 18.3805 | | | | 17.7606 |
| 3030066 | TOP | | | | | 25.5639 | | | | 24.815) |
| 3030067 | MIDDLE | | | | | 24.1863 | | | | 23.616 |
| 3030068 | BOTTOM | | | | | 23.1968 | | | | 21.9355 |
| 3030069 | TOP | | | | | 23.6356 | | | | 22.2027 |
| 3030070 | MIDDLE | | | | | 23.5406 | | | | 23.1986 |
| 3030071 | BOTTOM | | | | | 27.8865 | | | | 27.1430 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

4/15/99    9:53 AM    Sent by: _____    Page 1

LSH 202758      W R Grace

| Sample | weight | 7580 μl % | Asbestform Tremlte weight | % | cleavage weight | Tremler % |
|---|---|---|---|---|---|---|
| 030274 | 30.2009 gram | 99.1% | 0.4351 gram | 1.4% | 0,0390 gram | 0.1% |
| 130275 | 26.5905 gram | 98.0% | 0.7567 gram | 2.9% | 0.4857 gram | 1.8% |
| 030276 | 38.5359 gram | 97.1% | 1.3428 gram | 3.4% | 1.2381 gram | 3.2% |
| 030277 | 25.2356 gram | 99.3% | 0.1159 gram | 0.5% | 0.1073 gram | 0.4% |
| 030278 | 23.3881 gram | 98.5% | 0.039 gram | 0.2% | 0.4674 gram | 2.1% |
| 030279 | 23.4066 gram | 98.7% | 0.1503 | 0.8% | 0.0716 | 6.3% |

ample # 3030273
roject # LSH202758
V. R. Grace & Company
-013 (BULK) Group 3
2 Cherokee Circle, Averill Park
iample collected at site visit by DVO, CL

HJ Lee Group, Inc.
## MATERIALS CHARACTERIZATION
### ;ING POLARIZED LIGHT MICROSCOPY

Analyst _W. Power_
_J_ Scope _3-22-02_

Building Name _____

Sample Gross Appearance _Light Yellow Fibrous Insulation_

| Components | | | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | | | |
| Amphibole | | | |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| ~~Opaques~~ | 5 | | Resin Binder |
| Others | 95 | | Mineral Wool |

"Sufficient Material for Further Analysis "Yes ___ No ___ Comments _____

L/Litigation forms

Sample # 5050274
Project # LSH202758
N. R. Grace & Company
3-014 (TOP) Group 3
92 Cherokee Circle, Averill Park
Sample collected at site visit by DVO, CL

Hu Lee Group, inc.
## MATERIALS CHARACTERIZATION
## ING POLARIZED LIGHT MICROSCOPY

Analyst _W. Ponveo_

____3____ Scope _4-4-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 99.1% >500μ | 0.9% <500μ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 1.4% | 0.5% | >500μ 0.4351 grams asbestiform Tremolite-Actinolite <500μ Point Count |
| Gypsum | . | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis "Yes____ No____ Comments _Weights >500μ   30,2009 grams_

_<500μ  0.2748 grams_

L/Litigation forms

:roject # LSH202758
/. R. Grace & Company
-015 (MIDDLE) Group 3
2 Cherokee Circle, Averill Park
ample collected at site visit by DVO, CL

## HJ Lee Group, inc.
## MATERIALS CHARACTERIZATION
## ING POLARIZED LIGHT MICROSCOPY

Analyst _Lv. Pones_
_3_ Scope _4-4-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 98.0% >500μ | 2.0% <500μ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 2.5% | 1.25% | >500μ  0.7567 grams  asbestiform Tren-Actinolite / <500μ    Point Count |
| Gypsum | | . | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

*Sufficient Material for Further Analysis *Yes ___ No ___ Comments _Weights >500μ 26.5405 grams_
_<500 0.5500 grams._

U/Litigation forms

W. R. Grace & Company
B-016 (BOTTOM) Group 3
32 Cherokee Circle, Averill Park
Sample collected at site visit by DVO, CL

**MATERIALS CHARACTERIZATION**
**NG POLARIZED LIGHT MICROSCOPY**

Analyst _C. Paras_

___3___ Scope _4-4-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 97.1%<br>>500μ | 2.9%<br><500μ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 3.4% | 0.75% | >500μ  1.3 grams, asbestiform Tremolite-Actinolite<br><500μ  Point  Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

*Sufficient Material for Further Analysis *Yes ___ No ___ Comments _Weights >500μ  38.9394 grams_
_<500μ  1.1482 grams_

L/Litigation forms

Sample # S000277
Project # LSH202758
W. R. Grace & Company
0017 (TOP) Group 3
2 Cherokee Circle, Averill Park
Sample collected at site visit by DVO, CL

RJ Lee Group, Inc.
**MATERIALS CHARACTERIZATION**
**ING POLARIZED LIGHT MICROSCOPY**

Analyst _W. Pomeo_
_3_ Scope _4-5-02_

Building Name _____

Sample Gross Appearance ____Tan Expanded Vermiculite____

| Components | 99.3% >500µ | 0.7% <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.5% | 0.75% | >500µ 0.1153 grams asbestiform Tremr-Actinolite <500µ Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

*Sufficient Material for Further Analysis *Yes ____ No ____ Comments _Weight >500µ 25.2355 grams._
_<500µ 0.1810 grams_

L/Litigation forms

Project # LSH202758
W. R. Grace & Company
-018 (MIDDLE) Group 3
2 Cherokee Circle, Averill Park
sample collected at site visit by DVO, CL

**MATERIALS CHARACTERIZATION**
**USING POLARIZED LIGHT MICROSCOPY**

Analyst _W. Panno_
_3_ Scope _4- 5- 02_

Building Name _____

Sample Gross Appearance _Tan  Expanded  Vermiculite_

|  | 98.5% | 1.5% |  |
| **Components** | >500µ | <500µ | **Comments** |
| --- | --- | --- | --- |
| Vermiculite |  |  |  |
| Perlite |  |  |  |
| Chrysotile | 0.0 | 0.0 |  |
| Amphibole | 0.2% | 0.2% | >500µ  0.0394 gram  asbestiform Trem- Actinolite<br><500µ     Point Count |
| Gypsum |  |  |  |
| Calcite |  |  |  |
| Mixed Clays |  |  |  |
| Feldspar |  |  |  |
| Quartz |  |  |  |
| Titania |  |  |  |
| Cellulose |  |  |  |
| Magnesite |  |  |  |
| Opaques |  |  |  |
| Others |  |  |  |

"Sufficient Material for Further Analysis "Yes____    No____    Comments _Weight >500µ    23.3481 gram_
_<500µ   0.3651 grams_

L/Litigation forms

RJ Lee Group, Inc.

**MATERIALS CHARACTERIZATION**
**USING POLARIZED LIGHT MICROSCOPY**

pro # 0002070
ct # LSH202758
. Grace & Company
9 (BOTTOM) Group 3
herokee Circle, Averill Park
ple collected at site visit by DVO, CL

Analyst _Lu. Rames_
_3_ Scope _4-5-02_

Building Name _____

Sample Gross Appearance  _Tan Expanded Vermiculite_

| Components | 98.7% >150µ | 1.3% <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | >500µ 0.1503 grams other it form Trem- Act. |
| Amphibole | 0.7% | 0.5% | <500 Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis "Yes ____ No ____ Comments _weight, >150µ 27.4066 grams_
_<500µ 0.3060 grams_

L/Litigation forms

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 4-5-02  Analyst L. Panes  Scope 3

Gross Sample Description: Tan Expanded Vermiculite
<500μ    Point Count

| RJ Lee Group Sample Number: | Sample # 3030274 Project # LSH202758 W. R. Grace & Company B-014 (TOP) Group 3 32 Cherokee Circle, Averill Park Sample collected at site visit by DVO, CL |
| --- | --- |
| RJ Lee Group Project Number: | |

Comments / # of Layers

| Stereo-scope | Client: | | | | | | | # of Preps ✓ | Homogenous Y  N | | QC Y  N | QC Analyst |

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefringence | Sign of Elongation | Extinction Angle | NFM% 55.5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz    Carbonates    Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar    Binder    Opaques |
| 0.5 | | Tremolite | W C (B) | ✓ | ✓ | 1.635 | 1.620 | L (M) | (+/-) | 11 | Perlite    Hornblende    Gypsum |
| | % Non-Asbestos Fibers | | | Optical Properties | | layer sketch | | | | | Hydromagn.    Feldspar    Mica |
| | | Cellulose | | | | | | | | | Clay    Organic Part.    Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles    Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chrysotile | | | | | | | | | |
| Amosite | | | 1 | | | 1 | | | 2 |
| Tremolite | | | | | | | | | |
| NAS | 50 | 50 | 49 | 50 | 50 | 49 | 50 | 50 | 358 |

Date 4-4-02  Analyst L. Panes  Scope 3

Gross Sample Description: Tan Expanded Vermiculite
<500μ    Point Count

| RJ Lee Group Sample Number: | Sample # 3030275 Project # LSH202758 W. R. Grace & Company B-015 (MIDDLE) Group 3 32 Cherokee Circle, Averill Park Sample collected at site visit by DVO, CL |
| --- | --- |
| RJ Lee Group Project Number: | |

Comments / # of Layers

| Stereo-scope | Client: | | | | | | | # of Preps ✓ | Homogenous Y  N | | QC Y  N | QC Analyst |

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefringence | Sign of Elongation | Extinction Angle | NFM% 98.75 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz    Carbonates    Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar    Binder    Opaques |
| 1.25 | | Tremolite | W C (B) | ✓ | ✓ | 1.635 | 1.620 | L (M) | (+/-) | 11 | Perlite    Hornblende    Gypsum |
| | % Non-Asbestos Fibers | | | Optical Properties | | layer sketch | | | | | Hydromagn.    Feldspar    Mica |
| | | Cellulose | | | | | | | | | Clay    Organic Part.    Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles    Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chrysotile | | | | | | | | | |
| Amosite | | 1 | | | | | 2 | 2 | 5 |
| Tremolite | | | | | | | | | |
| NAS | 50 | 49 | 50 | 50 | 50 | 50 | 48 | 48 | 395 |

## Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 4-4-02   Analyst Cu Puns   Scope 3

Gross Sample Description: Tan Expanded Vermiculite

&lt;500µ   Point Count

| RJ Lee Group Sample Number: | Sample # 3030276 |
| RJ Lee Group Project Number: | Project # LSH202758 |
| | W. R. Grace & Company |
| | B-016 (BOTTOM) Group 3 |
| | 32 Cherokee Circle, Averill Park |
| | Sample collected at site visit by DVO, CL |

Comments / # of Layers

| | | # of Preps ✓ | Homogenous  Ⓨ  N | QC  Y  N | QC Analyst |
| --- | --- | --- | --- | --- | --- |

| Stereo-scope | Client: |

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefin-gence | Sign of Elongation | Extinction Angle | NFM% 55.25 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz  Carbonates  Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar  Binder  Opaques |
| | 0.75 | Tram-Act | W C Ⓢ | cor | N | 1.635 | 1.1w | L Ⓜ | Ⓔ/- | 11 | Perlite  Hornblende  Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn.  Feldspar  Mica |
| | | Cellulose | | | | | | | | | Clay  Organic Part.  Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles  Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | 1 | | 1 | 1 | | | 3 |
| NAS | 52 | 50 | 45 | 50 | 45 | 45 | 50 | 50 | 397 |

---

Date 4-4-02   Analyst Cu Puns   Scope 3

Gross Sample Description: Tan Expanded Vermiculite

&lt;500µ   Point Count

| RJ Lee Group Sample Number: | Sample # 3030277 |
| RJ Lee Group Project Number: | Project # LSH202758 |
| | W. R. Grace & Company |
| | B-017 (TOP) Group 3 |
| | 32 Cherokee Circle, Averill Park |
| | Sample collected at site visit by DVO, CL |

Comments / # of Layers

| | | # of Preps ✓ | Homogenous  Ⓨ  N | QC  Y  N | QC Analyst |
| --- | --- | --- | --- | --- | --- |

| Stereo-scope | Client: |

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefin-gence | Sign of Elongation | Extinction Angle | NFM% 55.25 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz  Carbonates  Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar  Binder  Opaques |
| | 0.75 | Trem-Act | W C Ⓑ | cor | 1' | 1.635 | 1.1w | L Ⓜ | Ⓔ/- | 11 | Perlite  Hornblende  Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn.  Feldspar  Mica |
| | | Cellulose | | | | | | | | | Clay  Organic Part.  Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles  Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | 1 | | 1 | | | 1 | 3 |
| NAS | 50 | 50 | 45 | 50 | 45 | 50 | 50 | 45 | 357 |

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 4-8-02  Analyst _Lu. Panos_  Scope _3_

Gross Sample Description: Tan Expanded Vermiculite

&lt;500 µ  Point Count

| RJ Lee Group Sample Number: | Sample # 3030278 Project # LSH202758 W. R. Grace & Company B-018 (MIDDLE) Group 3 32 Cherokee Circle, Averill Park Sample collected at site visit by DVO, CL |
|---|---|
| RJ Lee Group Project Number: | |

Comments / # of Layers

| Stereo-scope | Client: | | | # of Preps  ƒ | Homogenous Ⓨ  N | | QC Y  N | QC Analyst | |
|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | 95.75 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques |
| 0.25 | | Trem-Act | W C Ⓢ | col | ν | 1.635 | 1.620 | L  Ⓜ | Ⓝ - | 1. | Perlite | Hornblende | Gypsum |
| | % | Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromag. | Feldspar | Mica |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | | | 1 | | | | 1 |
| NAS | 50 | 50 | 50 | 50 | 49 | 50 | 50 | 50 | 355 |

---

Date 4-8-02  Analyst _Lu Panos_  Scope _3_

Gross Sample Description: Tan Expanded Vermiculite

&lt;500 µ  Point Count

| RJ Lee Group Sample Number: | Sample # 3030279 Project # LSH202758 W. R. Grace & Company B-019 (BOTTOM) Group 3 32 Cherokee Circle, Averill Park Sample collected at site visit by DVO, CL |
|---|---|
| RJ Lee Group Project Number: | |

Comments / # of Layers

| Stereo-scope | Client: | | | # of Preps  ƒ | Homogenous Ⓨ  N | | QC Y  N | QC Analyst | |
|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | 95.50 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques |
| 0.5 | | Trem-Act | W C Ⓢ | col | ν | 1.635 | 1.620 | L  Ⓜ | ν - | 14 | Perlite | Hornblende | Gypsum |
| | % | Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromag. | Feldspar | Mica |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | 1 | | | 1 | | | | | 2 |
| NAS | 49 | 50 | 50 | 49 | 50 | 50 | 50 | 50 | 351 |

Sample # 3030060
Project # LSH202758
W. R. Grace & Company
B-001 (Wallboard-Joint Compound)
32 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Analyst _Lee Poures_

_3_ Scope _3-22-02_

Building Name _____

Sample Gross Appearance _White Wallboard with Tan Paper - No Joint Compound on sample_

| Components | Paper | Wallboard | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | | | |
| Amphibole | | | |
| Gypsum | | 80-90 | |
| Calcite | | 5-7 | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | 2-3 | |
| Titania | | | |
| Cellulose | 100 | 4-6 | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ____ No ____ Comments: _No Asbestiform Minerals Detected_

Sample # 3030061
Project # LSH202758
W..R. Grace & Company
B-002 (Joint Compound)
32 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
# USING POLARIZED LIGHT MICROSCOPY

Analyst _Len Owens_

_3_ Scope _2-22-02_

Building Name ————————————————————————————

Sample Gross Appearance ——— _Light Tan Joint Compound_ ———

| Components | | | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | < 1 | | |
| Amphibole | | | |
| Gypsum | | | |
| Calcite | 95-98 | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | 2-4 | | Talc |

"Sufficient Material for Further Analysis" _Yes_    No    Comments:

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Sample # 3030062
Project # LSH202758
W. R. Grace & Company
-003 (Tape Lift)
2 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

Analyst _Lee Panno_

__3__ Scope __3-22-02__

Building Name _____

Sample Gross Appearance _White Tape with white paint and Light Tan Joint Compound_

| Components | Tape and Paint | Joint Compound | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | | < 1 | |
| Amphibole | | | |
| Gypsum | | | |
| Calcite | | 55-5↓ | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | 50 | | |
| Magnesite | | | |
| Opaques | 10 | | |
| Others | | 2-4 | Talc |

"Sufficient Material for Further Analysis" Yes ____  No ____  Comments: _____

Sample # 3030063
Project # LSH202758
W. R. Grace & Company
B-004 (TOP)
32 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Analyst _Lu Pavas_

_3_ Scope _3-27-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 99.4 %<br>>500u | 0.6 %<br><500u | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 1.2 % | 0.25 % | >500 gram 0.298 gram asbestiform Trem - Act.<br><500u Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" _Yes_   No   Comments: _Wei. Et, >500u  24.168 gram_
_<500u  0.152 gram_

ample # 3030064
roject # LSH202758
I. R. Grace & Company
-005 (MIDDLE)
2 Cherokee Circle, Averill Park
ample collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Analyst _Lu Pimes_

___3___ Scope _3-27-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 58.8% >500u | 1.2% <500u | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.7% | 0.5% | >500u 0.1554 grams attenetion Trem-Act<br>< 500u Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes _____ No _____ Comments: _Weight >500u 23.57 77 grams_
_< 500u 0.2847 grams_

ample # 3030065
oject # LSH202758
. R. Grace & Company
006 (BOTTOM)
: Cherokee Circle, Averill Park
ample collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY



Analyst _L. Pams_

_3_ —— Scope _3-28-02_

Building Name ——————————————————————————————

Sample Gross Appearance —— _Tan  Expanded  Vermiculite_ ————————

| Components | 98.9% >500u | 1.1% <500u | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.5% | 0.25% | >500u  0.0424grams  asbestiform Trem - Actinolit. <br> <500u  Point  Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ___ No ___ Comments: _weight, >500u  17.6552 gram_
_<500u  0.2041 grams_

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY



Sample # 3030066
Project.# LSH202758
V. R. Grace & Company
I-007 (TOP)
2 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

Analyst _C. Panas_

__3__ Scope _3-28-02_

Building Name _____

Sample Gross Appearance ___ Tan Expanded Vermiculite ___

| Components | wt 99.6% >500µ | 8.0% <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.4% | 0.25% | >500µ 0.1077grams asbestiform Trem-Act <500µ Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ___ No ___ Comments: Weight >500µ 24.6258 gram. <500µ 0.272 gram.

# MATERIALS CHARACTERIZATION
# USING POLARIZED LIGHT MICROSCOPY

mple # 3030067
oject # LSH202758
R: Grace & Company
008 (MIDDLE)
Cherokee Circle, Averill Park
mple collected at site visit by WHP, DVO, CL

Analyst _Lu Pames_

_3_ Scope _3-2+-02_

Building Name _____

Sample Gross Appearance _____ Tem Expanded    Vermiculite ____

| Components | 99.3% >500µ | 0.7% <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 1.8% | 0.75% | >500µ  0.4347 grams  asbestiform Trem-Act<br>< 500µ  Point count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ____ No ____ Comments: Weight, >500µ    23.5432 grams,
<500µ    0.1620 gram.

ple # 3030068
ect # LSH202758
R. Grace & Company
09 (BOTTOM)
Cherokee Circle, Averill Park
nple collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Analyst _Lee Poirier_

_3_ Scope _3-28-02_

uilding Name _____

ample Gross Appearance — _Tan Expanded Vermiculite_

| Components | 98.1% <br> >500µ | 1.9% <br> <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.6% | 0.5% | >500µ  0.1397 grams  asbestdam Trem-Act <br> <500µ  Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ____ No ____ Comments: _Weight >500µ  21.5099 grams_
_<500µ  0.9107 grams_

Sample # 3030069
Project # LSH202758
W. R. Grace & Company
B-010 (TOP)
32 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

## MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY



Analyst *Lee Reams*

_3_ Scope _3-21-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 99.3%  >500 μ | 0.7%  <500 μ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.04% | 0.0 | >500μ 0.0075 grams asbestiform Trem-Act  <500μ Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes _____ No _____   Comments: Weight >500μ 22.0421 grams  <500μ 0.1569 grams

mple # 3030070
ject # LSH202758
R. Grace & Company
011 (MIDDLE)
Cherokee Circle, Averill Park
mple collected at site visit by WHP, DVO, CL

# MATERIALS CHARACTERIZATION
# USING POLARIZED LIGHT MICROSCOPY



Analyst _W. Ooomo_

_3_ Scope _3-28-02_

Building Name _____

Sample Gross Appearance _Tan Expanded Vermiculite_

| Components | 98.5 %<br>> 500µ | 1.1 %<br>< 500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 1.9 % | 0.75 % | >500µ  0.4346 grams   asbestiform Trem. Act<br><500  Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ____ No ____ Comments: Weights  >500µ  22.8534 grams
<500µ  0.2473 grams

# MATERIALS CHARACTERIZATION
## SING POLARIZED LIGHT MICROSCOPY



Sample # 3030071
Project # LSH202758
W. R. Grace & Company
B-012 (BOTTOM)
32 Cherokee Circle, Averill Park
Sample collected at site visit by WHP, DVO, CL

Analyst _W. Penner_

_3_ Scope _3-25-02_

Building Name _____

Sample Gross Appearance ___ _Tan Expanded Vermiculite_ ___

| Components | 99.0 % >500µ | 1.0 % <500µ | Comments |
|---|---|---|---|
| Vermiculite | | | |
| Perlite | | | |
| Chrysotile | 0.0 | 0.0 | |
| Amphibole | 0.5 % | 0.50% | >500µ  0.2444 grams  asbestform Trem - Act <br> <500µ  Point Count |
| Gypsum | | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

"Sufficient Material for Further Analysis" Yes ___ No ___ Comments: _weight  >500µ  26.5234 grams_
_<500µ  0.2710 grams_

LSH 202758   DSOWn,

| Sample | Weight | % Total | Weight Air taken from | % T.T.1 | weight cleavage | % T.T.1 |
|---|---|---|---|---|---|---|
| 303 0063 | 24.1663 | 99.4% | 0.2582 | 1.2% | 0.5336 | 2.2% |
| 303 0064 | 23.5877 | 98.8% | 0.1594 | 0.7% | 0.1250 | 0.5% |
| 303 0065 | 17.6557 | 98.9% | 0.0824 | 0.5% | 0.0611 | 0.4% |
| 303 0066 | 24.6255 | 99.0% | 0.1077 | 0.4% | 0.2158 | 1.2% |
| 303 0067 | 23.5432 | 99.3% | 0.4343 | 1.8% | 0.0734 | 0.3% |
| 303 0068 | 21.5055 | 98.1% | 0.1357 | 0.6% | — | — |
| 303 0065 | 22.0421 | 99.3% | 0.0079 | 0.04% | — | — |
| 303 0070 | 22.8536 | 98.9% | 0.4376 | 1.9% | 0.5817 | 2.6% |
| 303 0071 | 26.9234 | 99.0% | 0.2444 | 0.9% | 0.2724 | 1.0% |

## Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 3-25-02    Analyst Lee Purvee    Scope 3

Gross Sample Description: Tan Expanded Vermiculite

<500x    Point Count

RJ Lee Group Sample Number: 303 0063

RJ Lee Group Project Number: LSH 202758

Comments / # of Layers

| Stereo-scope | Client: | | | Color / Pleochroism | | Indices of Refraction | | Birefrin-gence | Sign of Elongation | Extinction Angle | # of Preps 8 | Homogeneous Ⓨ N | QC Y N | QC Analyst | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % | % | Asbestos Type | Morphology | ‖ | ⊥ | ‖ | ⊥ | | | | NFM% | 99.75 | | | |
| | | Chrysotile | W C S | | | | | L  M | +  - | | Quartz | Carbonates | Vermiculite | |
| | | Amosite | W C S | | | | | L  M | +  - | | Tar | Binder | Opaques | |
| | 0.25 | Trem-Act | W C Ⓢ | col | ν | 1.635 | 1620 | L  ⒶN | β/ - | L | Perlite | Hornblende | Gypsum | |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica | |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains | |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other | |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | | | | 1 | | | 1 |
| NAS | 50 | 50 | 50 | 50 | 50 | 45 | 50 | 50 | 395 |

---

Date 3-25-02    Analyst Lee Purvee    Scope 3

Gross Sample Description: Tan Expanded Vermiculite

<500x    Point Count

RJ Lee Group Sample Number: 303 0064

RJ Lee Group Project Number: LS H 202758

Comments / # of Layers

| Stereo-scope | Client: | | | Color / Pleochroism | | Indices of Refraction | | Birefrin-gence | Sign of Elongation | Extinction Angle | # of Preps 8 | Homogeneous Ⓨ N | QC Y N | QC Analyst | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % | % | Asbestos Type | Morphology | ‖ | ⊥ | ‖ | ⊥ | | | | NFM% | 99.5 | | | |
| | | Chrysotile | W C S | | | | | L  M | +  - | | Quartz | Carbonates | Vermiculite | |
| | | Amosite | W C S | | | | | L  M | +  - | | Tar | Binder | Opaques | |
| | 0.5 | Trem-Act | W C Ⓢ | col | ν | 1.635 | 1620 | L  ⒶN | β/ - | II | Perlite | Hornblende | Gypsum | |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica | |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains | |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other | |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | | 2 | | | | | 2 |
| NAS | 50 | 50 | 50 | 48 | 50 | 50 | 50 | 50 | 398 |

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 3·25·02  Analyst W.Purves  Scope 3

Gross Sample Description   Tan Expanded Vermiculite

RJ Lee Group Sample Number:   303 0061

RJ Lee Group Project Number:   LSH 202751

Comments / # of Layers   ∠500x    Point Count

| Stereo-scope | Client: | | | | | | # of Preps | Homogenous | | QC | | QC Analyst | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Asbestos | | Color / Pleochroism | | Indices of Refraction | | Birefrin- | Sign of | Extinction | | | | | |
| % | % | Type | Morphology | ‖ | ⊥ | ‖ | ⊥ | gence | Elongation | Angle | NFM% | 55.71 | | | |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite | |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques | |
| | 0.25 | Tremolite | W C Ⓢ | cor | ⌐ | 1.631 | 1.620 | L  M | ⌐- | 11 | Perlite | Hornblende | Gypsum | |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica | |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains | |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other | |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | | |

| Record Point Count Here Enter % values above | Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Chrysotile | | | | | | | | | |
| | Amosite | | | | | | | | | |
| | | | | | | | 1 | | | 1 |
| | NAS | 50 | 50 | 50 | 50 | 50 | 45 | 50 | 50 | 355 |

---

Date 3·25·02  Analyst W.Purves  Scope 3

Gross Sample Description   Tan Expanded Vermiculite

RJ Lee Group Sample Number:   303 0066

RJ Lee Group Project Number:

Comments / # of Layers   ∠500x    Point Count

| Stereo-scope | Client: | | | | | | # of Preps | Homogenous | | QC | | QC Analyst | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Asbestos | | Color / Pleochroism | | Indices of Refraction | | Birefrin- | Sign of | Extinction | | | | | |
| % | % | Type | Morphology | ‖ | ⊥ | ‖ | ⊥ | gence | Elongation | Angle | NFM% | 55.71 | | | |
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite | |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques | |
| | 0.25 | Tremolite | W C Ⓢ | cor | ⌐ | 1.631 | 1.620 | L  M | +/- | 11 | Perlite | Hornblende | Gypsum | |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica | |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains | |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other | |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | | |

| Record Point Count Here Enter % values above | Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Chrysotile | | | | | | | | | |
| | Amosite | | | | | | | | | |
| | Tremolite | | | | | 1 | | | | 1 |
| | NAS | 50 | 50 | 50 | 50 | 45 | 50 | 50 | 50 | 355 |

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 3-25-02  Analyst L. Powe  Scope 3

Gross Sample Description: Tan Expanded Vermiculite

RJ Lee Group Sample Number: 303 0067

RJ Lee Group Project Number: LSH 20275?

< 500 x    Point Count

Comments / # of Layers

| Stereo-scope | Client: | | | | | | | # of Preps 1 | Homogenous Y N | | QC Y N | QC Analyst  55.25 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ ⊥ | | Indices of Refraction ‖ ⊥ | | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques |
| | 0.25 | Trem-Act | W C B | ✓ | ✓ | 1.635 | 1.620 | L  M | ✓ - | 1. | Perlite | Hornblende | Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica |
| | | Celluose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem Act | | | 2 | | 1 | | | | 3 |
| NAS | 50 | 50 | 48 | 50 | 49 | 50 | 50 | 50 | 397 |

---

Date 3-25-02  Analyst L. Powe  Scope 3

Gross Sample Description: Tan Expanded Vermiculite

RJ Lee Group Sample Number: 303 0068

RJ Lee Group Project Number:

< 500x    Point Count

Comments / # of Layers

| Stereo-scope | Client: | | | | | | | # of Preps 1 | Homogenous Y N | | QC Y N | QC Analyst  55.50 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ ⊥ | | Indices of Refraction ‖ ⊥ | | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar | Binder | Opaques |
| | 0.50 | Trem-Act | W C B | ✓ | ✓ | 1.635 | 1.620 | L  M | (+/-) | ✓ | Perlite | Hornblende | Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica |
| | | Celluose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | | | | | 1 | 1 | 2 |
| NAS | 50 | 50 | 50 | 50 | 50 | 50 | 45 | 45 | 392 |

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 3-25-02   Analyst W. Pmas   Scope 3

Gross Sample Description: Tan Expanded Vermiculite

RJ Lee Group Sample Number: 303 00 65

< 500 μ   Point Count

RJ Lee Group Project Number: LS 4 20275 8

Comments / # of Layers

| Stereo-scope | Client: | | | | | | # of Preps | Homogenous | | QC | | QC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4 | (Y) N | | Y N | | Analyst | |

| % | % | Asbestos Type | Morphology | Color / Pleochrism | | Indices of Refraction | | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | 100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ‖ | ⊥ | ‖ | ⊥ | | | | | | |
| | | Chrysotile | W C S | | | | | L M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L M | + - | | Tar | Binder | Opaques |
| | | | W C S | | | | | L M | + - | | Perlite | Hornblende | Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| | | | | | | | | | |
| NAS | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 400 |

---

Date 3-25-02   Analyst W Pmas   Scope 3

Gross Sample Description: Tan Expanded Vermiculite

RJ Lee Group Sample Number: 303 00 70

< 500μ   Point Count

RJ Lee Group Project Number:

Comments / # of Layers

| Stereo-scope | Client: | | | | | | # of Preps | Homogenous | | QC | | QC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 5 | (Y) N | | Y N | | Analyst | |

| % | % | Asbestos Type | Morphology | Color / Pleochrism | | Indices of Refraction | | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% | 99.21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ‖ | ⊥ | ‖ | ⊥ | | | | | | |
| | | Chrysotile | W C S | | | | | L M | + - | | Quartz | Carbonates | Vermiculite |
| | | Amosite | W C S | | | | | L M | + - | | Tar | Binder | Opaques |
| | 0.71 | Trem-Act | W C (S) | ol | ⊥ | 1.635 | 1.620 | L (M) | (E) - | 11 | Perlite | Hornblende | Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. | Feldspar | Mica |
| | | Cellulose | | | | | | | | | Clay | Organic Part. | Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles | | Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: | | |
| | | Synthetic Fibers | | | | | | | | | Ash Time: | | |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | 1 | | 2 | | | | | 3 |
| NAS | 50 | 45 | 50 | 48 | 50 | 50 | 50 | 50 | 397 |

Polarized Light Microscopy Worksheet for Asbestos Analysis of Bulk Samples (Point Counts)

Date 3-25-02    Analyst L. Puma    Scope 3

Gross Sample Description: Tan Expanded Vermiculite

RJ Lee Group Sample Number: 303 0071

RJ Lee Group Project Number: LSH 20275

Comments / # of Layers: Group Point Count

| Stereo-scope | Client: | | | | # of Preps | Homogenous | | QC | QC Analyst |
|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz / Carbonates / Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar / Binder / Opaques |
| | 0.50 | Tremphd | W C B | Cur | N | 1.635 | 1620 | L  M | b/- | 4 | Perlite / Hornblende / Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. / Feldspar / Mica |
| | | Cellulose | | | | | | | | | Clay / Organic Part. / Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles / Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| Trem-Act | | | | | 1 | 1 | | | 2 |
| NAS | 50 | 50 | 50 | 50 | 45 | 45 | 50 | 50 | 392 |

Date _____    Analyst _____    Scope _____

Gross Sample Description:

RJ Lee Group Sample Number:

RJ Lee Group Project Number:

Comments / # of Layers:

| Stereo-scope | Client: | | | | # of Preps | Homogenous | | QC | QC Analyst |
|---|---|---|---|---|---|---|---|---|---|

| % | % | Asbestos Type | Morphology | Color / Pleochroism ‖ | ⊥ | Indices of Refraction ‖ | ⊥ | Birefrin-gence | Sign of Elongation | Extinction Angle | NFM% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Chrysotile | W C S | | | | | L  M | + - | | Quartz / Carbonates / Vermiculite |
| | | Amosite | W C S | | | | | L  M | + - | | Tar / Binder / Opaques |
| | | | W C S | | | | | L  M | + - | | Perlite / Hornblende / Gypsum |
| | | % Non-Asbestos Fibers | | Optical Properties | | layer sketch | | | | | Hydromagn. / Feldspar / Mica |
| | | Cellulose | | | | | | | | | Clay / Organic Part. / Fine Grains |
| | | Mineral Wool | | | | | | | | | Miscell. Particles / Other |
| | | Fibrous Glass | | | | | | | | | Ashing Acid: |
| | | Synthetic Fibers | | | | | | | | | Ash Time: |

Record Point Count Here
Enter % values above

| Type | Slide 1 | Slide 2 | Slide 3 | Slide 4 | Slide 5 | Slide 6 | Slide 7 | Slide 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | | | | | | | | | |
| Amosite | | | | | | | | | |
| | | | | | | | | | |
| NAS | | | | | | | | | |