**GRACE**

Construction Products Division

TO: File

FROM: J. W. Wolter

DATE: October 5, 1976

SUBJECT: Tremolite Reduction
Libby

On September 28, 1976 I met with the following people to discuss the possibilities for tremolite extraction or reduction at the Libby complex. Individuals at the meeting included: Bob Oliverio, Dr. Duecker, Immo Redecker, Dr. Malghan and Gary Vaplon.

Dr. Malghan of the Minerals Research Laboratory in Asheville, N.C., showed some data including the attached curve which shows the zeta potential between tremolite and vermiculite based on data he obtained through literature research from the Transvaal in South Africa. This data suggested that the least potential between the two minerals are in the range of pH of 10-12 and thus he prepared some separation techniques whereby he used some 8 x 20 and 20 x 65 concentrate from our Libby operation and tried to make separations for the tremolite from this product. Essentially what this data shows is that he was able to make a reasonably reliable separation by scrubbing and conditioning the 8 x 20 and 20 x 65 samples for about 3 minutes in a caustic soda solution with a pH of approximately 10-12 and then running a flotation test on this conditioned product followed by screening which permitted him to make a separation of a final concentrate, a tailings and a slime separation. Basically a large percentage of the tremolite showed up in either the tailings or the slime separation which he extracted off of the fines screen. We spent a considerable amount of time discussing and observing the data that Dr. Malghan had and reached the following conclusion:

We felt that tremolite is basically of two types - one that is relatively rocky and does not fragment or does not show a high degree of friability and this material we would probably have to separate through a series of roll screenings. We also notice that some tremolite is both fibrous and very friable and likely to break down. One alternative suggestion is that we would try to separate at the head of the mill through the Hi-Prob screens the following size fractions: +3 mesh, 3 x 8 mesh, 8 x 10 mesh, 12 x 20 mesh and a 20 x 65 mesh. The only difference between this breakdown and what we presently have is that we would have an additional size fraction - namely, the 8 and 10 mesh size fraction. All size fractions in sizes

/986

Page Two                                                                October 5, 1976

CC146862

larger than 10 mesh would likely be subjected to a roll screening process which would remove most of the coarse tremolite and rock from this size fraction and the retained vermiculite because of the thickness of the books and because of the presence of tremolite would be subjected to a hammermilling or some type of a commination which would allow breakdown of those tremolite particles which were retained in the respective size fractions. We would then take and combine this +10 size fraction with all the -10 size fractions at the end of the milling process and at that point determine if we could use Dr. Malghan's approach of conditioning all of this material in a caustic soda or a high pH solution that would tend to separate the remaining tremolitic fiber from the platelets of the _10 mesh material and to some degree the -10 mesh material. We would then, after conditioning, make a screen separation, possibly at the 20-28 mesh level taking all of the +20 mesh material and breifly running it through a cyclone in order to remove the fibers that have been released from this size fraction and returning that to the extractor. The -28 mesh material then would be floated for the purpose of further rock and tremolite extraction and finally screened at possibly 65-70 mesh and returned again to the extractor for drying. The reason for this attempted approach is in order to minimize the total capital outlay and possibly be able to utilize what test data we have in a circuit that would be economically feasible within our milling process.

Other items that were discussed today included the test results that Joe Young had run by making some electrostatic separations and a copy of his report is attached to this memo for further reference. Essentially what Joe Young was able to show was that we could possibly get as much as a 60-70% tremolite removal with a 97% recovery of vermiculite by using electrostatic separation for -28 mesh material. The system did not appear to be successful in sizes larger than -28 mesh. It was also indicative that size fractions of less than 28 mesh would possibly give us greater tremolite removal with a higher degree of vermiculite recovery. Further testing in this regard will be checked out with Dr. Malghan of the Minerals Research Laboratory.

To date we have been unsuccessful in being able to obtain the services of any large equipment manufacturer for the purpose of making equipment that may be utilized in our industry. We have checked with various firms whose names were supplied both by Bob Lock as well as various organizations that have been looked into by Joe Young and Gary Vaplon. It would appear that the biggest reason that these firms are not interested in going into a research on the feasibility of air separation is due to the fact that we have a relatively small requirement for their equipment and would likely not utilize anywhere near the number of pieces of apparatus that would justify their expenditure. The firms that have indicated some interest generally are asking for a large sum for research work before they endeavor into any kind of testing method.

Page Three                                                October 5, 1976

02146864

One item of interest that should be included in the discussion on the electrostatic separator is that an analysis made by Carpco for the purpose of extracting tremolite from all of our -28 mesh material would cost in the neighborhood of $267,000 for the equipment required to make this separation.


                                                J. W. Wolter

JWW:dlc

Attachments

Figure: Zeta Potential vs pH for Tremolite and Vermiculite (Transvaal). Hand-drawn plot on graph paper; y-axis "ZETA POTENTIAL" from −30 to 70; x-axis from approximately 6 to 12.