IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Affidavit of William E. Longo, Ph.D. |
| | ) | |
| Debtors. | ) | |
| | ) | |

STATE OF GEORGIA    )
                    ) ss.:
COUNTY OF FORSYTH   )

William E. Longo, being first duly sworn, deposes and states as follows:

1.    I have personal knowledge of the facts stated herein, except where otherwise
      stated.


2.    I received my Ph.D. in Materials Science and Engineering at the University of
      Florida in 1983. Since that time, I have had over eighteen years of experience
      using various electron microscopy methods to analyze all types of asbestos
      samples, including air, dust, bulk, water, and human lung tissue analysis. I am
      currently the President of Materials Analytical Services, Inc. (MAS), which is an
      engineering consulting firm that specializes in material characterization work,
      asbestos analysis, and the testing of asbestos containing products. Under my
      control and direction, MAS has analyzed 60 to 70 thousand asbestos samples since
      it was founded in 1987. I have served on a peer review committee for the United
      State Environmental Protection Agency (EPA), which was responsible for guiding
      EPA's research on various asbestos issues in the late 1980s and early 1990s. I was
      both the Vice Chairman and Chairman of the National Asbestos Council's TEM
      Analytical Committee, and I have taught courses on asbestos to various

universities and the American Industrial Hygiene Association at its continuing education courses. I am a member of numerous professional societies and have published a number of peer-reviewed articles involving both asbestos analysis and the release of asbestos fibers from asbestos construction products. A copy of my C.V. is appended as Attachment A.

3.  Cleavage fragments are basically pieces and slivers of rock that have been fractured or broken from non-asbestiform minerals.

4.  There are numerous published, peer-reviewed studies addressing cleavage fragments and their dimensions. These studies have consistently found that cleavage fragments are characterized by a diameter generally greater than 1 micron and an aspect ratio generally less than 10 to 1.[1]

5.  It is generally accepted in the scientific community that asbestiform fibers can be distinguished from cleavage fragments by looking at the population as a whole, and that the best way to do this is by looking at the average aspect ratio of the population being studied.

6.  In a study published by the Bureau of Mines, entitled "Selected Silicate Minerals and Their Asbestiform Varieties, Mineralogical Definitions and Identification-Characterization," Information Circular 8751 (1977), Campbell, et al. actually compared asbestiform tremolite with non-asbestiform cleavage fragments. (Attachment B) The study found that over 70% of the cleavage fragments had an aspect ratio of less than 3 to1. Over 95% of the cleavage fragments had an aspect ratio of less than 10 to 1. For the asbestiform tremolite, 30% to 40% had an

---

[1] Aspect ratio is defined as the ratio of a fiber's length to its width.

aspect ratio of 10 to 1 or greater. These findings are typical of amphibole asbestiform fibers and cleavage fragments.

7. The findings from the Bureau of Mines study comparing the aspect ratios of the asbestiform tremolite and cleavage fragment populations are set forth in a chart that I have appended as Attachment C. This chart can be found on page 44 of the Bureau of Mines study.

8. I have reviewed Dr. R.J. Lee's report in this litigation and the data from the R.J. Lee Group's analysis of air samples collected from a home with ZAI in Averill Park, New York. This testing was performed during minor renovation disturbance activities of the loose insulation material.

9. Dr. Lee's laboratory has concluded that 90% or more of the fibers collected by air sampling during the New York study are cleavage fragments.

10. Attachment D is a chart setting forth the dimensions of all particles counted by the R.J. Lee Group following the NIOSH 7402 TEM analysis method. Based on Dr. Lee's data, it appears that the average aspect ratio for all particles is 24 to 1. The average aspect ratio for all fibers that Dr. Lee has identified as "cleavage fragments" is 22 to 1. Eighty-four percent of all particles have an aspect ratio of 10 to 1 or greater. Seventy-three percent of the particles identified by Dr. Lee as "cleavage fragments" have an aspect ratio of 10 to 1 or greater. Further, 80% of all particles counted by Dr. Lee have a diameter equal to or less than 1 micron. Sixty-nine percent of the particles identified by Dr. Lee as "cleavage fragments" have a diameter equal to or less than 1 micron.

11. It is my opinion that the population of fibers excluded by Dr. Lee are clearly asbestiform in nature and cannot be considered cleavage fragments.

12. In Dr. Lee's analysis of air samples taken during Grace's large area removal study, he reported asbestos airborne concentrations ranging from 0.02 fibers/cc to 0.46 fibers/cc. Even though Dr. Lee used his novel cleavage fragment counting criteria, these airborne concentrations are still clearly above the background level and some could have exceeded the OSHA Permissible Exposure Limit of 0.1 fibers/cc if this removal activity was performed for an additional length of time.

13. By excluding fibers as cleavage fragments, Dr. Lee has drastically reduced the fiber counts from Grace's New York ZAI simulation study. Taking Dr. Lee's NIOSH 7402 data, I have recalculated the peak airborne concentrations of the worker with all fibers properly included for the same large area removal portion of his study. The recalculated airborne concentrations range from 0.13 to 3.46 fibers/cc, instead of the 0.02 to 0.46 fibers/cc range that Dr. Lee reported.

14. MAS participated in a series of simulation studies performed in homes with ZAI to determine whether the material is capable of releasing airborne fibers during ordinary disturbance and causing areas in the vicinity to become contaminated.

15. MAS analyzed the air samples by Phase Contrast Microscopy (PCM) following the NIOSH 7400 method and by Transmission Electron Microscopy following the EPA AHERA method with the additional counting criteria of measuring the length and width of each asbestos structure.

16.    The AHERA method counts all asbestos structures greater than 0.5 microns in length and with an aspect ratio of 5 to 1 or greater.

17.    The AHERA method counts fibers, which are defined as structures "greater than or equal to 0.5 microns in length with an aspect ratio (length to width) of 5:1 or greater and having substantially parallel sides." (Attachment E)

18.    The air samples analyzed by MAS (using the AHERA counting rules for fibers greater than 5 microns in length) had the following asbestos concentration ranges:

        Vacuuming with a Shop Vac: 0.52 str/cc to 1.32 str/cc
        Removing ZAI – Grace Method: 0.20 str/cc to 8.58 str/cc
        Removing ZAI – homeowners Method: 0.37 str/cc to 12.56 str/cc
        Sweeping: 0.18 str/cc to 2.55 str/cc

19.    In his report, Dr. Lee uses an algorithmic calculation to convert asbestos fibers to cleavage fragments. By doing so, he claims that over 90% of the asbestos fibers MAS counted are cleavage fragments. I am not aware of this being an accepted method of identifying cleavage fragments. It is my understanding that Dr. Lee did this in the EPA Libby Superfund litigation and his method was rejected by EPA.

20.    In my opinion, the AHERA protocol will exclude a large majority of the tremolite cleavage fragments from being counted because it only counts fibers with substantially parallel sides and because of its 5 to 1 aspect ratio criteria.

21.    As set forth in the attached chart listing the dimensions of the fibers counted by MAS (Attachment F), the average aspect ratio for all fibers counted by MAS is 24 to 1. Eight-five percent of all fibers have an aspect ratio of 10 to 1 or greater. Further, 92% of all particles counted by MAS have a diameter equal to or less than 1 micron.

22.  Based on the published, peer-reviewed scientific literature, the fibers counted by MAS are clearly an asbestiform population.

Further Affiant sayeth not.

William E. Longo

Subscribed and sworn to before me,
a Notary Public of the State of
Georgia, this _2nd_ day of _July_ ,
2003, by William E. Longo, who is
personally known to me.

My Commission Expires: _____
NOTARY PUBLIC
Gwinnett County, GA
My Commission Expires
June 30, 2003

## VITAE

William Edward Longo, Ph.D.
MAS, Inc.
3945 Lakefield Court
Suwanee, Georgia 30024
Work Telephone: (770) 866-3200

### EDUCATION

| | |
|---|---|
| October 1980 to December 1983 | Received Doctor of Philosophy in Materials Science and Engineering, University of Florida. |
| June 1979 to October 1980 | Completed the requirements for a Master of Science in Materials Science and Engineering, University of Florida. |
| September 1972 to June 1977 | Received Bachelor of Science degree; Major in Microbiology, Minor in Chemistry, University of Florida. |

### PROFESSIONAL WORK HISTORY

| | |
|---|---|
| September 1987 to present | President of Materials Analytical Services, Inc., Suwanee, Georgia |
| August 1987 to February 1988 | President and Founder of Longo Microanalytical Services, Inc., Gainesville, Florida. |
| October 1983 to August 1987 | President and Founder of Micro Analytical Laboratories, Inc., Gainesville, Florida. |
| March 1985 to December 1987 | Visiting Assistant Professor; University of Florida, Department of Materials Science and Engineering. |
| August 1983 to March 1985 | Post Doctoral Associate; University of Florida, Department of Materials Science and Engineering. |

### PATENTS

U. S. Patent Serial No. 4,671,954 June 1987. Goldberg, E. P., Longo, W. E., and Iwata, H., "Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

William E. Longo
Page 2

## PATENT APPLICATIONS

U. S. Patent Application Serial No. 937,611 December 1986. Longo, W. E., McCluskey, R. A., and Goldberg, E. P., "Magnetically Responsive, Hydrophilic Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

## PUBLICATIONS AND PRESENTATIONS

Longo, W.E., Egeland, W.B., Hatfield, R.L., Stapleton, R., and Hubbard J., "Tremolite Analysis of Chrysotile Containing Friction and Gasket / Packing Products", ASTM Johnson Conference, Johnson Vermont, July 2002.

Longo, W.E., Egeland, W.B., Hatfield, R.L., and Newton, L.R., "Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation" Appl. Occup. Environ. Hyg. 17(1) 55-62, 2002.

Hatfield, R.L., Krewer, J.A., and Longo, W.E., "A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos Containing Materials" (M.E. Beard and H.L. Rook) in Advances in Environmental Measurement Methods for Asbestos, ASTM #STP 1342,301, January 2000.

Longo, W.E., and Rigler, M.W., "Rapid Identification of Inorganic and Organic Particulate for Routine IAQ Assessment" Indoor Environment meeting April 1996.

Longo, W.E., "Malignant Mesothelioma in Kent Cigarettes Smokers: Analysis of Asbestos Content in Filters, Cigarette Smoke and Lung Tissue" Society for Ultrastructural Pathology, March 1996.

Longo, W.E., "The Identification of Asbestos Containing Surface Treatment Products using Standard Analytical Techniques" Florida Environmental and Asbestos Council Meeting, January 1996.

Longo, W.E., Rigler, M.W. and Slade, J., "Crocidolite Asbestos Fibers in Smoke from Original Kent Cigarettes" Cancer Research 55 11, 2232, 1995.

Longo, W.E., "Occupational Exposure From In-Place Asbestos Containing Fireproofing" Environmental Information Association, April 1995.

Keyes, D. L., Ewing, W. M., Hays, S. M., Longo, W. E. and Millette, J.R., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities" Appl. Occup. Environ. Hyg. 9(11) Nov, 1994.

Goldberg, E.P., Quigg, J., Sitren, H., Hoffmann, E., Jayakrishnan, A., Longo, W. and Cantrell, J., "Microsphere Drug Carriers for Targeted Chemo Immunotherapy and for Intracellular Infections" 20th Annual Meeting of the Society for Biomaterials, 1994.

William E. Longo
Page 3

Millette, J.R., Longo, W.E. and Hubbard, J.L., "Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's" Microscope, 41 15, 1993.

Ewing, W. M., Chesson, J., Dawson, T. A., Ewing, E. M., Hatfield, R. L., Hays, S. M., Keyes, D. L., Longo, W. E., Millette, J. R., and Spain, W. H. "Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing" Environmental Choices Technical Supplement, Volume I, (2), 1993.

Longo, W. E., "Sampling and Analysis of Asbestos in Dust: An Update" Environmental Information Association, April, 1993. Nashville, Tennessee.

Keyes, D. L., Chessan, J., Hayes, S. M., Hatfield, R. L., Ewing, W. M., Longo, W. E. and Millette, J. R. "Re-Entrainment of Asbestos from Dust in a Building with Acoustical Plaster" Environmental Choice, Technical Support, Volume I, (6), 1992.

Longo, W. E. "A Standard Method for the Analysis of Asbestos in Settled Dust by TEM" Asbestos Measurement Risk Assessment and Laboratory Accreditation, ASTM Conference, July 1992. Johnson, Vermont.

Longo, W. E. and Roggli, V. L., "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures: Household Contacts vs. Building Occupants" (B. Boland and J. Cullian EDS) in The Third Wave of Asbestos Exposure to Asbestos in Place. Annals of The New York Academy of Sciences, Volume 63, 1991.

Keyes, D. L., Chessan, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hayes, S. M., Longo, W. E. and Millette, J. R. "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above and Suspended Ceiling" Am. Ind. Hyg. Assoc. J. (52) Nov. 1991

Longo, W. E. "Sampling and Analysis of Asbestos in Settled Dust" EPA/A&WMA Symposium on "Measurement of Toxic and Related Air Pollutants", May 1991. Durham, North Carolina.

Longo, W. E. "Asbestos Wipe Sampling" Industrial Hygiene Association, October 1990. West Palm Beach, Florida.

Longo, W. E. "Standard Test Method for Asbestos Concentrations in Dust Samples" American Society of Testing Materials Subcommittee D22.05.07, manuscript in progress.

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage SEM for Unique Surface Analysis of Prosthetic Devices" Materials Research Society Symposium Proceedings 110, Biomedical Materials and Devices, 1989.

Longo, W. E. "Field Emission Scanning Electron Microscopy: An Alternative Technique for the Analysis of Asbestos Air Filter Samples" National Asbestos Council, September 1988. Boston, Massachusetts.

William E. Longo
Page 4

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage Scanning Electron Microscopy for Improved Surface Characterization of Ocular Implants and Other Prosthetic Devices" American Chemical Society Symposium, September 1988. Los Angeles, California.

Longo, W. E. "Rinse Technique for Recovery of Air Samples for TEM Analysis" Asbestos Measurement Research and Laboratory Accreditation, ASTM Conference, July 1988. Johnson, Vermont.

Longo, W. E. "The Presence of Inorganic Fibers in Commercial Brands of Cigarettes" American Industrial Hygiene Conference, May 1988. San Francisco, California.

Longo, W. E. "Analysis of Asbestos by Transmission Electron Microscopy" Alabama Electron Microscopy Society 7th Annual Meeting, March 1988. Birmingham, Alabama

Longo, W. E. "Asbestos Fiber Loss from Air Sampling Cassettes: A Study by Transmission Electron Microscopy" EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, May 1987. Research Triangle Park, North Carolina.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, May 1987. Montreal, Canada.

Longo, W. E., Jenkins, E. J., Greene, R., and Baxter, D. "Water Refiltration: An Alternative Sample Preparation Method for the Analysis of Airborne Asbestos by TEM" National Asbestos Council, January 1987. Chicago, Illinois.

Longo, W. E., and Goldberg, E. P. in "Drug and Enzyme Targeting" (K. Widder and R. Green Eds) Methods of Enzymology, 112, 18, 1985.

Goldberg, E. P., Iwata, H., and Longo, W. E. "Hydrophilic Albumin and Dextran Ion-Exchange Microspheres for Localized Chemotherapy" (S. Davis, L. Illium, J. McVie, and E. Tomlinson Eds) in Microspheres and Drug Therapy. Pharmaceutical Immunological and Medical Aspects, 10, 309, 1984.

Hoffmann, E. M., Longo, W. E., and Goldberg, E. P. "Macrophage Uptake of Albumin Microsphere Drug Carriers" Proceedings of the 11th International Symposium on Controlled Release of Bioactive Materials, 11, 27, 1984.

Longo, W. E., and Goldberg, E. P. "Novel Albumin-Polypeptide-Drug Microspheres: Synthesis and Ion Exchange Drug Release Properties" Proceedings of the 10th International Symposium on Controlled Release of Bioactive Materials, 10, 245, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation and Drug Release Properties of Albumin-Polyglutamic Acid-Adriamycin Microspheres" American Chemical Society, 24, 56, 1983.

William E. Longo
Page 5

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation of Hydrophilic Albumin Microspheres Using Polymeric Dispersing Agents" J. Pharm. Sci., 71, 1323, 1982.

Goldberg, E. P., Iwata, H., Terry, R. W., Longo, W. E., Levy, M., and Cantrell, J. L. in "Affinity Chromatography and Related Techniques" (Visser, Visser and Nivard Eds), Elsevier, Amsterdam, 375, 1982.

Longo, W. E., Iwata, H., and Goldberg, E. P. "Hydrophilic Albumin-Polyglutamic Acid-Adriamycin Microspheres for Localized Chemotherapy" 8th Annual Meeting of the Society of Biomaterials, 10, 60, 1982.

## ACTIVITIES AND ORGANIZATIONS

*   Member of Environmental Protection Agency Workshop on Sampling and Analysis of Asbestos in Settled Dusts, July 1989.

*   Member of Environmental Protection Agency Peer Review Group for the Asbestos Engineering Program, 1987 to present.

*   Vice-Chairman of the National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1987-1988.

*   Chairman of National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1988-1989.

*   Member of ASTM D-22-05 Subcommittee for Indoor Air Pollution.

## LECTURES AND COURSES INSTRUCTED

1)  Longo, W. E. "Settled Dust: Asbestos and Other Particulates" Georgia Institute of Technology Seminar, August 1991.

2)  Longo, W. E. "The Role of the Laboratory Manager, Quality Assurance Officer and the Analyst for NIST Accreditation" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Accreditation Seminar, August 1989.

3)  Longo, W. E. 24th Annual Meeting of the Microbeam Analysis Society, "Asbestos Analysis Session" Ashville, North Carolina, July 1989 (Session Co-Chairman).

William E. Longo
Page 6

4) Longo, W. E. "Fundamentals of Asbestos Analysis by TEM" Institute in Materials Science State University of New York, New Paltz, New York, October 1988 (Course Director).

5) Longo, W. E. "TEM Imaging/Photography" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Analysis Course, June 1988.

6) Longo, W. E. "Laboratory Preparation of Polycarbonate Filters for TEM Analysis" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

7) Longo, W. E. "Transmission Electron Microscopy Laboratory Set-Up" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

8) Longo, W. E. "Laboratory Analysis of Asbestos" Hall-Kimbrell Seminar in Asbestos Abatement in the State of Florida, January 1988.

9) Longo, W. E. "Air Sample Preparation and Analysis by TEM" Georgia Institute of Technology, Clearance Testing for Asbestos: AHERA Regulations, October 1987.

10) Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Montreal, Canada, May 1987.

11) Longo, W.E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Dallas, TX May 1986.

## PROFESSIONAL MEMBERSHIPS

| | | |
|---|---|---|
| 1) | American Industrial Hygiene Association | 1985 to Present |
| 2) | American Society for the Testing of Materials | 1987 to Present |
| 3) | American Society of Materials | 1994 to Present |
| 4) | National Asbestos Council | 1984 to 1993 |
| 5) | Environmental Information Association | 1993 to Present |
| 6) | Materials Research Society | 1988 to Present |
| 7) | Electron Microscopy Society Association | 1988 to Present |

William E. Longo
Page 7

| 8) | Microbeam Analysis Society | 1988 to Present |
| 9) | New York Academy of Science | 1985 to 1987<br>1989 to 1994 |
| 10) | Air Pollution Control Association | 1985 to 1987 |
| 11) | National Institute of Building Sciences | 1991 to Present |
| 12) | The Society for Ultrastructural Pathology | 1996 to Present |
| 13) | American Society of Heating, Refrigerating<br>and Air-Conditioning Engineers | 1996 to Present |
| 14) | The American College of Forensic<br>Examiners – Diplomat of Forensic<br>Engineering Technology | 1999 to Present |



**IC** 8751

**Bureau of Mines Information Circular/1977**

# Selected Silicate Minerals and Their Asbestiform Varieties

## Mineralogical Definitions and Identification-Characterization



UNITED STATES DEPARTMENT OF THE INTERIOR

Ex/t. 10

*Rudy Zolt*

Information Circular 8751

# Selected Silicate Minerals and Their Asbestiform Varieties

## Mineralogical Definitions and Identification-Characterization

By W. J. Campbell, R. L. Blake, L. L. Brown, E. E. Cather, and J. J. Sjoberg

This current report on asbestos has been prepared by the Bureau of Mines, U.S. Department of the Interior to—

1. Provide precise nomenclature and information on selected silicate minerals and their asbestiform varieties.

2. Invite comment, revisions, or additional information on the subject.

> Please direct communications to the author—
> William J. Campbell
> Bureau of Mines
> College Park Metallurgy Research Center
> College Park, Md. 20740



# UNITED STATES DEPARTMENT OF THE INTERIOR
Cecil D. Andrus, Secretary

BUREAU OF MINES

As the Nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering the wisest use of our land and water resources, protecting our fish and wildlife, preserving the environmental and cultural values of our national parks and historical places, and providing for the enjoyment of life through outdoor recreation. The Department assesses our energy and mineral resources and works to assure that their development is in the best interests of all our people. The Department also has a major responsibility for American Indian reservation communities and for people who live in Island Territories under U.S. administration.

This publication has been cataloged as follows:

Selected silicate minerals and their asbestiform varieties :
    mineralogical definitions and identification-characterization
    / by W. J. Campbell ... [et al.] [Washington] : U.S. Dept. of
    the Interior, Bureau of Mines, 1977.

    56 p. : ill. ; 27 cm. (Information circular - Bureau of Mines ;
8751)

    Bibliography: p. 54-56.

    1. Silicate materials. 2. Asbestos. 3. Asbestos fibers. I.
Campbell, William Joseph, 1926-    . II. United States. Bureau
of Mines. III. Series: United States. Bureau of Mines. Informa-
tion circular - Bureau of Mines ; 8751.

TN23.U71   no. 8751    622.06173

U.S. Dept. of the Int. Library

CONTENTS

Page

Abstract................................................................ 1
Introduction........................................................... 1
       The Particulate Mineralogy Unit................................. 3
       Scope of report................................................. 3
Acknowledgments........................................................ 3
Nomenclature of selected silicate minerals and their asbestiform
   varieties............................................................ 4
       Background....................................................... 4
       Definitions..................................................... 12
              Mineral terms............................................. 13
              Asbestos-related terms.................................... 14
              Crystal terms............................................. 21
              Breaking of minerals...................................... 28
Mineral identification and characterization............................ 31
       Macroscopic samples............................................. 32
       Microscopic samples............................................. 33
Applying mineral terminology to the identification and characterization
   of particulates..................................................... 38
       Applying morphological terminology.............................. 38
       Particulates from a known asbestiform serpentine or amphibole source  38
       Particulates from a known nonasbestiform serpentine or amphibole
         source.......................................................... 39
       Comparison of particulates from known serpentine and amphibole
         minerals and their asbestiform varieties........................ 39
       Aspect ratio.................................................... 44
       Particulates from unknown sources............................... 46
Applications........................................................... 46
       Ambient-air samples near serpentinite rock quarry............... 47
       Asbestos in ceiling and wall materials.......................... 48
       Amphiboles and talc............................................. 50
Research needs......................................................... 52
References............................................................. 54

ILLUSTRATIONS

1.  Regions of the United States reported by the Environmental Protec-
     tion Agency to contain asbestiform minerals in the bedrocks....... 2
2.  Macrophotographs of serpentine and chrysotile..................... 6
3.  Macrophotographs of tremolite and tremolite asbestos.............. 7
4.  Macrophotographs of anthophyllite and anthophyllite asbestos...... 8
5.  Macrophotographs of actinolite and actinolite asbestos........... 9
6.  Macrophotographs of cummingtonite and cummingtonite-grunerite
     asbestos......................................................... 10
7.  Macrophotographs of riebeckite and crocidolite................... 11
8.  Four varieties of gypsum......................................... 14
9.  Macrophotograph of tremolite asbestos............................ 15
10. Macrophotograph of anthophyllite asbestos........................ 15
11. Macrophotographs of two fibrous amphiboles showing asbestiform habit. 16

ii

## ILLUSTRATIONS--Continued

Page

12. Photomicrograph illustrating the separation of a crocidolite fiber bundle into fibers........................................................ 17
13. Four fibrous nonasbestiform mineral varieties........................ 18
14. Light optical photomicrograph of fibers from tremolite asbestos.... 19
15. Fibers of epsomite................................................... 19
16. Crysotile, showing individual fibrils, at two magnifications....... 20
17. Crocidolite, showing a fiber bundle and fibers..................... 21
18. Chrysotile by polarized light...................................... 21
19. Chrysotile......................................................... 22
20. Chrysotile at two magnifications................................... 23
21. Various shapes of single crystals, and patterns or arrangements of crystal aggregates............................................... 24
22. Macrophotograph of spodumene showing prismatic shape.............. 25
23. Macrophotograph of tremolite showing prismatic and acicular crystal shapes.................................................... 25
24. Riebeckite, showing prismatic shape............................... 25
25. Actinolite, showing prismatic shape............................... 26
26. Tremolite cleavage fragments, showing acicular, fibrous, and prismatic shapes................................................. 26
27. Macrophotograph of columnar aggregates of coarse anthophyllite.... 27
28. Macrophotograph of radiating aggregates of acicular pyrophyllite.... 28
29. Macrophotograph of calcite rhombohedral cleavage fragments........ 29
30. Macrophotograph of pyroxene showing good cleavage interrupted by uneven fracture.................................................. 29
31. Tremolite, showing good prismatic cleavage........................ 30
32. Cleavage fragments of riebeckite.................................. 30
33. Quality of SAED pattern as a function of amphibole fiber diameter... 31
34. Intensity ratio of FeKα, MgKα, or CaKα relative to SiKα as a function of fiber diameter........................................ 35
35. Energy-dispersive X-ray spectra of chrysotile as a function of fiber diameter, BeO substrate.................................... 36
36. Energy-dispersive X-ray spectra of chrysotile as a function of fiber diameter, Be substrate..................................... 37
37. Light optical photomicrographs of chrysotile and antigorite-lizardite at three magnifications.............................. 38
38. Light optical photomicrographs of crocidolite and riebeckite at three magnifications............................................. 40
39. Light optical photomicrographs of tremolite asbestos and tremolite at three magnifications......................................... 41
40. SEM photomicrographs of crocidolite and riebeckite at three magnifications................................................... 42
41. Frequency polygons for the aspect ratios of anthophyllite and anthophyllite asbestos........................................... 43
42. Frequency polygons for the aspect ratios of tremolite and tremolite asbestos........................................................ 44
43. Frequency polygons for the aspect ratio of hornblende............. 44
44. Frequency polygons for the aspect ratios of commercial-grade chrysotile and chrysotile in ambient air......................... 45

ILLUSTRATIONS--Continued

Page

45. Macrophotograph showing chrysotile veins in serpentine rock......... 47
46. Chrysotile bundle................................................... 47
47. Mixture of nonasbestiform serpentine and chrysotile at five
    magnifications.................................................... 49
48. Differential thermal analysis of sample from school ceiling........ 50
49. X-ray diffractometer scan of sample from school ceiling............ 50
50. Sample from university building, showing a mixture of chrysotile
    and fiberglass................................................... 51
51. Typical platy morphology of talc.................................. 51
52. Platy talc and tremolite cleavage fragment........................ 52
53. Platy talc, tremolite cleavage fragments, and a fibrous tremolite
    particle......................................................... 52

TABLES

1. Selected silicate minerals and their asbestiform varieties.......... 4
2. Refractive indices for the serpentine group and selected amphibole
   minerals.......................................................... 34
3. Frequency distribution of the width of chrysotile fibers for
   ambient-air samples............................................... 37

# SELECTED SILICATE MINERALS AND THEIR ASBESTIFORM VARIETIES

## Mineralogical Definitions and Identification-Characterization

by

W. J. Campbell,[1] R. L. Blake,[2] L. L. Brown,[3] E. E. Cather,[4] and J. J. Sjoberg[5]

## ABSTRACT

This report by the Federal Bureau of Mines Particulate Mineralogy Unit recommends mineralogical definitions and identification-characterization concepts for selected silicate minerals and their asbestiform varieties. Precise definitions acceptable to mineral analysts, regulatory personnel, and medical scientists are essential because of the present lack of conformity in terminology concerned with measuring and controlling asbestiform particulates and their related health effects. Because of the complexity and variability of crystal morphology in different mineral groups, the descriptive terms are generally explained by illustration rather than by numerical values. Applications and limitations of several analytical techniques for particulate identification and characterization are discussed.

## INTRODUCTION

Concurrent with concerns within the Federal Government over future availability of minerals to meet our expanding needs is the requirement that minerals and mineral commodities be mined and processed with minimum environmental impact. Traditionally, matters related to "... inquiries and scientific and technologic investigations concerning mining, and the preparation, treatment, and utilization of mineral substances with a view to improving health conditions and increasing safety...." have been within the province of the Bureau of Mines as authorized in the amended Organic Act of 1913 (Public Law 62-386). Since its establishment by Congress, the Bureau of Mines has long been deeply involved in investigating the explosive characteristics of dusts in the mineral industries in its mining and metallurgy research centers, and has established analytical and mineralogical laboratories in seven metallurgy research centers. These laboratories are essential to solving the increasingly complex

[1] Program coordinator, Particulate Mineralogy Unit, College Park Metallurgy Research Center, College Park, Md.

[2] Supervisory geologist, Twin Cities Metallurgy Research Center, Twin Cities, Minn.

[3] Geologist, Albany Metallurgy Research Center, Albany, Oreg.

[4] Geologist, Salt Lake City Metallurgy Research Center, Salt Lake City, Utah.

[5] Geologist, Reno Metallurgy Research Center, Reno, Nev.

2

safety, health, and environmental problems posed by dusts within the mineral system.

Various legislative actions and public concerns within the past decade have had, and will continue to have, an impact upon the mineral industry. As a result, control of mineral particulates is becoming increasingly important, with much recent attention focused on asbestiform particulates in both air and water. Figure 1, from an Environmental Protection Agency report, shows the widespread occurrence of common amphibole and serpentine minerals that, according to existing regulatory definitions, may be classified as asbestiform minerals (16).[5] With such possibly overwhelming implications to both mineral producer and mineral consumer, it is essential that existing ambiguities regarding silicate minerals and their asbestiform varieties be resolved. Until recently, adverse health effects associated with asbestos were focused on occupational exposure in asbestos-related industries. Now there is international concern regarding the effect on health from long-term low-level, or short-term high-level, exposure to mineral particulates by the general public (5, 28, 36). These particulates may include both the common and the asbestiform varieties of certain silicate minerals. In many instances, cleavage fragments of common amphibole minerals have been mistakenly identified as



FIGURE 1. - Regions of the United States (shaded area) reported by the Environmental Protection Agency to contain asbestiform minerals in the bedrocks (16).

[5]Underlined numbers in parentheses refer to items in the list of references at the end of this report.

microscopic fibers of the related asbestiform variety. Such lack of precision in identifying these particulates is a handicap to scientific decisionmaking by regulatory agencies and medical researchers. The Particulate Mineralogy Unit was created to work on problems such as this.

## The Particulate Mineralogy Unit

The Bureau of Mines established the Particulate Mineralogy Unit in September 1976. The College Park Metallurgy Research Center in College Park, Md.,[7] is the focal point for this unit, but substantial support will be supplied by the other Bureau of Mines metallurgy and mining research centers, which are located throughout the United States. The unit is to assist local, State, and Federal agencies in establishing precise and workable mineral definitions and to improve or develop methods of particulate identification and quantitative measurement. The unit is also providing characterized serpentine and amphibole minerals for use by Federal health agencies in their asbestos-related research programs.

## Scope of Report

This Bureau of Mines report is intended to clarify some of the terminology used in identification and characterization of asbestiform minerals, and to sharpen the distinction between common rock minerals and their asbestiform varieties. It defines certain mineral terms related to asbestiform minerals and discusses mineral-characterization techniques on a strictly mineralogical basis. The report then discusses the identification of silicate particulates and suggests how to apply this information to asbestos-related problems. Suggested areas for further research are summarized at the end of this report.

## ACKNOWLEDGMENTS

The following College Park Metallurgy Research Center personnel are acknowledged for their invaluable contributions. Photographic assistance was provided by Garrett Hyde, research physicist, and Lawrence Johnson, geologist (mineralogy). Application data were provided by Raymond Brown, physical science technician; Charles W. Huggins, research chemist; and Eric Steel and Robert Virta, geologists (mineralogy).

---

[7] The research center is scheduled for relocation to Avondale, Md., in June 1978.

4

## NOMENCLATURE OF SELECTED SILICATE MINERALS
### AND THEIR ASBESTIFORM VARIETIES[8]

### Background

In August 1976, a preliminary paper ($\underline{1}$) was presented from which the Bureau of Mines hoped to elicit suggestions from the mineralogical community for critically defining silicate minerals and their asbestiform varieties. Significant terms such as "asbestos," "asbestiform," and "fibers" have different meanings to the various concerned groups--mineralogists, regulatory agencies, medical scientists, and industry. This has resulted in situations where erroneous conclusions have been drawn. Thus, precise definitions are required that will be uniformly accepted and applied by all personnel involved with silicate minerals that have asbestiform varieties ($\underline{4}$, $\underline{11}$, $\underline{24}$-$\underline{25}$, $\underline{31}$, $\underline{39}$).

Mineralogical nomenclature recognizes the historical origin of terms, and changes are made only when they are proven incorrect by new information ($\underline{10}$, $\underline{32}$). The science of mineralogy is constantly being advanced with newly examined mineral occurrences and with new and improved instruments and techniques that provide more details on chemical composition, crystal structure, and morphology. To prevent constant revision, nomenclature has to have a certain flexibility, yet must be definite enough to be scientifically useful. The objective of this part of the report is to summarize mineralogically acceptable terms that relate to asbestos.

There is no "group" of asbestos minerals. "Asbestos" is a general term applied to certain minerals (that are themselves classified under crystal-structure-based groups) when these minerals crystallize as the asbestiform variety. Table 1 lists some common silicate minerals and their asbestiform varieties, together with their relationships and formulas. Although discussion in this report is limited to these minerals, appropriate terms and statements also apply to other silicate minerals that have rare fibrous varieties such as talc, some clay minerals such as attapulgite, and other amphiboles such as arfvedsonite, eckermannite, and richterite.

TABLE 1. - Selected silicate minerals and their asbestiform varieties

| Mineral | Asbestiform variety |
|---|---|
| AMPHIBOLE GROUP | |
| Anthophyllite: $(Mg, Fe^{+2})_7 Si_8 O_{22}(OH, F)_2 \ldots$ | Anthophyllite asbestos. |
| Cummingtonite-grunerite: $(Mg, Fe^{+2})_7 Si_8 O_{22}(OH)_2$. | Cummingtonite-grunerite asbestos. |
| Tremolite-actinolite: $Ca_2(Mg, Fe^{+2})_5 Si_8 O_{22}(OH, F)_2$. | Tremolite-actinolite asbestos. |
| Riebeckite: $Na_2 Fe_3^{+2} Fe_2^{+3} Si_8 O_{22}(OH, F)_2 \ldots$ | Crocidolite. |
| SERPENTINE GROUP | |
| Serpentine: $Mg_6 Si_4 O_{10}(OH)_8 \ldots$ | Chrysotile. |

[8]Tibor Zoltai, Professor, Department of Geology and Geophysics, University of Minnesota, made significant contributions to this section of the report.

Amphibole minerals and, to a lesser degree, serpentine minerals occur widely distributed in the earth's crust in many igneous or metamorphic rocks. In some rare instances, the mineralogical occurrences contain sufficient quantities of usable asbestiform minerals to be economically minable for commercial asbestos.[9] The soft, silky fibers of asbestos (sometimes called mineral silk) are so flexible that they can be spun into threads from which cloth can be woven. The resulting material is fireproof, is a good thermal and electrical insulator, and has moderate to good resistance to acids. It has been used from Roman times, and is most familiar in daily use in brake linings for automobiles and as the "asbestos" siding used in residential construction.

Only a very small quantity of the amphibole and serpentine minerals under particular geologic circumstances occur as the asbestiform variety of the mineral. The asbestiform varieties occur in veins or small veinlets within rock containing or composed of the common (nonasbestiform) variety of the same mineral. Macrophotographs of the minerals of table 1, both asbestiform and nonasbestiform varieties, are shown in figures 2 through 7.

The serpentine group of minerals is limited to serpentine as the common variety and to chrysotile as the asbestiform variety. Antigorite and lizardite are not listed as separate varieties, but are understood to be included in the term "serpentine" because they represent 2 frequently named polytypes of about 10 recognized polytypes of serpentine (20). The polytypes differ only in minor structural stacking of components and are not sufficiently different to have a separate mineral status. Chrysotile generally occurs segregated as parallel fibers in veins or veinlets, although a recent study (6) has shown fine chrysotile intimately intergrown with the lizardite polytype.

The minerals and mineral series of the amphibole group in table 1 have variable compositions with extensive elemental substitutions and are found in forms ranging from massive to blocky to very fibrous. Crocidolite is the varietal name given to the fibrous habit of the mineral riebeckite (fig. 7), as shown by at least one study (35). It is retained here as a useful and correctly identified term.

Cummingtonite-grunerite asbestos is the mineralogically proper terminology for the commercial material commonly known as "amosite." Amosite, implied to be a mineral variety, is really an acronym--Asbestos Mines of South Africa--for a fibrous mixture of minerals; namely, cummingtonite-grunerite with variable tremolite-actinolite. Amosite has been discredited as a mineral species (22), and its use as a mineralogical term should be discontinued; however, it is still useful as a commercial term.

Mineral compositional series such as cummingtonite-grunerite involve replacing one cation for another in a crystal structure without significantly altering the structure. There may be a gradation in the structure in some series, and minor changes in physical characteristics may occur with elemental substitution. Usually a series involves two named compositional end members with intermediate substitutional compounds being separately named (if the members were recognized by early mineralogists), given a varietal name (for similar reasons), or just qualified by being referred to as members of the series. Members of the tremolite-actinolite-ferroactinolite series are hydroxylated calcium-magnesium, magnesium-iron, and iron silicates, respectively. Their series is named in table 1 for two of its members, and when its composition is known, it should be called by the specific name, such as

---

[9]Clifton, R. A. Asbestos. BuMines MCP-6, in preparation, 1977.

6



FIGURE 2. - Macrophotographs of serpentine (top,
X 1) and chrysotile (bottom, X 3).





FIGURE 3. - Macrophotographs (X 3) of tremolite (top) and
tremolite asbestos (bottom).

8





FIGURE 4. - Macrophotographs (X 3) of anthophyllite (top) and anthophyllite asbestos (bottom).





FIGURE 5; - Macrophotographs of actinolite (top, X 1) and
actinolite asbestos (bottom, X 3).

10





FIGURE 6. - Macrophotographs (X 3) of cumming-
tonite (top) and cummingtonite-
grunerite asbestos (bottom).





FIGURE 7. - Macrophotographs (X 3) of riebeckite (top) and crocidolite (bottom).

12

tremolite. The following nomenclature for this series (7) is based on the mole
ratio (in parentheses) of $\frac{Fe}{Fe + Mg}$ in the formula $Ca_2(Mg,Fe)_5Si_8O_{22}(OH)_2$: tremolite
(0 to 0.2), actinolite (0.2 to 0.8), and ferroactinolite (0.8 to 1.0).

### Definitions

Many mineralogical definitions apply to the entire mineral field, but the defi-
nitions in this report are restricted to those necessary to characterize the fibers
and cleavage fragments related to asbestos identification-characterization. The
terms to be defined are outlined in the following list:

Mineral terms:
  Mineral
  Mineral groups
  Mineral series
  Mineral varieties

Asbestos-related terms:
  Asbestos
  Fibrous
  Mineral fiber
  Fibril
  Fibril structure
  Asbestiform

Crystal terms:
  Crystal structure
  Crystalline
  Crystal
  Single crystal
  Twinned crystal
  Polycrystalline
  Polymorphs
  Polytypes
  Crystal form
  Crystal morphology:
    Single crystals:
      Equant
      Prismatic
      Acicular
      Fiber
      Fibril
      Filiform
      Bladed
      Platy
      Lamellar
    Crystal aggregates:
      Asbestiform
      Columnar
      Fibrous
      Lamellar
      Massive
      Radiating
      Reticulated

Breaking of minerals:
  Cleavage:
    Types:
      Pinacoidal
      Prismatic
      Rhombohedral
      Cubic
      Octahedral
    Quality:
      Perfect
      Good
      Fair
      Imperfect
  Cleavage fragment
Fracture:  Types:
  Even
  Uneven
  Splintery
  Conchoidal
  Hackly
Parting

## Mineral Terms

Mineral.--A homogeneous, naturally occurring, usually inorganic and crystalline substance. Minerals with distinct crystal structure types (including lack of crystal structure) and limited variation in chemical composition are given individual names.

The early concept of a mineral as a natural-history species was gradually abandoned and changed into a chemical and structural definition around the middle of the 19th century, long before crystal structures were understood. The term "species" persisted for a long time with this newer definition, but is now seldom used in mineralogy.

Mineral Group.--Minerals that have essentially the same (or comparable) structures, but have different cations in secondary structural position (for example, pyrites, feldspars, and amphiboles).

In silicates, most of the mineral groups have the same linkage patterns of the silica tetrahedra, like the characteristic double chains of amphiboles. However, the secondary atomic sites may be occupied by a relatively wide variety of cations or some may even be vacant in the actual structures of the members. In some silicate-mineral groups, the identity of the silica-tetrahedral frame is less restricted and may be limited to the similarities of some basic characteristics. For example, the silica-tetrahedral frames of the zeolite minerals are variable, but they are all characterized by large open channels.

All mineral groups have names. In some instances, this name is the universal name of a common or important member of the group (for example, serpentine group).

Mineral Series.--Two or more members of a mineral group in which the cations in secondary structural position are similar in properties and can be present in variable, although frequently limited, ratios (for example, cummingtonite-grunerite). Also known as an isomorphic series.

Some mineral series such as the plagioclases have unique names, but most are identified by the combined names of the end-member minerals, such as tremolite-actinolite. The current trend is to simplify long series names by using the mineral name of only one (end or intermediate) member.

Individual minerals in the series are either identified by the names given to compositional ranges (for example, bytownite or oligoclase in the plagioclases), or by the name of the series followed by a symbol expressing the mineral's position in the series or the ratios of the variable cations ($Ab_{x\%}An_{100-x\%}$ for plagioclases, where Ab and An designate the two end members, albite and anorthite).

Mineral Variety.--Minerals that are conspicuously different from those considered normal or common in crystallization habits, polytypes, and other structural variants, or other physical properties such as color. Varieties are named by mineralogists, miners, gemologists, manufacturers of industrial products, and mineral collectors.

14



FIGURE 8. - Four varieties of gypsum: (A) Selenite; (B) satin spar, fine fibrous; (C) satin spar, coarse fibrous; and (D) alabaster.

Although mineral names are controlled by national and international mineralogical organizations, variety names are not. In practice, any variety name that becomes sufficiently popular is eventually recognized by these organizations as distinct enough to be used as a mineral-variety name. Typical of these are the various varieties of gypsum shown in figure 8. Figures 2 through 7 illustrate the massive and asbestiform varieties of serpentine and amphiboles.

Asbestos-Related Terms

In the following discussion, asbestiform refers only to asbestos. The other terms, "fibrous," "mineral fiber," "fibril," and "fibril structure," apply to both asbestiform and nonasbestiform varieties.

Asbestos.--(1) A collective mineralogical term encompassing the asbestiform varieties of various minerals; (2) an industrial product obtained by mining and processing primarily asbestiform minerals.

The quality of asbestos depends on the mineralogy of the asbestiform variety, the degree of asbestiform development of the fibers, the ratio of asbestiform fibers to acicular crystals or other impurities, and the length and flexibility of the fibers. The major asbestiform varieties of minerals used for asbestos are chrysotile, tremolite-actinolite asbestos, cummingtonite-grunerite asbestos, anthophyllite asbestos, and crocidolite. Asbestos may be marketed by its mineral name such as anthophyllite asbestos, its variety name such as chrysotile or crocidolite, or a trade name such as Amosite or Montasite. Two types of commercial asbestos are shown in figures 9 and 10.

The term "asbestos" was first introduced by Plinius Secundus in 77 A.D. The term "amiant" was previously used for the same mineral by Dioscorides in 50 A.D., and this term was the more common one until the middle of the 17th century. After that until the 20th century, "asbestos" was more common, and "amiant" was reserved for the more silky and flexible asbestos. In the 18th century, asbestos was classified into five different species. Currently, all



FIGURE 9. - Macrophotograph of tremolite asbestos (X 3).

asbestos is recognized as varieties of several individual minerals. Thus, in mineralogy, "asbestos" became a collective term, somewhat like "clays" or "gems." During the 20th century, asbestos developed into an important industrial material. Some asbestos products contain nonasbestiform minerals (for example, asbestos-cement and asbestos-magnesia); consequently, the mineralogical and the industrial definitions of asbestos do not always coincide.

Fibrous.--The occurrence of a mineral in bundles of fibers, resembling organic fibers in texture, from which the fibers can usually be separated (for example, satin-spar and chrysotile).

The term "fibrous" has been used during the last 200 years to describe all kinds of minerals that crystallized in habits resembling organic fibers, including asbestos minerals. However, the related



FIGURE 10. - Macrophotograph of anthophyllite asbestos (X 3).

term "asbestiform" was never used for fibrous mineral habits other than asbestos. Accordingly, "fibrous" is the more general term, and asbestiform is a specific type of fibrosity. Figures 11, 12, and 13 show various types of fibrous mineral habits. Examples of fibrous minerals, both silicates and non-silicates, that are not classified as asbestiform are shown in figure 13.

16





FIGURE 11. - Macrophotographs (X 3) of two fibrous amphiboles
        showing asbestiform habit: Byssolite (top) and
        richterite (bottom);



FIGURE 12. - Photomicrograph illustrating the separation of a crocidolite fiber bundle into fibers (X 600).

Mineral Fiber.--The smallest elongated crystalline unit that can be separated from a bundle or appears to have grown individually in that shape, and that exhibits a resemblance to organic fibers. (Examples: fiber bundles, chrysotile and crocidolite; individual fibers, epsomite and millerite.)

The term "fiber" is not limited to asbestos. However, it is distinct from "acicular" because it requires the resemblance to organic fibers. Figures 14 and 15 illustrate mineral fiber habits. Excellent photomicrographs of organic fibers are illustrated in The Particle Atlas (18).

Fibril.--A single fiber, which cannot be separated into smaller components without losing its fibrous properties or appearances.

Most fibers are single structural entities, such as millerite and nickel sulfide, and some may be called fibrils. However, some fibers are composed of two or more fibrils that are less readily separable from each other than fibers are from bundles (for example, chrysotile and crocidolite). Figure 16 shows the high magnification necessary to resolve a fibril.

Fibril Structure.--A systematically deformed and/or defective crystal structure of a fibril. A defect structure would involve various types of dislocation. The fibril structure may be exhibited by a single crystal, a group of single crystals, or a twinned single crystal.

18



FIGURE 13. - Four fibrous nonasbestiform mineral varieties: *A*, Fibrous talc (X 500);
*B*, fibrous brucite (X 50); *C*, polygorskite (X 30,000); and *D*, attapulgite
(X 30,000).



FIGURE 14. - Light optical photomicrograph of fibers from tremolite asbestos (X 115). A few particles are seen to be bundles of fibers.



FIGURE 15. - Fibers of epsomite (magnesium sulfate hydrate) (X 13).

The scroll-like fibril structure of chrysotile (38), the twinned single-crystal fibrils of chrysotile (6), and the incompletely resolved fibril structure of an amphibole (9) are all examples illustrated in the literature.

Some acicular single crystals may have the appearance of fibers and fibrils, yet there is nothing unusual about their crystal structures. Other acicular single crystals may have significant structural deviations in addition to appearance that result in the display of certain properties usually found in fibers such as high tensile strength along the fiber axis. Thus, fibril structure is not limited to asbestiform structures, but may occur in a minor form in non-asbestiform structures.

Asbestiform.--A specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility.

"Asbestiform" and "asbestos" are essentially synonymous in current usage. Some special properties of asbestiform varieties, including optical extinction and surface charge, are either not fully understood or are not uniformly applicable to all asbestiform fibers; consequently, they cannot be considered fundamental characteristics at this time. The prototype of the expression "asbestiform" was introduced by Werner in 1774. He recognized three subspecies of actinolite and of tremolite. One of these subspecies had the prefix "asbestartiger." Thus, the restriction of "asbestiform" to certain mineral varieties appears to

20





FIGURE 16. - Chrysotile, showing individual
fibrils, at two magnifications:
X 18,000 (top) and X 35,000
(bottom). The hollow-tube
structure is visible at the higher
magnification. (TEM micro-
photographs.)



FIGURE 17. - Crocidolite, showing a fiber bundle and fibers (X 300).



0.1 mm

FIGURE 18. - Chrysotile by polarized light (X 100).

be justified on a historical as well as physical basis. Figures 17 to 20 show several asbestiform varieties of minerals.

Crystal Terms

Crystal Structure.--The pattern of the regular arrangement of atoms and ions in space. Usually refers to the basic (or average) structure of solids (and the ordered portions of liquids) without reference to minor, localized deviations.

Crystalline.--A substance possessing a reasonably well developed and long-range ordered crystal structure.

Crystal.--(1) Any single crystal; (2) a single crystal terminated by planar or nearly planar surfaces called crystal faces.

Single Crystal.-- A crystal containing an uninterrrupted crystal structure in a single orientation.

Twinned Crystal.-- A crystal composed of two or more single crystals where adjacent crystals share a plane that is an integral part of both orientations of the crystal structure.

Polycrystalline.--A substance composed of two or more single crystals.

Polymorphs.--Two crystals with identical chemical composition but different crystal structures.

22



FIGURE 19. - Chrysotile (X 300).

Polytypes.--Polymorphs that contain essentially identical structural components, like layers, which are arranged in various patterns, like stacking of layers.

Crystal Form.--A set of symmetrically equivalent faces in a single crystal. A crystal may display several crystal forms.

Crystal Habit.--The actual shape assumed by a crystal or group of crystals as a result of the growth of dominant crystal forms (faces). Also known as crystal morphology.

Crystal Aggregate.--A cohesive mass of individual crystals or grains.

Single crystals exhibit growth shapes, while crystal aggregates exhibit growth patterns or arrangements (fig. 21). Some habits imply minor deviation of the crystal structure (deformation of the structure, presence of defects, inclusions, or impurities). Most habits are limited to the appearance of single crystals (crystal forms, irregular terminations, dimensional development, texture) or the pattern of aggregation of single crystals (dimension, orientation of the crystals, and cohesion between them). Under the following heading of "Single Crystals," the growth shapes are arranged first as equant, followed by other shapes that can be thought of as being derived from equant by suppressing or extending one or two of the three space dimensions, thus conveying the gradational nature of various defined crystal shapes.

## Single Crystals

Equant.--The shape of a single crystal or grain with three approximately equal space dimensions.



FIGURE 20. - Chrysotile at two magnifications:  X 1,960 (top)
and X 2,800 (bottom).

24



FIGURE 21. - Various shapes of single crystals, and patterns or arrangements of crystal aggregates.



FIGURE 22. - Macrophotograph of spodumene (LiAlSi$_2$O$_6$) showing prismatic shape (X 1).



FIGURE 23. - Macrophotograph of tremolite showing prismatic and acicular crystal shapes (X 10).

Prismatic.--The shape of a single crystal with one elongated dimension and two shorter, approximately equal, dimensions.

Prismatic shapes of various single crystals are shown in figures 22 to 25.

Acicular.--The shape shown by an extremely slender crystal with small cross-sectional dimensions (a special case of prismatic form). Acicular crystals may be blunt-ended or pointed. The term "needlelike" refers to an acicular crystal with pointed termination at one or both ends.

Figures 23 and 26 show acicular crystals or crystal shapes.

Fiber.--See definition under "Asbestos-Related Terms."

Fibril.--See definition under "Asbestos-Related Terms."

Filiform.--The shape of threadlike mineral fibers.

Bladed.--The bladelike shape of a crystal with one longer dimension and two unequal, much shorter, dimensions.

26



FIGURE 24. - Riebeckite, showing prismatic
shape (SEM photomicrograph
at X 800).



FIGURE 25. - Actinolite, showing prismatic shape (SEM photo-
micrograph at X 20,000).



FIGURE 26. - Tremolite cleavage fragments
(X 130), showing acicular (A),
fibrous (F), and prismatic (P)
shapes.

Figure 25 shows the bladed prismatic habit of actinolite.

Platy.--The shape of a crystal with one short dimension and two longer, approximately equal, dimensions. Chlorite, micas, and talc usually crystallize into platy shapes.

The serpentines, although possessing layered structure similar to micas and talc, rarely grow in platy shapes. Talc is of interest here because some talc deposits have associated asbestiform and nonasbestiform minerals. Platy talc, when seen in thin sections or as fragments in oil, may occur in various orientations. Plates lying flat look like plates but, if standing on edge, could appear fibrous.

Lamellar.--The shape of a very thin platy crystal.

Crystal Aggregates

Asbestiform.--See definition under "Asbestos-Related Terms."

Columnar.--The arrangement of a group of approximately parallel, prismatic, acicular, or bladed crystals.

Figure 27 shows columnar aggregates of coarse anthophyllite.

Fibrous.--See definition under "Asbestos-Related Terms."

28



FIGURE 27. - Macrophotograph of columnar ag-
gregates of coarse anthophyllite
(X 1).

Lamellar.--The pattern exhib-
ited by aggregates of very thin
platy minerals.

Massive.--Homogeneous struc-
ture without stratification, flow-
banding, foliation, or schistosity.
Also, crystals or crystalline
grains that are tightly packed and
scarcely distinguishable.

Figure 2 (top) is a good
example of massive serpentine.

Radiating.--An arrangement of
prismatic, acicular, or bladed
crystals that appear to be diverg-
ing from a common center.

Figure 28 shows radiating
aggregates of pyrophyllite.

Reticulated.--The pattern of
a crisscross network of acicular,
prismatic, or bladed crystals.

Breaking of Minerals

When a mineral crystal or grain is strained beyond its elastic and
plastic limit, it will break in one of several characteristic modes described
as cleavage, fracture, or parting.

Cleavage.--The tendency of a crystal to break in definite directions that
are related to the crystal structure and are always parallel to possible crys-
tal faces.

Cleavage Types

Pinacoidal Cleavage.--A crystal with only one cleavage plane that yields
platy or lamellar fragments (for example, talc and the mica minerals).  Also
called platy, basal, or lamellar cleavage.

Prismatic Cleavage.--A crystal with two distinct cleavage planes that
yield prismatic fragments (for example, the amphiboles and pyroxenes).



FIGURE 28. - Macrophotograph of radiating aggregates of
acicular pyrophyllite (X 1).



FIGURE 29. - Macrophotograph of calcite rhombohedral cleavage
fragments (X 1.7).

Rhombohedral
Cleavage.--A hexagonal
crystal with three dis-
tinct cleavage planes
that yield rhombohedral
fragments (such as
calcite).

Figure 29 shows
the excellent rhombo-
hedral cleavage of
calcite.

Cubic Cleavage.--
An isometric crystal
with three distinct
cleavage planes that
yield cubic fragments
(for example, halite).

Octrahedral
Cleavage.--An isometric
crystal with four dis-
tinct cleavage planes
that yield octahedral
cleavage fragments (for
example, magnetite and
fluorite).

Cleavage Quality

The quality or
persistence of a
cleavage is described
as follows:

Perfect.--Diffi-
cult to break in any
other direction;
cleavage surfaces are
extensive and smooth.

The cleavage of
calcite in figure 29
is perfect.

Good.--Breaks
readily along one
direction; but can be
broken in other direc-
tions; cleavage

30



FIGURE 30. - Macrophotograph of pyroxene showing good cleavage interrupted by uneven fracture (X 1).



FIGURE 31. - Tremolite, showing good prismatic cleavage (SEM photomicrograph at X 560).

surfaces are smooth but interrupted by other fractures.

Figures 30 and 31 show good cleavage of pyroxene and tremolite.

Fair.--Breaks most readily along cleavage but also fractures easily in other directions; cleavage surfaces are seldom large.

Imperfect.--Breaks about as easily by fracture as by cleavage; cleavage surfaces tend to be small and frequently interrupted.

Cleavage Fragment

Cleavage Fragment.--A fragment produced by the breaking of crystals in directions that are related to the crystal structure and are always parallel to possible crystal faces.

Minerals with perfect cleavage can produce perfect regular fragments. Amphiboles with prismatic cleavage will produce prismatic fragments (fig. 31). These fragments can be elongated and on superficial observation may resemble fibers (figs. 26 and 32). However, because they did not grow as fibers, they cannot have the characteristics of fibers. Consequently,



cleavage fragments can-
not be called fibers.
Minerals do not always
break into the same
shapes as their growth
habits. For example,
calcite has many growth
habits, but usually
breaks into rhombohe-
dral cleavage fragments
(fig. 29).

Fracture.--The
tendency of a crystal
or grain to break in an
irregular manner appar-
ently unrelated to
crystallographic
directions.

Fracture types are
as follows:

Even.--Breaking.
along relatively smooth
planes.

FIGURE 32. - Cleavage fragments of riebeckite (X 500). Particle
F has a fibrous appearance.

Uneven.--Breaking along irregular planes.

Splintery.--Breaking into irregular, elongated fragments.

Conchoidal.--Breaking along spherical or conical surfaces.

Hackly.--Breaking with a jagged irregular surface.

Parting.--The tendency of a crystal or grain to break along crystallo-
graphic planes weakened by inclusions or structural defects. Different speci-
mens of the same mineral may or may not exhibit parting. Twinned crystals
often part along composition planes, which are lattice planes and, therefore,
potential crystal faces. Parting is similar to cleavage.

## MINERAL IDENTIFICATION AND CHARACTERIZATION

Until recently, emphasis in the United States was placed on occupational
exposure of employees manufacturing or using asbestos products for insulation
and other applications (29, 33). Regulatory procedures were adopted from
those used in Great Britain. The industrial-hygiene identification procedures
were acceptable to industry, health, and regulatory organizations because the
concern was restricted to several mineral products known collectively as
asbestos. Although light optical microscopic procedures counted only the
larger particles collected on the air filters, the procedure was adequate for

correlating health effects to the number of fibers observed. Exact defini-
tions for asbestos-related mineralogical terms were not essential since all
three groups (industry, health, and regulatory) clearly understood what was
being counted and regulated.

The light optical microscopic procedures used by industrial hygienists
were designed for control of asbestos-processing operations in which the
chrysotile and asbestiform amphiboles are present as bundles of fibers as well
as individual fibers (15). These bundles may have an average diameter of 0.75
to 1.5 µm for chrysotile and 1.5 to 4.0 µm for the amphibole asbestos (3).
Particulates of these sizes can be readily observed at a magnification of
X 450 to X 500. In contrast, samples from ambient air and personnel air moni-
tors may consist of individual fibrils or small bundles of chrysotile 0.02 to
0.1 µm in diameter, and/or amphiboles 0.1 to 0.2 µm in diameter (3). Fibrils
and small fibers in this size range are not visible using the conventional
light optical microscopic procedures (13, 34). Therefore, the identification
procedures currently used for regulating the U.S. mineral producing and con-
suming industries must be reexamined to insure that they are both mineralogi-
cally correct and applicable to the size range of the particles being
regulated.

This discussion will be limited to the selected silicate minerals and
their asbestiform varieties listed in table 1. The objective is to point out
the particle size at which the minerals can be identified and characterized by
various analytical techniques (17). Detailed descriptions of the various ana-
lytical and characterization techniques are available in numerous publications
and textbooks and are therefore not included in this report.

A crystalline mineral is defined primarily by its crystal structure and
by its definite composition or range of compositions. Therefore, any system
of mineral identification should be based principally on crystal structure and
chemical criteria. Additional characteristics have to be determined to dis-
tinguish varieties. These varieties have similar basic crystal structures and
composition, but are usually differentiated macroscopically by the character-
istic habits and/or other specific features of the varieties. The objective
for this section of the report is to summarize the methodology for identifying
the mineral first by mineral group (such as serpentine and amphibole), then by
mineral (actinolite, anthophyllite, or chrysotile), and finally by mineral
variety.

## Macroscopic Samples

At the macroscopic level (easily visible by the unaided eye), the obvious
feature of the asbestiform varieties is the presence of fibers that can be
easily separated, while the nonasbestiform varieties have a massive, blocky,
bladed, or columnar appearance (figs. 2-7). Although chrysotile does occur
very rarely in a nonasbestiform habit, in general the distinction between
chrysotile and serpentine can be based on the presence or absence of separable
fibers. In some serpentine samples where an obvious asbestos texture is not
displayed, the distinction between serpentine varieties may require more
specialized techniques (6, 19). The distinction between serpentine and

amphibole minerals at the macroscopic level can be made by optical microscopy, elemental analysis, differential thermal analysis, and X-ray diffraction techniques. For essentially pure samples, these techniques should also be sufficient to identify the individual amphibole minerals based on the elemental composition corresponding to the various members of the solid solution series.

Many macroscopic samples of interest to the occupational and environmental health personnel may contain low percentages of asbestiform minerals (for example, chrysotile in serpentine and tremolite asbestos in talc). As a supplement to optical microscopy, the presence or absence of serpentine or amphibole minerals can be determined in 10- to 100-mg samples by instrumental techniques such as X-ray diffraction, differential thermal analysis, or infrared spectrophotometry. In general, the sensitivity of these instrumental methods is approximately 1.0 weight-percent. Sensitivity is significantly affected by the presence of other minerals that give a response at or near the response peak of the serpentine and amphibole minerals. It is important to note that these methods usually only distinguish between mineral groups; light optical or electron optical microscopy is required to obtain morphological characteristics necessary to identify varieties of the same material.

Chemical characterization is generally necessary to assign a specific mineral name to an amphibole whose structure is known. The amphiboles have been described (8) using the structural formula $W_{n-1}X_2Y_5Z_8O_{22}(OH,O,F)_2$. Generally, $W = Na, K$; $X = Na, Ca, Mg, Fe^{+2}, Mn$; $Y = Al, Fe^{+3}, Ti$; and $Z = Si, Al$. In addition to the variation implied by the structural formula, a chemical analysis must take into account inclusions of other minerals that may be present. In contrast to the more formidable task of amphibole chemical characterization, the serpentine minerals generally show little deviation from the formula $Mg_3Si_2O_5(OH)_4$. For either structural or chemical characterization of a macroscopic sample, sufficient time must be spent in sample preparation to insure that relatively pure minerals are being examined.

## Microscopic Samples

The petrographic microscope provides a general method by which particles larger than 5 μm can be characterized. By observing the optical properties characteristic of the structure and chemistry of a mineral, an experienced microscopist can distinguish amphiboles from serpentines and, in some cases, distinguish individual minerals within these groups (7). The refractive indices are sufficiently different for the serpentine and amphibole groups to make a distinction between groups by using the appropriate index oil (table 2). There is significant overlap in the range of the three refractive indices among the amphiboles, but a specific index (for example, $\alpha$, $\beta$, or $\gamma$) can be determined to aid in identifying the amphibole species. Optical relationships can be confused, however, if the particle consists of fiber bundles or is some other form of crystalline aggregate. The well-known parallel extinction of the commercial asbestos known as Amosite can be used to distinguish that variety from the nonasbestiform varieties of cummingtonite and actinolite. A method of using extinction angles and cleavage directions to distinguish specific asbestiform and nonasbestiform amphiboles has been described (37); however, this technique is limited to particles with diameters greater than about

34

5 um and cannot be universally applied to all amphiboles. There are many
other optical parameters such as pleochroism, sign of the elongation, and
color that are easy to obtain. Other parameters such as optic axial angle,
optical orientation, and optic sign are relatively more difficult to obtain.

TABLE 2. - Refractive indices for the serpentine group
and selected amphibole minerals

| | Refractive index | Range of values |
|---|---|---|
| Chrysotile............................ | $\alpha$ | 1.493-1.560 |
| | $\beta$ | 1.504-1.550 |
| | $\gamma$ | 1.517-1.562 |
| Antigorite-lizardite................. | $\alpha$ | 1.538-1.564 |
| | $\gamma$ | 1.546-1.573 |
| Anthophyllite........................ | $\alpha$ | 1.596-1.652 |
| | $\beta$ | 1.605-1.662 |
| | $\gamma$ | 1.615-1.676 |
| Actinolite-tremolite................. | $\alpha$ | 1.599-1.668 |
| | $\beta$ | 1.612-1.680 |
| | $\gamma$ | 1.622-1.688 |
| Cummingtonite-grunerite.............. | $\alpha$ | 1.635-1.696 |
| | $\beta$ | 1.644-1.709 |
| | $\gamma$ | 1.655-1.729 |
| Riebeckite.......................... | $\alpha$ | 1.654-1.701 |
| | $\beta$ | 1.662-1.711 |
| | $\gamma$ | 1.668-1.717 |

Except for the asbestiform variety, serpentines are usually massive,
while amphiboles range from fine-grained massive to columnar or radiating
aggregates of prismatic or acicular crystals. Amphiboles in acicular habit
may appear to grade into the asbestiform varieties. The characteristic fea-
tures of this habit may still be seen by electron microscopy. Terms such as
"acicular" or "prismatic" may still be applied when seen, but the term
"asbestiform" begins to lose its usefulness. For example, how may flexibility
be demonstrated in a 2-um bundle of fibers? As particle size decreases, the
inability to manipulate the mineral grains restricts the use of the term
"asbestiform" without altering the original sense of the word. High magnifi-
cation necessitates the use of strictly dimensional terms such as size and
aspect ratios to accurately describe the morphology of the amphiboles and
serpentines. The degree of morphologic characterization possibly will depend
on the magnification being used. An asbestos particle being described as a
single fiber at low magnification may be seen to be a bundle of fibers at some
high magnification. Therefore, the magnification must be stated in the
description. Morphologic characterization using light microscopy can be
accomplished on particles as small as a few micrometers. Electron optics can

be used to characterize a wide range of sizes extending down to a few ang-
stroms. <u>Morphologic characterization alone will not identify a mineral
without supplemental structural or chemical data.</u>

Structural information on individual particulates can be obtained by use
of a transmission electron microscope (TEM) in the selective area electron
diffraction mode (SAED). The inclination of the single crystal fragments to
the electron beam is very critical since a slight tilt of the crystal may
change a relatively simple reciprocal lattice pattern into a very complex one.
Consequently, a special goniometer or tilting stage is necessary to obtain
easily interpretable diffraction patterns. For the identification of the min-
eral, a goniometer or tilting stage is even more essential since dependable
conclusions cannot be made from measurements on one reciprocal lattice plane.
The quality of the SAED pattern is a function of fiber diameter (fig. 33).
The larger diameter fibers (>0.5 µm) strongly absorb the 60- to 100-kev elec-
trons used in a conventional TEM, while the very small-diameter fibers (<0.2
um) do not give sufficient electron-diffraction intensity. A second problem
with small-diameter fibers is the degradation of the single-crystal pattern by
diffraction lines from nearby particles. A higher energy TEM, with the
resultant greater penetration of the electron beam, can be utilized for large-
diameter particles. However, these costly instruments are not widely
available.

Although the magnitude of the characteristic C, the distance between the
conspicuous layer lines for chrysotile and the amphiboles, is similar in
direct space ($d_{001} \sim 5.3A$), the chrysotile pattern has very prominent streaks
on these layer lines compared with the spot pattern for the amphiboles (27).
Researchers indicate the ability to distinguish between the fibrous and non-
fibrous variety of amphiboles by SAED is still to be resolved.



FIGURE 33. - Quality of SAED pattern as a function of amphi-
bole fiber diameter. The values indicated on the graph are the
number of fibers examined at each diameter. (Reprinted with
permission of D. R. Beaman and D. M. File from Analytical
Chemistry (2). Copyright by the American Chemical Society.)

At the very high
magnification available
with a TEM, chryso-
tile's hollow-tube
(scroll-like) structure,
approximately 50 A in
diameter, is visible
(fig. 16). This hollow-
tube structure,
together with chemical
and structural data
regarding the sample,
is sufficient to
identify the mineral
variety. However, the
hollow-tube structure
is only visible for
individual fibrils;
fibers (composed of

36



FIGURE 34. - Intensity ratio of FeKα, MgKα, or CaKα relative to Si Kα as a function of fiber diameter. (Reprinted with permission of D. R. Beaman and D. M. File from Analytical Chemistry (2). Copyright by the American Chemical Society.)

several fibrils) will not display this characteristic because of stacking of the fibrils.

The elemental composition of microscopic grains is determined by either wavelength or energy-dispersive X-ray spectrography in conjunction with scanning or transmission electron microscopy. Extreme care must be taken in the calculation of elemental concentrations from X-ray spectral intensities because the spectral line intensities (FeKα, MgKα, CaKα, relative to SiKα) are dependent on particle diameter for small fibers (2). The particle diameter becomes a significant variable in the spectral intensity-composition relationship below 0.2 μm (fig. 34). Carbon contamination from diffusion pump oils must also be considered when analyzing small particles because the longer measuring times required to count sufficient numbers of X-ray photons allows time to build up a contamination layer. This carbon layer preferentially absorbs the lower energy X-ray photons.

Energy-dispersive X-ray spectral calibration data for each scanning or transmission electron microscope must be made using relatively pure standard minerals analyzed by accepted chemical-instrumental techniques. The analyst should be aware that other nearby grains may be contributing to the characteristic X-ray lines because of either penetration of the electron beam through the particles or secondary excitation of nearby particles from primary X-rays generated in the particle being measured. Modern electron optical instruments have electron beams diameters of approximately 0.1 μm; however, the sphere of excitation can be several micrometers in diameter as a result of scattered electrons and primary X-rays generated in this particle (26). Conversion of intensity into concentration using accepted computer programs such as "MAGIC" is limited in accuracy because these programs are designed for use with grains or particles several micrometers in diameter or larger, whereas the average mineral fiber diameter is less than 0.5 μm for amphiboles and less than 0.1 μm for chrysotile. A good example is the diameter size distribution of

Case 01-01139-AMC    Doc 4023-10    Filed 07/08/03    Page 56 of 68

chrysotile fibers in ambient air samples (table 3). The important point to note is that approximately 95 percent of these chrysotile fibers are 0.12 μm or less in diameter. Therefore, quantitative correction procedures applicable to large particles will be of limited value in mineral-fiber identification because the relative X-ray spectral intensities are dependent on fiber diameter below 0.2 μm.

TABLE 3. - <u>Frequency distribution of the width</u>
<u>of chrysotile fibers in ambient-air</u>
<u>samples,[1] percent</u>

| Diameter of chrysotile fibers, μm | Sample | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 0.02–<0.04 | 10 | 70 | 57 | 17 | 15 | 17 |
| .04- <.06 | 47 | 24 | 28 | 29 | 33 | 49 |
| .06- <.08 | 24 | 5 | 8 | 28 | 20 | 15 |
| .08- <.10 | 14 | 1 | 2 | 12 | 26 | 6 |
| .10- <.12 | 2 | 0 | 1 | 7 | 3 | 6 |
| .12- <.14 | 0 | 0 | 2 | 3 | 1 | 1 |
| .14- <.16 | 1 | 0 | 1 | 2 | 1 | 1 |
| .16- <.18 | 0 | 0 | 0 | 1 | 0 | 1 |
| .18- <.20 | 0 | 0 | 0 | 0 | 1 | 1 |
| .20- <.22 | 1 | 0 | 0 | 0 | 0 | 1 |
| .22-  .24 | 0 | 0 | 1 | 0 | 0 | 1 |
| >.24 | 1 | 0 | 0 | 1 | 0 | 1 |

[1]Samples were collected 1-2 miles from a serpentine rock quarry.



FIGURE 35. - Energy-dispersive X-ray spectra of chrysotile as a function of fiber diameter, BeO substrate (21).

Another problem with the elemental characterization of very small particles is the poor signal-to-background ratio. Longer counting times will help to improve the reliability of the measurement, but the best approach is to minimize the continuum background resulting from the interaction of the electron beam and the same substrate. Figures 35 and 36 show the energy-dispersive X-ray spectra from chrysotile fibers mounted on beryllium oxide (BeO) and beryllium (Be) substrates, respectively. The lower effective atomic number of Be compared with that of BeO results in a reduced continuum, therefore



FIGURE 36. - Energy-dispersive X-ray spectra of chryso-
tile as a function of fiber diameter, Be sub-
strate (21).

giving an improved signal-
to-background ratio.

## APPLYING MINERAL TERMINOLOGY
## TO THE IDENTIFICATION AND
## CHARACTERIZATION OF
## PARTICULATES

This section addresses
the practical considerations
and limitations encountered
when applying nomenclature
and identification-
characterization procedures
to regulatory and environ-
mental samples.

### Applying Morphological
### Terminology

One of the obvious fea-
tures of minerals and their
particulates is their mor-
phology or shape. The need
for precise definitions of
terms such as "asbestiform,"
"fiber," "cleavage fragment," and "fibril" was explained earlier. These defi-
nitions were carefully structured to eliminate ambiguity and to be technically
correct. Applying the definitions to samples requires careful thought as to
what limits must be placed on interpretations resulting from the use of these
terms and other mineralogical concepts. The underlying problem, recognized by
both medical and regulatory personnel, is classifying the mineral particle as
the asbestiform or nonasbestiform variety. The classification should with-
stand the test of mineralogical logic and proof. In a mineralogical sense,
the source of the mineral particulates must be considered, as explained in the
following discussion.

### Particulates From a Known Asbestiform Serpentine
### or Amphibole Source

The definition of asbestiform minerals includes three aspects: morphol-
ogy, structure, and chemistry. Morphologically, asbestiform mineral varieties
separate into flexible fibers or flexible bundles of fibers. Flexible fibers
bend readily and only break across the fibers into distinct pieces with some
difficulty. Structurally, the asbestiform minerals are limited, in this
report and in common practice, to the serpentine and amphibole mineral groups.
Chemically, these minerals are all hydroxylated silicates; the term "hydroxy-
lated" is preferred over "hydrated" because these minerals contain OH ions
rather than water of crystallization. The serpentines contain approximately
13 weight-percent water; the amphiboles, approximately 2.5 weight-percent
water.

For the purpose of this discussion, assume that a hand specimen meeting these requirements is correctly identified as an asbestiform mineral. If this sample is crushed and its fragments examined at various magnifications, its fibrous nature would be apparent, as in figures 14 and 17 to 19. These elongated fragments would be termed "fibers" and "bundles of fibers," and with the other available information would be called asbestiform. As these asbestiform particles are examined at increasing magnification, smaller particles become visible, while the image of large fibers and fiber bundles may exceed the field of the microscope. At increasingly smaller sizes, while fibers or bundles of fibers are still the predominant shape, a few of the fibers are observed to have broken into shorter and shorter segments. (Several short fiber segments are visible in figures 14 and 16.) These very short fiber segments are no longer described as fibers, but would be classified as fragments of fibers, or cleavage fragments if one or more cleavage planes govern their shape. Therefore, a known asbestiform sample would show an increase in the ratio of fiber fragments to fibers with a decrease in particle size.

## Particulates From a Known Nonasbestiform Serpentine or Amphibole Source

If the hand specimen discussed previously does not separate into flexible fibers or bundles of fibers, the mineral would not be considered asbestiform. However, the specimen would be classified as serpentine or amphibole if the specific mineral is identified on the basis of optical properties, chemistry, and structure.

If crushed fragments of this known nonasbestiform mineral are examined at various magnifications, the particles would be primarily cleavage fragments, or irregularly broken fragments if cleavage does not govern breakage. However, a few elongated particles may resemble a fiber in appearance to the degree that they may be indistinguishable morphologically from fibers derived from an asbestiform mineral sample. Figures 26 and 32 for tremolite and riebeckite, respectively, show cleavage fragments with fibrous shapes that could be incorrectly identified as fibers.

What can be stated morphologically about particles derived from crushing a known nonasbestiform mineral is that most of the particles are cleavage fragments with nonasbestiform texture; a few are fibrous in appearance, particularly at low magnification; and all of the particles are known to be derived from a nonasbestiform source.

## Comparison of Particulates From Known Serpentine and Amphibole Minerals and Their Asbestiform Varieties

The appearance of particles generated by milling known serpentine and amphibole minerals and their asbestiform varieties is shown in figures 37 to 40. The samples shown in figures 37 to 39 were photographed using light optical microscopy at three magnifications to show that, at decreasing size (depicted by increasing magnification), the original habit generally persists. For the nonasbestiform amphibole minerals, there were a few elongated particles from the riebeckite and tremolite. Elongated particles of this type

40



FIGURE 37. - Light optical photomicrographs of chrysotile and antigorite-lizardite at three magnifications. Chrysotile (left) at *A*, X 100; *B*, X 500; and *C*, X 950. Antigorite-lizardite (right) at *D*, X 100; *E*, X 500; and *F*, X 950.



FIGURE 38. - Light optical photomicrographs of crocidolite and riebeckite at three magnifica-
tions; Crocidolite (left) at $A$, X 100; $B$, X 500; and $C$, X 950. Riebeckite (right)
at $D$, X 100; $E$, X 500; and $F$, X 950.

42



FIGURE 39. - Light optical photomicrographs of tremolite asbestos and tremolite at three magnifications. Tremolite asbestos (left) at $A$, X 100; $B$, X 500; and $C$, X 950. Tremolite (right) at $D$, X 100; $E$, X 500; and $F$, X 950.



FIGURE 40. - SEM photomicrographs of crocidolite and riebeckite at three magnifications: Crocidolite (left) at A, X 500; B, X 2,500; and C, X 10,000. Riebeckite (right) at D, X 500; E, X 2,500; and F, X 10,000. Rectangles indicate the area shown at the next higher magnification.

44

are typical of the prismatic cleavage of amphiboles. To increase optical contrast, the serpentine group samples were dispersed in an immersion oil considerably below the refractive indices for the serpentine.

Riebeckite and crocidolite particles are compared at higher magnifications in figure 40. The outlined areas in the scanning electron micrographs indicate the area displayed at the next higher magnification. Again, note the presence of a few elongated cleavage fragments of riebeckite visible at the higher magnification. In contrast, the aspect ratio of the crocidolite will decrease with decreasing particle size because the individual fibers cannot cleave further along the fiber axis; they can only break into shorter segments.

### Aspect Ratio

Existing regulatory standards are based on counting specific mineral particulates with aspect ratios of 3 to 1 or greater. This report emphasizes that the aspect ratio has little mineralogical significance for individual particulates but is applicable to a large number of particles. A few relatively long thin particles are produced as cleavage fragments from the crushing and grinding of many nonasbestiform minerals. Conversely, similar milling treatment will result in a few short segments of true fibers from the asbestiform varieties. However, statistically, the length-to-width characteristics of the milled amphiboles and serpentine and their asbestiform varieties are significantly distinct, as shown by the data in figures 41-44.

Figures 41, 42, and 43 show the frequency polygons of the aspect ratio distribution for milled samples of the normal nonasbestiform variety of three amphiboles--anthophyllite, tremolite, and hornblende, respectively. Note that in all three examples, approximately 70 percent of the particles have an



FIGURE 41. - Frequency polygons for the aspect ratios of anthophyllite and anthophyllite asbestos.



FIGURE 42. - Frequency polygons for the aspect ratios of tremolite and tremolite asbestos.



FIGURE 43. - Frequency polygons for the aspect ratio of hornblende.



FIGURE 44. - Frequency polygons for the aspect ratios of commercial-grade chrysotile and chrysotile in ambient air.

aspect ratio of less than 3 to 1, and 95 percent of the particles have a length-to-width ratio of less than 10 to 1. The frequency distribution maximums of the aspect ratios for milled anthophyllite asbestos and tremolite asbestos are significantly higher than those for the normal, nonasbestiform variety. Thirty to forty percent of the asbestiform particulates are in the 10-to-1-or-longer class, with a significant number of particles having an aspect ratio greater than 20 to 1.

Figure 44 shows the distribution frequencies for a milled commercial grade of chrysotile asbestos and for chrysotile particulates collected on ambient air filters in the vicinity of a serpentine rock quarry. For the commercial-grade chrysotile, over 50 percent of the particles have an aspect ratio greater than 50 to 1, whereas the frequency distribution for the ambient air sample has a maximum between 10 to 1 and 20 to 1. These results are anticipated because the higher aspect ratios for the commercial-grade chrysotile are characteristic of the significantly longer starting material.

All of the aforementioned samples except the ambient air were milled, then dispersed in water for collection on a suitable substrate. The samples were then measured using electron microscopy at magnifications

46

of 5,000 to 10,000.  The ambient air sample, collected near a serpentine rock quarry, was measured using a TEM with magnifications of X 5,000 to X 32,000.

Based on these data, one test for distinguishing the presence or absence of the asbestiform variety of a mineral could be an examination of the frequency distribution of the aspect ratio for that mineral.  Assuming positive identification of the mineral type, then the designation of variety would be based both on particle morphology and the frequency maximum of the aspect ratio.  Cleavage fragments will generally have a frequency maximum less than 3 to 1, whereas the asbestiform varieties will fall between 10 to 1 and 20 to 1 or higher, depending on the characteristics of the mineral and the history of the sample, particularly the type and degree of milling.  If any shape or size limits are placed on characterizing mineral particulates, such limits should be based on medical evidence or on some limitation of the characterizing technique and so stated.

## Particulates From Unknown Sources

Samples such as environmental airborne or waterborne mineral particulates collected at a considerable distance from a possible source are examples of particulates from an unknown source.  The samples could have been collected at a location so distant from a known source that other mineral particulates originating from other sources compose most of the sample.

The source of the particulates in an environmental sample may be located by taking additional samples at selected intervals in the direction of, and closer to, the suspected source.  However, several factors must be considered: The direction of air and water currents with respect to the suspected source, and the proximity to and direction of other sources with regard to the suspected source.  One study found very low concentration of airborne chrysotile upwind from a source compared with a concentration two orders of magnitude greater downwind (14).  Another important consideration is the level of natural or human disturbances of particulates; for example, strong versus weak winds, or heavy versus light vehicle traffic.  In some instances, it may be possible to identify the source if the mineral particulates of interest have unique trace elements or combinations of elements that are specific to the probable mining or milling operation emitting the particulates.  Detailed elemental analysis using the X-ray spectral capabilities of an SEM or TEM is required on both the suspected source and the particulates.

## APPLICATIONS

The following examples illustrate the application of mineral terminology and identification-characterization procedures to three types of problems: (1) chrysotile determination in ambient-air samples collected near a serpentine rock quarry, (2) identification of asbestiform minerals in ceilings and walls of public buildings, and (3) characterization of a mineral product. These examples illustrate, in order, the need for higher magnification than available with the light optical microscope, the use of various characterization techniques to screen and identify asbestiform minerals, and the judgment of the analyst in distinguishing cleavage fragments and asbestiform particles.

47



FIGURE 45. - Macrophotograph showing chrysotile veins in serpentine rock (X 1).



FIGURE 46. - Chrysotile bundle (SEM photomicrograph at X 5,000).

## Ambient-Air Samples Collected Near Serpentinite Rock Quarry

The Bureau of Mines is working with State and Federal officials to measure mineral particulates in ambient-air samples collected in the vicinity of a serpentine rock quarry. Optical microscopic procedures at about X 500 are limited to the identification of mineral particulates longer than 5 μm with an aspect ratio of 3 to 1 or larger (criteria set by the Mining Enforcement and Safety Administration and the Occupational Safety and Health Administration). The mineralogist can further identify the particles as belonging to the serpentine, amphibole, or other mineral group with index oils (table 2).

The serpentine rock in the quarry is interlaced with small veins of chrysotile (fig. 45). Optical microscopic procedures used for industrial hygiene are adequate for the detection of large chrysotile fiber bundles. These fiber bundles of commercial-grade chrysotile can be several micrometers or larger in diameter (fig. 46). In contrast, the mining and crushing operations in the quarry plus transport of particulates over a distance breaks bundles of fibers down to fibers or fibrils with diameters of 250 to 1,000 A (table 3).

48

Figure 47 is a series of SEM photomicrographs of a mixture of chrysotile and nonasbestiform serpentine handpicked from a small vein in the serpentine rock quarry. Note that at X 450 (corresponding to the optical microscope magnification), only one or two bundles of chrysotile are faintly visible; the predominant particles are the nonasbestiform serpentine. As the magnification is increased, the high concentration of chrysotile fibers becomes readily visible. The fiber diameter size data in table 3 indicate that more than 95 percent of the chrysotile fibers in these ambient air samples are below the limit of resolution of the optical microscope. Although many other scientists have pointed out the limitation of the optical procedures for chrysotile in ambient air, there is need for continuous emphasis that higher magnification techniques are necessary for environmental and regulatory samples.

## Asbestos in Ceiling and Wall Materials

A possible environmental hazard is the release of asbestos from ceilings and walls in homes, churches, schools, and various other public and commercial buildings. Because of the very high number of potential samples to be examined by various State or Federal agencies, a rapid and reliable screening procedure is necessary to identify those samples that warrant further tests. Three complementary analytical methods for screening, identification, and semiquantitative estimate of the asbestiform mineral concentration are X-ray diffractometry, differential thermal analysis, and microscopy (light optical and scanning electron).

The screening identification procedures can be relatively simple because chrysotile is the principal asbestos mineral used for building insulation materials, with Amosite used to a much lesser extent. In 18 samples from a midwestern municipal health department, chrysotile was a major constituent (>50 weight-percent) in 2 samples, a minor constituent (1 to 10 weight-percent) in 12 samples, and not detected in 4 samples. Other minerals present in various concentrations in these samples were calcite, quartz, gypsum, and mica. Amosite was found as a major constituent in the ceiling of an older building located on a university campus.

The presence of either serpentine or amphibole minerals in the insulation materials can be used as a probable indication of asbestos. Therefore, screening tests are based on the presence or absence of characteristic differential thermal analysis or X-ray diffraction peaks of either serpentine or amphibole minerals. For the positive samples, confirmation of the presence of the asbestiform variety requires some type of microscopic examination because the thermal and X-ray diffraction methods do not identify the mineral variety.

Differential thermal analysis provides a detectable signal from chrysotile at 0.5 to 1.0 weight-percent, as indicated by the curves shown in figure 48. Note the increase in the endothermic (A) and exothermic peaks (B) upon addition of about 5 weight-percent chrysotile to a sample taken from a school ceiling. The sensitivity of differential thermal analysis for the amphibole minerals is significantly poorer because the $H_2O$ content of amphiboles is approximately 2.5 percent compared with about 13 percent for chrysotile. The sensitivity of the X-ray diffraction method also ranges from 0.5 to



FIGURE 47. - Mixture of nonasbestiform serpentine and chrysotile at five magnifications: A, X 450; B, 2,250; C, X 9,000; D, 1,800; and E, X 18,000. Rectangles indicate the area shown in the next panel.