| MAS Data (AHERA TEM)- Dimensions and Distributions of Fibers | |
| --- | --- |
| Number of Fibers Detected: | **944** |
| | |
| Number of Fibers $\geq 5\,\mu$ in Length: | 724 |
| Percentage of Total Fibers $\geq 5\mu$ in Length: | 77% |
| | |
| Average Aspect Ratio for All Fibers $\geq 5\mu$ in Length: | 24:1 |
| | |
| All Fibers $\leq 1\,\mu$ in Diameter | 872 |
| Percentage of All Fibers $\leq 1\,\mu$ in Diameter | 92% |
| | |
| Number of Fibers $\geq 5\mu$ in Length and $\leq 1\mu$ in Diameter: | 653 |
| Percentage of Fibers $\geq 5\mu$ in Length and $\leq 1\mu$ in Diameter: | 69% |
| | |
| All Fibers with Aspect Ratios $\geq 10:1$ | 798 |
| Percentage of Aspect Ratios $\geq 10:1$ | 85% |
| | |
| Fibers $\geq 5\,\mu$ in Length and Aspect Ratio $\geq 10:1$ | 647 |
| Percentage of Fibers $\geq 5\,\mu$ in Length and Aspect Ratio $\geq 10:1$ | 69% |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| Cleaning Study | M29760-008 | 0.0833/cc | F | 6.70 | 0.60 | 11:1 |
| | M29760-009 | 0.1654/cc | F | 6.50 | 0.40 | 16:1 |
| | M29760-009 | 0.1654/cc | M-F | 6.40 | 0.40 | 16:1 |
| | M29760-010 | 0.0000/cc | F | 2.40 | 0.40 | 6:1 |
| | M29760-011 | 0.0833/cc | F | 7.00 | 0.80 | 9:1 |
| | M29760-014 | 0.1061/cc | F | 10.00 | 0.25 | 40:1 |
| Ceiling Penetration | M29755-001 | 0.0164/cc | F | 3.60 | 0.30 | 12:1 |
| | | | F | 7.40 | 0.30 | 25:1 |
| | | | M-F | 8.60 | 0.40 | 21:1 |
| | | | F | 12.50 | 0.20 | 62:1 |
| | | | F | 14.00 | 0.50 | 28:1 |
| | | | F | 6.90 | 0.40 | 17:1 |
| | | | F | 11.40 | 1.00 | 11:1 |
| | | | F | 9.60 | 0.40 | 24:1 |
| | | | B | 10.40 | 0.30 | 35:1 |
| Ceiling Penetration | M29755-002 | 0.0183/cc | F | 8.70 | 0.40 | 22:1 |
| | | | F | 4.40 | 0.20 | 22:1 |
| | | | F | 10.00 | 0.60 | 16:1 |
| | | | M-F | 11.30 | 0.40 | 28:1 |
| | | | F | 7.80 | 0.40 | 19:1 |
| | | | F | 5.60 | 0.30 | 19:1 |
| | | | M-F | 4.70 | 0.50 | 9:1 |
| | | | F | 15.00 | 0.20 | 75:1 |
| | | | F | 13.70 | 0.40 | 34:1 |
| | | | F | 3.50 | 0.30 | 12:1 |
| | | | F | 7.50 | 0.50 | 15:1 |
| | | | F | 6.20 | 0.40 | 15:1 |
| Ceiling Penetration | M29755-003 | 0.0135/cc | F | 6.00 | 0.20 | 30:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 16.00 | 1.00 | 16:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 10.00 | 0.50 | 20:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| | | | M-F | 3.00 | 0.20 | 15:1 |
| Ceiling Penetration | M29755-008 | 0.2989/cc | F | 5.70 | 0.40 | 14:1 |
| | | | F | 3.70 | 0.40 | 9:1 |
| | | | F | 3.40 | 0.20 | 17:1 |
| | | | M-F | 8.40 | 0.60 | 14:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| Ceiling Penetration | M29755-010 | 1.3331/cc | B | 48.00 | 3.00 | 16:1 |
| | | | F | 56.00 | 4.00 | 14:1 |
| | | | F | 5.30 | 0.50 | 11:1 |
| | | | M-F | 6.00 | 0.50 | 12:1 |
| | | | F | 6.00 | 0.60 | 10:1 |
| | | | M-F | 18.00 | 0.40 | 45:1 |
| | | | F | 8.00 | 0.70 | 11:1 |
| | | | F | 17.00 | 1.00 | 17:1 |
| | | | F | 20.00 | 1.60 | 12:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| Ceiling Penetration | M29755-011 | 0.2319/cc | F | 23.00 | 0.60 | 38:1 |
| Ceiling Penetration | M29755-012 | 0.4483/cc | F | 19.00 | 0.30 | 63:1 |
| | | | B | 5.00 | 0.40 | 12:1 |
| | | | M-F | 6.40 | 0.80 | 8:1 |
| Ceiling Penetration | M29755-013 | 0.3607/cc | M-F | 10.00 | 0.40 | 25:1 |
| | | | F | 9.00 | 0.40 | 22:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | | | M-F | 8.00 | 0.60 | 13:1 |
| Ceiling Penetration | M29755-014 | 1.2415/cc | F | 5.70 | 0.40 | 14:1 |
| | | | F | 8.00 | 0.50 | 16:1 |
| | | | M-F | 14.00 | 0.50 | 28:1 |
| | | | F | 8.00 | 0.80 | 10:1 |
| | | | F | 13.00 | 0.40 | 32:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 10.00 | 0.50 | 20:1 |
| | | | F | 2.40 | 0.20 | 12:1 |
| Ceiling Penetration | M29755-017 | 0.2705/cc | M-F | 16.00 | 0.80 | 20:1 |
| | | | F | 10.00 | 1.00 | 10:1 |
| | | | F | 48.00 | 1.00 | 48:1 |
| Ceiling Penetration | M29755-018 | 2.2754/cc | F | 7.70 | 0.50 | 15:1 |
| | | | F | 9.00 | 0.40 | 22:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 4.50 | 0.40 | 11:1 |
| | | | F | 12.00 | 0.80 | 15:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | F | 5.70 | 0.40 | 14:1 |
| | | | M-F | 4.00 | 0.20 | 20:1 |
| | | | B | 12.00 | 2.00 | 6:1 |
| | | | F | 13.00 | .50 | 26:1 |
| | | | F | 7.70 | 0.40 | 19:1 |
| | | | M-F | 41.00 | 0.80 | 51:1 |
| | | | B | 5.70 | 0.50 | 11:1 |
| | | | F | 15.00 | 1.70 | 9:1 |
| | | | F | 4.60 | 0.50 | 9:1 |
| | | | F | 4.00 | 0.40 | 10:1 |

MAS Fiber Counts (AHERA TEM)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | M-B | 12.00 | 0.90 | 13:1 |
|  |  |  | M-F | 4.00 | 0.20 | 20:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| Ceiling Penetration | M29755-021 | 1.2980/cc | F | 4.40 | 0.38 | 11:1 |
| | | | B | 14.00 | 2.00 | 7:1 |
| | | | M-F | 2.30 | 0.30 | 8:1 |
| | | | M-F | 2.80 | 0.20 | 14:1 |
| | | | B | 16.00 | 1.20 | 13:1 |
| | | | B | 16.00 | 0.40 | 40:1 |
| | | | F | 3.80 | 0.40 | 9:1 |
| Ceiling Penetration | M29755-022 | 2.8463/cc | F | 2.70 | 0.20 | 13:1 |
| | | | F | 38.00 | 0.70 | 54:1 |
| | | | M-F | 15.00 | 0.40 | 37:1 |
| | | | M-F | 3.00 | 0.30 | 10:1 |
| | | | F | 13.00 | 0.40 | 32:1 |
| | | | F | 3.00 | 0.40 | 7:1 |
| | | | B | 22.00 | 2.00 | 11:1 |
| Ceiling Penetration | M29755-025 | 0.6359/cc | B | 6.00 | 0.60 | 10:1 |
| | | | F | 16.00 | 0.60 | 27:1 |
| Ceiling Penetration | M29755-026 | 1.8273/cc | F | 76.00 | 1.60 | 47:1 |
| | | | F | 15.00 | 0.80 | 19:1 |
| | | | F | 26.00 | 0.80 | 32:1 |
| | | | F | 46.00 | 0.70 | 66:1 |
| Ceiling Penetration | M29755-220 | 2.1160/cc | F | 6.00 | 0.40 | 15:1 |
| | | | F | 6.00 | 0.60 | 10:1 |
| | | | M-F | 3.00 | 0.30 | 10:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | M-F | 8.00 | 0.60 | 13:1 |
| ZAI Removal | M29753-005 | 2.4033/cc | F | 8.60 | 0.80 | 11:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 19.00 | 1.00 | 19:1 |
| | | | F | 6.40 | 0.50 | 13:1 |
| | | | F | 11.00 | 0.40 | 27:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 30.60 | 0.40 | 76:1 |
| | | | F | 9.00 | 1.60 | 6:1 |
| | | | F | 2.30 | 0.20 | 11:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | F | 15.00 | 0.70 | 21:1 |
| | | | M-F | 9.00 | 0.30 | 30:1 |
| | | | F | 7.50 | 0.40 | 19:1 |
| | | | M-F | 11.00 | 0.20 | 55:1 |
| | | | C-F | 7.00 | 0.20 | 35:1 |
| | | | M-F | 19.00 | 0.30 | 63:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | F | 7.70 | 0.50 | 15:1 |

4

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal | M29753-005 (Cont.) | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 3.00 | 0.40 | 7:1 |
| | | | F | 5.80 | 0.40 | 14:1 |
| | | | M-F | 10.00 | 0.40 | 25:1 |
| | | | F | 22.00 | 0.80 | 27:1 |
| | | | F | 25.00 | 2.00 | 12:1 |
| ZAI Removal | M29753-006 | 3.3574/cc | M-F | 4.00 | 0.40 | 10:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | B | 8.00 | 0.30 | 27:1 |
| | | | F | 19.00 | 0.80 | 24:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| | | | F | 3.00 | 0.40 | 7:1 |
| | | | F | 4.40 | 0.30 | 15:1 |
| | | | F | 3.80 | 0.40 | 9:1 |
| | | | B | 16.00 | 2.00 | 8:1 |
| | | | F | 12.00 | 0.20 | 60:1 |
| | | | F | 14.00 | 0.50 | 28:1 |
| | | | F | 10.00 | 0.20 | 50:1 |
| | | | M-F | 3.70 | 0.20 | 18:1 |
| | | | F | 9.00 | 0.60 | 15:1 |
| | | | F | 17.00 | 1.00 | 17:1 |
| | | | M-F | 7.00 | 0.40 | 17:1 |
| | | | M-F | 23.00 | 0.60 | 38:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | M-F | 8.00 | 0.50 | 16:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | F | 19.00 | 0.40 | 47:1 |
| | | | F | 6.00 | 0.90 | 7:1 |
| | | | M-F | 10.00 | 0.30 | 33:1 |
| | | | M-F | 40.00 | 0.60 | 67:1 |
| | | | F | 9.00 | 0.20 | 45:1 |
| | | | F | 16.00 | 0.50 | 32:1 |
| | | | F | 19.00 | 0.80 | 24:1 |
| | | | F | 7.00 | 0.50 | 14:1 |
| | | | M-F | 7.00 | 0.50 | 14:1 |
| | | | M-F | 10.00 | 0.80 | 12:1 |
| | | | F | 11.00 | 0.70 | 16:1 |
| | | | F | 11.00 | 0.90 | 12:1 |
| | | | F | 3.80 | 0.20 | 19:1 |
| | | | F | 7.00 | 0.60 | 12:1 |
| | | | M-F | 48.00 | 0.50 | 96:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 12.00 | 0.50 | 24:1 |
| | | | F | 32.00 | 1.00 | 32:1 |
| | | | M-F | 22.00 | 0.90 | 24:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | M-F | 40.00 | 0.50 | 80:1 |
| | | | F | 16.00 | 0.30 | 53:1 |
| ZAI Removal | M29753-007 | 4.0026/cc | M-F | 18.00 | 0.20 | 90:1 |
| | | | F | 13.00 | 0.20 | 65:1 |
| | | | F | 40.00 | 0.20 | 200:1 |
| | | | F | 38.00 | 0.50 | 76:1 |
| | | | M-B | 32.00 | 1.60 | 20:1 |
| | | | F | 8.00 | 0.50 | 16:1 |
| | | | B | 4.50 | 0.70 | 6:1 |
| | | | F | 13.00 | 0.50 | 26:1 |
| | | | F | 14.00 | 0.60 | 23:1 |
| | | | F | 5.40 | 0.40 | 13:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | M-F | 36.00 | 0.60 | 60:1 |
| | | | F | 3.80 | 0.60 | 6:1 |
| | | | B | 22.00 | 2.00 | 11:1 |
| | | | F | 7.50 | 0.20 | 37:1 |
| | | | B | 28.00 | 1.60 | 17:1 |
| | | | F | 5.80 | 0.70 | 8:1 |
| | | | F | 24.00 | 2.00 | 12:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 12.00 | 0.60 | 20:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | M-F | 6.00 | 0.20 | 30:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 17.00 | 0.60 | 28:1 |
| | | | F | 9.00 | 0.40 | 22:1 |
| | | | M-F | 13.00 | 0.90 | 14:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| | | | M-F | 12.00 | 0.40 | 30:1 |
| | | | F | 9.00 | 0.80 | 11:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | B | 12.00 | 1.00 | 12:1 |
| | | | F | 2.50 | 0.20 | 12:1 |
| | | | M-F | 4.60 | 0.20 | 23:1 |
| | | | F | 4.60 | 0.20 | 23:1 |
| | | | M-F | 6.00 | 0.40 | 15:1 |
| | | | M-F | 56.00 | 0.50 | 112:1 |
| | | | M-F | 28.00 | 1.00 | 28:1 |
| | | | M-F | 21.00 | 0.90 | 23:1 |
| | | | F | 11.00 | 1.40 | 8:1 |
| | | | F | 8.00 | 0.70 | 11:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | M-F | 10.00 | 0.80 | 12:1 |

6

MAS Fiber Counts (AHERA TEM)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | M-F | 52.00 | 0.80 | 65:1 |
| | | | F | 8.00 | 0.30 | 27:1 |
| | | | M-F | 12.00 | 0.40 | 30:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal | M29753-008 | 2.7710/cc | F | 22.00 | 1.00 | 22:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | F | 11.00 | 0.40 | 27:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 22.00 | 0.80 | 27:1 |
| | | | F | 9.00 | 0.80 | 11:1 |
| | | | M-F | 14.70 | 0.40 | 37:1 |
| | | | F | 12.00 | 0.60 | 20:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 5.60 | 0.80 | 7:1 |
| | | | M-F | 7.00 | 0.70 | 10:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| | | | F | 10.00 | 1.00 | 10:1 |
| | | | F | 6.50 | 1.00 | 6:1 |
| | | | F | 3.50 | 0.40 | 9:1 |
| | | | F | 4.70 | 0.30 | 16:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 30.00 | 4.00 | 7:1 |
| | | | F | 14.50 | 1.70 | 9:1 |
| | | | F | 6.50 | 0.60 | 11:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 16.00 | 1.00 | 16:1 |
| | | | F | 1.70 | 0.20 | 8:1 |
| | | | F | 5.50 | 0.50 | 11:1 |
| | | | F | 22.00 | 0.50 | 44:1 |
| | | | M-F | 4.60 | 0.40 | 11:1 |
| | | | F | 11.40 | 0.30 | 38:1 |
| ZAI Removal | M29753-009 | 0.1975/cc | F | 36.00 | 0.80 | 45:1 |
| | | | F | 10.00 | 0.40 | 25:1 |
| | M29753-010 | 1.9714/cc | M-F | 9.00 | 0.40 | 22:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 4.00 | 0.50 | 8:1 |
| | | | F | 8.00 | 0.50 | 16:1 |
| | | | M-F | 7.50 | 0.20 | 37:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | F | 18.00 | 1.00 | 18:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 18.00 | 1.40 | 13:1 |
| | | | M-F | 25.00 | 0.50 | 50:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | F | 3.70 | 0.20 | 18:1 |

## MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | M-F | 6.60 | 0.40 | 16:1 |
| | | | F | 7.00 | 0.70 | 10:1 |
| ZAI Removal | M29753-010 | | F | 3.00 | 0.20 | 15:1 |
| | (Cont.) | | M-F | 19.00 | 1.40 | 14:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 12.00 | 1.00 | 12:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 23.00 | 2.00 | 11:1 |
| ZAI Removal | M29753-011 | 1.6935/cc | F | 16.00 | 0.60 | 27:1 |
| | | | F | 13.00 | 1.60 | 8:1 |
| | | | F | 9.00 | 0.40 | 22:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 22.00 | 1.00 | 22:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 15.00 | 0.40 | 37:1 |
| | | | F | 6.00 | 0.80 | 7:1 |
| | | | F | 4.50 | 0.40 | 11:1 |
| | | | F | 29.00 | 1.00 | 29:1 |
| | | | F | 11.00 | 0.60 | 18:1 |
| | | | M-F | 21.00 | 0.40 | 52:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| | | | M-F | 2.70 | 0.20 | 13:1 |
| | | | M-F | 12.00 | 0.40 | 30:1 |
| | | | F | 9.00 | 0.30 | 30:1 |
| | | | F | 4.00 | 0.60 | 7:1 |
| | | | M-F | 16.00 | 0.90 | 18:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| | | | F | 2.30 | 0.40 | 6:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| ZAI Removal | M29753-012 | 2.1936/cc | F | 9.00 | 0.60 | 15:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | M-F | 6.00 | 0.60 | 10:1 |
| | | | F | 20.00 | 1.50 | 13:1 |
| | | | M-F | 6.00 | 0.20 | 30:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| | | | F | 36.00 | 0.30 | 120:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| | | | F | 8.00 | 0.50 | 16:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | F | 7.00 | 0.20 | 35:1 |
| | | | F | 7.00 | 0.30 | 23:1 |
| | | | F | 3.00 | 0.30 | 10:1 |

9

## MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | F | 20.00 | 0.60 | 33:1 |
| | | | F | 10.00 | 0.40 | 25:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| ZAI Removal | M29753-012 | | F | 12.00 | 0.80 | 15:1 |
| | (Cont.) | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 16.00 | 0.60 | 27:1 |
| | | | F | 6.00 | 0.30 | 20:1 |
| ZAI Removal | M29753-013 | 0.0834/cc | F | 12.00 | 0.90 | 13:1 |
| ZAI Removal | M29753-014 | 1.0395/cc | F | 12.00 | 2.00 | 6:1 |
| | | | F | 9.00 | 0.50 | 18:1 |
| | | | F | 7.00 | 0.20 | 35:1 |
| | | | M-F | 10.30 | 0.20 | 51:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 18.00 | 0.60 | 30:1 |
| | | | F | 8.00 | 0.30 | 27:1 |
| | | | F | 113.00 | 1.00 | 113:1 |
| | | | M-F | 4.00 | 0.40 | 10:1 |
| | | | F | 3.50 | 0.30 | 12:1 |
| | | | F | 16.00 | 2.50 | 6:1 |
| ZAI Removal | M29753-015 | 0.4638/cc | M-F | 3.00 | 0.20 | 15:1 |
| | | | F | 2.20 | 0.20 | 11:1 |
| | | | F | 2.60 | 0.20 | 13:1 |
| | | | F | 3.00 | 0.20 | 15:1 |
| | | | M-F | 7.00 | 0.20 | 35:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 3.90 | 0.40 | 10:1 |
| | | | M-F | 12.00 | 1.00 | 12:1 |
| | | | B | 16.00 | 2.00 | 8:1 |
| ZAI Removal | M29753-016 | 2.3296/cc | F | 38.00 | 0.40 | 95:1 |
| | | | F | 11.00 | 0.60 | 18:1 |
| | | | F | 2.70 | 0.20 | 13:1 |
| | | | F | 6.40 | 0.60 | 11:1 |
| | | | F | 8.40 | 1.00 | 8:1 |
| | | | F | 5.50 | 0.60 | 9:1 |
| | | | F | 41.00 | 2.00 | 20:1 |
| | | | F | 8.40 | 0.80 | 10:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | F | 12.00 | 0.70 | 17:1 |
| | | | M-F | 4.00 | 0.30 | 13:1 |
| | | | F | 9.00 | 1.00 | 9:1 |
| | | | F | 17.00 | 0.60 | 28:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | F | 4.40 | 0.40 | 11:1 |
| | | | M-F | 4.00 | 0.40 | 10:1 |
| | | | F | 5.00 | 0.40 | 12:1 |

10

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 15.00 | 2.00 | 7:1 |
| | | | F | 8.30 | 0.40 | 21:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| | | | F | 6.00 | 0.70 | 9:1 |
| | | | F | 5.60 | 0.40 | 14:1 |
| ZAI Removal | M29753-016 | | F | 18.00 | 2.00 | 9:1 |
| | (Cont.) | | M-F | 6.00 | 0.40 | 15:1 |
| ZAI Removal | M29753-017 | 4.1474/cc | F | 3.00 | 0.20 | 15:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 2.00 | 0.10 | 20:1 |
| | | | F | 3.80 | 0.30 | 13:1 |
| | | | F | 6.00 | 0.60 | 10:1 |
| | | | F | 18.00 | 0.20 | 90:1 |
| | | | B | 26.00 | 1.00 | 26:1 |
| | | | F | 16.00 | 0.40 | 40:1 |
| | | | M-F | 20.00 | 0.20 | 100:1 |
| | | | F | 26.00 | 0.40 | 65:1 |
| ZAI Removal | M29753-018 | 8.5811/cc | M-F | 3.00 | 0.20 | 15:1 |
| | | | M-F | 2.00 | 0.20 | 10:1 |
| | | | F | 32.00 | 1.00 | 32:1 |
| | | | M-F | 3.00 | 0.30 | 10:1 |
| | | | M-F | 6.00 | 0.40 | 15:1 |
| | | | F | 20.00 | 0.80 | 25:1 |
| | | | F | 7.00 | 0.60 | 12:1 |
| | | | M-F | 6.00 | 0.60 | 10:1 |
| | | | F | 20.00 | 0.80 | 25:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| | | | F | 16.00 | 0.40 | 40:1 |
| | | | M-F | 3.00 | 0.30 | 10:1 |
| | | | F | 6.00 | 0.60 | 10:1 |
| | | | F | 7.00 | 0.30 | 23:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | M-F | 17.00 | 0.80 | 21:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | M-F | 5.00 | 0.30 | 17:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| ZAI Removal | M29753-019 | 5.5277/cc | F | 11.00 | 0.60 | 18:1 |
| | | | F | 7.00 | 0.60 | 12:1 |
| | | | M-F | 10.00 | 0.40 | 25:1 |
| | | | B | 12.00 | 0.90 | 13:1 |
| | | | F | 16.00 | 0.70 | 23:1 |
| | | | F | 2.50 | 0.40 | 6:1 |
| | | | M-F | 13.00 | 0.50 | 26:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 2.00 | 0.30 | 7:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 19.00 | 0.50 | 38:1 |
| | | | B | 5.00 | 0.50 | 10:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| | | | F | 39.00 | 0.60 | 65:1 |
| | | | F | 4.00 | 0.70 | 6:1 |
| | | | B | 23.00 | 1.60 | 14:1 |
| ZAI Removal | M29753-020 | 1.0050/cc | F | 12.00 | 0.40 | 30:1 |
| | | | F | 12.00 | 0.80 | 15:1 |
| ZAI Removal | M29753-220 | 3.5021/cc | F | 24.00 | 0.60 | 40:1 |
| | | | F | 32.00 | 1.00 | 32:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| | | | M-F | 6.00 | 0.40 | 15:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 22.00 | 1.00 | 22:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 8.00 | 1.00 | 8:1 |
| ZAI Removal – Grace Method | M29754-006 | 2.4839/cc | M-F | 3.00 | 0.50 | 6:1 |
| | | | M-F | 4.40 | 0.40 | 11:1 |
| | | | F | 18.00 | 0.60 | 30:1 |
| | | | F | 3.60 | 0.80 | 4:1 |
| | | | F | 5.60 | 0.80 | 7:1 |
| | | | ? | 22.00 | 0.40 | 55:1 |
| | | | M-F | 5.00 | 0.30 | 17:1 |
| | M29754-007 | 1.1609/cc | M-F | 1.60 | 0.20 | 8:1 |
| | | | M-F | 1.20 | 0.20 | 6:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 2.40 | 0.30 | 8:1 |
| | | | ? | 8.00 | 0.25 | 32:1 |
| | | | ? | 20.00 | 2.00 | 10:1 |
| | | | F | 2.00 | 0.25 | 8:1 |
| | | | F | 3.70 | 0.02 | 185:1 |
| | | | F | 3.50 | 0.50 | 7:1 |
| | M29754-008 | 4.6669/cc | F | 3.00 | 0.25 | 12:1 |
| | | | C-B | 6.30 | 1.00 | 6:1 |
| | | | M-F | 11.30 | 0.35 | 32:1 |
| | | | M-F | 9.50 | 0.80 | 12:1 |
| | | | M-F | 6.30 | 0.60 | 10:1 |
| | | | M-F | 17.00 | 0.70 | 24:1 |
| | | | M-F | 2.50 | 0.50 | 5:1 |
| | | | M-F | 2.50 | 0.35 | 7:1 |
| | | | M-F | 14.00 | 0.87 | 16:1 |
| | | | M-F | 32.00 | 2.50 | 13:1 |
| | | | F | 20.70 | 0.50 | 41:1 |

MAS Fiber Counts (AHERA TEM)

| ZAI Removal – Grace Method | M29754-009 | 2.6417/cc | F | 3.60 | 0.40 | 9:1 |
|---|---|---|---|---|---|---|
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | M-F | 2.50 | 0.15 | 17:1 |
| | | | M-F | 7.50 | 0.50 | 15:1 |
| | | | M-F | 5.50 | 0.90 | 6:1 |
| | | | F | 2.50 | 0.25 | 10:1 |
| | | | M-F | 8.70 | 0.50 | 17:1 |

13

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Homeowner Method | M29758-008 | 0.3720/cc | M-F | 17.00 | 0.20 | 85:1 |
| | | | B | 6.00 | 0.50 | 12:1 |
| | M29758-009 | 1.1523/cc | F | 13.00 | 0.40 | 32:1 |
| | | | F | 7.50 | 0.80 | 9:1 |
| | | | F | 6.40 | 0.40 | 16:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | M-F | 15.00 | 0.50 | 30:1 |
| | | | F | 27.00 | 0.70 | 39:1 |
| | | | F | 12.00 | 0.70 | 17:1 |
| | | | F | 16.00 | 1.00 | 16:1 |
| | | | F | 15.00 | 0.30 | 50:1 |
| | | | F | 5.30 | 0.20 | 26:1 |
| ZAI Removal – Homeowner Method | M29758-010 | 0.9963/cc | M-F | 4.20 | 0.25 | 17:1 |
| | | | F | 22.00 | 1.80 | 12:1 |
| | | | F | 14.00 | 0.20 | 70:1 |
| | | | F | 2.20 | 0.20 | 11:1 |
| | | | M-F | 17.00 | 1.00 | 17:1 |
| | | | B | 18.00 | 2.40 | 7:1 |
| | | | F | 6.00 | 0.30 | 20:1 |
| | | | M-F | 4.20 | 0.38 | 11:1 |
| | | | B | 9.50 | 0.40 | 24:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Homeowner Method | M29758-011 | 1.4213/cc | M-F | 8.00 | 0.40 | 20:1 |
| | | | F | 13.70 | 0.20 | 68:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 8.00 | 0.80 | 10:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| | | | M-F | 27.00 | 0.50 | 54:1 |
| | | | F | 5.80 | 0.80 | 7:1 |
| | | | F | 6.70 | 0.80 | 8:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 17.00 | 1.00 | 17:1 |
| | | | B | 18.00 | 0.70 | 26:1 |
| | | | F | 6.00 | 0.60 | 10:1 |
| | | | B | 29.00 | 1.00 | 29:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| | | | M-F | 6.00 | 0.50 | 12:1 |
| ZAI Removal – Homeowner Method | M29758-012 | 0.5506/cc | F | 1.20 | 0.20 | 6:1 |
| | | | M-F | 8.40 | 0.80 | 10:1 |
| | | | B | 11.00 | 1.00 | 11:1 |
| | | | ? | 8.00 | 1.00 | 8:1 |
| | M29758-013 | 4.0934/cc | M-F | 14.00 | 0.30 | 47:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 10.00 | 0.50 | 20:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | M-F | 16.00 | 0.60 | 27:1 |
| | | | M-F | 18.00 | 0.30 | 60:1 |
| | | | F | 20.00 | 0.60 | 33:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 12.00 | 0.50 | 24:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | F | 9.00 | 1.00 | 9:1 |
| | | | F | 22.00 | 1.20 | 18:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | M-F | 3.00 | 0.20 | 15:1 |
| | | | F | 18.00 | 0.40 | 45:1 |
| | | | F | 9.00 | 0.50 | 18:1 |
| | | | F | 7.00 | 0.50 | 14:1 |
| | | | F | 5.00 | 0.40 | 12:1 |

## MAS Fiber Counts (AHERA TEM)

| | | | | | | |
|---|---|---|---|---|---|---|
| ZAI Removal – Homeowner Method | M29758-013 (Cont.) | | M-F | 8.00 | 0.20 | 40:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | M-F | 5.00 | 0.40 | 12:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 19.00 | 0.50 | 38:1 |
| ZAI Removal – Homeowner Method | M29758-014 | 1.3466/cc | F | 7.50 | 0.40 | 19:1 |
| | | | M-F | 3.00 | 0.20 | 15:1 |
| | | | M-F | 6.00 | 0.40 | 15:1 |
| | | | M-F | 10.20 | 1.00 | 10:1 |
| | | | M-F | 23.00 | 1.00 | 23:1 |
| | | | F | 9.50 | 0.40 | 24:1 |
| | | | F | 6.20 | 0.30 | 21:1 |
| | | | F | 3.80 | 0.40 | 9:1 |
| | | | B | 18.00 | 0.80 | 22:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 7.80 | 0.20 | 39:1 |
| | | | B | 30.00 | 0.40 | 75:1 |
| | | | F | 14.50 | 0.80 | 18:1 |
| | | | F | 6.80 | 0.60 | 11:1 |
| | | | M-F | 2.80 | 0.30 | 9:1 |
| | | | M-F | 13.00 | 0.60 | 22:1 |
| ZAI Removal – Homeowner Method | M29758-015 | 0.7310/cc | F | 1.80 | 0.20 | 9:1 |
| | | | F | 6.40 | 0.40 | 16:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | M-F | 12.00 | 0.40 | 30:1 |
| | | | F | 13.00 | 0.80 | 16:1 |
| | | | F | 8.00 | 0.10 | 80:1 |
| | | | F | 3.80 | 0.40 | 9:1 |
| | | | F | 9.00 | 0.70 | 13:1 |
| | | | M-F | 19.00 | 0.80 | 24:1 |
| | | | F | 3.70 | 0.20 | 18:1 |
| | | | M-F | 10.00 | 0.90 | 11:1 |
| | | | F | 3.40 | 0.30 | 11:1 |
| | | | M-F | 4.80 | 0.20 | 24:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 2.80 | 0.20 | 14:1 |
| ZAI Removal – Homeowner Method | M29758-016 | 1.1261/cc | F | 9.00 | 0.60 | 15:1 |
| | | | F | 2.50 | 0.20 | 12:1 |
| | | | F | 28.00 | 1.80 | 16:1 |
| | | | F | 14.00 | 1.00 | 14:1 |
| | | | M-F | 6.50 | 0.40 | 16:1 |

16

MAS Fiber Counts (AHERA TEM)

| | | | F | 8.40 | 1.20 | 7:1 |
|---|---|---|---|---|---|---|
| | | | M-F | 17.00 | 0.40 | 42:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Homeowner Method | M29758-017 | 1.7954/cc | F | 21.00 | 1.20 | 17:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | | | F | 3.00 | 0.40 | 7:1 |
| | | | M-F | 4.50 | 0.30 | 15:1 |
| | | | F | 7.00 | 0.60 | 12:1 |
| | | | M-F | 10.00 | 0.30 | 33:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | F | 9.00 | 0.60 | 15:1 |
| | | | F | 12.00 | 1.00 | 12:1 |
| | | | F | 9.00 | 1.20 | 7:1 |
| ZAI Removal – Homeowner Method | M29758-018 | 3.0565/cc | F | 4.50 | 0.10 | 45:1 |
| | | | F | 5.00 | 0.45 | 11:1 |
| | | | F | 9.50 | 1.00 | 9:1 |
| | | | F | 5.50 | 0.70 | 8:1 |
| | | | F | 11.50 | 0.50 | 23:1 |
| | | | F | 7.00 | 0.20 | 35:1 |
| | | | F | 30.00 | 0.50 | 60:1 |
| | | | F | 17.50 | 0.55 | 32:1 |
| | | | F | 3.75 | 0.40 | 9:1 |
| | | | M-F | 2.50 | 0.12 | 21:1 |
| | | | F | 85.00 | 1.50 | 57:1 |
| | | | M-F | 50.00 | 0.37 | 135:1 |
| | | | M-F | 2.50 | 0.12 | 21:1 |
| | | | F | 3.50 | 0.02 | 175:1 |
| | | | F | 3.50 | 0.25 | 14:1 |
| | | | F | 18.20 | 0.50 | 36:1 |
| | | | F | 8.30 | 0.70 | 12:1 |
| | | | F | 22.50 | 1.10 | 20:1 |
| | | | F | 3.70 | 0.20 | 18:1 |
| | | | F | 5.00 | 0.25 | 20:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 6.20 | 0.12 | 52:1 |
| | | | F | 8.70 | 0.55 | 16:1 |
| | | | F | 3.80 | 0.55 | 7:1 |
| | | | F | 3.80 | 0.50 | 8:1 |
| | | | F | 5.00 | 0.70 | 7:1 |
| | | | F | 17.50 | 1.00 | 17:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | M-F | 5.00 | 0.50 | 10:1 |
| | | | F | 30.00 | 1.00 | 30:1 |
| ZAI Removal – Homeowner Method | M29758-018 (Cont.) | | F | 32.00 | 2.50 | 13:1 |
| | | | F | 2.50 | 0.30 | 8:1 |
| | | | F | 23.00 | 3.00 | 8:1 |
| | | | F | 6.30 | 0.25 | 25:1 |
| | | | F | 8.70 | 0.50 | 17:1 |
| | | | F | 4.00 | 0.70 | 6:1 |
| | | | F | 30.00 | 0.50 | 60:1 |
| | | | M-B | 5.00 | 0.50 | 10:1 |
| | | | M-B | 9.00 | 0.50 | 18:1 |
| | | | M-F | 6.20 | 0.25 | 25:1 |
| ZAI Removal – Homeowner Method | M29758-019 | 2.8199/cc | F | 8.00 | 0.40 | 20:1 |
| | | | M-F | 16.00 | 2.00 | 8:1 |
| | | | M-F | 15.00 | 0.90 | 17:1 |
| | | | M-F | 22.00 | 2.00 | 11:1 |
| | | | M-F | 16.00 | 0.80 | 20:1 |
| | | | F | 24.00 | 0.80 | 30:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | M-F | 14.00 | 0.70 | 20:1 |
| | | | M-F | 15.00 | 1.00 | 15:1 |
| | | | F | 8.00 | 0.70 | 11:1 |
| | | | F | 3.80 | 0.20 | 19:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | M-F | 6.00 | 0.50 | 12:1 |
| | | | F | 12.00 | 0.40 | 30:1 |
| | | | M-F | 6.00 | 0.50 | 12:1 |
| | | | M-F | 8.50 | 0.60 | 14:1 |
| | | | M-F | 7.80 | 0.70 | 11:1 |
| | | | F | 8.00 | 0.70 | 11:1 |
| | | | F | 10.50 | 0.80 | 13:1 |
| | | | F | 10.50 | 0.30 | 35:1 |
| | | | M-F | 10.60 | 0.40 | 26:1 |
| | | | F | 12.00 | 0.50 | 24:1 |
| | | | F | 9.00 | 0.40 | 22:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | M-F | 24.00 | 0.50 | 48:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 6.00 | 0.20 | 30:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | F | 6.00 | 0.20 | 30:1 |
| | | | F | 13.00 | 0.50 | 26:1 |
| | | | F | 10.00 | 0.70 | 14:1 |
| | | | F | 6.00 | 0.30 | 20:1 |

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | M-F | 9.00 | 0.80 | 11:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| ZAI Removal – Homeowner Method | M29758-020 | 12.5630/cc | F | 7.50 | 1.20 | 6:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 7.50 | 0.30 | 25:1 |
| | | | B | 11.00 | 0.40 | 27:1 |
| | | | M-F | 7.50 | 0.17 | 44:1 |
| | | | F | 15.00 | 1.00 | 15:1 |
| | | | B | 6.50 | 1.50 | 4:1 |
| | | | F | 15.00 | 8.70 | 2:1 |
| | | | M-F | 1.37 | 1.30 | 1:1 |
| | | | M-F | 20.00 | 1.00 | 20:1 |
| | | | F | 25.00 | 2.00 | 12:1 |
| | | | B | 42.50 | 1.50 | 28:1 |
| | | | B | 32.50 | 0.12 | 270:1 |
| | | | F | 5.00 | 0.20 | 25:1 |
| | | | F | 5.50 | 0.50 | 11:1 |
| | | | F | 6.50 | 0.70 | 9:1 |
| | | | B | 8.70 | 1.00 | 9:1 |
| | | | F | 11.30 | 1.50 | 8:1 |
| | | | F | 2.50 | 0.50 | 5:1 |
| | | | F | 7.50 | 0.27 | 28:1 |
| | | | F | 7.50 | 0.70 | 11:1 |
| | | | M-F | 5.00 | 0.27 | 18:1 |
| ZAI Removal – Homeowner Method | M29758-021 | 10.5844/cc | F | 24.00 | 0.60 | 40:1 |
| | | | F | 6.50 | 0.60 | 11:1 |
| | | | M-F | 16.00 | 0.80 | 20:1 |
| | | | F | 12.00 | 0.30 | 40:1 |
| | | | F | 11.00 | 0.70 | 16:1 |
| | | | M-F | 8.00 | 0.70 | 11:1 |
| | | | F | 10.00 | 0.50 | 20:1 |
| | | | F | 2.40 | 0.30 | 8:1 |
| | | | F | 24.00 | 0.70 | 34:1 |
| | | | F | 4.70 | 0.50 | 9:1 |
| | | | F | 24.00 | 1.60 | 15:1 |
| | | | F | 40.00 | 2.00 | 20:1 |
| | | | F | 16.00 | 2.00 | 8:1 |
| | | | F | 6.00 | 0.80 | 7:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| | | | M-F | 10.00 | 1.00 | 10:1 |
| | | | M-F | 9.00 | 0.70 | 13:1 |
| | | | M-F | 20.00 | 0.50 | 40:1 |

MAS Fiber Counts (AHERA TEM)

| | | | | F | 6.00 | 0.50 | 12:1 |
|---|---|---|---|---|---|---|---|

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Homeowner Method | M29758-022 | 8.3760/cc | F | 13.70 | 1.00 | 14:1 |
| | | | F | 12.50 | 1.50 | 8:1 |
| | | | F | 28.00 | 0.75 | 37:1 |
| | | | F | 15.00 | 0.50 | 30:1 |
| | | | F | 3.00 | 0.10 | 30:1 |
| | | | M-F | 5.00 | 0.45 | 11:1 |
| | | | F | 3.70 | 0.12 | 31:1 |
| | | | F | 6.00 | 1.25 | 5:1 |
| | | | F | 21.20 | 0.50 | 42:1 |
| | | | F | 7.50 | 1.00 | 7:1 |
| | | | F | 3.70 | 0.25 | 15:1 |
| | | | F | 3.70 | 0.20 | 18:1 |
| | | | F | 4.50 | 0.10 | 45:1 |
| | | | F | 5.00 | 0.25 | 20:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 8.70 | 0.50 | 17:1 |
| | | | F | 9.00 | 0.12 | 75:1 |
| | | | M-F | 5.00 | 0.70 | 7:1 |
| | | | F | 6.00 | 0.25 | 24:1 |
| | | | F | 12.00 | 0.15 | 80:1 |
| ZAI Removal – Homeowner Method | M29758-023 | 10.4730/cc | F | 2.50 | 0.20 | 12:1 |
| | | | M-B | 9.00 | 1.80 | 5:1 |
| | | | M-F | 8.00 | 0.60 | 13:1 |
| | | | M-F | 5.80 | 0.80 | 7:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 6.40 | 0.40 | 16:1 |
| | | | F | 9.40 | 0.30 | 31:1 |
| | | | M-F | 6.00 | 0.50 | 12:1 |
| | | | M-F | 7.00 | 0.60 | 12:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | | | M-F | 6.40 | 0.70 | 9:1 |
| | | | M-F | 20.00 | 0.80 | 25:1 |
| | | | F | 3.60 | 0.40 | 9:1 |
| | | | M-F | 10.00 | 0.90 | 11:1 |
| | | | F | 2.40 | 0.40 | 6:1 |
| | | | M-F | 21.00 | 2.00 | 10:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | M-F | 9.00 | 0.30 | 30:1 |
| | | | M-F | 2.40 | 0.20 | 12:1 |
| | | | F | 7.00 | 0.40 | 17:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 9.80 | 0.30 | 33:1 |
| | | | M-F | 14.00 | 0.80 | 17:1 |

22

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 4.70 | 0.40 | 12:1 |
| | | | M-F | 8.00 | 0.70 | 11:1 |
| ZAI Removal – Homeowner Method | M29758-023 (Cont.) | | F | 4.60 | 0.40 | 11:1 |
| | | | F | 9.80 | 0.30 | 33:1 |
| | | | M-F | 37.00 | 0.80 | 46:1 |
| | | | F | 28.00 | 0.90 | 31:1 |
| | | | F | 25.00 | 0.90 | 28:1 |
| | M29758-025 | 0.5153/cc | F | 8.00 | 0.80 | 10:1 |
| | | | F | 4.00 | 0.50 | 8:1 |
| | M29758-026 | 3.8227/cc | F | 20.00 | 0.80 | 25:1 |
| | | | M-F | 8.70 | 0.50 | 17:1 |
| | | | F | 12.50 | 0.50 | 25:1 |
| | | | F | 10.00 | 0.50 | 20:1 |
| | | | F | 11.50 | 0.50 | 23:1 |
| | | | M-F | 7.50 | 0.50 | 15:1 |
| | | | F | 27.50 | 1.00 | 27:1 |
| | | | F | 12.50 | 0.50 | 25:1 |
| | | | F | 5.00 | 0.75 | 7:1 |
| | | | M-F | 13.50 | 0.75 | 18:1 |
| | | | F | 15.00 | 0.37 | 41:1 |
| | M29758-027 | 2.6931/cc | B | 56.00 | 4.00 | 14:1 |
| | | | F | 5.00 | 0.60 | 8:1 |
| | | | M-F | 3.00 | 0.20 | 15:1 |
| | | | M-F | 5.00 | 0.20 | 25:1 |
| | | | F | 10.50 | 0.70 | 15:1 |
| | | | F | 11.00 | 0.40 | 27:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 2.40 | 0.40 | 6:1 |
| | | | F | 4.50 | 0.30 | 15:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | M-F | 6.70 | 0.40 | 17:1 |
| ZAI Removal – Homeowner Method | M29758-215 | 1.5532/cc | F | 8.50 | 0.60 | 14:1 |
| | | | B | 32.00 | 2.00 | 16:1 |
| | | | F | 21.00 | 0.90 | 23:1 |
| | | | F | 8.00 | 0.30 | 27:1 |
| | | | F | 5.00 | 0.40 | 12:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | | | F | 18.00 | 0.40 | 45:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 8.00 | 0.80 | 10:1 |
| | | | F | 10.00 | 0.60 | 17:1 |
| | | | F | 5.70 | 0.30 | 19:1 |
| | | | F | 5.00 | 0.40 | 12:1 |

23

MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| | | | F | 11.00 | 1.00 | 11:1 |
| | | | F | 2.40 | 0.20 | 12:1 |
| | | | F | 9.00 | 0.70 | 13:1 |
| | | | F | 13.00 | 0.30 | 43:1 |
| ZAI Removal – Homeowner Method | M29758-215 (Cont.) | | F | 3.40 | 0.50 | 7:1 |
| | | | F | 19.00 | 0.80 | 24:1 |
| | | | F | 5.00 | 0.20 | 25:1 |
| ZAI Removal- Shop Vacuum | M29762-009 | 0.3987/cc | M-F | 5.00 | 0.30 | 17:1 |
| | | | M-F | 3.60 | 0.10 | 36:1 |
| | | | M-F | 13.00 | 0.40 | 32:1 |
| | | | F | 9.30 | 0.23 | 40:1 |
| | M29762-010 | 0.3308/cc | F | 8.00 | 1.00 | 8:1 |
| | | | F | 5.00 | 0.50 | 10:1 |
| | | | F | 22.00 | 1.00 | 22:1 |
| | | | F | 4.00 | 0.30 | 13:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | M29762-011 | 0.5191/cc | F | 4.50 | 0.80 | 6:1 |
| | | | F | 9.00 | 0.60 | 15:1 |
| | | | M-F | 6.00 | 0.40 | 15:1 |
| | | | M-F | 8.00 | 0.40 | 20:1 |
| | | | M-F | 10.00 | 0.70 | 14:1 |
| | M29762-012 | 0.2470/cc | F | 14.00 | 1.00 | 14:1 |
| | | | F | 6.00 | 0.50 | 12:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| | | | F | 4.50 | 0.60 | 7:1 |
| | | | F | 3.50 | 0.20 | 17:1 |
| | M29762-013 | 0.3535/cc | F | 12.00 | 0.60 | 20:1 |
| | | | F | 3.00 | 0.36 | 8:1 |
| | | | F | 1.80 | 0.22 | 8:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | | | F | 5.30 | 0.30 | 18:1 |
| | | | F | 6.30 | 0.60 | 10:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 2.20 | 0.20 | 11:1 |
| | M29762-014 | 0.2705/cc | F | 4.00 | 0.40 | 10:1 |
| | | | F | 5.00 | 0.20 | 25:1 |
| | | | B | 52.00 | 3.50 | 15:1 |
| | | | F | 4.00 | 0.50 | 8:1 |
| | | | F | 4.00 | 0.50 | 8:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | M29762-015 | 0.8054/cc | F | 10.00 | 1.00 | 10:1 |
| | | | F | 6.00 | 0.75 | 8:1 |
| | | | M-F | 17.00 | 0.45 | 38:1 |

MAS Fiber Counts (AHERA TEM)

| | | | | F | 18.00 | 1.40 | 13:1 |
|---|---|---|---|---|---|---|---|
| | | | | F | 20.00 | 1.70 | 12:1 |

## MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Shop Vacuum | M29762-016 | 0.3264/cc | F | 10.00 | 0.80 | 12:1 |
| | | | F | 14.00 | 0.60 | 23:1 |
| | | | M-F | 8.00 | 0.30 | 27:1 |
| | | | F | 3.00 | 0.20 | 15:1 |
| | | | M-F | 6.00 | 0.20 | 30:1 |
| ZAI Removal – Shop Vacuum | M29762-017 | 1.1803/cc | F | 6.00 | 0.75 | 8:1 |
| | | | F | 12.00 | 1.00 | 12:1 |
| | | | M-F | 10.00 | 0.75 | 13:1 |
| | | | F | 5.50 | 0.25 | 22:1 |
| | | | F | 2.50 | 0.50 | 5:1 |
| | | | F | 3.80 | 0.25 | 15:1 |
| | | | F | 2.00 | 0.25 | 8:1 |
| | | | F | 4.50 | 0.75 | 6:1 |
| | | | F | 1.70 | 0.17 | 10:1 |
| | | | M-F | 12.00 | 1.00 | 12:1 |
| | | | F | 8.00 | 0.12 | 67:1 |
| | | | F | 10.00 | 0.25 | 40:1 |
| | | | F | 7.50 | 0.50 | 15:1 |
| | | | F | 5.00 | 0.22 | 23:1 |
| | | | F | 2.40 | 0.15 | 16:1 |
| | M29762-018 | 0.1819/cc | F | 5.00 | 0.80 | 6:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 12.00 | 1.00 | 12:1 |
| | | | F | 4.00 | 0.40 | 10:1 |
| | M29762-019 | 0.5215/cc | F | 5.00 | 1.00 | 5:1 |
| | | | M-F | 8.30 | 0.18 | 46:1 |
| | | | F | 10.00 | 1.30 | 8:1 |
| | | | F | 40.00 | 0.50 | 80:1 |
| | M29762-020 | 0.4153/cc | F | 9.00 | 0.60 | 15:1 |
| | | | F | 12.00 | 2.00 | 6:1 |
| | | | F | 14.00 | 0.50 | 28:1 |
| | | | F | 3.00 | 0.30 | 10:1 |
| | | | F | 3.00 | 0.40 | 7:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | F | 2.00 | 0.20 | 10:1 |
| | | | F | 3.50 | 0.30 | 12:1 |
| | | | F | 5.50 | 0.40 | 14:1 |

## MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Shop Vacuum | M29762-021 | 0.9798/cc | F | 12.00 | 0.80 | 15:1 |
| | | | F | 3.00 | 0.20 | 15:1 |
| | | | F | 7.00 | 0.18 | 39:1 |
| | | | F | 1.80 | 0.18 | 10:1 |
| | | | F | 1.70 | 0.20 | 8:1 |
| | | | F | 1.80 | 0.20 | 9:1 |
| | | | M-F | 7.50 | 0.50 | 15:1 |
| | | | M-F | 9.00 | 0.16 | 56:1 |
| | | | M-F | 10.00 | 1.00 | 10:1 |
| | | | F | 4.50 | 0.10 | 45:1 |
| | | | F | 7.50 | 1.00 | 7:1 |
| | | | F | 6.20 | 0.25 | 25:1 |
| | | | F | 20.00 | 0.75 | 27:1 |
| | | | F | 8.00 | 0.20 | 40:1 |
| ZAI Removal – Shop Vacuum | M29762-022 | 0.6284/cc | F | 6.00 | 0.80 | 7:1 |
| | | | F | 24.00 | 0.60 | 40:1 |
| | | | F | 56.00 | 1.00 | 56:1 |
| | | | F | 4.50 | 0.20 | 22:1 |
| | | | M-F | 7.00 | 0.60 | 12:1 |
| | | | F | 8.00 | 0.40 | 20:1 |
| | | | F | 20.00 | 1.50 | 13:1 |
| | | | F | 5.00 | 0.30 | 17:1 |
| | M29762-023 | 0.6285/cc | M-F | 5.50 | 0.50 | 11:1 |
| | | | ? | 40.00 | 0.50 | 80:1 |
| | | | F | 4.00 | 0.37 | 11:1 |
| | | | M-F | 10.00 | 0.75 | 13:1 |
| | | | M-F | 12.50 | 0.50 | 25:1 |
| | | | F | 17.50 | 1.00 | 17:1 |
| | | | F | 2.50 | 0.50 | 5:1 |
| | | | F | 2.50 | 0.17 | 15:1 |
| | M29762-024 | 0.6883/cc | M-F | 5.00 | 0.20 | 25:1 |
| | | | M-F | 14.00 | 0.40 | 35:1 |
| | | | F | 12.00 | 0.60 | 20:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | ? | 5.00 | 0.30 | 17:1 |
| | | | F | 20.00 | 1.00 | 20:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| | | | F | 18.00 | 0.60 | 30:1 |
| | | | F | 4.00 | 0.20 | 20:1 |
| | | | F | 25.00 | 0.80 | 31:1 |
| | M29762-025 | 0.7450/cc | F | 37.00 | 1.00 | 37:1 |
| | | | M-F | 2.70 | 0.45 | 6:1 |

## MAS Fiber Counts (AHERA TEM)

| Activity | Sample Number | Str_cc> 5 | Fiber Type | Fiber Length | Fiber Width | Aspect Ratio |
|---|---|---|---|---|---|---|
| ZAI Removal – Shop Vacuum | M29762-026 | 1.2937/cc | F | 4.00 | 0.60 | 7:1 |
| | | | F | 4.00 | 0.50 | 8:1 |
| | | | F | 19.00 | 1.00 | 19:1 |
| | | | M-F | 23.00 | 0.60 | 38:1 |
| | | | M-F | 10.00 | 0.80 | 12:1 |
| | M29762-027 | 0.5238/cc | F | 2.30 | 0.30 | 8:1 |
| | | | F | 12.50 | 0.50 | 25:1 |
| | M29762-028 | 1.13166/cc | F | 48.00 | 3.50 | 14:1 |
| | | | F | 8.00 | 0.60 | 13:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | M-F | 5.00 | 0.30 | 17:1 |
| | M29762-032 | 1.1020/cc | F | 19.00 | 0.80 | 24:1 |
| | | | F | 28.00 | 0.30 | 93:1 |
| | | | M-F | 6.00 | 0.20 | 30:1 |
| | | | M-F | 4.00 | 0.30 | 13:1 |
| | | | F | 6.00 | 0.40 | 15:1 |
| ZAI Removal – Shop Vacuum Method | M29763-005 | 1.4208/cc | F | 13.00 | 0.40 | 32:1 |
| | | | M-F | 2.80 | 0.20 | 14:1 |
| | | | B | 22.40 | 1.00 | 22:1 |
| | | | M-B | 18.00 | 1.80 | 10:1 |
| | | | F | 13.00 | 1.50 | 9:1 |
| | M29763-006 | 0.0000 | F | 2.80 | 0.20 | 14:1 |
| | M29763-007 | 0.7938/cc | B | 2.50 | 0.50 | 5:1 |
| | | | F | 6.30 | 0.50 | 12:1 |
| | | | F | 3.80 | 0.20 | 19:1 |
| | | | F | 10.00 | 1.50 | 7:1 |
| | | | F | 2.00 | 0.15 | 13:1 |
| | M29763-008 | 1.7923/cc | M-F | 3.60 | 0.60 | 6:1 |
| | | | M-F | 6.00 | 0.30 | 20:1 |
| | | | M-B | 22.00 | 0.60 | 37:1 |
| | | | F | 5.80 | 0.70 | 8:1 |
| | | | M-F | 6.60 | 0.80 | 8:1 |
| | | | F | 10.00 | 0.30 | 33:1 |

28