United States
Environmental Protection
Agency

Developr
Washir



# Test Method

# Method for the Determination of Asbestos in Bulk Building Materials



EPA/600/R-9.
July 1

# TEST METHOD

## METHOD FOR THE DETERMINATION OF ASBESTOS IN BULK BUILDING MATERIALS

by

R. L. Perkins and B. W. Harvey

EPA Project Officer
Michael E. Beard
Atmospheric Research and Exposure Assessment Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, NC  27709

EPA Contracts Nos. 68024550 and 68D10009
RTI Project No. 91U-5960-181

June 1993

 *Printed on Recycled Paper*

TABLE 2-2. OPTICAL PROPERTIES OF ASBESTOS FIBERS

| Mineral | Morphology and Color[1] | Refractive Indices[2] $\alpha$ / $\gamma$[5] | Birefringence[6] | Extinction | Sign of Elongation |
|---|---|---|---|---|---|
| Chrysotile (asbestiform serpentine) | Wavy fibers. Fiber bundles have splayed ends and "kinks". Aspect ratio typically >10:1. Colorless[3] | 1.493-1.546  1.517-1.557<br>1.532-1.549  1.545-1.556<br>1.529-1.559  1.537-1.567<br>1.544-1.553  1.552-1.561 | 0.004-0.017 | Parallel | + (length slow) |
| Amosite (asbestiform grunerite) | Straight to curved, rigid fibers. Aspect ratio typically >10:1. Colorless to brown, nonpleochroic or weakly so.[4] Opaque inclusions may be present | 1.657-1.663  1.699-1.717<br>1.663-1.686  1.696-1.729<br>1.663-1.686  1.696-1.729<br>1.676-1.683  1.697-1.704 | 0.021-0.054 | Usually parallel | + (length slow) |
| Crocidolite (asbestiform riebeckite) | Straight to curved, rigid fibers. Aspect ratio typically > 10:1. Thick fibers and bundles common, blue to dark-blue in color. Pleochroic. | 1.693         1.697<br>1.654-1.701  1.668-1.717<br>1.680-1.698  1.685-1.706 | 0.003-0.022 | Usually parallel | - (length fast) |
| Anthophyllite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1. Anthophyllite cleavage fragments may be present with aspect ratios <10:1. Colorless to light brown. | 1.598-1.652  1.623-1.676<br>1.596-1.694  1.615-1.722<br>1.598-1.674  1.615-1.697<br>1.6148[7]      1.6362[7] | 0.013-0.028 | Parallel | + (length slow) |
| Tremolite-Actinolite-asbestos | Straight to curved fibers and bundles. Aspect ratio typically > 10:1. Cleavage fragments may be present with aspect ratios <10:1. Colorless to pale green | Tremolite<br>1.600-1.628  1.625-1.655<br>1.604-1.612  1.627-1.635<br>1.599-1.612  1.625-1.637<br>1.6063[7]      1.6343[7]<br>Actinolite<br>1.600-1.628  1.625-1.655<br>1.612-1.668  1.635-1.688<br>1.613-1.628  1.638-1.655<br>1.6126[7]      1.6393[7] | 0.017-0.028<br><br><br><br><br>0.017-0.028 | Parallel and oblique (up to 21°); Composite fibers show parallel extinction. | + (length slow) |

[1]Colors cited are seen by observation with plane polarized light.

[2]From references 2, 11, 12, and 18, respectively.

[3]Fibers subjected to heating may be brownish. (references 13, 14, and 15)

[4]Fibers subjected to heating may be dark brown and pleochroic. (references 13, 14, and 15)

[5]∥ to fiber length, except ⊥ to fiber length for crocidolite only.

[6]Maximum and minimum values from references 2, 11, 12

[7]± 0.0007

19