```
 1
 2              IN THE UNITED STATES BANKRUPTCY COURT
 3                   FOR THE DISTRICT OF DELAWARE
 4                              - - -
 5    In re:                       :   Chapter 11
                                   :
 6                                 :
      W.R. GRACE & CO., et al.,    :   Case No.
 7                                 :   01-01139(JKF)
              Debtors.             :   (Jointly Administered)
 8                              - - -
 9                   Philadelphia, Pennsylvania
                      Thursday, May 22, 2003
10
11                              - - -
12          Deposition of EDWARD B. ILGREN, M.D.,
13    D.Phil., held at ReedSmith LLP, 2500 One Liberty
14    Place, on the above date, beginning at approximately
15    9:30 a.m., before Kimberly A. Overwise, a Registered
16    Professional Reporter, Certified Shorthand Reporter,
17    and Notary Public.
18                              - - -
19
20                                                    COPY
21
22
23
24
25
```

Edward B. Ilgren, M.D., D.Phil.

characteristics?

A    I'd have to go back and look at the literature again. I said if they exist. I've probably seen a report where it said, but I can't remember a citation for you.

Q    This also I think comes from your report that nearly all cleavage fragments longer than 5 microns are also greater in width than .3 microns. Is that consistent with --

A    Similar, yes, yes.

Q    Let's talk about aspect ratios. Again, I know it's hard to put an average on this, but just tell me generally if you could what you would expect to find in terms of an aspect ratio for cleavage fragments.

A    I think they're largely less than 20 to 1, probably more in the 10 to 1.

Q    Would you say that you would find more cleavage fragments with an aspect ratio less than 10 to 1 than you would greater than 10 to 1?

A    I would think so, sure. Just by nature of their mode of growth, it would stand to reason. Again, you know, part of this is dependent on exactly how the material is being manipulated and

Page 119

1           Edward B. Ilgren, M.D., D.Phil.
2   nature where the massive amphibole has been chopped
3   or hit or sliced somehow, crushed up in a grinder or
4   quarry machine, and has in certain instances
5   attained a form that looks like a longish thinnish
6   what's called structure. That would be a working
7   definition.
8       Q   Tell me the differences between a cleavage
9   fragment and an asbestos fiber.
10      A   Well, you've got actually three or four
11  different terms here.
12      Q   Should we use asbestiform versus
13  nonasbestiform?
14      A   Or asbestos fiber versus cleavage just for
15  awareness' sake. Asbestos fiber is basically a
16  silica that grows in the asbestiform habit that has
17  additional properties beyond just the fact it grew
18  in an asbestiform habit and the properties would
19  include, amongst others, great strength,
20  flexibility, durability, diameter-dependent
21  strength, resistance to heat. It would also show an
22  independence of width on length, i.e., as it grew
23  longer, it didn't get fatter. The asbestiform habit
24  is a mode of growth which denotes extreme fibrosity,
25  bundles of fibrils which have often these splayed

1          Edward B. Ilgren, M.D., D.Phil.

2    ends where you see the fuzzy ends often with a form

3    of curvature that exists in a high -- generally a

4    high aspect ratio greater than 20 to 1, often a

5    hundred to 1 length to width.  You could go on and

6    differentiate these things on other levels,

7    optically with a polarizing light, scanning

8    microscopy, but for the purposes of an asbestos

9    fiber, I would say you have a structure using a

10   regulatory definition of greater than 3 to 1 aspect

11   ratio with parallel sides that has the attributes of

12   asbestos that I just denoted.  It is a fiber that is

13   asbestiform and it's fibular.  And in addition to

14   being that, it has these additional properties, kind

15   of the commercial properties.  That's the asbestos

16   fiber.

17              If you want to talk about the

18   cleavage fragment derived fiber, that has contrary

19   properties.  It has a fundamental nature which is

20   not grown as a single crystal in a unidirectional

21   way, which is asbestiform.  It basically grows in

22   two or three dimensions.  And instead of having a

23   very highly fibular structure, it's fundamentally

24   nonfibular.  And the properties which would

25   differentiate that again would be instead of having