National Bureau of Standards Special Publication 619. Proceedings of the NBS/EPA Asbestos Standards Workshop held at NBS, Gaithersburg, Maryland, October 1-3, 1980. (Issued March 1982)

# CONSIDERATIONS IN THE ANALYSIS AND DEFINITION OF ASBESTOS USING ELECTRON MICROSCOPY

R. J. Lee, J. F. Kelly, and J. S. Walker

U. S. Steel Corporation
Research Laboratory
Monroeville, Pennsylvania 15146

## Abstract

The most widely used working definition for asbestos in electron microscopy analysis was established on neither a physical nor health related basis. It derived from the definition applied to occupational monitoring using optical microscopy, without regard for the differences between the two types of instruments. The definition has no lower limit on fiber length and an inappropriate lower limit on aspect ratio. This, plus the reporting of data with poor counting statistics, has detracted from the effective use of electron microscopy in quantifying nonoccupational exposures to asbestos. Thus, much of the time and effort expended so far on this type of analysis has no long term value. The purpose of this paper is not to present new data, but rather to summarize some difficulties with current analyses. Further, we propose for consideration some operational definitions and procedures that are more physically meaningful and cost effective than those presently in use.

## Introduction

Until recently, optical microscopy has been the only method used for monitoring concentrations of asbestos in the work place. Because of the limited resolution of the optical microscope, the transmission electron microscope (TEM) is now widely used to measure concentrations of sub-microscopic asbestos particles in nonoccupational samples [1][1]. Even though the TEM is a powerful instrument, rigorous measurement of fiber concentration is a difficult problem because of a large number of variables involved in the procedure [2].

This symposium is being held to review and identify those aspects of the analysis that can be quantified and to propose the development of a set of standards. Therefore, this is an ideal forum to address those questions which left unresolved will continue to affect results in spite of attempts to standardize.

This paper is divided into two sections. In the first part, some statistical considerations are reviewed; in the second part, implications of the working definition of asbestos used in electron microscopy are discussed.

### 1. Analytical Considerations

Asbestos analysis involves several separate phases, from sample collection to data interpretation. The goal is to determine the asbestos concentration from a microscopic count, and so the ultimate result is critically dependent on the validity of the assumptions and procedures used in each phase. The basic assumptions are: (1) representative samples

---

[1]Figures in brackets refer to the literature references at the end of this paper.

132

collected; (2) particulates are uniformly deposited on the filter substrate; (3) no contamination introduced during sample preparation and analysis; (4) no instrument or operator influence on the analysis and no misidentification of nonasbestos fibers; (5) collection and analysis of all asbestos fibers in the sample; (6) no effect from sample dilution or repreparation steps.

The first four assumptions have been extensively examined and are now being rigorously studied in the NBS/EPA program (Steel et al., [3]). Since the collection efficiency of any filter is dependent on the size of the particles, the fifth assumption cannot be valid. Further, as will be discussed in the following the sixth assumption can lead to erroneous results if not carefully and systematically validated.

The sixth assumption is required because of constraints on the total mass per unit area that can be analyzed. Normally, the electron microscope analysis of asbestos in air or water samples requires dilution of the original sample whenever the expected loading will exceed 5 to 20 µg/cm$^2$ [4]. A small portion of the results of a recent large-scale study of mine water effluents are presented in Table 1. Noted here are calculated fiber concentrations ranging from $10^6$ to $10^{11}$ f/l, based on the detection of only one or two fibers per sample. Examination of the data reveals several inadequacies that have important implications. By dividing the reported concentration by the number of fibers counted, the unit fiber concentration can be back-calculated. The report also indicated that 20 grid openings were analyzed on each sample. Further, it was stated that 100 mL of water were filtered each time. With this information the effective sample dilution and blank levels can be calculated.

Table 1. Electron Micoscope-Determined Concentration of Chrysotile Asbestos in Mine Water Samples.

| Ore | Chrysotile* Concentration (f/l) | Mass (gm/l) | Fiber Count |
|---|---|---|---|
| Ag | $10^7$ | $10^{-7}$ | 4 |
| Ag | $10^{11}$ | $10^{-4}$ | 2 |
| Au | $10^9$ | $10^{-6}$ | 1 |
| Cu | $10^{11}$ | $10^{-3}$ | 30 |
| Fe | $10^{10}$ | $10^{-4}$ | 7 |
| Hg | $10^{11}$ | $10^{-4}$ | 11 |
| Mo | $10^{10}$ | $10^{-5}$ | 1 |
| Pb/Zn | $10^{10}$ | $10^{-5}$ | 4 |
| Ti | $10^9$ | $10^{-3}$ | 4 |
| U | $10^6$ | $10^{-8}$ | 1 |
| W | $10^{11}$ | $10^{-3}$ | 19 |

[a]Data extracted from consultant's report to EPA.

Figure 1 shows the calculated concentration in fibers per litre and fibers per gram compared with the calculated dilution factor. It can be seen that the concentration is directly proportional to the dilution and independent of sample type over some six orders of magnitude. Thus, the effective blank level is not significantly different than the calculated concentration for the vast majority of samples.



Figure 1. Comparison of calculated dilution factor and reported chrysotile concentrations.

This example analysis illustrates several problems common to all asbestos analysis. There is no uniform method for reporting results, and inadequate regard is given to the effects of sample dilution and the meaning of terms such as "minimum detectable limit" and "effective blank levels". These inadequacies have resulted from the unavailability of a coherent statistical treatment of the data.

To eliminate these deficiencies, we propose several procedures for consideration. Every report of asbestos analysis should include the following:

1. A statement of the population statistics assumed; binomial, negative binomial, Poisson, or other [5].

2. An estimated uncertainty range for the calculated concentration [2]. The uncertainty range associated with the unit fiber concentration and the effective blank level should also be stated.

3. Only those cases where the lower confidence level for the measured concentration exceeds the upper confidence level for the unit fiber concentration or effective blank level (whichever is larger) should be reported as a positive result. For example, assuming the Poisson distribution, the lower confidence level for unit fiber concentration is 0.1 (with $\alpha = 0.05$) and the upper confidence level is 5.6. In order to report a positive result, the analysis would continue until 12 or more fibers were detected. If the analysis is terminated before this point, the results should be reported as indeterminate.

4. In the preparation of samples, the total suspended solids (TSS) for water or total suspended particulates (TSP) for air should be determined and used to estimate the concentration $\mu g/cm^2$ of particulates on the final filter substrate. Those samples that must be diluted in order to achieve the optimal 5 $\mu g/cm^2$ loading should be prepared twice, once at an estimated loading of 10 $\mu g/cm^2$ and another at about 2 $\mu g/cm^2$. Two 200 mesh TEM grids should be prepared for each sample and five openings on each grid analyzed. If the measured concentrations are not statistically equivalent, the heavily loaded sample should be repeated or the result reported as indeterminate. Another advantage of measuring TSP or TSS before the analysis is that, using simple assumptions, a lower limit on the measurable concentration can be estimated as a function of three parameters. The result is a so-called "minimum measurable concentration" for water analysis, as shown in Table 2. The data

134

shown are based on the following assumptions: (1) 5 µg/cm² loading on the final filter; (2) analysis of 100 fibers in 20 to 200 mesh grid openings (1.6 x 10⁻³ cm²); (3) mean particle mass of 10⁻¹² g.

Table 2. Suspended Solid Concentration and Required Sample Aliquot vs. Measurable Asbestos Concentration.

| Measurable Concentration (fibers/liter) | Maximum Concentration of Suspended Solids (mg/L) | Sample Aliquot | |
|---|---|---|---|
| $10^2$ | | | |
| $10^3$ | $10^{-4}$ | 500 | liters (~130 gal.) |
| $10^4$ | $10^{-3}$ | 50 | liters |
| $10^5$ | $10^{-2}$ | 5.0 | liters |
| $10^6$ | $10^{-1}$ | 500 | mL ⎫ |
| $10^7$ | 1 | 50 | mL ⎬ clean drinking water |
| $10^8$ | 10 | 5 | mL ⎫ |
| $10^9$ | $10^2$ | .5 | mL ⎬ river water |
| $10^{10}$ | $10^3$ | .05 | mL |

While these assumptions are not the only considerations in obtaining a good analysis, they do represent a major obstacle when analyzing environmental specimens where the expected absolute fiber count will be small. Even though these recommended procedures may require further development, they do at least provide a starting point for discussion of an otherwise neglected topic.

## 2. Working Definition of Asbestos

Presently, the most common working definition of asbestos for electron microscope analysis calls for only a 3:1 length-to-width ratio, no minimum length, and the identification of a particle as an amphibole or chrysotile mineral. The shortcomings and ambiguities of such a working definition have been discussed in detail elsewhere [5-8]. It is our intent here to illustrate the effect of this definition on the accuracy of asbestos analysis rather than to argue its inappropriateness alone.

The work of the ASTM Task Force on Asbestos was discussed by Chopra [9], and that of the NBS discussed by Steel et al., [3]. Methods for identifying asbestos were presented by Ring [7] and Yamate [10] at this meeting. From these discussions, it is apparent that techniques are now well developed for mineral identification. Under very carefully controlled conditions, an analysis costing from $1000 to $2000 yields a result with a variability from 50 to 100 percent. Even with such very expensive analyses, significant problems remain because of two factors - the aspect ratio and length criteria used in the analysis.

Using the 3:1 aspect ratio fiber definition is responsible for a major fraction of the large analytical cost, mainly because detailed analyses are necessary in order to eliminate the interference by nonasbestos particles. Alternatively, if low-cost analyses are used, large uncertainties are introduced because of misidentification.

The absence of a minimum length in the definition also has several effects:

1. The analyst spends most of this time on the smallest size particles; this results in significant uncertainties in the estimated concentrations of the longer fibers.

135

2. As shown by Steel et al., [3], under the most carefully controlled conditions, two analysts may arrive at the same average count by counting different objects.

3. Steel et al., [3] also report that a significant fraction of fibers shorter than 2 µm are missed in the analysis. Thus, even though we strive to produce an absolute fiber count, the count is only a fraction of the total concentration and that fraction is clearly dependent on the instrument and operator employed.

4. The reported concentration is not a measure of a known health hazard. Instead, it is a mixed index which includes the concentration of both known and potential hazards. This ultimately limits our ability to identify the individual significance of either group.

The problems listed here are not strictly analytical but rather derive from the definition of asbestos. What is required for a meaningful analysis of fiber concentration is an operational definition which includes bounds on the aspect ratio, length, and width. Clearly, a given analysis will measure only a portion of a distribution. If desired, it is possible to calculate the total concentration from the measurement of a subset of a distribution if the form of the distribution is known. Problems in asbestos analysis arise because subset concentrations are reported implicitly as total concentrations and are compared with results from other laboratories which measured different subsets.

As the basis for the formulation of a meaningful working definition of asbestos, we propose the following:

1. For a routine method, a minimum aspect ratio of 10:1 should be used in a screening analysis or survey. Existing data indicate that this would not affect the chrysotile analysis at all and amphibole analysis only when the sample contains a significant percentage of acicular nonasbestos particles [11-16]. While this would undoubtedly result in missing 5 to 20 percent of the short asbestos particles, it would eliminate 70 to 80 percent of the nonasbestos particles from consideration.

2. A lower length limit for routine electron microscope analysis should be adopted. On the basis of available information, a reasonable limit would be somewhere between 0.75 and 2.0 microns [3].

3. Asbestos analyses should be grouped into at least three size fractions and acceptable uncertainty levels defined for each range. For example, the length categories less than 2, 2 to 5, and greater than 5 µm might be chosen, and a 50 percent relative error defined as the minimum level of acceptance for each size range.

## Summary

Analysts need to examine the objectives in performing analyses for asbestos. Is it to provide an absolute measure of the concentration, or is it to produce a reliable, reproducible measure or index which allows comparison of exposures?

In the past we have attempted to obtain answers to two questions simultaneously. First, a research-type question, "What is the significance of small, low-aspect ratio particles?" Second, "What are the concentrations of known hazards in environmental samples, and by what procedures can they be measured?" Electron microscope analysts must treat these as separate questions.

Analysts have been waiting for the medical community to define the size and shapes of significance. Unfortunately, answers to the above questions may not be forthcoming if analysts cannot provide a meaningful data base.

Now, at this session on standardization, it is time to define the statistical requirements and analytically based working definition of asbestos that will permit reliable and effective analyses by electron microscopy.

References

[1] Zumwalde, R. D.; Dement, J. M. Review and Evaluation of Analytical Methods for Environmental Studies of Particulate Exposure. Proceedings 1st FDA Office of Science Summer Symposium on Electron Microscopy of Microfibers; 1976. 139-150 (Available from Supt. of Documents, U.S. Government Printing Office, Washington, D.C. 20402).

[2] Chatfield, E. J.; Dillon, M. J. Some Aspects of Specimen Preparation and Limitations of Precision in Particulate Analysis by SEM and TEM. Proceedings SEM/78, Vol. 1; 1978. 487.

[3] Steel, E. B.; Small, J. A.; Sheridan, P. Analytical Errors in Asbestos Analysis by Analytical Electron Microscopy. These proceedings. p. 162.

[4] Anderson, C. H.; Long, J. M. Preliminary Interim Procedure for Fibrous Asbestos. U.S. EPA; 1976. p. 30.

[5] Chatfield, E. J.; Lewis, G. M. Development and Application of an Analytical Technique for Measurement of Asbestos Fibers in Vermiculite. Proceedings SEM/80, Vol. 1; 1980. 329.

[6] Lee, R. J. Basic Concepts of Electron Diffraction and Asbestos Identification Using SAD. Proceedings SEM/78, Vol. 1; 1978. 677.

[7] Ring, S.; Suchanek, R. Fiber Identification and Blank Contamination Problems in the EPA Provisional Method for Asbestos Analysis. these proceedings.

[8] Zoltai, T. Asbestiform and Acicular Mineral Fragments. Health Hazards of Asbestos Exposure. Annals of the New York Academy of Sciences. I. J. Selikoff; E. C. Hammond, eds.; 1979. p. 621.

[9] Chopra, K. S. Interlaboratory Measurements of Amphibole and Chrysotile Fibers in Water. these proceedings.

[10] Yamate, G.; Beard, M. E. Refinements in the EPA Provisional Methodology. these proceedings.

[11] Pooley, F. D.; Clark, N. Fiber Dimensions and Aspect Ratio of Crocidolite, Chrysotile and Amosite Particles Detected in Lung Tissue Specimens. Health Hazards of Asbestos Exposure. Annals of the New York Academy of Sciences, Vol. 330, I. J. Selikoff; E. C. Hammond, eds.; 1979. p. 711.

[12] Wylie, A. G. Fiber Length and Aspect Ratio of Some Selected Asbestos Samples. Health Hazards of Asbestos Exposure. Annals of the New York Academy of Sciences, Vol. 330, I. J. Selikoff; E. C. Hammond, eds.; 1979. p. 605.

[13] Winer, A. A.; Cossette, M. The Effect of Aspect Ratio on Fiber Counts: A Preliminary Study. Health Hazards of Asbestos Exposure. Annals of the New York Academy of Sciences, Vol. 330, I. J. Selikoff; E. C. Hammond, eds.; 1979. p. 661.

[14] Stevenson, R. J. Mineral Fiber Investigations of the Regional Copper-Nickel Study on Northeastern Minnesota. Health Hazards of Asbestos Exposure. Annals of the New York Academy of Sciences, Vol. 330, I. J. Selikoff; E. C. Hammond; 1979. p. 705.

[15] Bignon, J.; Sebastien, P.; Gaudichet, A. Measurement of Asbestos Retention in the Human Respiratory System Related to Health Effects. Nat. Bur. Stand. (U.S.) Spec. Publ. 506; 1978 November. p. 95.

[16] Campbell, W. J.; Blake, R. L.; Brown, L. L.; Cather, E. E.; Jobery, J. J. Selected Silicate Minerals and Their Asbestiform Analogs. Bureau of Mines Information Circular 8751; 1977. p. 46.