# Expert Report
## of
## Richard J. Lee, Ph.D.

RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

### In the matter of
### United States v. W. R. Grace & Co., et al
### As it relates to
### Libby, Montana

Prepared for
W. R. Grace & Co.
5400 Broken Sound Blvd
Boca Raton, FL 33487

July 29, 2002
Project No. LSH002397

reviewed for air samples, 79, or 12%, are misclassified as Libby amphibole. An example of an improperly classified spectrum was shown earlier in this narrative.

Each sketch of the fibers on the handwritten count sheets was reviewed to determine if it could be used to determine whether the fiber was asbestos or a cleavage fragment. For the air samples, 13% of the count sheets with recorded Libby amphibole did not contain a sketch, 25% had sketches that could not be interpreted, with the remaining 62% having acceptable sketches. Of the acceptable sketches, 74% of the fibers can be classified as cleavage fragments.

RJ Lee Group has examined amphibole fibers from expanded Libby vermiculite and has determined, using routine laboratory TEM procedures, that at least 15% of the Libby amphiboles are not regulated amphiboles. This number is lower than data presented by USGS (Meeker paper) where at least 75% of the amphiboles were identified as non-regulated varieties and lower than that of Brandli[110] who determined all of the amphibole to be non-regulated. The primary difference between these three estimates of non-regulated amphibole is in the identification of Na by energy dispersive spectroscopy.

The above two points indicate that, at a minimum, the average exposure estimates presented by the EPA for the various scenario tests can be reduced by 12% for improper EDS spectra and by another 74% for cleavage fragments.

---

[110] B. B. Brandli (2002). "Characterization of Amphibole and Amphibole-Asbestos from the Former Vermiculite Mine at Libby Montana", Master Thesis in Geology, University of Idaho.