495629



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION VIII (8EPR-PS)
999 18th STREET - SUITE 300
DENVER, COLORADO 80202-246 ADMINISTRATIVE RECORD
Region VIII

# MEMORANDUM

May 31, 2002

**SUBJECT:** Review of R.J. Lee Discussion of Cleavage Fragments (February 21, 2002)

**FROM:** Christopher P. Weis, Ph.D., DABT
Toxicologist, Science Coordinator

**TO:** Paul Peronard, On Scene Coordinator
Libby Asbestos Site

I have reviewed the subject memorandum and we have discussed its content on several occasions since last month. Our discussions have focused on the Lee report relates to risk assessment and risk management decisions at the Libby, MT Asbestos site. I have asked Syracuse Research Corporation (SRC) to document the essence of our discussions on the R.J. Lee report and to conduct a thorough review of references that R.J. Lee used to support the issues he raised. SRC's summary of those discussions and the reference review are provided in the attached final report (SRC, 5/29/02).

In short, R.J. Lee misrepresents the findings of the peer reviewed papers that he used to reference his position and this misrepresentation undermines the validity of his conclusions. Additionally, the Lee report reveals a significant misunderstanding of the use of dose-response information to set health-based regulatory limits. Reduction of the exposure metric used in my risk calculations (12/20/01) by removing cleavage fragments (as suggested by Dr. Lee) <u>must</u> be accompanied by a compensating increase in the toxicity estimate for the remaining asbestos fibers. Thus, there would be no change in the evaluation of risk for Libby. Supporting details are provided in the attached report as well as in the publications Dr. Lee uses to support his argument. Supporting details for these findings are provided in the attached SRC report.

In general, I find nothing in the R.J. Lee report that would change recommendations that I have made to you regarding human exposure and/or risk in Libby (see my memorandum of 12/20/01). We will, of course, continue to evaluate any and all scientific information made available regarding public health in Libby.

If you have any further questions regarding the attached report please call me at 303.312.6671.

**0025266**