**Exhibit A**

43.4 hours and $21,329.50. Meetings between 1/24/03 and 3/12/03.

8.8 hours and $4,600. Committee Meeting on 1/24/03.  (Ed, Sean and Christy).

| Date | | Description | Hours | Who |
|---|---|---|---|---|
| 24-Jan | 4 | Prepared for meeting with counsel and chairman by reviewing reports and preparing discussion outline. | 1.6 | ed |
| 24-Jan | 11 | Participated in meeting with counsel and chair to discuss recovery analysis, tax issues, fraudulent conveyance issues, timetable and pension issues. | 1.4 | ed |
| 24-Jan | 11 | Participated in meeting with Committee chair and counsel to review Curtis Bay motion and Sealed Air settlement issues. | 2.8 | sean |
| 24-Jan | 4 | Prepared discussion documents for meeting with counsel and agent to the Committee. | 1.0 | christy |
| 24-Jan | 4 | Met with team members ahead of meeting to discuss meeting agenda items and near-term workplan. | 0.5 | christy |
| 24-Jan | 11 | Met with counsel and the agent to the Committee. | 1.5 | christy |

22.4 hours and $9,745.00.  Meeting with Debtors on 2/20/03.  (Sean, Libby, and Christy).

| Date | | Description | Hours | Who |
|---|---|---|---|---|
| 19-Feb | 2 | Read and analyzed 5 Year business plan, FY 2001 business plan and historical financial results in preparation for meeting with Debtors. | 0.4 | sean |
| 20-Feb | 2 | Participated in meeting with the Debtors to review FY 2003 business plan. | 5.0 | sean |
| 20-Feb | 2 | Read and analyzed various documents in preparation for meeting with Debtors. | 4.0 | libby |
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | 5.0 | libby |
| 20-Feb | 2 | Read the 2003 Operating Plan materials prepared by the Debtors and developed a list of discussion questions. | 3.0 | christy |

**Exhibit A**

| Date | | Description | Hours | Person |
|---|---|---|---|---|
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | 5.0 | christy |

12.2 hours and $6,984.50.  Meeting with Committee on 3/12/03. (Ed and Sean).

| Date | | Description | Hours | Person |
|---|---|---|---|---|
| 12-Mar | 11 | Participated in Committee meeting discussion regarding Sealed Air settlement, case timeline and pending motions. | 1.1 | ed |
| 12-Mar | 11 | Participated in meeting with creditors committee and Debtors regarding status of operations, 2002 performance, 2003 Business Plan, and case issues. | 4.0 | ed |
| 12-Mar | 11 | Participated in debriefing meeting with Creditors Committee to discuss Debtors' presentation. | 1.0 | ed |
| 12-Mar | 11 | Participated in Committee meeting prior to and after Debtors' presentation of FY 2003 Plan to the Committee. | 2.1 | sean |
| 12-Mar | 11 | Participated in Debtors' presentation to the Committee. | 4.0 | sean |