**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:                                §
W.R. GRACE & CO., ET AL.,             §          Chapter 11
                                      §
                                      §          **Case Nos. 01-1139 through**
                                      §          **02-1200 (JFK)**
Debtors                               §          **Jointly Administered**

## NOTICE OF APPEARANCE AND REQUEST FOR ALL
## NOTICES, PLANS AND DISCLOSURE STATEMENTS

COME NOW, Plaintiffs in the attached Exhibit "A", creditors and parties in interest, to

hereby enter their appearance in the above referenced case, and James E. Wimberley of

McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P., to hereby enter the firm's appearance

as attorneys for all Plaintiffs listed in the attached Exhibit "A". As directed by Federal Rule of

Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and

facsimile number are:

James E. Wimberley
Texas State Bar No. 21750350
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX  77642
Telephone:  (409) 724-6644
Facsimile: (409) 724-7585

All Plaintiffs listed on the attached Exhibit "A" hereby request that copies of all notices

required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i),

be given to them by service upon their attorneys at the address shown above.

Plaintiffs, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further request

that copies of all plans and disclosure statements filed herein by any party be served upon their

attorneys at the address indicated above.

Dated: 2rd day of _July_, 2003

Respectfully submitted,

McPHERSON, MONK, HUGHES,
BRADLEY & WIMBERLEY, L.L.P.
3120 Central Mall Drive
Port Arthur, TX  77642
(409) 724-6644
(409) 724-7585 - Facsimile

BY:_____
JAMES E. WIMBERLEY
State Bar No. 21750350

COUNSEL FOR CREDITORS

**Served the _____ day of _____, 2003 to Debtor's Counsel:**

James H.M. Sprayregen, Esq.
James W. Kapp II, Esq.
Samuel A. Schwartz, Esq.
Roger J. Higgins, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Laura Davis Jones, Esq.
Hamid R. Rafatjoo, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young & Jones, PC
919 North Market Street, 16th floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th floor
New York, NY  10022

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Office of U.S. Trustee
Attn: Frank J. Perch, Esq.
844 N. King Street
Wilmington, DE  19801

# Exhibit "A"

| NAME OF CLAIMANT | S.S. #. | DISEASE | NATURE OF CLAIM |
|---|---|---|---|
| Cantu, Gilberto | 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 | Lung Cancer | Asbestos Personal Injury |
| Cantu, Francisco (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| Curl, Hillyerd (dec'd) | 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 | Mesothelioma | Asbestos Personal Injury |
| Garcia, Jose (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| Howell, Donald (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| Jones, Glen (dec'd) | 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 | Mesothelioma | Asbestos Personal Injury |
| Jones, Andrew (dec'd) | 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 | Mesothelioma | Asbestos Personal Injury |
| Kimmel, Lawrence (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| Tesch, Charles (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| Welch, Billy (dec'd) | 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 | Lung Cancer | Asbestos Personal Injury |
| White, Robert (dec'd) | 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 | Mesothelioma | Asbestos Personal Injury |
| Whitfield, Howard (dec'd) | 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 | Mesothelioma | Asbestos Personal Injury |

Notices of Appearance
Attorney: James E. Wimberley
3120 Central Mall Drive
Port Arthur, TX  77642
(409) 724-6644, (800) 830-6785