IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) | |
| ) | (Jointly Administered) | |
| ) | | |
| Debtors. ) | **Objections Due by: July 8, 2003 at 4:00 p.m.** | |
| ) | **Hearing Date: September 22, 2003 @ 12:00 p.m.** | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3914

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading[1] to the Eighth Interim Quarterly Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2003 through March 31, 2003 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 8, 2003.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

---

[1] The Fee Auditor expressed concerns regarding the application in an informal response to the Applicant, however such concerns were resolved and no formal objection was filed.

                                        Bilzin Sumberg Baena Price & Axelrod LLP
                                        Scott L. Baena, Esq.
                                        Jay M. Sakalo, Esq.
                                        2500 First Union Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, FL 33131-2336
                                        Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants

Dated: July 9, 2003