IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: July 8, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: September 22, 2003 @ 12:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 3915**

      The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Hamilton, Rabinovitz & Alschuler, Inc.'s Fourth Interim Quarterly Fee Application Request For Approval and Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2003 Through March 31, 2003 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 8, 2003.

                                                  FERRY, JOSEPH & PEARCE, P.A.

                                                  /s/ Lisa L. Coggins
                                                  Michael B. Joseph (#392)
                                                  Theodore J. Tacconelli (#2678)
                                                  Lisa L. Coggins (#4234)
                                                  824 Market Street, Suite 904
                                                  P.O. Box 1351
                                                  Wilmington, DE. 19899
                                                  (302) 575-1555

                                                  -and-

                                          Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: July 9, 2003