## Attachment B
## To Fee Application

### Summary of PwC's Fees By Professional
### April 2003

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 15.00 | 11,145 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 1.00 | 1,550 |
| Theodore Baran | Audit Partner | 25 | 1213 | 1.00 | 1,213 |
| Brian Kinman | Audit Partner | 20+ | 855 | 3.10 | 2,651 |
| Joseph Divito | GRMS Partner | 20+ | 767 | 2.00 | 1,534 |
| Joseph Divito | GRMS Partner | 20+ | 821 | 1.50 | 1,232 |
| Peter R Woolf | Tax Partner | 20+ | 762 | 1.50 | 1,143 |
| Thomas Kalinosky | Audit Senior Manager | 10 | 684 | 3.00 | 2,052 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 10.70 | 6,088 |
| Michelle Gerety | Tax Senior Manager | 13 | 575 | 3.00 | 1,725 |
| Sandra David | Audit Manager | 5+ | 487 | 16.10 | 7,841 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 5.00 | 2,535 |
| Jason Natt | Audit Manager | 6 | 487 | 32.00 | 15,584 |
| Maureen Driscoll | GRMS Senior Associate | 6 | 416 | 6.80 | 2,829 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 86.70 | 29,651 |
| Nina Govic | Audit Senior Associate | 3 | 298 | 44.00 | 13,112 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 18.00 | 5,526 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 13.00 | 4,537 |
| Stacy Clark | Audit Associate | 2 | 235 | 4.00 | 940 |
| Aimee Stickley | Audit Associate | 2 | 232 | 100.80 | 23,386 |
| Jeffrey Zartman | Audit Associate | 2 | 232 | 1.10 | 255 |
| Maureen Yeager | Audit Associate | 1 | 202 | 26.00 | 5,252 |
| Maureen Yeager | Audit Associate | 1 | 197 | 81.00 | 15,957 |
| Renee Anderson | Audit Associate | 1 | 256 | 1.20 | 307 |
| Kathleen Burke | Admistrative Assistant | NA | 110 | 1.10 | 121 |
| | | | **TOTAL** | **478.60** | **158,165** |

| | | |
|---|---|---|
| Total at Standard Rate | 478.60 | $ 158,165.20 |
| 45 % Accrual Rate Adjustment | | $ (86,990.86) |
| Total at 45% Accrual Rate | | $ 71,174.34 |

{MCM7717.DOC}

## Summary of PwC's Fees By Project Category:
## April 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 478.60 | $71,174.34 |
| 26-Business Analysis | | |

| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **478.60** | **$71,174.34** |

## Expense Summary
## April 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $1,748.92 |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | $106.19 |
| **TOTAL:** | | $1,863.75 |

{MCM7717.DOC}