**EXHIBIT A**

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 15.00 | 11,145 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 1.00 | 1,550 |
| Theodore Baran | Audit Partner | 25 | 1213 | 1.00 | 1,213 |
| Brian Kinman | Audit Partner | 20+ | 855 | 3.10 | 2,651 |
| Joseph Divito | GRMS Partner | 20+ | 767 | 2.00 | 1,534 |
| Joseph Divito | GRMS Partner | 20+ | 821 | 1.50 | 1,232 |
| Peter R Woolf | Tax Partner | 20+ | 762 | 1.50 | 1,143 |
| Thomas Kalinosky | Audit Senior Manager | 10 | 684 | 3.00 | 2,052 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 10.70 | 6,088 |
| Michelle Gerety | Tax Senior Manager | 13 | 575 | 3.00 | 1,725 |
| Sandra David | Audit Manager | 5+ | 487 | 16.10 | 7,841 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 5.00 | 2,535 |
| Jason Natt | Audit Manager | 6 | 487 | 32.00 | 15,584 |
| Maureen Driscoll | GRMS Senior Associate | 6 | 416 | 6.80 | 2,829 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 86.70 | 29,651 |
| Nina Govic | Audit Senior Associate | 3 | 298 | 44.00 | 13,112 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 18.00 | 5,526 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 13.00 | 4,537 |
| Stacy Clark | Audit Associate | 2 | 235 | 4.00 | 940 |
| Aimee Stickley | Audit Associate | 2 | 232 | 100.80 | 23,386 |
| Jeffrey Zartman | Audit Associate | 2 | 232 | 1.10 | 255 |
| Maureen Yeager | Audit Associate | 1 | 202 | 26.00 | 5,252 |
| Maureen Yeager | Audit Associate | 1 | 197 | 81.00 | 15,957 |
| Renee Anderson | Audit Associate | 1 | 256 | 1.20 | 307 |
| Kathleen Burke | Admistrative Assistant | NA | 110 | 1.10 | 121 |
| | | | TOTAL | 478.60 | 158,165 |

|  |  |  |
|---|---|---|
| Total at Standard Rate | 478.60 $ | 158,165.20 |
| 45 % Accrual Rate Adjustment | $ | (86,990.86) |
| Total at 45% Accrual Rate | $ | 71,174.34 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Larry Farmer** | | | | |
| **4/1/03** | 0.70 | Discuss and review PwC's responses to the fee auditor inquiry | 743 | $ 520 |
| | 0.40 | Review PwC's 1/03 fee application and time and expense filing. | 743 | $ 297 |
| | | | 743 | $ 743 |
| **4/11/03** | 1.00 | Discuss planning and staffing for the Grace 2003 year end audit | 743 | $ 149 |
| | 0.20 | Review the final 2002 summary of unadjusted differences listing | | |
| **4/14/03** | 0.60 | Review PwC's 2/03 fee application and time and expense filing. | 743 | $ 446 |
| | | Review the ifnal summary of unadjusted differences and review other open critical | 743 | $ 297 |
| | 0.40 | matters. | | |
| **4/16/03** | 3.50 | Attend Davison division quarterly earnings call. | 743 | $ 2,601 |
| | | Teleconference with Bob Tarola, Grace CFO and Ray Bromark, Concurring partner, | 743 | $ 297 |
| | 0.40 | regarding Lake Charles construction overrun. | | |
| | | Conversation with Michael Brown, assistant Controller and Bill Dockman, Grace | 743 | $ 223 |
| | 0.30 | reagarding foreign exchange transaction loss. | | |
| **4/18/03** | 0.50 | Review Q1 2003 Earnings release | 743 | $ 372 |
| | 0.60 | Discuss the Q1 consolidated results with Jason Natt and Cheryl Frick | 743 | $ 446 |
| | 0.30 | Discuss GPC Q1 results with the Boston team. | 743 | $ 223 |
| | 0.10 | Review WR Grace billings to date. | 743 | $ 74 |
| | 0.30 | Review audit committee charter and minutes from the March meeting | 743 | $ 223 |
| **4/22/03** | 0.30 | Review third draft of the Q1 earnings release | 743 | $ 223 |
| | | Attend audit committee meeting regarding the Q1 earnings release and discuss | 743 | $ 1,040 |
| | 1.40 | conclusions with Mark Shelnitz, Grace Legal, Paul Norris, CEO and Bob Tarola. | | |
| **4/25/03** | 2.00 | Review draft of 2003 Q1 form 10-Q | 743 | $ 1,486 |
| **4/28/03** | 0.70 | Discuss review comments regarding the Q1 2003 10Q with Jason Natt | 743 | $ 520 |
| | 0.30 | Discussion with Dave Ryan regarding Sarbanes 404 issues. | 743 | $ 223 |
| | | Telephone call with Dave Ryan, PwC Manager, regarding audit committee report | 743 | $ 743 |
| **4/29/03** | 1.00 | draft and 404 issues. | | |
| | **15.00** | | | $ 11,145 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|
| **Name: Raymond Bromark** | | | | | | |
| **4/16/03** | 0.40 | Teleconference with Bob Tarola, Grace CFO and Larry Farmer, regarding the Lake Charles construction overrun. | $ | 1,550 | $ | 620 |
| | **0.40** | | | | $ | **620** |
| **4/25/03** | 0.60 | Review 10Q Filing. This time includes reading the noted filing and commenting on compliance with the relevant SEC Reporting Standards and disclosures reading and commenting on compliance with SEC reporting standards. | $ | 1,550 | $ | 930 |
| | **0.60** | | | | $ | **930** |
| **Totals** | **1.00** | | | | $ | **1,550** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Theodore Baran** | | | | |
| **4/14/03** | **1.00** | Read and evaluate propriety of conclusions documented in consultation memo regarding need for a valuation allowance for deferred tax assets in the consolidated balance sheet of Grace as of December 31, 2002. | 1213 | **$    1,213** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Brian Kinman** | | | | |
| **4/28/03** | **1.6** | Preparation of a summary discussion in relation to Internal Control Best Practices to be utilized by management in order to prepare a summary document on internal control to be discussed with the Board of Directors. | 855 | **1,368.00** |
| **4/28/03** | **1.5** | Meeting with the CFO and Director of Internal Audit in order to discuss the summary of internal control best practices prepared above.  The meeting also included a discussion of the provision details for the preparation of the summary document for management to communicate to the board on Internal Control. | 855 | **1,282.50** |
| | **3.10** | | | **$    2,651** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Joe DiVito** | | | | |
| 04/24/03 | 0.60 | Review of workpapers and client deliverables. | 767 | 460.20 |
| 04/28/03 | 1.40 | Review of workpapers and client deliverables. | 767 | 1,073.80 |
| | **2.00** | | | **1,534.00** |
| 04/30/03 | **1.50** | Review of workpapers and client deliverables. | 821.00 | **1,231.50** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Peter Woolf** | | | | |
| **04/21/03** | 1.50 | Review of first quarter tax provision. | 762 | 1,143.00 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Thomas Kalinosky** | | | | |
| **04/21/03** | 3.00 | Review of the Libby MT asbestos environmental memo and update for events occurring in the first quarter related to asbestos litgation. | 684 | 2,052.00 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  David Ryan** | | | | |
| 4/1/03 | 1.2 | Review of WR Grace Database for work performed on the first quarter 2003 review | 569 | 683 |
| | 0.7 | Review of WR Grace Database for issues related to tax reporting | 569 | 398 |
| 4/21/03 | 0.6 | Review of WR Press Release prior to filing for manager's SEC reviewer client | 569 | 341 |
| | 1.4 | Meeting with Jason Natt on Quarter Issues | 569 | 797 |
| 4/25/03 | 1 | Preparation of PwC Audit Report to Audit Committee for First Quarter 2003 meeting | 569 | 569 |
| 4/29/03 | 3.8 | Review WR Grace Form 10-Q for SEC related issues | 569 | 2,162 |
| 4/30/03 | 1.7 | Preparation of WR Grace AC Report for presentation to the board at the meeting | 569 | 967 |
| | 0.3 | Make edits to draft audit committee report | 569 | 171 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Michelle Gerety** | | | | |
| 4/21/03 | 1.5 | Review of first quarter tax provision with Grace tax team in Boca Raton, FL | $575 | **$863** |
| | 1.5 | Review of first quarter tax provision with Peter Woolf, Tax Partner at PwC | $575 | **$863** |
| | **3** | | | **$1,725** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| 4/1/03 | 0.5 | Prepare March time reporting | $487 | $244 |
| 4/3/03 | 0.2 | Talk to Doug regarding quaterly timing | $487 | $97 |
| 4/7/03 | 1.0 | Prepare quarterly schedule request for Doug Hughes and Montell McDowell | $487 | $487 |
| 4/15/03 | 6.0 | Earnings call meeting | $487 | $2,922 |
| 04/16/03 | 0.20 | Review results of earnings call with Jonelle | $487 | $97 |
| 04/17/03 | 6.00 | 1st quarter review - analytics, supervise senior, discussions with Rick Brown and Doug Hughes | $487 | $2,922 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Craig Cleaver** | | | | |
| **04/07/03** | 1.00 | Research on best practices for Data Center Controls for Chuck Tremblay | 507 | 507.00 |
| **04/08/03** | 0.50 | 404 discussion with Dave Ryan and Joe Divito | 507 | 253.50 |
| **04/14/03** | 0.50 | Call with Chuck Tremblay to discuss audit report | 507 | 253.50 |
| **04/22/03** | 1.00 | Report discussions with Maureen Driscol on changes to the report to finale | 507 | 507.00 |
| **04/23/03** | 0.50 | PA for Maureen Dirscol | 507 | 253.50 |
| **04/28/03** | 0.70 | Further investigation on data center controls for Chuck Tremblay | 507 | 354.90 |
| **04/28/03** | 0.40 | Discussion with Grace management (Barb) on audit report | 507 | 202.80 |
| **04/28/03** | 0.40 | Report discussions with Maureen prior to call with client | 507 | 202.80 |
| | **5.00** | | | **2,535.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Jason Natt** | | | | |
| **4/17/03** | 2.0 | Review of planning section of Q1 2003 quarterly review | 487 | $ 974 |
| | 0.2 | Discussion with Michael Brown, Assistant Controller, on Q1 2003 accounting issues | 487 | $ 97 |
| | 0.5 | Review of inventory adsorption calculation | 487 | $ 244 |
| | 0.3 | Review of corporate ledger accruals section | 487 | $ 146 |
| | 2.0 | Review of Davison Chemicals Q1 2003 analytical procedures. | 487 | $ 974 |
| **4/18/03** | 0.8 | Review Q1 2003 Earnings release | 487 | $ 390 |
| | 0.6 | Discuss the Q1 consolidated results with Larry Farmer and Cheryl Frick | 487 | $ 292 |
| | 0.3 | Discuss GPC Q1 results with the Boston team. | 487 | $ 146 |
| | 0.3 | Review audit committee charter and minutes from the March meeting | 487 | $ 146 |
| **4/21/03** | 1.5 | Review second version of Q1 2003 Earnings release | 487 | $ 731 |
| | 3.5 | Review of Corporate section of Q1 2003 review testing | 487 | $ 1,705 |
| | 1.9 | Review of Davison Chemicals section of Q1 2003 review testing | 487 | $ 925 |
| | 0.5 | Discussion with Michael Brown, Assistant Controller,  surrounding FAS 143 adoption | 487 | $ 244 |
| | 0.6 | Discussion with Dana Guzzo, Internal Audit Director, on upcoming audit committee meeting topics | 487 | $ 292 |
| **4/22/03** | 0.6 | Review third draft of the Q1 earnings release | 487 | $ 292 |
| | 1.4 | Attend audit committee meeting regarding the Q1 earnings release and discuss conclusions with Mark Shelnitz, Grace Legal, Paul Norris, CEO and Bob Tarola. | 487 | $ 682 |
| | 2.8 | Review of Corporate section of Q1 2003 review testing | 487 | $ 1,364 |
| | 1.0 | Review of Davison Chemicals section of Q1 2003 review testing | 487 | $ 487 |
| | 0.5 | meeting topics | 487 | $ 244 |
| | 0.6 | Follow up discussion with Michael Brown, Assistant Controller,  surrounding FAS 143 adoption | 487 | $ 292 |
| | 1.1 | Review of Davison Chemicals section of Q1 2003 review testing | 487 | $ 536 |
| **4/23/03** | 4.0 | Prepare draft of May 2003 Report to the Audit Committee | 487 | $ 1,948 |
| **4/27/03** | 3.0 | Review draft of 2003 Q1 form 10-Q | 487 | $ 1,461 |
| **4/28/03** | 0.7 | Discuss review comments regarding the Q1 2003 10Q with Larry Farmer | 487 | $ 341 |
| | 1.3 | Make edits to draft audit committee report | 487 | $ 633 |
| | **32.0** | | | **$ 15,584** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **04/07/03** | 1.20 | Conference call with Barb Summerson, Greg Convington, Marty Krist and Ed Slotwinski to review security and application change control portions of the IT Observations report | 416 | 499.20 |
| | 0.50 | Updates/revisions to IT Observations report based on conference call | 416 | 208.00 |
| | 0.50 | WIP Review | 416 | 208.00 |
| **Totals:** | **2.20** | | | **$    499.20** |
| **04/08/03** | 0.50 | Grace admin - time reporting for March 2003 | 416 | 208.00 |
| **Totals:** | **0.50** | | | **$    208.00** |
| **04/14/03** | 0.80 | Conference call with Barb Summerson, Greg Convington, Chuck Tremblay, and George to review operations and operating systems security portions of the IT Observations report | 416 | 332.80 |
| | 0.30 | Updates/revisions to IT Observations report based on conference call | 416 | 124.80 |
| | **1.10** | | | **$    457.60** |
| **04/16/03** | 1.00 | Initiate performance appraisal and document objectives and capabilities | 416 | 416.00 |
| | **1.00** | | | **$    416.00** |
| **04/23/03** | 1.00 | Document evidence in and complete performance appraisal | 416 | 416.00 |
| | 1.00 | Complete performance appraisal for Doug Hut for his performance on engagement | 416 | 416.00 |
| | **2.00** | | | **$    832.00** |
| **Totals** | **6.80** | | | **2,828.80** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Cheryl Frick** | | | | |
| | 0.20 | Discussion with A. Stickley in relation to the completion of the Going Concern Steps as well as their impact on the audit opinion and subsequent disclosures in the 2002 Database. | 342 | 68.40 |
| 04/03/03 | 1.80 | Final follow-up for 12/31/2002 database sign-off. Final follow-up with database documentation of the critical matter related to the SUD. | 342 | 615.60 |
| 04/04/03 | 0.20 | Follow up with PwC environmental specialialist prior to the 12/31/02 database signoff. | 342 | 68.40 |
| | 0.50 | Review of the Q1 2003 Grace closing calendar for scheduling needs. | 342 | 171.00 |
| | 2.30 | Follow up with PwC international teams in regards to the management letter comments arising from the 2002 audit. | 342 | 786.60 |
| | 1.50 | Preparation of the WR Grace MyClient Communications database tool to be utilized on a going forward basis for documentation / cooorespondence with our global teams. | 342 | 513.00 |
| 04/06/03 | 2.50 | Review of responses received from the PwC international teams in regards to management letter comments arising from the 2002 audit. | 342 | 855.00 |
| | 2.30 | Preparation and mailing of the Corporate, Davison and Performance Chemicals Q1 2003 PBC lists for our review procedures. | 342 | 786.60 |
| | 0.40 | Review of German response rec'd in regards to management letter comments. | 342 | 136.80 |
| | 0.80 | Cooresponding with the PwC Grace team on the "key dates" for the Q1 2003 review. | 342 | 273.60 |
| 04/08/03 | 1.40 | Discuss changes to be made to international reporting instructions with Cheryl Frick and Jason Natt. | 342 | 478.80 |
| | 0.30 | Discussion with Michael Brown on the status of SFAS 143. | 342 | 102.60 |
| | 0.80 | Review of Alert 03/47 in regards to the WR Grace Q1 2003 review procedures. | 342 | 273.60 |
| | 2.20 | Review of Nike international instructions, as we will be updating the WR Grace international instructions for the current year. | 342 | 752.40 |
| 04/09/03 | 4.80 | Preparation of interactive Excel reports to be utilized on the Corporate, Davison and Performance Chemicals quarterly reviews. | 342 | 1,641.60 |
| | 1.20 | Review of additional responses received from the PwC international teams in regards to management letter comments arising from the 2002 audit. | 342 | 410.40 |
| | 2.00 | Preparation of International Fee Coorespondence for the July 2002 Audit Committee Meetin | 342 | 684.00 |
| 04/10/03 | 3.80 | Preparation of interactive Excel reports to be utilized on the Corporate, Davison and Performance Chemicals quarterly reviews. | 342 | 1,299.60 |
| | 1.50 | Review of Davison trial balances (as of March 31, 2003) received from John Reilly. | 342 | 513.00 |
| | 0.50 | Preparation of work plan for both A. Stickley and M. Yeager for the quarterly review procedures (while I am unavailable). | 342 | 171.00 |
| | 1.20 | Review of the Board / Audit Committee minutes for the Grace quarterly review. | 342 | 410.40 |
| | 1.00 | Review of Davison balance sheet fluctuation review from John Reilly. | 342 | 342.00 |
| 04/11/03 | 1.00 | Review of quarterly information provided by Karin Simmons on the Davison inventory reserves. | 342 | 342.00 |
| 04/14/03 | 0.50 | Preparation of work plan for both A. Stickley and M. Yeager for the quarterly review procedures (while I am unavailable). | 342 | 171.00 |
| | 0.60 | Review of planned international fee coorespondence with J. Natt | 342 | 205.20 |
| | 1.80 | Preparation / mailing of international fee cooorespondences. | 342 | 615.60 |
| | 0.20 | Coorespondence with our PwC tax team in regards to the quarterly tax review procedures. | 342 | 68.40 |

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| | 3.90 | Review of the standard ART analytics for the Grace quarterly review, including discussions held with John Reilly in regards to related questions. | 342 | 1,333.80 |
| 04/15/03 | 0.40 | Meeting with A. Stickley in order to discuss the allocation of the documentation of the completion of the Interim Planning Steps and the methods to be used in their completion. | 342 | 136.80 |
| | 0.40 | Meeting with A. Stickley in order to review the items received from the client in conjunction with our 1st Quarter Interim Review Procedures.  This time also includes planning for the 2003 1st quarter procedures to be performed. | 342 | 136.80 |
| | 2.00 | Q1 2003 WR Grace planning procedures. | 342 | 684.00 |
| | 1.50 | Meeting with A. Stickley and N. Govic to discuss the new 2003 documentation rules | 342 | 513.00 |
| | 0.50 | Review of the Davison P&L fluxes (in order to prepare for the 4/16/03 internal earnings call). | 342 | 171.00 |
| | 2.70 | Meeting with Carol Pace to review the standard quarterly inquires and hold discussion on the quarterly results. | 342 | 923.40 |
| | 1.50 | Preparation of personal timetracking for the WR Grace Bankruptcy Courts for the month of March.  This entails tracking time for both the 2003 and 2002 fiscal year audit. | 342 | 513.00 |
| 04/16/03 | 8.00 | All day internal earnings call meeting for Grace Davison (meeting lead by Paul Norris, CEO). | 342 | 2,736.00 |
| 04/17/03 | 0.50 | Meeting with A. Stickley and J. Natt in order to discuss the status of the Interim Review Procedures, Staffing Needs and Key Milestones/Deadlines. | 342 | 171.00 |
| | 3.50 | Review, documentation and follow up on information received at the 4/16/03 Grace Davison quarterly earnings call. | 342 | 1,197.00 |
| | 0.80 | Discussion with J. Natt and A. Stickley in regards to the requirements necessary for Grace to obtain access to the IC Workbench tool. | 342 | 273.60 |
| | 1.30 | Review / Update of Grace Budget Card prepared by A. Stickley and discussion with J. Natt in regards to the 2003 scheduling for the engagement. | 342 | 444.60 |
| | 0.20 | Review of response from the Phillippines in regards to the 2002 actual and 2003 estimated fees. | 342 | 68.40 |
| | 0.60 | Review of response from Venezuela & Argentina in regards to the 2002 actual and 2003 estimated fees. | 342 | 205.20 |
| 04/18/03 | 0.50 | Meeting with A. Stickley, M. Yeager and J. Natt in order to discuss the status of the 1st Quarter work and the information provided per the press release. | 342 | 171.00 |
| | 0.60 | Discuss the Q1 consolidated results with Larry Farmer and Cheryl Frick | 342 | 205.20 |
| | 3.30 | Review of standard ART / Davison analytics for the Grace quarterly review, including discussions with Carol Pace and John Reilly in regards to related questions. | 342 | 1,128.60 |
| 04/21/03 | 1.20 | Meeting with A. Stickley in order to discuss the status of the Interim Review in preparation for the soon-to-be-received 10Q Filing. | 342 | 410.40 |
| | 2.10 | Review of quarter end journal entries for material / usual entries. | 342 | 718.20 |
| | 2.50 | Review of quarterly procedures performed by A. Stickley (LTIP, Incentive Comp, Equity Rollforward, etc.). | 342 | 855.00 |
| | 2.70 | Review of the responses from our international teams in regards to the 2002 actual and 2003 estimated fee information. | 342 | 923.40 |
| 04/22/03 | 2.20 | Completed upward feedback for the senior members of the WR Grace engagement team (Dave Ryan, Larry Farmer and Jason Natt).  This process entails evaluating the more experienced members of the engagement team's performance by commenting on both strong work characteristics as well as areas for improvement. | 342 | 752.40 |
| | 2.30 | Reviewed the reasonableness of the Q1 2003 income tax provision. | 342 | 786.60 |
| 04/28/03 | 0.40 | Phone conversation with A. Stickley in order to discuss the task plan for the day as well as to discuss the targeted completion date for the form 10Q. | 342 | 136.80 |
| | 0.60 | Sign off on A. Stickely Grace objectives. | 342 | 205.20 |

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **04/29/03** | 2.70 | Review of the draft Grace 10Q. | 342 | 923.40 |
| | 0.50 | Discussion with A. Stickley on the status of the Form 10Q as well as any open items for which additional support is needed. | 342 | 171.00 |
| **Totals** | **86.70** | | | **29,651.40** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Nina Govic** | | | | |
| 04/01/03 | 3.50 | bankruptcy reporting - update of January and February 2003 time and expense reporting for all engagement team members in response to the Seventh Interim Period Inquiry made by the fee auditor. | 298 | $ 1,043 |
| 4/7/03 | 2.3 | Preparation of the first quarter 2003 client request list and reivew of the list by Glenn Herndon, Corporate Accounting Manager | 298 | $ 685 |
| | 3.2 | Review of SEC 8K filing by WR Grace related to changes in the structure of the company's 401K plan. | 298 | $ 954 |
| | 2 | Review of WIP reports for March 2003 and review of billings to date. | 298 | $ 596 |
| 4/8/03 | 2.20 | Set up March 2003 Grace time and expense reporting to all of the PwC client service personnel. | 298 | $ 656 |
| | 1.30 | Finalize Answer to third fee auditor inquiry for the fourth quarter 2002 | 298 | $ 387 |
| | 1.40 | Discuss changes to be made to international reporting instructions with Cheryl Frick and Jason Natt. | 298 | $ 417 |
| | 3.10 | Update the 2003 database to prepare for the first quarter of 2003 10Q filing testings and prepare database for new 2003 year end audit procedures. | 298 | $ 924 |
| 4/9/03 | 2.70 | Review the most recent Sarbanes provisions to update for the new international requirements and the new Sarbanes reporting deadlines. | 298 | $ 805 |
| | 3.30 | Review of general international instructions located in order to begin the process of refining WR Grace's 2003 international reporting instructions.  Addition of Sarbanes-Oxley requirements to the international reporting requirements. | 298 | $ 983 |
| 4/10/03 | 4.50 | Update of the 2003 international instructions for international offices performing statutory audits for 2003 | 298 | $ 1,341 |
| 4/11/03 | 1.30 | update Grace 2003 audit database for the steps required to be completed under firm audit standards.   Update of the international reporting sections in the 2003 database | 298 | $ 387 |
| | 4.20 | Update audit strategey for new accounting literature issued in since the prior year. Tailoring steps to prepare for the 2003 audit. | 298 | $ 1,252 |
| | 1.50 | Add information to the Grace international reporting database, setting up the database to receive files at year end from our international teams. | 298 | $ 447 |
| 4/14/03 | 1.50 | Quarterly review of the pension expense under the auspices of FAS 87 | 298 | $ 447 |
| 4/15/03 | 1.50 | Meeting with Aimee Stickley and Cheryl Frick to discuss the new 2003 documentation rules | 298 | $ 447 |
| | 0.8 | Review of the first quarter 2003 earnings per share and shares oustanding calculation for financial reporting purposes. | 298 | $ 238 |
| | 0.5 | Perform a download and an analysis the of quarterly stock prices and determine the average of those prices over the first quarter 2003. | 298 | $ 149 |
| | 0.7 | Perform database review and delete "area" documents in the database to conform with new 2003 database presentation requirements. | 298 | $ 209 |
| | 0.80 | Perform testing and documentation of the pension accrual for the first quarter 2003. | 298 | $ 238 |
| | 1.7 | Perform a preliminary review of the corporate trial balance for first quarter 2003 | 298 | $ 507 |
| 4/16/03 | 2.80 | Discuss with Glenn Herndon the changes in the corporate Trial Balance since 12/31/2002 | 307 | $ 860 |
| | 0.20 | Calll Michele Gerety regarding the timing of the quaterly tax review | 307 | $ 61 |
| | 2.00 | Talk to Michelle Persinger, Grace Staff Accountant, regarding the changes in environmental accruals. | 307 | $ 614 |
| | 0.70 | Talk to Larry Farmer, regarding the 2003 bankruptcy reporting process | 307 | $ 215 |
| | 0.40 | Call Kathleen Miller, PwC external cousel regarding the time and expense reporting process and upcoming application deadlines. | 307 | $ 123 |
| | 2.60 | Review of Grace Corporate trial balance and performance of a review comparision of changes in account balanes versus our expectations. | 307 | $ 798 |

| | 0.30 | Talk to Glenn Herndon regarding the tax package prepared by the Grace tax department for the first quarter 2003. | 307 | $ | 92 |
|---|---|---|---|---|---|
| **4/17/03** | 2.00 | Aid in documentation of first quarter audit interim review procedures.   Documentation of the fluctuation in balances in the Corporate trial balacne | 307 | $ | 614 |
| **4/18/03** | 1.00 | time and expense reporting | 307 | $ | 307 |
| **4/24/03** | 2.10 | Attended Grace finance department meeting with all Grace staff accountants and financial management.  Meeting recapped the prior year and highlighted anticipated changes for the upcoming fiscal year. | 307 | $ | 645 |
| **4/25/03** | 1.9 | Complete Jeff Zartman's performance appraisal for the fiscal 2002 audit | 307 | $ | 583 |
| **4/30/03** | **2.00** | Finanalization of 2003 March time and expense reporting and filing of the monthly application, including follow up with PwC team members and editing of the detailed time reporting forms. | 307 | $ | 614 |
| | 62.00 | | | | 18,638 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Jonelle Lippolis** | | | | |
| **04/02/03** | 0.75 | Final follow-up for 12/31/2002 database sign-off. Final follow-up with database documentation of fraud, accounts receivable, accruals, ppe, cash and inventory. | 349 | 261.75 |
| | 0.50 | Scheduling for Q1, interim and year-end. | 349 | 174.50 |
| | 1.25 | time summary for March | 349 | 436.25 |
| **04/17/03** | | **Q1 Review** | | |
| | 3.50 | Review of P&L flux analysis for Worldwide Construction and Worldwide Darex. Met with Montell McDowell to discuss flux analysis and obtain the necessary further detail | 349 | 1,221.50 |
| | 2.00 | Follow-up meeting with Rick Brown - to discuss Management Letter Comments issued for the year-ended 12/31/2002. Items discussed such as procedures to gain comfort in the Dispensers in the field, Cash reconciliation progress, and status of the accruals booked at year-end. | 349 | 698.00 |
| | 1.50 | Review and discuss with Montell the effects of the foreign exchange schedules | 349 | 523.50 |
| | 1.00 | Organization and documentation of Audit Review procedures for the database as well as organizing open items list for follow-up remaining for the necessary people - ie Rick Brown, Jack McGee and Montell McDowell. | 349 | 349.00 |
| **04/18/03** | 1.00 | Follow-up with Rick Brown on the open items that were remaining when we left Such as the dispenser rollforward and accrual incentive reconciliation. | 349 | 349.00 |
| **04/23/03** | 1.50 | Follow-up with Rick Brown on the open items that were remaining when we left | 349 | 523.50 |
| **Totals** | **13.00** | | | **4,537.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Stacy Clark** | | | | |
| **03/18/03** | 1.40 | Wrap up documentation of the step to "Test Sales and A/R Cutoff."  This time includes documentation of the sample selections and testing performed in accordance with PwC's "Achieving the Right Balance." | 235 | 329.00 |
| | 0.60 | Update the SUD in order to address the coaching note in relation to the Allowance for Doubtful Accounts | 235 | 141.00 |
| | **2.00** | | | **470.00** |
| **03/19/03** | 1.00 | Wrap up documentation of the Severance Accruals.  This includes further inquiry of the client and discussion of issues noted with Jonelle Lippolis. | 235 | 235.00 |
| | **1.00** | | | **235.00** |
| **03/26/03** | 1.00 | Wrap up documentation of the Freight Accruals. | 235 | 235.00 |
| | **1.00** | | | **235.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Aimee Stickley** | | | | |
| 04/01/03 | 0.30 | Prepare a Grace Corporate Calendar for the 1st Quarter Review.  This calendar preparation included documentation of the WR Grace team members who would be present each day on the engagement, key deadlines and milestones, etc. | 232 | 69.60 |
| | 1.30 | After the 2003 database had been rolled forward into a MyClient File, I reviewed the relevant steps in each of the 1st, 2nd and 3rd quarter of 2003 and tailored them in order to ensure that they were consistent with the 2002 (PY) database.  This also included adding any additional steps to the 2003 database that had not been incorporated as well as deleting any excess steps. | 232 | 301.60 |
| | **1.60** | | | **371.20** |
| 04/02/03 | 0.30 | Update the documentation of the step to "Perform subsequent liquidation testing" in order to ensure that the documentation of the testing and sample selection was in conjunction with PwC Firm Guidance per the handbook "Achieving the Right Balance" (2002 Database) | 232 | 69.60 |
| | 0.30 | Update the documentation of the step to "Test sales and A/R liquidation" in order to ensure that the documentation of the testing and sample selection was in conjunction with PwC Firm Guidance per the handbook "Achieving the Right Balance" (2002 Database) | 232 | 69.60 |
| | 0.40 | Update the documentation of the step to "Test sales transactions and credit memos" in order to ensure that the documentation of the testing and sample selection was in conjunction with PwC Firm Guidance per the handbook "Achieving the Right Balance" (2002 Database) | 232 | 92.80 |
| | 0.80 | Tailor the standard planning review procedures per the 1st Quarter Interim Review Section of the 2003 Grace database in order to ensure that documentation is complete and in line with Firm Guidance. | 232 | 185.60 |
| | **1.80** | | | **417.60** |
| 04/03/03 | 0.20 | Discussion with Cheryl Frick in relation to the completion of the Going Concern Steps as well as their impact on the audit opinion and subsequent disclosures in the 2002 Database.  This includes guidance from Cheryl Frick on the proper documentation of these noted areas. | 232 | 46.40 |
| | 0.60 | Completion of the Going Concern - Section 8050 Steps within the 2002 WR Grace database.  This includes assessing the impact of this going concern problem on the audit opinion to be rendered as well as addressing any other additional disclosures that are required as a result of this going concern problem. | 232 | 139.20 |
| | **0.80** | | | **185.60** |
| 04/04/03 | 0.30 | Addressing the coaching note in the 2002 WR Grace database in relation to the step to "Assess the Allowance for Doubtful Accounts."  This includes resolution of the noted issue and documenting its resolution in the database. | 232 | 69.60 |
| | **0.30** | | | **69.60** |
| 04/14/03 | 0.40 | Instructing Jeff Zartman on the procedure to be utilized in order to import the Independence File in the 2002 WR Grace Database.  This includes a walk through of the independence database and review of critical tools in the database. | 232 | 92.80 |
| | 1.30 | Review of the 2002 SUD and Critical Matters.  This time includes a full assessment of these noted items as well as the subsequent disposition and clearance of the SUD and Critical Matters as a result of my review.  In addition, this time included documentation of these results in the database for the 2003 fiscal year. | 232 | 301.60 |
| | 0.30 | Documentation in the Engagement Letter of the procedures to be performed in conjunction with the review of the financial statements in the 1st, 2nd and 3rd Quarter interim review. | 232 | 69.60 |
| | 1.20 | In the planning section of the 1st Quarter Interim Review, develop and document a Review Strategy that should be followed by all team members during the course of the engagement. | 232 | 278.40 |
| | 0.90 | Tailor the Common Procedure Steps for both the 1st Quarter Recurring Review and Davison Chemicals Recurring Review.  This is necessary in order to ensure that are testing is performed in accordance with firm guidance. | 232 | 208.80 |
| | 0.70 | Testing and documentation of the step in the 1st quarter review to "Review the Corporate Trial Balance" | 232 | 162.40 |
| | 0.80 | Testing and documentation of the step in the 1st quarter review to "Review Noncore Operating Activities" | 232 | 185.60 |
| | 0.70 | Testing and documentation of the step in the 1st quarter review to "Review Incentive Compensation Accrual" | 232 | 162.40 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jeffrey Zartman** | | | | |
| **04/22/03** | 1.1 | Completed upward feedback for the senior members of the WR Grace engagement team (Nina Govic and Jason Natt).  This process entails evaluating the more experienced members of the engagement team's performance by commenting on both strong work characteristics as well as areas for improvement. | 232 | 255.2 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Maureen Yeager** | | | | |
| **04/08/03** | 2.40 | Preparation of binder covers and table of contents for the 10 binders for the 2002 year-end audit.  This time also includes a review of the 2002 Grace database in order to ensure that all external workpapers have been properly included in the 2002 database. | 202 | 484.80 |
| **8.0** | 2.50 | Preparation of the International Fee Summary spreadsheet for each of our International Teams to be utilized in the 2002 audit.  This time also includes the preparation of an email to be sent to each of our Interational Teams requesting their related fee information for the 2003 audit as well. | 202 | 505.00 |
| | 0.40 | Completion of the step to "Prepare an external fee index" | 202 | 80.80 |
| | 0.80 | Update the Independence Database in conjunction with the WIPS for the month of March.  This time includes sending Indepence Confirmations to new engagement teams members for which a confirmation was not previously prepared. | 202 | 161.60 |
| | 1.90 | Preparation of my personal time and expense reporting for the Bankruptcy Courts for the month of April. | 202 | 383.80 |
| | **8.00** | | | **1,616.00** |
| **4/14/03** | 2.50 | Completion of the standard planning procedures.   This includes documentation and completion of the following steps: (1) Update understanding of the business and engagement matters with the client (2) Compile and update the list of client-related entities (3) Consider nonaudit services and business arrangements and alliances (4) Consider employment of the client of former PwC partners and employees (5) Prepare Timetable, budget, taskplan, client assitance and billing schedules (this includes preparation of PBC Lists for the Corporate Team and Davison Chemicals) | 202 | 505.00 |
| **9.5** | 2.40 | Tailoring the 2003 database to be in accordance with Firm Guidance.  This time includes ensuring that all steps that were performed in the 1st quarter interim review have been properly incorporated into both the 2nd and 3rd quarter interim reviews. | 202 | 484.80 |
| | 3.30 | Preparation of the International Fee Summary spreadsheet for each of our International Teams to be utilized in the 2003 audit.  This time includes entering in the 2003 fee data for those correspondences received from our International Teams as well as maintaining a listing of International Fee Information received and information still outstanding. | 202 | 666.60 |
| | 1.30 | Completion of my personal time and expense reporting for the Bankruptcy Courts for the month of April. | 202 | 262.60 |
| | **9.50** | | | **1,919.00** |
| **04/15/03** | 2.20 | Review of SEC Filings of key competitors of WR Grace.  This time involved researching when 10Qs would be filed for the noted key competitors as well as review of the filings that have already been made by the noted key competitors. | 202.00 | 444.40 |
| **8.5** | 3.60 | Testing of the COLI Reserve.  This time includes discussion with Nettie Fausto of issues encountered in conjunction with our testing and resolution of those noted issues. | 202.00 | 727.20 |
| | 1.90 | Preparation of the 2003 Chapter 11 Reorganization trend analysis based on the Reorganizational Spreadsheet per the step to "Review Chapter 11 Reorganizational Costs" | 202.00 | 383.80 |
| | 0.80 | Review of the step to "Test the Coli Reserve" with Aimee Stickley.  This time includes discussion with Aimee of the procedures performed and results of testing. | 202 | 161.60 |
| | **8.50** | | | **1,717.00** |
| **04/16/03** | 0.85 | Discussion with Aimee Stickley of the COLI Analysis performed and guidance provided on additional inquiry and procedures to be performed. | 197 | 167.45 |
| **9.0** | 0.50 | Guidance from Aimee Stickley on the preparation of the Grace Communications database.  This time includes review of relevant information to include in this database such as press releases and relevant news articles. | 197 | 98.50 |
| | 0.75 | Follow-up with Nettie Fausto on additional inquiry required related to the testing of the COLI Analysis and documentation of the results of the noted inquiry | 197 | 147.75 |
| | 2.70 | Preparation of the 2003 MyClient Grace Communications Database.  This includes discussion with GTS of the steps to be followed in the preparation of this database as well as the addition of key documents, articles, filings, etc to the database | 197 | 531.90 |
| | 0.40 | Preparation of the WR Grace 2003 External Binder. | 197 | 78.80 |
| | 1.70 | Preparation of the following letters related to the 1st quarter interim review: Letter to Bob Tarola, Letter of Consent and the Management Rep Letter | 197 | 334.90 |
| | 2.10 | Printing out the following Internal Audit Workbenches for Dana Guzzo: Fixed Assets, Tax Compliance, Retiree Benefits and the Payroll Process | 197 | 413.70 |
| | **9.00** | | | **1,773.00** |
| **04/17/03** | 0.75 | Assistance from Aimee Stickley on how to use SAP in order to generate nonstandard journal entries as well as how to prepare these journal entries in the form of print screens. | 197 | 147.75 |
| **9.0** | 1.40 | Preparation of a WR Grace Trial Balance by Account in Interactive Excel to be utilized in the 1st Quarter Interim Review | 197 | 275.80 |

| | | | |
|---|---|---|---|
| | Generate SAP nonstandard journal entries for each of the WR Grace entities.  This includes print capturing each of the noted adjusting journal entries for each of the WR Grace Companies and documenting the procedures following in the database | 197 | 472.80 |
| 2.40 | | | |
| | Completion of the Retain Demo modules in preparation for the booking of the Retain requests for the WR Grace Engagement | 197 | 118.20 |
| 0.60 | | | |
| | Per the budget card prepared by Aimee Stickley, I prepared the WR Grace Scheduling requests for the 2003 and 2004 fiscal years in the Retain Booking Module. | 197 | 531.90 |
| 2.70 | | | |
| | Update the Grace International Contact List in the Planning section of the 2003 database.  This includes preparation of Foreign confirmations in the independence database for each of the International Teams. | 197 | 226.55 |
| 1.15 | | | |
| **9.00** | | | **1,773.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Renee Anderson** | | | | |
| 04/09/03 | 1.00 | Rolling forward Darex Puerto Rico database into a MyClient File in preparation for the 2003 Audit Work. | 256 | 256.00 |
| 04/18/03 | 0.20 | Preparation of my time detailing for the month of April in order to be reimbursed for that time from the Bankruptcy Courts. | 256 | 51.20 |
| | **1.20** | | | **307.20** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended April 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Kathleen A Burke** | | | | |
| | | Draft invoice for compensation from WR Grace for the month of March.  This compensation relates to audit work performed during this period. | | |
| 4/9/03 | 0.30 | | 110 | 33 |
| 4/10/03 | 0.30 | Finalize the compensation Invoice noted on 4/9/03. | 110 | 33 |
| 4/15/03 | 0.30 | Review and Inventory the files received from Outside Legal Counsel in relation to the Bankruptcy proceedings. | 110 | 33 |
| 4/17/03 | 0.20 | Preparation of my time detailing for the month of April in order to be reimbursed for that time from the Bankruptcy Courts. | 110 | 22 |
| | **1.10** | | | **121.00** |