**EXHIBIT B**

| | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - APRIL 2003**

| | | | | |
|---|---|---|---|---|
| **Nina Govic** | 4/7/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/8/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/9/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/10/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/11/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/15/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/15/03 | Audit Senior Associate | 46.01 | Overtime meal for the Engagement Team (Yeager, Frick, Stickley and Govic) |
| | 4/16/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | 4/17/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal commute (86 Miles) |
| | | | **$ 293.69** | |
| **Maureen Yeager** | 4/8/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/14/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/15/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/16/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/17/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/18/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/21/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/22/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/23/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/23/03 | Audit Associate | 19.18 | Overtime meal for the engagement team (Yeager and Stickley) |
| | 4/28/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/29/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 4/30/03 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | | | **$ 364.78** | |
| **Raymond Bromark** | 4/13/03 | Audit Partner | 73.15 | Car Service from Grace Columbia, MD to BWI Amtrack station for partner review |
| | 4/13/03 | Audit Partner | 73.15 | Car Service from Grace BWI Amtrack station to Columbia, MD for partner review |
| | 4/27/03 | Audit Partner | 73.15 | Car Service from Grace Columbia, MD to BWI Amtrack station for partner review |
| | 4/27/03 | Audit Partner | 73.15 | Car Service from Grace BWI Amtrack station to Columbia, MD for partner review |
| | | | **$ 292.60** | |
| **Larry Farmer** | 4/16/03 | Audit Partner | 23.40 | Mileage in excess of normal commute (65 Miles) |
| | | | **$ 23.40** | |
| **Aimee Stickley** | 4/14/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/15/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/16/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/17/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/18/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/21/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/22/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/23/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/28/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/29/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | 4/30/03 | Audit Associate | 26.64 | Mileage in excess of normal commute ( 74 Miles) |
| | | | **$ 293.04** | |
| **Cheryl Frick** | 4/1/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/3/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/4/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/8/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/9/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/10/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/14/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/15/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/16/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/17/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/18/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/21/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/22/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | 4/30/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute ( 40 Miles) |
| | | | **$ 201.60** | |
| **Brian Kinman** | 4/28/03 | Audit Partner | 280.00 | Amtrak transportation to/from the WR Grace client site |
| | 4/28/03 | Audit Partner | 65.00 | Taxi Service roundtrip from the Amtrak stop to the WR Grace client site |
| | | | **$ 345.00** | |
| **Jason Natt** | 4/20/03 | Audit Manager | 41.00 | Working Lunch for Jason Natt, Aimee Stickely and Cheryl Frick |
| | | | **$ 41.00** | |
| **Sandra David** | 4/20/03 | Audit Manager | 8.64 | Mileage in excess of normal commute ( 24 Miles) |
| | | | **$ 8.64** | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - April 30, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Nina Govic | 4/7/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/8/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/9/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/10/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/11/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/15/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/15/03 | | | | 46.01 | Overtime meal for the engagement team |
| Nina Govic | 4/16/03 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 4/17/03 | 30.96 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/8/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/14/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/15/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/16/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/17/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/18/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/21/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/22/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/23/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/23/03 | | | | 19.18 | Overtime meal for the engagement team |
| Maureen Yeager | 4/28/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/29/03 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 4/30/03 | 28.80 | | | | Mileage travelling to client site |
| Raymond Bromark | 4/13/03 | 73.15 | | | | Car service to/from Amtrak station |
| Raymond Bromark | 4/13/03 | 73.15 | | | | Car service to/from Amtrak station |
| Raymond Bromark | 4/27/03 | 73.15 | | | | Car service to/from Amtrak station |
| Raymond Bromark | 4/27/03 | 73.15 | | | | Car service to/from Amtrak station |
| Larry Farmer | 4/16/03 | 23.40 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/14/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/15/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/16/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/17/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/18/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/21/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/22/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/23/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/28/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/29/03 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 4/30/03 | 26.64 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/1/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/3/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/4/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/8/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/9/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/10/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/14/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/15/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/16/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/17/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/18/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/21/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/22/03 | 14.40 | | | | Mileage travelling to client site |
| Cheryl Frick | 4/30/03 | 14.40 | | | | Mileage travelling to client site |
| Brian Kinman | 4/28/03 | 280.00 | | | | Amtrak transportation to/from client site |
| Brian Kinman | 4/28/03 | 65.00 | | | | Taxi fare roundtrip from Amtrak to client site |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Jason Natt** | 4/20/03 | | | | 41.00 | Working Meal |
| **Sandra David** | 4/20/03 | 8.64 | | | | Mileage travelling to client site |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 1,863.75 | 1,757.56 | - | - | 106.19 | |