## Attachment B
## To Fee Application

### Summary of PwC's Fees By Professional
### May 2003

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 16.70 | 12,408 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 2.00 | 3,100 |
| Theodore Baran | Audit Partner | 25 | 1213 | 0.20 | 243 |
| Robert Eydt | Audit Partner | 20+ | 1213 | 1.00 | 1,213 |
| Douglas Tanner | Audit Partner | 20+ | 1213 | 0.80 | 970 |
| Peter R Woolf | Tax Partner | 20+ | 762 | 3.00 | 2,286 |
| Pamela Schlosser | Audit Senior Manager | 15 | 1079 | 5.80 | 6,258 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 16.00 | 9,104 |
| Sandra David | Audit Manager | 6 | 487 | 9.60 | 4,675 |
| Jason Natt | Audit Manager | 6 | 487 | 3.00 | 1,461 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 44.30 | 15,151 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 10.90 | 3,346 |
| Jonelle Lippolis | Audit Senior Associate | 3 | 349 | 14.00 | 4,886 |
| Aimee Stickley | Audit Associate | 2 | 232 | 6.20 | 1,438 |
| Maureen Yeager | Audit Associate | 1 | 197 | 17.00 | 3,349 |
| Renee Anderson | Audit Associate | 2 | 256 | 62.80 | 16,077 |
| Ellen Chapman | Admistrative Assistant | NA | 110 | 1.50 | 165 |
| Kathleen Burke | Admistrative Assistant | NA | 110 | 0.30 | 33 |
|  |  | Total |  | 215.10 | 86,163.60 |

| | | |
|---|---|---|
| Total at Standard Rate | 215.10 | $ 86,163.60 |
| 45 % Accrual Rate Adjustment | | $ (47,389.98) |
| Total at 45% Accrual Rate | | $ 38,773.62 |

{MCM7718.DOC}

**Summary of PwC's Fees By Project Category:
May 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 215.10 | $38,773.62 |
| **26-Business Analysis** | | |

| 27-Corporate Finance | | |
| --- | --- | --- |
| 28-Data Analysis | | |
| **TOTAL:** | **215.10** | **$38,773.62** |

## Expense Summary
## May 2003

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| **Transportation** | **N/A** | **$192.96** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | |
| **Business Meals** | **N/A** | |
| **TOTAL:** | | **$192.96** |

{MCM7718.DOC}