**EXHIBIT A**

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 16.70 | 12,408 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 2.00 | 3,100 |
| Theodore Baran | Audit Partner | 25 | 1213 | 0.20 | 243 |
| Robert Eydt | Audit Partner | 20+ | 1213 | 1.00 | 1,213 |
| Douglas Tanner | Audit Partner | 20+ | 1213 | 0.80 | 970 |
| Peter R Woolf | Tax Partner | 20+ | 762 | 3.00 | 2,286 |
| Pamela Schlosser | Audit Senior Manager | 15 | 1079 | 5.80 | 6,258 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 16.00 | 9,104 |
| Sandra David | Audit Manager | 6 | 487 | 9.60 | 4,675 |
| Jason Natt | Audit Manager | 6 | 487 | 3.00 | 1,461 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 44.30 | 15,151 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 10.90 | 3,346 |
| Jonelle Lippolis | Audit Senior Associate | 3 | 349 | 14.00 | 4,886 |
| Aimee Stickley | Audit Associate | 2 | 232 | 6.20 | 1,438 |
| Maureen Yeager | Audit Associate | 1 | 197 | 17.00 | 3,349 |
| Renee Anderson | Audit Associate | 2 | 256 | 62.80 | 16,077 |
| Ellen Chapman | Admistrative Assistant | NA | 110 | 1.50 | 165 |
| Kathleen Burke | Admistrative Assistant | NA | 110 | 0.30 | 33 |
| | | | Total | 215.10 | 86,163.60 |

| | | |
|---|---|---|
| Total at Standard Rate | 215.10 $ | 86,163.60 |
| 45 % Accrual Rate Adjustment | $ | (47,389.98) |
| Total at 45% Accrual Rate | $ | 38,773.62 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Larry Farmer** | | | | |
| | | | | |
| **5/2/03** | 0.70 | Call with Grace Ireland team regarding Indpendence matters | 743 | $    520 |
| **5/3/03** | 5.60 | Review of first quarter 2003 Grace SEC 10Q filing. | 743 | $    4,161 |
| **5/5/03** | 1.10 | Document Engagement Letter; Partner comments on Q1 10Q;  and 202 discussion | 743 | $    817 |
| **5/6/03** | 0.70 | Discussion of Q1 Grace 10Q filing with Ray Bromark the concurring partner | 743 | $    520 |
| | 0.40 | Discussion of Q1 Grace 10Q filing with Bob Tarola, Grace CFO the concurring partner | 743 | $    297 |
| **5/7/03** | 2.40 | Attend the audit committee meeitng and debrief with audit committee after the formal meeting | 743 | $    1,783 |
| | 0.50 | Discussion on FAS 143 issues with Jason Natt, PwC Manager and David Ryan, PwC Manager | 743 | $    372 |
| **5/13/03** | 1.10 | Discuss the Davison first Quarter Management Representation letter with Bob Tarola | 743 | $    817 |
| **5/29/03** | 0.50 | Discuss PwC's conclusion on FAS 143 issues with Michael Brown, Grace Assistant Controller. | 743 | $    372 |
| | | Call with Ray Bromark, Concurring Partner to discuss Sealed Air Settlement | | |
| | 0.40 | Prepare for 10:45 Grace conference call regardin the Sealed Air settlement | 743 | $    297 |
| | 0.80 | Conference Call with Pam Scholosser (firm SOP 90-2 expert), D. Tanner and Tom Hayes regarding the Sealed Air settlement accounting | 743 | $    594 |
| | 0.20 | Call with Peter Woolf, PwC Tax Partner to discuss tax matters related to the Sealed Air settlement | 743 | $    149 |
| | 0.30 | Call with Dave Ryan to discuss matters that transpired during the Sealed Air Conference call | 743 | $    223 |
| | 0.60 | Discussion of Grace's tolling arrangement with Dave Ryan | 743 | $    446 |
| | | | | |
| **5/30/03** | 0.50 | Call with Bob Tarola to discuss matters related to the Sealed Air settlement | 743 | $    372 |
| | 0.40 | Call with Pam Scholosser to discuss matters related to the Sealed Air settlement and the related SOP 90-2 bankruptcy accounting | 743 | $    297 |
| | 0.50 | Call with Bob Tarola to discuss matters related to the Sealed Air settlement and to advise him as to the SOP 90-2 accouting surrounding the final agreement | 743 | $    372 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Raymond Bromark** | | | | |
| **5/6/03** | 0.70 | Discussion of Q1 Grace 10Q filing with Ray Bromark the concurring partner | $  1,550 | $  1,085 |
| **5/13/03** | 0.80 | Review of the quarterly results for Grace (concurring review partner) | $  1,550 | $  1,240 |
| **5/29/03** | 0.50 | Call with Ray Bromark, Concurring Partner to discuss Sealed Air Settlement | $  1,550 | $  775 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Theodore Baran** | | | | |
| **5/3/02** | 0.20 | Review of the Q1 2003 tax provision and answer on tax question for quarterly review purposes. | 1213 | $    243 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Robert Eydt** | | | | |
| | 1.00 | Firm SEC reviewer.  Performance of required review of first quarter 2003 10Q prior | | |
| **5/3/03** | | to filing of the document. | 1213 | 1,213.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Douglas Tanner** | | | | |
| 05/29/03 | 0.80 | Review of accounting for spin off of Sealed Air transaction | 1213 | 970.40 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Peter Woolf** | | | | |
| **05/03/03** | 2.40 | First Quarter 2003 review of the tax provision | $ 1,213.00 | 2,911.20 |
| | | Reporting to Cheryl Frick of the WR Grace corproate team the results which the tax | $ 1,213.00 | 727.80 |
| | 0.60 | team had determined based on their review. | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Pam Schlosser** | | | | |
| **05/13/03** | 5.80 | Review of the accounting for the payment to Grace from Sealed Air relating to the 1997 spin-off of the Company. Classification of the payment and research of recommended presentation under SOP 90-7 bankruptcy accounting | $    1,079.00 | 6,258.20 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|---------|

**Name: David Ryan**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|---------|
| 5/5/03 | 2.1 | Preparation of engagement letters and representation letters | $ | 569.00 | 1,194.90 |
| 5/6/03 | 1.2 | Review of Management Discussion and Analysis included in the Grace first quarter 10Q filing | $ | 569.00 | 682.80 |
| | 1.7 | Review of Footnote #13 and #17 in Grace 10Q | $ | 569.00 | 967.30 |
| | 0.5 | Discussion of WR Grace Quarter with Ray Bromark | $ | 569.00 | 284.50 |
| 5/7/03 | 1.7 | Preparation for WR Grace Audit Committee Meeting | $ | 569.00 | 967.30 |
| | 1.4 | Attend WR Grace Audit Committee Meeting (Jason Natt and Larry Farmer) as a PwC representative | $ | 569.00 | 796.60 |
| | 0.5 | Discussion on FAS 143 issues w/ Jason Natt (manager) and Larry Farmer (partner) | $ | 569.00 | 284.50 |
| | 0.7 | Debriefing meeting on audit committee Meeting with Larry Farmer and Jason Natt and summary of matters noted for the upcoming fiscal year audit | $ | 569.00 | 398.30 |
| 5/8/03 | 1.8 | Discussion with Tim Delbrugge and Jason Natt on SFAS 143 issue | $ | 569.00 | 1,024.20 |
| 5/9/03 | 1.1 | Discussion with Tim Delbrugge on first quarter 2003 quarter issues | $ | 569.00 | 625.90 |
| 5/12/03 | 0.5 | Call with Michael Brown, Grace Assistant Controller on first quarter financial reporting issues | $ | 569.00 | 284.50 |
| 5/13/03 | 1.9 | Preparation of Audit Approach for the next june Audit Committee Meeting | $ | 569.00 | 1,081.10 |
| 5/29/03 | 0.3 | Call w/ Larry Farmer  to discuss matters that transpired during the Sealed Air Conference Call | $ | 569.00 | 170.70 |
| | 0.6 | Disussion of Grace's tolling arrangement w/ Larry Farmer | $ | 569.00 | 341.40 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| 5/16/03 | 3.0 | Review Darex PR audit work performed with the associate, including work performed in the areas of assets and liabilities, cash, and accounts receivable for our mid year audit procedures. | $487 | $1,461 |
| 5/19/03 | 0.6 | Get an update from the associate as to her progress on Darex PR, discussing open items, matters of client delays and answering questions. | $487 | $292 |
| 5/21/03 | 2.0 | Review Darex PR audit work with the senior and associate, including areas of accounts receivable, inventory, accruals, payables and mandatory completion procedures. | $487 | $974 |
| 5/22/03 | 0.9 | Conference call with the client to discuss Darex PR audit progress and to answer any outstanding questions. | $487 | $438 |
| 5/28/03 | 2.1 | Review Darex PR audit work with the senior and associate, review final conclusions in the accruals section and the payables section.  Clean up documentation in areas of the database. | $487 | $1,023 |
| 5/29/03 | 1.0 | Conference call with the client to discuss status of Darex PR audit and to offer closing comments. | $487 | $487 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|--------------------------------|-----------|----------|--|
| **Name:  Jason Natt** | | | | | |
| **5/1/03** | 0.8 | Prepartion for meeting with Grace Controller regarding FAS 133 Derivative accounting | 487 | $ | 390 |
| **5/1/03** | 1.2 | Meeting with Cheryl Frick and Tim Delbrugge, Grace Controller, regarding accounting under FAS 133 | 487 | $ | 584 |
| **5/7/03** | 1.0 | Grace first quarter 2003 audit committee meeting. | 487 | $ | 487 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|---------------------------------|-----------|----------|
| **Name:  Cheryl Frick** | | | | |
| 05/01/03 | 0.4 | Cooresppondence w/ Ireland team in regards to their independence related questions. | $    342.00 | 136.80 |
| | 0.4 | Cooresppondence w/ Susan Coppinger in regards to Ray Bromark's schedule to review the final Grace 10Q and provide comments | $    342.00 | 136.80 |
| | 2.0 | Distributing the most recent Grace Form 10Q to necessary parties for their review. | $    342.00 | 684.00 |
| | 2.5 | Review of competitor FAS 133 documentation to assist Grace in their documentation, if they decide to provide as planned w/ their hedging activities. | $    342.00 | 855.00 |
| | 1.4 | Meeting with Tim Delbrugge, Grace Controller, and Jason Natt regarding accounting under FAS 133 | $    342.00 | 478.80 |
| 5/2/03 | 2.2 | Review (in detail) the Form 10Q tie-out prepared by Aimee Stickely and Maureen Yeager. | $    342.00 | 752.40 |
| | 2.8 | Follow up w/ client on all outstanding amounts included in the Form 10Q and finalized our tie-out, such that the client can file the Form 10Q when appropriate. | | |
| 05/05/03 | 0.8 | Cooresppondence w/ all domestic and international engagement partners in regards to the new independence rules effective 5/6/03 | $    342.00 | 273.60 |
| | 1.9 | Review of responses from international and domestic engagement partners in regards to their positive affirmation of compliance w/ the 5/6/03 independence rules | $    342.00 | 649.80 |
| 05/06/03 | 0.6 | Discussion on Grace's approach to FAS 143 implementation with Michael Brown. | $    342.00 | 205.20 |
| | 2.7 | Review / recalculation of Michael Brown's FAS 143 analysis calcuation.  Discussions with Michael Brown in regards to a few necessary changes to the FAS 143 analysis. | $    342.00 | 923.40 |
| | 0.8 | Providing Dave Ryan's revised Form 10Q wording for footnote 13 to Michael Brown, Assistant Controller | $    342.00 | 273.60 |
| | 0.6 | Review of responses from international and domestic engagement partners in regards to their positive affirmation of compliance w/ the 5/6/03 independence rules | $    342.00 | 205.20 |
| 05/07/03 | 0.8 | Review of engagement partner's (Larry Farmer) faxed comments on the Form 10Q. | $    342.00 | 273.60 |
| | 0.5 | Review of engagement manager's (Jason Natt) faxed comments on the Form 10Q. | | |
| | 2.7 | Consilidation of engagagement teams comments on the Form 10Q (in regards to verbiage changes, number changes and any necessary supporting documentation) and discussion of these with Michael Brown | | |
| | 0.6 | Discussions w/ Maureen Yeager in regards to the international fee information that we have rec'd to date and the summarized information requested by Dana Guzzo. | $    342.00 | 205.20 |
| | 0.4 | Discussion w/ Dave Siegal in regards to obtaining our standard quarterly in-house legal letter | $    342.00 | 136.80 |
| | 1.4 | Review / update of summarized international 2002 actual and 2003 estimated audit fees. | $    342.00 | 478.80 |
| | 0.4 | Cooresppondend w/ Larry Farmer on these summarize international fees (which were presented to Dana Guzzo). | $    342.00 | 136.80 |
| 5/8/03 | 1.2 | Review of final changes made by the client to the Form 10Q. | $    342.00 | 410.40 |
| | 1.3 | Final review of documentation included in the database for the Grace 2003 Q1 review | $    342.00 | 444.60 |
| | 0.4 | Follow up w/ Dave Siegal in regards to obtaining our standard quarterly in-house legal letter. | $    342.00 | 136.80 |
| | 0.3 | Review of received quarterly in-house legal letter. | $    342.00 | 102.60 |
| | 1.2 | Preparation of the WR Grace Q1 2003 management representation letter. | $    342.00 | 410.40 |
| | 0.4 | Presention (and discussion) of the Q1 2003 management representation letter to Bridget Sarikas | $    342.00 | 136.80 |
| 05/12/03 | 0.9 | Review of FAS 143 memo (supporting the analysis) prepared by Michael Brown and inclusion in our files | $    342.00 | 307.80 |
| | 1.3 | Preparation (and printing on letterhead) of the quarterly review report, consent and awareness letter. | $    342.00 | 444.60 |

| | | | | | |
|---|---|---|---|---|---|
| | 0.7 | Working w/ Larry Farmer and his assistance to obtain the necessary signed quarterly review report, consent and awareness letter. | $ | 342.00 | 239.40 |
| | 0.6 | Follow up w/ both Jason Natt & Dave Ryan in regards to the Q1 2003 management rep letter, as Bob Tarola was requesting changes to PwC standard language. | $ | 342.00 | 205.20 |
| | 0.7 | Review of response from international and domestic engagement partners in regards to their positive affirmation of compliance w/ the 5/6/03 independence rules | $ | 342.00 | 239.40 |
| | 1.5 | Meeting w/ Rob Williams (Treasury) to discuss the company's intention in regards to FAS 133 derivative instruments. | $ | 342.00 | 513.00 |
| | 0.5 | Discussion with Jason Natt (manager) on Maureen Yeager's evaluation | $ | 342.00 | 171.00 |
| | 0.7 | Discussion with Jason Natt (manager) on Aimee Stickley's evaluation | $ | 342.00 | 239.40 |
| | 0.8 | Talk to Nina Govic regarding legal reserves for the first quarter 2003 financial reporting process. | $ | 342.00 | 273.60 |
| | 2.7 | Review (in detail) the Edgar proof of the Form 10Q and review comments w/ Nettie Fausto | $ | 342.00 | 923.40 |
| | 0.8 | Discussions with Aimee Stickley on my evaluation and updates to my Grace evaluation | $ | 342.00 | 273.60 |
| 05/21/03 | 0.8 | Discussions with Maureen Yeager on my evaluation and updates to my Grace evaluation | $ | 342.00 | 273.60 |
| 05/27/03 | 0.5 | Discussion with Maureen Yeager on the international and domestica scope requirement chart needing to be prepared (utilizing Interactive Excel) for the July ACR | $ | 342.00 | 171.00 |
| 05/31/03 | 1.1 | Review of my evaulation prepared by Jason Natt and discussions with Jason in regards to this evaluation. | $ | 342.00 | 376.20 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|---------|
| **Name:  Nina Govic** | | | | | |
| **5/1/03** | 1.00 | Respond to Irish team and research loan information for Ireland subsidary | $ | 307.00 | 307.00 |
| **5/5/03** | 1.10 | Talk to Rob Williams, Grace Treasury regarding interest rate questions on loans posed by the Irish Subsidary | $ | 307.00 | 337.70 |
| | 0.80 | Return responses regarding loan repayments and interest rates to the Irish subsidary. | $ | 307.00 | 245.60 |
| | 1.10 | Clean up documentation surrounding divestiture reserves for the first quarter of 2003 prior to press release | $ | 307.00 | 337.70 |
| **5/8/03** | 1.00 | Respond to LaVern Ferdinand regarding the fee auditors latest inquiry on the quarterly time and expense reporting | $ | 307.00 | 307.00 |
| **5/9/03** | 0.50 | Discuss PR with Jeff Zartman | $ | 307.00 | 153.50 |
| **5/12/03** | 0.20 | Answer question to Aimee Stickley regarding the 10K tie out | $ | 307.00 | 61.40 |
| | 0.80 | Talk to Cheryl Frick regarding legal reserves for the first quarter 2003 financial reporting process. | $ | 307.00 | 245.60 |
| **5/13/03** | 1.00 | Work on Grace time and expense reporting | $ | 307.00 | 307.00 |
| **5/14/03** | 0.40 | Talk to Larry Farmer regarding time and expense reporting process | $ | 307.00 | 122.80 |
| | 0.60 | Talk to Dana Guzzo, Grace Internal Audit manager regarding the audit billings to date. | $ | 307.00 | 184.20 |
| **5/15/03** | 1.20 | Finalize Q1 2003 interim reporting to the bankruptcy courts | $ | 307.00 | 368.40 |
| | 0.80 | Finalze and complete the March 2003 time and expense reporting | $ | 307.00 | 245.60 |
| **5/28/03** | 0.40 | Discuss 2003 billings with Dana Guzzo at Grace. | $ | 307.00 | 122.80 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|--|----------|
| **Name:  Jonelle Lippolis** | | | | | |
| **05/14/03** | 5.00 | Detail review of the Grace Puerto Rico Audit. Went to client site and assisted by coaching Renee Anderson the experienced associate performing the audit. Detailed discussions of all areas to ensure proper audit procedures were being performed and auditing guidelines were being adhered to such as proper sampling amounts and updated steps were being performed.Detail review of the cash, accounts receivable and prepaid expenses. | $ | 349.00 | 1,745.00 |
| **05/20/03** | 2.00 | Completed performance evaluation for Scott Tremble new associate  - approval of objectives and completed detail evaluation | $ | 349.00 | 698.00 |
| | 1.30 | Completed performance evaluation for Stacy Clark and Renee Anderson - experienced  associates  -Completion of objectives | $ | 349.00 | 453.70 |
| **05/22/03** | 3.00 | Detail review of the Grace Puerto Rico Audit.  Detail review of the property plant and equipment, account payable and other liabilities. Further discussed open items, issues encountered and suggested resolutions. Discussion of prior period adjustments that roll each year and adjustments that need to be made to properly complete the financial statements. | $ | 349.00 | 1,047.00 |
| | 1.00 | Revised performance evaluations for Stacy Clark and Renee Anderson prior to final approval | $ | 349.00 | 349.00 |
| **05/24/03** | 0.20 | Final sign-off of Renee Anderson's and Stacy Clark's performance appraisal | $ | 349.00 | 69.80 |
| **05/27/03** | 1.50 | Detailed review of Inventory area of work performed by Renee Anderson. Discussions regarding the suggested adjustments needed and proper documentation of procedures performed. | $ | 349.00 | 523.50 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name:  Aimee Stickley** | | | | | |
| **05/02/03** | 0.50 | Working on steps in the database for Q1 (review Chapter 11 reorganization costs, and first quarter critical matters) | $ | 232.00 | 116.00 |
| **05/04/03** | 1.50 | Working on steps in the database for Q1 (Prior year critical matters & summary of unadjusted differences. ) | $ | 232.00 | 348.00 |
| **05/06/03** | 1.50 | Drafting the associates appraisal for year end work performed | $ | 232.00 | 348.00 |
| **05/08/03** | 1.50 | Completing steps in database for Q1 (critical matter on the summary of unadjusted differences and the prior year critical matters) | $ | 232.00 | 348.00 |
| **05/20/03** | 0.40 | Reviewing the first draft of my Grace evaluation | $ | 232.00 | 92.80 |
| **05/21/03** | 0.80 | Discussions with Cheryl Frick on my evaluation and updates to my Grace evaluation | $ | 232.00 | 185.60 |
| | **6.20** | | | | **1,438.40** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name:  Maureen Yeager** | | | | | |
| **05/01/03** | 0.90 | Blue tick the most recent draft of the 10Q Filing in order to ensure that the numbers have not been altered / changed since the last draft of the filing. | $ | 197.00 | 177.30 |
| | 3.10 | Transfer tickmarks and tied out support to the most recent draft of the 10Q in order to ensure that the information is all available for review by Cheryl Frick in my absence. | $ | 197.00 | 610.70 |
| | 2.10 | Review International Fee Correspondences received from each of our respective international offices.  This time includes follow-up of the respective teams where additional correspondence is necessary. | $ | 197.00 | 413.70 |
| | 1.90 | Begin to work on the planning phase of the Q2 2003 quarter work.  This time includes drafting the 2nd quarter management rep letter, letter to the CFO, awareness letter, etc. | $ | 197.00 | 374.30 |
| | **8.00** | | | | |
| **05/07/03** | 0.60 | Discussions w/ Cheryl Frick in regards to the international fee information that we have rec'd to date and the summarized information requested by Dana Guzzo, Grace Director of Internal Audit and Financial Reporting | $ | 197.00 | 118.20 |
| | | Preparation of the International Fee Summary requested by Dana Guzzo.  This includes developing a detailed spreadsheet for each of our international offices that compares both 2003 estimated fee information to the 2002 actual fee information.  In addition, a consolidated summary page was also prepared to contrast the fees for 2002 and 2003. | $ | 197.00 | 275.80 |
| | 1.40 | | | | |
| | **2.00** | | | | |
| **05/13/03** | 0.70 | Update the Q1 2003 Awareness Letter and Letter to the CFO in order to incorporate the updated date in relation to the 10Q Filing.  This time includes printing out the update letters in order to obtain a signature from Larry Farmer. | $ | 197.00 | 137.90 |
| | 0.60 | Working with Larry Farmer and his assistant in order to obtain the signed 2003 Awareness Letter and Letter the the CFO. | $ | 197.00 | 118.20 |
| | 1.10 | Upon signature of the update Q1 2003 Letters, transport the letters from the PwC office in Tyson's Corner to the WR Grace Office in Columbia, Maryland. | $ | 197.00 | 216.70 |
| | 0.90 | Meeting with Michael Brown in order to discuss / exchange the updated Q1 2003 letters.  This time also includes obtaining and discussion of the updated Management Rep Letter. | $ | 197.00 | 177.30 |
| | 0.90 | Review of the updated Q1 2003 Management Rep Letter in order to ensure that all of Larry Farmer's changes have been appropriately incorporated.  Upon review, discussion with Michael Brown of additional changes that need to be made. | $ | 197.00 | 177.30 |
| | **4.20** | | | | |
| **05/21/03** | 0.8 | Discussions with Cheryl Frick of my Grace engagement evaluation in order to ensure that all areas have been properly incorporated into the review. | $ | 197.00 | 157.60 |
| **05/27/03** | 0.50 | Discussion with Maureen Yeager on the international and domestic scope requirement chart needing to be prepared (utilizing Interactive Excel) for the July audit committee report | $ | 197.00 | 98.50 |
| | 1.50 | Using interactive excel, preparation of the International and Domestic Scope requirement chart to be utilized in the July audit committee report | $ | 197.00 | 295.50 |
| | **2.00** | | | | |
| **Totals:** | **17.00** | | | | **3,349.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|---|-----------|---|----------|

**Name:  Renee Anderson**

| Date | Hours | Description of Services Provided | | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|---|-----------|---|----------|
| 05/07/03 | 1.70 | Preparing engagement letter, bank confirms, and clarifying request list items with client for the Darex Puerto Rico audit. | $ | 256.00 | | 435.20 |
| 05/12/03 | 1.00 | Review of audit binder received by client | $ | 256.00 | | 256.00 |
| | 4.00 | Preparation of audit leadsheets | $ | 256.00 | | 1,024.00 |
| | 3.00 | Analysis of bad debt reserve | $ | 256.00 | | 768.00 |
| 05/13/03 | 3.00 | Bank reconciliation testing; cash transfer testing | $ | 256.00 | | 768.00 |
| | 0.50 | Discussion with Grace staff regarding cash account noted on trial balance which has not changed from prior year. | $ | 256.00 | | 128.00 |
| | 1.00 | Selecting a/r subsequent liquidation samples for testing including recalculating coverage % and researching sampling guidance to ensure in adherance to new Firm sampling standards. | $ | 256.00 | | 256.00 |
| | 0.20 | Reviewed A/R Aging and traced total to general ledger | $ | 256.00 | | 51.20 |
| | 0.10 | Review of credit memo listing for credit memos issued subsequent to year-end | $ | 256.00 | | 25.60 |
| | 0.50 | Discussion with Grace staff regarding credit memos selected for testing. | $ | 256.00 | | 128.00 |
| 05/14/03 | 1.00 | Discussion/Review with senior regarding cash, accounts receivable, fixed assets, and a/p and accrueds audit areas | $ | 256.00 | | 256.00 |
| | 0.50 | Updating fixed asset leadsheet to reflect PY adjustments to reconcile general ledger to the financial statements | $ | 256.00 | | 128.00 |
| | 0.50 | Reviewed fixed asset subledger and traced balances to general ledger | $ | 256.00 | | 128.00 |
| | 2.00 | Fixed asset addition tesing and documentation | $ | 256.00 | | 512.00 |
| | 0.50 | Depreciation reasonabeness test performed and documented | $ | 256.00 | | 128.00 |
| | 0.50 | Review of dispenser activity in current year. | $ | 256.00 | | 128.00 |
| | 0.50 | Discussion with Grace staff regarding accounting procedures surrounding dispensers | $ | 256.00 | | 128.00 |
| | 0.20 | Requesting dispenser supporting documentation from Grace staff in Puerto Rico | $ | 256.00 | | 51.20 |
| | 0.50 | Recalculation of dispenser amortization | $ | 256.00 | | 128.00 |
| | 0.30 | Discussion with Grace staff regarding leases entered into during FY02 | $ | 256.00 | | 76.80 |
| | 1.00 | Documentation of commitments schedule | $ | 256.00 | | 256.00 |
| | 0.50 | Documentation of activities performed from 5/7/03 - 5/14/03 | $ | 256.00 | | 128.00 |
| 05/15/03 | 0.20 | Discussion with Grace staff regarding fixed asset policy | $ | 256.00 | | 256.00 |
| | 0.20 | Review of W.R Grace parent database fot capitalization information | $ | 256.00 | | 51.20 |
| | 3.00 | Updating a/p and accrueds leadsheet into groupings for financial statement purposes; also reconciling prior year financial statement balances to the g/l (as there are many unbooked adjusting entries from prior year.) | $ | 256.00 | | 768.00 |
| | 1.00 | Review of intercompany balance reconciliation | $ | 256.00 | | 256.00 |
| | 1.20 | Discussion with Grace staff regarding the reasonableness of accrual balances | $ | 256.00 | | 307.20 |
| | 0.20 | Discussion with Grace staff regarding the flux in the GRIR account from prior year. | $ | 256.00 | | 51.20 |
| | 0.20 | Reviewed  A/P Aging for reasonableness and made sure that subledger tied to the general ledger | $ | 256.00 | | 51.20 |
| | 1.00 | Made selections for Search for Unrecorded liabilities | $ | 256.00 | | 256.00 |
| | 1.00 | Documentation in database regarding  control environment, clients industry, client acceptance and continuance, and mobilization | $ | 256.00 | | 256.00 |
| 05/16/03 | 2.00 | Review/Discussion with manager regarding cash, accounts receivable, fixed assets, and a/p and accrueds audit areas | $ | 256.00 | $ | 256.00 |

| Date | Hours | Description | Rate | | Amount |
|---|---|---|---|---|---|
| | 1.00 | Review of supporting documentation received relating to the search for unrecorded liabilities | $ | 256.00 | 256.00 |
| | 0.50 | Discussion with senior regarding sampling of search items | $ | 256.00 | 128.00 |
| | 1.00 | Making additional selections for search and calculating coverage percentage to ensure in line with PwC's policies | $ | 256.00 | 256.00 |
| | 0.10 | Discussion with AP supervisor regarding liabilities subject to compromise | $ | 256.00 | 25.60 |
| | 0.50 | Review of inventory observation workpapers provided by PwC staff in Puerto Rico | $ | 256.00 | 128.00 |
| | 0.20 | Preparation of e-mail of questions to send to Puerto Rico staff regarding physical inventory observation | $ | 256.00 | 51.20 |
| | 0.50 | Discussion with Grace staff regarding additional documentation/explanations needed for inventory testing | $ | 256.00 | 128.00 |
| | 2.00 | Review of supporting documentation received for cut-off testing | $ | 256.00 | 512.00 |
| | 0.20 | Preparation of e-mail of additional supporting documentation needed from Puerto Rico office (ie bill of ladings) | $ | 256.00 | 51.20 |
| 05/19/03 | 1.00 | Discussion with Grace staff regarding current year issues, legal issues, and collectibility of old receivable balances | $ | 256.00 | $ 256 |
| | 0.50 | Review of final costed inventory listing and comparison to physical inventory observation countsheet | $ | 256.00 | 128.00 |
| | 1.00 | Discussion with Grace staff regarding obsolescence calculation, and review of that calculation | $ | 256.00 | 256.00 |
| | 0.50 | Discussion with Grace staff regarding leadsheet flux explanations | $ | 256.00 | 128.00 |
| | 1.00 | Review of supporting documentation received from Darex Puerto Rico regarding the cut-off testing of inventory | $ | 256.00 | 256.00 |
| | 0.20 | Phone call with Puerto Rico staff to discuss additional documentation requests | $ | 256.00 | 51.20 |
| | 0.20 | Preparation of e-mail to Puerto Rico regarding which shipping documentation would need to be provided | $ | 256.00 | 51.20 |
| | 0.50 | Discussion with Grace staff regarding inventory mark-up calculation testing | $ | 256.00 | 128.00 |
| | 0.20 | Preparation of e-mail to PwC Baltimore team regarding inventory capitalization calculation | $ | 256.00 | 51.20 |
| | 0.10 | Discussion with Grace controller regarding inventory capitalization calculation | $ | 256.00 | 25.60 |
| | 2.00 | Review of cut-off documentation with Grace staff | $ | 256.00 | 512.00 |
| | 0.80 | Organization of cut-off documentation to present to Grace staff | $ | 256.00 | 204.80 |
| 05/20/03 | 1.00 | Review of documentation provided for the search for unrecorded liabilities | $ | 256.00 | $ 256 |
| 05/21/03 | 0.50 | Review of inventory capitalization calculation provided by Grace controller | $ | 256.00 | 128.00 |
| | 1.00 | Documentation of activities performed from 5/15/03 - 5/19/03 | $ | 256.00 | 256.00 |
| | 1.50 | Discussion with Grace staff regarding the GRIR account and exceptions found on the search for unrecorded laibilities | $ | 256.00 | 384.00 |
| | 1.00 | Documentation of SUD entries and related Pos relating to the search exceptions | $ | 256.00 | 256.00 |
| | 0.50 | Documentation in database regarding liabilty for insured and uninsured risks and contingencies and commitments | $ | 256.00 | 128.00 |
| | 0.60 | Discussion with Grace controller regarding the process of intercompany purchases | $ | 256.00 | 153.60 |
| | 1.50 | Organization/documentation of all SUD entries proposed and back up to present to controller | $ | 256.00 | 384.00 |
| | 0.60 | Discussion with Grace controller regarding SUD entries proposed | $ | 256.00 | 153.60 |
| | 1.30 | Documentation of testing performed in database | $ | 256.00 | 332.80 |
| 05/22/03 | 1.00 | Organization of workpapers into external file | $ | 256.00 | 256.00 |
| | 1.00 | Review of prior year financial statements | $ | 256.00 | 256.00 |
| | 0.30 | Documentation and request of specific items necessary for disclosure in the financial statements | $ | 256.00 | 76.80 |
| | 0.10 | Communication with word processing regarding pro-forma financial statements | $ | 256.00 | 25.60 |
| | 0.30 | Discussion with Grace staff regarding the timing of Darx Puerto Rico audit next year | $ | 256.00 | 76.80 |
| | 0.30 | Discussion with Grace staff regarding open items | $ | 256.00 | 76.80 |

| 05/23/03 | 1.00 | Clean-up of search for unrecorded liabilities spreadsheet | $ | 256.00 | 256.00 |
| 05/23/03 | 0.10 | Documentation of April time | $ | 256.00 | 25.60 |
| | 0.70 | Reading and discussing PADP (W.R. Grace audit) | $ | 256.00 | 179.20 |
| 05/27/03 | 1.50 | Documentation of planning and engagement management in database | $ | 256.00 | 384.00 |
| | 62.80 | | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| **Name:  Ellen Chapman** | | | | |
| 5/12/03 | 1.50 | Typing of financial statement reports for Renee Anderson of the WR Grace team in Cambridge, MA | $   110.00 | $   165.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended May 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Kathleen A Burke** | | | | |
| 5/13/03 | 0.3 | WIP processing of detailed engagement economics. | 110 | 33 |