**EXHIBIT B**

|  | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - May 2003**

| | | | | |
|---|---|---|---|---|
| **Sandra David** | 5/6/03 | Audit Manager | 2.16 | Mileage in excess of normal commute (6 Miles) from home to client site in Cambridge MA |
| | | | $ 2.16 | |
| **Maureen Yeager** | 5/1/03 | Audit Associate | 28.80 | Mileage in excess of normal commute (80 Miles),from home to client site in Columbia, MD |
| | 5/13/03 | Audit Associate | 28.80 | Mileage in excess of normal commute (80 Miles),from home to client site in Columbia, MD |
| | | | $ 57.60 | |
| **Cheryl Frick** | 5/5/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | 05/06/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | 05/07/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | 05/08/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | 05/09/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | 05/12/03 | Audit Senior Associate | 14.40 | Mileage in excess of normal commute (40 Miles), from home to client site in Columbia, MD |
| | | | $ 86.40 | |
| **Larry Farmer** | 05/04/03 | Audit Partner | $ 23.40 | Mileage in excess of normal commute (65 Miles), from home to client site in Columbia, MD |
| | 05/07/03 | Audit Partner | $ 23.40 | Mileage in excess of normal commute (65 Miles), from home to client site in Columbia, MD |
| | | | $ 46.80 | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - May 31, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Sandra David | 5/6/03 | 2.16 | | | | Mileage traveling to client site |
| Maureen Yeager | 5/1/03 | 28.80 | | | | Mileage traveling to client site |
| Maureen Yeager | 5/13/03 | 28.80 | | | | Mileage traveling to client site |
| Cheryl Frick | 5/5/03 | 14.40 | | | | Mileage traveling to client site |
| Cheryl Frick | 05/06/03 | 14.40 | | | | Mileage traveling to client site |
| Cheryl Frick | 05/07/03 | 14.40 | | | | Mileage traveling to client site |
| Cheryl Frick | 05/08/03 | 14.40 | | | | Mileage traveling to client site |
| Cheryl Frick | 05/09/03 | 14.40 | | | | Mileage traveling to client site |
| Cheryl Frick | 05/12/03 | 14.40 | | | | Mileage traveling to client site |
| Larry Farmer | 05/04/03 | 23.40 | | | | Mileage traveling to client site |
| Larry Farmer | 05/07/03 | 23.40 | | | | Mileage traveling to client site |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 192.96 | 192.96 | - | - | - |