**Exhibit A**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/6/03 | Nina Govic | 2.00 | Arranging workspace for the audit and answering Grace emails | 273 | $546.00 |
| 1/7/03 | Nina Govic | 1.00 | Answering Grace emails and organization of Grace audit files | 273 | $273.00 |
| 1/8/03 | Nina Govic | 0.30 | Repair of computers/ Grace printers | 273 | $81.90 |
| 1/8/03 | Aimee Stickley | 0.75 | Time spent with GTS to have printers fixed | 213 | $159.75 |
| 1/24/03 | Jonelle Lippolis | 0.70 | Organization of audit work, clean up audit room and return of all the client documents | 320 | $224.00 |
| 1/29/03 | Nina Govic | 1.50 | organizing files, establishing a task list for Jeff Zartman for the remainder of the week, responding to Grace emails, etc. | 273 | $409.50 |
| 3/26/2003 | Jeffrey Zartman | 2.8 | Creation of binder convers(sic) and table of contents | 213 | $596.40 |
| 3/13/2003 | Maureen Yeager | 1.1 | Review of the Corporate External Files in order to ensure that each external workpaper noted in the database has a corresponding hardcopy file in the external binder. | 185 | $203.50 |
| 3/14/2003 | Maureen Yeager | 3.0 | Preparation of Binder Covers and Table of Contents for the following external binders: Corporate Binder 1 and 2, General and Administrative Binder, Q1 Review Binder, Q2 Review Binder, Q3 Review Binder and the Legal Binder. This time includes a review of the external files in order to ensure that each external workpaper marked in the database had a hard copy in the binder. | 185 | $555.00 |

**Exhibit A**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 3/21/2003 | Maureen Yeager | 2.1 | of Contents for the following external binders: Grace Davison Binder, International Correspondence Binder, 2002 10K Tie-Out Binder, 4th quarter Press Release Binder, 4th Quarter Earnings Call Binder, Perm Binder #1 and #2. This time includes a review of the external files in order to ensure that each external workpapaer(sic) marked in the database had a hardcopy in the Preparation of revised table of contents for those binders in which external workpapers were either added or deleted. This time includes review of the external files yet again in order to ensure that every external workpaper noted in the database has a hard copy file in the binder. | 185 | $388.50 |
| 3/28/2003 | Maureen Yeager | 0.8 | | 185 | $148.00 |
| | | 16.1 | | | $3,585.55 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/6/03 | Jeffrey Zartman | 0.2 | Proofreading confirmations to ensure accuracy | 213 | $42.60 |
| 1/7/03 | Maureen Yeager | 0.9 | Preparation of the FedEx packages in order to mail out the International A/R confirmations. | 185 | $166.50 |
| 1/9/03 | Renato Furbino | 1.0 | Making photo copies for senior | 213 | $213.00 |
| 1/11/03 | Jeffrey Zartman | 0.5 | Printing of Lead Schedules | 213 | $106.50 |
| 1/20/03 | Margaret Bermudez | 0.4 | Found client files for Michelle Gerety in her EA's absence.  Boxed them up. | 107 | $42.80 |
| 1/24/03 | Stacy Clark | 0.7 | Clean up of audit room | 235 | $164.50 |
| 1/24/03 | Scott Tremble | 1.0 | Organization of files and folders for all documents | 181 | $181.00 |
| 1/24/03 | Scott Tremble | 1.0 | Filing of audit workpapers | 181 | $181.00 |
| 1/24/03 | Renee Anderson | 1.5 | Organizing files/cleaning up audit room | 235 | $352.50 |
| 1/28/03 | Stacy Clark | 0.2 | Printing confirmation and making pocket | 235 | $47.00 |
| 1/28/03 | Stacy Clark | 0.1 | preparing pockets for the incentives descriptions for binder | 235 | $23.50 |
| 1/28/03 | Stacy Clark | 0.2 | Preparation and organization of the freight accrual pocket | 235 | $47.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/30/03 | Deborah Mullineaux | 0.2 | Scheduled a Towards Performance Audit (i.e. TPA) conference call for Jen Maher with Larry Farmer & Jason Natt | 181 | $36.20 |
| 2/10/03 | Kathleen Burke | 1.5 | Edits/Copying/shipping docs for Farmer/Natt | 101 | $151.50 |
| 2/14/03 | Kathleen Burke | 1.0 | Cash Receipts search, Aud Comm documents and Cover Letters for Larry Farmer. | 101 | $101.00 |
| 3/24/03 | Kathleen Burke | 0.2 | Time Detail | 101 | $20.20 |
| 3/24/03 | Kathleen Burke | 0.3 | UPS Shipment | 101 | $30.30 |
| | | 10.9 | | | $1,907.10 |

15.6 hours and $8,399.  Meeting with Grace on 1/13/03.  (Farmer, Ryan, and Natt).

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/03 | Larry Farmer | 4.6 | Concurring partner review with Ray Bromark scheduled.  Meetings with Bob Tarola, CFO, David Ryan, and Jason Natt to discuss auditing and reporting issues and risks related to WR Grace audit.  Ray Bromark and Larry Farmer met with Bob Tarola for .8 hours of this 4.6 hour time frame | 682 | $ 3,137.20 |
| 1/13/03 | David Ryan | 4.6 | Concurring partner review with Ray Bromark scheduled;  Meetings to discuss auditing and reporting issues and risks related to WR Grace audit for 2002 | 522 | $ 2,401.20 |
| 1/13/03 | Jason Natt | 6.4 | Concurring partner review with Ray Bromark scheduled;  Meetings to discuss auditing and reporting issues and risks related to WR Grace audit;  Also discussion of open items and reporting time table;  Meeting with Bob Tarola, Tim Delbrugge, Larry Farmer and Dave Ryan. | 447 | $ 2,860.80 |

11.5 hours and $6,559.  Closing meeting with client on 1/22/03.  (Farmer, David, Lippolis).

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/22/03 | Larry Farmer[1] | 6.0 | | 682 | $ 4,092.00 |
| 1/22/03 | Sandy David | 3.5 | Review status of GPC Boston audit work and discuss with PwC Boston team;  Attend closing meeting with client  Closing meetings with PwC and Grace personnel including Larry Farmer (partner), Jonelle Lippolis (senior associate), Doug Hughes (Grace), and Rick Brown (Grace) | 522 | $ 1,827.00 |
| 1/22/03 | Jonelle Lippolis | 2.0 | Closing meeting with Larry Farmer, Sandra David, Doug Hughes and Rick Brown. | 320 | $ 640.00 |

13.3 hours and $4,958.50.  Teleconference re:year-end earnings on 1/22/03.  (Frick and Natt).

| | | | | | |
|---|---|---|---|---|---|
| 1/22/03 | Jason Natt | 6.0 | Participated in Davison year-end earnings call. | 447 | $ 2,682.00 |
| 1/22/03 | Cheryl Frick | 7.3 | Davison 4th QTR internal earnings call | 314 | $ 2,276.50 |

[1]Entry for Larry Farmer contains lumped activities.  The total time spent has been included because it is impossible to determine the actual time spent for each activitity without additional information.