

FLORIDA
DEPARTMENT
OF REVENUE
Jim Zingale
Executive Director

**BAM 16**
**R. 07/01**

General Tax Administration
Child Support Enforcement
Property Tax Administration
Administrative Services
Information Services

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF    DELAWARE
WILMINGTON    DIVISION

IN RE :    W R GRACE & CO- CONN
CHAPTER: 11
CASE NO: 53-0101140  JJF
ACCT NO: 80002316

STATE OF FLORIDA
DEPARTMENT OF REVENUE

NOTICE OF WITHDRAWAL OF    REQUEST FOR PAYMENT

CLAIM AMOUNT:        $324.89
CLAIM DATE:        04/02/2003

Please withdraw our request for payment filed by the Department of Revenue in the amount listed above.

WITHDRAWN AMOUNTS PAID

DEBRA PILGRIM
TAX SPECIALIST I
Bankruptcy Section
Florida Department of Revenue
Post Office Box 6668
Tallahassee, Florida 32314-6668
850-921-2151

JUNE    05, 2003

# Request for Payment of
# Department of Revenue Taxes

(Bankruptcy Code Cases - Administrative Claims)
DEPARTMENT OF REVENUE/STATE OF FLORIDA

United States District Court for the  /WILMINGTON
District of   DELAWARE .

COPY
BAM 04
R. 07/01

| | |
|---|---|
| Bankruptcy No. | 01-01140    JJF |
| Type of Bankruptcy Proceeding | 11 |
| Date of Petition | 4/02/01 |
| Tax Number | 80-03-002316-11/0 |
| Social Security Number | |
| Employer Identification Number | |

W R GRACE & CO- CONN

7500 GRACE DRIVE
COLUMBIA                    MD 21044-0000

1.  The undersigned, whose business address is Post Office Box 6668, Tallahassee, Florida 32314-6668, is the agent of the agent of the Department of Revenue, and is authorized to make this claim on behalf of the State of Florida.
2.  Request is made for payment of taxes and any interest or penalty due the Department of Revenue, State of Florida, as shown below.
3.  The grounds for the liability is for taxes, interest and penalty due under the Revenue Laws of the State of Florida.

ADMINISTRATIVE CLAIMS - CODE s. 503

| Kind of Tax | Tax Due | Accrued Interest To Date | Accrued Penalty To Date | Balance Due |
|---|---|---|---|---|
| SALES AND USE TAX | 266.73 | 4.81 | 53.35 | 324.89 |

Total amount due as of date of this request .................................  $         324.89

Dollar amount per day at which interest will accrue after this request .............  $                .08

Returned Item Check Fee ...............................................  $                .00

Claimant reserves the right to amend if claim is based on estimated amounts of tax due or is otherwise subject to more accurate determination.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Sec. 152 | Signature | Date 04/02/03 |
|---|---|---|
| | Title  CLEO D. PONDER  TAX SPECIALIST I | Phone  (850) 921-2151 |

See Attached Summary Sheet





**DR-88E**

## Legal Claims Summary Sheet
## Administrative Claims

X New Case
☐ Prior Case

Out-of-State
Case Code

| Taxpayer's Name | Location of Court |
|---|---|
| W R GRACE & CO- CONN | /WILMINGTON DELAWARE |

| Business Name | Bankruptcy Case Number |
|---|---|
| | 53-0101140   JJF |

| Address | Chapter Number | Petition Date |
|---|---|---|
| 7500 GRACE DRIVE | 11 | 4/02/01 |

| City | State | Zip Code | Account Number |
|---|---|---|---|
| COLUMBIA | MD | 21044-0000 | 80-03-002316-11/0 |

| Tax Type | Date Business Close/Date Converted |
|---|---|
| SALES AND USE TAX | |

| Period Due | Tax Amount | Tax Type | Tax Account | R Itm/Court Fees | Penalty | Interest | Returned Check Control Number |
|---|---|---|---|---|---|---|---|
| 08/02 | 266.73 | Bill | | | 53.35 | 4.81 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL:  TAX: $ _____ 266.73        PENALTY: $ _____ 53.35      INTEREST: $ _____ 4.81

☐ Amended Claim:
Supersedes Claim for $ _____

Dated _____

Adj. $ _____

Court Costs/Sheriff's Fee $ _____ 0.00
Returned Check Fee $ _____ 0.00
Total of Claim: $ _____ 324.89
Daily Interest _____ 0.08

JAMES H.M. SPRAYREGEN
Attorney's Name

200 EAST RANDOLPH DRIVE
Attorney's Address:

CHICAGO                          IL   60601-
City                             State        Zip

(312) 861-2000
Attorney's Phone No.

Trustee's Name

Trustee's Address

City                State          Zip

Date Prepared: _____ 4/02/03      Prepared By: _____ CP      P & I Figured to: _____ 4/02/03