## EXHIBIT A

ORDINARY COURSE PROFESSIONALS

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| A. William Roberts, Jr., & Assoc. | 46-A State Street Charleston, SC 29401 | Property Damage Litigation | $ - |
| Abend Associates | 265 Winn Street Burlington, MA 01803-2616 | Traffic Engineering Services | $ - |
| Adams & Graham | PO Drawer 1429 Harlingen, TX 78551 | Bodily Injury Litigation | $ - |
| Akerman Senterfitt & Edison | 255 South Orange Avenue Orlando, FL 32802 | Asbestos Litigation | $ - |
| Allen & Overy | One New Change London LOEC4M 9QQ England | Corporate Law | $ - |
| Altheimer & Gray | Tesvikiye Caddesi 107 Tesvikiye Palas 7 Tesvikiye 80200 Istanbul, Turkey | Commercial Litigation | $ - |
| American Appraisal Associates, Inc. | | | $ - |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211 Arlington, VA 22202 | Intellectual Property Law | $ 54,432.85 |
| Aon Consulting, Inc. | P.O. Box 33009 Newark, NJ 07188-0009 | | $ - |
| Arnold, Corby D., Esquire | 2965 S. Jones Blvd - Suite A Las Vegas, NV 89102 | Corporate Law | $ - |
| Artale, Beverly J. | 3826 Sunflower Circle, Suite 001 Mitchellville, MD 20721 | | $ - |
| Arthur Andersen LLP | 33 West Monroe St. Chicago, IL 60603 | Compensation Consulting | $ - |
| Arthur Andersen LLP | 1345 Avenue of the Americas New York, NY 10105 | Human Resource Consulting | $ 166,291.00 |
| Aultman Tyner, Ruffin & Yarborough, Ltd. | 315 Hemphill Street Hattiesburg, MS 39403 | Bodily Injury Litigation | $ - |
| Babcock, Bret S., Esquire | First National Bank Bldg, Suite 411 Peoria, IL 61602 | Commercial Litigation | $ - |
| Baker & McKenzie | One Prudential Plaza 130 East Randolph Drive Chicago, IL 60601 | Tax Law | $ 112,959.82 |
| Baker & McKenzie | 815 Connecticut Avenue, NW Washington, D.C. 20036 | International Law/General Litigation | $ 151.17 |
| Baker Botts LLP | P.O. Box 201626 Houston, TX 77216-1626 | General Litigation | $ - |
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW Suite 800 Washington, DC 20004 | Lobbyist/Government Relations | $ 410,851.91 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg 11 South Meridan Street Indianapolis, IN 46204 | Bodily Injury Litigation/Environmental Law | $ - |
| Benjamin, Yocum & Heather, LLC | 312 Elm Street Cincinnati, OH 45202-2763 | Bodily Injury Litigation | $ - |
| Berger, Davis & Singerman | 350 East Las Olas Blvd Suite 1000 Fort Lauderdale, FL 33301 | Intellectual Property Law | $ 814.03 |
| Bernstein, Shur, Sawyer & Nelson | 100 Middle Street Portland, ME 04104-5029 | Energy/Commercial Law | $ - |
| Berry & Berry | Station D Oakland, CA 94612-0250 | Bodily Injury Litigation | $ - |
| Beveridge & Diamond, P.C. | 1350 I Street, NW Washington, DC 20005-3311 | Environmental Law | $ 85,644.64 |
| Bianchetti Bracco Minoja | Via Rossini, 8 Milano, Italy 20122 | | $ - |
| Bond, Schoeneck & King | One Lincoln Center Syracuse, NY 13202 | Employment Law | $ - |
| William O. Bonin, Esq. | 103 East Main Street P. O. Box 10030 New Iberia, LA 70562-0030 | General Litigation | $ - |
| Borton, Petrini & Conron, LLP | 707 Wilshire Blvd Los Angeles, CA 90017 | Bodily Injury Litigation | $ - |
| Bowe & Fernicola LLC | 2 Bridge Ave, Bldg 6, 3rd Floor Red Bank, NJ 07701 | Real Estate Litigation | $ 71,946.68 |
| Bradley & Riley | PO Box 2804 | Environmental/Commercial Law | $ 927.88 |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| | Cedar Rapids, IA 52406-2804 | | |
| Bradley Arant Rose & White LLC | 2001 Park Place, Suite 1400 Birmingham, AL 35203-2736 | Bodily Injury Litigation | $ - |
| Brodsky & Brodsky | 2 Bucks Lane Highway 79 Marlboro, NJ 07746 | Intellectual Property Law | $ - |
| Brooks & Hamby, P.C. | 618 Azalea Road Mobile, AL 36609 | Bodily Injury Litigation | $ - |
| Brown Obringer Shaw Beardsley & Decandio PC | 12 East Bay St Jacksonville, FL 32202 | General Litigation | $ - |
| Freshfields Bruckhaus Deringer (formerly Bruckhaus Westrick Heller Lober) | Taunusanlage11 Frankfurt Germany | Corporate/Commercial Law | $ - |
| Brunini, Grantham, Grower & Hewes | 248 East Capital St Jackson, MS 39201 | Environmental Law | $ - |
| Bryan Cave | One Metropolitan Square 211 N Broadway , Suite 3600 Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $ - |
| Burns, Doane, Swecker & Mathis | P.O. Box 1404 Alexandria, VA 22314 | Intellectual Property Law | $ - |
| Burroughs Helper Broom MacDonald & Hebra | 2 Mark Twain Plaza Edwardsville, IL 62025-0510 | Bodily Injury Litigation | $ - |
| Butler, Rubin, Saltarelli & Boyd | 70 W. Madison , Suite 1505 Chicago, IL 60602 | Bodily Injury Litigation | $ - |
| Cabinet Weinstein | 56 A, Rue du Faubourg Saint-Honore, Paris 75008 France | Intellectual Property Law | $ 20,678.83 |
| Cahill Gordon & Reindel | Eighty Pine St. New York, NY 10005 | Asbestos Litigation | $ 24,355.39 |
| Cambridge Environmental | 58 Charles Street, 3d Floor Cambridge, MA 02141 | Environmental | $ 30,912.38 |
| Campbell Woods Bagley Emerson McNeer & Herndon | P.O. Box 1835 Huntington, WV 25701 | Bodily Injury Litigation | $ - |
| Campbell, McCranie, Sistrunk, Anzelmo & Hardy PC | 3445 N. Causeway Blvd., Ste 800 Metairie, LA 70002 | Personal Injury Law | $ - |
| Cardwell Conner PC | 219 A East Washington St Greenville, SC 29601 | Environmental | $ 8,328.49 |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein | 6 Becker Farm Road Roseland, NJ 07068 | Real Estate Law | $ 245,825.97 |
| Carlone & Associates | 130 Prospect Street Cambridge, MA 02139 | Environmental | $ - |
| Casner & Edwards, LLP | One Federal Street, 27th Floor Boston, MA 02110 | Bodily Injury Litigation/ Employment Law | $ 161,860.34 |
| Cassiday, Schade & Gloor | 20 North Wacker Drive, Suite 1040 Chicago, IL 06060 | Product Liability Litigation | $ - |
| Cetrullo & Capone | 53 State Street Boston, MA 02109 | Bodily Injury Litigation/Environmental Law | $ - |
| Christensen, Moore, Cockrell, Cummings & Axelberg, P.C. | Two Medicine Building 160 Heritage Way Kalispell, MT 59901 | Commercial Law | $ - |
| Christopher J. Muse | 101 Tremont St, #615 Boston, MA 02108 | General Litigation | $ - |
| Clifton Budd & DeMaria, LLP | 420 Lexington Avenue New York, NY 10170 | Employment Law | $ - |
| Connell Foley & Geiser | 85 Livingston Ave. Roseland, NJ 07068 | Bodily Injury Litigation | $ 44,773.04 |
| Constantine & Partners | 477 Madison Ave New York, NY 10022 | Anti-Trust/Trade Regulation Law | $ - |
| Coots Henke & Wheeler | 255 E. Carmel Drive Carmel, IN 46032-2634 | Bodily Injury Litigation | $ - |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200 Ridgeland, MS 39157 | General Litigation | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW Washington, DC 20004-2401 | International Trade Law | $ 22,183.49 |
| Cowles & Thompson | 901 Main Street, Suite 4000 Dallas, TX 75202-3793 | Bodily Injury Litigation | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP | 1400 Two Houston Center 909 Fannin Houston, TX 77010-1006 | General Litigation | $ 3,478.11 |
| Craig Jameson | 305 Middle Road Brentwood, NH 03833 | General Litigation | $ 530.68 |
| Cravath, Swaine & Moore | Worldwide Plaza New York, NY 10019-7475 | General Litigation | $ - |
| Critchfield, Critchfield & Johnson, | Wooster, OH | Employment Law | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| LTD | | | |
| Cummings & Lockwood. | 3001 Tamiami Trail North<br>Naples, FL  33941-3032 | Bodily Injury Litigation | $    208,093.71 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street<br>P.O. Box 2223<br>Acton, MA 01720-6223 | Real Estate Law | $      89,644.33 |
| Daniel B. Stephens & Associates | P.O. Box 565<br>Albuquerque, NM 87103 | General Litigation | $               - |
| Davis, Graham & Stubbs | 370 Seventeenth Street<br>Suite 4700<br>Denver, CO  80201-0185 | Corporate Law | $        8,913.79 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000<br>Brussels, 1000<br>Belgium | General Litigation | $      15,388.42 |
| Dechert Price & Rhoads | 477 Madison Avenue<br>New York, NY  10022 | General Litigation | $               - |
| Decotiis, Fitzpatrick, Cluck | 500 Frank W. Burr Blvd<br>Teaneck, NJ  07666 | General Litigation | $               - |
| Dekker Fuller Moore, Inc. | Private Bag X7<br>Benmore 2010<br>South Africa | Environmental Law | $               - |
| Deloitte & Touche LLP | 1000 Wilshire Boulevard<br>Los Angeles, CA  90017-2472 | Accounting Services | $               - |
| Deloitte & Touche LLP,<br>Nick Bubnovich | 4205 Collections Center Drive<br>Chicago, IL | Accounting Services | $    200,280.00 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street<br>Chicago, IL  60606 | Corporate Law | $      30,399.00 |
| Dickinson, Wright, PLLC | 500 Woodward, Suite 4000<br>Detroit, MI  48226-3425 | Bodily Injury Litigation | $               - |
| Doherty Schuldhaus & Mohan | 219, 6203 - 28th Avenue<br>Edmonton, Alberta, T6L 6K3<br>Canada | Employment Law | $               - |
| Donohue, Sabo, Varley & Armstrong | P.O. Box 15056<br>Albany, NY  12212-5056 | Product Liability Litigation | $               - |
| Dorsey & Whitney LLP | P.O. Box 1680<br>Minneapolis, MN  55480-1680 | Asbestos Law | $      20,831.20 |
| Eck, Collins & Marstiller | 16 South Second Street<br>Richmond, VA  23219 | General Litigation | $               - |
| Ellzey & Brooks, LLC | Post Office Box 11612<br>Columbia, SC  29211 | Employment Law | $               - |
| Ernst & Young LLP | P.O. Box 5980<br>New York, NY  10087-5980 | | $               - |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W.<br>Washington, D.C.  2005-3315 | Intellectual Property Law | $      59,783.57 |
| Fisher Rushmer Werrenrath Keiner | 20 N. Orange Ave, #1500<br>Orlando, FL  32801 | Bodily Injury Litigation | $               - |
| Flemming Zulack & Williamson | One Liberty Plaza<br>New York, NY 10006-1404 | Bodily Injury Litigation | $    103,441.03 |
| Foley Hoag & Eliot | One Post Office Square<br>Boston, MA  02109 | Intellectual Property Law | $    129,904.37 |
| Foss, Bowe & San Filippo | 225 Broad St.<br>Red Bank, NJ  07701 | Real Estate Litigation | $      67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square<br>Lansing, MI  48933-2193 | Environmental Law | $        3,512.63 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue<br>New York, NY  10022 | Immigration Law/H-R Consultant | $    295,289.40 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street<br>New Orleans, LA  70163-3600 | Employment Litigation | $           327.50 |
| Fukunaga, Matayoshi, Hershey & Ching | 841 Bishop Street, Suite 1200<br>Honolulu, HI  96813 | Asbestos Law | $               - |
| Gannon, James P., Attorney at Law | 326 West State Street<br>Media, PA  19063-0902 | General Litigation | $        2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine<br>Missoula, MT  59807-7909 | Bodily Injury Litigation | $    133,762.40 |
| Gatti & Associates | 266 Main Street, S21<br>Medfield, MA  02052 | General Litigation | $               - |
| Gaucher & Associates | P. O. Box 30995<br>Walnut Creek, CA  94598 | Employment Law | $      34,429.18 |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | One Riverfront Plaza<br>Newark, NJ  07102-5497 | General Litigation | $               - |
| Giordano, Halleran & Ciesla, PC | 125 Half Mile Road<br>P. O. Box 190<br>Middletown, NJ  07748 | Commercial Litigation | $               - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | Real Estate Law | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3<br>Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ 3,766.83 |
| Goodwin, Procter & Hoar | Exchange Place<br>Boston, MA 02109-2881 | Real Estate Law/Environmental Litigation | $ 20,000.00 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue<br>40th Floor<br>New Orleans, LA 70170-0001 | Commercial Litigation | $ 11,119.04 |
| Gordon & Rees | Embarcadero Center West<br>275 Battery St, 20th Fl<br>San Francisco, CA 94111 | Bodily Injury Litigation | $ - |
| Gordon Altman Weitzen Shalov & Wein | 114 West 47th Street<br>New York, NY 10036-1510 | General Litigation | $ - |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | Real Estate Law | $ 56,612.01 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300<br>Weston, FL 33331 | Tax Accounting | $ 39,265.75 |
| Green & Ackerman | 2nd Floor, The Advocate Building<br>315 SE 7th Street<br>Fort Lauderdale, FL 33301 | Bodily Injury Litigation | $ - |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY 40289 | Environmental Law | $ 32,845.20 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA 90067 | Corporate Reorganization/Bankruptcy Law | $ 5,174.31 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500<br>West Palm Beach, FL 33401 | Corporate Law | $ 24,169.63 |
| Haarmann, Hemmelrath & Partner | Neue Mainzer Strasse 75<br>Frankfurt a .M. D-60311<br>Germany | German Tax Law | $ - |
| Hahn Loeser & Parks | 200 Public Square<br>Cleveland, OH 44114-2301 | Bodily Injury Litigation | $ - |
| Hailey, McNamara, Hall, Larmann & Papale | One Galleria Blvd, Suite 1400<br>Metairie, LA 70001 | Asbestos Litigation | $ - |
| Hal D. Hardin | 218 Third Ave North<br>Nashville, TN 37201 | Corporate Law | $ - |
| Hale & Dorr | P.O. Box 4550<br>Boston, MA 02212-4550 | Environmental Law | $ - |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA 02173 | Patent/Trademark Law | $ 37,573.26 |
| Harley & Aldrich | 405 Medford Street<br>Suite 3300<br>Boston, MA 02129-1400 | Environmental | $ - |
| Harris Turano & Mazza | 941 Chatham Lane, Suite 240<br>Columbus, OH 43221-2426 | Bodily Injury Litigation | $ - |
| Hartzog Conger & Cason | 1600 Bank of Oklahoma Plz<br>Oklahoma City, OK 73102 | General Litigation | $ - |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL 33394-3092 | General Tax Law | $ 32,830.15 |
| Heller Ehrman White & McAuliffe LLP | 711 Fifth Ave<br>New York, NY 10022-3194 | SEC Litigation/Environmental Law | $ - |
| Hinkle Hensley, Shanor & Martin | 218 Montezuma Avenue<br>Santa Fe, NM 87504-2068 | Bodily Injury Litigation | $ - |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center<br>Providence, RI 02903 | Employment Law | $ 832.50 |
| Hirschler Fleischer Weinberg Cox & Allen PC | P.O. Box 500<br>Richmond, VA 23218-0500 | Bodily Injury Litigation | $ - |
| Hitt & Hiller | 510 SW Third Ave, Suite 309<br>Portland, OR 97204 | Bodily Injury Litigation | $ - |
| Hodge & Dwyer & Zeman | P.O. Box 5778<br>Springfield, IL 62705-5776 | Environmental Law | $ 21,814.65 |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL 33802-2092 | Florida Tax Matters | $ 14,630.90 |
| Holme Roberts & Owen, LLP | | | $ - |
| Homestead Sutton | 4 King Street, Suite 1201<br>Toronto, ON M5H 1B6<br>Canada | Environmental Law | $ - |
| Honigman, Miller, Schwartz and Cohan | 222 Washington Square, Suite 400<br>Lansing, MI 48933-1800 | Tax Law | $ - |
| Horwood Marcus & Berk | 180 North LaSalle Street<br>Chicago, IL 60651 | Tax Law | $ 1,313.75 |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206 Conshohogken, PA 19428 | Real Estate Law | $ 14,310.81 |
| Hoyle, Morris & Kerr | One Liberty Place 1650 Market Street Philadelphia, PA 19103 | Bodily Injury Litigation | $ - |
| James Munsche | 8160 Mizner Lane Boca Raton, FL 33433 | Tax Law | $ - |
| J. Stephen Shi | 2970 Clairmont Road, Suite 220 Atlanta, GA 30329 | Environmental Law | $ - |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive Maplewood, MN 55109 | Bodily Injury Litigation | $ 2,520.00 |
| James, McElroy & Diehl, P.A. | 600 South College Street Charlotte, NC 28202 | Corporate Law | $ - |
| Jenkins & Gilchrist | 1100 Louisiana Houston, TX 77002 | Product Liability/Environmental Law | $ - |
| Jennings Strouss & Salmon | One Renaissance Square Two North Central Phoenix, AZ 85004-2393 | Bodily Injury Litigation | $ - |
| JM Posner | 2333 North State Road 7, Suite B Margate, FL 33063 | | $ - |
| Johnson & Tomlin | 4770 Biscayne Blvd, Suite 1030 Miami, FL 33137 | Bodily Injury Litigation | $ - |
| Jones & Keller | World Trade Center 1625 Broadway, 16th Floor Denver, CO 80202 | Employment Law | $ - |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive Lake Charles, LA 70601 | Employment Law | $ 5,847.40 |
| Kalin, Diane | 167 Pope Road Acton, MA 01720 | General Litigation | $ 63,712.50 |
| Katten, Muchin & Zavis | 1025 Thomas Jefferson Street, NW Suite 1600 Washington, DC 20007-5201 | Bodily Injury Litigation | $ - |
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100 Washington, DC 20005-2327 | Intellectual Property Law | $ 211,815.43 |
| Keefer Wood Allen & Rahal | 210 Walnut Street Harrisburg, PA 17108-1963 | Tax Law | $ 17,050.48 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West Washington, DC 20001 | Environmental Law | $ 13,937.08 |
| Kemp, Duckett, Hopkins & Spradley | 111 Center St., Suite 1300 Little Rock, AR 72201 | Bodily Injury Litigation | $ - |
| King Clexton & Feola, LLC | 1670 York Street Denver, CO 80206 | Bodily Injury Litigation | $ - |
| Kingston & Hodnet | One McKinley Square Boston, MA 02109 | Employment Law | $ 10,008.08 |
| Kirkpatrick & Lockhart LLP | One International Place Boston, MA 02110-2637 | General Litigation | $ - |
| KPMG Legal | PO Box 10246 Wellington New Zealand | Environmental Law | $ - |
| Lahive & Cockfield | 28 State Street Boston, MA 02109 | Intellectual Property Law | $ 41,311.53 |
| Lane Powell Spears Lubersky | 1420 Fifth Avenue, Ste 4100 Seattle, WA 98101-2338 | Bodily Injury Litigation | $ - |
| Latham & Watkins | 53rd at Third , Suite 1000 New York, NY 10022-4802 | Lobbyist/Environmental Law | $ 391,524.44 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis Bureau 500 Quebec PQ G1S1C1 Canada | Commercial Litigation | $ - |
| Law Offices of Norman R. Buchsbaum | 400 East Pratt Street Suite 600 Baltimore, MD 21202 | Labor and Employment Law | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| Lawson Lundell | 1600 Cathedral Place<br>925 West Georgia Street<br>Vancouver, BC  V6C 3L2, Canada | Environmental Law | $ 27,402.49 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West<br>Westfield, NJ 07090 | Legal Services | $ 110,915.43 |
| Levine-Fricke | 194 Forbes Road<br>Braintree, MA 02184 | Environmental | $ - |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401-2179 | Asbestos Litigation | $ 13,577.19 |
| Logan, Takashima & Nemoto | Mitsubishi Sogo Kenkyusho Bldg , 12F<br>3-6, Ohtemachi 2-Chome, Chiyoda-Ku<br>Tokyo 100, Japan | Environmental Law | $ - |
| Lugenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard | 601 Poydras St, 27th Fl<br>New Orleans, LA 70130-6027 | Asbestos Litigation/Property Damage | $ - |
| Lum Danzis Drasco Positan & Kleinberg | 103 Eisenhower Parkway, 4th Floor<br>Roseland, NJ 07068-1049 | Environmental Law | $ - |
| Michael Freedman | 1180 South Ocean Boulevard, Unit 5F<br>Boca Raton, FL 33432 | Tax Law | $ - |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street<br>Regina, Saskatchewan 24P 4E9<br>Canada | Employment Litigation | $ 189.80 |
| Maisels Attorneys | P.O. Box 2556<br>Saxonwold 2133<br>South Africa | Environmental Law | $ - |
| Maready, William Frank, Law Office of | 1076 West Fourth Street – Suite 100<br>Winston Salem, NC 27101 | General Litigation | $ - |
| Marten & Brown | 1911 Second Ave, Suite 2200<br>Seattle, WA 98101-2933 | Environmental Law | $ - |
| Martin Churchill Blair Hill Cole & Hollander | 500 N. Market<br>Wichita, KS 67214 | Bodily Injury Litigation | $ - |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500<br>Toronto, Ontario M5C 2Z1 | Employment Litigation | $ 4,439.40 |
| Mattson & Sherrod, Inc. | 1801 Avenue of the Stars, Suite 640<br>Los Angeles, CA 90067 | Asbestos Law | $ - |
| Mayer Smith & Roberts | 1550 Creswell<br>Shreveport, LA 71101 | Bodily Injury Litigation | $ - |
| Mayor, Day, Caldwell, & Keeton | 700 Louisiana<br>Houston, TX 77002-2778 | Bodily Injury Litigation | $ - |
| McConnell Valdes | 270 Munoz Rivera Avenue<br>San Juan, PR 00918 | Employment Litigation | $ 6,098.09 |
| McDermott, Will & Emery | 1850 K Street, N.W.<br>Washington, DC 20006-2296 | Environmental Law | $ 80,737.40 |
| McGuire Woods Battle & Battle | Army and Navy Club Building<br>1627 Eye Street, N.W.<br>Washington, DC 20006 | General Litigation | $ 75.00 |
| McKenna & Cuneo | 1900 K Street, N.W.<br>Washington, D.C. 20006 | Employment Law | $ - |
| McKenna & McCormick | Shakespeare Hall<br>128 Dorrance St, Ste 330<br>Providence, RI 02903 | Bodily Injury Litigation | $ - |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300<br>Oklahoma City, OK 73102 | General Litigation | $ 1,935.90 |
| McLane, Graf, Raulerson and Middleton, PA | 900 Elm Street<br>P.O. Box 326<br>Manchester, NH 03105-0326 | General Litigation | $ - |
| McLennan Ross | 1801 Altius Centre<br>500 – 4th Avenue, SW<br>Calgary, AB T2P 2V6 | Employment Law | $ - |
| McNeese & Hahn PLLC | Post Office Drawer 948<br>Columbia, MS 39429 | Bodily Injury Litigation | $ - |
| Mehaffy & Weber | Interfirst Tower<br>2615 Calder Avenue<br>Beaumont, TX 77704 | Bodily Injury Litigation | $ - |
| Melville & Sowerby | 2940 South 25th Street<br>Fort Pierce, FL 34981-5605 | Environmental Law | $ 1,115.63 |
| Merchant & Gould, PC | 1101 30th St, NW Suite 500<br>Washington, D.C. 20007 | | $ - |
| Merrick Holm | 1801 Hollis Street, Suite 2100<br>P. O. Box 1054<br>Halifax, Nova Scotia B3J 2X6<br>Canada | Employment Law | $ - |
| Minter Ellison | GPO BOX 769G<br>Melbourne, Victoria AC3001 | Corporate Law/Foreign Acquisitions | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| | Australia | | |
| Mintz, Levin, Cohn, Ferris | One Financial Center<br>Boston, MA 02111 | Tax Law | $ - |
| Modrall, Sperling, Roehl, Harris & Sisk, P.A. | 123 East Marcy, Suite 201<br>Post Office Box 9318<br>Santa Fe, NM 87504-9318 | Tax Law | $ - |
| Moffatt, Thomas, Barrett, Rock & Fields | US Bank Plaza Building<br>101 S. Capitol Blvd, 10th Floor<br>Boise, ID 83702 | General Litigation | $ - |
| Morrison & Foerster | 1290 Avenue of the Americas<br>New York, NY 10104-8000 | Tax Law | $ 218,243.92 |
| Morrison, Mahoney & Miller, LLP | 100 Pearl Street<br>Hartford, CT 06103 | Environmental Law/Product Liability Law | $ - |
| Nakajima's Law Office | | | $ - |
| Nelson Mullins Riley & Scarborough | 1330 Lady Street<br>Columbia, SC 29211 | Legal Services | $ 193,609.44 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8<br>Westborough, MA 01581 | Intellectual Property Law | $ 61,186.85 |
| Niewald Waldeck & Brown | 120 W. 12th Street, Suite 1300<br>Kansas City, MO 64105-1917 | Bodily Injury Litigation | $ - |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110<br>Tallahassee, FL 32302-1110 | Environmental Law | $ 86,890.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757<br>Greenville, SC 29602<br>3800 Atlantic Center<br>1201 West Peachtree street, N.W.<br>Atlanta, GA 30309 | Bodily Injury Litigation/Employee Benefit Law | $ 2,425.70 |
| Olsen & Graff | GSEA Group<br>1200 NW Naito Parkway Suite 220<br>Portland, OR 97209 | General Litigation | $ - |
| O'Connell & Glock, P.C. | Ninth Floor<br>1100 Connecticut Ave., N. W.<br>Washington, DC 20036 | General Litigation | $ - |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300<br>Chicago, IL 60601 | Bodily Injury Litigation | $ 7,082.82 |
| O'Neil, Cannon & Hollman | 111 East Wisconsin Avenue<br>Bank One Plaza, Ste 1400<br>Milwaukee, WI 53202-4803 | Bodily Injury Litigation | $ - |
| O'Neill & Borges | 250 Munoz Rivera Ave<br>San Juan, Puerto Rico 00918-1808 | Environmental Law/Real Estate Law | $ - |
| O'Shea Reynolds & Cummings | Main Seneca Building<br>237 Main Street, Ste 500<br>Buffalo, NY 14203-2712 | Bodily Injury Litigation | $ - |
| Patterson Lorentzen Duffield | 729 Insurance Exchange Bldg<br>505 5th Avenue<br>Des Moines, IA 50309-2313 | Bodily Injury Litigation | $ - |
| Patterson, Belknap, Webb & Tyler | 1133 Avenue of the Americas<br>New York, NY 10036-6710 | SEC Litigation | $ - |
| Patton Boggs LLP | 2550 M Street, NW<br>Washington, DC 20037-1350 | Lobbyist | $ 93,838.53 |
| Paul, Hastings, Janofsky & Walker | 345 California St., 29th Flr.<br>San Francisco, CA 94104 | Employment Law | $ - |
| Pepper Hamilton LLP | 1235 Westlakes Drive<br>Berwyn, PA 19312 | General Litigation | $ - |
| Perkins Coie | 1620 26th Street<br>Santa Monica, CA 90404 | Property Damage Litigation | $ 145,051.26 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center<br>Buffalo, NY 14203 | Environmental Law | $ 56,796.66 |
| Phillips, Goldman & Spence | 1200 No. Broom Street<br>Wilmington, DE 19806 | Bodily Injury Litigation | $ - |
| Phillips, Parker Orberson & Moore | 716 West Main Street, Suite 300<br>Louisville, KY 40202 | General Litigation | $ - |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave<br>Baltimore, MD 21209-3600 | Environmental Law | $ 4,500.00 |
| Pitney Hardin Kipp & Szuch | 200 Campus Drive<br>Florham Park, NJ 07932-0950 | Asbestos Litigation/Bankruptcy Law/Environmental/ Real Estate | $ 104,084.23 |
| Plauche Smith and Nieset | 1123 Pithon Street<br>Lake Charles, LA 70602<br>East Bridge At Riverplace | Bodily Injury Litigation | $ 14,968.23 |
| Plunket, Schwartz, Peterson, P.A. | 10 Second St. Suite 114<br>Minneapolis, MN 55413 | Asbestos Law | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| Pouliot Mercure | 1155 Blvd Rene-Leveque West 31st Floor Montreal, Quebec, Canada | Employment Law | $ - |
| Poyner & Spruill | 100 North Tryon St  Suite 4000 Charlotte, NC  28202-4010 | General Litigation | $ - |
| Preaus, Roddy Krebs, L.L.P. | 1650 Poydras Street, Suite 1650 New Orleans, LA  70130-6114 | Litigation/Asbestos Property Damage | $ - |
| Pregaglia, Gian Franco | 20090 Milano San Felice Settima Strada No. 21 Switzerland, 0000 | | $ - |
| Quarles & Brady, LLC | 411 E. Wisconsin Avenue Milwaukee, WI  53202-4278 | | $ - |
| Reed Smith, LLP | P.O. Box 360074M Pittsburgh, PA  15251-6074 | | $ - |
| Remmes, Richard G., Attorney | 115 Woolford Road Wrentham, MA  02093 | Employment Law | $ 23,623.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court Dallas, TX  75225 | Environmental Law | $ 179,346.99 |
| Robinson & Cole | One Commercial Plaza Hartford, CT  06103-3597 | Corporate Law | $ - |
| Rosenman & Colin | 575 Madison Ave New York, NY  10022-2585 | General Litigation | $ - |
| Rubin and Rudman LLP | 50 Rowes Wharf Boston, MA 02110 | General Litigation | $ 8,954.97 |
| Ryley, Carlock & Applewhite | 101 North First, Suite 2700 Phoenix, AZ  85003 | Employment Law | $ - |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304 Miami, FL 33102 | General Litigation | $ 4,538.44 |
| Sandra Michael | 5230 NE 33rd Way Fort Lauderdale, FL  33308 | General Litigation | $ - |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor Philadelphia, PA  19102-2186 | Environmental Law | $ 1,423.70 |
| Seeler, Marcia D., Esquire | PO Box 3154 Wellfleet, MA  02667 | General Litigation | $ 159,974.00 |
| Seyfarth Shaw, Fairweather & Geraldson | 2 Seaport Lane Boston, MA  02210 | Employment Law/ Commercial Litigation | $ - |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200 Chicago, IL  60603-5803 | Employment Litigation | $ 21,690.21 |
| Seyfarth Shaw Fairweather & Geraldson (Attorney Sue Stott, Esq.) | 101 California Street, Suite 2900 San Francisco, CA 94111-5858 | Employment Litigation | $ - |
| Shea & Gardner | 1800 Massachusetts Ave, NW Washington, DC  20036 | Lobbyist | $ - |
| Sheffer Hutchinson Kinney | 20 N. W. Lot Street Evansville, IN 47708 | General Litigation | $ - |
| Sidley & Austin | 1722 Eye Street, NW Washington, DC  20006 | Environmental Law | $ 3,705.46 |
| Siegel Barnett & Schutz | 5400 Broken Sound Blvd NW Boca Raton, FL  33487-3511 Promenade II, Suite 3100 | Bodily Injury Litigation | $ - |
| Smith Gambrell & Russell | 1230 Peachtree Street, NE Atlanta, GA  30309-3592 | Bodily Injury Litigation | $ - |
| Snow Christensen & Martineau | 10 Exchange Place, 11th Fl Salt Lake City, UT  84145 1000 Walnut St | Bodily Injury Litigation | $ - |
| Spencer Fane Britt & Browne | Suite 1400 Kansas City, MO  64106 | Environmental Law | $ - |
| Stamy, Edward G., C.P.A., P.C. | 917 California Avenue Libby, MT 59923 | Tax Accounting | $ - |
| Starnes & Atchison | 100 Brookwood Pl 7th Flr Birmingham, AL  35259-8512 | Bodily Injury Litigation | $ - |
| Steptoe & Johnson LLP | 1330 Connecticut Ave N.W. Washington, DC  20036-1795 | General Tax Law | $ 175,939.44 |
| Sterns & Weinroth | P.O. Box 1298 Trenton, NJ 08607-1298 | Environmental Law | $ 158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street New Orleans, LA  70130-3588 | Asbestos Litigation | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through June 30, 2003 |
|---|---|---|---|
| Storslee Law Firm, P.C. | 1802 Allison Drive<br>Bismarck, ND 58501 | Bodily Injury Litigation | $ 343.71 |
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX 75250 | Bodily Injury Litigation | $ 3,525.46 |
| Sulloway, Hollis & Soden | 9 Capitol St.<br>Concord, NH 03302-1256 | Environmental Law | $ - |
| Swidler Berlin Shereff | 919 Third Avenue<br>New York, NY 10022-9998 | General Litigation | $ - |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL 33434 | Tax Consultant | $ 5,258.00 |
| Talarico Law Offices | 55 Madison Avenue<br>Morristown, NJ 07960 | Asbestos Litigation | $ - |
| Taylor, Duane, Barton & Gilman | 111 Devonshire St<br>Boston, MA 02109 | General Litigation | $ - |
| Thompson Dorfman Sweatman | 2200-201 Portage Avenue<br>Winnipeg, MB<br>R3B 3L3 | Employment Law | $ - |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL 60694-1892 | Intellectual Property Law | $ 33.50 |
| Tozzini, Freire, Teixeira E Silva | Rua Libero Badaro, 293-20 andar CEP 01099 | Acquisitions | $ - |
| Tremblay & Smith, LLP | PO Box 1585<br>Charlottesville, VA 22902 | General Litigation | $ - |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD 20854 | Intellectual Property Law | $ 75,640.00 |
| Tydings & Rosenberg | 100 East Pratt Street<br>Baltimore, MD 21202 | Bodily Injury Litigation | $ - |
| Vail, Hamilton, Koch & Knox | 1717 Main Street, Suite 4400<br>Dallas, TX 75201 | Product Liability Litigation | $ - |
| Vanzetti Law Firm | | | $ - |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust<br>2 Hopkins Plaza<br>Towson, MD 21285-5517 | Bodily Injury Litigation/Benefits/<br>Employment Law | $ 51,286.10 |
| Venkatanarayana, G.<br>Ramakrishnaiah | | | $ - |
| Vertlieb, Anderson | 835 Granvilles Street # 200<br>Vancouver, BC, Canada V6Z 1K7 | Employment Law | $ 606.55 |
| Verusio E. Cosmelli | Foro Traiano 1-A<br>Rome, Italy 20122 | Patent Litigation | $ - |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX 77002-6760 | Environmental Law | $ 8,989.16 |
| Von Briesen & Purtell | 411 E. Wisconsin Ave<br>Suite 700<br>Milwaukee, WI 53202-4470 | Environmental Law | $ - |
| Wallace King Marraro & Branson,<br>PLLC | 1050 Thomas Jefferson St N.W.<br>Washington, DC 20007 | Legal Services | $ 200,000.00 |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN 37219-8966 | Corporate Law | $ 45,466.71 |
| Watkins & Eager | The Emporium Bldg<br>400 E. Capital Street<br>Jackson, MS 39205 | General Litigation | $ - |
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | Environmental Law/Tax Law | $ 82,166.05 |
| Weitzel, William C., Jr. c/o<br>Cummings & Lockwood. | Four Stamford Plaza<br>P. O. Box 120<br>Stamford, CT 06904-0120 | Corporate Law | $ - |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | Environmental Law | $ 1,492.57 |
| Withum, Smith & Brown | 100 Overlook Center<br>Princeton, NJ 08540 | Accounting Services | $ - |
| Wollmuth Maher & Deutsch LLP | 516 Fifth Avenue<br>New York, NY 10036 | Property Damage Litigation | $ - |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 | Intellectual<br>Property/Litigation/Patent Law | $ 265,961.86 |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902 | Bodily Injury Litigation | $ 1,933.58 |
| Wyatt, Tarrant & Combs | Citizens Plaza<br>Louisville, KY 40202 | Employment Law | $ 3,019.48 |