**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 4014, 4015, 4016, and 4017** |

**NOTICE OF DOCUMENTS ENTERED IN ERROR**

PLEASE TAKE NOTICE that docket Nos. 4014, 4015, 4016 and 4017 have been entered in error. The filed documents do not correspond with the served documents.

| | |
|---|---|
| Dated: July 11, 2003 | ELZUFON AUSTIN REARDON<br>TARLOV & MONDELL, P.A.<br><br>*/s/ Charles J. Brown, III*<br>Charles J. Brown, III (No. 3368)<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19801<br>(302) 428-3181 |