*Chart 5*

| Remedium Group, Inc. Status of Postpetition Taxes MOR-4 May 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $        - | $      13,339 | $     (13,339) | $        - |
| FICA - Employee | - | 6,237 | (6,237) | - |
| FICA and payroll- Employer | - | 6,237 | (6,237) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $        - | $      25,813 | $     (25,813) | $        - |
| **State and Local** | | | | |
| Withholding | $        - | $         597 | $        (597) | $        - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $        - | $         597 | $        (597) | $        - |
| Total Taxes | $        - | $      26,410 | $     (26,410) | $        - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc. Status of Postpetition Taxes MOR-4 May 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ 4,728 | $ (4,728) | $ - |
| FICA - Employee | - | 232 | (232) | - |
| FICA and payroll- Employer | (36) | 233 | (233) | (36) |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ (36) | $ 5,193 | $ (5,193) | $ (36) |
| **State and Local** | | | | |
| Withholding | $ - | $ 889 | $ (889) | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ 889 | $ (889) | $ - |
| Total Taxes | $ (36) | $ 6,082 | $ (6,082) | $ (36) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>May 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| FICA - Employee | - | - | - | - |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $            - | $            - | $            - | $            - |
| **State and Local** | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $            - | $            - | $            - | $            - |
| Total Taxes | $            - | $            - | $            - | $            - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>May 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | (193) | 1,017 | (1,017) | (193) |
| FICA and payroll- Employer | 1,210 | 1,017 | (91) | 2,136 |
| Unemployment | - | - | - | |
| Other | - | - | - | |
| Total Federal Taxes | $ 1,017 | $ 2,034 | $ (1,108) | $ 1,943 |
| **State and Local** | | | | |
| Withholding | $ - | $ 1,807 | $ (1,807) | $ - |
| Sales & Use | - | | | - |
| Property Taxes | 255,201 | 4,064 | - | 259,265 |
| Other | | - | - | - |
| Total State and Local | $ 255,201 | $ 5,871 | $ (1,807) | $ 259,265 |
| Total Taxes | $ 256,218 | $ 7,905 | $ (2,915) | $ 261,208 |

---

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

| W. R. Grace & Co. - Conn |
|---|
| **Accounts Receivable Reconciliation and Aging** |
| **MOR-5** |
| **May 2003** |

| Trade Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, beginning of month, gross | $ 102,608,798 |
| Amounts billed during the period | 70,104,565 |
| Amounts collected during the period | (71,482,544) |
| Other | 3,893,431 |
| | |
| Trade accounts receivable at the end of month, gross | $ 105,124,250 |
| **Trade Accounts Receivable Aging** | |
| Current | $ 73,813,062 |
| 1-30 days past due | 24,049,017 |
| 31-60 days past due | 5,908,095 |
| +61 days past due | 1,354,076 |
| Trade accounts receivable, gross | 105,124,250 |
| Allowance for doubtful accounts | (894,742) |
| Trade accounts receivable, net | $ 104,229,508 |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $ 104,229,508 |
| Customer notes and drafts receivable | 523,969 |
| Pending customer credit notes | (35,017) |
| Advances and deposits | 5,634,039 |
| Nontrade receivables, net | 1,104,030 |
| Total notes and accounts receivable, net | $ 111,456,529 |

*Chart 6*

| Remedium Group, Inc. |
| Accounts Receivable Reconciliation and Aging |
| MOR-5 |
| May 2003 |

**Trade Accounts Receivable Reconciliation**

| | |
|---|---|
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |

**Trade Accounts Receivable Aging**

| | |
|---|---|
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

**Notes and Accounts Receivable Reconciliation**

| | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 23,965 |
| Total notes and accounts receivable, net | $ 23,965 |

**Chart 6**

| Darex Puerto Rico, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>May 2003 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ 2,643,473 |
| Amounts billed during the period | 591,909 |
| Amounts collected during the period | (421,956) |
| Other | 70,322 |
| Trade accounts receivable at the end of month, gross | $ 2,883,748 |
| **Trade Accounts Receivable Aging** | |
| Current | $ 1,627,516 |
| 1-30 days past due | 498,499 |
| 31-60 days past due | 331,960 |
| +61 days past due | 425,773 |
| Trade accounts receivable, gross | 2,883,748 |
| Allowance for doubtful accounts | (34,626) |
| Trade accounts receivable, net | $ 2,849,122 |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ 2,849,122 |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | (1,147) |
| Advances and deposits | - |
| Nontrade receivables, net | 3,148 |
| Total notes and accounts receivable, net | $ 2,851,123 |

*Chart 6*

| Grace Europe, Inc. Accounts Receivable Reconciliation and Aging MOR-5 May 2003 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 82,700 |
| Total notes and accounts receivable, net | $ 82,700 |

*Chart 7*

| W.R. Grace & Co., et al Debtor Questionnaire MOR - 5 May 2003 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X (unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000: Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | | |
|---|---|---|---|---|
| Combined Statement of Operations | | | | |
| | Month Ended May 31, | | Five Months Ended May 31, | |
| Amounts in millions: | 2003 | 2002 | 2003 | 2002 |
| Net sales to third parties | $ 70.7 | $ 76.2 | $ 333.6 | $ 355.1 |
| Net sales to non-filing entities | 16.0 | 14.6 | 61.9 | 54.7 |
| Interest and royalties from non-filing entities | 3.6 | 3.2 | 18.0 | 17.1 |
| Other income | 0.8 | 0.5 | 8.0 | 6.7 |
| | 91.1 | 94.5 | 421.5 | 433.6 |
| Cost of goods sold to third parties | 47.1 | 44.9 | 229.0 | 220.1 |
| Cost of goods sold to non-filing entities | 11.6 | 10.4 | 44.3 | 38.5 |
| Selling, general and administrative expenses | 23.7 | 20.1 | 118.5 | 104.9 |
| Research and development expenses | 3.4 | 3.6 | 18.1 | 17.2 |
| Depreciation and amortization | 5.1 | 5.0 | 25.7 | 25.1 |
| Interest expense | 1.4 | 1.6 | 6.9 | 7.8 |
| | 92.3 | 85.6 | 442.5 | 413.6 |
| Income (loss) before Chapter 11 expenses, | | | | |
| income taxes and equity in net income of non-filing entities | (1.2) | 8.9 | (21.0) | 20.0 |
| Chapter 11 expenses, net | (3.2) | (2.8) | (7.3) | (8.9) |
| Provision for income taxes | 0.6 | (3.9) | 2.7 | (11.0) |
| Equity in net income of non-filing entities | 2.5 | 5.7 | 24.9 | 26.3 |
| Net (loss) income | $ (1.3) | $ 7.9 | $ (0.7) | $ 26.4 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

| W. R. Grace & Co. - Chapter 11 Filing Entities Combined Functional Basis Statement of Cash Flows | Month Ended May 31, 2003 | Year to Date May 31, 2003 |
|---|---|---|
| Amounts in millions | | |
| **Core operations cash flow** | | |
| Pre-tax (loss) income from core operations | $ 3.8 | $ (0.1) |
| Depreciation and amortization | 5.1 | 25.7 |
| | 8.9 | 25.6 |
| Changes in all core assets/liabilities and other | (15.6) | (32.1) |
| Net increase in accounts receivable due to termination of the securitization program | - | - |
| | (6.7) | (6.5) |
| Capital expenditures | (4.8) | (26.0) |
| Core Pre-tax Operating Cash Flow | (11.5) | (32.5) |
| **Charges against core reserves** | | |
| Pension liabilities | (0.5) | (2.0) |
| Deferred compensation | - | (0.2) |
| Self insurance | (0.1) | (0.1) |
| Total Spending Against Core Reserves | (0.6) | (2.3) |
| Core Cash Flow | (12.1) | (34.8) |
| **Noncore cash flow** | | |
| Proceeds from asset sales | - | 0.7 |
| Benefit proceeds under life insurance policies | - | 4.4 |
| Other noncore pretax cash flow | 0.2 | (2.7) |
| Noncore Pre-tax Cash Flow | 0.2 | 2.4 |
| **Charges against noncore reserves** | | |
| Asbestos | | |
| Asbestos claims processing | 0.3 | (3.5) |
| Less - insurance recovery | 7.8 | 10.2 |
| Net asbestos (payments) | 8.1 | 6.7 |
| Environmental remediation | (0.4) | (5.1) |
| Retained obligations and other | (0.3) | (0.4) |
| Postretirement benefits | (0.9) | (5.2) |
| Total Spending Against Noncore Reserves | 6.5 | (4.0) |
| Noncore Cash Flow | 6.7 | (1.6) |
| Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow | (5.4) | (36.4) |
| Cash paid for taxes, net of refunds | 0.6 | (0.1) |
| Cash paid for interest | 0.6 | 0.1 |
| Chapter 11 reorganization expenses paid | (2.9) | (8.9) |
| Cash Flow before Strategic Investments | (7.1) | (45.3) |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | - |
| Cash used for Strategic Investments | - | - |
| Cash Flow after Strategic Investments | (7.1) | (45.3) |
| Borrowings (repayments) under DIP facility | (0.2) | 27.4 |
| Net (investing)/financing activities under life insurance policies | 0.1 | (5.9) |
| Net Cash Flow | $ (7.2) | $ (23.8) |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| **Combined Balance Sheet** | | | |
| Amounts in millions | May 31, 2003 | December 31, 2002 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 33.0 | $ 56.8 | $ 8.6 |
| Accounts and other receivables, net | 114.4 | 115.0 | 43.8 |
| Receivables from non-filing entities, net | 36.2 | 41.3 | 51.2 |
| Inventories | 80.3 | 70.5 | 80.6 |
| Deferred income taxes | 20.2 | 22.2 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 19.1 | 30.8 | 21.9 |
| **Total Current Assets** | 303.2 | 336.6 | 304.0 |
| | | | |
| Properties and equipment, net | 390.1 | 389.7 | 400.4 |
| Goodwill | 14.6 | 14.5 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 86.8 | 82.4 | 64.1 |
| Deferred income taxes | 576.7 | 567.0 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 272.4 | 282.6 | 323.4 |
| Loans receivable from non-filing entities, net | 511.6 | 444.4 | 387.5 |
| Investment in non-filing entities | 280.0 | 241.4 | 121.0 |
| Other assets | 88.7 | 82.9 | 308.5 |
| **Total Assets** | $ 2,524.1 | $ 2,441.5 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ 30.0 | - | - |
| Accounts payable | 42.2 | 41.2 | - |
| Income Taxes Payable | 5.0 | 5.0 | - |
| Other current liabilities | 40.5 | 53.1 | - |
| **Total Current Liabilities** | 117.7 | 99.3 | - |
| | | | |
| Debt payable after one year | - | - | - |
| Other liabilities | 240.4 | 229.6 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 358.1 | 328.9 | 31.8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 543.6 | 538.8 | 511.5 |
| Accounts payable | 32.2 | 32.4 | 43.0 |
| Income taxes payable | 232.3 | 231.1 | 210.1 |
| Asbestos-related liability | 969.7 | 973.2 | 1,002.8 |
| Other liabilities | 554.7 | 559.2 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,332.5 | 2,334.7 | 2,366.0 |
| **Total Liabilities** | 2,690.6 | 2,663.6 | 2,397.8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 432.2 | 433.0 | 432.6 |
| Accumulated deficit | (116.4) | (115.7) | (201.8) |
| Treasury stock, at cost | (136.1) | (137.0) | (136.4) |
| Accumulated other comprehensive income (loss) | (347.0) | (403.2) | (169.5) |
| **Total Shareholders' Deficit** | (166.5) | (222.1) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,524.1 | $ 2,441.5 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

*Chart 11*

**W. R. Grace & Co.**
**Notes to Combined Financial Statements**
**May 31, 2003**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products ("Davison Chemicals") and construction chemicals, building materials and sealants and coatings ("Performance Chemicals").

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co., either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

### VOLUNTARY BANKRUPTCY FILING

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"),    W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product.    After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 filing provided the best forum available to achieve predictability and fairness in the claims settlement process.

By filing under Chapter 11, Grace expects to be able to both obtain a comprehensive resolution of the claims against it and preserve the inherent value of its businesses.    Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

*Consequence of Filing* – As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. Such a plan of reorganization may include the establishment of a trust through which all pending and future asbestos-related claims would be channeled for resolution. However, it is currently impossible to predict with any degree of certainty the amount that would be required to be contributed to the trust, how the trust would be funded, how other pre-petition claims would be treated or what impact any reorganization plan may have on the shares of common stock of the Company. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The formulation and implementation of the plan of reorganization is expected to take a significant period of time.

*Status of Chapter 11 Proceedings* – Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.    In addition, the Debtors have received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations in the ordinary course of business,

including employee wages and benefits, customer programs, shipping charges, and a limited amount of claims of essential trade creditors.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received an extension of their exclusivity period during which to file a plan of reorganization through August 1, 2003, and an extension of the Debtors' exclusive rights to solicit acceptances of a reorganization plan through October 1, 2003.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court and, together with a legal representative of future asbestos claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin is presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite® Attic Insulation, which will be dealt with separately. Rust Consulting, the court-approved claims handling agent for the Chapter 11 Cases, is maintaining a register of all claims filed. Grace is cataloguing claims as filed and assessing their validity. As a large portion of claims were filed in the two weeks prior to

the bar date, it will likely take several months to assess the validity of all claims filed and to develop a plan to address these claims through the bankruptcy process. At this time, it is not possible to estimate the value of all claims that will ultimately be allowed by the Bankruptcy Court, due to the uncertainties of the Chapter 11 process, the in-progress state of Grace's investigation of submitted claims, and the lack of documentation submitted in support of many claims.

In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court has set a litigation schedule that would result in pretrial hearings on these issues in the third quarter of 2003.

On November 29, 2002, Sealed Air Corporation ("Sealed Air") and Fresenius Medical Care AG ("Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle asbestos and fraudulent conveyance claims related to the 1998 transaction involving Grace's former packaging business and Sealed Air, and the 1996 transaction involving Grace's former medical care business and Fresenius, respectively. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum, commencing on December 21, 2002) and nine million shares of Sealed Air common stock, valued at $395.0 million as of May 31, 2003, as directed by the Bankruptcy Court upon confirmation of Grace's plan of reorganization and the fulfillment of specified conditions. Under the terms of the proposed Fresenius settlement, as subsequently revised, Fresenius would contribute $115.0 million to the Grace estate, or as otherwise directed by the Bankruptcy Court, upon confirmation of a plan of reorganization. The Sealed Air and Fresenius settlements are subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions. Grace is unable to predict how these settlements may ultimately affect its plan of reorganization.

*Impact on Debt Capital* – All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of May 31, 2003 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility, originally set to expire April 1, 2003, has been extended for up to an additional three years through April 2006.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7") "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain Debtors' assets and the liquidation of certain Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not currently give effect to any adjustments to the carrying value or classification of assets or liabilities that might be necessary as a consequence of a plan of reorganization.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of May 31, 2003, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments) as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). The recorded amounts of such liabilities generally reflect accounting measurements as of the Filing Date, adjusted as warranted for changes in facts and circumstances and/or rulings under Grace's Chapter 11 proceedings subsequent to the Filing. (See Note 3 to the Consolidated Financial Statements for detail of the liabilities subject to compromise as of May 31, 2003, and as of the Filing Date.) Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheet based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

## Basis of Presentation

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2002 Form 10-K and, when filed, its 2003 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Consolidated Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

Certain amounts in prior years' Consolidated Financial Statements have been reclassified to conform to the 2003 presentation.

## Use of Estimates

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet separately identifies the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the

Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through May 31, 2003.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,333.0 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | -- | |
| Freight and distribution order ... | -- | (5.7) |
| Trade accounts payable order ... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ............................... | 1.0 | (160.7) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 0.9 | 40.4 |
| Current period employment-related accruals ...................... | 1.4 | 22.6 |
| Change in estimate of environmental contingencies | -- | 78.5 |
| Change in estimate of income tax contingencies ........................ | -- | 24.8 |
| Balance sheet reclassifications ..... | (3.8) | (24.3) |
| Balance, end of period .................. | $ 2,332.5 | $ 2,332.5 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan or reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

4

## 3.  Other Balance Sheet Accounts

| (Dollars in millions) | May 31, 2003 | Filing Date |
|---|---|---|
| **Accounts and other receivables, net** | | |
| Trade receivables, less allowance of $0.9 (Filing Date – $0.7) | $  107.6 | $  32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1) | 6.8 | 11.5 |
| | $  114.4 | $  43.8 |
| **Inventories** | | |
| Raw materials | $  17.2 | $  20.3 |
| In process | 22.3 | 16.2 |
| Finished products | 65.3 | 63.8 |
| General merchandise | 10.3 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | (34.8) | (29.3) |
| | $  80.3 | $  80.6 |
| **Other Assets** | | |
| Deferred pension costs | $  4.9 | $  227.9 |
| Deferred charges | 26.3 | 40.4 |
| Long-term receivables | 8.1 | 1.9 |
| Long-term investments | - | 2.1 |
| Patents, licenses and other intangible assets | 19.1 | 25.2 |
| Pension – unamortized prior service cost | 26.4 | 8.1 |
| Other assets | 3.9 | 2.9 |
| | $  88.7 | $  308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation | $  9.6 | $  -- |
| Accrued commissions | 4.0 | -- |
| Customer programs | 9.4 | -- |
| Accrued utilities | 0.1 | -- |
| Accrued freight | 3.0 | -- |
| Other accrued liabilities | 14.4 | -- |
| | $  40.5 | $  -- |
| **Other Liabilities** | | |
| Deferred royalty income-nonfiling entities | 6.8 | 31.8 |
| Pension – underfunded plans | 233.0 | -- |
| Other accrued liabilities | 0.6 | -- |
| | $  240.4 | $  31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits | $  142.4 | $  185.4 |
| Environmental remediation | 197.9 | 164.8 |
| Retained obligations of divested businesses | 55.7 | 75.5 |
| Special pension arrangements | 76.0 | 70.8 |
| Deferred compensation | 5.5 | 8.2 |
| Self insurance reserve | 25.4 | 11.8 |
| Other accrued liabilities | 51.8 | 82.1 |
| | $  554.7 | $  598.6 |

## 4.  Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $86.8 million at May 31, 2003. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at May 31, 2003 and Filing Date:

| Components of Net Cash Value | May 31, 2003 | Filing Date |
|---|---|---|
| Gross cash value | $  477.8 | $  453.7 |
| Principal – policy loans | (367.7) | (390.3) |
| Accrued interest – policy loans | (23.3) | 0.7 |
| Net cash value | $  86.8 | $  64.1 |
| Insurance benefits in force | $ 2,229.3 | $2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5.  Debt

On May 31, 2003, and Filing Date, Grace's debt was as follows:

| Components of Debt (Dollars in millions) | May 31, 2003 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility | $  30.0 | $  -- |
| Other short-term borrowings | -- | -- |
| | $  30.0 | $  -- |
| **Debt payable after one year** | | |
| DIP facility | $  -- | $  -- |
| Other long-term borrowings | -- | -- |
| | $  -- | $  -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $  500.0 | $  500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 1.0 | 1.2 |
| Accrued interest | 42.6 | 2.6 |
| | $  543.6 | $  511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors' have extended the term of the DIP facility

for up to an additional three years through April 2006, and modified certain other provisions. Grace had $30.0 million outstanding under the DIP facility as of May 31, 2003.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of May 31, 2003.

# Bank Statements

JPMorgan Chase Bank

# JPMorgan Chase

## Statement of Account

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | 000-USA-21 |
| Statement No: | 004 |

in US Dollars

Page 1 of 4

### TRANSACTIONS

| | | | ENCLOSURES | |
|---|---|---|---|---|
| Total Credits | 2 | 227,000.00 | Credits | 0 |
| Total Debits (incl. checks) | 22 | 217,979.07 | Debits | 0 |
| Total Checks Paid | 0 | 0.00 | Checks | 0 |

### BALANCES

| | Opening (01 APR 2003) | | Closing (30 APR 2003) | |
|---|---|---|---|---|
| Ledger | 227,000.00 | | Ledger | 62,066.38 |
| Collected | 217,979.07 | | Collected | 62,066.38 |

**Special offer from JPMorgan - Receive Internet Statements free of charge for three months.** Need to reconcile your accounts as soon as possible? Take advantage of our promotional offer for Internet Statements. Download your statements two business days after the statement cycle ends. Search for transactions listed in the statement. Export data as a text or formatted Excel file. Best of all, receive your first three Internet Statements free of charge. Please contact your JPMorgan Relationship Manager for more information.

### TRANSACTIONS

| Ledger Date | Adj Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 04APR | | 04APR | USD | YOUR: TEBC OF 03/04/04<br>OUR: 085430094JB | 150,000.00 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>CAMBRIDGE MA 02140<br>REF: HOWT |
| 24APR | | 24APR | USD | YOUR: TEBC OF 03/04/24<br>OUR: 054930114JB | 77,000.00 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>CAMBRIDGE MA 02140<br>REF: HOWT |
| **DEBITS** | | | | | | |
| 01APR | 31MAR | 31MAR | USD | OUR: 0309100094WA | 12,411.36 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 03/31/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 02APR | 01APR | 01APR | USD | OUR: 030920097WA | 11,424.43 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 04/01/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |

FT CODE:

| | |
|---|---|
| US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |
| US1 - ONE DAY FLOAT | USD - SAME DAY FUNDS |
| US2 - TWO DAY FLOAT | USN - NEXT DAY FUNDS |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 01APR | 49,655.02 |
| 02APR | 38,230.59 |
| 03APR | 24,248.28 |
| 04APR | 164,411.19 |
| 07APR | 157,894.64 |
| 08APR | 145,352.78 |
| 09APR | 135,795.07 |
| 10APR | 126,946.40 |
| 11APR | 120,296.69 |
| 14APR | 116,648.43 |
| 15APR | 105,732.66 |
| 16APR | 92,611.98 |
| 17APR | 84,165.97 |
| 18APR | 74,703.65 |
| 21APR | 66,052.96 |
| 22APR | 52,578.09 |
| 23APR | 47,023.80 |
| 24APR | 109,054.85 |
| 28APR | 101,910.57 |
| 28APR | 93,593.88 |
| 29APR | 82,424.10 |
| 30APR | 71,087.31 |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase          Statement of Account

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 000-USA-21
Statement No: 004

In US Dollars
Page 2 of 4

COLLECTED BALANCES

| Date | Closing Balance Amount |
| --- | --- |
| 01APR | 49,655.02 |
| 02APR | 38,230.59 |
| 03APR | 24,248.28 |
| 04APR | 164,411.19 |
| 07APR | 157,894.64 |
| 08APR | 143,352.78 |
| 09APR | 135,795.07 |
| 10APR | 126,946.40 |
| 11APR | 120,296.69 |
| 14APR | 112,648.43 |
| 15APR | 105,732.66 |
| 16APR | 92,611.98 |
| 17APR | 84,165.97 |
| 18APR | 74,703.65 |
| 21APR | 66,052.96 |
| 22APR | 42,528.00 |
| 23APR | 42,278.09 |
| 24APR | 109,658.97 |
| 25APR | 100,091.57 |
| 28APR | 93,593.88 |
| 29APR | 82,424.10 |
| 30APR | 71,087.31 |

*DEBITS CONTINUED*

| Ledger Date | Adj Ledger Date | Value Date | IT | References | Credit/Debit | Description |
| --- | --- | --- | --- | --- | --- | --- |
| 03APR | 02APR | 02APR | USD | OUR: 0309300096WA | 13,982.31 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/02/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 04APR | 03APR | 03APR | USD | OUR: 0309400098WA | 9,837.09 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/03/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07APR | 04APR | 04APR | USD | OUR: 0309700096WA | 6,516.55 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/04/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08APR | 07APR | 07APR | USD | OUR: 0309800097WA | 14,541.86 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/07/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09APR | 08APR | 08APR | USD | OUR: 0309900097WA | 7,557.71 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/08/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10APR | 09APR | 09APR | USD | OUR: 0310000091WA | 8,848.67 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/09/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 11APR | 10APR | 10APR | USD | OUR: 0310100093WA | 6,649.71 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. W R GRACE & CO FOR WORK OF 04/10/03 002-2-416598 C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14APR | 11APR | 11APR | USD | OUR: 0310400093WA | 7,648.26 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

TS

**Statement of Account**

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

in US Dollars

| | Account No: | 910-1-013572 |
|---|---|---|
| | Statement Start Date: | 01 APR 2003 |
| | Statement End Date: | 30 APR 2003 |
| | Statement Code: | 000-USA-21 |
| | Statement No: | 004 |
| | | Page 3 of 4 |

| Ledger Date | Adj Ledger Date | Value Date | F.T/Tr | References | Credit/Debit | Description | Date | Closing Balances/Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **DEBITS CONTINUED** | | |
| 15APR | 14APR | 14APR | USD | OUR: 0310500094WA | 6,915.77 | 002-2-416598 FOR WORK OF 04/11/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 16APR | 15APR | 15APR | USD | OUR: 0310600093WA | 13,120.68 | 002-2-416598 FOR WORK OF 04/14/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 17APR | 16APR | 16APR | USD | OUR: 0310700095WA | 8,446.01 | 002-2-416598 FOR WORK OF 04/15/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 18APR | 17APR | 17APR | USD | OUR: 0310800092WA | 9,462.32 | 002-2-416598 FOR WORK OF 04/16/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 21APR | 18APR | 18APR | USD | OUR: 0311100090WA | 8,650.69 | 002-2-416598 FOR WORK OF 04/17/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 22APR | 21APR | 21APR | USD | OUR: 0311200092WA | 13,474.87 | 002-2-416598 FOR WORK OF 04/18/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 23APR | 22APR | 22APR | USD | OUR: 0311300090WA | 5,353.29 | 002-2-416598 FOR WORK OF 04/21/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |

JPMorganChase

TS

# Statement of Account

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

**In US Dollars**
910-1-013572
01 APR 2003
30 APR 2003
000-USA-21
004
Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | FX Rate | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 24APR | 23APR | 23APR | | USD OUR: 0311400092WA | 14,565.85 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/23/03 W R GRACE & CO C/O CORPORATE | | |
| 25APR | 24APR | 24APR | | USD OUR: 0311500096WA | 9,567.38 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/24/03 W R GRACE & CO C/O CORPORATE | | |
| 28APR | 25APR | 25APR | | USD OUR: 0311800094WA | 6,497.69 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/25/03 W R GRACE & CO C/O CORPORATE | | |
| 29APR | 28APR | 28APR | | USD OUR: 0311900099WA | 11,169.78 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/28/03 W R GRACE & CO C/O CORPORATE | | |
| 30APR | 29APR | 29APR | | USD OUR: 0312000095WA | 11,336.79 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 04/29/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

## CHECKS

*No Activity*

# WACHOVIA

191 Peachtree ST
Atlanta    GA 30303

60    **TAXPAYER ID**    13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
### April 1, 2003 - April 15, 2003 ( 15 days)

Page 1 of 2

No Images
C       0

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|---|
| Your Wachovia Banker |
| Visit our web site at www.wachovia.com |

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| Average Ledger Balance | $.00 | | | | |

### Daily Activity and Balance

There was no activity for this statement period.

### Checks

There were no checks paid this statement period.

# WACHOVIA

**FOR CHANGE OF ADDRESS:**
(Please check one and fill in your new address below)

8619-039102

☐ On ALL of my Wachovia accounts
☐ On this account ONLY  # _____

For address changes on other selected accounts, please contact any Wachovia office.

_____

_____
Street

_____
City/State/Zip

_____
Customer Signature

_____
Customer Signature

**Detach here and mail to Wachovia Bank, N.A., SC 9088, 1628 Browning Road, Columbia, SC 29226.**

## Follow the steps below to balance your checkbook with your statement.

**Step 1.** Determine which checks or paper drafts have posted to your account during this statement period.  These items are listed in numerical order under the "Checks" section.  Compare this list to your checkbook.  Be sure to enter in your checkbook any items not entered previously. **Page 2 of 2**

**Step 2.** Enter in your checkbook any ATM and Visa Check transactions or other described transactions (such as automatic payments, transfers, and service charges) not previously recorded.

**Step 3.** List below any deposits not shown on this statement.   **Step 4.** List below all outstanding checks or other withdrawals.   **Step 5.** Balance your checkbook and your statement. ⬤

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total  |        |

A.  Enter the Ending Balance shown on your statement.  $ _____

B.  Enter the Total Deposits from Step 3.  $ _____

C.  Add lines A and B.  $ _____

D.  Enter the Total Checks/Withdrawals from Step 4.  $ _____

E.  Subtract line D from line C. This is your new balance and should agree with the last balance shown in your checkbook.  $ _____

Please examine your statement promptly and report any inaccuracies as soon as possible to the Wachovia office at the telephone number or address shown on your statement. The Uniform Commercial Code requires you to notify us promptly of any unauthorized signature or alteration on your checks.  Please remember your account cannot be assigned or transferred to another party without our permission.

**Direct Deposits.**   If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call Phone Access at the number shown on your statement to find out whether or not the deposit has been made.

**Lost or stolen Wachovia Banking Cards** should be reported immediately by calling Phone Access.  The number is listed on your statement.

**In case of errors or questions about your electronic transfers.**   If you think your statement is wrong or if you need more information about an electronic transfer listed, contact Wachovia On-Call at the telephone number shown on your bank statement or write us at the address shown on your bank statement as soon as possible.  We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.  To investigate an error, we will need the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days.  We will notify you of the results of our investigation within 10 business days after you contact us and will correct the error promptly. If more time is needed, however, we may take up to 45 days to investigate your complaint or question.  If this occurs, we will credit your account within 10 business days for the amount you think is in error.  This will allow you to use the money during the time it takes us to complete our investigation.  If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account until the investigation is completed and it is determined that an error did occur.  If your notice of an error involves a point-of-sale or international transaction we may take up to 90 days to investigate your complaint or question. If your notice involves a point-of-sale transaction with your Check Card ("Check Card transaction"), the applicable time period for action by us is 5 business days instead of 10 business days and we may take up to 90 days to investigate your complaint or question. However, with Check Card transactions we may withhold provisional credit, if the circumstances or account history warrants the delay, in accordance with the rules described above.  If your notice of error concerns a transaction, other than a Check Card transaction, that occurred during the first 30 days after the first deposit to the account was made, the applicable time periods are 20 business days in place of 10 business days and 90 days in place of 45 days. We will tell you the results of our investigation within three business days after completing our investigation. If we determine

that there was no error, we will send you a written explanation.  You may ask for copies of the documents that we used in the investigation.

**Line of Credit.** In case of errors or inquiries about your line of credit statement. If you think your line of credit statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the front of your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the first statement on which the error appeared.  You can telephone us, but doing so will not preserve your rights.  In your letter, give us the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**How to make line of credit payments.**   Payments received by 9:00 a.m. at our payment address shown on your bank statement will be credited as of the date of receipt. Payments received after 9:00 a.m. at our payment address will be credited the next business day. Payments received at our other authorized banking locations may incur a delay in posting to your account.

**Fair Credit Reporting Act.**   Wachovia makes every effort to ensure that we accurately report your credit information.  However, if you believe we have furnished any inaccurate information relating to your account (including current transactions).  To get the average daily balance of your account (including current transactions), please notify us at the following address: Wachovia Bank, N.A., P.O. Box 3117, Winston-Salem, N.C. 27102. To help us respond to your notification, please include your account number, Social Security Number, and as much information as possible about the error.

**Determining the Balance upon which a FINANCE CHARGE may be imposed.** We figure the FINANCE CHARGE on your account by applying the periodic rate to the average daily balance of your account (including finance charges).  To get the average daily balance we take the beginning balance of your account each day, add any new loans and subtract any payments or credits and unpaid finance charges, credit life insurance premiums, and late charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the average daily balance.

**Rate changes.**   The periodic rate for your line of credit may vary if you are a BankLine customer.

Wachovia Bank, N.A. is a member FDIC

IBA Statements (4/99)

002

# WACHOVIA

191 Peachtree ST
Atlanta      GA  30303

60      **TAXPAYER ID**          13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
### April 16, 2003 - April 30, 2003 ( 15 days)

**Page 1 of 2**

No Images
C      0

**FOR INFORMATION OR ASSISTANCE CONTACT:**

**Your Wachovia Banker**

**Visit our web site at www.wachovia.com**

## Commercial Checking Account Summary

**Account Number 8619-039102**

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |

Average Ledger Balance          $.00

## Daily Activity and Balance

There was no activity for this statement period.

# WACHOVIA

**FOR CHANGE OF ADDRESS:**
(Please check one and fill in your new address below)

8619-039102

☐ On ALL of my Wachovia accounts
☐ On this account ONLY  # _____

For address changes on other selected accounts, please contact any Wachovia office.

Street _____

City/State/Zip _____

Customer Signature _____

Customer Signature _____

---

Detach here and mail to Wachovia Bank, N.A., SC 9088, 1628 Browning Road, Columbia, SC 29226.

## Follow the steps below to balance your checkbook with your statement.

**Step 1.** Determine which checks or paper drafts have posted to your acount during this statement period. These items are listed in numerical order under the "Checks" section. Compare this list to your checkbook. Be sure to enter in your checkbook any items not entered previously. **Page 2 of 2**

**Step 2.** Enter in your checkbook any ATM and Visa Check transactions or other described transactions (such as automatic payments, transfers, and service charges) not previously recorded.

**Step 3.** List any deposits not shown on this statement. **Step 4.** List below all outstanding checks or other withdrawals.

**Step 5.** Balance your checkbook and your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total  |        |

A. Enter the Ending Balance shown on your statement.    $ _____

B. Enter the Total Deposits from Step 3.    $ _____

C. Add lines A and B.    $ _____

D. Enter the Total Checks/Withdrawals from Step 4.    $ _____

E. Subtract line D from line C. This is your new balance and should agree with the last balance shown in your checkbook.    $ _____

---

Please examine your statement promptly and report any inaccuracies as soon as possible to the Wachovia office at the telephone number or address shown on your statement. The Uniform Commercial Code requires you to notify us promptly of any unauthorized signature or alteration on your checks. Please remember your account cannot be assigned or transferred to another party without our permission.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call Phone Access at the number shown on your statement to find out whether or not the deposit has been made.

**Lost or stolen** Wachovia Banking Cards should be reported immediately by calling Phone Access. The number is listed on your statement.

**In case of errors or questions** about your electronic transfers. If you think your statement is wrong or if you need more information about an electronic transfer listed, contact Wachovia On-Call at the telephone number shown on your bank statement or write us at the address shown on your bank statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. To investigate an error, we will need the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days after you contact us and will correct the error promptly. If more time is needed, however, we may take up to 45 days to investigate your complaint or question. If this occurs, we will credit your account within 10 business days for the amount you think is in error. This will allow you to use the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account until the investigation is completed and it is determined that an error did occur. If your notice of an error involves a point-of-sale or international transaction we may take up to 90 days to investigate your complaint or question. If your notice involves a point-of-sale transaction with your Check Card ("Check Card transaction"), the applicable time period for action by us is 5 business days instead of 10 business days and we may take up to 90 days to investigate your complaint or question. However, with Check Card transactions we may withhold provisional credit, if the circumstances or account history warrants the delay, in accordance with the rules described above. If your notice of error concerns a transaction, other than a Check Card transaction, that occurred during the first 30 days after the first deposit to the account was made, the applicable time periods are 20 business days in place of 10 business days and 90 days in place of 45 days. We will tell you the results of our investigation within three business days after completing our investigation. If we determine

**Wachovia Bank, N.A. is a member FDIC**

IBA Statements (4/99)

that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in the investigation.

**Line of Credit.** In case of errors or inquiries about your line of credit statement. If you think your line of credit statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**How to make line of credit payments.** Payments received by 9:00 a.m. at our payment address shown on your bank statement will be credited as of the date of receipt. Payments received after 9:00 a.m. at our payment address will be credited the next business day. Payments received at our other authorized banking locations may incur a delay in posting to your account.

**Fair Credit Reporting Act.** Wachovia makes every effort to ensure that we accurately report your credit information. However, if you believe we have furnished any inaccurate information relating to your account to any consumer reporting agency, please notify us at the following address: Wachovia Bank, N.A., P.O. Box 3117, Winston-Salem, N.C. 27102. To help us respond to your notification, please include your account number, Social Security Number, and as much information as possible about the error.

**Determining the Balance upon which a FINANCE CHARGE may be imposed. We figure the FINANCE CHARGE on your account by applying the periodic rate to the average daily balance** of your account (including current transactions). To get the average daily balance we take the beginning balance of your account each day, add any new loans and subtract any payments or credits and unpaid finance charges, credit life insurance premiums, and late charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This give us the average daily balance.

**Rate changes.** The periodic rate for your line of credit may vary if you are a BankLine customer.

90633





# Commercial Checking

01    2199500021812  036  130              0    0    84,510

**WACHOVIA**

IıIıIııIIIIııIıIıIıIIıIII
W R GRACE AND CO-CONN
GENERAL ACCOUNT                              CB
ATTN: BONITA HARSH CCM SR CASH MNGR
7500 GRACE DR
COLUMBIA MD 21044

---

# Commercial Checking                          4/01/2003 thru 4/30/2003

Account number:        2199500021812
Account holder(s):     W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 4/01 | $10,457.34 |
| Deposits and other credits | 2,951,305.91 + |
| Other withdrawals and service fees | 2,961,235.62 - |
| **Closing balance 4/30** | **$527.63** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/07 | 10,290.02 | DEPOSIT |
| 4/07 | 124,214.29 | DEPOSIT |
| 4/11 | 0.00 | DEPOSIT |
| 4/11 | 55,639.10 | DEPOSIT |
| 4/11 | 659,238.38 | DEPOSIT |
| 4/18 | 2,075.00 | DEPOSIT |
| 4/18 | 701,482.26 | DEPOSIT |
| 4/28 | 4,473.91 | DEPOSIT |
| 4/28 | 1,393,892.95 | DEPOSIT |
| **Total** | **$2,951,305.91** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/10 | 134,961.65 | FUNDS TRANSFER  (ADVICE 030410027843) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          04/10/03  02:49PM |
| 4/15 | 691,298.91 | FUNDS TRANSFER  (ADVICE 030415013687) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          04/15/03  11:03AM |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

02      2199500021812  036  130            0      0      84,511

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/21 | 725,652.28 | FUNDS TRANSFER  (ADVICE 030421015765) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=                    04/21/03  01:25PM |
| 4/30 | 1,409,322.78 | FUNDS TRANSFER  (ADVICE 030430018023) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=                    04/30/03  01:30PM |
| **Total** | **$2,961,235.62** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 4/07 | 144,961.65 | 4/15 | 33,578.57 | 4/28 | 1,409,850.41 |
| 4/10 | 10,000.00 | 4/18 | 737,135.83 | 4/30 | 527.63 |
| 4/11 | 724,877.48 | 4/21 | 11,483.55 | | |

# FIRST UNION

## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN        025          ACCT NO.:   0001      2079900003615

ATTN: NELLIE FAUSTO

7500 GRACE DRIVE

COLUMBIA        MD 21044-4098

---

RECONCILEMENT OF DEBITS                      CUTOFF DATE:  04/30/2003

---

| | | |
|---|---|---:|
| CHECKS PAID ON RECONCILIATION REPORTS | | 79,499.42 |
| MISCELLANEOUS DEBITS | + | 2,106,103.31 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,185,602.73 |

=====================

TOTAL DEBITS FROM BANK STATEMENT                   2,185,602.73

---

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

VESTED-in-Quality

000155



## Commercial Checking

| 01 | 2079900003615 | 005 | 108 | 17 | 160 | 17,412 |

ılıllıllllıllıllıllılı
W R GRACE & CO-CONN
ATTN: NELLIE FAUSTO        CB    025
7500 GRACE DRIVE
COLUMBIA MD 21044

---

## Commercial Checking                                    4/01/2003 thru 4/30/2003

Account number:          2079900003615
Account holder(s):       W R GRACE & CO-CONN

Taxpayer ID Number:      133461988

## Account Summary

| | |
|---|---|
| Opening balance 4/01 | $0.00 |
| Deposits and other credits | 2,185,602.73 + |
| Other withdrawals and service fees | 2,185,602.73 - |
| **Closing balance 4/30** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/01 | 6,395.27 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/02 | 2,952.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/03 | 7,196.95 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/04 | 3,144.38 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/07 | 4,130.13 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/09 | 4,823.84 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/10 | 7,457.57 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/10 | 411,760.21 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/11 | 2,592.96 | AUTOMATED CREDIT W.R. GRACE        REVERSAL<br>CO. ID.        030411 CCD<br>MISC SETTL NCVCERIDN |
| 4/11 | 706,003.45 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/14 | 3,019.71 | AUTOMATED CREDIT RETURN SETTLE    RETURN<br>CO. ID.        030414 CCD<br>MISC SETTL CHRETIRE |
| 4/15 | 8,194.21 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/16 | 13,407.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02          2079900003615  005  108        17  160        17,413

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/17 | 4,946.15 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/17 | 9,229.59 | AUTOMATED CREDIT W.R. GRACE    REVERSAL<br>CO. ID.      030417 CCD<br>MISC SETTL NCVCERIDN |
| 4/18 | 2,015.88 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/21 | 5,161.35 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/22 | 633.22 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/23 | 4,943.36 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/24 | 6,647.24 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/24 | 359,634.61 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/25 | 590,027.96 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/28 | 4,649.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/29 | 10,720.05 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 4/30 | 5,914.16 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$2,185,602.73** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 4/01 | 6,395.27 | LIST OF DEBITS POSTED |
| 4/02 | 2,952.87 | AUTOMATED DEBIT BNF CTS    PMT IMPND<br>CO. ID. 1411902914 030402 CCD<br>MISC C4025-021669924 |
| 4/03 | 7,196.95 | AUTOMATED DEBIT    PAYROLL<br>CO. ID.      030403 CCD<br>MISC SETTL NCVCERIDN |
| 4/04 | 3,144.38 | LIST OF DEBITS POSTED |
| 4/07 | 4,130.13 | LIST OF DEBITS POSTED |
| 4/09 | 1,741.50 | LIST OF DEBITS POSTED |
| 4/09 | 3,082.34 | AUTOMATED DEBIT BNF CTS    PMT IMPND<br>CO. ID. 1411902914 030409 CCD<br>MISC C4025-021692810 |
| 4/10 | 3,040.84 | AUTOMATED DEBIT BNF CTS    PMT IMPND<br>CO. ID. 1411902914 030410 CCD<br>MISC C2916-001698553 |

*Other Withdrawals and Service Fees continued on next page.*



## Commercial Checking

03        2079900003615   005   108           17   160              17,414

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/10 | 6,546.10 | LIST OF DEBITS POSTED |
| 4/10 | 7,457.57 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.        030410 CCD<br>MISC SETTL NCVCERIDN |
| 4/10 | 13,205.14 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030410 CCD<br>MISC C4213-001698759 |
| 4/10 | 21,077.07 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030410 CCD<br>MISC C2918-001698554 |
| 4/10 | 367,891.06 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030410 CCD<br>MISC C4025-011698742 |
| 4/11 | 4,996.94 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.        030411 CCD<br>MISC SETTL NCVCERIDN |
| 4/11 | 25,556.15 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.        030411 CCD<br>MISC SETTL NCVCERIDN |
| 4/11 | 115,726.05 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.        030411 CCD<br>MISC SETTL NCVCERIDN |
| 4/11 | 562,317.27 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.        030411 CCD<br>MISC SETTL NCVCERIDN |
| 4/14 | 554.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 4/14 | 2,464.73 | LIST OF DEBITS POSTED |
| 4/15 | 8,194.21 | LIST OF DEBITS POSTED |
| 4/16 | 2,663.27 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030416 CCD<br>MISC C4025-021730950 |
| 4/16 | 10,744.70 | LIST OF DEBITS POSTED |
| 4/17 | 1,067.83 | LIST OF DEBITS POSTED |
| 4/17 | 1,384.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 4/17 | 4,946.15 | LIST OF DEBITS POSTED |
| 4/17 | 6,777.47 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.        030417 CCD<br>MISC SETTL NCVCERIDN |
| 4/18 | 2,015.88 | LIST OF DEBITS POSTED |
| 4/21 | 1,224.00 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030421 CCD<br>MISC C2918-001749118 |
| 4/21 | 3,937.35 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030421 CCD<br>MISC C4025-011749132 |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

04      2079900003615   005   108      17   160 .      17,415

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/22 | 633.22 | LIST OF DEBITS POSTED |
| 4/23 | 2,095.27 | LIST OF DEBITS POSTED |
| 4/23 | 2,848.09 | AUTOMATED DEBIT  BNF CTS                      PMT IMPND<br>CO. ID. 1411902914 030423 CCD<br>MISC C4025-021756133 |
| 4/24 | 3,040.85 | AUTOMATED DEBIT  BNF CTS                      PMT IMPND<br>CO. ID. 1411902914 030424 CCD<br>MISC C2916-001761836 |
| 4/24 | 5,202.14 | LIST OF DEBITS POSTED |
| 4/24 | 6,647.24 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.          030424 CCD<br>MISC SETTL NCVCERIDN |
| 4/24 | 13,205.16 | AUTOMATED DEBIT  BNF CTS                      PMT IMPND<br>CO. ID. 1411902914 030424 CCD<br>MISC C4213-001762043 |
| 4/24 | 338,186.46 | AUTOMATED DEBIT  BNF CTS                      PMT IMPND<br>CO. ID. 1411902914 030424 CCD<br>MISC C4025-011762028 |
| 4/25 | 4,990.93 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.          030425 CCD<br>MISC SETTL NCVCERIDN |
| 4/25 | 25,556.13 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.          030425 CCD<br>MISC SETTL NCVCERIDN |
| 4/25 | 559,480.90 | AUTOMATED DEBIT                    PAYROLL<br>CO. ID.          030425 CCD<br>MISC SETTL NCVCERIDN |
| 4/28 | 4,649.64 | LIST OF DEBITS POSTED |
| 4/29 | 10,720.05 | LIST OF DEBITS POSTED |
| 4/30 | 1,105.94 | AUTOMATED DEBIT  BNF CTS                      PMT IMPND<br>CO. ID. 1411902914 030430 CCD<br>MISC C4025-021786193 |
| 4/30 | 4,808.22 | LIST OF DEBITS POSTED |
| **Total** | **$2,185,602.73** | |

---

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 4/01 | 0.00 | 4/11 | 0.00 | 4/22 | 0.00 |
| 4/02 | 0.00 | 4/14 | 0.00 | 4/23 | 0.00 |
| 4/03 | 0.00 | 4/15 | 0.00 | 4/24 | 0.00 |
| 4/04 | 0.00 | 4/16 | 0.00 | 4/25 | 0.00 |
| 4/07 | 0.00 | 4/17 | 0.00 | 4/28 | 0.00 |
| 4/09 | 0.00 | 4/18 | 0.00 | 4/29 | 0.00 |
| 4/10 | 0.00 | 4/21 | 0.00 | 4/30 | 0.00 |

---



# Commercial Checking

## Customer Service Information

For questions about your statement
or billing errors, contact us at:

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

SMS565- 32

BANK NO. 00000001    TEAM NO. 025

ACCOUNT NO. 207990003615

PAGE 1

DATE 04/30/03

AS OF 04-30-03

RECAP OF POSTED ITEMS REPORT    025

WR GRACE & CO.-CONN

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | ISSUES AMOUNT | STOPS ITEMS | PLACED AMOUNT | STOPS ITEMS | REMOVED AMOUNT | CANCELLED ITEMS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIOR | | .00 | | .00 | | .00 | | .00 | | .00 |
| 04-01-03 | 4 | 6,395.27 | | .00 | | .00 | | .00 | | .00 |
| 04-04-03 | 1 | 3,144.38 | | .00 | | .00 | | .00 | | .00 |
| 04-07-03 | 3 | 4,130.13 | | .00 | | .00 | | .00 | | .00 |
| 04-09-03 | 1 | 1,741.50 | | .00 | | .00 | | .00 | | .00 |
| 04-10-03 | 1 | 6,546.10 | | .00 | | .00 | | .00 | | .00 |
| 04-14-03 | 2 | 2,464.73 | | .00 | | .00 | | .00 | | .00 |
| 04-15-03 | 7 | 8,194.21 | | .00 | | .00 | | .00 | | .00 |
| 04-16-03 | 7 | 10,744.70 | | .00 | | .00 | | .00 | | .00 |
| 04-17-03 | 2 | 6,013.98 | | .00 | | .00 | 1 | .00 | | .00 |
| 04-18-03 | 1 | 2,015.88 | | .00 | | .00 | | .00 | | .00 |
| 04-22-03 | 2 | 633.22 | | .00 | | .00 | | .00 | | .00 |
| 04-23-03 | 1 | 2,095.27 | | .00 | | .00 | | .00 | | .00 |
| 04-24-03 | 1 | 5,202.14 | | .00 | | .00 | | .00 | | .00 |
| 04-28-03 | 5 | 4,649.64 | | .00 | | .00 | | .00 | | .00 |
| 04-29-03 | 7 | 10,720.05 | | .00 | | .00 | | .00 | | .00 |
| 04-30-03 | 3 | 4,808.22 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 48 | 79,499.42 | | .00 | | .00 | 1 | .00 | | .00 |

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST/ACCOUNT NO | CUST/OWNER NAME | | DATE | PAGE |
|---|---|---|---|---|---|---|
| MISC-CREDITS | 1 | 20799000003615 | WR GRACE & CO-CONN  ATTN NELLIE FAUSTO | 025 | 04-30-03 | 1 |

| CHECK NUMBER | SEQUENCE NUMBER | DATE PAID | PAID | CHECK NUMBER | SEQUENCE NUMBER | DATE PAID | PAID | CHECK NUMBER | SEQUENCE NUMBER | DATE PAID | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 040103 | 6,395.27 | | | | | | | | |
| | | 040203 | 2,952.87 | | | | | | | | |
| | | 040303 | 7,196.95 | | | | | | | | |
| | | 040403 | 3,144.36 | | | | | | | | |
| | | 040703 | 4,130.13 | | | | | | | | |
| | | 040803 | 4,823.84 | | | | | | | | |
| | | 041003 | 7,457.57 | | | | | | | | |
| | | 041003 | 411,760.21 | | | | | | | | |
| | | 041103 | 706,003.45 | | | | | | | | |
| | 30980663 | 041303 | 2,592.96 | | | | | | | | |
| | | 041403 | 3,019.71 | | | | | | | | |
| | | 041503 | 8,194.21 | | | | | | | | |
| | | 041603 | 13,407.91 | | | | | | | | |
| | 30980663 | 041703 | 3,429.59 | | | | | | | | |
| | | 041703 | 4,946.15 | | | | | | | | |
| | | 041803 | 3,015.88 | | | | | | | | |
| | | 042103 | 5,161.35 | | | | | | | | |
| | | 042203 | 633.22 | | | | | | | | |
| | | 042303 | 4,943.36 | | | | | | | | |
| | | 042403 | 6,617.24 | | | | | | | | |
| | | 042403 | 359,634.61 | | | | | | | | |
| | | 042503 | 550,027.96 | | | | | | | | |
| | | 042803 | 4,649.64 | | | | | | | | |
| | | 042903 | 10,720.05 | | | | | | | | |
| | | 043003 | 5,914.16 | | | | | | | | |

| CREDITS | 2,185,602.73 | DEBITS | 25 | G* |
|---|---|---|---|---|

EXPLANATION OF CODES

TYPE OF REPORT
- UNPAID ONLY — OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ONLY — PAID ITEMS ONLY ON THIS REPORT
- CONSOLIDATED — PAID AND OUTSTANDING ON THIS SAME REPORT
- SPECIAL — OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED; OUTSTANDING MASTER REMOVED; NOT ADDED TO TOTALS
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED; MEMO ONLY; NOT ADDED TO TOTALS

4 : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 : STOP PAYMENT ON THIS ITEM-DUPLICATE OR NO SERIAL #.
M : MISSING (OUTSTANDING) ITEM.

# ACCOUNT RECONCILIATION PLAN

**TYPE OF REPORT:** MISC-DEBITS

**BANK NO:** 1 **CUST.ACCOUNT.NO:** 20799000003615

**CUSTOMER NAME:** WR GRACE & CO.-CONN
**ATTN: NELLIE FAUSTO**

025 04-30-03 PAGE 1

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| 1411902914 | 2,952.87 | 040203 | 25738965 |
| 1411902914 | 7,196.95 | 040303 | 30900698 |
| 1411902914 | 3,082.34 | 040903 | 95517661 |
| 1411902914 | 7,457.57 | 041003 | 30980473 |
| 1411902914 | 13,205.14 | 041003 | 06938765 |
| 1411902914 | 3,040.84 | 041003 | 06938763 |
| 1411902914 | 367,189.06 | 041003 | 07355123 |
| 1411902914 | 562,377.27 | 041003 | 30980764 |
|  | 95,556.15 | 041103 | 30980553 |
|  | 115,726.05 | 041103 | 30980653 |
|  | 4,906.94 | 041103 | 30980653 |
|  | 554.98 | 041403 |  |
|  | 2,663.27 | 041603 | 64507086 |
| 1411902914 | 1,384.29 | 041703 | 31040754 |
| 1411902914 | 6,777.47 | 042103 | 11381801 |
| 1411902914 | 3,937.35 | 042103 | 11381800 |
| 1411902914 | 1,221.00 | 042103 | 11331800 |
| 1411902914 | 2,848.09 | 042303 | 33811665 |
|  | 6,647.24 | 042303 | 31110727 |
| 1411902914 | 3,040.85 | 042403 | 44952680 |
| 1411902914 | 338,186.46 | 042403 | 45342517 |
| 1411902914 | 13,205.16 | 042403 | 44952681 |
|  | 529,680.90 | 042503 | 31120781 |
|  | 4,950.93 | 042503 | 31120783 |
|  | 23,558.33 | 042503 | 31120781 |
| 1411902914 | 1,105.94 | 043003 | 04950564 |

**DEBITS**
2,106,109.91   276T

**CREDITS**

**TYPE OF REPORT**
* OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY
* PAID ITEMS CAN BE PRINTED ON SAME REPORT
PAID & OUTSTANDING
* PAID & OUTSTANDING CHECKS ON SAME REPORT
CONSOLIDATED
* OFF-CYCLE REPORT REQUEST
SPECIAL

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK VOIDED, OUTSTANDING MASTER RECEIVED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

**EXPLANATION OF CODES**

4 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT; CHECK PRESENTED AND RETURNED.
6 = FORCED POSTED ITEM (DUPLICATE OR NO SERIAL #.
N = MISSING OUTSTANDING ITEM.

L338 02/91

# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 2079900003615 | WR GRACE & CO.-CONN | 025 | 04-30-03 | 1 |
| | | ATTN: NEIL F FAUSTO | | | |

TYPE OF REPORT: PAID ONLY

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| M 6493 | 1,062.59 | 040703 | 14134173 |
| 6494 TO | | | |
| 6514 | 651.4 | | |
| 6515 | 197.37 | 042903 | 18026594 |
| M 6516 | 1,062.58 | 040703 | 14134174 |
| 6517 TO | | | |
| 6529 | 6529 | | |
| M 6529 | 1,741.50 | 040903 | 13870931 |
| 6530 TO | | | |
| 6541 | 6541 | | |
| M 6542 | 2,546.10 | 041003 | 13921047 |
| 6543 | 1,396.19 | 040103 | 12271696 |
| 6544 TO | | | |
| 6547 | 6547 | | |
| M 6548 | 1,956.67 | 040103 | 19129122 |
| 6550 | 2,004.96 | 040703 | 14033648 |
| 6551 | | | |
| M 6552 | 4,946.15 | 041703 | 13974832 |
| 6553 | 1,035.65 | 040103 | 12019745 |
| 6554 | | | |
| 6555 | | | |
| 6556 | | | |
| M 6557 | 824.57 | 041603 | 15238928 |
| 6558 | 779.76 | 041503 | 12664682 |
| 6559 | | | |
| M 6560 | 1,113.56 | 041503 | 12664675 |
| 6561 | 1,165.23 | 041403 | 15176699 |
| 6562 | 1,037.98 | 041503 | 12697443 |
| 6563 | 2,015.38 | 041803 | 18636336 |
| 6564 | 1,001.23 | 041503 | 12664198 |
| 6565 | 2,054.18 | 041603 | 13595996 |
| 6566 | 2,095.27 | 042303 | 13433259 |
| 6567 | 1,438.38 | 041503 | 13222370 |
| 6568 | | | |
| M 6569 | 2,206.48 | 041603 | 13611569 |
| 6570 | 1,299.50 | 041403 | 14861889 |
| 6571 | 1,413.33 | 041503 | 18143897 |
| 6572 | 1,067.83 | 041703 | 13974953 |
| 6573 | | | |
| M 6574 | 1,611.32 | 041503 | 12664793 |
| 6575 | 1,237.03 | 041403 | 12633757 |
| 6576 | 1,450.96 | 041603 | 15258393 |
| 6577 | 1,387.29 | 041503 | 15365993 |
| 6578 | 116.36 | 042203 | 14854197 |
| 6579 | 220.14 | 042603 | 14718325 |
| 6580 | 776.13 | 042803 | 17623437 |
| 6581 | | | |
| M 6582 | 1,113.56 | 042903 | 18050124 |
| 6583 | 1,153.72 | 042303 | 17340628 |
| 6584 | | | |
| M 6585 | 940.92 | 042803 | 17842060 |
| 6588 | 2,054.18 | 042903 | 14035661 |
| 6589 | | | |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| 6590 | 1,552.07 | 043003 | 10374836 |
| 6591 | | | |
| 6592 | 1,558.66 | 042803 | 17857887 |
| 6593 | 2,019.70 | 043003 | 15111400 |
| 6594 | | | |
| 6595 | 1,466.91 | 042903 | 40385510 |
| 6596 | 1,611.31 | 042903 | 18050224 |
| 6597 | 1,237.02 | 042903 | 18050552 |
| 6598 TO | | 14519 | |
| 14520 | 1,362.24 | 041503 | 15240163 |
| 14521 | 516.86 | 042003 | 14854196 |
| 14522 | 5,209.74 | 042803 | 19396167 |
| 14523 | 3,136.75 | 040903 | 19781810 |
| 14524 | 3,236.45 | 042903 | 15307933 |
| | | | |
| TOTAL O/S | | | 48GT |
| | TOTAL PAID | | |
| | 79,499.42 | | |

## EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = CHECK ADDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 = CHECK PAID, OUTSTANDING MATCHING MASTER STILL NOT RECEIVED. MEMO ONLY, NOT ADDED TO TOTALS.

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
F = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM.

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

9 4 8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 04/01/2003 - 04/30/2003

Account Number
318-3343175-6

Financial Advisor
H P S Group
(--73807647)

Account Value As Of 04/30/2003
$0.00

Dividends

| 04/01/2003 - 04/30/2003 | Year To Date |
|---|---|
| $1.47 | $18.43 |

> ON MONDAY, MAY 26, MERRILL LYNCH
FUNDS FOR INSTITUTIONS WILL BE CLOSED IN
OBSERVANCE OF MEMORIAL DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
MONTH OF APRIL WAS 1.25%. TRADING
DEADLINES ON MAY 23 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $5,305.10 |
| 04/09/2003 | 04/09/2003 | Income Dividend Cash | $1.47 | $1.00 | $5,305.10 |
| 04/09/2003 | 04/09/2003 | Same Day Wire Redemption | $5,305.10 | $1.00 | $0.00 |
| | | Ending Balance | | | $0.00 |

Account Number   318-3343175-6      (page  1 of  1)




MLM...48110=0115525040.00549.00549.CNSNLM01.INVMWW.....MLM.....000075495

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

1 6 5 9

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 04/01/2003 - 04/30/2003

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 04/30/2003
$30,934,157.17

Dividends
| 04/01/2003 - 04/30/2003 | Year To Date |
|---|---|
| $16,960.24 | $120,244.91 |

> *ON MONDAY, MAY 26, MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE CLOSED IN OBSERVANCE OF MEMORIAL DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE MONTH OF APRIL WAS 1.25%. TRADING DEADLINES ON MAY 23 WILL BE 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $4,617,196.93 |
| 04/02/2003 | 04/02/2003 | Shares Purchased By Wire | $20,600,000.00 | $1.00 | $25,217,196.93 |
| 04/03/2003 | 04/03/2003 | Same Day Wire Redemption | $8,300,000.00 | $1.00 | $16,917,196.93 |
| 04/04/2003 | 04/04/2003 | Shares Purchased By Wire | $2,200,000.00 | $1.00 | $19,117,196.93 |
| 04/07/2003 | 04/07/2003 | Shares Purchased By Wire | $6,000,000.00 | $1.00 | $25,117,196.93 |
| 04/09/2003 | 04/09/2003 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $21,217,196.93 |
| 04/10/2003 | 04/10/2003 | Same Day Wire Redemption | $7,900,000.00 | $1.00 | $13,317,196.93 |
| 04/11/2003 | 04/11/2003 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $14,817,196.93 |
| 04/14/2003 | 04/14/2003 | Same Day Wire Redemption | $800,000.00 | $1.00 | $14,017,196.93 |
| 04/15/2003 | 04/15/2003 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $16,317,196.93 |
| 04/16/2003 | 04/16/2003 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $11,317,196.93 |
| 04/17/2003 | 04/17/2003 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $7,017,196.93 |
| 04/22/2003 | 04/22/2003 | Shares Purchased By Wire | $6,400,000.00 | $1.00 | $13,417,196.93 |
| 04/24/2003 | 04/24/2003 | Same Day Wire Redemption | $9,400,000.00 | $1.00 | $4,017,196.93 |
| 04/25/2003 | 04/25/2003 | Shares Purchased By Wire | $11,800,000.00 | $1.00 | $15,817,196.93 |
| 04/28/2003 | 04/28/2003 | Shares Purchased By Wire | $33,000,000.00 | $1.00 | $48,817,196.93 |
| 04/29/2003 | 04/29/2003 | Shares Purchased By Wire | $300,000.00 | $1.00 | $49,117,196.93 |
| 04/29/2003 | 04/29/2003 | Same Day Wire Redemption | $22,000,000.00 | $1.00 | $27,117,196.93 |
| 04/30/2003 | 04/30/2003 | Shares Purchased By Wire | $3,800,000.00 | $1.00 | $30,917,196.93 |

Account Number   318-3323735-8   (page  1 of  2)

519574

**Merrill Lynch** Investment Managers                    Merrill Lynch Funds For Institutions

## Phone Numbers

Trading & service: (800) 225-1576
Facsimile: (614) 342-1684
FFI InfoLine: (800) 343-6232

## Online Access

For online account information
and trading visit our website at
<https://account.mlim.ml.com> or
e-mail us at <ficustserv@ml.com>

## Addresses

Change of address, check reorder,
subsequent purchase, etc.:
P.O. Box 8118
Boston, MA 02266-8118

Express, certified or registered mail:
One Financial Center
23rd Floor
Boston, MA 02111

## Trading Instructions

Purchase and redemption orders may be placed by calling the number above subject to the following deadlines on days which the Merrill Lynch Funds For Institutions is open for business. See the Funds' prospectus for information on holiday closings.

| | | | |
|---|---|---|---|
| Merrill Lynch Premier Institutional Fund | 5:00 PM ET | Merrill Lynch Treasury Fund | 2:00 PM ET |
| Merrill Lynch Institutional Fund | 5:00 PM ET | Merrill Lynch Institutional Tax-Exempt Fund | 12:00 PM ET |
| Merrill Lynch Government Fund | 5:00 PM ET | | |

## FFI InfoLine

Merrill Lynch's FFI InfoLine provides access to important Fund and account information 24 hours a day, seven days a week.
To use FFI InfoLine, dial (800) 343-6232, then:

**Press** ➔ **Then Press** ➔ **At Any Time, You May Press**

**①** For Merrill Lynch Funds For Institutions account information
- **1** For account balance
- **2** For most recent transactions
- **3** For last dividend transaction
- **4** For statement or checkbook orders
- **5** For year end information

**②** For yield information
- **1** For one day dividend and yield
- **2** For seven and thirty day yields

**③** For Fund investment objectives
Enter "Fund Number" to hear the Fund's investment objectives (see below for a list of Fund Numbers).

**④** For mailing and wiring instructions
- **1** For mailing instructions on how to invest by check
- **2** For Fund mailing address
- **3** For Federal Fund wiring instructions
- **4** For trading deadlines

**⑤** To request a prospectus or other Fund literature
You will be transferred to a Fund Representative

**\*0** To be connected with a Merrill Lynch Funds For Institutions representative during normal business hours (8:30 AM to 5:30 PM ET)

**\*1** To return to the main menu

**\*2** To return to the previous menu

**\*3** To work with a different Tax I.D. Number

**\*4** To work with another account within the same Fund

**\*5** To change your Personal Identification Number (PIN)

Merrill Lynch Funds For Institutions Fund Numbers

Merrill Lynch Premier Institutional Fund ..........318
Merrill Lynch Institutional Fund ..........258
Merrill Lynch Government Fund ..........278
Merrill Lynch Treasury Fund ..........263
Merrill Lynch Institutional Tax-Exempt Fund ....267

All information available via FFI InfoLine is confidential and can be accessed only by using a unique Personal Identification Number (PIN). You may change your PIN at anytime simply by pressing "*5". (Your PIN will be established the first time you use FFI InfoLine.)

## To Invest By Check

Mail your check payable to Merrill Lynch Funds For Institutions to the address listed above along with a copy of your statement. Please be certain to write your account number on the front of your check.

## To Make An Address Change

Make any address changes or spelling corrections directly on the front of this statement and mail to the address listed above. To change the ownership or registration of your account, call (800) 225-1576.

**Merrill Lynch** Investment Managers    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 04/01/2003 - 04/30/2003

Account Number
318-3323735-8

## Account Activity

| Confirm. Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 04/30/2003 | 04/30/2003 | Div Reinvest | $16,960.24 | $1.00 | $30,934,157.17 |
| | | Ending Balance | | | $30,934,157.17 |



Account Number   318-3323735-8        (page  2 of  2)



MLM. •59210• 011552504A,01597,01597.CVS MLM61.INVMWW......MLM.......000057826

**Merrill Lynch** . Investment Managers          Merrill Lynch Funds For Institutions



## Phone Numbers

Trading & Service ......(800) 225-1576
Facsimile ..............(614) 342-1684
FFI InfoLine ..........(800) 343-6232

## Online Access

For online account information
and trading visit our website at
<https://account.mlim.ml.com> or
e-mail us at <fficustserv@ml.com>

## Addresses

Change of address, check reorder,
subsequent purchase, etc.
P.O. Box 8118
Boston, MA 02266-8118

Express certified or registered mail:
One Financial Center
23rd Floor
Boston, MA 02111

## Trading Instructions

Purchase and redemption orders may be placed by calling the number above subject to the following deadlines on days which the Merrill Lynch Funds For Institutions is open for business. See the Funds' prospectus for information on holiday closings.

| | | | |
|---|---|---|---|
| Merrill Lynch Premier Institutional Fund | 5:00 PM ET | Merrill Lynch Treasury Fund | 2:00 PM ET |
| Merrill Lynch Institutional Fund | 5:00 PM ET | Merrill Lynch Institutional Tax-Exempt Fund | 12:00 PM ET |
| Merrill Lynch Government Fund | 5:00 PM ET | | |

## FFI InfoLine

Merrill Lynch's FFI InfoLine provides access to important Fund and account information 24 hours a day, seven days a week.
To use FFI InfoLine, dial (800) 343-6232; then:

**Press** ───▶   **Then Press** ───▶   **At Any Time, You May Press**

**1** For Merrill Lynch Funds For Institutions account information ───▶
- **1** For account balance
- **2** For most recent transactions
- **3** For last dividend transaction
- **4** For statement or checkbook orders
- **5** For year end information

**\*0** To be connected with a Merrill Lynch Funds For Institutions representative during normal business hours (8:30 AM to 5:30 PM ET)

**\*1** To return to the main menu

**\*2** To return to the previous menu

**\*3** To work with a different Tax I.D. Number

**\*4** To work with another account within the same Fund

**\*5** To change your Personal Identification Number (PIN)

**2** For yield information ───▶
- **1** For one day dividend and yield
- **2** For seven and thirty day yields

**3** For Fund investment objectives ───▶
Enter "Fund Number" to hear the
Fund's investment objectives
(see below for a list of Fund Numbers).

**4** For mailing and wiring instructions ───▶
- **1** For mailing instructions on how to invest by check
- **2** For Fund mailing address
- **3** For Federal Fund wiring instructions
- **4** For trading deadlines

**5** To request a prospectus or other Fund literature ───▶
You will be transferred to a Fund Representative

### Merrill Lynch Funds For Institutions Fund Numbers

Merrill Lynch Premier Institutional Fund ..........318

Merrill Lynch Institutional Fund .......................258

Merrill Lynch Government Fund .........................278

Merrill Lynch Treasury Fund .............................263

Merrill Lynch Institutional Tax-Exempt Fund ....267

All information available via FFI InfoLine is confidential and can be accessed only by using a unique Personal Identification Number (PIN).
You may change your PIN at anytime simply by pressing "*5". (Your PIN will be established the first time you use FFI InfoLine.)

## To Invest By Check

Mail your check payable to Merrill Lynch Funds For Institutions
to the address listed above along with a copy of your statement.
Please be certain to write your account number on the front
of your check.

## To Make An Address Change

Make any address changes or spelling corrections directly on the front of
this statement and mail to the address listed above. To change the ownership
or registration of your account, call (800) 225-1576.

Statement of Account

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

TS                    D

Account No: 323-223141
Statement Start Date: 01 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 000-USA-22
Statement No: 004
Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 0 | 0.00 |
| Total Debits (incl. checks) | 1 | 731,812.68 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 APR 2003) | Closing (30 APR 2003) |
|---|---|---|
| Ledger | 731,812.68 | 731,812.68 Ledger .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|

No Activity

## DEBITS

| | | | | | | |
|---|---|---|---|---|---|---|
| 01APR | | | USD  YOUR: ND005164640401 0301<br>DUR: 030910068891N | 731,812.68 | NASSAU DEPOSIT TAKEN<br>A/C: WR GRACE & COMPANY<br>JERSEY CITY, NJ 07310<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>30401 TO 030501 RATE 1.2000 | |

## LEDGER BALANCES

| Date | Amount |
|---|---|
| 01APR | 0.00 |

## CHECKS

No Activity

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT |

| US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 1 of 21

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: KATHLEEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 64 | 77,595,464.75 |
| Total Debits (incl. checks) | 56 | 81,675,940.28 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 APR 2003) | | Closing (15 APR 2003) | |
|---|---|---|---|
| Ledger | 6,249,817.32 | Ledger | 2,169,341.79 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## Closing Balances

| Date | LEDGER BALANCES | Amount |
|---|---|
| 01APR | 6,980,475.19 |
| 02APR | 9,470,770.55 |
| 03APR | 9,863,338.03 |
| 04APR | 10,005,644.93 |
| 07APR | 5,010,520.91 |
| 08APR | 4,863,401.69 |
| 09APR | 4,984,330.57 |
| 10APR | 3,039,523.75 |
| 11APR | 3,040,593.71 |
| 14APR | 2,981,837.42 |
| 15APR | 2,169,341.79 |

| Ledger Date | Adj Ledger Date | Value Date | Fx Rate | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 01APR | | | | USD OUR: 0916500237TC | 2.40 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500237 EED:030401<br>IND ID:GWQ000000093401<br>IND NAME:GRACE CORP BENEFITS DE |
| 01APR | | | | USD OUR: 0916500242TC | 5.20 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500242 EED:030401<br>IND ID:GWS000000093401<br>IND NAME:GRACE CORP BENEFITS DE |
| 01APR | | | | USD OUR: 0916500238TC | 11.12 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500238 EED:030401<br>IND ID:GWQ000000092401<br>IND NAME:GRACE CORP BENEFITS DE |
| 01APR | | | | USD OUR: 0916500243TC | 27.06 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500243 EED:030401<br>IND ID:GWS000000092401<br>IND NAME:GRACE CORP BENEFITS DE |

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS
US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT
US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT
US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 2 of 21

| Ledger Date | Adj Ledger Date | Value Date | E | S | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|
| *CREDITS CONTINUED* | | | | | | | | | |
| 01APR | | | | | USD OUR: 0916500240TC | 27.08 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500240 EED:030401<br>IND ID:GWR0000000092401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500245TC | 28.13 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500245 EED:030401<br>IND ID:GWT0000000093401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500250TC | 104.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500250 EED:030401<br>IND ID:GYD0000000094401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500256TC | 104.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500256 EED:030401<br>IND ID:GW00000000092401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500246TC | 133.21 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500246 EED:030401<br>IND ID:GWT0000000092401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500228TC | 234.56 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:902057107 2 DESC DATE:030401<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026500228 EED:030401<br>IND ID:GRF0000000094401<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | | USD OUR: 0916500235TC | 333.49 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE    MA   02140

Account No:            016-001257
Statement Start Date:  01 APR 2003
Statement End Date:    15 APR 2003
Statement Code:        S00-USA-22
Statement No:          007
Page  3  of  21

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01APR | USD OUR: 0916500226TC | 339.01 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500235 EED:030401<br>IND ID:GRU0000000094401<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 |
| 01APR | USD OUR: 0916500248TC | 339.01 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500236 EED:030401<br>IND ID:GRD0000000094401<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 |
| 01APR | USD OUR: 0916500247TC | 445.12 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500247 EED:030401<br>IND ID:GWY0000000094401<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 |
| 01APR | USD OUR: 0916500252TC | 700.43 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500252 EED:030401<br>IND ID:GYG0000000094401<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 |
| 01APR | USD OUR: 0916500258TC | 988.82 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500258 EED:030401<br>IND ID:NQV0000000092401<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321 |
| 01APR | USD OUR: 0916500255TC | 991.37 | ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD |