W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 01 APR 2003 |
| Statement End Date: | 15 APR 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |
| | Page 4 of 21 |

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 01APR | | | | USD OUR: 0916500249TC | 2,054.02 | TRACE#:021000026500255 EED:030401<br>IND ID:GYT000000009441<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500249 EED:030401<br>IND ID:GYC000000009440<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500253TC | 2,061.53 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500253 EED:030401<br>IND ID:GYR000000009441<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500227TC | 2,653.33 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500227 EED:030401<br>IND ID:GRE000000009441<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500241TC | 2,684.50 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500241 EED:030401<br>IND ID:GWS000000009441<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500254TC | 3,910.35 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500254 EED:030401<br>IND ID:GYS000000009441<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500251TC | 4,214.67 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030321<br>ORIG ID:9020571072 DESC DATE:030401<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026500251 EED:030401<br>IND ID:GYE000000009441 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

TS

Account No:        016-001257
Statement Start Date:  01 APR 2003
Statement End Date:   15 APR 2003
Statement Code:    S00-USA-22
Statement No:      007

Page  5  of  21

| Ledger Date | Adj.Ledger Date | Value Date | F. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 01APR | | | USD OUR: 091650025TC | | 5,939.82 | IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500257 EED:030401 IND ID:NQS000000092401 | | |
| 01APR | | | USD OUR: 091650023TC | | 8,942.94 | IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500234 EED:030401 IND ID:GR0000000094401 | | |
| 01APR | | | USD OUR: 091650023TC | | 15,293.34 | IND NAME:GRACE CORP BENE DEPT ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500239 EED:030401 IND ID:GWR000000009401 | | |
| 01APR | | | USD OUR: 091650023TC | | 22,848.33 | IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500232 EED:030401 IND ID:GRK000000009401 | | |
| 01APR | | | USD OUR: 091650024TC | | 25,022.70 | IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500244 EED:030401 IND ID:GWT000000094401 | | |
| 01APR | | | USD OUR: 091650023TC | | 35,443.93 | IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107Z DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500236 EED:030401 IND ID:GW000000009401 IND NAME:GRACE CORP BENEFITS DE | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLIN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 APR 2003
15 APR 2003
S00-USA-22
007
Page 6 of 21

| Ledger Date | Adj Ledger Date | Value Date | F-T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01APR | | | | USD OUR: 0916500231TC | 49,297.12 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107 2 DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500233 EED:030401 IND ID:GRN0000000009440l IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500225TC | 75,640.95 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107 2 DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500225 EED:030401 IND ID:GRA0000000009440l IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500229TC | 94,880.99 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107 2 DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500229 EED:030401 IND ID:GRG0000000009440l IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500230TC | 129,481.34 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107 2 DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500230 EED:030401 IND ID:GRI0000000009440l IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | | | USD OUR: 0916500231TC | 149,483.15 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030321 ORIG ID:902057107 2 DESC DATE:030401 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000026500231 EED:030401 IND ID:GRJ0000000009440l IND NAME:GRACE CORP BENEFITS DE | | |
| 01APR | | 01APR | | USD YOUR: O/B BKAM IL CGO OUR: 0131113091FF | 2,103,191.50 | FEDWIRE CREDIT VIA: BANK OF AMERICA /A7: /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-00 0016001257 RFB=O/B BKAM IL CGO OBI= HQWT BBI=/TIME/10:38 | | |

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 7 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | F | TS | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Value Date | References | Credit / Debit | Description |
|---|---|---|---|
| 01APR | USD YOUR: O/B WACHOVIA WIN OUR: 0178908091FF | 2,416,104.00 | /MAD: 0401610FG Y2C000344 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004094 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-00 01600 1257 RFB=O/B WACHOVIA WIN BBI =/TIME/14:11 MD: 0401610FG Y2C000344 |
| 02APR | USD YOUR: O/B WACHOVIA WIN OUR: 0267808092FF | 1,058,119.00 | /MAD: 0401610QFT I1A000755 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004094 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-00 01600 1257 RFB=O/B WACHOVIA WIN BBI =/TIME/14:38 |
| 02APR | USD YOUR: O/B BKAM IL CG0 OUR: 0122202092FF | 2,337,007.70 | /MAD: 0402EAQFT I1A000882 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-00 01600 1257 RFB=O/B BKAM IL CG0 DBI= HWT BBI=/TIME/11:33 MAD: 0402610FG Y2C000416 |
| 02APR | USD YOUR: 6283092807360201 OUR: 3210800092FC | 21,798,000.00 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140/AC-00001600 1257 OR G=/00061810 17 COLUMBIA, MD 21044-40 98 OGB=BANK OF AMERICA NT SA (NADFX SSN: 0182953 |
| 03APR | USD YOUR: O/B WACHOVIA WIN OUR: 0125613093FF | 232,532.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004094 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 8 of 21

| Ledger Date | Adj Ledger Date | Value Date | F.C. TS | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Description | Credit/Debit |
|---|---|---|---|---|
| | 03APR | USD YOUR: O/B BKAM IL CG0 OUR: 0109013093FF | B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B WACHOVIA WIN BBI<br>=/TIME/11:25<br>IMAD: 0403EAQFT11A000726 | 610,121.12 |
| | 03APR | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B BKAM IL CG0 OBI=<br>HOWT BBI=/TIME/11:04<br>IMAD: 0403GIQFGY2C000498 | |
| | 03APR | USD YOUR: MAESTRO OUR: 0347209093FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=MAESTRO OBI=FUND-318<br>-P-1-S ML PREMIER FUND BBI=/TIME/<br>IMAD: 0403A1Q002HC001559 | 8,300,000.00 |
| | 04APR | USD YOUR: O/B BKAM IL CG0 OUR: 0108014094FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B BKAM IL CG0 OBI=<br>HOWT BBI=/TIME/11:03<br>IMAD: 0404GIQFGY2C000323 | 1,277,325.34 |
| | 04APR | USD YOUR: O/B WACHOVIA WIN OUR: 0096301094FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00 | 1,790,482.00 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 APR 2003
15 APR 2003
S30-USA-22
007

Page  9  of  21

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | |
|---|---|---|---|---|

07APR — USD OUR: 0979028415TC — 78.95

001600257 RFB=O/B WACHOVIA WIN BBI
=/TIME/10:48
IMAD: 0404EAQFTI1A000623
ELECTRONIC FUNDS TRANSFER
ORIG CO. NAME:EBS C-506 030403
ORIG CO.ID:9102 DESC DATE:030407
ORIG ID:DESCR:PENSIONS SEC:PPD
TRACE#:021000020928415 EED:030407
IND ID:GNT000000094407
IND NAME:GRACE CORP BENEFITS DE

07APR — USD YOUR: O/B BKAM IL CG0 — OUR: 0128701097FF — 1,663,175.18

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
001600257 RFB=O/B BKAM IL CG0 OBI=
HOWT BBI=/TIME/11:23
IMAD: 0407GIQFGY2C000351

07APR — USD YOUR: O/B WACHOVIA WIN — OUR: 0139802097FF — 2,420,336.00

FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/0531004954
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
001600257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:43
IMAD: 0407EAQFTI1A000651

08APR — USD YOUR: O/B WACHOVIA WIN — OUR: 0111913098FF — 1,084,189.00

FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/0531004954
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
001600257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:34
IMAD: 0408EAQFTI1A000644

08APR — USD YOUR: O/B BKAM IL CG0 — OUR: 0093114098FF — 3,190,624.04

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 10 of 21

| Ledger Date | Adj.Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 09APR | | 09APR | USD | YOUR: MAESTRO<br>OUR: 0124908099FF | 5,306.57 | CAMBRIDGE MA 02140<br>REF.:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B BKAM IL CGO OBI=<br>HOWT/BBI=/TIME/11:06<br>/MAD: 0408IQFGY2C000294 | | |

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF.: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=MAESTRO OBI=FUND-318
-P 1-S 1 ML PREMIER FUND BBI=/TIME/
/MAD: 0409A1Q002BC000559

| 09APR | | 09APR | USD | YOUR: 0/B WACHOVIA WIN<br>OUR: 0110403099FF | 900,051.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>COLUMBIA MD 21044<br>B/O: W R GRACE & CO<br>REF.:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B WACHOVIA WIN BBI<br>=/TIME/11:28<br>/MAD: 0409EAQFTI1A000640 | | |

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF.: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=MAESTRO OBI=FUND-318
-P 1-S 1 ML PREMIER FUND BBI=/TIME/
/MAD: 0409A1Q002CC001264

| 09APR | | 09APR | USD | YOUR: MAESTRO<br>OUR: 0280707099FF | 3,900,000.00 | | | |

| 10APR | | 10APR | USD | YOUR: 0/B WACHOVIA BK<br>OUR: 0273214100FF | 134,961.65 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF.: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B WACHOVIA BK BBI= | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 11 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| 10APR | | 10APR | | USD YOUR: O/B WACHOVIA WIN OUR: 0105902100FF | 900,984.00 | |

/TIME/14:49
IMAD: 0410F3QCAA1C001435
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:07

| 10APR | | 10APR | | USD YOUR: O/B BKAM IL CGO OUR: 0090007100FF | 2,537,504.11 | |

IMAD: 0410EAQFTI1A000659
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B BKAM IL CGO OBI=
HQWT BBI=/TIME/10:42

| 10APR | | 10APR | | USD YOUR: MAESTRO OUR: 0347302100FF | 7,900,000.00 | |

IMAD: 0410G1QFGY2C000359
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
COLUMBIA MD 21044-4029
B/O: W R GRACE & CO - CONN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=MAESTRO OBI=FUND-318
7 1-S 1 ML PREMIER FUND BBI=/TIME/

| 11APR | | 11APR | | USD YOUR: O/B BKAM IL CGO OUR: 0236309101FF | 1,019,883.18 | |

IMAD: 0410A1Q002CC001534
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B BKAM IL CGO OBI=
HQWT BBI=/TIME/13:51

| 11APR | | 11APR | | USD YOUR: O/B WACHOVIA WIN OUR: 0151213101FF | 1,411,500.00 | |

IMAD: 0411G1QFGY2C001019
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 12 of 21

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 14APR | | | USD | YOUR: MAESTRO<br>OUR: 0385608104FF | 800,000.00 | /055100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B WACHOVIA WIN BBI<br>=/TIME/12:13<br>/MAD: 0414EAQFTIIA000540<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028 | | |
| 14APR | | | USD | YOUR: 0/B WACHOVIA WIN<br>OUR: 0140901104FF | 1,416,479.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=MAESTRO OBI=FUND-318<br>-P 1-S 1 ML PREMIER FUND BBI=/TIME/<br>/MAD: 0414A1Q002BC001791<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/055100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B WACHOVIA WIN BBI<br>=/TIME/11:27 | | |
| 14APR | | | USD | YOUR: 0/B BKAM IL CGO<br>OUR: 0106808104FF | 1,799,960.34 | /MAD: 0414EAQFTIIA000915<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=0/B BKAM IL CGO OBI=<br>HOWT BBI=/TIME/10:49<br>/MAD: 0414GIQFGY2C000364 | | |
| 15APR | | | USD | YOUR: 0/B WACHOVIA BK<br>OUR: 0138208105FF | 691,298.91 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007

Page 13 of 21

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 15APR | | 15APR | | USD YOUR: O/B BKAM IL CGO OUR: 0128513105FF | 1,630,289.24 | ND COMPANY CAMBRIDGE MA 02140/AC-00 0016001257 RFB=O/B WACHOVIA BK BBI= /TIME/11:03 /MAD: 0415F3QCAA1C000639 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND/COMPANY CAMBRIDGE MA 02140/AC-00 0/1600257 RFB=O/B BKAM IL CGO DBI= /OWT BBI=/TIME/10:47 /MAD: 0415E1QFGY2C000315 | |
| 15APR | | 15APR | | USD YOUR: O/B WACHOVIA WIN OUR: 0135013105FF | 1,631,293.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /031100494 COLUMBIA MD 21044 B/O: W R GRACE & CO REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140/AC-00 0016001257 RFB=O/B WACHOVIA WIN BBI =/TIME/10:58 /MAD: 0415EAQFTI1A000673 | |
| **DEBITS** | | | | | | | |
| 01APR | | 01APR | | USD YOUR: SEE WIRE OUR: 1363000091JB | 18,812.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: AS HANSAPANK SWIFT CODE HABA EE 2X BEN: AS SILMET X REF: GRACE DAVISON PAYMENT OF INV 5 9045 SSN: 0244475 | |
| 01APR | | 01APR | | USD OUR: 0032970118XF | 19,546.23 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 | |
| 01APR | | 01APR | | USD YOUR: SEE WIRE OUR: 1362000091JB | 20,572.82 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 01APR | | 01APR | | USD YOUR: SEE WIRE OUR: 1365500091JB | 151,011.66 | FEDWIRE DEBIT VIA: FW121000358 | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007

Page 14 of 21

## DEBITS CONTINUED

| Ledger Date | Adj. Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 01APR | | 01APR | USD | YOUR: SEE WIRE<br>OUR: 0234600091JB | 913,362.84 | /121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7855<br>REF: /TIME/16:05<br>/MAD: 0401B1QGC07C005205<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | | |
| 01APR | | 01APR | USD | YOUR: HOWT-FUCD<br>OUR: 1362500091JB | 3,300,000.00 | REF: HOURLY PAYROLL/TIME/10:48<br>/MAD: 0401B1QGC07C001959<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:05 | | |
| 02APR | | 02APR | USD | YOUR: ACH OF 03/04/02<br>OUR: 0043900092HP | 5,000.00 | /MAD: 0401B1QGC08C005513<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A | | |
| 02APR | | | USD | OUR: 0031810114XF | 17,020.68 | /TAMPA FL 33634<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 003381963 | | |
| 02APR | | 02APR | USD | YOUR: SEE WIRE<br>OUR: 0813600092JB | 89,410.66 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 02APR | | 02APR | USD | YOUR: HOWT-FUCD<br>OUR: 0812800092JB | 1,500,000.00 | REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>73448/TIME/15:44 | | |
| 02APR | | 02APR | USD | YOUR: SEE WIRE<br>OUR: 0813100092JB | 20,600,000.00 | /MAD: 0402B1QGC06C003944<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP | | |

TS

```
                                          Account No:    016-001257
                                 Statement Start Date:   01 APR 2003
                                   Statement End Date:   15 APR 2003
                                   Statement Code:       S00-USA-22
                                      Statement No:      007
                                                         Page 15 of 21
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03APR | | | USD OUR: 0032630114XF | | REF: TRANSFER FUNDS/TIME/15:52 IMAD: 0402B1QGC05C003699 | | |
| 03APR | | | USD YOUR: FPRS DEPOSITORY OUR: 0796400093JB | 18.30 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003323881963 | | |
| | | | | 1,045.76 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 3/31 /03 HOURLY | | |
| 03APR | | | USD YOUR: SEE WIRE OUR: 0773000093JB | 22,855.36 | SSN: 0237629 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 03APR | | | USD YOUR: FPRS DEPOSITORY OUR: 0796300093JB | 177,566.22 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 3/31 /03 HOURLY | | |
| 03APR | | | USD YOUR: HOWT-FUCD OUR: 0772900093JB | 9,000,000.00 | SSN: 0237621 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:28 | | |
| 04APR | | | USD OUR: 0032590114XF | 491.61 | IMAD: 0403B1QGC05C003332 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003323881963 | | |
| 04APR | | | USD YOUR: SEE WIRE OUR: 0939000094JB | 563.00 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: CITIBANK, N.A. JAKARTA INDONESIA BEN: PRILL SOEROSO | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 16 of 21

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 04APR | 04APR | USD | YOUR: SEE WIRE OUR: 0854100094JB | 14,445.83 | X SSN: 0244114 BOOK TRANSFER DEBIT A/C: W R GRACE &CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 04APR | 04APR | USD | YOUR: HOWT-CHASE OUR: 0854300094JB | 150,000.00 | BOOK TRANSFER DEBIT A/C: W GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT |
| 04APR | 04APR | USD | YOUR: HOWT-FUCD OUR: 0854200094JB | 600,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:33 IMAD: 0404B1QGC08C004080 |
| 04APR | 04APR | USD | YOUR: SEE WIRE OUR: 0854000094JB | 2,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /0100028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP TRANSFER FUNDS/TIME/15:31 IMAD: 0404B1QGC07C003822 |
| 07APR | 07APR | USD | YOUR: SEE WIRE OUR: 0879500097JB | 5,667.00 | CHIPS DEBIT /0008 VIA: CITIBANK /0008 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED |
| 07APR | 07APR | USD | OUR: 0031320114XF | 9,857.74 | X REF: MISC EXPENSES FEB-MAR 2003 SSN: 0256807 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 07APR | 07APR | USD | YOUR: SEE WIRE OUR: 0879400097JB | 63,189.41 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 07APR | 07APR | USD | YOUR: HOWT-FUCD OUR: 0879600097JB | 3,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  01 APR 2003
Statement End Date:    15 APR 2003
Statement Code:        S00-USA-22
Statement No:          007
Page 17 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 07APR | | 07APR | USD | YOUR: SEE WIRE  OUR: 0880100097JB | 6,000,000.00 | /053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:59<br>IMAD: 0407B1QGC02C004047<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:00<br>IMAD: 0407B1QGC07C004169 | | |
| 08APR | | 08APR | USD | YOUR: SEE WIRE  OUR: 0252100098JB | 22,618.20 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- | | |
| 08APR | | 08APR | USD | OUR: 0030300114XF | 68,302.16 | REF: UHC PAYMENTS<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |
| 08APR | | 08APR | USD | YOUR: SEE WIRE  OUR: 0252000098JB | 931,011.90 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:15 | | |
| 08APR | | 08APR | USD | YOUR: HOWT-FUCD  OUR: 0730400098JB | 3,400,000.00 | IMAD: 0408B1QGC01C001656<br>FEDWIRE DEBIT<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:33<br>IMAD: 0408B1QGC02C003263 | | |
| 09APR | | 09APR | USD | YOUR: ACH OF 03/04/09  OUR: 0047600099HP | 1,942.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 09APR | | 09APR | USD | OUR: 0029910114XF | 13,810.74 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |
| 09APR | | 09APR | USD | YOUR: SEE WIRE  OUR: 0688800099JB | 27,097.78 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 18 of 21

| Ledger Date | Adj Ledger Date | Value Date | IF/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Value Date | IF/T | References | Credit/Debit | Description |
|---|---|---|---|---|
| 09APR | USD | YOUR: HOWT-FUCD OUR: 0689000099JB | 1,900,000.00 | REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/14:57<br>IMAD: 0409B1QGC03C003307 |
| 09APR | USD | YOUR: SEE WIRE OUR: 0255500099JB | 2,741,578.17 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11:35<br>IMAD: 0409B1QGC03C001944 |
| 10APR | USD | OUR: 0031790114XF | 7,802.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 |
| 10APR | USD | YOUR: SEE WIRE OUR: 0943900100JB | 10,454.01 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 10APR | USD | YOUR: HOWT-FUCD OUR: 0943800100JB | 13,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:41<br>IMAD: 0410B1QGC05C004068 |
| 11APR | USD | YOUR: ACH OF 03/04/11 OUR: 0037401011HP | 68.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>LAMPATIC 33634 - |
| 11APR | USD | OUR: 0031170114XF | 1,880.16 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 |
| 11APR | USD | YOUR: SEE WIRE OUR: 0841400101JB | 28,365.06 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 11APR | USD | YOUR: HOWT-FUCD OUR: 0841300101JB | 900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date: 01 APR 2003
Statement End Date:  15 APR 2003
Statement Code:      S00-USA-22
Statement No:        007
Page 19 of 21

| Ledger Date | Adj Ledger Date | Value Date | FX | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 11APR | | | | USD YOUR: SEE WIRE<br>OUR: 0841200101JB | 1,500,000.00 | REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:27<br>/MAD: 0411B1QGC02C003657<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>MERRILL GROUP<br>ATTN TRANSFER FUNDS/TIME/15:28<br>REF: 0411B1QGC05C003723 | | |
| 14APR | | | | USD YOUR: ACH OF 03/04/14<br>OUR: 0013700104HP | 4,634.00 | /MAD: 0411B1QGC05C003723<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 14APR | | | | USD YOUR: SEE WIRE<br>OUR: 0795700104JB | 44,103.72 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 14APR | | | | USD OUR: 0032050114XF | 48,681.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963 | | |
| 14APR | | | | USD YOUR: SEE WIRE<br>OUR: 0795800104JB | 77,776.00 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: NORTHERN TRUST<br>X<br>BEN: W.R. GRACE + CO. SHORT TERM ACC<br>X | | |
| 14APR | | | | USD YOUR: HDWT-FUCD<br>OUR: 0795600104JB | 3,900,000.00 | REF: W.R. GRACE + CO./TIME/15:40<br>/MAD: 0414B1QGC01C004362<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:38 | | |
| 15APR | | | | USD OUR: 0033150114XF | 1.20 | /MAD: 0414B1QGC02C004247<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963 | | |
| 15APR | | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0332300105JB | 13,280.54 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 APR 2003
Statement End Date: 15 APR 2003
Statement Code: S00-USA-22
Statement No: 007
Page 20 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/TX | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0332200105JB | 24,184.79 | X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 4/7/03 +4/8/03HOURLY AND SALAR<br>SBN: 0204859<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | | 15APR | USD | YOUR: HOWT-FUCD<br>OUR: 0871800105JB | 400,000.00 | X<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15.19<br>IMAD: 0415B1QGC02C003968 | | |
| | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0332100105JB | 911,767.41 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11.09<br>IMAD: 0415B1QGC01C002155 | | |
| | | 15APR | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0332400105JB | 1,116,142.84 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 4/7/03 +4/8/03HOURLY AND SALAR | | |
| | | 15APR | USD | YOUR: SEE WIRE<br>OUR: 0871900105JB | 2,300,000.00 | SSN: 0204857<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUN<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15.20<br>IMAD: 0415B1QGC07C004083 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA   02140

TS

Account No:            016-001257
Statement Start Date:  01 APR 2003
Statement End Date:    15 APR 2003
Statement Code:        S00-USA-22
Statement No:          007

Page 21 of 21

**CHECKS**

*No Activity*

# JPMorgan Chase Bank

## JPMorganChase

### Statement of Account

TS

In US Dollars

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

**ENCLOSURES**

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

**TRANSACTIONS**

| | | |
|---|---|---|
| Total Credits | 34 | 129,411,529.62 |
| Total Debits (incl. checks) | 59 | 131,095,811.72 |
| Total Checks Paid | 0 | 0.00 |

**BALANCES**   Opening (16 APR 2003)   Closing (30 APR 2003)

| | | |
|---|---|---|
| Ledger | 2,169,341.79 | 485,059.69 |

Special offer from JPMorgan - Receive Internet Statements free of charge for three months.
reconcile your accounts as soon as possible? Take advantage of our promotional offer for
Statements Download your statements two business days after the statement cycle ends. Search for
transactions Export data as a text or formatted Excel file. Best of all, receive
your first three Internet Statements free of charge. Please contact your JPMorgan Relationship
Manager for more information.

Receive Internet Statements free of charge for three months.
Internet

**CREDITS**

16APR     USD YOUR: O/B BKAH IL CGO
              OUR: 0124907106FF

16APR     USD YOUR: O/B WACHOVIA WIN
              OUR: 0154902106FF

16APR     USD YOUR: MAESTRO
              OUR: 0305214106FF

| | | |
|---|---|---|
| 16APR | FEDWIRE CREDIT | 1,604,485.52 |
| | VIA: BANK OF AMERICA | |
| | /071000039 | |
| | B/O:W.R. GRACE & CO. | |
| | CAMBRIDGE MA 02140 | |
| | REF: CHASE NYC/CTR/BNF=W.R. GRACE | |
| | ND COMPANY CAMBRIDGE MA 02140/AC-0 | |
| | 016001257 RFB=O/B BKAH IL CGO DB | |
| | HONT BBI=/TIME/11:30 | |
| | IMAD: 0416G10FGV2C000431 | |
| 16APR | FEDWIRE CREDIT | 2,517,316.00 |
| | VIA: WACHOVIA BANK AND TRUST CO | |
| | /05110404 | |
| | B/O:W.R GRACE & CO | |
| | COLUMBIA MD 21044 | |
| | REF: CHASE NYC/CTR/BNF=W.R. GRACE | |
| | ND/COMPANY CAMBRIDGE MA 02140/AC-00 | |
| | 016001257 RFB=O/B WACHOVIA WIN BBI | |
| | =/TIME/12:09 | |
| | IMAD: 0416EAQFT11A000712 | |
| 16APR | FEDWIRE CREDIT | 5,000,000.00 |
| | VIA:T STATE STREET BANK & TRUST COM | |

**LEDGER BALANCES**

| Date | Ledger Balance |
|---|---|
| 16APR | 2,955,670.30 |
| 17APR | 5,993,779.50 |
| 18APR | 9,135,235.06 |
| 21APR | 9,437,892.33 |
| 22APR | 2,985,107.77 |
| 23APR | 2,862,615.39 |
| 24APR | 4,480,919.03 |
| 25APR | 535,543.47 |
| 28APR | 516,420.37 |
| 29APR | 535,506.41 |
| 30APR | 485,059.69 |

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT |

| | |
|---|---|
| US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THE ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE, AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN AN
MER IMPROPER CHARGE TO THE ACCOUNT UNLESS THE ACCOUNT HOLDER IS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN ONE (1) YEAR OF THE MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorgan Chase Bank

## JPMorganChase

TS

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: S00-USA-22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE - MA  02140

## CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 17APR | USD YOUR: O/B BARCLAYS PLC<br>OUR: 0213800107FC | 6,907.00 |
| 17APR | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0120109107FF | 782,032.00 |
| 17APR | USD YOUR: O/B BKAM IL CGO<br>OUR: 0091208107FF | 1,760,536.65 |
| 17APR | USD YOUR: MAESTRO<br>OUR: 0279313107FF | 4,300,000.00 |

```
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0160001257 RFB=MAESTRO OBI=FUND-318
7-1 S 1 ML PREMIER FUND BBI=/TIME/
IMAD: 0416A1Q0002CC001325
/0257 BARCLAYS BANK PLC
/0257
B/O: INEOS SILICAS LIMITED
REF: NBNF=W.R. GRACE AND COMPANY CA
MBRIDGE MA 02140/AC-0001600257 OR
G=INEOS SILICAS LIMITED DGB=BARCLAY
S BANK PLC LONDON ENGLAND E3 NHJ O
BI=INV PAYMENT QTR 1,2003 BBI=/
SSN: 0012818
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
01600257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:10
IMAD: 0417EAQFT11A000708
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O/W.R. GRACE & CO.
CAMBRIDGE MA
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
01600257 RFB=O/B BKAM IL CGO OBI=
HOM BBI=/TIME/10:36
IMAD: 0417G1QFGY2C000359
FEDWIRE CREDIT
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
VIA: STATE STREET BANK & TRUST COMP
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
```

JPMorgan Chase Bank

## JPMorganChase

# Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: S00-USA-22

Page 3 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

CREDITS CONTINUED

| Date | | Amount | Description |
|---|---|---|---|
| 18APR | USD YOUR: O/B BKAM IL CGO<br>OUR: 0085908108FF | 1,745,734.53 | ND COMPANY CAMBRIDGE MA 02140/AC-00<br>001601257 RFB=MAESTRO OBI=FUND-318<br>-P 1-S 1 ML PREMIER FUND BBI=/TIME/<br>IMAD: 0417AIQ0026C001299 |
| 18APR | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0095409108FF | 2,309,649.00 | /EDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/026009593<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>001601257 RFB=O/B BKAM IL CGO OBI=<br>HOWT BBI=/TIME/11:39<br>IMAD: 0418EAQFYEC0000405<br>/EDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044 |
| 21APR | USD YOUR: O/B WACHOVIA BK<br>OUR: 0210903111FF | 725,652.28 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>001601257 RFB=O/B WACHOVIA WIN BBI<br>=/TIME/12:11:58<br>IMAD: 0418EAQFTI1A000647<br>/EDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21094-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>001601257 RFB=O/B WACHOVIA BK BBI=<br>/TIME/13:25<br>IMAD: 0421F30CAA1C001196 |
| 21APR | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0158809111FF | 822,554.00 | /EDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>001601257 RFB=O/B WACHOVIA WIN BBI<br>=/TIME/12:17<br>IMAD: 0421EAQFTI1A000878 |

JPMorgan Chase Bank

**JPMorganChase**

# Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |

Page 4 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**CREDITS CONTINUED**

21APR    USD YOUR: O/B BKAM IL CGO
OUR: 0159902111FF
1,130,486.13 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B BKAM IL CGO OB=
HOWT BBI=/TIME/12:14
MAD: D421GLQFGY2C000429

22APR    USD YOUR: O/B WACHOVIA WIN
OUR: 0090607112FF
1,782,225.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100499
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B WACHOVIA WIN BBI
=/TIME/10:53

22APR    USD YOUR: O/B BKAM IL CGO
OUR: 0075814112FF
3,285,003.39 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B BKAM IL CGO OB=
HOWT BBI=/TIME/10:29
MAD: D422GIQFGY2C000224

23APR    USD YOUR: O/B BKAM IL CGO
OUR: 0090814113FF
1,591,577.88 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
0016001257 RFB=O/B BKAM IL CGO OB=
HOWT BBI=/TIME/1:01
MAD: D423GIQFGY2C000321

23APR    USD YOUR: O/B WACHOVIA WIN
OUR: 0094613113FF
2,450,954.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100499
B/O: W R GRACE & CO

# JPMorganChase

## Statement of Account

JPMorgan Chase Bank

TS

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

CREDITS (CONTINUED)

**24APR** USD YOUR: O/B WACHOVIA WIN
OUR: 0098103114FF

992,399.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE
ND COMPANY CAMBRIDGE MA 02140/AC-00
001001257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:04
IMAD: 0424EAQFT1IA000714

**24APR** USD YOUR: MAESTRO
OUR: 0268207114FF

9,400,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE
ND COMPANY CAMBRIDGE MA 02140/AC-00
001001257 RFB=MAESTRO 031=FUND-3 08
-M1-S1 ML PREMIER FUND BBI=/TIME/
IMAD: 0424A1Q002C0111110

**25APR** USD OUR: 1157691593TC

352,640.31 ELECTRONIC FUNDS TRANSFER
ORIG NAME: AON CORPORATION
ORIG ID:9005551498 DESC DATE:030424
CO ENTRY DESCR:ACH PYMT SEC:CCD
TRACE#:021000027691593 EED:030425
IND ID:
IND NAME:W R GRACE AND CO CONN

**25APR** USD YOUR: 16773193
OUR: 0140914115FF

620,324.32 FEDWIRE CREDIT
VIA: FLEET NATIONAL BANK
/011500010
B/O: 15HARTFORD LIFE COLI
HARTFORD, CT 06101-2999
REF: CHASE NYC/CTR/BNF=W.R. GRACE
ND COMPANY CAMBRIDGE MA 02140/AC-00
001001257 RFB=16773193 OBI=DEATH C
LAIMS FOR MB038 AND MB039 BBI=/TIME
IMAD: 0425A1QF148C002952

---

COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE
ND COMPANY CAMBRIDGE MA 02140/AC-00
001001257 RFB=O/B WACHOVIA WIN BBI
=/TIME/11:00
IMAD: 0425EAQFT1IA000448

CHASE OPER MID MARKET N J

MAY.15.2003 11:04 973 439 5015

# JPMorganChase

**JPMorgan Chase Bank**

TS

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | SOO-USA-22 |
| Statement No: | 008 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

**CREDITS CONTINUED**

25APR USD YOUR: O/B WACHOVIA WIN
OUR: 0126691115FF
1,299,482.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/0531004 94
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
01601257 RFB=O/B WACHOVIA WIN BEI
=/TIME/11:10

25APR USD YOUR: O/B BKAM IL CGO
OUR: 0268607115FF
1,440,600.70 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
01601257 RFB=O/B BKAM IL CGO OBI=
HQMT BBI=/TIME/15:24

25APR USD YOUR: 600811212522 0001
OUR: 10009D0115FC
12,679,739.95 CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0159
B/O: GRACE COLLECTION INC.
REF: NBNF=W.R. GRACE AND COMPANY CA
MBRIDGE MA 02140/AC-000016001257 OR
G=GRACE COLLECTION INC. OGB=BANK OF
AMERICA N.A. CROYDON UNITED KINGDO
M OR9 6BY

28APR USD YOUR: O/B BKAM IL CGO
OUR: 0129508118FF
2,553,097.79 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-00
01601257 RFB=O/B BKAM IL CGO OBI=
HQMT BBI=/TIME/11:13

28APR USD YOUR: O/B WACHOVIA WIN
OUR: 0155708118FF
4,903,634.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100494
B/O: W R GRACE & CO

# JPMorganChase

JPMorgan Chase Bank

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: S00-USA-22
Statement No: 008

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Date | | Amount | Description |
|---|---|---|---|
| 28APR | USD YOUR: LOAN AGREEMENT OUR: 0296109118FF | 30,000,000.00 | COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-0<br>0016001257 RFB=O/B WACHOVIA WIN BEI<br>/TIME/11:28<br>IMAD: 0428AQFTI1A000775<br>FEDWIRE CREDIT<br>/12100358<br>B/O: BANK OF AMERICA NA<br>NEW YORK N.Y. 10017<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=LOAN AGREEMENT BBI=/<br>TIME/15:01 |
| 29APR | USD YOUR: O/B WACHOVIA WIN OUR: 0433113119FF | 832,819.59 | IMAD: 0428L1LFBF3C001158<br>FEDWIRE CREDIT<br>/055100494<br>VIA: WACHOVIA BANK N.A.<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B WACHOVIA WIN BEI<br>=/TIME/17:29 |
| 29APR | USD YOUR: O/B BKAM IL CGO OUR: 0109303119FF | 1,998,036.41 | IMAD: 0429EAQFTI1A001363<br>FEDWIRE CREDIT<br>/071000039<br>VIA: BANK OF AMERICA<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B BKAM IL CGO DBI=<br>/OUR RBI=/TIME/10:59 |
| 29APR | USD YOUR: O/B WACHOVIA WIN OUR: 0152813119FF | 1,998,036.41 | IMAD: 0429G1QFGY2C000358<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140/AC-00<br>0016001257 RFB=O/B WACHOVIA WIN BEI |

# JPMorganChase

## Statement of Account

JPMorgan Chase Bank

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

## CREDITS (CONTINUED)

29APR   USD YOUR: MAESTRO
        OUR: 0642053119FF

29APR   22,000,000.00
=TIME/11:58
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W.R. GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00160012571 ML PREMIER FUND OBI=FUND-318
-P.13-S1 ML PREMIER FUND BBI=/TIME/
IMAD: 0429A1Q02DC000048

30APR   USD YOUR: 6008120128500001
        OUR: 3318600120FC

30APR   270,341.78
CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0959
B/O: GRACE COLLECTION INC.
REF: NBNF=W.R. GRACE AND COMPANY CA
MBRIDGE MA 02140-/AC-000160012570
RG=GRACE COLLECTION INC. OGB=BANK O
F AMERICA N.A. CROYDON UNITED KINGO
OM CR9 6BY
SSN: 0167156

30APR   USD YOUR: O/B WACHOVIA BK
        OUR: 0266901120FF

30APR   1,409,322.78
=TIME/13:14
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA OF FLORIDA
/063000021
B/O: W.R. GRACE AND CO CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00160012571 RFB=O/B WACHOVIA BK BBI
=/TIME/13:30

30APR   USD YOUR: O/B BXAM IL CGO
        OUR: 0133909120FF

30APR   1,806,772.15
IMAD: 0430F3QCAA1C001653
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/021000089
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00160012571 RFB=O/B BXAM IL CGO OBI
=OMT BBI=/TIME/11:05

30APR   USD YOUR: O/B WACHOVIA WIN
        OUR: 0142307120FF

30APR   2,929,059.00
IMAD: 0430G1QFGY2C000430
FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.

JPMorgan Chase Bank

**◎ JPMorganChase**          **Statement of Account**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

In US Dollars
Account No:          016-001257
Statement Start Date:  16 APR 2003
Statement End Date:   30 APR 2003
Statement Code:       S00-USA-22
Statement No:         006
Page 9 of 17

**CREDITS (CONTINUED)**

| | | | | |
|---|---|---|---|---|
| 16APR | | USD OUR: 0032670114XF | | /053100494 |
| | | | | B/O: W R GRACE & CO |
| | | | | COLUMBIA MD 21044 |
| | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 |
| | | | | 0010001257 RFB=O/B WACHOVIA WIN ES |
| | | | | I=/TIME/11:10 |
| | | | | IMAD: 0430EAQFT11A0008649 |
| 16APR | 266.36 | USD YOUR: SEE WIRE | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | OUR: 0733300106JB | | TO ACCOUNT 0003253881963 |
| 16APR | 35,206.65 | | | BOOK TRANSFER DEBIT |
| | | | | A/C: W R GRACE & CO CONN (UHC FUNDI |
| | | | | COLUMBIA MD 21044- |
| | | | | REF: UHC PAYMENTS |
| 16APR | 8,300,000.00 | USD YOUR: HOWT-FUCD | | PEDWIRE DEBIT |
| | | OUR: 0733400106JB | | VIA: FIRST UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC |
| | | | | REF: 0111 79 ATTN P. LAWING 704-374 |
| | | | | -3448/TIME/15:53 |
| | | | | IMAD: 0416B1QC02C003994 |
| 17APR | 1,942.00 | USD YOUR: ACH OF 03/04/17 | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | OUR: 0017900107HP | | BOOK TRANSFER DEBIT |
| | | | | A/C: CB/FT-PRE-FUNDING CLEARING A |
| | | | | TAMPA FL 33634- |
| 17APR | 3,520.00 | USD OUR: 0031310114XF | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 0003253881963 |
| 17APR | 27,311.45 | USD YOUR: SEE WIRE | | BOOK TRANSFER DEBIT |
| | | OUR: 0761200107JB | | A/C: W R GRACE & CO CONN (UHC FUNDI |
| | | | | COLUMBIA MD 21044- |
| | | | | REF: UHC PAYMENTS |
| 17APR | 78,593.03 | USD YOUR: ACH OF 03/04/17 | | BOOK TRANSFER DEBIT |
| | | OUR: 0018000107HP | | A/C: CB/FT-PRE-FUNDING CLEARING A |
| | | | | TAMPA FL 33634- |
| 17APR | 3,700,000.00 | USD YOUR: HOWT-FUCD | | PEDWIRE DEBIT |
| | | OUR: 0761400107JB | | VIA: FIRST UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC ATTN P. LAWING 704-374 |
| | | | | REF: 0111 79 ATTN P. LAWING 704-374 |
| | | | | -3448/TIME/15:07 |
| | | | | IMAD: 0417B1QGC07C003533 |

**JPMorgan Chase Bank**

# JPMorganChase

## Statement of Account

TS

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | 900-USA-22 |

In US Dollars

Page 10 of 17

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS (CONTINUED)**

| Date | | Description | Amount |
|---|---|---|---|
| 18APR | USD YOUR: SEE WIRE OUR: 0440400108JB | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUND) COLUMBIA MD 21044- REF: UHC PAYMENTS | 13,927.98 |
| 18APR | USD YOUR: HONT-FUCD OUR: 0440500108JB | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W R GRACE AND CO. CHARLOTTE NC 79 ATTN P. LANING 704-374 REF: 0111 79 ATTN P. LANING 704-374 -3448/TIME/13:07 IMAD: 0418B1QGC03C001501 | 900,000.00 |
| 21APR | USD OUR: 0030830114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | 90.00 |
| 21APR | USD YOUR: SEE WIRE OUR: 0730200111JB | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO ATTN FPRS (HOURLY) REF: WR GRACE WEEK ENDING 4/14/03 H OURLY 012431S | 1,045.76 |
| 21APR | USD YOUR: SEE WIRE OUR: 0750100111JB | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUND) COLUMBIA MD 21044- REF: UHC PAYMENTS | 36,069.72 |
| 21APR | USD YOUR: SEE WIRE OUR: 0700100111JB | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUES POPULAIRES BFC PARIS CEDEX 09 FRANCE 75427- BEN: /30021850030941150I476 RHODIA INTERSERVICES REF: GRACE/DAVISON ROYALTY PAYMENT PD/DAVISON | 69,188.10 |
| 21APR | USD YOUR: SEE WIRE OUR: 0730400111JB | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO ATTN FPRS (HOURLY) REF: WR GRACE WEEK ENDING 4/14/03 C PD/DAVISON | 179,779.39 |

# JPMorganChase

JPMorgan Chase Bank

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: S00-USA-22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS CONTINUED**

| Date | | Amount | Reference | Details |
|---|---|---|---|---|
| 21APR | USD YOUR: SEE WIRE OUR: 0750700111JB | 199,972.16 | | CHIPS DEBIT SSN: 0124324 VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + N MINERALS AND METALS LTD X REF: GRACE DAVISON PAYMENT OF INVOI CES 1892, 1893, 1894, 1895 |
| 21APR | USD YOUR: HOWT-FUCD OUR: 0750900111JB | 2,000,000.00 | | SSN: 0124309 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: TIME/16:11 -5446- |
| 22APR | USD YOUR: SEE WIRE OUR: 1066300112JB | 5,212.69 | | IMAD: 0422B1QGC01C003890 FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /065000021 A/C: RODRIGO AYERBE COLOMBIA PENSION REF: FUNB REP MS.LARAE LONG 904-834 -7321FROM WR GRACE - PYMNT FOR 2Q03 |
| 22APR | USD YOUR: SEE WIRE OUR: 0971500112JB | 32,016.44 | | IMAD: 0422B1QGC08C004544 BOOK TRANSFER DEBIT A/C: W R GRACE & CO  CONN (UHC FUND) COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 22APR | USD YOUR: SEE WIRE OUR: 0643100112JB | 1,081,783.82 | | FEDWIRE DEBIT VIA: ALLFIRST BANK X A/C: GRACE DAVISON |
| 22APR | USD YOUR: HOWT-FUCD OUR: 0970700112JB | 4,000,000.00 | | REF: HOURLY PAYROLL/TIME/13:39 IMAD: 0422B1QGC05C002655 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC |

JPMorgan Chase Bank

# JPMorganChase    Statement of Account

Ts

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 500-USA-22

Page 12 of 17

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS (CONTINUED)**

| Date | | | | Amount |
|---|---|---|---|---|
| 22APR | USD | YOUR: SEE WIRE | OUR: 0970100112JB | |
| | | | | 6,400,000.00 |
| 23APR | USD | YOUR: SEE WIRE | OUR: 0768300113JB | 3,213.49 |
| 23APR | USD | YOUR: SEE WIRE | OUR: 0714800113JB | 40,274.93 |
| 23APR | USD | YOUR: ACH OF 03/04/23 | OUR: 0036700113HP | 116,072.00 |
| 23APR | USD | YOUR: HOWT-FUCD | OUR: 0714900113JB | 1,300,000.00 |
| 23APR | USD | YOUR: SEE WIRE | OUR: 0226700113JB | 2,706,463.84 |
| 24APR | USD | YOUR: SEE WIRE | OUR: 0707800114JB | 4,065.50 |

REF: 0111 79 ATTN P. LAWING 704-374
-3648/TIME/15:52
IMAD: 0422B1QC05C003987
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND M/O W.R. GRACE + CO - CONN
BEN: MERRILL GROUP
ATTN TRANSFER FUNDS/TIME/15:52
REF: IMAD: 0422B1QC05C003711
FEDWIRE DEBIT
VIA: FLEET NATL BK MA
/011000390
A/C: GRACE COLOMBIA SA
COLOMBIA
REF: W R GRACE + CO - CONN PAYING IN
VOICES31684-
IMAD: 1423B1QGC06C003937
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS
BOOK TRANSFER DEBIT
A/C: CBA EFTS PRE-FUNDING CLEARING A
TAMPA FL 33634-
FEDWIRE DEBIT
VIA: FIRST UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 79 ATTN P. LAWING 704-374
-3648/TIME/15:59
IMAD: 0425B1QGC05C005651-
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
X /
REF: SALARIED PAYROLL/TIME/10:49
IMAD: 0424B1QGC06C001531
FEDWIRE DEBIT
VIA: CENTIER WHITING

JPMorgan Chase Bank

# JPMorganChase          Statement of Account

Ts

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | SOO-USA-22 |

Page 13 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS (CONTINUED)**

24APR   USD YOUR: SEE WIRE
OUR: 0549000114JB
24,616.45   /0719028787
A/C: NATIONAL BOND AND TRUST
ATTN CAROL HIGHSMITH
IMAD: 0424B1QGC02C003539
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

24APR   USD YOUR: HOWT-CHASE
OUR: 0549300114JB
77,000.00   BOOK TRANSFER DEBIT
A/C: W R GRACE I & CO
COLUMBIA MD 21044-4098
REF: HOWT

24APR   USD YOUR: 0018201109996B
OUR: 0229300114JB
205,000.00   FEDWIRE DEBIT
VIA: BXAM IL CGD
/071000039
A/C: WR GRACE + CO-CONN
REF: HOWT

24APR   USD YOUR: SUPP. PENSION
OUR: 0549400114JB
363,413.41   IMAD: 0424B1QGC06C001631
FEDWIRE DEBIT
VIA: NORTHERN CHGO
/071000152
A/C: W R GRACE + CO. RETIREMENT PLA
ATTN MR. BRUCE HENIKEN
REF: SUPPLEMENTAL PENSION PAYMENT F
OR THE MONTH OF MAY 2003/TIME/13:58

24APR   USD YOUR: HOWT-FUCD
OUR: 0707700114JB
12,100,000.00   IMAD: 0424B1QGC08C003203
FEDWIRE DEBIT
VIA: FIRST UNION NC
/055000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: LINE/9:43
IMAD: 0424... ATTN P. LAWING 704-374

25APR   USD YOUR: 240009
OUR: 1156700115JB
2,259.31   BOOK TRANSFER DEBIT
A/C: D002243G680
X
REF: MET LIFE PREM. EMPLOYEE GUL CO
NTRIBUTIONS FOR MARCH 2003

25APR   USD YOUR: SEE WIRE
OUR: 1156600115JB
24,979.21   BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

## JPMorganChase — Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 500-USA-22

Page 14 of 17

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE

**DEBITS CONTINUED**

| Date | | | Amount | Details |
|---|---|---|---|---|
| 25APR | USD YOUR: SEE WIRE | OUR: 1156800115JB | 294,000.71 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>MISSISSAUGA, ONTARIO CANADA TRANSIT<br>BEN: MONEY MOBILIZATION DIV. - CANB<br>ATTN: TONY SKIFFINGTON<br>REF: CAMBRIDGE<br>SSN: 0241687 |
| 25APR | USD YOUR: HOWT-FUCD | OUR: 1156500115JB | 900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0119E/15:29<br>-3448/011NE/15:29 ATTN P. LAWING 704-374<br>IMAD: 0425B1QGC06C00A136 |
| 25APR | USD YOUR: 00182253120035A | OUR: 1156900115JB | 3,316,923.66 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION: GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>SSN: 0241681 |
| 25APR | USD YOUR: SEE WIRE | OUR: 1157000115JB | 11,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN: MERRILL GROUP<br>REF: TRANSFER FUNDS/TRNS/15:43<br>IMAD: 0425B1QGC04C004210 |
| 28APR | USD OUR: 0037920114XF | | 1,500.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032588195 |
| 28APR | USD YOUR: FPRS DEPOSITORY | OUR: 0989700111BJB | 12,825.39 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X.<br>BEN: WR GRACE + CO. |

# JPMorganChase        Statement of Account

JPMorgan Chase Bank

TS

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |

Page 15 of 17

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS CONTINUED**

| Date | Amount | Details |
|---|---|---|
| 28APR | | USD YOUR: SEE WIRE<br>OUR: 0989200118JB |
| | | X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 4/21/03 AND 4/22/03 HOURLY AND<br>SSN: 0274017 |
| 28APR | 83,996.98 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUND)<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 28APR | 1,077,532.52 | USD YOUR: FPRS DEPOSITORY<br>OUR: 0989400118JB |
| | | FEDWIRE DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO. |
| 28APR | | USD YOUR: SEE WIRE<br>OUR: 0989400118JB |
| | | X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 4/21/03 AND 4/22/03 HOURLY AND<br>SSN: 0274013 |
| 28APR | 3,300,000.00 | USD YOUR: HONT-FUCD<br>OUR: 1061500118JB |
| | | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0110E/Bo/4535<br>/Time/16:35 |
| 28APR | 33,000,000.00 | USD YOUR: SEE WIRE<br>OUR: 1061600118JB |
| | | IMAD: 0428B1QGC04C004764<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: W/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:55<br>IMAD: 0428B6QGC04C004765 |
| 29APR | 16,567.80 | USD YOUR: SEE WIRE<br>OUR: 1113500119JB |
| | | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: SPECTERA, INC.<br>X<br>REF: MARCH 2003 FEES/TIME/16:15<br>IMAD: 0429B1QGC07C004704 |
| 29APR | 32,871.20 | USD YOUR: SEE WIRE<br>OUR: 1111800119JB |
| | | FEDWIRE DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUND) |

#2508 P.016

CHASE OPER MID MARKET N J

MAY.15'2003 11:09 973 439 5015

# JPMorganChase

## Statement of Account

JPMorgan Chase Bank

TS

In US Dollars

Account No: 016-0011257
Statement Start Date: 16 APR 2003
Statement End Date: 30 APR 2003
Statement Code: S00-USA-22

Page 16 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS (CONTINUED)**

| Date | Amount | Description |
|---|---|---|
| 29APR | | COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 29APR | 68,773.22 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000325881963<br>USD OUR: 0031570114XF |
| 29APR | 135,497.46 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO<br>X<br>REF: CR1003590-1 IV0000200090 MARCH<br>2003 FEES/TIME/16:13<br>IMAD: 0429B1QGC04C004450<br>USD YOUR: SEE WIRE<br>OUR: 1112700119JB |
| 29APR | 300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN: MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:14<br>IMAD: 0429B1QGC06C004755<br>USD YOUR: SEE WIRE<br>OUR: 1113500119JB |
| 29APR | 329,297.06 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>USD YOUR: 240009<br>OUR: 1112200119JB |
| 29APR | 879,572.28 | FEDWIRE DEBIT<br>REF: MET LIFE PREM. MARCH 2003 PREM<br>IUMS + DENTAL AND STD FEE<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:01<br>IMAD: 0429B1QGC04C001791<br>USD YOUR: SEE WIRE<br>OUR: 0112000119JB |
| 29APR | 3,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>USD YOUR: HONT-FUCD<br>OUR: 1114000119JB |
| 29APR | 21,847,197.35 | REF: 0111 79 ATTN P. LAWING 704-374<br>-5448/TIME/17:154<br>IMAD: 0429B1QGC05C005024<br>CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>USD YOUR: SEE WIRE<br>OUR: 0111600119JB |

JPMorgan Chase Bank

 JPMorganChase

**Statement of Account**

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2003 |
| Statement End Date: | 30 APR 2003 |
| Statement Code: | S00-USA-22 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE

**DEBITS CONTINUED**

| Date | | Amount | Description |
|---|---|---|---|
| 30APR | USD YOUR: SEE WIRE OUR: 1442400120JB | 41,805.22 | A/C: BANK OF AMERICA - LONDON 37/60564 BEN: GRACE COLLECTION INC. X REF: LOAN RE-PAYMENT TO GERMANY (25 2) SSN: 0176842 BOOK TRANSFER DEBIT A/C: W R GRACE & CO COHN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 30APR | USD YOUR: SEE WIRE OUR: 1442800120JB | 48,382.30 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: AON CONSULTING X REF: PENSION ADMINISTRATION/TIME/17 :16 |
| 30APR | USD OUR: 0034790114XF | 75,784.91 | IMAD: 0430B1QGC06C006400 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00053238 1963 |
| 30APR | USD YOUR: HOWT-FUCD OUR: 1443200120JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:16 IMAD: 0430B1QGC06C006398 |
| 30APR | USD YOUR: SEE WIRE OUR: 1443500120JB | 3,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: W.R. GRACE & CO - CONN ATTN "MERRILL GROUP REF: TRANSFER FUNDS/TIME/17:16 IMAD: 0430B1QGC05C006316B |

**CHECKS**
*No Activity*

# **Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#       0
Last Statement:    03/31/2003
This Statement:    04/30/2003

**Customer Service**
**1-800-262-2726**

W.R. GRACE & CO. DIP
ATTN   CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA   02140

Page     1 of     4

Bankruptcy Case Number: 00101139

## **ANALYZED CHECKING**

### **Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 04/01/2003 - 04/30/2003 | Statement Beginning Balance | 1,985,338.93 |
| Number of Deposits/Credits | 45 | Amount of Deposits/Credits | 37,443,013.18 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 24 | Amount of Other Debits | 38,666,620.95 |
| | | Statement Ending Balance | 761,731.16 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 30 | Service Charge | .00 |

### **Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/01 | | 357,158.98 | Zero Balance Transfer | TRSF FR 8188903106 | 00722148665 |
| 04/01 | | 1,570,868.70 | Zero Balance Transfer | TRSF FR 8188703107 | 00722148383 |
| 04/02 | | 156,132.25 | Zero Balance Transfer | TRSF FR 8188903106 | 00722128885 |
| 04/02 | | 970,319.29 | Zero Balance Transfer | TRSF FR 8188703107 | 00722128607 |
| 04/03 | | 576,507.80 | Zero Balance Transfer | TRSF FR 8188903106 | 00722132640 |
| 04/03 | | 659,771.20 | Zero Balance Transfer | TRSF FR 8188903106 | 00722132932 |
| 04/04 | | 35,233.17 | Zero Balance Transfer | TRSF FR 8188903106 | 00722131539 |
| 04/04 | | 1,058,423.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722131234 |
| 04/07 | | 780,241.02 | Zero Balance Transfer | TRSF FR 8188903106 | 00722212621 |
| 04/07 | | 3,214,781.10 | Zero Balance Transfer | TRSF FR 8188703107 | 00722212329 |
| 04/08 | | 329,113.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142414 |
| 04/08 | | 891,461.06 | Zero Balance Transfer | TRSF FR 8188703107 | 00722142154 |
| 04/09 | | 166,744.70 | Zero Balance Transfer | TRSF FR 8188903106 | 00722125591 |
| 04/09 | | 1,023,489.67 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125318 |
| 04/10 | | 211,786.16 | Zero Balance Transfer | TRSF FR 8188903106 | 00722130299 |
| 04/10 | | 738,654.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722130034 |
| 04/11 | | 285,023.39 | Zero Balance Transfer | TRSF FR 8188903106 | 00722130460 |
| 04/11 | | 747,315.83 | Zero Balance Transfer | TRSF FR 8188703107 | 00722130182 |
| 04/14 | | 426,737.90 | Zero Balance Transfer | TRSF FR 8188903106 | 00722209741 |
| 04/14 | | 1,969,889.52 | Zero Balance Transfer | TRSF FR 8188703107 | 00722209458 |
| 04/15 | | 235,263.87 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142936 |
| 04/15 | | 1,463,972.71 | Zero Balance Transfer | TRSF FR 8188703107 | 00722142676 |
| 04/16 | | 249,243.81 | Zero Balance Transfer | TRSF FR 8188903106 | 00722125870 |
| 04/16 | | 1,547,535.57 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125614 |
| 04/17 | | 222,110.77 | Zero Balance Transfer | TRSF FR 8188903106 | 00722130298 |
| 04/17 | | 1,297,841.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722130047 |
| 04/18 | | 193,722.64 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127792 |
| 04/18 | | 653,889.40 | Zero Balance Transfer | TRSF FR 8188703107 | 00722127541 |
| 04/21 | | 238,412.89 | Zero Balance Transfer | TRSF FR 8188903106 | 00722195036 |
| 04/21 | | 3,602,943.50 | Zero Balance Transfer | TRSF FR 8188703107 | 00722194759 |
| 04/22 | | 563,654.52 | Zero Balance Transfer | TRSF FR 8188903106 | 00722138105 |
| 04/22 | | 900,867.39 | Zero Balance Transfer | TRSF FR 8188703107 | 00722137850 |
| 04/23 | | 162,854.47 | Zero Balance Transfer | TRSF FR 8188903106 | 00722123887 |
| 04/23 | | 1,328,055.81 | Zero Balance Transfer | TRSF FR 8188703107 | 00722123631 |
| 04/24 | | 205,000.00 | WIRE TYPE:WIRE IN DATE: 042403 TIME:0945 CT | | 641200370016351 |
| | | | TRN:030424016351 FDREF/SEQ:0229300114JB/001631 | | |
| | | | ORIG:W.R. GRACE AND COMPANY ID:000016001257 | | |
| | | | SND BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:TE | | |
| | | | BC OF 03/04/24HOWT | | |

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

| | |
|---|---|
| Account Number | 8188203114 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 03/31/2003 |
| This Statement: | 04/30/2003 |

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:00101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/24 | | 220,611.26 | Zero Balance Transfer | TRSF FR 8188903106 | 00722128972 |
| 04/24 | | 1,174,422.59 | Zero Balance Transfer | TRSF FR 8188703107 | 00722128710 |
| 04/25 | | 306,949.69 | Zero Balance Transfer | TRSF FR 8188903106 | 00722137317 |
| 04/25 | | 906,952.91 | Zero Balance Transfer | TRSF FR 8188703107 | 00722137027 |
| 04/28 | | 976,710.22 | Zero Balance Transfer | TRSF FR 8188903106 | 00722209915 |
| 04/28 | | 2,304,727.68 | Zero Balance Transfer | TRSF FR 8188703107 | 00722209635 |
| 04/29 | | 147,118.91 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142266 |
| 04/29 | | 1,545,977.26 | Zero Balance Transfer | TRSF FR 8188703107 | 00722141997 |
| 04/30 | | 81,158.17 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127263 |
| 04/30 | | 752,362.57 | Zero Balance Transfer | TRSF FR 8188703107 | 00722126992 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/01 | | 2,103,191.50 | WIRE TYPE:WIRE OUT DATE:040103 TIME:0936 CT TRN:030401019376 FDREF/SEQ:030401019376/000344 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370019376 |
| 04/02 | | 2,337,007.70 | WIRE TYPE:WIRE OUT DATE:040203 TIME:1031 CT TRN:030402019646 FDREF/SEQ:030402019646/000416 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370019646 |
| 04/03 | | 610,121.12 | WIRE TYPE:WIRE OUT DATE:040303 TIME:1002 CT TRN:030403017895 FDREF/SEQ:030403017895/000498 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370017895 |
| 04/04 | | 1,277,325.34 | WIRE TYPE:WIRE OUT DATE:040403 TIME:1002 CT TRN:030404019429 FDREF/SEQ:030404019429/000323 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370019429 |
| 04/07 | | 1,663,175.18 | WIRE TYPE:WIRE OUT DATE:040703 TIME:1023 CT TRN:030407018431 FDREF/SEQ:030407018431/000351 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370018431 |
| 04/08 | | 3,190,624.04 | WIRE TYPE:WIRE OUT DATE:040803 TIME:1006 CT TRN:030408015795 FDREF/SEQ:030408015795/000294 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370015795 |
| 04/10 | | 2,537,504.11 | WIRE TYPE:WIRE OUT DATE:041003 TIME:0942 CT TRN:030410016128 FDREF/SEQ:030410016128/000359 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370016128 |
| 04/11 | | 1,600.00 | Foreign Exchange Debit      FX DRAW DRFX820065 2848.16 SGD  ə 1.7801 ON 20030409 | 01790300097 |
| 04/11 | | 2,000.00 | Foreign Exchange Debit      FX DRAW DRFX819893 3560.20 SGD  ə 1.7801 ON 20030409 | 01790300113 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   03/31/2003
This Statement:   04/30/2003

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    3 of    4

Bankruptcy Case Number:00101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/11 | | 2,000.01 | Foreign Exchange Debit       FX DRAW DRFX819924<br>1847.58 EUR  @ 1.0825 ON 20030409 | 01790300093 |
| 04/11 | | 1,019,883.18 | WIRE TYPE:WIRE OUT DATE:041103 TIME:1251 CT<br>TRN:030411037725 FDREF/SEQ:030411037725/001019<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370037725 |
| 04/14 | | 1,799,960.34 | WIRE TYPE:WIRE OUT DATE:041403 TIME:0949 CT<br>TRN:030414016742 FDREF/SEQ:030414016742/000364<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370016742 |
| 04/15 | | 1,630,289.24 | WIRE TYPE:WIRE OUT DATE:041503 TIME:0947 CT<br>TRN:030415017118 FDREF/SEQ:030415017118/000315<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370017118 |
| 04/16 | | 1,604,485.52 | WIRE TYPE:WIRE OUT DATE:041603 TIME:1030 CT<br>TRN:030416019534 FDREF/SEQ:030416019534/000431<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370019534 |
| 04/17 | | 1,760,536.65 | WIRE TYPE:WIRE OUT DATE:041703 TIME:0935 CT<br>TRN:030417015935 FDREF/SEQ:030417015935/000359<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370015935 |
| 04/18 | | 1,745,734.53 | WIRE TYPE:WIRE OUT DATE:041803 TIME:1038 CT<br>TRN:030418015835 FDREF/SEQ:030418015835/000405<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370015835 |
| 04/21 | | 1,130,486.13 | WIRE TYPE:WIRE OUT DATE:042103 TIME:1114 CT<br>TRN:030421020751 FDREF/SEQ:030421020751/000429<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370020751 |
| 04/22 | | 3,285,003.39 | WIRE TYPE:WIRE OUT DATE:042203 TIME:0929 CT<br>TRN:030422013780 FDREF/SEQ:030422013780/000224<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370013780 |
| 04/23 | | 1,591,577.88 | WIRE TYPE:WIRE OUT DATE:042303 TIME:1000 CT<br>TRN:030423016344 FDREF/SEQ:030423016344/000321<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370016344 |
| 04/24 | | 1,575,608.04 | Foreign Exchange Debit       FX DRAW DRFX176160<br>1575608.04 USD  @ 0.0 ON 20030423 | 01790300044 |
| 04/25 | | 1,440,600.70 | WIRE TYPE:WIRE OUT DATE:042503 TIME:1224 CT<br>TRN:030425037552 FDREF/SEQ:030425037552/000785<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370037552 |
| 04/28 | | 2,553,097.79 | WIRE TYPE:WIRE OUT DATE:042803 TIME:1019 CT<br>TRN:030428019606 FDREF/SEQ:030428019606/000313<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370019606 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number     8188203114
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2003
This Statement:    04/30/2003

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    4 of    4

Bankruptcy Case Number:00101139

## ANALYZED CHECKING

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/29 | | 1,998,036.41 | WIRE TYPE:WIRE OUT DATE:042903 TIME:0959 CT TRN:030429018164 FDREF/SEQ:030429018164/000338 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370018164 |
| 04/30 | | 1,806,772.15 | WIRE TYPE:WIRE OUT DATE:043003 TIME:1003 CT TRN:030430022933 FDREF/SEQ:030430022933/000430 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370022933 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 1,985,338.93 | 63,712.25 | 04/16 | 1,862,840.86 | 88,136.94 |
| 04/01 | 1,810,175.11 | 226,272.58 | 04/17 | 1,622,256.30 | 171,251.30 |
| 04/02 | 599,618.95 | 5,735.80 | 04/18 | 724,133.81 | 191,459.84 |
| 04/03 | 1,225,776.83 | .00 | 04/21 | 3,435,004.07 | 116,384.26 |
| 04/04 | 1,042,108.59 | 40,312.29 | 04/22 | 1,614,522.59 | 144,954.14 |
| 04/07 | 3,373,955.53 | 10,181.49- | 04/23 | 1,513,854.99 | 78,459.13 |
| 04/08 | 1,403,906.13 | 303,768.00 | 04/24 | 1,538,280.80 | 34,697.19 |
| 04/09 | 2,594,140.50 | 1,385,756.78 | 04/25 | 1,311,582.70 | 32,126.64 |
| 04/10 | 1,007,076.55 | 141,370.00 | 04/28 | 2,039,922.81 | 296,632.90 |
| 04/11 | 1,013,932.58 | 95,819.62 | 04/29 | 1,734,982.57 | 142,368.31 |
| 04/14 | 1,601,599.66 | 38,108.51 | 04/30 | 761,731.16 | 59,930.65 |
| 04/15 | 1,670,547.00 | 249,918.11 | | | |



# Commercial Checking

01          2000000282172   001   130          0    34    16,700

Illumillumillumillumillumilld
H.R. GRACE & COMPANY
ATTN: DARLENE PARLIN                    CB
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

---

# Commercial Checking                                      4/01/2003 thru 4/30/2003

Account number:        2000000282172
Account holder(s):     W.R. GRACE & COMPANY

Taxpayer ID Number:    133461988

## Account Summary

| | | |
|---|---|---|
| Opening balance 4/01 | $3,242,117.95 | |
| Deposits and other credits | 83,544,373.81 | + |
| Other withdrawals and service fees | 84,307,333.10 | - |
| **Closing balance 4/30** | **$2,479,158.66** | |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/01 | 3,300,000.00 | FUNDS TRANSFER  (ADVICE 030401047122) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/01 OBI=0111 79 ATTN P. LAWI REF=1362500091JB    04/01/03  04:05PM |
| 4/02 | 1,500,000.00 | FUNDS TRANSFER  (ADVICE 030402034579) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/02 OBI=0111 79 ATTN P. LAWI REF=0812800092JB    04/02/03  03:43PM |
| 4/03 | 9,000,000.00 | FUNDS TRANSFER  (ADVICE 030403031418) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/03 OBI=0111 79 ATTN P. LAWI REF=0772900093JB    04/03/03  03:26PM |
| 4/04 | 165.98 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005600 W R GRACE & CO |
| 4/04 | 600,000.00 | FUNDS TRANSFER  (ADVICE 030404034107) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/04 OBI=0111 79 ATTN P. LAWI REF=0854200094JB    04/04/03  03:33PM |
| 4/07 | 3,000,000.00 | FUNDS TRANSFER  (ADVICE 030407033070) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/07 OBI=0111 79 ATTN P. LAWI REF=0879600097JB    04/07/03  03:59PM |
| 4/08 | 3,400,000.00 | FUNDS TRANSFER  (ADVICE 030408030579) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 03/04/08 OBI=0111 79 ATTN P. LAWI REF=0730400098JB    04/08/03  03:32PM |

*Deposits and Other Credits continued on next page.*

---



# Commercial Checking

02      2000000282172   001   130           0    34      16,701

---

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/09 | 1,900,000.00 | FUNDS TRANSFER  (ADVICE 030409028171)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/09 OBI=0111 79 ATTN P. LAWI<br>REF=0689000099JB    04/09/03  02:57PM |
| 4/10 | 13,400,000.00 | FUNDS TRANSFER  (ADVICE 030410036408)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/10 OBI=0111 79 ATTN P. LAWI<br>REF=0943800100JB    04/10/03  04:41PM |
| 4/11 | 900,000.00 | FUNDS TRANSFER  (ADVICE 030411032270)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/11 OBI=0111 79 ATTN P. LAWI<br>REF=0841300101JB    04/11/03  03:27PM |
| 4/14 | 0.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900067554 WR GRACE & CO. |
| 4/14 | 554.98 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900003615 W R GRACE & CO- |
| 4/14 | 3,900,000.00 | FUNDS TRANSFER  (ADVICE 030414034685)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/14 OBI=0111 79 ATTN P. LAWI<br>REF=0795600104JB    04/14/03  03:38PM |
| 4/15 | 334.18 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 4/15 | 400,000.00 | FUNDS TRANSFER  (ADVICE 030415035613)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/15 OBI=0111 79 ATTN P. LAWI<br>REF=0871800105JB    04/15/03  03:19PM |
| 4/16 | 8,300,000.00 | FUNDS TRANSFER  (ADVICE 030416034775)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/16 OBI=0111 79 ATTN P. LAWI<br>REF=0733400106JB    04/16/03  03:52PM |
| 4/17 | 1,384.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900003615 W R GRACE & CO- |
| 4/17 | 3,700,000.00 | FUNDS TRANSFER  (ADVICE 030417030021)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/17 OBI=0111 79 ATTN P. LAWI<br>REF=0761400107JB    04/17/03  03:07PM |
| 4/18 | 900,000.00 | FUNDS TRANSFER  (ADVICE 030418015019)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/18 OBI=0111 79 ATTN P. LAWI<br>REF=0440500108JB    04/18/03  01:03PM |
| 4/21 | 0.02 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900067554 WR GRACE & CO. |

*Deposits and Other Credits continued on next page.*

---



# Commercial Checking

03      2000000282172   001   130           0   34      16,702

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/21 | 20.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 4/21 | 2,000,000.00 | FUNDS TRANSFER  (ADVICE 030421031180)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/21 OBI=0111 79 ATTN P. LAWI<br>REF=0730900111JB      04/21/03  04:11PM |
| 4/22 | 4,000,000.00 | FUNDS TRANSFER  (ADVICE 030422031967)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/22 OBI=0111 79 ATTN P. LAWI<br>REF=0970700112JB      04/22/03  03:52PM |
| 4/23 | 0.03 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900067554 WR GRACE & CO. |
| 4/23 | 1,300,000.00 | FUNDS TRANSFER  (ADVICE 030423030831)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/23 OBI=0111 79 ATTN P. LAWI<br>REF=0714900113JB      04/23/03  03:37PM |
| 4/24 | 12,100,000.00 | FUNDS TRANSFER  (ADVICE 030424032191)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/24 OBI=0111 79 ATTN P. LAWI<br>REF=0707700114JB      04/24/03  03:43PM |
| 4/25 | 3.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 4/25 | 900,000.00 | FUNDS TRANSFER  (ADVICE 030425035477)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/25 OBI=0111 79 ATTN P. LAWI<br>REF=1156500115JB      04/25/03  03:28PM |
| 4/28 | 41,869.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 4/28 | 3,300,000.00 | FUNDS TRANSFER  (ADVICE 030428038856)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/28 OBI=0111 79 ATTN P. LAWI<br>REF=1061500118JB      04/28/03  04:33PM |
| 4/29 | 17.09 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 4/29 | 24.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 4/29 | 3,200,000.00 | FUNDS TRANSFER  (ADVICE 030429043135)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/29 OBI=0111 79 ATTN P. LAWI<br>REF=1114000119JB      04/29/03  05:34PM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

04          2000000282172   001   130          0    34      16,703

---

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/30 | 2,500,000.00 | FUNDS TRANSFER  (ADVICE 030430054067)<br>RCVD FROM JP.MORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 03/04/30 OBI=0111 79 ATTN P. LAWI<br>REF=1443200120JB    04/30/03 05:16PM |

| Total | $83,544,373.81 |
|-------|----------------|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 4/01 | 359.07 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 4/01 | 6,395.27 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900003615 W R GRACE & CO- |
| 4/01 | 10,063.88 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900067554 WR GRACE & CO. |
| 4/01 | 72,996.02 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 4/01 | 617,531.65 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 GRACE DAVISON |
| 4/01 | 1,031,045.83 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 4/01 | 1,084,301.33 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 4/02 | 605.74 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 4/02 | 2,952.87 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900003615 W R GRACE & CO- |
| 4/02 | 21,568.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 4/02 | 27,629.56 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 4/02 | 45,638.52 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 4/02 | 123,928.22 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900067554 WR GRACE & CO. |
| 4/02 | 263,070.23 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 GRACE DAVISON |
| 4/02 | 1,007,144.95 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 4/02 | 1,678,452.28 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005231 W.R. GRACE & CO |
| 4/03 | 25.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 4/03 | 2,640.25 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

05      2000000282172  001  130          0   34      16,704

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/03 | 3,622.66 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/03 | 7,196.95 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/03 | 10,322.23 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/03 | 14,359.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/03 | 16,472.43 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/03 | 130,875.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/03 | 213,084.46 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/03 | 880,490.60 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/04 | 453.78 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/04 | 804.56 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/04 | 3,144.38 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/04 | 14,987.04 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/04 | 15,630.67 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/04 | 41,893.37 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/04 | 601,384.86 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/04 | 2,671,297.43 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/04 | 5,049,103.94 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/07 | 338.25 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/07 | 1,881.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/07 | 2,191.27 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/07 | 4,130.13 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/07 | 42,332.67 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/07 | 54,672.16 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

06      2000000282172  001  130          0    34      16,705

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/07 | 446,720.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/07 | 935,143.37 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/08 | 131.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/08 | 5,075.12 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/08 | 9,919.16 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/08 | 280,515.38 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/08 | 1,437,096.36 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/08 | 1,438,504.13 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/09 | 96.23 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/09 | 555.09 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/09 | 4,823.84 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/09 | 11,256.25 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/09 | 14,448.77 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/09 | 46,646.54 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/09 | 122,438.08 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/09 | 233,461.11 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/09 | 1,469,414.59 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/09 | 1,707,915.24 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/10 | 222.50 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/10 | 2,528.20 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/10 | 7,457.57 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/10 | 9,480.78 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/10 | 139,426.96 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*

---



## Commercial Checking

07      2000000282172   001   130              0   34      16,706

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/10 | 411,760.21 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/10 | 432,797.46 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/10 | 1,000,583.55 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/10 | 1,578,432.73 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/11 | 200.88 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/11 | 453.78 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/11 | 2,403.22 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/11 | 10,806.13 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/11 | 227,825.19 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/11 | 252,247.88 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/11 | 706,003.45 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/11 | 1,692,257.74 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/11 | 2,873,276.29 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/11 | 4,929,954.34 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/14 | 313.28 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/14 | 21,775.58 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/14 | 60,825.60 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/14 | 429,255.49 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/14 | 1,960,139.89 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/15 | 0.30 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/15 | 24.40 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/15 | 8,194.21 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/15 | 8,239.74 ✓ | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

08        2000000282172  001  130              0   34     16,707

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 4/15 | 47,217.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/15 | 362,794.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/15 | 582,075.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/16 | 2,974.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/16 | 13,407.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/16 | 43,444.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/16 | 120,697.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/16 | 272,287.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/16 | 369,682.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/16 | 1,489,201.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/17 | 235.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/17 | 4,128.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/17 | 4,946.15 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/17 | 9,444.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/17 | 16,522.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/17 | 43,573.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/17 | 131,290.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/17 | 140,796.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/17 | 714,404.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/17 | 6,851,252.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/18 | 731.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/18 | 2,015.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/18 | 3,714.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

09        2000000282172  001  130          0   34    16,708

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/18 | 6,174.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/18 | 14,384.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/18 | 108,449.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/18 | 761,683.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/18 | 2,578,619.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/21 | 1,352.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/21 | 1,771.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/21 | 3,257.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/21 | 5,161.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/21 | 62,456.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/21 | 123,182.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/21 | 348,447.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/21 | 1,445,715.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/22 | 0.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/22 | 20.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/22 | 221.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/22 | 221.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/22 | 633.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/22 | 1,123.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/22 | 5,295.80 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/22 | 11,613.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/22 | 350,136.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/22 | 921,770.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

10        2000000282172   001   130            0    34      16,709

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|-------:|-------------|
| 4/23 | 520.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/23 | 2,557.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/23 | 4,943.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/23 | 17,800.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/23 | 112,178.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/23 | 269,390.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/23 | 821,149.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/23 | 1,205,352.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/23 | 1,603,256.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/24 | 3.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/24 | 115.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/24 | 2,325.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/24 | 6,647.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/24 | 8,800.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/24 | 8,956.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/24 | 58,029.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/24 | 136,568.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/24 | 217,059.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/24 | 359,634.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/24 | 426,326.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/24 | 913,145.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/25 | 38.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/25 | 1,046.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---



## Commercial Checking

11      2000000282172   001   130          0   34      16,710

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|-------:|-------------|
| 4/25 | 4,979.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/25 | 12,760.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/25 | 75,116.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/25 | 590,027.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/25 | 638,888.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/25 | 1,646,478.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/25 | 2,829,572.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/25 | 5,072,540.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/28 | 286.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/28 | 2,604.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/28 | 4,649.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/28 | 18,441.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/28 | 21,288.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/28 | 58,918.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/28 | 285,949.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/28 | 750,363.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/29 | 1.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/29 | 6,905.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 4/29 | 10,720.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 4/29 | 30,260.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/29 | 409,296.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 4/29 | 997,539.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/29 | 2,162,587.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---