IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July 31, 2003 at 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

**SUMMARY COVERSHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION
OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2003
THROUGH MAY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | May 1, 2003 through May 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $32,572.41 for the period May 1, 2003 through May 31, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0 for the period of May 1, 2003 through May 31, 2003 |

This is a:          Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------------|--------------------|--------------|----------------|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Application pending | Application Pending |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Application Pending | Application Pending |

As indicated above, this is the fifteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 110.50 | $37,570.00 |
| Melissa E. Flax | Partner | $225 | 25.50 | $5,737.50 |
| Robert C. Scrivo | Associate | $210 | 9.40 | $1,974.00 |
| Jeff Falduto | Paralegal | $75.00 | 7.30 | $547.50 |

Total Fees          $45,829.00

Total Hours          152.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $303.75 |
| Westlaw | $89.87 |
| Telephone | $207.79 |
| Faxes | $205.00 |
| FedEx | $24.34 |
| Travel | |
| Messenger | $50.00 |
| Additional Staff Time | $16.06 |
| Court Reporter (Daily Trial Transcripts) | |
| Credit – Court Reporter (Daily Trial Transcripts) | ($14,153.40) |
| | |
| | |
| Total | ($13,256.59) |

Dated:  June 11, 2003

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

June 9, 2003
Invoice No. 20058
Client No.  734680

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 417,231.99 |
| LESS PAYMENT(S) | 80,008.09 |
| LESS PAYMENT(S) | 0.00 |
| LESS ADJUSTMENT(S) | 14,153.40 |
| BALANCE FORWARD | 323,070.50 |

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS
FOR THE PERIOD ENDING   May 31, 2003

| | |
|---|---:|
| PROFESSIONAL SERVICES | 45,829.00 |
| DISBURSEMENTS | 896.81 |
| TOTAL THIS PERIOD | 46,725.81 |

| | |
|---|---:|
| TOTAL AMOUNT DUE | 369,796.31 |
| TRUST RETAINER | 0.00 |
| BALANCE DUE | 369,796.31 |
| | ============ |

JMA

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680
INVOICE NO.           20058

June 9, 2003
Page      2

Matter Summary

| | | Fees | Costs | Total |
|---|---|---|---|---|
| 734680.1 | VS. ALLIED SIGN | $45,829.00 | $ 896.81 | $46,725.81 |

### CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                June 9, 2003
Client No.           734680                         Page      3
INVOICE NO.          20058

For Professional Services Rendered through    05/31/03

Matter #            734680.1        VS. ALLIED SIGNAL

| | | | | |
|---|---|---|---|---|
| 05/01/03 | JMA | Post trial issues - revisions to list of all parties remaining claims; letter to C. Marraro | .50 | 170.00 |
| 05/01/03 | JMA | Post trial issues - review Honeywell Findings of Fact | 5.80 | 1972.00 |
| 05/01/03 | MEF | Review draft spreadsheet from fee auditor re: 7th Quarterly Fee Application. | .40 | 90.00 |
| 05/01/03 | MEF | Voicemail - L. Ferdinand re: CBBG fees. | .20 | 45.00 |
| 05/01/03 | JF | Organize files for off-site storage and prepare trial testimony chart | 5.70 | 427.50 |
| 05/02/03 | JMA | Post trial issues - review case law re: Grace Defendants' Cross-Claims | 3.30 | 1122.00 |
| 05/02/03 | JMA | Post trial issues - phone - C. Marraro re: Grace Defendants' Cross-Claims | .60 | 204.00 |
| 05/02/03 | MEF | Telephone call with L. Ferdinand re: 7th Quarterly Fee Application. | .20 | 45.00 |
| 05/02/03 | MEF | Receipt and review fee auditor's final report on 7th Quarterly Fee Application. | .50 | 112.50 |
| 05/02/03 | MEF | Telephone call with S. Bossay re: fee auditor's final report. | .20 | 45.00 |
| 05/02/03 | RCS | Telephone communication with Chris Marraro and Alex Zacaroli re: NJDEP amendments contained in New Jersey Registry. | .30 | 63.00 |
| 05/03/03 | JMA | Post trial issues - review Honeywell Conclusions of Law and cases re: Grace claims | 6.50 | 2210.00 |
| 05/05/03 | JMA | Post trial issues - review new paragraphs in plaintiffs' Findings of Fact and Conclusions of Law | 2.70 | 918.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | | | |
|---|---|---|---|---|
| W.R. GRACE & COMPANY | | | June 9, 2003 | |
| Client No. | 734680 | Page | 4 | |
| INVOICE NO. | 20058 | | | |

| | | | |
|---|---|---|---|
| 05/05/03 JMA | Post trial issues - receipt and review letter from K. Millian with list of "new" paragraphs in Findings of Fact and Conclusions of Law | .30 | 102.00 |
| 05/05/03 JMA | Post trial issues - phone - C. Marraro re: Honeywell Conclusions of Law | .60 | 204.00 |
| 05/05/03 JMA | Fee application - review fee auditor's final report - Carella, Byrne 7th Interim Fee application | .50 | 170.00 |
| 05/05/03 JMA | Receipt and review letter from C. Marraro to client | .10 | 34.00 |
| 05/06/03 JMA | Post trial issues - phone - C. Marraro re: additional evidence | .40 | 136.00 |
| 05/06/03 MEF | Review April 2003 fee detail. | .80 | 180.00 |
| 05/06/03 MEF | Telephone call with B. Banks re: tax assessor information. | .20 | 45.00 |
| 05/07/03 JF | Organiz trial exhibits | .30 | 22.50 |
| 05/09/03 MEF | Prepare 14th monthly fee application. | 1.90 | 427.50 |
| 05/12/03 JMA | Post trial issues - phone C. Marraro re: timing of decision | .20 | 68.00 |
| 05/12/03 JMA | Receipt and review statements from Judge Cavanaugh's court stenographer; phone - C. Marraro re: same | .30 | 102.00 |
| 05/12/03 JMA | Post trial issues - phone - C. Marraro re: Honeywell Conclusions of Law | .40 | 136.00 |
| 05/13/03 JMA | Post trial issues - review and compare Honeywell, Plaintiffs' and Grace Defendants' Findings of Fact on RCRA issues | 3.60 | 1224.00 |
| 05/14/03 JMA | Post trial issues - phone - C. Marraro re: comparison of parties' Findings of Fact re: RCRA and Appellate review standards | 1.60 | 544.00 |
| 05/14/03 JMA | Post trial issues - review Honeywell Findings of Fact re: common law claims | 2.70 | 918.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    June 9, 2003
Client No.                    734680              Page        5
INVOICE NO.                   20058

05/14/03 JMA Post trial issues - review case law re: special  3.40   1156.00
             masters and Appellate review standards

05/14/03 MEF Emails (multiple) from B. Banks re: Hermes         .30     67.50
             case.

05/14/03 RCS Legal research re: standard of appellate review    .60    126.00
             of a district court's findings of fact and
             conclusions of law.

05/14/03 JF  Organize files for off-site storage              1.00     75.00

05/15/03 JMA Review trial court Order and cases re: standing   3.50   1190.00
             master

05/15/03 JMA Multiple phone calls with C. Marraro re: trial   1.00    340.00
             court Order

05/15/03 JMA Review and compare trial court Order with         1.50    510.00
             Orders submitted by plaintiffs and Grace
             defendants

05/15/03 RCS Telephone communication to Clerk's office re:      .20     42.00
             availability of opinion.

05/15/03 RCS Telephone call from Steve German, Esq. re:         .20     42.00
             Court's Order and Opinion.

05/16/03 JMA Preliminary review of trial court opinion and     7.00   2380.00
             cases cited

05/16/03 JMA Review email from client and C. Marraro            .50    170.00

05/16/03 JMA Multiple phone calls with C. Marraro re: trial    1.50    510.00
             court Order and Opinion

05/16/03 JMA Conference call with client representatives and    .50    170.00
             C. Marraro re: trial court Order and Opinion

05/16/03 MEF Review and analyze Judge Cavanaugh's Opinion      5.50   1237.50
             and Order re: trial.

05/19/03 JMA Fee application - receipt and review memo from     .30    102.00
             MEF re: status of open fee application

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | | | |
|---|---|---|---|---|
| W.R. GRACE & COMPANY | | | June 9, 2003 | |
| Client No. | 734680 | | Page | 6 |
| INVOICE NO. | 20058 | | | |

| | | | | |
|---|---|---|---|---|
| 05/19/03 | JMA | Detailed review of and comments to Judge Cavanaugh's Opinion | 7.80 | 2652.00 |
| 05/19/03 | JMA | Phone conferences with C. Marraro re: Judge Cavanaugh's Opinion | 2.00 | 680.00 |
| 05/19/03 | MEF | Review email from L. Ferdinand re: proposed Order on 7th Quarterly Fee Application. | .40 | 90.00 |
| 05/19/03 | MEF | Email to L. Ferdinand re: no objection to proposed Order on 7th Quarterly Fee Application. | .20 | 45.00 |
| 05/19/03 | MEF | Email to W. Smith re: CBBG fee detail for April 2003. | .20 | 45.00 |
| 05/19/03 | MEF | Review status of opened and billed time. | .20 | 45.00 |
| 05/19/03 | MEF | Memo to JMA re: billed and unpaid time. | .20 | 45.00 |
| 05/19/03 | MEF | Continue analyzing Judge Cavanaugh's 5/15/03 opinion. | 5.50 | 1237.50 |
| 05/20/03 | JMA | Phone - C. Marraro re: Jersey City issues | .40 | 136.00 |
| 05/20/03 | JMA | Phone - C. Marraro re: NJDEP issues | .50 | 170.00 |
| 05/20/03 | JMA | Review of cases cited in Opinion of Court | 3.70 | 1258.00 |
| 05/20/03 | MEF | Review City of Toledo v. Beazer Case, from Honeywell trial brief and footnote 4 of 5/15/03 opinion. | 1.50 | 337.50 |
| 05/20/03 | MEF | Telephone call with CHM re: Rule 58 Judgment. | .20 | 45.00 |
| 05/20/03 | MEF | Email to CHM re: Rule 58 Judgment. | .20 | 45.00 |
| 05/21/03 | JMA | Phone - R. Sentfleben | .30 | 102.00 |
| 05/21/03 | JMA | Phone - C. Marraro and plaintiffs' attorneys re: Final Judgment | 1.00 | 340.00 |
| 05/21/03 | JMA | Preparation of per diem interest calculation for Final Judgment | 1.30 | 442.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    June 9, 2003
Client No.           734680                        Page      7
INVOICE NO.          20058

| 05/21/03 | JMA | Review of and comments to plaintiffs' draft of Final Judgment | 1.50 | 510.00 |
|---|---|---|---|---|
| 05/21/03 | JMA | Meeting with C. Marraro re: strategy | 1.50 | 510.00 |
| 05/21/03 | JMA | Meeting with C. Marraro re: revisions to plaintiffs' draft Final Judgment | 4.00 | 1360.00 |
| 05/21/03 | MEF | Conference with CHM re: fees under RCRA. | .50 | 112.50 |
| 05/21/03 | MEF | Begin preparation to review fees and costs re: award under RCRA. | .60 | 135.00 |
| 05/21/03 | MEF | Review sample Rule 58 Judgments for preparation and submission to Court. | .30 | 67.50 |
| 05/21/03 | MEF | Review emails from S. German re: proposed Judgment. | .40 | 90.00 |
| 05/21/03 | MEF | Conference with JMA re: per diem prejudgment interest. | 1.00 | 225.00 |
| 05/22/03 | JMA | Phone - C. Marraro re: revisions to Final Judgment | .50 | 170.00 |
| 05/22/03 | JMA | Phone - C. Marraro re: RCRA issues | .40 | 136.00 |
| 05/22/03 | JMA | Phone - Special Master | .20 | 68.00 |
| 05/22/03 | JMA | Phone - K. Millian re: date for submission of Judgment | .20 | 68.00 |
| 05/22/03 | JMA | Revisions to Final Judgment; review Court Rules re: Final Judgment | 3.80 | 1292.00 |
| 05/22/03 | JMA | Receipt and review letter from Judge Cavanaugh; receipt and review Order appointing Special Master; phone - C. Marraro re: Special Master Order | .80 | 272.00 |
| 05/22/03 | JMA | Preliminary review of Amended Opinion by Judge Cavanaugh | 1.00 | 340.00 |
| 05/22/03 | JMA | Conference call with plaintiffs' attorneys and C. Marraro re: form of Final Judgment | 1.00 | 340.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                June 9, 2003
Client No.                  734680          Page       8
INVOICE NO.                 20058
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/22/03 | MEF | Receipt and Review Order appointing special master. | .30 | 67.50 |
| 05/22/03 | RCS | Receipt and review Judge Cavanaugh's May 15, 2003 Opinion and Order. | 2.50 | 525.00 |
| 05/22/03 | RCS | Receipt and review Judge Cavanaugh's May 21, 2003 Amended Opinion and Order. | 2.50 | 525.00 |
| 05/22/03 | RCS | Prepare table of contents for Amended Opinion. | .50 | 105.00 |
| 05/22/03 | RCS | Prepare memorandum outlining changes in the Court's original and Amended Opinion. | 1.50 | 315.00 |
| 05/22/03 | RCS | Correspondence from Judge Cavanaugh re: Appointing Special Master. | .20 | 42.00 |
| 05/23/03 | JMA | Review Court's Amended Opinion and compare to original Decision | 6.00 | 2040.00 |
| 05/23/03 | JMA | Revisions to Final Judgment | 1.00 | 340.00 |
| 05/23/03 | MEF | Review Amended Opinion. | 2.10 | 472.50 |
| 05/23/03 | RCS | Meeting with John Agnello, Esq. re: comparison of Court's Original and Amended Opinions. | .20 | 42.00 |
| 05/23/03 | RCS | Continue preparing memorandum re: comparison of Court's original and amended opinions. | .70 | 147.00 |
| 05/24/03 | JMA | Review of press articles | .70 | 238.00 |
| 05/24/03 | JMA | Multiple phone conversations with C. Marraro re: press articles | 1.00 | 340.00 |
| 05/24/03 | JMA | Review of Dr. Brown's trial testimony and report re: meeting with Special Master | 4.40 | 1496.00 |
| 05/27/03 | JMA | Phone - C. Marraro re: review comments to Final Judgment | .60 | 204.00 |
| 05/27/03 | JMA | Revise Final Judgment | 1.80 | 612.00 |
| 05/27/03 | JMA | Letter to S. German and C. Marraro re: Final Judgment | .20 | 68.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | | |
|---|---|---|---|
| W.R. GRACE & COMPANY | | June 9, 2003 | |
| Client No. | 734680 | Page | 9 |
| INVOICE NO. | 20058 | | |

| | | | | |
|---|---|---|---|---|
| 05/27/03 | JMA | Review plaintiffs' proposed transmittal letter to Court;  revise transmittal letter to Court | .50 | 170.00 |
| 05/27/03 | JMA | Phone - C. Marraro re: scheduling of meetings re: Court's opinion | .40 | 136.00 |
| 05/27/03 | JMA | Phone - Special Master's office | .10 | 34.00 |
| 05/27/03 | JMA | Revisions to Judgment | 1.30 | 442.00 |
| 05/28/03 | JMA | Receipt and review email from plaintiffs' attorney | .20 | 68.00 |
| 05/28/03 | JMA | Phone - plaintiffs' attorney re: judgment | .20 | 68.00 |
| 05/28/03 | JMA | Review newspaper article re: Special Master appointment | .30 | 102.00 |
| 05/28/03 | JMA | Phone - C. Marraro re: meeting with State and City Officials | .40 | 136.00 |
| 05/28/03 | JMA | Phone - C. Marraro re: Special Master | .40 | 136.00 |
| 05/28/03 | JF | Organize files for off-site storage | .30 | 22.50 |
| 05/29/03 | JMA | Review Amended Opinion for meeting with NJDEP | .60 | 204.00 |
| 05/29/03 | JMA | Attend meeting with NJDEP re: clean-up | 6.00 | 2040.00 |
| 05/29/03 | JMA | Conference with C. Marraro re: NJDEP position | 2.00 | 680.00 |
| 05/29/03 | JMA | Receipt and review Special Master's application to retain counsel and supporting papers | .60 | 204.00 |
| 05/29/03 | JMA | Phone - C. Marraro re: Special Master application | .30 | 102.00 |
| 05/29/03 | JMA | Review newspaper article re: Special Master | .30 | 102.00 |
| 05/31/03 | MEF | Review email from B. Banks re: Amended Opinion. | .20 | 45.00 |
| 05/31/03 | MEF | Review bills from 1999/2000 for petition for fee award under RCRA. | 1.30 | 292.50 |

Total Fees:                                                                45,829.00

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                              June 9, 2003
Client No.              734680                    Page      10
INVOICE NO.             20058


        Disbursements

Telephone

05/22/03 Telephone 5/1                                  1.92
05/22/03 Telephone 5/2                                  9.58

                              SUBTOTAL:                11.50

05/31/03 Photocopies                                  303.75
05/31/03 Faxes                                        205.00
05/31/03 Telephone                                    196.29
05/31/03 Additional Staff Time                         16.06
05/31/03 Computer Searches                             89.87
05/31/03 Federal Express                               24.34
05/31/03 Messenger - In House                          50.00
                                                 -------------
Total Costs                                            896.81
                                                 -------------
Total Due this Matter                               46,725.81
=============

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         20058

June 9, 2003
Page      11

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER---------*   RATE   HOURS             FEES
J M AGNELLO                     340.00  110.50        37570.00
M E FLAX                        225.00   25.50         5737.50
RC SCRIVO                       210.00    9.40         1974.00
J FALDUTO                        75.00    7.30          547.50
                     TOTALS             152.70        45829.00
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this *11th* day of June, 2003

_____
Notary Public

My Commission Expires:
        LOIS ISAACSON
    A Notary Public of New Jersey
    My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(May 1, 2003 through May 31, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 110.50 | $37,570.00 |
| Melissa E. Flax | Partner | $225 | 25.50 | $5,737.50 |
| Robert C. Scrivo | Associate | $210 | 9.40 | $1,974.00 |
| Jeff Falduto | Paralegal | $75 | 7.30 | $547.50 |

| Grand Total: | $45,829.00 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | ($13,256.59) |
| Fee Applications, Applicant | 6.20 | $1,487.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 146.50 | $44,342.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $89.87 |
| Facsimile (with rates) | | $205.00 ($0.25 per page) |
| Long Distance Telephone | | $207.79 |
| In-House Reproduction | | $303.75 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>    airfare<br>    car/taxi service<br>    hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $24.34 |
| Postage | | |
| Other (Explain) -<br>Working meal | | |
| Messenger | | $50.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $16.06 |
| Credit – Daily Trial Transcripts | Charles P. McGuire | ($14,153.40) |
| | | |

Dated:  June 11, 2003