IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  July 31, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY              June 9, 2003
5400 BROKEN SOUND BLVD., N.W.     Invoice No. 20058
BOCA RATON, FL  33487             Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   05/31/03

Matter #          734680.1        VS. ALLIED SIGNAL


## Litigation and Litigation Consulting


| | | | | |
|---|---|---|---|---|
| 05/01/03 | JMA | Post trial issues - revisions to list of all parties remaining claims; letter to C. Marraro | .50 | 170.00 |
| 05/01/03 | JMA | Post trial issues - review Honeywell Findings of Fact | 5.80 | 1972.00 |
| 05/01/03 | JF | Organize files for off-site storage and prepare trial testimony chart | 5.70 | 427.50 |
| 05/02/03 | JMA | Post trial issues - review case law re: Grace Defendants' Cross-Claims | 3.30 | 1122.00 |
| 05/02/03 | JMA | Post trial issues - phone - C. Marraro re: Grace Defendants' Cross-Claims | .60 | 204.00 |
| 05/02/03 | RCS | Telephone communication with Chris Marraro and Alex Zacaroli re: NJDEP amendments contained in New Jersey Registry. | .30 | 63.00 |
| 05/03/03 | JMA | Post trial issues - review Honeywell Conclusions of Law and cases re: Grace claims | 6.50 | 2210.00 |
| 05/05/03 | JMA | Post trial issues - review new paragraphs in plaintiffs' Findings of Fact and Conclusions of Law | 2.70 | 918.00 |
| 05/05/03 | JMA | Post trial issues - receipt and review letter from K. Millian with list of "new" paragraphs in Findings of Fact and Conclusions of Law | .30 | 102.00 |
| 05/05/03 | JMA | Post trial issues - phone - C. Marraro re: Honeywell Conclusions of Law | .60 | 204.00 |
| 05/05/03 | JMA | Receipt and review letter from C. Marraro to client | .10 | 34.00 |
| 05/06/03 | JMA | Post trial issues - phone - C. Marraro re: additional evidence | .40 | 136.00 |
| 05/06/03 | MEF | Telephone call with B. Banks re: tax assessor information. | .20 | 45.00 |
| 05/07/03 | JF | Organiz trial exhibits | .30 | 22.50 |
| 05/12/03 | JMA | Post trial issues - phone C. Marraro re: timing of decision | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                June 9, 2003
Client No.              734680              Page       2
INVOICE NO.             20058
```

05/12/03 JMA Receipt and review statements from Judge          .30    102.00
             Cavanaugh's court stenographer; phone - C.
             Marraro re: same

05/12/03 JMA Post trial issues - phone - C. Marraro re:        .40    136.00
             Honeywell Conclusions of Law

05/13/03 JMA Post trial issues - review and compare           3.60   1224.00
             Honeywell, Plaintiffs' and Grace Defendants'
             Findings of Fact on RCRA issues

05/14/03 JMA Post trial issues - phone - C. Marraro re:       1.60    544.00
             comparison of parties' Findings of Fact re:
             RCRA and Appellate review standards

05/14/03 JMA Post trial issues - review Honeywell Findings    2.70    918.00
             of Fact re: common law claims

05/14/03 JMA Post trial issues - review case law re: special  3.40   1156.00
             masters and Appellate review standards

05/14/03 MEF Emails (multiple) from B. Banks re: Hermes        .30     67.50
             case.

05/14/03 RCS Legal research re: standard of appellate review   .60    126.00
             of a district court's findings of fact and
             conclusions of law.

05/14/03 JF  Organize files for off-site storage             1.00     75.00

05/15/03 JMA Review trial court Order and cases re: standing  3.50   1190.00
             master

05/15/03 JMA Multiple phone calls with C. Marraro re: trial   1.00    340.00
             court Order

05/15/03 JMA Review and compare trial court Order with        1.50    510.00
             Orders submitted by plaintiffs and Grace
             defendants

05/15/03 RCS Telephone communication to Clerk's office re:     .20     42.00
             availability of opinion.

05/15/03 RCS Telephone call from Steve German, Esq. re:        .20     42.00
             Court's Order and Opinion.

05/16/03 JMA Preliminary review of trial court opinion and    7.00   2380.00
             cases cited

05/16/03 JMA Review email from client and C. Marraro           .50    170.00

05/16/03 JMA Multiple phone calls with C. Marraro re: trial   1.50    510.00
             court Order and Opinion

05/16/03 JMA Conference call with client representatives and    .50    170.00
             C. Marraro re: trial court Order and Opinion

W.R. GRACE & COMPANY                                          June 9, 2003
Client No.              734680                          Page      3
INVOICE NO.             20058


05/16/03 MEF Review and analyze Judge Cavanaugh's Opinion    5.50   1237.50
             and Order re: trial.

05/19/03 JMA Detailed review of and comments to Judge        7.80   2652.00
             Cavanaugh's Opinion

05/19/03 JMA Phone conferences with C. Marraro re: Judge     2.00    680.00
             Cavanaugh's Opinion

05/19/03 MEF Continue analyzing Judge Cavanaugh's 5/15/03    5.50   1237.50
             opinion.

05/20/03 JMA Phone - C. Marraro re: Jersey City issues        .40    136.00

05/20/03 JMA Phone - C. Marraro re: NJDEP issues              .50    170.00

05/20/03 JMA Review of cases cited in Opinion of Court       3.70   1258.00

05/20/03 MEF Review City of Toledo v. Beazer Case, from      1.50    337.50
             Honeywell trial brief and footnote 4 of 5/15/03
             opinion.

05/20/03 MEF Telephone call with CHM re: Rule 58 Judgment.    .20     45.00

05/20/03 MEF Email to CHM re: Rule 58 Judgment.               .20     45.00

05/21/03 JMA Phone - R. Sentfleben                            .30    102.00

05/21/03 JMA Phone - C. Marraro and plaintiffs' attorneys    1.00    340.00
             re: Final Judgment

05/21/03 JMA Preparation of per diem interest calculation    1.30    442.00
             for Final Judgment

05/21/03 JMA Review of and comments to plaintiffs' draft of  1.50    510.00
             Final Judgment

05/21/03 JMA Meeting with C. Marraro re: strategy            1.50    510.00

05/21/03 JMA Meeting with C. Marraro re: revisions to        4.00   1360.00
             plaintiffs' draft Final Judgment

05/21/03 MEF Conference with CHM re: fees under RCRA.         .50    112.50

05/21/03 MEF Begin preparation to review fees and costs re:   .60    135.00
             award under RCRA.

05/21/03 MEF Review sample Rule 58 Judgments for preparation  .30     67.50
             and submission to Court.

05/21/03 MEF Review emails from S. German re: proposed        .40     90.00
             Judgment.

05/21/03 MEF Conference with JMA re: per diem prejudgment    1.00    225.00
             interest.

```
W.R. GRACE & COMPANY                                June 9, 2003
Client No.              734680                      Page      4
INVOICE NO.             20058
```

05/22/03 JMA Phone - C. Marraro re: revisions to Final          .50    170.00
             Judgment

05/22/03 JMA Phone - C. Marraro re: RCRA issues                 .40    136.00

05/22/03 JMA Phone - Special Master                             .20     68.00

05/22/03 JMA Phone - K. Millian re: date for submission of      .20     68.00
             Judgment

05/22/03 JMA Revisions to Final Judgment; review Court Rules   3.80   1292.00

             re: Final Judgment

05/22/03 JMA Receipt and review letter from Judge Cavanaugh;    .80    272.00
             receipt and review Order appointing Special
             Master; phone - C. Marraro re: Special Master
             Order

05/22/03 JMA Preliminary review of Amended Opinion by Judge    1.00    340.00
             Cavanaugh

05/22/03 JMA Conference call with plaintiffs' attorneys and    1.00    340.00
             C. Marraro re: form of Final Judgment

05/22/03 MEF Receipt and Review Order appointing special        .30     67.50
             master.

05/22/03 RCS Receipt and review Judge Cavanaugh's May 15,      2.50    525.00
             2003 Opinion and Order.

05/22/03 RCS Receipt and review Judge Cavanaugh's May 21,      2.50    525.00
             2003 Amended Opinion and Order.

05/22/03 RCS Prepare table of contents for Amended Opinion.     .50    105.00

05/22/03 RCS Prepare memorandum outlining changes in the       1.50    315.00
             Court's original and Amended Opinion.

05/22/03 RCS Correspondence from Judge Cavanaugh re:            .20     42.00
             Appointing Special Master.

05/23/03 JMA Review Court's Amended Opinion and compare to     6.00   2040.00
             original Decision

05/23/03 JMA Revisions to Final Judgment                       1.00    340.00

05/23/03 MEF Review Amended Opinion.                           2.10    472.50

05/23/03 RCS Meeting with John Agnello, Esq. re: comparison     .20     42.00
             of Court's Original and Amended Opinions.

05/23/03 RCS Continue preparing memorandum re: comparison of    .70    147.00
             Court's original and amended opinions.

05/24/03 JMA Review of press articles                           .70    238.00

```
W.R. GRACE & COMPANY                          June 9, 2003
Client No.              734680                Page       5
INVOICE NO.             20058
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/24/03 | JMA | Multiple phone conversations with C. Marraro re: press articles | 1.00 | 340.00 |
| 05/24/03 | JMA | Review of Dr. Brown's trial testimony and report re: meeting with Special Master | 4.40 | 1496.00 |
| 05/27/03 | JMA | Phone - C. Marraro re: review comments to Final Judgment | .60 | 204.00 |
| 05/27/03 | JMA | Revise Final Judgment | 1.80 | 612.00 |
| 05/27/03 | JMA | Letter to S. German and C. Marraro re: Final Judgment | .20 | 68.00 |
| 05/27/03 | JMA | Review plaintiffs' proposed transmittal letter to Court;  revise transmittal letter to Court | .50 | 170.00 |
| 05/27/03 | JMA | Phone - C. Marraro re: scheduling of meetings re: Court's opinion | .40 | 136.00 |
| 05/27/03 | JMA | Phone - Special Master's office | .10 | 34.00 |
| 05/27/03 | JMA | Revisions to Judgment | 1.30 | 442.00 |
| 05/28/03 | JMA | Receipt and review email from plaintiffs' attorney | .20 | 68.00 |
| 05/28/03 | JMA | Phone - plaintiffs' attorney re: judgment | .20 | 68.00 |
| 05/28/03 | JMA | Review newspaper article re: Special Master appointment | .30 | 102.00 |
| 05/28/03 | JMA | Phone - C. Marraro re: meeting with State and City Officials | .40 | 136.00 |
| 05/28/03 | JMA | Phone - C. Marraro re: Special Master | .40 | 136.00 |
| 05/28/03 | JF | Organize files for off-site storage | .30 | 22.50 |
| 05/29/03 | JMA | Review Amended Opinion for meeting with NJDEP | .60 | 204.00 |
| 05/29/03 | JMA | Attend meeting with NJDEP re: clean-up | 6.00 | 2040.00 |
| 05/29/03 | JMA | Conference with C. Marraro re: NJDEP position | 2.00 | 680.00 |
| 05/29/03 | JMA | Receipt and review Special Master's application to retain counsel and supporting papers | .60 | 204.00 |
| 05/29/03 | JMA | Phone - C. Marraro re: Special Master application | .30 | 102.00 |
| 05/29/03 | JMA | Review newspaper article re: Special Master | .30 | 102.00 |
| 05/31/03 | MEF | Review email from B. Banks re: Amended Opinion. | .20 | 45.00 |

```
W.R. GRACE & COMPANY                             June 9, 2003
Client No.            734680                      Page      6
INVOICE NO.           20058
```

05/31/03 MEF Review bills from 1999/2000 for petition for     1.30    292.50
             fee award under RCRA.

                                                       --------------
                                   Subtotal:              44,342.00

## Fee Applications, Applicants

05/01/03 MEF Review draft spreadsheet from fee auditor re:     .40     90.00
             7th Quarterly Fee Application.

05/01/03 MEF Voicemail - L. Ferdinand re: CBBG fees.           .20     45.00

05/02/03 MEF Telephone call with L. Ferdinand re: 7th          .20     45.00
             Quarterly Fee Application.

05/02/03 MEF Receipt and review fee auditor's final report     .50    112.50
             on 7th Quarterly Fee Application.

05/02/03 MEF Telephone call with S. Bossay re: fee auditor's   .20     45.00
             final report.

05/05/03 JMA Fee application - review fee auditor's final      .50    170.00
             report - Carella, Byrne 7th Interim Fee
             application

05/06/03 MEF Review April 2003 fee detail.                     .80    180.00

05/09/03 MEF Prepare 14th monthly fee application.            1.90    427.50

05/19/03 JMA Fee application - receipt and review memo from    .30    102.00
             MEF re: status of open fee application

05/19/03 MEF Review email from L. Ferdinand re: proposed       .40     90.00
             Order on 7th Quarterly Fee Application.

05/19/03 MEF Email to L. Ferdinand re: no objection to         .20     45.00
             proposed Order on 7th Quarterly Fee
             Application.

05/19/03 MEF Email to W. Smith re: CBBG fee detail for April   .20     45.00
             2003.

05/19/03 MEF Review status of opened and billed time.          .20     45.00

05/19/03 MEF Memo to JMA re: billed and unpaid time.           .20     45.00

                                                       --------------
                                   Subtotal:               1,487.00

                                                       -------------
Total Fees:                                               45,829.00

```
W.R. GRACE & COMPANY                              June 9, 2003
Client No.              734680                    Page     8
INVOICE NO.             20058
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                       340.00   110.50          37570.00
M E FLAX                          225.00    25.50           5737.50
RC SCRIVO                         210.00     9.40           1974.00
J FALDUTO                          75.00     7.30            547.50
                        TOTALS              152.70         45829.00
```