**EXHIBIT B**

```
W.R. GRACE & COMPANY                          June 9, 2003
Client No.            734680                   Page      7
INVOICE NO.           20058
```

Disbursements

Telephone

```
05/22/03 Telephone 5/1                                    1.92
05/22/03 Telephone 5/2                                    9.58

                                 SUBTOTAL:      11.50

05/31/03 Photocopies                           303.75
05/31/03 Faxes                                 205.00
05/31/03 Telephone                             196.29
05/31/03 Additional Staff Time                  16.06
05/31/03 Computer Searches                      89.87
05/31/03 Federal Express                        24.34
05/31/03 Messenger - In House                   50.00
05/31/03 Credit Court Reporter (Transcripts) 14,153.40
                                             --------------
Total Costs                                     (13,256.59)
                                             --------------
Total Due this Matter                            32,572.41
=============
```