# EXHIBIT D

DOCS_DE:74982.1

**FILED**

JUN 2 5 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA        **RECEIVED**

JUL 2 3 2001

**PERKINS COIE**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ) ) ) Plaintiff, ) ) v. ) ) W.R. GRACE & CO.-CONNECTICUT, ) ) Defendants. ) | No. C 95-1825 VRW ADMINISTRATIVE CLOSING OF FILE |
| STATE OF CALIFORNIA, ) ) Plaintiff, ) v. ) ) BAKER & TAYLOR, INC. d/b/a ) Baker & Taylor Books, ) ) | 332-[handwritten] ENTERED IN CIVIL DOCKET ___JUL - 2 2001___ |

A petition for bankruptcy by the defendant was filed in the above entitled action, thereby requiring an automatic stay of proceedings in this court, 11 U.S.C. § 362(a). There appears to be no further reason at this time to maintain the case file as an open one for statistical purposes. The Clerk, therefore, is instructed to submit a JS6 to the Administrative Office.

Nothing contained in this order shall be considered a dismissal or disposition of this matter. Should further

1  proceedings become necessary or desirable, any party may initiate
2  them in the same manner as if this order has not been entered.
3
4      IT IS SO ORDERED.
5
6
7
8                                    VAUGHN R WALKER
                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28