UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) ) | Case No.  01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) | **Objection Deadline:  July 31, 2003 at 4:00 p.m.** **Hearing Date:  TBD only if necessary** |

**SUMMARY COVER SHEET TO TWENTY-SIXTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2003 THROUGH MAY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2003 through May 31, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $57,138.56 for the period May 1, 2003 through May 31, 2003 (80% of $71,423.20 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $12,415.74 for the period May 1, 2003 through May 31, 2003. |

This is a:    Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 80% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 80% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 80% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | No Objections Served on Counsel | No Objections Served on Counsel |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | No Objections Served on Counsel | No Objections Served on Counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | No Objections Served on Counsel | No Objections Served on Counsel |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twenty-sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 101.6 | $44,704.00 |
| William Hughes | Counsel | $350 | 101.9 | $35,665.00 |
| Michael L. Williams | Associate | $225 | 26.9 | $6,052.50 |
| Rebecca L. Schuller | Associate | $180 | 30.1 | $5,418.00 |
| Alec C. Zacaroli | Associate | $225 | 4.2 | $945.00 |
| Tamara Parker | Associate | $290 | 2.3 | $667.00 |
| Barbara Banks | Paralegal | $135 | 66.0 | $8,910.00 |
| Natasha Bynum | Legal Clerk | $100 | 1.0 | $100.00 |
| Mahmoude Moasser | Paralegal | $135 | 84.5 | $11,407.50 |

Total Fees                              $113,869.00
Less 40% Discount for Allied    $( 42,445.80)

Balance Due                           $71,423.20

Total Hours                           418.5

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies- Internal and Outside | $101.82 |
| Facsimile | $10.65 |
| Online Research | $10,897.12 |
| Delivery Service/Messengers | $75.90 |
| Telephone | $919.48 |
| Federal Express | $393.84 |
| Meals at Trial, in DC work on Findings | $16.93 |
|  |  |
| Total | $12,415.74 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 26th day of June 2003.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 31, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

June 26, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      750

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 05/01/03 | ACZ | Research interest rates available under Superfund related to clean-up costs for Mr. Hughes (1.2). | 1.20 |
| 05/02/03 | BJB | Collect and prepare pertinent document for Mr. Hughes (.3); review and organize post-trial files for incorporation into files (4.2); conference with Mr. Hughes re status of case and files to be retained and retired (.4). | 4.90 |
| 05/02/03 | RLS | Research for Mr. Marraro memo to clients regarding potential outlines of litigatin (4.5). | 4.50 |
| 05/02/03 | CHM | Review of various issues with client (3.4); conference with Agnello (.6). | 4.00 |
| 05/05/03 | CHM | Conference with plaintiffs' counsel re various issues (.5); review invoices from experts (1.5); conference with client (.5). | 2.50 |
| 05/05/03 | MM | Office conferences with Mr. Marraro re status and revision of pending firm's attorney expenses and fees and various expert expenses and fees for report to client (.3); review and | 5.10 |

|  |  | revise stated chart reflecting same and provide revised chart to Mr. Marraro with memorandum (1.7); follow-up office conference with Mr. Marraro re incorporating Dr. Goad's expenses and fees on stated chart as well as reviewing all firm's services rendered re determining all RCRA related charges for future use, pending (3.1). |  |
|---|---|---|---|
| 05/06/03 | BJB | Collect pertinent documents for Mr. Marraro (.3). | 0.30 |
| 05/06/03 | CHM | Review of various legal issues (2.0); conference with McGuire (1.0); conference with client (.5). | 3.50 |
| 05/06/03 | MM | Continue to review incorporate Dr. Goad's expenses and fees on chart reflecting all firm's expenses and fees for report to client (1.2); continue to review all firm's services rendered re determining all RCRA related charges for future use (2.4); office conference with Ms. Rupp re producing various invoices re same (.2). | 3.80 |
| 05/07/03 | MM | Continue to review and incorporate experts' expenses and fees and revise chart reflecting all firm's expenses and fees (2.8); continue to review all firm's services rendered re determining all related charges for future use (3.4); office conference with Ms. Rupp re producing various invoices re same (.2); office conferences with Mr, Marraro re status of all (.3). | 6.70 |
| 05/07/03 | WFH | Legal research on common law issues re case and conferences with firm members re same (7.6). | 7.60 |
| 05/07/03 | CHM | Evaluation of experts invoices (2.5); conference with Agnello (.5). | 3.00 |
| 05/08/03 | BJB | Review, sort, coordinate and prepare new correspondence (.8). | 0.80 |
| 05/08/03 | CHM | Prepare outline of options given win/loss (2.5). | 2.50 |
| 05/08/03 | MM | Continue to review incorporate Dr. Goad and other selected experts expenses and fees and revise chart reflecting all firm's expenses and fees for report to client (.4); continue to review all firm's services rendered re determining all RCRA related charges for future use (2.3). | 2.70 |

| 05/08/03 | WFH | Legal research on common law issues and confer with Mr. Marraro re same (6.8). | 6.80 |
|---|---|---|---|
| 05/09/03 | MM | Finalize review and incorporation of Dr. Goad and other selected experts expenses and fees and revise chart reflecting all firm's expenses and fees (3.2); draft memorandum attaching stated chart and provide to Mr. Marraro for review (.3); continue to review all firm's services rendered re determining all RCRA related charges for future use (3.6). | 7.10 |
| 05/09/03 | WFH | Legal research on common law issues (3.4). | 3.40 |
| 05/09/03 | CHM | Prepare outline of options given various win/loss scenarios (3.0). | 3.00 |
| 05/12/03 | MM | Continue to review all firm's services rendered re determining all RCRA related charges for future use (4.1). | 4.10 |
| 05/12/03 | CHM | Prepare for meeting with city (1.0); conference with client (.5); conference with Agnello (.5); conference with consultant (.5). | 2.50 |
| 05/13/03 | CHM | Travel to Jersey City for meetings (2.1). (Note: travel time billed at 50%; 10% here and 40% at end of statement.) | 1.80 |
| 05/13/03 | CHM | Travel to DC from Newark after meetings (2.0). (Note: travel time billed at 50%; 10% here and 40% at end of statement.) | 1.80 |
| 05/13/03 | CHM | Meeting with McGuire and client (1.5). | 1.50 |
| 05/13/03 | CHM | Meeting with Jersey City officials re residential site plan (2.5). | 2.50 |
| 05/13/03 | CHM | Meeting with client and experts re development site plan and redevelopmental zone (2.5). | 2.50 |
| 05/14/03 | MM | Continue to review all firm's services rendered re determining all RCRA related charges for future use (5.8); office conference with Mr. Marraro re producing various cases from Westlaw (.2); search Westlaw and produce requested cases for Mr. Marraro's review (.6). | 6.60 |
| 05/14/03 | CHM | Conferences with Agnello (1.2); conference with client (.5). | 1.70 |

| 05/14/03 | BJB | Research Lexis and Westlaw for pertinent NJ cases for Mr. Marraro (.7); download and prepare cases and Shepards reports for Mr. Marraro (1.9); prepare email message re same to Mr. Agnello and Ms. Flax (.2). | 2.80 |
|---|---|---|---|
| 05/15/03 | BJB | Research files, collect, coordinate and prepare pertinent documents for Mr. Hughes (.3); review incoming case correspondence (.2). | 0.50 |
| 05/15/03 | CHM | Conference with plaintiffs regarding decision (.5); conference with Agnello re opinion (.5); conference with clients re opinion (.5). | 1.50 |
| 05/15/03 | WFH | Conferences with Mr. Marraro and firm members re court's decision and next steps (1.2); review Order (.4); calls and web searches re obtaining copy of court's decision (.7). | 2.30 |
| 05/15/03 | MM | Finalize the first phase of the review all firm's services rendered re determining all related charges for memo to client on costs (7.0); draft memorandum to Mr. Marraro attaching all stated invoices for his review (.3); office conference wit Mr. Marraro re same and status of entered court opinion from recent trial (.4). | 7.70 |
| 05/16/03 | MLW | Analysis of Judge Cavanaugh's ruling and voluminous opinion (3.2). | 3.20 |
| 05/16/03 | BJB | Create binders of Order and Opinion (.5); review, sort, organize and prepare new correspondence and court filings and incorporate into indexed case files (4.4); collect, organize and index trial exhibit binders and exhibit category binders for off site storage (2.9). | 7.80 |
| 05/16/03 | CHM | Review order (.8); conference with client (.5); lunch meeting with client (2.0); conference call with client in Columbia, MD (1.5); review opinion (2.8); conference with Jersey City (.5); prepare letter to Jersey City (.5). | 8.60 |
| 05/16/03 | MM | Office conferences with Mr. Marraro and rest of trial team re court's ruling on Grace's behalf (1.7); review various faxes received from co-counsel's office re opinion and order (1.3); scan and distribute same to team and firm re same (.6); prepare various copies of opinion and order and provide all | 4.90 |

|  |  |  |  |
|---|---|---|---|
| | | to Mr. Marraro to forward to clients (.7); case management (.6). | |
| 05/16/03 | WFH | Review court's 160-page decision and order and confer with Mr. Marraro, co-counsel, experts and plaintiffs' counsel re same (6.7); legal research re injunction and stay issues (.9). | 7.60 |
| 05/18/03 | ACZ | Reseach for Mr. Marraro on standards of review on findings of fact (3.0). | 3.00 |
| 05/18/03 | TRP | Meeting with C. Marraro and Westlaw research re standard of review for findings of fact prepared by party (2.3). | 2.30 |
| 05/19/03 | WFH | Conferences with Mr. Marraro and staff re court's decision and next steps (.5); research re award of attorneys fees and costs under RCRA (1.8); begin process of reviewing bills and other costs documentation in connection with preparing RCRA costs petition (4.7); conferences with Ms. Banks, Mr. Moasser and other staff members re collecting pertinent cost documentation for RCRA petition. (.8). | 7.80 |
| 05/19/03 | MM | Office conference with Mr. Marraro re searching New York Times, Wall Street Journal and Jersey Journal re articles referencing recent court opinion (.2); perform series of searches on line and visiting Van Ness re searching for requested articles and produce copies of same to Mr. Marraro, Mr. Hughes and team for review (1.3); office conference with Mr. Hughes re performing  task relating to collect of fees under RCRA to be submitted to court for consideration (.4); review recent correspondence and invoices distributed by Ms. Campbell (.2); as requested by Mr. Hughes, search local and federal rules for New Jersey re compensation for RCRA claims and produce copies of rules to Mr. Hughes for review (.4); review Grace bankruptcy petition for relevant issues (.3); proceed to gather various expert invoices and determine which ones have been paid and which ones are pending (1.1). | 3.90 |
| 05/19/03 | BJB | Conference with Mr. Hughes  re court order deadlines and assignment re Grace costs petition (.3); prepare case files (2.1); conference with Mr. Marraro re assignment re court's ruling (.1); research Westlaw for pertinent case law re same for Mr. Marraro (5.0); research case files, collect and prepare pertinent documents for Mr. Marraro (.5). | 8.00 |

| 05/19/03 | BJB | Consult with Mr. Morgan and Ms. Rupp re trial-related payments and resolve issues re same (1.8). | 1.80 |
|---|---|---|---|
| 05/19/03 | CHM | Several telephone conferences re opinion with client and Agnello (2.2); continue review opinion (2.2); conference with plaintiffs re opinion and order (.5). | 4.90 |
| 05/20/03 | MM | Continue to gather, review and organize invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (2.9); telephone conferences with various Grace experts re same, pending submission of invoices and other administrative information (1.2); office conference with Mr. Marraro re status of same (.2); case management (.6). | 4.90 |
| 05/20/03 | WFH | Review and edit/redact WKMB and experts invoices and related documents in connection with preparing RCRA cost petition (6.3); research in connection with same. (.9). | 7.20 |
| 05/20/03 | BJB | Continue research Westlaw American Law Reports and Third Circuit for Court rulings on appeal issues for Mr. Marraro (5.2);  consult with  Ms. Kelly re preparation for costs petition (.3). | 5.50 |
| 05/20/03 | CHM | Conference call with plaintiffs' counsel re preparation of judgment (1.2); prepare outline of opinion (2.5); various conference calls with clients (1.0); conference with Agnello (1.2); prepare strategy paper (1.5). | 7.40 |
| 05/21/03 | MM | Continue to gather, review and organize invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (3.9); review WKMB invoices for services rendered re assuring all possible RCRA entries have been identified (2.2); follow-up telephone conferences with various Grace experts re same, pending submission of invoices and other administrative information (1.9); case management (.2) | 8.20 |
| 05/21/03 | CHM | Travel to NJ for meetings (1.8).  (Note:  travel time billed at 50%; 10% here and 40% at end of statement.) | 1.60 |
| 05/21/03 | BJB | Continue research American Jurisprudence, American Law Reports and Lexis case law re federal appellate procedure in the Third and federal circuits, download, analyze, organize | 9.50 |

and prepare results (9.5).

| 05/21/03 | CHM | All-day meeting with Agnello re Honeywell case on strategic issues, conference and form of judgment (8.0). | 8.00 |
|----------|-----|------------------------------------------------------------------------------------------------------------|------|
| 05/22/03 | CHM | Travel to DC from Newark after meetings (2.0). (Note: travel time billed at 50%; 10% here and 40% at end of statement.) | 1.80 |
| 05/22/03 | CHM | Meeting with Agnello in New Jersey to conclude form of judgment (4.2). | 4.20 |
| 05/23/03 | MM | Continue to gather, review and organize invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (2.1); review WKMB invoices for services rendered re assuring all possible RCRA entries have been identified (1.3); follow-up telephone conferences with various Grace experts re same, pending submission of invoices and other administrative information (1.2); case management (.2). | 4.80 |
| 05/23/03 | WFH | Review order appointing Senator Torricelli as Special Master and confer with Mr. Marraro re same (.5); conference with Mr. Marraro re meeting with Special Master and follow-up assignments (.4); search for and review model work plans in connection with preparing draft plan for submission to Special Master (1.8). | 2.70 |
| 05/23/03 | CHM | Review amended opinion (2.5); prepare memo re changes (.5) conference with client (1.2); conference with Agnello (.5). | 4.70 |
| 05/26/03 | WFH | Work on projects related to Dr. Brown's preparation of remediation work plan (1.5); conferences with Dr. Brown and staff re same (.6); review Court's corrected decision and confer with Ms. Banks re scheduling items and related matters (1.2); conference with plaintiffs' counsel re decision, appointment of Special Master, work plan and related isses (.5); work on RCRA petition for costs/fees (5.0). | 8.80 |
| 05/27/03 | CHM | Complete final form of judgment (1.0); conference call with plaintiffs' counsel (.5); review order appointing Special Master (.5); conference with Pitney Hardin (.5); conference with K. Brown re work plan (1.5); conference with P. Goad | 4.50 |

re work plan (.5).

| | | | |
|---|---|---|---|
| 05/27/03 | MM | Continue to gather, review and organize invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (1.6); continue to review WKMB invoices for services rendered re assuring all possible RCRA entries have been identified (1.1); office conference with Mr. Hughes re status of same (.2); follow-up telephone conferences with various Grace experts re same, pending submission of invoices and other administrative information (.6); case management (.3). | 3.80 |
| 05/27/03 | WFH | Research in connection with Dr. Brown's preparation of work plan for soil remediation and deep groundwater/investigation (1.0); conference with expert re work plan (.4); work on RCRA petition for costs/fees (6.3). | 7.70 |
| 05/27/03 | BJB | Follow up and analyze Dundalk research results (.4); telephone conference with Mr. Hughes on research assignment re costs petition (.3); conference with Ms. Bynum re Dundalk files (.3); read and analyze cases re Appeal Court's rulings on issues for Mr. Marraro and prepare memo (6.5). | 7.50 |
| 05/27/03 | RLS | Research contingency arrangements in statutory attorneys' fees litigation (7.0). | 7.00 |
| 05/27/03 | CHM | Travel to Newark, NJ for meetings (2.0). (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement.) | 1.80 |
| 05/28/03 | MM | Continue to gather, review and organize invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (.8); continue to review WKMB invoices for services rendered re assuring all possible RCRA entries have been identified (1.8); office conference with Mr. Hughes and Ms. Banks re reallocating RCRA claim task (.4); forward email to team re status of same (.2); case management (.2). | 3.40 |
| 05/28/03 | WFH | Review relevant documents/invoices and work on RCRA cost petition (7.8). | 7.80 |
| 05/28/03 | MLW | Analysis of Judge Cavanaugh's ruling and voluminous | 8.60 |

opinion (1.5); anticipate stay issues and research (7.1).

| 05/28/03 | BJB | Conference with Messrs. Hughes and Moasser re RCRA cost petition assignment (.4); conference with Ms. Campbell re recent experts' invoices for preparation of costs petition (.2); follow up research re Third and DC Circuits' decision on appeal issues for Mr. Marraro (2.5); analyze supplemental cases and draft results for Mr. Marraro (1.0); add headings to Amended Opinion for internal use and scanned into Word (3.8). | 7.90 |
|---|---|---|---|
| 05/28/03 | CHM | Conference call with DEP re meeting (.5); conference with Agnello re judgment (.5); conference with client (.2). | 1.20 |
| 05/28/03 | RLS | Research contingency agreements in statutory fee cases (8.2). | 8.20 |
| 05/29/03 | MM | Office conference with Mr. Williams re searching case pleadings files re producing copy of substitution of attorney requested by Mr. Marraro (.2); search case pleadings files re same and produce copy of requested pleadings to Mr. Williams (.4); continue review WKMB invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (1.9); case management (.2). | 2.70 |
| 05/29/03 | MLW | Research regarding available authority related to imposition of injunctive relief (7.8). | 7.80 |
| 05/29/03 | WFH | Review relevant documents/invoices and work on RCRA petition for costs/fees (6.6); conference with Ms. Schuller re research assignment (.3); conferences with expert re cost estimate for site remediation (.5); review EPA and state agency websites in connection with model work plan. (.8). | 8.20 |
| 05/29/03 | BJB | Complete analysis of DC Circuit cases and draft final results memo (1.7); complete proof and edit Word version of Amended Opinion and email to local counsel (4.0); prepare memo of research results and email same to Mr. Marraro (.9); research Pacer for pertinent case before Judge Cavanaugh for Mr. Marraro, download, prepare and email same to Messrs. Marraro, Agnello, Hughes and Ms. Flax (.7); prepare memo and email message to attorneys re scanned Amended Opinion and index (7). | 8.00 |

| 05/29/03 | CHM | Meeting at Carella Bryne re preparation for DEP meeting and meetings with Special Master (3.5); meeting with DEP (2.0); cost-meeting analysis and conference with client (1.5); prepare memo (1.0). | 8.00 |
|---|---|---|---|
| 05/29/03 | RLS | Reseach 3rd Circuit case law re attorneys' fees awards under RCRA (8.4). | 8.40 |
| 05/29/03 | CHM | Travel from Newark, NJ to DC after meetings (2.0).  (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement.) | 1.80 |
| 05/30/03 | MLW | Research regarding authority related to injunctive relief and Federal Rules of Appellate Procedure (7.3). | 7.30 |
| 05/30/03 | MM | Office conference with Mr. Marraro re searching Westlaw and Lexis-Nexis re locating background information relating to Fishbein Family Partnership and produce all results to Mr. Marraro for review (1.6); continue review and organize WKMB invoices for services renders from various Grace experts in preparation for filing with court for compensation under RCRA (1.7); case management (.8). | 4.10 |
| 05/30/03 | WFH | Review draft remediation work plan prepared by Dr. Brown and work on same (4.2); conference with Mr. Golladay re work plan (.4); work on petition for attorney and expert witness fees (2.2). | 6.80 |
| 05/30/03 | CHM | Review Fishbein document index (.8); conference with Fishbein counsel (.5); conference with PPG counsel (.5); review research on appeal issues (.5); review RCRA fee shifting policy (.7); conference with Dr. Brown re draft (.5); review Brown draft of work plan (1.8). | 5.30 |
| 05/30/03 | RLS | Discuss fee lodestar model with Messrs. Marraro and Hughes (.6); research reasonable rates for DC environmental firm (1.4). | 2.00 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 396.10 | $106,114.50 |

Disbursements:

| B. Hughes -  Lunch while preparing Findings of Facts on 3/29/03 (1 person) | 16.93 |
|---|---|

| | | |
|---|---|---:|
| Copying | | 101.82 |
| Facsimile | | 10.65 |
| Telephone | | 919.48 |
| Online research | | 10,897.12 |
| Delivery services/messengers | | 75.90 |
| Federal Express | | 345.57 |

| | |
|---|---:|
| Total Disbursements | $12,367.47 |
| Total Amount Of This Bill | $118,481.97 |
| Less Deduction of 40% of Fees Per Agreement | $42,445.80 |
| Balance Due | $76,036.17 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Banks, Barbara J. | Paralegal | 65.30 | 135.00 |
| Hughes, William F. | Counsel | 84.70 | 350.00 |
| Marraro, Christopher H. | Partner | 98.10 | 440.00 |
| Moasser, Mahmoude | Paralegal | 84.50 | 135.00 |
| Parker, Tamara R. | Associate | 2.30 | 290.00 |
| Schuller, Rebecca L. | Associate | 30.10 | 180.00 |
| Williams, Michael L. | Associate | 26.90 | 225.00 |
| Zacaroli, Alec C. | Associate | 4.20 | 225.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

June 26, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      751

For Professional Services Rendered in Connection with Preparation of Fee
Application to Bankruptcy Court - Matter 10

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 05/05/03 | NAB | OCR February Grace bill, make necessary formatting changes and e-mail to Ms. Rupp (1.0). | 1.00 |
| 05/15/03 | CHM | Work on fee application (2.5). | 2.50 |
| 05/16/03 | BJB | Sort, organize and prepare new bankruptcy filings (.4). | 0.40 |

| | | **Amount** |
|---|---|---|
| | 3.90 | |
| Total Fees | | $1,254.00 |
| Total Amount Of This Bill | | $1,254.00 |

| | |
|---|---|
| Balance Due | $1,254.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 0.40 | 135.00 |
| Bynum, Natasha A. | Legal Clerk | 1.00 | 100.00 |
| Marraro, Christopher H. | Partner | 2.50 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

June 26, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      752

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

|            |       |                                    | **Hours** |
|------------|-------|------------------------------------|-----------|
| 05/20/03   | CHM   | Review information from client (.5). | 0.50      |

|                          |      | **Amount** |
|--------------------------|------|------------|
|                          |      |            |
| Total Fees               | 0.50 | $220.00    |
| Total Amount Of This Bill |      | $220.00    |
|                          |      |            |
| Balance Due              |      | $220.00    |

### Timekeeper Summary

| Name                  |         | Hours | Rate   |
|-----------------------|---------|-------|--------|
| Marraro, Christopher H. | Partner | 0.50  | 440.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

June 26, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#      753

For Professional Services Rendered in Connection with Waterloo - Brewer
Road Site - Mater 4

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 05/01/03 | WFH | Conferences with Kevin Hogan and Bob Emmett re mediation conference in Buffalo (.7); review summary judgment motions and other file materials in preparation for mediation (1.6). | 2.30 |
| 05/02/03 | BJB | Collect and process 1/03 summary judgement filing for file (.3). | 0.30 |
| 05/05/03 | WFH | Prepare for and travel to Buffalo, NY for mediation conference (2.6. note:  travel time billed at 50% or 1.3); conferences with Messrs. Hogan and Emmett in preparation for mediation (5.0). | 6.30 |
| 05/06/03 | CHM | Status conference with B. Hughes (.5). | 0.50 |
| 05/06/03 | WFH | Attend mediation confernce with Magistrate and confer with Messrs. Hogan and Emmett re same (5.0); conference with Dr. Brown re test pit investigation (.4); return travel to DC and prepare notes re mediation (2.0) (note:  travel time billed at 50% or 1.0). | 6.00 |

| | | | |
|---|---|---|---|
| 05/12/03 | WFH | Conferences with Dr. Brown, Kevin Hogan and Maryellen Johns re hazardous substances investigation (.8); review relevant site reports in connection with same (.6). | 1.40 |
| 05/14/03 | WFH | Telephone conference with Zotos' counsel (Tom Smith) re July mediation (.3); prepare message to client and Mr. Hogan re same (.2). | 0.50 |
| 05/28/03 | WFH | Conference with Dr. Brown re hazardous substances at Brewer Road Site (.2); draft/revise agreement for SI Group and Dr. Brown (.5). | 0.70 |

|  |  | **Amount** |
|---|---|---|
|  | 18.00 |  |
| Total Fees |  | $6,280.50 |

Disbursements:

| | |
|---|---|
| Federal Express | 48.27 |
| Total Disbursements | $48.27 |
| | |
| Total Amount Of This Bill | $6,328.77 |
| | |
| Balance Due | $6,328.77 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 0.30 | 135.00 |
| Hughes, William F. | Counsel | 17.20 | 350.00 |
| Marraro, Christopher H. | Partner | 0.50 | 440.00 |