# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Janet S Baer | 0.50 | Review and revise draft response on avoidance action matter. |
| 5/1/2003 | Christian J Lane | 2.90 | Review letter re avoidance action motion (.2); office conferences re same (.6); telephone conferences with Dow counsel re same (.4); review files and draft correspondence re same (.5); revise objection to motion (.8); telephone conference re same (.4). |
| 5/2/2003 | Janet S Baer | 0.50 | Final review of response re avoidance actions and conference re same. |
| 5/2/2003 | Christian J Lane | 3.10 | Review and revise response to motion to extend deadline to file avoidance actions (2.2); telephone conferences with local counsel re same (.4); office conferences re same (.3); correspondence re same (.2). |
| 5/5/2003 | James W Kapp | 0.50 | Review equity committee response to motion to extend avoidance action period (.1); review Debtors' response to committees motion to extend avoidance action period (.4). |
| 5/12/2003 | James W Kapp | 1.30 | Review Dow Chemical Company objection to motion to extend avoidance action deadline (1.1); review Phillips Goldman response re same (.2). |
| 5/13/2003 | James W Kapp | 0.40 | Review Dow Chemical objection to creditor committee motion to extend avoidance action deadline. |
| 5/20/2003 | Christian J Lane | 0.50 | Draft order re committee's motion to extend (.3); correspondence re same (.2). |
| | Total hours: | 9.70 | |

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2003 | James W Kapp | 0.60 | Review amended notice re Rodriguez motion for relief from automatic stay (.1); develop response to Rodriquez motion for relief from stay (.5). |
| 5/6/2003 | James W Kapp | 0.10 | Respond to W. Sparks correspondence re Rodriquez stay motion. |
| 5/6/2003 | Christian J Lane | 0.20 | Office conference re motion for relief from stay. |
| 5/15/2003 | Christian J Lane | 0.50 | Telephone conference with Kane counsel re relief from stay (.3); office conference re same (.2). |
| 5/20/2003 | James W Kapp | 0.10 | Develop response to Rodriguez stay motion. |
| 5/20/2003 | Christian J Lane | 0.50 | Correspondence re motion to lift stay (.3); office conference re same (.2). |
| 5/27/2003 | Christian J Lane | 3.50 | Draft response to relief from stay (1.8); analyze issues re relief from stay (1.0); office conference re same (.2); telephone conferences re same (.5). |
| 5/28/2003 | James W Kapp | 1.00 | Revise objection to Rodriguez automatic stay motion. |
| 5/28/2003 | Christian J Lane | 3.00 | Revise response to relief from stay (1.3); analyze issues re relief from stay (.9); telephone conferences with client re same (.5); office conference re strategy re same (.3). |
| 5/29/2003 | James W Kapp | 0.80 | Review objection to Rodriguez motion for automatic stay. |
|  | Total hours: | 10.30 |  |

## **Matter 18 – Other – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2003 | Christian J Lane | 0.90 | Review files and correspondence re U.S. Trustee information request (.4); telephone conference with client re same (.5). |
| 5/21/2003 | Christian J Lane | 0.40 | Review and respond to correspondence re UST inquiry. |
| | Total hours: | 1.30 | |

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Christian J Lane | 0.90 | Correspondence re potential indemnity claim (.3); review and revise documents re same (.2); telephone conference with client re Labvantage claim issue (.4). |
| 5/5/2003 | James W Kapp | 0.20 | Review proof of claim re insurance indemnification. |
| 5/5/2003 | Christian J Lane | 1.80 | Correspondence and telephone conferences re West Publishing letter (.5); review West Publishing letter (.2); review invoices re Labvantage (.4); correspondence re same (.2); office conference re objection process (.5). |
| 5/6/2003 | Christian J Lane | 0.70 | Telephone conferences with creditors re claims inquiries (.5); telephone conference with BMC re preparation for objection process (.2). |
| 5/8/2003 | Claire O Bonk | 0.50 | Review and organize claims. |
| 5/8/2003 | Christian J Lane | 0.50 | Review correspondence re indemnity claim issues (.2); review documents re same (.3). |
| 5/8/2003 | Christian J Lane | 1.50 | Review correspondence re indemnity claim issues (.2); review documents re same (.3); review and analyze issues re claims objection process (1.0). |
| 5/9/2003 | Christian J Lane | 1.20 | Review updated claims status report (.5); analyze issues re claims objections (.7). |
| 5/13/2003 | Christian J Lane | 2.00 | Correspondence re claims issues (.5); review materials re status of claims (1.0); office conference re claims objection process (.5). |
| 5/16/2003 | Christian J Lane | 1.40 | Review correspondence re claim status reports (.5); office conferences re same (.4); telephone conferences with BMC re same (.5). |
| 5/18/2003 | Christian J Lane | 2.80 | Review claims reports. |
| 5/19/2003 | Christian J Lane | 1.50 | Review claims reports. |
| 5/20/2003 | Rhonda Lopera | 2.00 | Office conference re omnibus claim objection process (.5); retrieve and review case precedent re same (1.5). |
| 5/20/2003 | Christian J Lane | 0.80 | Review claims issues (.3); telephone conferences with client re same (.5). |
| 5/21/2003 | Christian J Lane | 1.30 | Review and analyze claim issues (.5); correspondence re same (.3); review materials for preparation of claims objections (.5). |
| 5/22/2003 | Rhonda Lopera | 1.50 | Review and analyze case precedent re omnibus objections (1.0); review and analyze docket cases re same (.5). |
| 5/22/2003 | Claire O Bonk | 1.50 | Review and organize pleadings re omnibus objections (1.0); review and organize omnibus objection precedent re TWA (.5). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/22/2003 | Tiffany J Wood | 1.00 | Review TWA documents re claims objection case precedent and prepare folder for attorney review re same. |
| 5/28/2003 | Rhonda Lopera | 1.00 | Review and analyze case precedent re claim objections (.7); prepare index re same (.3). |
| 5/29/2003 | Christian J Lane | 0.50 | Telephone conferences with claims agent re provision of information re claims. |
| | Total hours: | 24.60 | |

### Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Claire O Bonk | 2.00 | Retrieve and review docket and adversary dockets (.2); update central files re same (.3); retrieve and review statements of financial affairs (1.0); analyze and organize corporate documents (.3); update central files re same (.2). |
| 5/1/2003 | Christian J Lane | 0.50 | Review filing summary (.2); correspondence re agenda and related matters (.3). |
| 5/1/2003 | Shirley A Pope | 0.50 | Review correspondence and forward to responsible attorney for action. |
| 5/2/2003 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.7); review and analyze docket re professionals to be incorporated into contact list (.3). |
| 5/2/2003 | Claire O Bonk | 1.70 | Retrieve and review docket and adversary dockets (.2); update central files re same (.3); analyze and organize corporate documents (.6); update index re same (.6). |
| 5/2/2003 | Christian J Lane | 1.10 | Review filing summary and relevant pleadings (.2); review and comment on draft agenda (.5); correspondence re same (.3); correspondence re Cat motion for payment (.1). |
| 5/5/2003 | Rhonda Lopera | 1.00 | Review and analyze critical dates re current hearing dates and objection deadlines. |
| 5/5/2003 | Claire O Bonk | 1.70 | Retrieve and review docket and adversary dockets (.3); update central files re same (.2); retrieve and review docket re case management orders (1.2). |
| 5/5/2003 | James W Kapp | 0.10 | Review docket. |
| 5/5/2003 | Christian J Lane | 1.50 | Review summary of filings (.1); office conferences re case status (.5); telephone conference with client re royalty issue (.3); review correspondence and documents re same (.6). |
| 5/5/2003 | Christian J Lane | 0.50 | Telephone conference re case management issues (.1); office conference re same (.4). |
| 5/6/2003 | Rhonda Lopera | 0.50 | Review docket re extension of removal of action order (.3); office conference re same (.2). |
| 5/6/2003 | Stephanie R Cashman | 1.00 | Catalog and organize pleadings for Concordance litigation support system. |
| 5/6/2003 | Claire O Bonk | 5.40 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (1.0); update central files re same (.5); retrieve and review docket re order to extend (.2); review and organize corporate documents (1.8); create index re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/6/2003 | James W Kapp | 0.20 | Review docket (.1); review correspondence from D. Siegel re DK Acquisition Partners request to be on committee (.1). |
| 5/6/2003 | Christian J Lane | 0.50 | Office conference re case status and critical dates. |
| 5/7/2003 | Stephanie R Cashman | 1.50 | Organize and review bankruptcy pleadings for files. |
| 5/7/2003 | Claire O Bonk | 3.30 | Review and organize corporate documents (.4); revise index re same (.5); retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (1.0); update central files re same (1.0). |
| 5/7/2003 | Christian J Lane | 0.80 | Review critical dates list (.4); office conferences re same (.4). |
| 5/7/2003 | Christian J Lane | 1.00 | Review filing report and relevant pleadings (.2); office conferences re critical dates and case status issues (.3); telephone conferences with local counsel re entry of orders (.5). |
| 5/7/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download (.5); organize pleadings for litigation support database (.5). |
| 5/8/2003 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 5/8/2003 | Claire O Bonk | 1.90 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.8); update central files re same (.7). |
| 5/8/2003 | James W Kapp | 0.70 | Review pleadings and correspondence (.6); review docket (.1). |
| 5/8/2003 | Christian J Lane | 2.00 | Review and analyze case files re status of various matters (.5); office conferences re same (.7); telephone conferences with client re same (.8). |
| 5/9/2003 | Stephanie R Cashman | 3.80 | Review and catalog pleadings for Concordance litigation support system. |
| 5/9/2003 | Claire O Bonk | 1.00 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.3); update central files re same (.3). |
| 5/9/2003 | James W Kapp | 0.50 | Telephone conference with J. Novatns re status of chapter 11 cases. |
| 5/9/2003 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/12/2003 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); review and analyze adversary docket re critical dates (.3); incorporate dates into critical dates memo (1.0). |
| 5/12/2003 | Stephanie R Cashman | 3.30 | Review and catalog bankruptcy pleadings for Concordance litigation support system. |
| 5/12/2003 | Claire O Bonk | 1.50 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.6); update central files re same (.5). |
| 5/12/2003 | James W Kapp | 0.60 | Review and revise critical date list (.2); review dockets (.1); review pleadings and correspondence (.3). |
| 5/12/2003 | Christian J Lane | 1.00 | Review filing summary and relevant pleadings (.2); review and comment on hearing agenda (.5); correspondence re same (.3). |
| 5/12/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.50); organize pleadings for litigation support database entry (.50). |
| 5/13/2003 | Rhonda Lopera | 1.00 | Review and analyze motion status chart (.7); review and analyze docket re same (.3). |
| 5/13/2003 | Claire O Bonk | 1.00 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.3); update central files re same (.3). |
| 5/13/2003 | James W Kapp | 0.30 | Review dockets (.1); review pleadings and correspondence (.2). |
| 5/13/2003 | Christian J Lane | 1.50 | Correspondence re entry of orders previously approved (.5); office conferences re same (.5); respond to creditor inquiries (.5). |
| 5/13/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.5); organize pleadings for litigation support database entry (.5). |
| 5/14/2003 | Rhonda Lopera | 2.50 | Review and analyze pleadings re incorporation into central file (1.0); review and analyze litigation documents re case precedent binder (1.5). |
| 5/14/2003 | Claire O Bonk | 2.60 | Retrieve and review docket and adversary docket (.2); update central files re same (.2); review and organize pleadings re May (.2); retrieve and review docket and adversary dockets (.2); update motion status chart re same (.3); review and organize corporate documents (.7); update central files re same (.8). |
| 5/14/2003 | James W Kapp | 0.30 | Review docket (.1); review pleadings and correspondence (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/14/2003 | Shirley A Pope | 1.00 | Review correspondence (.2); review docket for newly filed pleadings, download (.8). |
| 5/15/2003 | Rhonda Lopera | 2.50 | Revise and update critical dates (.5); review and analyze docket re same (.5); review and analyze asbestos precedent cases (1.0); prepare and update index re same (.5). |
| 5/15/2003 | Claire O Bonk | 1.40 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.4); update central files re same (.6). |
| 5/15/2003 | James W Kapp | 0.30 | Review docket (.1); telephone conference with NY Stock Exchange re status of chapter 11 cases (.2). |
| 5/15/2003 | Christian J Lane | 1.60 | Review docket report and relevant filings (.4); review critical dates list (.3); office conference re same (.4); correspondence with local counsel re case status issues (.1); respond to creditor inquiries (.4). |
| 5/15/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download. |
| 5/16/2003 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.7); respond to creditor calls (.3). |
| 5/16/2003 | Claire O Bonk | 2.40 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (.5); update central files re same (.5); retrieve and review pleadings re hearing agenda (1.0). |
| 5/16/2003 | Christian J Lane | 1.00 | Review filing report and relevant pleadings (.3); telephone conference with creditor re case status (.5); correspondence with counsel re case management order (.2). |
| 5/16/2003 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings and download (1.0); review correspondence (.5). |
| 5/19/2003 | Claire O Bonk | 2.10 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize corporate documents (1.0); update central files re same (.7). |
| 5/19/2003 | James W Kapp | 0.50 | Telephone conference with representative of New York Stock Exchange (.1); review pleadings and correspondence (.3); review dockets (.1). |
| 5/19/2003 | Shirley A Pope | 1.00 | Review correspondence (.50); review docket for newly filed pleadings and download same (.50). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/20/2003 | Rhonda Lopera | 2.70 | Respond to creditor inquiries (.7); review and analyze docket and adversary dockets re critical dates (1.0); office conference re status of critical dates (.5); prepare and update critical dates memorandum (.5). |
| 5/20/2003 | Claire O Bonk | 2.00 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize pleadings (.4); update motion status chart re same (.3); review and organize corporate documents (.3); update central files re same (.6). |
| 5/20/2003 | James W Kapp | 0.10 | Review pleadings and correspondence. |
| 5/20/2003 | Christian J Lane | 0.60 | Review filing summary (.1); review and update critical dates (.2); correspondence re consultant issue (.1); office conference re related entity issue (.2). |
| 5/21/2003 | Rhonda Lopera | 2.00 | Review and analyze case precedent re asbestos litigation (1.5); office conference re status of same (.5). |
| 5/21/2003 | Claire O Bonk | 5.80 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); retrieve and review informational brief (.5); review and organize corporate documents (.2); update central files re same (.2); retrieve and review pleadings re omnibus objections (4.5). |
| 5/21/2003 | Shirley A Pope | 2.00 | Review correspondence (.5); review expert invoices and forward to responsible attorney for action (.5); review docket for newly filed pleadings, download (.8); organize pleadings for litigation support database entry (.2). |
| 5/22/2003 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file. |
| 5/22/2003 | Tiffany J Wood | 0.50 | Review and retrieve docket and adversary dockets and distribute to attorneys re same. |
| 5/22/2003 | James W Kapp | 0.60 | Review pleadings and correspondence (.4); review dockets (.2). |
| 5/22/2003 | Shirley A Pope | 2.00 | Review correspondence and forward to responsible attorney for action (.5); revise subject files (.8); update litigation support system database (.2); review docket for newly filed pleadings and download (.5). |
| 5/23/2003 | Stephanie R Cashman | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 5/23/2003 | Claire O Bonk | 1.40 | Retrieve and review docket and adversary dockets (.2); update central files re same (.2); review and organize pleadings re omnibus objections (.3); review and organize corporate documents (.3); update central files re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/23/2003 | Tiffany J Wood | 2.50 | Retrieve new orders from docket and update index and binders re same (1.0); review docket and adversary dockets and distribute results of search (1.5). |
| 5/23/2003 | Tiffany J Wood | 0.50 | Secure location for future depositions. |
| 5/27/2003 | Tiffany J Wood | 2.50 | Review docket and adversary dockets for newly filed pleadings (.6); distribute same for attorney review (.2); review and analyze newly filed pleadings (.7); update indices and files re same (.8); secure arrangements for May 30, 2003 deposition (.2). |
| 5/27/2003 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 5/28/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); update and revise critical dates (.5); attention to creditor calls (.3). |
| 5/28/2003 | Tiffany J Wood | 1.50 | Review docket re certificates of no objection (1.2); download, copy, and distribute same for attorney review (.3). |
| 5/28/2003 | James W Kapp | 0.10 | Review critical date list. |
| 5/29/2003 | Rhonda Lopera | 2.50 | Review and analyze docket re certificates of no objection and corresponding signed order dates (1.0); review and analyze case precedent re litigation cases (.1); update and revise index re same (.5). |
| 5/29/2003 | Stephanie R Cashman | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 5/29/2003 | Claire O Bonk | 2.00 | Retrieve and review docket (1.0.); review case management pleadings (1.0). |
| 5/29/2003 | Tiffany J Wood | 3.50 | Review docket (.8); retrieve new orders and distribute same for attorney review (.2); review correspondence and update Concordance database re same (.5); review docket and update motion status chart (1.8); distribute same to attorney for review (.2). |
| 5/29/2003 | James W Kapp | 0.20 | Review dockets (.1); review critical date memorandum (.1). |
| 5/29/2003 | Christian J Lane | 2.90 | Office conference re critical dates (.4); review and comment on draft agenda (.6); office conference re same (.2); review Cybergenics opinion (.5); assist co-counsel re deposition (1.2). |
| 5/29/2003 | Shirley A Pope | 1.00 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and download same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/30/2003 | Rhonda Lopera | 3.50 | Review and analyze docket re fee applications and date of certificates of no objection for each fee application (1.0); assist in logistical preparation for deposition of D. VanCura (1.0); retrieve pleadings re litigated cases (.5); review and analyze adversary pleadings re certificate of no objection (.4); telephone conference with judge's clerk re same (.3); prepare correspondence to client re same (.3). |
| 5/30/2003 | Stephanie R Cashman | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 5/30/2003 | Tiffany J Wood | 3.60 | Review and analyze new correspondence (.5); enter same into concordance database (.5); review docket and adversary dockets for newly filed pleadings (.3); update files with current pleadings (1.7); review and analyze adversary docket re settlement agreement (.6). |
| 5/30/2003 | Tiffany J Wood | 1.30 | Assist with logistical arrangements re deposition. |
| 5/30/2003 | Christian J Lane | 0.60 | Review filing report and relevant pleadings (.3); telephone conference with creditor re case status (.3). |
| 5/30/2003 | Shirley A Pope | 4.00 | Review  National Union Fire Insurance adversarial docket for newly filed pleadings  and download (.5); organize National Fire Insurance pleadings for litigation support database entry (.5); review litigation support database re compare to National Fire docket to ensure completeness (1.0); revise and edit litigation support pleadings database (1.0); review correspondence and forward to responsible attorney for action (1.0). |
| | Total hours: | 134.00 | |

### Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Claire O Bonk | 1.80 | Retrieve and review asbestos litigation claims (1.0); update index re same (.8). |
| 5/2/2003 | Claire O Bonk | 3.00 | Retrieve and review asbestos litigation claims (1.5); update index re same (1.5). |
| 5/6/2003 | Elli Leibenstein | 0.50 | Review status of NERA projects. |
| 5/12/2003 | Claire O Bonk | 1.00 | Retrieve and review asbestos litigation claims (.5); update index re same (.5). |
| 5/14/2003 | Claire O Bonk | 1.10 | Retrieve and review asbestos litigation claims (.6); update files re same (.5). |
| 5/14/2003 | James W Kapp | 0.10 | Review correspondence from M. Dees re proofs of claim. |
| 5/14/2003 | Christian J Lane | 3.30 | Review correspondence re property damage claim objection issues (.8); office conferences re same (1.2); telephone conferences with client re same (.5); review claim form and analyze issues re same (.8). |
| 5/14/2003 | Elli Leibenstein | 0.50 | Analyze issues re claims estimation. |
| 5/15/2003 | Christian J Lane | 1.00 | Analyze issues re property damage claims (.7); correspondence re same (.3). |
| 5/15/2003 | Elli Leibenstein | 0.50 | Analyze estimates of asbestos liability. |
| 5/16/2003 | Janet S Baer | 0.30 | Follow up re claims and property damage issues. |
| 5/16/2003 | Elli Leibenstein | 2.50 | Review and analyze estimate of asbestos liability. |
| 5/21/2003 | Elli Leibenstein | 0.50 | Telephone conference re estimates of claims. |
| 5/27/2003 | Elli Leibenstein | 1.00 | Telephone conference with D. Martin re claims project (3); analyze projects (.4); telephone conference with J. Hughes re same (3). |
| 5/29/2003 | Christian J Lane | 0.50 | Confer with client re property damage claim issues. |
| 5/29/2003 | Elli Leibenstein | 0.20 | Telephone conference with P. Zilly re status of asbestos liability. |
| 5/30/2003 | Elli Leibenstein | 0.50 | Review NERA bills (.2); analyze claims issues (.3). |
|  | Total hours: | 18.30 |  |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/9/2003 | Christian J Lane | 1.50 | Telephone conference with client re royalty payment issues (.3); review documents re same (1.2). |
| 5/12/2003 | Christian J Lane | 1.50 | Review materials re Royalty Agreement (1.0); telephone conferences with client re same (.5). |
| 5/15/2003 | Christian J Lane | 1.50 | Telephone conferences with client re NYC lease issues (1.0); analyze issues re same (.5). |
| 5/20/2003 | Christian J Lane | 0.20 | Telephone conference with Lyndon re UK patent/license issues. |
| 5/21/2003 | Christian J Lane | 3.00 | Telephone conference with client re letter of credit issues (.5); telephone conferences with client and opposing counsel re New York City lease issues (1.3); analyze issues re same (1.2). |
| 5/22/2003 | Janet S Baer | 0.30 | Conference re Grace New York office space matter. |
| 5/22/2003 | Christian J Lane | 3.00 | Telephone conference with client re letter of credit issues (.5); telephone conferences with client and opposing counsel re New York City lease issues (1.3); analyze issues re same (1.2). |
| 5/23/2003 | Christian J Lane | 3.00 | Telephone conference with client re letter of credit issues (.5); telephone conferences with client and opposing counsel re New York City lease issues (1.3); analyze issues re same (1.2). |
| 5/27/2003 | Christian J Lane | 0.50 | Telephone conference with client re letter of credit issue (.2); analyze issues re same (.3). |
| 5/27/2003 | Christian J Lane | 1.00 | Telephone conferences with client re New York city lease issues (.5); analyze issues re same (.5). |
| 5/28/2003 | Christian J Lane | 2.40 | Telephone conferences with client, co-counsel and landlord counsel re New York city lease issues (1.7); analyze issues re same (.7). |
| 5/29/2003 | Christian J Lane | 0.70 | Telephone conferences with client re Sarbanes-Oxley related  issues. |
| 5/29/2003 | Christian J Lane | 3.20 | Telephone conferences with client, co-counsel and landlord counsel re New York city lease issues (1.5); analyze issues re same (.7); review and revise letter re NYC lease issues (1.0). |
| 5/30/2003 | Christian J Lane | 0.50 | Telephone conferences with client re Sarbanes-Oxley related issues. |
| 5/30/2003 | Christian J Lane | 0.50 | Review and respond to correspondence with client and landlord counsel re New York city lease issues. |
| | Total hours: | 22.80 | |

**Matter 24 –Creditors Noteholders or Equity Holders' – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Christian J Lane | 1.30 | Prepare for and conduct telephone conferences with Creditors Committee counsel re status of open matters (.6); telephone conference with client re information request fro PD Committee (.2); review documents re same (.2); correspondence re same (.3). |
| 5/2/2003 | Christian J Lane | 0.50 | Telephone conference with client re PD Committee inquiry re OCPs (.1); review materials re same (.3); correspondence re same (.1). |
| 5/9/2003 | Christian J Lane | 3.00 | Correspondence with PD Committee counsel re claims notice issues (.8); telephone conferences with claims agent re same (1.0); office conferences re same (.7); telephone conferences with client re same (.5). |
| | Total hours: | 4.80 | |

### Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/7/2003 | Christian J Lane | 1.00 | Telephone conference re pension issues (.3); analyze issues re same (.7). |
| 5/16/2003 | Christian J Lane | 1.10 | Telephone conference re pension issues (.3); review documents re same (.8). |
| 5/18/2003 | Christian J Lane | 1.80 | Review documents re pension issue. |
| 5/19/2003 | Christian J Lane | 1.50 | Review documents re pension issues. |
| 5/27/2003 | Christian J Lane | 3.30 | Review and revise motion re pension issues (3.0); correspondence re same (.3). |
| | Total hours: | 8.70 | |

A-16

## **Matter 28 – Litigation and Litigation Consulting – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Christian J Lane | 2.10 | Revise responses and objections to discovery request (1.5); office conferences re same (.4); telephone conference with client re same (.2). |
| 5/2/2003 | Mark E Grummer | 0.50 | Review draft table of initial response to Environmental Protection Agency's proof of claim and telephone conference with R. Emmett re same. |
| 5/2/2003 | Christian J Lane | 3.30 | Review and revise responses and objections to discovery request (1.6); telephone conferences with local counsel re same (.5); office conferences re same (.2); telephone conferences with client re same (.2); review documents for production (.8). |
| 5/2/2003 | Christian J Lane | 2.00 | Review documents for production in National Union adversary proceeding. |
| 5/3/2003 | Janet S Baer | 0.30 | Review messages re Locke v. Bettachi and conference re same. |
| 5/5/2003 | Janet S Baer | 0.50 | Confer re various outstanding contested matters. |
| 5/5/2003 | Christian J Lane | 2.70 | Review documents re discovery request. |
| 5/6/2003 | Christian J Lane | 4.70 | Review documents for discovery request. |
| 5/7/2003 | Christian J Lane | 5.30 | Review documents for discovery request (3.5); draft correspondence re same (1.); office conferences re same (.8). |
| 5/8/2003 | Mark E Grummer | 0.20 | Review draft table of Environmental Protection Agency claims and cover letter to Environmental Protection Agency and prepare email to R. Emmett re same. |
| 5/8/2003 | Christian J Lane | 2.00 | Research re National Union adversary proceeding issues. |
| 5/12/2003 | Janet S Baer | 0.30 | Follow up re various outstanding issues. |
| 5/13/2003 | Mark E Grummer | 0.50 | Review email from W. Corcoran re Libby and respond re issues presented in considering whether to perform further cleanup. |
| 5/14/2003 | James W Kapp | 0.10 | Review correspondence from J. Restivo re status of ZAI litigation. |
| 5/14/2003 | Christian J Lane | 1.30 | Telephone conference with client re National Union adversary proceeding issues (.3); analyze issues and research re same (1.0). |
| 5/15/2003 | Christian J Lane | 1.40 | Draft and revise stipulation re Locke v. Bettacchi (1.0); office conferences re same (.4). |
| 5/16/2003 | Janet S Baer | 0.60 | Review Locke affidavit and confer with P. Somers at Grace re same (.3); revise Locke affidavit and conference re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/16/2003 | Mark E Grummer | 0.40 | Review news story re Libby future cleanup costs and forward same to team (.1); review files and designate same to be sent for offsite storage or discarded (.3). |
| 5/16/2003 | Christian J Lane | 2.00 | Draft and revise stipulation re Locke v. Bettacchi (1.8); office conferences re same (.2). |
| 5/19/2003 | Mark E Grummer | 0.30 | Review note re court decision relevant to Libby and exchange e-mails re same. |
| 5/19/2003 | Christian J Lane | 0.50 | Telephone conference with client re Locke stipulation (.2); office conferences re same (.3). |
| 5/20/2003 | Janet S Baer | 0.30 | Confer with P. Somers re Locke and Bettacchi and outstanding issues on new employment contract. |
| 5/20/2003 | Janet S Baer | 0.80 | Confer re status of Sealed Air, National Union, Montana Vermiculite, stay motions and outcome of Omnibus hearing. |
| 5/20/2003 | James W Kapp | 0.20 | Develop strategy re Montana Vermeculite litigation. |
| 5/21/2003 | Mark E Grummer | 0.40 | Telephone conference with L. Duff and P. Marks re Curtis Bay issues. |
| 5/22/2003 | Janet S Baer | 0.20 | Conference with C. Morrow re Honeywell suit. |
| 5/27/2003 | Christian J Lane | 0.70 | Telephone conferences re litigation matters and depositions. |
| 5/28/2003 | Christian J Lane | 1.50 | Telephone conferences re Mississippi Department of Environmental Quality agreed order (.6); review issues re same (.3); review and respond to correspondence re same (.6). |
| 5/30/2003 | Janet S Baer | 0.60 | Conference with L. Duff re Acton, Lee Tungston and other related Environmental issues (.3); conference re Montana Vermiculite and Curtis Bay injunction matter (.3). |
| | Total hours: | 35.70 | |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/2/2003 | James W Kapp | 0.30 | Review draft agenda for 5/19/03 omnibus hearing. |
| 5/12/2003 | James W Kapp | 0.20 | Revise final agenda for 5/19/03 omnibus hearing. |
| 5/16/2003 | Janet S Baer | 1.00 | Review materials in preparation for May Omnibus hearing (especially re UCC Motion on avoidance actions and DK Acquisition motion). |
| 5/16/2003 | Christian J Lane | 1.80 | Review agenda and prepare hearing binders (1.0); office conferences re preparations for hearing (.8). |
| 5/19/2003 | Janet S Baer | 4.10 | Prepare notes for hearing on Committee's Motion on avoidance actions (.8); confer with counsel for R. Locke and revise Stipulation re same (.3); confer with W. Sparks and P. Galbraith in preparation for May hearing (1.0); attend May Omnibus hearing (2.0). |
| 5/19/2003 | Christian J Lane | 3.00 | Prepare notes re claims issues for hearing (1.0); attend May Omnibus hearing (2.0). |
| 5/20/2003 | James W Kapp | 0.60 | Address issues arising from 5/19/03 hearing. |
| 5/30/2003 | James W Kapp | 0.30 | Revise agenda for 6/17/03 omnibus hearing. |
| 5/30/2003 | Christian J Lane | 0.50 | Correspondence with local counsel re hearing agenda. |
| | Total hours: | 11.80 | |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/1/2003 | Christian J Lane | 0.40 | Telephone conference re entry of Lease Order and payment of cure amount. |
| 5/5/2003 | James W Kapp | 0.50 | Address negotiations re Caterpillar objection (.2); review and revise notes to terminate lease and settle claims related thereto (.3). |
| 5/8/2003 | Christian J Lane | 1.50 | Draft stipulation re equipment lease and related claims (1.2); telephone conferences re same (.3). |
| 5/12/2003 | James W Kapp | 0.10 | Review executed order extending time period to assume/reject leases. |
| 5/12/2003 | Christian J Lane | 2.00 | Draft and revise stipulation and motion re equipment lease (1.5); telephone conferences with client and approving counsel re same (.5). |
| 5/13/2003 | James W Kapp | 0.80 | Revise motion to approve settlement with BSFS Equipment Leasing and Daleen Technologies. |
| 5/13/2003 | Christian J Lane | 3.00 | Revise and finalize motion and stipulation re equipment lease (1.8); office conference re same (.4); telephone conference with local counsel re same (.3); telephone conference with client and approving counsel re same (.5). |
| 5/14/2003 | Christian J Lane | 0.30 | Telephone conference with client re Monroe lease. |
| 5/15/2003 | James W Kapp | 0.70 | Attend to issues re rejection of sublease and related unlawful retainer action. |
| 5/15/2003 | Christian J Lane | 1.30 | Review information re Monroe lease (1.0); telephone conference with landlord's counsel re same (.2); draft correspondence re same (.1). |
| 5/20/2003 | Lyndon E Norley | 0.30 | Telephone conference re termination of contracts by counterparty to W.R. Grace. |
| 5/20/2003 | James W Kapp | 0.40 | Address negotiations re letter of credit and modifications to previous agreement (.3); attend to issues re license agreement (.1). |
| 5/20/2003 | Christian J Lane | 0.90 | Review analysis of Monroe, LA lease (.3); telephone conference with client re same (.1); office conference re letter of credit (.2); office conference re British license agreement (.1); telephone conference with client re payment of Cat Invoices (.2). |
| 5/22/2003 | James W Kapp | 0.40 | Attend to issues re potential lease rejection. |
| 5/27/2003 | Tiffany J Wood | 1.20 | Assist in preparation of lease rejection notice (1.0); interoffice conference re same (.2). |
| 5/27/2003 | Christian J Lane | 0.50 | Telephone conferences with client re rejection of equipment lease (.2); analyze issues re same (.3). |
| 5/28/2003 | Christian J Lane | 0.60 | Draft agreement re lease resolution issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/30/2003 | Christian J Lane | 0.50 | Review and revise agreement re lease settlement. |
| | Total hours: | 15.40 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2003 | Toni L Wallace | 0.70 | Prepare 8th quarterly fee application for filing (.2); e-mail correspondence to local counsel re filing and service of same (.1); review and revise 7th project category spreadsheet from fee auditor (.3); e-mail correspondence to L. Ferdinand re changes to same (.1). |
| 5/5/2003 | Christian J Lane | 0.60 | Review quarterly fee applications (.4); office conference re same (.2). |
| 5/8/2003 | Toni L Wallace | 2.20 | Update payment tracking chart (.6); telephone conference with billing re same (.2); review docket for filing information for monthly and quarterly fee applications and omnibus orders (1.4). |
| 5/12/2003 | Toni L Wallace | 2.00 | Prepare draft order for 7th quarterly fee applications. |
| 5/12/2003 | Christian J Lane | 1.60 | Prepare April Fee detail (1.0); office conference re 7th quarterly fee order (.3); correspondence re same (.3). |
| 5/13/2003 | Toni L Wallace | 0.50 | Finalize draft omnibus order re seventh quarterly fee application (.3); e-mail correspondence to L. Ferdinand re Warren Smith's quarterly fee application (.2). |
| 5/13/2003 | Christian J Lane | 3.00 | Prepare April Fee detail. |
| 5/16/2003 | Toni L Wallace | 0.40 | Revise omnibus draft order for seventh quarterly fee applications (.3); e-mail correspondence to L. Ferdinand re same (.1). |
| 5/20/2003 | Toni L Wallace | 0.50 | Review and revise fee and expense detail for April fee application (.4); e-mail correspondence and telephone conferences with billing re same (.1). |
| 5/21/2003 | Toni L Wallace | 1.70 | Prepare draft of April monthly fee application. |
| 5/22/2003 | Toni L Wallace | 1.50 | Prepare exhibits to April monthly fee application. |
| 5/27/2003 | Christian J Lane | 1.20 | Review and comment on April fee application. |
| 5/28/2003 | Toni L Wallace | 1.20 | Update payment tracking chart (.4); update tracking charts of fees and expenses with April fee application numbers for use with quarterly fee applications (.8). |
| 5/28/2003 | Christian J Lane | 0.50 | Review and comment on April fee application. |
| 5/29/2003 | Toni L Wallace | 1.50 | Finalize April monthly fee application and exhibits to same (1.3); forward same to local counsel for service and filing (.2). |
| 5/29/2003 | Christian J Lane | 0.30 | Finalize April fee application. |
| | Total hours: | 19.40 | |

## Matter 35 – Fee Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2003 | Christian J Lane | 1.20 | Telephone conferences with Woodcock Washburn re fee application process (.4); correspondence re same (.3); office conferences re same (.5). |
| 5/6/2003 | Toni L Wallace | 0.20 | Telephone conference with G. Levin re fee applications. |
| 5/9/2003 | Christian J Lane | 1.00 | Correspondence with local counsel re fee application process (.2); office conference re same (.4); telephone conference with Woodcock Washburn re same (.4). |
| 5/28/2003 | Toni L Wallace | 1.50 | Review docket for filing information re professionals' quarterly fee applications in preparation for eighth quarterly omnibus order. |
| | Total hours: | 3.90 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/6/2003 | Christian J Lane | 0.80 | Review correspondence re retention of Deloitte (.4); telephone conferences with client re same (.3); telephone conference with Deloitte re same (.1). |
| 5/7/2003 | Christian J Lane | 1.40 | Correspondence re Deloitte retention issues (.3); telephone conference with client re same (.4); telephone conference with Deloitte re same (.2); analyze issues re same (.5). |
| 5/9/2003 | Christian J Lane | 0.80 | Telephone conferences with client and Deloitte re Committee questions re Deloitte retention (.5); review and respond to correspondence re same (.3). |
| 5/12/2003 | Christian J Lane | 1.50 | Telephone conferences with client re Deloitte retention issues (.3); prepare response to Committee inquiry (1.0); telephone conferences with Deloitte re same (.2). |
| 5/14/2003 | Christian J Lane | 1.60 | Review and respond to correspondence re retention of Deloitte (.6); review previous retention orders (.5); revise Deloitte retention order (.5). |
| 5/15/2003 | Christian J Lane | 1.00 | Review and respond to correspondence re retention of Deloitte (.3); telephone conference with Deloitte re same (.2); revise Deloitte retention order (.5). |
| 5/16/2003 | Christian J Lane | 0.90 | Review and respond to correspondence re retention of Deloitte (.2); telephone conference with Deloitte re same (.1); revise Deloitte retention order (.6). |
| 5/20/2003 | Christian J Lane | 0.40 | Review and respond to correspondence re Deloitte retention. |
| 5/30/2003 | Christian J Lane | 0.30 | Review and respond to correspondence with Deloitte re retention of Deloitte. |
| | Total hours: | 8.70 | |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/18/2003 | Janet S Baer | 2.00 | Travel from Chicago to Delaware for May Omnibus hearing (1/2 time). |
| 5/18/2003 | Christian J Lane | 2.00 | Travel from Chicago to Wilmington (1/2 time). |
| 5/19/2003 | Janet S Baer | 2.50 | Travel from Delaware back to Chicago after May Omnibus hearing (1/2 time). |
| 5/19/2003 | Christian J Lane | 2.00 | Travel from Wilmington to Chicago (1/2 time). |
| | Total hours: | 8.50 | |

## **Matter 46 – Tax Litigation – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/7/2003 | James W Kapp | 0.40 | Telephone conference with E. Filon re COLI issues. |
| 5/8/2003 | James W Kapp | 0.10 | Review correspondence from E. Filon re COLI litigation. |
| 5/12/2003 | Janet S Baer | 0.40 | Review Coli memo. |
| 5/14/2003 | Todd F Maynes | 0.50 | Meetings and revisions to letter to Nestor re possible settlement. |
| 5/20/2003 | Pratibha J Shenoy | 1.20 | Prepare draft of Joint Status Report to be filed May 23, 2003 and discuss same. |
| 5/20/2003 | Todd F Maynes | 0.30 | Telephone conference re 30-day letter to respond. |
| 5/21/2003 | Pratibha J Shenoy | 0.50 | Discuss draft of Joint Status Report to be filed May 23, 2003 with government attorney and forward final version of same to government attorney. |
| 5/23/2003 | Pratibha J Shenoy | 2.70 | Prepare draft of protest for new "30-day letters" issued by Internal Revenue Service, assessing employment tax deficiencies. |
| | Total hours: | 6.10 | |