# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $11.97 |
| Travel Expense | $494.64 |
| Airfare | $2,289.63 |
| Travel Meals | $81.20 |
| **Total** | **$2,877.44** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 5/18/03 | 11.97 | Janet Baer, Telephone, Telephone While Traveling, 05/18/03, (Hearing) |
| 5/18/03 | 247.32 | Christian Lane, Hotel, Philadelphia, PA, 05/18/03 (Hearing) |
| 5/18/03 | 247.32 | Janet Baer, Hotel, Philadelphia, PA, 05/18/03, (Hearing) |
| 5/18/03 | 1,163.43 | Christian Lane, Airfare, Philadelphia, PA, 05/18/03 to 05/19/03, (Hearing) |
| 5/18/03 | 1,126.20 | Janet Baer, Airfare, Philadelphia, PA, 05/18/03 to 05/19/03, (Hearing) |
| 5/18/03 | 7.55 | Janet Baer, Meals, Travel Meals, Philadelphia, PA, 05/18/03, (Hearing) |
| 5/19/03 | 24.00 | Christian Lane, Meals, Travel Meals, Philadelphia PA, 05/19/03, (Hearing) |
| 5/19/03 | 15.50 | Christian Lane, Meals, Travel Meals, Philadelphia PA, 05/19/03, (Hearing) |
| 5/19/03 | 5.50 | Janet Baer, Meals, Travel Meals, Philadelphia, PA, 05/19/03, (Hearing) |
| 5/19/03 | 28.65 | Janet Baer, Meals, Travel Meals, Philadelphia, PA, 05/19/03, (Hearing) |
| Total | 2,877.44 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $371.89 |
| Fax Telephone Charge | $7.06 |
| Fax Charge | $147.00 |
| Standard Copies | $874.80 |
| Scanned Images | $54.90 |
| Overnight Delivery | $63.28 |
| Outside Messenger Services | $38.43 |
| Working Meals/K&E and Others | $250.00 |
| Information Broker Doc/Svcs | $267.40 |
| Computer Database Research | $1,382.87 |
| Overtime Transportation | $55.97 |
| Secretarial Overtime | $155.00 |
| **Total** | **$3,668.60** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 2/18/03 | .89 | Telephone call to: NEW YORK,NY 212-345-5926 |
| 2/25/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 2/25/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 2/26/03 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 3/02/03 | 166.85 | West Publishing-TP,Database Usage 3.03 |
| 3/03/03 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 3/03/03 | 1.38 | West Publishing-TP,Database Usage 3.03 |
| 3/03/03 | 7.19 | West Publishing-TP,Database Usage 3.03 |
| 3/04/03 | 26.56 | West Publishing-TP,Database Usage 3.03 |
| 3/05/03 | 14.52 | West Publishing-TP,Database Usage 3.03 |
| 3/10/03 | 2.91 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 3/13/03 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-345-5296 |
| 3/17/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-345-3000 |
| 3/28/03 | 1.04 | Telephone call to: WHITEPLAIN,NY 914-649-9447 |
| 3/31/03 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 4/03/03 | 1.25 | Telephone call to: PITTSBURGH,PA 412-288-4048 |
| 4/04/03 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 4/04/03 | 1.66 | Telephone call to: WASHINGTON,DC 202-508-6019 |
| 4/04/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-770-3641 |
| 4/07/03 | .62 | Telephone call to: DALLAS,TX 214-698-3868 |
| 4/07/03 | 35.27 | West Publishing-TP,Database Usage 4.03 |
| 4/08/03 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-583-5012 |
| 4/08/03 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/08/03 | 17.91 | Fed Exp to: ,DALLAS,TX from:MAILROOM |
| 4/08/03 | 230.23 | PACER SERVICE CENTER - Information Broker Doc/Svcs, Documents retrieved from miscellaneous court dockets, Billing Cycle, 1/1/03 to 3/31/03 |
| 4/08/03 | 37.17 | PACER SERVICE CENTER - Information Broker Doc/Svcs, Search docket; download pleadings, Billing Cycle 1/1/03 to 3/31/03 |
| 4/08/03 | 70.35 | PACER SERVICE CENTER - Computer Database Research, Online docket and pleadings printing costs |
| 4/08/03 | 827.40 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 1/1/03 to 3/31/03 |
| 4/08/03 | 64.27 | West Publishing-TP,Database Usage 4.03 |
| 4/08/03 | 3.29 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage For Jan 2003 Through Mar 2003 |
| 4/09/03 | 2.49 | Telephone call to: WILMINGTON,DE 302-652-1100 |

| Date | Amount | Description |
|---|---|---|
| 4/09/03 | 229.63 | Janet Baer, Telephone, Long Distance Service, 04/09/03, (Long Distance Calls), 229.63 |
| 4/09/03 | 2.86 | West Publishing-TP,Database Usage 4.03 |
| 4/10/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 4/10/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/10/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/10/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 4/11/03 | 4.57 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/11/03 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 4/12/03 | 41.04 | Janet Baer, Telephone, Cellular Service, 04/12/03 (Cellular Telephone), 41.04 |
| 4/14/03 | 22.19 | West Publishing-TP,Database Usage 4.03 |
| 4/15/03 | .62 | Telephone call to: OAHU,HI 808-547-5400 |
| 4/16/03 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 4/16/03 | 38.75 | Hickman, S - Revisions; proofreading redlining |
| 4/17/03 | .62 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 4/17/03 | 6.03 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 4/18/03 | .62 | Telephone call to: WEST TAMPA,FL 727-540-3809 |
| 4/20/03 | 116.25 | Harris, L - Revisions |
| 4/21/03 | 10.81 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 4/21/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 4/21/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 4/21/03 | 1.60 | Standard Copies |
| 4/21/03 | .30 | Standard Copies |
| 4/21/03 | 21.70 | Standard Copies |
| 4/22/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 4/22/03 | 1.04 | Telephone call to: DALLAS,TX 214-969-4900 |
| 4/22/03 | 6.60 | Standard Copies |
| 4/22/03 | .80 | Standard Copies |
| 4/22/03 | 7.91 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 4/22/03 | 69.69 | West Publishing-TP,Database Usage 4.03 |
| 4/23/03 | 1.80 | Standard Copies |
| 4/23/03 | 7.80 | Standard Copies |
| 4/23/03 | .40 | Standard Copies |
| 4/23/03 | .30 | Standard Copies |
| 4/24/03 | 1.25 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 4/24/03 | .62 | Telephone call to: CAMBRIDGE,MA 617-498-4322 |