**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number 56262
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2003

### OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 04/05/03 | MERRILL CORPORATION - copies of 3 personnel files requested by in-house counsel | 66.86 |
| 04/05/03 | MERRILL CORPORATION - copies of 3 Libby personnel files requested by in-house counsel | 30.89 |
| 04/08/03 | MERRILL CORPORATION - copies of 3 Libby personnel files requested by in-house counsel | 30.89 |
| 04/08/03 | MERRILL CORPORATION - copies of 2 personnel files requested by in-house counsel | 66.86 |
| 04/22/03 | MERRILL CORPORATION - copies of shipment receipt tests for Master Binder re wind up of document review | 21.50 |
| | | $217.00 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 04/01/03 | 7 copies. | 0.84 |
| 04/07/03 | 1 copy. | 0.12 |
| 04/07/03 | 54 copies. | 6.48 |
| 04/15/03 | 1 copy. | 0.12 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2003

PHOTOCOPYING

| 04/16/03 | 2 copies. | 0.24 | |
|---|---|---|---|
| 04/17/03 | 33 copies. | 3.96 | |
| 04/17/03 | 1 copy. | 0.12 | |
| 04/17/03 | 81 copies. | 9.72 | |
| 04/17/03 | 32 copies. | 3.84 | |
| 04/17/03 | 2 copies. | 0.24 | |
| 04/18/03 | 22 copies. | 2.64 | |
| 04/18/03 | 2 copies. | 0.24 | |
| 04/30/03 | 7 copies. | 0.84 | |
| | | | $29.40 |

TELEPHONE

| 04/17/03 | 308 | 5613621532 | 1.42 | |
|---|---|---|---|---|
| 04/23/03 | 329 | 5613621533 | 0.42 | |
| | | | | $1.84 |

RENT REIMBURSEMENT

| 04/01/03 | Rent & Utilities for document repository at One Winthrop Square - March 2003 | 12,406.32 | |
|---|---|---|---|
| | | | $12,406.32 |

MISCELLANEOUS

| 04/05/03 | RECORDKEEPER ARCHIVE - monthly storage fee (4/03) | 388.95 | |
|---|---|---|---|
| | | | $388.95 |
| | TOTAL DISBURSEMENTS | | $13,043.51 |
| | TOTAL THIS BILL | | $13,043.51 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number 56263
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through April 30, 2003

EXCESS POSTAGE $0.60

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/09/03 | To Scotta McFarland, Esq. from Robert A. Murphy on 3/17/03 | 12.31 |

$12.31

PHOTOCOPYING

| | | |
|---|---|---|
| 04/11/03 | 115 copies. | 13.80 |

$13.80

TELEPHONE

| | | | |
|---|---|---|---|
| 04/02/03 | 357 | 5613621583 | 2.95 |
| 04/02/03 | 357 | 5613621583 | 2.95 |

$5.90

David B. Siegel

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $32.61 |
| TOTAL THIS BILL | $32.61 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number 56264
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through April 30, 2003

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 04/09/03 | To Reed Smith attorney from Robert A. Murphy on 3/10/03 | 23.85 | |
| | | | $23.85 |

**TRAVEL**

| | | | |
|---|---|---|---|
| 04/09/03 | FLEET BANK N.A. - Marriott Long Wharf - hotel charges for Jack Wolter for 2/24-26/03 for preparation and deposition in ZAI Science Trial. | 953.98 | |
| 04/22/03 | ROBERT A MURPHY - To St. Johnsbury, VT on 2/27-2/28 to take Mr. Mold's deposition, private auto 400 miles - home to office to St. Johnsbury and return @ .36/mile = $144; $24.77 - meals; $107.90 - lodging; and $4.00 tolls. | 280.67 | |
| | | | $1,234.65 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 04/10/03 | 4 copies. | 0.48 |
| 04/10/03 | 2 copies. | 0.24 |
| 04/11/03 | 51 copies. | 6.12 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through April 30, 2003

PHOTOCOPYING

| | | |
|---|---|---|
| 04/14/03 | 17 copies. | 2.04 |
| 04/14/03 | 6 copies. | 0.72 |
| 04/14/03 | 11 copies. | 1.32 |
| 04/16/03 | 2 copies. | 0.24 |
| 04/18/03 | 1 copy. | 0.12 |

$11.28

TELEPHONE

04/02/03   329   4122883131                0.89

$0.89

MISCELLANEOUS

| | | |
|---|---|---|
| 04/01/03 | Lunch for 6 (witness, court reporter, in-house and 3 Reed Smith attorneys) during Wolter deposition on 2/26/03 | 53.39 |
| 04/01/03 | Lunch for 4 (witness, in house, Casner & Edwards and Reed Smith attorneys) during Wolter depo prep session | 27.36 |

$80.75

TOTAL DISBURSEMENTS                $1,351.42

TOTAL THIS BILL                $1,351.42