# EXHIBIT A

W.R. Grace & Co. – Conn. et al.
District of Delaware, Bankruptcy Case No. 01-01139

Exhibit A

| Debtor: | Settling Parties: | Description of Settlement |
|---|---|---|
| W.R. Grace & Co. – Conn. ("Grace") | W. R. Grace & Co. - Conn. and the United States Department of Commerce Bureau of Industry and Security | On December 1, 1998 Grace filed a Voluntary Disclosure Report (the Voluntary Disclosure Report") with the US Department of Commerce Bureau of Export Compliance (now Bureau of Industry and Security) ("BIS"). Subsequently, Grace received a Proposed Charging Letter from BIS (the "Charging Letter") indicating that BIS had reason to believe that Grace had violated the Export Administration Regulations in the manner set forth in the Charging Letter. The Charging Letter alleged 51 Violations of 15 CFR § 764-2(a): Engaging in Prohibited Conduct - Exports of Triethanolamine without the Required Licenses.<br><br>On March 24, 2003 BIS, with respect to the matters set forth in the Charging Letter, filed a notice of Claim in the amount of $561,000, plus interest and costs.<br><br>Grace has engaged in negotiations with BIS in an effort to settle all of the matters at issue in the Charging letter and Voluntary Disclosure Report.<br><br>The parties have now reached an agreement with respect to what they believe is a reasonable compromise and settlement. Pursuant to this agreement, which Grace believes is in the best interest of the debtors and the chapter 11 estates, Grace will enter into a Settlement Agreement with BIS pursuant to which BIS will enter an Order assessing a civil penalty in the amount of $178,500 against Grace and in consequence thereof Grace will agree to the allowance of an unsecured claim in favor of BIS in the amount of $178,500, which claim will be treated in the same manner as all similar allowed unsecured claims in its chapter 11 cases to ultimately be provided for in Grace's chapter 11 Plan. |