IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 8, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: September 16, 2003 at 9:00 a.m.** |

### AMENDED NOTICE OF W.R. GRACE & CO.'S MOTION FOR SUMMARY JUDGMENT

**To:** **(a) Office of the United States Trustee for the District of Delaware, (b) parties to the ZAI litigation, and (c) parties requesting notice pursuant to Del. Bankr. LR 2002-1.**

W.R. Grace & Co., *et al.*, (collectively, the "Debtors") has filed a Motion for Summary Judgment (Docket No. 4009, July 7, 2003).

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 16, 2003 at 9:00 A.M. (Eastern),** before The Honorable Judith Fitzgerald in the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, DE 19801.

You are required to file a Response to the attached Motion on or before **August 8, 2003 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 5th Floor, Wilmington, DE 19801.

At the same time, you must also serve a copy of the response upon the following:

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
James L. Ward, Jr., Esquire
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC  29464

Paula A. Galbraith, Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302.652.4100
Facsimile: 302.652.4400

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2003

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C.

*/s/ Paula A. Galbraith*
Laura Davis Jones (Bar No. 2436)
Scotta McFarland (Bar No. 4184)
David W. Carickhoff, Jr. (Bar No. 3715)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession