IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

1. **CLAIMS BAR DATE NOTICE MATERIALS COMPRISED OF:**  ATTACHED HERETO
   a. **CLAIMS BAR DATE NOTICE**  AS EXHIBIT 1
   b. **ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM**
   c. **GENERAL INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORMS FOR THE BAR DATE**

2. **GRACE NON-ASBESTOS PROOF OF CLAIM FORM**   ATTACHED HERETO AS EXHIBIT 2

3. **WR GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM**   ATTACHED HERETO AS EXHIBIT3

4. **WR GRACE & CO. ASBESTOS PROPERTY DAMAMGE PROOF OF CLAIM FORM**   ATTACHED HERETO AS EXHIBIT4

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Michelle S. Dalsin, being duly sworn state as follows:

1. I am over twenty-one years of age and I believe the statements contained herein are true, based on my personal knowledge.

2. I am employed by Rust Consulting, Inc., located at 201 South Lyndale, Faribault, MN. as a Senior Project Administrator.

3. On the dates indicated, I caused copies of certain of the above referenced documents, to be served by first class mail upon the parties listed on the attached service lists. The specific documents served on each party are indicated respectively.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature: Michelle Dalsin]_

Personally appeared before me on this 26th day of June, 2003, Michelle S Dalsin, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_[signature: Virginia L. Sartor]_

VIRGINIA L. SARTOR
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

DATED: June 26, 2003
Faribault, Minnesota

State of <u>Minnesota</u>        )

County of <u>Rice</u>            )

# W.R. Grace & Co. et al

*Service list for requests from   5/19/2003 to 6/23/2003*

| | | |
|---|---|---|
| 00067898<br>LARRY FOSTER<br>15 CENTER ST<br>LISBON FALLS, ME 04252-1422<br>05/19/2003<br>   Property:   0001<br>   Notice:   0001 | | 00067904<br>FRANCINE BEALE<br>2444 BELGRADE CT<br>AUGUSTA, GA 30906-4007<br>05/19/2003<br>   Non-asbestos:   0001<br>   Notice:   0001 |

00067898
LARRY FOSTER
15 CENTER ST
LISBON FALLS, ME 04252-1422
05/19/2003
   Property:   0001
   Notice:   0001

00067904
FRANCINE BEALE
2444 BELGRADE CT
AUGUSTA, GA 30906-4007
05/19/2003
   Non-asbestos:   0001
   Notice:   0001

00067911
FRANCINE BEALE
2444 BELGRADE CT
AUGUSTA, GA 30906-4007
05/19/2003
   Property:   0001
   Medical:   0001
   Non-asbestos:   0001
   Notice:   0001

00067928
JACKIE DICKINSON
2801 POST OAK BLVD., SUITE 600
HOUSTON, TX 77056
05/19/2003
   Non-asbestos:   0001
   Notice:   0001

00067942
GEORGE BAGDASARIAN
6382 E NORTH AVE
FRESNO, CA 93725
05/19/2003
   Property:   0001
   Medical:   0001
   Non-asbestos:   0001
   Notice:   0001

00067966
HOLY FAMILY HOSPITAL
7801 ARGYLE ST
VANCOUVER, BC V5P3L6
05/30/2003
   Non-asbestos:   0001
   Notice:   0001

00067973
THOMAS ALLEN
P.O. BOX 62
FRANCONIA, NH 03580
05/30/2003
   Property:   0001
   Notice:   0001

00067997
PERCY MOORE
775 CARL RUSSELL AVE APT E
WINSTON-SALEM, NC 27101
05/30/2003
   Medical:   0001
   Notice:   0001

00068000
PERCY MOORE
775 CARL RUSSELL AVE APT E
WINSTON-SALEM, NC 27101
05/30/2003
   Medical:   0001
   Notice:   0001

00068017
SHEILA VANOHLEN
8619 CEDAR
BELLFLOWER, CA 90706
05/30/2003
   Property:   0001
   Medical:   0001
   Non-asbestos:   0001
   Notice:   0001

00068024
SHANDAR BRIDGES
15143 S. WOODLAWN
DALTON, IL 60419
05/30/2003
   Property:   0001
   Medical:   0001
   Non-asbestos:   0001
   Notice:   0001

00068055
MARIE RIDER
136 BRUYN AVE
KINGSTON, NY 12401
06/11/2003
   Medical:   0001
   Notice:   0001

# W.R. Grace & Co. et al

*Service list for requests from   5/19/2003 to 6/23/2003*

| | |
|---|---|
| 00068062<br>MARIE RIDER<br>136 BRUYN AVE<br>KINGSTON, NY 12401<br>06/11/2003<br>    Property:    0001<br>    Notice:    0001 | 00068079<br>RUTH HILL<br>50 HILL ROAD<br>LOUISVILLE, KY 40204<br>06/11/2003<br>    Property:    0001<br>    Notice:    0001 |
| 00068086<br>DAVID MOORE<br>14 SUNSET AVE<br>CHELMSFORD, MA 01824<br>06/11/2003<br>    Property:    0002<br>    Medical:    0002<br>    Notice:    0002 | 00068093<br>MORTON JOSEPH<br>19 PLASKE DRIVE<br>SCHENECTADY, NY 12309<br>06/11/2003<br>    Property:    0002<br>    Medical:    0002<br>    Non-asbestos:    0002<br>    Notice:    0001 |
| 00068116<br>PEDRO HERNANDEZ<br>PO BOX 8267<br>PONCE, PR 00732<br>06/11/2003<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00068130<br>MARIE RIDER<br>136  BRUYN AVE<br>KINGSTON, NY 12401-3529<br>06/23/2003<br>    Property:    0001<br>    Notice:    0001 |
| 00068147<br>MARIA LOUISA RIVAS<br>433 W 7TH PO BOX 658<br>LA BLANCA, TX 78558<br>06/23/2003<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00068154<br>DONNA GRANT<br>5 ACORN STREET<br>MIDDLEBORO, MA 02346<br>06/23/2003<br>    Property:    0001<br>    Notice:    0001 |
| 00068161<br>WILLIAM SCHLOSS<br>320 S BOSTON, SUITE 1510<br>TULSA, OK 74103<br>06/23/2003<br>    Property:    0001<br>    Medical:    0001<br>    Notice:    0001 | |