## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-0 1139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT UNDER 11 U.S.C. § 327(e)

| | |
|---|---|
| STATE OF OKLAHOMA | ) |
| | ) ss. |
| COUNTY OF OKLAHOMA | ) |

Robin F. Fields, being duly sworn, upon her oath, deposes and says:

1.        I am a partner of McKinney & Stringer, P.C., located at 101 N. Robinson, Suite 1300, Oklahoma City, Oklahoma 73102 (the "Firm").

2.        The Debtors requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.        The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

---

[1]        The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc. Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc. CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, nor does the Firm have any relationship with any such person, their attorneys or accountants that is or would become adverse to the Debtors or their estates. In the interest of proper disclosure, the firm is presently defending Samson Hydrocarbons Company (formerly Grace Petroleum Corporation) as Defendant in a pending Creek County District Court, State of Oklahoma action, Case # C-99-390 wherein Exxon Corporation is the Plaintiff. Samson maintains that under a pre-petition agreement, it received an indemnity from Debtors for which Samson may assert a claim against Debtors in this bankruptcy. In any case, the Firm will not represent Samson in asserting a claim against Debtors in this bankruptcy.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters for which we have been retained.

7. The Debtors owe the Firm $00.00 for pre-petition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed this 23rd day of June, 2003.

_Robin F. Fields_

ROBIN F. FIELDS, OBA #10806
McKINNEY & STRINGER, P.C.
101 North Robinson, Suite 1300
Oklahoma City, OK  73102
405/239-6444
405/239-7902 (facsimile)
Attorneys for Debtors


SUBSCRIBED AND SWORN to before me on this 23rd day of June, 2003.

_Melissa Lu Keplinger_
NOTARY PUBLIC

[SEAL]

My Commission # 572
Expires: February 19, 2004

MDD/2909-040/477222_1/rjg