**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
:
In re:                          :          Chapter 11
:
W.R. GRACE                      :
:
        Debtors.        :          Case No. 01-01139
:          Jointly Administered
:
_____ :

**MOTION FOR LEAVE TO FILE REPLY TO OBJECTION**

    Robert Costa and Ronald Thornburg (the "Movants"), by and through their undersigned attorneys, pursuant to Rule 9014(a) of the Federal Rules of Bankruptcy Procedure, respectfully moves this Court for Leave to permit it to file its Reply Memorandum in response to Debtors' Objection to Memorandum in Support of the Motion of Robert Costa and Ronald Thornburg for Relief from Stay under 11 U.S.C. § 362 of the Bankruptcy Code (the "Memorandum"), a copy of which is attached to this Motion as Exhibit "A". In support of its Motion, the Movants aver as follows:

**JURISDICTION AND VENUE**

    1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    2. The statutory predicate for the relief requested herein is section 105 of the Bankruptcy Code and Rule 9014 of the Federal Rules of Bankruptcy Procedure.

**RELIEF REQUESTED**

    3. The Movants seek relief from this Court to file its Memorandum. Movants assert that, the Debtors only inform the Court of selected provisions of the settlement

agreement and mischaracterize certain of the provisions of the settlement agreement. In addition the Debtors misrepresent the proper balance between Movants and Debtors. Filing the Memorandum, therefore, will not prejudice the Debtors and therefore the leave should be granted.

WHEREFORE, Robert Costa and Ronald Thornburg requests this Court to grant it leave to file permit it to file its Reply Memorandum in response to Debtors' Objection the Motion of Robert Costa and Ronald Thornburg for Relief from Stay under 11 U.S.C. § 362 of the Bankruptcy Code and award Movants such other and further relief as may be just and proper.

Dated: July 18, 2003

                                          Dilworth Paxson LLP

By:   /s/ Martin J. Weis
       Martin J. Weis (DE No. 4333)
       Derrick A. Dyer (WI No. 10238)
       First Federal Plaza
       Suite 500
       Wilmington, DE 19801
       (302) 571-9800

and

Phillips and Cohen LLP

Peter W. Chatfield
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Washington, D.C.  20036

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE | : | |
| | : | |
| Debtors. | : | Case No. 01-01139 |
| | : | Jointly Administered |
| | : | |
| | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion for Leave to Reply to Objection, and any objections thereto, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is Granted. It is further ORDERED that Robert Costa and Ronald Thornburg, be permited to file its reply memorandum.

_____
United States Bankruptcy Judge

503415_1