# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 11, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

Name of Applicant:   Lukins & Annis, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:   July 22, 2002

Period for which compensation and
Reimbursement is sought:   April 1, 2003 through
April 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:   $35,032.00

Amount of Expenses Reimbursement:   $ 3,697.08

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 - 9/30/02 | $37,691.00 | $3,422.38 | Approved | Approved |
| 12/05/02 | 10/1/02 - 10/31/02 | $24,143.00 | $728.96 | Approved | Approved |
| 02/10/03 | 11/1/02 - 11/30/02 | $32,033.00 | $629.26 | Approved | Approved |
| 02/27/03 | 12/1/02 - 12/31/02 | $32,330.00 | $1,262.74 | Approved | Approved |
| 04/09/03 | 01/1/03 - 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 - 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 - 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |

This is the eighth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 72.3 | $24,050.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 17.0 | $1,632.00 |
| TOTALS | | | | | 89.3 | $25,682.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 57.0 | $8,550.00 |
| Samantha Batorson | Legal Asst. | 10 | Litigation | $80 | 10.0 | $800.00 |
| TOTALS | | | | | 67.0 | $9,350.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel -Non-working | 21.4 Hours | $ 3,109.00 |
| 22-ZAI Science Trial | 134.9 Hours | $31,923.00 |
| TOTALS | 156.3 Hours | $35,032.00 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 1.16 |
| Telephone Expense – Outside | $ 566.50 |
| Facsimile ($1.00 per page) | $ 46.00 |
| Postage Expense | $ 7.45 |
| Courier & Express Carriers (Federal Express) | $ 463.29 |
| In-House Duplicating / Printing ($.15 per page) | $ 486.15 |
| Outside Duplicating / Printing (color photocopies) | $ 4.25 |
| Lodging | $ 173.55 |
| Transportation | |
| Air Travel Expense | $ 499.00 |
| Taxi Expense | $ 20.00 |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 20.90 |
| Parking | $ 25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): Deposition Transcripts | $ 1,272.45 |
| **Total:** | **$ 3,697.08** |

Dated: July 21, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 3368)
Charles J. Brown, III (No. 2820)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON    )
                              )
COUNTY OF SPOKANE       )

        Darrell W. Scott, after being duly sworn according to law, deposes and says:

        a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

        b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

        c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                          DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this _18th_ day of _July_, 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9/10/06_



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 11, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003</u>

# TIME REPORT
## Lukins & Annis, P.S.
### Time Period 04/01/2003 - 04/30/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|-----|-------|-----|
| 04/10/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ | 60.00 | $ | 408.00 |
| 04/14/03 | DWS | Travel to Charleston, South Carolina for expert witness meeting (billed at half rate). | 7.00 | $ | 185.00 | $ | 1,295.00 |
| 04/15/03 | DWS | Return to Spokane from Charleston, South Carolina (billed at half rate). | 7.60 | $ | 185.00 | $ | 1,406.00 |
| | | **SUBTOTAL** | **21.40** | | | **$** | **3,109.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|-----|-------|-----|
| 04/01/03 | DWS | Phone conference with ZAI counsel regarding case assignments. | 0.10 | $ | 370.00 | $ | 37.00 |
| 04/01/03 | KLB | Review time for compliance with fee submittal requirements. | 0.80 | $ | 150.00 | $ | 120.00 |
| 04/01/03 | SAB | Prepare Fee and Cost Application for January. | 2.00 | $ | 80.00 | $ | 160.00 |
| 04/02/03 | KLB | Review and revise response to auditor's report. | 0.20 | $ | 150.00 | $ | 30.00 |
| 04/02/03 | SAB | Review and revise Fee and Cost Application for January. | 1.00 | $ | 80.00 | $ | 80.00 |
| 04/03/03 | DWS | Review legal memorandum regarding Daubert standards applied to social scientific experts. | 0.80 | $ | 370.00 | $ | 296.00 |
| 04/03/03 | KLB | Legal research regarding Third Circuit cases in past three years discussing Daubert and/or Kumho Tire decisions. | 0.70 | $ | 150.00 | $ | 105.00 |
| 04/03/03 | SAB | Review and revise Fee and Cost Application for January. | 1.00 | $ | 80.00 | $ | 80.00 |
| 04/04/03 | DWS | Review and revise monthly fee and cost requests (.3); review objections to quarterly fee request and review for signature response to | 5.60 | $ | 370.00 | $ | 2,072.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|------|------|------|
| | | same (.2); review and finalize verified application regarding fees and costs (.3); study volume one of reliance materials supplied by John Kilpatrick and work regarding preparation for deposition of John Kilpatrick (4.8). | | | | | |
| 04/04/03 | SAB | Review, revise and finalize Fee and Cost Application for January. | 1.00 | $ | 80.00 | $ | 80.00 |
| 04/07/03 | DWS | Phone call to Ed Westbrook and Rob Turkewitz regarding consultant cost questions and deposition preparation issues (.2); review correspondence regarding outstanding discovery issues (.1). | 0.30 | $ | 370.00 | $ | 111.00 |
| 04/08/03 | DWS | Phone conference with Rob Turkewitz regarding case assignments and expert depositions. | 0.40 | $ | 370.00 | $ | 148.00 |
| 04/09/03 | DWS | Continued review of John Kilpatrick reliance materials (1.2); review of additional causation evidence for submission to consultants (.4); phone conference with ZAI counsel regarding case status and assignments (.3). | 1.90 | $ | 370.00 | $ | 703.00 |
| 04/09/03 | KLB | Telephone call to homeowner regarding real estate issues. | 0.20 | $ | 150.00 | $ | 30.00 |
| 04/09/03 | KLB | Review of time descriptions for monthly fee submittal. | 0.50 | $ | 150.00 | $ | 75.00 |
| 04/09/03 | KLB | Office conference with partner regarding research needed in area of property damages arising in tort with no physical injury. | 0.70 | $ | 150.00 | $ | 105.00 |
| 04/09/03 | SAB | Prepare Fee and Cost Application for February. | 2.00 | $ | 80.00 | $ | 160.00 |
| 04/10/03 | KEK | Investigative work in Libby, Montana. | 2.20 | $ | 120.00 | $ | 264.00 |
| 04/14/03 | KEK | Draft memorandum regarding investigative work in Libby, Montana. | 0.50 | $ | 120.00 | $ | 60.00 |
| 04/14/03 | KLB | Message from Ralph Busch regarding ZAI claim (.1); updates to database on Zonolite issues (.4). | 0.50 | $ | 150.00 | $ | 75.00 |
| 04/15/03 | DWS | Meeting with ZAI counsel and expert witnesses. | 7.00 | $ | 370.00 | $ | 2,590.00 |
| 04/15/03 | KLB | Shepardize case law relating to the economic | 2.00 | $ | 150.00 | $ | 300.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|------------|-------|
| | | loss doctrine and property damage arising in tort (.5); pull and begin review of additional case law (.5); review and organize Law Review articles and ALRs regarding the economic loss doctrine (1.0). | | | |
| 04/15/03 | KLB | Shepardize case law relating to the economic loss doctrine and property damage arising in tort (.7); pull and begin review of additional case law (.3). | 1.00 | $ 150.00 | $ 150.00 |
| 04/16/03 | DWS | Review communications regarding expert witness scheduling and outstanding discovery issue (.1); work regarding scheduling and preparation for Kilpatrick deposition (.1); meeting with paralegal regarding same (.1); review expert witness report and test data of Lee (.4); factual research regarding ZAI home sales exemplars (.4); draft correspondence to ZAI claimants regarding same (.4). | 1.50 | $ 370.00 | $ 555.00 |
| 04/16/03 | KLB | Review of February time and costs for fee submittal to auditor (.4); meeting with partner regarding Kilpatrick deposition preparation (.1). | 0.50 | $ 150.00 | $ 75.00 |
| 04/18/03 | DWS | Review multiple correspondence regarding scheduling of expert depositions and communication of reliance materials (.2); work with Kilpatrick's office regarding request from Grace counsel concerning deposition schedule changes (.1). | 0.30 | $ 370.00 | $ 111.00 |
| 04/18/03 | KLB | Legal research regarding economic loss and asbestos removal cases (1.4); begin preparation of excerpts from key articles and cases into database (1.0). | 2.40 | $ 150.00 | $ 360.00 |
| 04/21/03 | DWS | Meeting with associate and paralegal regarding case assignments and case status (1.3); review and respond to correspondence regarding follow-up with EPA regarding testing results (.2). | 1.50 | $ 370.00 | $ 555.00 |
| 04/21/03 | KEK | Meeting with partner and paralegal regarding ZAI claims. | 1.30 | $ 120.00 | $ 156.00 |
| 04/21/03 | KLB | Meeting with partner and associate to discuss preparation for ZAI Science Trial, research needed, and information to provide to experts | 2.00 | $ 150.00 | $ 300.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | (1.3); begin compilation of testimony from homeowners relating to property issues for Expert (.7). | | | |
| 04/21/03 | KLB | Research regarding Economic Loss Doctrine: begin state by state analysis of positions regarding economic loss and exceptions to the doctrine and work on preparation of State Chart (2.8); review DEQ web site for information posted on Zonolite (.2). | 3.00 | $ 150.00 | $ 450.00 |
| 04/22/03 | DWS | Phone call from co-counsel regarding depositions and discovery issues (.3); phone call from Zonolite claimants regarding potential data pertinent to expert testimony (.3); phone conference with ZAI counsel regarding case status and case assignments (.2). | 0.80 | $ 370.00 | $ 296.00 |
| 04/22/03 | KEK | Conference with Wendi Thoms, Superfund records center and Kelcey Land regarding lethality of small exposures to tremolite (.5); email to Dr. Miller of EPA requesting more information regarding the above documents (.2). | 0.70 | $ 120.00 | $ 84.00 |
| 04/22/03 | KLB | Work on Compilation of Deposition excerpts relating to loss of use of property, abatement costs/concerns, and property value issues for Expert, including review and summary of homeowner depositions taken in 2000 and their summaries (3.0), review and summary of witness Clarke Russ (1.2), review and summary of witness Leon Cohen (.8). | 5.00 | $ 150.00 | $ 750.00 |
| 04/23/03 | DWS | Legal research regarding applicability of RCW and WAC to residential properties, public notification regarding same (3.0); study exhibit materials pertinent to opinions of real estate economist (1.1). | 4.10 | $ 370.00 | $ 1,517.00 |
| 04/23/03 | KEK | Call to Dr. Miller regarding EPA documents (.7); call to Ms. Medermott of EPA regarding documents (.5). | 1.20 | $ 120.00 | $ 144.00 |
| 04/23/03 | KEK | Calls to individuals regarding difficulties encountered in selling homes with ZAI. | 0.80 | $ 120.00 | $ 96.00 |
| 04/23/03 | KLB | Completion of Compilation of Deposition excerpts relating to loss of use of property, | 6.50 | $ 150.00 | $ 975.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | abatement costs/concerns, and property value issues for Expert, including continued review and summary of homeowner depositions taken in 2000 and their summaries (1.8), review and summary of witness Gladwin Worden deposition (1.5); review and summary of Harlow Casler deposition (1.5); review and summary of Massachusetts class action depositions (1.2); preparation of index page (.5). | | | |
| 04/24/03 | DWS | Review memorandum and summary regarding ZAI deposition testimony on real estate causation issues (.5); continued legal research regarding application of federal and state regulations to real estate causation questions (4.3); study updated consultant expert testing results (.3). | 5.10 | $ 370.00 | $ 1,887.00 |
| 04/24/03 | KEK | Investigation regarding exemplar ZAI home sales. | 0.30 | $ 120.00 | $ 36.00 |
| 04/24/03 | KLB | Review various Washington agency web sites, including county air quality web sites for information on asbestos removal requirements. | 1.50 | $ 150.00 | $ 225.00 |
| 04/24/03 | SAB | Review and revise Fee and Cost Application for February. | 1.00 | $ 80.00 | $ 80.00 |
| 04/25/03 | DWS | Review and revise report of deposition excerpts of all ZAI homeowners and preparation of report to expert regarding same (1.1); review and revise report regarding applicability of state and local asbestos regulations to economic analyses (1.6). | 2.70 | $ 370.00 | $ 999.00 |
| 04/25/03 | KEK | Search for contact information of individuals who reported having difficulties selling homes containing ZAI. | 0.60 | $ 120.00 | $ 72.00 |
| 04/25/03 | KLB | Revisions to compilation of deposition excerpts for Expert (.5); review and summarize into Expert report excerpts from Paul Price deposition (2.0); review and summarize into Expert report excerpts from John Prebil deposition (1.5). | 4.00 | $ 150.00 | $ 600.00 |
| 04/25/03 | SAB | Revise and finalize Fee and Cost Application for February. | 2.00 | $ 80.00 | $ 160.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 04/28/03 | DWS | Review memoranda and updates regarding fiber count issues (.3); review and respond to correspondence regarding deposition preparation issues (.2); study risk assessment analyses and research impact on property damage causation issues (2.0); study expert reports and supporting materials of Corn, Ilgren, and Highson (3.0); review and revise summary materials regarding Grace expert opinions for submission to consultant (.7); additional legal research regarding applicability of and impact of local asbestos regulations on named ZAI claimants property claims (1.2). | 7.40 | $ 370.00 | $ 2,738.00 |
| 04/28/03 | KEK | Contacted individuals who reported difficulties selling homes with ZAI (1.9); wrote letters to Mr. Schwab and Mr. Schlucks regarding same (.5). | 2.40 | $ 120.00 | $ 288.00 |
| 04/28/03 | KLB | Incorporate excerpts from additional claimant homeowners into Excerpt Compilation for Expert (3.1); draft letter to Expert (.2); revisions to Excerpt Compilation (.5); Internet research to obtain selected air quality regulations (1.5); design database for use in compiling excerpts from public agency warnings (.8); Begin review of EPA documents for excerpts to include in summary (.4). | 6.50 | $ 150.00 | $ 975.00 |
| 04/29/03 | DWS | Study cleavage fragment opinions of Lee, conduct legal and factual research regarding impacts of cleavage fragment issues on property damage claims (5.2); phone call to consultant regarding cost accounting and fee issues (.2); research applicability of ZAI claimants state asbestos regulations regarding cleavage fragment issues and imposition of burdens on property (2.2); phone conference with ZAI counsel regarding case status and assignments, preparation of additional materials for consultant and state law based cleavage fragment issues (.8); review and revise monthly fee and cost statement (.3). | 8.70 | $ 370.00 | $ 3,219.00 |
| 04/29/03 | DWS | Study selected Lee reliance materials pertinent to real estate economists opinions. | 2.10 | $ 370.00 | $ 777.00 |
| 04/29/03 | KEK | Discussion with Wendi Thoms of EPA regarding retrieval of EPA documents without having to | 0.20 | $ 120.00 | $ 24.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | process a FOIA request. | | | |
| 04/29/03 | KLB | Review and compile excerpts from numerous public agencies for Expert (6.6); Internet research to obtain regulations and documents referenced by Grace Expert (2.5); telephone call to and from Consultant (.2); prepare materials for consultant's review (1.0); telephone call from co-counsel requesting legal research (.1); letter to Expert Kilpatrick confirming deposition (.1). | 10.50 | $ 150.00 | $ 1,575.00 |
| 04/30/03 | DWS | Study additional reliance materials in preparation for deposition of property damage causation expert (2.2); review legal research and study lead case law regarding property damage elements under potentially applicable single state law (3.1); draft memorandum regarding same (.3); review and revise compendium of public health agency advice impacting real estate economic issues (.6); review memorandum and case law regarding applicability of Massachusetts CPA law and economic loss issues (.5); draft memorandum to ZAI counsel regarding same (.1). | 6.80 | $ 370.00 | $ 2,516.00 |
| 04/30/03 | DWS | Review memorandum and applicable state regulations regarding California ZAI Science Trial claimant and expert property damage causation opinions (.5); review and respond to memorandum from ZAI counsel regarding same (.1). | 0.60 | $ 370.00 | $ 222.00 |
| 04/30/03 | KLB | Legal research relating to Economic Loss Doctrine in claimant state and compile excerpts from key case law (2.5); revisions to legal memo regarding consumer products laws of claimant state (.7); internet research regarding obtaining of articles references in real estate literature (.5); additional review of public agency warnings and incorporation of excerpts into compilation for Expert (3.0); revisions to agency warning excerpts (.7); letter to Expert (.1); review prior legal research and memoranda relating to state consumer protection laws (1.0). | 8.50 | $ 150.00 | $ 1,275.00 |

**SUBTOTAL** 134.90                              $ 31,923.00

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
|      |           | **TIME TOTAL:** | **156.30** |             | **$ 35,032.00** |

# COST REPORT

### Lukins & Annis, P.S.
Time Period 04/01/2003 - 04/30/2003

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 04/01/03 | Photocopies | $ 0.30 |
| 04/01/03 | Photocopies | $ 0.60 |
| 04/02/03 | Photocopies | $ 6.90 |
| 04/02/03 | Photocopies | $ 0.15 |
| 04/03/03 | Deposition Transcript - Rand T. Hatch taken 3/12/03 | $ 148.20 |
| 04/03/03 | Deposition Transcript - Kurt Salisbury taken 3/11/03 | $ 325.30 |
| 04/03/03 | Deposition Transcripts - Jerri & Shawn Dillon taken 3/3/03 | $ 622.60 |
| 04/03/03 | Deposition Transcript - Ralph Busch taken 3/10/03 | $ 176.35 |
| 04/03/03 | Photocopies | $ 40.20 |
| 04/04/03 | Federal Express Postage | $ 17.27 |
| 04/04/03 | Federal Express Postage | $ 14.30 |
| 04/04/03 | Federal Express Postage | $ 14.30 |
| 04/04/03 | Federal Express Postage | $ 13.40 |
| 04/04/03 | Conference Call 01/07/03 (posted 04/04/03) | $ 68.25 |
| 04/04/03 | Conference Call 01/14/03 (posted 04/04/03) | $ 27.78 |
| 04/04/03 | Conference Call 01/21/03 (posted 04/04/03) | $ 134.99 |
| 04/04/03 | Conference Call 01/28/03 (posted 04/04/03) | $ 119.37 |
| 04/04/03 | Conference Call 02/04/03 (posted 04/04/03) | $ 19.26 |
| 04/04/03 | Conference Call 02/11/03 (posted 04/04/03) | $ 122.21 |
| 04/04/03 | Conference Call 02/25/03 (posted 04/04/03) | $ 74.64 |
| 04/04/03 | Photocopies | $ 129.60 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 04/04/03 | Photocopies | $ 0.60 |
| 04/04/03 | Photocopies | $ 0.60 |
| 04/07/03 | Postage | $ 3.95 |
| 04/07/03 | Photocopies | $ 0.75 |
| 04/07/03 | Photocopies | $ 0.60 |
| 04/08/03 | Photocopies | $ 0.15 |
| 04/08/03 | Photocopies | $ 0.30 |
| 04/08/03 | Photocopies | $ 0.45 |
| 04/08/03 | Photocopies | $ 0.45 |
| 04/08/03 | Photocopies | $ 0.45 |
| 04/09/03 | Photocopies | $ 2.40 |
| 04/09/03 | Photocopies | $ 6.90 |
| 04/09/03 | Photocopies | $ 0.90 |
| 04/10/03 | Photocopies | $ 1.20 |
| 04/10/03 | Photocopies | $ 0.60 |
| 04/10/03 | Photocopies | $ 0.45 |
| 04/10/03 | Photocopies | $ 0.90 |
| 04/10/03 | Photocopies | $ 0.30 |
| 04/10/03 | Mileage - Kelly E. Konkright roundtrip to Libby, MT for investigative work | $ 110.88 |
| 04/10/03 | Meals - Kelly E. Konkright at Henry's for investigative work in Libby, MT | $ 10.00 |
| 04/11/03 | Photocopies | $ 0.90 |
| 04/15/03 | Plane Fare - Darrell W. Scott for meeting in Charleston, SC | $ 499.00 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|:------:|---|
| 04/15/03 | Lodging - Darrell W. Scott at Hilton Charleston for meeting in Charleston, SC | $ | 173.55 |
| 04/15/03 | Cab Fare - Darrell W. Scott for meeting in Charleston, SC | $ | 20.00 |
| 04/15/03 | Meals - Darrell W. Scott for meeting in Charleston, SC | $ | 6.62 |
| 04/15/03 | Meals - Darrell W. Scott for meeting in Charleston, SC | $ | 4.28 |
| 04/15/03 | Parking - Darrell W. Scott at Spokane International Airport for meeting in Charleston, SC | $ | 25.50 |
| 04/16/03 | Federal Express Postage | $ | 30.26 |
| 04/16/03 | Federal Express Postage | $ | 30.89 |
| 04/16/03 | Federal Express Postage | $ | 29.42 |
| 04/16/03 | Federal Express Postage | $ | 30.26 |
| 04/16/03 | Federal Express Postage | $ | 18.41 |
| 04/16/03 | Federal Express Postage | $ | 30.89 |
| 04/16/03 | Federal Express Postage | $ | 30.89 |
| 04/16/03 | Federal Express Postage | $ | 44.94 |
| 04/16/03 | Federal Express Postage | $ | 33.86 |
| 04/16/03 | Federal Express Postage | $ | 71.32 |
| 04/16/03 | Photocopies | $ | 1.20 |
| 04/16/03 | Photocopies | $ | 1.20 |
| 04/16/03 | Photocopies | $ | 0.45 |
| 04/16/03 | Photocopies | $ | 0.15 |
| 04/17/03 | Federal Express Postage | $ | 52.88 |
| 04/18/03 | Telecopier Service (44 pages) (4/18/03 is posting date) | $ | 44.00 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 04/18/03 | Color Photocopies | $ 4.25 |
| 04/18/03 | Photocopies | $ 2.55 |
| 04/18/03 | Photocopies | $ 0.90 |
| 04/18/03 | Photocopies | $ 1.05 |
| 04/18/03 | Photocopies | $ 0.60 |
| 04/21/03 | Photocopies | $ 0.30 |
| 04/21/03 | Photocopies | $ 1.80 |
| 04/21/03 | Photocopies | $ 3.00 |
| 04/22/03 | Photocopies | $ 1.80 |
| 04/22/03 | Photocopies | $ 3.00 |
| 04/22/03 | Photocopies | $ 0.30 |
| 04/23/03 | Photocopies | $ 3.90 |
| 04/24/03 | Photocopies | $ 0.60 |
| 04/28/03 | Photocopies | $ 74.70 |
| 04/28/03 | Photocopies | $ 0.15 |
| 04/28/03 | Photocopies | $ 0.45 |
| 04/28/03 | Photocopies | $ 0.60 |
| 04/28/03 | Photocopies | $ 0.45 |
| 04/28/03 | Photocopics | $ 0.45 |
| 04/28/03 | Photocopies | $ 34.95 |
| 04/28/03 | Long Distance Charges | $ 0.60 |
| 04/29/03 | Photocopies | $ 28.80 |
| 04/29/03 | Photocopies | $ 80.55 |
| 04/29/03 | Photocopies | $ 0.30 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 04/30/03 | Postage | $ | 3.50 |
| 04/30/03 | Photocopies | $ | 2.10 |
| 04/30/03 | Photocopies | $ | 4.05 |
| 04/30/03 | Photocopies | $ | 12.30 |
| 04/30/03 | Photocopies | $ | 0.75 |
| 04/30/03 | Photocopies | $ | 0.75 |
| 04/30/03 | Photocopies | $ | 0.30 |
| 04/30/03 | Photocopies | $ | 9.90 |
| 04/30/03 | Photocopies | $ | 1.80 |
| 04/30/03 | Photocopies | $ | 4.80 |
| 04/30/03 | Photocopies | $ | 7.80 |
| 04/30/03 | Photocopies | $ | 0.30 |
| 04/30/03 | Photocopies | $ | 0.45 |
| 04/30/03 | Telecopier Service - (2 pages) (4/30/03 is posting date) | $ | 2.00 |
| 04/30/03 | Long Distance Charges | $ | 0.56 |
| | **Total** | **$** | **3,697.08** |

## VERIFICATION

STATE OF WASHINGTON      )
                                      )

COUNTY OF SPOKANE         )

        Darrell W. Scott, after being duly sworn according to law, deposes and says:

        a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

        b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

        c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                        _____
                                                     DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this _____ day of _____, 2003.



Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

*Verified Application of Lukins & Annis, P.S. for Compensation for Services and*

*Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period*

*from April 1, 2003 through April 30, 2003* to be served upon those parties identified on

the attached service list via hand delivery or US Mail.


Dated: July 21, 2003                                 */s/ William D. Sullivan*
                                                     William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899