**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 11, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK
WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL
FOR THE INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

Name of Applicant:          Richardson Patrick Westbrook
                                       & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:          July 22, 2002

Period for which compensation and
Reimbursement is sought:          May 1, 2003 through
                                      May 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:          $ 174,462.25

Amount of Expenses Reimbursement:          $ 48,658.57

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | Approved | Approved |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | Approved | Approved |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | Approved | Approved |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | Pending | Pending |

This is the ninth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 52.8 | $32,857.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 135.1 | $52,840.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 102.6 | $25,744.75 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 49.5 | $11,880.00 |
| TOTALS | | | | | 340.0 | $123,322.25 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 82.6 | $10,325.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 149.0 | $18,625.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 57.10 | $7,137.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 101.1 | $12,637.50 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 17.4 | $1,305.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 3.2 | $240.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 11.6 | $870.00 |
| TOTALS | | | | | 422.0 | $51,14000 |

\* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---:|---:|
| 11-Fee Applications, Applicant | 19.4 | $1,955.00 |
| 20-Travel–Non-working | 19.4 | $3,456.75 |
| 22-ZAI Science Trial | 723.2 | $169,050.50 |
| TOTALS | 762.0 | $174,462.25 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Telephone Expense | |
| Federal Express Overnight Delivery | $655.42 |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | $349.23 |
| Lodging | $1,704.08 |
| Parking | $54.00 |
| Air Travel Expense | $3,261.50 |
| Rail Travel Expense | |
| Taxi Expense | $105.00 |
| Mileage Expense | $34.54 |
| Working Meals | $123.11 |
| General Expense | |
| Expert Services | $40,126.91 |
| Outgoing Faxes | |
| Court Reporter | $2,244.78 |
| Total | $48,658.57 |

Dated: July 21, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA  )
                                   )
COUNTY OF CHARLESTON     )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 17th day of July, 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 11, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>MAY 1, 2003 THROUGH MAY 31, 2003</u>**

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **05/01/2003** | | | | |
| 05/01/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Compile and organize asbestos research documents (0.9) | $75.00 | 0.90 | $67.50 |
| 05/01/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Liability index for RMT in preparation of expert depositions | $125.00 | 4.00 | $500.00 |
| 05/01/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarizing Hughson 7/14/88 Depo in Taylor Trial | $125.00 | 5.00 | $625.00 |
| 05/01/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on case planning (.5); conversation with Rob Turkewitz regarding depositions (.4) | $650.00 | 0.90 | $585.00 |
| 05/01/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review prior trial testimony of expert witness re: critical issues. (7.5) | $125.00 | 7.50 | $937.50 |
| 05/01/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with Ed Westbrook re: upcoming depositions (0.4); telephone conversation with expert re: preparation for his upcoming deposition (0.8); telephone conversation with prospective witness re: status of case (0.5); continued reviewing documents re: issues raised by Grace (1.5); reviewed consolidation of Grace's videos (2.0). | $400.00 | 5.20 | $2,080.00 |
| 05/01/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft memo summarizing Dr. Anderson deposition (2.2) | $265.00 | 2.20 | $583.00 |
| 05/01/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results | $125.00 | 6.50 | $812.50 |
| 05/01/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Dr. Anderson's deposition summary (.2); review photographs of asbestos fibers from expert (.1) | $240.00 | 0.30 | $72.00 |
| **Day:** | | **05/02/2003** | | | | |
| 05/02/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Various conversations with Jay Ward regarding dust testing research issues | $240.00 | 1.10 | $264.00 |
| 05/02/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with Jay Ward and Darrell Scott regarding expert and liability issues | $400.00 | 0.50 | $200.00 |

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 05/02/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Multiple conferences with Mr. Wood re: dust testing research issues (1.1); telephone call with Messrs. Scott and Turkewitz re: expert and liability issues (0.5). | $265.00 | 1.60 | $424.00 |
| 05/02/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review prior trial testimony of expert witnesses re critical issues.(7.5) | $125.00 | 7.50 | $937.50 |
| 05/02/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Finish Summarizing Hughson 7/14/88 Depo in Taylor (1.0); Begin Summarizing Hughson 6/1/92 Testimony in Halusky Trial (4.0) | $125.00 | 5.00 | $625.00 |
| 05/02/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review memo from Jay Ward regarding Dr. Anderson deposition, review of expert photomicrographs | $650.00 | 0.40 | $260.00 |
| **Day:** | | **05/04/2003** | | | | |
| 05/04/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Travel from Charleston to Renaissance Atlanta Downtown (2.5 - worked on flight reviewing in preparation for depositions); continued reviewing documents in preparation for deposition of Bill Ewing (1.0). | $400.00 | 3.50 | $1,400.00 |
| **Day:** | | **05/05/2003** | | | | |
| 05/05/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Attended and defended deposition of Bill Ewing (7.5); reviewed documents in preparation of deposition of Richard Hatfield (0.5); telephone conversations with Richard Hatfield in preparation of his deposition (0.8). | $400.00 | 8.80 | $3,520.00 |
| 05/05/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Received and reviewed memo from Mr. Scott re: consumer protection liability issues (0.2); review EPA Libby community information package (0.2); multiple conferences with Ms. Hughes re: summaries of prior expert testimony (0.2); draft e-mail message to Mr. Westbrook re: proposed scope of review of prior Corn testimony (0.1); review Hughson prior testimony summaries (0.4); conference with Mr. Wood re: dust testing brief (0.6). | $265.00 | 1.70 | $450.50 |
| 05/05/2003 lhambleton | 200106 0000 | Zonolite Science Trial | L106 Reviewed 1992 Lee deposition from Bunker Hill case. | $75.00 | 3.20 | $240.00 |
| 05/05/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Liability index for RMT in preparation of expert depositions (5.0); Review of Lee prior testimony for ZAI issues (1.5) | $125.00 | 6.50 | $812.50 |
| 05/05/2003 | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| jbakst | 0000 | | Review prior trial testimony of expert witnesses re critical issues (7.5) | | | |
| 05/05/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.20 | $1,025.00 |
| chughes | 0000 | | Finish Hughson 6/1/92 Testimony (2.5); Organize all Hughson Depos & Testimonies (.5); Prepare Hughson Chart of Depos & Testimonies (1.0); Review Jay Ward's Memos regarding Lee issues (.5); Review Lee Testimony in Adams-Arapahoe School Dist. v. Celotex (2.0); Review Lee Testimony in Latter Day Saints Church v. USG (2.); conversation with Jay Ward regarding summaries of prior testimony (.2) | | | |
| 05/05/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.40 | $30.00 |
| alorenz | 0000 | | Compile and organize Hughson depositions and testimonies (0.4) | | | |
| 05/05/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.90 | $696.00 |
| bwood | 0000 | | Meeting with Jay Ward regarding dust testing brief (.6); review research materials (2.3) | | | |
| Day: | | 05/06/2003 | | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Prepare  ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| kcarr | 0000 | | Review of Lee prior testimony | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.70 | $52.50 |
| alorenz | 0000 | | Review memo from Jay Ward to identify past Corn trial testimonies (0.7) | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| chughes | 0000 | | Review Lee Testimony in Wesley Theological v. USG | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| jbakst | 0000 | | Review prior trial testimony of expert witnesses re critical issues (6.5) | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| kcarr | 0000 | | Review of Lee prior testimony for ZAI issues for upcoming deposition | | | |
| 05/06/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 2.00 | $530.00 |
| jward | 0000 | | Review articles by Grace experts (0.4); review Corn expert report (0.2); draft memo to legal assistants re; review and summarization of prior Corn trial testimony (0.4); compile documents for review by legal assistants (0.2); prepare index of Corn prior trial testimony (0.4); draft e-mail message to Ms. Hughes and Mr. Lorenz re: same (0.1); draft e-mail message to legal assistants forwarding and explaining same (0.1); telephone call with Mr. Turkewitz re: Anderson risk assessment opinions and status of expert depositions (0.2). | | | |
| 05/08/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 10.70 | $4,280.00 |
| rturkewitz | 0000 | | Attended and defended deposition of Richard Hatfield (7.5); meeting with | | | |

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Steve Hays in preparation for his deposition (3.0); conversation with Jay Ward regarding risk assessment opinions and expert deposition (.2) | | | |
| **Day:** | | **05/07/2003** | | | | |
| 05/07/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106 | $400.00 | 7.70 | $3,080.00 |
| | | | Attended and defended deposition of Steve Hays (6.0); reviewed documents in preparation for deposition of Bill Longo (1.0); telephone conversation with Bill Longo in preparation for his deposition (0.5); multiple telephone conversation with Jay Ward regarding simulations to be reviewed by expert (.2) | | | |
| 05/07/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106 | $265.00 | 1.50 | $397.50 |
| | | | Revise index of Corn prior testimony to include summaries (0.2); draft e-mail message to legal assistants re: same (0.1); review summaries of Lee and Corn prior trial testimony (0.5); multiple telephone calls with Mr. Turkewitz re: simulations to be viewed by expert (0.2); telephone call with expert re: same (0.1); compile reliance materials for expert's review (0.4). | | | |
| 05/07/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| | | | Review prior trial testimony of expert witnesses re critical issues (7.5) | | | |
| 05/07/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106 | $125.00 | 4.30 | $537.50 |
| | | | Review Corn Testimony in Benton Harbor Area Schools v. Nat'l Gypsum and summarize (.8); Review Corn Testimony in Charleston Nat'l Bank v. WRG (2.0); Review Corn Testimony in Beavercreek Local Schools v. Basic, Inc. (.75): Review Corn Testimony in Board of Trustees of Johnson CCC v. Nat'l Gypsum (.75) | | | |
| 05/07/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106 | $650.00 | 0.40 | $260.00 |
| | | | Review Jay Ward memo regarding Grace scientific testing, review government reports regarding air and dust testing for asbestos. | | | |
| 05/07/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106 | $240.00 | 0.80 | $192.00 |
| | | | Review memo and chart from Darrell Scott regarding legal theories and consumer protection statutes and memo from Kristy Berglund regarding various consumer protection statutes | | | |
| **Day:** | | **05/08/2003** | | | | |
| 05/08/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| | | | Review of Lee prior testimony for upcoming deposition | | | |
| 05/08/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| | | | Prepare ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results | | | |
| 05/08/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 3.00 | $225.00 |

# Time report

### 05/01/2003 - 05/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| alorenz | 0000 | | Reviewed and summarized Corn prior testimonies | | | |
| 05/08/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Corn Testimony in Anderson County v. USG (2.0); Review Corn Testimony in Spartanburg Sch. Dist. #7 v. USG (2.0); Review Corn Testimony in Athens City Bd. of Education v. Nat'l Gypsum and Type Summary(2.0); Review Corn Testimony in California Sansome Co. v. USG (.30) | $125.00 | 6.30 | $787.50 |
| 05/08/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review prior expert trial testimony. Summarize critical issues.(7.5) | $125.00 | 7.50 | $937.50 |
| 05/08/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Lee prior testimony summaries (0.2); review Ilgren articles (0.2); research dust testing issues (0.8). | $265.00 | 1.20 | $318.00 |
| 05/08/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Attended and defended the deposition of Dr. Bill Longo (3.5); reviewed documents in preparation for a meeting with an expert (1.0); met with expert regarding upcoming depositions (2.5). | $400.00 | 7.00 | $2,800.00 |
| **Day:** | | **05/09/2003** | | | | |
| 05/09/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Attended and defended the deposition of Ron Gobbell (4.0). | $400.00 | 4.00 | $1,600.00 |
| 05/09/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review summaries of Corn prior testimony (0.5); exchange e-mail messages with Ms. Hughes re: dust testing and friability issues involved in Corn prior testimony (0.2); research dust testing issues (4.2); received and reviewed OSHA correspondence re: status of FOIA request (0.1). | $265.00 | 5.00 | $1,325.00 |
| 05/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review prior expert witness trial testimony. Summarize critical issues.(7.5) | $125.00 | 7.50 | $937.50 |
| 05/09/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Corn Testimony in Commonwealth of Mass. v. OCF and summarize (2.0); Review Corn Testimony in MDU Resources Group, Inc. v. WRG and summarize (2.0); Review Corn Testimony in Bunker Hill Towers v. Prudential Ins. (2.0); Exchange emails with Jay Ward regarding dust testing and friability issues (.2) | $125.00 | 6.20 | $775.00 |
| 05/09/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Corn prior trial testimonies (3.7) | $75.00 | 3.70 | $277.50 |
| 05/09/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |

07/16/2003                                                                                                              6

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| kcarr | 0000 | | Review of Corn prior testimony | | | |

| **Day:** | | **05/12/2003** | | | | |
|---|---|---|---|---|---|---|

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
|------------|--------|------------------------|------|---------|------|---------|
| kcarr | 0000 | | Review of Corn prior testimony | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.00 | $480.00 |
|------------|--------|------------------------|------|---------|------|---------|
| bwood | 0000 | | Strategy meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding depositions, etc. (1.8); review EPA documents regarding dust sampling and air testing (.2) | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.00 | $800.00 |
|------------|--------|------------------------|------|---------|------|---------|
| rturkewitz | 0000 | | Attend strategy meeting with Ed Westbrook, Jay Ward and Bobby Wood regarding depositions, case status, etc (1.8); conversation with Jay Ward regarding results of depositions (.2) | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.90 | $1,235.00 |
|------------|--------|------------------------|------|---------|------|----------|
| ewestbrook | 0000 | | Attend strategy meeting with Rob Turkewitz, Jay Ward and Bobby Wood regarding depositions, case status, etc (1.8); conversation with Jay Ward regarding discriminatory counting issues (.1) | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.30 | $1,720.00 |
|------------|--------|------------------------|------|---------|------|----------|
| rturkewitz | 0000 | | Dictated memos regarding depositions of experts (2.5); Conference with Ed Westbrook, Jay Ward and Bobby Wood regarding strategy for expert discovery and briefing (1.8). | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.30 | $22.50 |
|------------|--------|------------------------|------|--------|------|--------|
| alorenz | 0000 | | Review Dr. Corn testimony in prior case for upcoming deposition (0.3) | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 5.70 | $1,510.50 |
|------------|--------|------------------------|------|---------|------|----------|
| jward | 0000 | | Review summaries of prior Corn trial testimony (0.3); conference with Ms. Hughes re: same (0.3); revise file materials re: prior Corn trial testimony (0.1); research dust testing issues (0.6); conference with Mr. Turkewitz re: results of claimants' expert depositions and strategy re: Grace expert depositions (0.2); draft memo to Messrs. Westbrook and Turkewitz re: pending ZAI paralegal tasks and status of review of prior Grace expert testimony (0.2); conference with Messrs. Westbrook, Turkewitz and Wood re: case status and strategy for Grace expert depositions and motion preparation (1.8); conference with Mr. Westbrook re: discriminatory counting issues (0.1); research additional discriminatory counting issues and draft memo re: same (1.4); review Grace reliance materials for information re: home used for testing (0.4); draft e-mail message to Ms. Hughes re: research needed on Interam Paper (0.1); draft e-mail message to Ms. Hughes and Ms. Bakst re: additional assistance needed re: Lee and Corn prior testimony (0.1); draft e-mail message to Mr. Scott re: obtaining EPA document on low dose exposure to Libby tremolite (0.1). | | | |

| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.30 | $162.50 |
|------------|--------|------------------------|------|---------|------|---------|
| chughes | 0000 | | Finish reviewing Mort Corn testimony in Northbridge Co. v. WRG (1.0); meeting with Jay Ward regarding summaries of prior Corn testimony (.3) | | | |

07/16/2003

7

# Time report

## 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 05/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| jbakst | 0000 | | Review expert witness prior trial testimony re critical issues and prepare summary. (3.0) | | | |

| Day: | | 05/13/2003 | | | | |
|------|--|------------|--|--|--|--|

| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.30 | $912.50 |
|------|-----------|-------------|------------------|------|---------|-------|
| jbakst | 0000 | | Review expert witness prior trial testimony re critical issues and summarize.(3.0); Prepare one document charting all critical issues from all prior trial testimony of expert witness (4); meeting with Jay Ward regarding Corn critical issues to be reviewed (.3). | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| chughes | 0000 | | Review Lee Critical Issues Summaries and Set Up Table of Issues W/Testimonies (3.0); Conf. w/K. Carr re: EB Ilgren (.2); Memo to J. Bakst re: setting up Mort Com Table of Critical Issues (.2); Research EB Ilgrean MD articles (2.0); Review EB Ilgren Expert Report (.5); meeting with Jay Ward regarding Lee critical issues (.3); multiple conversations with Jay Ward regarding Grace expert articles (.3) | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.00 | $650.00 |
| ewestbrook | 0000 | | Review Grace letter to Court, give comments and discussions with Grace counsel regarding same (.6); review memos from Jay Ward regarding expert issues (.2); review memo from Rob Turkewitz regarding expert issues (.2) | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.30 | $920.00 |
| rturkewitz | 0000 | | Telephone conference with co-counsel regarding status of ZAI expert discovery and reliance materials (.8); Reviewed Grace's expert reliance materials (1.5). | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.30 | $37.50 |
| kcarr | 0000 | | Conference with Carrie Hughes regarding Ilgren (.2); conference with Jay Ward regarding acquistion of Grace expert articles (.1) | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Prepare ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results(4.5); Review Volpe FOIA computer discs sent to Rob Turkewitz for information regarding less than or equal 1% tremolite bulk sample results (1.0) | | | |
| 05/13/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.30 | $874.50 |
| jward | 0000 | | Multiple confs. w/ Ms. Hughes re: assistance needed compiling and organizing critical reviews of Lee prior trial testimony (0.3); multiple confs. w/ Ms. Bakst re: issues involved in critical review of Corn prior testimony (0.2); exchange e-mail messages w/ Mr. Scott re: acquisition of EPA document re: low dose exposure to Libby tremolite and draft e-mail message to Messrs. Westbrook and Turkewitz re: same (0.2); multiple confs. w/ Ms. Hughes re: assistance needed compiling articles by Grace experts (0.3); research and draft memo to Mr. Westbrook re: Interam Paper (0.4); draft memo to legal assistants re: case update and upcoming tasks (0.2); conf. w/ Ms. Carr re: acquisition of Grace expert | | | |

07/16/2003

8

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

articles (0.1); review Lee critical issues chart (0.2); draft memo to Messrs. Westbrook and Turkewitz forwarding same (0.1); r/r memo re: dust testing by Lee (0.1); draft letter to Bentz requesting production of medical articles included in the Grace reliance materials (0.2); research discriminatory counting issues (0.8); review Yang prior testimony re: cleavage fragments (0.2)

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| **Day:** | | **05/14/2003** | | | | |

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.60 | $954.00 |
| jward | 0000 | | | | | |

Continue researching discriminatory counting issues and draft follow-up memo (1.4); conf. w/ law clerk re: research assistance needed on dust testing issues (0.2); multiple confs. w/ Ms. Hughes re: compilation of Ilgren articles and background information (0.2); multiple confs. w/ Ms. Carr re: medical articles missing from Grace reliance materials (0.2); review Grace medical articles (0.4); prepare index of Corn prior deposition testimony (0.2); exchange e-mail messages w/ Ms. Bakst and Mr. Westbrook re: review of Corn prior deposition transcripts (0.2); conf. w/ Ms. Bakst re: same (0.1); t/c w/ Dr. Millette re: discriminatory counting issues (0.2); draft second letter to Bentz requesting missing medical articles (0.2); draft memo forwarding the Corn critical issues chart (0.1); conversation with Ed Westbrook regarding staff assignments (.2)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| kcarr | 0000 | | | | | |

Review of Corn prior testimony(4.0); searching internet/library for Ilgren medical articles from CV (3.0); conversations with Jay Ward regardign medical articles needed for reliance materials (.2)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.00 | $1,200.00 |
| rturkewitz | 0000 | | | | | |

Reviewed Lee report and deposition notes (2.0); Telephone conference with consultant re testing issues (.8); meeting with Ed Westbrook regarding microscopy matters (.2)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.20 | $15.00 |
| alorenz | 0000 | | | | | |

Filing (0.1), Organizing medical research articles (0.1)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.10 | $887.50 |
| jbakst | 0000 | | | | | |

Review prior depo testimony of expert witness re critical issues.(7.0); conversation with Jay Ward regarding prior Corn deposition transcripts (.1)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| chughes | 0000 | | | | | |

Research EB Ilgren Articles (1.0); Review EB Ilgren CV for Publications and Review Abstracts (1.0); Research Cleavage Fragment Articles (2.0); Review/Highlight Cleavage Fragment Articles Relative to Asbestos (3.0); Conference with Jay Ward regarding Ilgren materials needed (.2)

| 05/14/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
| ewestbrook | 0000 | | | | | |

Conversations with Rob Turkewitz and expert regarding microscopy matters (.2); meeting with Jay Ward regarding staff assignments (.2); review emails concerning microscopy issues (.2)

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **05/15/2003** | | | | |
| 05/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Review prior depo testimony of expert witness re critical issues. (7.5) | | | |
| 05/15/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| rturkewitz | 0000 | | Received and reviewed letter from Jim Bentz regarding deposition schedule (.2); Prepared letter to Jim Bentz regarding deposition scheduling (.5). | | | |
| 05/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.10 | $637.50 |
| kcarr | 0000 | | Searching internet/library for Ilgren medical articles cited on CV (5.0); conversation with Jay Ward regarding Ilgren articles (.1) | | | |
| 05/15/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.60 | $424.00 |
| jward | 0000 | | Draft discriminatory counting memo review (0.4); draft letter to expert forwarding same (0.2); conf. w/ Ms. Carr re: Ilgren articles (0.1); conf. w/ Mr. Frederick re: results of dust testing research (0.1); r/r multiple letters from Bentz re: expert depositions and production of expert materials (0.2); coordinate Ilgren deposition (0.2); draft letter to Bentz requesting production of Ilgren file (0.2); compile Grace testing documents for EPA review (0.2) | | | |
| 05/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Prepare ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results | | | |
| **Day:** | | **05/16/2003** | | | | |
| 05/16/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.50 | $397.50 |
| jward | 0000 | | Conf. w/ Ms. Hughes re: assistance needed compiling Ilgren materials (0.1); conf. w/ Mr. Turkewitz re: cleavage fragment issues involved in Grace expert opinions (0.2); conf. w/ Ms. Bakst re: critical issues in review of Com prior deposition testimony (0.1); review summaries of same (0.3); review report re: EPA Libby asbestos cleanup (0.2); review Versar report on asbestos exposure from vermiculite attic insulation (0.6) | | | |
| 05/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| kcarr | 0000 | | Searching internet/library for Ilgren medical articles cited on CV | | | |
| 05/16/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.50 | $600.00 |
| rturkewitz | 0000 | | Received, reviewed and forwarded GAO report on Libby (.5); Telephone conference with EPA regarding issues raised by Grace (.8); Conversation with Jay Ward regarding cleavage fragment issued involved in Grace expert opinions (.2) | | | |
| 05/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.60 | $950.00 |
| jbakst | 0000 | | Review prior depo testimony of expert witness re critical issues (7.5); conference with Jay Ward regarding critical issues (.1) | | | |

9

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

10

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 05/16/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Conversation with Darrell Scott regarding strategy (.2); review government documents concerning ZAI (.3); prepare for expert depositions (.5) | $650.00 | 1.00 | $650.00 |
| 05/16/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review EB Ilgren Expert File and Note Reliance Article Numbers from Index (1.0); Begin Summarizing Dr. H. Anderson Depo (2.5); conversation with Jay Ward regarding Ilgren materials needed (.1) | $125.00 | 3.60 | $450.00 |
| **Day:** | | **05/17/2003** | | | | |
| 05/17/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Prepare for Ilgren deposition | $265.00 | 2.40 | $636.00 |
| **Day:** | | **05/19/2003** | | | | |
| 05/19/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Prepare for Ilgren deposition (6.3); multiple confs. w/ Ms. Bakst re: issues involved in critical review of prior Corn testimony (0.2); review summaries of same (0.2); t/c w/ Dr. Anderson in preparation for Ilgren deposition (0.2) | $265.00 | 6.90 | $1,828.50 |
| 05/19/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Prepared memo to Bobby Wood regarding issues raised by Dr. Anderson in her report (.5); Email to investigator regarding investigation (.2); Prepared memo to ZAI file regarding depositions of Corn and Lee (.5).. | $400.00 | 1.20 | $480.00 |
| 05/19/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Review and organize property damage research (5.4); review article regarding EPA position on ZAI (.1) | $240.00 | 5.50 | $1,320.00 |
| 05/19/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review prior depo testimony of expert witness re critical issues (7.5); multiple conversations with Jay Ward regarding Corn critical issues (.2) | $125.00 | 7.70 | $962.50 |
| 05/19/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Finish summarizing H. Anderson 4/30/03 Depo (3.5); Begin summarizing R. Hatfield 5/6/03 Depo (2.0) | $125.00 | 5.50 | $687.50 |
| **Day:** | | **05/20/2003** | | | | |
| 05/20/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Finish summarizing Hatfield 5/6/03 Depo | $125.00 | 3.00 | $375.00 |
| 05/20/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review prior depo testimony of expert witness re critical issues (7.5) | $125.00 | 7.50 | $937.50 |

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 05/20/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 6.50 | $1,560.00 |
| | | | Prepare notes and outline of theory on property damage (2.0); reviewed various memos from Rob Turkewitz regarding depositions of claimants' experts (1.0); research on litigation bank for Grace expert information (3.5) | | | |
| 05/20/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 1.60 | $640.00 |
| | | | Received and reviewed ZAI protocol (.5); Telephone conference with consultant regarding report (.3); Conference call with ZAI co-counsel regarding status and strategy (.5); Telephone conference with Mike Strom regarding Minnesota issues of law regarding ZAI Science Trial (.3). | | | |
| 05/20/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 10.10 | $2,676.50 |
| | | | Prepare for Ilgren deposition (9.2); review Corn prior testimony summaries (0.2); conf. call w/ ZAI team re: legal issues and strategy (0.7) | | | |
| 05/20/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| | | | Summarizing of Ewing deposition | | | |
| 05/20/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| | | | Proof ZAI Application (Actual, Drop, Simulated) chart organized by L# 1, #2, & #3 low and high results (5.5); Create list of Grace testing documents with different results/ handwriting (1.0) | | | |
| **Day:** | **05/21/2003** | | | | | |
| 05/21/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 6.80 | $1,802.00 |
| | | | Prepare for Ilgren deposition (6.8). | | | |
| 05/21/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 5.80 | $2,320.00 |
| | | | Reviewed EPA website and press release and forwarded to ZAI team (.8); Received and reviewed EPA notifications and forwarded to co-counsel with summary (1.5); Reviewed New York Asbestos Regulations (1.5); Telephone conference with NY DOL regarding certifications (.4); Letter to NY DOL re certifications (.8); Received and reviewed email from Jim Bentz regarding deposition schedule (.2); Telephone conference with Ed Westbrook regarding Corn (.1); Email to Jim Bentz confirming depositions (.2); conversation with Ed Westbrook regarding EPA recent warning regrading ZAI and its affect on our case (.3) | | | |
| 05/21/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 1.50 | $360.00 |
| | | | Review EPA disclosures and recommendations | | | |
| 05/21/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | | Review prior depo testimony of expert witness re critical issues (7.0) | | | |
| 05/21/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | | Assemble Ilgren Exhibits (.5); Summarize Hatfield 5/6/03 Depo (6.5) | | | |

07/16/2003

# Time report

### 05/01/2003 - 05/31/2003

12

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 05/21/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.60 | $2,340.00 |
| ewestbrook | 0000 | | Work on preparation for Corn deposition, reviewing reports and backgreound materials (1.4); conversation with Rob Turkewitz regarding EPA recent warning regarding ZAI and affect on our claims (.3); review emails regarding EPA announcement (.2); review Corn report and cited materials, memos regarding same (1.6); conversation with Rob Turkewitz regarding Corn (.1) | | | |
| **Day:** | | **05/22/2003** | | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 5.80 | $3,770.00 |
| ewestbrook | 0000 | | Continue review of Corn expert report, Ilgren report, Anderson report, dictate memos regarding same (5.3); review EPA recent pronouncement regarding ZAI (.3); conversation with Rob Turkewitz regarding Ilgren and Anderson reports (.2) | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| chughes | 0000 | | Finish Summarizing Hatfield 5/6/03 Depo (1.0); Summarize Longo 5/8/03 Depo (4.0) | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Prepare chart consolidating all critical issues from expert's prior depo testimony into categories in preparation of cross examination. (7.5) | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.90 | $360.00 |
| rturkewitz | 0000 | | Email to Mike Strom regarding Minnesota legal issues (.4); Telephone conference with witness regarding status (.3); conversation with Ed Westbrook regarding Ilgren and Anderson expert reports (.2). | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 6.30 | $1,669.50 |
| jward | 0000 | | Prepare for and conduct Ilgren deposition (6.3). | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.50 | $312.50 |
| kcarr | 0000 | | Gathering of materials in preparation of Corn deposition | | | |
| 05/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| lkerrison | 0000 | | Review Corn expert report (1.0); research Grace documents and Concordance for cleavage fragment information, Grace's discriminatory counting method documents (5.0) | | | |
| **Day:** | | **05/23/2003** | | | | |
| 05/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| kcarr | 0000 | | Gathering of materials in preparation of Corn deposition | | | |
| 05/23/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 7.30 | $1,934.50 |
| jward | 0000 | | Conf. w/ Ms. Bakst re: Corn critical issues review of prior testimony (0.2); review summaries of same (0.2); draft memo to Messrs. | | | |

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Westbrook and Turkewitz forwarding chart containing categorized summary of Corn prior testimony (0.2); t/c w/ Mr. Westbrook re: results of Ilgren deposition and cleavage fragment issues (0.4); conf. w/ Mr. Turkewitz re: same (0.2); research and draft memos re: discriminatory counting and cleavage fragment issues (6.1) | | | |
| 05/23/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.30 | $1,720.00 |
| | | | Reviewed materials in preparation for Lee deposition (2.5); conversation with Jay Ward regarding results of Ilgren deposition and cleavage fragment issues (.2); Conference call with Ed Westbrook, Bobby Wood and Darrell Scott regarding EPA notification and briefing schedule (.5); Conference call with Ed Westbrook and expert regarding Lee deposition (.3); Received and reviewed emails from Ed Westbrook regarding Lee's opinions (.8). | | | |
| 05/23/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 0.80 | $192.00 |
| | | | Conference call with Ed Westbrook, Rob Turkewitz and Darrell Scott regarding strategy and EPA disclosures (.5); review materials for upcoming deposition of Elizabeth Anderson (.3) | | | |
| 05/23/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| | | | Summarize Gobbell 5/9/03 Depo | | | |
| 05/23/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| | | | Review additional prior depo testimony of expert witness re critical issues and integrate it into critical issues chart. Finalize chart. (6.5); conversation with Jay Ward regarding Corn critical issues (.2) | | | |
| 05/23/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 7.40 | $4,810.00 |
| | | | Work on preparation for Corn deposition by reviewing prior transcripts, Grace documents, other experts' reports, Corn articles, Corn report (6.2); conversations with Jay Ward regarding cleavage fragment issues and results of Ilgren deposition (.4); telephone conference with Rob Turkewitz, Bobby Wood and Darrell Scott regarding EPA notification and briefing schedule (.5); telephone conference with Rob Turkewitz and expert regarding Lee deposition (.3) | | | |
| **Day:** | | **05/24/2003** | | | | |
| 05/24/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 5.50 | $2,200.00 |
| | | | Reviewed materials in preparation for Lee deposition (5.5). | | | |
| **Day:** | | **05/25/2003** | | | | |
| 05/25/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| | | | Continued reviewing materials in preparation for Lee deposition (4.5). | | | |
| **Day:** | | **05/26/2003** | | | | |
| 05/26/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 2.50 | $1,000.00 |
| | | | Continued reviewing materials in preparation for Lee deposition (2.5). | | | |

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|-------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 05/26/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.40 | $1,560.00 |
| ewestbrook | 0000 | | Prepare for Corn deposition, review Corn report, Corn articles and Corn references | | | |
| 05/26/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.50 | $397.50 |
| jward | 0000 | | Research Wylie articles re: cleavage fragments | | | |
| **Day:** | | **05/27/2003** | | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 7.90 | $2,093.50 |
| jward | 0000 | | Review multiple e-mail messages and memos from Mr. Turkewitz re: expert issues (0.2); research and draft memo re: Wylie opinions on cleavage fragments in Libby vermiculite (2.4); research Grace reliance materials re: analyses conducted by Lee (0.6); draft memo summarizing highlights of Ilgren deposition (1.4); research dust testing issues (1.4); multiple confs. w/ Mr. Frederick re: research assistance needed on same (0.2); exchange e-mail messages w/ Mr. Flatley re: Hughson deposition (0.2); multiple confs. w/ Ms. Kerrison and Ms. Bakst re: OSHA documents needed (0.2); prepare for Hughson deposition (1.3) | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| kcarr | 0000 | | Gathering of materials in preparation of Corn deposition (2.0); Creating fiber count chart from Hatfield count sheets (5.0) | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Locate and request OSHA documents for upcoming Lee deposition, review 1986 Lee and Wylie testimony before OSHA on cleavage fragments (6.5); multiple conversations with Jay Ward and Janet Bakst regarding OSHA documents (.2) | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 5.80 | $1,392.00 |
| bwood | 0000 | | Review EPA studies regarding Libby (Versar, cost recovery, risk assessment) (5.5); review summary of Ilgren deposition (.3) | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 10.10 | $4,040.00 |
| rturkewitz | 0000 | | Continued preparing for deposition of Dr. Lee (8.0); Telephone conference with state officials regarding asbestos regulations (.5); Telephone conference with investigator regarding case (.3); Prepared memos to ZAI file regarding regulations and strategy (.8); Telephone conference with consultant regarding issues raised by Grace (.5). | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| chughes | 0000 | | Summarize Dr. Anderson depo (2.0) | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.90 | $862.50 |
| jbakst | 0000 | | Searched database for critical documents (1.2); Located person in construction industry re factual info (.4); Compiled prior testimony for cross examination of expert witness(1.2); Contacted OSHA re obtaining exhibits and testimony and review of OSHA documents (2.2); Research re cleavage fragments(1.7); multiple conversations with Jay Ward and Lizzie Kerrison regarding OSHA documents (.2) | | | |

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | 0000 | | Continue preparation for Corn deposition, review EPA documents regarding tremolite, prior Corn testimony and make notes regarding same | | | |
| 05/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| chughes | 0000 | | Begin Summarizing Steve Hays 5/7/03 Depo (4.0) | | | |
| **Day:** | | **05/28/2003** | | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| chughes | 0000 | | Summarizing Steve Hays 5/7/03 Depo (4.0); Begin Summarizing EB Ilgren 5/22/03 Depo (1.0) | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| jbakst | 0000 | | Search and obtain articles for use in upcoming expert depositions (7); conversation with Jay Ward regarding documents needed from asbestos study (.2) | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 7.70 | $3,080.00 |
| rturkewitz | 0000 | | Continued reviewing materials and dictating memos in preparation for Lee deposition (6.5); Telephone conference with EPA regarding issues raised by Grace (1.2). | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 6.50 | $1,560.00 |
| bwood | 0000 | | Review deposition transcripts, expert reports, related documents regarding Grace experts | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 10.60 | $6,890.00 |
| ewestbrook | 0000 | | Travel from Charleston to Baltimore, prepare for Corn deposition en route, reading prior articles and making notes (4.2); further preparation for Corn deposition including discussions with office gathering additional materials, review Corn prior testimony, working up deposition outline (6.4) | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| kcarr | 0000 | | Creating fiber count chart from Hatfield count sheets | | | |
| 05/28/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 2.60 | $689.00 |
| jward | 0000 | | Draft memo to paralegals outlining documents needed (0.4); review journal article warning about ZAI exposure (0.2); draft e-mail message to Mr. Turkewitz re: Chatfield scientific review of EPA vermiculite study (0.1); locate and review same (0.4); multiple confs. w/ Ms. Bakst re: assistance needed obtaining documents from Sparta asbestos study (0.2); prepare for Hughson deposition (0.8); draft e-mail message to Ms. Bakst re: Meeker article on Libby needed (0.1); research same and review multiple Meeker articles (0.4) | | | |
| **Day:** | | **05/29/2003** | | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.70 | $980.50 |

07/16/2003

16

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| jward | 0000 | | Finalize memo re: Chatfield review of EPA vermiculite study (0.2); e-mail messages to Ms. Bakst re: assistance needed reviewing prior Hughson testimony (0.2); review Com supplemental report (0.2); review memo re: New York asbestos abatement records (0.1); review article and new EPA warnings re: ZAI (0.1); review ATSDR Libby Public Health Assessment (0.3); conf. w/ Mr. Frederick re: status of dust testing research (0.1); conf. with Ms. Hughes requesting compilation of Anderson file documents for production to Grace (0.3); draft letter to Mr. Flatley forwarding same for production (0.2); review Lee EPA expert report (0.2); t/c w/ Dr. Millette re: fiber counting issues (0.2); prepare for Hughson deposition (0.8); analyze and compile Grace testing documents for EPA review (0.4); conf. w/ Ms. Kerrison re: discriminatory counting issues (0.2); review and compile Grace documents re: same (0.2) | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| kcarr | 0000 | | Creating fiber count chart from Hatfield count sheets | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.40 | $925.00 |
| lkerrison | 0000 | | Review OSHA tremolite documents for Rob Turkewitz, summarize counting techniques (asbestiform vs. nonasbestiform tremolite) (4.2); Organize Grace documents on discriminatory counting for Rob Turkewitz (1.5); Gather Grace documents showing microscopic pictures of tremolite for Rob Turkewitz (1.5); conversation with Jay Ward regarding discriminatory counting issues (.2) | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.70 | $5,655.00 |
| ewestbrook | 0000 | | Prepare for deposition of Corn, revise outline (1.2); take deposition of Dr. Corn (5.5); return to Charleston, dictate notes on Corn deposition en route and review ZAI materials (2.0) | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 7.50 | $1,800.00 |
| bwood | 0000 | | Deposition preparation for Elizabeth Anderson (5.5); review Libby ATSDR PHA and Freeman comments (2.0) | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 10.50 | $4,200.00 |
| rturkewitz | 0000 | | Internet search for information on Don Van Cura (2.5); Prepared outline for deposition of Don Van Cura (2.0); Travel from Charleston to Chicago (1.5 - worked on flight reviewing documents); Continued preparing for deposition of Van Cura (4.5). | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.30 | $662.50 |
| chughes | 0000 | | Summarize EB Ilgren 5/22/03 Depo (4.0); Conf. w/Jay Ward re: Anderson items to produce to Grace counsel (.3); Review H. Anderson Depo for items to be produced and compile the materials (1.0); | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Review prior Hughson depo testimony re critical issues (7.5) | | | |
| 05/29/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.30 | $22.50 |
| alorenz | 0000 | | Organize and load deposition transcripts into ZAI database (0.3) | | | |

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **05/30/2003** | | | | |
| 05/30/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 Enter Kilpatrick deposition transcript into ZAI database (0.1); perform various counts of fibers on Fiber Count worksheet (1.8); conversation with Carrie Hughes regarding formula for counting fibers (.2) | $75.00 | 2.10 | $157.50 |
| 05/30/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Prepare memo highlighting critical prior depo testimony for upcoming depo of expert  Hughson (6.5); conference with Jay Ward regarding Hughson deposition topics (.5) | $125.00 | 7.00 | $875.00 |
| 05/30/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Summarize EB Ilgren 5/22/03 Depo (3.0); Assist K. Carr in Formatting Fiber Chart and Develop Excel Spreadsheet (1.0); Conf. w/A. Lorenz to Explain Counting and to Discuss Setting Up Formula for Counting (.2) | $125.00 | 4.20 | $525.00 |
| 05/30/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Conducted deposition of Don Van Cura (4.5); conversation with Ed Westbrook regarding deposition progress (.3) | $400.00 | 4.80 | $1,920.00 |
| 05/30/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Deposition preparation for Elizabeth Anderson (6.5); review discriminatory counting memos from Jay Ward (1.3); review memo from Ed Westbrook regarding Dr. Corn deposition (.4); discussion with Ed Westbrook regarding Elizabeth Anderson (.1) | $240.00 | 8.30 | $1,992.00 |
| 05/30/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review and revise Corn memo on deposition (.1), discussions with Bobby Wood regarding Elizabeth Anderson (.1); conversation with Rob Turkewitz regarding deposition progress (.3); review and organize Corn materials (.4); various emails to co-counsel regarding ongoing issues and review emails regarding ZAI scientific issues (.6) | $650.00 | 1.50 | $975.00 |
| 05/30/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Completion of fiber count chart from Hatfield count sheets | $125.00 | 2.50 | $312.50 |
| 05/30/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Multiple confs. w/ Mr. Frederick re: dust testing issues (0.6); conf. w/ Ms. Bakst re: Hughson deposition topics (0.5); research and draft memo re: Grace fiber counting rules (1.3); review summaries of all expert depositions (1.2); exchange e-mail messages w/ Mr. Turkewitz re: cleavage fragment issues (0.1); review proposed asbestos legislation re: Libby amphibole (0.1); review EPA asbestos cancer risk assessment (0.2); prepare for Hughson deposition (1.3) | $265.00 | 5.30 | $1,404.50 |
| **Day:** | | **05/31/2003** | | | | |
| 05/31/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Continued reviewing materials and dictating memos regarding deposition of Lee (8.5). | $400.00 | 8.50 | $3,400.00 |

# Time report

### 05/01/2003 - 05/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L116** | | | | |
| **Day:** | | **05/01/2003** | | | | |
| 05/01/2003 jward | 200106 0000 | Zonolite Science Trial | L116 Non-work travel back from Madison, Wisconsin (billed at half rate) | $132.50 | 2.20 | $291.50 |
| **Day:** | | **05/09/2003** | | | | |
| 05/09/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Travel from Atlanta to Charleston from Ron Gobbell deposition (2.5 - bill at half rate). | $200.00 | 2.50 | $500.00 |
| **Day:** | | **05/21/2003** | | | | |
| 05/21/2003 jward | 200106 0000 | Zonolite Science Trial | L116 non-work travel to Philadelphia for Ilgren deposition (3.5 - billed at half rate) | $132.50 | 3.50 | $463.75 |
| **Day:** | | **05/22/2003** | | | | |
| 05/22/2003 jward | 200106 0000 | Zonolite Science Trial | L116 non-work travel back from Ilgren deposition (5.2- billed at half rate) | $132.50 | 5.20 | $689.00 |
| **Day:** | | **05/29/2003** | | | | |
| 05/29/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Remainder of return trip to Charleston from Corn deposition (nonworking - billed at half rate) | $325.00 | 2.50 | $812.50 |
| **Day:** | | **05/30/2003** | | | | |
| 05/30/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Travel from Van Cura deposition to Charleston (3.5 - bill ½ time). | $200.00 | 3.50 | $700.00 |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **05/01/2003** | | | | |
| 05/01/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Begin work on March monthly application - entering and checking time entries (7.0) | $75.00 | 7.00 | $525.00 |
| **Day:** | | **05/02/2003** | | | | |

# Time report

### 05/01/2003 - 05/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 05/02/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 3.70 | $277.50 |
| kgarcia | 0000 | | Finish March application for Ed's review; revise and finish March application | | | |
| 05/02/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 1.20 | $390.00 |
| ewestbrook | 0000 | | Work on March 2003 bill (billed at half rate) | | | |
| Day: | | 05/19/2003 | | | | |
| 05/19/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 3.00 | $225.00 |
| kgarcia | 0000 | | Begin work on quarterly application | | | |
| Day: | | 05/20/2003 | | | | |
| 05/20/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.20 | $165.00 |
| kgarcia | 0000 | | Work on quarterly application | | | |
| Day: | | 05/21/2003 | | | | |
| 05/21/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.50 | $112.50 |
| kgarcia | 0000 | | Revise and complete quarterly application (1.3); conference with Ed Westbrook regarding same (.2) | | | |
| 05/21/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 0.80 | $260.00 |
| ewestbrook | 0000 | | Work on quarterly billing - review and revise bill (.6), conference with Kim Garcia regarding expense entries (.2) (billed at half rate) | | | |

| | |
|---|---|
| **Grand Total:** | **$174,462.25** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$174,462.25** |
| **Total Hours/Report:** | **762.00** |
| **Count:** | **170** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

*Verified Application of Richardson Patrick Westbrook & Brickman, LLC for*

*Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel*

*for the Interim Period from May 1, 2003 through May 31, 2003* to be served upon those

parties identified on the attached service list via hand delivery or US Mail.


Dated: July 21, 2003                                   */s/ William D. Sullivan*
                                                       William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899