**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                  Chapter 11

**W.R. Grace & Co., et al.**             Case No. 01-01139 (JKF)

           Debtors.              Jointly Administered

                                      **Objection Date: August 11, 2003 at 4:00 p.m.**
                                      **Hearing Date: To be scheduled, only if objections are
timely filed and served**

**SIXTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2003 THROUGH MAY 31, 2003**

Name of Applicant                              **Duane Morris LLP**

Authorized to Provide
Professional Services to:                       **Official Committee of Unsecured Creditors**

Date of Retention:                             **April 17, 2001**

Period for which compensation and              **May 1, 2003 – May 31, 2003**
reimbursement is sought

Amount of Compensation sought as               **$11,483.00**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought         **$697.27**
as actual, reasonable and necessary:

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the
corresponding compensation requested is approximately $145.00.[2]

This is the sixteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Sixteenth Monthly Fee Application. Time expended for the preparation of this Fee
Application will be reflected in the next Fee Application.

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
|---|---|---|---|---|---|

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | The Hearing to Approve Compensation was held June 17, 2003 at 10:00 a.m.  At the time of filing of this application, no order had been entered regarding these fees and expenses. | |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | The Hearing to Approve Compensation for these fees and expenses is scheduled for September 22, 2003 at 12:00 p.m. | |

## DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

July 15, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 945180                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.30 | hrs. at | $445.00 | /hr. = | $4,138.50 |
| WS KATCHEN | PARTNER | 9.60 | hrs. at | $510.00 | /hr. = | $4,896.00 |
| TM MCPHILLIPS | ASSOCIATE | 0.50 | hrs. at | $240.00 | /hr. = | $120.00 |
| RN SIANNI | ASSOCIATE | 1.50 | hrs. at | $285.00 | /hr. = | $427.50 |
| DM SPEERS | PARALEGAL | 1.70 | hrs. at | $165.00 | /hr. = | $280.50 |
| SA CABAN | PARALEGAL | 9.20 | hrs. at | $145.00 | /hr. = | $1,334.00 |
| PA SIEBEL, JR. | PARALEGAL | 1.00 | hrs. at | $140.00 | /hr. = | $140.00 |
| K SHANNON | PARALEGAL | 0.40 | hrs. at | $130.00 | /hr. = | $52.00 |
| JR CAREY | MISCELLANEOUS | 0.70 | hrs. at | $135.00 | /hr. = | $94.50 |

$11,483.00

| DISBURSEMENTS | |
|---|---|
| DOCUMENT COSTS | 23.32 |
| DOCUMENT RETRIEVAL | 10.92 |
| MESSENGER SERVICE | 604.36 |
| MISCELLANEOUS | 23.32 |
| PRINTING & DUPLICATING | 7.80 |
| TELECOPY | 27.55 |
| TOTAL DISBURSEMENTS | $697.27 |

BALANCE DUE THIS INVOICE                                    $12,180.27

PREVIOUS BALANCE                                            $61,888.49

TOTAL BALANCE DUE                                          $74,068.76

Duane Morris
July 15, 2003
Page 2

File # K0248-00001                                          INVOICE # 945180
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/1/2003 | 002 | MR LASTOWSKI | REVIEW REPORT OF DE MINIMIS ASSET SALES AND OF OMNIBUS SETTLEMENTS | 0.10 | $44.50 |
| 5/2/2003 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AMENDING PRIOR ORDER RELATING TO ACQUISITION AGREEMENTS | 0.10 | $44.50 |
| | | | Code Total | 0.20 | $89.00 |

Duane Morris
July 15, 2003
Page 3

File # K0248-00001                                                    INVOICE # 945180
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|------------|-------------|-------|--------|
| 5/8/2003 | 003 | MR LASTOWSKI | REVIEW FTI POLICANO'S ANALYSIS OF THE DEBTOR'S OPERATIONS DURING THE FIRST QUARTER OF 2003 | 0.50 | $222.50 |
| 5/14/2003 | 003 | MR LASTOWSKI | REVIEW MARCH MONTHLY OPERATING REPORT | 0.20 | $89.00 |
| | | | Code Total | 0.70 | $311.50 |

Duane Morris
July 15, 2003
Page 4

File # K0248-00001                                                    INVOICE # 945180
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/1/2003 | 004 | DM SPEERS | REVIEWING 5/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO W KATCHEN | 0.10 | $16.50 |
| 5/5/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 5/6/2003 | 004 | DM SPEERS | REVIEWING 5/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/6/2003 | 004 | PA SIEBEL, JR. | RUN AND REVIEW PACER REPORTS AND DOWNLOAD ORDER DATED 3/31/03 DIRECTING THE DEBTORS TO PREPARE AND FILE STATUS REPORTS | 0.80 | $112.00 |
| 5/7/2003 | 004 | DM SPEERS | REVIEWING 5/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/8/2003 | 004 | DM SPEERS | REVIEWING 5/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/12/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 5/14/2003 | 004 | DM SPEERS | REVIEWING 5/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/15/2003 | 004 | DM SPEERS | REVIEWING 5/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/15/2003 | 004 | SA CABAN | REQUEST 2002 SERVICE LIST FROM R. STEWART; SUBMIT REQUEST FOR LABELS TO SECRETARIAL SERVICES. | 0.20 | $29.00 |
| 5/16/2003 | 004 | DM SPEERS | REVIEWING 5/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/19/2003 | 004 | DM SPEERS | REVIEWING 5/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/19/2003 | 004 | SA CABAN | REVIEW INQUIRY OF A. CASKADON RE: TRANSCRIPT FOR 5/19/03 HEARING; RESPOND TO SAME. | 0.20 | $29.00 |
| 5/19/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |

File # K0248-00001                                                      INVOICE # 945180
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/20/2003 | 004 | DM SPEERS | REVIEWING 5/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 5/21/2003 | 004 | DM SPEERS | REVIEWING 5/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 5/21/2003 | 004 | SA CABAN | REVIEW DOCKET FOR ENTRY OF CERTIFICATE OF NO OBJECTION TO MATTER PERTAINING TO FRESNIUS; EMAIL TO M. LASTOWSKI RE: SAME. | 0.40 | $58.00 |
| 5/21/2003 | 004 | SA CABAN | EMAIL TO A. CASKADON RE: FRESNIUS MATTER. | 0.10 | $14.50 |
| 5/21/2003 | 004 | SA CABAN | PRINT/ORGANIZE MOTION TO APPROVE SETTLEMENT AND RELATED CERTIFICATE OF NO OBJECTION FROM FRESNIUS ADVERSARY MATTER FOR M. LASTOWSKI. | 0.10 | $14.50 |
| 5/27/2003 | 004 | DM SPEERS | REVIEWING 5/27/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 5/27/2003 | 004 | SA CABAN | TELEPHONE CALL TO PARCELS REQUESTING RETRIEVAL OF UPDATED DOCKET. | 0.10 | $14.50 |
| 5/27/2003 | 004 | SA CABAN | CORRESPONDENCE WITH A. CASKADON AND P. CUNIFF RE: TRANSCRIPT FOR 5/19/03 HEARING. | 0.20 | $29.00 |
| 5/27/2003 | 004 | SA CABAN | PREPARE TRANSCRIPT REQUEST FOR 5/19/03 HEARING; FORWARD TO L. NEAL AT BANKRUPTCY COURT FOR PROCESSING. | 0.20 | $29.00 |
| 5/28/2003 | 004 | DM SPEERS | REVIEWING 5/28/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/29/2003 | 004 | DM SPEERS | REVIEWING 5/29/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 5/30/2003 | 004 | DM SPEERS | REVIEWING 5/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| | | | Code Total | 4.30 | $653.50 |

File # K0248-00001                                           INVOICE # 945180
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2003 | 005 | WS KATCHEN | E-MAIL A. KRIEGER. | 0.30 | $153.00 |
| 5/2/2003 | 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE RESPONSE ON §546(A). | 0.10 | $51.00 |
| 5/2/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.20 | $102.00 |
| 5/2/2003 | 005 | WS KATCHEN | 2003 NJ SUPER LEXIS 154 (APP. DIV. 2003) TOLLING STATUTE OF LIMITATIONS (SUBSTANTIAL COMPLIANCE DOCTRINE). | 0.70 | $357.00 |
| 5/5/2003 | 005 | WS KATCHEN | REVIEW CONFIDENTIAL MEMO TO COMMITTEE RE: EPA SUPERFUND EX-OFFICIO CLAIM $185 MM STATUS. | 0.20 | $102.00 |
| 5/5/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S STATUS REPORT TO COURT. | 0.20 | $102.00 |
| 5/5/2003 | 005 | WS KATCHEN | REVIEW LATEST N.J. APPELLATE DIVISION OPINION - DUTY TO WARN PROXIMATE CAUSE - ASBESTOS (ESPOSITO V. AM. BRAHI CO. ET AL.) MAY 1, 2003. | 0.30 | $153.00 |
| 5/8/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH CREDITORS' COMMITTEE. | 0.50 | $255.00 |
| 5/13/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION ON §546. | 0.10 | $51.00 |
| 5/13/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: COMMITTEE STRATEGY. | 0.30 | $153.00 |
| 5/13/2003 | 005 | WS KATCHEN | REVIEW CASE CITES. | 0.40 | $204.00 |
| 5/15/2003 | 005 | WS KATCHEN | RESEARCH AND ANALYSIS FOR §546(A). | 1.60 | $816.00 |
| 5/15/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH L. KRUGER. | 0.30 | $153.00 |
| 5/16/2003 | 005 | WS KATCHEN | REVIEW AND ANALYSIS OF §546(A) ISSUES WITH ARLENE KRIEGER. | 0.50 | $255.00 |
| 5/16/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.10 | $51.00 |
| 5/20/2003 | 005 | WS KATCHEN | CONFERENCE WITH A. KRIEGER AND L. KRUGER RE: §546(A) ISSUE. | 0.30 | $153.00 |
| 5/20/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER AND A. KRIEGER. | 0.10 | $51.00 |
| 5/21/2003 | 005 | WS KATCHEN | REVIEW REVISED BY-LAWS OF COMMITTEE. | 0.10 | $51.00 |
| 5/21/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH K. PASQUALE RE: FRESNIUS SETTLEMENT ORDER. | 0.30 | $153.00 |
| 5/21/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH COURT CHAMBERS. | 0.20 | $102.00 |
| 5/22/2003 | 005 | WS KATCHEN | E-MAILS TO L. KRUGER RE: STRATEGY ON §546(A). | 0.20 | $102.00 |
| 5/22/2003 | 005 | WS KATCHEN | RULING RE: APPEAL ISSUES FROM JUDGE GAMBARDELLA'S ORDER. | 0.90 | $459.00 |

Duane Morris
July 15, 2003
Page 7

File # K0248-00001                                                INVOICE # 945180
    W.R. GRACE & CO.

| 5/22/2003 005 | WS KATCHEN | CONFERENCE CALL WITH K. PASQUALE AND E. WOHLFORTH RE: FRESNIUS ORDER. | 0.20 | $102.00 |
| 5/22/2003 005 | WS KATCHEN | CONFERENCE RE: SEALED AIR. | 0.30 | $153.00 |
| 5/23/2003 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH L. KRUGER RE: §546(A). | 0.20 | $102.00 |
| 5/23/2003 005 | WS KATCHEN | REVIEW CONFIDENTIALITY AGREEMENT - EPA/COMMITTEE. | 0.10 | $51.00 |
| 5/27/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.20 | $102.00 |
| 5/29/2003 005 | WS KATCHEN | REVIEW THIRD CIRCUIT OPINION - ENBANC CYBERGENICS. | 0.40 | $204.00 |
| 5/29/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.10 | $51.00 |
| 5/30/2003 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH L. KRUGER RE: §546(A). | 0.20 | $102.00 |
| | | Code Total | 9.60 | $4,896.00 |

File # K0248-00001                                              INVOICE # 945180
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/12/2003 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DK ACQUISITION'S MOTION FOR AUTHORITY TO TRADE CLAIMS | 0.10 | $44.50 |
| 5/12/2003 007 | MR LASTOWSKI | REVIEW OBJECTIONS TO COMMITTEE MOTION TO EXTEND TIME TO AVOID AVOIDANCE ACTIONS AND E-MAIL TO A. KRIEGER RE: SAME | 0.60 | $267.00 |
| | | Code Total | 0.70 | $311.50 |

File # K0248-00001                                          INVOICE # 945180
     W.R. GRACE & CO.

| 5/2/2003 009 | RN SIANNI | RESPOND TO INQUIRY OF FEE AUDITOR RE: DUANE MORRIS FEE APPLICATIONS; INCLUDING DETAILED REVIEW CHART AT REQUEST OF FEE AUDITOR. | 1.50 | $427.50 |
|---|---|---|---|---|
| | | Code Total | 1.50 | $427.50 |

Duane Morris
July 15, 2003
Page 10

File # K0248-00001                                              INVOICE # 945180
     W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/6/2003 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 12TH MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 5/8/2003 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 7TH QUARTERLY FEE APPLICATION FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.30 | $43.50 |
| 5/8/2003 | 012 | SA CABAN | REVIEW DOCKET AND UPDATE STATUS OF FEE APPLICATIONS FOR DUANE MORRIS; EMAIL TO J. PALO REQUESTING BILLS FOR MARCH AND APRIL 2003. | 0.30 | $43.50 |
| 5/8/2003 | 012 | SA CABAN | REVIEW FEE AUDITOR REPORT FOR SEVENTH INTERIM PERIOD. | 0.20 | $29.00 |
| 5/8/2003 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 13TH MONTHLY FEE APPLICATION FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.30 | $43.50 |
| 5/12/2003 | 012 | SA CABAN | REVIEW BILLING DETAIL FOR MARCH 2003; FORWARD TO W. KATCHEN AND M. LASTOWSKI FOR REVIEW/FINALIZE. | 0.20 | $29.00 |
| 5/12/2003 | 012 | SA CABAN | REVIEW BILLING DETAIL FOR APRIL 2003; FORWARD TO W. KATCHEN AND M. LASTOWSKI FOR REVIEW/FINALIZE. | 0.20 | $29.00 |
| 5/12/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 7TH QUARTERLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 5/12/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 12TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 5/12/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 13TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 5/19/2003 | 012 | SA CABAN | REVIEW CHART FROM L. FERDINAND REPORTING AMOUNTS REQUESTED FOR 7TH QUARTER; VERIFY AND RESPOND TO L. FERDINAND WITH APPROVAL OF AMOUNTS SHOWN. | 0.20 | $29.00 |
| 5/20/2003 | 012 | SA CABAN | EMAIL TO J. PALO RE: REVISIONS TO BILLS FOR MARCH AND APRIL 2003. | 0.10 | $14.50 |
| | | | Code Total | 3.30 | $478.50 |

File # K0248-00001                                              INVOICE # 945180
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: BLACKSTONE GROUP'S SEVENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 5/6/2003 | 013 | SA CABAN | REVIEW, SAVE TO SYSTEM AND E-FILE FTI 24TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 5/6/2003 | 013 | SA CABAN | REVIEW NOTICE OF APPLICATION FOR FTI; RESPOND TO A. CASKADON RE: NECESSARY CHANGES. | 0.10 | $14.50 |
| 5/8/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK 23RD MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 5/8/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 23RD MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 5/12/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO FTI POLICANO'S TWENTY THIRD INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 5/12/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK STROOCK AND LAVAN'S TWENTY THIRD INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 5/12/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 23RD MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 5/12/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 23RD MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 5/12/2003 | 013 | SA CABAN | RESPOND TO A. CASKADON RE: CERTIFICATE OF NO OBJECTION TO STROOCK FEBRUARY FEE APPLICATION. | 0.10 | $14.50 |
| 5/15/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: 5TH, 6TH AND 7TH INTERIM FEE APPLICATIONS OF CONWAY DEL GENIO | 0.10 | $44.50 |
| 5/15/2003 | 013 | SA CABAN | CORRESPONDENCE WITH A. CASKADON RE: FILING/SERVICE OF FTI AND STROOCK QUARTERLY FEE APPLICATIONS. | 0.10 | $14.50 |
| 5/16/2003 | 013 | SA CABAN | SAVE PDF VERSION OF FTI 8TH QUARTERLY APPLICATION TO SYSTEM AND E-FILE; PREPARE NOTICE FOR SERVICE ON 2002 LIST. | 0.40 | $58.00 |

File # K0248-00001                                              INVOICE # 945180
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/16/2003 | 013 | SA CABAN | PREPARE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR NOTICE OF FTI 8TH QUARTERLY APPLICATION. | 0.10 | $14.50 |
| 5/16/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR FTI 8TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 5/20/2003 | 013 | SA CABAN | REVIEW NOTICE OF 8TH QUARTERLY FEE APPLICATION FOR STROOCK AND RESPOND TO EMAIL OF A. CASKADON W/ REVISIONS. | 0.20 | $29.00 |
| 5/20/2003 | 013 | SA CABAN | PREPARE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR STROOCK 8TH QUARTERLY APPLICATION. | 0.10 | $14.50 |
| 5/20/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE 8TH QUARTERLY APPLICATION OF STROOCK; PREPARE NOTICE FOR SERVICE BY DLS. | 0.40 | $58.00 |
| 5/30/2003 | 013 | SA CABAN | REVIEW NOTICES OF MONTHLY APPLICATION FOR FTI AND STROOCK APRIL 2003 APPLICATIONS. | 0.20 | $29.00 |
| | | | Code Total | 4.00 | $700.00 |

Duane Morris
July 15, 2003
Page 13

File # K0248-00001                                           INVOICE # 945180
    W.R. GRACE & CO.

| Date | | | | | |
|------|------|------|------|------|------|
| 5/19/2003 | 015 | MR LASTOWSKI | COURT (OMNIBUS HEARING) | 2.10 | $934.50 |
| 5/19/2003 | 015 | MR LASTOWSKI | REVIEW MATTERS TO BE HEARD AT 5/19/03 OMNIBUS HEARING | 0.50 | $222.50 |
| 5/20/2003 | 015 | MR LASTOWSKI | TELEPHONE CALL FROM A. KREIEGER RE: 5/20/03 OMBNIBUS HEARING | 0.20 | $89.00 |
| | | | Code Total | 2.80 | $1,246.00 |

File # K0248-00001                                           INVOICE # 945180
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/1/2003 016 | MR LASTOWSKI | TELEPHONE CALL TO AND FROM MONICA LOFTON, CREDITOR COUNSEL, RE: MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.10 | $44.50 |
| 5/1/2003 016 | MR LASTOWSKI | LETTER FROM DOW COUNSEL RE: SERVICE OF THE COMMITTEE'S MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.10 | $44.50 |
| 5/2/2003 016 | MR LASTOWSKI | LETTER FROM A. KRIEGER TO P. HUGHES (DOW COUNSEL) RE: REQUEST FOR INFORMATION RELATING TO THE COMMITTEE'S MOTION TO EXTEND THE TIME TO FILE AVOIDANCE ACTIONS | 0.10 | $44.50 |
| 5/2/2003 016 | TM MCPHILLIPS | CONFERENCE WITH WILLIAM S. KATCHEN, ESQ. RE STATUTE OF LIMITATIONS AND JURISDICTIONAL ISSUE | 0.10 | $24.00 |
| 5/2/2003 016 | TM MCPHILLIPS | LEGAL RESEARCH CONCERNING RE BERKE V. BUCKLEY. PREPARATION OF E-MAIL MESSAGE TO WILLIAM S. KATCHEN, ESQ. AND A. KREIGER RE SAME. | 0.40 | $96.00 |
| 5/12/2003 016 | MR LASTOWSKI | REVIEW OBJECTIONS TO THE CREDITORS' COMMITTEE'S MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.30 | $133.50 |
| 5/12/2003 016 | MR LASTOWSKI | REVIEW DOW CHEMICAL RESPONSE TO COMMITTEE'S MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.50 | $222.50 |
| 5/13/2003 016 | MR LASTOWSKI | REVIEW LETTER FROM COUNSEL TO THE PERSONAL INJURY COMMITTEE TO THE UNITED STATES COURT OF APPEALS CONCERNING SETTLEMENT OF THE FRESNIUS ACTION | 0.10 | $44.50 |
| 5/14/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S 9019 MOTION RE: SETTLEMENT WITH BSFS EQUIPEMENT AND DALEEN TECHNOLOGIES, INC. | 0.10 | $44.50 |
| 5/19/2003 016 | MR LASTOWSKI | CONFERENCE WITH L. KRUGER RE: MOTION TO EXTEND TIME TO FILE AVOIDANCE ACTIONS | 0.20 | $89.00 |
| 5/21/2003 016 | MR LASTOWSKI | REVIEW JUDGE WOLIN OPINION ON MOTION TO RECONSIDER IN CCR LITIGATION | 0.10 | $44.50 |
| 5/21/2003 016 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE FRESNIUS SETTLEMENT | 0.10 | $44.50 |
| 5/21/2003 016 | MR LASTOWSKI | REVIEW ISSUES RE: FRESNIUS SETTLEMENT | 0.80 | $356.00 |
| 5/21/2003 016 | MR LASTOWSKI | REVIEW FRESNIUS SETTLEMENT MOTION AND RELATED PROCEDURAL ISSUES | 0.90 | $400.50 |

File # K0248-00001                                          INVOICE # 945180
       W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/21/2003 | 016 | MR LASTOWSKI | LEGAL RESEARCH RE: CASES AUTHORIZING EXTENSIONS OF TIME TO FILE AVOIDANCE ACTIONS | 1.10 | $489.50 |
| 5/21/2003 | 016 | SA CABAN | REVIEW ADVERSARY DOCKET FOR FRESNIUS MEDICAL CARE AND RETRIEVE DOCKET ITEMS 16 AND 17 FOR A. KRIEGER; FORWARD SAME TO M. LASTOWSKI. | 0.50 | $72.50 |
| | | | Code Total | 5.50 | $2,195.00 |

Duane Morris
July 15, 2003
Page 16

File # K0248-00001                                    INVOICE # 945180
  W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/2/2003 025 | K SHANNON | CASE LAW. | 0.20 | $26.00 |
| 5/5/2003 025 | JR CAREY | LEGAL RESEARCH CONCERNING D'ESPOSITO V. AMERICAN BRAKE (SHANNON) | 0.70 | $94.50 |
| 5/5/2003 025 | PA SIEBEL, JR. | PULL CASE REGARDING NEGLIGENCE/TOXIC TORTS/ASBESTOS EXPOSURE | 0.20 | $28.00 |
| 5/7/2003 025 | K SHANNON | LEGAL RESEARCH. | 0.20 | $26.00 |
| | | Code Total | 1.30 | $174.50 |

File # K0248-00001                                                      INVOICE #  945180
     W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 33.90 | $11,483.00 |

File # K0248-00001                                      INVOICE # 945180
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2003 | DOCUMENT COSTS | | 23.32 |
| | | Total: | $23.32 |
| 5/7/2003 | MISCELLANEOUS LEGAL SEARCH | | 23.32 |
| | | Total: | $23.32 |
| 5/31/2003 | MESSENGER SERVICE | | 604.36 |
| | | Total: | $604.36 |
| 5/31/2003 | TELECOPY | | 27.55 |
| | | Total: | $27.55 |
| 5/31/2003 | DOCUMENT RETRIEVAL | | 10.92 |
| | | Total: | $10.92 |
| 5/31/2003 | PRINTING & DUPLICATING | | 7.80 |
| | | Total: | $7.80 |
| | TOTAL DISBURSEMENTS | | $697.27 |