IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 |
| | ) | **Jointly Administered** |

# APPENDIX FOR REPLY MEMORANDUM IN SUPPORT OF THE MOTION OF ROBERT COSTA AND RONALD THORNBURG FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 OF THE BANKRUPTCY CODE

Martin J. Weis
Derrick A. Dyer
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103-7501
(215) 575-7000

and

Peter W. Chatfield
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Washington, D.C.  20036

Co-counsel for Robert Costa and Ronald Thornburg

503604_1

# TABLE OF CONTENTS

| Exhibit | Description |
|---|---|
| **1.** | Court Order Denying Costa's Motion to Reconsider |
| **2.** | Settlement Agreement |
| **3.** | Agreement Between the United States and Baker & Taylor |

503604_1