# EXHIBIT A

# In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BORGERT, JOHN<br>690 SE CRESCENT DR<br>SHELTON WA 98584 | 01-01139<br>W.R. GRACE & CO. | 3443 | $10,134.00 | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 2 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01200<br>H-G COAL COMPANY | 7824 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 3 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01194<br>REMEDIUM GROUP, INC. | 7830 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 4 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01191<br>MRA HOLDINGS CORP. | 7833 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 5 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01190<br>MONROE STREET, INC. | 7834 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 6 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01189<br>MONOLITH ENTERPRISES INCORPORATED | 7835 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 7 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES<br>JOSEPH LUBERTAZZI JR ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 000007102 | 01-01158<br>GN HOLDINGS, INC. | 7865 | UNKNOWN | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured     (T) - Total
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

### In re: W.R. GRACE & CO.
### OMNIBUS 1: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | HOLMAN BOILER WORKS<br>PO BOX 740<br>BUFFALO NY 14217 | 01-01139<br>W.R. GRACE & CO. | 418 | $16,830.00 | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| 9 | WILSON-TEXAS MILL SUPPLY<br>PO BOX 1492<br>HOUSTON TX 77251-1492 | 01-01139<br>W.R. GRACE & CO. | 1803 | $10,203.12 | (U) | UNABLE TO DETERMINE BASIS FOR CLAIM DUE TO INSUFFICIENT DOCUMENTATION. |
| | | | totals: | $37,167.12 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

**In re: W.R. GRACE & CO.**
**OMNIBUS 1: EXHIBIT B - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | PIPELINE SERVICES INC<br>PO BOX 331<br>BRYSON CITY NC 28713 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1379 | $15,661.05 | (U) | PIPELINE SERVICES/AMERICAN ECO NOT RECOGNIZED AS CREDITOR: JMR5/21/03 |
| 2 | US FLOW CORP MUTUAL MFG & SUPPLY<br>3300 SPRING GROVE AVE<br>CINCINNATI OH 45225 | 01-01139<br>W.R. GRACE & CO. | 2069 | $5,155.74 | (U) | DEBTOR PLACES ORDERS AND MAKES PAYMENT TO IPOWER AS DISTRIBUTOR. CREDITOR SHOULD IN TURN BE PAID BY IPOWER. |

totals: $20,816.79 (U)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees. **(A) - Administrative (P) - Priority (S) - Secured (U) - Unsecured (T) - Total

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT C

## In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT C - INVALID TRANFSER OF FILED OR SCHEDULED CLAIMS

| | Creditor Name / Address | Case Number  Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | ACME CONTROL SERVICE INC<br>6140 W HIGGINS<br>CHICAGO IL 60630 | 01-01139    1080<br>W.R. GRACE & CO. | $180.65 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. REFER TO COURT DOCKET #1144 |
| 2 | ARLINGTON COMPUTER PRODUCTS<br>851 COMMERCE CT<br>BUFFALO GROVE IL 60089 | 01-01140    1173<br>W.R. GRACE & CO.-CONN. | $836.11 | (U) | INVALID CLAIM. TRANSFERRED PREVIOUSLY TO DEBT ACQUISITION. REFER TO COURT DOCKET #1075 |
| 3 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139    1212<br>W.R. GRACE & CO. | $1,305,768.04 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. SEE CLAIM 1215. REFER TO COURT DOCKET 1529 |
| 4 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139    1221<br>W.R. GRACE & CO. | $1,267,582.46 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. SEE CLAIM 1215. REFER TO COURT DOCKET #1529. |
| 5 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139    1222<br>W.R. GRACE & CO. | $984,828.69 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. SEE CLAIM 1215. REFER TO COURT DOCKET #1529. |
| 6 | BEAL INDUSTRIAL PRODUCTS INC<br>7513E CONNLLEY DR<br>HANOVER MD 21076 | 01-01139    1962<br>W.R. GRACE & CO. | $327.61 | (P) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. REFER TO COURT DOCKET #1147. |
| 7 | BETTER BUILT STORAGE BUILDINGS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139    644<br>W.R. GRACE & CO. | $1,691.24 | (U) | INVALID CLAIM. TRANSFERRED PREVIUOSLY TO DEBT ACQUISITION. REFER TO COURT DOCKET #1148. |
| 8 | CHICAGOLAND-QUAD CITIES EXP, INC<br>7715 S. 78TH AVE, BLDG 5<br>BRIDGEVIEW IL 60455 | 01-01140    1387<br>W.R. GRACE & CO.-CONN. | $308.58 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. REFER TO COURT DOCKET #841. |
| 9 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 000006830 | 01-01139    8761<br>W.R. GRACE & CO. | $16,498.68 | (U) | INVALID CLAIM - DEFECTIVE TRANSFER. NO POC FOUND. REFER TO COURT DOCKET #1223. |
| 10 | CONTRARIAN CAPITAL TRADE CLAIMS LP AS AS<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 000006830 | 01-01140    9177<br>W.R. GRACE & CO.-CONN. | $16,498.68 | (U) | INVALID CLAIM - DEFECTIVE TRANSFER. NO POC FOUND. REFER TO COURT DOCKET #1223. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT C - INVALID TRANFSER OF FILED OR SCHEDULED CLAIMS

| | Creditor Name / Address | Case Number  Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| 11 | CROSIBLE INC<br>PO BOX 271<br>MORAVIA NY 13118 | 01-01139    1098<br>W.R. GRACE & CO. | $5,107.20 | (U) | INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. REFER TO COURT DOCKET #868. |
| 12 | CROSIBLE INC FILTRATION<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139    650<br>W.R. GRACE & CO. | $5,107.20 | (U) | INVALID CLAIM. TRANSFER WITHDRAWN. REFER TO COURT DOCKET 3218. |
| 13 | RUTGERS ORGANICS CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139    772<br>W.R. GRACE & CO. | $2,508.00 | (U) | INVALID CLAIM - DEFECTIVE TRANSFER. NO SCHEDULE FOUND. REFER TO COURT DOCKET #1726. |
| 14 | SCOT DIV ARDOX CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139    774<br>W.R. GRACE & CO. | $1,212.19 | (U) | INVALID CLAIM - DEFECTIVE TRANSFER. NO SCHEDULE FOUND. REFER TO COURT DOCKET #1620. |
| 15 | SE & A FORMERLY MILLTRONICS INC<br>734 W NORTH CARRIER PKWY<br>GRAND PRAIRIE TX 75050 | 01-01139    2384<br>W.R. GRACE & CO. | $9,042.00 | (U) | INVALID CLAIM. TRANSFERRED PREVIOUSLY TO DEBT ACQUISITION. REFER TO COURT DOCKET #2261. |

|  | | | | |
|---|---|---|---|---|
| totals: | $327.61 | (P) |
| | $3,617,169.72 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT D

**In re: W.R. GRACE & CO.**
**OMNIBUS 1: EXHIBIT D - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | A-1 METAL STRIPPING 4321 KILMER GOLDEN CO 80401 | 2080 | $860.00 | (P) | $860.00 | (U) | INVALID PRIORITY CLAIM |
| 2 | ALAMO TRANSFORMER SUPPLY COMPANY 10220 MYKAWA HOUSTON TX 77048 | 1324 | $9,605.34 | (P) | $0.00 $9,605.34 | (P) (U) | INVALID PRIORITY CLAIM |
| 3 | AMBU INC 611 N HAMMONDS FERRY RD LINTHICUM MD 21090-1356 | 1895 | $264.65 | (P) | $264.65 | (U) | INVALID PRIORITY CLAIM |
| 4 | CELANESE LTD 1601 W LBJ FREEWAY ATT MARK CERICOLA DALLAS TX 75234 | 1547 | $9,247.49 $16,501.33 | (P) (U) | $25,748.82 | (U) | INVALID PRIORITY CLAIM |
| 5 | CLEARFIELD CITY CORPORATION 55 S STATE CLEARFIELD UT 84015 | 1772 | $106.00 | (P) | $106.00 | (U) | INVALID PRIORITY CLAIM |
| 6 | CLEARFIELD CITY CORPORATION 55 S STATE CLEARFIELD UT 84015 | 1773 | $73.87 | (P) | $73.87 | (U) | INVALID PRIORITY CLAIM |
| 7 | COMPRO PAINTING & DECORATING SERVICES IN 10 S 160 RAMM DR UNIT C NAPERVILLE IL 60564 | 2190 | $9,575.00 | (P) | $9,575.00 | (U) | INVALID PRIORITY CLAIM |
| 8 | ENSIGN THE FLORIST 1300 S CREST RD ROSSVILLE GA 30741 | 721 | $56.71 | (S) | $56.71 | (U) | INVALID PRIORITY CLAIM |
| 9 | H W FIORI & SON INC 407 JACK ST BALTIMORE MD 21225 | 858 | $58,427.00 | (P) | $58,427.00 | (U) | INVALID PRIORITY CLAIM |
| 10 | HAZMATPAC INC 5301 POLK BLDG #18 HOUSTON TX 77023 | 1690 | $187.34 | (P) | $187.34 | (U) | INVALID PRIORITY CLAIM |
| 11 | HERRON VALUE 103 ENTERPRISE DR ROYERSFORD PA 19468 | 1539 | $3,655.75 | (P) | $3,655.75 | (U) | INVALID PRIORITY CLAIM |
| 12 | IMES ENGINEERING INC 11843 MARKET PLACE AVE STE A BATON ROUGE LA 70816 | 1332 | $153.45 | (P) | $153.45 | (U) | INVALID PRIORITY CLAIM |
| 13 | INDUSTRIAL CONSTRUCTION INC 2929 S 18TH AVE SUITE D BROADVIEW IL 60155-4757 | 156 | $8,231.25 | (P) | $8,231.25 | (U) | INVALID PRIORITY CLAIM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

7/21/2003 6:33:23 PM

**In re: W.R. GRACE & CO.**
**OMNIBUS 1: EXHIBIT D - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 14 | J&J MANUFACTURING CO<br>PO BOX 6295<br>BEAUMONT TX 77725 | 38 | $957.80 | (P) | $957.80 | (U) | INVALID PRIORITY CLAIM |
| 15 | KENNETH TECHNOLOGY<br>9 BACORN RD<br>FLEMINGTON NJ 08822 | 1250 | $1,432.00 | (P) | $1,432.00 | (U) | INVALID PRIORITY CLAIM |
| 16 | MONUMENT ENVIRONMENTAL LLC<br>PO BOX 514<br>MONUMENT CO 80132 | 1235 | $3,241.05 | (P) | $3,241.05 | (U) | INVALID PRIORITY CLAIM |
| 17 | PENNONI ASSOCIATES INC<br>ATTN PETER J COOTE ESQUIRE<br>ONE DREXEL PLAZA 3001 MARKET ST<br>PHILADELPHIA PA 19104-2897 | 2776 | $1,232.50 | (P) | $1,232.50 | (U) | INVALID PRIORITY CLAIM |
| 18 | PUMP SPECIALTIES INC<br>9428 W 47TH ST<br>BROOKFIELD IL 60513 | 941 | $893.85 | (S) | $893.85 | (U) | INVALID PRIORITY CLAIM |
| 19 | ROBERT SHAUN HUGHEY DBA TECHNIQUE LAWN M<br>630 PARTON LN<br>RINGGOLD GA 30736 | 15179 | $3,807.73 | (P) | $3,807.73 | (U) | INVALID PRIORITY CLAIM |
| 20 | SILVERSON MACHINES INC<br>PO BOX 589<br>EAST LONGMEADOW MA 01028 | 963 | $5,367.00 | (P) | $0.00<br>$5,367.00 | (P)<br>(U) | INVALID PRIORITY CLAIM |
| 21 | SOUTHERN BAG CORPORATION<br>25 WOODGREEN PLACE<br>MADISON MS 39110 | 74 | $135,807.58 | (S) | $0.00<br>$135,807.58 | (S)<br>(U) | INVALID PRIORITY CLAIM |
| 22 | SPARKLE CLEAN<br>PO BOX 1355<br>SORRENTO FL 32776 | 1538 | $288.90 | (P) | $0.00<br>$288.90 | (P)<br>(U) | INVALID PRIORITY CLAIM |
| 23 | WILLIAMS SCOTSMAN INC<br>8211 TOWN CENTER DRIVE<br>BALTIMORE MD 21236 | 738 | $393.75 | (P) | $393.75 | (U) | INVALID PRIORITY CLAIM |

| | | | totals: | $136,758.14 | (S) | $0.00 | (S) |
|---|---|---|---|---|---|---|---|
| | | | | $117,107.87 | (P) | $0.00 | (P) |
| | | | | $16,501.33 | (U) | $270,367.34 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured      (T) - Total
(P) - Priority              (U) - Unsecured

# EXHIBIT E

# In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT E - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* Class** | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | ADVANCED VACUUM CO INC<br>1215 N BUSINESS PKWY<br>WESTMINSTER MD 21157 | 1362 | $1,953.41 | (U) | $1,583.13 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 2 | ADVANCED WASTE SERVICES INC<br>ATTN MARY ANN<br>1126 S 70TH ST #N508B<br>WEST ALLIS WI 53214 | 2348 | $3,489.72 | (U) | $814.72 | (U) | BALANCE OF CLAIM TRANSFERRED. REFER TO CLAIM 642. |
| 3 | ADVANCED WASTE SERVICES INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 642 | $8,561.25 | (U) | $2,675.00 | (U) | TRANSFER INDICATES LESSER AMOUNT. |
| 4 | CAMCAL COMPANY INC<br>1128 4TH AVE N<br>KENT WA 98032 | 2791 | $457.63 | (U) | $332.88 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 5 | CRENSHAW CORPORATION<br>1700 COMMERCE RD<br>PO BOX 24217<br>RICHMOND VA 23224-0217 | 1155 | $1,154.58 | (U) | $1,120.96 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES. |
| 6 | CROSS COUNTRY INC<br>ATTN RICHARD IVES TREASURER<br>PO BOX 5028<br>BOCA RATON FL 33431-0828 | 1758 | $131,805.94 | (U) | $128,138.07 | (U) | CREDITOR AGREED TO LESSER AMOUNT. |
| 7 | DOW CORNING CORPORATION<br>PO BOX 994 MAIL # CO 1242<br>MIDLAND MI 48686-0994 | 1740 | $16,094.40 | (U) | $16,094.40 | (U) | CLAIMED AMOUNT INCLUDES POTENTIAL INTEREST. |
| 8 | EMROSE DATA INC<br>25125 DETROIT RD STE 140<br>WESTLAKE OH 44145-2500 | 7199 | $1,090.37 | (U) | $665.47 | (U) | CLAIMED AMOUNT INCLUDES LATE FEES. |
| 9 | HAYES MECHANICAL INC<br>2160 N ASHLAND AVE<br>CHICAGO IL 60614 | 2404 | $2,447.92 | (U) | $2,272.33 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGE. |
| 10 | HUFFMAN LABORATORIES INC<br>4630 INDIANA ST<br>GOLDEN CO 80403 | 2714 | $10,872.03 | (U) | $10,711.00 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 11 | INTRANSCO INC<br>PO BOX 239<br>LYNNFIELD MA 000001940 | 2638 | $3,233.55 | (U) | $2,388.00 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT E - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 12 | ISCO INC 4700 SUPERIOR ST LINCOLN NE 68504 | 1541 | $1,429.51 | (U) | $1,425.26 | (U) | CLAIMED AMOUNT INCLUDES SALES TAX ON INVOICE 281290. TRANSASCTION IS NON-TAXABLE. |
| 13 | JOHN H CARTER CO INC LOBMAN CARNAHAN BATT ANGELLE & NADER 400 POYDRAS ST STE 2300 NEW ORLEANS LA 70130 | 1933 | $4,945.67 | (U) | $4,945.67 | (U) | CLAIMED AMOUNT INCLUDES POTENTIAL INTEREST. |
| 14 | JOHNSONS BROTHERS INC 5498 WALLINGFORD RD FLEMINGSBURG KY 41041 | 1518 | $21,677.83 | (U) | $21,568.12 | (U) | CLAIMED AMOUNT INCLUDES POST-PETITION INVOICE DISCOUNT TAKEN BY GRACE THAT VENDOR DID NOT ALLOW. |
| 15 | LESSARD ENVIRONMENTAL INC CORPORATE HEADQUARTERS 46R PRINCE ST DANVERS MA 01923 | 1086 | $445.02 | (U) | $392.10 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGE. |
| 16 | MCKENZIE PEST CONTROL INC 2699 WHITE RD STE 255 IRVINE CA 92614 | 771 | $1,000.00 | (U) | $500.00 | (U) | CLAIM TOTAL DOES NOT AGREE WITH SUPPORTING DOCUMENTS. |
| 17 | MID ATLANTIC LABEL INC 105 INDUSTRY LN PO BOX 363 FOREST HILL MD 21050 | 1109 | $5,352.14 | (U) | $4,396.08 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGE. |
| 18 | MID-AMERICA DYNAMICS INC 4513 LINCOLN AVE STE 200 LISLE IL 60532 | 2210 | $5,122.86 | (U) | $4,993.34 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 19 | MOLYCHEM LLC PO BOX 5063 ROCKFORD IL 61125-0063 | 971 | $63,211.59 | (U) | $53,947.91 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 20 | PALLET KING INC 1800 NW 22ND ST POMPANO BEACH FL 33069 | 4091 | $2,385.00 | (U) | $2,250.00 | (U) | CLAIMED AMOUNT INCLUDES SALES TAX. TRANSACTION IS NON-TAXABLE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured      (T) - Total
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO.
## OMNIBUS 1: EXHIBIT E - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 21 | PENNSYLVANIA STEEL CO INC<br>1717 WOODHAVEN DR<br>BENSALEM  PA  19020 | 2805 | $479.00 | (U) | $456.19 | (U) | CLAIMED AMOUNT INCLUDES SALES TAX. TRANSACTION IS NON-TAXABLE. |
| 22 | PERKS WELDING CO INC<br>2699 WHITE RD STE 255<br>IRVINE  CA  92614 | 636 | $2,607.43 | (U) | $2,509.57 | (U) | CLAIM TOTAL DOES NOT AGREE WITH SUPPORTING DOCUMENTS. |
| 23 | SAFETY HOUSE LLC<br>2010 ENTERPRISE BLVD<br>LAKE CHARLES  LA  70601 | 2123 | $17,656.76 | (U) | $12,997.62 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 24 | SENIOR PRODUCTS A DIV POLYDISC INC<br>PO BOX 342<br>CROWN POINT  IN  46308 | 889 | $11,853.41 | (U) | $8,312.80 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 25 | TESTING ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE  CA  92614 | 640 | $1,274.00 | (U) | $168.00 | (U) | TRANSFER INDICATES LESSER AMOUNT. |
| 26 | TRANS-COASTAL INDUSTRIES INC<br>PO BOX 88280<br>ATLANTA  GA  30356 | 1647 | $35,435.01 | (U) | $35,434.00 | (U) | CREDITOR MADE ERROR IN CALCULATION. |
| 27 | UNDERWOOD AIR SYSTMES INC<br>PO BOX 44261<br>ATLANTA  GA  30336 | 58 | $11,916.93 | (U) | $11,740.82 | (U) | CLAIMED AMOUNT INCLUDES FINANCE CHARGE. |
| | totals: | | $367,952.96 | (U) | $332,833.44 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT F

All responses are to be served upon:
James W. Kapp III, Janet S. Baer, and Christian J. Lane
Kirkland & Ellis LLP
200 East Randolph Drive, Chicago, Illinois 60601 and
Scotta E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor, Wilmington, Delaware 19801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

Hearing Date: August 25, 2003 at 12:00 p.m.
Responses Due: August 8, 2003

**\*02104488511622\***
ACME CONTROL SERVICE INC
6140 W HIGGINS
CHICAGO IL 60630

02104488511622 Basis For Objection:
OTHER (INDIVIDUAL CLAIM OBJECTION)

Reason for Proposed Disallowance:
INVALID CLAIM. SUBMITTED AFTER TRANSFER WAS FILED. REFER
TO COURT DOCKET #1144

| | | Claim Data | | |
|---|---|---|---|---|
| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
| 01-01139 | 1080 | 7/1/2002 | $180.65 | (U) |

## OMNIBUS 1: EXHIBIT F - SAMPLE NOTICE

### NOTICE OF FILING
### DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

  **PLEASE TAKE NOTICE** that on or about July 21, 2003, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' First Omnibus Objection to Claims (Substantive) (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

| *Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees. | **(A) - Administrative<br>(P) - Priority | (S) - Secured<br>(U) - Unsecured | (T) - Total |
|---|---|---|---|

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the First Omnibus Objection (with all exhibits): (i) the U.S. Trustee, (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, BMC will serve a copy of the First Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the First Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the First Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888)909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1.      A hearing on the First Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **August 25, 2003 at 12:00 p.m.** (the "Claims Hearing").

2.      Any party wishing to oppose the relief requested in the First Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Janet S. Baer, James W. Kapp III, and Christian Lane, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: Scotta McFarland, Esq., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19801 so as to be received on or before **August 8, 2003 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.      If no response is filed, served and received by August 8, 2003, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the First Omnibus Objection.

4.      Any response should contain the following:

    (i)      a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

    (ii)     the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

    (iii)    the claim number(s) of the claim objection(s) to which the response is directed;

    (iv)    the specific factual basis and supporting legal argument upon which the party will rely in opposing the First Omnibus Objection; and

    (v)     any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.      If you file a response to the First Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.      You need not respond to the First Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the First Omnibus Objection. If you do not timely file and serve a response to the First Omnibus Objection, the relief requested in the First Omnibus Objection will be granted without further notice to you. Failure to timely file a response to the First Omnibus Objection shall be deemed (i) waiver of your right to respond to the First Omnibus Objection and (ii) your consent to the relief requested in the First Omnibus Objection respecting your Claim.

7.      The Debtors reserve the right to object in the future to any of the claims set out in the exhibits or the body of the First Omnibus Objection on any grounds. Separate notice and hearing will be scheduled for any such objection. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the First Omnibus Objection, please call Kirkland & Ellis LLP at (312) 616-6202.**

Wilmington, Delaware
Dated: July 21, 2003      Respectfully submitted,

KIRKLAND & ELLIS LLP     and     PACHULSKI, STANG, ZIEHL, YOUNG,
James H.M. Sprayregen, P.C.              JONES & WEINTRAUB P.C.
James W. Kapp III                                    /s/
Janet S. Baer                                    Laura Davis Jones (Bar No. 2436)
Christian J. Lane                                Scotta McFarland (Bar No. 4184)
200 East Randolph Drive                  Paula A. Galbraith (Bar No. 4258)
Chicago, IL 60601-6636                    919 N. Market Street, 16th Floor
(312) 861-2000 (telephone)              P.O. Box 8705
(312) 861-2200 (facsimile)                Wilmington, Delaware 19801
                                                            (302) 652-4100 (telephone)
                                                            (302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No.** |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the First Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the First Omnibus Objection and all responses thereto; and due and proper notice of the First Omnibus Objection having been given, it is hereby

ORDERED that the relief sought in the First Omnibus Objection, as detailed in Exhibits A, B, C, D and E attached hereto, is GRANTED; and it is further

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Capitalized terms used but not defined herein are as defined in the Debtors' First Omnibus Objection.

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved.

Dated: _____, 2003

_____

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge