IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

      I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on July 22, 2003. I certify further that I caused the service of the:

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO NINETEENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 [RE: DOCKET NO. 3968]**

was made on the following parties on the attached list in the manner indicated.

_____
Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 22nd day of July, 2003.

_____
NOTARY

NOTARIAL SEAL
MELISSA N. BISACCIA
Notary Public - State of Delaware
Date of Appointment: February 12, 2002
My Commission Expires: February 12, 2004

KRLSWIL 37147.1

**W.R. GRACE FEE APP.**

**(Electronic Mail)**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
     **(Counsel to Post-Petition Lender)**

**(Electronic Mail)**
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
     **(Debtor's counsel)**

**(Electronic Mail)**
W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
     **(Debtor)**

**(Federal Express & Electronic Mail)**
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, SUite 4080
Dallas, TX 75201
     **(Fee Auditor)**

**(Electronic Mail)**
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
     **(Official Committee of Property Damage Claimants)**

**(Electronic Mail)**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
     **(Official Committee of Unsecured Creditors)**

**(Electronic Mail)**
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
     **(Official Committee of Personal Injury Claimants)**

**(Electronic Mail)**
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
     **(Official Committee of Personal Injury Claimants)**

**(Hand Delivery)**
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
     **(U.S. Trustee)**

**(Electronic Mail)**
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
     **(Official Committee of Unsecured Creditors)**

**(Electronic Mail)**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
     **(Counsel to Post-Petition Lender)**

**(Electronic Mail)**
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE  19899-8705
    **(Debtor's counsel)**

**(Electronic Mail)**
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE  19899
    **(Official Committee of Property Damage Claimants)**

**(Electronic Mail)**
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
    **(Official Committee of Personal Injury Claimants)**