**W. R. Grace 2nd Supplemental Service List**
Case No. 01-1139 (JKF)
01 -- Overnight Delivery


***Overnight Delivery***
Carl J. Pernicone
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639