IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 28, 2003 AT 12:00 P.M.

## CONTINUED MATTERS

1.  Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    **Related Documents:**

    a.  [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    **Response Deadline:** Extended through August 8, 2003 at 4:00 p.m. for the Debtors

    **Responses Received:** None as of the date of this Notice of Agenda.

    **Status:** The parties are continuing to work on a resolution to this matter and respectfully request that this matter be continued to the August omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## UNCONTESTED MATTERS

2.      Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Docket No. 3940)

**Related Documents:**

a.      [Proposed] Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Docket No. 3940)

b.      Certification of No Objection Regarding Docket No. 3940 (Docket No. 4064)

**Response Deadline:** July 11, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

3.      Motion of Summit Ventures, LLC. To Compel Debtor to Assume Executory Contract Pursuant to 11 U.S.C. 365(d)(2) (Docket No. 3943)

**Related Documents:**

a.      [Proposed] Order Granting Motion to Compel Debtor to Assume Executory Contract Pursuant to 11 U.S.C. 365(d)(2) (Docket No. 3943)

b.      Certification of Counsel Regarding Stipulation and Agreed Order Resolving the Motion of Summit Ventures, LLC (Docket No. 4051)

**Response Deadline:** July 14, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** The parties have reached a resolution on this matter and an agreed proposed order has been filed under certification of counsel. Should the court approve the proposed order before the hearing, this matter will not go forward.

4.      Joint Motion of Debtors and ZAI Claimants to Increase Budget for ZAI Science Trial (Docket No. 3963)

**Related Documents:**

a.      [Proposed] Order (Docket No. 3963)

**Response Deadline:** July 11, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** This matter will be going forward.

## CONTESTED MATTERS

5.    Motion of Yessenia Rodriguez and Carlos Nieves Relief From the Stay Provided By 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3707)

**Related Documents:**

a.    [Proposed] Order (Docket No. 3707)

**Response Deadline:** May 11, 2003 at 4:00 p.m. *(Extended until July 11, 2003 at 4:00 p.m.)*

**Responses Received:**

a.    Debtor's Objection to Yessenia Rodriguez's and Carlos Nieves' Motion to Lift Automatic Stay (Docket No. 4046)

**Status:** This matter will be going forward.

6.    Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3937)

**Related Documents:**

a.    [Proposed] Order (Docket No. 3937)

**Response Deadline:** July 11, 2003 at 4:00 p.m.

**Responses Received:**

a.    Debtors' Objection to Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. § 362 of the Bankruptcy Code (Docket No. 4055)

b.    Motion for Leave to File Reply to Objection *[filed by counsel for Robert Costa and Ronald Thornburg]* (Docket No. 4079)

c.    Reply Memorandum in Support of the Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 4080)

**d.    Appendix for Reply Memorandum in Support of the Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. § 362 of the Bankruptcy Court (Docket No. 4086)**

**Status:** This matter will be going forward.

7.      Motion for the Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions into the Trust Funding the Defined Benefit Plans Covering Debtors' Employees (Docket No. 3944)

**Related Documents:**

a.      [Proposed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions into the Trust Funding the Defined Benefit Plans Covering Debtors' Employees (Docket No. 3944)

b.      Affidavit of W. Brian McGowan In Support of the Debtors' Motion for an Order Authorizing, But Not Requiring, the Debtors to Make Contributions into the Trust Funding the Defined Benefit Plans Covering Debtors' Employees (Docket No. 3953)

**Response Deadline:** July 11, 2003 at 4:00 p.m. *(Extended until July 15, 2003 for the Property Damage Committee and the Official Committee of Unsecured Creditors)*

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** No objections to this matter were filed, however, two of the committees raised concerns directly with the Debtors. The Debtors believe that these concerns have been resolved and intend to submit a revised form of order at, or prior to, the hearing.

## PENDING MATTERS

8.      Certification of Counsel Regarding Stipulation and Agreed Order By and Among BSFS Equipment Leasing, Daleen Technologies, Inc. and W. R. Grace & Co.-Conn. [Item No. 4 on 6/17/03 Agenda] (Docket No. 3886)

**Status:** At the June omnibus hearing the Court stated that the proposed order on this matter was signed. No order has been entered on the docket so this item is included on the agenda in the event the Court has any outstanding issues.

9.      Certification of Counsel Regarding Seventh Quarter Project Category Summary and Order Approving Quarterly Fee Application for the Seventh Interim Fee Period and Certain Prior Amounts [Item No. 5 from 6/17/03 Agenda (Docket No. 3854)

**Status:** At the June omnibus hearing the Court stated that the proposed order on this matter was signed. No order has been entered on the docket so this item is included on the agenda in the event the Court has any outstanding issues.

Dated: July 11, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession