IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 |
| | ) | **Jointly Administered** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Martin J. Weis (the "Movant"), a member in good standing of the Bar of the State of Delaware, and the Bar of the Supreme Court of Pennsylvania, an attorney admitted to practice before the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit, and a partner in the law firm of Dilworth Paxson LLP ("Dilworth"), maintaining an office in this District at First Federal Plaza, Suite 500, Wilmington, Delaware 19801, hereby moves this Court for entry of an order permitting Peter Wilson Chatfield, Esquire (the "Admittee") to practice *pro hac vice* before the United States Bankruptcy Court for the District of Delaware, to represent, Robert Costa and Ronald Thornburg, pursuant to Local Rule 83.5(c) of the United States District Court for the District of Delaware. In support of this Motion, the Movant states as follows:

1. Mr. Chatfield is admitted, practicing, and in good standing in the State of Maryland and the District of Columbia. In addition, there are no disciplinary proceedings against him.

2. Attached as Exhibit A is a certificate of the Admittee pursuant to DEL. BANKR. LR 83.5(c) and 83.6(i).

504229_1

3. Movant requests that this Court allow this Motion so that the Admittee may file pleadings and appear and be heard at hearings in these chapter 11 cases.

WHEREFORE, the Movant requests that this Court enter the attached proposed order and such other relief as this Court deems just and proper.

                DILWORTH PAXSON LLP

By:   /s/ Martin J. Weis, Esquire
       Martin J. Weis, Esquire
       I.D. No. 4333
       First Federal Plaza
       Suite 500
       Wilmington, DE  19801
       (302) 571-9800

504229_1