# **EXHIBIT A**

### **CERTIFICATE OF ADMITEE**

     The Admittee certified that he or she is eligible for admission <u>pro</u> <u>hac</u> <u>vice</u> to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the prosecution of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                    By:    <u>/s/ Peter Wilson Chatfield, Esquire</u>
                                                     Peter Wilson Charfield, Esquire
                                                     Phillips & Cohen LLP
                                                   2000 Massachusetts Ave., NW
                                                   Washington, D.C.  20036
                                                   (202) 833-4567

504252_1