IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 14, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

June 30, 2003
Invoice No. 20276
Client No.  734680

For Professional Services Rendered through   06/30/03

Matter #          734680.1        VS. ALLIED SIGNAL

## Litigation and Litigation Consulting

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/03 | KLW | Research re issue concerning bond/security for injunction | 2.20 | 550.00 |
| 06/02/03 | JMA | Phone - Special Master re:  scheduling meeting | .40 | 136.00 |
| 06/02/03 | JMA | Meeting with C. Marraro at Site | 1.50 | 510.00 |
| 06/02/03 | JMA | Meeting with C. Marraro re: meeting with Jersey City officials | .50 | 170.00 |
| 06/02/03 | JMA | Meeting with Jersey City officials and C. Marraro re: impact of Trial Court Decision | 3.00 | 1020.00 |
| 06/02/03 | JMA | Phone – C. Marraro and R. Senftleben re: development issues | .60 | 204.00 |
| 06/02/03 | JMA | Phone - K. Millian and C. Marraro re: meeting with Special Master | .40 | 136.00 |
| 06/02/03 | JMA | Meeting with C. Marraro re: issues for Special Master | 1.00 | 340.00 |
| 06/03/03 | JMA | Phone - R. Senftleben re: April and May 2003 billings; review printout of May billing | .50 | 170.00 |
| 06/03/03 | JMA | Phone - D. Mairo re: meeting with Special Master | .30 | 102.00 |
| 06/03/03 | JMA | Phone - C. Marraro re: meeting with Special Master and work plan issues | .40 | 136.00 |
| 06/03/03 | JMA | Phone - D. Mairo re: agenda/attendees for meeting with Special Master | .20 | 68.00 |
| 06/03/03 | JMA | Phone - D. Mairo re: meeting with Special Master | .20 | 68.00 |
| 06/03/03 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh | .30 | 102.00 |
| 06/03/03 | JMA | Conference with RCS re: pleadings in pending Hudson County chrome case | .40 | 136.00 |

```
W.R. GRACE & COMPANY                                June 30, 2003
Client No.              734680                  Page      2
INVOICE NO.             20276
```

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/03/03 | JMA | Letter to R. Senftleben re: April and May 2003 billings | .30 | 102.00 |
| 06/03/03 | JMA | Phone - C. Marraro re: issues for discussion with Special Master | .30 | 102.00 |
| 06/03/03 | JMA | Phone - C. Marraro re: scheduling conference call with client | .20 | 68.00 |
| 06/03/03 | JMA | Conference call with B. Corcoran, R. Senftleben, C. Marraro re: status of Special Master's progress | .60 | 204.00 |
| 06/03/03 | JMA | Phone - counsel for Special Master re: scheduling meeting with Special Master | .40 | 136.00 |
| 06/03/03 | JMA | Phone - C. Marraro re: meeting with Special Master and issues for meeting | .60 | 204.00 |
| 06/03/03 | RCS | Meetings with JMA re: pending Hudson County chromium case. | .30 | 63.00 |
| 06/03/03 | RCS | Telephone communication with Barbara Banks re: pending Hudson County chromium case. | .30 | 63.00 |
| 06/03/03 | RCS | Research U.S. District Court for District of New Jersey website for pending Hudson County chromium contamination cases. | 1.00 | 210.00 |
| 06/03/03 | RCS | Receipt and review of docket proceedings for pending Hudson County chromium case. | .50 | 105.00 |
| 06/03/03 | RCS | Telephone communications to Clerk's office re: pending Hudson County chromium case. | .30 | 63.00 |
| 06/04/03 | JMA | Multiple conversations with C. Marraro and counsel for Special Master re: scheduling initial meeting between Grace Defendants and Special Master | 1.80 | 612.00 |
| 06/04/03 | JMA | Review preliminary Work Plan prepared by K. Brown | 3.90 | 1326.00 |
| 06/04/03 | JMA | Phone - C. Marraro re: meeting with Special Master and agenda | .50 | 170.00 |
| 06/04/03 | JMA | Phone - C. Marraro re: appeal issues | .20 | 68.00 |
| 06/04/03 | JMA | Receipt and review letter from Honeywell's counsel to Judge Cavanaugh; phone - C. Marraro re: same | .50 | 170.00 |

```
W.R. GRACE & COMPANY                             June 30, 2003
Client No.            734680              Page      3
INVOICE NO.           20276
```

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/04/03 | RCS | Review Hudson County chromium case at Clerk's office. | 7.50 | 1575.00 |
| 06/05/03 | JMA | Phone - counsel to Special Master; phone - C. Marraro re: meeting with Special Master | .60 | 204.00 |
| 06/05/03 | RCS | Review of docket entries and notes from file review of Hudson County chromium case. | 1.00 | 210.00 |
| 06/05/03 | RCS | Correspondence to Clerk's office re: obtaining copies of certain docket entries. | .30 | 63.00 |
| 06/06/03 | JMA | Multiple phone calls with counsel for Special and C. Marraro re: scheduling | 1.00 | 340.00 |
| 06/06/03 | JMA | Conference with MEF re: preparation of RCRA Fee Petition | .50 | 170.00 |
| 06/06/03 | JMA | Conference with RCS re: RCRA Fee Petition | .20 | 68.00 |
| 06/06/03 | RCS | Receipt and detailed analysis of Draft Work Plan for Remediation; revise and edit same. | 8.50 | 1785.00 |
| 06/06/03 | RCS | Multiple telephone communications with Bill Hughes, Esq. re: revisions to Draft Work Plan for Remediation. | .80 | 168.00 |
| 06/06/03 | RCS | Telephone communication to Javonda Kelly re: Draft Work Plan for Remediation. | .20 | 42.00 |
| 06/07/03 | JMA | Receipt and review letter from D. Mairo, counsel for Special Master, re: meeting | .20 | 68.00 |
| 06/07/03 | JMA | Review of and revisions to final draft of ECARG's proposed Work Plan | 2.90 | 986.00 |
| 06/07/03 | JMA | Receipt and review email from M. Golladay - S.I. Group re: Work Plan; receipt and review email from B. Hughes re: same | .30 | 102.00 |
| 06/07/03 | JMA | Receipt and review email from D. Mairo, counsel for Special Master | .10 | 34.00 |
| 06/07/03 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 34.00 |
| 06/07/03 | JMA | Receipt and review letter from Judge Cavanaugh re: Special Master application to retain counsel | .20 | 68.00 |
| 06/07/03 | MEF | Conference with JMA re: preparation of RCRA fee petition. | .50 | 112.50 |

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.            734680              Page      4
INVOICE NO.           20276
```

06/07/03 RCS Meeting with John Agnello, Esq. re: RCRA fee           .20      42.00
             petition.

06/08/03 JMA Phone - C. Marraro re: revisions to ECARG's           .50     170.00
             proposed Work Plan

06/09/03 JMA Review Amended Opinion, 5/15/03 Order and Order      2.00     680.00
             Appointing Special Master in preparation for
             meeting with Special Master

06/09/03 JMA Conference with C. Marraro re: prepare for            .70     238.00
             meeting with Special Master

06/09/03 JMA Attend meeting with Special Master and his          1.80     612.00
             counsel

06/09/03 JMA Meeting with C. Marraro re: role of Special         3.50    1190.00
             Master, ECARG's Work Plan

06/09/03 JMA Conference with C. Marraro and R. Senftleben        1.00     340.00
             re: ECARG Work Plan, role of Special Master,
             contents of Amended Opinion and Order

06/09/03 JMA Phone - C. Marraro and K. Millian re: role of         .40     136.00
             Special Master

06/09/03 JMA Phone - Special Master's counsel                      .20      68.00

06/09/03 RCS Telephone communication with Bill Hughes, Esq.        .50     105.00
             re: RCRA fee petition.

06/09/03 RCS Correspondence from Bill Hughes, Esq. re: RCRA        .20      42.00
             fee petition.

06/09/03 RCS Telephone communication to Rebecca Schuller,          .20      42.00
             Esq. re: RCRA fee petition.

06/09/03 RCS Meeting with John Agnello, Esq. re: potential         .40      84.00
             objection to appointment of Special
             Master/standard of review.

06/09/03 RCS Telephone communications with Mike Williams,          .70     147.00
             Esq. re: potential objection to appointment of
             Special Master/standard of review.

06/09/03 RCS Research re: standard of review for appointment     3.50     735.00
             of Special Master.

06/09/03 RCS Research relevant caselaw re: obtaining             3.50     735.00
             attorneys fees and costs for success under RCRA
             claim.

```
W.R. GRACE & COMPANY                            June 30, 2003
Client No.              734680          Page       5
INVOICE NO.             20276
```

| | | | |
|---|---|---|---|
| 06/10/03 JMA | Review Federal Rule 53 - Special Masters and comments | 1.00 | 340.00 |
| 06/10/03 JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Special Master Application | .20 | 68.00 |
| 06/10/03 JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: form of Judgment | .30 | 102.00 |
| 06/10/03 JMA | Receipt and review email from C. Marraro re: conference call with client | .10 | 34.00 |
| 06/10/03 JMA | Conference with C. Marraro and R. Senftleben re: preparation for meeting with Special Master and all counsel | 1.50 | 510.00 |
| 06/10/03 JMA | Attend meeting with Special Master and counsel for all parties | 2.00 | 680.00 |
| 06/10/03 JMA | Conference call with clients re: results of meeting with Special Master, et al. | .50 | 170.00 |
| 06/10/03 JMA | Meeting with C. Marraro and R. Senftleben re: role of Special Master | 3.00 | 1020.00 |
| 06/10/03 JMA | Letter to Judge Cavanaugh re: Special Master Application to Retain Counsel | .40 | 136.00 |
| 06/10/03 RCS | Continued research re: writ of mandamus as vehicle for challenging appointment of special master. | .50 | 105.00 |
| 06/10/03 RCS | Meeting with John Agnello, Esq., Chris Marraro, Esq. and Rick Senftleben, Esq. and telephone conference with Mike Williams, Esq. re: challenge to appointment of special master. | .50 | 105.00 |
| 06/10/03 RCS | Continued research re: obtaining attorneys' fees and costs for success under RCRA | 2.40 | 504.00 |
| 06/10/03 JF | Organize files for offsite storage | 2.40 | 180.00 |
| 06/11/03 JMA | Conference with C. Marraro and M. Williams re: Rule 53 | .80 | 272.00 |
| 06/11/03 JMA | Conference call with C. Marraro, R. Senftleben, Grace Consultants re: Honeywell Work Plan | 1.00 | 340.00 |
| 06/11/03 JMA | Phone - C. Marraro and R. Senftleben re: Honeywell and ECARG Work Plans | 1.00 | 340.00 |

W.R. GRACE & COMPANY                          June 30, 2003
Client No.        734680                      Page    6
INVOICE NO.       20276


06/11/03 JMA Receipt and review letter from D. Mairo with      .30   102.00
             DEP fax

06/11/03 JMA Phone - Special Master's Counsel re: role of      .40   136.00
             Special Master, ECARG's Work Plan

06/11/03 JMA Phone - C. Marraro re: Honeywell objections to    .30   102.00
             Final Judgment

06/11/03 JMA Phone - C. Marraro re: DEP fax regarding          .50   170.00
             cleanup levels

06/11/03 JMA Phone - C. Marraro re: role of Special Master     .80   272.00

06/11/03 MEF Conference with JMA & RCS re: RCRA fee            .20    45.00
             petition.

06/11/03 RCS Correspondence to and from Barbara Banks re:      .40    84.00
             Valley Fair Building video.

06/11/03 RCS Research re: scope of powers of Special Master   3.50   735.00
             under Court's Order, Amended Opinion and case
             law.

06/11/03 RCS Continued research re: attorneys' fees and       3.50   735.00
             costs for RCRA fee petition.

06/11/03 RCS Correspondence from Bill Hughes, Esq. re:         .30    63.00
             "Laffey rates" for filing RCRA fee petition.

06/11/03 RCS Correspondence to Bill Hughes, Esq. re: case      .20    42.00
             law on RCRA fee petition.

06/11/03 RCS Telephone communication with Steve German, Esq.   .20    42.00
             re: RCRA fee petition.

06/11/03 RCS Meeting with John Agnello, Esq. and Melissa       .30    63.00
             Flax, Esq. re: memo for RCRA fee petition.

06/11/03 RCS Telephone communication from Mike Williams,       .40    84.00
             Esq. re: research on scope of powers of Special
             Master.

06/12/03 JMA Receipt and review letter from D. Field to        .10    34.00
             Clerk

06/12/03 JMA Receipt and review Notice of Motion to admit      .90   306.00
             Arnold & Porter, attorneys pro hac vice,
             Certification of D. Field, Certification of M.
             Daneker, Certification of D. Milch, proposed
             Order

```
W.R. GRACE & COMPANY                               June 30, 2003
Client No.              734680              Page       7
INVOICE NO.             20276
```

| | | | | |
|---|---|---|---|---|
| 06/12/03 JMA | Phone conference with K. Millian and C. Marraro re: response to Honeywell objections to Final Judgment; phone - C. Marraro re: same | .60 | 204.00 |
| 06/12/03 JMA | Receipt and review email from R. Senftleben re: strategy | .30 | 102.00 |
| 06/12/03 JMA | Receipt and review email from M. Williams re: Special Master issues | .40 | 136.00 |
| 06/12/03 JMA | Receipt and review email from B. Hughes re: fee petition | .30 | 102.00 |
| 06/12/03 JMA | Receipt and review two letters from D. Field re: conference call with Judge Cavanaugh; letter to D. Field re: same | .80 | 272.00 |
| 06/12/03 JMA | Receipt and review email from R. Senftleben re: strategy | .20 | 68.00 |
| 06/12/03 JMA | Phone - D. Field re: conference call | .20 | 68.00 |
| 06/12/03 JMA | Phone - Judge Cavanaugh's chambers re: participants in conference call | .30 | 102.00 |
| 06/12/03 JMA | Phone - C. Marraro re: role of Special Master | 1.00 | 340.00 |
| 06/12/03 RCS | Meeting with John Agnello, Esq. and telephone conference with Chris Marraro, Esq. and Mike Williams, Esq. re: scope of powers of Special Master. | .70 | 147.00 |
| 06/12/03 RCS | Correspondence from Bill Hughes, Esq. re: case law interpreting RCRA fee petition. | .30 | 63.00 |
| 06/12/03 RCS | Continued research re: scope of authority of Special Master. | 1.50 | 315.00 |
| 06/12/03 RCS | Continued research of case law re: RCRA fee petitions and format for filing the petition. | 1.50 | 315.00 |
| 06/12/03 RCS | Telephone communications with Mike Williams, Esq. re: scope of authority of Special Master and preparation of memorandum of law. | 1.00 | 210.00 |
| 06/12/03 JF | Review index of files stored offsite | .30 | 22.50 |
| 06/13/03 JMA | Phone - Judge Cavanaugh's chambers re: 6/18/03 conference call | .20 | 68.00 |
| 06/13/03 JMA | Phone - D. Field's secretary | .10 | 34.00 |

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.            734680                       Page    8
INVOICE NO.           20276


06/13/03 JMA Phone - C. Marraro re: 6/18/03 conference call     .30    102.00

06/13/03 JMA Phone - Counsel for Special Master re:             .60    204.00
             conference call and parties' interaction with
             Special Master

06/13/03 JMA Letter to D. Field re: conference call with        .20     68.00
             Special Master

06/13/03 JMA Phone - D. Field re: conference call with          .10     34.00
             Special Master

06/13/03 JMA Letter to Judge Cavanaugh re: response to         2.80    952.00
             Honeywell objections to Final Judgment

06/13/03 JMA Revisions to letter to Judge Cavanaugh and        1.70    578.00
             Special Master

06/13/03 JMA Phone - C. Marraro re: response letter to Judge    .40    136.00
             Cavanaugh

06/13/03 JMA Letter to Special Master re: proposed Final        .30    102.00
             Judgment

06/13/03 JMA Phone - counsel for Special Master re: Final       .20     68.00
             Judgment

06/13/03 JMA Phone - C. Marraro re: response to Honeywell       .40    136.00
             objections to Final Judgment

06/13/03 JMA Review of citations referenced in letter from     2.60    884.00
             K. Millian to Judge Cavanaugh re: Final
             Judgment

06/13/03 MEF Review and revise letter to Judge Cavanuagh re:    .40     90.00
             objections to Honeywell's proposed form of
             judgment.

06/14/03 RCS Receipt and review of partially completed         3.50    735.00
             memorandum from Mike Williams, Esq. re: scope
             of authority for Special Master and Fed. R.
             Civil Proc. 53; prepare additional sections to
             memorandum.

06/14/03 RCS Receipt and review of certain exhibits from        .20     42.00
             Barbara Banks for review by Special Master.

06/14/03 RCS Receipt and review of partially complete          3.50    735.00
             memorandum from Mike Williams, Esq. re: Scope
             of Authority for Special Master and Fed. R.
             Civil Proc. 53; prepare additional sections to
             memorandum.

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680                  Page      9
INVOICE NO.             20276

06/16/03 JMA Phone - C. Marraro re: effect of              .80    272.00
             discussions/actions/interactions with Special
             Master

06/16/03 JMA Phone - counsel for Special Master            .20     68.00

06/16/03 JMA Review plaintiffs' proposed Work Plan for    2.70    918.00
             remediation at the Site and compare with
             ECARG's Work Plan

06/16/03 JMA Phone - Special Master's counsel's office     .10     34.00

06/16/03 JMA Letter to Special Master; revisions to letter 1.00   340.00
             to Special Master

06/16/03 JMA Phone - C. Marraro re: letter to Special Master .50  170.00
             and letter to all counsel

06/16/03 JMA Phone - C. Marraro re: Honeywell Notice of    .30    102.00
             Appeal

06/16/03 JMA Receipt and review letter from D. Field to    .30    102.00
             Judge Cavanaugh with Notice of Appeal

06/16/03 JMA Receipt and review letter from D. Field to    .20     68.00
             Clerk, District Court

06/16/03 JMA Receipt and review letter from D. Field       .20     68.00

06/16/03 JMA Receipt and review Notice of Appeal           .20     68.00

06/16/03 JMA Review of and comments to C. Marraro's letter 1.50   510.00
             to all counsel

06/17/03 JMA Review NJDEP regulations                      .40    136.00

06/17/03 JMA Conference with RCS re: regulations cited by  .40    136.00
             Honeywell re: financial assurances

06/17/03 JMA Letter to Special Master re: financial       1.50    510.00
             assurances

06/17/03 JMA Revisions to letter to Special Master re:     .70    238.00
             financial assurances

06/17/03 JMA Phone - C. Marraro re: letter to Special Master .40  136.00
             re: financial assurances

06/17/03 JMA Receipt and review Honeywell proposal re:     .60    204.00
             financial assurances

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.          734680               Page      10
INVOICE NO.         20276
```

| | | | |
|---|---|---|---|
| 06/17/03 JMA | Receipt and review Honeywell's First Monthly Progress Report | .30 | 102.00 |
| 06/17/03 JMA | Phone - C. Marraro re: strategy | .50 | 170.00 |
| 06/17/03 JMA | Phone - C. Marraro re: financial assurances | .30 | 102.00 |
| 06/17/03 JMA | Review Honeywell position letter re: financial assurances | .40 | 136.00 |
| 06/17/03 JMA | Review news articles re: Judge Cavanaugh's Decision and Honeywell's financial position | .50 | 170.00 |
| 06/17/03 JMA | Phone - C. Marraro re: financial assurances | .40 | 136.00 |
| 06/17/03 JMA | Phone - C. Marraro and K. Millian re: financial assurances | .40 | 136.00 |
| 06/17/03 JMA | Receipt and review letter from B. Terris to Special Master | .20 | 68.00 |
| 06/17/03 RCS | Review copy of Grace Trial Exhibit 1021, Mellick Tully Videotape to verify for accuracy - to be provided to Special Master; partial review of original videotape. | .60 | 126.00 |
| 06/17/03 RCS | Meetings with John Agnello, Esq. re: financial assurance issues raised by Honeywell. | .60 | 126.00 |
| 06/17/03 RCS | Receipt and review of Honeywell's position on financial assurances. | .40 | 84.00 |
| 06/17/03 RCS | Research legal authority for Honeywell's position on financial assurances through NJ Administrative Code and Code of Federal Regulations. | 2.50 | 525.00 |
| 06/17/03 RCS | Correspondence to Bill Hughes, Esq. re: RCRA fee petition. | .20 | 42.00 |
| 06/17/03 RCS | Correspondence from Barbara Banks re: RCRA fee petition. | .20 | 42.00 |
| 06/18/03 JMA | Phone - C. Marraro re: conference call with Judge Cavanaugh | .30 | 102.00 |
| 06/18/03 JMA | Conference call with Judge Cavanaugh, Special Master and all counsel | .60 | 204.00 |
| 06/18/03 JMA | Phone - C. Marraro re: conference call with Judge Cavanaugh, et al. | .40 | 136.00 |

W.R. GRACE & COMPANY                          June 30, 2003
Client No.              734680          Page      11
INVOICE NO.             20276


06/18/03 JMA Phone - C. Marraro re: Riverkeeper suit          .40    136.00

06/18/03 JMA Phone conference with C. Marraro and            .30    102.00
             plaintiffs' counsel, S. German re: Riverkeeper
             suit

06/18/03 JMA Phone - counsel for Special Master re: site     .40    136.00
             visit, effect of interaction with Special
             Master

06/18/03 JMA Phone - C. Marraro re: financial assurances and .80    272.00
             interaction with Special Master

06/18/03 JMA Receipt and review letter from counsel for      .20     68.00
             Special Master re: effect of interactions with
             Special Master

06/18/03 JMA Receipt and review pro hac vice Order - Daneker .20     68.00
             and Milch

06/18/03 JMA Receipt and review letter from C. Marraro to    .40    136.00
             all counsel re: effect of interactions with
             Special Master

06/18/03 JMA Review cases re: RCRA fee applications          .50    170.00

06/18/03 JMA Conference with MEF and RCS re: preparation of  .50    170.00
             RCRA fee application

06/18/03 JMA Phone - counsel for special Master              .30    102.00

06/18/03 JMA Receipt and review news article re: cleanup     .40    136.00

06/18/03 JMA Receipt and review letter from counsel for      .20     68.00
             Special Master re: site visit

06/18/03 JMA Receipt and review SI Group estimate of first   .30    102.00
             year  remediation costs

06/18/03 JMA Phone - C. Marraro re: SI Group estimate of     .40    136.00
             first year remediation costs

06/18/03 JMA Receipt and review list of Grace environmental  .30    102.00
             consultants

06/18/03 JMA Review of and comments to letter to Special     .30    102.00
             Master re: Grace environmental consultants

06/18/03 JMA Receipt and review Notice from Clerk re: Notice .20     68.00
             of Appeal

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.              734680          Page       12
INVOICE NO.             20276
```

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/03 | MEF | Conference with JMA & RCS re: RCRA fee petition. | .50 | 112.50 |
| 06/18/03 | RCS | Correspondence from Mike Williams, Esq. with additions to memorandum re: Scope of Authority of Special Master. | .40 | 84.00 |
| 06/18/03 | RCS | Continued preparation of memorandum of law re: Scope of Authority of Special Master. | 2.50 | 525.00 |
| 06/18/03 | RCS | Meeting with John Agnello, Esq. and Melissa Flax, Esq. re: preparation of RCRA fee petition. | .30 | 63.00 |
| 06/19/03 | JMA | Receipt and review letter from S. German to Special Master with plaintiffs' Proposed Work Plan | 1.30 | 442.00 |
| 06/19/03 | JMA | Review and compare Plaintiffs' Work Plan with ECARG's Work Plan | 1.00 | 340.00 |
| 06/19/03 | JMA | Phone - counsel for Special Master | .30 | 102.00 |
| 06/19/03 | JMA | Receipt and review letter from plaintiffs' counsel to Special Master re: environmental consultants | .30 | 102.00 |
| 06/19/03 | JMA | Receipt and review plaintiffs' financial assurance proposal to Special Master | .40 | 136.00 |
| 06/19/03 | JMA | Review and compare all parties' financial assurance proposals | .60 | 204.00 |
| 06/19/03 | JMA | Phone - S. Jackson of Special Master's office | .20 | 68.00 |
| 06/19/03 | JMA | Receipt and review Order authorizing Special Master to employ Connell Foley | .20 | 68.00 |
| 06/19/03 | JMA | Phone - C. Marraro re: potential remediation consultants | .30 | 102.00 |
| 06/19/03 | RCS | Continued preparation of memorandum re: scope of authority and powers granted to Special Master; additional research regarding same. | 2.50 | 525.00 |
| 06/20/03 | JMA | Conference with MEF re: RCRA fee application issues | .20 | 68.00 |
| 06/20/03 | JMA | Phone - C. Marraro re: site visit, financial assurance meeting, Honeywell response re: interaction with Special Master, environmental consultants | .80 | 272.00 |

```
W.R. GRACE & COMPANY                                June 30, 2003
Client No.           734680                    Page      13
INVOICE NO.          20276
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/20/03 | JMA | Receipt and review email from Special Master's counsel | .20 | 68.00 |
| 06/20/03 | JMA | Phone - Special Master's associate - S. Jackson | .20 | 68.00 |
| 06/20/03 | JMA | Phone - C. Marraro re: technical advisor/environmental consultant for Special Master | .40 | 136.00 |
| 06/20/03 | JMA | Phone - C. Marraro re: appellate strategy | .40 | 136.00 |
| 06/20/03 | JMA | Conference with MEF re: interlocutory appeal rules and procedures | .40 | 136.00 |
| 06/20/03 | JMA | Phone - Special Master associate re: consultant list | .20 | 68.00 |
| 06/20/03 | JMA | Phone - C. Marraro re: environmental consultants for Special Master | .30 | 102.00 |
| 06/20/03 | MEF | Telephone call with Third Circuit re: Honeywell notice of appeal. | .30 | 67.50 |
| 06/20/03 | MEF | Conference with JMA re: telephone call with 3d Circuit. | .40 | 90.00 |
| 06/20/03 | RCS | Continued preparation of memorandum re: scope of authority and powers of special master. | 1.00 | 210.00 |
| 06/20/03 | RCS | Several correspondence from and to Mike Williams, Esq. revising and editing memorandum of law re: scope of authority and powers of Special Master. | .40 | 84.00 |
| 06/20/03 | RCS | Continued research in preparation of memorandum of law re: standards for obtaining fees under RCRA. | 3.00 | 630.00 |
| 06/20/03 | RCS | Preparation of draft memorandum of law re: standards for obtaining fees under RCRA. | 3.50 | 735.00 |
| 06/21/03 | MEF | Review sample petition in preparation for RCRA fee petition. | 1.50 | 337.50 |
| 06/22/03 | RCS | Continued preparation of memorandum re: RCRA fee petition. | 4.00 | 840.00 |
| 06/23/03 | JMA | Phone - C. Marraro re: environmental consultant to Special Master | .20 | 68.00 |
| 06/23/03 | JMA | Review of and comments to letter to Special Master re: environmental consultant | .60 | 204.00 |

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.           734680              Page       14
INVOICE NO.          20276
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 06/23/03 | JMA | Phone - C. Marraro re: revisions to letter to Special Master | .50 | 170.00 |
| 06/23/03 | JMA | Review recent New Jersey Appellate Division decisions in White Oak case re: Spill Act innocent purchaser defense | 1.00 | 340.00 |
| 06/23/03 | JMA | Phone - C. Marraro re: strategy | .40 | 136.00 |
| 06/23/03 | JMA | Conference with MEF re: Appellate procedure | .30 | 102.00 |
| 06/23/03 | JMA | Review letter from D. Field | .20 | 68.00 |
| 06/23/03 | JMA | Phone - C. Marraro re: Honeywell position on interacting with Special Master | .30 | 102.00 |
| 06/23/03 | MEF | Voicemail - K. Glaum at 3d Circuit; telephone call with K. Glaum re: Honeywell appeal. | .30 | 67.50 |
| 06/23/03 | RCS | Continued preparation of memorandum re: overview of preparing RCRA fee petition/fee and expenses recoverable. | 9.00 | 1890.00 |
| 06/23/03 | RCS | Review sample fee petition in preparation for drafting RCRA fee petition. | .70 | 147.00 |
| 06/24/03 | JMA | Receipt and review letter from T. Milch re: consultants/technical advisors | .20 | 68.00 |
| 06/24/03 | JMA | Receipt and review letter from C. Marraro to Special Master with c.v. of Roy O. Ball | .70 | 238.00 |
| 06/24/03 | JMA | Letter to C. Marraro with 6/18/03 transcript | .20 | 68.00 |
| 06/24/03 | JMA | Phone - C. Marraro re: pre-meeting with client, meeting with Special Master, Site visit | .40 | 136.00 |
| 06/24/03 | JMA | Receipt and review letter from D. Field re: language of Final Judgment, check citations cited in letter to Amended Opinion, 5/15 Order and ICO and Grace letters | 1.10 | 374.00 |
| 06/24/03 | JMA | Receipt and review letter from D. Field re: interaction with Special Master | .20 | 68.00 |
| 06/24/03 | RCS | Preparation of RCRA fee petition. | 1.00 | 210.00 |
| 06/24/03 | RCS | Continued preparation of memorandum of law re: overview of RCRA fee petition. | 1.80 | 378.00 |
| 06/24/03 | RCS | Meeting with John Agnello, Esq. re: RCRA fee petition. | .20 | 42.00 |

W.R. GRACE & COMPANY                                June 30, 2003
Client No.              734680              Page      15
INVOICE NO.             20276

06/25/03 JMA Review file and notes for meeting with Special   1.50    510.00
             Master

06/25/03 JMA Conference with C. Marraro and Senftleben re:    2.00    680.00
             meeting with Special Master

06/25/03 JMA Attend meeting with Special Master and all       2.00    680.00
             parties

06/25/03 JMA Attend Site visit with Special Master and all    1.50    510.00
             parties

06/25/03 JMA Conference with R. Senftleben and C. Marraro     2.00    680.00
             re: issues raised at meeting with Special
             Master

06/25/03 JMA Conference with C. Marraro re: RCRA fee           .60    204.00
             application issues

06/25/03 MEF RCRA fee petition - review legal memo from RCS    .40     90.00
             re: standard for recovery of RCRA fees.

06/25/03 MEF Review email from B. Hughes re: Wallace King      .30     67.50
             draft allocation for RCRA fee petition.

06/25/03 RCS Continued preparation of memorandum on           2.50    525.00
             preparing a RCRA fee petition.

06/25/03 RCS Telephone communication to Bill Hughes, Esq.      .50    105.00
             coordinating efforts on preparing RCRA fee
             petition.

06/25/03 RCS Receipt and review of memorandum from Bill        .40     84.00
             Hughes, Esq. re: Wallace King Firm billable
             rates and billing judgment applied to specific
             tasks.

06/25/03 RCS Telephone communication with Bill Hughes, Esq.    .50    105.00
             preparation of RCRA fee petition.

06/25/03 RCS Research re: whether current or historic         2.00    420.00
             billing rates must be used in RCRA fee matters.

06/26/03 JMA Phone - C. Marraro re: technical advisor for      .40    136.00
             Special Master

06/26/03 JMA Review RCRA fee application professional time    1.00    340.00
             allocation analysis from C. Marraro

06/26/03 JMA Letter to Judge Cavanaugh                         .20     68.00

06/26/03 JMA Phone - Special Master's associate                .20     68.00

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680                   Page      16
INVOICE NO.             20276

06/26/03 JMA Receipt and review letter from Judge Cavanaugh    .20    68.00
             re: Final Judgment

06/26/03 JMA Phone - C. Marraro re: Final Judgment letter      .30   102.00
             from Judge Cavanaugh

06/26/03 JMA Receipt and review letter from D. Field re:       .20    68.00
             Final Judgment

06/26/03 JMA Phone - C. Marraro re: Field letter re: Final     .20    68.00
             Judgment

06/26/03 JMA Prepare corrected form of Final Judgment from    2.00   680.00
             all parties' comments

06/26/03 JMA Phone - C. Marraro re: financial assurance        .40   136.00
             issues and Final Judgment issues

06/26/03 JMA Conference call with clients and C. Marraro       .70   238.00

06/26/03 JMA Phone - C. Marraro re: Honeywell Work Plan        .30   102.00
             issues

06/26/03 JMA Receipt and review email from R. Senftleben       .20    68.00

06/26/03 JMA Phone - C. Marraro re: scheduling issues          .20    68.00

06/26/03 RCS Preparation of draft affidavit in support of     2.50   525.00
             RCRA fee petition.

06/26/03 RCS Preparation of draft legal brief in support of   3.00   630.00
             RCRA fee petition.

06/26/03 RCS Receipt and review of memorandum from Chris       .30    63.00
             Marraro, Esq. re: RCRA attorney's fees.

06/26/03 RCS Telephone communication to Bill Hughes, Esq.      .20    42.00
             re: preparation of Affidavits for RCRA fee
             petition.

06/26/03 RCS Receipt and review of memorandum of law from      .80   168.00
             Mike Williams, Esq. re: Scope of Authority of
             Special Master, revise and edit same.

06/27/03 JMA Letter to Judge Cavanaugh with Final Judgment     .20    68.00

06/27/03 JMA Revisions to form of Final Judgment              1.20   408.00

06/27/03 JMA Review case law re: RCRA fee application         1.50   510.00

06/27/03 JMA Conference with MEF re: preparation of RCRA fee  2.50   850.00
             application

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.            734680                     Page      17
INVOICE NO.           20276

06/27/03 JMA Phone to local attorneys re: affidavit in          .70    238.00
             support of RCRA fee application

06/27/03 JMA Phone - C. Marraro re: RCRA fee application        .30    102.00

06/27/03 JMA Receipt and review draft of letter to Special      .40    136.00
             Master re: N.J. requirements - financial
             assurances

06/27/03 JMA Comments to draft letter to Special Master re:     .90    306.00
             NJ requirements - financial assurances

06/27/03 JMA Phone - C. Marraro re: revisions to letter to      .40    136.00
             Special Master re: NJ requirements - financial
             assurances

06/27/03 JMA Receipt and review letter from C. Marraro to       .20     68.00
             Special Master

06/27/03 MEF Conference with JMA re: RCRA fee petition.        2.50    562.50

06/27/03 RCS Preparation of draft Affidavit of John Agnello,   2.00    420.00
             Esq. on behalf of RCRA fee petition.

06/27/03 RCS Preparation of draft brief in support of RCRA     1.00    210.00
             fee petition.

06/30/03 JMA Receipt and review email from C. Marraro to R.     .20     68.00
             Senftleben/R. Senftleben to C. Marraro

06/30/03 JMA Conference call with C. Marraro, B. Hughes and    1.00    340.00
             MEF re: RCRA fee application

06/30/03 JMA RCRA fee application - review Carella Byrne        5.00   1700.00
             invoices and file re: allocation of RCRA time

06/30/03 JMA Conference with C. Marraro, E. Obradovic, K.      1.70    578.00
             Brown re: Work Plan proposals by all parties

06/30/03 MEF Draft RCRA Fee Petition affidavit.               3.00    675.00

06/30/03 MEF Conference call with JMA, CHM, WFH re: RCRA fee   1.00    225.00
             petition.

06/30/03 MEF Review CBBG bills for RCRA fee petition.          4.10    922.50

06/30/03 RCS Continued preparation of draft affidavit of       1.50    315.00
             John Agnello in support of RCRA fee petition.

                                    Subtotal:
                                                       _____
                                                         71,760.50

```
W.R. GRACE & COMPANY                          June 30, 2003
Client No.            734680                   Page      18
INVOICE NO.           20276
```

## Fee Applications, Applicants

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/03 | MEF | Review May 2003 fee detail. | .70 | 157.50 |
| 06/06/03 | JMA | Fee Application - receipt and review fee auditor application to approve 7th Quarterly Fee Application | .20 | 68.00 |
| 06/07/03 | MEF | Review Certification of Fee Auditor re: 7th Quarterly Fee Application. | .30 | 67.50 |
| 06/07/03 | MEF | Begin preparing 15th Monthly fee application. | .50 | 112.50 |
| 06/09/03 | MEF | Telephone call with L. Ferdinand re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/09/03 | MEF | Voicemail - P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/09/03 | MEF | Prepare 8th Quarterly Fee Application. | 4.00 | 900.00 |
| 06/10/03 | JMA | Fee Application - review and execute 8th Quarterly Fee Application; conference with MEF re: same | .90 | 306.00 |
| 06/10/03 | MEF | Telephone call with P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/10/03 | MEF | Email to P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/10/03 | MEF | Continue preparing 8th Quarterly Fee Application. | 4.30 | 967.50 |
| 06/10/03 | MEF | Continue preparing May 2003 Monthly Fee Application. | 1.40 | 315.00 |
| 06/11/03 | JMA | Fee Application - review and execute monthly fee application (May 2003); conference with MEF re: same | 1.00 | 340.00 |
| 06/11/03 | MEF | Revise and finalize 15th Monthly Fee Application (May 2003 time). | .70 | 157.50 |
| 06/11/03 | MEF | Voice mail - P. Galbraith re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/11/03 | MEF | Telephone call with P. Cuniff re: 8th Quarterly fee application. | .20 | 45.00 |

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.              734680              Page       19
INVOICE NO.             20276
```

06/12/03 MEF  Voice mail - P. Gailbraith re: 8th Quarterly        .20    45.00
              fee application.

06/12/03 MEF  Review email from P. Gailbraith re: 8th            .20    45.00
              Quarterly fee application.

06/17/03 MEF  Email from S. Bossay re: 8th Quarterly Fee          .20    45.00
              Application.

06/17/03 MEF  Email to S. Bossay re: 8th Quarterly Fee           .20    45.00
              Application.

06/20/03 MEF  Receipt and review Fee Auditor's Initial Report    .40    90.00
              re: 8th Quarterly Fee Application.

06/23/03 JMA  Fee application - conference with MEF re:          .30   102.00
              disbursements

06/23/03 MEF  Prepare response to Fee Auditor's Initial         2.00   450.00
              Report re: 8th Quarterly Fee Application.


                              **Subtotal:**          _____
                                                         **4,483.50**


                                               -------------
**Total Fees:**                                   **76,244.00**
```

```
W.R. GRACE & COMPANY                          June 30, 2003
Client No.            734680                   Page     21
INVOICE NO.           20276
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
K L WINTERS                      250.00    2.20            550.00
J M AGNELLO                      340.00  135.40          46036.00
M E FLAX                         225.00   31.70           7132.50
RC SCRIVO                        210.00  106.30          22323.00
J FALDUTO                         75.00    2.70            202.50
                       TOTALS            278.30          76244.00
```