# EXHIBIT B

```
W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680                          Page     20
INVOICE NO.             20276


        Disbursements


Costs Advanced

06/23/03 Costs Advanced - CHARLES P. MC GUIRE CERT.         14.30
         REPORTER 6/23

                                         SUBTOTAL:          14.30

06/30/03 Messenger                                          44.32
06/30/03 Photocopies                                      1096.25
06/30/03 Faxes                                              89.00
06/30/03 Telephone                                         591.50
06/30/03 Travel Expense                                     30.45
06/30/03 Computer Searches                                  73.96
06/30/03 Federal Express                                    46.50
06/30/03 Messenger - In House                               75.00
                                                        --------------
Total Costs                                              2,061.28
                                                        --------------
Total Due this Matter                                   78,305.28
==============
```