**EXHIBIT A**

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlem Jointly Administered ents of Certain Claims and Causes of Action
April 1, 2003 through June 30, 2003**

| | W. R. Grace & Co.-Conn. | W. R. Grace & Co.-Conn.'s tax liability for 1999 was reduced from $337,972 to $7,105 in a settlement with the Pennsylvania Department of Revenue Board of Appeals. The settlement will result in a refund of $330,867 in tax that was paid with the 1999 Franchise Tax Return, as originally filed. |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA Department of Revenues Board of Appeals Department 281021 Harrisburg, PA 17128-1021 | | |

DOCS_DE:75785.1

::ODMA\PCDOCS\DOCS_DE\75785\1