## EXHIBIT A

### W. R. Grace & Co., et al.
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales January 1, 2003 through March 31, 2003

**Part I – Sales in excess of $25,000, but less than $250,000.**

No *De Minimis* Asset Sales in excess of $25,000, but less than $250,000 were recorded for the Eighth Quarter.

**Part II – Sales less than $25,000.**

No *De Minimis* Asset Sales of less than $25,000 were recorded for the Eighth Quarter.