## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **August 18, 2003 at 4:00 p.m.** |

## TWENTIETH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | June 1, 2003 through June 30, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,168.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $831.98 |

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

WLM48290.1

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | [4091] 7/22/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JUNE 1, 2003 THROUGH JUNE 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 5.7 | $2,536.50 |
| Rhonda L.Thomas | $210 | 13.1 | $2,751.00 |
| Andrew W. Lennox | $165 | 0.4 | $66.00 |
| Francis A. Panchak | $135 | 0.2 | $27.00 |
| Raelena Y. Taylor | $125 | 13.5 | $1,687.50 |
| Melissa Bisaccia | $125 | 0.6 | $75.00 |
| Cathy Adams | $85 | 0.3 | $25.50 |
| **TOTAL** | | **33.8** | **$7,168.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JUNE 1, 2003 THROUGH JUNE 30, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.9 | $400.50 |
| Case Administration | 10.3 | $2,040.50 |
| Employee Benefits/Pensions | 0.6 | $220.00 |
| Fee/Employment Applications | 9.8 | $1,686.00 |
| Litigation | 1.1 | $489.50 |
| Meetings of Creditors | 3.7 | $1,035.50 |
| Relief From Stay Proceedings | 0.2 | $42.00 |

WLM48290.1

| | | |
|---|---|---|
| Klett Rooney Fee/Employment Applications | 6.8 | $1,170.50 |
| Fraudulent Transfer Litigation | 0.4 | $84.00 |
| **TOTAL** | **33.8** | **$7,168.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JUNE 1, 2003 THROUGH JUNE 30, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $35.10 |
| Federal Express | $58.21 |
| Messenger Services | $350.18 |
| Duplicating Services | $348.20 |
| Professional Services/Pacer | $0.49 |
| Telecopy Expenses | $39.80 |
| **TOTAL** | $831.98 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation


By: /s/ Rhonda Thomas
      Teresa K. D. Currier (No. 3080)
      Rhonda L. P. Thomas (No. 4053)
      1000 West Street, Suite 1410
      Wilmington, DE 19801
      (302) 552-4200

      Co-Counsel to the Official Committee of
      Equity Holders

Dated: July 28, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    JULY 14, 2003
MATTER :  W9600-001
INVOICE : 159872
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.


| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/03/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 17.00 |
| 06/03/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES | 91.00 |
| 06/03/03 MESSENGER SERVICES - 5836 -  TRISTATE COURIER & CARRIAGE | 9.00 |
| 06/03/03 REPRODUCTION OF DOCUMENTS | .30 |
| 06/03/03 FEDERAL EXPRESS - 4-740-10844 -  FEDERAL EXPRESS CORPORATION | 19.54 |
| 06/04/03 REPRODUCTION OF DOCUMENTS | 7.50 |
| 06/05/03 REPRODUCTION OF DOCUMENTS | 16.50 |
| 06/09/03 MESSENGER SERVICES -  16811 - PARCELS, INC.-D D R | 12.00 |
| 06/09/03 FEDERAL EXPRESS - 4-740-48843 -  FEDERAL EXPRESS CORPORATION | 10.84 |
| 06/10/03 TELECOPY EXPENSES | 39.80 |
| 06/16/03 REPRODUCTION OF DOCUMENTS | .75 |
| 06/23/03 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 329.18 |
| 06/23/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION | 16.99 |
| 06/24/03 REPRODUCTION OF DOCUMENTS | .45 |
| 06/24/03 PROFESSIONAL SERVICES - PACER - 1ST QUARTER | .49 |
| 06/24/03 REPRODUCTION OF DOCUMENTS | 4.50 |
| 06/24/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION | 10.84 |
| 06/24/03 REPRODUCTION OF DOCUMENTS | .90 |
| 06/24/03 REPRODUCTION OF DOCUMENTS | .15 |
| 06/25/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES - #17715 | 190.20 |
| 06/25/03 REPRODUCTION OF DOCUMENTS | 2.25 |
| 06/25/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES - INVOICE 17739 | 50.00 |
| 06/25/03 REPRODUCTION OF DOCUMENTS | 1.80 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS     DATE :    JULY 14, 2003
                                         MATTER :  W9600-001
                                         INVOICE : 159872


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.



                    TOTAL EXPENSE ADVANCES :        831.98

                    TOTAL DUE    :                  831.98


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-004
                                              INVOICE : 159873


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

     RE:  BUSINESS OPERATIONS



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----    -------------------------------                     -----

06/06/03 TC    REVIEWED MONTHLY OPERATING REPORTS                   .50

06/24/03 TC    REVIEWED MOTION OF SUMMIT VENTURES TO COMPEL         .40
               DEBTOR TO ASSUME OPTION AGREEMENT RE 1680 ACRES
               OF LAND



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

     T CURRIER           445.00     .90         400.50
                  TOTALS            .90         400.50


                    TOTAL FEES :                      400.50


                    TOTAL DUE  :                      400.50
```

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-005
                                              INVOICE : 159874


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03   T C

   RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/03/03 | RTT | DISCUSSION WITH K.MANGUAL RE SUPPLEMENTAL DECLARATION PURSUANT TO BANKRUPTCY RULE 2014 OF PHIL BENTLY TO BE FILED TODAY | .10 |
| 06/03/03 | RTT | E-FILE AND SERVE SUPPLEMENTAL DECLARATION PURSUANT TO BANKRUPTCY RULE 2014 OF PHIL BENTLY | .60 |
| 06/10/03 | RTT | EMAIL TO AND FROM RLT RE 6/17/03 HEARING | .10 |
| 06/10/03 | RTT | PREPARE HEARING FILE AND RETRIEVE RELATIVE PLEADINGS RE 6/17/03 HEARING | 1.50 |
| 06/10/03 | RTT | REVIEW SEVERAL EMAIL NOTIFICATIONS | .10 |
| 06/10/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 6/17/03 HEARING | .30 |
| 06/10/03 | TC | REVIEWED AMENDED AGENDA LETTER | .30 |
| 06/11/03 | RTT | REVIEW SEVERAL EMAIL NOTIFICATIONS | .20 |
| 06/12/03 | RTT | REVIEW SEVERAL EFILING NOTIFICATIONS | .20 |
| 06/13/03 | RLT | REVIEWED DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT WITH DALEEN TECHNOLOGIES | .20 |
| 06/13/03 | RLT | REVIEWED CERTIFICATE OF COUNSEL RE ORDER DENYING THE OFFICIAL COMMITTEE MOTION TO EXTEND TIME WITHIN WHICH TO BRING AVOIDANCE ACTIONS | .10 |
| 06/13/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 6/17/03 HEARING | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER :  W9600-005
                                              INVOICE : 159874


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

    RE:  CASE ADMINISTRATION


| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 06/13/03 | RTT | DOWNLOAD AND REVIEW SECOND AMENDED AGENDA RE 6/17/03 HEARING | .20 |
| 06/13/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING 6/17 | .40 |
| 06/16/03 | AWL | EMAILS TO RT AND KC REGARDING UP COMING HEARING (.1).  REVIEWED INFORMATION FOR HEARING (.2). DISCUSSIONS WITH RT RE: HEARING (.1) | .40 |
| 06/16/03 | RLT | REVIEWED AGENDA FOR HEARING (.2); CONTACTED FEE AUDITOR RE APPROVAL OF FEES (.3); DISCUSSED HEARING WITH ANDREW LENNOX (.2); REVIEWED COMMUNICATIONS WITH TC RE HEARING AND RESPONDED ACCORDINGLY (.2); DISCUSSED HEARING WITH RTT (.1); RETRIEVED NECESSARY DOCUMENTS FOR AL'S REVIEW (.5). | 1.50 |
| 06/16/03 | RLT | REVIEWED NOTICE OF NAME CHANGE OF NESS MOTLEY | .10 |
| 06/16/03 | RLT | REVIEWED NOTICE OF WITHDRAW BY NESS MOTLEY | .10 |
| 06/16/03 | RLT | REVIEWED NOTICE OF WITHDRAWAL OF GREENBURG TRAURIG | .10 |
| 06/16/03 | RTT | DISCUSSION WITH RLT RE COVERAGE RE 6/17/03 HEARING | .20 |
| 06/16/03 | TC | COORDINATING HEARING COVERAGE FOR HEARING TOMORROW | .30 |
| 06/17/03 | RTT | REVIEW EMAIL NOTIFICATIONS | .10 |
| 06/17/03 | TC | MET WITH ANDREW LENNOX RE HEARING | .20 |
| 06/18/03 | TC | CONF WITH RHONDA THOMAS RE WRGRACE COMMITTEE MEETING | .20 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-005
                                              INVOICE : 159874


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

   RE:  CASE ADMINISTRATION


06/19/03 RLT   REVIEWING MATERIALS SENT BY PENISULA CAPITAL          .90
               ADVISORS, LLC IN PREPARATION FOR TELECONFERENCE

06/19/03 RLT   REVIEWED STIPULATION FOR PARTIAL RELIEF FROM          .20
               STAY FOR TIMOTHY KANE

06/20/03 RTT   REVIEW SEVERAL E-FILING NOTIFICATIONS                 .10

06/23/03 RLT   REVIEWED MOTION TO COMPEL DEBTORS TO ASSUME           .20
               EXECUTORY CONTRACTS

06/23/03 RTT   MAINTAINED AND ORGANIZED CASE FILES BY               .60
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

06/23/03 RTT   REVIEW SEVERAL E-FILING NOTIFICATIONS                 .20

06/26/03 RTT   REVIEW E-FILING NOTIFICATIONS                         .10

06/30/03 RTT   REVIEW E-FILING NOTIFICATIONS                         .20
```

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| A W LENNOX | 165.00 | .40 | 66.00 |
| R L THOMAS | 210.00 | 3.40 | 714.00 |
| R T TAYLOR | 125.00 | 5.10 | 637.50 |
| T CURRIER | 445.00 | 1.40 | 623.00 |
| TOTALS | | 10.30 | 2040.50 |

```
                   TOTAL FEES :                        2,040.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   JULY 14, 2003
MATTER :  W9600-005
INVOICE : 159874


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03   T C

RE:  CASE ADMINISTRATION


TOTAL DUE  :                    2,040.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 14, 2003
                                              MATTER :  W9600-007
                                              INVOICE : 159875


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

    RE:  EMPLOYEE BENEFITS/PENSIONS



    DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
    ----  ----   -------------------------------                    -----

06/24/03 RLT    REVIEWED DEBTORS' MOTION FOR AN ORDER                .20
                AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO
                MAKE CONTRIBUTIONS INTO THE TRUST FUNDING THE
                DEFINED BENEFIT PLANS COVERING DEBTORS'
                EMPLOYEES

06/24/03 TC     REVIEWED MOTION AUTHORIZING BUT NOT REQUIRING        .40
                DEBTORS TO FUND DEFINED BENEFIT PLANS



                   T I M E   S U M M A R Y
                   -----------------------

                        RATE    HOURS           TOTALS
                        ----    -----           ------

    R L THOMAS        210.00      .20            42.00
    T CURRIER         445.00      .40           178.00
                TOTALS            .60           220.00


                   TOTAL FEES :                       220.00


                   TOTAL DUE  :                       220.00
```

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 14, 2003
MATTER :  W9600-008
INVOICE : 159876

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/04/03 | FAP | DISCUSSION WITH RTT RE: KRAMER'S TWENTY-FIRST FEE APPLICATION (.1); CALL TO KRAMER REGARDING REVISION TO SAME (.1) | .20 |
| 06/04/03 | MB | DISCUSS WITH FP EDITS TO 21ST FEE APP OF KRAMER LEVIN | .20 |
| 06/04/03 | MB | PRPARE 21ST FEE APP OF KRAMER LEVIN FOR E-FILING | .20 |
| 06/04/03 | MB | COORDINATE FILING OF 21ST FEE APP OF KRAMER LEVIN | .20 |
| 06/04/03 | RTT | PREPARE KRAMER LEVIN'S TWENTIETH FEE APPLICATION FOR FILING | .10 |
| 06/04/03 | RTT | RECEIVE AND REVIEW KRAMER LEVIN'S TWENTIETH MONTHLY FEE APPLICATION | .20 |
| 06/04/03 | RTT | DISTRIBUTE KRAMER LEVIN'S TWENTIETH MONTHLY FEE APPLICATION TO RLT | .10 |
| 06/05/03 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S TWENTY-FIRST FEE APPLICATION | .40 |
| 06/13/03 | RLT | REVIEWED 8TH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK | .20 |
| 06/13/03 | RLT | REVIEWED FEE AUDITORS REPORT RE FIFTH, SIXTH AND SEVENTH INTERIM QUARTERLY FEE APPLICATION OF CON WAY DEL GENIO | .10 |
| 06/13/03 | RLT | REVIEWED 8TH QUARTERLY FEE APPLICATION OF HOLME ROBERTS | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 14, 2003
MATTER :  W9600-008
INVOICE : 159876

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 06/13/03 RLT | REVIEWED 8TH QUARTERLY FEE APPLICATION OF WALLACE AND KING | .20 |
| 06/13/03 RLT | REVIEWED 17TH MONTHLY FEE APPLICATION OF CASNER & EDWARDS | .10 |
| 06/13/03 RLT | REVIEWED 5TH QUARTERLY FEE APPLICATION OF LEGAL ANALYSIS | .10 |
| 06/13/03 RLT | REVIEWED 5TH QUARTERLY FEE APPLICATION OF PRICE WATERHOUSE | .10 |
| 06/13/03 RLT | REVIEWED 7TH INTERIM FEE APPLICATION OF WARREN SMITH | .10 |
| 06/13/03 RLT | REVIEWED 11TH MONTHLY FEE APP OF BANKR. MANAGE CORP. | .10 |
| 06/13/03 RLT | REVIEWED FEE DETAIL OF BANKRUPTCY MANAGE CORP. | .20 |
| 06/13/03 RLT | REVIEWED 10TH MONTHLY FEE APPLICATION OF BANKRUPTCY MANAGE CORP | .10 |
| 06/16/03 RLT | REVIEWED ORDER AND INVESTIGATED WHETHER PROPOSED ORDER APPROVING FEES FOR 7TH QUARTER FEES WERE CORRECT. | .50 |
| 06/16/03 RLT | REVIEWED 24TH MONTHLY FEE APPLICATION OF PACHULSKI STANG | .20 |
| 06/16/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION RE 7TH MONTHLY APPLICATION OF RICHARDSON PATRICK | .10 |
| 06/16/03 RTT | DISCUSSION WITH RLT RE PROPOSED ORDER RE SEVENTH QUARTERLY FEE HEARING | .10 |
| 06/19/03 RLT | REVIEWED ORDER AUTHORIZING RETENTION OF DELOITTE & TOUCHE | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-008
                                              INVOICE : 159876


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

     RE:  FEE/EMPLOYMENT APPLICATIONS


06/19/03 RLT     REVIEWED 14TH MONTHLY FEE APPLICATION OF DUANE         .20
                 MORRIS

06/19/03 RLT     REVIEWED 15TH MONTHLY FEE APPLICATION OF DUANE         .20
                 MORRIS

06/20/03 RLT     REVIEWED 23D APPLICATION OF FERRY JOSEPH AND           .20
                 PEARCH

06/20/03 RLT     REVIEWED 8TH INTERIM APPLICATIONS OF L.                .90
                 TERSIGNI, CAMBELL & LEVINE, FERRY JOSEPH AND
                 WALLACE KING

06/20/03 RLT     REVIEWED QUARTERLY APPLICATION OF KRAMER &             .20
                 LEVIN

06/20/03 RLT     REVIEWED SIXTH MONTHLY APPLICATION OF ELZUFON          .20
                 AUSTON

06/20/03 RLT     REVIEWED EIGHTH QUARTERLY APPLICATION OF FYI           .20
                 POLICANO

06/23/03 RLT     REVIEWED EIGHTH INTERIM APPLICATION OF WARREN          .10
                 SMITH

06/23/03 RLT     REVIEWED EMAIL NOTIFICATION OF EIGHTH MONTHLY          .10
                 FEE APPLICATION OF DUANE MORRIS

06/23/03 RLT     REVIEWED LETTER OPINION RE THE FEES OF                 .20
                 PROFESSOR FRANCIS MCGOVERN AND DAVID R.GROSS

06/23/03 RLT     REVIEWED PACHULSKI'S NOTICE OF FILING QUARTERLY        .10
                 FEE APPLICATION

06/24/03 RLT     REVIEWED AND RESPONDED TO EMAILS FROM RTT RE 20        .20
                 AND 21ST FEE APPLICATION OF KRAMER
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-008
                                              INVOICE : 159876


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

      RE:  FEE/EMPLOYMENT APPLICATIONS


06/24/03 RTT    DRAFT NO ORDER REQUIRED CERTIFICATION OF NO          .40
                OBJECTION TO KRAMER LEVIN TWENTY-FIRST FEE
                APPLICATION

06/24/03 RTT    DRAFT NO ORDER REQUIRED CERTIFICATION OF NO          .40
                OBJECTION TO KRAMER LEVIN'S TWENTIETH FEE
                APPLICATION

06/24/03 RTT    SEVERAL DISCUSSIONS WITH RLT RE OBJECTION            .20
                DEADLINES TO KRAMER LEVIN'S TWENTIETH AND
                TWENTY-FIRST FEE APPLICATIONS

06/25/03 RLT    REVIEWED CERTIFICATE OF NO OBJECTION FOR KRAMER      .20
                LEVIN 20TH MONTHLY FEE APPLICATION

06/25/03 RTT    E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE       .40
                OF NO OBJECTION TO KRAMER LEVIN'S TWENTIETH FEE
                APPLICATION

06/25/03 RTT    E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE       .40
                OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-FIRST
                FEE APPLICATION

06/26/03 RTT    E-FILE AND SERVE KRAMER LEVIN'S TWENTY-SECOND        .80
                MONTHLY FEE APPLICATION

06/26/03 RTT    EMAIL TO AND FROM K.MAGUAL RE KRAMER'S               .10
                TWENTY-SECOND MONTHLY FEE APPLICATION
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 14, 2003
                                            MATTER : W9600-008
                                            INVOICE : 159876


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

    RE:  FEE/EMPLOYMENT APPLICATIONS
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

F A PANCHAK             135.00     .20         27.00
M BISACCIA              125.00     .60         75.00
R L THOMAS              210.00    5.40       1134.00
R T TAYLOR              125.00    3.60        450.00
                TOTALS            9.80       1686.00


            TOTAL FEES :                            1,686.00


            TOTAL DUE  :                            1,686.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-011
                                              INVOICE : 159877


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

     RE:  LITIGATION



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

06/24/03 TC    REVIEWED MOTION TO EXTEND REMOVAL PERIOD            .20

06/30/03 TC    REVIEWED MEMO SENT TO COMMITTEE WITH NEWSPAPER      .30
               ARTICLE ON ASBESTOS LITIGATION TRUST EFFORT

06/30/03 TC    REVIEWED MEMO SENT TO COMMITTEE WITH MORE           .60
               ARTICLES ON ASBESTOS TRUST AND OTHER COMMENTARY
               ON SAME



                     T I M E   S U M M A R Y
                     -----------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

   T CURRIER           445.00    1.10         489.50
                TOTALS           1.10         489.50


                  TOTAL FEES :                        489.50


                  TOTAL DUE  :                        489.50
```

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 14, 2003
                                            MATTER : W9600-012
                                            INVOICE : 159878


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

    RE:  MEETINGS OF CREDITORS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                 HOURS
  ----  ----    -------------------------------                  -----

06/16/03 TC     REVIEWED MATERIALS IN PREPARATION FOR COMMITTEE    .70
                CALL

06/19/03 RLT    PARTICIPATION IN COMMITTEE TELECONFERENCE         1.10

06/19/03 RLT    PREPARING SUMMARY OF COMMITTEE TELECONFERENCE      .90
                FOR TC

06/24/03 RLT    FINALIZING SUMMARY OF COMMITTEE CALL.              .60

06/24/03 TC     REVIEWED MEMO TO COMMITTEE FOLLOWING MEETING ON    .40
                ASBESTOS LEGISLATION



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS           TOTALS
                         ----    -----           ------

  R L THOMAS            210.00    2.60           546.00
  T CURRIER             445.00    1.10           489.50
                TOTALS            3.70          1035.50


                TOTAL FEES :                   1,035.50


                TOTAL DUE  :                   1,035.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 14, 2003
                                            MATTER : W9600-014
                                            INVOICE : 159879


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

     RE:  RELIEF FROM STAY PROCEEDINGS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

06/20/03 RLT   REVIEWED MOTION OF ROBERT COSTA FOR RELIEF FROM       .20
               STAY.



                   T I M E   S U M M A R Y
                   -----------------------

                        RATE    HOURS          TOTALS
                        ----    -----          ------

   R L THOMAS          210.00     .20           42.00
                TOTALS            .20           42.00


                    TOTAL FEES :                          42.00


                    TOTAL DUE  :                          42.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 14, 2003
MATTER : W9600-017
INVOICE : 159880

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 06/10/03 | RTT | REVIEW KRLS PRE BILLS FOR THE MONTH OF MAY 2003 | .80 |
| 06/11/03 | RTT | DISTRIBUTE PREBILLS TO RLT RE MAY 2003 | .10 |
| 06/16/03 | RLT | MONITORED DOCKET FOR OBJECTION TO KRLS 18TH MONTHLY FEE APPLICATION | .10 |
| 06/18/03 | RLT | REVIEWED CNO TO KLRS 18TH FEE APPLICATION | .20 |
| 06/18/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS EIGHTEENTH FEE APPLICATION | .10 |
| 06/18/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS EIGHTEENTH FEE APPLICATION AND DISTRIBUTE TO RLT | .40 |
| 06/20/03 | TC | REVIEWED DRAFT FEE APPLICATION | .60 |
| 06/23/03 | RLT | REVIEWED PREBILLS | .60 |
| 06/24/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS EIGHTEENTH FEE APPLICATION | .60 |
| 06/24/03 | RTT | BEGIN TO DRAFT KRLS NINETEENTH FEE APPLICATION FOR THE PERIOD 5/1/03 THROUGH 5/31/03 | .40 |
| 06/24/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE CNO TO KRLS EIGTEENTH FEE APPLICATION | .10 |
| 06/25/03 | RTT | REVIW AND COMPARE FINAL BILLS FOR THE MONTH OF MAY 2003 | .30 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 14, 2003
MATTER :  W9600-017
INVOICE : 159880

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 06/25/03 | RTT | DRAFT KRLS NINETEENTH MONTHLY FEE APPLICATION AND DISTRIBUTE SAME TO RLT | 1.50 |
| 06/27/03 | CA | E-FILE KRLS 19TH FEE APPLICATION | .30 |
| 06/27/03 | RTT | EMAIL FROM RLT RE KRLS NINETEENTH MONTHLY FEE APPLICATION | .10 |
| 06/27/03 | RTT | PREPARE E-FILING AND SERVICE RE KRLS EIGHTEENTH FEE APPLICATION | .30 |
| 06/27/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRLS EIGHTEENTH FEE APPLICATION | .10 |
| 06/30/03 | TC | REVIEWED NOTICE OF FILING OF FEE APPLICATION FOR KLETT ROONEY | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| C ADAMS | 85.00 | .30 | 25.50 |
| R L THOMAS | 210.00 | .90 | 189.00 |
| R T TAYLOR | 125.00 | 4.80 | 600.00 |
| T CURRIER | 445.00 | .80 | 356.00 |
| TOTALS | | 6.80 | 1170.50 |

TOTAL FEES :                1,170.50

TOTAL DUE  :                1,170.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 14, 2003
                                              MATTER : W9600-021
                                              INVOICE : 159881


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/03   T C

      RE:  FRAUDULENT TRANSFER LITIGATION



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                       HOURS
   ----  ----   -------------------------------                        -----

06/20/03 RLT    REVIEWED ORDER DENYING MOTION OF COMMITTEE TO            .20
                EXTEND TIME TO BRING AVOIDANCE ACTIONS.

06/23/03 RLT    REVIEWED DEBTORS MOTION TO EXTEND TIME TO                .20
                REMOVE ACTIONS



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

   R L THOMAS           210.00     .40            84.00
                TOTALS             .40            84.00


                     TOTAL FEES :                       84.00


                     TOTAL DUE  :                       84.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**