**Preston|Gates|Ellis** LLP

Joni Draper
Secretary
206-370-5917

July 16, 2003

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

    Re:   *In re W.R. Grace & Co., et al.*
          Bankruptcy Case No. 01-01139 (JKF)

To Whom It May Concern:

    Effective immediately please make the following address change for serving copies of all notices and papers filed in the above-referenced matter:

    Kimberly W. Osenbaugh, Esq.
    Preston Gates & Ellis LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104
    Attorneys for KEG Restaurants U.S., Inc.

Thank you.

                        Sincerely,

                        PRESTON GATES & ELLIS LLP

                        By *Joni Draper*
                        Joni Draper
                        Assistant to Kimberly W. Osenbaugh

K:\20022\00053\KWO\KWO_L22B3

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

925 FOURTH AVENUE, SUITE 2900   SEATTLE, WA 98104-1158   TEL: (206) 623-7580   FAX: (206) 623-7022   www.prestongates.com
Anchorage   Coeur d'Alene   Hong Kong   Orange County   Portland   San Francisco   Seattle   Spokane   Washington, DC