**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 20, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

Name of Applicant:                                    Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             May 1, 2003 through
                                                     May 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $30,578.00

Amount of Expenses Reimbursement:                    $ 2,063.15

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 - 9/30/02 | $37,691.00 | $3,422.38 | Approved | Approved |
| 12/05/02 | 10/1/02 - 10/31/02 | $24,143.00 | $728.96 | Approved | Approved |
| 02/10/03 | 11/1/02 - 11/30/02 | $32,033.00 | $629.26 | Approved | Approved |
| 02/27/03 | 12/1/02 - 12/31/02 | $32,330.00 | $1,262.74 | Approved | Approved |
| 04/09/03 | 01/1/03 - 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 - 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 - 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 - 04/30/03 | $35,032.00 | $3,697.08 | Objections due 08/11/03 | Objections due 08/11/03 |

This is the ninth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 67.9 | $24,383.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 9.9 | $780.00 |
| TOTALS | | | | | 77.8 | $25,163.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 32.9 | $4,935.00 |
| Samantha Batorson | Legal Asst. | 10 | Litigation | $80 | 6.0 | $480.00 |
| TOTALS | | | | | 38.9 | $5,415.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 10.8 Hours | $ 1,148.00 |
| 22-ZAI Science Trial | 105.9 Hours | $29,430.00 |
| TOTALS | 116.7 Hours | $30,578.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | $     32.55 |
| Telephone Expense – Outside | $   347.55 |
| Facsimile ($1.00 per page) | $     34.00 |
| Postage Expense | $     11.14 |
| Courier & Express Carriers (Federal Express) | $   150.32 |
| In-House Duplicating / Printing ($.15 per page) | $   524.85 |
| Outside Duplicating / Printing | |
| Lodging | $   434.82 |
| Transportation | |
| Air Travel Expense | $   194.00 |
| Taxi Expense | $     60.00 |
| Mileage Expense | $   110.88 |
| Travel Meals | $     54.68 |
| Parking | $     29.75 |
| General Expense | |
| Expert Services | |
| Books/Videos | $     78.61 |
| Other (Explain): | |
| | |
| Total: | $  2,063.15 |

Dated:   July 31, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON      )
                                                  )
COUNTY OF SPOKANE        )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this _23__ day of _July_, 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _3/2/04_

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 18, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

# TIME REPORT

Lukins & Annis, P.S.

Time Period 05/01/2003 - 05/31/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 05/05/03 | DWS | Travel to Seattle for meeting with consultant (billed at half rate). | 2.00 | $ 185.00 | $ 370.00 |
| 05/08/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ 60.00 | $ 408.00 |
| 05/11/03 | DWS | Return to Spokane from deposition and consultations in Seattle (billed at half rate). | 2.00 | $ 185.00 | $ 370.00 |
| | | **SUBTOTAL** | **10.80** | | **$ 1,148.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 05/01/03 | DWS | Investigative work regarding updates to EPA risk assessment methodology (.8); review and revise fees and costs request materials (.3); review analysis of ZAI home distribution (.5); review real estate finance and economic literature regarding property loss causation in asbestos cases (1.6); review real estate research materials regarding causation issues (1.2); preparation for deposition of John Kilpatrick (1.4). | 5.80 | $ 370.00 | $ 2,146.00 |
| 05/01/03 | KLB | Update to spreadsheet regarding Zonolite production by state (.8); revisions to legal memorandum on consumer protection (.5); research federal and claimant states regarding asbestos regulations/statutes (6.0); begin comparison chart of state regulations (.7). | 8.00 | $ 150.00 | $ 1,200.00 |
| 05/02/03 | DWS | Meeting with paralegal regarding case assignments (.3); additional preparation work regarding deposition of John Kilpatrick (3.0); review updated economic research regarding asbestos property loss (1.3); telephone conference with Rob Turkewitz and Jay Ward regarding expert and liability issues (.5); review and revise legal memorandum to Ed | 5.60 | $ 370.00 | $ 2,072.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|-------------|--|-------|--|
| | | Westbrook and assessment of claims (.5). | | | | | |
| 05/02/03 | DWS | Legal research regarding consumer protection issues. | 2.20 | $ | 370.00 | $ | 814.00 |
| 05/02/03 | KLB | Revision to legend to production sales spreadsheet (.3); research regarding obtaining certain articles/literature referenced in reliance materials (.8); continue research on asbestos regulations for Washington (1.4); prepare summary and obtain complete referenced statute/regulation showing exemplars of Washington regulations for expert (4.0). | 6.50 | $ | 150.00 | $ | 975.00 |
| 05/05/03 | DWS | Review additional expert witness materials regarding meeting with John Kilpatrick (1.6); meeting with consulting expert (4.5). | 6.10 | $ | 370.00 | $ | 2,257.00 |
| 05/05/03 | KEK | Calls to EPA contact Wendi Thomi regarding retrieval of EPA documents to W.R. Grace. | 0.40 | $ | 120.00 | $ | 48.00 |
| 05/05/03 | KLB | Review time and costs for March in preparation of Request for Attorneys Fees and Costs. | 1.00 | $ | 150.00 | $ | 150.00 |
| 05/05/03 | KLB | Obtain additional real estate and valuation articles and reliance data for Darrell W. Scott in preparation for expert deposition. | 1.40 | $ | 150.00 | $ | 210.00 |
| 05/05/03 | SAB | Prepare Fee and Cost Application for March. | 2.00 | $ | 80.00 | $ | 160.00 |
| 05/06/03 | DWS | Pre-deposition meeting with consultant (1.0); defend deposition of John Kilpatrick (6.5). | 7.50 | $ | 370.00 | $ | 2,775.00 |
| 05/06/03 | KEK | Phone call to Kelci Land regarding my FOIA request for EPA documents. | 0.10 | $ | 120.00 | $ | 12.00 |
| 05/07/03 | DWS | Meeting with consultants regarding Grace expert reports. | 6.00 | $ | 370.00 | $ | 2,220.00 |
| 05/08/03 | KEK | Investigative work in Libby, Montana. | 2.20 | $ | 120.00 | $ | 264.00 |
| 05/12/03 | DWS | Phone call from co-counsel regarding deposition results (.3); review EPA FOIA materials pertinent to Grace expert opinions (2.2); study updates regarding medical research and short term vermiculite exposure (1.1); review updates to exhibits regarding ZAI property sales damages (.4). | 4.00 | $ | 370.00 | $ | 1,480.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| 05/12/03 | KEK | Received EPA documents and forwarded to Darrell W. Scott. | 0.10 | $ | 120.00 | $ 12.00 |
| 05/12/03 | KLB | Office conference with partner regarding meeting with consulting expert and research needed (.4); Internet research regarding countries that have banned asbestos (.6); review Legislation on proposed ban of asbestos (.5); obtain medical articles on tremolite case studies (1.3); letter to co-counsel providing FOIA documents (.2). | 3.00 | $ | 150.00 | $ 450.00 |
| 05/13/03 | DWS | Phone call from co-counsel regarding Gobbel deposition (.2); follow-up research regarding home demolition issues (.4); prepare updated reliance materials regarding John Kilpatrick (.3); meeting with paralegal regarding same (.1); phone call to consultant regarding follow-up research issues (.2); research regarding state economic loss issues pertinent to ZAI science trial claimants (1.4). | 2.60 | $ | 370.00 | $ 962.00 |
| 05/13/03 | DWS | Meeting with paralegal regarding research projects pertinent to motion practice and update to reliance materials (.5); phone call to co-counsel regarding updating of reliance materials (.1); phone call to counsel regarding choice of law question (.2); phone call from John Kilpatrick regarding follow-up research tasks (.1); review paralegal analysis regarding ZAI claimant state health agency advisories (.2); follow-up with paralegal regarding same (.2); phone conference with ZAI counsel regarding case status, case assignments, and motion practice issues (1.0); review additional exhibit materials for inclusion in supplemental reliance materials (.4). | 2.70 | $ | 370.00 | $ 999.00 |
| 05/13/03 | DWS | Phone call from Montana ZAI counsel regarding motion practice (.2); review transmitted case regarding ZAI science trial issues (.3); phone call from California counsel regarding ZAI science trial motion and prepare response to request (.5). | 1.00 | $ | 370.00 | $ 370.00 |
| 05/13/03 | KLB | Letter to co-counsel regarding case study (.2); letter to expert regarding information from | 5.00 | $ | 150.00 | $ 750.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
| | | homeowner (.3); office conference with partner regarding research needed and compiling supplemental reliance materials (.4); compile potential supplemental reliance materials (2.5); compile expert materials for co-counsel (.5); begin legal research on key Daubert issues (1.1). | | | |
| 05/14/03 | DWS | Analyze legal research regarding anticipated ZAI science trial motion practice (4.1); review case law forwarded by co-counsel (.4); meeting with paralegal regarding motion practice case assignments (.2); review ZAI counsel communications regarding dust testing issues (.1); final review of proposed additional reliance materials (.6). | 5.40 | $ 370.00 | $ 1,998.00 |
| 05/14/03 | KLB | Letter to co-counsel providing list and copies of Supplemental Reliance materials (.8); research Washington case law on key issues relating to property damages (5.2) | 6.00 | $ 150.00 | $ 900.00 |
| 05/15/03 | DWS | Phone call to co-counsel regarding status conference and briefing issues. | 0.30 | $ 370.00 | $ 111.00 |
| 05/15/03 | KLB | Legal research regarding Daubert and accepted methodologies. | 2.00 | $ 150.00 | $ 300.00 |
| 05/16/03 | DWS | Phone call to Ed Westbrook regarding case assignment issues and strategy. | 0.20 | $ 370.00 | $ 74.00 |
| 05/19/03 | DWS | Phone call from co-counsel regarding briefing issues (.2); review legal memoranda and key case law pertinent to substantive state law claims and anticipated motion practice(4.2). | 4.40 | $ 370.00 | $ 1,628.00 |
| 05/19/03 | KEK | Draft summary of investigative work done in Libby, Montana. | 0.30 | $ 120.00 | $ 36.00 |
| 05/20/03 | DWS | Phone conference with ZAI counsel regarding briefing issues (.8); continued legal research pertaining to dispositive motion practice (3.5); review database records/reports (.1); communicate with ZAI counsel regarding same (.1). | 4.50 | $ 370.00 | $ 1,665.00 |
| 05/21/03 | DWS | Review multiple deposition analyses from ZAI counsel (1.1); review EPA ZAI announcements | 1.90 | $ 370.00 | $ 703.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|------|------|------|
| | | (.3); prepare communications to ZAI claimants regarding same (.2); prepare communication to expert regarding EPA ZAI announcements (.2); phone call to co-counsel regarding same (.1). | | | | | |
| 05/21/03 | SAB | Review and revise Fee and Cost Application for March. | 1.00 | $ | 80.00 | $ | 80.00 |
| 05/22/03 | DWS | Phone call from co-counsel regarding EPA advisory (.3); review legal memorandum from ZAI counsel regarding anticipated briefing (.3); prepare additional reliance materials for consultant (.1); draft letter to the ZAI claimants regarding EPA release (.3); phone call from ZAI claimant regarding same (.2). | 1.20 | $ | 370.00 | $ | 444.00 |
| 05/22/03 | SAB | Review and revise Fee and Cost Application for March. | 1.00 | $ | 80.00 | $ | 80.00 |
| 05/23/03 | DWS | Phone conference with Ed Westbrook, Rob Turkewitz, and Bobby Wood regarding EPA disclosures and briefing issues (.5); final review and monthly cost and fee statements (.4); analyze updated EPA testing materials regarding ZAI exposure (.6). | 1.50 | $ | 370.00 | $ | 555.00 |
| 05/23/03 | SAB | Finalize Fee and Cost Application for March. Prepare and Finalize Quarterly Fee Application. | 2.00 | $ | 80.00 | $ | 160.00 |
| 05/28/03 | DWS | Review communication from ZAI claimant regarding additional factual support (.1); review recent construction publication regarding ZAI (.1); communicate to co-counsel regarding same (.1); study caselaw regarding property damage in CPA context (.3). | 0.60 | $ | 370.00 | $ | 222.00 |
| 05/30/03 | DWS | Review and respond to communications from co-counsel regarding anticipated briefing (.2); phone call to expert regarding research matters (.2). | 0.40 | $ | 370.00 | $ | 148.00 |
| | | **SUBTOTAL** | **105.90** | | | **$** | **29,430.00** |
| | | **TIME TOTAL:** | **116.70** | | | **$** | **30,578.00** |

# COST REPORT

Lukins & Annis, P.S.

Time Period 05/01/2003 - 05/31/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 05/01/03 | Photocopies | $ | 2.40 |
| 05/01/03 | Photocopies | $ | 3.00 |
| 05/02/03 | Photocopies | $ | 0.90 |
| 05/02/03 | Photocopies | $ | 46.35 |
| 05/02/03 | Photocopies | $ | 47.10 |
| 05/02/03 | Photocopies | $ | 13.20 |
| 05/02/03 | Photocopies | $ | 0.15 |
| 05/02/03 | Photocopies | $ | 7.05 |
| 05/02/03 | Long Distance Charges | $ | 17.37 |
| 05/02/03 | Long Distance Charges | $ | 0.32 |
| 05/05/03 | Photocopies | $ | 1.20 |
| 05/05/03 | Photocopies | $ | 0.90 |
| 05/05/03 | Photocopies | $ | 12.75 |
| 05/05/03 | Photocopies | $ | 0.30 |
| 05/05/03 | Photocopies | $ | 0.15 |
| 05/05/03 | Long Distance Charges | $ | 0.32 |
| 05/06/03 | Conference Call 03/04/03 (posted 05/06/03) | $ | 155.58 |
| 05/06/03 | Conference Call 03/18/03 (posted 05/06/03) | $ | 46.24 |
| 05/06/03 | Conference Call 03/25/03 (posted 05/06/03) | $ | 78.90 |
| 05/06/03 | Conference Call 04/01/03 (posted 05/06/03) | $ | 66.83 |
| 05/06/03 | Photocopies | $ | 6.30 |
| 05/06/03 | Photocopies | $ | 1.50 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 05/06/03 | Photocopies | $ | 2.40 |
| 05/06/03 | Photocopies | $ | 1.20 |
| 05/06/03 | Photocopies | $ | 0.90 |
| 05/06/03 | Photocopies | $ | 1.20 |
| 05/06/03 | Plane Fare - Darrell W. Scott for Kilpatrick deposition and meeting with expert consultant in Seattle, WA | $ | 194.00 |
| 05/06/03 | Cab Fare - Darrell W. Scott for Kilpatrick deposition in Seattle, WA | $ | 30.00 |
| 05/06/03 | Meals - Darrell W. Scott for Kilpatrick deposition in Seattle, WA | $ | 5.66 |
| 05/06/03 | Meals - Darrell W. Scott for Kilpatrick deposition in Seattle, WA | $ | 28.37 |
| 05/06/03 | Lodging - Darrell W. Scott for Kilpatrick deposition in Seattle, WA | $ | 224.45 |
| 05/07/03 | Cab Fare - Darrell W. Scott for meeting with expert consultant in Seattle, WA | $ | 30.00 |
| 05/07/03 | Meals - Darrell W. Scott for meeting with expert consultant in Seattle, WA | $ | 10.55 |
| 05/07/03 | Lodging - Darrell W. Scott for meeting with expert consultant in Seattle, WA | $ | 210.37 |
| 05/07/03 | Parking - Darrell W. Scott for Kilpatrick deposition and meeting with expert consultant in Seattle, WA | $ | 29.75 |
| 05/07/03 | Publication | $ | 13.99 |
| 05/07/03 | Publication | $ | 12.00 |
| 05/07/03 | Publication | $ | 37.62 |
| 05/07/03 | Publication | $ | 15.00 |
| 05/07/03 | Photocopics | $ | 0.60 |
| 05/07/03 | Photocopies | $ | 0.90 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 05/07/03 | Photocopies | $ | 3.45 |
| 05/07/03 | Photocopies | $ | 0.60 |
| 05/07/03 | Photocopies | $ | 13.50 |
| 05/07/03 | Photocopies | $ | 0.15 |
| 05/08/03 | Mileage - Kelly E. Konkright roundtrip to Libby, MT for investigative work | $ | 110.88 |
| 05/08/03 | Meals - Kelly E. Konkright at Henry's for investigative work in Libby, MT | $ | 10.10 |
| 05/09/03 | Photocopies | $ | 54.30 |
| 05/12/03 | Photocopies | $ | 0.60 |
| 05/12/03 | Photocopies | $ | 0.30 |
| 05/12/03 | Photocopies | $ | 64.95 |
| 05/12/03 | Photocopies | $ | 0.60 |
| 05/13/03 | Photocopies | $ | 21.30 |
| 05/13/03 | Photocopies | $ | 1.80 |
| 05/13/03 | Photocopies | $ | 1.35 |
| 05/13/03 | Photocopies | $ | 0.60 |
| 05/13/03 | Photocopies | $ | 82.65 |
| 05/13/03 | Photocopies | $ | 0.15 |
| 05/13/03 | Long Distance Charges | $ | 0.63 |
| 05/13/03 | Long Distance Charges | $ | 0.59 |
| 05/13/03 | Long Distance Charges | $ | 1.80 |
| 05/14/03 | Postage | $ | 3.18 |
| 05/14/03 | Photocopies | $ | 2.10 |
| 05/14/03 | Photocopies | $ | 13.35 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 05/14/03 | Photocopies | $ | 2.10 |
| 05/14/03 | Photocopies | $ | 0.75 |
| 05/14/03 | Photocopies | $ | 1.95 |
| 05/14/03 | Photocopies | $ | 7.65 |
| 05/14/03 | Photocopies | $ | 25.20 |
| 05/14/03 | Photocopies | $ | 2.10 |
| 05/14/03 | Long Distance Charges | $ | 1.80 |
| 05/15/03 | Photocopies | $ | 6.90 |
| 05/15/03 | Photocopies | $ | 1.50 |
| 05/15/03 | Photocopies | $ | 0.90 |
| 05/15/03 | Photocopies | $ | 1.20 |
| 05/15/03 | Long Distance Charges | $ | 0.59 |
| 05/16/03 | Federal Express Postage | $ | 17.43 |
| 05/16/03 | Photocopies | $ | 1.20 |
| 05/16/03 | Long Distance Charges | $ | 0.59 |
| 05/16/03 | Long Distance Charges | $ | 2.39 |
| 05/19/03 | Long Distance Charges | $ | 0.59 |
| 05/19/03 | Long Distance Charges | $ | 1.20 |
| 05/20/03 | Photocopies | $ | 0.90 |
| 05/20/03 | Photocopies | $ | 0.15 |
| 05/20/03 | Photocopies | $ | 0.15 |
| 05/22/03 | Federal Express Postage | $ | 17.95 |
| 05/22/03 | Federal Express Postage | $ | 14.43 |
| 05/22/03 | Federal Express Postage | $ | 24.89 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 05/22/03 | Federal Express Postage | $ 14.43 |
| 05/22/03 | Federal Express Postage | $ 14.43 |
| 05/22/03 | Photocopies | $ 0.15 |
| 05/22/03 | Photocopies | $ 15.00 |
| 05/23/03 | Photocopies | $ 1.05 |
| 05/23/03 | Photocopies | $ 0.75 |
| 05/23/03 | Photocopies | $ 0.30 |
| 05/23/03 | Photocopies | $ 0.45 |
| 05/27/03 | Photocopies | $ 0.60 |
| 05/28/03 | Photocopies | $ 0.90 |
| 05/28/03 | Photocopies | $ 1.50 |
| 05/29/03 | Photocopies | $ 0.30 |
| 05/29/03 | Photocopies | $ 0.15 |
| 05/29/03 | Photocopies | $ 38.70 |
| 05/29/03 | Photocopies | $ 0.15 |
| 05/29/03 | Long Distance Charges | $ 2.02 |
| 05/30/03 | Federal Express Postage | $ 23.38 |
| 05/30/03 | Federal Express Postage | $ 23.38 |
| 05/30/03 | Postage | $ 2.21 |
| 05/30/03 | Postage | $ 5.75 |
| 05/30/03 | Telecopier Service - (2 pages) (05/30/03 is posting date) | $ 2.00 |
| 05/30/03 | Telecopier Service - (9 pages) (05/30/03 is posting date) | $ 9.00 |
| 05/30/03 | Telecopier Service - (8 pages) | $ 8.00 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| | (05/30/03 is posting date) | | |
| 05/30/03 | Telecopier Service - (5 pages)<br>(05/30/03 is posting date) | $ | 5.00 |
| 05/30/03 | Telecopier Service - (5 pages)<br>(05/30/03 is posting date) | $ | 5.00 |
| 05/30/03 | Telecopier Service - (5 pages)<br>(05/30/03 is posting date) | $ | 5.00 |
| 05/30/03 | Long Distance Charges | $ | 0.67 |
| 05/30/03 | Long Distance Charges | $ | 1.35 |
| 05/30/03 | Long Distance Charges | $ | 0.32 |
| | Total | $ | 2,063.15 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

*Verified Application of Lukins & Annis, P.S. for Compensation for Services and*

*Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period*

*from May 1, 2003 through May 31, 2003* to be served upon those parties identified on the

attached service list via hand delivery or US Mail.

Dated: July 31, 2003       */s/ William D. Sullivan*
            William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899