REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1055254 |
| Invoice Date | 07/28/03 |
| Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                                    1,684.50


TOTAL BALANCE DUE UPON RECEIPT          $ 1,684.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1055254
One Town Center Road                     Invoice Date      07/28/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 06/17/03 | Lord | Research docket and update 2002 Service List and Service labels. | .30 |
| 06/24/03 | Keuler | Telephone call with A. Muha re: filing of motion to increase budget (0.2);  review motion for increased budget (0.6);  draft and finalize notice of motion (1.1); discuss same with K. Gwynne (0.2);  telephone call with A. Muha re: same (0.1). | 2.20 |
| 06/24/03 | Lord | Update 2002 Service List and labels. | .30 |
| 06/24/03 | Lord | Discuss motion for increased budget with R. Keuler (.2); prepare service for same (.2) | .40 |
| 06/24/03 | Muha | Attend to issues re: filing of motion to increase budget. | 3.00 |
| 06/25/03 | Keuler | Review letter to be filed with Court re: motion to increase budget. | .20 |
| 06/25/03 | Lord | Various e-mails from/to P. Lykens re: Letter to Judge Fitzgerald (.3); discuss same with R. Keuler (.3); e-file same (.5). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  1055254
60026  Litigation and Litigation Consulting       Page    2
       July 28, 2003


```
   Date   Name                                              Hours
 -------- -----------                                       -----

 06/25/03 Muha            Attention to issues re: filing      .90
                          motion to increase budget
                          (including calls and e-mails to
                          Debtors' local bankruptcy counsel).

                                                           ------
                                        TOTAL HOURS          8.40


 TIME SUMMARY              Hours        Rate        Value
 ------------------------  ---------------------    -------
 Andrew J. Muha            3.90  at  $  200.00  =    780.00
 Richard A. Jr. Keuler     2.40  at  $  250.00  =    600.00
 John B. Lord             2.10  at  $  145.00  =    304.50

                          CURRENT FEES                       1,684.50

                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $ 1,684.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1055253
5400 Broken Sound Blvd., N.W.         Invoice Date        07/28/03
Boca Raton, FL 33487                  Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          160,080.25


                TOTAL BALANCE DUE UPON RECEIPT        $ 160,080.25
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1055253
5400 Broken Sound Blvd., N.W.            Invoice Date      07/28/03
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 05/28/03 | Restivo | Analyze new material re: Science trial (1.4); dictate memos re: same (1.1); trial planning (1.0). | 3.50 |
| 05/30/03 | Restivo | Telephone call with D. Cameron re: Science Trial planning issues. | .50 |
| 05/31/03 | Cameron | Prepare for meeting with experts re: deposition preparation meeting during week of June 2. | 1.40 |
| 05/31/03 | Culleiton | Draft (2.9) and revise (1.1) Hays' deposition digest. | 4.00 |
| 05/31/03 | Flatley | Preparation for conference call with R. Senftleben and Dr. Hughson (1.20); reviewing materials in preparation for Dr. Hughson deposition (4.20). | 5.40 |
| 06/01/03 | Cameron | Review reports and supporting materials in preparation for meetings with expert witnesses regarding deposition preparation. | 2.00 |
| 06/02/03 | Bentz | Scheduling expert depositions (.5); preparation of memo regarding Van Cura deposition (2.0); review of memo regarding Versar report (.6); work on findings of fact and conclusions of law (.9). | 4.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1055253
60028  ZAI Science Trial                    Page    2
       July 28, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 06/02/03 | Cameron | Prepare for and meet with R. Finke regarding expert deposition preparation (2.0); meet with R. J. Lee and R. Finke regarding deposition preparation issues (5.1). | 7.10 |
| 06/02/03 | Culleiton | Review and analyze J. Restivo memos regarding analysis of additional scientific studies (0.8);  review D. Cameron's summary of M. Corn deposition (0.7). | 1.50 |
| 06/02/03 | Flatley | E-mails from/to D. Cameron re: R. Lee preparation (.20); reviewing materials in preparation for meeting with and deposition of B. Hughson  (8.00). | 8.20 |
| 06/02/03 | Muha | Research instances in which Claimants' expert reports were excluded from evidence on Daubert grounds. | 3.00 |
| 06/02/03 | Turkaly | Review and digest fact witness deposition transcripts. | 8.00 |
| 06/03/03 | Atkinson | Reviewing correspondence and collected reliance materials in response to J. Ward 6/3/03 letter requesting additional reliance materials (.8); copies of expert materials to D. Cameron (.4); copies of experts depositions to K. Condo (.7); reviewing homeowners' depositions re: exposure data (.3). | 2.20 |
| 06/03/03 | Bentz | Review of records regarding historical Grace testing (1.0) and conference with L. Flatley regarding same (.5); review of memoranda regarding Corn deposition (.6); correspondence with Claimants' counsel regarding reliance materials (.6). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number   1055253
60028  ZAI Science Trial                          Page    3
        July 28, 2003


       Date    Name                                               Hours
       -------- -----------                                       -----

       06/03/03 Butcher          Phone call from M. Cohn re: FOIA      .20
                                 requests.

       06/03/03 Cameron          Prepare for expert deposition        6.30
                                 preparation meeting by extensive
                                 review of risk assessment
                                 materials (2.3); continued review
                                 of materials and preparation of
                                 summaries for meetings/deposition
                                 preparation with R. Lee and R.
                                 Finke (2.6); meet with R. Finke
                                 regarding same (.5); multiple
                                 e-mails with R. Finke regarding
                                 same (.7); telephone call with
                                 witnesses regarding deposition
                                 scheduling and deposition
                                 preparation issues (.2).

       06/03/03 Flatley          Continued preparation for Dr.        6.80
                                 Hughson deposition.

       06/03/03 Turkaly          Review and digest fact witness       8.00
                                 depositions.

       06/04/03 Atkinson         Drafting memo to R. Finke            1.70
                                 forwarding additional claimants'
                                 experts' reliance materials (.4);
                                 reviewing experts' reliance
                                 materials for completeness (.5),
                                 and searching for additional
                                 reliance materials (.8).

       06/04/03 Bentz            Review of additional reliance        5.30
                                 materials provided by claimants'
                                 experts (1.9); letter to W. Sparks
                                 and review of requested materials
                                 (1.1); review of documents
                                 regarding Grace historical testing
                                 (.9); work on proposed findings of
                                 fact and conclusions of law (1.4).

       06/04/03 Cameron          Prepare for and attend expert       10.50
                                 deposition preparation meeting
                                 with witness and R. Finke (8.2);
                                 prepare summary of R. Lee
                                 materials for J. Restivo (1.2) and
                                 meet with R. Finke and J. Restivo
                                 regarding same (1.1).

172573  W. R. Grace & Co.                          Invoice Number  1055253
60028   ZAI Science Trial                          Page    4
        July 28, 2003

| Date | Name | | Hours |
|------|------|--|-------|

06/04/03 Flatley      E-mails and call with R.              6.10
                      Senftleben (.30); preparation for
                      Dr. Hughson deposition (5.80).

06/04/03 Muha         Memo re: research of prior            1.80
                      instances when ZAI Claimant expert
                      witnesses' testimony/reports
                      excluded on Daubert grounds.

06/04/03 Restivo      Deposition preparation of Dr. B.      1.50
                      Anderson.

06/04/03 Turkaly      Review and digest fact witness        6.00
                      depositions.

06/05/03 Atkinson     Assembling experts' reliance           .80
                      materials for D. Cameron in
                      preparation for expert depositions.

06/05/03 Bentz        Review of correspondence regarding    1.20
                      reliance materials (.3); review of
                      EPA statement regarding attic
                      insulation and asbestos (.9).

06/05/03 Cameron      Meet with R. Finke and expert         9.10
                      witness before deposition (1.0);
                      defend expert deposition of E.
                      Anderson (7.5); meet with J.
                      Restivo regarding same (.6).

06/05/03 Flatley      Preparation for Dr. Hughson          11.50
                      meeting (7.50); with R. Senftleben
                      and meeting with Dr. Hughson
                      (4.00).

06/05/03 Restivo      Preparation for Dr. R. Lee            5.00
                      deposition.

06/05/03 Turkaly      Review and digest fact witness        7.00
                      depositions.

06/06/03 Atkinson     Prepare memo to D. Cameron with       2.40
                      inventory of Dr. Betty Anderson's
                      case file, made available during
                      deposition (.6); draft letter to
                      J. Ward in response to request for
                      additional reliance materials
                      (.6); internet searches locating

172573 W. R. Grace & Co.                          Invoice Number  1055253
60028  ZAI Science Trial                          Page    5
       July 28, 2003


       Date    Name                                               Hours
    --------  -----------                                         -----

                         materials to be sent to Mr. Ward
                         (1.2).

06/06/03 Bentz           Letters to claimants' counsel              1.30
                         regarding reliance materials (.7);
                         review of legal research (.6).

06/06/03 Cameron         Attend and defend portion of R.            2.50
                         Lee deposition (.4); meet with J.
                         Restivo and R. Finke regarding
                         same (.6); meet with R. Lee and R.
                         Finke regarding same (.4); review
                         materials from E. Anderson
                         deposition (.8); telephone call
                         with Drs. Lees and Mlynarek
                         regarding potential deposition
                         dates and preparation issues (.3).

06/06/03 Flatley         Preparation for Dr. Hughson                8.60
                         deposition, including meeting with
                         Dr. Hughson and R. Senftleben
                         (1.80); participating in Dr.
                         Hughson deposition and short
                         follow up (6.80).

06/06/03 Restivo         Preparation for and defend                9.00
                         deposition of Dr. R. Lee.

06/06/03 Turkaly         Continue to review and digest fact        8.00
                         witness depositions.

06/07/03 Atkinson        Checking list of reliance                  .30
                         materials against file of
                         papers/articles re: scientific
                         issues.

06/09/03 Atkinson        Reviewing experts' reliance                .40
                         materials for completeness.

06/09/03 Bentz           Corresponding with claimants'             5.30
                         counsel regarding deposition
                         schedule (.6); preparation for
                         depositions of experts, Drs. Lees
                         and Mlynarek (4.7).

06/09/03 Cameron         Review materials to prepare for           2.60
                         Lees deposition (.9); meet with J.
                         Bentz regarding same (.3); review

172573  W. R. Grace & Co.                          Invoice Number  1055253
60028   ZAI Science Trial                          Page   6
        July 28, 2003


        Date    Name                                             Hours
        ------- -----------                                      -----

                            R. Turkewitz correspondence (.1)
                            and telephone call with J. Bentz
                            (.1); meet with J. Restivo
                            regarding open issues (.2); review
                            M. Corn transcript and e-mail
                            regarding same (1.0).

06/09/03 Flatley            Review deposition notes after            .80
                            Hughson deposition (.40); meet
                            with D. Cameron re: deposition
                            results (.40).

06/10/03 Atkinson           Locate Lees/Mlynarek reports for        2.30
                            J. Bentz, D. Cameron (.5);
                            reviewing experts' reliance
                            materials and articles requested
                            by experts (1.8).

06/10/03 Bentz              Conference with Dr. Lees and D.         3.30
                            Cameron (.2); preparation for
                            experts' depositions (3.1).

06/10/03 Butcher            Revise memo to D. Cameron re: FOIA       .70
                            requests (.20); begin summarizing
                            documents produced by EPA (.50).

06/10/03 Cameron            Continued e-mails and telephone        2.40
                            calls regarding deposition
                            scheduling and preparation issues
                            (.6); continued preparation of
                            outline and review of materials
                            for deposition (Lees and Mlynarek)
                            preparation meetings (1.2); review
                            issues from Corn, Lee and Anderson
                            depositions (.6).

06/10/03 Flatley            Call with R. Senftleben (.10);          .60
                            call with Dr. Ilgren (.20);
                            e-mails to/from D. Cameron re:
                            various deposition-related issues
                            (.30).

06/10/03 Turkaly            Review and digest D. Van Cura's        6.00
                            deposition.

06/11/03 Atkinson           Letter to Grace in-house counsel       1.20
                            enclosing expert reports.

172573 W. R. Grace & Co.                    Invoice Number  1055253
60028  ZAI Science Trial                    Page   7
  · July 28, 2003


      Date    Name                                              Hours
    -------- -----------                                         -----

    06/11/03 Bentz          Review of Van Cura deposition         3.10
                            (1.8); preparation for expert
                            depositions (1.3).

    06/11/03 Butcher        Review deposition transcripts of      1.20
                            R. Hatfield and Longo for requests
                            for production of documents (.70);
                            summarize documents produced by
                            EPA (.50).

06/11/03 Cameron            Telephone call with R. Finke          1.50
                            regarding recent developments with
                            experts (.3); e-mails regarding
                            same (.2); telephone call with J.
                            Restivo regarding same (.1);
                            review expert depositions and
                            summaries (.9).

    06/11/03 Flatley        Call with R. Senftleben and follow     .70
                            up (.30); follow up on Drs. Ilgren
                            and Hughson (.40).

    06/11/03 Turkaly        Review and digest D. Van Cura's       8.00
                            deposition.

    06/12/03 Bentz          Correspondence with claimants'        1.30
                            counsel regarding expert reliance
                            materials (.5); review of
                            deposition notes (.8).

    06/12/03 Cameron        Meet with J. Restivo regarding         .60
                            science trial expert discovery
                            issues.

    06/12/03 Culleiton      Review Hays, Gobbell and Ewing         .50
                            depositions for additional
                            requested documents.

    06/12/03 Flatley        Quick look at Dr. Hughson              .20
                            transcript (0.1) and message for
                            R. Senftleben (0.1).

    06/12/03 Restivo        Telephone calls with D. Siegel re:    1.00
                             case status and related research.

    06/12/03 Turkaly        Review and digest K. Kalman's        5.00
                            deposition.

172573 W. R. Grace & Co.                          Invoice Number  1055253
60028  ZAI Science Trial                          Page   8
       July 28, 2003


    Date    Name                                              Hours
  -------- -----------                                        -----

  06/13/03 Bentz          Review of materials in preparation   2.00
                          for depositions of Drs. Lees and
                          Mlynarek.

  06/13/03 Flatley        Call with R. Senftleben re: Dr.       .30
                          Hughson transcript.

  06/13/03 Muha           Respond to e-mail questions from      .50
                          debtor's local counsel re:
                          attorneys on ZAI Science Trial
                          case.

  06/13/03 Turkaly        Review and digest K. Kalman's        6.50
                          deposition.

  06/14/03 Atkinson       Reviewing J. Ward letter re:          .30
                          additional reliance materials and
                          reviewing files for response.

  06/14/03 Cameron        Prepare and revise deposition         .70
                          preparation outline.

  06/15/03 Cameron        Review and revise summary outline     .80
                          for deposition preparation (0.6)
                          and e-mail regarding same (0.2).

  06/16/03 Atkinson       Research re: CFR and Federal          .70
                          Register reliance documents
                          requested by expert Jay Ward.

  06/16/03 Bentz          Corresponding with experts and       2.70
                          counsel for claimants regarding
                          expert depositions (1.0);
                          conferences with claimants'
                          counsel regarding ZAI Science
                          Trial issues at Omnibus hearing
                          (.20); conference with K. Condo
                          and work regarding Daubert and
                          dispositive motions (1.5).

  06/16/03 Butcher        Draft summary of documents           1.40
                          produced by EPA.

  06/16/03 Cameron        E-mails regarding science trial       .40
                          issues (.2); meet with J. Restivo
                          regarding same (.2).

  06/16/03 Restivo        Review new material and make         1.00

172573 W. R. Grace & Co.                          Invoice Number   1055253
60028  ZAI Science Trial                          Page    9
       July 28, 2003


     Date    Name                                               Hours
   -------- -----------                                         -----
                            related telephone calls.

   06/16/03 Turkaly        Review and digest additional fact     2.00
                           witness depositions.

   06/17/03 Atkinson       Reviewing files re: additional        1.00
                           reliance materials per J. Ward
                           request.

   06/17/03 Bentz          Conference call with Dr. Lees in      3.00
                           preparation for deposition (1.30);
                           conference with D. Cameron and R.
                           Finke regarding Lees and Mlynarek
                           depositions (.7); preparation for
                           Lees and Mlynarek depositions
                           (1.0).

   06/17/03 Cameron        Conference call with R. Finke, J.     3.10
                           Bentz and witness regarding
                           deposition preparation issues
                           (.8); telephone call with J. Bentz
                           and R. Finke regarding same (.4);
                           meet with J. Restivo and telephone
                           call with R. Finke regarding
                           litigation strategy for Science
                           Trial (1.0); review status of
                           dispositive motions (.9).

   06/17/03 Miller         Meet with J. Restivo regarding        4.50
                           research on class proofs of claim
                           in bankruptcy proceedings (0.7);
                           research regarding class proofs of
                           claim in bankruptcy proceedings
                           (3.8).

   06/17/03 Muha           Meet with J. Restivo and R. Miller     .70
                           re: issues relating to class
                           actions.

   06/17/03 Restivo        Review new developments in Science    2.30
                           Trial (0.5); telephone call with
                           E. Westbrook (0.3); conference
                           call with R. Finke and D. Cameron
                           (1.0); meeting with researchers
                           (0.5).

   06/17/03 Singer         Discussion with J. Restivo re:         .50
                           Rule 23 issues in bankruptcy court.

172573 W. R. Grace & Co.                          Invoice Number  1055253
60028  ZAI Science Trial                          Page  10
       July 28, 2003


    Date    Name                                              Hours
-------- -----------                                          -----

06/18/03 Atkinson       Copies of Corn Report/Supplemental     1.20
                        Report to D. Cameron to send to
                        expert (.4); provide Corn Report,
                        EPA, NIOSH materials to Richard
                        Finke (.3); searches to locate
                        reference materials for J. Butcher
                        (.5).

06/18/03 Bentz          Meeting to prepare Dr. Mlynarek        8.60
                        for deposition (5.0); preparation
                        for meeting with Dr. Mlynarek for
                        his deposition (3.6).

06/18/03 Butcher        Meeting with K. Condo re: Daubert       .50
                        motion (.20); meeting with A. Muha
                        re: materials for motion (.10);
                        review materials (.20).

06/18/03 Cameron        Telephone call with J. Bentz and       1.80
                        R. Finke regarding expert witness
                        depositions (.5); review materials
                        in preparation for meeting with
                        witness (.9); e-mails regarding
                        deposition schedule (.4).

06/18/03 Condo          Drafting work on Summary Judgment      1.00
                        motion and brief.

06/18/03 Miller         Further research regarding            3.50
                        bankruptcy/class action issues
                        (2.5);  prepare memorandum to J.
                        Restivo regarding class proofs of
                        claims in bankruptcy proceeding
                        (1.0).

06/18/03 Muha           Review file materials re: Daubert      4.70
                        issues for and in preparation of
                        Daubert brief (0.4); research
                        class action issues (4.3).

06/19/03 Atkinson       Memo with copies of all experts'       2.00
                        minu-script depositions to client
                        (1.0); searches re: reliance
                        materials to provide to J. Ward
                        and draft letter to J. Ward (1.0).

06/19/03 Bentz          Preparation for and defending the      8.10
                        deposition of Dr. Mlynarek in

172573  W. R. Grace & Co.                                 Invoice Number  1055253
60028  ZAI Science Trial                                  Page  11
       July 28, 2003


   Date   Name                                                         Hours
-------- -----------                                                   -----

                        Tampa, Florida.

06/19/03 Butcher        Review materials for Daubert              .30
                        motion.

06/19/03 Cameron        Telephone call with J. Bentz             5.90
                        regarding deposition (.4); prepare
                        for witness meeting (1.1); meet
                        with P. Lees regarding deposition
                        preparation (4.1); meet with J.
                        Restivo regarding open issues with
                        depositions and motions (.3).

06/19/03 Condo          Drafting work on Summary Judgment        3.00
                        motion and brief.

06/19/03 Miller         Further preparation of memorandum        3.70
                        regarding bankruptcy issues (1.5);
                         review Bankruptcy Code, Rules and
                        materials regarding removal of
                        actions (1.5);  meeting with J.
                        Restivo regarding bankruptcy
                        matters (0.7).

06/19/03 Muha           Research class action case law           3.90
                        (3.2); meet with J. Restivo re:
                        same (0.7).

06/19/03 Restivo        Telephone calls with D. Cameron          4.50
                        and R. Finke re: ZAI Science Trial
                        planning and strategy issues
                        (1.0);  read recently received
                        correspondence, e-mails and
                        pleadings (1.0); meetings to
                        listen to oral reports on law
                        relating to class actions (1.5);
                        read recently received
                        correspondence, e-mails and
                        pleadings (1.0).

06/20/03 Atkinson       Revising letter to J. Ward               1.70
                        enclosing additional reliance
                        materials (.7); organizing
                        reliance materials to send to
                        claimants' counsel and for files
                        (1.0).

172573 W. R. Grace & Co.                    Invoice Number   1055253
60028  ZAI Science Trial                    Page   12
       July 28, 2003


     Date    Name                                              Hours
  --------  -----------                                        -----

  06/20/03 Bentz              Preparation of Dr. Lees for        6.70
                              deposition and defending
                              deposition (6.2); conference with
                              R. Finke and D. Cameron regarding
                              deposition (0.5).

  06/20/03 Butcher            Draft Notice of Appeal to EPA re:   .30
                              FOIA request.

  06/20/03 Cameron            Participate in conference call     1.80
                              with J. Bentz and R. Finke
                              concerning reports on deposition
                              (.5); meet with J. Bentz and P.
                              Lees regarding deposition
                              preparation (.5); participate in
                              conference call with R. Finke and
                              expert (.8).

  06/20/03 Muha               Research legal issues relating to  1.30
                              class actions.

  06/20/03 Turkaly            Review and digest additional fact  4.50
                              witness depositions.

  06/22/03 Cameron            Review of materials for Daubert    1.30
                              and summary judgment motions.

  06/22/03 Miller             Further review of Bankruptcy Code, 2.00
                              Rules and materials regarding
                              removal of actions.

  06/23/03 Atkinson           Letter to J. Ward with additional   .20
                              reliance materials.

  06/23/03 Bentz              Corresponding with claimants'      3.60
                              counsel regarding various document
                              production issues (.6); work on
                              dispositive motions (3.0).

  06/23/03 Butcher            Meeting with K. Condo re: Daubert  3.10
                              brief (0.4); review materials for
                              brief (1.3); begin drafting brief
                              (1.4).

  06/23/03 Cameron            Prepare for and meet with J.       2.90
                              Restivo and K. Condo regarding
                              summary judgment and Daubert
                              motions (.8); additional meeting

172573 W. R. Grace & Co.                    Invoice Number  1055253
60028  ZAI Science Trial                    Page  13
       July 28, 2003


| Date | Name | | Hours |
|------|------|---|-------|
| | | with J. Restivo regarding same (.3); telephone call with R. Finke regarding same (.8); meet with J. Bentz regarding Science Trial budget issues (.3); review outline of arguments for motion (.7). | |
| 06/23/03 | Condo | Drafting work on Summary Judgment motion and brief. | 2.80 |
| 06/23/03 | Flatley | Messages to/from Dr. Ilgren, et al. during vacation (.60); call with R. Finke and R. Senftleben and follow up with L. DeMarchi Sleigh (.30); call with W. Sparks and follow up (.70). | 1.60 |
| 06/23/03 | Muha | Research issues relating to class actions (3.5); discuss same with J. Restivo (0.5). | 4.00 |
| 06/23/03 | Restivo | Meeting with K. Condo re: Daubert motion (1.2); conference call re: same (0.8); dictate brief opening of motion (0.5); correspondence to R. Turkewitz (0.5); review research on class actions (1.0). | 4.00 |
| 06/23/03 | Turkaly | Review and digest R. Hatch's deposition (2.0); review and digest J. Dillon's deposition (5.5). | 7.50 |
| 06/24/03 | Bentz | Preparation of motion to exclude ZAI claimants' valuation expert (2.1); work regarding summary judgment brief (1.9). | 4.00 |
| 06/24/03 | Butcher | Begin drafting portions of Daubert brief. | 1.20 |
| 06/24/03 | Cameron | Review draft outline for summary judgment brief (.8); telephone call with E. Westbrook regarding motion to increase budget (.2); review and revise motion (.3); review draft letter to Judge Fitzgerald (.3). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1055253
60028  ZAI Science Trial                          Page   14
       July 28, 2003


| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/24/03 | Condo | Drafting work on Summary Judgment motion and Brief. | 2.10 |
| 06/24/03 | Flatley | Call with R. Finke and R. Senftleben (.30); memo re: schedule and response to it (.10); voice mails and e-mails re: Dr. Ilgren follow up (.10); call with R. Finke (.40); call with Dr. Ilgren and message for R. Finke (.50); meet with J. Bentz re: schedule issues (.10). | 1.50 |
| 06/24/03 | Miller | Further review of bankruptcy materials and case law. | 2.50 |
| 06/24/03 | Restivo | Correspondence and calls re: motion to increase ZAI Science Trial budget (1.7); compose letter to Judge Fitzgerald re: same (0.6) | 2.30 |
| 06/24/03 | Singer | Call R. Copeland Miller re: jurisdiction question. | .30 |
| 06/24/03 | Turkaly | Review and digest additional fact witness depositions. | 7.00 |
| 06/25/03 | Atkinson | Summation database searches re: attic insulation documents (.6); copies of expert reports to send to client (.3); reviewing Regulatory Documents files (.2). | 1.10 |
| 06/25/03 | Bentz | Correspondence regarding claimants' request for documents regarding Grace simulation (.7); work on dispositive motion (.6). | 1.30 |
| 06/25/03 | Butcher | Detailed review of materials to draft Daubert section of Summary Judgment brief. | 3.80 |
| 06/25/03 | Cameron | Review material regarding ZAI sales (.7); review outline of summary judgment brief and comment (.8). | 1.50 |

172573  W. R. Grace & Co.                          Invoice Number  1055253
60028   ZAI Science Trial                          Page  15
        July 28, 2003


     Date    Name                                              Hours
   -------- -----------                                        -----


   06/25/03 Condo          Drafting work on Summary Judgment    7.70
                           motion and brief.

   06/25/03 Flatley        Review outlines and rough draft of   2.30
                           brief (1.20); call with J. Bentz
                           re: status (.20); call with D.
                           Cameron re: status (.40); with J.
                           Restivo re: status of brief and
                           scheduling issues and follow up
                           (.50).

   06/25/03 Miller         Further review of case law           2.30
                           regarding removal of action to
                           bankruptcy proceeding.

   06/25/03 Restivo        Telephone calls, e-mails re:         1.00
                           status of Judge Fitzgerald and
                           Committee for Equity Holders'
                           status in Science Trial.

   06/25/03 Turkaly        Review and digest additional fact    7.00
                           witness depositions.

   06/26/03 Atkinson       Collecting expert reports and        1.90
                           letter to send to Kramer, Levin
                           (1.0); Hatfield and Longo material
                           to J. Butcher (.4); teleconference
                           with W. Sparks, J. Bentz re: attic
                           insulation, and search on database
                           re: same (.5).

   06/26/03 Bentz          Work on brief in support of          9.40
                           Daubert exclusions and summary
                           judgment (5.0); work on motion to
                           exclude valuation expert (2.8);
                           conference with W. Sparks and M.
                           Atkinson regarding factual
                           research (.6); response to
                           claimants' request for documents
                           regarding Lees/Mlynarek
                           depositions (1.0).

   06/26/03 Butcher        Meeting re: Summary Judgment brief   2.10
                           (1.80); draft portion of brief
                           (.30).

   06/26/03 Cameron        Prepare for and meet with trial      3.60
                           team regarding summary

172573 W. R. Grace & Co.                          Invoice Number  1055253
60028  ZAI Science Trial                          Page  16
       July 28, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| | | judgment/Daubert motions (1.9); prepare and revise outline regarding same (.9); review and revise summary of Grace evidence (.8). | |
| 06/26/03 | Condo | Drafting work on Summary Judgment motion and brief. | 7.50 |
| 06/26/03 | Flatley | Review outlines and initial draft of brief in support of motion for summary judgment (1.20); meeting to discuss outline of brief and status of preparation (2.10); meet with D. Cameron re: revisions to outline (.20). | 3.50 |
| 06/26/03 | Muha | Search for materials relating to Daubert motion. | .30 |
| 06/26/03 | Restivo | Preparation for and meeting re: motions and briefs (1.5); case review in preparation for briefs (2.5); dictate portions of memorandum for motions (2.0). | 6.00 |
| 06/26/03 | Turkaly | Review and digest fact witness deposition. | .50 |
| 06/27/03 | Bentz | Conference with claimants' counsel regarding schedule for serving dispositive motions and briefs (.2); work on motion in limine regarding damages expert (.5); work on motion for summary judgment brief (2.3). | 3.00 |
| 06/27/03 | Butcher | Draft section of summary judgment brief re: indirect preparation of test samples. | 4.20 |
| 06/27/03 | Cameron | Prepare and revise summary of Grace evidence and send to R. Finke (.9); telephone call with R. Finke regarding case review meeting and Summary Judgment Motion issues (.6); telephone call with J. Restivo regarding same (.3); meet with J. Bentz regarding | 2.10 |

172573  W. R. Grace & Co.                          Invoice Number   1055253
60028   ZAI Science Trial                          Page   17
        July 28, 2003


| Date | Name | | Hours |
| ------- | ----------- | --- | ----- |
| | | Summary Judgment Motion issues (.3). | |
| 06/27/03 | Condo | Drafting work on Summary Judgment motion and brief. | 6.75 |
| 06/27/03 | Flatley | Call with R. Finke and locating documents for Dr. Ilgren, including letter (.20); e-mails re: status of brief and collecting materials to review (.50). | .70 |
| 06/28/03 | Butcher | Draft section of brief in support of Motion for Summary Judgment (4.70); revise indirect preparation section (.40). | 5.10 |
| 06/28/03 | Cameron | Work on proposed revisions to summary judgment brief. | 1.50 |
| 06/28/03 | Condo | Drafting work on Summary Judgment motion and brief. | 1.00 |
| 06/29/03 | Atkinson | Summation database searches re: attic insulation prices, 1969-84 (0.5) and draft chart indicating prices (0.6). | 1.10 |
| 06/29/03 | Butcher | Review and revise sections of Daubert/Summary Judgment brief (.80); institute changes and revisions to brief (1.50); review cases cited in the brief (1.10). | 3.40 |
| 06/29/03 | Cameron | Continue review of draft brief and prepare additional inserts and revisions for same. | 1.30 |
| 06/29/03 | Flatley | Review D. Cameron draft inserts (re: summary judgment brief) and supplement. | .30 |
| 06/30/03 | Atkinson | Searches on internet/library request re: documents referenced in Grace Brief (.8); reviewing files re: ZAI documents (.5). | 1.30 |
| 06/30/03 | Bentz | Work on Daubert/Summary Judgment brief. | 4.70 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        July 28, 2003

Invoice Number  1055253
Page  18

| Date | Name | | Hours |
|------|------|------|-------|

06/30/03 Butcher     Work on Daubert/Summary Judgment     5.10
                     Brief.

06/30/03 Cameron     Review of draft summary judgment     4.80
                     brief and extensive revisions and
                     comments thereto (2.6); several
                     meetings with J. Restivo and L.
                     Flatley regarding revisions and
                     comments to various sections of
                     the brief (1.8); meet with J.
                     Restivo regarding same (.4).

06/30/03 Condo       Drafting work on Summary Judgment     2.00
                     motion and brief.

06/30/03 Flatley     E-mails re: status of brief (.20);   10.50
                     review first draft of summary
                     judgment brief (2.90); draft
                     language for inserts to brief
                     (1.40); meet with J. Restivo and
                     D. Cameron to review draft of
                     brief and discuss strategy (1.30);
                     reviewing and revising second
                     draft of brief, including
                     discussions with J. Restivo and D.
                     Cameron (4.70).

06/30/03 Restivo     Work (including meetings, calls,     11.00
                     drafting, re-drafting and
                     research) re:  July 7 motion for
                     summary judgment and brief in
                     support.

                                            ------
                            TOTAL HOURS     514.65

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 52.60 | at $ | 475.00 | = | 24,985.00 |
| Paul M. Singer | .80 | at $ | 475.00 | = | 380.00 |
| Lawrence E. Flatley | 69.60 | at $ | 440.00 | = | 30,624.00 |
| Douglas E. Cameron | 81.10 | at $ | 430.00 | = | 34,873.00 |
| James W Bentz | 84.60 | at $ | 335.00 | = | 28,341.00 |
| Kathy K. Condo | 33.85 | at $ | 385.00 | = | 13,032.25 |
| Jayme L. Butcher | 32.60 | at $ | 200.00 | = | 6,520.00 |
| Andrew J. Muha | 20.20 | at $ | 200.00 | = | 4,040.00 |
| Joseph E. Culleiton | 6.00 | at $ | 235.00 | = | 1,410.00 |

```
   172573 W. R. Grace & Co.                    Invoice Number   1055253
60028   ZAI Science Trial                       Page   19
        July 28, 2003

Rosa Copeland Miller        18.50  at  $  230.00  =   4,255.00
Maureen L. Atkinson         23.80  at  $  125.00  =   2,975.00
Christine H. Turkaly        91.00  at  $   95.00  =   8,645.00


                            CURRENT FEES                    160,080.25


                                                      ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $ 160,080.25
                                                      =============
```

REED SMITH LLP

PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1055381
5400 Broken Sound Blvd., N.W.        Invoice Date       07/28/03
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


===========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2003

   Date   Name                                              Hours
 -------- -----------                                       -----

06/02/03 Muha          Final revisions to 22nd Monthly      1.00
                       Fee Application.

06/04/03 Cleversy      Conference with R. Keuler re: CNO     1.00
                       (.1); docket research (.5); review
                       and organization of Fee
                       Application file (.4).

06/04/03 Keuler        Met with L. Lankford re: fee          .60
                       application and revised 22nd
                       monthly fee application.

06/04/03 Lankford      Perform edits, calculations, scan,   1.60
                       electronically file and serve Reed
                       Smith's Monthly Fee Application.

06/06/03 Cleversy      Assist R. Keuler with filing and     1.40
                       service of pleadings (.9);
                       modifications to Certificate of No
                       Objections (.5).

06/06/03 Keuler        Review CNO prepared by J. Cleversy    .80
                       (0.4); revise same (0.4).

06/09/03 Muha          Extensive revisions to 23rd          3.40
                       monthly application fee and
                       expense details.

06/10/03 Muha          Update ZAI Science Trial budget       .40
                       report.

06/17/03 Muha          Revise fee and expense details for   2.30
                       23rd Monthly Fee Application.

```
172573  W. R. Grace & Co.                    Invoice Number   1055381
60029   Fee Applications-Applicant           Page    2
        July 28, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 06/20/03 | Muha | Revise fee/expense details for 23rd Monthly Fee Application. | 1.90 |
| 06/24/03 | Muha | Revise portions of 23rd Monthly Fee Application. | 1.20 |
| 06/25/03 | Keuler | Review documents prepared by J. Lord. | .10 |
| 06/25/03 | Lord | Research docket and draft CNO for April fee application. | .50 |
| 06/26/03 | Lankford | File CNO regarding docket #3871. | .40 |
| 06/27/03 | Cameron | Review 23rd Monthly Fee Application. | 1.00 |
| 06/30/03 | Muha | Revisions to expense details for 23rd Monthly Fee Application, including extensive review of reimbursement reports to add supplemental details to descriptions. | 1.00 |

```
                                             ------
                              TOTAL HOURS     18.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Douglas E. Cameron | 1.00 | at $ | 430.00 | = | 430.00 |
| Andrew J. Muha | 11.20 | at $ | 200.00 | = | 2,240.00 |
| Richard A. Jr. Keuler | 1.50 | at $ | 250.00 | = | 375.00 |
| John B. Lord | .50 | at $ | 145.00 | = | 72.50 |
| Janet L. Cleversy | 2.40 | at $ | 130.00 | = | 312.00 |
| Lisa Lankford | 2.00 | at $ | 80.00 | = | 160.00 |

```
                              CURRENT FEES               3,589.50


                                                       ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $ 3,589.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1055233
One Town Center Road                     Invoice Date      07/28/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60030

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2003

|  Date   | Name   |   | Hours |
| ------- | ------ | --- | ----- |
| 06/04/03 | Keuler | Calendared objection date and drafted e-mail to Pittsburgh counsel. | .10 |
| 06/17/03 | Keuler | Attend omnibus hearing in matter (1.3);  met with J. Lord re: agenda letter and hearing status for today's omnibus hearing (0.3). | 1.60 |
| 06/17/03 | Lord | Assist R. Keuler with preparation of materials for hearing. | .40 |

                                                          ------
                                         TOTAL HOURS       2.10


| TIME SUMMARY          | Hours |    | Rate      |   | Value  |
| --------------------- | ----- | -- | --------- | - | ------ |
| Richard A. Jr. Keuler | 1.70  | at | $  250.00 | = | 425.00 |
| John B. Lord          | .40   | at | $  145.00 | = |  58.00 |

                         CURRENT FEES                        483.00


                                                       ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $ 483.00
                                                       ============