REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1055255 |
| One Town Center Road | Invoice Date | 07/28/03 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Expenses                  1,425.95

          TOTAL BALANCE DUE UPON RECEIPT    $ 1,425.95
                                           =============

```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                    Invoice Number        1055255
One Town Center Road               Invoice Date       07/28/03
Boca Raton, FL    33486            Client Number        172573
                                   Matter Number         60026
```

==========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 54.45 |
| Telephone Expense | 1.63 |
| Duplicating/Printing | 105.45 |
| Postage Expense | 30.80 |
| Courier Service | 35.00 |
| Outside Duplicating | 1,197.12 |
| General Expense | 1.50 |

|  |  |
|---|---:|
| CURRENT EXPENSES | 1,425.95 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $ 1,425.95 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1055255
One Town Center Road                         Invoice Date      07/28/03
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number        60026


===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/29/02 | Courier service for service of certificates of no objection for 22nd Monthly Fee Application(hand delivered various constituencies local counsel in Wilmington). | 35.00 |
| 05/22/03 | 302-571-6600/WILMINGTON, DE/10 | .57 |
| 05/22/03 | 609-520-6027/PRINCETON, NJ/1 | .11 |
| 05/22/03 | 609-514-5970/PRINCETON, NJ/2 | .11 |
| 05/27/03 | 312-984-6495/CHICAGO, IL/1 | .11 |
| 05/29/03 | 312-984-6495/CHICAGO, IL/7 | .40 |
| 06/02/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/02/03 | ATTY # 0349: 2 COPIES | .30 |
| 06/04/03 | Postage Expense | 3.13 |
| 06/04/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/04/03 | ATTY # 3816: 3 COPIES | .45 |
| 06/04/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 06/04/03 | ATTY # 0559: 32 COPIES | 4.80 |
| 06/04/03 | ATTY # 3816: 3 COPIES | .45 |
| 06/04/03 | ATTY # 0559: 66 COPIES | 9.90 |
| 06/04/03 | ATTY # 3984; 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1055255
60026  Litigation and Litigation Consulting       Page   2
       July 28, 2003

| Date | Description | Amount |
|---|---|---|
| 06/04/03 | ATTY # 3984; 312 COPIES | 46.80 |
| 06/04/03 | ATTY # 3984; 78 COPIES | 11.70 |
| 06/05/03 | Postage Expense | 5.30 |
| 06/05/03 | ATTY # 0559: 4 COPIES | .60 |
| 06/05/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/06/03 | ATTY # 4077: 1 COPIES | .15 |
| 06/06/03 | ATTY # 3816: 3 COPIES | .45 |
| 06/06/03 | Color Printing | 54.45 |
| 06/09/03 | Binding Expense - - VENDOR: ALL-STATE INTERNATIONAL INC --TABS FOR FILING. | 1.50 |
| 06/09/03 | Outside Duplicating - -Service of Notice of Quarterly Fee Application on Rule 2002 service list parties. | 706.50 |
| 06/09/03 | Outside Duplicating - -Service of Notice of Quarterly Fee Application on and Quarterly Application on notice parties. | 470.40 |
| 06/09/03 | ATTY # 0856: 2 COPIES | .30 |
| 06/09/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/13/03 | Postage Expense | 8.05 |
| 06/13/03 | Postage Expense | 8.05 |
| 06/13/03 | ATTY # 0396: 2 COPIES | .30 |
| 06/16/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/17/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |

```
172573 W. R. Grace & Co.                         Invoice Number  1055255
60026  Litigation and Litigation Consulting      Page    3
       July 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 06/24/03 | 302-778-7533/WILMINGTON, DE/1 | .11 |
| 06/25/03 | Postage Expense | 2.40 |
| 06/25/03 | Outside Duplicating: JANET CLEVERSY, COPIED 6 PG DOC 18 TIMES, POST MAIL & SERVE LOCALS ON SERVICE LIST. | 20.22 |
| 06/25/03 | ATTY # 0396: 3 COPIES | .45 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0718: 3 COPIES | .45 |
| 06/25/03 | ATTY # 0559; 90 COPIES | 13.50 |
| 06/25/03 | ATTY # 0718; 6 COPIES | .90 |
| 06/25/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 06/26/03 | ATTY # 0349: 34 COPIES | 5.10 |
| 06/26/03 | ATTY # 0349: 32 COPIES | 4.80 |
| 06/27/03 | Postage Expense | 3.87 |
| 06/27/03 | ATTY # 0396: 3 COPIES | .45 |

```
                          CURRENT EXPENSES          1,425.95
                                                 ------------
                 TOTAL BALANCE DUE UPON RECEIPT  $ 1,425.95
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1055256
5400 Broken Sound Blvd., N.W.        Invoice Date        07/28/03
Boca Raton, FL 33487                 Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Expenses                              17,352.17

                 TOTAL BALANCE DUE UPON RECEIPT        $ 17,352.17
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1055256
5400 Broken Sound Blvd., N.W.        Invoice Date      07/28/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 73.26 |
| Binding Charge | 45.00 |
| Telephone Expense | 47.84 |
| Documentation Charge | 271.60 |
| Duplicating/Printing | 2,261.75 |
| Postage Expense | 14.76 |
| Transcript Expense | 5,475.98 |
| Courier Service - Outside | 611.64 |
| Outside Duplicating | 507.38 |
| Secretarial Overtime | 30.00 |
| Lodging | 1,764.06 |
| Transportation | 32.00 |
| Air Travel Expense | 3,311.00 |
| Taxi Expense | 205.00 |
| Mileage Expense | 108.88 |
| Meal Expense | 722.81 |
| Telephone - Outside | 399.74 |
| General Expense | 5.99 |
| Westlaw-Additional research of cases in which claimants' expert witnesses were subject to Daubert motions to exclude testimony. | 762.74 |
| Westlaw-Research regarding class action issues in bankruptcy proceedings. | 555.65 |
| Westlaw-Research regarding class action issues in bankruptcy proceedings. | 92.93 |
| Westlaw-Research regarding class action issues in bankruptcy proceedings. | 52.16 |

                    CURRENT EXPENSES              17,352.17
                                                 -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $ 17,352.17
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number       1055256
5400 Broken Sound Blvd., N.W.                  Invoice Date      07/28/03
Boca Raton, FL 33487                           Client Number        172573
                                               Matter Number         60028

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/23/03 | FLATLEY/LAWRENCE E 29APR PIT ORD MSN ORD PIT--COACH-CLASS AIRFARE FOR DEPOSITIONS. | 915.50 |
| 04/29/03 | 610-525-5960/BRYN MAWR, PA/1 | .12 |
| 04/29/03 | 484-431-9962/BALACYNWYD, PA/2 | .12 |
| 04/30/03 | 843-727-6500/CHARLESTON, SC/4 | .23 |
| 05/01/03 | Telephone Expense | 9.54 |
| 05/01/03 | Telephone Expense | 16.95 |
| 05/04/03 | FLATLEY/LAWRENCE E 29APR PIT ORD MSN ORD PIT--CREDIT FROM UNUSED AIRFARE FOR EXPERT DEPOSITION TRIP. | -915.50 |
| 05/05/03 | 484-431-9962/BALACYNWYD, PA/3 | .23 |
| 05/06/03 | 610-255-5960/KEMBLESVL, PA/2 | .12 |
| 05/06/03 | 610-525-5960/BRYN MAWR, PA/1 | .12 |
| 05/13/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 05/15/03 | 843-727-6513/CHARLESTON, SC/2 | .11 |
| 05/15/03 | 404-572-3543/ATLANTA, GA/2 | .11 |
| 05/16/03 | Courier Service 54583 UPSM. ATKINSON | .64 |
| 05/19/03 | FLATLEY/LAWRENCE E 20MAY PIT PHL PIT--COACH-CLASS AIRFARE FOR TRAVEL TO MEETING W/EXPERT WITNESS. | 753.50 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page   2
       July 28, 2003

            RATON FL 33487).

| 05/19/03 | 301-405-6848/HYATTSVL, MD/2 | .17 |
|---|---|---|
| 05/20/03 | ATTY # 0559: 30 COPIES | 4.50 |
| 05/20/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 05/20/03 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/03 | Courier Service 54583 UPS | .60 |
| 05/20/03 | 610-520-1156/BRYN MAWR, PA/4 | .29 |
| 05/21/03 | Courier Service 54583 UPS | 2.39 |
| 05/21/03 | 610-520-1156/BRYN MAWR, PA/12 | .70 |
| 05/21/03 | 215-851-1422/PHILA, PA/1 | .12 |
| 05/22/03 | Courier Service 54583 UPS | 2.39 |
| 05/22/03 | Courier Service 54583 UPS | 2.39 |
| 05/22/03 | Color Printing | 9.90 |
| 05/22/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 05/23/03 | Courier Service 54583 UPS | 2.43 |
| 05/25/03 | FLATLEY/LAWRENCE E 20MAY PIT PHL PIT--CREDIT FOR UNUSED AIR TRAVEL TICKETS. | -578.50 |
| 05/27/03 | Courier Service - 54583 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to RJ Lee Group, Inc. (MONROEVILLE PA 15146). | 7.08 |
| 05/27/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 05/27/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 05/28/03 | BENTZ/JAMES W 29MAY PIT ORD PIT-COACH-CLASS AIRFARE TO AND FROM CHICAGO FOR EXPERT WITNESS DEPOSITION. | 578.50 |
| 05/28/03 | 561-866-6803/BOCA RATON, FL/2 | .11 |
| 05/28/03 | 561-362-1533/BOCA RATON, FL/20 | 1.14 |
| 05/30/03 | Courier Service - 54583 UPS - Shipped from | 13.24 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page   3
       July 28, 2003

           Christine Turkaly, Reed Smith LLP - Pittsburgh
           to Ms. Adie Hammond, W. R. Grace & Co. (BOCA

05/30/03   FLATLEY/LAWRENCE E 05JUN PIT SAN                    1670.00
           PIT--COACH-CLASS AIRFARE FOR TRIP TO CALIFORNIA
           FOR EXPERT DEPOSITIONS.

05/30/03   919-755-8802/RALEIGH, NC/1                              .11

05/30/03   410-467-3403/BALTIMORE, MD/1                           .11

05/30/03   561-362-1551/BOCA RATON, FL/1                          .11

05/30/03   561-362-1552/BOCA RATON, FL/3                          .17

05/31/03   General Expense - - VENDOR: ALL-STATE               4.49
           INTERNATIONAL INC TABS FOR FILING.

05/31/03   Outside Duplicating - - VENDOR: IKON OFFICE       167.05
           SOLUTIONS, INC. DOC. PRODUCTIONS--SUPPLEMENTAL
           DOCUMENT PRODUCTION CHARGES.

06/01/03   ATTY # 0559: 3 COPIES                                  .45

06/02/03   ATTY # 0856; 76 COPIES                              11.40

06/02/03   ATTY # 0856; 594 COPIES                             59.40

06/02/03   ATTY # 0396; 73 COPIES                              10.95

06/02/03   ATTY # 0349; 62 COPIES                               9.30

06/02/03   ATTY # 0396; 95 COPIES                              14.25

06/02/03   ATTY # 0856; 129 COPIES                             12.90

06/02/03   ATTY # 0856; 78 COPIES                              11.70

06/02/03   ATTY # 0885: 3 COPIES                                  .45

06/02/03   ATTY # 0559: 12 COPIES                               1.80

06/02/03   ATTY # 0349: 35 COPIES                               5.25

06/02/03   ATTY # 0349: 3 COPIES                                  .45

06/02/03   Westlaw-Additional research of cases in which     762.74
           claimants' expert witnesses were subject to
           Daubert motions to exclude testimony.

```
172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page   4
       July 28, 2003
```

| | | |
|---|---|---|
| 06/02/03 | 561-362-1551/BOCA RATON, FL/26 | 1.48 |
| 06/03/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE MD FOR DEPOSITION OF DR. MORTON CORN 5/28-5/29/03 (ONE LUNCH, ONE DINNER PURCHASED). | 45.00 |
| 06/03/03 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE MD FOR DEPOSITION OF DR. MORTON CORN 5/28-5/29/03--MILEAGE TO/FROM AND PARKING AT AIRPORT. | 33.28 |
| 06/03/03 | Lodging Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE MD FOR DEPOSITION OF DR. MORTON CORN 5/28-5/29/03--HOTEL TIPS. | 6.00 |
| 06/03/03 | Meal Expense - - VENDOR: JAMES W. BENTZ TRAVEL TO CHICAGO FOR VAN CURA DEPOSITION IN GRACE/ZAI MATTER(TWO BREAKFASTS, TWO LUNCHES PURCHASED). | 30.35 |
| 06/03/03 | Lodging - - VENDOR: JAMES W. BENTZ TRAVEL TO CHICAGO FOR  VAN CURA DEPOSITION IN GRACE/ZAI MATTER | 240.14 |
| 06/03/03 | Taxi Expense - - VENDOR: JAMES W. BENTZ--TAXI TRAVEL IN CHICAGO FOR  VAN CURA DEPOSITION IN GRACE/ZAI MATTER. | 40.00 |
| 06/03/03 | Mileage Expense - - VENDOR: JAMES W. BENTZ TRAVEL TO CHICAGO FOR VAN CURA DEPOSITION IN GRACE/ZAI MATTER--MILEAGE TO/FROM AND PARKING AT AIRPORT. | 18.00 |
| 06/03/03 | Telephone - Outside - - VENDOR: JAMES W. BENTZ TRAVEL TO CHICAGO FOR VAN CURA DEPOSITION IN GRACE/ZAI MATTER. | 96.33 |
| 06/03/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON--COACH CLASS AIRFARE FOR TRIP TO BALTIMORE, MD FOR DEPOSITION OF DR. MORTON CORN 5/29/03 | 887.50 |
| 06/03/03 | Lodging - - VENDOR: DOUGLAS E. CAMERON HOTEL FOR TRIP TO BALTIMORE FOR DEPOSITION OF DR. MORTON CORN 5/28/03 | 218.40 |
| 06/03/03 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE FOR DEPOSITION OF DR. MORTON CORN 5/28/03 | 3.40 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page   5
       July 28, 2003

| | | |
|---|---|---:|
| 06/03/03 | Outside Duplicating -- - COPYING EXPERT RELIANCE MATERIALS AT CARNEGIE LIBRARY | 4.50 |
| 06/03/03 | ATTY # 0559; 346 COPIES | 34.60 |
| 06/03/03 | ATTY # 0559; 291 COPIES | 29.10 |
| 06/03/03 | ATTY # 0856; 19 COPIES | 2.85 |
| 06/03/03 | ATTY # 0856; 228 COPIES | 22.80 |
| 06/03/03 | ATTY # 0559: 2 COPIES | .30 |
| 06/03/03 | ATTY # 0559: 4 COPIES | .60 |
| 06/03/03 | ATTY # 0559: 6 COPIES | .90 |
| 06/03/03 | ATTY # 0559: 4 COPIES | .60 |
| 06/03/03 | ATTY # 0559: 6 COPIES | .90 |
| 06/03/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 06/03/03 | ATTY # 0559: 18 COPIES | 2.70 |
| 06/03/03 | ATTY # 0559: 5 COPIES | .75 |
| 06/03/03 | ATTY # 0559: 6 COPIES | .90 |
| 06/03/03 | ATTY # 0559: 3 COPIES | .45 |
| 06/03/03 | ATTY # 0559: 3 COPIES | .45 |
| 06/03/03 | ATTY # 0396: 11 COPIES | 1.65 |
| 06/03/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 06/03/03 | ATTY # 0559: 42 COPIES | 6.30 |
| 06/03/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 06/03/03 | ATTY # 0396: 12 COPIES | 1.80 |
| 06/03/03 | ATTY # 0559: 30 COPIES | 4.50 |
| 06/03/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 06/03/03 | ATTY # 0856: 19 COPIES | 2.85 |
| 06/03/03 | ATTY # 0396: 11 COPIES | 1.65 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028 ZAI Science Trial                           Page   6
      July 28, 2003


06/03/03   ATTY # 0885: 1 COPIES                              .15

06/03/03   ATTY # 0559: 3 COPIES                              .45

06/03/03   ATTY # 0559: 9 COPIES                             1.35

06/03/03   ATTY # 0559: 7 COPIES                             1.05

06/03/03   ATTY # 1911: 14 COPIES                            2.10

06/03/03   ATTY # 0559: 14 COPIES                            2.10

06/03/03   Binding Charge                                    9.00

06/03/03   Color Printing                                   63.36

06/03/03   703-684-0123/ARLINGTON, VA/2                       .11

06/04/03   Mileage Expense - - PARKING FOR EXPERT            9.00
           DEPOSITION MEETING AT PITTSBURGH AIRPORT W/ R J
           LEE AND GRACE IN-HOUSE COUNSEL, 6/3/03.

06/04/03   Outside Duplicating - - EXPERT REPORT COPIES      9.63

06/04/03   Postage Expense                                   3.85

06/04/03   ATTY # 0710: 6 COPIES                              .90

06/04/03   ATTY # 0559: 7 COPIES                             1.05

06/04/03   ATTY # 0559: 7 COPIES                             1.05

06/04/03   ATTY # 1911: 27 COPIES                            4.05

06/04/03   ATTY # 0559: 4 COPIES                              .60

06/04/03   ATTY # 0885: 1 COPIES                              .15

06/04/03   ATTY # 0559: 14 COPIES                            2.10

06/04/03   ATTY # 0559: 1 COPIES                              .15

06/04/03   ATTY # 0559: 4 COPIES                              .60

06/04/03   ATTY # 0396: 14 COPIES                            2.10

06/04/03   ATTY # 0856: 1 COPIES                              .15

06/04/03   ATTY # 0559: 1 COPIES                              .15

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page   7
       July 28, 2003


06/04/03    ATTY # 0856: 18 COPIES                          2.70

06/04/03    ATTY # 0856: 3 COPIES                            .45

06/04/03    ATTY # 1911: 5 COPIES                            .75

06/04/03    ATTY # 0885: 6 COPIES                            .90

06/04/03    ATTY # 0885: 4 COPIES                            .60

06/04/03    ATTY # 0885: 1 COPIES                            .15

06/04/03    ATTY # 0396: 14 COPIES                          2.10

06/04/03    ATTY # 1911: 32 COPIES                          4.80

06/04/03    ATTY # 0856: 1 COPIES                            .15

06/04/03    ATTY # 1911: 15 COPIES                          2.25

06/04/03    ATTY # 0559: 1 COPIES                            .15

06/04/03    ATTY # 0885: 6 COPIES                            .90

06/04/03    ATTY # 0885: 1 COPIES                            .15

06/04/03    ATTY # 0885: 4 COPIES                            .60

06/04/03    ATTY # 0885: 1 COPIES                            .15

06/04/03    ATTY # 1911: 26 COPIES                          3.90

06/04/03    ATTY # 0885; 4 COPIES                            .60

06/04/03    ATTY # 0856; 31 COPIES                          4.65

06/04/03    ATTY # 0349; 72 COPIES                         10.80

06/04/03    ATTY # 0885; 27 COPIES                          4.05

06/04/03    ATTY # 0885; 3 COPIES                            .45

06/04/03    ATTY # 0349; 28 COPIES                          4.20

06/04/03    ATTY # 0856; 276 COPIES                        27.60

06/04/03    ATTY # 0885; 5 COPIES                            .75

06/04/03    ATTY # 0856; 2 COPIES                            .30

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page   8
       July 28, 2003


| | | |
|---|---|---:|
| 06/04/03 | ATTY # 0885; 2 COPIES | .30 |
| 06/04/03 | ATTY # 0885; 2 COPIES | .30 |
| 06/04/03 | ATTY # 1911; 129 COPIES | 12.90 |
| 06/04/03 | ATTY # 0885; 1 COPIES | .15 |
| 06/04/03 | ATTY # 0856; 74 COPIES | 11.10 |
| 06/04/03 | ATTY # 0396; 363 COPIES | 36.30 |
| 06/04/03 | Courier Service - 54583 UPS - Shipped  to William G. Hughson, Med. UCSD Ctr. for Occ. & Environ. Med. (San Diego CA 92111). | 39.26 |
| 06/04/03 | Courier Service - 54583 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to William J.A. Sparks, W.R. Grace & Company (WILMINGTON DE 19801). | 7.86 |
| 06/04/03 | Binding Charge | 3.00 |
| 06/04/03 | Courier Service 54583 UPS | .64 |
| 06/04/03 | 843-727-6672/CHARLESTON, SC/1 | .11 |
| 06/04/03 | 843-727-6513/CHARLESTON, SC/8 | .46 |
| 06/04/03 | 561-362-1551/BOCA RATON, FL/4 | .23 |
| 06/04/03 | 561-362-1551/BOCA RATON, FL/16 | .91 |
| 06/04/03 | 724-325-1776/EXPORT, PA/2 | .21 |
| 06/04/03 | 302-652-5340/WILMINGTON, DE/3 | .23 |
| 06/05/03 | U.S. ENVIRONMENTAL PROTECTION AGENCY FOIA REQUEST INVOICE. | 271.60 |
| 06/05/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 06/05/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/05/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/05/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/05/03 | ATTY # 1911: 14 COPIES | 2.10 |

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page   9
       July 28, 2003

| | | |
|---|---|---|
| 06/05/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 06/05/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/05/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/05/03 | ATTY # 0856: 10 COPIES | 1.50 |
| 06/05/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/05/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/05/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/05/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/05/03 | ATTY # 1911: 18 COPIES | 2.70 |
| 06/05/03 | ATTY # 0559: 3 COPIES | .45 |
| 06/05/03 | ATTY # 0856; 92 COPIES | 9.20 |
| 06/05/03 | ATTY # 0856; 118 COPIES | 11.80 |
| 06/05/03 | ATTY # 0349; 100 COPIES | 10.00 |
| 06/05/03 | ATTY # 0856; 93 COPIES | 13.95 |
| 06/05/03 | ATTY # 0885; 3 COPIES | .45 |
| 06/05/03 | ATTY # 0349; 59 COPIES | 5.90 |
| 06/05/03 | ATTY # 0349; 8 COPIES | 1.20 |
| 06/05/03 | Courier Service - 54583 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Mr. Don Van Cura (CHICAGO IL 60641). | 8.29 |
| 06/05/03 | Binding Charge | 3.00 |
| 06/05/03 | Courier Service 54583 UPS | .64 |
| 06/05/03 | 216-781-5515/CLEVELAND, OH/3 | .17 |
| 06/06/03 | Postage Expense | .37 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       July 28, 2003

Invoice Number  1055256
Page  10

| Date | Description | Amount |
|---|---|---|
| 06/06/03 | ATTY # 0885: 3 COPIES | .45 |
| 06/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/06/03 | ATTY # 0856: 20 COPIES | 3.00 |
| 06/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/06/03 | ATTY # 0856: 4 COPIES | .60 |
| 06/06/03 | ATTY # 0885: 3 COPIES | .45 |
| 06/06/03 | ATTY # 0856: 2 COPIES | .30 |
| 06/06/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/06/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 06/06/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 06/06/03 | ATTY # 1911; 1 COPIES | .15 |
| 06/06/03 | ATTY # 0856; 75 COPIES | 11.25 |
| 06/06/03 | ATTY # 0856; 213 COPIES | 21.30 |
| 06/06/03 | ATTY # 0885; 466 COPIES | 46.60 |
| 06/06/03 | ATTY # 1911; 29 COPIES | 4.35 |
| 06/06/03 | ATTY # 0856; 3 COPIES | .45 |
| 06/06/03 | ATTY # 0559; 66 COPIES | 9.90 |
| 06/06/03 | ATTY # 0856; 54 COPIES | 8.10 |
| 06/06/03 | Courier Service - 54583 UPS - Shipped  to James L. Ward, Esq., ZAI Claimants' Counsel (Mount Pleasant SC 29464). | 13.44 |
| 06/06/03 | Courier Service - 54583 UPS - Shipped to LAWRENCE E FLATLEY REED SMITH LLP (PITTSBURGH PA 15219). | 39.26 |

172573 W. R. Grace & Co.                           Invoice Number  1055256
60028 ZAI Science Trial                            Page  11
       July 28, 2003


06/06/03   Courier Service - 54583 UPS - Shipped from          13.18
           Douglas Cameron, Reed Smith LLP - Pittsburgh to
           Richard C. Finke, Esq., W.R. Grace Company
           (BOCA RATON FL 33487).

    06/06/03   Courier Service - 54583 UPS - Shipped from          12.50
               Douglas Cameron, Reed Smith LLP - Pittsburgh to
               Sciences International (ALEXANDRIA VA 22314).

    06/06/03   Courier Service - 54583 UPS - Shipped from          12.50
               Douglas Cameron, Reed Smith LLP - Pittsburgh to
               Sciences International (ALEXANDRIA VA 22314).

    06/06/03   Courier Service - 54583 UPS - Shipped from          10.69
               Douglas Cameron, Reed Smith LLP - Pittsburgh to
               Richard C. Finke, Esq. W.R. Grace Company (BOCA
               RATON FL 33487).

    06/06/03   813-974-6628/TAMPA, FL/6                               .34

    06/06/03   724-733-3838/EXPORT, PA/7                              .49

    06/06/03   410-955-3009/BALTIMORE, MD/8                           .46

    06/07/03   ATTY # 0856: 4 COPIES                                  .60

    06/07/03   ATTY # 0856; 14 COPIES                               2.10

    06/09/03   Courier Service - Outside - - FEDERAL EXPRESS       13.51
               CORP 5/22/03- -PACKAGE OF EXPERT MATERIALS FROM
               FLITE INTERLIBRARY LOAN, FERRIS ST. UNIVERSITY,
               BIG RAPIDS, MI. 49307/2742.

    06/09/03   Tabs for materials prepared for expert             1.50
               depositions.

    06/09/03   Postage Expense                                     1.06

    06/09/03   Postage Expense                                     3.85

    06/09/03   301-762-8282/ROCKVILLE, MD/3                          .23

    06/09/03   843-727-6500/CHARLESTON, SC/2                         .17

    06/09/03   ATTY # 0856; 82 COPIES                              8.20

    06/09/03   ATTY # 0559; 75 COPIES                             11.25

    06/09/03   ATTY # 0559; 2 COPIES                                 .30

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page  12
        July 28, 2003


06/09/03    ATTY # 0856; 173 COPIES                        25.95

06/09/03    ATTY # 0559: 4 COPIES                            .60

06/09/03    ATTY # 0396: 1 COPIES                            .15

06/09/03    ATTY # 0885: 1 COPIES                            .15

06/09/03    ATTY # 0559: 8 COPIES                           1.20

06/09/03    ATTY # 0885: 1 COPIES                            .15

06/09/03    ATTY # 0856: 19 COPIES                          2.85

06/09/03    ATTY # 0349: 1 COPIES                            .15

06/09/03    ATTY # 0885: 1 COPIES                            .15

06/09/03    ATTY # 0559: 6 COPIES                            .90

06/09/03    Courier Service - 54583 UPS - Shipped from      7.86
            Douglas Cameron Reed Smith LLP - Pittsburgh to
            Dr. Peter J. Lees, John Hopkins School of
            Public Health (BALTIMORE MD 21205).

06/09/03    Courier Service - 54583 UPS - Shipped from     27.52
            James Restivo, Reed Smith LLP - Pittsburgh to
            ZAI Claimant Counsel Robert M. Turkewitz (MOUNT
            PLEASANT SC 29464).

06/09/03    Courier Service - 54583 UPS - Shipped from     31.43
            James Restivo, Reed Smith LLP - Pittsburgh to
            ZAI Claimant Counsel Robert M. Turkewitz (MOUNT
            PLEASANT SC 29464).

06/09/03    Courier Service - 54583 UPS - Shipped from     12.78
            James Restivo, Reed Smith LLP - Pittsburgh to
            R.J. Lee Group Inc. (MONROEVILLE PA 15146).

06/09/03    Courier Service - 54583 UPS - Shipped from     10.43
            James Restivo, Reed Smith LLP - Pittsburgh to
            R.J. Lee Group Inc. (MONROEVILLE PA 15146).

06/09/03    Courier Service - 54583 UPS - Shipped from      5.62
            James Restivo, Reed Smith LLP - Pittsburgh to
            R.J. Lee Group Inc. (MONROEVILLE PA 15146).

```
172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page  13
       July 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 06/09/03 | 216-781-5515/CLEVELAND, OH/13 | .74 |
| 06/09/03 | 843-727-6672/CHARLESTON, SC/1 | .11 |
| 06/10/03 | Transcript Expense - - VENDOR: BROWN REPORTING, INC. RICHARD HATFIELD DEPOSITION TRANSCRIPT CHARGES. | 886.10 |
| 06/10/03 | Transcript Expense - - VENDOR: BROWN REPORTING, INC. WILLIAM LONGO DEPOSITION TRANSCRIPT CHARGES. | 498.90 |
| 06/10/03 | Transcript Expense - - VENDOR: BROWN REPORTING, INC. ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF STEVE M. HAYS DEPOSITION. | 839.13 |
| 06/10/03 | Meal Expense - - VENDOR: JAMES J. RESTIVO, JR. CLIENT/WITNESS LUNCH EXPENSE DURING EXPERT WITNESS DEPOSITION IN PITTSBURGH(6/6/03) (3 LUNCHES PURCHASED). | 34.41 |
| 06/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON 6/3/03 DINNER WITH R. FINKE OF W.R. GRACE REGARDING DEPOSITION PREPARATION MEETING (2 DINNERS PURCHASED). | 20.00 |
| 06/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON 6/4/03 LUNCH WITH B. ANDERSON, R. FINKE, R. REISS AND D. CAMERON RELATED TO DEPOSITION PREPARATION (4 LUNCHES PURCHASED). | 76.47 |
| 06/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON 6/4/03 DINNER WITH R. FINKE RELATED TO ANDERSON DEPOSITION PREPARATION (2 DINNERS PURCHASED) | 29.74 |
| 06/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON 6/5/03 LUNCH AT REED SMITH FOR B. ANDERSON, R. FINKE AND D. CAMERON ON DAY OF ANDERSON DEPOSITION (3 LUNCHES PURCHASED). | 19.00 |
| 06/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON 6/5/03 DINNER WITH R. FINKE REGARDING ANDERSON DEPOSITION (2 DINNERS PURCHASED). | 17.00 |
| 06/10/03 | ATTY # 0559; 64 COPIES | 9.60 |
| 06/10/03 | ATTY # 0856; 212 COPIES | 21.20 |
| 06/10/03 | ATTY # 0559; 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page  14
        July 28, 2003

| | | |
|---|---|---|
| 06/10/03 | ATTY # 0559; 33 COPIES | 4.95 |
| 06/10/03 | ATTY # 0559; 30 COPIES | 4.50 |
| 06/10/03 | ATTY # 0856; 383 COPIES | 38.30 |
| 06/10/03 | ATTY # 0856; 849 COPIES | 84.90 |
| 06/10/03 | ATTY # 0856; 648 COPIES | 64.80 |
| 06/10/03 | ATTY # 0559; 28 COPIES | 4.20 |
| 06/10/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/10/03 | ATTY # 0559: 5 COPIES | .75 |
| 06/10/03 | ATTY # 0559: 10 COPIES | 1.50 |
| 06/10/03 | ATTY # 0559: 5 COPIES | .75 |
| 06/10/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/10/03 | ATTY # 0559: 10 COPIES | 1.50 |
| 06/10/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 06/10/03 | Binding Charge | 3.00 |
| 06/10/03 | Courier Service - 54583 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Steve Mlynarek, University of South Florida (TAMPA FL 33612). | 8.56 |
| 06/10/03 | 813-974-6628/TAMPA, FL/1 | .11 |
| 06/10/03 | 843-727-6672/CHARLESTON, SC/1 | .11 |
| 06/11/03 | ANDREW MUHA-TELEPHONE EXPENSE WHILE TRAVELING FOR DEPOSITIONS IN IDAHO & WASHINGTON, MARCH 2003 | 117.00 |
| 06/11/03 | Meal Expense - - VENDOR: LAWRENCE E. FLATLEY TRIP TO SAN DIEGO, CA 6/6-6/7/03 (3 LUNCHES PURCHASED). | 54.26 |
| 06/11/03 | Lodging - - VENDOR: LAWRENCE E. FLATLEY TRIP TO SAN DIEGO, CA FOR EXPERT DEPOSITIONS 6/6-6/7/03. | 519.36 |

```
172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page  15
       July 28, 2003
```

06/11/03   Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY          68.00
           TAXI TRAVEL DURING TRIP TO SAN DIEGO, CA
           6/6-6/7/03 FOR EXPERT DEPOSITIONS.

      06/11/03   Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY      48.60
                 RIP TO SAN DIEGO, CA 6/6-6/7/03--MILEAGE
                 TO/FROM AND PARKING AT PITTSBURGH AIRPORT.

      06/11/03   Telephone - Outside - - VENDOR: LAWRENCE E.         16.00
                 FLATLEY TRIP TO SAN DIEGO, CA 6/6-6/7/03

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 1911: 13 COPIES                               1.95

      06/11/03   ATTY # 0701: 10 COPIES                               1.50

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 1911: 13 COPIES                               1.95

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0856: 1 COPIES                                 .15

      06/11/03   ATTY # 0701: 20 COPIES                               3.00

      06/11/03   ATTY # 1911; 56 COPIES                               8.40

      06/11/03   ATTY # 0885; 1 COPIES                                 .15

      06/11/03   Courier Service - 54583 UPS - Shipped from          23.87
                 Maureen Atkinson, Reed Smith LLP - Pittsburgh
                 W.R. Grace & Company (BOCA RATON FL 33487).

      06/11/03   561-362-1551/BOCA RATON, FL/7                         .40

      06/12/03   ATTY # 1911: 16 COPIES                               2.40

      06/12/03   ATTY # 1911; 28 COPIES                               4.20

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page  16
        July 28, 2003

06/12/03   ATTY # 1911; 32 COPIES                        4.80

        06/12/03   410-531-4170/COLUMBIA, MD/13              .80

        06/12/03   312-822-1357/CHICAGO, IL/4               .29

        06/12/03   Binding Charge                          9.00

        06/13/03   ATTY # 0396: 1 COPIES                    .15

        06/13/03   ATTY # 0396: 1 COPIES                    .15

        06/13/03   ATTY # 0396: 1 COPIES                    .15

        06/13/03   ATTY # 1911: 28 COPIES                  4.20

        06/13/03   ATTY # 0396; 49 COPIES                  7.35

        06/13/03   ATTY # 0396; 885 COPIES                88.50

        06/13/03   ATTY # 0396; 2 COPIES                    .30

        06/13/03   ATTY # 1911; 28 COPIES                  4.20

        06/13/03   ATTY # 1911; 1 COPIES                    .15

        06/13/03   Courier Service - 54583 UPS - Shipped from    18.26
                   Lawrence Flatley, Reed Smith LLP - Pittsburgh
                   to William G. Hughson, Center for Occup. &
                   Envir. Med. (SAN DIEGO CA 92103).

        06/13/03   561-362-1551/BOCA RATON, FL/8            .51

        06/14/03   Outside Duplicating--SUPPLEMENTAL DOCUMENT   91.81
                   PRODUCTION CHARGES.

        06/14/03   Transcript Expense - - VENDOR: A. WILLIAM   964.65
                   ROBERTS, JR. : DR. E. ILGREN DEPOSITION
                   TRANSCRIPT.

        06/14/03   ATTY # 0559: 1 COPIES                    .15

        06/15/03   ATTY # 0559: 5 COPIES                    .75

        06/15/03   ATTY # 0559: 5 COPIES                    .75

        06/15/03   SECRETARIAL OVERTIME--WORK (REVISING DEPOSITION   30.00
                   OUTLINES) RELATING TO EXPERT DEPOSITIONS.

172573 W. R. Grace & Co.
60028 ZAI Science Trial
     July 28, 2003

Invoice Number  1055256
Page  17

| | | |
|---|---|---|
| 06/16/03 | Postage Expense | 1.29 |
| 06/16/03 | Postage Expense | .37 |
| 06/16/03 | ATTY # 1911; 1140 COPIES | 114.00 |
| 06/16/03 | ATTY # 4219; 377 COPIES | 37.70 |
| 06/16/03 | ATTY # 1911; 453 COPIES | 45.30 |
| 06/16/03 | ATTY # 0885; 4 COPIES | .60 |
| 06/16/03 | ATTY # 0856; 6 COPIES | .60 |
| 06/16/03 | ATTY # 1911; 14 COPIES | 2.10 |
| 06/16/03 | ATTY # 0559; 78 COPIES | 11.70 |
| 06/16/03 | ATTY # 0856; 35 COPIES | 5.25 |
| 06/16/03 | ATTY # 0885; 2 COPIES | .30 |
| 06/16/03 | ATTY # 0856; 131 COPIES | 13.10 |
| 06/16/03 | ATTY # 0856; 19 COPIES | 2.85 |
| 06/16/03 | ATTY # 0885; 1 COPIES | .15 |
| 06/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 06/16/03 | ATTY # 0885; 1 COPIES | .15 |
| 06/16/03 | ATTY # 0885; 1 COPIES | .15 |
| 06/16/03 | ATTY # 0885; 1 COPIES | .15 |
| 06/16/03 | ATTY # 0701: 4 COPIES | .60 |
| 06/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 06/16/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/16/03 | 312-407-0522/CHICAGO, IL/1 | .11 |
| 06/16/03 | 813-974-6628/TAMPA, FL/1 | .11 |
| 06/16/03 | 561-362-1533/BOCA RATON, FL/3 | .23 |

```
172573 W. R. Grace & Co.                      Invoice Number  1055256
     60028  ZAI Science Trial                    Page  18
           July 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 06/17/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.--SUPPLEMENTAL DOCUMENT PRODUCTIONS CHARGES. | 224.39 |
| 06/17/03 | Outside Duplicating - -COPYING OF SCIENTIFIC ARTICLES FROM SOUTHERN ILLINOIS UNIVERSITY LIBRARY. | 10.00 |
| 06/17/03 | Transcript Expense - - VENDOR: A. WILLIAM ROBERTS, JR. : TRANSCRIPT OF DON VAN CURA DEPOSITION. | 401.90 |
| 06/17/03 | Binding Charge | 18.00 |
| 06/17/03 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 06/17/03 | 215-851-8250/PHILA, PA/1 | .12 |
| 06/18/03 | Meal Expense - - VENDOR: JAMES J. RESTIVO-LUNCH FOR MEETING WITH DEBTORS' COUNSEL AND EXPERT WITNESS, 6/5/03 (4 LUNCHES PURCHASED). | 33.90 |
| 06/18/03 | Postage Expense | .37 |
| 06/18/03 | Postage Expense | 1.06 |
| 06/18/03 | ATTY # 0559: 1 COPIES | .15 |
| 06/18/03 | ATTY # 0559: 1 COPIES | .15 |
| 06/18/03 | ATTY # 0559: 5 COPIES | .75 |
| 06/18/03 | ATTY # 0559: 6 COPIES | .90 |
| 06/18/03 | ATTY # 4219: 2 COPIES | .30 |
| 06/18/03 | ATTY # 4219: 3 COPIES | .45 |
| 06/18/03 | ATTY # 0559: 6 COPIES | .90 |
| 06/18/03 | ATTY # 0559: 1 COPIES | .15 |
| 06/18/03 | ATTY # 0396; 1382 COPIES | 138.20 |
| 06/18/03 | ATTY # 0856; 157 COPIES | 23.55 |
| 06/18/03 | ATTY # 0559; 28 COPIES | 4.20 |
| 06/18/03 | ATTY # 0856; 454 COPIES | 45.40 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page  19
       July 28, 2003

| | | |
|---|---|---|
| 06/18/03 | ATTY # 0559; 3 COPIES | .45 |
| 06/18/03 | Courier Service - 54583 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Morton Corn & Associates (QUEENSTOWN MD 21658). | 7.86 |
| 06/18/03 | Courier Service - 54583 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Peter J. Lees, John Hopkins School of Publ. Health (BALTIMORE MD 21205). | 7.86 |
| 06/18/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to W.R. Grace (BOCA RATON FL 33487). | 8.56 |
| 06/18/03 | Westlaw-Research regarding class action issues in bankruptcy proceedings. | 555.65 |
| 06/19/03 | ATTY # 4219: 3 COPIES | .45 |
| 06/19/03 | ATTY # 0856: 2 COPIES | .30 |
| 06/19/03 | ATTY # 4219: 6 COPIES | .90 |
| 06/19/03 | ATTY # 0504: 38 COPIES | 5.70 |
| 06/19/03 | ATTY # 4219: 6 COPIES | .90 |
| 06/19/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/19/03 | ATTY # 4219: 3 COPIES | .45 |
| 06/19/03 | ATTY # 0885: 4 COPIES | .60 |
| 06/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/19/03 | ATTY # 4219: 3 COPIES | .45 |
| 06/19/03 | ATTY # 0701: 1 COPIES | .15 |
| 06/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/19/03 | ATTY # 4219: 3 COPIES | .45 |

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028 ZAI Science Trial                     Page  20
      July 28, 2003


06/19/03   ATTY # 0885: 1 COPIES                            .15

06/19/03   561-362-1583/BOCA RATON, FL/3                    .23

06/19/03   ATTY # 0856; 738 COPIES                        73.80

06/19/03   ATTY # 0856; 1041 COPIES                      104.10

06/19/03   ATTY # 0559; 10 COPIES                          1.50

06/19/03   ATTY # 0856; 596 COPIES                        59.60

06/19/03   Courier Service - 54583 UPS - Shipped from    15.92
           Maureen Atkinson, Reed Smith LLP - Pittsburgh
           to W.R. Grace (BOCA RATON FL 33487).

06/19/03   561-362-1533/BOCA RATON, FL/17                  .97

06/20/03   Postage Expense                                 .37

06/20/03   ATTY # 0885: 1 COPIES                           .15

06/20/03   ATTY # 0701: 1 COPIES                           .15

06/20/03   ATTY # 0885: 6 COPIES                           .90

06/20/03   ATTY # 0504: 23 COPIES                         3.45

06/20/03   ATTY # 0701: 1 COPIES                           .15

06/20/03   ATTY # 0504: 8 COPIES                          1.20

06/20/03   ATTY # 0885: 2 COPIES                           .30

06/20/03   ATTY # 0885: 2 COPIES                           .30

06/20/03   ATTY # 0885; 18 COPIES                         2.70

06/20/03   ATTY # 0885: 2 COPIES                           .30

06/20/03   ATTY # 0856; 280 COPIES                       28.00

06/20/03   Westlaw-Research regarding class action issues 92.93
           in bankruptcy proceedings.

06/20/03   303-223-2086/DENVER, CO/6                       .34

06/20/03   303-223-2086/DENVER, CO/5                       .34

172573 W. R. Grace & Co.                    Invoice Number  1055256
    60028  ZAI Science Trial                        Page  21
          July 28, 2003


06/20/03   561-362-1533/BOCA RATON, FL/36                    2.05

06/20/03   713-831-3632/HOUSTON, TX/33                       1.88

06/21/03   Meal Expense - - VENDOR: JAMES W. BENTZ TRIP TO   65.42
           TAMPA, FLA. FOR EXPERT WITNESS DEPOSITION
           6/18-19/03 (1 BREAKFAST, 1 LUNCH, 1 DINNER
           PURCHASED).

06/21/03   Lodging - - VENDOR: JAMES W. BENTZ TAMPA, FLA.   169.12
           6/18-19/03 FOR DEPOSITIONS.

06/21/03   Taxi Expense - - VENDOR: JAMES W. BENTZ TAMPA,    97.00
           FLA. 6/18-19/03 FOR DEPOSITION.

06/21/03   Transportation - - VENDOR: JAMES W. BENTZ         32.00
           TRAVEL TO TAMPA, FLA. FOR EXPERT WITNESS
           DEPOSITION 6/18-19/03.

06/21/03   Telephone - Outside - - VENDOR: JAMES W. BENTZ    19.08
           TRAVEL TO TAMPA, FLA. FOR EXPERT WITNESS
           DEPOSITION 6/18-19/03.

06/23/03   Postage Expense                                    .60

06/23/03   Postage Expense                                    .37

06/23/03   ATTY # 0559; 8 COPIES                             1.20

06/23/03   ATTY # 0856; 16 COPIES                            2.40

06/23/03   ATTY # 0349; 4 COPIES                              .60

06/23/03   ATTY # 0349; 12 COPIES                            1.80

06/23/03   ATTY # 1911; 12 COPIES                            1.80

06/23/03   ATTY # 0559; 3 COPIES                              .45

06/23/03   ATTY # 1911; 2 COPIES                              .30

06/23/03   ATTY # 0349; 6 COPIES                              .90

06/23/03   ATTY # 0559: 6 COPIES                              .90

06/23/03   ATTY # 0504: 20 COPIES                            3.00

06/23/03   ATTY # 0701: 1 COPIES                              .15

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page  22
       July 28, 2003

| | | |
|---|---|---:|
| 06/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 06/23/03 | ATTY # 0349: 2 COPIES | .30 |
| 06/23/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 06/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 06/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/23/03 | ATTY # 0396: 6 COPIES | .90 |
| 06/23/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 06/23/03 | ATTY # 1911: 13 COPIES | 1.95 |
| 06/23/03 | ATTY # 0885: 4 COPIES | .60 |
| 06/23/03 | ATTY # 0701: 20 COPIES | 3.00 |
| 06/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/23/03 | ATTY # 1911: 24 COPIES | 3.60 |
| 06/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 06/23/03 | ATTY # 0349: 2 COPIES | .30 |
| 06/23/03 | ATTY # 0701: 1 COPIES | .15 |
| 06/23/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/23/03 | ATTY # 0701: 10 COPIES | 1.50 |
| 06/23/03 | Westlaw-Research regarding class action issues in bankruptcy proceedings. | 52.16 |
| 06/23/03 | 561-362-1533/BOCA RATON, FL/7 | .46 |
| 06/23/03 | 561-362-1533/BOCA RATON, FL/7 | .46 |
| 06/24/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP. | 11.71 |
| 06/24/03 | ATTY # 0504; 3 COPIES | .30 |

172573 W. R. Grace & Co.
60028 ZAI Science Trial
    July 28, 2003

Invoice Number  1055256
Page  23

| | | |
|---|---|---|
| 06/24/03 | ATTY # 1911; 28 COPIES | 4.20 |
| 06/24/03 | ATTY # 0396; 373 COPIES | 37.30 |
| 06/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/24/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/24/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/24/03 | ATTY # 0504: 4 COPIES | .60 |
| 06/24/03 | ATTY # 0349: 6 COPIES | .90 |
| 06/24/03 | ATTY # 0349: 2 COPIES | .30 |
| 06/24/03 | ATTY # 0885: 4 COPIES | .60 |
| 06/24/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/24/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 06/24/03 | ATTY # 0504: 16 COPIES | 2.40 |
| 06/24/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 06/24/03 | ATTY # 0885: 15 COPIES | 2.25 |
| 06/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/03 | ATTY # 0885: 24 COPIES | 3.60 |
| 06/24/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 06/24/03 | ATTY # 0885: 23 COPIES | 3.45 |
| 06/24/03 | ATTY # 0885: 20 COPIES | 3.00 |
| 06/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 06/24/03 | ATTY # 0885: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page  24
       July 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 06/24/03 | ATTY # 0885: 10 COPIES | 1.50 |
| 06/24/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 06/24/03 | ATTY # 0349: 1 COPIES | .15 |
| 06/24/03 | ATTY # 0349: 4 COPIES | .60 |
| 06/24/03 | ATTY # 0349: 8 COPIES | 1.20 |
| 06/24/03 | ATTY # 0349: 8 COPIES | 1.20 |
| 06/24/03 | ATTY # 0349: 4 COPIES | .60 |
| 06/24/03 | ATTY # 0887: 18 COPIES | 2.70 |
| 06/24/03 | ATTY # 0887: 20 COPIES | 3.00 |
| 06/25/03 | ATTY # 0504: 22 COPIES | 3.30 |
| 06/25/03 | ATTY # 0504: 20 COPIES | 3.00 |
| 06/25/03 | ATTY # 0504: 28 COPIES | 4.20 |
| 06/25/03 | ATTY # 0504: 38 COPIES | 5.70 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0504: 5 COPIES | .75 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0504: 24 COPIES | 3.60 |
| 06/25/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/25/03 | ATTY # 0504: 12 COPIES | 1.80 |
| 06/25/03 | ATTY # 0885: 4 COPIES | .60 |
| 06/25/03 | ATTY # 0349: 8 COPIES | 1.20 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/25/03 | ATTY # 0396; 14 COPIES | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  1055256
60028  ZAI Science Trial                          Page  25
       July 28, 2003


06/25/03   ATTY # 0396; 2 COPIES                              .30

06/26/03   Lodging - - VENDOR: JAMES J. RESTIVO, JR. TRIP      611.04
           TO ATLANTA 5/4-5/7/03 FOR EXPERT WITNESS
           DEPOSITIONS.

06/26/03   Telephone - Outside - - VENDOR: JAMES J.           147.93
           RESTIVO, JR. TRIP TO ATLANTA FOR EXPERT WITNESS
           DEPOSITIONS  5/4-5/7/03.

06/26/03   General Expense - - VENDOR: JAMES J. RESTIVO,      120.24
           JR. TRIP TO ATLANTA 5/4-5/7/03: REFRESHMENTS IN
           HOTEL DURING ONE WEEK STAY FOR EXPERT WITNESS
           DEPOSITION .

06/26/03   Meal Expense - - VENDOR: JAMES J. RESTIVO, JR.     177.02
           TRIP TO ATLANTA 5/4-5/7/03 (3 DINNERS, TWO
           LUNCHES, THREE BREAKFASTS).

06/26/03   Postage Expense                                    .60

06/26/03   Postage Expense                                    .60

06/26/03   ATTY # 0504: 14 COPIES                            2.10

06/26/03   ATTY # 0504: 40 COPIES                            6.00

06/26/03   ATTY # 0559: 1 COPIES                              .15

06/26/03   ATTY # 0504: 2 COPIES                              .30

06/26/03   ATTY # 0349: 2 COPIES                              .30

06/26/03   ATTY # 0885: 3 COPIES                              .45

06/26/03   ATTY # 0885: 3 COPIES                              .45

06/26/03   ATTY # 0559: 8 COPIES                             1.20

06/26/03   ATTY # 0885: 5 COPIES                              .75

06/26/03   ATTY # 0856: 1 COPIES                              .15

06/26/03   ATTY # 0701: 10 COPIES                            1.50

06/26/03   ATTY # 0856: 2 COPIES                              .30

06/26/03   ATTY # 0349: 1 COPIES                              .15

```
172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page  26
       July 28, 2003
```

| Date | Description | Amount |
|------|-------------|--------|
| 06/26/03 | ATTY # 0504: 2 COPIES | .30 |
| 06/26/03 | ATTY # 0885: 4 COPIES | .60 |
| 06/26/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/26/03 | ATTY # 0504: 2 COPIES | .30 |
| 06/26/03 | ATTY # 0856: 1 COPIES | .15 |
| 06/26/03 | ATTY # 0856: 2 COPIES | .30 |
| 06/26/03 | ATTY # 0559: 2 COPIES | .30 |
| 06/26/03 | ATTY # 0504: 4 COPIES | .60 |
| 06/26/03 | ATTY # 0504: 28 COPIES | 4.20 |
| 06/26/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/26/03 | ATTY # 0559: 4 COPIES | .60 |
| 06/26/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 06/26/03 | ATTY # 0856; 174 COPIES | 17.40 |
| 06/26/03 | ATTY # 0856; 129 COPIES | 19.35 |
| 06/26/03 | ATTY # 0856; 443 COPIES | 66.45 |
| 06/26/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 06/26/03 | ATTY # 1911; 30 COPIES | 4.50 |
| 06/26/03 | ATTY # 0349; 39 COPIES | 5.85 |
| 06/26/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 06/26/03 | ATTY # 0856; 172 COPIES | 17.20 |
| 06/26/03 | ATTY # 0349; 36 COPIES | 5.40 |
| 06/26/03 | ATTY # 0856; 280 COPIES | 28.00 |
| 06/26/03 | ATTY # 0856; 99 COPIES | 14.85 |
| 06/26/03 | ATTY # 0856; 152 COPIES | 22.80 |
| 06/26/03 | ATTY # 0856; 53 COPIES | 7.95 |

172573 W. R. Grace & Co.                    Invoice Number  1055256
60028  ZAI Science Trial                    Page  28
       July 28, 2003

06/27/03   ATTY # 0885; 72 COPIES                          10.80

06/30/03   Transcript Expense - - VENDOR: A. WILLIAM       614.85
           ROBERTS, JR. : TRANSCRIPT, MINUSCRIPT &
           EXHIBITS 6/5/03 DEPO. OF ELIZ. L. ANDERSON
           PH.D.

06/30/03   Transcript Expense - - VENDOR: A. WILLIAM       761.45
           ROBERTS, JR. : DR. RICHARD J. LEE DEPO.
           (6/6/03) TRANSCRIPT.

06/30/03   Transcript Expense - - VENDOR: A. WILLIAM       509.00
           ROBERTS, JR. : DR. W. HUGHSON DEPOSITON
           TRANSCRIPT.

06/30/03   Courier Service - Outside - - VENDOR: FEDERAL   210.47
           EXPRESS CORP. 4/14/03 - J. BENTZ TO E.
           WESTBROOK, RICHARDSON PATRICK WESTBROOK &
           BRICKMAN, LLC, MT. PLEASANT, SC 29464.

06/30/03   ATTY # 0885; 40 COPIES                           6.00

06/30/03   ATTY # 0396; 2 COPIES                             .30

06/30/03   ATTY # 0559; 120 COPIES                         18.00

                        CURRENT EXPENSES              17,352.17
                                                     ------------
                 TOTAL BALANCE DUE UPON RECEIPT     $ 17,352.17
                                                     ============