IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 20, 2003 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

April 30, 2003

Invoice Number   **57083**       **91100**   **00001**       **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   March 31, 2003 | $100,548.76 |
| Net balance forward | $100,548.76 |

Re:   W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | **04/30/2003** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | | |
| 04/29/03 | PAG | Review and revise 7th quarter settlement report and the 7th quarter asset sale report and prepare for filing. | 0.40 | 235.00 | $94.00 |
| 04/30/03 | PEC | File and serve Debtors's Seventh Quarterly Report of Asset Sales for the period of January 1, 2003 through March 31, 2003 (.5); draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| **Task Code Total** | | | **0.90** | | **$159.00** |
| **CASE ADMINISTRATION [B110]** | | | | | |
| 04/01/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/01/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/01/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 04/01/03 | PAG | Telephone call from W. Sparks regarding order entered by court regarding case status. Draft correspondence to Laura Davis Jones and Scotta E. McFarland regarding same. | 0.20 | 235.00 | $47.00 |
| 04/01/03 | PAG | Telephone call with Scotta E. McFarland regarding order regarding case status. | 0.10 | 235.00 | $23.50 |
| 04/01/03 | PAG | Telephone call with C. Lane regarding JKF order regarding case status. | 0.10 | 235.00 | $23.50 |
| 04/01/03 | PAG | Draft correspondence to J. O'Neill and M. Migliore regarding status order for Wolin cases. | 0.10 | 235.00 | $23.50 |
| 04/02/03 | ARP | Maintain document control. | 5.00 | 55.00 | $275.00 |
| 04/02/03 | PEC | Review docket | 0.10 | 130.00 | $13.00 |
| 04/02/03 | PEC | Review docket | 0.10 | 130.00 | $13.00 |
| 04/02/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/02/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |
| 04/03/03 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 130.00 | $39.00 |

|          |     | the appropriate individuals |      |        |          |
|----------|-----|-----------------------------|------|--------|----------|
| 04/03/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 04/04/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 04/04/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/04/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/04/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/07/03 | DNM | Maintain document control. | 2.00 | 40.00 | $80.00 |
| 04/07/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/07/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 04/08/03 | ARP | Maintain document control. | 2.50 | 55.00 | $137.50 |
| 04/08/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/08/03 | PEC | Review docket and update critical dates memo | 0.30 | 130.00 | $39.00 |
| 04/08/03 | PEC | File and serve Debtors' February 2003 Monthly Operating Report for filing and service (.4); Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 04/09/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/09/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/09/03 | PEC | Review docket | 0.10 | 130.00 | $13.00 |
| 04/10/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 04/10/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/10/03 | PAG | Draft correspondence to V. Preston regarding transmittal of paperflow to K&E associates. | 0.10 | 235.00 | $23.50 |
| 04/10/03 | PAG | Review correspondence from C. Lane regarding case status report. | 0.10 | 235.00 | $23.50 |
| 04/10/03 | PAG | Review status report. | 0.10 | 235.00 | $23.50 |
| 04/11/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/11/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/11/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/11/03 | PAG | Review status report. | 0.10 | 235.00 | $23.50 |
| 04/12/03 | DCC | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 04/15/03 | ARP | Maintain document control. | 3.50 | 55.00 | $192.50 |
| 04/15/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/15/03 | PEC | Review docket | 0.10 | 130.00 | $13.00 |
| 04/15/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/15/03 | SEM | Voice message from J. Pratt regarding change of address. | 0.10 | 415.00 | $41.50 |
| 04/15/03 | PAG | Review status report. | 0.50 | 235.00 | $117.50 |
| 04/16/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 04/16/03 | PEC | Update critical dates memo | 0.20 | 130.00 | $26.00 |
| 04/16/03 | PAG | Draft correspondence to C. Lane regarding comments on status report for the court. | 0.40 | 235.00 | $94.00 |
| 04/17/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 04/17/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/17/03 | PAG | Draft correspondence to Scotta E. McFarland and P. Cuniff regarding filing of status report required by the Court. | 0.10 | 235.00 | $23.50 |
| 04/18/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/18/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/18/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/21/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/21/03 | PEC | Review hearing binders for Judge Fitzgerald | 0.40 | 130.00 | $52.00 |
| 04/21/03 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 130.00 | $39.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | the appropriate individuals | | | |
| 04/21/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/22/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 04/22/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/22/03 | PAG | Review correspondence from Scotta E. McFarland and P. Cuniff  regarding service of status report and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 04/23/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/23/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 04/24/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 04/24/03 | PEC | Update critical date memo | 0.50 | 130.00 | $65.00 |
| 04/24/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/25/03 | DCC | Maintain document control. | 1.30 | 70.00 | $91.00 |
| 04/25/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 04/25/03 | PEC | Update Critical dates memo | 0.50 | 130.00 | $65.00 |
| 04/25/03 | PAG | Review correspondence from C. Lane regarding inquiry information status report requirement and April 28th hearing. | 0.10 | 235.00 | $23.50 |
| 04/28/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 04/28/03 | PEC | Update Critical dates memo | 1.20 | 130.00 | $156.00 |
| 04/28/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 04/28/03 | PAG | Draft correspondence to R.Sianni regarding case management procedures. | 0.10 | 235.00 | $23.50 |
| 04/28/03 | PAG | Review correspondence from R. Sianni regarding case administration order and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 04/29/03 | ARP | Maintain document control. | 4.00 | 55.00 | $220.00 |
| 04/29/03 | PEC | Return calls to creditors regarding case status | 0.50 | 130.00 | $65.00 |
| 04/29/03 | PEC | Review daily correspondence and pleading and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 04/29/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 04/30/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 04/30/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | **44.10** | | **$4,440.00** |

**WRG-CLAIM ANALYSIS (ASBESTOS)**

| | | | | | |
|---|---|---|---|---|---|
| 04/07/03 | PAG | Telephone call from W. Sparks regarding Armstrong asbestos settlements and follow-up on same. | 0.30 | 235.00 | $70.50 |
| 04/07/03 | PAG | Follow-up on question regarding Armstrong asbestos settlement for client. | 0.10 | 235.00 | $23.50 |
| 04/07/03 | PAG | Draft correspondence to W. Sparks regarding contacts at Weil Gotschal regarding asbestos settlement. | 0.10 | 235.00 | $23.50 |

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | **0.50** | | **$117.50** |

**WRG CLAIM ANALYSIS NONASBESTOS**

| | | | | | |
|---|---|---|---|---|---|
| 04/03/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| 04/08/03 | PEC | File and serve Affidavit of Service of Michelle Dalsin regarding Twenty-Day Notice of Transfer of Claims | 0.40 | 130.00 | $52.00 |
| 04/08/03 | PEC | Return calls to various creditors regarding case status | 0.50 | 130.00 | $65.00 |

**Invoice number   57083**       91100    00001                          **Page   4**

| | | | | | |
|---|---|---|---|---|---|
| 04/10/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| | | **Task Code Total** | **1.50** | | **$195.00** |

**WRG- EMPLOY. APP. , OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 04/14/03 | PAG | Review supplemental affidavit of Bryan Cane regarding OCP retention. | 0.10 | 235.00 | $23.50 |
| 04/17/03 | PAG | Telephone call with C. Lane regarding status of retention application for Deloitte & Touche. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Review correspondence from C. Lane regarding filing of retention application for Deloitte & Touche. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Telephone call with P. Cuniff regarding service of Deloitte and Touche retention application. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Draft correspondence to V. Hutchinson regarding preparation of Deloitte & Touche retention application. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PEC | Serve [Signed] Supplemental Order  Authorizing the Retention and Employment of W. D. Hilton, Jr. as Consultant to the Official Committee of Asbestos Property Damage Claimants (.1); Draft and file Affidavit of Service (.3) | 0.40 | 130.00 | $52.00 |
| 04/22/03 | PEC | File and serve Supplemental Affidavit Under 11 U.S.C. 327(e) of Richard A. Cohn, Partner of Bryan Cave (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/23/03 | PAG | Review affidavit of Wolff and Samson and draft correspondence to C. Lane regarding same. | 0.10 | 235.00 | $23.50 |
| 04/25/03 | PAG | Exchange correspondence to C. Lane regarding status of filing of Deloitte retention application. | 0.10 | 235.00 | $23.50 |
| 04/25/03 | PAG | Review and revise Deloitte and Touche retention application and prepare for filing. | 0.60 | 235.00 | $141.00 |
| | | **Task Code Total** | **2.30** | | **$435.50** |

**WRG-FEE APPS., APPLICANT**

| | | | | | |
|---|---|---|---|---|---|
| 04/03/03 | SEM | Voicemail from Jan Baer regarding analysis given committee regarding avoidance actions. | 0.10 | 415.00 | $41.50 |
| 04/03/03 | PAG | Review correspondence from N. Jenkins regarding invoice detail changes for fee auditor and draft reply to same. | 0.20 | 235.00 | $47.00 |
| 04/03/03 | PAG | Draft reply to intial Auditor Report for 7th quarter. | 0.60 | 235.00 | $141.00 |
| 04/07/03 | WLR | Review correspondence from Paula A. Galbraith (.2) and reply regarding response to 7th quarterly fee auditor report (.2). | 0.40 | 375.00 | $150.00 |
| 04/07/03 | SEM | Review response to fee auditor report on 7th quarterly for PSZYJ. | 0.20 | 415.00 | $83.00 |
| 04/07/03 | PAG | Discuss with  Laura Davis Jones response to fee auditors interim report. | 0.20 | 235.00 | $47.00 |
| 04/07/03 | PAG | Telephone call with J. Khanish and B. Ramseyer regarding response to fee auditor's initial report. | 0.20 | 235.00 | $47.00 |
| 04/07/03 | PAG | Draft response to fee auditor intial report. | 1.00 | 235.00 | $235.00 |
| 04/08/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding PSZYJW January Fee Application (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 04/08/03 | PAG | Draft correspondence to S. Bossay regarding status of response to 7th interim report. | 0.10 | 235.00 | $23.50 |
| 04/11/03 | PAG | Revise response to fee auditor intial report for the 7th quarter. | 0.60 | 235.00 | $141.00 |
| 04/11/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |

**Invoice number  57083**      91100    00001                                    **Page   5**

| | | | | | |
|---|---|---|---|---|---|
| 04/11/03 | LAG | Telephone conferences and email regarding issues and timing of post-confirmation fees. | 0.20 | 135.00 | $27.00 |
| 04/11/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 04/14/03 | PAG | Prepare 7th quarter time summary and draft correspondence to L. Ferdinard regarding same. | 0.30 | 235.00 | $70.50 |
| 04/17/03 | SEM | Review Examiner Report regarding PSZYJW fees. | 0.10 | 415.00 | $41.50 |
| 04/22/03 | LDJ | Review and finalize interim fee app (Feb. 2003) | 0.20 | 560.00 | $112.00 |
| 04/24/03 | PEC | File and serve PSZYJW February Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/25/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |

**Task Code Total**                                                        **6.40**                      **$1,470.00**

**WRG-FEE APPLICATIONS, OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 04/02/03 | PEC | File and serve Kirkland & Ellis February Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/02/03 | PAG | Draft correspondence to M. Araki regarding status of payments for outstanding fee applications. | 0.20 | 235.00 | $47.00 |
| 04/03/03 | PAG | Review correspondence from M. Araki regarding United States Trustee guidelines and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 04/07/03 | PAG | Draft correspondence to K. Jasket regarding service of order on Pitney special fee application. | 0.10 | 235.00 | $23.50 |
| 04/08/03 | PEC | Draft Notice of Nelson, Mullins, Riley & Scarborough Sixth Quarterly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 04/08/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Casner & Edwards January Fee Application (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 04/08/03 | PAG | Review CNOs and Notice for fee applications. | 0.20 | 235.00 | $47.00 |
| 04/09/03 | PAG | Telephone call with C. Lane re: changes to OCP Quarterly Report and O/S Adversaries | 0.40 | 235.00 | $94.00 |
| 04/10/03 | PAG | Review and revise OCP quarterly report and prepare for filing. | 0.60 | 235.00 | $141.00 |
| 04/15/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Carella Byrne February 2003 Fee Application (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 04/15/03 | PEC | Draft Certificate of No Objection and Certificate of Service for Pitney Hardin February 2003 Fee Application (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 04/15/03 | PAG | Review CNOs for fee applications. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PEC | File and serve Pitney Hardin February Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/22/03 | PEC | File and serve Wallace King January Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/22/03 | PEC | File and serve Carella Byrne March Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/22/03 | PEC | File and serve Casner & Edwards February Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/22/03 | PAG | Draft correspondence to A. Krieger regarding outstanding fee order for the 4th quarter for Strook & Strook. | 0.10 | 235.00 | $23.50 |
| 04/25/03 | PEC | Draft Certification of No Objection regarding Kirkland & Ellis February Fee Application; Draft Affidavit of Service; (01-1139) | 0.40 | 130.00 | $52.00 |
| 04/25/03 | PEC | Draft Certification of No Objection and Affidavit of Service regarding Nelson Mullins Riley & Scarborough February Fee Application and Affidavit of Service (01-1139) | 0.40 | 130.00 | $52.00 |

**Invoice number  57083**    91100    00001                                    **Page    6**

| 04/25/03 | PAG | Review and sign CNOs for various fee applications. | 0.20 | 235.00 | $47.00 |
|---|---|---|---|---|---|
| 04/28/03 | PAG | Review correspondence from T. Wallace regarding change to Kirkland & Ellis fee application | 0.10 | 235.00 | $23.50 |
| 04/28/03 | PAG | Draft correspondence to T. Wallace re: changes to K&E March Fee Application | 0.10 | 235.00 | $23.50 |
| 04/29/03 | PAG | Telephone call with P. Cuniff regarding status of Kirkland & Ellis fee applications. | 0.10 | 235.00 | $23.50 |

**Task Code Total**                                                  **9.30**                    **$1,450.50**

**HEARINGS**

| 04/09/03 | PEC | Discuss 4/28/03 agenda items with Paula Galbraith | 0.20 | 130.00 | $26.00 |
|---|---|---|---|---|---|
| 04/09/03 | ARP | Prepare hearing notebook. | 3.00 | 55.00 | $165.00 |
| 04/09/03 | PEC | Draft Agenda Notice for 4/28/03 Hearing | 1.30 | 130.00 | $169.00 |
| 04/10/03 | PAG | Review and revise April 28th agenda review outstanding matter list for additions to same. | 0.80 | 235.00 | $188.00 |
| 04/11/03 | PAG | Telephone call from C. Lane regarding changes to April 21st agenda discuss same with P. Cuniff. | 0.20 | 235.00 | $47.00 |
| 04/11/03 | CMS | Prepare Hearing Notebook. | 0.80 | 55.00 | $44.00 |
| 04/17/03 | PAG | Telephone call from R. Bello regarding additional binders for hearing and followup on same. | 0.10 | 235.00 | $23.50 |
| 04/17/03 | PAG | Telephone call to C. Lane regarding changes to April 28th agenda. | 0.10 | 235.00 | $23.50 |
| 04/17/03 | PAG | Draft correspondence to P. Cuniff regarding changes to April 28th agenda. | 0.20 | 235.00 | $47.00 |
| 04/18/03 | PEC | File and serve Certification of Counsel regarding Order Extending Time to Assume Assume and Assign or Reject Unexpired Leases of NonResidential Real Property for Filing and Service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/18/03 | PAG | Telephone call from L. Jones re: Court inquiry re: binders | 0.10 | 235.00 | $23.50 |
| 04/18/03 | CMS | Prepare Hearing Notebook. | 0.90 | 55.00 | $49.50 |
| 04/18/03 | PEC | Revise and review Agenda Notice for 4/28/03 hearing | 0.80 | 130.00 | $104.00 |
| 04/20/03 | PAG | Telephone call to P. Cuniff regarding transmittal of March 28th binder to chambers in Pittsburgh. | 0.10 | 235.00 | $23.50 |
| 04/21/03 | PEC | Prepare service list and Affidavit of Service for 4/28/03 Agenda | 0.50 | 130.00 | $65.00 |
| 04/21/03 | PEC | Revise and review Agenda Notice for 4/28/03 hearing | 0.50 | 130.00 | $65.00 |
| 04/21/03 | PEC | File and serve Agenda Notice for 4/28/03 Hearing | 0.40 | 130.00 | $52.00 |
| 04/21/03 | PEC | Review hearing binder supplement to be sent to Judge Fitzgerald in Pittsburgh | 0.40 | 130.00 | $52.00 |
| 04/21/03 | CMS | Prepare Hearing Notebook. | 1.30 | 55.00 | $71.50 |
| 04/21/03 | SEM | Voice message from W. Sparks regarding W.R. Grace agenda for next hearing. | 0.10 | 415.00 | $41.50 |
| 04/22/03 | PAG | Telephone call with W. Kinnealy regarding delivery of April 28th hearing binders. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Telephone call to K. Mason regarding status of DK acquisition motion for April 28th hearing. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Draft correspondence to W. Sparks regarding questions on April 28th agenda. | 0.30 | 235.00 | $70.50 |
| 04/22/03 | PAG | Draft correspondence to P. Cuniff and C. Lane regarding status of D.K. acquisition motion of April 28th hearing. | 0.10 | 235.00 | $23.50 |
| 04/22/03 | PAG | Draft correspondence to L. Maycen regarding status of DK acquisition motion of April 28th agenda. | 0.20 | 235.00 | $47.00 |
| 04/23/03 | PAG | Telephone call with C. Lane regarding participation at April 21st hearing by telephone.  Draft correspondence to R. Bello regarding same. | 0.20 | 235.00 | $47.00 |
| 04/24/03 | PEC | Draft Amended Agenda Notice for 4/28/03 hearing | 0.60 | 130.00 | $78.00 |
| 04/24/03 | PEC | File and serve Amended Agenda Notice for 4/28/03 hearing (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |

| 04/24/03 | PAG | Review correspondence from R. Bello regarding telephonic participation at April 21st hearing and follow-up on same. | 0.30 | 235.00 | $70.50 |
|---|---|---|---|---|---|
| 04/24/03 | PAG | Review first amended agenda for April 28th omnibus hearing. | 0.10 | 235.00 | $23.50 |
| 04/24/03 | PAG | Draft correspondence to C. Lane regarding conference call information and restrictions for April 28th Omnibus hearing. | 0.10 | 235.00 | $23.50 |
| 04/24/03 | PAG | Draft correspondence to R. Bello regarding parties appearing by telephone for April 28th hearing. | 0.10 | 235.00 | $23.50 |
| 04/24/03 | PAG | Telephone call with T. Tacconelli regarding telephonic agppearance at 4/25 hearing.  Forward information regarding same. | 0.20 | 235.00 | $47.00 |
| 04/24/03 | CMS | Prepare Hearing Notebook. | 0.40 | 55.00 | $22.00 |
| 04/25/03 | CMS | Prepare Hearing Notebook. | 1.30 | 55.00 | $71.50 |
| 04/28/03 | PAG | Telephone call from W. Sparks regarding agenda for April 28th hearing. | 0.10 | 235.00 | $23.50 |
| 04/28/03 | PAG | Prepare for hearing | 0.40 | 235.00 | $94.00 |
| 04/28/03 | PAG | Attend hearing | 1.10 | 235.00 | $258.50 |

|  | **Task Code Total** | | **18.70** | | **$2,407.00** |
|---|---|---|---|---|---|

**LITIGATION (NON-BANKRUPTCY]**

| 04/01/03 | LDJ | Conference with Paula Galbraith, Esq. re: Court request for status conference | 0.20 | 560.00 | $112.00 |
|---|---|---|---|---|---|
| 04/02/03 | PAG | Review correspondence from C. Lane regarding status of McKelvie transcript. | 0.10 | 235.00 | $23.50 |
| 04/03/03 | PAG | Review correspondence from C. Lane regarding extension of objection deadline for motion to compel and draft reply to same. | 0.20 | 235.00 | $47.00 |
| 04/04/03 | PAG | Telephone call with C. Lane regarding objection deadline on motion to compel (adversary) and other open matters. | 0.30 | 235.00 | $70.50 |
| 04/08/03 | PAG | Review correspondence from C. Lane regarding closing of adversaries and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 04/08/03 | PAG | Telephone call with C. Lane re: Status Report for Court and status of various adversaries | 0.20 | 235.00 | $47.00 |
| 04/08/03 | PAG | Telephone call from B. Sullivan re: Lease Rejection.  Draft correspondence to C. Lane re: same | 0.20 | 235.00 | $47.00 |
| 04/10/03 | PAG | Telephone call to court regarding closing resolved adversaries and follow-up on same | 0.50 | 235.00 | $117.50 |
| 04/10/03 | PEC | File and serve Certification of Counsel regarding Stipulation and Agreed Order Resolving the Limited Objection of Ken Holding, LLC to Debtors' Unexpired Lease Rejection Notice (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 04/10/03 | PAG | Telephone call from client regarding incorrect image on docket for lease rejection stipulation and follow-up on same. | 0.20 | 235.00 | $47.00 |
| 04/11/03 | PAG | Discuss with P. Cuniff service of objection of motion to compel. | 0.10 | 235.00 | $23.50 |
| 04/11/03 | PAG | Review and revise objection to motion to compel for National Fire adversary and prepare for filing. | 1.20 | 235.00 | $282.00 |
| 04/11/03 | PAG | Review service for objection to motion to compel. | 0.30 | 235.00 | $70.50 |
| 04/11/03 | PEC | Draft Notice of Withdrawal regarding Certification of Counsel regarding Stipulation and Agreed Order Resolving Limited Objection of Kent Holding LLC (.2); File Notice of Withdrawal with the Court (.4) | 0.60 | 130.00 | $78.00 |
| 04/17/03 | PAG | Draft correspondence to C. Lane regarding certification of counsel on revised order for extension of time to assume/assign leases. | 0.10 | 235.00 | $23.50 |
| 04/20/03 | PAG | Review correspondence from C. Lane regarding filing of | 0.10 | 235.00 | $23.50 |

| | | amended order on extension of 365(d)(4) deadline. | | | |
|---|---|---|---|---|---|
| 04/22/03 | PAG | Telephone call with C. Lane regarding status of National Union adversary and April 28th hearing. | 0.20 | 235.00 | $47.00 |
| 04/22/03 | PEC | Serve [Signed] Stipulation and Agreed Order Resolving Limited Objection of Kent Holdings, LLC to the Debtors' Expired Lease Rejection Notice (.1); Draft and file Affidavit of Service (.3) | 0.40 | 130.00 | $52.00 |
| 04/22/03 | PAG | Telephone call with C. Lane regarding process for rejection of an equipment lease. | 0.10 | 235.00 | $23.50 |
| 04/28/03 | PAG | Telephone call from A. Kelley regarding discrepancy with objection deadline regarding committee's motion to extend avoidance deadline follow-up on same. | 0.30 | 235.00 | $70.50 |
| 04/28/03 | PAG | Telephone call with M. Lastowski objection deadline for committtee's motion to extend the avoidance deadline and court's procedures regarding same. | 0.30 | 235.00 | $70.50 |
| 04/28/03 | PAG | Draft correspondence to C. Lane regarding changes in objection date for the committee's motion to extend the avoidance deadline. | 0.10 | 235.00 | $23.50 |
| 04/30/03 | PEC | File and serve Debtor's Seventh Quarterly Report of Settlements from January 1, 2003 through March 31, 2003 (.4); draft Affidavit of Service(.1) | 0.50 | 130.00 | $65.00 |

|  | **Task Code Total** | **6.90** | **$1,466.00** |
|---|---|---|---|
|  | **Total professional services:** | **90.60** | **$12,140.50** |

**Costs Advanced:**

| 04/01/2003 | DH | DHL | $16.66 |
|---|---|---|---|
| 04/01/2003 | DH | DHL | $16.66 |
| 04/01/2003 | DH | DHL | $16.66 |
| 04/01/2003 | DH | DHL | $10.33 |
| 04/01/2003 | FE | Federal Express [E108] | $40.17 |
| 04/01/2003 | RE | (PLDG 38 @0.15 PER PG) | $5.70 |
| 04/01/2003 | RE | (PLDG 79 @0.15 PER PG) | $11.85 |
| 04/01/2003 | RE | (AGR 786 @0.15 PER PG) | $117.90 |
| 04/01/2003 | RE | (AGR 692 @0.15 PER PG) | $103.80 |
| 04/01/2003 | RE | (CORR 512 @0.15 PER PG) | $76.80 |
| 04/01/2003 | RE | (AGR 582 @0.15 PER PG) | $87.30 |
| 04/01/2003 | RE | (AGR 1137 @0.15 PER PG) | $170.55 |
| 04/01/2003 | RE | (CORR 262 @0.15 PER PG) | $39.30 |
| 04/01/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 04/01/2003 | RE | (CORR 97 @0.15 PER PG) | $14.55 |
| 04/01/2003 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 04/01/2003 | RE | (DOC 18 @0.15 PER PG) | $2.70 |
| 04/02/2003 | DC | TriState | $288.00 |
| 04/02/2003 | DC | TriState | $15.00 |
| 04/02/2003 | DH | DHL | $10.33 |
| 04/02/2003 | DH | DHL | $10.33 |
| 04/02/2003 | OR | Outside Reproduction Expense--Digital Legal Service  [E102] | $91.44 |
| 04/02/2003 | OR | Outside Reproduction Expense. [E102] | $4.50 |
| 04/02/2003 | PO | Postage | $57.00 |
| 04/02/2003 | PO | Postage | $65.40 |
| 04/02/2003 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 04/02/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 04/02/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 04/02/2003 | RE | (CORR 148 @0.15 PER PG) | $22.20 |
| 04/02/2003 | RE | (CORR 711 @0.15 PER PG) | $106.65 |
| 04/02/2003 | RE | (MOT 98 @0.15 PER PG) | $14.70 |
| 04/02/2003 | RE | (CORR 199 @0.15 PER PG) | $29.85 |

**Invoice number  57083**       91100   00001                                    **Page   9**

| | | | |
|---|---|---|---|
| 04/02/2003 | RE | (AGR 2 @0.15 PER PG) | $0.30 |
| 04/02/2003 | RE | (CORR 442 @0.15 PER PG) | $66.30 |
| 04/02/2003 | RE | (CORR 354 @0.15 PER PG) | $53.10 |
| 04/03/2003 | DC | Parcels | $7.50 |
| 04/03/2003 | DH | DHL | $16.66 |
| 04/03/2003 | DH | DHL | $10.33 |
| 04/03/2003 | DH | DHL | $11.38 |
| 04/03/2003 | DH | DHL | $11.38 |
| 04/03/2003 | DH | DHL | $13.49 |
| 04/03/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 04/03/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 04/03/2003 | RE | (DOC 60 @0.15 PER PG) | $9.00 |
| 04/03/2003 | RE | (DOC 3 @0.15 PER PG) | $0.45 |
| 04/03/2003 | RE | (DOC 3 @0.15 PER PG) | $0.45 |
| 04/04/2003 | DH | DHL | $10.33 |
| 04/04/2003 | DH | DHL | $10.33 |
| 04/04/2003 | RE | (DOC 16 @0.15 PER PG) | $2.40 |
| 04/04/2003 | RE | (AGR 35 @0.15 PER PG) | $5.25 |
| 04/04/2003 | RE | (CORR 642 @0.15 PER PG) | $96.30 |
| 04/04/2003 | RE | (CORR 75 @0.15 PER PG) | $11.25 |
| 04/04/2003 | RE | (CORR 106 @0.15 PER PG) | $15.90 |
| 04/04/2003 | RE | (CORR 1113 @0.15 PER PG) | $166.95 |
| 04/04/2003 | RE | (CORR 1222 @0.15 PER PG) | $183.30 |
| 04/07/2003 | RE | (AGR 142 @0.15 PER PG) | $21.30 |
| 04/07/2003 | RE | (CORR 86 @0.15 PER PG) | $12.90 |
| 04/08/2003 | DC | TriState | $13.00 |
| 04/08/2003 | DC | TriState | $441.00 |
| 04/08/2003 | DC | TriState | $23.18 |
| 04/08/2003 | DC | TriState | $15.00 |
| 04/08/2003 | DC | TriState | $15.00 |
| 04/08/2003 | DH | DHL | $10.52 |
| 04/08/2003 | DH | DHL | $22.35 |
| 04/08/2003 | DH | DHL | $22.35 |
| 04/08/2003 | DH | DHL | $12.67 |
| 04/08/2003 | DH | DHL | $12.67 |
| 04/08/2003 | DH | DHL | $12.67 |
| 04/08/2003 | DH | DHL | $12.67 |
| 04/08/2003 | FE | Federal Express [E108] | $29.89 |
| 04/08/2003 | PO | Postage | $27.30 |
| 04/08/2003 | PO | Postage | $123.00 |
| 04/08/2003 | PO | Postage | $4.80 |
| 04/08/2003 | PO | Postage | $24.31 |
| 04/08/2003 | RE | (DOC 32 @0.15 PER PG) | $4.80 |
| 04/08/2003 | RE | (AGR 2 @0.15 PER PG) | $0.30 |
| 04/08/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 04/08/2003 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 04/08/2003 | RE | (CORR 447 @0.15 PER PG) | $67.05 |
| 04/08/2003 | RE | (CORR 1747 @0.15 PER PG) | $262.05 |
| 04/08/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 04/08/2003 | RE | (AGR 88 @0.15 PER PG) | $13.20 |
| 04/08/2003 | RE | (DOC 60 @0.15 PER PG) | $9.00 |
| 04/08/2003 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 04/08/2003 | RE | (CORR 2794 @0.15 PER PG) | $419.10 |
| 04/08/2003 | RE | (AGR 52 @0.15 PER PG) | $7.80 |
| 04/08/2003 | RE | (CORR 51 @0.15 PER PG) | $7.65 |
| 04/08/2003 | RE | (CORR 946 @0.15 PER PG) | $141.90 |
| 04/08/2003 | RE | (CORR 37 @0.15 PER PG) | $5.55 |
| 04/08/2003 | RE | (CORR 242 @0.15 PER PG) | $36.30 |
| 04/08/2003 | RE | (CORR 1208 @0.15 PER PG) | $181.20 |
| 04/09/2003 | DC | TriState | $252.00 |

| 04/09/2003 | DC | TriState | $22.50 |
| 04/09/2003 | DC | TriState | $15.00 |
| 04/09/2003 | DH | DHL | $7.18 |
| 04/09/2003 | DH | DHL | $12.67 |
| 04/09/2003 | DH | DHL | $12.67 |
| 04/09/2003 | PO | Postage | $3.85 |
| 04/09/2003 | PO | Postage | $67.80 |
| 04/09/2003 | PO | Postage | $55.20 |
| 04/09/2003 | RE | (CORR 405 @0.15 PER PG) | $60.75 |
| 04/09/2003 | RE | (AGR 1282 @0.15 PER PG) | $192.30 |
| 04/09/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 04/09/2003 | RE | (CORR 237 @0.15 PER PG) | $35.55 |
| 04/09/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 04/10/2003 | DC | TriState | $15.00 |
| 04/10/2003 | DC | TriState | $15.00 |
| 04/10/2003 | DC | TriState | $252.00 |
| 04/10/2003 | DC | TriState | $23.18 |
| 04/10/2003 | PO | Postage | $171.81 |
| 04/10/2003 | RE | (CORR 127 @0.15 PER PG) | $19.05 |
| 04/10/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 04/10/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 04/10/2003 | RE | (AGR 39 @0.15 PER PG) | $5.85 |
| 04/10/2003 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 04/10/2003 | RE | (CORR 22 @0.15 PER PG) | $3.30 |
| 04/10/2003 | RE | (3 1418 @0.15 PER PG) | $212.70 |
| 04/10/2003 | RE | (CORR 1677 @0.15 PER PG) | $251.55 |
| 04/10/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/10/2003 | SO | Secretarial Overtime(Chairmaine Miller) | $22.22 |
| 04/11/2003 | DC | TriState | $90.00 |
| 04/11/2003 | DC | TriState | $77.25 |
| 04/11/2003 | DC | TriState | $15.00 |
| 04/11/2003 | PO | Postage | $42.35 |
| 04/11/2003 | PO | Postage | $3.85 |
| 04/11/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 04/11/2003 | RE | (DOC 145 @0.15 PER PG) | $21.75 |
| 04/11/2003 | RE | (CORR 887 @0.15 PER PG) | $133.05 |
| 04/11/2003 | RE | (AGR 1143 @0.15 PER PG) | $171.45 |
| 04/11/2003 | RE | (AGR 321 @0.15 PER PG) | $48.15 |
| 04/11/2003 | RE | (CORR 126 @0.15 PER PG) | $18.90 |
| 04/11/2003 | RE | (CORR 439 @0.15 PER PG) | $65.85 |
| 04/11/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 04/11/2003 | RE | (CORR 129 @0.15 PER PG) | $19.35 |
| 04/11/2003 | RE | (CORR 2604 @0.15 PER PG) | $390.60 |
| 04/11/2003 | RE | (CORR 102 @0.15 PER PG) | $15.30 |
| 04/11/2003 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 04/11/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 04/12/2003 | DC | TriState | $15.45 |
| 04/14/2003 | DH | DHL | $38.98 |
| 04/14/2003 | DH | DHL | $38.98 |
| 04/14/2003 | DH | DHL | $15.90 |
| 04/14/2003 | DH | DHL | $15.90 |
| 04/14/2003 | DH | DHL | $21.27 |
| 04/14/2003 | RE | (CORR 2768 @0.15 PER PG) | $415.20 |
| 04/14/2003 | RE | (DOC 48 @0.15 PER PG) | $7.20 |
| 04/14/2003 | RE | (CORR 11 @0.15 PER PG) | $1.65 |
| 04/15/2003 | DC | TriState | $54.00 |
| 04/15/2003 | DC | TriState | $54.00 |
| 04/15/2003 | DH | DHL | $12.27 |
| 04/15/2003 | FE | Federal Express [E108] | $38.23 |
| 04/15/2003 | PO | Postage | $4.80 |

| | | | |
|---|---|---|---:|
| 04/15/2003 | RE | (AGR 75 @0.15 PER PG) | $11.25 |
| 04/15/2003 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 04/15/2003 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 04/15/2003 | RE | (CORR 326 @0.15 PER PG) | $48.90 |
| 04/15/2003 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 04/15/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 04/15/2003 | RE | (CORR 371 @0.15 PER PG) | $55.65 |
| 04/15/2003 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 04/16/2003 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 04/17/2003 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 04/17/2003 | RE | (CORR 487 @0.15 PER PG) | $73.05 |
| 04/17/2003 | RE | (CORR 297 @0.15 PER PG) | $44.55 |
| 04/17/2003 | RE | (DOC 44 @0.15 PER PG) | $6.60 |
| 04/17/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 04/18/2003 | DC | TriState | $15.00 |
| 04/18/2003 | DH | DHL | $10.52 |
| 04/18/2003 | DH | DHL | $12.67 |
| 04/18/2003 | DH | DHL | $14.82 |
| 04/18/2003 | DH | DHL | $12.67 |
| 04/18/2003 | DH | DHL | $10.52 |
| 04/18/2003 | DH | DHL | $11.60 |
| 04/18/2003 | DH | DHL | $11.60 |
| 04/18/2003 | DH | DHL | $11.60 |
| 04/18/2003 | PO | Postage | $170.15 |
| 04/18/2003 | PO | Postage | $4.90 |
| 04/18/2003 | PO | Postage | $0.37 |
| 04/18/2003 | RE | (AGR 79 @0.15 PER PG) | $11.85 |
| 04/18/2003 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 04/18/2003 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 04/18/2003 | RE | (CORR 653 @0.15 PER PG) | $97.95 |
| 04/18/2003 | RE | (CORR 2886 @0.15 PER PG) | $432.90 |
| 04/18/2003 | RE | (CORR 54 @0.15 PER PG) | $8.10 |
| 04/18/2003 | RE | (CORR 34 @0.15 PER PG) | $5.10 |
| 04/21/2003 | DC | Parcels | $7.50 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 3 @1.00 PER PG) | $3.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |

| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
|---|---|---|---|
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 4 @1.00 PER PG) | $4.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 5 @1.00 PER PG) | $5.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 8 @1.00 PER PG) | $8.00 |
| 04/21/2003 | FX | (ANS 4 @1.00 PER PG) | $4.00 |
| 04/21/2003 | FX | (ANS 5 @1.00 PER PG) | $5.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 04/21/2003 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |

| | | | |
|---|---|---|---|
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 3 @1.00 PER PG) | $3.00 |
| 04/21/2003 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 04/21/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/21/2003 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 04/21/2003 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 04/21/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 04/21/2003 | RE | (CORR 51 @0.15 PER PG) | $7.65 |
| 04/21/2003 | RE | (AGR 70 @0.15 PER PG) | $10.50 |
| 04/21/2003 | RE | (CORR 424 @0.15 PER PG) | $63.60 |
| 04/21/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 04/21/2003 | RE | (CORR 9 @0.15 PER PG) | $1.35 |
| 04/21/2003 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 04/21/2003 | SO | Secretarial Overtime(Rasheda Stewart) | $27.87 |
| 04/22/2003 | DC | TriState | $9.00 |
| 04/22/2003 | DC | TriState | $333.00 |
| 04/22/2003 | DC | TriState | $15.00 |
| 04/22/2003 | FE | Federal Express [E108] | $36.62 |
| 04/22/2003 | PO | Postage | $1.06 |
| 04/22/2003 | PO | Postage | $0.60 |
| 04/22/2003 | PO | Postage | $360.50 |
| 04/22/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 04/22/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 04/22/2003 | RE | (AGR 30 @0.15 PER PG) | $4.50 |
| 04/22/2003 | RE | (AGR 80 @0.15 PER PG) | $12.00 |
| 04/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | RE | (AGR 532 @0.15 PER PG) | $79.80 |
| 04/22/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 04/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | RE | (CORR 346 @0.15 PER PG) | $51.90 |
| 04/22/2003 | RE | (AGR 6 @0.15 PER PG) | $0.90 |
| 04/22/2003 | RE | (CORR 84 @0.15 PER PG) | $12.60 |
| 04/22/2003 | RE | (CORR 473 @0.15 PER PG) | $70.95 |
| 04/22/2003 | RE | (DOC 38 @0.15 PER PG) | $5.70 |
| 04/22/2003 | RE | (CORR 2370 @0.15 PER PG) | $355.50 |
| 04/22/2003 | RE | (DOC 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | RE | (CORR 1659 @0.15 PER PG) | $248.85 |
| 04/22/2003 | RE | (CORR 4266 @0.15 PER PG) | $639.90 |
| 04/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 04/22/2003 | SO | Secretarial Overtime(Vanessa Preston) | $28.46 |
| 04/23/2003 | DH | DHL | $11.60 |
| 04/23/2003 | DH | DHL | $11.60 |
| 04/23/2003 | DH | DHL | $12.67 |
| 04/23/2003 | DH | DHL | $11.60 |
| 04/23/2003 | DH | DHL | $10.52 |
| 04/23/2003 | DH | DHL | $14.82 |
| 04/23/2003 | DH | DHL | $19.12 |
| 04/23/2003 | DH | DHL | $14.82 |
| 04/23/2003 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 04/23/2003 | RE | (CORR 63 @0.15 PER PG) | $9.45 |
| 04/23/2003 | RE | (CORR 441 @0.15 PER PG) | $66.15 |
| 04/23/2003 | RE | (CORR 472 @0.15 PER PG) | $70.80 |

| | | | |
|---|---|---|---|
| 04/23/2003 | RE | (CORR 433 @0.15 PER PG) | $64.95 |
| 04/23/2003 | RE | (CORR 1638 @0.15 PER PG) | $245.70 |
| 04/23/2003 | RE | (DOC 40 @0.15 PER PG) | $6.00 |
| 04/23/2003 | RE | (CORR 69 @0.15 PER PG) | $10.35 |
| 04/24/2003 | DC | TriState | $9.00 |
| 04/24/2003 | DC | TriState | $15.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 1 @1.00 PER PG) | $1.00 |
| 04/24/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 04/24/2003 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 04/24/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 04/24/2003 | RE | (AGR 45 @0.15 PER PG) | $6.75 |
| 04/24/2003 | RE | (AGR 66 @0.15 PER PG) | $9.90 |
| 04/24/2003 | RE | (CORR 225 @0.15 PER PG) | $33.75 |
| 04/24/2003 | RE | (CORR 495 @0.15 PER PG) | $74.25 |
| 04/24/2003 | RE | (CORR 88 @0.15 PER PG) | $13.20 |
| 04/24/2003 | RE | (CORR 33 @0.15 PER PG) | $4.95 |
| 04/25/2003 | DC | TriState | $270.00 |
| 04/25/2003 | DC | TriState | $22.50 |
| 04/25/2003 | DC | TriState | $39.00 |
| 04/25/2003 | DC | Parcels | $7.50 |
| 04/25/2003 | PO | Postage | $4.80 |
| 04/25/2003 | PO | Postage | $2.40 |
| 04/25/2003 | PO | Postage--Digital Legal Services [E108] | $594.50 |
| 04/25/2003 | RE | (CORR 222 @0.15 PER PG) | $33.30 |
| 04/25/2003 | RE | (CORR 28 @0.15 PER PG) | $4.20 |
| 04/25/2003 | RE | (AGR 113 @0.15 PER PG) | $16.95 |
| 04/25/2003 | RE | (CORR 330 @0.15 PER PG) | $49.50 |
| 04/25/2003 | RE | (DOC 44 @0.15 PER PG) | $6.60 |
| 04/25/2003 | RE | (CORR 6745 @0.15 PER PG) | $1,011.75 |
| 04/25/2003 | RE | (SERV 2 @0.15 PER PG) | $0.30 |
| 04/25/2003 | RE | (CORR 10651 @0.15 PER PG) | $1,597.65 |
| 04/25/2003 | SO | Secretarial Overtime(Charmaine Miller) | $29.63 |
| 04/28/2003 | CC | Conference Call--AT&T (Judge J. Fitzgerald) [E105] | $67.28 |
| 04/28/2003 | DH | DHL | $11.60 |
| 04/28/2003 | DH | DHL | $11.60 |
| 04/28/2003 | DH | DHL | $12.67 |
| 04/28/2003 | RE | (DOC 24 @0.15 PER PG) | $3.60 |
| 04/28/2003 | RE | (AGR 862 @0.15 PER PG) | $129.30 |
| 04/28/2003 | RE | (DOC 4 @0.15 PER PG) | $0.60 |
| 04/28/2003 | SO | Secretarial Overtime(Vanessa Preston) | $28.46 |
| 04/29/2003 | DC | TriState | $9.00 |
| 04/29/2003 | DC | TriState | $15.00 |
| 04/29/2003 | FE | Federal Express [E108] | $41.42 |

**Invoice number  57083**        91100    00001                                          **Page   15**

| | | | |
|---|---|---|---:|
| 04/29/2003 | RE | (DOC 36 @0.15 PER PG) | $5.40 |
| 04/29/2003 | RE | (CORR 267 @0.15 PER PG) | $40.05 |
| 04/29/2003 | RE | (CORR 162 @0.15 PER PG) | $24.30 |
| 04/29/2003 | RE | (CORR 221 @0.15 PER PG) | $33.15 |
| 04/30/2003 | DH | DHL | $12.67 |
| 04/30/2003 | DH | DHL | $12.67 |
| 04/30/2003 | DH | DHL | $14.82 |
| 04/30/2003 | OR | Outside Reproduction Expense--Digital Legal Services [E102] | $283.20 |
| 04/30/2003 | PO | Postage--Digital Legal Services [E108] | $123.25 |
| 04/30/2003 | RE | (AGR 1147 @0.15 PER PG) | $172.05 |
| 04/30/2003 | RE | (DOC 1 @0.15 PER PG) | $0.15 |
| 04/30/2003 | SO | Secretarial Overtime(Vanessa Preston) | $18.97 |

**Total Expenses:**                                                                 **$17,776.64**

## Summary:

| | |
|---|---:|
| Total professional services | $12,140.50 |
| Total expenses | $17,776.64 |
| | |
| Net current charges | $29,917.14 |
| | |
| Net balance forward | $100,548.76 |
| | |
| **Total balance now due** | **$130,465.90** |

## Billing Summary

| | | | | |
|---|---|---:|---:|---:|
| ARP | Paul, Andrea R. | 18.00 | $55.00 | $990.00 |
| CMS | Shaeffer, Christina M. | 4.70 | $55.00 | $258.50 |
| DCC | Crossan, Donna C. | 4.30 | $70.00 | $301.00 |
| DNM | Morton, Donna N. | 2.00 | $40.00 | $80.00 |
| LAG | Gilbert, Laurie A. | 0.80 | $135.00 | $108.00 |
| LDJ | Jones, Laura Davis | 0.40 | $560.00 | $224.00 |
| PAG | Galbraith, Paula A. | 19.60 | $235.00 | $4,606.00 |
| PEC | Cuniff, Patricia E. | 39.80 | $130.00 | $5,174.00 |
| SEM | McFarland, Scotta E. | 0.60 | $415.00 | $249.00 |
| WLR | Ramseyer, William L. | 0.40 | $375.00 | $150.00 |
| | | 90.60 | | $12,140.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | ASSET DISPOSITION [B130] | 0.90 | $159.00 |
| CA | CASE ADMINISTRATION [B110] | 44.10 | $4,440.00 |
| CR01 | WRG-CLAIM ANALYSIS (ASBESTOS) | 0.50 | $117.50 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 1.50 | $195.00 |

| EA01 | WRG- EMPLOY. APP. , OTHERS | 2.30 | $435.50 |
|------|----------------------------|------|---------|
| FA | WRG-FEE APPS., APPLICANT | 6.40 | $1,470.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 9.30 | $1,450.50 |
| HR | HEARINGS | 18.70 | $2,407.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 6.90 | $1,466.00 |
| | | 90.60 | $12,140.50 |

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $67.28 |
| Delivery/Courier Service | $2,484.56 |
| DHL- Worldwide Express | $725.37 |
| Federal Express [E108] | $186.33 |
| Fax Transmittal. [E104] | $958.00 |
| Outside Reproduction Expense | $379.14 |
| Postage [E108] | $1,914.00 |
| Reproduction Expense. [E101] | $10,906.35 |
| Overtime | $155.61 |
| | $17,776.64 |