# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** August 20, 2003, at 4:00 p.m. |
| | ) | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/03 | Christian J Lane | 3.00 | Office conferences re motions for relief from stay (1.0); telephone conference with opposing counsel re same (.7); analyze issues re same (1.3). |
| 6/03/03 | Christian J Lane | .80 | Correspondence re Kane relief from stay (.2); office conference re same (.3); telephone conferences re same (.3). |
| 6/05/03 | Christian J Lane | 1.50 | Telephone conference with client re Kane motion (.3); office conference re same (.5); review and analyze issues re same (.7). |
| 6/13/03 | Christian J Lane | 1.70 | Office conference re Kane issues (.2); telephone conference with Kane counsel (.3); review correspondence re Kane (.2); draft stipulation re Kane action (1.0). |
| 6/16/03 | Janet S Baer | .30 | Review Kane stipulation. |
| 6/16/03 | Christian J Lane | 1.20 | Review and revise Kane Stipulation (.8); correspondence re same (.2); telephone conference with local counsel re same (.2). |
| 6/18/03 | James W Kapp | .10 | Attend to status of response to Rodriguez stay motions. |
| 6/24/03 | James W Kapp | 1.00 | Review Costa/Thornberg motion for relief from automatic stay. |
| 6/26/03 | Janet S Baer | .40 | Office conferences re Baker & Taylor motion and review stay motion. |
| 6/26/03 | Christian J Lane | 1.00 | Review motion for relief re Baker & Taylor litigation (.6); office conferences re same (.4). |
| 6/27/03 | James W Kapp | .20 | Review and respond to W. Spark correspondence re Costa motion for relief from stay. |
| 6/27/03 | Christian J Lane | 1.50 | Research re motion for relief re Baker & Taylor litigation (.5); office conferences re same (.3); telephone conference with co-counsel re same (.3); review correspondence re same (.4). |
| 6/30/03 | Christian J Lane | 1.30 | Telephone conference re Rodriguez motion for relief (.3); revise objections re same (1.0). |
| | Total hours: | 14.00 | |

**Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/06/03 | Mark E Grummer | .10 | Exchange emails re table of initial responses to EPA proof of claim. |
| 6/02/03 | Rhonda Lopera | 1.50 | Retrieve and analyze case precedent re omnibus objections to claims (1.0); inter-office conference re same (.5). |
| 6/03/03 | Tiffany J Wood | 1.20 | Review and organize various proofs of claim for attorney review. |
| 6/06/03 | Christian J Lane | 1.00 | Telephone conferences re claims review process (.4); review correspondence re same (.3); review update charts re same (.3). |
| 6/10/03 | Christian J Lane | .30 | Telephone conferences re claims issues. |
| 6/11/03 | Rhonda Lopera | 1.00 | Interoffice conference re claim objections (.5); retrieve case precedent re non-substantive objection (.5). |
| 6/11/03 | Janet S Baer | 1.00 | Participate in conference with client representatives to discuss process of preparing omnibus objections. |
| 6/11/03 | James W Kapp | 1.20 | Telephone conference with T. Delbruge, M. Shelnitz, D. Siegel, B. McGowan and B. Tarola re preparation of objections to claims. |
| 6/11/03 | Christian J Lane | 2.10 | Prepare for and participate in telephone conference with client re claims (1.3); follow up re same (.3); office conference re objection process (.5). |
| 6/12/03 | Christian J Lane | 1.10 | Telephone conference with client re claims objections (.3); review and respond to correspondence re real estate claims (.5); analyze issues re same (.3). |
| 6/16/03 | Christian J Lane | .10 | Telephone conference with client re claims issues. |
| 6/18/03 | Rhonda Lopera | 1.00 | Review and analyze case precedent re non-substantive claim objection (.7); interoffice conference re same (.3). |
| 6/18/03 | James W Kapp | .10 | Analyze issues re preparation of claims objections. |
| 6/18/03 | Christian J Lane | 1.00 | Office conference re claims issues (.3); telephone conference with local counsel re same (.3); review correspondence re same (.4). |
| 6/20/03 | Rhonda Lopera | 2.00 | Review and analyze claims (.7); telephone conference with BMC re claims register (.3); prepare index and report re administrative claims (1.0). |
| 6/23/03 | Rhonda Lopera | 2.00 | Review and analyze proof of claim reports (1.2); interoffice conference re status of objections (.4); review and analyze case precedent re objections (.4). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 6/24/03 | Rhonda Lopera | 5.00 | Review and analyze proof of claim reports (1.2); prepare omnibus objections re substantive claims (1.8); prepare omnibus objection re non-substantive claims (2.0). |
| 6/24/03 | Tiffany J Wood | 6.00 | Review proofs of claims re objection classification (1.5); assist with preparation of omnibus objection to claims (4.5). |
| 6/24/03 | Christian J Lane | .30 | Telephone conferences with client re claims objections. |
| 6/25/03 | Rhonda Lopera | 1.00 | Locate and retrieve case precedent re omnibus objections (.7); telephone conference with BMC re status of claims (.3). |
| 6/25/03 | Rhonda Lopera | 2.00 | Review and analyze proof of claim reports (1.0); prepare omnibus objection re non-substantive claims (1.0). |
| 6/25/03 | Rhonda Lopera | 1.00 | Review and analyze case precedent re asbestos claims. |
| 6/25/03 | Janet S Baer | .30 | Follow up re claim issues from T. Delbrugge. |
| 6/25/03 | Tiffany J Wood | 2.00 | Assist with preparation of omnibus objection to claims. |
| 6/25/03 | James W Kapp | .20 | Review correspondence re potential claim objections. |
| 6/26/03 | Rhonda Lopera | 4.50 | Prepare and revise omnibus objections re substantive and non-substantive claims (2.5); review and analyze exhibits re same (1.5); interoffice conference re same (.5). |
| 6/26/03 | Janet S Baer | .50 | Conference with T. Delbrugge re account payable/claim discrepancies (.3); office conference re same and related claims issues (.2). |
| 6/26/03 | Christian J Lane | 1.70 | Prepare for and participate in telephone conference with client re claims resolution issues (.6); review and analyze claim objection timeline (.5); correspondence with BMC re same (.1); office conference re preparation of claims objections (.5). |
| 6/27/03 | Rhonda Lopera | 4.50 | Review and analyze claims re omnibus objection (2.5); prepare and revise objection (.7); interoffice conference re same (.3); telephone conference with BMC re claim reports (.4); review and analyze claim reports (.6). |
| 6/27/03 | James W Kapp | .10 | Review correspondence from S. Herrscheft re claim objections. |
| 6/29/03 | Rhonda Lopera | 1.50 | Review and analyze exhibits re omnibus objections. |
| 6/30/03 | Rhonda Lopera | 3.50 | Review and revise omnibus objection re non-asbestos claims (2.0); review and analyze exhibits re same (1.5). |
| | Total hours: | 50.80 | |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); locate and retrieve signed orders (.3); update and revise critical dates memorandum (.5). |
| 6/02/03 | Rhonda Lopera | 1.00 | Inter-office conference re professionals (.5); review and analyze docket re same (.5). |
| 6/02/03 | Rhonda Lopera | 1.00 | Inter-office conference re status of critical dates and preparation for upcoming hearings. |
| 6/02/03 | Tiffany J Wood | 7.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update chart re same (1.0); review adversary docket re National Union response to discovery request and distribute same for attorney review (.5); analyze pleadings and correspondence and update central files re same (1.0); review attorney notes re professional information and update central files re same (4.0). |
| 6/02/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 6/02/03 | Christian J Lane | 1.50 | Office conference re case status and task completion going forward (.8); office conference re critical dates list (.4); review filing summary and relevant pleadings (.3). |
| 6/03/03 | Rhonda Lopera | 2.00 | Review and analyze docket re professionals (1.0); review and analyze pleadings re incorporation into central file (1.0). |
| 6/03/03 | Rhonda Lopera | .70 | Review and analyze docket re adversary cases (.4); update and revise critical dates memorandum re same (.3). |
| 6/03/03 | Tiffany J Wood | 1.30 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.8); retrieve and organize documents re National Union response to discovery request and distribute to attorney for review (.5). |
| 6/03/03 | James W Kapp | .10 | Review pleadings and correspondence. |
| 6/03/03 | Christian J Lane | .70 | Review filing summary and relevant pleadings (.3); office conference re updating of summaries (.4). |
| 6/03/03 | Christian J Lane | 1.20 | Correspondence with client re National Union adversary proceeding (.3); office conferences re same (.2); draft and revise motion to expand preliminary injunction re Montana Vermiculite (.7). |
| 6/03/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.5); review adversarial dockets for newly filed pleadings and download same (.5). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/04/03 | Rhonda Lopera | .50 | Locate and retrieve adversary pleading and order. |
| 6/04/03 | Tiffany J Wood | 6.50 | Review pleadings re newly filed fee applications (.5); review pleadings and update central files re same (1.0); review and analyze correspondence and update electronic filing database re same (1.0); locate and retrieve professional information from docket and update central files re same (4.0). |
| 6/04/03 | James W Kapp | .20 | Review pleadings and correspondence (.1); review docket (.1). |
| 6/04/03 | Christian J Lane | 1.50 | Review precedent and draft motion to extend removal deadline (1.3); review article re asbestos claims in ABB case (.2). |
| 6/04/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.8); organize newly filed pleadings for litigation support database entry (.2). |
| 6/05/03 | Rhonda Lopera | 1.00 | Review and update index re litigation case precedent. |
| 6/05/03 | Rhonda Lopera | .50 | Locate and retrieve certificates of no objection re fee applications. |
| 6/05/03 | Stephanie R Cashman | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/05/03 | Tiffany J Wood | 1.80 | Review docket and adversary dockets re newly filed pleadings and distribute same to attorneys (.8); review docket re fourth extension removal motion and prepare same for attorney review (1.0). |
| 6/05/03 | James W Kapp | .40 | Review docket summary (.1); review relevant pleadings and correspondence (.2); review article in Bankruptcy Review re asbestos reform (.1). |
| 6/05/03 | Christian J Lane | 2.20 | Telephone conference with W. Sparks re UST issues (.3); correspondence re agenda (.1); draft motion to extend removal period (1.5); office conference re same (.2); telephone conferences with creditors re case status (.1). |
| 6/05/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); locate and organize hearing transcripts for attorney use (1.0); review and edit litigation support database re discovery issues in the National Union Fire Insurance adversary proceeding (1.0). |
| 6/06/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); update and distribute same (.3). |
| 6/06/03 | Rhonda Lopera | 2.00 | Review and analyze pleadings and orders for incorporation into central file (1.0); review and analyze case precedent re asbestos cases (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/06/03 | Tiffany J Wood | 4.00 | Review and update central files re professional information and follow up re same (1.5); locate and retrieve proofs of claim re Solow Development Corporation (1.0); prepare same for attorney review (.3); analyze new correspondence and enter same into electronic filing database (1.2). |
| 6/06/03 | James W Kapp | .60 | Revise removal extension motion. |
| 6/06/03 | Christian J Lane | 2.00 | Review pleadings (.2); office conferences re case status (.3); review draft final hearing agenda (.3); correspondence re same (.3); review issues re creditor inquiries and respond to same (.9). |
| 6/06/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download (1.0); revise pleadings litigation support database (1.0). |
| 6/09/03 | Rhonda Lopera | 2.00 | Review and analyze docket re professionals (.5); interoffice conference re status of certificates of no objection (.3); review and analyze docket re objection deadlines for fee application (.7); review and analyze adversary docket re signed order (.5). |
| 6/09/03 | Stephanie R Cashman | 2.50 | Review and organize bankruptcy pleadings. |
| 6/09/03 | Tiffany J Wood | 4.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re professional information and update central files re same (4.0). |
| 6/10/03 | Rhonda Lopera | 1.00 | Review and analyze case precedent re asbestos cases (.6); update and revise index re same (.4). |
| 6/10/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); update and distribute critical dates (.3). |
| 6/10/03 | Rhonda Lopera | 1.00 | Review and analyze docket re motion status chart (.7); interoffice conference re same (.3). |
| 6/10/03 | Stephanie R Cashman | 3.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/10/03 | Tiffany J Wood | 3.00 | Review docket re status of motions and update chart re same. |
| 6/10/03 | James W Kapp | .40 | Review recently filed pleadings (.2); review new correspondence (.2). |
| 6/10/03 | Christian J Lane | .10 | Review docket report. |
| 6/10/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review and revise organization of pleadings (.5); review correspondence and forward to responsible attorney for action (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 6/11/03 | Rhonda Lopera | 1.30 | Review and analyze docket re adversary cases (.7); update and distribute critical dates (.3); respond to creditor call re status of claim (.3). |
| 6/11/03 | Rhonda Lopera | 2.00 | Locate and retrieve pleadings re litigation matter (.7); review and analyze pleadings re incorporation into central file (1.3). |
| 6/11/03 | Stephanie R Cashman | 3.00 | Review and catalog pleadings in Concordance litigation support system. |
| 6/11/03 | Tiffany J Wood | 4.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review and update central files re professional information (2.0); analyze new correspondence and enter same into electronic filing database (1.0); interoffice conference re claims objection process (1.0). |
| 6/11/03 | James W Kapp | .10 | Review docket summary. |
| 6/11/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download (.5); review documents forwarded by attorney (.2); create subject files for inclusion in Grace main file (.3). |
| 6/12/03 | Stephanie R Cashman | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/12/03 | Tiffany J Wood | 5.00 | Review docket re motions going forward to 6/17/2003 hearing and prepare same for attorney review (2.0); review central files re fee applications and enter same into electronic record keeping database (1.0); review and organize central files and prepare same for transfer to storage facility (2.0). |
| 6/12/03 | Christian J Lane | .80 | Review filing summary (.2); review case status report (.3); office conference re various case status issues (.3). |
| 6/12/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download (.5); revise litigation support database entries re pleadings (.5). |
| 6/13/03 | Janet S Baer | .30 | Response to creditor inquiries on claims issues. |
| 6/13/03 | Tiffany J Wood | 3.00 | Review attorney notes and update motion status chart re same (1.0); organize motions re 6/17/03 hearing and prepare same for attorney use (.5); analyze new correspondence and enter same into electronic filing database (.5); organize central files and prepare same for transfer to storage facility (1.0). |
| 6/13/03 | James W Kapp | .10 | Review pleadings and correspondence. |
| 6/13/03 | Shirley A Pope | .50 | Review docket for newly filed pleadings and download. |
| 6/16/03 | Rhonda Lopera | 2.00 | Review and analyze case precedents re asbestos cases (1.3); update and revise index re same (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/16/03 | Stephanie R Cashman | 4.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/16/03 | Tiffany J Wood | 1.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (1.0); review docket re Federal Mogul case (.5). |
| 6/16/03 | Christian J Lane | 1.00 | Telephone conference with local counsel re open issues (.8); review filing summary (.2). |
| 6/16/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review correspondence and forward to responsible attorney for action (.5); organize pleadings for entry in litigation support database (.5). |
| 6/17/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); update critical dates (.3). |
| 6/17/03 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re status of motions and update chart re same (.5); review docket re Federal Mogul case (.5); review adversary dockets re Milberg Weiss Fee Application and prepare related documents for attorney review (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 6/17/03 | James W Kapp | .20 | Review relevant pleadings and correspondence. |
| 6/17/03 | Christian J Lane | .50 | Office conferences re case status issues. |
| 6/17/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.5); review and organize pleadings for litigation database support system (.5). |
| 6/18/03 | Maria E Yapan | 7.00 | Review and obtain various information re current asbestos cases. |
| 6/18/03 | Rhonda Lopera | 2.00 | Review and analyze docket re professionals (1.0); review and analyze pleadings re incorporation into central file (1.0). |
| 6/18/03 | Stephanie R Cashman | 5.00 | Review and organize bankruptcy pleadings. |
| 6/18/03 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (1.0); analyze new pleadings and update central files re same(1.5); review docket re status of motions and update chart re same (.5). |
| 6/18/03 | James W Kapp | .10 | Review dockets summary. |
| 6/18/03 | Christian J Lane | .60 | Correspondence re extension of deadline for removal (.2); telephone conference with local counsel re open issues in case (.2); review case filings (.2). |
| 6/18/03 | Shirley A Pope | .50 | Review docket for newly filed pleadings and download same. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/03 | Maria E Yapan | 7.00 | Review and obtain various information re current asbestos cases. |
| 6/19/03 | Rhonda Lopera | 1.50 | Review and analyze docket re professionals (.7); interoffice conference re same (.3); review and analyze professionals fee applications (.5). |
| 6/19/03 | Rhonda Lopera | 2.00 | Review and analyze docket re signed stipulation and order (.7); review and analyze numerous dockets re case precedent asbestos cases (1.3). |
| 6/19/03 | Rhonda Lopera | .80 | Return creditor calls (.4); review and analyze docket re signed stipulation (.4). |
| 6/19/03 | Rhonda Lopera | 1.20 | Review and analyze docket and adversary dockets re critical dates (.7); update and distribute critical dates (.5). |
| 6/19/03 | Isidro N Panizales | 3.80 | Prepare and organize documents re current asbestos cases. |
| 6/19/03 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (.5); review docket and attorney notes re professional information and update central files re same (3.5). |
| 6/19/03 | James W Kapp | .40 | Review Daily Bankruptcy Review article re asbestos legislation (.1); review relevant pleadings and correspondence (.2); review docket summary (.1). |
| 6/19/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same (.5); organize adversarial pleadings for litigation support database entry (.5). |
| 6/20/03 | Maria E Yapan | 7.00 | Review and obtain various information re current asbestos cases. |
| 6/20/03 | Rhonda Lopera | .50 | Return creditor calls. |
| 6/20/03 | Rhonda Lopera | 1.00 | Review and analyze docket re professional fee applications (.6); review and analyze pleadings re incorporation into central file (.4). |
| 6/20/03 | Isidro N Panizales | 3.20 | Prepare and organize documents re current asbestos cases. |
| 6/20/03 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (.5); analyze new correspondence and enter same into electronic filing database (1.5); review new pleadings and update central files re same (1.5). |
| 6/20/03 | James W Kapp | .60 | Review pleadings and correspondence (.4); review critical dates memo (.1); review docket report (.1). |
| 6/20/03 | Christian J Lane | 1.00 | Review filed pleadings (.3); review OCP fee situation (.4); telephone conference with client re status of various issues (.3). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/22/03 | Rhonda Lopera | 2.00 | Review and analyze docket re professionals (1.2); review and analyze docket re signed stipulations (.8). |
| 6/23/03 | Maria E Yapan | 7.00 | Review and obtain various information re current asbestos cases. |
| 6/23/03 | Isidro N Panizales | 2.90 | Prepare and organize documents re litigation comparisons for asbestos claims in other Chapter 11 cases. |
| 6/23/03 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (1.5); review docket re 8th quarterly fee applications and update central files re same (1.5); update files with current pleadings (1.0). |
| 6/23/03 | James W Kapp | .10 | Review dockets summary. |
| 6/23/03 | Christian J Lane | .50 | Review filed pleadings (.3); respond to creditor inquiries (.2). |
| 6/24/03 | Maria E Yapan | 4.30 | Review and obtain various information re current asbestos cases. |
| 6/24/03 | Rhonda Lopera | 2.00 | Review and analyze pleadings re incorporation into central file (.7); review and analyze docket re motion status chart (.8); update and revise motion status chart and distribute same (.5). |
| 6/24/03 | Stephanie R Cashman | .50 | Review and catalog pleadings for Concordance litigation support system. |
| 6/24/03 | Isidro N Panizales | 1.80 | Prepare and organize documents re other asbestos Chapter 11 cases. |
| 6/24/03 | Tiffany J Wood | 1.00 | Analyze new correspondence and enter same into electronic filing database. |
| 6/24/03 | James W Kapp | .20 | Review and comment on motion status chart. |
| 6/24/03 | Christian J Lane | .30 | Review filed pleadings (.2); review correspondence re case status (.1). |
| 6/24/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download (1.5); review correspondence and forward to responsible attorney for action (.5); organize pleadings for entry in litigation support database (1.0). |
| 6/25/03 | Maria E Yapan | 7.00 | Review and obtain various information re current asbestos cases. |
| 6/25/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (1.0); interoffice conference re critical dates for litigation matters (.5). |
| 6/25/03 | Isidro N Panizales | 1.50 | Prepare documents re other asbestos Chapter 11 cases. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/25/03 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (.5); review docket re newly filed orders and update indices and central files re same (1.5); review docket re status of motions and update status chart re same (1.0); analyze new correspondence and enter same into electronic filing database (.5). |
| 6/25/03 | James W Kapp | .10 | Review Daily Bankruptcy Review article re asbestos legislation. |
| 6/25/03 | Shirley A Pope | 2.00 | Review correspondence (.5); review docket for newly filed pleadings and download same (1.0); organize pleadings for entry in litigation support database (.5). |
| 6/26/03 | Rhonda Lopera | 1.00 | Review and analyze docket re filed certificates of no objection (.4); review and analyze fee applications re objection deadline (.3); telephone conference with local counsel re same (.3). |
| 6/26/03 | Rhonda Lopera | .80 | Return creditor calls (.3); review and analyze pleadings re incorporation into central file (.5). |
| 6/26/03 | Rhonda Lopera | 1.20 | Review and analyze adversary re signed order (.5); docket update and revise critical dates re adversary cases (.7). |
| 6/26/03 | Stephanie R Cashman | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/26/03 | James W Kapp | .30 | Review docket summary (.1); review critical dates memorandum (.2). |
| 6/26/03 | Christian J Lane | 1.00 | Review critical dates (.2); office conferences re same (.3); review filed pleadings (.2); correspondence re status of CNOs and entry of orders (.3). |
| 6/26/03 | Shirley A Pope | 4.50 | Review adversary proceeding docket for newly filed pleadings and download same (.5); review docket for newly filed pleadings and download same (2.0); organize pleadings for litigation support database entry (2.0). |
| 6/27/03 | Stephanie R Cashman | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 6/27/03 | James W Kapp | .40 | Review motion status chart (.1); revise critical dates (.2); review Daily Bankruptcy Review article on fund solvency re asbestos legislation (.1). |
| 6/27/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 6/28/03 | Christian J Lane | 1.00 | Review and analyze request of insurer for information re property damage claims (.6); draft response thereto (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/29/03 | Rhonda Lopera | 2.00 | Review and analyze correspondence re fee auditor responses (1.2); review and analyze docket re filed fee applications (.8). |
| 6/30/03 | Rhonda Lopera | 1.50 | Return creditor calls (.3); review and analyze pleadings re incorporation into central file (1.2). |
| 6/30/03 | James W Kapp | .40 | Review docket summary (.1); review Daily Bankruptcy Review article re senate search for asbestos compromise (.1); review pleadings and correspondence (.2). |
| | Total hours: | 231.70 | |

## Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/20/03 | Janet S Baer | .30 | Conference with R. Finke re claims objection issues. |
| 6/24/03 | Janet S Baer | .20 | Conference with J. Hughes re medical monitoring claims. |
| 6/25/03 | Elli Leibenstein | 1.50 | Telephone conference with D. Siegel re asbestos liabilities (.3); telephone conference with D. Martin re same (.3); analyze asbestos liabilities (.9). |
| | Total hours: | 2.00 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/03 | Christian J Lane | 1.10 | Telephone conferences with counsel re equipment lease issues (.3); telephone conference with client re Sarbanes-Oxley issues (.2); telephone conference with client re lease settlement (.2); review agreement re same (.4). |
| 6/04/03 | Christian J Lane | .20 | Telephone conference with client re terms of DIP financing agreement. |
| 6/05/03 | Janet S Baer | .30 | Confer with R. Emmett and M. Cohan re potential sale of business and liability issues. |
| 6/05/03 | James W Kapp | .10 | Develop strategy re potential acquisition. |
| 6/05/03 | Christian J Lane | .10 | Telephone conference with client re provisions of credit agreement. |
| 6/05/03 | Christian J Lane | .10 | Correspondence re BSFS stipulation. |
| 6/06/03 | Christian J Lane | .40 | Telephone conference with client's New Jersey counsel re real estate development agreements (.1); telephone conference with opposing counsel re same (.2); correspondence re same (.1). |
| 6/09/03 | Christian J Lane | .30 | Telephone conference re port charge issues (.1); review and respond to correspondence re Sawbones - Oxley issues (.2). |
| 6/10/03 | Christian J Lane | .30 | Correspondence re issues re tenant. |
| 6/16/03 | Christian J Lane | 1.00 | Telephone conference with client re lease settlement issues (.2); revise agreement (.3); draft correspondence re same (.5). |
| 6/17/03 | Christian J Lane | .10 | Correspondence re New York city lease issues. |
| 6/20/03 | James W Kapp | 1.00 | Telephone conference with M. Shelnitz and M. Favorito re potential acquisition. |
| 6/24/03 | James W Kapp | .60 | Review Summit Ventures motion to compel assumption of contract. |
| 6/24/03 | Christian J Lane | .30 | Telephone conferences with client re patent license issues. |
| 6/25/03 | Christian J Lane | .10 | Telephone conference with client re Sarbanes-Oxley issues. |
| 6/30/03 | James W Kapp | .20 | Review stipulation with Summit Ventures re motion to compel assumption to executory contract. |
| 6/30/03 | Christian J Lane | .90 | Revise stipulation re Summit Ventures motion to compel (.5); telephone conference with counsel re Caterpillar (.2); telephone conference with client re Mississippi remediation issue (.2). |
| | Total hours: | 7.10 | |

A-14

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/03 | Janet S Baer | .50 | Confer with J. Forgach re hiring of Fiduciary for Grace Stock Plan and issues re same (.3); office conference re same (.2). |
| 6/03/03 | James W Kapp | .20 | Attend to issues re retention of independent fiduciary for 401(k) plan. |
| 6/11/03 | Christian J Lane | .60 | Review Pension issues (.5); telephone conference with client re same (.1). |
| 6/15/03 | Christian J Lane | 1.00 | Review pension funding motion. |
| 6/16/03 | Christian J Lane | 1.60 | Telephone conference with P. Zilly re pension issues (.1); review pension motion (1.3); telephone conference with client re pension motion (.2). |
| 6/17/03 | Christian J Lane | 2.50 | Review and revise pension motion. |
| 6/18/03 | Christian J Lane | 1.50 | Revise motion re pension funding. |
| 6/19/03 | James W Kapp | 3.50 | Revise motion to make contributions to benefit plan. |
| 6/20/03 | Christian J Lane | 1.50 | Review and revise pension funding motion (1.0); telephone conferences with client and Blackstone re same (.5). |
| 6/23/03 | James W Kapp | 1.80 | Revise motion authorizing contribution to benefit plans. |
| 6/23/03 | Christian J Lane | 4.10 | Revise and finalize motion re pension funding (2.6); telephone conferences with client re same (.5); draft and revise affidavit re same (1.0). |
| 6/25/03 | Christian J Lane | .20 | Review correspondence re pension funding motion (.1); telephone conference with committee counsel re same (.1). |
| | Total hours: | 19.00 | |

### Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/14/03 | David M Bernick, P.C. | .30 | Conduct telephone conference with D. Siegel and W. Corcoran re potential appeal in Libby. |
| 5/22/03 | David M Bernick, P.C. | .50 | Conduct telephone conference with D. Siegel re status of legislation. |
| 5/29/03 | David M Bernick, P.C. | 2.70 | Analysis of legislative proposal (1.2); conduct telephone conference with D. Siegel re same (.5); review of new filings and conduct telephone conference with T. Freedman re same (1.0). |
| 6/02/03 | Christian J Lane | 1.80 | Review precedent re preliminary injunction (1.3); office conferences re National Union issues (.5). |
| 6/04/03 | Christian J Lane | 2.50 | Review materials and draft motion re Montana Vermiculate. |
| 6/05/03 | Janet S Baer | 1.50 | Conference with M. Favorito (several times) re Construction Products penalty settlement matters (.5); review and revise documents re same (.5); office conference re Montana Vermiculite, Kane, Rodriguez and pension motions (.5). |
| 6/05/03 | Christian J Lane | 2.00 | Review motion re injunction (1.3); correspondence re same (.2); office conference re same (.5). |
| 6/06/03 | Janet S Baer | .40 | Conference with M. Cohan and R. Emmett re potential sales of properties that could impact environmental issues. |
| 6/09/03 | Christian J Lane | .80 | Telephone conference with Montana counsel re Montana Vermiculite (.2); telephone conferences re National Union adversary (.3); correspondence re same (.1); review correspondence re Wisconsin (.1); telephone conference re same (.1). |
| 6/10/03 | Christian J Lane | .40 | Review correspondence re foreign patent litigation (.2); telephone conference with client re patent license agreement (.2). |
| 6/11/03 | Janet S Baer | .40 | Confer with representatives at Grace re potential impact of sale of properties with unknown environmental liabilities. |
| 6/11/03 | Mark E Grummer | .20 | Review correspondence re Nueces River site. |
| 6/11/03 | James W Kapp | 1.50 | Review correspondence re Tapon France litigation (.3); develop response re same (.5); review correspondence re environmental issues re particular property (.3); telephone conference with B. Emmitt and M. Cohen re same (.4). |

A-16

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 6/11/03 | Christian J Lane | 1.00 | Telephone conference with client re French patent litigation (.3); office conferences re same (.2); analyze issues re same (.2); telephone conference with client re general litigation issues (.3). |
| 6/12/03 | James W Kapp | .60 | Develop response to motion to set trial date in Mommaerts litigation. |
| 6/12/03 | Christian J Lane | 1.60 | Review correspondence re Mommaerts case (.4); office conference re same (.1); telephone conference with local counsel re same (.1); review material re French patent litigation (.3); office conferences re same (.3); draft response re same (.4). |
| 6/13/03 | Mark E Grummer | .10 | Review documents re Nueces site. |
| 6/13/03 | Christian J Lane | 1.30 | Telephone conference re Mommaerts litigation (.2); review Montana Vermiculite motion and materials (.3); revise same (.5); review correspondence re settlement of foreign litigation (.3). |
| 6/14/03 | Mark E Grummer | .30 | Review materials re Samson demand re Nueces River site. |
| 6/15/03 | Christian J Lane | 1.20 | Review correspondence re National Union adversary. |
| 6/16/03 | Janet S Baer | .30 | Review materials re Arco letter. |
| 6/16/03 | Mark E Grummer | .20 | Prepare email message to team re Samson demand re Nueces River site. |
| 6/16/03 | James W Kapp | .90 | Review affidavit for Tapon litigation (.5); review objection to Falco litigation (.4). |
| 6/16/03 | Christian J Lane | 2.60 | Draft and revise affidavit for French litigation (1.8); telephone conferences with client re same (.2); review correspondence re National Union adversary (.1); draft pleading re Mommaerts case (.5). |
| 6/17/03 | James W Kapp | .10 | Review objection in Momunents litigation. |
| 6/17/03 | Christian J Lane | 1.10 | Correspondence re National Union Adversary (.6); office conference re Mommaerts litigation (.2); correspondence re same (.3). |
| 6/18/03 | James W Kapp | .10 | Office conference re objection to Falco litigation. |
| 6/19/03 | Janet S Baer | .50 | Attend to various matters re environmental litigation issues. |
| 6/19/03 | Christian J Lane | .20 | Telephone conference with client re state court litigation not directly involving Debtors. |
| 6/20/03 | Janet S Baer | 1.40 | Conference with M. Shelnitz re Vermiculite environmental issues (.8); conference with L .Duff and M. Obradavich re Acton and related environmental issues (.3); office conference re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/20/03 | Janet S Baer | 1.00 | Review various correspondence and draft order on National Union matter (.3); office conference re same (.2); review draft Montana Vermiculate Motion (.5). |
| 6/20/03 | Christian J Lane | 1.00 | Review revised stipulation re National Union (.5); office and telephone conferences re National Union adversary proceeding issues (.5). |
| 6/23/03 | James W Kapp | .10 | Office conference re extension re French patent litigation. |
| 6/23/03 | Christian J Lane | 1.00 | Telephone conferences re Smolker litigation (.5); review correspondence re same (.2); office conferences re same (.3). |
| 6/24/03 | Janet S Baer | .30 | Review Samson claim and ARCO letter. |
| 6/24/03 | Janet S Baer | 1.00 | Revise Montana Vermiculite motion (.4); review and revise Canadian status report (.3); follow up re Smolker related stay issues (.3). |
| 6/24/03 | Christian J Lane | 2.00 | Telephone conferences and correspondence with defense counsel re Smolker litigation (.5); revise stipulation re Smolker litigation (1.2); office conferences re same (.3). |
| 6/25/03 | Janet S Baer | 1.20 | Review materials on Gerling/EAIC settlement status/issues (.3); review and revise Holland stipulation (.3); confer with M. Shelnitz re EAIC/Gerling settlement (.2); review Favorito documents on government fee settlement and confer re same (.4). |
| 6/25/03 | James W Kapp | .10 | Review letter to Judge Fitzgerald from J. Restivo and E. Westbrook re settlement facilitator. |
| 6/25/03 | Christian J Lane | 1.90 | Review revised stipulation re National Union adversary (.4); office conference re Montana Vermiculite issues (.3); correspondence re National Union adversary (.2); finalize stipulation re Smolker litigation (.4); correspondence re same (.3); office conference re same (.3). |
| 6/26/03 | Janet S Baer | 1.30 | Attend to matters re Department of Commerce settlement (.3); conference with G. DelTredici re same (.2); prepare e-mail revisions to M. Favorito re same (.3); prepare settlement/claim language for EAIC/Gerling matter (.3); conference re same (.2). |
| 6/27/03 | Janet S Baer | 1.00 | Review draft EAIC/Gerling settlement agreement and draft "side agreement" with Grace (.5); prepare response re same (.2); follow up with M. Favorito on DOC settlement and notice on same (.3). |
| 6/27/03 | James W Kapp | .10 | Office conference re Mommaerts litigation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/27/03 | Christian J Lane | 1.00 | Telephone conferences with client and opposing counsel re National Union adversary proceeding issues. |
| 6/30/03 | Janet S Baer | 1.10 | Update and revise Canadian status report (.8); prepare Department of Commerce Notice and Exhibit for settlement (.3). |
| 6/30/03 | Mark E Grummer | .30 | Begin review of materials re environmental claims (.1); review and respond to R. Emmett email re Mississippi MDEQ claim re Intex site (.2). |
|  | Total hours: | 42.90 |  |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 6/04/03 | James W Kapp | .20 | Review and revise agenda for 6/17/03 hearing. |
| 6/10/03 | Janet S Baer | .30 | Review agenda re 6/17 hearing and confer with J. Kapp re preparation for the same. |
| 6/10/03 | James W Kapp | .20 | Review agenda for 6/17/03 hearing. |
| 6/12/03 | Christian J Lane | .30 | Office conference re preparations for hearing. |
| 6/13/03 | Janet S Baer | .50 | Office conference re status of matters for hearing (.3); review agenda for June Omnibus hearing (.2). |
| 6/13/03 | James W Kapp | .20 | Review amended agenda for 6/17/03 hearing. |
| 6/13/03 | Christian J Lane | 1.50 | Office conferences re preparing hearing binder (.7); review binder (.5); office conference re matters open at hearing (.3). |
| 6/16/03 | James W Kapp | .10 | Telephone conference with W. Smith re 6/17/03 omnibus hearing. |
| 6/17/03 | Janet S Baer | 1.50 | Prepare for and conduct June Omnibus hearing (1.0); conference with W. Sparks and P. Galbraith re same (.5). |
| 6/19/03 | James W Kapp | .40 | Office conference re 6/17/03 omnibus hearing. |
|  | Total hours: | 5.20 |  |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/09/03 | Toni L Wallace | .90 | Prepare draft of May fee application (.6); review docket for filing information re fee applications (.3). |
| 6/09/03 | Christian J Lane | 1.80 | Prepare May fee detail. |
| 6/10/03 | Toni L Wallace | .70 | Review and revise fee and expense detail for May fee application. |
| 6/12/03 | Christian J Lane | .80 | Prepare May fee detail. |
| 6/15/03 | Christian J Lane | 1.00 | Prepare May fee detail. |
| 6/17/03 | Toni L Wallace | .20 | E-mail correspondence and telephone conference re application of payment. |
| 6/18/03 | Toni L Wallace | 1.50 | Prepare draft of May monthly fee statement. |
| 6/20/03 | Toni L Wallace | .70 | Review docket for CNO for April monthly fee application and omnibus order re seventh quarterly fee application. |
| 6/23/03 | Toni L Wallace | .80 | Revise May fee application. |
| 6/23/03 | James W Kapp | .50 | Review fee auditors initial request re eighth interim period (.3); develop response re same (.2). |
| 6/23/03 | Christian J Lane | 1.50 | Review initial fee auditor report (.6); office conferences re response to same (.9). |
| 6/24/03 | Rhonda Lopera | 1.50 | Review and analyze fee auditor report re eighth interim period (.7); prepare response re same (.5); interoffice conference re same (.3). |
| 6/26/03 | Toni L Wallace | 2.00 | Prepare exhibits to May monthly fee application. |
| 6/27/03 | Rhonda Lopera | 1.00 | Review and analyze fee auditor report re eighth interim period. |
| 6/30/03 | Rhonda Lopera | 1.00 | Review and prepare draft response re fee auditor. |
| 6/30/03 | Christian J Lane | .80 | Review May fee application. |
| | Total hours: | 16.70 | |

## Matter 35 – Fee Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/03/03 | Tiffany J Wood | 2.00 | Locate and retrieve professional fee applications from docket and update central files re same. |
| 6/05/03 | Tiffany J Wood | 1.20 | Review docket re professional fee applications and update central files re same. |
| 6/17/03 | Christian J Lane | .20 | Office conference re quarterly fee order spreadsheets. |
| | Total hours: | 3.40 | |

**Matter 38 – Employment Applications, Others – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/04/03 | Christian J Lane | .10 | Correspondence re Deloitte retention. |
| 6/05/03 | Christian J Lane | .20 | Telephone conference with Deloitte re retention of Deloitte and UST issues re same. |
| 6/12/03 | Christian J Lane | .80 | Telephone conference with T. Scoles re Deloitte retention (.2); telephone conference re retention of retirement plan trustee (.3); review revised order (.3). |
| 6/16/03 | Christian J Lane | 1.00 | Telephone conference with client re retention of 401(k) plan fiduciary (.5); telephone conferences with Deloitte counsel re retention (.3); telephone conference with local counsel re same (.1); correspondence re same (.1). |
| 6/18/03 | Christian J Lane | 1.70 | Review precedent for retention of fiduciary (.2); review draft of motion re same (.3); revise motion re same (.7); telephone conference with fiduciary re same (.1); telephone conferences with client re same and re ordinary course professionals (.4). |
| 6/19/03 | Christian J Lane | 1.30 | Telephone conference with State Street re retention (.3); telephone conference with client re professional retention (.2); correspondence re same (.2); review precedent re same (.6). |
| 6/20/03 | Christian J Lane | .80 | Telephone conference with State Street counsel re retention (.3); telephone conference with client re professional retention (.2); correspondence re same (.3). |
| 6/24/03 | Christian J Lane | 2.50 | Telephone conference with F. Perch re retention of plan fiduciary (.3); correspondence re same (.4); draft application re same (1.5); telephone conference re retention of Sarbanes-Oxley consultant (.2); correspondence re same (.1). |
| 6/25/03 | Rhonda Lopera | 3.50 | Prepare and revise retention application re State Street Bank and Trust Company (2.0); review and analyze case precedent re same (1.5). |
| 6/25/03 | Christian J Lane | .20 | Correspondence with local counsel re issues re retention of fiduciary for retirement plan. |
| 6/26/03 | Rhonda Lopera | 2.50 | Prepare and revise retention application re State Street Bank and Trust Company. |
| 6/26/03 | Christian J Lane | 1.40 | Prepare for and participate in telephone conference with UST re retention of plan fiduciary (.7); telephone conference with client re same (.3); revise retention motion re same (.4). |
| 6/30/03 | Christian J Lane | 2.00 | Revise application to retain 401(k) plan fiduciary. |
| | Total hours: | 18.00 | |

### Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/03 | Janet S Baer | 1.30 | Travel from New York to Wilmington re June Omnibus hearing (1/2 time). |
| | Total hours: | 1.30 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/02/03 | Pratibha J Shenoy | 2.00 | Complete first draft of protest for new "30-day letters" issued by Internal Revenue Service assessing employment tax deficiencies. |
| 6/03/03 | Natalie H Keller | 1.30 | Review 1996-1998 Form 886-A (.6); review and revise draft Protest for 1996-98 (.7). |
| 6/03/03 | Todd F Maynes | .30 | Telephone conferences re R. Stewart proposal. |
| 6/04/03 | Pratibha J Shenoy | 1.00 | Revise draft protest for new "30-day letters" issued by Internal Revenue Service assessing employment tax deficiencies. |
| 6/06/03 | Pratibha J Shenoy | 1.50 | Revise draft protest for new "30-day letters" issued by Internal Revenue Service assessing employment tax deficiencies. |
| 6/06/03 | Natalie H Keller | .20 | Review draft Protest for 1996-98. |
| 6/09/03 | Pratibha J Shenoy | 3.50 | Revise draft protest for new "30-day letters" issued by Internal Revenue Service assessing employment tax deficiencies (3.0); prepare powers of attorney for same (.5). |
| 6/09/03 | Natalie H Keller | 1.10 | Review draft Protests (.6); office conference re power of attorney form and follow-up re same (.5). |
| 6/10/03 | Pratibha J Shenoy | 6.60 | Revise draft protest for new "30-day letters" issued by Internal Revenue Service assessing employment tax deficiencies (3.0); research statute of limitations and expiration of same with respect to "responsible person" liability for employment taxes (3.6). |
| 6/10/03 | Natalie H Keller | 1.40 | Revise protests to incorporate client comments (.4); prepare for and attend office conference re same (.5); conference re statute of limitations issues and follow-up re same (.5). |
| 6/11/03 | Pratibha J Shenoy | 1.30 | Prepare final protest for new "30-day letters" issued by Internal Revenue Service, assessing employment tax deficiencies. |
| 6/11/03 | Natalie H Keller | .80 | Conference re statute of limitations issues and follow-up re same (.4); research same (.4). |
| 6/12/03 | Natalie H Keller | 1.00 | Telephone conference re Protest filing and follow-up re same (.2); finalize Protest, power of attorney forms, and cover letter and file same (.8). |
| 6/16/03 | Natalie H Keller | .60 | Prepare for and attend telephone conference with R. Stewart re 1996-98 years (.3); telephone conference re same and follow-up re same (.3). |
| 6/16/03 | Todd F Maynes | .50 | Telephone conferences re possible settlement situation. |
| 6/19/03 | Todd F Maynes | .30 | Telephone conferences with R. Finke re settlement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/20/03 | Todd F Maynes | .50 | Telephone conferences with R. Stewart at IRS re status of settlement; telephone conferences with E. Thomas re same. |
| 6/23/03 | Natalie H Keller | .80 | Office conference re statute of limitations issues and follow-up re same (.3); telephone conference with T. Haug at IRS re statute extensions (.2); revise extensions and execute same (.3). |
|  | Total hours: | 24.70 | |

**Matter 51 – ZAI Science Trial – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/06/03 | Stephanie R Cashman | 2.00 | Review, catalog and organize ZAI pleadings for Concordance litigation support system. |
| 6/16/03 | Stephanie R Cashman | 1.50 | Review, catalog and organize ZAI pleadings for Concordance litigation support system. |
| | Total hours: | 3.50 | |