# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | --- |
| Travel Expense | $173.25 |
| Airfare | $288.00 |
| Transportation to/from airport | $385.90 |
| Other Travel Expenses | $25.00 |
| **Total** | **$872.15** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/14/03 | 58.40 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 5/15/03 | 63.70 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 5/18/03 | 63.60 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 5/18/03 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 5/19/03 | 58.40 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 5/19/03 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 6/16/03 | 173.25 | Janet Baer, Hotel, New York, NY, 06/16/03, (Hearing) |
| 6/17/03 | 288.00 | Janet Baer, Trainfare, Wilmington, DE, 06/17/03 to 06/17/03, (Hearing) |
| 6/17/03 | 10.00 | Janet Baer, Transportation, Local Cabfares, Wilmington, DE, 06/17/03, (Hearing) |
| 6/17/03 | 15.00 | Janet Baer, Transportation, Local Cabfares, Wilmington, DE, 06/17/03, (Hearing) |
| 6/19/03 | 25.00 | Janet Baer, Transportation, To/From Airport, Wilmington, DE, 06/19/03, (Hearing) |
| Total | 872.15 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $302.17 |
| Fax Telephone Charge | $27.84 |
| Fax Charge | $99.00 |
| Standard Copies | $400.10 |
| Binding | $5.25 |
| Tabs/Indexes/Dividers | $0.40 |
| Scanned Images | $32.55 |
| Overnight Delivery | $72.66 |
| Outside Messenger Services | $5.50 |
| Computer Database Research | $96.14 |
| Overtime Transportation | $12.10 |
| **Total** | **$1,053.71** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/16/03 | 70.49 | VIRTUALDOCKET.COM - TA(66.50) Computer Database Research, 2/26/03 to 2/27/03 Documents Downloaded per A. Groesch. |
| 3/16/03 | 4.66 | VIRTUALDOCKET.COM - TA(4.40) Computer Database Research, 2/26/03 to 2/27/03 Documents Downloaded per A. Groesch. |
| 3/31/03 | 20.99 | VIRTUALDOCKET.COM - TA(19.80) Computer Database Research, 3/17/03 Documents Downloaded per A. Groesch. |
| 4/29/03 | 8.87 | UPS Dlvry to:Pachulski Stang Ziehl Young ,Ms. Paula Galbraith,Wilmington,DE from:Toni L Wallace |
| 5/06/03 | .62 | Telephone call to: FALLSCHRCH,VA 703-790-5114 |
| 5/06/03 | .62 | Telephone call to: EL SEGUNDO,CA 310-364-3170 |
| 5/07/03 | 27.30 | Fed Exp to: ,DALLAS,TX from:MAILROOM |
| 5/08/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/08/03 | 1.25 | Telephone call to: STATE OF,DE 302-778-6463 |
| 5/09/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/09/03 | 1.45 | Telephone call to: MINEAPOLIS,MN 612-359-2000 |
| 5/12/03 | 27.60 | Standard Copies |
| 5/13/03 | .62 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 5/13/03 | 2.08 | Telephone call to: STATE OF,DE 302-778-6463 |
| 5/13/03 | 6.86 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/13/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 5/13/03 | 2.08 | Telephone call to: STATE OF,DE 302-778-6463 |
| 5/14/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/15/03 | 1.45 | Telephone call to: STATE OF,DE 302-778-6463 |
| 5/15/03 | 1.87 | Telephone call to: NEWYORKCTY,NY 212-492-3850 |
| 5/15/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/15/03 | 1.04 | Telephone call to: SANFRNCSCO,CA 415-247-8300 |
| 5/15/03 | 50.80 | Standard Copies |
| 5/15/03 | .40 | Tabs/Indexes/Dividers |
| 5/16/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/16/03 | .62 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 5/16/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/16/03 | 1.04 | Telephone call to: EASTERN,MD 443-326-6660 |
| 5/16/03 | 3.53 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 5/16/03 | .62 | Telephone call to: WILMINGTON,DE 302-652-8400 |
| 5/16/03 | 1.66 | Telephone call to: CAMBRIDGE,MA 617-498-4322 |
| 5/16/03 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4795 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/18/03 | 72.48 | Janet Baer, Telephone, Cellular Service, 05/18/03 (Telephone Charges) |
| 5/20/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 5/20/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 5/20/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 5/20/03 | 4.36 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 5/20/03 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 5/21/03 | 9.35 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 5/22/03 | .75 | Scanned Images |
| 5/27/03 | 8.11 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 5/28/03 | 8.94 | Telephone call to: HACKENSACK,NJ 201-368-8714 |
| 5/29/03 | 10.39 | Telephone call to: SE PART,FL 954-797-5363 |
| 5/29/03 | 5.20 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 5/29/03 | 1.87 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 5/29/03 | 2.91 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 5/29/03 | 3.12 | Telephone call to: STATE OF,CT 860-240-2731 |
| 5/29/03 | 12.47 | Telephone call to: SE PART,FL 954-797-5363 |
| 5/29/03 | .83 | Fax phone charge to 410-531-4226 |
| 5/29/03 | .83 | Fax phone charge to 561-362-1323 |
| 5/29/03 | 1.50 | Fax page charge to 302-573-6497 |
| 5/29/03 | 1.50 | Fax page charge to 410-531-4783 |
| 5/29/03 | 1.50 | Fax page charge to 302-652-4400 |
| 5/29/03 | 4.50 | Fax page charge to 410-531-4226 |
| 5/29/03 | 4.50 | Fax page charge to 561-362-1323 |
| 5/29/03 | 4.50 | Fax page charge to 410-531-4783 |
| 5/29/03 | 6.75 | Scanned Images |
| 5/30/03 | 1.45 | Telephone call to: PITTSBURGH,PA 412-288-3131 |
| 5/30/03 | 1.04 | Telephone call to: PITTSBURGH,PA 412-288-3131 |
| 5/30/03 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 5/30/03 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 5/30/03 | .62 | Telephone call to: CREVECOEUR,MO 314-576-0022 |
| 5/30/03 | 8.94 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 5/30/03 | 8.40 | Scanned Images |
| 5/30/03 | 8.40 | Scanned Images |
| 5/31/03 | 19.07 | UPS Dlvry to:Pachulski Stang Ziehl Young ,Ms. Paula Galbraith,Wilmington,DE from:Toni L Wallace |
| 6/02/03 | 3.12 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 6/02/03 | 2.49 | Telephone call to: SANFRNCSCO,CA 415-951-1115 |

| Date | Amount | Description |
|------|--------|-------------|
| 6/02/03 | 3.00 | Standard Copies |
| 6/02/03 | 3.00 | Standard Copies |
| 6/02/03 | 6.80 | Standard Copies |
| 6/03/03 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 6/03/03 | 1.25 | Telephone call to: LB AREA,CA 310-321-5553 |
| 6/03/03 | .62 | Telephone call to: WILMINGTON,DE 302-575-7357 |
| 6/03/03 | 6.00 | Fax page charge to 302-652-5338 |
| 6/03/03 | 2.25 | Fax page charge to 302-652-5338 |
| 6/03/03 | 2.25 | Fax page charge to 561-362-1583 |
| 6/03/03 | 2.25 | Fax page charge to 412-288-3063 |
| 6/03/03 | 1.20 | Standard Copies |
| 6/03/03 | .80 | Standard Copies |
| 6/04/03 | 3.20 | Standard Copies |
| 6/04/03 | .75 | Scanned Images |
| 6/05/03 | 1.45 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 6/05/03 | 1.87 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 6/05/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 6/05/03 | 10.39 | Telephone call to: CENTRAL,MI 517-267-0146 |
| 6/05/03 | 1.25 | Fax phone charge to 617-498-4402 |
| 6/05/03 | 14.25 | Fax page charge to 617-498-4402 |
| 6/05/03 | 1.70 | Standard Copies |
| 6/05/03 | 5.30 | Standard Copies |
| 6/05/03 | 1.20 | Standard Copies |
| 6/05/03 | 2.55 | Scanned Images |
| 6/05/03 | 1.80 | Scanned Images |
| 6/06/03 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 6/09/03 | .62 | Telephone call to: SE PART,FL 954-423-7300 |
| 6/09/03 | .62 | Telephone call to: SE PART,FL 954-423-7101 |
| 6/09/03 | 1.87 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 6/09/03 | .90 | Standard Copies |
| 6/09/03 | .10 | Standard Copies |
| 6/09/03 | .80 | Standard Copies |
| 6/09/03 | .10 | Standard Copies |
| 6/09/03 | 14.80 | Standard Copies |
| 6/10/03 | 12.20 | Standard Copies |
| 6/10/03 | 12.20 | Standard Copies |
| 6/10/03 | .20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 6/10/03 | 29.00 | Standard Copies |
| 6/10/03 | 5.25 | Binding |
| 6/11/03 | .80 | Standard Copies |
| 6/11/03 | 1.10 | Standard Copies |
| 6/11/03 | 8.07 | Fed Exp to:PRATIBHA J SHENOY,CHICAGO,IL from:ELYSE NAPOLI-FILON |
| 6/12/03 | 85.71 | Janet Baer, Telephone, Cellular Service, 06/12/03 (Telephone Charges), Balckberry and telephone charges |
| 6/12/03 | 3.00 | Fax page charge to 901-546-4115 |
| 6/12/03 | 3.00 | Standard Copies |
| 6/12/03 | .50 | Standard Copies |
| 6/12/03 | 3.90 | Standard Copies |
| 6/12/03 | .90 | Standard Copies |
| 6/12/03 | .30 | Scanned Images |
| 6/12/03 | .60 | Scanned Images |
| 6/12/03 | .45 | Scanned Images |
| 6/13/03 | 70.00 | Standard Copies |
| 6/13/03 | 56.00 | Standard Copies |
| 6/16/03 | 1.45 | Fax phone charge to 410-531-4783 |
| 6/16/03 | 3.00 | Fax page charge to 561-438-6414 |
| 6/16/03 | 3.00 | Fax page charge to 410-531-4783 |
| 6/16/03 | 3.00 | Fax page charge to 410-531-4783 |
| 6/16/03 | 2.25 | Fax page charge to 212-887-9442 |
| 6/17/03 | 3.95 | Fax phone charge to 215-448-2864 |
| 6/17/03 | 8.25 | Fax page charge to 215-448-2864 |
| 6/18/03 | .45 | Scanned Images |
| 6/19/03 | .75 | Fax page charge to 231-924-7075 |
| 6/19/03 | .90 | Scanned Images |
| 6/20/03 | 15.38 | Fax phone charge to 215-297-8920 |
| 6/20/03 | 1.45 | Fax phone charge to 215-297-8920 |
| 6/20/03 | 2.70 | Fax phone charge to 215-297-8920 |
| 6/20/03 | 25.50 | Fax page charge to 215-297-8920 |
| 6/20/03 | 1.50 | Fax page charge to 215-297-8920 |
| 6/20/03 | 3.75 | Fax page charge to 215-297-8920 |
| 6/20/03 | 5.50 | Comet Messenger Services to:  USG |
| 6/23/03 | .45 | Scanned Images |
| 6/24/03 | 3.50 | Standard Copies |

| **Date** | **Amount** | **Description** |
| --- | --- | --- |
| 6/24/03 | 1.00 | Standard Copies |
| 6/24/03 | 6.50 | Standard Copies |
| 6/24/03 | 1.70 | Standard Copies |
| 6/24/03 | 1.20 | Standard Copies |
| 6/24/03 | 1.60 | Standard Copies |
| 6/24/03 | .20 | Standard Copies |
| 6/24/03 | 2.40 | Standard Copies |
| 6/26/03 | 3.10 | Standard Copies |
| 6/26/03 | 2.30 | Standard Copies |
| 6/26/03 | .40 | Standard Copies |
| 6/26/03 | 1.20 | Standard Copies |
| 6/26/03 | 1.30 | Standard Copies |
| 6/26/03 | 2.40 | Standard Copies |
| 6/26/03 | 12.10 | Overtime Transportation, T. Wallace, 5/28/03 |
| 6/27/03 | .50 | Standard Copies |
| 6/30/03 | 59.70 | Standard Copies |
| Total | 1,053.71 | |