

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | AVANTI LA CORTE FALLIMENTARE DEGLI STATI UNITI D'AMERICA PER LA CIRCOSCRIZIONE DEL DELAWARE |
| In re: Chapter 11<br><br>W.R. GRACE & CO., et. al[1]., case no. 01-01139<br>Debtors (Jointly Administered)<br>AFFIDAVIT under<br>11 U.S.C. 327(e)<br>State of Italy<br>County of Milan<br>The undersigned avv. prof. Adriano Vanzetti, being duly sworn, upon his oath, deposes and says: | Nel procedimento ai sensi del capitolo 11<br><br>W.R. GRACE & CO., et al[1]., caso n. 01-01139<br>Debitori (congiuntamente trattati)<br>AFFIDAVIT ai sensi<br>del capitolo 11 U.S.C. 327 (e)<br>Repubblica Italiana<br>Provincia di Milano<br>Il sottoscritto avv. prof. Adriano Vanzetti, dopo aver debitamente prestato giuramento, depone e dichiara quanto segue: |
| 1. I am the owner of Vanzetti Law Firm, located at Milano, via Daverio n. 6, (the "Firm"). | 1. Io sono il titolare dello Studio Legale Adriano Vanzetti, situato in Milano, via Daverio n. 6 (lo "Studio"). |
| 2. The Debtors have requested that | 2. I Debitori hanno richiesto che |

---

[1] The Debtors consist of the following 62 entities:
(I debitori sono i seguenti 62 soggetti):
W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd. Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Tack Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp. Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp. Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company,



| | |
|---|---|
| the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. | lo Studio fornisce loro servizi legali e lo Studio ha acconsentito a fornire tali servizi. |
| 3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. | 3. Lo Studio può avere espletato servizi nel passato e potrà espletarli in futuro, in materie non collegate a casi di cui al capitolo 11, a favore di persone che sono parti interessate nel caso in questione. |
| 4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates. | 4. Come pratica abituale, lo Studio fornisce servizi in casi, procedimenti e transazioni che coinvolgono molte parti diverse, alcune delle quali possono rappresentare o essere dipendenti dei Debitori, dei ricorrenti ovvero di altre parti interessate nel caso di cui al capitolo 11. Lo Studio non fornisce servizi per nessuno di questi soggetti in connessione con il caso di cui al capitolo 11, né ha alcun rapporto con questi soggetti, con i loro avvocati o contabili che possa danneggiare i Debitori o le loro proprietà. |
| 5. Neither I nor any professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the professionals of the Firm. | 5. Né io né alcun professionista dello Studio ha accettato di dividere o dividerà una parte del compenso dovuto da parte dei debitori con nessun'altra persona diversa dai professionisti dello Studio. |

| | |
|---|---|
| 6. Neither I nor any professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates. | 6. Né io né alcun professionista dello Studio, per quanto sono stato in grado di accertare, detiene o rappresenta alcun interesse che possa danneggiare i Debitori o le loro proprietà. |
| 7. The Debtors owe the Firm nothing for prepetition services. | 7. I Debitori non devono nulla allo Studio per servizi resi prima dell'ammissione alla procedura. |
| 8. I am conducting further inquiries regarding the retention of my firm by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit. | 8. Sto conducendo ulteriori indagini riguardo al ricevimento di incarichi da parte di uno qualsiasi dei creditori dei Debitori, e sulla base dei risultati di queste indagini, o in qualsiasi momento durante il periodo del mio incarico, se lo Studio dovesse scoprire qualche fatto relativo alle questioni fin qui descritte in questo documento, lo Studio completerà le informazioni contenute in questa Dichiarazione. |
| Executed on October 4, 2001. | Sottoscritto il 4 ottobre 2001. |
| *[signature]* | *[signature]* |

Certifico io sottoscritto prof. Piergaetano Marchetti, notaio in Milano, iscritto presso il Collegio Notarile di Milano, che previa rinuncia con il mio assenso alla assistenza dei testi e previa ammonizione da me notaio a lui fatta sulla responsabilità penale cui può andare incontro in caso di dichiarazione mendace, il signor:

- prof. Adriano Vanzetti, nato a Cagliari il 14 aprile 1930, con studio in Milano, Via Daverio n. 6

della cui identità personale io notaio sono certo

ha reso e sottoscritto la retro stesa dichiarazione in mia presenza.

Milano, lì

4 (quattro) ottobre 2001 (duemilauno)



8955

## APOSTILLE

(Convention de la Haje du 5 ottobre 1961)

1. Paese    ITALIA

Il presente atto pubblico
2. è stato sottoscritto da _Moretti Piergiovan_
3. agente in qualità di _Notaio in Milano_
4. è segnato dal timbro/sigillo di
   _Giulio Morente_

Attestato

5. a MILANO
6. il 5 OTT. 2001
7. dall'ufficio del pubblico ministero
8. sotto il numero 8955 AP
9. contrassegno/timbro _Giulio di Stef._

10. Firma

_A. deR._

Il Sost. Procuratore della Repubblica
(Dott.ssa Ada Bizzi)


