IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 21, 2003 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 2:02CV408JM
United States District Court
Northern District of Indiana

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/02/03 | DRB | Meetings at Grace to prepare initial discovery materials | 6.00 |
| 06/02/03 | DRB | Travel (2 hours, billed at half time) | 1.00 |
| 06/03/03 | DRB | Preparation of witness statements | 1.00 |
| 06/03/03 | DRB | Preparation of interview summaries | 1.90 |
| 06/03/03 | DRB | Preparation of Grace Initial Disclosures under Rule 26(a) | 2.10 |
| 06/04/03 | DRB | Preparation of Initial Disclosures | 1.10 |
| 06/04/03 | DRB | Preparation of materials for use in scheduled refinery interview | 1.10 |
| 06/05/03 | DRB | Preparation of Initial Disclosure materials | 0.70 |
| 06/05/03 | DRB | Preparation of protective order | 1.00 |
| 06/06/03 | DRB | Coordination of scheduled meetings with refineries with Grace representative | 0.50 |
| 06/09/03 | DRB | Drafting of protective order | 0.80 |
| 06/09/03 | DRB | Review of refinery information relating to loader use | 0.80 |
| 06/09/03 | DRB | Preparation for status conference with court | 0.80 |
| 06/09/03 | DRB | Initial Disclosure preparation | 0.80 |
| 06/10/03 | DRB | Preparation for court hearing; telephone conference with Nol-Tec's counsel regarding status of transfer motion; develop strategy for addressing same at conference; telephone conference with local counsel regarding same | 1.50 |
| 06/10/03 | GHL | Preparing for scheduled status conference with court including review of status of outstanding discovery pending resolution of transfer motion, and conference with Nol-Tec counsel regarding same | 0.80 |
| 06/10/03 | DRB | Revisions to draft protective order and forwarding to Intercat's counsel | 1.00 |
| 06/11/03 | GHL | Review of Intercat's First Document Requests to Grace; consideration of responses | 0.40 |
| 06/11/03 | DRB | Travel time – two hours at half time | 1.00 |
| 06/12/03 | DRB | Preparation for and meeting with Grace representatives in Houston to discuss Nol-Tec loader design and operation and refinery placements | 6.00 |
| 06/12/03 | GHL | Participation on behalf of Grace at telephonic status and scheduling conference with Magistrate Springmann. | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/12/03 | GHL | Review of information regarding refinery operations; | 0.40 |
| 06/12/03 | DRB | Travel time – two hours at half time | 1.00 |
| 06/12/03 | DRB | Meeting with Graces representative and with refinery representatives in Louisiana regarding operation of Nol-Tec loader; | 5.00 |
| 06/12/03 | DRB | Meeting with Grace representative to discuss loader operation and refinery usage, and preparation for further refinery meeting; | 1.00 |
| 06/13/03 | DRB | Travel time – three hours at half time | 1.50 |
| 06/13/03 | DRB | Meeting with Graces representative and with refinery representatives in Illinois regarding operation of Nol-Tec loader; | 6.00 |
| 06/13/03 | DRB | Preparing memoranda regarding refinery interviews | 1.00 |
| 06/16/03 | DRB | Analysis of Intercat discovery requests and formulation of responses. | 0.70 |
| 06/16/03 | DRB | Analysis of Grace counsel opinion regarding loaders | 1.50 |
| 06/16/03 | DRB | Preparation of discovery materials | 1.50 |
| 06/17/03 | DRB | Preparation of Grace's discovery requests to Intercat regarding allegedly infringing activities at Whiting, Indiana BP refinery | 3.80 |
| 06/17/03 | DRB | Analysis of Grace opinion of counsel regarding loader | 1.00 |
| 06/17/03 | DRB | Analysis of Intercat's discovery requests and preparation for response | 1.40 |
| 06/18/03 | DRB | Analysis of legal opinion regarding loader | 0.60 |
| 06/18/03 | DRB | Preparation of memoranda from witness interviews regarding loader use | 1.50 |
| 06/18/03 | DRB | Analysis of Intercat's discovery requests and advice to Grace regarding search for documents and preparation of responses | 2.00 |
| 06/20/03 | DRB | Analysis of information from refinery | 0.50 |
| 06/20/03 | DRB | Discussion with Intercat's counsel regarding Protective Order and proposed revisions and potential compromises | 0.50 |
| 06/20/03 | DRB | Coordination with Grace for response to Intercat document requests | 0.60 |
| 06/20/03 | DRB | Preparation of written response to discovery requests | 0.90 |
| 06/21/03 | GHL | Fee Application, Applicant – preparation of monthly fee application for May 2003 | 0.60 |
| 06/24/03 | DRB | Further drafting of protective order to account for parties' comments | 0.70 |
| 06/24/03 | GHL | Review of discovery requests to be served on Intercat; | 0.40 |
| 06/24/03 | GHL | Review of protective order issues; revising draft order | 0.30 |

| | | | | | |
|---|---|---|---|---|---|
| 06/25/03 | DRB | Protective order revisions | | | 0.50 |
| 06/27/03 | DRB | Revisions to Protective Order | | | 0.50 |

|  |  |  |  |  |
|---|---|---|---|---|
| | SERVICES | | $ | 24,287.00 |

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN   | 3.40  | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 62.80 | hours at $ | 360.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| LOCAL COUNSEL FEES (Indiana) | 127.25 |
| TELEPHONE | 63.00 |
| POSTAGE & DELIVERY | 19.78 |
| TELEFAX, TELEPHONE | 207.27 |
| PHOTOCOPYING | 69.90 |
| TRAVEL & EXPENSES (See attached detail) | 2,335.03 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 2,822.23 |
| SERVICE TOTAL | $ | 24,087.00 |
| **INVOICE TOTAL** | $ | **26,909.23** |

Travel and Expense: Vendor David Bailey

| | |
|---|---:|
| **Transportation:** | $1,891.50 |
| 6/11/03 USAir Flight 1139 (coach travel) Philadelphia, PA to Houston, TX [meeting with Grace's Houston personnel] | |
| 6/12/03 American Airlines Flight 1254 (coach travel) New Orleans, LA to Chicago, IL [meeting with Grace customers] | |
| 6/13/03 USAir Flight 964 (coach travel) Chicago, IL/Philadelphia, PA [return flight home] | |
| **Lodging:** | |
| 6/11/03   Marriott Fairfield Inn, Sulphur, LA | $    83.81 |
| 6/12/03   Chicago Airport Marriott | $  230.80 |
| **Meals:** | |
| 6/12/03   Dinner | $      8.31 |
| 6/13/03   Lunch | $    13.63 |
| 6/13/03   Dinner | $    24.40 |
| **Airport Parking:** | $    48.00 |
| **Tolls:** | $      2.00 |
| **Gas for Rental Car:** | $    32.58 |
| **TOTAL EXPENSE** | **$2,335.03** |