IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 21, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
TWENTIETH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/246211

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57092
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through May 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/02/03 | MTM | Revise final version of consolidated box inventory at Winthrop Square. | 1.70 Hrs | $323.00 |
| 05/05/03 | MTM | Receipt and review of letter from plaintiff's counsel, John Heberling, requesting search for additional railroad documents (.2); telephone call to ARA re: same (.1); telephone call to in-house counsel re: same (.1); telephone call to John Heberling re: same (.1). Continue revision of consolidated box inventory (.7). | 1.20 Hrs | $228.00 |
| 05/05/03 | ARA | Work on wrap up of document review (3.2). Search for railroad documents, per MTM, for plaintiffs' attorney (.5). | 3.70 Hrs | $314.50 |
| 05/06/03 | ARA | Work on wrap up of document review. | 3.70 Hrs | $314.50 |
| 05/06/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 05/07/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 05/07/03 | ARA | Email and fax Holme Roberts paralegal concerning her inventories during the EPA review (.3). Work on wrap up of document review (4.3). | 4.60 Hrs | $391.00 |
| 05/07/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $25.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/08/03 | ARA | Receive email from Holme Roberts paralegal re: inventory for master binder (.1); make corrections on inventory and add information with other inventories re: same (1.4). Work on wrap up of document review (4.4). | 5.90 Hrs | $501.50 |
| 05/09/03 | ARA | Work on wrap up of document review. | 4.30 Hrs | $365.50 |
| 05/12/03 | ARA | Work on wrap up of document review. | 5.90 Hrs | $501.50 |
| 05/12/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 05/14/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 05/14/03 | ARA | Work on wrap up of document review. | 6.30 Hrs | $535.50 |
| 05/14/03 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.3). | 0.40 Hrs | $34.00 |
| 05/15/03 | RAM | Read selected documents filed in bankruptcy court. | 0.70 Hrs | $154.00 |
| 05/15/03 | ARA | Work on wrap up of document review. | 6.20 Hrs | $527.00 |
| 05/15/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $17.00 |
| 05/16/03 | MTM | Work on master inventory binder at Winthrop Square. | 4.10 Hrs | $779.00 |
| 05/16/03 | ARA | Prepare for (1.3) and work with MTM re: master inventory project (4.0). | 5.30 Hrs | $450.50 |
| 05/19/03 | ARA | Work on master inventory project (1.2). Work on wrap up of document review (1.7). | 2.90 Hrs | $246.50 |
| 05/20/03 | MTM | Review saved emails re: document review to add to master inventory binder (2.9). Telephone call from paralegal at Grace, Florida re: property damage claim and request to find original documents at Winthrop Square (.1); telephone call to ARA re: same (.1). | 3.10 Hrs | $589.00 |
| 05/20/03 | ARA | Telephone call from MTM re: additions to master inventory binder (.2). Work on inventories of boxes of documents, including Recordkeeper inventories (4.2). | 4.40 Hrs | $374.00 |
| 05/21/03 | MTM | Telephone call from ARA re: search for original documents requested by Grace paralegal (.1); telephone call to Grace paralegal re: same (.1). | 0.20 Hrs | $38.00 |
| 05/21/03 | ARA | Per MTM, search for and confirm we have a specific document requested by Grace paralegal (1.0). Prepare table of contents re: master inventory binder (3.3); revise and quality control other inventories (1.9). | 6.20 Hrs | $527.00 |
| 05/21/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 05/22/03 | ARA | Work on inventory for master binder; review and organize information to be included in master binder. | 1.20 Hrs | $102.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/23/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 05/23/03 | MTM | Revise table of contents for master inventory binder. | 0.20 Hrs | $38.00 |
| 05/23/03 | ARA | Per MTM's request, prepare diagram of the repository indicating location of various documents (1.2). Organize information re: master binder (.7). | 1.90 Hrs | $161.50 |
| 05/27/03 | ARA | Work on table of contents re: master inventory binder (.9); discussion with MTM re: same (.2). Oversee return of Libby common exhibits to Winthrop Square repository (.9). Work on wrap up of document review (3.1). | 5.10 Hrs | $433.50 |
| 05/27/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $17.00 |
| 05/28/03 | MTM | Telephone call from in-house counsel re: Libby personnel file (.1); review index and telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 05/28/03 | ARA | Per telephone call from MTM, search for and obtain Libby personnel file (.8); make arrangements to have file copied for in-house counsel (.3). Continue to work on master inventory binder (5.4). | 6.50 Hrs | $552.50 |
| 05/29/03 | MTM | Letter to in-house counsel re: personnel file (.1). Receipt and review of email from Holme Roberts attorney re: recent invoice from Lason (pre-bankruptcy scanning vendor for document review) and previously unbilled work (.3); review files and draft response to Holme Roberts attorney re: same (.7). | 1.10 Hrs | $209.00 |
| 05/29/03 | ARA | Oversee pick up of Libby personnel file by copy service (.3); telephone call to MTM re: same (.2); receipt of personnel file (.2); quality control same (.8). Return MTM's call re: Lason bill (.2); review inventories to determine which boxes were resheeted (1.8). | 3.50 Hrs | $297.50 |
| 05/29/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 05/30/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 05/30/03 | ARA | Work on table of contents for master inventory binder. | 0.90 Hrs | $76.50 |
| | | TOTAL LEGAL SERVICES | | $9,284.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.10 Hrs | 220/hr | $242.00 |
| MATTHEW T. MURPHY | 11.80 Hrs | 190/hr | $2,242.00 |
| ANGELA R. ANDERSON | 78.50 Hrs | 85/hr | $6,672.50 |
| MARCI E. VANDERHEIDE | 1.50 Hrs | 85/hr | $127.50 |
| | 92.90 Hrs | | $9,284.00 |

TOTAL THIS BILL   $9,284.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57093
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/03 | RAM | Work on March fee application. | 0.30 Hrs | $66.00 |
| 05/02/03 | RAM | Work on March fee application (2.5); conferences with MTM (.1) and ARA (.1) re: same. | 2.70 Hrs | $594.00 |
| 05/02/03 | MTM | Work on answering questions from RAM re: March fee application. | 0.50 Hrs | $95.00 |
| 05/05/03 | RAM | Work on March fee application (1.8); conference with ARA re: same (.1). | 1.90 Hrs | $418.00 |
| 05/06/03 | RAM | Finalize March fee application (.6); send it to in-house counsels for review (.1). | 0.70 Hrs | $154.00 |
| 05/08/03 | RAM | Telephone call from in-house counsel re: March fee application; finalize it and send to Delaware counsel for filing. | 0.30 Hrs | $66.00 |
| 05/12/03 | RAM | Telephone conference with in-house counsel re: March fee application and with MB that revised February application has not been filed yet. | 0.10 Hrs | $22.00 |
| 05/13/03 | RAM | Telephone call from in-house counsel re: March fee application. | 0.10 Hrs | $22.00 |
| 05/14/03 | RAM | Review and finalize quarterly fee application; send it to Delaware counsel for filing. | 0.20 Hrs | $44.00 |

David B. Siegel

|  |  |  |
|---|---|---|
|  | TOTAL LEGAL SERVICES | $1,481.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.30 Hrs | 220/hr | $1,386.00 |
| MATTHEW T. MURPHY | 0.50 Hrs | 190/hr | $95.00 |
| | 6.80 Hrs | | $1,481.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $1,481.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57094
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through May 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/03 | RAM | Read emails from in-house counsel and MTM re: "recycled fines" issue. | 0.10 Hrs | $22.00 |
| 05/06/03 | MTM | Draft email to Reed Smith counsel re: status of outstanding discovery issues. | 0.20 Hrs | $38.00 |
| 05/09/03 | ARA | Locate and inventory boxes of microfilm tape to be returned to Cambridge; conference with MTM re: same. | 1.20 Hrs | $102.00 |
| 05/12/03 | ARA | Telephone call to MTM re: boxes of microfilm tapes brought to Winthrop Square from Cambridge for review by plaintiffs. | 0.20 Hrs | $17.00 |
| 05/16/03 | RAM | Conference with MTM re: B. O'Connell and microfilm returned from Holme Roberts; I said to confirm with in-house counsel. | 0.10 Hrs | $22.00 |
| 05/16/03 | MTM | Email to D. Croce at Grace, Cambridge re: return of boxes of microfilm (.2); telephone call from B. O'Connell in EH&S Dept. at Grace, Cambridge re: return of microfilmed materials from Holme Roberts (.1); conference with RAM re: same (.1). | 0.40 Hrs | $76.00 |
| 05/16/03 | ARA | Confirm the number of microfilm boxes to be returned to Cambridge. | 0.50 Hrs | $42.50 |

Page 1

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/19/03 | MTM | Receipt and review of email from D. Croce re: return of microfilm boxes to Cambridge (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 05/19/03 | ARA | Per telephone call from MTM, make arrangements to send boxes of microfilm back to Cambridge (.7); search for information on service to use re: same (.3); telephone call to Terry Duquette at Grace Cambridge re: same (.1). | 1.10 Hrs | $93.50 |
| 05/20/03 | ARA | Telephone calls to and from PM re: information on shipping service to use to return the 23 boxes of microfilm to Cambridge. | 0.30 Hrs | $25.50 |
| 05/21/03 | ARA | Receive message from Terry Duquette at Cambridge re: return of microfilm boxes. | 0.10 Hrs | $8.50 |
| 05/22/03 | ARA | Arrange for microfilm boxes to be returned to Cambridge (.7); inventory boxes and oversee pick up of same (1.3). | 2.00 Hrs | $170.00 |
| | | TOTAL LEGAL SERVICES | | $655.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.20 Hrs | 220/hr | $44.00 |
| MATTHEW T. MURPHY | 0.80 Hrs | 190/hr | $152.00 |
| ANGELA R. ANDERSON | 5.40 Hrs | 85/hr | $459.00 |
| | 6.40 Hrs | | $655.00 |

TOTAL THIS BILL      $655.00