**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57098
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2003

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 05/28/03 | To in-house counsel from RAM on 4/18/2003 | 25.17 |
| | | $25.17 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 05/06/03 | 22 copies. | 2.64 |
| 05/21/03 | 1 copy. | 0.12 |
| 05/27/03 | 4 copies. | 0.48 |
| | | $3.24 |

**TELEPHONE**

| | | | |
|---|---|---|---|
| 05/07/03 | 399 | 13038660200 | 1.47 |
| | | | $1.47 |

**RENT REIMBURSEMENT**

| | | |
|---|---|---|
| 05/02/03 | Rent & Utilities for document repository at One Winthrop Square - April 2003 | 12,523.53 |
| | | $12,523.53 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2003

MISCELLANEOUS
05/16/03   RECORDKEEPER ARCHIVE - monthly storage fee (5/03)         388.95
                                                                              $388.95
                                                TOTAL DISBURSEMENTS        $12,942.36

                                                      TOTAL THIS BILL        $12,942.36

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57099
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through May 31, 2003

EXCESS POSTAGE $0.83

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/28/03 | To Scotta McFarland from RAM on 5/12/03 | 12.37 | |
| 05/28/03 | To Scotta McFarland from RAM on 12/11/03 | 12.43 | |
| 05/28/03 | To Scotta McFarland from RAM on 5/14/03 | 17.21 | |
| | | | $42.01 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/12/03 | 182 copies. | 21.84 | |
| 05/14/03 | 131 copies. | 15.72 | |
| | | | $37.56 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 05/06/03 | 357 | 15613621583 | 3.68 | |
| 05/06/03 | 357 | 15613621583 | 3.68 | |
| | | | | $7.36 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $87.76 |
| TOTAL THIS BILL | $87.76 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 18, 2003

Bill Number 57100
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through May 31, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/28/03 | To Reed Smith attorney from MTM on 4/14/03 | 13.08 | |
| 05/28/03 | To in-house counsel from MTM on 4/11/03 | 13.66 | |
| 05/28/03 | To in-house counsel from MTM on 4/11/03 | 12.43 | |
| | | | $39.17 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/16/03 | MERRILL CORPORATION - Duplicate copy of videotape "savings in the attic" requested by plaintiff | 21.00 | |
| | | | $21.00 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/01/03 | 2 copies. | 0.24 | |
| | | | $0.24 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 05/31/03 | 308 | 6175423025 | 5.14 | |
| | | | | $5.14 |

Page 1

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through May 31, 2003

MISCELLANEOUS

| | | |
|---|---|---:|
| 05/31/03 | Reimbursement for outside photocopying from Richardson, Patrick, Westbrook on 2/25/03. | -185.51 |
| 05/31/03 | Reimbursement from Richardson, Patrick, Westbrook & Brickman for Merrill Communications conversion of audioreel to VHS. | -349.23 |
| | | $-534.74 |
| | TOTAL DISBURSEMENTS | $-469.19 |
| | TOTAL THIS BILL | $-469.19 |