TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:      016-001257
Statement Start Date:  01 MAY 2003
Statement End Date:  15 MAY 2003
Statement Code:  S00-USA-22
Statement No:      009

Page  6  of  24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | | | | | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01MAY | | | | USD OUR: 1214491672TC | 24,847.90 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | ORIG ID NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491672 EED:030501 |
| | | | | | | IND ID:GWT0000000094501 |
| 01MAY | | | | USD OUR: 1214491664TC | 35,191.97 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491664 EED:030501 |
| | | | | | | IND ID:GWQ0000000094501 |
| 01MAY | | | | USD OUR: 1214491661TC | 48,796.77 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491661 EED:030501 |
| | | | | | | IND ID:GRN0000000094501 |
| 01MAY | | | | USD OUR: 1214491653TC | 74,961.69 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491653 EED:030501 |
| | | | | | | IND ID:GRA0000000094501 |
| 01MAY | | | | USD OUR: 1214491657TC | 94,571.63 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491657 EED:030501 |
| | | | | | | IND ID:GRG0000000094501 |
| 01MAY | | | | USD OUR: 1214491658TC | 128,032.91 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |
| | | | | | | ORIG ID:902057107 2 DESC DATE:030501 |
| | | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | | TRACE#:021000024491658 EED:030501 |
| | | | | | | IND ID:GRI0000000094501 |
| 01MAY | | | | USD OUR: 1214491659TC | 145,650.00 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | IND NAME:GRACE CORP BENEFITS DE |
| | | | | | | ORIG CO NAME:EBS C-3N 030421 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:          016-001257
Statement Start Date: 01 MAY 2003
Statement End Date:   15 MAY 2003
Statement Code:       S00-USA-22
Statement No:         009

Page   7   of   24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 01MAY | 01MAY | USD | YOUR: O/B WACHOVIA WIN OUR: 0145401121FF | 313,223.00 | ORIG ID:902057107.2 DESC DATE:030501 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000024491659 EED:030501 IND ID:GRJ000000004951 IND NAME:GRACE CORP BENEFITS DE FEDWIRE CREDIT VIA: WACHOVIA BANK N.A. /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA WIN BB I-=TIME/10:56 |
| 01MAY | 01MAY | USD | YOUR: O/B BKAM IL CGO OUR: 0145901121FF | 967,469.76 | IMAD: 0501EAQFT11A000736 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. DIP REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL CGO OBI =HQWT BBI=/TIME/10:57 IMAD: 0501GlQFGY2C000464 |
| 01MAY | 01MAY | USD | YOUR: MAESTRO OUR: 051940112lFF | 8,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=MAESTRO OBI=FUND-31 8-P-1-S-1 ML PREMIER FUND BBI=/TIME IMAD: 0501AlQ002HC002497 |
| 02MAY | | USD | YOUR: 0004718943 OUR: 3786600122FC | 822,323.47 | CHIPS CREDIT VIA: THE BANK OF NOVA SCOTIA /0253 B/O: GRACE CANADA MISS. ON CANADA REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-00001600257 0 RG=/240420204110 MISS., ON CANADA O GB=B N S HIGHWAY 10 AND MATHESON MI |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

TS

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page  8  of  24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 02MAY | | 02MAY | | USD YOUR: O/B WACHOVIA WIN  OUR: 0101507122FF | 1,280,497.00 | | |

SSN: 0211444
FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600001257 RFB=O/B WACHOVIA WIN BB
I=/TIME/10:56

| 02MAY | | 02MAY | | USD YOUR: O/B BKAM IL CGO  OUR: 0094513122FF | 2,237,018.40 | | |

IMAD: 0502EAQFTIIA000612
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600001257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI=/TIME/10:47

| 05MAY | | 05MAY | | USD YOUR: O/B BKAM IL CGO  OUR: 0095203125FF | 2,045,626.05 | | |

IMAD: 0502GIQFGY2C000321
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600001257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI=/TIME/10:49

| 05MAY | | 05MAY | | USD YOUR: O/B WACHOVIA WIN  OUR: 0092614125FF | 2,191,705.00 | | |

IMAD: 0505GIQFGY2C000246
FEDWIRE CREDIT
VIA: WACHOVIA BANK N.A.
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600001257 RFB=O/B WACHOVIA WIN BB
I=/TIME/10:55

| 06MAY | | | | USD OUR: 1262790329TC | 417.80 | | |

IMAD: 0505EAQFTIIA000667
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 030502
ORIG ID:9020571072 DESC DATE:030506

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 9 of 24

TS

| Ledger Date | Adj Ledger Date | Value Date | F. | T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | | |
| 06MAY | | 06MAY | | | USD YOUR: O/B WACHOVIA WIN OUR: 0094413126FF | 931,390.00 | CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022790329 EED:030506 IND ID:GRA000000099506 IND NAME:GRACE CORP BENEFITS DE FEDWIRE CREDIT VIA: WACHOVIA BANK N.A. /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125?  RFB=O/B WACHOVIA WIN BB I=/TIME/10:50 IMAD: 0506EAQFTI1A000551 | | |
| 06MAY | | 06MAY | | | USD YOUR: 200305060445NTN OUR: 0373303126FF | 1,668,187.80 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: AMERICAN RE-INSURANCE CO CLAIM PRINCETON NJ 08543-5241 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125?  RFB=200305060445NTN BB I=/TIME/17:12 IMAD: 0506A1QF148C006808 | | |
| 06MAY | | 06MAY | | | USD YOUR: O/B BKAM IL CGO OUR: 0081214126FF | 3,800,051.38 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125?  RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/10:39 IMAD: 0506G1QFGY2C000211 | | |
| 07MAY | | 07MAY | | | USD YOUR: O/B BKAM IL CGO OUR: 0110513127FF | 1,133,450.40 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125?  RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/11:16 IMAD: 0507G1QFGY2C000308 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 10 of 24

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 07MAY | | 07MAY | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0120907127FF | 2,012,349.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA WIN BB<br>I=/TIME/11:28<br>IMAD: 0507EAQFT11A000598 | | |
| 08MAY | | | USD | OUR: 1283267673TC | 3,119.68 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030506<br>ORIG ID:902057107 2 DESC DATE:030508<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023267673 EED:030508<br>IND ID:GRG0000000094508<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 08MAY | | | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0143602128FF | 1,055,964.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA WIN BB<br>I=/TIME/12:06<br>IMAD: 0508EAQFT11A000753 | | |
| 08MAY | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0099213128FF | 1,209,687.72 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W R GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HQWT BBI=/TIME/10:58<br>IMAD: 0508B1QFGY2C000388 | | |
| 08MAY | | | USD | YOUR: MAESTRO<br>OUR: 0287614128FF | 8,100,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 11 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 09MAY | | 09MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0277314129FF | 289,832.30 | 0001601257 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>/063000021<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK BBI<br>=/TIME/14:57<br>IMAD: 0509F3QCAA1C001838 |
| 09MAY | | 09MAY | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0100403129FF | 1,198,700.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK N.A.<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA WIN BB<br>I=/TIME/10:59<br>IMAD: 0509EAQFITI1A000677 |
| 09MAY | | 09MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0093201129FF | 1,310,898.81 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HQMT BBI=/TIME/10:46<br>IMAD: 0509G1QFGY2C000291 |
| 09MAY | | 09MAY | USD | YOUR: MAESTRO<br>OUR: 0325301129FF | 2,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0509A1QO02DC001496 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:         016-001257
Statement Start Date:   01 MAY 2003
Statement End Date:    15 MAY 2003
Statement Code:      S00-USA-22
Statement No:        009
Page 12 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | | |
| 12MAY | | | | USD  OUR: 1322566671TC | 1,559.84 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030508<br>ORIG ID:902057107 2 DESC DATE:030512<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022566671 EED:030512<br>IND ID:GRN000000094512<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 12MAY | | | | USD  YOUR: O/B FIRST UNION<br>OUR: 014980313 2FF | 1,329,278.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600125 7 RFB=O/B FIRST UNION OBI<br>=HQWT BBI=/TIME/11:58<br>IMAD: 0512E3QPAAIC001722 | | | |
| 12MAY | | | | USD  YOUR: O/B WACHOVIA BK<br>OUR: 013570313 2FF | 1,390,881.52 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600125 7 RFB=O/B WACHOVIA BK BBI<br>=/TIME/11:39<br>IMAD: 0512F3QCAAIC000775 | | | |
| 12MAY | | | | USD  YOUR: O/B BKAM IL CGO<br>OUR: 012120313 2FF | 1,746,376.14 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600125 7 RFB=O/B BKAM IL CGO OBI<br>=HQWT BBI=/TIME/11:17<br>IMAD: 0512G1QFGY2C000327 | | | |
| 13MAY | | | | USD  OUR: 1337710088TC | 49.91 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030509<br>ORIG ID:902057107 2 DESC DATE:030513<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027710088 EED:030513<br>IND ID:GWT000000092513<br>IND NAME:GRACE CORP BENEFITS DE | | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page 13 of 24

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | | |
| 13MAY | | | | | USD OUR: 1337710087TC | 666.53 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030509 ORIG ID:9020571072 DESC DATE:030513 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000002771087 EED:030513 IND ID:GWT000000094513 IND NAME:GRACE CORP BENEFITS DE | | |
| 13MAY | | | | | USD YOUR: 24581 OUR: 0265707133FF | 1,250.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA, NA /053000196 B/O: GRACE COLLECTIONS INC COLUMBIA MD REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=24581 OBI=CD MAT IN T TK# 137299 BBI=/TIME/14:52 IMAD: 0513I1B7031C000611 | | |
| 13MAY | | | | | USD YOUR: O/B WACHOVIA BK OUR: 0141709133FF | 135,768.87 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK BBI =/TIME/12:14 IMAD: 0513F5QCAAIC000940 | | |
| 13MAY | | | | | USD YOUR: O/B FIRST UNION OUR: 0226603133FF | 330,188.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK, N.A. /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B FIRST UNION OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0513E3QPAA1C002327 | | |
| 13MAY | | | | | USD YOUR: MAESTRO OUR: 0285302133FF | 1,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 14 of 24

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 13MAY | 13MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0106507133FF | 2,162,675.52 | 0001601257 RFB=MAESTRO OB1=FUND-31<br>8-P 1-51ML PREMIER FUND BB1=/TIME<br>IMAD: 0513A1Q002GC001592<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CGO OBI<br>=HOWT BB1=/TIME/11:11 |
| 13MAY | 13MAY | USD | YOUR: MAESTRO<br>OUR: 0289213133FF | 5,300,000.00 | IMAD: 0513A1QFGY2C000310<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>8-1 51ML PREMIER FUND BB1=/TIME |
| 14MAY | 14MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0563303134FF | 1,246,292.00 | IMAD: 0513A1Q002CC001350<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 14MAY | 14MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0312014134FF | 1,651,961.75 | IMAD: 0514E3QPAA1C003721<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CGO OBI<br>=HOWT BB1=/TIME/15:06<br>IMAD: 0514G1QFGY2C001561 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 15 of 24

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 14MAY | | 14MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0307103134FF | 1,746,379.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0514E39QPAAIC003180 | | |
| 14MAY | | 14MAY | USD | YOUR: MAESTRO<br>OUR: 0181314134FF | 4,400,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/01100028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31<br>8-R I-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0514AIQ002HC000692 | | |
| 15MAY | | 15MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0199602135FF | 1,103,217.28 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:55<br>IMAD: 0515G1QFGY2C000613 | | |
| 15MAY | | 15MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0311802135FF | 1,646,855.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0515ES3QPAAIC003026 | | |
| 15MAY | | 15MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0361914135FF | 2,700,552.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN. | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page 16 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0515E3QPAAIC003512 | | |
| **DEBITS** | | | | | | | | |
| 01MAY | | | | USD OUR: 0031600118XF | 1,389.96 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238881963 | | |
| 01MAY | | | | USD YOUR: SEE WIRE<br>OUR: 0735300121JB | 19,735.94 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 01MAY | | | | USD YOUR: SEE WIRE<br>OUR: 1087400121JB | 122,416.17 | FEDWIRE DEBIT<br>VIA: FW12100035B<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7835<br>REF: /TIME/17:51 | | |
| 01MAY | | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0735200121JB | 172,268.17 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 4/28/03 HOURLY<br>SSN: 0118274 | | |
| 01MAY | | | | USD YOUR: HOWT-FUCD<br>OUR: 1087300121JB | 9,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:51 | | |
| 02MAY | | | | USD OUR: 0032750114XF | 319.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238881963 | | |
| 02MAY | | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0454000122JB | 1,007.29 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:          016-001257
Statement Start Date:  01 MAY 2003
Statement End Date:   15 MAY 2003
Statement Code:      S00-USA-22
Statement No:        009

Page 17 of 24

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| | | | | A/C: FPRS DEPOSITORY |
| | | | | X |
| | | | | BEN: WR GRACE + CO. |
| | | | | X |
| | | | | REF: REFER TO WIRE WR GRACE WEEK EN |
| | | | | DING 4/28/03 HOURLY |
| | | | | SSN: 0205147 |
| 02MAY | USD YOUR: SEE WIRE OUR: 0454100122JB | | 29,372.76 | BOOK TRANSFER DEBIT |
| | | | | A/C: W R GRACE & CO CONN (UHC FUNDI |
| | | | | COLUMBIA MD 21044- |
| | | | | REF: UHC PAYMENTS |
| 02MAY | USD YOUR: SEE WIRE OUR: 0759500122JB | | 353,648.87 | FEDWIRE DEBIT |
| | | | | VIA: NORTHERN INTL NYC |
| | | | | /026001122 |
| | | | | A/C: SWF MEESNL2A |
| | | | | HOLLAND |
| | | | | BEN: MECOMIN DEVELOPMENT LTD |
| | | | | ATTN  CAROLINE YATES |
| | | | | REF: GRACE DAVISON PAYMENT OF INVOI |
| | | | | CE 4393019/TIME/17:10 |
| | | | | IMAD: 0502BIQGC03C004502 |
| 02MAY | USD YOUR: HOWT-FUCD OUR: 0758800122JB | | 1,000,000.00 | FEDWIRE DEBIT |
| | | | | VIA: FIRST UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC |
| | | | | REF: 0111 79 ATTN P. LAWING 704-374 |
| | | | | -3448/TIME/15:17 |
| | | | | IMAD: 0502BIQGC02C003643 |
| 02MAY | USD YOUR: SEE WIRE OUR: 0758900122JB | | 2,000,000.00 | FEDWIRE DEBIT |
| | | | | VIA: STATE ST BOS |
| | | | | /011000028 |
| | | | | A/C: MERRILL LYNCH PREMIER INSTITUT |
| | | | | FUND |
| | | | | BEN: N/O W.R. GRACE + CO - CONN |
| | | | | ATTN  MERRILL GROUP |
| | | | | REF: TRANSFER FUNDS/TIME/15:17 |
| | | | | IMAD: 0502BIQGC05C003663 |
| 05MAY | USD OUR: 003132011 4XF | | 250.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 000323881963 |
| 05MAY | USD YOUR: SEE WIRE OUR: 0760600125JB | | 3,262.51 | BOOK TRANSFER DEBIT |
| | | | | A/C: BANK OF NEW YORK AS TTEE & BAN |
| | | | | LIMA 12 PERU |
| | | | | BEN: /193069073 5129 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 18 of 24

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | *DEBITS CONTINUED* | | |
| 05MAY | | 05MAY | USD | YOUR: SEE WIRE OUR: 0892300125JB | 48,825.00 | PETROPOLIS S.A. REF: GRACE DAVISON PAYING FEES + SE RVICES FOR MARCH 2003 FEDWIRE DEBIT VIA: FW12I000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: BABC ADJUSTMENT PAYMENT FOR 4/ 03/TIME/16:53 IMAD: 0505B1QGC05C004278 | | |
| 05MAY | | 05MAY | USD | YOUR: HOWT-CHASE OUR: 0760700125JB | 73,255.98 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT | | |
| 05MAY | | 05MAY | USD | YOUR: SEE WIRE OUR: 0760200125JB | 129,371.07 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 05MAY | | 05MAY | USD | YOUR: SEE WIRE OUR: 0538300125JB | 900,000.00 | BOOK TRANSFER DEBIT A/C: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: FUNDS TRANSFERRED TO GIH IN FO RM OFCAPITAL CONTRIBUTION | | |
| 05MAY | | 05MAY | USD | YOUR: HOWT-FUCD OUR: 0760500125JB | 1,400,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:45 IMAD: 0505B1QGC01C004179 | | |
| 05MAY | | 05MAY | USD | YOUR: SEE WIRE OUR: 0760300125JB | 2,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:45 IMAD: 0505B1QGC06C004000 | | |
| 06MAY | | | USD | OUR: 0029930114XF | 2,646.60 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page 19 of 24

*DEBITS CONTINUED*

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 06MAY | | 06MAY | USD | YOUR:<br>OUR: SEE WIRE 0456800126JB | 48,033.32 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 06MAY | | 06MAY | USD | YOUR:<br>OUR: SEE WIRE 0456700126JB | 867,335.31 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/12:05<br>IMAD: 0506B1QGC03C002108 | | |
| 06MAY | | 06MAY | USD | YOUR:<br>OUR: SEE WIRE 0888700126JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:59<br>IMAD: 0506B1QGC08C004251 | | |
| 06MAY | | 06MAY | USD | YOUR:<br>OUR: HOWT-FUCD 0888600126JB | 2,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:59<br>IMAD: 0506B1QGC03C003762 | | |
| 07MAY | | 07MAY | USD | YOUR:<br>OUR: SEE WIRE 0777700127JB | 34,189.78 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE &CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 07MAY | | 07MAY | USD | YOUR:<br>OUR: SEE WIRE 0777900127JB | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:20<br>IMAD: 0507B1QGC05C003630 | | |
| 07MAY | | 07MAY | USD | YOUR:<br>OUR: HOWT-FUCD 0777800127JB | 2,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 20 of 24

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 08MAY | | 08MAY | USD | | YOUR: SEE WIRE<br>OUR: 0746100128JB | 24,319.63 | A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:20<br>IMAD: 0507B1QGC01C004038<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 08MAY | | 08MAY | USD | | YOUR: SEE WIRE<br>OUR: 0746300128JB | 101,889.18 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PAYMENT OF INVOI<br>CES 1971,1974<br>SSN: 0225855 | | |
| 08MAY | | 08MAY | USD | | YOUR: SEE WIRE<br>OUR: 0822900128JB | 172,956.19 | CHIPS DEBIT<br>VIA: THE NORTHERN TRUST INTL BKING<br>/0112<br>A/C: FORTIS BANK (NEDERLAND)N.V.<br>3000 AS ROTTERDAM, HOLLAND<br>BEN: MECOMIN DEVELOPMENT LDT<br>ATTN CAROLINE YATES<br>REF: GRACE DAVISON PAYMENT OF INVOI<br>CE 4393.031<br>SSN: 0230002 | | |
| 08MAY | | 08MAY | USD | | YOUR: SEE WIRE<br>OUR: 0822800128JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: THE SEPARATIONS GROUP<br>X<br>REF: ADVANCE ON LOAN FROM GRACE CON<br>N<br>IMAD: 0508B1QGC01C004086 | | |
| 08MAY | | 08MAY | USD | | YOUR: SEE WIRE<br>OUR: 0452600128JB | 2,600,527.51 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/12:38<br>IMAD: 0508B1QGC07C002330 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 01 MAY 2003
Statement End Date: 15 MAY 2003
Statement Code: S00-USA-22
Statement No: 009
Page 21 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 08MAY | | 08MAY | USD | YOUR: HOWT-FUCD<br>OUR: 0746200128JB | 6,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:03<br>MAD: 0508B1QGC02C003695 | | |
| 09MAY | | 09MAY | USD | YOUR: SEE WIRE<br>OUR: 0896200129JB | 33,832.49 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 09MAY | | 09MAY | USD | YOUR: ACH OF 03/05/09<br>OUR: 0007300129HP | 97,533.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 09MAY | | 09MAY | USD | YOUR: SEE WIRE<br>OUR: 0529800129JB | 500,000.00 | FEDWIRE DEBIT<br>VIA: BKAM IL C&O<br>/071000039<br>A/C: THE SEPARATIONS GROUP<br>X<br>REF: ADVANCE 2 ON LOAN FROM GRACE C<br>ONN<br>MAD: 0509B1QGC01C002865 | | |
| 09MAY | | 09MAY | USD | YOUR: HOWT-FUCD<br>OUR: 0896100129JB | 4,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:04<br>MAD: 0509B1QGC08C004977 | | |
| 12MAY | | 12MAY | USD | YOUR: SEE WIRE<br>OUR: 0866100132JB | 2,285.59 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: BANCO DE OCCIDENTE<br>CALI, COLOMBIA<br>BEN: ALVARO BELTRAN FEGED<br>X<br>REF: INV. 03-2003 EXPENSES-APRIL 20<br>03,52001335,73420000,73800001<br>SSN: 0271547 | | |
| 12MAY | | 12MAY | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0654700132JB | 13,113.73 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 01 MAY 2003 |
| | Statement End Date: | 15 MAY 2003 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 009 |
| | | Page 22 of 24 |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 5/5/03+5/7/03 HOURLY AND SALAR SSN: 0255685 | | |
| 12MAY | | 12MAY | USD | YOUR: SEE WIRE OUR: 0654600132JB | 39,397.78 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 12MAY | | 12MAY | USD | YOUR: SEE WIRE OUR: 0866200132JB | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:18 IMAD: 0512B1Q6C03C004224 | | |
| 12MAY | | 12MAY | USD | YOUR: HOWT-FUCD OUR: 0866000132JB | 2,900,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R GRACE AND CO. CHARLOTTE NC REF: D111 79 ATTN P. LAWING 704-374 -3448/TIME/16:18 IMAD: 0512B1Q6C01C004448 | | |
| 13MAY | | | USD | OUR: 0030710114XF | 1,620.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000132381963 | | |
| 13MAY | | 13MAY | USD | YOUR: 2400-24 OUR: 0927100133JB | 2,151.76 | BOOK TRANSFER DEBIT A/C: 000224630680 XKALLAY(708)820-7742, GRPGUL REF: EMPLOYEE GUL CONTRIBUTION FOR MARCH2003 | | |
| 13MAY | | 13MAY | USD | YOUR: SEE WIRE OUR: 0442500133JB | 132,498.90 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 13MAY | | 13MAY | USD | YOUR: SEE WIRE OUR: 0442300133JB | 879,223.05 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page 23 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 13MAY | 13MAY USD YOUR: HOWT-FUCD OUR: 0927300133JB | 900,000.00 | REF: HOURLY PAYROLL/TIME/11:44 IMAD: 0513B1QGC08C002265 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:57 |
| 13MAY | 13MAY USD YOUR: FPRS DEPOSITORY OUR: 0442400133JB | 1,081,414.10 | IMAD: 0513B1QGC06C004073 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 5/5/ 03 AND 5/7/02 HOURLY AND SALARIED SSN: 0199990 |
| 13MAY | 13MAY USD YOUR: HOWT-FUCD OUR: 0927200133JB | 5,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:57 IMAD: 0513B1QGC06C004072 |
| 14MAY | USD OUR: 0031310114XF | 525.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00023881963 |
| 14MAY | 14MAY USD YOUR: ACH OF 03/05/14 OUR: 0033200134HP | 4,798.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 14MAY | 14MAY USD YOUR: SEE WIRE OUR: 0921800134JB | 32,019.49 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 14MAY | 14MAY USD YOUR: SEE WIRE OUR: 0921900134JB | 2,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAY 2003
15 MAY 2003
S00-USA-22
009
Page 24 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 14MAY | | 14MAY | | USD YOUR: HOWT-FUCD<br>OUR: 0921700134JB | 2,500,000.00 | REF: TRANSFER FUNDS/TIME/17:08<br>IMAD: 0514B1QGC06C004893<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 011 7C ATTN P. LAWING 704-374<br>-3448/TIME/17:07<br>IMAD: 0514B1QGC03C004807 | | |
| 14MAY | | 14MAY | | USD YOUR: SEE WIRE<br>OUR: 0610900134JB | 4,400,000.00 | FEDWIRE DEBIT<br>VIA: IKAMIL CGO<br>/071000039<br>A/C: ART LLC<br>X<br>REF: LOAN ADVANCE 1 TO ART LLC<br>IMAD: 0514B1QGC05C003543 | | |
| 15MAY | | 15MAY | | USD YOUR: SEE WIRE<br>OUR: 0833300135JB | 53,094.68 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 15MAY | | 15MAY | | USD YOUR: SEE WIRE<br>OUR: 0834200135JB | 800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: W/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:29<br>IMAD: 0515B1QGC04C004226 | | |
| 15MAY | | 15MAY | | USD YOUR: HOWT-FUCD<br>OUR: 0833800135JB | 4,600,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 011 7C ATTN P. LAWING 704-374<br>-3448/TIME/15:29<br>IMAD: 0515B1QGC04C004225 | | |

**CHECKS**

*No Activity*

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 1 of 18

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 43 | 65,840,462.04 |
| Total Debits (incl. checks) | 56 | 65,855,381.45 |
| Total Checks Paid | 0 | 0.00 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## BALANCES

| Opening (16 MAY 2003) | | Closing (30 MAY 2003) | |
|---|---|---|---|
| Ledger | 501,171.06 | Ledger | 486,251.65 |

### Closing Balances / LEDGER BALANCES

| Date | Amount |
|---|---|
| 16MAY | 456,425.07 |
| 18MAY | 600,781.99 |
| 20MAY | 453,437.42 |
| 21MAY | 2,962,509.82 |
| 22MAY | 3,026,912.37 |
| 23MAY | 3,046,381.61 |
| 27MAY | 2,595,559.44 |
| 28MAY | 3,005,475.36 |
| 29MAY | 525,498.04 |
| 30MAY | 486,251.65 |

### TRANSACTIONS / CREDITS

| Ledger Date | Adj Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 16MAY | | | USD  YOUR: 03051640390<br>OUR: 0188003136FF | 878.32 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILDELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=03051640390 OBI=ST<br>OCK OPTIONS TAX BBI=/TIME/12:49<br>/MAD: 051GC1QBK71X002474 |
| 16MAY | | | USD  YOUR: 03051640384<br>OUR: 0190709136FF | 5,438.40 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILDELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=03051640384 OBI=ST<br>QCK OPTION COST BBI=/TIME/12:49<br>/MAD: 051GC1QBK71X002489 |
| 16MAY | | | USD  YOUR: O/B BKAM IL CGO<br>OUR: 0243709136FF | 1,677,013.32 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI |

**FT CODE:**

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS. THE BANK AGREES AND ASSUMES RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF ANY ERROR OR DAMAGE WITHIN 14 DAYS OF THE DELIVERY OF THE MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
16 MAY 2003
30 MAY 2003
S00-USA-22
010

Page 2 of 18

| Ledger Date | A/L Ledger Date | F/E | Reference | Value Date | Credits / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | F/E | Reference | Credits / Debit | Description |
|---|---|---|---|---|---|
| 16MAY | 16MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0242614136FF | 2,018,485.00 | =HOWT BBI=/TIME/13:59<br>IMAD: 051619IQFGV2C000949<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0081600 1257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 19MAY | 19MAY | USD | YOUR: 03051940 0163<br>OUR: 0060208139FF | 179.21 | VMAD: 0516E3QPAA1C002840<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILDELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0081600 1257 RFB=03051940 0163 OBI=ST<br>OCK OPTIONS TAX BBI=/TIME/10:06 |
| 19MAY | 19MAY | USD | YOUR: 03051940 0159<br>OUR: 0065607139FF | 960.00 | IMAD: 051961QBK71X000753<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILDELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0081600 1257 RFB=03051940 0159 BBI=/T<br>IME/10:04 |
| 19MAY | 19MAY | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0092703139FF | 2,219,917.00 | VMAD: 051961QBK71X000738<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK, N.A.<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND/COMPANY CAMBRIDGE MA 02140-/AC-0<br>0081600 1257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 19MAY | 19MAY | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0081413139FF | 2,539,873.03 | VMAD: 0519E3QPAA1C000960<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010

Page 3 of 18

016-001257
16 MAY 2003
30 MAY 2003
S00-USA-22
010
Page 3 of 18

| Ledger/Post Date | Value Date | F | Reference | Credit/Debit | Description | Date | Closing Balances Amounts |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**20MAY** — USD OUR: 1406449516TC — Credit: 5,809.00
```
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=MOWT BBI=/TIME/10.13
IMAD: 0519G1QFGY2C001220
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:WR GRACE
ORIG ID:901601257 DESC DATE:
CO ENTRY DESCR:RTN OFFSETSEC:CCD
TRACE#:021000026449516 EED:030520
IND ID:901601257
IND NAME:WR GRACE
EXT RETURN ITEMS OFFSET FOR FILE DA
TE 05/19/03 ORIGIN# 901601257
```

**20MAY** — USD YOUR: MAESTRO — OUR: 0343803140FF — Credit: 1,100,000.00
```
BLK#139
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
COLUMBIA MD 21044-4029
B/O: W.R GRACE & CO - CONN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31
8-P-1-S 1 ML PREMIER FUND BBI=/TIME
```

**20MAY** — USD YOUR: O/B WACHOVIA BK — OUR: 0125709140FF — Credit: 1,938,508.00
```
IMAD: 0520A1Q002BC001475
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
```

**20MAY** — USD YOUR: O/B BKAM IL CGO — OUR: 0120103140FF — Credit: 2,753,976.39
```
IMAD: 0520E3QPAAIC001315
FEDWIRE CREDIT
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
VIA: BANK OF AMERICA
```

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 MAY 2003 |
| Statement End Date: | 30 MAY 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 010 |

Page 4 of 18

| Entry Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 21MAY | USD OUR: 1411147572TC | 208.90 | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600 1257 RFB=O/B BKAM IL CGO OBI =HOWT BB=/TIME/11.28 IMAD: 0520G1QFGV2C000362 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030519 ORIG ID:902057 1072 DESC DATE:030521 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000021417572 EED:030521 IMD ID:6RN0000000094521 |
| 21MAY | USD YOUR: 030521400474 OUR: 0202208141FF | 1,766.41 | IND NAME:GRACE CORP BENEFITS DE FEDWIRE CREDIT VIA: WACHOVIA BANK NA PHILDELPHIA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600 1257 RFB=0305214 00474 OBI=ST OCK OPTIONS TAX TD 051503 BI=/TIME IMAD: 0521C1QBK71X002418 |
| 21MAY | USD YOUR: 030521400468 OUR: 0196909141FF | 7,200.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA PHILDELPHIA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600 1257 RFB=0305214 00468 OBI=ST OCK OPTIONS COST TD 051503 BBI=/TIM IMAD: 0521C1QBK71X002419 |
| 21MAY | USD YOUR: O/B BKAM IL CGO OUR: 0137908141FF | 815,017.17 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600 1257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/11.56 IMAD: 0521G1QFGV2C000458 |
| 21MAY | USD YOUR: MAESTRO OUR: 0135507141FF | 1,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 5 of 18

## CREDITS CONTINUED

| Date | Value Date | Description | Addl Ref | Credit/Debit | Closing Balances Date | Amount |
|------|-----------|-------------|----------|--------------|----------------------|--------|
| 21MAY | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0139908141FF | | 1,167,523.00 | | |

B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-029
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31
8-P-1-SI ML PREMIER FUND BBI=/TIME
IMAD: 0521AIQ002HC000513
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219

| 21MAY | | USD YOUR: MAESTRO<br>OUR: 0295101141FF | | 5,100,000.00 | | |

B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-098
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0521ESQPAAICO01515
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028

| 22MAY | | USD YOUR: 0305224400121<br>OUR: 0078208142FF | | 1,216.18 | | |

B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-029
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31
8-P-1-SI ML PREMIER FUND BBI=/TIME
IMAD: 0521AIQ002GC001289
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA PHILDELPHIA
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=0305224400121 OBI=ST
OCK OPTIONS TAX BBI=/TIME/10:17
IMAD: 0522CIQBK71X000952

| 22MAY | | USD YOUR: 0305224400131<br>OUR: 0093103142FF | | 4,800.00 | | |

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA PHILDELPHIA
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ANB ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
16 MAY 2003
30 MAY 2003
S00-USA-22
010
Page 6 of 18

| Trans Date | Value Date | Transaction References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

22MAY    22MAY USD YOUR: O/B BKAM IL CGO
OUR: 0087808142FF
1,083,698.06

0001601257 RFB=0305224001131 OBI=ST
OCK OPTIONS COST BBI=TIME/10:54
IMAD: 0522CIQBK71X001191
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI=/TIME/10:35

22MAY    22MAY USD YOUR: O/B WACHOVIA BK
OUR: 0066607142FF
1,156,015.70

IMAD: 0522GIQFGY2C000447
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA OF FLORIDA
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK BBI
=/TIME/12:00

22MAY    22MAY USD YOUR: O/B WACHOVIA BK
OUR: 0087709142FF
1,769,370.00

IMAD: 0522F3QCAA1C000334
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO

22MAY    22MAY USD YOUR: MAESTRO
OUR: 0326209142FF
5,000,000.00

/MAD: 0522E3QPAA1C000850
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
8-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0522A1Q002CCC001403

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 7 of 18

| Order Date | Post Ledger Date | Value Date | P Reference | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| | | | | | **CREDITS CONTINUED** | | |
| 23MAY | | | | | 23MAY | | |
| | | | USD OUR: 0008800114XF | 7,730.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 0032307907S | | |
| | 23MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0098110143FF | 727,952.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 COLUMBIA MD 21044-4098 B/O: W R GRACE & CO. - CONN. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0523K30PAA1C001206 | | |
| | 23MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0094714143FF | 1,217,422.35 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=O/B BKAM IL CGO OBI =MOWT BBI=/TIME/10:42 | | |
| | 23MAY | | USD YOUR: 6008140125270001 OUR: 1033000143FC | 8,264,276.52 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-000001001257 O RG=GRACE COLLECTION INC. OGB=BANK O F AMERICA NT AND SA LONDON ENGLAND BDE | | |
| | 27MAY | | USD YOUR: O/B BKAM IL CGO OUR: 0143902147FF | 1,886,306.27 | SSN: 060413 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=O/B BKAM IL CGO OBI =MOWT BBI=/TIME/10:51 | | |
| | 27MAY | | USD YOUR: O/B WACHOVIA BK OUR: 0129501147FF | 2,014,432.00 | IMAD: 0527G1QFGY2C000257 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 8 of 18

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 27MAY | 27MAY USD | YOUR: O/B WACHOVIA BK<br>OUR: 0414001147FF | 2,725,276.00 | /053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK DBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0527ESQPAA1C001314 |
| 28MAY | 28MAY USD | YOUR: 03052840119<br>OUR: 0063701148FF | 1,109.81 | /053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK DBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0527ESQPAA1C003923<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILADELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=03052840119 OBI=ST<br>OCK OPTION TAX BBI=/TIME/09:50 |
| 28MAY | 28MAY USD | YOUR: 03052840121<br>OUR: 0064601148FF | 4,478.40 | /MAD: 0528CIQBK71X000818<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILEDELPHIA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=03052840121 OBI=ST<br>OCK OPTIONS CDST BBI=/TIME/09:52 |
| 28MAY | 28MAY USD | YOUR: O/B WACHOVIA BK<br>OUR: 0089608148FF | 1,534,242.00 | /MAD: 0528CIQBK71X000829<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 9 of 18

| Ledger Date | A/L Ledger Date | Value Date | Reference | Debits/Paid | Credits/Paid | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

**28MAY** — USD YOUR: O/B BKAM IL CGO / OUR: 008650114 9FF — 3,775,315.48

```
ND COMPANY CAMBRIDGE MA 02140-AC-0
0001600257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0528ES3QPAA1C001147
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-AC-0
0001600257 RFB=O/B BKAM IL CGO OBI
=MOWT BBI=/TIME/10:28
VMAD: 0528G1QFGY2C000309
```

**29MAY** — USD YOUR: MAESTRO / OUR: 032730814 9FF — 500,000.00

```
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
COLUMBIA MD 21044-4029
B/O: W R GRACE & CO - CONN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-AC-0
0001600257 RFB=MAESTRO OBI=FUND-31
7-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0529AIQ002HC001355
```

**29MAY** — USD YOUR: O/B WACHOVIA BK / OUR: 012170314 9FF — 1,427,812.00

```
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
COLUMBIA MD 21044-4098
B/O: W R GRACE & CO. - CONN.
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-AC-0
0001600257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0529ES3QPAA1C001753
```

**29MAY** — USD YOUR: O/B BKAM IL CGO / OUR: 018309149FF — 1,597,104.53

```
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-AC-0
0001600257 RFB=O/B BKAM IL CGO OBI
=MOWT BBI=/TIME/11:05
IMAD: 0529G1QFGY2C000623
```

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                  016-001257
Statement Start Date:        16 MAY 2003
Statement End Date:          30 MAY 2003
Statement Code:              S00-USA-22
Statement No:                010

Page 10 of 18

| Post Date | Value Date | Reference | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

30MAY 30MAY USD YOUR: PUT-OPTION 3 YR — OUR: 0022313150FF — 864,500.00

FEDWIRE CREDIT
VIA: ABN AMRO BANK N V
/026009580
B/O: ABN AMRO BANK N V
1000 EA, AMSTERDAM, THE NETHERLANDS
REF: CHASE NYC/BTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=PUT-OPTION 3 YR BBI
=/BNF/INTEREST GRACE BRASIL SA/TIME
IMAD: 0530B1QFIIA001360

30MAY 30MAY USD YOUR: O/B BKAM IL CGO — OUR: 0117513150FF — 1,014,849.11

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. DIP
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HQWT BBI=/TIME/10:33
IMAD: 0530G1QFGY2C000404

30MAY 30MAY USD YOUR: O/B WACHOVIA BK — OUR: 0129609150FF — 1,044,625.00

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 2104-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK DBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0530ESQFPAAIC001790

30MAY 30MAY USD YOUR: O/B WACHOVIA BK — OUR: 0122101150FF — 5,865,176.57

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA OF FLORIDA
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK BBI
=/TIME/10:42
IMAD: 0530F3QCAAIC000700

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 11 of 18

| Posting Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|
| DEBITS | | | | | | |
| 16MAY | 16MAY | USD YOUR: ACH OF 03/05/16 OUR: 0012000136HP | 767.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 16MAY | 16MAY | USD YOUR: SEE WIRE OUR: 0581500136JB | 22,967.85 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 16MAY | 16MAY | USD YOUR: ACH OF 03/05/16 OUR: 0012100136HP | 55,014.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 16MAY | 16MAY | USD YOUR: FPRS DEPOSITORY OUR: 0581600136JB | 167,812.18 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. | | |
| 16MAY | 16MAY | USD YOUR: HOWT-FUCD OUR: 0887100136JB | 700,000.00 | REF: REFER TO WIRE WR GRACE WEEK EN DING 5/12/03 HOURLY OUR: 022557Z FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111/79 ATTN P. LAWING 704-374 -3448/TIME/16:44 | | |
| 16MAY | 16MAY | USD YOUR: SEE WIRE OUR: 0887200136JB | 2,800,000.00 | IMAD: 0516B1QGC07C004698 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:45 IMAD: 0516B1QGC05C004433 | | |
| 19MAY | 19MAY | USD YOUR: FPRS DEPOSITORY OUR: 0787900139JB | 968.82 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 12 of 18

## DEBITS CONTINUED

| Post Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 19MAY | | USD OUR: 0031730114XF | | X-<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 5/12/03 HOURLY<br>SSN: 0247523 |
| 19MAY | | USD YOUR: SEE WIRE<br>OUR: 0921900139JB | 6,315.35 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 |
| 19MAY | | | 48,619.50 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>BEN: /1930690735129<br>PETROPOLIS S.A. |
| 19MAY | | USD YOUR: SEE WIRE<br>OUR: 0787500139JB | 60,669.25 | REF: MAY FEES AND SERVICES<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 19MAY | | USD YOUR: HOWT-FUCD<br>OUR: 0922000139JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0011E 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:38 |
| 19MAY | | USD YOUR: SEE WIRE<br>OUR: 0922100139JB | 2,900,000.00 | /MAD: 0519B1QGC06C004406<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: W/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:39 |
| 20MAY | | USD OUR: 0032510114XF | 47,968.84 | /MAD: 0519B1QGC04C004252<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 |
| 20MAY | | USD YOUR: SEE WIRE<br>OUR: 0843200140JB | 54,293.28 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 20MAY | | USD YOUR: SEE WIRE<br>OUR: 0725200140JB | 70,791.00 | CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: CREDIT SUISSE FIRST BOSTON<br>CH-8070 ZURICH, SWITZERLAND |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 13 of 18

## DEBITS CONTINUED

| Post Ledger Date | Value Date | | References | Credit / Debit | Description | Date | Closing Balances / Amount |
|---|---|---|---|---|---|---|---|

**20MAY** USD YOUR: HOWT-CHASE
OUR: 0413400140JB — 90,669.89
BEN: MBT HOLDING AG
ATTN  CARMEN BARGES
REF: DELVO ROYALTY PAYMENT FOR THE
PERIOD OF 7/1/02 TO 12/31/02
SSN: 0244874
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098

**20MAY** USD YOUR: SEE WIRE
OUR: 0413500140JB — 882,914.35
REF: HOWT
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON

**20MAY** USD YOUR: HOWT-FUCD
OUR: 0843300140JB — 4,800,000.00
X
REF: HOURLY PAYROLL/TIME/12:11
IMAD: 0520B1QGC05C002085
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LANING 704-374
-3448/TIME/16:33

**21MAY** USD OUR: 003093011xXF — 2,988.58
IMAD: 0520B1QGC02C004283
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00323881963

**21MAY** USD YOUR: ACH OF 03/05/21
OUR: 0036400141HP — 5,809.00
BOOK TRANSFER DEBIT
A/C: CB/ETTS PRE-FUNDING CLEARING A
TAMPA FL 33634-

**21MAY** USD YOUR: SEE WIRE
OUR: 0771900141JB — 16,450.00
REF: S3634-
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: SPECTERA INC

**21MAY** USD YOUR: SEE WIRE
OUR: 0763600141JB — 75,333.89
REF: MAY 2003 FEES/TIME/16:08
IMAD: 0521B1QGC03C003987
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-

**21MAY** USD YOUR: SEE WIRE
OUR: 0764300141JB — 152,944.13
REF: UHC PAYMENTS
FEDWIRE DEBIT
VIA: BANK ONE NA CHGO
/071000013
A/C: UNITED HEALTHCARE INSURANCE CO

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010

Page 14 of 18

| Ledger Date | Val Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 21MAY | 21MAY | USD | | YOUR: 240009  OUR: 0764700141JB | 333,028.00 | REF: MAY 2003 FEES/TIME/16:02  IMAD: 0521B1QGC08C004442  BOOK TRANSFER DEBIT  A/C: D002430680  X | | |
| 21MAY | 21MAY | USD | | YOUR: HOWT-FUCD  OUR: 0763800141JB | 2,400,000.00 | REF: MET LIFE PREM. MAY 2003 FEES  FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/16:02 | | |
| 21MAY | 21MAY | USD | | YOUR: SEE WIRE  OUR: 0522400141JB | 2,589,089.48 | IMAD: 0521B1QGC08C004441  FEDWIRE DEBIT  VIA: ALLFIRST BANK  /052000113  A/C: GRACE DAVISON  X | | |
| 22MAY | 22MAY | USD | | YOUR: SEE WIRE  OUR: 0846000142JB | 31,190.32 | REF: SALARIED PAYROLL/TIME/13:32  IMAD: 0521B1QGC08C003135  BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENTS | | |
| 22MAY | | USD | | OUR: 0032070114XF | 125,507.07 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 0003233881963 | | |
| 22MAY | 22MAY | USD | | YOUR: HOWT-FUCD  OUR: 0846100142JB | 8,800,000.00 | FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/16:39 | | |
| 23MAY | | USD | | OUR: 0031770114XF | 766.36 | IMAD: 0522B1QG802C004291  AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 0003233881963 | | |
| 23MAY | 23MAY | USD | | YOUR: SEE WIRE  OUR: 0838000143JB | 4,005.50 | FEDWIRE DEBIT  VIA: CENTIER WHITING  A/C: NATIONAL BOND AND TRUST  ATTN   CAROL HIGHSMITH  IMAD: 0523B1QGC02C003305 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 MAY 2003 |
| Statement End Date: | 30 MAY 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 010 |

Page 15 of 18

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 23MAY | | 23MAY | USD | YOUR: SEE WIRE OUR: 0796600143JB | BOOK TRANSFER DEBIT A/C: WR GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | 27,140.68 | | |
| 23MAY | | 23MAY | USD | YOUR: SEE WIRE OUR: 0163500143JB | BOOK TRANSFER DEBIT A/C: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: FUNDS TRANSFERRED TO GIH IN FO R OF CAPITAL CONTRIBUTION | 870,000.00 | | |
| 23MAY | | 23MAY | USD | YOUR: HOWT-FUCD OUR: 0796300143JB | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0379 ATTN P. LAWING 704-374 5448/TIME/13:40 | 2,400,000.00 | | |
| 23MAY | | 23MAY | USD | YOUR: SEE WIRE OUR: 0796100143JB | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN: MERRILL GROUP REF: TRANSFER FUNDS/TIME/13:40 IMAD: 0523B1QGC02C003165 | 6,900,000.00 | | |
| 27MAY | | 27MAY | USD | OUR: 0032790114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | 5,439.08 | | |
| 27MAY | | 27MAY | USD | YOUR: FPRS DEPOSITORY OUR: 1134400147JB | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X | 12,780.39 | | |
| 27MAY | | 27MAY | USD | YOUR: SEE WIRE OUR: 1134200147JB | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- SSN: 0413778 REF: REFER TO WIRE WR GRACE WEEK EN DING 5/19/03 + 5/20/03 HOURLY AND S | 48,372.60 | | |
| 27MAY | | 27MAY | USD | YOUR: SUPP. PENSION OUR: 1134100147JB | FEDWIRE DEBIT VIA: NORTHERN CHGD REF: UHC PAYMENTS | 364,448.17 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:          016-001257
Statement Start Date:   16 MAY 2003
Statement End Date:    30 MAY 2003
Statement Code:       S00-USA-22
Statement No:         010
Page 16 of 18

| Ledger Date | Xfer Ledger Date | F | Reference # | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 27MAY | USD YOUR: FPRS DEPOSITORY OUR: 1134300147JB | 1,041,796.20 | /071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN MR. BRUCE HENIKEN<br>REF: SUPPLEMENTAL PENSION PAYMENT F<br>OR THE MONTH OF JUNE 2003/TIME/15.2<br>3<br>IMAD: 0527B1QGC02C005363<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 5/19/03 AND 5/20/03 HOURLY AND<br>SSN: 0413744 |  |
| 27MAY | USD YOUR: HOWT-FUCD OUR: 1134500147JB | 5,600,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:23<br>IMAD: 0527B1QGC02C005360 |  |
| 28MAY | USD OUR: 0037710114XF | 2,766.49 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 |  |
| 28MAY | USD YOUR: SEE WIRE OUR: 1027100148JB | 59,907.91 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |  |
| 28MAY | USD YOUR: SEE WIRE OUR: 1027200148JB | 82,953.00 | FEDWIRE DEBIT<br>VIA: FW12<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7835<br>REF: LIBOR INTEREST ON DIP BORROWIN<br>GS/TIME/16:29 |  |
| 28MAY | USD YOUR: SEE WIRE OUR: 0221600148JB | 859,602.37 | IMAD: 0528B1QGC02C004746<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X |  |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 MAY 2003
Statement End Date: 30 MAY 2003
Statement Code: S00-USA-22
Statement No: 010
Page 17 of 18

TS

| Ledger Date | Val Ledger Date | Value Date | B | Reference | Credits/Debits | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

**28MAY** USD YOUR: SEE WIRE  OUR: 1026900148JB  1,100,000.00
REF: HOURLY PAYROLL/TIME/10:45
IMAD: 0528B1QGC02C001800
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
ATTN MERRILL GROUP

**28MAY** USD YOUR: HOWT-FUCD  OUR: 1027000148JB  2,800,000.00
REF: TRANSFER FUNDS/TIME/16:31
IMAD: 0528B1QGC04C004671
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374

**29MAY** USD YOUR: FPRS DEPOSITORY  OUR: 0712700149JB  968.82
REF: 3448/TIME/16:29
IMAD: 0528B1QGC03C004635
CHIPS DEBIT
VIA: DEUTSCHE BANK TRUST CO AMERICA
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEK ENDING 5/23
AND 5/27/03 CPD AND DAVISON

**29MAY** USD OUR: 0031990114XF  6,236.57
SSN: 0237493
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238I963

**29MAY** USD YOUR: SEE WIRE  OUR: 0712600149JB  33,020.02
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

**29MAY** USD YOUR: FPRS DEPOSITORY  OUR: 0712800149JB  164,668.44
REF: 3444/TIME/16:44
CHIPS DEBIT
VIA: DEUTSCHE BANK TRUST CO AMERICA
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEK ENDING 5/23
AND 5/27/03 CPD AND DAVISON

## Bank of America

```
BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697
```

```
Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   04/30/2003
This Statement:   05/30/2003
```

```
Customer Service
1-800-262-2726
```

```
W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140
```

Page    1 of    4

Bankruptcy Case Number:00101139

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2003 - 05/30/2003 | | Statement Beginning Balance | 761,731.16 |
| Number of Deposits/Credits | 42 | Amount of Deposits/Credits | 39,173,501.79 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 25 | Amount of Other Debits | 38,511,424.10 |
| | | Statement Ending Balance | 1,423,808.85 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/01 | | 446,466.40 | Zero Balance Transfer | TRSF FR 8188903106 | 00722134309 |
| 05/01 | | 796,093.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722134030 |
| 05/02 | | 144,515.82 | Zero Balance Transfer | TRSF FR 8188903106 | 00722134287 |
| 05/02 | | 1,827,791.82 | Zero Balance Transfer | TRSF FR 8188703107 | 00722134020 |
| 05/05 | | 1,582,631.59 | Zero Balance Transfer | TRSF FR 8188903106 | 00722212943 |
| 05/05 | | 3,717,794.70 | Zero Balance Transfer | TRSF FR 8188703107 | 00722212662 |
| 05/06 | | 284,934.07 | Zero Balance Transfer | TRSF FR 8188903106 | 00722144268 |
| 05/06 | | 647,388.40 | Zero Balance Transfer | TRSF FR 8188703107 | 00722144020 |
| 05/07 | | 111,469.06 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127493 |
| 05/07 | | 1,132,191.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722127234 |
| 05/08 | | 113,980.13 | Zero Balance Transfer | TRSF FR 8188903106 | 00722130053 |
| 05/08 | | 1,044,450.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722129799 |
| 05/09 | | 306,601.31 | Zero Balance Transfer | TRSF FR 8188903106 | 00722132048 |
| 05/09 | | 804,001.67 | Zero Balance Transfer | TRSF FR 8188703107 | 00722131801 |
| 05/12 | | 598,170.43 | Zero Balance Transfer | TRSF FR 8188903106 | 00722210948 |
| 05/12 | | 2,362,807.47 | Zero Balance Transfer | TRSF FR 8188703107 | 00722210674 |
| 05/13 | | 100,766.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142898 |
| 05/13 | | 1,596,253.44 | Zero Balance Transfer | TRSF FR 8188703107 | 00722142649 |
| 05/14 | | 82,783.26 | Zero Balance Transfer | TRSF FR 8188903106 | 00722125641 |
| 05/14 | | 1,058,598.92 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125388 |
| 05/15 | | 270,891.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722130189 |
| 05/15 | | 1,270,766.24 | Zero Balance Transfer | TRSF FR 8188703107 | 00722129934 |
| 05/16 | | 369,426.04 | Zero Balance Transfer | TRSF FR 8188903106 | 00722131446 |
| 05/16 | | 858,663.02 | Zero Balance Transfer | TRSF FR 8188703107 | 00722131187 |
| 05/19 | | 782,286.44 | Zero Balance Transfer | TRSF FR 8188903106 | 00722211313 |
| 05/19 | | 3,355,087.53 | Zero Balance Transfer | TRSF FR 8188703107 | 00722211047 |
| 05/20 | | 46,101.88 | Zero Balance Transfer | TRSF FR 8188903106 | 00722140707 |
| 05/20 | | 1,540,279.59 | Zero Balance Transfer | TRSF FR 8188703107 | 00722140456 |
| 05/21 | | 191,665.56 | Zero Balance Transfer | TRSF FR 8188903106 | 00722125850 |
| 05/21 | | 882,019.18 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125600 |
| 05/22 | | 63,130.63 | Zero Balance Transfer | TRSF FR 8188903106 | 00722129505 |
| 05/22 | | 1,118,300.38 | Zero Balance Transfer | TRSF FR 8188703107 | 00722129251 |
| 05/23 | | 112,351.93 | Zero Balance Transfer | TRSF FR 8188903106 | 00722131445 |
| 05/23 | | 706,141.31 | Zero Balance Transfer | TRSF FR 8188703107 | 00722131185 |
| 05/27 | | 1,022,977.55 | Zero Balance Transfer | TRSF FR 8188903106 | 00722254599 |
| 05/27 | | 3,278,235.68 | Zero Balance Transfer | TRSF FR 8188703107 | 00722254310 |
| 05/28 | | 707,409.75 | Zero Balance Transfer | TRSF FR 8188903106 | 00722138674 |
| 05/28 | | 1,467,598.53 | Zero Balance Transfer | TRSF FR 8188703107 | 00722138423 |
| 05/29 | | 198,325.19 | Zero Balance Transfer | TRSF FR 8188903106 | 00722136332 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:   04/30/2003
This Statement:   05/30/2003

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:00101139

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 05/29 | | 690,646.62 | Zero Balance Transfer | TRSF FR 8188703107 | 00722136072 |
| 05/30 | | 209,188.69 | Zero Balance Transfer | TRSF FR 8188903106 | 00722135988 |
| 05/30 | | 1,272,517.86 | Zero Balance Transfer | TRSF FR 8188703107 | 00722135730 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 967,469.76 | WIRE TYPE:WIRE OUT DATE:050103 TIME:0956 CT TRN:030501017301 FDREF/SEQ:030501017301/000464 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370017301 |
| 05/02 | | 2,237,018.40 | WIRE TYPE:WIRE OUT DATE:050203 TIME:0947 CT TRN:030502016983 FDREF/SEQ:030502016983/000321 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370016983 |
| 05/05 | | 2,045,626.05 | WIRE TYPE:WIRE OUT DATE:050503 TIME:0948 CT TRN:030505014218 FDREF/SEQ:030505014218/000246 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370014218 |
| 05/06 | | 3,800,051.38 | WIRE TYPE:WIRE OUT DATE:050603 TIME:0938 CT TRN:030506014770 FDREF/SEQ:030506014770/000211 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370014770 |
| 05/07 | | 1,133,450.40 | WIRE TYPE:WIRE OUT DATE:050703 TIME:1015 CT TRN:030507017839 FDREF/SEQ:030507017839/000308 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370017839 |
| 05/08 | | 1,209,687.72 | WIRE TYPE:WIRE OUT DATE:050803 TIME:0957 CT TRN:030508016717 FDREF/SEQ:030508016717/000388 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370016717 |
| 05/09 | | 1,310,898.81 | WIRE TYPE:WIRE OUT DATE:050903 TIME:0946 CT TRN:030509016853 FDREF/SEQ:030509016853/000291 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370016853 |
| 05/12 | | 1,600.00 | Foreign Exchange Debit        FX DRAW DRFX899363 2782.56 SGD  @ 1.7391 ON 20030508 | 01790300042 |
| 05/12 | | 2,000.00 | Foreign Exchange Debit        FX DRAW DRFX899361 3478.20 SGD  @ 1.7391 ON 20030508 | 01790300045 |
| 05/12 | | 2,000.00 | Foreign Exchange Debit        FX DRAW DRFX899366 1741.25 EUR  @ 1.1486 ON 20030508 | 01790300058 |
| 05/12 | | 1,746,376.14 | WIRE TYPE:WIRE OUT DATE:051203 TIME:1017 CT TRN:030512018285 FDREF/SEQ:030512018285/000327 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370018285 |