PETER C. HARVEY
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Tracy E. Richardson (TR1366)
     Deputy Attorney General
     (609) 292-1537

                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE

In re:                            )     Chapter 11

W.R. GRACE & CO., et al.,         )     Case No.: 01-01139(JKF)

     Debtors.                     )     Jointly Administered

                                        Hearing Date: August 25, 2003
                                                      12:00 p.m.

        THE STATE OF NEW JERSEY, DIVISION OF TAXATION'S
RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-
                        SUBSTANTIVE)

        The State of New Jersey, Division of Taxation ("N.J.

Division") has no objection to debtors' Second Omnibus Objection on

Non-Substantive Grounds to Claims.

        Debtors' objection requests that the following claims

filed by the N.J. Division be expunged:

Claim Number        Claim Amount/Class
359                 $122,240.11 priority
358                 $ 17,503.74 administrative
1213                $116,629.24 administrative
1214                $149,730.68 priority

        The N.J. Division consents to expungement of these

claims, since all of the claims were amended and superseded by or

are duplicates of the surviving claim numbers listed on Exhibits A

and B to debtors' objection.  Debtors should note, however, that

surviving administrative claim number 785 in the amount of

$116,629.24 has been recently amended to the increased amount of $258,629.24.  However, since in this motion debtors do not object to claim 785 or any subsequent amendments which may be filed for the surviving claims, the N.J. Division has no objection to debtors' motion.

Respectfully submitted,

PETER C. HARVEY
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Tracy E. Richardson
      Tracy E. Richardson (TR1366)
      Deputy Attorney General
      (609) 292-1537 phone
Dated:  8-4-03      (609) 777-3055 fax