PETER C. HARVEY
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:   Tracy E. Richardson (TR1366)
      Deputy Attorney General
      (609) 292-1537

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139(JKF) |
| Debtors. | ) | Jointly Administered |
| | | Hearing Date: August 25, 2003 |
| | | 12:00 p.m. |

CERTIFICATION OF SERVICE

Tracy E. Richardson hereby certifies and says:

1.   I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

2.   I hereby certify that on August 4, 2003, this Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was filed electronically and if the following are not registered participants for electronic notice, I caused a true copy of this response to be mailed via regular U.S. Mail:

      James H.M. Sprayregen, Esq.
      James W. Kapp, III, Esq.
      Janet S. Baer, Esq.
      Christian J. Lane, Esq.
      Attorney for Debtors
      Kirkland & Ellis, LLP
      200 East Randolph Drive
      Chicago, IL  60601

```
Laura Davis Jones, Esq.
Scotta E. McFarland, Esq.
Paula A. Galbraith, Esq.
Attorney for Debtors
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Office of the United States Trustee
844 King Street
Suite 2313
Wilmington, DE  19801
```

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      PETER C. HARVEY
                                      ATTORNEY GENERAL OF NEW JERSEY


                           By:   /s/ Tracy E. Richardson
                                Tracy E. Richardson (TR1366)
                                Deputy Attorney General

DATED: 8-4-03