UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
                    Debtors.                                    |
-----------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)

        LONGACRE MASTER FUND, LTD.
        Transferor: Evans Industries
        810 Seventh Avenue, 22nd Floor
        New York, NY  10019
        Attn:  Vladimir Jelisavcic

A transfer in the amount of <u>$44,860.00</u> from:

        Evans Industries
        1255 Peters Road
        Harvey, LA 70059
        Attn: Greg Fuxan

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                         Intake Clerk
-------------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
Copy:  Debtor's Attorney_____

                                                       _____
                                                       Deputy Clerk

**LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel:  212-259-4350
Fax: 212-259-4345
www.longacrellc.com

## TRADE CONFIRMATION

*To:*   *Evans Industries*
*1255 Peters Road*
*Harvey, LA 70059*
*Attn:   Greg Fuxan*
*Tel:    504-374-6000*
*Fax:    504-374-6001*

*From: Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:   Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 7/2/2003 |
| **Seller:** | Evans Industries |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $44,860.00 |
| **Proof of Claim Amount:** | N/A |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

| | |
|---|---|
| **Disclosure:** | Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim. |
| **Payments:** | Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer. |
| **Subject to:** | 1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| **Settlement:** | As soon as reasonably practical. |
| **Binding Effect:** | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |
| **Expiration:** | Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer. |

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Christopher Martinez** at the following fax number: (212) 259-4345

ACCEPTED AND AGREED

EVANS INDUSTRIES

Signature: /s/ Greg C. Fuxan
Title: General Counsel of Evans Industries, Inc.
Name: Greg C. Fuxan
Date: 7/03/03

LONGACRE MASTER FUND, LTD.

By: /s/ Steven Weissman
Name: Steven Weissman
Title: Director
Date: 7/2/2003