**EXHIBIT A**

**Case Administration (17.30 Hours; $ 3,801.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $710 | 923.00 |
| Peter V. Lockwood | .70 | $625 | 437.50 |
| Rita C. Tobin | .20 | $340 | 68.00 |
| Robert C. Spohn | 7.30 | $165 | 1,204.50 |
| Elyssa J. Strug | 3.70 | $155 | 573.50 |
| Andrew D. Katznelson | 4.10 | $145 | 594.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/03 | EI | 710.00 | 0.10 | Prepared report on all cases for conference (on train to Philadelphia). [Total time of 1.4 hours divided among 14 cases.] |
| 06/02/03 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 06/02/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 5/29/03 thru 5/30/03 (.4). |
| 06/02/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |
| 06/02/03 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 06/02/03 | ADK | 145.00 | 0.30 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/03/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/2/03 (.2). |
| 06/03/03 | ADK | 145.00 | 0.20 | Updated NYO litigation calendar. |
| 06/04/03 | RCS | 165.00 | 1.10 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence |

{D0012624:1 }

| | | | | |
|---|---|---|---|---|
| | | | | received 6/03/03 (.2); review and archive to database documents filed electronically (.9). |
| 06/05/03 | PVL | 625.00 | 0.10 | Review first quarter '03 LTC report. |
| 06/05/03 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/4/03 (.3). |
| 06/05/03 | EI | 710.00 | 1.10 | Conference Judge Wolin re: futures rep (.2); t/c David Gross re: same (.2); t/c McGovern re: same (.2); draft memo to Committee re: same (.5). |
| 06/06/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/5/03 (.2). |
| 06/06/03 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 06/07/03 | PVL | 625.00 | 0.10 | Review 8 miscellaneous filings. |
| 06/09/03 | EJS | 155.00 | 0.40 | Review, classify documents, create database regarding upcoming hearings for attention of EI. |
| 06/09/03 | EJS | 155.00 | 0.20 | Review documents to identify relevant material for attention of EI. |
| 06/09/03 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 5/6/03 (.3). |
| 06/09/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |
| 06/09/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 06/09/03 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/10/03 | RCS | 165.00 | 0.60 | Perform initial review; identify proceeding and procedural status; and mark for distribution to appropriate attorneys, pleadings and correspondence received 6/9/03 (.2); review noticed pleadings from |

{D0012624:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | court docket and archive for loading into records database (.4). |
| 06/10/03 | ADK | 145.00 | 0.30 | Emails to local counsel Re; Missing payments. |
| 06/11/03 | RCS | 165.00 | 0.30 | Perform initial review; identify proceeding and procedural status; and mark for distribution to appropriate attorneys, pleadings and correspondence received 6/9/03 (.3). |
| 06/12/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6 /11/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/11/03, distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |
| 06/13/03 | EJS | 155.00 | 0.40 | Review, classify documents, create database regarding upcoming hearings for attention of EI. |
| 06/13/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/12/03 (.2). |
| 06/13/03 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/16/03 | EJS | 155.00 | 0.40 | Perform review of court documents to identify upcoming hearings and status conferences for EI & PVNL attention. |
| 06/16/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/13/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/13/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/16/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |
| 06/16/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |

{D0012624:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/16/03 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 06/16/03 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/18/03 | PVL | 625.00 | 0.10 | Review Eskin memo re hearing. |
| 06/18/03 | EJS | 155.00 | 0.40 | Review, classify and organize documents to identify relevant materials for EI re upcoming and future hearings. |
| 06/18/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing database data entry and scanning all hard copy pleadings and correspondence received 6/16/03 thru 6/17/03 (.1); review all ECF noticed pleadings filed or served via e-mail 6/16/03 thru 6/17/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/19/03 | PVL | 625.00 | 0.10 | Email EI re Wolin order. |
| 06/19/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing database data entry and scanning all hard copy pleadings and correspondence received 6/18/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/18/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/20/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/19/03 (.2). |
| 06/23/03 | EJS | 155.00 | 0.30 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI & PVNL. |
| 06/23/03 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/20/03 (.2). |
| 06/23/03 | EI | 710.00 | 0.10 | Memo to Committee re: Zonolite. |
| 06/23/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation calendar. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/24/03 | EJS | 155.00 | 0.30 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 06/24/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/23/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/23/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |
| 06/25/03 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/24/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/24/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/26/03 | EJS | 155.00 | 0.40 | Review, classify and organize relevant material for EI. |
| 06/26/03 | RCS | 165.00 | 0.50 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/25/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/25/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |
| 06/26/03 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 06/27/03 | PVL | 625.00 | 0.30 | Review 6 miscellaneous filings (.2); review motion re ZAI budget (.1). |
| 06/27/03 | RCT | 340.00 | 0.20 | Review local counsel recommendations per EI update. |
| 06/27/03 | EJS | 155.00 | 0.60 | Perform review of recently received court documents to identify relevant documents for EI & RCT. |
| 06/27/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and |

{D0012624:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| | | | | scanning all hard copy pleadings and correspondence received 6/26/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/26/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/30/03 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/27/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/27/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 06/30/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |

**Total Task Code .04         17.30**


**Claim Analysis Objection & Resolution (Asbestos)(13.30 Hours; $ 2,884.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |
| Kimberly N. Brown | .20 | $350 | 70.00 |
| John P. Cunningham | 8.40 | $240 | 2,016.00 |
| Robert A. Clary | 2.50 | $160 | 400.00 |
| Leila Dominick | 2.10 | $160 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/03 | JPC | 240.00 | 0.90 | Review developments re: asbestos tort litigation |
| 06/23/03 | JPC | 240.00 | 1.50 | Research briefs and appendices to Supreme Court in Norfolk Railway (March 2003) (.9); review developments in asbestos tort litigation (.6). |
| 06/24/03 | JPC | 240.00 | 0.30 | Update research on in property damage claims in wake of recent Louisiana opinion. |

{D0012624:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/24/03 | RAC | 160.00 | 1.10 | Given project by JPC; asked to pull Louisiana case addressing damages and if they are recoverable; shepardized case and pulled other damage cases |
| 06/24/03 | LD | 160.00 | 0.30 | Get assignment from JPC and collect documents. |
| 06/25/03 | JPC | 240.00 | 1.40 | Continue research update on claims in property damage arena in wake of recent Louisiana opinion (.4); review briefs and appendices filed with Supreme Court in Norfolk Railway case involving fear of (.5); review developments in asbestos tort litigation (.5). |
| 06/25/03 | RAC | 160.00 | 1.10 | Completed research for JPC; research focused on case discussing damages and whether they are recoverable and if so, what requirements must be met for recovery; drafted short memo setting forth my findings and summarizing the case law |
| 06/25/03 | LD | 160.00 | 0.10 | Meet with JPC regarding reviewing Norfolk & Western Ry. case. |
| 06/26/03 | JPC | 240.00 | 0.80 | Begin drafting update memo on claims in property damage cases. |
| 06/27/03 | JPC | 240.00 | 2.80 | Finish drafting update memo on claims in property damage cases. |
| 06/27/03 | RAC | 160.00 | 0.30 | Performed additional research for JPC on damages |
| 06/27/03 | LD | 160.00 | 0.70 | Review Norfolk & Western Ry. case for asbestosis plaintiffs. |
| 06/30/03 | PVL | 625.00 | 0.10 | Review JPC memo re PD claim issues. |
| 06/30/03 | KNB | 350.00 | 0.20 | Review JPC memo re PD claims |
| 06/30/03 | JPC | 240.00 | 0.70 | Begin drafting memo analyzing briefs and appendices filed with Supreme Court in Norfolk Railway case. |
| 06/30/03 | LD | 160.00 | 1.00 | Review Norfolk & Western Ry for JPC case for asbestosis plaintiffs. |

**Total Task Code .05     13.30**


**Claim Analysis Objection & Resolution (Non Asbestos)(.10 Hours; $ 14.50)**

{D0012624:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Andrew D. Katznelson | .10 | $145 | 14.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/23/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |

**Total Task Code .06**     .10

**Committee, Creditors', Noteholders' or Equity Holders' (.20 Hours; $ 142.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $710 | 142.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/03 | EI | 710.00 | 0.20 | Memo to Committee re: financials. |

**Total Task Code .07**     .20

**Employee Benefits/Pension (.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/25/03 | PVL | 625.00 | 0.10 | Review aff. and memo re pension funding. |

**Total Task Code .08**     .10

**Fee Applications, Applicant (2.80 Hours; $ 622.50)**

{D0012624:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $340 | 374.00 |
| Elyssa J Strug | .20 | $155 | 31.00 |
| Andrew D. Katznelson | 1.50 | $145 | 217.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/03 | EJS | 155.00 | 0.20 | Updated payment schedule with previously filed fee applications. |
| 06/16/03 | RCT | 340.00 | 0.20 | Review fee auditor report. |
| 06/19/03 | RCT | 340.00 | 0.50 | Review final fee apps. |
| 06/24/03 | ADK | 145.00 | 1.50 | Worked on Fee Application. |
| 06/26/03 | RCT | 340.00 | 0.40 | Review fee auditor report (.3); conference with ES re: same (.1). |

**Total Task Code .12**     **2.80**


**Fee Applications, Others (.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/05/03 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 06/14/03 | PVL | 625.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13**     **.20**


**Litigation and Litigation Consulting (2.50 Hours; $ 677.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | .50 | $395 | 197.50 |
| Brian A. Skretny | 2.00 | $240 | 480.00 |

{D0012624:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/03 | NDF | 395.00 | 0.50 | Review latest draft settlement agreement (.5). |
| 06/04/03 | BAS | 240.00 | 2.00 | Review Cybergenics decision and consider impacts on our litigation (1.0); review Sen. Hatch's proposed bill and consider impacts on our litigation (1.0). |

**Total Task Code .16**     **2.50**

**Tax Litigation (.40 Hours; $ 196.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .40 | $490 | 196.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/10/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 06/16/03 | AGL | 490.00 | 0.20 | Review pending orders/motions. |

**Total Task Code .20**     **.40**

**Travel Non Working (.10 Hours; $ 35.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $355 | 35.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/03 | EI | 355.00 | 0.10 | Return to NY from Philadelphia. [Total time of 1.4 hours divided among 14 cases.] |

**Total Task Code .21**     **.10**

{D0012624:1 }

{D0012624:1 }

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 16.07 |
| Charge of Cell and/or Home Phone Useage | 2.10 |
| Long Distance-Equitrac In-House | 12.42 |
| Telecopier/Equitrac | 39.30 |
| Xeroxing | <u>141.15</u> |
| | 211.04 |