**EXHIBIT B**

**Case Administration (17.3 Hours; $ 3,801.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        17.3


**Claim Analysis Objection & Resolution (Asbestos) (13.3 Hours; $ 2,884.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**        13.3


**Claim Analysis Objection & Resolution (Non-Asbestos) (.1 Hours; $ 14.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**        .1


**Committee, Creditors', Noteholders or Equity Holders (.2 Hours; $ 142.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**        .2


**Employee Benefits/Pension (.1 Hours; $ 62.50)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**        .1


**Fee Applications, Applicant (2.8 Hours; $ 622.50)**

{D0012625:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        2.8**

**Fee Applications, Others (.2 Hours; $ 125.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .2**

**Litigation and Litigation Consulting (2.5 Hours; $ 677.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        2.5**

**Tax Litigation (.4 Hours; $ 196.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .20        .4**

**Travel Non Working (.1 Hours; $ 35.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        .1**

{D0012625:1 }