## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 16.07 |
| Charge of Cell and/or Home Phone Useage | 2.10 |
| Long Distance-Equitrac In-House | 12.42 |
| Telecopier/Equitrac | 39.30 |
| Xeroxing | <u>141.15</u> |
| | 211.04 |

{D0012626:1 }