```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                              Page:      1
Matter      000                     Disbursements                                                         7/18/2003
                                                                                                     Print Date/Time:
                                                                                                          07/18/2003
                                                                                                          3:58:21PM
Attn:                                                                                                     Invoice #

                                         PREBILL  / CONTROL  REPORT
                                              Trans Date Range:   1/1/1950  to: 6/30/2003

Matter      000
Disbursements
Bill Cycle:       Monthly           Style:        i1        Start:    4/16/2001
                                                      Last Billed : 6/25/2003                             13,655
```

Trust Amount Available

Total Expenses Billed To Date       $225,219.23

```
Billing Empl:          0120      Elihu Inselbuch
Responsible Empl:      0120      Elihu Inselbuch
Alternate Empl:        0120      Elihu Inselbuch
Originating Empl:      0120      Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0083 | CSR | Christopher S. Rizek | 0.00 | 2.10 | 0.00 | 2.10 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 31.80 | 0.00 | 31.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 10.80 | 0.00 | 10.80 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 49.50 | 0.00 | 49.50 |
| 0228 | APB | Amanada P Bazurto | 0.00 | 5.40 | 0.00 | 5.40 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 6.00 | 0.00 | 6.00 |
| 0234 | RET | Rita E Tower | 0.00 | 14.40 | 0.00 | 14.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 3.00 | 0.00 | 3.00 |
| 0807 | LD | Leila Dominick | 0.00 | 11.85 | 0.00 | 11.85 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 76.19 | 0.00 | 76.19 |
|  |  |  | **0.00** | **211.04** | **0.00** | **211.04** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1484738 | Photocopy | E | 06/02/2003 | 0090 | EJS | 0.00 |  | $5.85 | 0.00 |  | $5.85 | 5.85 |
| 1484832 | Photocopy | E | 06/02/2003 | 0999 | C&D | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 6.60 |
| 1485494 | Equitrac - Long Distance to 8052088595 | E | 06/03/2003 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 6.65 |
| 1485952 | Fax Transmission to 12145239159 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 8.00 |
| 1485953 | Fax Transmission to 12145239157 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 9.35 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                    Page:      1
Matter      000                                 Disbursements                                                                                       7/18/2003
                                                                                                                                              Print Date/Time:
                                                                                                                                                   07/18/2003
                                                                                                                                                   3:58:21PM
Attn:                                                                                                                                               Invoice #
```

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1485954 | Fax Transmission to 12145991171 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 10.70 |
| 1485955 | Fax Transmission to 12148248100 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 12.05 |
| 1485956 | Fax Transmission to 17136501400 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 13.40 |
| 1485957 | Fax Transmission to 13125516759 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 14.75 |
| 1485958 | Fax Transmission to 18432169450 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 16.10 |
| 1485959 | Fax Transmission to 18432169290 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 17.45 |
| 1485960 | Fax Transmission to 12123440994 | E | 06/04/2003 | 0232 | LK | 0.00 | $1.35 | 0.00 | $1.35 | 18.80 |
| 1485961 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 19.10 |
| 1485962 | Fax Transmission to 12123445462 | E | 06/04/2003 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 19.40 |
| 1485963 | Fax Transmission to 14067527124 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 20.75 |
| 1485964 | Fax Transmission to 13026565875 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 22.10 |
| 1485965 | Fax Transmission to 16179510679 | E | 06/04/2003 | 0232 | LK | 0.00 | $1.35 | 0.00 | $1.35 | 23.45 |
| 1485966 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 | $0.75 | 0.00 | $0.75 | 24.20 |
| 1485967 | Fax Transmission to 12123445462 | E | 06/04/2003 | 0232 | LK | 0.00 | $1.05 | 0.00 | $1.05 | 25.25 |
| 1485968 | Fax Transmission to 15108354913 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 26.60 |
| 1485969 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 26.90 |
| 1485970 | Fax Transmission to 12165750799 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 28.25 |
| 1485971 | Fax Transmission to 13053796222 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 29.60 |
| 1485972 | Fax Transmission to 14124718308 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 30.95 |
| 1485973 | Fax Transmission to 12145239158 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 32.30 |
| 1485974 | Fax Transmission to 12024293329 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 33.65 |
| 1485975 | Fax Transmission to 12024293301 | E | 06/04/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 35.00 |
| 1485976 | Fax Transmission to 13024269947 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 35.15 |
| 1485977 | Fax Transmission to 14122615066 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 35.60 |
| 1485978 | Fax Transmission to 13024269947 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 36.05 |
| 1485979 | Fax Transmission to 14122615066 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 36.35 |
| 1485980 | Fax Transmission to 14122615066 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 36.50 |
| 1485981 | Fax Transmission to 14122615066 | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 36.95 |
| 1486083 | Photocopy | E | 06/04/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 37.25 |
| 1486118 | Photocopy | E | 06/04/2003 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 37.85 |
| 1486298 | Fax Transmission to 13024269947 | E | 06/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 38.00 |
| 1486301 | Fax Transmission to 13024269947 | E | 06/05/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 39.35 |
| 1486329 | Photocopy | E | 06/05/2003 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 40.55 |
| 1485379 | Petty Cash; To reimburse CSR for various cell phone calls during April | E | 06/05/2003 | 0083 | CSR | 0.00 | $2.10 | 0.00 | $2.10 | 42.65 |
| 1488197 | Photocopy | E | 06/09/2003 | 0090 | EJS | 0.00 | $6.30 | 0.00 | $6.30 | 48.95 |
| 1488241 | Photocopy | E | 06/09/2003 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 50.45 |
| 1488278 | Photocopy | E | 06/10/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 51.05 |
| 1488347 | Photocopy | E | 06/10/2003 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 56.45 |
| 1486854 | Federal Express to NDF from Rachel Fleishman on 5/15 | E | 06/10/2003 | 0999 | C&D | 0.00 | $16.07 | 0.00 | $16.07 | 72.52 |
| 1490562 | Photocopy | E | 06/11/2003 | 0234 | RET | 0.00 | $8.85 | 0.00 | $8.85 | 81.37 |
| 1490563 | Photocopy | E | 06/11/2003 | 0234 | RET | 0.00 | $5.55 | 0.00 | $5.55 | 86.92 |
| 1490668 | Photocopy | E | 06/11/2003 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 88.72 |
| 1490990 | Photocopy | E | 06/13/2003 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 94.72 |
| 1491209 | Photocopy | E | 06/16/2003 | 0090 | EJS | 0.00 | $6.30 | 0.00 | $6.30 | 101.02 |
| 1491306 | Photocopy | E | 06/16/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 101.77 |
| 1492907 | Photocopy | E | 06/19/2003 | 0101 | RCS | 0.00 | $10.80 | 0.00 | $10.80 | 112.57 |
| 1493276 | Fax Transmission to 12145239159 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 112.87 |
| 1493278 | Fax Transmission to 12145239157 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 113.17 |
| 1493279 | Fax Transmission to 12145239158 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 113.47 |
| 1493280 | Fax Transmission to 12145991171 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 113.77 |
| 1493282 | Fax Transmission to 17136501400 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 114.07 |
| 1493283 | Fax Transmission to 13125516759 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 114.37 |
| 1493284 | Fax Transmission to 18432169450 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 114.67 |
| 1493285 | Fax Transmission to 18432169290 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 114.97 |
| 1493286 | Fax Transmission to 14067527124 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 115.27 |
| 1493287 | Fax Transmission to 13026565875 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 115.57 |
| 1493288 | Fax Transmission to 15108354913 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 115.87 |
| 1493289 | Fax Transmission to 12165750799 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 116.17 |
| 1493290 | Fax Transmission to 13053796222 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.45 | 0.00 | $0.45 | 116.62 |
| 1493291 | Fax Transmission to 14124718308 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 116.92 |
| 1493292 | Fax Transmission to 12123440994 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 117.22 |
| 1493293 | Fax Transmission to 12123445461 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 117.67 |
| 1493294 | Fax Transmission to 12123445462 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 118.12 |
| 1493295 | Fax Transmission to 16179510679 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 118.42 |
| 1493296 | Fax Transmission to 12024293329 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 118.72 |
| 1493297 | Fax Transmission to 12024293301 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 119.02 |
| 1493298 | Fax Transmission to 13024269947 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.15 | 0.00 | $0.15 | 119.17 |
| 1493299 | Fax Transmission to 13024269947 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.15 | 0.00 | $0.15 | 119.32 |
| 1493300 | Fax Transmission to 12148248100 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.30 | 0.00 | $0.30 | 119.62 |
| 1493301 | Fax Transmission to 14122615066 | E | 06/23/2003 | 0228 | APB | 0.00 | $0.15 | 0.00 | $0.15 | 119.77 |
| 1493306 | Fax Transmission to 14122615066 | E | 06/23/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 120.07 |

```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                                                                            Page:       1
Matter      000                     Disbursements                                                                                                    7/18/2003
                                                                                                                                               Print Date/Time:
                                                                                                                                                    07/18/2003
                                                                                                                                                     3:58:21PM
Attn:                                                                                                                                                Invoice #
1493330    Photocopy                                    E  06/23/2003   0090   EJS      0.00        $6.30       0.00      $6.30     126.37
1493353    Photocopy                                    E  06/23/2003   0999   C&D      0.00        $0.90       0.00      $0.90     127.27
1493369    Photocopy                                    E  06/23/2003   0238   SLG      0.00        $0.75       0.00      $0.75     128.02
1493679    Equitrac - Long Distance to 8054993572       E  06/24/2003   0999   C&D      0.00        $0.05       0.00      $0.05     128.07
1493700    Equitrac - Long Distance to 8054993572       E  06/24/2003   0999   C&D      0.00        $0.05       0.00      $0.05     128.12
1493942    Photocopy                                    E  06/24/2003   0999   C&D      0.00        $1.20       0.00      $1.20     129.32
1494046    Photocopy                                    E  06/24/2003   0807   LD       0.00       $11.85       0.00     $11.85     141.17
1494150    Photocopy                                    E  06/25/2003   0199   ADK      0.00       $16.20       0.00     $16.20     157.37
1495366    Photocopy                                    E  06/26/2003   0090   EJS      0.00        $1.20       0.00      $1.20     158.57
1495392    Photocopy                                    E  06/26/2003   0199   ADK      0.00       $33.30       0.00     $33.30     191.87
1497610    Equitrac - Long Distance to 8054993572       E  06/27/2003   0999   C&D      0.00        $7.73       0.00      $7.73     199.60
1497714    Equitrac - Long Distance to 2123197125       E  06/30/2003   0999   C&D      0.00        $1.65       0.00      $1.65     201.25
1497715    Equitrac - Long Distance to 3053756156       E  06/30/2003   0999   C&D      0.00        $2.89       0.00      $2.89     204.14
1498104    Photocopy                                    E  06/30/2003   0090   EJS      0.00        $5.85       0.00      $5.85     209.99
1498225    Photocopy                                    E  06/30/2003   0238   SLG      0.00        $1.05       0.00      $1.05     211.04
Total Expenses                                                                          0.00      $211.04       0.00    $211.04


                    Matter Total Fees                                                               0.00                   0.00


                    Matter Total Expenses                                                         211.04                 211.04


                    Matter Total                                                        0.00      211.04       0.00     211.04




                    Prebill Total Fees


                    Prebill Total Expenses                                                       $211.04                $211.04


                    Prebill Total                                                       0.00    $211.04        0.00    $211.04
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 7,215.30 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 36,910.00 | 7,382.00 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 15,009.00 | 3,001.80 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,070 | 03/20/2003 | 10,063.00 | 2,012.60 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,428 | 04/24/2003 | 8,858.00 | 1,771.60 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 17,686.63 | 17,686.63 |
| 41,745 | 05/22/2003 | 4,425.50 | 4,425.50 |
| 42,008 | 06/25/2003 | 7,649.16 | 7,649.16 |

```
Client Number:   4642         Grace Asbestos Personal Injury Claimants                              Page:    1
Matter      000               Disbursements                                                     7/18/2003
                                                                                        Print Date/Time:
                                                                                              07/18/2003
                                                                                              3:58:21PM
Attn:                                                                                          Invoice #
 42,071          06/27/2003                       3,191.00              3,191.00
                                              1,321,352.12            271,870.16
```