```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 1



                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                           HOURS/RATE    AMOUNT
----------------------------------------------------------------------
 06/03/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     50.00
 #3106     telephone Relles re: Tillinghast analysis of payment  500.00
           to claimants under alternative procedures

 06/03/03  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     33.00
 #3305     review Tillinghast analysis of payment to claimants   330.00
           under alternative procedures telephone Peterson (.1)
           re: same

 06/12/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    100.00
 #3113     Review Seminario's analysis of alternative payment    500.00
           procedures; send memo to Seminario
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 2

                   W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 06/28/03  Peterson  / (07) Committee, Creditors'         0.1     50.00
 #3118     Telephone Finch; Forscey (several) re: alternative  500.00
           methods for processing asbestos claims

 06/30/03  Peterson  / (07) Committee, Creditors'         0.3    150.00
 #3122     Meet with Finch and Inselbuch about alternative  500.00
           process for paying claims
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 3

               W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
 06/30/03  Peterson  / (20) Travel - Non-working         0.7    175.00
 #3121     Travel to Washington DC for meeting with attorneys  250.00
           re: alternative procedures for paying asbestos
           claims
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 4


              W. R. Grace (continued)


Date/Slip# Description                             HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
06/01/03  Peterson  / (28) Data Analysis                 0.5   250.00
#3101     Analysis of alternative procedures for resolving  500.00
          asbestos claims

06/01/03  Peterson  / (28) Data Analysis                 0.1    50.00
#3102     Relles (several calls) re: progress and results of  500.00
          simulation runs and graphics production

06/01/03  Relles   / (28) Data Analysis                  0.3    99.00
#3301     run simulations of payment to claimants under  330.00
          alternative procedures;, work on graphics for
          simulations, allow for additional variations;
          telephone Peterson (several calls, .1) re: progress
          and results

06/02/03  Brauner  / (28) Data Analysis                  0.2    37.00
#3501     work with Relles to develop graphics on simulations  185.00
          of payment to claimants under alternative procedures

06/02/03  Peterson  / (28) Data Analysis                 0.2   100.00
#3103     Draft memorandum on alternative procedures for  500.00
          resolving asbestos claims

06/02/03  Peterson  / (28) Data Analysis                 0.3   150.00
#3104     Review materials on alternative procedures for  500.00
          resolving asbestos claims

06/02/03  Relles   / (28) Data Analysis                  0.2    66.00
#3302     work with Brauner to develop graphics for      330.00
          simulations of payment to claimants under
          alternative procedures

06/02/03  Relles   / (28) Data Analysis                  0.3    99.00
#3303     run and summarize additional simulations of payment  330.00
          to claimants under alternative procedures;,

06/02/03  Relles   / (28) Data Analysis                  0.2    66.00
#3304     miscellaneous additional simulations of payment to  330.00
          claimants under alternative procedures; determine
          overlap with Manville

06/03/03  Peterson  / (28) Data Analysis                 0.3   150.00
#3105     Review materials on alternative procedures for  500.00
          resolving asbestos claims
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                   Page 5

                W. R. Grace (continued)


Date/Slip# Description                            HOURS/RATE   AMOUNT
------------------------------------------------------------------------
06/04/03  Peterson  / (28) Data Analysis              0.5    250.00
#3107     Prepare for, attend and testify at hearing on  500.00
          alternative treatment of asbestos claims

06/05/03  Peterson  / (28) Data Analysis              0.5    250.00
#3108     Obtain additional data to review effects of  500.00
          alternative procedures; incorporate new data in
          analysis

06/07/03  Relles    / (28) Data Analysis              0.2     66.00
#3306     work on report on payment to claimants under  330.00
          alternative procedures: graphics, tables, and new
          runs

06/08/03  Peterson  / (28) Data Analysis              0.4    200.00
#3109     Work on analysis of asbestos claims for evaluating  500.00
          alternative payment percentages

06/08/03  Relles    / (28) Data Analysis              0.2     66.00
#3307     work on report of payment to claimants under  330.00
          alternative procedures, graphics, tables, and new
          runs

06/09/03  Peterson  / (28) Data Analysis              0.7    350.00
#3110     Work on analysis of asbestos claims for evaluating  500.00
          alternative payment procedures

06/10/03  Peterson  / (28) Data Analysis              1.0    500.00
#3111     Work on analysis of asbestos claims for evaluating  500.00
          alternative payment procedures

06/10/03  Relles    / (28) Data Analysis              0.3     99.00
#3308     work on report of payment to claimants under  330.00
          alternative procedures; review, revise text, produce
          integrated Word document

06/11/03  Peterson  / (28) Data Analysis              0.4    200.00
#3112     Work on analysis of asbestos claims for evaluating  500.00
          alternative payment procedures

06/11/03  Relles    / (28) Data Analysis              0.2     66.00
#3309     work on report of payment to claimants under  330.00
          alternative procedures: final text revisions, email
          communication with reviewers of report
```

{D0012235:1 }

```
Date: 07/24/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                     Page 6

              W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
06/23/03  Peterson  / (28) Data Analysis                   0.2   100.00
#3114     Analysis of payments to claimants under alternative  500.00
          procedures

06/23/03  Peterson  / (28) Data Analysis                   0.2   100.00
#3115     Work on analysis of assets available for claims  500.00

06/25/03  Peterson  / (28) Data Analysis                   0.5   250.00
#3116     Analyses of assets available to pay claims under  500.00
          alternative procedures

06/27/03  Peterson  / (28) Data Analysis                   0.3   150.00
#3117     Work on analysis of alternative bases for paying  500.00
          claims

06/28/03  Peterson  / (28) Data Analysis                   0.3   150.00
#3119     Review documents  re: alternative methods for    500.00
          processing asbestos claims

06/29/03  Peterson  / (28) Data Analysis                   0.4   200.00
#3120     Develop estimates of payments to claimants under  500.00
          alternative claims procedures

06/29/03  Relles    / (28) Data Analysis                   0.1    33.00
#3310     revise and send two Peterson memos on payment to  330.00
          claimants under alternative procedures

06/30/03  Peterson  / (28) Data Analysis                   0.1    50.00
#3123     telephone Relles re: additional dollar variations  500.00
          and runs of payment to claimants under alternative
          procedures

06/30/03  Relles    / (28) Data Analysis                   0.1    33.00
#3311     telephone Peterson re: additional dollar variations  330.00
          and runs of payment to claimants under alternative
          procedures

06/30/03  Relles    / (28) Data Analysis                   0.1    33.00
#3312     estimate average payments by disease for new      330.00
          variations of alternative procedures

06/30/03  Relles    / (28) Data Analysis                   0.1    33.00
#3313     estimate liability for LAS, ARPC, and Tillinghast  330.00
          variations of payment to claimants under alternative
          procedures
------------------------------------------------------------------------
```

{D0012235:1 }

```
Date: 07/24/03           Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 7

              W. R. Grace (continued)

          Summary Of Time Charges, By Month and Activity
                    June 2003 - June 2003

   MONTH      ACTIVITY                                    HOURS    AMOUNT
   ----------------------------------------------------------------------
   June    - (05) Claims Anal Objectn/Resolutn (Asbest)    0.4    183.00
   June    - (07) Committee, Creditors'                    0.4    200.00
   June    - (20) Travel - Non-working                     0.7    175.00
   June    - (28) Data Analysis                            9.4   4246.00
   June    - (99) Total                                   10.9   4804.00

   Total   - (05) Claims Anal Objectn/Resolutn (Asbest)    0.4    183.00
   Total   - (07) Committee, Creditors'                    0.4    200.00
   Total   - (20) Travel - Non-working                     0.7    175.00
   Total   - (28) Data Analysis                            9.4   4246.00
   Total   - (99) Total                                   10.9   4804.00


   ------------------------------------------------------------------------
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                  Page 8

              W. R. Grace (continued)

         Summary Of Time Charges, By Month and Person
                  June 2003 - June 2003

   MONTH        PERSON                                HOURS    AMOUNT
   --------------------------------------------------------------------
   June       - Relles                                  2.4    792.00
   June       - Peterson                                8.3   3975.00
   June       - Brauner                                 0.2     37.00
   June       - Total                                  10.9   4804.00

   Total      - Relles                                  2.4    792.00
   Total      - Peterson                                8.3   3975.00
   Total      - Brauner                                 0.2     37.00
   Total      - Total                                  10.9   4804.00


   --------------------------------------------------------------------------
```

{D0012235:1 }

```
Date: 07/24/03          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 9

             W. R. Grace (continued)

        Summary Of Time Charges, By Activity, Month, and Person
                  June 2003 - June 2003

MONTH        PERSON                         HOURS    RATE    AMOUNT
----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

June      - Relles                            0.1    330.      33.00
June      - Peterson                          0.3    500.     150.00

(07) Committee, Creditors'

June      - Peterson                          0.4    500.     200.00

(20) Travel - Non-working

June      - Peterson                          0.7    250.     175.00

(28) Data Analysis

June      - Relles                            2.3    330.     759.00
June      - Peterson                          6.9    500.    3450.00
June      - Brauner                           0.2    185.      37.00


----------------------------------------------------------------------
```

{D0012235:1 }