Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      21

Costs and Expenses


    PREVIOUS BALANCE                              -$542.81


    CREDIT BALANCE                                -$542.81
                                                  ========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                06/30/2003
Wilmington  DE                             ACCOUNT NO: 3000-01D
                                           STATEMENT NO:      25

Asset Analysis and Recovery



      PREVIOUS BALANCE                              $5,524.90


                                        HOURS
06/23/03
      MRE Review of order denying motion to extend
          time to file avoidance actions            0.10     27.50
                                                    ----    -----
          FOR CURRENT SERVICES RENDERED             0.10     27.50
                        RECAPITULATION
     TIMEKEEPER                     HOURS HOURLY RATE     TOTAL
     Marla R. Eskin                  0.10   $275.00     $27.50


      TOTAL CURRENT WORK                                    27.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)          -63.60


      BALANCE DUE                                      $5,488.80
                                                       =========




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      25

Asset Disposition


PREVIOUS BALANCE                                          $580.90


                                             HOURS
06/12/03
     MTH Reviewing stipulation and order re: BSFS
         Equipment Leasing.                   0.20     53.00

06/27/03
     MTH Reviewing Motion of Summit Ventures, LLC
         to Compel the Debtors to Assume an
         Executory Contract.                  0.60    159.00
                                              ----    ------
     FOR CURRENT SERVICES RENDERED            0.80    212.00

                    RECAPITULATION
  TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
  Mark T. Hurford                 0.80    $265.00    $212.00


     TOTAL CURRENT WORK                                  212.00


06/23/03 Payment - Thank you. (March, 2003 - 80%)        -63.60


     BALANCE DUE                                         $729.30
                                                         =======


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:      20


Business Operations




PREVIOUS BALANCE                                          $176.10



                                            HOURS
06/05/03
    DAC Review memo re: debtor's financials        0.30    105.00
    PEM Review memo from Tersigni to committee
        re: financial report update               0.40    116.00

06/08/03
    MRE Review of e-mail from M. Berkin regarding
        business operations                        0.10     27.50

06/09/03
    MTH Reviewing correspondence from M. Berkin
        re: First Quarter Financial Analysis.      0.30     79.50
                                                   ----   ------
        FOR CURRENT SERVICES RENDERED              1.10    328.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell         0.30   $350.00    $105.00
    Philip E. Milch             0.40    290.00     116.00
    Mark T. Hurford             0.30    265.00      79.50
    Marla R. Eskin              0.10    275.00      27.50


    TOTAL CURRENT WORK                              328.00


06/23/03 Payment - Thank you. (March, 2003 - 80%)         -21.20


    BALANCE DUE                                     $482.90
                                                    =======

```
                                                    Page: 2
W.R. Grace                                        06/30/2003
                                    ACCOUNT NO: 3000-03D
                                    STATEMENT NO:       20

Business Operations
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      25


Case Administration




    PREVIOUS BALANCE                                  $1,292.70


                                           HOURS
06/05/03
    PEM Review April operating report       1.20     348.00

06/12/03
    MTH Reviewing affidavit of Terry Engel re:
        ordinary course retention.          0.10      26.50
                                            ----     ------
    FOR CURRENT SERVICES RENDERED           1.30     374.50

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Philip E. Milch         1.20   $290.00      $348.00
    Mark T. Hurford         0.10    265.00       26.50


    TOTAL CURRENT WORK                             374.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)      -372.80


    BALANCE DUE                                   $1,294.40
                                                  =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      25

Claims Analysis Objection & Resolution (Asbestos)



     PREVIOUS BALANCE                          $3,108.30



06/23/03 Payment - Thank you. (March, 2003 - 80%)      -1,045.60


     BALANCE DUE                               $2,062.70
                                               =========




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      25

Claims Analysis Objection & Resol. (Non-Asbestos)



    PREVIOUS BALANCE                          -$196.70


    CREDIT BALANCE                            -$196.70
                                              ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      25

Committee, Creditors, Noteholders, Equity Holders


       PREVIOUS BALANCE                          $14,097.20


                                          HOURS
06/01/03
     MRE Review of memorandum summarizing
         pleadings filed on May 29, 2003          0.10     27.50

06/02/03
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)          0.30     28.50
     MTH Reviewing report of daily pleadings filed
         5-30-03 through 6-1-03.                   0.10     26.50

06/03/03
     DEM Review Pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)          0.50     47.50
     MTH Reviewing report of daily pleadings filed
         6-2-03.                                  0.10     26.50

06/04/03
     DAC Review counsel's recommendation memo     0.20     70.00
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)          0.30     28.50
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings
         (.2); preparation and distribution of
         adversary proceeding daily memo (.1)     0.30     28.50
     DEM Revision of Weekly Recommendation Memo   0.20     19.00
     MAL Attention to document organization       0.20     19.00
     MTH Reviewing report of daily pleadings filed
         6-3-03.                                  0.10     26.50

W.R. Grace
ACCOUNT NO: 3000-07D
STATEMENT NO:        25
Committee, Creditors, Noteholders, Equity Holders

                                                    HOURS
06/05/03
    DEM Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)            0.50      47.50
    MTH Reviewing report of daily pleadings filed
        6/4/03.                                    0.10      26.50
    MTH Reviewing correspondence from DEM re:
        MOR's (.1); e-mail to Tersigni re: same
        (.1)                                       0.20      53.00
    MRE Review of memorandum summarizing
        pleadings for June 4, 2003                 0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on June 2, 2003            0.10      27.50
    MRE Review of memo summarizing pleadings
        filed on May 30, 2003 through June 1,
        2003                                       0.10      27.50

06/06/03
    MAL Review Pleadings and electronic filing
        notices for daily memo                     0.30      28.50
    DEM preparation and distribution of daily
        memo                                       0.30      28.50
    MTH Correspondence to Committee members re
        weekly recommendation memorandum.          0.20      53.00
    MTH Prepare weekly recommendation memo         0.50     132.50
    MTH Reviewing report of daily pleadings filed
        6/5/03.                                    0.10      26.50
    MAL Organization and distribution of daily
        pleadings                                  0.10       9.50

06/08/03
    MRE Review of memorandum summarizing
        pleadings filed on June 5, 2003            0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on June 4, 2003            0.10      27.50

06/09/03
    DAC Review counsel's recommendation memo       0.20      70.00
    DEM Preparation and distribution of daily
        memo                                       0.30      28.50
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                        0.10       9.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of

|     |                                                       | HOURS |        |
| --- | ----------------------------------------------------- | ----- | ------ |
|     | adversary proceeding daily memo (.1)                  | 0.30  | 28.50  |
| MTH | Reviewing report of daily pleadings filed 6/6/03.     | 0.10  | 26.50  |
| DEM | Prepare weekly recommendation memo                    | 0.10  | 9.50   |
| MRE | Review of weekly recommendation memo summarizing pleadings and objection dates | 0.20  | 55.00  |
| MAL | Organization and distribution of daily pleadings      | 0.10  | 9.50   |
| MRE | Review of memo summarizing pleadings for June 6, 2003 | 0.10  | 27.50  |

**06/10/03**

|     |                                                       | HOURS |        |
| --- | ----------------------------------------------------- | ----- | ------ |
| MTH | Meeting with MRE re next week's omnibus hearing, pending motions. | 0.20  | 53.00  |
| DEM | Preparation and distribution of daily memo            | 0.30  | 28.50  |
| DEM | Document management and organization of files         | 0.50  | 47.50  |
| MRE | Meeting with  MTH regarding upcoming objections and deadlines | 0.20  | 55.00  |

**06/11/03**

|     |                                                       | HOURS |        |
| --- | ----------------------------------------------------- | ----- | ------ |
| DEM | Preparation and distribution of daily memo            | 0.30  | 28.50  |
| MAL | Organization and distribution of daily pleadings      | 0.10  | 9.50   |
| MTH | Preparing memorandum re issues scheduled for June Hearing (.3), correspondence to PVNL and JWD re same (.2). | 0.50  | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/10/03. | 0.10  | 26.50  |
| MRE | Review of memorandum summarizing pleadings filed on June 10, 2003 | 0.10  | 27.50  |

**06/12/03**

|     |                                                       | HOURS |        |
| --- | ----------------------------------------------------- | ----- | ------ |
| DEM | Prepare weekly recommendation memo                    | 0.20  | 19.00  |
| MTH | Correspondence to AFM re Fee Hearing, potential issues (.1) and response thereto (.1). | 0.20  | 53.00  |
| MTH | Review of memorandum summarizing pleadings filed on 6/11/03. | 0.10  | 26.50  |

**06/13/03**

|     |                                                       | HOURS |        |
| --- | ----------------------------------------------------- | ----- | ------ |
| MAL | Organization and distribution of daily pleadings      | 0.10  | 9.50   |

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/12/03. | 0.10 | 26.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

06/14/03

| MRE | Review of memorandum summarizing pleadings filed on June 12, 2003 | 0.10 | 27.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on June 11, 2003 | 0.10 | 27.50 |

06/16/03

| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/13/03. | 0.10 | 26.50 |
| MRE | Telephone call with B. Sluce regarding change of firm name | 0.10 | 27.50 |
| DEM | Preparation of documents and E-filing of Notice of Name Change for Ness Motley. | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 13, 2003 | 0.10 | 27.50 |

06/17/03

| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| MAL | Organization and distribution of daily |  |  |

                                                         Page: 5
W.R. Grace                                             06/30/2003
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings | 0.10 | 9.50 |

**06/18/03**

| | | | |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Revisions to memo to the committee regarding omnibus hearing | 0.30 | 82.50 |
| MRE | Drafting e-mail to PVNL and JWD regarding hearing memo | 0.20 | 55.00 |
| MRE | Review of e-mail from PVNL regarding hearing memo to committee | 0.10 | 27.50 |
| MRE | E-mail to committee regarding hearing | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE re memorandum regarding events at June Omnibus Hearing. | 0.20 | 53.00 |
| MRE | Review of e-mail from PVNL to MTH regarding hearing memo to the committee | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/17/03 | 0.10 | 26.50 |

**06/19/03**

| | | | |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Meeting with MRE re pending issues, status of case. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on June 18, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/18/03 | 0.10 | 26.50 |

**06/20/03**

| | | | |
|---|---|---|---|
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | prepare weekly recommendation memo | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/19/03 | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |

06/22/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on June 19, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 16,2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 16, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on for June 9th to 16th in the adversary matters | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 17, 2003 | 0.10 | 27.50 |

06/23/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review memo re: Zonolite to committee | 0.10 | 29.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 20, 2003 to June 22, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed 6/20/03 through 6/22/03 | 0.10 | 26.50 |

06/24/03

|  |  |  |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Meeting regarding upcoming motions and deadlines | 0.20 | 55.00 |

```
                                                    Page: 7
                                                    06/30/2003
W.R. Grace                            ACCOUNT NO: 3000-07D
                                      STATEMENT NO:     25
Committee, Creditors, Noteholders, Equity Holders
```

```
                                          HOURS
    MRE Review of weekly recommendation
        memorandum                         0.20     55.00
    MTH Preparation for meeting with MRE (.1) and
        meeting with MRE re case status, pending
        motions and issues (.2)            0.30     79.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/23/03         0.10     26.50

06/25/03
    DEM preparation and distribution of daily
        memo                               0.30     28.50
    DEM prepare weekly recommendation memo 0.20     19.00
    MAL Organization and distribution of daily
        pleadings                          0.10      9.50
    DEM Retrieval of document (D.I. 3953);
        drafting of e-mail to Mike Berkin
        attaching same.                    0.10      9.50
    MTH prepare weekly recommendation memo 0.30     79.50
    MRE Review of memorandum summarizing
        pleadings filed on June 24, 2003   0.10     27.50
    MRE Review of memorandum summarizing
        pleadings filed on June 23, 2003   0.10     27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/24/03         0.10     26.50

06/26/03
    DEM preparation and distribution of daily
        memo                               0.30     28.50
    MAL Organization and distribution of daily
        pleadings                          0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed on June 25, 2003   0.10     27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/25/03         0.10     26.50

06/27/03
    PEM Review weekly recommendation memo to
        committee re: pending motions      0.30     87.00
    MRE Review of memorandum summarizing
        pleadings filed on June 27, 2003   0.10     27.50
    MTH Correspondence to Committee Members re
        weekly recommendation memo         0.20     53.00
    MTH Prepare weekly recommendation memo. 0.80   212.00
    MAL Organization and distribution of daily
        pleadings.                         0.10      9.50
```

```
                                                      Page: 8
W.R. Grace                                          06/30/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
    MAL Attention to document organization      0.30     28.50
    MRE Review of memorandum summarizing
        pleadings filed on June 27, 2003.       0.10     27.50
    DEM preparation and distribution of daily
        memo                                    0.30     28.50
    DEM prepare weekly recommendation memo      0.20     19.00

06/30/03
    MAL Organize and distribute daily pleadings 0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed on June 27, 2003        0.10     27.50
    DAC Review counsel's weekly recommendation
        memo                                    0.20     70.00
    MTH Review of memorandum summarizing
        pleadings filed on 6/26/03.             0.10     26.50
    MTH Prepare weekly recommendation memo.     0.20     53.00
    MTH Reviewing various Orders recently
        entered.                                0.10     26.50
    MTH Review of memorandum summarizing
        pleadings filed from 6/27/03 through
        6/29/03.                                0.10     26.50
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                     0.10      9.50
    DEM Update Attorney Binder - Weekly
        Recommendation Memo                     0.30     28.50
    MRE Review of memorandum summarizing
        pleadings filed on June 27, 2003.       0.10     27.50
                                               -----   --------
    FOR CURRENT SERVICES RENDERED              25.90  4,874.50

                        RECAPITULATION
TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
Douglas A. Campbell          1.00    $350.00    $350.00
Philip E. Milch              1.00     290.00     290.00
Mark T. Hurford              7.00     265.00   1,855.00
Marla R. Eskin               4.30     275.00   1,182.50
Margaret A. Landis           2.60      95.00     247.00
Diane E. Massey             10.00      95.00     950.00


    TOTAL CURRENT WORK                          4,874.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)     -3,034.40
```

```
                                                            Page: 9
W.R. Grace                                               06/30/2003
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders



        BALANCE DUE                              $15,937.30
                                                 ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310




                                                          Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      24


    Employee Benefits/Pension




        PREVIOUS BALANCE                                -$332.60



                                          HOURS
06/24/03
        MTH Reviewing Debtors' Motion to
            authorization to make pension plan
            contributions.                     0.50      132.50
        MRE Meeting with MTH regarding pension motion  0.10     27.50
        MTH telephone conference with M. Berkin re
            Pension Plan Contribution Motion, contact
            with Blackstone, thoughts re same.  0.20     53.00
        MTH Correspondence to M. Berkin re Pension
            Plan Motion, facts and thoughts re same.  0.30     79.50
        MRE Review of e-mail from MTH to M. Berkin
            regarding pension contribution motion  0.10     27.50
        MTH Meeting with MRE re Pension Plan Motion,
            discussion with MRE re same.        0.10     26.50

06/25/03
        MTH Discussion with DEM re affidavit re
            Pension Plan Motion (.1) and reviewing
            correspondence from DEM re same (.1)  0.20     53.00
        MTH Reviewing Affidavit of W. McGowan re
            Pension Plan Contributions.          0.30     79.50
        KJC Discussion with MTH re pension plan  0.20     30.00
        KJC Research re pension plan             0.10     15.00
        MTH Discussion with KJC re analysis of
            pension plan motion.                 0.20     53.00
        MTH Drafting correspondence to M. Berkin re
            analysis and issues/questions with the
            Pension Plan Motion.                 1.70     450.50
        MTH Discussion with KJC (follow-up) re
            Pension Plan Motion, contact from JWD.  0.10     26.50
        KJC Further discussion with MTH re pension
            plan                                 0.10     15.00
```

```
                                                          Page: 2
W.R. Grace                                              06/30/2003
                                           ACCOUNT NO: 3000-08D
                                           STATEMENT NO:      24
Employee Benefits/Pension
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing correspondence from JWD re Pension Plan Motion. | 0.20 | 53.00 |
| MRE | Review of Affidavit regarding Order Authorizing Pension Contributions | 0.10 | 27.50 |
| MRE | Review of Motion for Order Authorizing Debtor to Make Contributions to Benefits Plan | 0.20 | 55.00 |

**06/26/03**

|  |  |  |  |
|---|---|---|---|
| MRE | Meeting with MTH regarding pension matter | 0.10 | 27.50 |
| MTH | Meeting with MRE re pension plan issues. | 0.10 | 26.50 |
| MTH | telephone conference with JWD re potential actuarial expert. | 0.10 | 26.50 |
| MTH | Correspondence to M. Berkin re contact with JWD re Pension Plan Motion. | 0.20 | 53.00 |
| MRE | Review of e-mails from MTH and JWD regarding pension plan | 0.20 | 55.00 |

**06/27/03**

|  |  |  |  |
|---|---|---|---|
| MTH | Telephone conference with M. Berkin re pension plan motion. | 0.20 | 53.00 |
| MTH | Correspondence to PVNL and JWD re contact with M. Berkin and Debtors re Pension Plan Motion. | 0.30 | 79.50 |

**06/30/03**

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing correspondence from M. Berkin re conference call re Pension Plan Motion. | 0.10 | 26.50 |

```
                                                ----   --------
         FOR CURRENT SERVICES RENDERED          6.00  1,552.00
```

```
                            RECAPITULATION
   TIMEKEEPER                       HOURS HOURLY RATE       TOTAL
   Mark T. Hurford                   4.80    $265.00   $1,272.00
   Marla R. Eskin                    0.80     275.00      220.00
   Kathleen J. Campbell              0.40     150.00       60.00


         TOTAL CURRENT WORK                              1,552.00


         BALANCE DUE                                    $1,219.40
                                                        =========
```

```
                                                         Page: 3
W.R. Grace                                             06/30/2003
                                          ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      24

Employee Benefits/Pension
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                06/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-10D
                                          STATEMENT NO:      25

Employment Applications, Others



PREVIOUS BALANCE                                      $1,543.00



06/23/03 Payment - Thank you. (March, 2003 - 80%)        -196.80


BALANCE DUE                                           $1,346.20
                                                      =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    06/30/2003
Wilmington  DE                    ACCOUNT NO: 3000-11D
                                  STATEMENT NO:      23


Expenses



      PREVIOUS BALANCE                        $2,404.66



06/03/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 6/02/03 (fee applications)      174.85
06/04/03 FAX to Peter Lockwood                         5.00
06/04/03 FAX to Doug Campbell                          5.00
06/04/03 FAX to Robert Spohn                           5.00
06/04/03 FAX to Elyssa Strug                           5.00
06/05/03 Photocopying - 2 copies 9 pages (memo re:
         financial acceptance)                         1.80
06/05/03 FAX to Walter B. Slocombe, Esq.               6.00
06/05/03 FAX to Peter Lockwood                         6.00
06/07/03 Parcels, Inc. to Campbell & Levine, case no.
         01-3805- 5/29/03 opinion (split between two
         cases) on 6/6/03                             77.25
06/13/03 FAX to Peter Lockwood with Daily Memo         4.00
06/13/03 FAX to Doug Campbell with Daily Memo          4.00
06/13/03 FAX to Robert Spohn with Daily Memo           4.00
06/13/03 FAX to Elyssa Strug with Daily Memo           4.00
06/16/03 AT&T Long Distance Phone Calls               36.23
06/17/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 6/16/03 (notice of
         name change)                                297.25
06/17/03 Letter to J. Port of WR Grace                 0.37
06/24/03 FAX to Peter Lockwood with daily memo         5.00
06/24/03 FAX to Doug Campbell with daily memo          5.00
06/24/03 FAX to Robert Spohn with daily memo           5.00
06/24/03 FAX to Elyssa Strug with daily memo           5.00
06/25/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 6/24/03 (April fee
         application)                                 62.97
06/30/03 Pacer charges for the month of May          106.33
06/30/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 6/27/03 (CNO: April fee applications)   41.08

```
                                            Page: 2
W.R. Grace                               06/30/2003
                             ACCOUNT NO: 3000-11D
                             STATEMENT NO:      23

Expenses




                                            ------
     TOTAL EXPENSES                         866.13

     TOTAL CURRENT WORK                     866.13



06/23/03 Payment - Thank you. (March, 2003 - 100%)      -699.16


     BALANCE DUE                         $2,571.63
                                         =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      23


Fee Applications, Applicant



PREVIOUS BALANCE                                 $4,765.00



                                        HOURS
06/02/03
    AFM  Review and sign fee application for
         Campbell & Levine (Monthly - April)      0.30      60.00

06/03/03
    LMP  Electronic filing of Campbell & Levine's
         April Monthly Fee Application            0.20      19.00

06/04/03
    PEM  Review pre-bills re: Pittsburgh time     0.20      58.00

06/12/03
    LMP  Updated and made revisions to the  Fee
         Application payment chart regarding WR
         Grace payments                           0.30      28.50

06/13/03
    MTH  Review pre-bill                          0.50     132.50

06/18/03
    MRE  Review of pre-bill                       0.50     137.50
    MTH  Meeting with MRE re: monthly pre-bill,
         codes.                                   0.10      26.50

06/19/03
    LMP  Reviewed Email from D. Seitz containing
         Campbell & Levine's May billing(.1);
         Drafted C&L May Fee Application (.5)      0.60      57.00

06/24/03
    LMP  Searched docket for Objection to Campbell
         & Levine's April Fee Application (.1);

```
                                                    Page: 2
    W.R. Grace                                   06/30/2003
                                     ACCOUNT NO: 3000-12D
                                     STATEMENT NO:      23

    Fee Applications, Applicant
```

```
                                          HOURS
         Drafted CNO re same (.2); Electronic
         filing of CNO (.2)                   0.50      47.50
    AFM  Review and sign CNO for Campbell & Levine
         (Monthly - April)                    0.20      40.00

06/26/03
    LMP  Drafted Campbell & Levine's Certificate
         of No Objection re: 8th Interim Fee
         Application                          0.20      19.00

06/27/03
    PEM  Revise June prebill to date re: PGH time   0.20      58.00
    AFM  Review and sign CNO for Campbell & Levine
         (Interim Fee Application - January
         through March)                       0.20      40.00

06/30/03
    AFM  Review Fee Auditor's Report for Campbell
         & Levine (Eighth Interim)            0.20      40.00
    MTH  Reviewing Fee Auditor's Report re
         Campbell & Levine.                    0.10      26.50
    MRE  Review of final fee auditor report for
         C&L.                                  0.10      27.50
                                             ----    ------
         FOR CURRENT SERVICES RENDERED        4.40     817.50

                      RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Philip E. Milch             0.40  $290.00       $116.00
    Aileen F. Maguire           0.90   200.00        180.00
    Mark T. Hurford             0.70   265.00        185.50
    Marla R. Eskin              0.60   275.00        165.00
    Lauren M. Przybylek         1.80    95.00        171.00


    TOTAL CURRENT WORK                                817.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)   -1,050.80


    BALANCE DUE                                    $4,531.70
                                                  =========
```

W.R. Grace

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      10


Fee Applications, Others




        PREVIOUS BALANCE                               $9,119.90




                                             HOURS
06/02/03
     AFM Review and sign fee application for
         Caplin & Drysdale (Monthly - April)    0.30      60.00
     AFM Review and sign fee application for L.
         Tersigni (Monthly - April)             0.30      60.00

06/03/03
     LMP Electronic filing of Caplin & Drysdale's
         April Monthly Fee Application          0.20      19.00
     LMP Electronic filing of L. Tersigni's April
         Monthly Fee Application                0.20      19.00

06/06/03
     LMP Reviewed March Fee Application of Lukins
         & Annis (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                0.20     19.00
     LMP Reviewed April Fee Application of FTI
         Policano & Manzo (.1); Updated WR Grace
         Weekly Recommendation Memo (.1)         0.20     19.00
     LMP Reviewed April Fee Application of Stroock
         Stroock & Lavan (.1); Updated WR Grace
         Weekly Recommendation Memo (.1)         0.20     19.00
     LMP Reviewed Eighth Interim Fee Application
         of Richardson Patrick Westbrook &
         Brickman (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                0.20     19.00
     LMP Reviewed Third Interim Fee Application of
         Elzufon Austin Reardon Tarlov & Mondell
         (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                0.20     19.00
     LMP Reviewed Third Interim Fee Application of
         Lukins & Annis (.1); Updated WR Grace

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed January through March Fee Application of Pitney Hardin Kipp & Szuch (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Carlla Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Woodcock Washburn (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Kirkland & Ellis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Kramer Levin Naftalis & Frankel (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Eleventh Interim Application of the Official Committee of PD Claimants (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Reed Smith (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Holme Roberts & Owen (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Warren H. Smith & Associates (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/10/03

|  |  |  |  |
|---|---|---|---|
| LMP | Telephone call to WR Grace Legal Department regarding an unpaid monthly and holdback payment for Caplin & Drysdale (.1); Email to A. Katznelson of C&D regarding payment information (.1) | 0.20 | 19.00 |
| LMP | Electronic filing of Caplin & Drysdale's Third Interim Fee Application | 0.20 | 19.00 |
| LMP | Electronic filing of Campbell & Levine's First Interim Fee Application | 0.20 | 19.00 |

06/11/03

    LMP Searched case docket for Omnibus Order

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | approving Interim Fee Applications (.1); Created binder re Fee Interim Application Orders (.2) | 0.30 | 28.50 |
| LMP | Reviewed April Fee Application of Kirkland & Ellis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Warren H. Smith & Associates (.1); Updated Kaiser Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| MTH | Reviewing correspondence from MRE re: next hearing, fee issues (.1); discussion with MRE re: same (.1) | 0.20 | 53.00 |

06/12/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed Interim Fee Application of Carella Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Conway, Del Genio, Gries & Co (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/17/03

|  |  |  |  |
|---|---|---|---|
| LMP | Call to Legal Services Dept of WR Grace regarding December 2002 payment for Monthly Fee Application re: unpaid balance | 0.10 | 9.50 |
| LMP | Ltr to J. Port of WR Grace regarding Caplin & Drysdale CNO filed on 2/25/03 [docket no. 3426] | 0.20 | 19.00 |
| MRE | Review of e-mail from R. Tobin regarding fee applications | 0.10 | 27.50 |
| MRE | Review of fee auditor order and drafting e-mail to C&D regarding fee application hearing | 0.30 | 82.50 |
| MRE | Review of e-mail from EI and response regarding fee application hearing | 0.20 | 55.00 |

06/18/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed Conway Del Genio, Gries & Co. Monthly Fee Application (.1); Updated Kaiser Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Conway Del Genio, Gries & Co. Interim Fee Application for January | | |

```
                                                    Page: 4
W.R. Grace                                        06/30/2003
                                      ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      10

Fee Applications, Others




                                      HOURS
        through March (.1); Updated Kaiser Weekly
        Recommendation Memo (.1)              0.20      19.00
   LMP  Reviewed PSZYJ&W March Fee Application
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)              0.20      19.00

06/19/03
   LMP  Reviewed Interim Fee Application of
        Wachtell, Lipton, Rosen & Katz (.1);
        Updated Wr Grace Weekly Recommendation
        Memo (.1)                             0.20      19.00
   LMP  Reviewed Interim Fee Application of
        Woodcock Washburn (.1); Updated Wr Grace
        Weekly Recommendation Memo (.1         0.20      19.00
   LMP  Reviewed Seventh Monthly Fee Application
        of Wachtell, Lipton, Rosen & Katz (.1);
        Updated Wr Grace Weekly Recommendation
        Memo (.1                              0.20      19.00
   LMP  Reviewed April Monthly Fee Application of
        Pitney Hardin Kipp & Szuch (.1); Updated
        Wr Grace Weekly Recommendation Memo (.1  0.20    19.00
   LMP  Reviewed April Monthly Fee Application of
        Wallace King Marraro & Branson (.1);
        Updated Wr Grace Weekly Recommendation
        Memo (.1                              0.20      19.00
   LMP  Reviewed Interim Fee Application of
        Bilzin Sumberg Baena Price & Axelrod
        (.1); Updated Wr Grace Weekly
        Recommendation Memo (.1               0.20      19.00
   LMP  Reviewed Interim Fee Application of
        Hamilton Ravinovitz & Alschuler (.1);
        Updated Wr Grace Weekly Recommendation
        Memo (.1                              0.20      19.00
   LMP  Reviewed May Fee Application of Holme
        Roberts & Owen (.1); Updated Wr Grace
        Weekly Recommendation Memo (.1         0.20      19.00

06/20/03
   LMP  Reviewed March Monthly Fee Application of
        Duane Morris LLP (.1); Updated Wr Grace
        Weekly Recommendation Memo (.1)        0.20      19.00
   LMP  Reviewed April Monthly Fee Application of
        Duane Morris LLP (.1); Updated Wr Grace
        Weekly Recommendation Memo (.1)        0.20      19.00
   LMP  Email correspondence with D. Relles
```

W.R. Grace                                                  06/30/2003
                                              ACCOUNT NO: 3000-13D
                                              STATEMENT NO:      10

Fee Applications, Others


                                              HOURS
        regarding updated payment information
        relating to Monthly and holdback payments    0.10      9.50
    LMP Reviewed email from D. Relles regarding
        April through May Billing and updated
        payments (.2); Drafted Wr Grace Monthly
        Fee Application (.3)                          0.50     47.50

06/23/03
    LMP Email correspondence with D. Relles
        regarding Legal Analysis Systems
        September and October 2002 fee
        applications and payment information         0.10      9.50
    MRE Review of e-mail from S. Bossay regarding
        committee expense applications and
        drafting e-mail to LPM and AFM regarding
        same                                          0.10     27.50
    MRE Review of e-mail from AFM to S. Bossay
        regarding committee expenses                 0.10     27.50

06/24/03
    LMP Searched docket for Objection to Caplin &
        Drysdale's April Fee Application (.1);
        Drafted CNO re same (.2); Electronic
        filing of CNO (.2)                            0.50     47.50
    LMP Searched docket for Objection to L
        Tersigni's April Fee Application (.1);
        Drafted CNO re same (.2); Electronic
        filing of CNO (.2)                            0.50     47.50
    AFM Review and sign CNO for Caplin & Drysdale
        (Monthly - April)                             0.20     40.00
    AFM Review and sign CNO for L. Tersigni
        (Monthly - April)                             0.20     40.00

06/26/03
    LMP Reviewed Interim Fee Application
        (Jan-March) of PSZYJ&W (.1); Updated WR
        Grace Weekly Recommendation Memo (.1)         0.20     19.00
    LMP Reviewed Interim Fee Application
        (Jan-March) of Warren H. Smith &
        Associates  (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                      0.20     19.00
    LMP Reviewed Interim Fee Application
        (Jan-March) of Duane Morris (.1); Updated
        WR Grace Weekly Recommendation Memo (.1)      0.20     19.00
    LMP Drafted Caplin & Drysdale's Certificate

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | of No Objection re: 8th Interim Fee Application | 0.20 | 19.00 |
| LMP | Drafted L Tersigni Consulting Certificate of No Objection re: 8th Interim Fee Application | 0.20 | 19.00 |
| LMP | Drafted Legal Analysis Systems Certificate of No Objection re: 8th Interim Fee Application | 0.20 | 19.00 |

06/27/03

|  |  | HOURS |  |
|---|---|---|---|
| AFM | Review and sign CNO for LAS (Interim Fee Application - January through March) | 0.20 | 40.00 |
| AFM | Review and sign CNO for L. Tersigni (Interim Fee Application - January through March) | 0.20 | 40.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Interim Fee Application - January through March) | 0.20 | 40.00 |

06/30/03

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Telephone conference with E. Strug re J. Wolin order re fees (.1) and e-mail re same (.1) | 0.20 | 53.00 |
| MRE | E-mail with C&D re: Zonolite budget | 0.20 | 55.00 |

```
                                            -----   --------
        FOR CURRENT SERVICES RENDERED       13.90   1,736.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 1.60 | $200.00 | $320.00 |
| Mark T. Hurford | 0.40 | 265.00 | 106.00 |
| Marla R. Eskin | 1.00 | 275.00 | 275.00 |
| Lauren M. Przybylek | 10.90 | 95.00 | 1,035.50 |

```
        TOTAL CURRENT WORK                          1,736.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)    -2,554.80


        BALANCE DUE                                 $8,301.60
                                                    =========
```

```
                                                    Page:  7
W.R. Grace                                        06/30/2003
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      10

Fee Applications, Others
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310
```

```
                                              Page: 1
     W.R. Grace                              06/30/2003
     Wilmington  DE                ACCOUNT NO: 3000-14D
                                  STATEMENT NO:      23

     Financing



     PREVIOUS BALANCE                          $499.70



06/23/03 Payment - Thank you. (March, 2003 - 80%)       -296.80


     BALANCE DUE                               $202.90
                                               =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      25

Hearings

PREVIOUS BALANCE                                  $6,887.55

                                          HOURS
06/11/03
      MTH Reviewing portion of Hearing Transcript.    0.20    53.00
      MTH Reviewing correspondence from MRE re:
          June Hearing and fee issues.                0.10    26.50
      MTH Reviewing Agenda for June 2003 Hearing.     0.20    53.00

06/12/03
      DEM Preparation of attorney binder for
          omnibus hearing                             0.30    28.50
      MTH Reviewing correspondence from PVNL re:
          attendance at the hearing.                  0.10    26.50

06/13/03
      MTH Reviewing Amended Agenda.                   0.10    26.50
      MTH Reviewing second Amended Agenda.            0.10    26.50

06/17/03
      MRE Attendance at omnibus hearing               0.50   137.50
      AFM Email from MRE re: Fee Application
          Hearing and Warren Smith Fee Application    0.20    40.00
      AFM Email from R. Tobin re: Fee Application
          Hearing                                     0.10    20.00

06/18/03
      DAC Review memo re: 6/17 hearing                0.10    35.00
                                                      ----   ------
          FOR CURRENT SERVICES RENDERED               2.00   473.00

                        RECAPITULATION
      TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell         0.10    $350.00     $35.00
      Aileen F. Maguire           0.30     200.00      60.00

```
                                                     Page: 2
     W.R. Grace                                   06/30/2003
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:       25
     Hearings
```

```
     Mark T. Hurford                 0.80     265.00     212.00
     Marla R. Eskin                  0.50     275.00     137.50
     Diane E. Massey                 0.30      95.00      28.50


        TOTAL CURRENT WORK                                473.00


06/23/03 Payment - Thank you. (March, 2003 - 80%)        -626.80


        BALANCE DUE                                   $6,733.75
                                                      =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                         06/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-16D
                                         STATEMENT NO:      10

Litigation and Litigation Consulting



PREVIOUS BALANCE                                  -$667.80



                                          HOURS
06/02/03
    AFM Review and edit memo re: Third Circuit
        Court of Appeals decision (Cybergenics)    2.50      500.00
    PEM Review Cybergenics summary memo and
        revise same                                0.10       29.00

06/03/03
    AFM Edit and finalize memo re: Cybergenics
        decision (Third Circuit)                   0.30       60.00
    AFM Continue edits to memo re: Third Circuit
        Cybergenics decision                       0.40       80.00
    AFM Email to N. Finch re: Third Circuit
        Cybergenics decision                       0.10       20.00
    AFM Telephone Conference with M. Eskin re:
        edits to Third Circuit Cybergenics memo    0.20       40.00
    MRE Review and revisions to Cybergenics memo   0.30       82.50

06/04/03
    MRE Review of final Cybergenics decision       0.10       27.50
    MRE Review of memo summarizing pleadings
        regarding adversary matters                0.10       27.50

06/08/03
    MRE Review of letter from Debtor to Judge
        Wolin regarding Fresenius settlement       0.10       27.50

06/09/03
    MRE Review of memo summarizing pleadings
        filed in adversary matters for May 30,
        2003 through June 8, 2003                  0.10       27.50

```
                                                    Page: 2
W.R. Grace                                        06/30/2003
                                       ACCOUNT NO: 3000-16D
                                       STATEMENT NO:      10

Litigation and Litigation Consulting
```

|  |  | HOURS |  |
|---|---|---|---|
| **06/11/03** | | | |
| AFM | Meeting w/ LMP and MRE re: Fee Application Hearing issues | 0.30 | 60.00 |
| **06/16/03** | | | |
| MRE | Preparation for hearing | 0.50 | 137.50 |
| **06/17/03** | | | |
| MRE | Review of e-mail from KJC regarding adversaries | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding omnibus hearing | 0.20 | 55.00 |
| MRE | Drafting of memo to the Committee regarding June 17, 2003 hearing | 0.60 | 165.00 |
| **06/25/03** | | | |
| MRE | Review of Motion for Order to Extend Period in Which Debtor's May Remove Actions | 0.10 | 27.50 |
| **06/27/03** | | | |
| MTH | Reviewing Debtors' Motion for an Order extending the time for Debtors to Remove Actions. | 0.30 | 79.50 |
| MRE | Review of e-mail from MTH regarding ZAI trial. | 0.10 | 27.50 |
| MRE | Further review of motion to exceed ZAI trial budget and drafting e-mail to C&D regarding same | 0.30 | 82.50 |
| MRE | Review of e-mail from PVNL regarding ZAI trial. | 0.10 | 27.50 |
| | | ---- | -------- |
| | FOR CURRENT SERVICES RENDERED | 6.90 | 1,611.00 |

```
                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Philip E. Milch                0.10    $290.00     $29.00
Aileen F. Maguire              3.80     200.00     760.00
Mark T. Hurford                0.30     265.00      79.50
Marla R. Eskin                 2.70     275.00     742.50


     TOTAL CURRENT WORK                           1,611.00
```

```
                                                   Page: 3
W.R. Grace                                       06/30/2003
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      10

Litigation and Litigation Consulting




       BALANCE DUE                                 $943.20
                                                   =======
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      10

Plan and Disclosure Statement



    PREVIOUS BALANCE                                    $240.10



06/23/03 Payment - Thank you. (March, 2003 - 80%)        -46.40


    BALANCE DUE                                         $193.70
                                                        =======



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      10


Relief from Stay Proceedings




    PREVIOUS BALANCE                                     $386.80


                                          HOURS
06/23/03
    MRE Review of Motion of Costa for Relief from
        Stay                              0.10      27.50

06/27/03
    MTH Reviewing Motion for Stay Relief of Costa
        and Thornburg.                    0.40     106.00
                                          ----    ------
        FOR CURRENT SERVICES RENDERED     0.50     133.50

                      RECAPITULATION
    TIMEKEEPER                HOURS HOURLY RATE      TOTAL
    Mark T. Hurford           0.40    $265.00     $106.00
    Marla R. Eskin            0.10     275.00       27.50


    TOTAL CURRENT WORK                               133.50


    BALANCE DUE                                     $520.30
                                                    =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                  Page: 1
W.R. Grace                                        06/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-20D
                                       STATEMENT NO:      9


Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:        6

Travel-Non-Working


    PREVIOUS BALANCE                                      $52.20


    BALANCE DUE                                           $52.20
                                                          ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      14

Valuation


    PREVIOUS BALANCE                            $1,226.50


    BALANCE DUE                                 $1,226.50
                                                =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               06/30/2003
Wilmington  DE                             ACCOUNT NO: 3000-23D
                                           STATEMENT NO:      14


ZAI Science Trial



        PREVIOUS BALANCE                              $1,235.40



                                             HOURS
06/16/03
      MTH Meeting with MRE re comments by Judge
          Fitzgerald re ZAI Science Trial, history
          of matter.                          0.20    53.00

06/23/03
      MTH Reviewing correspondence from EI re ZAI
          Science Trial, order by Judge Wolin.  0.10    26.50
      MTH Reviewing correspondence from MRE re
          Judge Wolin Order re ZAI (.1) and
          discussion with DEM re same (.1).     0.20    53.00
      MTH Correspondence to MRE re Order re ZAI
          Science Trial (and reviewing response to
          same).                               0.10    26.50
      MTH Reviewing correspondence from DEM re ZAI
          order from Judge Wolin.               0.10    26.50
      MRE Review of e-mail from MTH regarding
          Zonolite matter                       0.10    27.50

06/26/03
      MTH Reviewing correspondence from Restivo and
          Westbrook to JKF re settlement
          facilitator.                          0.10    26.50
      MRE Review of Joint Motion of Debtors to
          Increase Budge for ZAI Trial          0.10    27.50

06/27/03
      MTH Reviewing correspondence from MRE and
          response to same re Motion re ZAI Science
          Trial budget.                         0.20    53.00

```
                                                        Page: 2
        W.R. Grace                                    06/30/2003
                                            ACCOUNT NO: 3000-23D
                                            STATEMENT NO:      14

        ZAI Science Trial
```

```
                                               HOURS
06/30/03
        MTH Reviewing correspondence from MRE and
            PVNL re ZAI Science Trial Budget Motion.    0.10     26.50
        MTH Reviewing correspondence from EI re ZAI
            Science trial.                              0.10     26.50
                                                        ----    ------
            FOR CURRENT SERVICES RENDERED               1.40    373.00
                         RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
        Mark T. Hurford               1.20    $265.00    $318.00
        Marla R. Eskin                0.20     275.00      55.00


            TOTAL CURRENT WORK                           373.00


            BALANCE DUE                               $1,608.40
                                                      =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            06/30/2003
Wilmington  DE                        ACCOUNT NO     3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,524.90 | 27.50 | 0.00 | 0.00 | -63.60 | $5,488.80 |
| 3000-02 Asset Disposition | | | | | |
| 580.90 | 212.00 | 0.00 | 0.00 | -63.60 | $729.30 |
| 3000-03 Business Operations | | | | | |
| 176.10 | 328.00 | 0.00 | 0.00 | -21.20 | $482.90 |
| 3000-04 Case Administration | | | | | |
| 1,292.70 | 374.50 | 0.00 | 0.00 | -372.80 | $1,294.40 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,108.30 | 0.00 | 0.00 | 0.00 | -1,045.60 | $2,062.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -196.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$196.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,097.20 | 4,874.50 | 0.00 | 0.00 | -3,034.40 | $15,937.30 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -332.60 | 1,552.00 | 0.00 | 0.00 | 0.00 | $1,219.40 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,543.00 | 0.00 | 0.00 | 0.00 | -196.80 | $1,346.20 |
| 3000-11 Expenses | | | | | |
| 2,404.66 | 0.00 | 866.13 | 0.00 | -699.16 | $2,571.63 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,765.00 | 817.50 | 0.00 | 0.00 | -1,050.80 | $4,531.70 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 9,119.90 | 1,736.50 | 0.00 | 0.00 | -2,554.80 | $8,301.60 |
| 3000-14 Financing | | | | | |
| 499.70 | 0.00 | 0.00 | 0.00 | -296.80 | $202.90 |
| 3000-15 Hearings | | | | | |
| 6,887.55 | 473.00 | 0.00 | 0.00 | -626.80 | $6,733.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -667.80 | 1,611.00 | 0.00 | 0.00 | 0.00 | $943.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | -46.40 | $193.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 386.80 | 133.50 | 0.00 | 0.00 | 0.00 | $520.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,235.40 | 373.00 | 0.00 | 0.00 | 0.00 | $1,608.40 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 51,869.80 | 12,513.00 | 866.13 | 0.00 | -10,072.76 | $55,176.17 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.