

366 Greif Parkway
Delaware, OH 43015
740-657-6900
Fax: 740-657-6591
www.greif.com

July 24, 2003

United States Bankruptcy Court
District of Delaware
834 Market Street
Wilmington, DE 19801

Re: W. R. Grace & Co., et al.,
    #01-01139 (JKF)

Dear Sir/Madam:

Please note the address of record for the above referenced bankruptcy should be as follows:

>   Greif, Inc.
>   Attn: Credit Department
>   366 Greif Parkway
>   Delaware, OH 43015

Please send all pertinent information to this address. Thank you for your assistance in this matter.

Sincerely,


Janet R. Butler
Credit Department