IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 25, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**SUMMARY OF TWENTY-FIFTH MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2003 through May 31, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $3,809.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $558.74 |

This is a:   X   monthly _____ interim _____ final application

**Prior Monthly Applications:**

|                        |                      | Requested     |            | Authorized                    |            |
| ---------------------- | -------------------- | ------------- | ---------- | ----------------------------- | ---------- |
| Date Filed/ Docket No. | Period Covered       | Fees          | Expenses   | Fees                          | Expenses   |
| 7/10/01 #577           | 4/18/01- 4/30/01     | $1,476.00     | $26.00     | $1,173.60 (80% of $1,476.00)  | $26.00     |
| 7/10/01 #578           | 5/1/01- 5/31/01      | $6,276.50     | $2,708.31  | $5,021.20 (80% of $6,276.50)  | $2,708.31  |
| 7/30/01 #768           | 6/1/01- 6/30/01      | $11,251.00    | $1,643.75  | $9,000.80 (80% of $11,251.00) | $1,643.75  |
| 09/05/01 #879          | 7/1/01 - 07/31/01    | $11,833.00    | $2,538.98  | $9,466.40 (80% of $11,833.00) | $2,538.98  |
| 10/01/01 #979          | 08/01/01 - 08/31/01  | $6,068.00     | $1,391.31  | $4,854.40 (80% of $6,068.00)  | $1,391.31  |
| 10/30/01 #1039         | 09/01/01 - 09/30/01  | $6,048.00     | $2,258.87  | $4,838.40 (80% of $6,048.00)  | $2,258.87  |
| 01/02/02 #1436         | 10/01/01 - 11/30/01  | $16,325.00    | $4,495.30  | $13,060.00 (80% of $16,325.00)| $4,495.30  |
| 01/21/02 #1533         | 12/01/01- 12/31/01   | $4,689.00     | $885.80    | $3,751.20 (80% of $4,689.00)  | $885.80    |
| 03/07/02 #1773         | 01/01/02- 01/31/02   | $6,980.00     | $1,280.38  | $5,584.00 (80% of $6,980.00)  | $1,280.38  |
| 05/01/02 #2000         | 02/01/02- 02/28/02   | $6,306.00     | $2,071.17  | $5,044.80 (80% of $6,306.00)  | $2,071.17  |
| 05/01/02 #2001         | 03/01/02- 03/31/02   | $9,438.00     | $6,070.08  | $7,550.40 (80% of $9,438.00)  | $6,070.08  |
| 06/28/02 #2295         | 04/01/02- 04/30/02   | $8,470.50     | $5,198.73  | $6,776.40 (80% of $8,470.50)  | $5,198.73  |
| 07/03/02 #2326         | 05/01/02- 05/31/02   | $11,446.00    | $1,098.56  | $9,156.80 (80% of $11,446.00) | $1,098.56  |
| 09/12/02 #2678         | 06/01/02- 06/30/02   | $6,196.50     | $4,697.48  | $4,957.20 (80% of $6,196.50)  | $4,697.48  |
| 10/09/02 #2792         | 07/01/02- 07/31/02   | $4,837.50     | $1,939.53  | $3,870.00 (80% of $4,837.50)  | $1,939.53  |

| | | | | | |
|---|---|---|---|---|---|
| 11/04/02 #2923 | 08/01/02-08/31/02 | $5,697.00 | $1,229.39 | $4,557.60 (80% of $5,697.00) | $1,229.39 |
| 11/27/02 #3078 | 09/01/02-09/30/02 | $10,017.00 | $4,957.00 | $8,013.60 (80% of $10,017.00 ) | $4,957.00 |
| 1/10/03 #3229 | 10/01/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 (80% of $5,531.00) | $1,235.50 |
| 1/14/03 #3243 | 11/01/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 (80% of $6,033.00) | $929.00 |
| 2/10/03 #3361 | 12/01/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 (80% of $1,927.00) | $1,348.26 |
| 3/14/03 #3513 | 01/01/03 - 01/31/03 | $3,704.00 | $897.83 | $2,963.20 (80% of $3,704.00) | $897.83 |
| 4/9/03 #3644 | 02/01/03 - 02/28/03 | $3,347.00 | $213.57 | $2,677.60 (80% of $3,347.00) | $213.57 |
| 5/14/03 #3786 | 03/01/03 - 03/31/03 | $4,519.00 | $1,599.16 | $3,615.20 (80% of $4,519.00) | $1,599.16 |
| 5/28/03 #3832 | 04/01/03 - 04/30/03 | $4,786.00 | $2,747.92 | $3,828.80 (80% of $4,786.00) | $2,747.92 |