## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                              June 1, 2003 - June 30, 2003

Inv #:             8528

**Attention:**

**RE:**    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration | 4.20 | 840.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 2.60 | 520.00 |
| B18 | Fee Applications, Others | 12.70 | 1,651.00 |
| B25 | Fee Applications, Applicant | 1.90 | 254.00 |
| B33 | ZAI Science Trial | 0.50 | 100.00 |
| B37 | Hearings | 1.50 | 300.00 |
| | **Total** | **23.40** | **$3,665.00** |
| | **Grand Total** | **23.40** | **$3,665.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 14.50 | 1,885.00 |
| Rick S. Miller | 200.00 | 1.40 | 280.00 |
| Theodore J. Tacconelli | 200.00 | 7.50 | 1,500.00 |
| **Total** | | **23.40** | **$3,665.00** |

### DISBURSEMENT SUMMARY

| CA | Expenses - | 1,172.19 |
|---|---|---:|
| | **Total Disbursements** | **$1,172.19** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-01-03 | *Case Administration* - Review pleading re: Holme Roberts April 2003 Fee Application | 0.10 | TJT |
| Jun-04-03 | *Case Administration* - Review pleading re: Warren Smith and Associates April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Certification of Counsel re: Seventh Interim Period Quarterly Fees | 0.20 | TJT |
|  | *Case Administration* - Review pleading re: Elzufon Austin Quarterly Fee Application January - March 2003 | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Richardson Patrick Quarterly Fee Application January - March 2003 | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Lukins Annis March 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Pitney Hardin Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| Jun-05-03 | *Case Administration* - Review debtors monthly operating report for April 2003 | 0.10 | TJT |
| Jun-07-03 | *Case Administration* - Review pleading re: L. Tersigni April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Caplin Drysdale April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Campbell Levine April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: FTI Policano April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Stroock April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Carella Byrne April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Reed Smith April 2003 Fee Application | 0.10 | TJT |
| Jun-08-03 | *Case Administration* - Review pleading re: Lukens Annis Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| Jun-09-03 | *Case Administration* - Review pleading re: Warren H. Smith & Associates May 2003 Fee Application | 0.10 | TJT |
| Jun-14-03 | *Case Administration* - Review pleading re: Certification of Counsel re: BSFS Equipment Leasing and Daleen claim settlement | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Carella Byrne Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| Jun-17-03 | *Case Administration* - Review pleading re: PSZY&J March 2003 Fee Application | 0.10 | TJT |
| Jun-21-03 | *Case Administration* - Review Pleading Wachtell Lipton Quarterly Fee Application Oct 2002-March 2003 | 0.10 | TJT |
|  | *Case Administration* - Review Pleading Woodcock & Washburn Quarterly Fee Application January - March 2003 | 0.10 | TJT |
|  | *Case Administration* - Duane Morris March 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Duane Morris April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Pitney Hardin April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Wallace King April 2003 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Wachtell Lipton April 2003 Fee Application | 0.10 | TJT |
| Jun-23-03 | *Case Administration* - Review pleading Costa/Thornberg Motion to Lift | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Stay | | |
| Jun-25-03 | *Case Administration* - Review Pleadings re: Debtor's Motion to Extend Time to Remove Actions | 0.10 | TJT |
| | *Case Administration* - Review Pleadings re: Motion of Summit Ventures to Compel Assumption of Executory Contract | 0.20 | TJT |
| | *Case Administration* - Review Pleading re: Debtor's Motion to Make Contribution to Defined Pension Plan | 0.20 | TJT |
| Jun-26-03 | *Case Administration* - Review pleading re: Affidavit of B. McGowen in Support to Debtors Motion to make Contribution to Defined Pension Plan | 0.10 | TJT |
| Jun-27-03 | *Case Administration* - Review pleading re: Request of A. Stein for Removal from Service List | 0.10 | TJT |
| Jun-28-03 | *Case Administration* - Review pleading re: PSZJ&W Quarterly Fee Application January-March 2003 | 0.10 | TJT |
| Jun-30-03 | *Case Administration* - Review pleading re: Holme Roberts May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris Quarterly Fee Application January-March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Kramer Levin May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney May 2003 Fee Application | 0.10 | TJT |
| Jun-05-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: weekly committee telephone conference canceled | 0.10 | TJT |
| Jun-12-03 | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.20 | RSM |
| Jun-17-03 | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: ZAI hearing | 0.60 | RSM |
| Jun-19-03 | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* - Telephone conference with committee | 0.60 | TJT |
| Jun-26-03 | *Committee, Creditors', Noteholders' or* -Telephone Conference with Committee | 0.50 | TJT |
| Jun-04-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: committee expense statement | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 22nd Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: Bilzin 22nd Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 11th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: HR&A 11th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 12th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: HR&A 12th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 13th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: HR&A 13th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize Committee 11th expense statement for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: Committee 11th expense statement | 0.20 | LLC |

| | | | |
|---|---|---:|---|
| | *Fee Applications, Others* - E-file and serve Bilzin 22nd Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve 11th HR&A Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve 12th HR&A Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve 13th HR&A Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve 11th Committee expense statement | 0.30 | LLC |
| Jun-11-03 | *Fee Applications, Others* - Finalize CDG 8th monthly Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize CDG 8th interim Fee Application for e-filing | 0.60 | LLC |
| | *Fee Applications, Others* - Prepare and finalize notice of 8th CDG monthly Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare and finalize notice of 8th CDG interim Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 8th monthly Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 8th interim Fee Application | 0.40 | LLC |
| Jun-18-03 | *Fee Applications, Others* - Finalize Bilzin 8th Quarterly Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 4th Quarterly Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 8th Quarterly Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve HR&A 4th Quarterly Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: Bilzin 8th quarterly Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: HR&A 4th quarterly Fee Application | 0.20 | LLC |
| Jun-23-03 | *Fee Applications, Others* - Return call to S. Jones re: Fee Application information | 0.10 | LLC |
| Jun-24-03 | *Fee Applications, Others* - Retrieve Fee Application information re: CDG response to fee auditor | 0.40 | LLC |
| Jun-25-03 | *Fee Applications, Others* Review docket re: objections to Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3872 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3873 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3874 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3875 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3876 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3872 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3873 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3874 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: | 0.30 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | docket no. 3875 | | |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3876 | 0.30 | LLC |
| | *Fee Applications, Others* - E-mail to S. Jones at CDG re: Fee Application information | 0.20 | LLC |
| Jun-08-03 | *Hearings* - Review 1/27/03 hearing transcript re: ZAI issues | 0.10 | TJT |
| | *Hearings* - Review 5/19/03 hearing transcript re: Unsecured Creditors Committees' Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| Jun-10-03 | *Hearings* - Review agenda for 6/17/03 hearing | 0.10 | TJT |
| Jun-13-03 | *Hearings* - Review correspondence re: e-mail from J. Sakalo re: 6/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to P. Galbraith re: dial-in information for 6/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 6/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: 6/17/03 hearing | 0.10 | TJT |
| Jun-14-03 | *Hearings* - Review Second Amended Agenda for 6/17/03 hearing | 0.10 | TJT |
| Jun-16-03 | *Hearings* - Telephone conference with S. Jones re: CDG's attendance at 6/17/03 hearing | 0.10 | TJT |
| Jun-17-03 | *Hearings* - Prepare for hearing | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 0.40 | TJT |
| Jun-09-03 | *Fee Applications, Applicant* - Review docket re: objections to Docket no. 3786 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: 3786 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file Certificate of No Objection re: docket no. 3786 | 0.30 | LLC |
| Jun-10-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 3811 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3811 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize; e-file and serve Certificate of No Objection re: docket no. 3811 | 0.40 | LLC |
| Jun-19-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 3832 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3832 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file Certificate of No Objection re: docket no. 507 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review fees auditors final report re: FJ&P Eighth Interim Period Quarterly Fee Application | 0.10 | TJT |
| Jun-17-03 | *ZAI Science Trial* - Review e-mail from J. Sakalo to committee re: withdraw of reference of ZAI litigation | 0.10 | TJT |
| Jun-25-03 | *ZAI Science Trial* - Download and review letter from ZIA Counsel to Judge Fitzgerald re: Settlement Facilitator | 0.10 | TJT |
| Jun-27-03 | *ZAI Science Trial* - Prepare e-mail to J. Saklo re: letter requesting Judge Fitzgerald's service as Settlement Facilitator | 0.10 | TJT |
| Jun-28-03 | *ZAI Science Trial* - Review pleading read Joint Motion of Debtors and ZAI Claimants to increase ZAI litigation budget | 0.20 | TJT |
| | Totals | 23.40 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jun-01-03 | *Expense* - Photocopy charge | 7.50 |
| Jun-04-03 | *Expense* - Reliable Copy Service | 259.50 |
|  | *Expense* - Photocopy charge | 42.45 |
|  | *Expense* - Postage | 9.45 |
| Jun-06-03 | *Expense* - Photocopy charge | 62.70 |
| Jun-09-03 | *Expense* - Photocopy charge | 40.95 |
|  | *Expense* - Postage | 7.42 |
| Jun-10-03 | *Expense* - Photocopy charge | 10.50 |
|  | *Expense* - Postage | 4.80 |
| Jun-11-03 | *Expense* - Photocopy charge | 22.95 |
|  | *Expense* - Postage | 6.76 |
| Jun-13-03 | *Expense* - Digital Legal Services | 158.70 |
| Jun-17-03 | *Expense* - Photocopy charge | 4.65 |
| Jun-18-03 | *Expense* - Tristate Courier & Carriage | 6.50 |
|  | *Expense* - Copying cost | 57.60 |
|  | *Expense* - Postage | 11.55 |
| Jun-20-03 | *Expense* - Photocopy | 19.35 |
| Jun-26-03 | *Expense* - Parcel's, Inc. | 320.65 |
|  | *Expense* - Parcel's, Inc. | 95.00 |
| Jun-30-03 | *Expense* - Photocopy charge | 23.21 |
|  | Totals | $1,172.19 |

**Total Fees & Disbursements**　　　　　　　　　　　　　**$4,837.19**