## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) <br> ) Bankr. No. 01-01139 (JFK) <br> ) |
| W.R. Grace & Co., *et al.*, | ) Chapter 11 <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) |

### **[PROPOSED] ORDER**

Having considered the debtors' second omnibus objection to the United States' administrative claims for federal taxes, the response thereto, and the entire record herein, and having good cause been shown, this _____ day of _____ 2003, it is hereby

ORDERED that debtors' objection to the United States' proofs of claim is OVERRULED; it is further

ORDERED that the United States' proofs of claim are allowed; and it is further

ORDERED that the Clerk shall distribute copies of this signed order to all necessary parties.

_____
UNITED STATES BANKRUPTCY JUDGE