IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 |
| | ) | **Jointly Administered** |

## ORDER PURSUANT TO  RE: 4101
## DEL. BANKR. LR 83.5(C) FOR ADMISSION PRO HAC VICE

AND NOW, this _____ day of July, 2003, upon consideration of the Motion pursuant to DEL. BANKR. LR 83.5(c), as adopted by this Court pursuant to General Order 9D, to admit Peter Wilson Chatfield, Esquire *pro hac vice* before the United States Bankruptcy Court for the District of Delaware to represent Robert Costa and Ronald Thornburg in the above-captioned bankruptcy cases; and sufficient notice having been given; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Motion is granted; and it is further

ORDERED, that Peter Wilson Chatfield is admitted to practice *pro hac vice*, pursuant to DEL. BANKR. LR 83.5(c), to represent Robert Costa and Ronald Thornburg in the chapter 11 cases; and it is further

_____

504253_1

ORDERED, that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: July 28, 2003

BY THE COURT:

*Judith K. Fitzgerald*
UNITED STATES BANKRUPTCY JUDGE

504253.1