# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                      INVOICE
                    #HRA20030613

                    June 13, 2003

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of May 2003.

**FEES**

```
Francine F. Rabinovitz
 6.30 hours @ $ 400 per hour                      $ 2,520.00

James E. Hass
 3.80 hours @ $ 400 per hour                        1,520.00

Jeremy Cohen
23.00 hours @ $ 125 per hour                        2,875.00
```

**TOTAL FEES:**                                    **$ 6,915.00**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of May 2003

| | Francine F. Rabinovitz | James E. Hass | Jeremy Cohen | |
|---|---|---|---|---|
| 05/01/2003 | 0.30 | 0.50 | 5.00 | |
| 05/02/2003 | | | 5.20 | |
| 05/03/2003 | | | | |
| 05/04/2003 | | | | |
| 05/05/2003 | 0.50 | 0.50 | 3.30 | |
| 05/06/2003 | 0.50 | 0.50 | 4.50 | |
| 05/07/2003 | 0.50 | 0.50 | 2.20 | |
| 05/08/2003 | 0.20 | | | |
| 05/09/2003 | | | 0.50 | |
| 05/10/2003 | | | | |
| 05/11/2003 | | | | |
| 05/12/2003 | 0.50 | | 1.50 | |
| 05/13/2003 | | | | |
| 05/14/2003 | | | | |
| 05/15/2003 | | | | |
| 05/16/2003 | | | | |
| 05/17/2003 | | | | |
| 05/18/2003 | | | | |
| 05/19/2003 | | | | |
| 05/20/2003 | | | | |
| 05/21/2003 | | | | |
| 05/22/2003 | 1.00 | 0.50 | | |
| 05/23/2003 | | | 0.80 | |
| 05/24/2003 | | | | |
| 05/25/2003 | | | | |
| 05/26/2003 | | | | |
| 05/27/2003 | | | | |
| 05/28/2003 | 2.80 | 1.30 | | |
| 05/29/2003 | | | | |
| 05/30/2003 | | | | |
| 05/31/2003 | | | | Total Hours |
| Hours | 6.30 | 3.80 | 23.00 | 33.10 |
| Rate | $400 | $400 | $125 | Total Fees |
| | $2,520.00 | $1,520.00 | $2,875.00 | $6,915.00 |

MAY, 2003 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);
Billing rate $400 per hour.

| DATE | TIME | TASK |
|---|---|---|

### Asbestos: Claims Analysis and Valuation

| DATE | TIME | TASK |
|---|---|---|
| 05/01/03 | 0.3 | Send comparison matrix to James E. Hass, review his comments and provide further instructions to Jeremy Cohen for additional categories to be added. |
| 05/05/03 | 0.5 | Review comparisons of change procedures for payment percentages and order of processing. Send comments to Jeremy Cohen for additional research and updating. |
| 05/06/03 | 0.5 | Final corrections and e mail to James E. Hass and Jeremy Cohen re transmission to Property Damage (PD)Committee. |
| 05/07/03 | 0.5 | Further corrections per James E. Hass. Send final to PD Committee. |
| 05/08/03 | 0.2 | Exchange of clarifying messages re charts with Dan Speights. |
| 05/12/03 | 0.5 | Found error in charts and instruct Jeremy Cohen re sending out correction. |
| 05/22/03 | 0.5 | Aborted conference call with Jay Sakalo, James E. Hass, Martin Deis re charts.(Dan Speights not available and call deferred). |
|  | 0.5 | Conference call Francine F. Rabinovitz and Dan Speights re charts. |
| 05/28/03 | 1.8 | Read Hatch bill in preparation for call on impact of proposed legislation on PD Committee. |
|  | <u>1.0</u> | Conference call with committee. |
| TOTAL: | 6.3 | Asbestos: Claims Analysis and Valuation |

MAY, 2003 TIME LOG OF JAMES H. HASS (JEH);
Billing rate $400 per hour.

DATE       TIME    TASK

                   <u>Asbestos: Claims Analysis and Valuation</u>

05/01/03   0.5     Review comparison matrix sent by Francine F. Rabinovitz, send comments to Francine F. Rabinovitz for additional categories to be added.

05/05/03   0.5     Review comparisons of change procedures for payment percentages and order of processing.

05/06/03   0.5     Review corrections and e mail to Francine F. Rabinovitz re transmission to Property Damage (PD) Committee.

05/07/03   0.5     Make further corrections in comparison matrix. Send final to PD Committee.

05/22/03   0.5     Aborted conference call with Jay Sakalo, Francine F. Rabinovitz, Martin Deis re charts.(Dan Speights not available and call deferred).

05/28/03   <u>1.3</u>     Read Hatch bill in preparation for call on impact of proposed legislation on PD Committee.

TOTAL:     3.8     Asbestos: Claims Analysis and Valuation

MAY, 2003 TIME LOG OF JEREMY COHEN (JC);

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Asbestos: Claims Analysis and Valuation</u> |
| 5/01/03 | 5.0 | Work on the claims payment percentage section of the TDP Comparison Matrix. |
| 5/02/03 | 5.2 | Work on the claims ordering process section of the TDP Comparison Matrix. |
| 5/05/03 | 3.3 | Overall editing of all sections of the TDP Comparison Matrix. |
| 5/06/03 | 4.5 | Link tables of the TDP Comparison Matrix, correcting page breaks and numbering for print order and readying for presentation with cover sheet. |
| 5/07/03 | 2.2 | Final edits including copying and faxing TDP Comparison Matrix. |
| 5/09/03 | 0.5 | Answer questions on TDP Comparison layout and explaining how to print entire document based on selecting all worksheets. |
| 5/12/03 | 1.5 | Reformat TDP Comparison Matrix and sending it to Robert H. Sims. |
| 5/23/03 | <u>0.8</u> | Print out tables of TDP Comparison and FedEx them for overnight delivery to James E. Hass. |
| TOTAL: | 23.0 | Asbestos: Claims Analysis and Valuation |