# H. W. FIORI & SON, INC.

*General Contractors • Commercial & Industrial*

407 JACK STREET / BALTIMORE, MARYLAND 21225    410-355-3911    FAX 410-354-5826

July 31, 2003

Clerk of the U.S. Bankruptcy
Sixth Floor
824 Market Street
Wilmington, Delaware 19801

RE: W. R. Grace & Company
Case No. 01-01139 (JFK)
First Omnibus Objection.

Gentlemen:

In reference to the above referenced Claim, we are submitting the information that you requested.

I. United States Bankruptcy Court - 824 Market Street, Wilmington Delaware. The Debtor is W. R. Grace & Company - Case No. 01-01139 (JFK) First Omnibus Objection.
II. H. W. Fiori & Son, Inc. - Robert J. Fiori - Telephone No. (410) 355-3911. We are attaching Invoices in the amount of Fifty-eight thousand four hundred twenty-seven ($58,427.00) dollars for work that was completed at Grace Davison Plant prior to their filing for Chapter 11. These Invoices were included with the Proof of Claim that we filed on 4/25/02.
III. The Claim Number is 000858.
IV. From 1/25/01 to 4/04/01 our Company H. W. Fiori & Son, Inc., contracted, performed and completed Eleven (11) Projects which were approved and assigned Purchase Orders by Grace Davison - 5500 Chemical Road - Curtis Bay, Maryland 21226. These Projects were properly completed and bill but never paid.
Due to the large undertaking and expense of Labor and Materials by a small Family Business such as ours, these unpaid bills represent a severe financial burden to our Company. Therefore we respectfully urge the Court to consider this matter as a Valid priority Claim and anticipate an expedient settlement.
V. We refer to Proof of Claim and supporting documentation as previously filed.

We trust this meets with your approval.

Yours truly,

H. W. FIORI & SON, INC.

By _____
Robert J. Fiori - V. Pres.

RJF:b
encl.

# H. W. FIORI & SON, INC.

*— General Contractors —*

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355 3911 • (410) 354-5826 FAX

January 25, 2001

Grace Davison - Technical Center

5603 Chemical Road - Baltimore, Md 21226

TERMS NET 45 DAYS

| | | |
|---|---|---|
| For furnishing Labor and Materials to complete renovations at Lab 201, 203, 203A and 203B per your Purchase Order No. T.Q. 1649. 4500 265454 | $12,081.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $12,081.00 |

PROJECT ENGINEER: MR. RANDY MORAN

# H. W. FIORI & SON, INC.

*— General Contractors —*

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

January 30, 2001

Grace Davison

5500 Chemical Road-Baltimore, Md 21226

TERMS: NET 45 DAYS

| | | |
|---|---|---|
| For furnishing Labor and Materials to install new Entrance Lock at Six Sigma per your Purchase Order No. BZ72013. | $214.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $214.00 |

PROJECT ENGINEER: MR. RAY ALVAREZ

# H. W. FIORI & SON, INC.

*— General Contractors —*

*Commercial & Industrial*

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

January 31, 2001

Grace Davison – Technical Center

5603 Chemical Road-Baltimore, Md 21226

TERMS NET 45 DAYS

| | | |
|---|---|---|
| For furnishing Labor and Materials to complete Authorized Additional Work at Lab 203A and 203B per your Purchase Order No. T.Q. 1649.02654-54 | $4,040.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $4,040.00 |

PROJECT ENGINEER: MR. RANDY MORAN

# H. W. FIORI & SON, INC.

– *General Contractors* –

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

February 7, 2001

Grace Davison

5500 Chemical Road – Baltimore, Md 21226

TERMS NET **2% NET 5 DAYS**

REQUEST FOR PAYMENT NO. 2 (FINAL)

For furnishing Labor and Materials to renovate Sylox Entrance per your Purchase Order No. BZ-71052.

| | | |
|---|---|---|
| Total amount of Contract | – $10,578.00 | |
| Amount previously Invoiced | –   9,208.00 | |
| Balance | $ 1,370.00 | $1,370.00 |
| **TOTAL AMOUNT DUE THIS INVOICE** | | $1,370.00 |

PROJECT ENGINEER: MR. MIKE JACOBER

# H. W. FIORI & SON, INC.

*— General Contractors —*

*Commercial & Industrial*

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354 5826 FAX

February 7, 2001

Grace Davison – Technical Center

5603 Chemical Road – Baltimore, Md 21226

TERMS: NET **2% NET 5 DAYS**

| | | |
|---|---|---|
| For furnishing Labor and Materials to renovate Lab 204 per your Purchase Order No. 450026553 (replaced T.Q. 1669). | $4,460.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $4,460.00 |

PROJECT ENGINEER: MR. RANDY MORAN

# H. WARD FIORI & SON, INC.

*— General Contractors —*

*Commercial & Industrial*

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

February 9, 2001

Grace Davison – Technical Center

5603 Chemical Road – Baltimore, Md 21226

TERMS NET **2% - NET 5 DAYS**

| | | |
|---|---|---|
| For furnishing Labor and Materials to Paint Cabinets in Lab 203 and 203A per your Purchase Order No. T.Q. 1668. | $3,120.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $3,120.00 |

PROJECT ENGINEER: MR. RANDY MORAN

# H. W. FIORI & SON, INC.

*— General Contractors —*

*Commercial & Industrial*

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

February 12, 2001

Grace Davison

5500 Chemical Road – Baltimore, Md 21226

TERMS NET 2% **NET 5 DAYS**

| Description | | |
|---|---|---|
| For furnishing Labor and Materials to complete the following Items per your Purchase Order No. BZ71795. | | |
| 1. Removed section of the Wallaround and over the opening for the Washbox Pickup. | | |
| 2. Closed-in West side of the opening at the Wash Box Pickup. | | |
| 3. Repaired the 8" CMU Wall on the Northside of the Box Shed. | $5,690.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $5,690.00 |

PROJECT ENGINEER: MR. MIKE JACOBER

# H. W. FIORI & SON, INC.

*— General Contractors —*

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

March 5, 2001

Grace Davison - Technical Center

5603 Chemical Road-Baltimore, Md 21226

TERMS NET **2% NET 5 DAYS**

| Description | Amount | Total |
|---|---|---|
| For furnishing Labor and Materials to renovate Lab 210 per your Purchase Order No. T.Q. 1670.  4500 265 463 | $8,405.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $8,405.00 |

PROJECT ENGINEER: MR. RANDY MORAN

# H. W. Thorp & Son, Inc.

*— General Contractors —*

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

March 13, 2001

Grace Davison

5500 Chemical Road-Baltimore, Md 21226

TERMS NET 2%-NET 5 DAYS

| Description | | |
|---|---|---|
| For furnishing Labor and Materials to construct a block wall and doors for the new Packaging Equipment per your Purchase Order No. 4500258972 (replaced BZ71874). Item No. 2. | $15,480.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $15,480.00 |

PROJECT ENGINEER: MR. BILL McMAHON

# H. W. FIORI & SON, INC.

— *General Contractors* —

Commercial & Industrial

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

March 16, 2001

Grace Davison

5500 Chemical Road – Baltimore, Md 21226

TERMS NET 2% – NET 5 DAYS

| Description | | Amount |
|---|---|---|
| For furnishing Labor and Materials to replace door, frame, closer and hardware at the Tubline Runoff Mixbox level per your Purchase Order No. 4500258204. | $1,360.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $1,360.00 |

PROJECT ENGINEER: MR. MIKE JACOBER

# H. W. FIORI & SON, INC.

*– General Contractors –*

*Commercial & Industrial*

407 JACK STREET • BALTIMORE, MARYLAND 21225 • (410) 355-3911 • (410) 354-5826 FAX

April 4, 2001

Grace Davison

5500 Chemical Road – Baltimore, Md 21226

TERMS. NET **2% NET 5 DAYS**

| Description | Amount | Total |
|---|---|---|
| For furnishing Labor and Materials to complete Authorized Additional Work at FCC Promoter Room. Per your Purchase Order No.4500271657. | $2,207.00 | |
| TOTAL AMOUNT DUE THIS INVOICE | | $2,207.00 |

PROJECT ENGINEER: MR. BILL McMAHON