July 30, 03

When Zonolite was purchased by me, I in good faith I believed the product to be free of asbestos & safe. At that time I also handled the product at my employment daily, loading & unloading Zonolite in bags, that at times broke open, and were cleaned up by hand with no protection. I installed the Zonolite in my attic feeling it was safe for me and my family & now its deemed unsafe! And due to the fact that I believe no one saves receipts for 30 years?, I am requesting that this be reconsidered as proof and I can get samples of the product for proof out of my attic even though I feel its a Haz-Mat team job not mine!

I request the courts reconsider my plea and predickement and adjust my claim to be valid! (To pay for removal of Zonolite)!

I am reluctant to send 30 year old Zonolite in the mail due to Homeland Security and Safety reasons, but will do so at the courts request? I respectfully await your decision!

Thomas Campeau

AM I to live with this Health Threat over my head?

Mr & Mrs T.J. Campeau
11544 West Co. Rd 612
Frederic, Mich. 49733

July 30, 2003

To: Office of the Clerk of the United States
Bankruptcy Court, District of Delaware
Marine Plaza 824 Market Street
Wilmington Deleware 19801

RE: W.R. Grace & Co. et al;
Case No 01-01139 (JKF)
& 01-01140 Claim 2128 Dated 10/4/02

To whom it May concern;
Enclosed find my statement of objection regarding my claim.

I apologize for the handwriting, as I do not own a Typewriter or Computer!

Thomas Campana