To: United States Bankruptcy Court
For the District of Delaware

In Re: W.R. Grace & Co., et.al.

Case No. 01-01139 (JKF)

Petition to Oppose Debtors Second Omnibus Objection to Claims (Non substantive)

Claimant: Clifford M. Spingler
1233 NW 199th Pl
Shoreline, WA 98177

Claim No. CN 00005986 3-25-2003

Basis of Claim: Builder installed ceiling acoustical material, commonly called "popcorn" ceiling which may contain asbestos. The date of installation was 1972.

Claimant filed written claim form which was received by the debtor and acknowledged by the claims agent during March 2003. According to the Claims Bar Date Notice Materials Packet a present claim exists based on acts or omissions of the debtors prior to the bankruptcy filing date of April 2, 2001.

Claimants residence was constructed during 1972 and has six rooms which contain ceiling acoustical material which was installed by the builder.. At this time claimant cannot determine the manufacturer of the ceiling acoustical material used by the builder. The claimant is in the process of having the ceiling material tested to determine if it contains asbestos.

If it is shown that the material contains asbestos, claimant alleges this will cause diminution of the property value or economic loss that is directly caused by the presence of asbestos in products that were in all probability manufactured by the debtor or one of its affiliated companies. This claim also covers the cost of removal and disposal of any material in the residence containing asbestos.

Per instruction number three (3) contained in the W. R. Grace and Co. Asbestos Property Damage Proof of Claim form, claimant described the situation in claimants residence as clearly as possible in the original submission.

No deadline for the subsequent submission of documentation substantiating the claim was contained in any material supplied to the claimant by the debtor in this matter, and no additional requests were forthcoming from the debtor.

Claimant alleges that the Proof of Claim form was only to initially establish a possible claim prior to the bar date established by the court.

As noted above, claimant is in the process of having the material installed in claimants residence tested for the presence of asbestos.

Claimant respectfully petitions this court not to grant debtors objection to claims as it relates to claimant herein described.

Additionally, claimant notes that debtors have not contacted claimant, except to acknowledge receipt of completed claim form since March 2003. Now, without additional contact, the debtor comes to this court in an effort to exclude this claim, while allowing claimant less than fourteen days to reply to this motion.

Claimant respectfully petitions this court to deny debtors objection and allow claimant sufficient time to get the material tested and to provide results to the court and the debtor.

Shoreline, Washington
August 1, 2003

Respectfully submitted,

Clifford M. Spingler
Claimant
CN 00005986

cc: Kirkland and Ellis LLP
200 E. Randolph Dr.
Chicago, IL.

Pachulski, Stang
919 N. Market St. 16th Floor
Wilmington, Delaware