IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors, | ) | |

## J.M. FOSTER, INC'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Comes now creditor, J.M. Foster, Inc., by and through its attorneys, Spangler, Jennings & Dougherty, P.C., and files its Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), and in support thereof, states as follows:

1. On or about July 21, 2003, debtors filed their Second Omnibus Objection to Claims (Non-Substantive) (hereinafter referred to as "Objection"). In debtors' Objection, debtors seek to expunge J.M. Foster, Inc.'s Claim No. 7598 in the amount of $157,728.93 as they contend it is a duplicate claim to that of Claim No. 7594.

2. Pursuant to the instructions previously provided by the Court, J. M. Foster, Inc. filed two proof of claim forms, one under Case No. 01-01140 and the other one under Case No. 01-01179.

3. It is J.M. Foster, Inc.'s understanding that in its present objection, debtors are seeking only to expunge the alleged duplicate claim of J.M. Foster, Inc., namely Claim No. 7598 in the amount of $157,728.93, and that debtors have no objection to J.M. Foster, Inc.'s Claim No. 7594 in the amount of $157,728.93.

4. That on August 1, 2003. counsel Eric J. Anderson, one of the Spangler, Jennings & Dougherty P.C. attorneys for J.M. Foster, Inc., contacted debtors' counsel, Christian Lane, and confirmed with him that there was an apparent error in the listing of case number for W.R. Grace-

Conn. as 01-01179 in the Claims Bar Date Materials and accordingly both claims were shown as filed under Case No. 01-01140. Counsel for debtors indicated to counsel for J.M. Foster, Inc. that the purpose of the instant Omnibus objection was solely to expunge the one alleged duplicate claim filed by J.M. Foster, Inc., and that debtors have not objected to J.M. Foster, Inc.'s surviving Claim No. 7594 in the amount of $157,728.93.

5. J.M. Foster, Inc. has no objection to the expunging of duplicate Claim No. 7598, provided that its Claim No. 7594 shall continue to pend and survive debtors' objection in Case No. 01-01140.

6. That after discussing the matter with debtors' counsel, J. M. Foster, Inc. is of the understanding that its Proof of Claim, No. 7594, in the amount of $157,728.93 shall survive and continue to pend in Case No. 01-01140 and shall be in no way impacted by debtors' Second Omnibus Objection (Non-Substantive).

Respectfully submitted,

SPANGLER, JENNINGS & DOUGHERTY, P.C.
Attorneys for J.M. Foster, Inc., Creditor

By: _____
LAWRENCE A. KALINA, #5058-45

_____
ERIC J. ANDERSON, #22257-45
8396 Mississippi Street
Merrillville, Indiana 46410
(219) 769-2323
(219) 769-5007 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of __August__, 2003, service of a true and complete copy of the above and foregoing attached pleadings or papers was made upon the following parties by Federal Express Priority Overnight service in envelopes properly addressed to each of them with sufficient first class postage affixed:

      James W. Kapp III
      Janet S. Baer
      Christian Lane
      Kirkland & Ellis LLP
      200 E. Randolph Drive
      Chicago, IL 60601

      Mr. Scotta E. McFarland
      Pachulski, Stang, Ziehl, Young, Jones and Weintraub P.C.
      919 N. Market Street, 16th Floor
      Wilmington, DE 19801

SPANGLER JENNINGS & DOUGHERTY, P.C.

By: _____