IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | CASE NO. 01-01139 |
| | ) | (Jointly Administered) |
| Debtor(s) | ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**J.M. FOSTER, INC.**

SPANGLER, JENNINGS & DOUGHERTY, P.C.
Attorneys for Creditor, J.M. Foster, Inc.

By: _____
LAWRENCE A. KALINA, #5058-45

By: _____
ERIC J. ANDERSON, #22257-45
8396 Mississippi Street
Merrillville, IN 46410
Phone: (219) 769-2323

8-6-03
_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that on the ___6th___ day of ___August___, 2003, service of a true and complete copy of the above and foregoing attached pleadings or papers was made upon the following parties by Federal Express Priority Overnight service in envelopes properly addressed to each of them with sufficient first class postage affixed:

> James W. Kapp III
> Janet S. Baer
> Christian Lane
> Kirkland & Ellis LLP
> 200 E. Randolph Drive
> Chicago, IL 60601

> Mr. Scotta E. McFarland
> Pachulski, Stang, Ziehl, Young, Jones and Weintraub P.C.
> 919 N. Market Street, 16th Floor
> Wilmington, DE 19801

SPANGLER, JENNINGS & DOUGHERTY, P.C.

By: _____