State of Connecticut)

                    ss;   New London, July 18, 2000

County of New London)

Then and there by virtue hereof, I made due and legal service upon the within named out of state Corporation,

__AC&S, Inc.__

by depositing in the Post Office, postage paid, return receipt requested, and certified a true and attested copy of this the original writ, summons and complaint addressed to the corporate secretary of the within named defendant corporation at its principal place of business being,

__AC&S, Inc., 120 North Lime Street, Lancaster, PA 17602__

And on the __26__ day of __July 2000__   , I received the return receipt card-letter hereto annexed.

The within and foregoing is the original writ, summons and complaint with my doings endorsed hereon.

Service
Copies
Endorsements
Travel
Postage

Total

Attest:

*Thomas F. McKittrick*

Thomas F. McKittrick
Deputy Sheriff

State of Connecticut )
                       SS: Hartford, July 18, 2000
County of Hartford    )

Then andthere by virtue hereof and by direction of the Plaintiff's Attorney, I made due and legal service upon the within named out-of-state defendant corporations in the following manner: Owens-Illinois Corp., GAF Corporation and Flintkote, Co. by leaving two true and attested copies of this the original Writ, Summons and Complaint for each of the within named out-of-state defendant corporations herein named at the office of the Secretary of the State of Connecticut. Said Secretary of the State of Connecticut is duly authorized agent and attorney for the within named defendant corporations, at 30 Trinity Street Hartford, Connecticut.

Also on the 18th day of July 2000 in the Town and County of Hartford, State of Connecticut, I made due and legal service upon the within named out-of-state defendant corporations in the following manner: United States Gypsum, Eastern Refractories Co., John Crane, Inc., Armstrong World Industries, Inc., Phone-Poulenc AG CO, Inc. and Combustion Engineering, Inc., by leaving a true and attested copy of this the original Writ, Summons andComplaint for each of the within named out-of-state defendant corporations with and in the hands of Mary Ellen Foran Special Assistant Secretary for CT Corporation Systems and agent for service for the within named out-of-state defendant corporations, at One Commercial Plaza, Hartford, Connecticut.

Alson on the 18th day of July, 2000 in the Town and County of Hartford, State of Connecticut, I made due and legal service upon the within named out-of-state defendant corporation WR Grace & Co., by leaving a true and attested copy of this the original Writ, Summons and Complaint for the within named out-of-state defendant corporation with and in the hands of Pam Fitzgerald authorized agent for Prentice Hall Corp. System and agent for service for the within named out-of-state defendant corporation, at 94 Hungerford Street Hartford, Connecticut.

Also on the 18th day of July 2000 in the Town of Meriden County of New Haven, State of Connecticut, I made due and legal service upon the within named defendant corporations Cummings Insulation Co., Inc. and Claremont Co., by leaving a true and attested copy of this theoriginal Writ, Summons and Complaint for each of the within named defendant corporation with andin the hands of David R. Coutts Controller and agent for service for the within named defendants corporations at 290 Pratt Street Meriden, Connecticut.

The within and foregoing is the original Writ, Summons and Complaint with my doings endorsed hereon.

ATTEST:

*Thomas F. McKittrick*

Thomas F. McKittrick
Deputy Sheriff-New London County

Sheriff's Fees:

| | |
|---|---:|
| Travel | $ 42.80 |
| Service | 160.00 |
| Pages | 216.00 |
| Endorsments | 14.00 |
| Postage | 10.25 |
| Sec. of State Fee | 75.00 |
| Total | $518.05 |

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

Is your RETURN ADDRESS completed on the reverse side?

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

AC&S, INC.
C/O CORPORATE SECRETARY
120 North Line Street
LANCASTER, PA 17602

4a. Article Number
Z 507 986 897

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery JUL 24 2000

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

Thank you for using Return Receipt Service.

- Print your name, address, and ZIP Code in this box •

THOMAS F. MCKITTRICK
DEPUTY SHERIFF
4 CHERRY STREET
WATERFORD, CT 06385

7/26/00

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

State of Connecticut)

      ss; NewLondon, July 18, 2000

County of New London)

  Then and there by virtue hereof, I made due and legal service upon the within named out of state Corporation,

<u>AW Chesterton Co.</u>

by depositing in the Post Office, postage paid, return receipt requested, and certified a true and attested copy of this the original writ, summons and complaint addressed to the corporate secretary of the within named defendant corporation at its principal place of business being,

<u>AW Chesterton Co., 225 Fallon Road, Stoneham, MA 02180</u>

  And on the __22__ day of __July, 2000__, I received the return receipt card-letter hereto annexed.

  The within and foregoing is the original writ, summons and complaint with my doings endorsed hereon.

Service  
Copies  
Endorsements  
Travel  
Postage  

Total

Attest:  
*Thomas F. McKittrick*  
Thomas F. McKittrick  
Deputy Sheriff

Is your **RETURN ADDRESS** completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

AW Chesterton Co.
c/o Corporate Secretary
225 Fallon Road
Stoneham, MA 02180

4a. Article Number
Z 507 986 896

4b. Service Type
☐ Registered
☐ Express Mail
☐ Return Receipt for Merchandise
☒ Certified
☐ Insured
☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X [signature]

PS Form 3811, December 1994                Domestic Return Receipt

Thank you for using Return Receipt Service.

UNITED STATES POSTAL SERVICE

• Print your name, address, and ZIP Code in this box •

THOMAS F. MCKITTRICK
DEPUTY SHERIFF
4 CHERRY STREET
WATERFORD, CT. 06385

First-Class Mail
Postage & Fees
USPS
Permit No. G-1

41A. 7/18/00

State of Connecticut)
       ss; New London, July 18, 2000
County of New London)


Then and there by virtue hereof, I made due and legal service upon the within named out of state Corporation,

<u>Foster Wheeler</u>

by depositing in the Post Office, postage paid, return receipt requested, and certified a true and attested copy of this the original writ, summons and complaint addressed to the corporate secretary of the within named defendant corporation at its principal place of business being,

<u>Foster Wheeler C/O US Corp. Co., 800 Brazos, Austin TX 78767</u>

_____

And on the <u>28</u> day of <u>July, 2000</u>, I received the return receipt card-letter hereto annexed.

The within and foregoing is the original writ, summons and complaint with my doings endorsed hereon.

Service  
Copies  
Endorsements  
Travel  
Postage  

Total

Attest:

*Thomas F. McKittrick*

Thomas F. McKittrick  
Deputy Sheriff

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

FOSTER WHEELER
C/O CORPORATE SECRETARY
US CORP. CO
800 BRAZOS
AUSTIN, TX 78767

4a. Article Number
Z 507 986 898

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address (Only if requested)

k you for using Return Receipt Service.



7-28-00

UNITED STATES POSTAL SERVICE

• Print your name, address, and ZIP Code in this box •

THOMAS F. MCKITTRICK
DEPUTY SHERIFF
4 CHERRY STREET
WATERFORD, CT. 06385

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10