**Arthur C. DeGraff, Jr., M.D.**
Suite 716
85 Seymour Street
Hartford, Connecticut 06106

Telephone (860) 249-8460
Fax (860) 724-3608

August 6, 2002

Attorney Stephen C. Embry
118 Poquonnock Road
P. O. Box 1409
Groton, CT 06340-1409

Re: Fred Van Patten

Dear Attorney Embry:

Thank you for asking me to review Mr. Van Patten's records and to evaluate him. I saw him in consultation on July 31. Unfortunately Mr. Van Patten was unable to obtain his x-rays from Backus Hospital or from St. Francis Hospital and hence for this report I am dependent in part on other's interpretation of the x-rays.

Mr. Van Patten's work history is as follows. Born 9/1/48, his first job was working for Wyarday Electric, a battery manufacturer, from 1966 to 1967 where he tested batteries. After leaving Wyarday Electric, he took a training course offered by the State of Connecticut to become a welder. In 9/68 he was employed by Electric Boat as a welder. His work was mostly on the boats and he was involved in both new construction and overhaul. While working in overhaul, his wife indicates that he would come home with clothes covered with white dust that presumably included asbestos and other dusts. In this work he also uncovered pipes that were covered with asbestos and he used asbestos blankets. He would regularly work on boats while the insulators were also working. He did not wear a respiratory nor was he offered a respirator until the mid-1970s when asbestos abatement procedures were put into place at Electric Boat.

Mr. Van Patten's wife was present at the interview and physical examination and indicates that she would often shake out his clothes when he returned home before putting them in the washing machine. She had recent chest x-rays which have not shown any evidence of asbestosis.

In 1996 Mr. Van Patten was laid off and went to school to learn to be a trailer truck driver. He worked for various overland truck companies from 1996 to 1997 when he was

Attorney Embry
Re: Fred Van Patten
August 6, 2002
Page 2

a passerby at a store robbery and was shot in the head causing blindness of his left eye. He therefore lost his interstate trucking license and went to work in Florida until 2000 in fabrication of refrigerated truck bodies. He did some welding but mostly cutting aluminum with a saw and delivered the trucks to their buyers as long as the buyers were within the State of Florida, since he was able to retain his Florida trucking license.

SMOKING HISTORY: He began sneaking cigarettes at age 16 but did not become a regular smoker probably until age 17 or 18. His best estimate in consultation with his wife and considering family events at the time is that he stopped smoking at approximately age 30, for an approximate pack/year smoking history of 13 pack/years.

PAST MEDICAL HISTORY: Mr. Van Patten complained of shortness of breath which has been present for at least 7-8 years. He notes shortness of breath especially when walking upgrade or attempting to climb stairs. He is severely overweight and has been diagnosed as having sleep apnea for which reason he sleeps with a CPAP mask. He has no history of significant cough and does not raise any sputum. He probably put on weight while driving a truck but apparently has always been overweight. As noted, above, gunshot wound occurred in 1996 while he was a bystander at a store robbery. As a consequence, he has lost sight in his left eye and has hearing loss in left ear.

FAMILY HISTORY: Mother died at age 63 of unknown cause. Father died at age 74. He had asbestosis but the direct cause of death is unknown. Mr. Van Patten had six siblings. One brother died of a brain aneurysm at the age of 44. One sister has diabetes and is overweight. The others are healthy. Two children are living and well.

REVIEW OF SYSTEMS: He has noted mild dizziness since the gunshot wound. He also, as noted above, has decreased hearing and loss of eyesight in his left eye. He has "old age arthritis" and has varicose veins. He is diabetic and treated with Glucotrol with blood sugars maintained in the range of 120-130. He is allergic to Singulair tablets. Medications include Glucotrol, Hyzaar and Motrin. Smoking history, as noted above, is 13 pack/years. He does not use alcohol.

PHYSICAL EXAMINATION: Blood pressure 155/100, weight 350+ pounds. He is grossly overweight but otherwise appears well and his stated age. There is no pupillary reflex of left eye. The oropharynx was clear. There were no neck masses noted. Chest was symmetrical and moved well with respiration. Breath sounds were normal throughout both lung fields. Heart sounds were normal. There were no abdominal masses noted. There was no peripheral edema of the extremities.

Attorney Embry
Re: Fred Van Patten
August 6, 2002
Page 3

LUNG FUNCTION STUDIES: Available from 10/25/00. They were unsatisfactory. Similarly, lung function studies performed by Dr. Romito on 7/17/01 were of marginal quality. Studies performed at St. Francis Hospital at the request of Dr. Gerardi were of good quality with normal $FEV_1$ and FVC. There was, however, a mismatch between the total lung capacity measured by helium dilution mixing and the rebreathing alveolar volume, raising the question as to whether in the measurement of total lung capacity there may have been an air leak causing overestimate of total lung capacity. This would also be reflected in increased residual volume. Diffusing capacity was reduced to 57% of its predicted value.

X-RAY REPORTS: B reading report dated Feb. 28, 2001, Dr. Krainson states "increase in interstitial markings which are small and irregular with an ILO perfusion of 1/1". Chest X-Ray unknown source, unknown time referred to by Dr. Gerardi in his report "pulmonary parenchyma and pleura are unremarkable".

COMMENT: I reviewed Dr. Gerardi's letter to Rosalind Heffernan of General Dynamics/Electric Boat. Dr. Gerardi in his note implies that Mr. Van Patten has chronic obstructive lung disease and he bases this on the lung volumes measured at St. Francis Hospital's pulmonary laboratory which revealed mildly increased residual volume, which is taken by Dr. Gerardi to indicate air trapping and therefore obstructive lung disease. In the presence of normal spirometry and with no potential errors inherent in measurement of total lung capacity by helium dilution mixing, to make the diagnosis of obstructive lung disease based upon increased residual volume is far-reaching. The credibility of this diagnosis is a further stretch when Dr. Gerardi further indicates that Mr. Van Patten has "pulmonary restriction." In addition the B reading dated 1/28/2001 is consistent with the diagnosis of asbestosis.

Dr. Gerardi correctly, using AMA Guide to Evaluation of Respiratory Impairment, 5th edition, rates Mr. Van Patten as having 30% impairment of both lungs and of the whole person. However, this impairment must be based on the reduced diffusing capacity, which in view of the normal spirometry and history of smoking only one pack of cigarettes a day until age 30, is much more likely due to asbestos exposure than to cigarette smoking.

In summary I agree with Dr. Gerardi that Mr. Van Patten is 30% impaired as of the whole person. In my opinion, his impairment, which is manifest only by reduced diffusing capacity, is secondary to his asbestos exposure and not related to past smoking history.

Attorney Embry
Re: Fred Van Patten
August 6, 2002
Page 4


Thank you for asking me to evaluate Mr. Van Patten.


Sincerely yours,

Arthur C. DeGraff, Jr., M.D.
ACD/ljk

# Mezey & Krainson, M.D., P.A.
Pulmonary & Sleep Disorders

Robert J. Mezey, M.D., FCCP  
James P. Krainson, M.D., FCCP

Ricardo Otero, M.D.  
Fabriccio Letellier, M.D.

February 28, 2001

David M. Lipman, Esquire  
Attorneys at Law  
5901 S.W. 74th Street, Suite 304  
Miami, FL 33143-5186

RE: FRED VANPATTEN

Dear Mr. Lipman:

Thank you for allowing me to review records on Mr. Fred VanPatten.

I have reviewed the history of occupational exposure to asbestos and smoking history that you have supplied. In addition to this, I have reviewed Pulmonary Function Studies dated October 25, 2000, and chest x-ray from September 9, 2000. The following is a report of my findings:

Mr. VanPatten has a history of occupational exposure to asbestos while working as a welder. He did this work starting in 1968. He has a history of cigarette smoking from 1973 to 1980, averaging less than one pack of cigarettes per day.

Pulmonary Function Studies: Dated October 25, 2000, revealed - SPIROMETRY: FVC is decreased. $FEV_1$ is decreased. $FEV_1/FVC$ Ratio is decreased. LUNG VOLUMES: Slow Vital Capacity is decreased. Functional Residual Capacity is decreased. Residual Volume is normal. Total Lung Capacity is decreased. DIFFUSING CAPACITY: Is decreased as is Diffusing Capacity corrected for the patient's hemoglobin. Interpretation: Pulmonary Function Studies which demonstrate combined obstructive and restrictive lung disease with impaired Diffusion.

Radiographic Data: Chest x-ray dated September 9, 2000, reveals a normal cardiac silhouette. The lung fields have an increase in interstitial markings which are small and irregular with an ILO perfusion of 1/1. There is bilateral pleural plaque formation seen.

IMPRESSION: Mr. VanPatten has the following evidence for pulmonary asbestosis and asbestos related pleural disease:

1) History of significant exposure to asbestos.

2) A latency period of greater than 15 years between the time of exposure and the development of signs and symptoms of asbestos related disease.

Page 2                                                                                     RE: FRED VANPATTEN

**IMPRESSION CONTINUED...**

3) Pulmonary Function Tests which demonstrate a restrictive pattern and impaired Diffusion.

4) Chest X-Ray showing small irregular opacities with an ILO grading of 1/1.

5) Chest X-Ray showing bilateral pleural plaque formation.

Mr. VanPatten should be informed that asbestos related diseases have no treatment and that there is no cure for these processes. In addition, this disease may progress in time. I believe that he should be advised that he is at an increased risk of developing certain types of malignancies due to exposure to asbestos including malignant pleural and peritoneal mesotheliomas, lung cancer, head and neck cancer, throat cancer and gastrointestinal cancer. Mr. VanPatten should be advised to obtain yearly chest x-rays and seek immediate medical attention should any new symptoms arise or worsen.

Thank you for asking me to review the records on Mr. Fred VanPatten.

Sincerely,

James P. Krainson, M.D., F.C.C.P.
Certified NIOSH "B" Reader

JPK:de

Pulmonary Physicians of Norwich, P.C.
330 Washington Street Suite 430, Norwich, CT 06360   Date: 10/25/00

Name: VANPATTEN, FRED                    Technician: TANYA CROSS
ID: 7035          Room:                  Weight: 280lb        Sex: M
Age: 52   Race: W   Height: 73in         Smoker: X            Pk/Day: 1
                                         Consulting:

Physician: DONNA ROMITO
Diagnosis: Asbestosis,

## PREDICTEDS - KNUDSON SPIROMETRY - COTES DIFFUSION

|  |  | Predicted Value | Observed Pre | %Pred | Observed Post | %Pred | Percent Change |
|---|---|---|---|---|---|---|---|
| **SPIROMETRY** | | | | | | | |
| FVC | L | 5.32 | 3.01* | 56 | 2.57* | 48 | -14 |
| FEV1 | L | 4.3 | 1.99* | 46 | 1.39* | 32 | -30 |
| FEV1/FVC | % | 78 | 66* | 84 | 54* | 69 | -18 |
| FEF25-75 | L/S | 4.33 | 1.46* | 33 | .88* | 20 | -39 |
| PEFR | L/S | 9.62 | 3.04* | 31 | 1.91* | 19 | -37 |
| FET | Sec |  | 5.36 |  | 5.79 |  | 8 |
| FIVC | L | 5.32 | 2.36* | 44 | 2.06* | 38 | -12 |
| PIFR | L/S | 6.41 | 2.31* | 36 | 1.36* | 21 | -41 |
| MVV | L/M | 161 | 58* | 36 | 38* | 23 | -34 |
| **LUNG VOLUMES** | | | | | | | |
| SVC | L | 5.32 | 3.48* | 65 |  |  |  |
| IC | L | 3.63 | 3.00* | 82 |  |  |  |
| ERV | L | 1.69 | .48* | 28 |  |  |  |
| FRC | L | 3.93 | 2.46 | 62 |  |  |  |
| RV | L | 2.24 | 1.98 | 88 |  |  |  |
| TLC | L | 7.56 | 5.45 | 72 |  |  |  |
| RV/TLC | % | 30 | 36* | 120 |  |  |  |
| **DIFFUSION** | | | | | | | |
| DLCO UNC |  | 32.4 | 11.27* | 34 |  |  |  |
| DLCO CORR |  | 32.4 | 11.46* | 35 |  |  |  |
| HB  14.0 |  |  |  |  |  |  |  |
| VA @BTPS |  | 8.48 | 3.01* | 35 |  |  |  |
| DL/VA |  | 4.56 | 3.81* | 83 |  |  |  |

*(handwritten notes:)* poor quality study FVC ≠ SVC. ? obstructive dz. ? abn diffusion. recommend repeat study

Note: Spirometry and Diffusion test data less than 85% of predicted and Lung Volume test data greater than 115% of predicted are indicated by an *.

Technician Comments :

1. WEAK EFFORT NOTED.

Impression:

Expiratory flows of 84.6 % predicted indicate mild obstructive lung disease. Additional mild restrictive disease is indicated by decreased total lung capacity to 72.1 % predicted. Marked decrease in pulmonary diffusing capacity to 34.8 % predicted indicates loss of functioning alveolar-capillary membrane units. After Bronchodilator, values are essentially unchanged. NOTE: Lack of response to Bronchodilators does not preclude their use.

**Pulmonary Physicians of Norwich, P.C.**
330 Washington Street Suite 430, Norwich, CT 06360  Date: 10/25/00

Name: VANPATTEN, FRED
ID: 7035          Room:                    Technician: TANYA CROSS
Age: 52   Race: W   Height: 73in           Weight: 280lb        Sex: M
Physician: DONNA ROMITO                    Consulting:
Diagnosis: Asbestosis,

## SERIAL DATA REPORT OF SUBJECT'S PREVIOUS RESULTS

|  |  | Most Recent | to Past |
|---|---|---|---|
| TRANSFER TEST |  | 10/25/00 | 10/17/00 |
| **SPIROMETRY BY ROLLING SEAL** |  |  |  |
| FVC | Liters | 3.01 | 4.81 |
| FEV1 | Liters | 1.99 | 4.00 |
| FEV1/FVC |  | 66 | 83 |
| FEF 25-75% | L/sec | 1.46 | 4.45 |
| PEFR | L/sec | 3.04 | 5.83 |
| MVV |  | 58 | 67 |
| **LUNG VOLUMES BY HELIUM DILUTION** |  |  |  |
| SVC | Liters | 3.48 | 4.36 |
| IC | Liters | 3.00 | 3.31 |
| ERV | Liters | .48 | 1.05 |
| FRC | Liters | 2.46 | 3.36 |
| RV | Liters | 1.98 | 2.32 |
| TLC | Liters | 5.45 | 6.68 |
| RV/TLC |  | 36 | 35 |

Pulmonary Physicians of Norwich, P.C.
330 Washington Street Suite 430, Norwich, CT 06360  Date: 10/25/00

Name: VANPATTEN, FRED .
ID: 7035          Room:                    Technician: TANYA CROSS
Age: 52   Race: W   Height: 73in   Weight: 280lb   Sex: M

