823F Meadowlark
Naples, Florida
Aug 6th 2003

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

Gentlemen:

I received your form stating that I didn't have some information completed no supporting Documentation on my claim # Case No 01-01139 (JKF), and I have talked to the EPA in Libby, MT 59923, for 230 South Central Rd, for a copy of the EPA Report. They just took the Vermiculite & Asbestos out of my house there starting June 16th and ending July 2, 2003 and the report won't be finished for a week.

I am asking for an extension. At this time I am sure I have this form back to you, as the deadline is Aug 8th 2003 and the report won't be

Computed for another week. Please give me a couple of weeks extention on this case.

Sincerely,
Carol A. Graham

