IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

     I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on August 7, 2003. I certify further that I caused the service of the:

**RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' FIFTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

was made on the following parties on the attached list via Facsimile.

_____
Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 7th day of August, 2003.

_____
NOTARY

NOTARIAL SEAL
MELISSA N. BISACC...
Notary Public - State of De...
Date of Appointment: February 12, 2...
My Commission Expires: February 12, 2004

| NAME | FIRM/COMPANY | FACSIMILE NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| James H.M. Sprayregen, Esq. | Kirkland & Ellis | 312.861.2200 | 312.861.2000 |
| Elihu Inselbuch, Esq. | Caplin & Drysdale, Chartered | 212.644.6755 | 212.319.7125 |
| Scott L. Baena, Esq. Robert W. Turken, Esq. | Bilzin Sumberg Dunn Baena Price & Alexrod LLP | 305.374.7593 | 305.374.7580 |
| Theodore J. Taconelli, Esq. Michael B. Joseph, Esq. | Ferry & Joseph, P.A. | 302.575.1714 | 302.575.1555 |
| Laura Davis Jones, Esq. David W. Carickhoff, Jr. Esq. | Pachulski, Stang, Ziehl, Young & Jones | 302.652.4400 | 302.652.4100 |
| Frank J. Perch, Esq. | Office of the United States Trustee | 302.573.6497 | 302.5736491 |
| William S. Katchen, Esq. | Duane Morris & Heckscher LLP | 973.424.2001 | 973.424.2031 |
| Michael R. Lastowski, Esq. | Duane Morris & Heckscher LLP | 302.657.4901 | 302.657.4900 |
| Lewis Kruger, Esq. Kenneth Pasquale, Esq. Moshe Sassoon, Esq. | Strook & Strook & Lavan, LLP | 212.806.6006 | 212.806.5400 |
| Steven M. Yoder, Esq. | The Bayard Firm | 302.658.6395 | |
| J. Douglas Bacon, Esq. | Latham & Watkins | 312.993.9767 | |
| Thomas Mayer, Esq. Phil Bentley, Esq. Gary Becker, Esq. | Kramer Levin Naftalis & Frankel LLP | 212.715.8000 | 212.715.9100 |
| Mark T. Hurtford, Esq. Matthew G. Zaleski, Esq. | Campbell & Levine | 302.426.9947 | 302.426.1900 |

KRLSWIL:42966.1