25 July 03

(a) U.S. Bankrupt: D. of Delaware
RE: W.R. Grace & Co., Debtors
Case Number Ch. 11 No. 01-1139
Title of Objection - No Supporting Documentation

(b) Claimant: Edward D. Kerr, Claim Number 1413, Phone 313-278-7519

As stated in my claim form of 6-18-02 my home was built in 1964. My son & I installed the masonry fill and the builder's plastering contractor installed vermiculite (Zonolite brand) plaster on all walls & ceilings.

I have no other written documentation - just my physical evidence in home we've lived in since then.

Am ready to sell now & must declare contamination so diminution of value is estimated at $8,000.+ by Realtors.

Would hope Debtor will do right thing rather than being a faithless fiduciary.

Regards,
[signature]

Copy to Co-Counsels for Debtor
K+E - Chicago
and
P,S,Z,Y,J &W P.C. Wilmington