IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2003, the **UNITED STATES'
STATEMENT REGARDING ASBESTOS ANALYSIS ISSUES IN W.R. GRACE'S
MOTION FOR SUMMARY JUDGMENT AND CLAIMANTS' MOTION TO EXCLUDE
DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS (DOCKET NUMBERS 4009
& 4022)** was filed with the Court electronically and served via U.S. Mail, postage prepaid, upon
the following:

James H.M. Sprayregen
James W. Kapp III
Janet S. Baer
Christian J. Lane
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
Scotta E. McFarland
Paula A. Galbraith
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Darrell W. Scott
Burke D. Jackowich
LUKINS & ANNIS, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201

Edward J. Westbrook
Robert M. Turkewitz
James L. Ward
Robert S. Wood
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464

William D. Sullivan
Charles Brown
ELUZUFON AUSTON REARDON TARLOV
& MONDELL
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899

 /s/ Corrine A. Christen
Corrine A. Christen, CLA
Paralegal Specialist
U.S. Department of Justice/ENRD/EES