IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| | : | CASE NO. 01-01139 |
| W.R. Grace & Co., et al. | : | (Jointly Administered) |
| | : | |
| Debtors | : | |
| | : | |

**CERTIFICATION OF COUNSEL REGARDING SETTLEMENT OF
MOTION OF ROBERT COSTA AND RONALD THORNBURG FOR
RELIEF FROM STAY UNDER 11 U.S.C. § 362 OF THE BANKRUPTCY CODE**

Counsel for Robert Costa and Ronald Thornburg ("Costa and Thornburg") file the attached proposed order which has been agreed to between Costa and Thornburg and W.R. Grace & Co., et al. (the "Debtors") with respect to the Motion of Robert Costa and Ronald Thornburg for Relief from Stay under 11 U.S.C. § 362 of the Bankruptcy Code. [Docket No. 3937, filed June 20, 2003].

On July 11, 2003, the Debtors filed an objection to the Motion [Docket No. 4055], and the matter was heard before the Court on July 28, 2003. Based on the direction given them by this Court at that hearing on the Motion, the parties have reached consensus on the proposed order that is attached and now seek the Court's approval of the proposed order. Undersigned counsel has been authorized by counsel for Debtors to represent that the proposed order is

505910_1

acceptable to Debtors.

DATED:   August 7, 2003                    PHILLIPS & COHEN, LLP

                                                  By:   /s/ Peter W. Chatfield
                                                          Peter W. Chatfield
                                                          Phillips & Cohen LLP
                                                          2000 Massachusetts Avenue, NW
                                                          Washington, D.C.  20036
                                                          (202) 833-4567
                                                          (202) 833-1815 Fax

                                                          and

                                                          Martin J. Weis
                                                          Dilworth Paxson LLP
                                                          First Federal Plaza
                                                          Suite 500
                                                          Wilmington, DE 19801

                                                          (302) 571-9800

505910_1