IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | : | CHAPTER 11 |
|---|---|---|
| In re: | : | |
| | : | CASE NO. 01-01139 |
| W.R. Grace & Co., <u>et al</u>. | : | (Jointly Administered) |
| | : | |
| Debtors | : | |
| | : | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
WITH RESPECT TO BAKER & TAYLOR, INC.**

This matter having come before the Court in the chapter 11 case of the above-captioned Debtors upon the Motion of Robert Costa and Ronald Thornburg for Relief from Stay under 11 U.S.C. § 362 of the Bankruptcy Code [Docket No. 3937, filed June 20,2003]; the objections filed by the Debtors [Docket No. 4055, filed July 11, 2003]; and the arguments and stipulations of counsel at the hearing on this matter held before this Court on July 28, 2003, it is hereby:

ORDERED, that Movants request for relief from application of the automatic bankruptcy stay provided Debtors by 11 U.S.C. § 362 (the "automatic stay") is GRANTED to the extent that the automatic stay may have been applied to Baker & Taylor, Inc., a separate, non-debtor company that is not party to these bankruptcy proceedings. Movants are thus free, unhindered by the bankruptcy stay in this action, to pursue their claims against Baker & Taylor, Inc. in the False Claims Act case they initiated in United States District Court for the Northern District of California under the caption <u>United States of America ex rel. Robert Costa and Ronald Thornburg and State of California ex rel. Robert Costa and Ronald Thornburg v. Baker & Taylor, Inc., d/b/a Baker & Taylor Books ("Baker & Taylor") and W.R. Grace & Co. - Connecticut ("Grace-Conn.")</u>, CIVIL NO. 95-1825(vrw); and it is further

505905_1

ORDERED that the automatic bankruptcy stay applicable to the Debtors and Grace-Conn shall remain in effect with respect to Movants' claims against Grace-Conn in the False Claims Act action. Debtors shall seek updated information about the status of any past or continuing criminal investigation relating to the allegations made in the False Claims Act matter and report their findings to this Court at the August 25, 2003 hearing in these bankruptcy cases. A determination whether Movants are entitled to any further relief from this Court shall be made after such updated information has been provided to the Court by Debtors.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

505905_1