# Exhibit A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| Date | Description | | |
|---|---|---|---|
| 03/04/03 | Call with client on GNCC landfill issues and gas monitoring for buffer zone. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 05/07/03 | Review incoming report from Pennoni on methane gas sampling at landfill for buffer zone regarding Gahrs Landfill issues. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.60 | 275.00 | 165.00 |
| TOTALS | 0.60 | | 165.00 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 0.6 | 275.00 | 165.00 |
| TOTAL | | 0.6 | | 165.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 05/05/03 | Reviewed draft statement of damages and replied to email of L. Ferdinand regarding same. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 05/05/03 | Reviewed and updated docket. | | |

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |
| 05/05/03 | Drafted March 2003 fee application | | |
| 11 | K. Jasket | 0.6 | 108.00 |
| 05/06/03 | Drafted March 2003 fee application. | | |
| 11 | K. Jasket | 1.7 | 306.00 |
| 05/12/03 | Review and revise March, 2003 monthly fee application. | | |
| 11 | S. Zuber | 0.3 | 102.00 |
| 05/14/03 | Revised March 2003 fee application. | | |
| 11 | K. Jasket | 0.7 | 126.00 |
| 05/16/03 | Review of prior fee applications and final reports from the fee auditor to determine amounts outstanding. | | |
| 11 | K. Jasket | 1.0 | 180.00 |
| 05/16/03 | Review of proposed order and fee summary from fee auditor. | | |
| 11 | K. Jasket | 0.5 | 90.00 |
| 05/16/03 | Reviewed CNO for February 2003 and forwarded same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 05/20/03 | Drafted Quarterly Fee Application for January - March 2003. | | |
| 11 | K. Jasket | 1.6 | 288.00 |
| 05/21/03 | Drafted Quarterly fee application for January - March 2003 and forwarded to S. Zuber for review. | | |
| 11 | K. Jasket | 1.6 | 288.00 |
| 05/23/03 | Review and revise Quarterly Fee Application for first quarter of 2003. | | |
| 11 | S. Zuber | 0.3 | 102.00 |
| 05/23/03 | Reviewed quarterly fee applications and final reports from the fee auditor regarding reductions and drafted memo to S. Bruinooge regarding same. | | |
| 11 | K. Jasket | 1.0 | 180.00 |
| 05/27/03 | Reviewed and updated docket. | | |
| 11 | K. Jasket | 0.3 | 54.00 |
| 05/27/03 | Revised Quarterly fee application and attention to sending same to S. McFarland for filing. | | |
| 11 | K. Jasket | 0.3 | 54.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.60 | 340.00 | 204.00 |
| K. Jasket | 10.00 | 180.00 | 1,800.00 |
| TOTALS | 10.60 | | 2,004.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 340.00 | 204.00 |
| K. Jasket | 11 | 10.0 | 180.00 | 1,800.00 |
| TOTAL | | 10.6 | | 2,004.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Hours | Fee |
|---|---|---|---|
| 05/23/03 4 | Discuss lease rejection and damage issues with A. Marchetta and J. Scordo. S. Zuber | 0.4 | 136.00 |
| 05/23/03 4 | Review and analysis of impact of rejection of prime lease on sublease, and prime lessor's damage claims, including Sec. 502(b) (6) cap issues. S. Zuber | 0.7 | 238.00 |
| 05/23/03 4 | Telephone calls with J. Scordo regarding lease issue and review regarding same. A. Marchetta | 0.4 | 180.00 |
| 05/23/03 15 | Telephone call with A. Nagy and V. Finkelstein on tenant's threat to holdover. J. Scordo | 0.3 | 96.00 |
| 05/23/03 15 | Legal research in New York on holdover subtenant. J. Scordo | 0.6 | 192.00 |
| 05/23/03 | Conference call with A. Nagy, V. Finkelstein and C. Lane regarding |  |  |

4

| Date | Task | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | 15 | holdover subtenant. | J. Scordo | 0.3 | 96.00 |
| 05/23/03 | 15 | Confer with A. Marchetta and S. Zuber regarding holdover subtenant. | J. Scordo | 0.2 | 64.00 |
| 05/25/03 | 15 | E-mail to A. Marchetta on open issues, including holdover subtenant. | J. Scordo | 0.1 | 32.00 |
| 05/28/03 | 4 | Continued analysis of lease and bankruptcy issues, including discussions with J. Scordo and A. Marchetta regarding whether Grace should seek to reject lease (and sublease) and consequences of rejection. | S. Zuber | 0.6 | 204.00 |
| 05/28/03 | 4 | Work with J. Scordo and S. Zuber regarding lease issues. | A. Marchetta | 0.6 | 270.00 |
| 05/28/03 | 15 | Confer with S. Zuber regarding eviction action. | J. Scordo | 0.2 | 64.00 |
| 05/28/03 | 15 | Telephone call with Grace and C. Lane on holdover issues. | J. Scordo | 0.4 | 128.00 |
| 05/28/03 | 15 | Telephone call with C. Lane on bankruptcy issues. | J. Scordo | 0.3 | 96.00 |
| 05/29/03 | 4 | Further analysis of whether Grace should reject lease and sublease and consequences of same. | S. Zuber | 0.3 | 102.00 |
| 05/29/03 | 4 | Review issue of lease rejection and eviction proceeding. | A. Marchetta | 1.0 | 450.00 |
| 05/29/03 | 4 | Telephone calls to client and Kirkland & Ellis regarding lease rejection and eviction proceeding. | A. Marchetta | 0.2 | 90.00 |
| 05/29/03 | 4 | Work with B. Benjamin and J. Scordo regarding lease rejection and eviction proceeding. | A. Marchetta | 0.5 | 225.00 |
| 05/29/03 | 15 | Discuss issues of rejecting and holdover with A. Marchetta and S. Zuber. | J. Scordo | 0.5 | 160.00 |
| 05/29/03 | 15 | Conference calls with landlord's attorney. | J. Scordo | 0.3 | 96.00 |

5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/29/03 15 | Update B. Benjamin on outstanding issues and review e-mail from B. Benjamin regarding his review of file. | J. Scordo | 0.3 | 96.00 |
| 05/29/03 15 | Exchange e-mails with V. Finkelstein regarding rent payment. | J. Scordo | 0.2 | 64.00 |
| 05/29/03 15 | Review and analyze lease and settlement agreements. | J. Scordo | 1.0 | 320.00 |
| 05/29/03 15 | Per A. Marchetta, review Master Lease between Weiler and Grace regarding confirming whether letter of credit given to secure lease obligations. | B. Benjamin | 0.3 | 96.00 |
| 05/29/03 15 | Telephone conference with A. Marchetta regarding acceptance of service of Petition, admitting allegations in petition, and strategy regarding ejecting subtenant from space. | B. Benjamin | 0.3 | 96.00 |
| 05/29/03 4 | Reviewed file documents as requested by J. Scordo regarding identification and retrieval of settlement agreement, leases and related documentation regarding preparation of eviction notice to Tahari. | S. Parker | 0.4 | 42.00 |
| 05/29/03 4 | Worked with J. Scordo regarding documents compiled regarding preparation of eviction notice to Tahari. | S. Parker | 0.2 | 21.00 |
| 05/30/03 15 | Review e-mails from B. Benjamin and A. Marchetta regarding letter of credit and work with A. Marchetta regarding same. | J. Scordo | 0.2 | 64.00 |
| 05/30/03 4 | Telephone calls with landlord's attorney. | A. Marchetta | 0.4 | 180.00 |
| 05/30/03 4 | Follow up with J. Scordo and client regarding issues. | A. Marchetta | 0.4 | 180.00 |
| 05/30/03 15 | Telephone conference with C. Bauble regarding letter of credit from Tahari and draft correspondence to A. Marchetta and J. Scordo regarding same. | B. Benjamin | 0.2 | 64.00 |
| 05/31/03 15 | Review e-mail from A. Nagy. | J. Scordo | 0.1 | 32.00 |

| Date | Description | | |
|---|---|---|---|
| 05/31/03 15 | E-mail to A. Marchetta regarding e-mail received from A. Nagy. J. Scordo | 0.1 | 32.00 |
| 05/31/03 15 | Review settlement agreement and draft e-mail to A. Marchetta regarding same. J. Scordo | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.50 | 450.00 | 1,575.00 |
| J. Scordo | 5.30 | 320.00 | 1,696.00 |
| S. Zuber | 2.00 | 340.00 | 680.00 |
| B. Benjamin | 0.80 | 320.00 | 256.00 |
| S. Parker | 0.60 | 105.00 | 63.00 |
| TOTALS | 12.20 | | 4,270.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.5 | 450.00 | 1,575.00 |
| S. Zuber | 4 | 2.0 | 340.00 | 680.00 |
| J. Scordo | 15 | 5.3 | 320.00 | 1,696.00 |
| B. Benjamin | 15 | 0.8 | 320.00 | 256.00 |
| S. Parker | 4 | 0.6 | 105.00 | 63.00 |
| TOTAL | | 12.2 | | 4,270.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| | |
|---|---|
| 05/20/03 | Conducted database searches and reviewed file documents as requested by A. Marchetta regarding identification and retrieval of documents detailing the status of all buildings in the litigation, including those buildings included in the Prince George Center settlement |

| | | | |
|---|---|---|---|
| 4 | S. Parker | 2.2 | 231.00 |
| 05/21/03 | Follow up regarding client request for information on buildings. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 05/21/03 | Telephone call to client regarding request for information on buildings. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 05/21/03 | Work with S. Parker regarding client request for information on buildings. | | |
| 4 | A. Marchetta | 1.1 | 495.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.10 | 450.00 | 495.00 |
| S. Parker | 2.20 | 105.00 | 231.00 |
| TOTALS | 3.30 | | 726.00 |


### FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | TASK <u>CODE</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.1 | 450.00 | 495.00 |
| S. Parker | 4 | 2.2 | 105.00 | 231.00 |
| TOTAL | | 3.3 | | 726.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 05/01/03 | Appearance and argument of Motion for Reconsideration in Hudson County Court before Judge McLaughlin. | | |
| 15 | W. Hatfield | 3.0 | 825.00 |
| 05/01/03 | Contact client on court decision. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |
| 05/01/03 | Address follow up regarding schedule for reply on attorney's fees and interest. | | |

8

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | W. Hatfield | 0.3 | 82.50 |
| 05/01/03 4 | Follow up regarding motion and review issues with R. Rose. | A. Marchetta | 0.2 | 90.00 |
| 05/01/03 15 | Attend hearing on motion for reconsideration. | R. Rose | 3.5 | 1,347.50 |
| 05/05/03 15 | Call with A. Nagy on post-trial case issues and motion for reconsideration. | W. Hatfield | 0.4 | 110.00 |
| 05/08/03 15 | Phone calls to Hudson County Court House regarding requesting transcript from motion hearing on May 1, 2003 as requested by W. Hatfield. | S. Purrington | 0.5 | 55.00 |
| 05/09/03 4 | Review letter and proposed order from Weja. | W. Hatfield | 0.2 | 55.00 |
| 05/11/03 15 | Research and draft reply brief on attorneys fees and costs for trial and post trial. | W. Hatfield | 3.0 | 825.00 |
| 05/12/03 15 | Address reply brief issues on prejudgment interest and attorneys fees. | W. Hatfield | 4.8 | 1,320.00 |
| 05/13/03 15 | Research and revise reply brief sections on prejudgment interest application issues. | W. Hatfield | 3.8 | 1,045.00 |
| 05/13/03 15 | Draft reply brief on trial and post trial attorneys fees and costs. | W. Hatfield | 3.9 | 1,072.50 |
| 05/13/03 15 | Review and edit chart in response to Weja's Appendix "A" on reply for attorney fees and costs certification. | W. Hatfield | 1.0 | 275.00 |
| 05/13/03 4 | Follow up regarding appeal. | A. Marchetta | 0.3 | 135.00 |
| 05/13/03 15 | Review initial draft reply brief on pre-judgment interest issue and discuss with B. Hatfield. | R. Rose | 0.8 | 308.00 |
| 05/13/03 15 | Prepare chart outlining trial and post trial attorneys fees as requested by W. Hatfield. | S. Purrington | 2.6 | 286.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/14/03 15 | Complete final revisions to reply briefs on Grace's right to prejudgment interest and attorney's fees.<br>R. Rose | 4.4 | 1,694.00 |
| 05/14/03 15 | Address reply brief issues.<br>W. Hatfield | 0.4 | 110.00 |
| 05/14/03 15 | Prepare chart outlining trial and post trial attorney's fees in preparation for filing as requested by W. Hatfield.<br>S. Purrington | 4.8 | 528.00 |
| 05/15/03 15 | Address reply brief issues and certification/attachments.<br>W. Hatfield | 0.5 | 137.50 |
| 05/15/03 15 | Prepare chart outlining trial and post trial attorney's fees in preparation for filing as requested by W. Hatfield.<br>S. Purrington | 4.9 | 539.00 |
| 05/15/03 15 | Draft W. Hatfield Certification for reply brief regarding attorneys fees and costs.<br>S. Purrington | 1.3 | 143.00 |
| 05/15/03 15 | Prepare exhibits for W. Hatfield Certification for reply brief regarding attorneys fees and costs.<br>S. Purrington | 1.5 | 165.00 |
| 05/16/03 15 | Review and finalize prejudgment interest reply brief and file same.<br>W. Hatfield | 1.3 | 357.50 |
| 05/16/03 15 | Review and finalize attorneys' fees and costs reply brief and certification.<br>W. Hatfield | 2.9 | 797.50 |
| 05/16/03 15 | Call on site remediation issues with A. Marchetta, R. Rose, and client.<br>W. Hatfield | 0.5 | 137.50 |
| 05/16/03 4 | Conference with W. Hatfield regarding Interfaith decision and effect on case.<br>A. Marchetta | 0.4 | 180.00 |
| 05/16/03 15 | Shepardize and cite check brief regarding prejudgment interest.<br>S. Kim | 1.9 | 304.00 |
| 05/16/03 15 | Prepare chart outlining trial and post trial attorney's costs in preparation for filing as requested by W. Hatfield.<br>S. Purrington | 5.1 | 561.00 |

10

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05/16/03<br>15 | Draft introduction to trial and post trial attorney's fees and costs charts as requested by W. Hatfield.<br>S. Purrington | | 1.4 | 154.00 |
| 05/18/03<br>4 | Follow up regarding court decision in Interfaith as it affects site cleanup.<br>A. Marchetta | | 0.3 | 135.00 |
| 05/19/03<br>4 | Address site cleanup issues.<br>W. Hatfield | | 0.2 | 55.00 |
| 05/20/03<br>4 | Follow up and review order and opinion from court on related case and issues for Weja matter.<br>A. Marchetta | | 0.2 | 90.00 |
| 05/21/03<br>4 | Address site cleanup issues.<br>W. Hatfield | | 0.4 | 110.00 |
| 05/21/03<br>15 | Call to adversary and address hearing date for final post trial motions.<br>W. Hatfield | | 0.2 | 55.00 |
| 05/23/03<br>4 | Address hearing date for final applications.<br>W. Hatfield | | 0.2 | 55.00 |
| 05/30/03<br>4 | Review decision and opinion in Interfaith case regarding Route 440 site.<br>W. Hatfield | | 3.0 | 825.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 30.20 | 275.00 | 8,305.00 |
| A. Marchetta | 1.40 | 450.00 | 630.00 |
| R. Rose | 8.70 | 385.00 | 3,349.50 |
| S. Kim | 1.90 | 160.00 | 304.00 |
| S. Purrington | 22.10 | 110.00 | 2,431.00 |
| TOTALS | 64.30 | | 15,019.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

TASK

11

| Timekeeper | CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 8.7 | 385.00 | 3,349.50 |
| A. Marchetta | 4 | 1.4 | 450.00 | 630.00 |
| W. Hatfield | 4 | 4.0 | 275.00 | 1,100.00 |
|  | 15 | 26.2 | 275.00 | 7,205.00 |
| S. Kim | 15 | 1.9 | 160.00 | 304.00 |
| S. Purrington | 15 | 22.1 | 110.00 | 2,431.00 |
| TOTAL |  | 64.3 |  | 15,019.50 |