# Exhibit B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 01/27/03 | PD TRAVEL EXPENSES TO DELAWARE; SAZ; CK# 248430[2] | 26.76 |
| 01/27/03 | PD MEAL EXPENSES; SAZ; CK# 248430[3] | 10.50 |
| 03/17/03 | PD TRAVEL EXPENSES TO WILMINGTON DE; SAZ; CK# 248430[4] | 21.76 |
| 05/16/03 | PD UPS TO WILMINGTON DE; KMJ; INV NO. 81207203 | 7.74 |
| | Duplicating | 44.80 |
| | Matter Total Engagement Cost | 111.56 |

Engagement Costs – Weja Inc.

| | | |
|---|---|---|
| 04/28/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 247885[5] | 54.75 |
| 04/28/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 247885[6] | 26.50 |
| 04/28/03 | PD GEN MESS TO ROSELAND NJ; CK# 247885[7] | 24.25 |
| 04/28/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 247885[8] | 27.50 |
| 05/01/03 | PD TRAVEL EXPENSES TO JERSEY CITY NJ; WSS; CK# 248347[9] | 30.00 |
| 05/09/03 | Paid Kemco Transcription Srvc. Inc. for deposit for motion hearing transcript on 5/1/03 Docket L-7908-95 #10501; S#4362[10] | 150.00 |
| 05/16/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 248554[11] | 54.75 |
| 05/16/03 | PD GEN MESS TO ROSELAND NJ; CK# 248554[12] | 32.25 |
| | Computer Assisted Research | 82.19 |
| | Duplicating | 245.42 |

---

[2] *See* Direct Reimbursement Expense Report for Scott A. Zuber dated 4/28/03 attached hereto as Exhibit 1.
[3] *See id.*
[4] *See id.*
[5] *See* General Messenger Service, Inc. Invoice Number 97945 dated 5/5/03 attached hereto as Exhibit 2.
[6] *See id.*
[7] *See id.*
[8] *See id.*
[9] *See* Direct Reimbursement Expense Report for William S. Hatfield dated 5/5/03 attached hereto as Exhibit 3.
[10] *See* Pitney, Hardin, Kipp & Szuch LLP Check Requisition dated 5/9/03 attached hereto as Exhibit 4.
[11] *See* General Messenger Service, Inc. Invoice Number 98241 dated 5/27/03 attached hereto as Exhibit 5.
[12] *See id.*

13

| | |
|---|---:|
| Postage | 25.55 |
| Matter Total Engagement Cost | 753.16 |

# Exhibit 1
## to Exhibit B

RECEIVED MAY 2 2003

# DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: Scott A. Zuber

PITNEY, HARDIN, KIPP & SZUCH LLP

Period From: 1/27/2003
To: 4/4/2003

**NOTE:** DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking, Tolls, Taxi | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 1/27/2003 | W.R.Grace Travel to fee app. Hearing in Delaware in | 41.00 | $14.76 | $12.00 $20.70 | | $10.50 | | $37.26 | 082910.093242 A |
| 3/17/2003 | Travel to Wilmington, DE for fee app. Hearing | 41.00 | $14.76 | $7.00 21.76 | | | $21.76 | 082910.093242 A |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 4/28/03

PAID MAY 2 8 2003

Detail of Expenses
See Supplement to Office
Manual for Instructions.

Period From: 1/27/2002
To: 4/22/2003

## BUSINESS MEALS

| DATE | DESCRIPTION, BUSINESS REASON, NAME OF RESTAURANT & BUSINESS ASSOCIATES ATTENDING | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|---|
| 1/27/2003 | Meals in Wilmington, DE for fee application hearing in W.R. Grace | $10.50 | 082910.093242 A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## OTHER ALLOWABLE EXPENSES

| DATE | DESCRIPTION OF EXPENSE | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL: $0.00

4/29/2003

Signature _____

# Exhibit 2
## to Exhibit B

# GENERAL MESSENGER SERVICE, INC.

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 97945 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 5/05/03 | |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

ase tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 97945 | 5/04/03 | | 3 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 5/01/03 | 716025 | RSH | PITNEY HARDIN KIPP & SZUCH LLP  200 CAMPUS DRIVE  FLORHAM PARK  NJ 07932  Caller: GEORGE KNORR  Time: 09:29  Signed: SAM SALEEM-ASSOC 4TH F Time: 11:00    HARTZ MOUNTAIN INDUSTRIES  400 PLAZA DRIVE  SECAUCUS  NJ 07094  Your Ref.:034150.098938    Total Charges for Ref. - 034150.098938:  54.75 | BASE RATE : 54.50  INSURANCE : .25 | 54.75 |

ENTERED IN COMPUTER

TOTAL ▶ Continued

INVOICE PAYMENT DUE UPON RECEIPT

# GENERAL MESSENGER SERVICE, INC.

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 97945 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 5/05/03 | |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

ase tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 97945 | 5/04/03 | | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 4/28/03 | 715805 | ADD | PITNEY HARDIN KIPP & SZUCH LLP          HUDSON COUNTY COURTHOUSE<br>200 CAMPUS DRIVE                                 595 NEWARK AVENUE<br>FLORHAM PARK     NJ 07932                      JERSEY CITY      NJ 07097<br>Caller: JANET 7601     Time: 13:46                                  22<br>Signed: MS PHILIPPE-CLERK 583 Time: 15:51<br>                                 Your Ref.:082910.065656 | BASE RATE :  20.00<br>WAIT TIME :   6.25<br>INSURANCE :    .25 | 26.50 |
| 4/28/03 | 715806 | ADD | PITNEY HARDIN KIPP & SZUCH LLP          SORIANO HINKLE<br>200 CAMPUS DRIVE                                 75 EISENHOWER PARKWAY<br>FLORHAM PARK     NJ 07932                      ROSELAND         NJ 07068<br>Caller: JANET 7601     Time: 13:46<br>Signed: D MCCULLOUGH-RECEPTION Time: 15:11<br>                                 Your Ref.:082910.065656 | BASE RATE :  24.00<br>INSURANCE :    .25 | 24.25 |
| 4/28/03 | 715807 | R/T | HUDSON COUNTY COURTHOUSE                PITNEY HARDIN KIPP & SZUCH LLP<br>583 NEWARK AVENUE                               200 CAMPUS DRIVE<br>JERSEY CITY      NJ 07097                      FLORHAM PARK     NJ 07932<br>Caller: JANET 7601     Time: 13:46<br>Signed: MR. HOWINSKI/MAILROOM Time: 17:24<br>                                 Your Ref.:082910.065656 | BASE RATE :  27.25<br>INSURANCE :    .25 | 27.50 |

Total Charges for Ref. - 082910.065656:    133.00

INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit 3
## to Exhibit B

RECEIVED
MAY 6 2003

PITNEY, HARDIN, KIPP & SZUCH LLP

# DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: William S. Hatfield

Period From: April 11, 2003
To: May 1, 2003

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount Parking or Tolls | | | | | |
| 5/1/2003 | Travel to and from Jersey City - Argument Grace v. Weja motion for reconsideration | 50.00 | $18.00 $12.00 | | | | $30.00 | 082910.065656 |

Expenses Reported  $ _____

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 5/5/03

5/5/2003

# Exhibit 4
## to Exhibit B

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

Sandy x8315

PAYEE Kemco Transcription I~ PAID.................
APPROVED ......... JH ........ DATE 5/9/03
CLIENT W.R. Grace    VENDOR NO. 01790
  #4    CHECK NO. 247783  N.O: 082910
MATTER Weja    CHARGE 70501    NO: 065656

DESCRIPTION Deposit for motion hearing transcript on 5/1/03 - Docket L-7908-95

AMOUNT $ 150.00

AUTHORIZED SIGNATURE
W. Hatfield

# Exhibit 5
## to Exhibit B

# GENERAL MESSENGER SERVICE, INC.

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 98241 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 5/27/03 | |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

ENTERED IN COMPUTER BY:

ease tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 98241 | 5/25/03 | | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 5/21/03 | 717319 | RSH | PITNEY HARDIN KIPP & SZUCH LLP  HUDSON COUNTY COURTHOUSE<br>200 CAMPUS DRIVE  583 NEWARK AVENUE<br>FLORHAM PARK  NJ 07932  JERSEY CITY  NJ 07097<br>Caller: NORELL/M BISNGER Time: 11:44<br>Signed: MS BARNETT-CLERK  Time: 13:10<br>Your Ref.:080890.100169<br>Total Charges for Ref. - 080890.100169:  54.75 | BASE RATE : 54.50<br>INSURANCE : .25 | 54.75 |

INVOICE PAYMENT DUE UPON RECEIPT

# GENERAL MESSENGER SERVICE, INC.

| | |
|---|---|
| INVOICE NUMBER | CUSTOMER NUMBER |
| 98145 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 5/19/03 | |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

ENTERED IN COMPUTER BY:

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 98145 | 5/18/03 | | |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 5/15/03 | 716979 | RSH | PITNEY HARDIN KIPP & SZUCH LLP     LOWENSTEIN SANDLER<br>200 CAMPUS DRIVE                              65 LIVINGSTON AVE<br>FLORHAM PARK    NJ 07932              ROSELAND    NJ 07068<br>Caller: WENDY 8297    Time: 11:13<br>Signed: MS SANTENI-RECPT    Time: 12:30<br>Your Ref.:062769.092226<br>Total Charges for Ref. - 062769.092226:    32.25 | BASE RATE : 32.00<br>INSURANCE : .25 | 32.25 |

INVOICE PAYMENT DUE UPON RECEIPT