**Exhibit C**
June 2003 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**Objection Deadline: August 20, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY COVER SHEET TO TWENTY-SEVENTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2003 THROUGH JUNE 30, 2003

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2003 through June 30, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $105,028.72 for the period June 1, 2003 through June 30, 2003 (80% of $131,285.90 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $6,316.82 for the period June 1, 2003 through June 30, 2003. |

This is a:        Monthly interim application.

DOCKET # 4123
DATE 7/31/03

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 80% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 80% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 80% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 80% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 80% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 80% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twenty-seventh application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 103.0 | $45,320.00 |
| William Hughes | Counsel | $350 | 182.9 | $64,015.00 |
| Michael L. Williams | Associate | $225 | 81.6 | $18,360.00 |
| Rebecca L. Schuller | Associate | $180 | 40.3 | $7,254.00 |
| Alec C. Zacaroli | Associate | $225 | 15.1 | $3,397.50 |
| Tamara Parker | Associate | $290 | 69.1 | $20,039.00 |
| Letta Sneed | Associate | $260 | 22.7 | $5,902.00 |
| F. Paul Pittman | Summer Assoc. | 170 | 12.1 | $2,057.00 |
| Barbara Banks | Paralegal | $135 | 166.0 | $22,410.00 |
| Natasha Bynum | Legal Clerk | $100 | 1.0 | $100.00 |
| Mahmoude Moasser | Paralegal | $135 | 202.2 | $27,297.00 |

| | |
|---|---|
| Total Fees | $216,151.50 |
| Less 40% Discount for Allied | $( 84,865.60) |
| Balance Due | $131,285.90 |
| Total Hours | 896.0 |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Air Fares | $842.50 |
| Hotels | $150.31 |
| Meals on Trips | $17.85 |
| Taxis on Trips | $13.89 |
| Parking at Airport | $56.00 |
| Online Research | $3,494.00 |
| Delivery Service/Messengers | $75.90 |
| Telephone | $296.49 |
| Federal Express | $186.15 |
| Meals (Working) in DC | $70.32 |
| Aerial Photos at Site (Langan) | $512.32 |
| Deposition Transcripts | $358.97 |
| Secretarial Overtime | $242.12 |
| | |
| Total | $6,316.82 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )
            Debtors.                      )

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.    I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 28th day of July 2003.

Notary Public

My Commission Expires:

JaVonda D. Kelley
Notary Public District of Columbia
My Commission Expires 7/14/08

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: August 20, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 28, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#     903

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/02/03 | BJB | Research case records, collect and organize pertinent documents re experts' RCRA costs in preparation for Grace Defs' costs petition for Mr. Hughes (5.7); conference with Ms. Schuller and Ms. Bynum Re Pitney Hardin attorney rate and provide direction to Ms. Bynum re same (.4) ; conference with Mr. Hughes re collected Expert invoices (.3); research Lexis for Third Circuit local Court rules, download, prepare and create binder (.4); research Lexis for cases re RCRA claim costs for Mr. Hughes (.3) research prepare email to Mr. Marraro re fwd pertinent cases (.2) | 7.30 |
| 06/02/03 | CHM | Meeting with Agnello re various issues (3.2); meeting with Jersey City Mayor (1.5). | 4.70 |
| 06/02/03 | MM | Meet with Mr. Hughes re discussion of WKMB RCRA relating invoices to be organized and creating of a database for filing (.3); preliminary review and organization of WKMB invoices returned by Mr. Hughes after his review and identification, pending (2.9); office conference with Ms. Banks re expert invoices (.1); review recent distributed memorandum with various correspondence (.3). | 3.60 |

| 06/02/03 | WFH | Review draft work plan provided by SI Group and confer with Dr. Brown and Mr. Golladay re same (2.4); legal research re various issues arising under work plan, including permitting requirements for remediation activities (5.2). | 7.60 |

| 06/02/03 | CHM | Travel to NJ for meeting with Jersey City Mayor and for meeting with Agnello (1.8). (Note: travel time billed at 50%; 10% here and 40% at end of statement). | 1.60 |

| 06/02/03 | RLS | Research rates for DC in connection with Petitioner firms (1.1). | 1.10 |

| 06/03/03 | BJB | Review new correspondence and documents, prepare for incorporation into Post-trial files (1.8); return telephone call to co-counsel, Mr. Scrivo and assist with Pacer research (.5); conference with Mr. Hughes re proposed site RI/FS (.3); make telephone to expert re same for Mr. Hughes (.3); research case files and collect pertinent agreement for Mr. Marraro (.4); coordinate and prepare documents for case file (3.2); conference with Mr. Hughes re proposed site work plan (.3); research correspondence indices and identify pertinent court reporter invoices and remaining expert invoices in re Grace costs petition for Mr. Hughes (1.5). | 8.30 |

| 06/03/03 | CHM | Conference call with Mr. Corcoran (.5); conference calls re work plan (.8); legal research on stay issues (1.5); conference with client (.5). | 3.30 |

| 06/03/03 | CHM | Travel to DC from NJ (2.1). (Note: travel time billed at 50%; 10% or 1.8 here, 40% at end of statement). | 1.80 |

| 06/03/03 | WFH | Conferences with Mr. Marraro and SI Group staff re work plan (.8); work with SI Group on revising work plan (5.9); legal and factual research in support of same (1.0); conference with Ms. Schuller re legal research on RCRA fee petition issue (.3); conference with Ms. Banks re collecting and analyzing expert invoices for RCRA fee petition (.3); conference with Mr. Moasser re assignment on RCRA fee petition (.3). | 8.60 |

| 06/03/03 | MM | Continue to review and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.7); continue to create chart reflecting same (2.1); review | 5.10 |

|            |     |                                                                                                                                                                                                                                                                                             |      |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |     | recent distributed memorandum with various correspondence (.3).                                                                                                                                                                                                                             |      |
| 06/04/03   | BJB | Continue review of case files and indices, collect, prepare and organize experts' invoices regarding RCRA claim petition (4.9).                                                                                                                                                             | 4.90 |
| 06/04/03   | CHM | Conference calls with plaintiffs' counsel re financial assurance issues (.5); conference with Agnello (.5); conference with client (.5).                                                                                                                                                     | 1.50 |
| 06/04/03   | MM  | Continue to review and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.2); continue to create chart reflecting same (4.6).                                                                                                                       | 6.80 |
| 06/04/03   | WFH | Work with SI Group on revising remediation work plan for submission to Senator Torricelli (8.3); conferences with SI Group staff re permitting and cost issues (.8).                                                                                                                         | 9.10 |
| 06/05/03   | BJB | Review and proof site remedial action cost estimate for Mr. Hughes (.8); conference with Mr. Hughes re same (.3); make calls to expert re Site remedial action proposal for Mr. Hughes re cost estimate revisions (.5); respond to call from expert (.3); continue collection preparation, review and organization of expert invoices re RCRA cost petition (3.8). | 5.70 |
| 06/05/03   | MLW | Research regarding injunctive relief and stays in proceedings before District and Appellate Courts (3.8).                                                                                                                                                                                   | 3.80 |
| 06/05/03   | CHM | Review work plan (1.0); conference calls with Agnello (1.0)                                                                                                                                                                                                                                  | 2.00 |
| 06/05/03   | WFH | Conferences with Mr. Moasser and Ms. Banks re assignments on RCRA fee petition and work plan (.8); work on revising remediation work plan, including timeline for remediation and cost estimate, for submission to Senator Torricelli (7.4); conferences with SI Group staff re technical issues related to remediation and work plan (.8). | 9.00 |
| 06/05/03   | MM  | Continue to review and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.9); continue to create chart reflecting same (4.2).                                                                                                                       | 7.10 |
| 06/06/03   | CHM | Review and comment on final work plan (.5); review research from Ms. Banks (1.0);  conference calls with client                                                                                                                                                                             | 3.00 |

(.5); conference call re development issues (1.0).

| | | | |
|---|---|---|---|
| 06/06/03 | BJB | Continue organization of court reporter invoices re Grace cost Claims (.8); proof and revise as appropriate site cost estimates for cost petition per Mr. Hughes (1.5); conference with Ms. Kelly re same (.4); prepare email to Messrs. Hughes and Williams re same (.2); research Lexis and Westlaw for courts' delineation of recoverable RCRA litigation costs and fees for Mr. Hughes (3.7); incorporate new electronic correspondence into post-trial electronic files (.8);  scan and prepare email to Mr. Marraro (.3). | 7.70 |
| 06/06/03 | WFH | Conferences with Mr. Marraro, Agnello and paralegals re work plan (1.0); work with SI Group to finalize draft of same, including exhibits thereto, for submission to Senator Torricelli (5.3); conferences with SI Group staff re technical issues related to remediation and work plan (.4); review and mark legal and expert invoices collected by Mr. Moasser and Ms. Banks in connection with RCRA fee petition (2.0). | 8.70 |
| 06/06/03 | MM | Continue to review and organization of WKMB invoices returned by Mr. Hughes after his review and identification (.9); continue to create chart reflecting same (2.0); office conference with Mr. Hughes re status of all (.3). | 3.20 |
| 06/09/03 | MLW | Research regarding injunctive relief and stays in proceedings before District and Appellate Courts (3.3). | 3.30 |
| 06/09/03 | WFH | Conference with Ms. Schuller re research in support of RCRA fee petition (.4); review selected cases provided by Ms. Schuller re fee petition and legal standards applicable to same (.8); conferences with experts re RCRA application and related issues (.7); conference with plaintiff's counsel re Laffey matrix and other issues related to fee application (.5); review law re Laffey matrix (.5); conference with Messrs. Agnello and Marraro re work plan and meeting with the Special Master (.4); prepare memo outline rule for allocation of hours betwee RCRA and non-RCRA cases re fee petition (.7); (review and mark monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (5.5). | 9.50 |
| 06/09/03 | CHM | Travel to NJ for meeting with Special Master (2.1). (Note: travel time billed at 50%; 10% or 1.8 here; 40% at end of statement). | 1.80 |

| 06/09/03 | CHM | Meeting with Special Master (2.5); meeting with client and Mr. Agnello (3.0); prepare for meeting with Special Master (1.5); review agreement from same (.2); further changes to work plan (1.0). | 8.20 |
|---|---|---|---|
| 06/09/03 | MM | Review recent memorandum attaching correspondence (.3); review email received from Sciences International re requested invoices for services rendered by Dr. Anderson (.2); forward response email to Sciences International as to follow-up request in assuring we receive stated invoices (.3); office conference with Mr. Hughes re status of review and organizing all WKMB invoices to be submitted for reimbursement (.3); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (1.1); continue to create chart reflecting same (2.2). | 4.40 |
| 06/09/03 | RLS | Research 3rd Circuit case law re attorneys' fees awards under RCRA (1.5). | 1.50 |
| 06/09/03 | BJB | Research Lexis and Westlaw for pertinent cases on Laffey Matrix in NJ District Court and the Third Circuit for Mr. Hughes (6.2); conference with Mr. Hughes re results and follow up assignment (.6). | 6.80 |
| 06/10/03 | MLW | Research regarding Federal Rule 53/Special Masters (1.7). | 1.70 |
| 06/10/03 | WFH | Review and mark monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (7.3); conferences with Mr. Moasser re same and preparation of tables and other exhibits to RCRA fee petition (.6). | 7.90 |
| 06/10/03 | CHM | Meeting with Special Master (2.5); working session at Agnello's office re judgment, and issues with Special Master (4.0). | 6.50 |
| 06/10/03 | CHM | Travel to DC (1.8). (Note: travel time billed at 50%; 10% or 1.6 here; 40% at end of statement). | 1.60 |
| 06/10/03 | MM | Review recent memorandum attaching correspondence (.4); review package received from Sciences international enclosing all requested invoices relating to Allied matter | 7.60 |

|          |      |                                                                                                                                                                                                                                                                                                                                                    |       |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |      | (.5); office conference with Ms. Banks re producing all documents received from Sciences International (.2); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.1); continue to create chart reflecting same (4.4).                                                            |       |
| 06/10/03 | RLS  | Research cases for federal courts Lodestar model for determining reasonable attorneys' fees (7.0).                                                                                                                                                                                                                                                  | 7.00  |
| 06/10/03 | BJB  | Analyze cases collected re Laffey Matrix; respond to email inquiry from local counsel; prepare letter and FedEx package to Mr. Scrivo for Special Master (3.9); review sort and organize new correspondence (.9).                                                                                                                                    | 4.80  |
| 06/11/03 | TRP  | Office conferences and emails with Mr. Hughes and Ms. Banks re rate for fee petition (.6); research re rate applied to non-local attorneys when seeking reimbursement under fee-shifting statute (6.9).                                                                                                                                              | 7.50  |
| 06/11/03 | CHM  | Review Laffey rate issue with Mr. Hughes (.8); conference with plaintiffs' counsel re work plan and other issues (.6); conference with B. Hughes re other attorney fee application issues (.5); review position on K. Brown with client (.3)                                                                                                          | 2.20  |
| 06/11/03 | MM   | Office conference with Mr. Hughes re additional firms' invoices to be review as well Laffey Matrix re determining fees for services rendered to be used when compiling totals for fees reimbursement (.4); review Laffey Matrix re same (.3); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.7); continue to create chart reflecting same (4.7). | 8.10  |
| 06/11/03 | WFH  | Conference with Mr. Marraro re fee application (.8); review and mark monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (8.1); conferences with Mr. Moaser re same and preparation of tables and other exhibits to RCRA fee petition (.5).                                  | 9.40  |
| 06/11/03 | RLS  | Continue research Lodestar model for determining reasonable attorneys' fees (2.5).                                                                                                                                                                                                                                                                  | 2.50  |

| | | | |
|---|---|---|---|
| 06/11/03 | MLW | Research regarding Federal Rule 53/Special Masters (8.3). | 8.30 |
| 06/12/03 | TRP | Continued research re standard rate applied to non-local attorneys when seeking reimbursement under fee-shifting statute and email and phone conference with Mr. Hughes and Ms. Banks re same. (6.4). | 6.40 |
| 06/12/03 | MLW | Research regarding Federal Rule 53/Special Masters (8.5); Conference with J. Agnello and C. Marraro regarding Federal Rule 53/Special Masters (0.4). | 8.90 |
| 06/12/03 | CHM | Review work plan (1.6); conference call with plaintiffs re financial assurance (.8); conference with client (.5); meeting with B. Hughes re attorney fee petition (.6); conference with SI Group (.5) | 4.00 |
| 06/12/03 | WFH | Review and mark monthly Wallace King and experts' invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (7.1); conferences with Mr. Moasser re same and preparation of redacted invoices as appendix to Marraro declaration for fee petition (.5); begin drafting Mr. Marraro's declaration in support of the RCRA fee petition (1.6). | 9.20 |
| 06/12/03 | MM | Produce copy of firm's brochure, matter reference list of cases, and a complete print out of firm's website and produce all to Mr. Hughes' with memorandum as requested by fee petition (.7); review memorandum attaching recent correspondence distributed by Ms. Campbell (.3);  office conferences with Mr. Hughes re additional firms' invoices to be review as well as incorporating Laffey Matrix re determining fees for services rendered to be used when compiling totals for fees reimbursement (.3); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (2.4); continue to create chart reflecting same (6.7). | 10.40 |
| 06/12/03 | RLS | Research W.R. Grace bankruptcy and fee approval process (8.2). | 8.20 |
| 06/12/03 | BJB | Continue research of Lexis and Westlaw, download and coordinate relevant cases re lodestar, computation of attorney fees and NJ decisions re same for Mr. Hughes telephone conference with Ms. Parker re research results and prepare email with attachments to Ms. Parker re same (8.0); | 8.50 |

conference with Mr. Hughes re research results (.5).

| 06/13/03 | CHM | Meeting with Dr. Brown in DC re work plan (1.5); conference with client re list of consultants for letter to Special Master (.5); review and comment on final draft of comments on Honeywell letter on judgment (.6); conference on proposed judgment with plaintiffs (.6) | 3.20 |
|---|---|---|---|
| 06/13/03 | WFH | Meeting in DC with Dr. Brown and Mr. Golladay re remediation work plan and technical issues related to same, including permitting requirements and cost estimate (3.5); conference with Mr. Marraro re permitting issue re site remediation and legal research re same (.7); review and mark monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (4.2); conferences with Mr. Moasser re same and preparation of tables and other exhibits to RCRA fee petition (.3). | 8.70 |
| 06/13/03 | BJB | Review, analyze, organize experts' invoices re RCRA claims petition and create table of same for Mr. Hughes (3.0); continue research Lexis for pertinent historical information re costs petition for Mr. Marraro (.9); download, organize and prepare set of materials (.7); prepare email message and conference with Mr. Marraro re results research case records for pertinent summary judgment and deposition information for Mr. Hughes (.6). | 5.20 |
| 06/13/03 | TRP | Review materials from B. Banks from her research on lodestar and Laffey Matrix (1.0);  begin drafting affidavit in support of fee petition (2.9). | 3.90 |
| 06/13/03 | MM | Review memorandum attaching recent correspondence distributed by Ms. Campbell (.4); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (3.9); continue to create chart reflecting same (5.1). | 9.40 |
| 06/13/03 | RLS | Research and draft attorney qualifications for fee application (7.7). | 7.70 |
| 06/14/03 | MM | Continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (.9); continue to create chart reflecting same (2.6). | 3.50 |

| 06/15/03 | MM | Continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification (.7); continue to create chart reflecting same (3.8). | 4.50 |
|---|---|---|---|
| 06/16/03 | TRP | Draft memo on standard and rate paid under fee shifting statute. (5.9). | 5.90 |
| 06/16/03 | BJB | Place telephone call to U.S. Attorney's office re: update to Current Laffey Matrix (.4); conference with Ms. Parker re Inquiry re Laffey Matrix (.4); prepare email of results to Ms. Parker and Mr. Hughes (.3); review, sort and organize new correspondence (1.8); continue to create table of expert fees an expenses re RCRA claim petition (5.8). | 8.70 |
| 06/16/03 | WFH | Continue reviewing and marking monthly Wallace King and experts' invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (6.0); conferences with Mr. Moasser re same and status of summary tables re hours/fees (.5); review and comment on draft tables from Mr. Moasser (.4); work on Mr. Marraro's declaration in support of the RCRA fee petititon (2.4); conference with Ms. Schuller re drafting section of Marraro declaration re bankruptcy and conduct legal research in support of same (.8). | 10.10 |
| 06/16/03 | CHM | Prepare letter to Special Master (1.7); confer with Agnello re same (.5); conference with McGuire re various issues on development (.5). | 2.70 |
| 06/16/03 | MM | In preparation for submitting RCRA related cost, review emails from Mr. Hughes re additional WKMB invoices to be reviewed, redacted and entered in chart (.2); forward courier to obtain WKMB invoices for review pertaining to RCRA claims (.2); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification all RCRA related matters (3.7); continue to create chart reflecting same (.8). | 4.90 |
| 06/16/03 | RLS | Draft language re W.R. Grace and subsidiaries bankruptcy and fee approval process and attorney qualifications for fee application (7.5). | 7.50 |

| 06/17/03 | MLW | Research regarding Federal Rule 53/Special Masters (1.8). | 1.80 |
|----------|-----|-----------------------------------------------------------|------|
| 06/17/03 | CHM | Review and revise letter of consultants for letter to Special Master (.7); conference with Agnello re upcoming status conference (.5); review letter from Arnold & Porter re financial assurance and review regulations cited thereto (1.0); conference with ICO's counsel re financial assurance issues (.5) | 2.70 |
| 06/17/03 | TRP | Continued drafting memo on standard for fees under fee shifting statutes (6.1); email from R. Schuller re attorney bios to contact K. Saguil re her experience for fee petition (.3). | 6.40 |
| 06/17/03 | BJB | Research Lexis, Internet and Star-ledger re; Honeywell's asbestos liability for Mr. Marraro (1.7) research case records, collect and prepare pertinent documents re; bulkhead for Mr. Hughes (1.6); telephone conference with Mr. Hughes re: pertinent RCRA related information for preparation of RCRA claim (.3); prepare letters and FedEx packages to Messrs. Agnello and Scrivo re RCRA cost petition for Messrs Marraro and Hughes (.8); incorporate new electronic correspondence from co-counsel and SI Group re RCRA claim petition into Post Trial files (1.3); research Lexis for relevant NJ permits for Mr. Hughes (2.8); conference with Mr. Hughes re results (.3) review and proof invoice entries and Calculations for Drs. Anderson, Brown and Belsito re RCRA claims petition (2.3). | 11.10 |
| 06/17/03 | LS | Legal research re: multiple appeals (2.1). | 2.10 |
| 06/17/03 | MM | In preparation for submitting RCRA related cost, office conferences with Mr. Hughes re additional WKMB invoices to be reviewed, redacted and entered in chart (.3); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related services rendered (6.7); continue to create chart reflecting same (2.1); forward email to Ms. Banks re reminder note not to charge Honeywell for Grace's experts as they have already been paid as requested by Mr. Hughes (.2); assist Ms. Schuller re locating bio on Karla Saguil (.1). | 9.40 |
| 06/17/03 | WFH | Conferences with Ms. Parker re assignment on RCRA fee application, including research re ECARG's ability to recover DC rates for WKMB's services and need for | 9.10 |

declaration from client in support of same (.6); prepare
outline of declaration for Mr. Cleary (2.8); continue
reviewing and marking monthly Wallace King and experts'
invoices to reflect items allocable to the RCRA case in
connection with preparation of materials provided by Mr.
German re same (2.8); confer with Mr. Scrivo re legal and
factual research in support of fee petition (.4); begin
preparing section of Mr. Marraro's declaration re attorneys'
backgrounds. (2.5).

| | | | |
|---|---|---|---|
| 06/17/03 | RLS | Draft language re W.R. Grace bankruptcy and fee approval process and attorney qualifications for fee application (3.8). | 3.80 |
| 06/18/03 | TRP | Office conference with R. Schuller re bio, and email to her resume and highlights of cases involving environmental (.4); complete declaration and memo for fee shifting petition and email to Mr. Hughes (6.3). | 6.70 |
| 06/18/03 | BJB | Analyze research results from NJDEP and Lexis re NJ required permits for site remediation permits and prepare email memo of same to Mr. Hughes (2.3);  conference with Mr. Hughes re results and follow-up assignment (.3); conference with Ms. Kelly re preparation of permit table (.1); continue preparation of table of expert fees and expenses for RCRA claim petition (7.5); research deposition transcript for pertinent facts re RCRA claim for  Mr. Hughes (.3). | 10.50 |
| 06/18/03 | MLW | Research regarding Federal Rule 53/Special Masters (7.8). | 7.80 |
| 06/18/03 | WFH | Review and analyze experts' invoices and confer with Ms. Banks re same in connection with RCRA fee petition (2.6); review and revise Mr. Moasser's draft table re WK fees/expenses and confer with Ms. Parker re same (.8); continue reviewing and marking monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (4.0); legal research re applicability of federal, state and local permitting requirements for site remediation per Mr. Marraro's request (2.2). | 9.60 |
| 06/18/03 | RLS | Discuss with Mr. Hughes attorney qualifications for fee application (1.0). | 1.00 |
| 06/18/03 | CHM | Prepare letter to Senator Torricelli re consultants and | 6.30 |

conferences with client re same (1.8); review and comment on Agnello draft of letter to Torricelli re financial assurances and telephone conference with Agnello re same (1.0); dinner meeting with client re case (2.0); meeting with Mr. Hughes re financial assurance issues and attorney fee issues (1.0); conference with court on retention of Special Master technical advisor and other issues (.5)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/18/03 | LS | Legal research re multiple appeals (2.2). | 2.20 |
| 06/18/03 | MM | Continue preparation for submitting RCRA related cost, held office conferences with Mr. Hughes re additional WKMB invoices to be reviewed, redacted, calculated and finally entered into a chart (.4); continue to review, redact and organization of WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related services rendered (6.7); continue to create chart reflecting same (1.1); as requested by Ms. Schuller, contact Catholic Law School re locating bio on Karla Saguil and forward email to Ms. Schuller re same (.4). | 8.60 |
| 06/19/03 | TRP | Review bills and calculate hours subject to fee petition. (1.9) | 1.90 |
| 06/19/03 | MLW | Research regarding Federal Rule 53/Special Masters (7.4). | 7.40 |
| 06/19/03 | CHM | Conference with SI Group re plaintiffs' work plan (.5); review work plan and financial assurance letters (1.0); conference with Agnello (.5); conference with client (.2); conferences with Dr. Goad re remediation experts (.5); review article and e-mail to clients (.3); conference with Fishbein counsel (.5) | 3.50 |
| 06/19/03 | WFH | Continue reviewing and analyzing experts' invoices and confer with Ms. Banks re same in connection with RCRA fee petition (1.2); confer with Ms. Parker re calculation of fees and related issues in connection with RCRA fee petitions (.8); continue reviewing and marking monthly Wallace King invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition. (5.0); coordinate with Carella Byrne re preparing Agnello declaration and supporting documents for fee petition (.5); continue legal research re applicability of federal, state and local permitting requirements for site remediation per Mr. Marraro's request (1.6); conference with Mr. Zacaroli re same (.3). | 9.40 |

| 06/19/03 | BJB | Continue entering expert invoices into expert fee table (2.8); telephone conference with Mr. Hughes re same (.4); collect, prepare and organize recent correspondence following Special Master meeting for Mr. Marraro (1.3); review, sort, organize and prepare new correspondence and court filings (2.8); incorporate new correspondence into electronic files (.4); research Westlaw and create weekly notices re RCRA case action for Mr. Hughes (1.3); download and prepare email re results (.5). | 9.50 |
|---|---|---|---|
| 06/19/03 | ACZ | Research NJ regulations and permits applicable to remediation and dredging (2.4). | 2.40 |
| 06/19/03 | LS | Legal research re: multiple appeals (2.7). | 2.70 |
| 06/19/03 | MM | Continue preparation for submitting RCRA related cost, office conferences with Mr. Hughes re additional WKMB invoices to be reviewed, redacted, calculated and finally entered into a chart (.4); continue to review, redact, calculate and organize WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related to reduction percentages of services rendered (5.1); continue to incorporate and revise chart reflecting same (2.9). | 8.40 |
| 06/20/03 | MLW | Research regarding Federal Rule 53/Special Masters (7.7). | 7.70 |
| 06/20/03 | WFH | Work on Marraro declaration in support of fee petition (1.6); continue reviewing and marking monthly Wallace King and experts' invoices to reflect items allocable to the RCRA case in connection with preparation of RCRA fee petition (5.0); coordinate with Carella Byrne re preparing fee petition matters (.4); conferences with Ms. Parker and Mr. Moasser re status of assignments on fee petition matter (.6). | 7.60 |
| 06/20/03 | TRP | Review bills and calculate hours for fee application (4.7). | 4.70 |
| 06/20/03 | ACZ | Research NJ regulations/permits applicable to remediation and dredging (2.3). | 2.30 |
| 06/20/03 | CHM | Review work plan from plaintiffs (2.0); conference with SI Group re same (.5); conference with Agnello (1.0); conference with client (.5); conference with various expert candidates for technical advisor (1.6); review resumes re | 6.60 |

same (1.0).

| 06/20/03 | LS | Legal research re multiple appeals (3.5). | 3.50 |

| 06/20/03 | MM | Continue preparation for submitting RCRA related cost, continue to review, redact, calculate and organize WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related to reduction percentages of services rendered (5.8); office conferences with Ms. Parker re reviewing semi completed invoices regarding confirming figures are accurate (.3); continue to incorporate and revise chart reflecting same (1.4). | 7.50 |

| 06/21/03 | BJB | Continue analyzing expert invoices received form Dr. Goad in preparation for Grace RCRA cost petition (4.5). | 4.50 |

| 06/21/03 | MM | Continue preparation for submitting RCRA related cost, continue to review, redact, calculate and organize WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related to reduction percentages of services rendered (5.5). | 5.50 |

| 06/22/03 | MM | Continue preparation for submitting RCRA related cost, exchange emails with Mr. Hughes re additional WKMB invoices to be reviewed, redacted, calculated and finally entered into a chart (.2); continue to review, redact, calculate and organize WKMB invoices returned by Mr. Hughes after his review and identification of all RCRA related to reduction percentages of services rendered (8.3). | 8.50 |

| 06/23/03 | MLW | Preparation of detailed memorandum pertaining to Federal Rule 53/Special Masters (6.5). | 6.50 |

| 06/23/03 | TRP | Review attorney experience and prepare list of billing rates for fee petition based on Laffey Matrix and office conference with Mr. Moasser re calculating fees using the rates (2.4); review fee bills and check calculations performed by Mr. Moasser and make corrections (3.1). | 5.50 |

| 06/23/03 | WFH | Review conceptual work plan re site remediation submitted by plaintiff (.8); confer with Messrs. Marraro and Brown re same (.7); conference with Mr. Williams re stay of RCRA injunction (.8); review appellate rules in connection with 3rd Circuit appeal and confer with Mr. Williams re same and | 8.60 |

|            |      | follow-up assignment (.5); review Wallace King and experts' monthly invoices and modify previous redactions to same re allocating "RCRA hours" for fee petition (4.6); conferences with Mr. Moasser re same, table and related issues pertaining to petition (.7); conference with Mr. Zacaroli re research on permit issue and call to NJDEP re same (.5). |       |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/23/03   | ACZ  | Reseach NJ regulations and permitting applicable to remediation and dredging (3.6).                                                                                                                                                                                                                                                                              | 3.60  |
| 06/23/03   | CHM  | Prepare letter to Special Master (.8); conference with Environ (.5); conference with client re various issues (.8); review Lowenstein letter (.2); conference with Agnello (.5).                                                                                                                                                                                  | 2.80  |
| 06/23/03   | BJB  | Continue preparation of table of expert fees and expenses for preparation of RCRA costs petition for Mr. Hughes (11.3); prepare preliminary totals and email message to Mr. Hughes (1.0).                                                                                                                                                                         | 12.30 |
| 06/23/03   | MM   | Continue preparation for submitting RCRA related cost, office conferences with Mr. Hughes and Ms. Parker re additional WKMB invoices to be reviewed, redacted and entered in chart (.9); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes after his review and identification all RCRA related matters (8.2); continue to create chart reflecting same (1.1). | 10.20 |
| 06/23/03   | FPP  | Research statutory material regarding Waterfront Development Permit (1.5).                                                                                                                                                                                                                                                                                       | 1.50  |
| 06/24/03   | TRP  | Review fee bills and mark for redaction additional time entries not to be included in fee petition per Mr. Hughes's instruction,k and email and conference with him for clarification on certain entries (3.4); continue review of calculations and making corrections on bills to be submitted for fee petition (4.1).                                           | 7.50  |
| 06/24/03   | LS   | Legal research re: multiple appeals (2.7).                                                                                                                                                                                                                                                                                                                       | 2.70  |
| 06/24/03   | FPP  | Research statutory material regarding Waterfront Development Permit (3.7).                                                                                                                                                                                                                                                                                       | 3.70  |
| 06/24/03   | WFH  | Conference with Mr. Marraro re fee petition and related                                                                                                                                                                                                                                                                                                          | 10.10 |

issues (1.0); review Wallace King monthly invoices and modify previous redactions to same re allocating "RCRA hours" for fee petition (4.2); revise Mr. Marraro's declaration in support of fee petition, including descriptions of the firm's RCRA-related activities in the case (4.5); conference with Mr. Zacaroli re research on permit issues re site remediation and work plan (.4).

| 06/24/03 | ACZ | Research NJ permitting requirements (.4). | 0.40 |
| 06/24/03 | CHM | Travel to NJ for meting with Special Master (1.8). (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement). | 1.60 |
| 06/24/03 | CHM | Review and comment on Plaintiffs' conceptual work plan (1.5); review Honeywell's letter on financial assurance (.5); meeting with client (2.1); review correspondence in preparation for meeting (.6); meeting with B. Hughes re allocation rules for attorney fee petition and review draft (1.0); prepare letter to Special Master re R. Ball, Ph.D. and telephone conversation with R. Ball (1.2). | 6.90 |
| 06/24/03 | BJB | Prepare email message to trial team re: Messrs Nagy and Senfteben for Mr. Marraro (.3); download and prepare RCRA cases received from Westclips for Mr. Hughes (.5); continue computation of experts' fees and expenses and enter data into table in re: RCRA costs petition (4.0); telephone conference with Mr. Hughes on supplemental assignment re; preparation of petition (.3). | 5.10 |
| 06/24/03 | MM | Continue preparation for submitting RCRA related cost, office conferences with Mr. Hughes and Ms. Parker re additional WKMB invoices to be reviewed, redacted and entered in chart (.5); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes after his review and identification all RCRA related matters (9.7); continue to create chart reflecting same (0.9). | 11.10 |
| 06/25/03 | MLW | Preparation and completion of detailed memorandum pertaining to Federal Rule 53/Special Masters (7.8). | 7.80 |
| 06/25/03 | WFH | Legal research in support of RCRA fee petition, including ability to recover firm's current billing rates for all services provided on the case (1.2); conference with ICO counsel re | 8.70 |

fee petition (.4); work on fee petition (.6); revise Marraro declaration, including discussion of firm's background and relevant RCRA and other environmental experience (2.2); review Wallace King monthly invoices and mark same re allocating "RCRA hours" for fee petition (3.2); conferences with Mr. Moasser and Ms. Banks re same and status of their assignments (.6); conference with Mr. Zacaroli re research on permit issue and call to NJDEP re same. (.5).

| | | | |
|---|---|---|---|
| 06/25/03 | TRP | Review bills and calculate percentage of fees attributable to RCRA for fee petition. (2.7). | 2.70 |
| 06/25/03 | ACZ | Conference with NJ officials re permitting issues (.8). | 0.80 |
| 06/25/03 | CHM | Pre-meeting with Senftleben and Agnello (1.0); attend meeting and site visit (4.0); post meeting re site visit and other issues (3.0). | 8.00 |
| 06/25/03 | CHM | Travel to DC from Newark (1.8).  (Note:  travel time billed at 50%; 10% or 1.6 here; 40% at end of statement.) | 1.60 |
| 06/25/03 | BJB | Continue RCRA claim entries (6.9). | 6.90 |
| 06/25/03 | MM | Continue preparation for submitting RCRA related cost, office conferences with Ms. Parker re additional WKMB invoices to be reviewed, redacted and entered in chart (.4); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes after his review and identification all RCRA related matters (6.8); continue to create chart reflecting same (3.2). | 10.40 |
| 06/25/03 | FPP | Research statutory material regarding Waterfront Development Permit (6.3). | 6.30 |
| 06/26/03 | MLW | Research regarding injunctive relief and stays in proceedings before District Court of Appellate Court (9.0). | 9.00 |
| 06/26/03 | TRP | Review bills and prepare list of meetings for possible redaction based on additional instruction from Mr. Hughes, and continued review and correction of calculation of entries with multiple sub-entries to determine total hours to be charged to RCRA claim. (4.6) | 4.60 |
| 06/26/03 | WFH | Legal research in support of RCRA fee petition, including | 7.50 |

ability to recover experts' fees (.5); work on fee petition and legal research re requirement under local rules applicable to same (.8); revise Marraro declaration, including tables (1.7); complete the review of Wallace King's monthly invoices and mark same re allocating "RCRA hours" for fee petition (3.2); conferences with Mr. Moasser and Ms. Banks re same and status of their assignments (.5); conference with Mr. Marraro and Agnello re fee petition and related issues (.8).

| Date | | | Amount |
|---|---|---|---|
| 06/26/03 | CHM | Draft letter to Special Master re NJ law on financial assurance and research re same (2.0); conference call with Special Master meeting (.7); conference call with client and Obradovic and send down materials (.6); review judgment issues with Agnello (.6); conference call with plaintiffs counsel (.5); conference with Hughes re attorney fee petition issues (.5). | 4.90 |
| 06/26/03 | BJB | Collect pertinent Brownfield Development Act for Mr. Marraro (.4); make follow up telephone calls to NJ District and 3rd circuit courts for case documents for Mr. Williams (.8); analyze and calculate fees and expenses for Dr. Goad and prepare for entry into table of experts' RCRA claim costs for Mr. Hughes (7.8). | 9.00 |
| 06/26/03 | ACZ | Legal research regarding financial assistance re RCRA injunctive relief (5.6). | 5.60 |
| 06/26/03 | LS | Legal research re: attorneys' rates for cost petition (5.9). | 5.90 |
| 06/26/03 | FPP | Collect research and give to Bill Hughes (.3). | 0.30 |
| 06/26/03 | FPP | Gather findings and give to Bill Hughes (.3). | 0.30 |
| 06/26/03 | MM | Continue preparation for submitting RCRA related cost, office conferences with Mr. Hughes and Ms. Parker re additional WKMB invoices to be reviewed, redacted and entered in chart (.6); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes and Ms. Parker after there review and identification all RCRA related matters (5.7); continue to create chart reflecting same (2.8). | 9.10 |
| 06/27/03 | MLW | Outlining significant research regarding injunctive relief and stays in proceedings before District and Appellate Courts | 7.00 |

(7.0).

| 06/27/03 | TRP | Continued review and correction of calculation of hours chargeable to RCRA fee application. (3.3) | 3.30 |
|---|---|---|---|
| 06/27/03 | CHM | Conference call with Agnello re fee petition (1.0). | 1.00 |
| 06/27/03 | BJB | Continue analyze fees and expenses for Dr. Goad and prepare for entry into table of experts' RCRA claim costs for Mr. Hughes (5.0); follow up calls to the Third Circuit , National Archives and National Records Center for pertinent case document for Mr. Williams (.4); research third Circuit web site for current Local Rules re attorney admission, download and prepare for Mr. Williams (.8);  research case files for pertinent information re same and prepare email message and printouts for Messrs. Hughes and Williams re admissions requirements (1.1); conference with Mr. Williams (.2). | 7.50 |
| 06/27/03 | MM | Continue preparation for submitting RCRA related cost, office conferences with Ms. Parker re confirmation of review of additional WKMB invoices that have been reviewed, redacted and entered in chart (.4); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes and Ms. Parker after there review and identification all RCRA related matters (3.7); continue to create chart reflecting same (4.6). | 8.70 |
| 06/28/03 | BJB | Continue review and calculations of percentages of Dr. Goad's fees and expenses for costs petition for Mr. Hughes (4.8). | 4.80 |
| 06/28/03 | MM | Continue preparation for submitting RCRA related cost, travel to and from Ms. Parker's residence to discuss and drop-off additional firm invoices and instructions from Mr. Hughes pertaining to review and confirmation additional WKMB invoices that have been reviewed, redacted and entered in chart (2.1); telephone conference with Mr. Hughes re status of same (.3); continue to review, redact, organize, and calculate reduced hours and expenses on WKMB invoices returned by Mr. Hughes and Ms. Parker after there review and identification all RCRA related matters (3.5); continue to create chart reflecting same (2.1). | 8.00 |
| 06/29/03 | BJB | Continues review, analyze and calculate percentages of Dr. | 4.00 |

| | | | |
|---|---|---|---|
| | | Goad's fees and expenses for costs petition for Mr. Hughes (4.0). | |
| 06/29/03 | MM | Continue to review, redact, organize and calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (4.1); continue to incorporate and revise table reflecting attorney fees and expenses (5.7). | 9.80 |
| 06/30/03 | MLW | Continued outlining of significant research regarding injunctive relief and stays in proceedings before District and Appellate Courts (0.6). | 0.60 |
| 06/30/03 | WFH | Prepare and revise RCRA fee petition (6.4); conferences with Mr. Moasser and Ms. Banks re same and status of their assignments (.5); conferences with Ms. Flax re Carella Byrne declaration and review of Carella invoices in connection with fee petition (.8); conferences with Mr. Zacaroli and Dr. Brown's staff re permitting issues re site remediation (.7). | 8.40 |
| 06/30/03 | CHM | Travel to NJ for meeting on work plan issues (2.1). (Note: travel time billed at 50%; 10% here or 1.8; 40% at end of statement). | 1.80 |
| 06/30/03 | CHM | Meeting with Dr. Brown and J. Agnello in NJ (2.5); conference with client (.5); review A&P letter (.3); conference with consultants (.5). | 3.80 |
| 06/30/03 | BJB | Continue calculations of percentages for fees and expenses for Dr. Goad in re RCRA costs petition and prepare table of same for Mr. Hughes (11.0). | 11.00 |
| 06/30/03 | TRP | Review bills and calculate hours for RCRA fee petition (2.1). | 2.10 |
| 06/30/03 | MM | Continue to review, redact, organize and calculate all RCRA related expenses and fees to be submitted for reimbursement per court order, pending (2.2); continue to incorporate and revise table reflecting attorney fees and expenses (3.4); office conference with Ms. Parker re requested change (i.e., by Marraro and Hughes) to percentages to various entries throughout all WMKB invoices (.3); telephone conferences with Mr. Hughes re confirming same (.2); preliminary review and recalculation of all percentages (2.3). | 8.40 |

06/30/03    LS    Legal research re: multiple appeals (3.6).                3.60

|  |  | **Amount** |
|---|---|---|
| Total Fees | 883.60 | $212,164.00 |

Disbursements:

| | Amount |
|---|---|
| W. Hughes - working lunch with Ms. Schuller and Mr. Zacaroli on 4/29/03 (3 people) | 40.32 |
| W. Hughes - working lunch with Mr. Williams on 4/23/03 re assignments for petition (2 people) | 30.00 |
| Langan Engineering and Environmental Services Inc. - Aerial photos of Jersey City for Chris Marraro | 512.32 |
| Online research | 3,494.00 |
| Telephone | 296.49 |
| Delivery services/messengers | 75.90 |
| Deposition transcripts | 358.97 |
| Secretarial Overtime | 242.12 |
| Federal Express | 153.09 |

| | |
|---|---|
| Total Disbursements | $5,203.21 |
| Total Amount Of This Bill | $217,367.21 |
| Less Deduction of 40% of Fees Per Agreement | $84,865.60 |
| Balance Due | $132,501.61 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 164.10 | 135.00 |
| Hughes, William F. | Counsel | 176.80 | 350.00 |
| Marraro, Christopher H. | Partner | 99.60 | 440.00 |
| Moasser, Mahmoude | Paralegal | 202.20 | 135.00 |
| Parker, Tamara R. | Associate | 69.10 | 290.00 |
| Pittman, F. Paul | Summer Associate | 12.10 | 170.00 |
| Schuller, Rebecca L. | Associate | 40.30 | 180.00 |
| Sneed, Letta | Associate | 22.70 | 260.00 |
| Williams, Michael L. | Associate | 81.60 | 225.00 |
| Zacaroli, Alec C. | Associate | 15.10 | 225.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 28, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#     904

For Professional Services Rendered in Connection with Waterloo - Brewer
Road Site - Mater 4

Professional Services:

| | | | Hours |
|---|---|---|---|
| 06/10/03 | WFH | Conferences with Dr. Brown and staff re landfill investigation and letter to NYDEC re same (.6); prepare and revise letter to NYDEC re site investigation (.5). | 1.10 |
| 06/11/03 | CHM | Conference with Mr. Hughes re Dr. Brown's investigation (.5). | 0.50 |
| 06/13/03 | WFH | Review letter from DEC conditionally approving landfill investigation and confer with Dr. Brown re requirements of same (.8); prepare and revise follow-up letter to NYDEC re site investigation. (.4). | 1.20 |
| 06/16/03 | CHM | Conference with B. Hughes re status (.5). | 0.50 |
| 06/18/03 | WFH | Conference with Mr. Golladay re logistical issues re site investigation. (.4). | 0.40 |
| 06/24/03 | WFH | Conferences with Dr. Brown and staff re site investigation and logistical issues re same (.8). | 0.80 |

| | | | |
|---|---|---|---|
| 06/25/03 | WFH | Conferences with Dr. Brown and staff re status of site investigation and their findings (1.2). | 1.20 |
| 06/26/03 | WFH | Conferences with Dr. Brown and staff re status of site investigation, findings, completion of same, including repair to landfill cap (.8); analyze discovery issue related to Dr. Brown's findings (.6). | 1.40 |

<u>**Amount**</u>

7.10

Total Fees                                                                 $2,575.00

<u>Disbursements:</u>

| | |
|---|---|
| W. Hughes - Taxis on trip to Buffalo, NY on  5/5/03-5/6/03 for mediation conference | 13.89 |
| W. Hughes - Meals at Hotel in Buffalo 5/06/03 for mediation conference | 17.85 |
| W. Hughes - R/T Coach  Air Fare to Buffalo, NY on 5/5/03 for mediation conference | 842.50 |
| W. Hughes - Hotel in Buffalo, NY on 5/5/03 for mediation conference (1 night) | 150.31 |
| W. Hughes - Parking at airport during trip to Buffalo on 5/06/03 for mediation conference | 56.00 |
| Federal Express | 33.06 |
| Total Disbursements | $1,113.61 |

Total Amount Of This Bill                                                  $3,688.61

Balance Due                                                                $3,688.61

<u>Timekeeper Summary</u>

| <u>Name</u> | | <u>Hours</u> | <u>Rate</u> |
|---|---|---|---|
| Hughes, William F. | Counsel | 6.10 | 350.00 |
| Marraro, Christopher H. | Partner | 1.00 | 440.00 |


**Wallace King Marraro Branson**

**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 28, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      905

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 06/06/03 | CHM | Review articles from client (.5). | 0.50 |
| 06/18/03 | CHM | Review articles on Libby (.2). | 0.20 |
| 06/19/03 | CHM | Review articles for client (.2). | 0.20 |

|  |  | Amount |
|---|---|---|
| Total Fees | 0.90 | $396.00 |
| Total Amount Of This Bill |  | $396.00 |
| Balance Due |  | $396.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 0.90 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

July 28, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#        906

For Professional Services Rendered in Connection with Preparation of Fee
Application to Bankruptcy Court - Matter 10

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 06/10/03 | BJB | Incorporate new fee auditor reports and related correspondence into indexed case files and create new files (1.9). | 1.90 |
| 06/11/03 | CHM | Work on April invoice (1.5). | 1.50 |
| 06/12/03 | NAB | Scan Grace bill into word and make minor corrections and e-mail Ms. Rupp same (1.0) | 1.00 |

|  |  |  | **Amount** |
|---|---|---|---|
|  |  | 4.40 |  |
| Total Fees |  |  | $1,016.50 |
| Total Amount Of This Bill |  |  | $1,016.50 |

| Balance Due |  |  | $1,016.50 |
|---|---|---|---|

### Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 1.90 | 135.00 |

| | | | |
|---|---|---|---|
| Bynum, Natasha A. | Legal Clerk | 1.00 | 100.00 |
| Marraro, Christopher H. | Partner | 1.50 | 440.00 |