10

FILED

2003 AUG -4  PM

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

8/1/03

Patsy Ann Bender
P.O. Box 1622
Bay Springs, MS. 39422
S.S. # 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
Case 01-0110 1139
Claim Number 1793
Claim Date. 8/12/2002

Clerk of the U.S. Bankrupcy court
Sixth Floor
824 Market Street
Wilmington, Delaware. 19801

To whom it may Concern: I would like to
oppose Relief request in the Second Omnibus
objection. I recieved a letter stating that No
Documents Submitted To Support my Claim
I send all Legal Documentation with my
Claim. I would like a update.

Thank you!
Patsy Ann Bender