(a)  1.  United States Bankruptcy Court for District of Delaware
     2.  W.R. Grace & /Co., et al, 1
     3.  Case No. 01-01139 (JKF)
     4.  Debtors' second omnibus objection to claims (non-substantive)

(b)  1.  Donald Lee Knauss
     2.  3054

(c)  Tremolite present in driveway

(d)  Phase 1 Soil Bulk by testing by EPA  (see attached sheet)

Knauss, Don

Phase 1 Soil,Bulk

| Sample ID | Sample/Field ID | Soil | Location | Sub Location | Matrix Type | Matrix | Category | Date | Tremolite/Actinolite (%) |
|---|---|---|---|---|---|---|---|---|---|
| 1-01210 | LIB-RES-107-Y01 | | 3413 Highway 37 | Yard Soil | Soil-Like | Surface Soil | FS - Field Sample | 09-Apr-00 | ND 0 |
| 1-01211 | LIB-RES-107-Y02 | | 3413 Highway 37 | Yard Soil | Soil-Like | Surface Soil | FS - Field Sample | 09-Apr-00 | ND 0 |
| 1-01212 | LIB-RES-107-Y03 | | 3413 Highway 37 | Yard Soil | Soil-Like | Surface Soil | FS - Field Sample | 09-Apr-00 | ND 0 |
| 1-01213 | LIB-RES-107-Y04 | | 3413 Highway 37 | Yard Soil | Soil-Like | Surface Soil | FS - Field Sample | 09-Apr-00 | ND 0 |
| 1-01209 | LIB-RES-107-D01 | | 3413 Highway 37 | Driveway | Soil-Like | Surface Soil | FS - Field Sample | 09-Apr-00 | < 1 |