8-5-03

Clerk of the U.S. Bankruptcy Court
Sixth Floor
824 Market Street
Wilmington, Delaware 19801



The United States Bankruptcy Court for the District of Delaware
Debtors: W.R. Grace & Co.
Case #: 01-01139 (JKF)
Objection: No supporting Documentation

Julie A. Gubbin
612-789-9014 or 612-789-1989
The amount of the claim is not in excess of $50,000 for both clean up costs and loss in property value.

Claim number: 11346   Case: 01-01140

My attorney Dan Biersdorf and associate Bill Butler had sent all clients forms in March, '03. They did not send complete individual supporting evidence for each client. I sent separately an abundance of supporting evidence from both the EPA and the Minnesota Dept. of Health, also in March before the bar date. With the short notice you have given I was unable to relocate the legal papers to make all the copies again. Please check your records to see that supporting documentation has already been sent with the appropriate forms, but separately from the package sent from Biersdorf & Associates. Also, Biersdorf is sending on their clients behalf additional documentation by 8-8-03.

Julie A. Gubbin

Fed. docket # 00-2408
State docket # 00-9492