IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell, a member of Campbell & Levine, LLC, hereby certify that on August 8, 2003, I caused a copy of the foregoing to be served upon the attached service list via First Class U.S. Mail unless otherwise indicated.

/S/ Kathleen Campbell
Kathleen Campbell

{D0004570:1 }