**W.R. Grace & Co.**
**Affidavits of Disinterestedness Service List**
Case Number: 01-01139 (JJF)
Document Number: 22836:
May 17, 2001
08 – First Class Mail

(Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*First Class Mail*
Lisa Damon, Esquire
Seyfarth Shaw
2 Seaport Lane
Boston, MA 02210

*First Class Mail*
Robert A. Murphy, Esquire
Casner & Edward LLP
One Federal Street
Boston, MA 02110

*First Class Mail*
Jeffrey S. Stokes, Esquire
Keefer Wood Allen & Rahal, LLP
210 Walnut Street
Harrisburg, PA 17101

*First Class Mail*
Arnold Krumholz, Esquire
Lerner, David, Littenberg, Krumholz & Mentlik LLP
600 South Avenue West
Westfield, NJ 07090

*First Class Mail*
Ozzie A. Schindler, Esquire
Baker & McKenzie
1200 Brickell Avenue, 19th Floor
Miami, FL 33131

*First Class Mail*
Robert O. King, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N. Main Street
Greenville, SC 29601

*First Class Mail*
Leslie W. Ehret, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
1100 Poydras Street
3600 Energy Centre
New Orleans, LA 70163

*First Class Mail*
Fred O. Marcus, Esquire
Horwood Marcus & Berk Chartered
180 N. LaSalle Street, Suite 3700
Chicago, IL 60601