# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al. | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| Debtor. | § | |

## ANNIE E. CATMULL'S MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Annie E. Catmull, attorney for Occidental Permian, Ltd. ("Occidental") and files this Annie E. Catmull's Motion to Appear *Pro Hac Vice* and in support thereof would show:

### INTRODUCTION

1. On April 2, 2001, the above-referenced Debtor filed its voluntary Chapter 11 bankruptcy petition.

2. Occidental is a creditor and party-in-interest.

### RELIEF REQUESTED

3. Annie E. Catmull requests permission to appear *pro hac vice*.

4. Annie E. Catmull is an attorney duly licensed to practice law in the state of Texas, and the United States District Courts for the Southern, Eastern, Northern, and Western Districts of Texas. As set out in the attached affidavit, Annie E. Catmull is a member in good standing in every jurisdiction where she has been admitted to practice and there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

5. Annie E. Catmull wishes to appear *pro hac vice* and asks that this Court allow such appearance.

581299-1:HAV1:0002

6.  Annie E. Catmull believes that allowing her to appear *pro hac vice* will most efficiently serve her client. Annie E. Catmull agrees to be familiar with and governed by all local rules.

### PRAYER

For the reasons stated above, Annie E. Catmull prays that this Court grant her permission to appear *pro hac vice* in the above numbered and styled case representing Occidental Permian, Ltd. and for such other and further relief as justice may so require.

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.L.P.

_____
Annie E. Catmull
Texas State Bar #00794932
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713) 759-0818
Telecopier (713) 759-6834

ATTORNEYS FOR CLAIMANT
OCCIDENTAL PERMIAN, LTD

581299-1:HAVI:0002

IN THE UNITED STATES BANKRTUPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **W.R. GRACE & CO., et al.** | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| Debtor. | § | |
| | § | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

On this day came on to be considered the Motion to Appear Pro Hac Vice by Annie E. Catmull, Attorney for Occidental Permian, Ltd. The Court, having reviewed the pleadings, believes that the relief requested is appropriate and it is

ORDERED, that Annie E. Catmull may appear pro hac vice in this Court representing the interest of Occidental Permian, Ltd.

ORDERED in the District of Delaware on this ____ day of _____, 2003.

_____
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND SUBMITTED BY:

_____
Annie E. Catmull
Texas State Bar #00794932
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713) 759-0818
Telecopier (713) 759-6834

ATTORNEYS FOR CLAIMANT
OCCIDENTAL PERMIAN, LTD

581350-1:HAVI:0002

IN THE UNITED STATES BANKRTUPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al. | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| Debtor. | § | |
| | § | |

## AFFIDAVIT OF ANNIE E. CATMULL

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared ANNIE E. CATMULL, known to me to be a credible person of lawful age, who after first being duly sworn, testified as follows:

"I, Annie E. Catmull, am above the age of eighteen years, and of sound mind, have never been convicted of a felony or crime of moral turpitude, have personal knowledge of the facts to which I hereto testify, and they are all true and correct, and know of no facts or circumstances which would disqualify me from making oath or giving this Affidavit. I am in good standing in each United States District Courts in which I am licensed, which courts are the United States District Court in the Southern District of Texas, the United States District Court in the Northern District of Texas, United States District Court in the Western District of Texas and the United States District Court in the Eastern District of Texas."

Further Affiant sayeth not.

_____
Annie E. Catmull

SUBSCRIBED AND SWORN TO BEFORE ME the undersigned on the 7th day of August, 2003.

_____
Notary Public for the State of Texas

THERESE CORNWELL
MY COMMISSION EXPIRES
December 11, 2005