## CERTIFICATE OF SERVICE

I, Sherry Ruggiero Fallon, certify that I am not less than 18 years of age, and that service of foregoing was made on August 8, 2003, upon:

<u>FAX; First-Class Mail</u>
James W. Kapp, III, Esquire
Janet S. Baer, Esquire
Christian Lane, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Co-counsel for Debtors

<u>Hand Delivered</u>
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young,
 Jones & Weintraub P.C.
919 North Market Street
16th Floor
Wilmington, DE 19801
Co-counsel for Debtors

Under penalty of perjury, I declare that the foregoing is true and correct.

August 8, 2003
Date

SHERRY RUGGIERO FALLON
Bar ID # 2464
Tybout, Redfearn & Pell
300 Delaware Avenue #1100
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901