STATE OF TEXAS

CERTIFICATE OF DEATH

STATE OF TEXAS — BUREAU OF VITAL STATISTICS — Texas Department of Health

Prison and/or ... on ... knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000. [Article 4477c, Revised Civil Statutes of Texas]

| Field | Value |
|---|---|
| 1. NAME OF DECEASED (Type or print) | Charles Thomas Adams |
| 2. RACE | White |
| 3a. WAS DECEDENT OF SPANISH ORIGIN? | No |
| 3b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. | |
| 4. SEX | Male |
| 5. DATE OF DEATH | April 16, 1986 |
| 6. PLACE OF DEATH — COUNTY | Galveston |
| 6a. CITY OR TOWN | |
| 7. DATE OF BIRTH | Sep. 26, 1928 |
| 8. AGE (last birthday) | 57 |
| 8a. NAME OF HOSPITAL OR INSTITUTION | UTMB Hospitals |
| 9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | Married |
| 10. BIRTHPLACE (State or foreign country) | Oklahoma |
| 11. CITIZEN OF WHAT COUNTRY | U.S.A. |
| 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 13. SURVIVING SPOUSE (If wife, give maiden name) | Linda Mae Barries |
| 14a. SOCIAL SECURITY NO. | 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 |
| 13a. USUAL OCCUPATION | Supervisor Operator |
| 13b. KIND OF BUSINESS OR INDUSTRY | Refinery |
| 14b. RESIDENCE — STATE | Texas |
| 14c. COUNTY | Jaspor |
| 14d. CITY OR TOWN | (Rural) |
| | 75951 |
| 14e. STREET ADDRESS | Rt. 3, Box 582, Jasper |
| 14f. INSIDE CITY LIMITS? | No |
| 17. FATHER'S NAME | R. J. Adams |
| 18. MOTHER'S MAIDEN NAME | Lucille Buck |
| 19. SIGNATURE OF INFORMANT | (signed) |

CAUSE OF DEATH

| PART I | IMMEDIATE CAUSE | Interval between onset and death |
|---|---|---|
| (a) | Small cell carcinoma of the lung. | |
| DUE TO, OR AS A CONSEQUENCE OF: | | |
| (b) | | |
| DUE TO, OR AS A CONSEQUENCE OF: | | |
| (c) | | |
| PART II | OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I | |
| | Syndrome of inappropriate antidiuretic hormone; Adult onset diabetes mellitus. | |
| 21. AUTOPSY? | No |

| 22a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify) | 22b. DATE OF INJURY (Mo., Day, Yr.) | 22c. HOUR OF INJURY | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| 22e. INJURY AT WORK (Specify yes or no) | 22f. PLACE OF INJURY—At home, farm, street, factory, office, building, etc. (Specify) | 22g. LOCATION — STREET OR R.F.D. NO., CITY OR TOWN, STATE | |

CERTIFIER

| 23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title] | (signed) Cullen ... |
|---|---|
| 23b. DATE SIGNED (Mo., Day, Yr.) | April 16, 1986 |
| 23c. HOUR OF DEATH | 4:33 P. |
| 23d. NAME OF ATTENDING PHYSICIAN (Type or print) | Charlotte O. Freeland, M.D. |
| 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title] | |
| 24b. DATE SIGNED (Mo., Day, Yr.) | |
| 24c. HOUR OF DEATH | |
| 24d. PRONOUNCED DEAD (Mo., Day, Yr.) ON | |
| 24e. PRONOUNCED DEAD (Hour) | |

| 25a. BURIAL, CREMATION, REMOVAL (Specify) | Removal/Burial |
| 25b. DATE | April 19, 1986 |
| 25c. NAME OF CEMETERY OR CREMATORY | Oak Bluff Memorial Park |
| 25d. LOCATION (City, town or county) | Port Neches |
| | Texas |
| 26. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | Livingston H. (signed) |
| | 74881 23655 |
| 27a. REGISTRAR'S FILE NO. | 346 |
| 27b. DATE REC'D BY LOCAL REGISTRAR | MAY 1 1986 |
| 27c. SIGNATURE OF LOCAL REGISTRAR | Charles D. Chambers (signed) |

STATE OF TEXAS
GALVESTON COUNTY HEALTH DISTRICT

I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE AS RECORDED IN THE GALVESTON
COUNTY HEALTH DISTRICT, GALVESTON, TEXAS.

ISSUED

MAY 2 7 1986

Charles D. Chambers (signed)
BY: (signed)

# TEXAS LUNG INSTITUTE

2565 BROADWAY
BEAUMONT, TEXAS 77702
409-333-5901

GARY K. FRIEDMAN, M.D.
HAROLD BENCOWITZ, M.D.

RECEIVED

AUG 1 '85

U OF DIPLOMATES OF THE AMERIC.
BOARD OF INTERNAL MEDICI.
DISEASE OF THE CH..
INTERNAL MEDIC.

July 18, 1985

Mr. Walter Umphrey
Attorney at Law
P. O. Box 3837
Port Arthur, Texas   77643

Re:   ADAMS, Charles T.
      Independent Medical Evaluation

Dear Mr. Umphrey:

Mr. Charles T. Adams is a 56 year old white male who was seen
in pulmonary consultation on July 18, 1985 in the offices of
the Texas Lung Institute in Beaumont, Texas for the purpose of
evaluation of possible asbestos related malignancy.

The patient was born in Pawnee, Oklahoma and has an eleventh
grade education.  After leaving school he worked at a steel
mill and in a garage.  It is not known whether he worked on
brake linings in the garage.  The patient also worked for
Western Union and for a barge transport company as a Deckhand.
He worked for Gulf Oil Tug from 1947 until 1948 as a Tankerman
and was exposed to benzene while working at that job.  He
once again returned to work as a Mechanic from 1949 until 1953
and also worked shutdowns at the Atlantic Refinery.  In Febru-
ary of 1953 he went to work for the Gulf Oil Corporation and
remained employed there until 1975 when he retired because of
coronary artery disease with subsequent coronary bypass surgery.

The patient hired into the Gulf Refinery as a Pipefitter-Helper
and also worked as a Boilermaker.  He also did shift work. He
remained at Gulf except for a two year period when he worked
as an Operator for the Alliance Refinery in New Orleans,
Louisiana.

During the course of his employment he had massive exposure to
asbestos according to the patient.  He frequently removed
asbestos from pipes which were requiring repair and he would

Mr. Walter Umphrey
Re: Charles T. Adams

remove the asbestos using a hammer or wrench to knock it
from the lines. He worked on heat exchangers, pumps and other
pieces of refinery equipment which were heavily insulated. He
frequently worked around Insulators and other craftsmen who
were removing or applying asbestos and asbestos products. He
worked in areas where asbestos had piled on the floor and fre-
quently asbestos would fall from above covering his clothing
and his skin.

### SMOKING HISTORY

The patient began smoking as a youth and smoked one to two
packs of cigarettes per day. He continues to smoke and is
estimated to have a 65 pack/year history or greater.

### PULMONARY HISTORY

The patient has never been advised that he had asthma, emphysema,
tuberculosis or asbestosis. His most pertinent pulmonary his-
tory is that he was diagnosed as having lung cancer in 1985
at St. Marys Hospital in Port Arthur, Texas. Following bron-
choscopy a thoracotomy was performed demonstrating an oat cell
carcinoma which supposedly involved the right chest wall and
possibly the pericardium. The patient received postoperative
irradiation and also was sent to John Sealy Hospital in Galveston,
Texas where chemotherapy was instituted. A regimen including
Cytoxan, Cisplatinum and VP 16 was utilized. The patient has
had multiple courses of chemotherapy and this is being con-
tinued in his hometown of Port Arthur.

The patient becomes quite short of breath with minimal exertion.
He is dyspneic walking on level ground, as well as climbing
stairs or any type of incline. He has had no pedal edema.
Since his malignancy he has lost 46 pounds. He intermittently
coughs.

The patient states that he was not advised as to the hazards
of asbestos and, in fact, used to sleep on it from time to
time. He was provided with no respiratory protection.

### CURRENT MEDICATION

His current medication includes Lanoxin, Lasix, Colbenemid,
Feldene and Dymelor.

Mr. Walter Umphrey                                    Page Three
Re: Charles T. Adams                                  7/18/85

## PHYSICAL EXAMINATION

Physical examination revealed a slightly emaciated white male
who was bald due to alopecia and who appeared chronically ill.
The patient's height was 67", weight 131 pounds. Blood pressure
was 115/80. Head, eyes, ears, nose and throat were pertinent
from the standpoint that he had alopecia. The extraocular
muscles were intact. There was no Horner's syndrome. The neck
was supple. There was no anterior or posterior adenopathy.
Supraclavicular regions were free of nodes. The chest had no
evidence of rales, rhonchi or other abnormal adventitious
sounds. There was a well healed thoracotomy scar over the
right hemithorax. There was dullness to percussion and decreased
breath sounds in the right lower chest. The heart had a regular
rhythm. No gallop, rub or murmur. Abdomen was soft. Liver
and spleen not enlarged. Extremities were unremarkable.

## PULMONARY FUNCTION TESTS

Screening spirometry was performed and demonstrated evidence of
a restrictive defect. Forced vital capacity was reduced to
2.79, predicted 4.28 (65% of predicted). Following broncho-
dilators FVC only increased minimally to 2.86. The FEV1 was
2.15 prior to bronchodilators, predicted 3.10. FEV1/FVC ratio
was 77%. Following bronchodilators the FEV1 improved to 2.52,
which represented a 17% improvement. The FEV1/FVC ratio
following bronchodilators was 88%. This was felt to possibly
demonstrate a slight superimposed reactive airway disease
responding to bronchodilators.

## OPINION

It is my opinion that Mr. Charles T. Adams has oat cell carci-
noma of the lung, according to history. I have not had an
opportunity to review the slides personally. There is no
evidence of asbestosis on chest xray at the present time. The
patient has a history of heavy prior exposure to asbestos,
as well as an extensive smoking history. The combination of
the cocarcinogens of asbestos and cigarette smoke are well
recognized to have a synergistic effect and cause a significant
increase in the incidence of lung cancer. Oat cell carcinoma
is one of the cell types which may result from such a combi-
nation.

Mr. Walter Umphrey                                    Page Four
Re: Charles T. Adams                                  7/18/85

At this time I feel that the patient's prognosis is poor,
although it is encouraging to see that he has regained five
pounds of weight in the past several months.  I have recommended
that he continue to be followed by his private physician in
Port Arthur and to return to John Sealy as his private phy-
sician feels is indicated.

I would appreciate your obtaining specimens from St. Marys
Hospital in Port Arthur for my review.  It would be of benefit
to determine whether ferruginous bodies or pulmonary fibrosis
were present in the lung tissue which was removed at the time
of biopsy for cancer.

Thank you for allowing us to participate in the evaluation of
this unfortunate gentleman.

                                        Sincerely yours,


                                        G. K. Friedman, M.D.


GKF:PTA J

# Manske-Sheffield Radiology Group, P.A.

### X-RAY REPORT

Adams, Charles T.

Examination CHEST 4 views

Attending Physician
PRIEDMAN

XX ... 56                 -27963

2-27-85

Report:

### CHEST:

The patient has had a previous sternal splitting thoracotomy with coronary bypass. Heart size is normal. Left lung is clear. ON the right side, there is extensive infiltrate in the right lower chest mainly involving the right middle lobe. Some degree of interstitial infiltrate is present in the right lower lobe. There is associated pleural thickening and a right pleural effusion. Right hilum appears enlarged.

IMPRESSION: 1. POst op coronary bypass.
2. INfiltrative and/or atelectatic change in the right middle and lower lobes with a right pleural effusion and suspected right hilar adenopathy. Malignancy cannot be excluded.

A.O. MANSKE, JR., MD

MEMORIAL MEDICAL CENTER OF EAST TEXAS
PO BOX 1447,       Lufkin,TX 75902

| | | | |
|---|---|---|---|
| PATIENT: | BOLES,RUTH | CHECK-IN #: | 358645 | LOC: *O/P |
| X-RAY #: | 0000358061 | HOSPITAL#: | 9820900116 | PTYPE: O/P |
| EXAM DATE: | 07/29/98 1045 | ORDER DATE: 07/28/98 1900 |
| PHYSICIAN: | TODD,JANSEN S | ORDER: TODD,JANSEN S |

**************************************************************************************

Chk-in #  Exam                                      Reason
 358645   7008 CT CHEST W/O CONTRAST               RT UPPER LUNG MASS


CLINICAL INDICATION:  Evaluate right upper lung mass.

TECHNIQUE:  As the patient has a history of allergic reaction to IV
contrast we simply performed 10 mm thick images at 12 mm intervals
using spiral technique from the thoracic inlet to the upper abdomen.
Lung and soft tissue window images were reviewed. Additionally, 5 mm
thin axial images were acquired through the right upper lobe mass. This
study is correlated with recent and remote plain films of the chest
dating back to 12/13/97.

FINDINGS:  There is a spiculated 2.5 x 2.3 cm mass in the apical
posterior segment of the right upper lobe. There are other pulmonary
nodules or masses. There is mediastinal adenopathy that is worse in the
paratracheal region with the largest lymph nodes measuring about 1.5 cm
in greatest diameter. There are no other pulmonary masses. There is no
pleural disease.

Images through the upper abdomen show a small rounded nodular density in
the left adrenals that measures about 8 to 10 mm in greatest diameter.
The adrenal is unremarkable.

IMPRESSION:
    1.     Spiculated 2.5 x 2.3 cm mass in the right upper lobe
associated with mediastinal adenopathy. This is nearly diagnostic of
lung carcinoma. The lesion in the right upper lobe would be easily
amenable to percutaneous needle biopsy.
    2.     There is a small oval mass in the left adrenal that measures
about 10 mm in greatest diameter.

DD: 07/29/98/DC/jh


                              /Read By/ DARWIN CLARK,  M.D.
                              /Released By/ DARWIN CLARK,  M.D.

JH    07/29/98 1522


DUPLICATE                          CHART COPY
                              DEPARTMENT OF RADIOLOGY



## Southeast Texas Pulmonary Associates, P.A.

810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770
(409) 722-8622

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

*Board Certified Specialists*
*Pulmonary Diseases*
*Critical Care Medicine*
*Internal Medicine*

June 13, 1990

Stephenson and Thompson
712 W Division
Orange, Texas  77630

STEPHENSON, THOMPSON

RE: ~~James Brown~~

JUN 2  1990

RECEIVED

TO WHOM IT MAY CONCERN:

I saw Mr. James Brown in pulmonary consultation at my office today for the purpose of evaluation of possible occupational lung disease.

Mr. Brown is a 65 year old gentleman who was born May 11, 1925, in Orange, Texas. He continues to reside in Orange. He was a high school graduate and served in the army during World War II. In 1949, he worked at the Levingston Shipyard. He then worked at American Bridge in 1950 and worked for Synpol from 1950 until 1979, at which time he took a disability retirement. Mr. Brown was exposed to asbestos insulation indirectly during his occupations with these industries.

Mr. Brown becomes dyspneic easily. He generally is not dyspneic at rest, but minor amounts of exertion cause him to be dyspneic. He does have a chronic cough that is productive of phlegm. Chest pain is not a major problem.

Mr. Brown had a cerebral vascular accident at 54 years of age, and had an aortic aneurysm resected at 60 years of age. He is somewhat aphasic which makes obtaining a history a little bit difficult. Present medications include Apresoline 10mg twice a day, Inderal 20mg three times a day, and Dilantin. He is a nonsmoker. He smoked one pack of cigarettes a day for 20 years, but quit smoking 11 years ago for health reasons.

On examination, Mr. James Brown was alert, well nourished, and in no acute distress. He was 68 inches tall and weighed 190 pounds. Examination of the skin was unremarkable. Head and neck examination was also within normal limits. Chest examination showed a normal anteroposterior diameter. The lungs were clear to auscultation and percussion. The heart showed a regular rhythm without gallops or murmurs. The abdomen was soft without organomegaly, masses or tenderness. Extremities showed no cyanosis, clubbing or edema.

Pulmonary function studies were done today at Beaumont Medical and Surgical Hospital. The forced vital capacity was 1.88 liters, which is 43% of predicted. The forced expiratory volume at one second was 1.67 liters, which

RE:  James Brown
     Page 2


is 49% of predicted.  The ratio of the FEV1/FVC was 89%.  The FEF25-75 was 57%
of predicted.  Total lung capacity done by helium dilution was 6.61 liters
which is 72% of predicted.  The diffusion capacity corrected for lung volumes
was within normal limits.  It is worth noting that the technician commented
that the patient had difficulty with all tests.

I reviewed a four-view chest radiograph dated March 23, 1990, and done at Park
Avenue Medical Center in Orange, Texas.  The cardiac silhouette was slightly
enlarged.  The hila and bony thorax were unremarkable.  Pleural plaques were
seen along both chest walls.  Additionally, there appeared to be  large en
face plaques bilaterally.  Calcified pleural plaques were seen along both
hemidiaphragms.  No definite interstitial lung disease is present.

Mr. James Brown has asbestos-related pleural disease.  This diagnosis is based
on a compatible work history and a chest radiograph showing pleural plaques.
There is nothing to suggest carcinoma of the lungs or a mesothelioma.  I have
advised Mr. Brown to have a yearly chest radiograph.  Once again, thank you
for referring Mr. James Brown.

Sincerely yours,

N. Jeff Alford, M.D.

NJA/MTE-bb

**TEXAS LUNG INSTITUTE**
902 FROSTWOOD
SUITE 236
HOUSTON, TEXAS 77024
(409) 833-5901   (713) 461-2220



GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST
PRESIDENT

November 3, 1986

Mr. Walter Umphrey
P. O. Box 3837
Port Arthur, Texas 77643

Re: Joseph Brown - COVER LETTER

Dear Mr. Umphrey:

Please find enclosed a copy of a narrative in regard to your
client, Joseph Brown, who was seen in pulmonary consultation on
9-30-86 in the office of the Texas Lung Institute in Beaumont,
Texas, by my associate Dr. Miguel Franco.

I have personally reviewed the historical data, physical
findings and other information contained within this narrative
and have discussed this case with Dr. Franco. Furthermore, I
have personally examined the patient's chest x-rays and
pulmonary function studies and other pertinent data in this
case. Based on the above, it is my opinion that this patient
has pulmonary asbestosis as manifest by radiographic evidence of
pulmonary fibrosis, a prior history of asbestos exposure, rales
on examination, and pulmonary function abnormalities. Prior
welding and silica exposures may be minor contributory factors.
A pleural plaque is noted on the left chest wall.

Pulmonary function studies are abnormal and demonstrate a
restrictive defect.

Because of the patient's past asbestos exposure, he is at
increased risk for the progression of asbestosis, lung cancer,
mesothelioma and other malignancies of the respiratory,
gastrointestinal and genitourinary system. He has been advised
of these complications and to notify his family physician and
our office should he develop symptoms referable to one of the
above systems.

Sincerely yours,

G. K. Friedman, M.D.

GKF:vb

# TEXAS LUNG INSTITUTE
2565 BROADWAY
BEAUMONT, TEXAS 77702
(409) 835-5901   (713) 481-2220

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST

PRESIDENT

ADULT PULMONARY
CONSULTANT
   DR GARY K FRIEDMAN
   DR ERNEST E BARTIMMO
   DR JACK D VAN CAMPEN
   DR G THOMAS KEITH
   DR MIGUEL A FRANCO

PEDIATRIC PULMONARY
CONSULTANT
   DR. ALFRED PHILLIPS

PULMONARY ONCOLOGY
CONSULTANT
   DR L. T. CAMPOS
   DR MIGUEL MIRO-QUESADA
   DR GARY FLEISHMAN
   DR JOEL ABRAMOWITZ

ALLERGY-ADULT
CONSULTANT
   DR THOMAS WOEHLER
   DR ZEU MUNK

PEDIATRIC ALLERGY
CONSULTANT
   DR LEONARD HOFFMAN

PULMONARY INFECTIOUS
DISEASE CONSULTANT
   DR EDWARD RENSIMER
   DR ALAN CHAPMAN
   DR EDWARD SEPTIMUS

PULMONARY RESEARCH
CONSULTANT
   RESEARCH FOR HEALTH

September 30, 1986

Mr. Walter Umphrey
Attorney at Law
P. O. Box 3837
Port Arthur, Texas 77643

Re: Mr. Joseph Brown
     Independent Medical Evaluation

Dear Mr. Umphrey:

I evaluated your client, Mr. Joseph Brown, in the Beaumont office of the Texas Lung Institute, on September 30, 1986 for possible occupational lung disease. Mr. Brown is a 40 year old gentleman who was born in New Orleans, Louisiana, and moved to Beaumont, Texas when he was 5 years old. He graduated from High School in 1964. Mr. Brown worked for Bethlehem Steel as a welder from 1966 through 1974. During this time, he mostly worked in shifts doing stick rod welding, often times beneath overhead pipes that contained loose falling asbestos. During his employment as a welder with Bethlehem Steel, your client routinely used asbestos blankets on his body for protection from welding sparks. Mr. Brown used a standard welding hood. In 1974, Mr. Brown worked as a welder for the American Bridge Company, in their welding shop. He does not recall significant exposures to asbestos during that time. Mr. Brown worked for the Brown and Root Company for several months in 1974. He mostly did stick rod welding in an open area that contained no visible asbestos. From 1975 until 1984, Mr. Brown, as a member of the Pipefitters Local #195, worked as a welder in various area refineries, including Gulf, Mobil, Texaco, DuPont, Fina, Goodyear, and Neches Butane. He continued doing stick rod welding, with the use of a standard hood. As a pipefitter, Mr. Brown routinely removed old insulation from pipes, heat exchangers, valves, pumps, and other instruments. He also worked with asbestos piled on the floor or scaffolding. Your client has been a union member throughout his industrial career. He was never warned of the hazards of asbestos insulation, and only rarely was provided with a dust mask for protection. Mr. Brown has operated a welding shop that he owns since 1984, and states that his employees do most of the actual welding. Mr. Brown was exposed to silica from active sandblasters during his employment at Bethlehem Steel.

Mr. Walter Umphrey
Re: Mr. Joseph Brown

Your client has never been a cigarette smoker. He was diagnosed
as having "mild asthma" as a child, but was never hospitalized
or seen in an Emergency Room for asthma, and states that he was
able to participate in athletic sports, including the football
team in High School, without any difficulty. Mr. Brown has noted
a deterioration in his exercise tolerance over the past 4 or 5
years due to an increase in exertional breathlessness. Presently,
he can walk approximately 6 blocks on level ground at a slow pace,
or walk up one flight of steps before becoming quite fatigued.
The patient reports a chronic cough, frequently associated with
wheezing. These symptoms are worse in the work place and at night.
Mr. Brown uses an over the counter bronchodilator for relief of
his wheezing episodes (Primatene Mist). The patient's past medical
history is otherwise noncontributory. He is on no other medication
or medical treatment.

His family medical history is noncontributory.

### PHYSICAL EXAMINATION

He is a well developed black man in no distress. Height is 69",
weight 202 lbs., BP 120 systolic, 70 diastolic, heart rate 72
and regular, respirations 14 per minute at rest, and unlabored.
Neck examination revealed no jugular venous distention, carotid
bruit, or thyroid abnormalities. Heart sounds were normal with
no murmurs or gallops noted. Chest examination was significant
for inspiratory bibasilar rales. The abdomen was benign. Extremi-
ties are without clubbing, cyanosis, or edema.

Spirometry results were as follows: FVC 2.88 or 60% predicted.
The FEV1 was 2.24 or 69% predicted. The FEV1/FVC was 77.9%. The
MMEF and PEF were 67% and 75% predicted respectively. No signifi-
cant change was noted following bronchodilator inhalation. This
data indicates a moderate restriction with possible superimposed
obstruction.

Chest x-rays include four views which are dated 7/25/86. Signifi-
cant findings consist of bilateral interstitial fibrotic changes,
predominantly in the lower lung zones. Heart size appears normal,
and no significant pleural findings are seen.

### IMPRESSION

It is my opinion that Mr. Joseph Brown has pulmonary asbestosis.
This clinical diagnosis is based on the following:

1. A history of extensive exposure to asbestos.
2. Radiographic findings of interstitial fibrosis.
3. Dyspnea on exertion.

Mr. Walter Umphrey
Re: Mr. Joseph Brown

    4. Abnormal pulmonary function tests (spirometry).
    5. Physical finding of inspiratory rales.

Based on the patient's history and the spirometry studies done today, I do not feel that his underlying asthma is the primary cause of his breathlessness. Rather, clinical deterioration of his respiratory status began after chronic industrial exposure. Pulmonary function tests indicate restriction. At present, I see no evidence of malignancy, such as lung cancer or mesothelioma, but he is certainly at increased risk for development of these, as well as other asbestos related tumors. Mr. Brown, as we discussed, is also at increased risk for progression of interstitial fibrosis and further deterioration of respiratory function. The patient has been advised to continue his abstinence from cigarette smoking, and to avoid further exposure to asbestos. Chest x-rays should be repeated in one year. The patient was prescribed an inhaled bronchodilator (Alupent, 2 puffs up to every 3 hrs., or as needed for wheezing), and Theophylline (Theo-Dur 300 mg. p.o., b.i.d.), for relief of his wheezing and breathlessness.

Thank you for asking us to see Mr. Brown in consultation.

                        Sincerely,

                        Miguel A. Franco, M. D.


MAF/dw



## X-RAY REPORT

| Family Name | First Name | Middle Name | | | |
|---|---|---|---|---|---|
| BROWN, | JOSEPH | | | | |
| | Name--Part | | Sex | Age—Years | X-RAY No. |
| [ ] Examination of | CHEST 4 VIEWS | | M   F | 40 | 52760 |
| Attending Physician | | | Date | | |
| FRIEDMAN | | | 7-25-86 | | |

Report:

CHEST:

Cardiomediastinal structures are unremarkable.  There are fibrotic changes in both lungs with linear scarring in the left lung base.  NO consolidation, pleural effusion, or pleural plaque formation is noted.  There is no evidence of pleural calcification.

IMPRESSION: MIld interstitial fibrotic change in both lungs.



Signature of Radiologist

A.O. Manske, Jr., M.D.

X-RAY REPORT

HOWARD C. WILLIAMS, M.D., F.A.C.R.
X-RAY DEPARTMENT

Films dated 07-26-96

NAME Bryan, William R., Sr.        AGE 56    DATE 07-26-96

X-RAY NO.

Films taken at BH-O.

SS#:  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

ANATOMICAL PART OR REGION

Chest  PA & Lateral

H. C. Williams _____ M.D.
ATTENDING PHYSICIAN

FINDINGS  HX:  Films for interpretation from BH-O.

Chest:  The heart is not enlarged.  There are pleural pericardial adhesions along both heart margins.  The trachea is in the midline.  There is extensive pulmonary fibrosis in both lower lobes with pleural thickening in the minor fissure.  There is a nodule near the right costophrenic angle.  This may represent a nipple shadow.  It has been previously present.  There is flattening of the left diaphragm and blunting of the left costophrenic angle.  I believe that there are calcifications in the left diaphragm.

IMP:  The appearance of the chest would be consistant with asbestosis.

WWB:sap
9-26-96

SIGNED _W. W. Bryant_____ M.D
RADIOLOGIST

RADIOLOGICAL CONSULTATION

# PARK AVENUE MEDICAL CENTER

## X-RAY DEPARTMENT

X-RAY NO. __5-3392__   NAME __Buford, Harold__   AGE __55__   DATE __07-23__

ANATOMICAL PART OR REGION

Chest 4v

Stephenson & Thompson

H.C. Williams
ATTENDING PHYSICIAN

FINDINGS

Chest: The heart is not enlarged. There are pleural plaques
along the left lateral chest wall. I do not see
infiltration or consolidation of the lungs.

IMP: Pleural plaques would be consistent with pneumoconiosis
such as asbestosis.

WWB:llo

STEPHENSON, THOMPSON

JUL 25 1990

RECEIVED

SIGNED _____
RADIOLOGIST

# RADIOLOGICAL CONSULTATION

**St. Elizabeth Hospital**
2830 Calder Avenue, Beaumont, Tx. 77702          Date: 5/13/94
Medical Directors: Bencowitz,H./Alford,J./Aldrich,A.

Name: BUFORD, HAROLD M.
ID: 41-47-01          Room: OP                Technician: Sam Shiller, RCPT
Age: 59    Race: W    Height: 68in            Weight: 238lb    Sex: M
Physician: Jeff Alford                        Consulting: Harold Bencowitz
Diagnosis: Asbestosis,

### PREDICTEDS - INTERMOUNTAIN (CRAPO)

|  |  | Predicted Range | | Observed Pre | %Pred | Observed Post | %Pred | Percent Change |
|---|---|---|---|---|---|---|---|---|
| **SPIROMETRY** | | | | | | | | |
| FVC | L | 4.37 | – 3.25 | 2.34 | 53 | 2.85 | 65 | 21 |
| FEV.5 | L | 2.8 | – 2.09 | 1.81 | 64 | 2.21 | 78 | 22 |
| FEV1 | L | 3.47 | – 2.63 | 2.04 | 58 | 2.57 | 74 | 25 |
| FEV3 | L | 4.06 | – 3.04 | 2.28 | 56 | 2.77 | 68 | 21 |
| FEV1/FVC | % | 79 | – 71 | 87 | 110 | 90 | 113 | 3 |
| FEV3/FVC | % | 93 | – 88 | 97 | 104 | 97 | 104 | |
| FEF25-75 | L/S | 3.39 | – 1.72 | 3.26 | 96 | 5.04 | 148 | 54 |
| PEFR | L/S | 8.06 | – 4.16 | 6.87 | 85 | 6.33 | 78 | -7 |
| FET | Sec | | – | 4.41 | | 5.09 | | 15 |
| MVV | L/M | 134 | – 77 | 82 | 61 | 138 | 103 | 67 |
| **PLETHYSMOGRAPHY** | | | | | | | | |
| SVC | L | 4.37 | – 3.25 | 3.02 | 69 | | | |
| IC | L | 3.13 | – | 2.15 | 68 | | | |
| ERV | L | 1.25 | – | .75 | 60 | | | |
| VTG | L | | – 3.7 | 2.08 | 56 | | | |
| FRC | L | 4.79 | – 3.33 | 2.15 | 64 | | | |
| RV | L | 2.84 | – 2.08 | 1.28 | 61 | | | |
| TLC | L | | – 6.46 | 4.3 | 66 | | | |
| RV/TLC | % | 41 | – 32 | 30 | 93 | | | |
| RAW [IN] | | 1.14 | – | .67 | 58 | | | |
| SGAW | | .24 | – | .51 | 212 | | | |
| **DIFFUSION** | | | – | | | | | |
| DLCO UNC | | 31.59 | – 23.39 | 18.66 | 59 | | | |
| DLCO CORR | | 31.59 | – 23.39 | 18.5 | 58 | | | |
| HB 14.9 | | | | | | | | |
| VA @BTPS | | 5.58 | – 5.5 | 3.25 | 58 | | | |
| DL/VA | | 5.66 | – | 5.7 | 100 | | | |

**St. Elizabeth Hospital**
2830 Calder Avenue, Beaumont, Tx. 77702          **Date:** 5/13/94
Medical Directors: Bencowitz,H./Alford,J./Aldrich,A.

Name: **BUFORD, HAROLD M.**
ID: 41-47-01          Room: OP                    Technician: Sam Shiller, RCPT
Age: 59    Race: W     Height: 68in               Weight: 238lb    Sex: M
Physician: Jeff Alford                            Consulting: Harold Bencowitz
Diagnosis: Asbestosis,

**Spirometry by Rolling Seal**
  - Lung Volumes by Plethysmograph



**Technician Comments :**
  Good patient effort and cooperation.Bronchodilatur given with unit dose Proventil.complete PFT with body box.By S.Shiller
  RCPT. Thanks!

**Physicians Interpretation :**




                                        _____
                                        Interpreting Physician

# TEXAS OCCUPATIONAL MEDICINE INSTITUTE

*10/10/95*

*Medical*

September 26, 1995

Mr. Freddie Champine
1819 Lincoln Dr.
Orange, Texas  77630

Dear Mr. Champine:

Enclosed please find a copy of my report in regard to your recent visit at the Texas Occupational Medicine Institute.   It is important that you take a copy of this report to your family doctor so that it may be included in your permanent file.

If your physician should have any questions, please have him call our office at (713) 496-2992.

Sincerely,

J. D. Britton, M.D., M.P.H.

JDB:df

September 26, 1995


RE:     FREDDIE CHAMPINE
SSN:    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
DOB:    12-24-22

TO WHOM IT MAY CONCERN:

I had the pleasure of meeting and evaluating Mr. Freddie Champine
at the Texas Occupational Medicine Institute on September 20, 1995
in Houston, Texas for the purpose of an independent medical
evaluation.

Mr. Champine is a 72 year old married Black gentleman who currently
resides in Orange, Texas.  He retired in 1988 as a self employed
auto and truck mechanic.  His attending physician is Dr. Olive in
Orange. He quit smoking cigarettes in 1985 after 30 pack years.  He
perceives himself to be in good health.  He is currently being
treated for coronary artery disease with nitroglycerin, Procardia,
Persantine  , cardiac arrthymias with Procardia, peptic ulcer
disease with Zantac and elevated cholesterol with Zocor.  He was
an extremely poor historian.

Mr. Champine complains of minimal shortness of breath with exertion
and is able to climb 2-3 flights of stairs or walk 1/2 - 1 mile
without difficulty.  He complained of a chronic productive cough of
clear purulent phlegm.  He also complained of rare episodes of
angina pectoris which is usually precipitated by exertion and
relived by nitroglycerin sublingual tablets.  He has a history of
rib fractures in the right chest.  He also complained of edema.  He
denied PND, orthopnea, hemoptysis, weight loss, night sweats or
angina pectoris.  He specifically denied a previous history of
asthma, rib fractures, emphysema, tuberculosis, lung cancer,
occupational lung disease, pneumonia or chest surgery.  He also
denied utilizing pulmonary fibrogenic medications which include
Furadantin, gold, radiation and chemotherapeutic agents.  A review
of his symptoms was otherwise noncontributory with exception of
"heartburn" and tinnitus.

A review of his medical records revealed that Dr. Bryant recently
noted on 7-27-94 and 2-1-90 "bilateral pleural thickening
consistent with pneumoconiosis".  Dr. Alford in 8-92 did not find
occupational lung disease.  Dr. Alford reported open heart surgery
but this was denied by Mr. Champine.  Mr. Champine did admit that
CPR was required during his heart attack.  He denied ever being
diagnosed with an asbestos disease.

A review of his past medical history revealed hospitalizations for
tonsillectomy (1940s), heart attacks (1988), hemorrhoidectomy

Re:  Freddie Champine                                                    2
     September 26, 1995

(1960s), and coronary artery catheterization (1988).

A review of Mr. Champine's family history revealed that his parents
are deceased and his father was a hospital worker. He has 5 living
children and 5 living siblings.  A significant family history of
lung cancer (brother) was noted.

Mr. Champine was born and raised in Orange, Texas.  He had a high
school education with some college.  He served in the U.S. Marine
Corp from 1943 until 1946 as an infantryman in the South Pacific.
He worked as a laborer (1948-1950), shop maintenance (1950-1958),
rigger (1958-1968) for the Orange Naval Shipyards.  He also worked
as a auto mechanic (1940s/1969-1988), and a truck driver (1940s and
1967).  He is currently a part time bus driver for senior citizens
for Orange County.  He also worked as a construction laborer in the
mid 1940s.

He was first exposed to asbestos in the early 1940s and last
exposed in 1988.  He did not utilize respiratory protection and was
never warned of the dangers of asbestos products.  He also removed
and applied insulation products in the normal course of his duties
as a shipyard worker, auto mechanic and laborer. He also mixed
asbestos muds, removed and applied insulation products to pipes,
boilers and other petrochemical devices, utilized asbestos gloves
and blankets, built and dismantled scaffolding, utilized compressed
air to blow dust off his clothes and dry swept the worksite.  While
working he generated large plumes of asbestos containing materials.
He also worked closely with pipefitters, boilermakers, carpenters,
welders, electricians, sheet metal workers, insulators and other
high risk trades and had significant bystander exposures to
asbestos products.  He applied and removed auto friction products.
He performed stickrod welding.

He performed sandblasting from 1948 to 1968 with respiratory
protection, such as a fresh air and desert hood.  He utilized
coarse grain sands and sandblasted inside confined spaces with poor
ventilation.  He also sandblasted outside.  He also filled the sand
pots and worked in the vicinity of other sandblasters.  He was also
exposed to silica by grinding.

Physical examination today revealed him to be a healthy, muscular
male in no acute distress.  Pulse was 64 and respirations were 20.
The blood pressure was 120/70 and the height was 69 inches and the
weight was 190 pounds.  The examination of the head, eyes, ears,
nose and throat was unremarkable with exception to the presence of
arcus senilis.  The examination of the chest revealed crackling
rales bilaterally.  Gynecomastia was noted.  The heart had a normal
sinus rhythm.  The abdomen was protuberant, nontender without
palpable masses or organomegaly.  There was no evidence of
cyanosis, clubbing or pedal edema.

Re:  Freddie Champine                                                    3
     September 26, 1995

Pulmonary function testing revealed the forced vital capacity (FVC) of 3.84 liters, 108% of the predicted normal. The forced expiratory volume in 1 second (FEV1) was 2.39 liters, 101% of the predicted normal. The % of FEV1 was 62.2%. The diffusion capacity was reduced to 64% of predicted and compatible with respiratory impairment.

Four view chest x-rays dated 9-20-95 revealed cardiomegaly unchanged from the previous chest x-rays. The hila were normal. The right costophrenic angle was blunted. Bilateral pleural thickening was noted along the lateral chest walls. Probable pleural plaque was noted en face in the right chest. Probable parenchymal scarring was noted in the mid and lower lung zones. Comparative chest x-rays from 7-24-94 revealed no significant changes from the current films, but an improved inspiratory effort was noted.

**Assessment:** It is my medical opinion that Mr. Champine has asbestos related pleural disease and pulmonary asbestosis and a lengthy exposure to asbestos products. Pulmonary function studies revealed airway obstruction and reduced diffusion capacity. The physical examination revealed the presence of rales and clubbing.

In addition he has coronary artery disease and peptic ulcer disease.

**Recommendations:** I have advised Mr. Champine to seek immediate medical attention with any change of his current medical status. I have also advised him to have no further exposures to fibrogenic materials.

I have advised him that he remains at elevated risk for progressive asbestos related pleural diseases and interstitial fibrosis and asbestos related malignancies, which include lung cancer, mesothelioma, gastrointestinal, kidney and laryngeal cancers. In addition I have recommended henceforth an annual test for occult blood in the stool and an annual asbestos medical surveillance program.

I have advised him that he remains at elevated risk for silica induced disorders which include a progressive interstitial fibrosis, granulomatous and connective diseases.

Do not hesitate to communicate with me personally if I may be of any further assistance.

Fondest regards,


J.D. Britton, M.D., M.P.H.
JDB/df

## ST. PATRICK HOSPITAL
### LAKE CHARLES, LOUISIANA

### DISCHARGE SUMMARY

PATIENT NAME:  CLARK, GERALD
CASE NO.:   30105124   244724
ROOM NO.:
PHYSICIAN:  DR. BEN THOMPSON
ADMIT DATE:  5-25-95
DISCHARGE DATE:  5-28-95

___

FINAL DIAGNOSES:
1. ~ SQUAMOUS CELL CARCINOMA OF LUNG.
   A.   NEAR OBSTRUCTING LESION IN LEFT MAIN STEM BRONCHUS.
2.   OBSTRUCTIVE AIRWAY DISEASE.
3.   POSTOBSTRUCTION PNEUMONIA.
4.   RESPIRATORY FAILURE SECONDARY TO ABOVE.
5.   HISTORY OF ASBESTOS EXPOSURE.
6.   ARTERIOSCLEROTIC VASCULAR DISEASE.
   A.   STATUS POST AORTOBILATERAL FEMORAL BYPASS.
7.   HISTORY OF HEPATITIS IN THE PAST.
8.   WEIGHT LOSS, PRESUMABLY ATTRIBUTED TO #1.
9.   HEMOPTYSIS, PRESUMABLY ATTRIBUTED TO #1.

The patient had been transferred from West Cal-Cam Hospital for
consideration for performance of laser endoscopy.  He had initially
presented at West Cal-Cam Hospital on May 21, 1995, after having a
difficult time breathing.  Bronchoscopy at that time did reveal an
obstructing endobronchial lesion in the left main stem bronchus, biopsy of
which showed squamous cell carcinoma.  The patient was transferred here and
underwent fiberoptic bronchoscopy with YAG laser photoresection of the
endobronchial tumor.  The left upper and left lower lobe bronchi were
opened.  The patient tolerated the procedure well and is being discharged
to be followed-up in the office in one week.

SIGNATURE _____

DR. BEN THOMPSON/cmfj
DD:   8-21-95
TD:   8-21-95

CC:

Volume 10, Page 439

**STATE OF TEXAS**  **CERTIFICATE OF DEATH**  STATE FILE NO.

| 1. NAME OF DECEASED (a) First | (b) Middle | (c) Last | (d) Maiden | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| ALGEA | JOSEPH | CONSTANCE | | Male | July 11, 1989 |

| 4. RACE | 5a. WAS THE DECEDENT OF HISPANIC ORIGIN? ☐YES ☒NO | 5b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) | 6. DATE OF BIRTH 8/13/1917 | 7. AGE (in years last birthday) | IF UNDER 1 YEAR Months Days | IF UNDER 24 HRS Hours Minutes |
|---|---|---|---|---|---|---|
| Cauc. | | | | | | |

8. SOCIAL SECURITY NUMBER  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

9a. PLACE OF DEATH (Check only one)
HOSPITAL: ☐Inpatient ☐ER/Outpatient ☒DOA   OTHER: ☐Nursing Home ☐Residence ☐Other (Specify)

| 9b. PLACE OF DEATH — COUNTY Orange | 9c. CITY OR TOWN (if outside city limits, give precinct number) Precinct #3 | 9d. NAME OF (if not in hospital, give street address) HOSPITAL OR INSTITUTION Intersection HWY 87&62 | 9e. INSIDE CITY LIMITS? ☐YES ☒NO |
|---|---|---|---|

| 10. BIRTHPLACE (City and State or foreign country) Cameron, LA | 11. CITIZEN OF WHAT COUNTRY? U.S.A. | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒YES ☐NO | 13. ☐MARRIED ☐NEVER MARRIED ☐WIDOWED ☐DIVORCED | 14. SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|---|---|---|

| 15. DECEDENT'S EDUCATION (Highest grade completed) Grades (0-12) 12  College (1-4 or 5+) | 16a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) Heavy Equipment Operator | 16b. KIND OF BUSINESS OR INDUSTRY Construction |
|---|---|---|

| 17a. RESIDENCE — STATE Texas | 17b. COUNTY Orange | 17c. CITY OR TOWN, (if outside city limits, show rural) ZIP CODE Rural | 77630 |
|---|---|---|---|

| 17d. STREET ADDRESS (if rural, give location) I-H 10 11/2 Miles West of HWY 62 | 17e. INSIDE CITY LIMITS? ☐YES ☒NO |
|---|---|

| 18. FATHER'S NAME Arthur Constance | 19. MOTHER'S MAIDEN NAME Calaise Conner |
|---|---|

| 20a. SIGNATURE OF INFORMANT Juanita Amy | 20b. MAILING ADDRESS OF INFORMANT (Street and Number or Rural Route Number, City or Town, State, Zip Code) 780 Jones  Bridge City, Texas  77611 |
|---|---|

| 21. MANNER OF DEATH ☐Natural ☐Pending Investigation ☒Accident ☐Suicide ☐Could not be Determined ☐Homicide | 22a. DATE OF INJURY (Month, Day, Year) 7-11-89 | 22b. TIME OF INJURY 9:45 A. | 22c. INJURY AT WORK? ☐YES ☒NO | 22d. DESCRIBE HOW INJURY OCCURRED Driver of a vehicle that was struck by a truck |
|---|---|---|---|---|

| | | 22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) Street | 22f. LOCATION (Street and Number or Rural Route Number, City or Town, State) Hwy. 87 intersection at Hwy. 62 |
|---|---|---|---|

23a. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title)

24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title) Claude E. Wimberley  Justice of the Peace, Pct. One

| 23b. DATE SIGNED (Mo., Day, Yr.) | 23c. HOUR OF DEATH   M. | 24b. DATE SIGNED (Mo., Day, Yr.) 7-18-89 | 24c. HOUR M. |
|---|---|---|---|

| 23d. NAME OF ATTENDING PHYSICIAN (Type or print) | 24d. PRONOUNCED DEAD (Mo., Day, Yr.) ON 7-11-89 | 24e. PRONOUNCED DEAD (time) AT 10:43 A. M. |
|---|---|---|

25. MAILING ADDRESS OF CERTIFIER (Type or Print)

| 26a. METHOD OF DISPOSITION ☒Burial ☐Cremation ☐Removal from State ☐Donation ☐Other (Specify) | 26b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place) Autumn Oaks Memorial Park |
|---|---|

| 26c. LOCATION — City or Town, State Orange County   Texas | 26d. DATE OF DISPOSITION July 13, 1989 | 26e. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH Woodrow M. Bozman III |
|---|---|---|

| 26f. NAME AND ADDRESS OF FUNERAL HOME Dorman Funeral Home  P.O. Box 2714  Orange, TX 77630 |
|---|

| 27a. REGISTRAR'S FILE NO. 1122 | 27b. DATE REC'D BY LOCAL REGISTRAR July 18, 1989 | 27c. SIGNATURE OF LOCAL REGISTRAR (TO ELIZABETH IP 43) |
|---|---|---|

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Death due to massive chest injuries | | minutes |
| DUE TO (OR AS A LIKELY CONSEQUENCE OF) b. Automobile accident | | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A LIKELY CONSEQUENCE OF) c. | |
| | DUE TO (OR AS A LIKELY CONSEQUENCE OF) d. | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 30a. WAS AN AUTOPSY PERFORMED? ☐YES ☐NO | 30b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐YES ☐NO |
|---|---|---|

| 29a. Was decedent pregnant at time of death? ☐YES ☐NO ☐UNKNOWN | 29b. Was decedent pregnant during the last 12 months? ☐YES ☐NO ☐UNKNOWN |
|---|---|

WARNING
The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000. (Article 4477c, Revised Civil Statutes of Texas)

YS-112 REV. 4/88
Texas Department of Health — Bureau of Vital Statistics

AUTOSPY NUMBER_____CA-24-89_____

PATIENT  ALGIER JOSEPH CONSTANCE_____    SEX MALE    COLOR  WHITE    AGE    71

ADDRESS  BRIDGE CITY, TX_____    EXPIRED 10:10 A.M. JULY 11, 1989

AUTOPSY ORDERED BY  JUSTICE OF THE PEACE CLAUDE WIMBERLEY_____

AUTOPSIED: ___4:00 P.M. JULY 11, 1989_____   AUTOPSIED BY  Oscar R. Griffin, M.D.

## FINAL PATHOLOGICAL DIAGNOSIS:

1.  FATAL TWO VEHICLE AUTOMOBILE ACCIDENT

2.  CRUSHING INJURY OF CHEST, DUE TO ABOVE

3.  RUPTURE OF APEX OF LT. VENTRICLE OF HEART, DUE TO ABOVE

4.  LACERATIONS AND PUNCTURE WOUNDS OF BOTH LUNGS, DUE TO ABOVE

5.  LARGE LACERATION OF RT. LOBE OF LIVER, DUE TO ABOVE

6.  VIRTUAL INSTANTANEOUS DEATH DUE TO MASSIVE BLOOD LOSS

7.  BROKEN NOSE

8.  LARGE LACERATION OF RT. SIDE OF BACK OF HEAD

9.  PULMONARY FIBROSIS AND EMPHYSEMA WITH APPARENT ASBESTOS BODIES FOUND IN LUNG

10. BLOOD ALCOHOL NEGATIVE

11. NO URINE AVAILABLE FOR A DRUG ABUSE SCREEN

c:
Commissioner's Court
Justice of the Peace Claude Wimberley
Sheriff Huel Fontenot
District Attorney Steve Howard

ORG/afd

## EXTERNAL EXAMIANTION:

This is the unembalmed body of a white male. The body is well-developed, well-nourished, and is that of a very large elderly man.

The patient was the driver of a pickup truck with his 74 year old wife being a passenger in the truck. The patient was turning lt. off Highway 87 onto Highway 62 when his vehicle was struck on the passenger side by a Southbound 18 wheel truck. Both the patient and his wife were dead at the scene.

Both victims were wearing seatbelts and shoulder belts. The patient's body clearly demonstrates a bruise running from his lt. shoulder down and to the rt. over his body. The mark of the seatbelt around his waist is also visible. A massive bruise is present over the anterior chest and the lt. side of the thorax protrudes above the right. The patient's nose is broken and a large, deep laceration is present on the rt. side of the back of the head. No evidence of significant head injury is seen.

No fractured extremities are noted. The left clavicle is not broken.

The skin is smooth and soft. The head is of normal size. The hair is partially gray. The eyes are partially opened and the pupils are dilated, regular and equal in size. There is no icterus.

The chest is asymmetrical with the lt. side bulging forward. Breasts are symmetrical and there are no palpable masses. The abdomen is flat and loose. Edema of the feet and ankles is bilaterally absent. There is no deformity of the extremities.

## INTERNAL EXAMINATION:

The body is opened with the classical "Y"-shaped incision. Increased thickness of abdominal subcutaneous fatty tissue is noted. The peritoneal cavity contains a moderate amount of blood. The liver shows a large laceration in its rt. lobe. The sternum and virtually all of the ribs are fractured, causing a flail chest. Lymph nodes in the abdomen are not enlarged. No adhesions are felt and the inguinal rings are closed.

The chest plate is removed and lungs noted to be free bilaterally. The rt. and lt. sides of diaphragm are at the fourth intercostal space. There is a large quantity of blood in the pleural cavities. Blood is withdrawn and is found to be negative for alcohol. The urinary bladder is empty so that no urine is available for a drug abuse screen.

The thymus is replaced by fat. Pericardium is filled with blood. Thyroid is symmetric and unchanged. Parathyroid glands are not enlarged.

The lt. lung and rt. lung show puncture wounds and contusion. The lungs are also seen to demonstrate the changes of emphysema and fibrosis.

CONSTANCE, Algier Jos                                                    Pg. 3

EXAM CONT'D.................................................................

The heart shows a large rupture wound at the apex of the lt. ventricle. This pro-
bably occurred when the body was forced with great force onto the steering column,
and the heart was caught between this great force and the vertebral column. This
would have caused immediate death.

The spleen is normal, showing no rupture or laceration.

The liver shows the large laceration but is otherwise unremarkable.

The gallbladder contains a small amount of greenish fluid but shows no evidence of
abnormality. There is no obstruction in the biliary ducts or gallbladder.

The pancreas is firm and of normal size and consistency. The cut surface shows a
tan lobular pattern. No abnormality is seen. Both adrenals are normal in size. No
hemorrhage, neoplasm or other change is noted.

The esophagus has a smooth white, shiny mucosa without diverticuli, tumors, ulcers,
or varices. The stomach contains a fair amount of yellowish milky material. The
mucosal surface appears essentially unremarkable. The small and large bowels show
no obstruction, diverticuli, polypi, ulcers, perforations or tumors. The appendix
is normal.

Both kidneys are normal.

The head shows the broken nose and large laceration but no evidence of skull fracture
is seen and the brain is not examined.

MICRO:

HEART:  The rupture is seen.

LUNGS:  The lacerations are noted. Also noted are marked fibrosis and emphysema.
        Iron stained sections show much iron in hemosiderin filled macrophages and
        elongated , blunt shaped objects compatible with asbestos bodies are seen.

KIDNEYS: Normal

PANCREAS: Normal

SPLEEN:  Normal

LIVER:  The large laceration is seen.

ADRENAL: Normal

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED IN THIS OFFICE, ISSUED UNDER AUTHORITY OF RULE 54A, ARTICLE 4477, REVISED CIVIL STATUTES OF TEXAS.  DO NOT ACCEPT IF DOCUMENT HAS BEEN ALTERED.

DATE ISSUED _10-5-88_   CITY REGISTRAR _Geraldine Bockett_

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000. (Article 4477c, Revised Civil Statutes of Texas)

Texas Department of Health — BUREAU OF VITAL STATISTICS

VS-112, REV. 1/80

# CERTIFICATE OF DEATH

STATE OF TEXAS

STATE FILE NO. /265

| | |
|---|---|
| 1. NAME OF DECEASED | WILEY | L. | D. | CREEL |
| 2. SEX | MALE |
| 3. DATE OF DEATH | 10-7-1986 |
| 4. RACE | CAUCASIAN |
| 5a. PLACE OF DEATH — COUNTY | JEFFERSON |
| 5b. CITY OR TOWN | BEAUMONT |
| 6. DATE OF BIRTH | 5-14-1925 |
| 7. AGE | 61 |

CERTIFIED: Christopher J. Trauth, M.D.

4b5-28-8011

TEXAS

HARDIN

WILEY ALLEN CREEL

CLARA JACKSON

REMOVAL - BURIAL

10-8-1986

Christopher J. Trauth, M.D.

VILLAGE MILLS

1265

October 21, 1986

TEXAS

2:10 A.M.

LUMBER GRADER

RURAL SILSBEE

RT. 1 BOX 386

KATHY GORE

ST. ELIZABETH

LUMBER MILL

VILLAGE MILL CEMETERY,

JAMES E. FARMER

NO

6/24/86



**THE UNIVERSITY OF TEXAS**

# HEALTH CENTER

· AT TYLER ·

Executive Associate Director for Clinical Affairs

June 20, 1996

Roxie Huffman Viator
Attorney at Law
2728 Western Ave
Orange TX 77630

RE:   L.D. Creel, Deceased

Dear Ms. Viator:

As requested in your letter to me of June 12, 1996, I reviewed the records you supplied regarding your client L.D. Creel, (deceased). As you are aware, most of these records were reviewed by me previously and summarized in my report to Mr. Michael Kerensky dated November 20, 1990. As best I can tell, no new medical information was supplied with your letter. What was new, however, was the considerably more detailed information you were able to supply regarding Mr. Creel's employment history. It is apparent that Mr. Creel did in fact have a significant occupational exposure to asbestos. Therefore, I conclude that his lung cancer was asbestos related.

Thank you for the opportunity to review this material.

Sincerely,

Richard S. Kronenberg, M.D.
Executive Associate Director for Clinical Affairs

RSK:bmt



Texas Institute Of Occupational Safety & Health
The University Of Texas Health Center At Tyler

ADMINISTRATIVE OFFICE, (214) 877-7554
AND INFORMATION

ADMINISTRATIVE DIRECTORS
Richard S. Kronenberg, M.D., (214) 877-7265
Professor and Chairman,
Department of Medicine
Ronald F. Dodson, Ph.D., (214) 877-7554
Associate Director for Research
Professor and Chairman, Department
Cell Biology & Environmental Sciences

OCCUPATIONAL MEDICINE CLINIC
Jeffrey L. Levin, M.D., M.S.P.H., (214) 877-7262
Medical Director
Barbara Pruitt, R.N., S.S.N., (214) 877-7930
Nurse Coordinator

RADIOLOGY SERVICES
J. Robert Shephard, M.D., (214) 877-7100
Associate Professor & Chairman,
Department of Radiology
Certified B Reader

ANALYTICAL MICROSCOPY SERVICES
Ronald F. Dodson, Ph.D., (214) 877-7554
Associate Director for Research
Professor and Chairman, Department
Cell Biology & Environmental Sciences

EDUCATIONAL SERVICES
Jeffrey L. Levin, M.D., M.S.P.H., (214) 877-7262
Medical Director

INDUSTRIAL HYGIENE AND SAFETY
Jeffrey L. Levin, M.D., M.S.P.H., (214) 877-7262

TISSUE ANALYSIS
Ronald F. Dodson, Ph.D., (214) 877-7554
Associate Director for Research
Professor and Chairman, Department
Cell Biology & Environmental Sciences

PREVENTIVE MEDICINE
Jeffrey L. Levin, M.D., M.S.P.H., (214) 877-7262
Medical Director

P.O. Box 2003
Tyler, Texas 75710

November 20, 1990

Mr. Michael W. Kerensky
440 Louisiana, Suite 2300
Houston, Texas  77002

Re:  Medical Records of L. D. Creal

Dear Mr. Kerensky:

At your request I have reviewed the records you supplied to me concerning your client Mr. L. D. Creal. Virtually all of the records are from the Beaumont Medical Surgical Hospital and relate to a number of hospitalizations and procedures that Mr. Creal had there in 1986. My conclusion after reviewing these records is that Mr. Creal died of a respiratory failure secondary to a widely metastatic carcinoma of the lung. He also suffered from significant chronic obstructive pulmonary disease and at the time of his death had cor pulmonale. He had been a heavy cigarette smoker. Physical examination on several occasions during that year revealed rales but no clubbing. A CT scan of his chest done of 3/26/86 revealed some right pleural thickening in addition to the lung mass.

Since I was not supplied with any occupational history on Mr. Creal (aside from a single sentence on a consult that he was currently employed as a lumber grader) I am not able to reach any conclusions regarding whether or not his lung cancer was occupationally related. As you are aware, there is an increased incident of lung cancer in people exposed to asbestos, particularly if they are also cigarette smokers. Therefore if Mr. Creal did have a significant occupational exposure to asbestos it would be reasonable to conclude that his lung cancer and subsequent death were related to that exposure.

Sincerely yours,

Richard S. Kronenberg, M.D.
Professor and Chairman of Medicine

RSK:bh

BEAUMONT MEDICAL SURGICAL HOSPITAL
BEAUMONT, TEXAS

## SURGICAL SPECIMEN REPORT

PROCEDURE PERFORMED: 3-19-86

| 3-19-86 | 05-86-12 | CREEL, L. D. | S86-651 |
|---|---|---|---|
| DATE RECEIVED | HOSPITAL NUMBER | PATIENT NAME | PATHOLOGY NO. |
| 60 | male | Dr. Bell | 254B |
| AGE | SEX | SURGEON | ROOM NO. |

CLINICAL DIAGNOSIS    rule out carcinoma of lung

SPECIMEN AND SOURCE    right sponge biopsy, mediastinal nodes

REMARKS

## PATHOLOGY REPORT

GROSS DESCRIPTION

I.   "right sponge biopsy"  Sponge pledget is approximately 1.4x0.4cm.  2NS

II.  "mediastinal nodes"  Tan and anthracotic fragments aggregate approximately 4cc.  Fragments NS

MICROSCOPIC DESCRIPTION:
I.   Entrapped reactive looking bronchial epithelial cells and foamy histiocytes are found within sponge pledget interstices.  No significant atypia.

II.  Within mediastinal lymph nodes is a poorly differentiated large cell carcinoma.  In areas, it exhibits a squamoid while in other areas it exhibits a pseudoglandular appearance with vacuolated cytoplasmic elements suggesting adenocarcinoma.  Special stains will be carried out to further elucidate the etiology of this neoplasm.

DIAGNOSIS:
1.   Sponge biopsy right side:
     REACTIVE BRONCHIAL EPITHELIAL CELLS

2.   Mediastinal lymph nodes:
     METASTATIC POORLY DIFFERENTIATED LARGE CELL CARCINOMA
     (SEE ABOVE)

PCI:hr
3-20-86

PATHOLOGIST
Peter C. Isaac, M.D.

### BEAUMONT MEDICAL
### AND SURGICAL HOSPITAL

LUNG DISEASE, R/O CA.

PAGE 1

NAME: CREEL, L. D.
AGE: 60
SEX/RACE: MALE / CAUCASIAN
HEIGHT: 63 IN
WEIGHT: 116 LBS

IDN: 2324291        RMN: 254 B.
DATE: 3/21/86
TEMP/PRES: 24 C / 772 MMHG
PHYSICIAN: BELL
TESTED BY: D ZAMBARDINO, CPFT

| SPIROMETRY | (BTPS)(ATS) | LLN | PRED | PRE-RX ACTUAL | %PRED | POST-RX ACTUAL | %PRED | %CHG |
|---|---|---|---|---|---|---|---|---|
| FVC | LITERS | | 3.67 | 1.79 * | 49 | 2.62 * | 71 | 46 |
| FEV1 | LITERS | | 2.97 | 0.63 * | 21 | 0.77 * | 26 | 22 |
| FEV1/FVC | % | 73 | 81 | 35 | | 29 | | --- |
| FEF25-75% | L/SEC | 1.45 | 3.12 | 0.26 * | 8 | 0.30 * | 10 | 15 |
| FET100% | SEC | | | 7.0 | | 9.7 | | 39 |
| MVV | L/MIN | | 117 | 10 | 8% | 19 | 16 | 90 |

| LUNG VOLUMES | (BTPS) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VC | LITERS | 3.02 | 3.67 | 1.80 * | 49 | | | |
| TLC | LITERS | 3.97 | 5.58 | 5.17 | 93 | | | |
| RV | LITERS | | 1.86 | 3.37 * | 181 | | | |
| RV/TLC | % | | 33 | 65 | | | | |
| FRC | LITERS | | 2.80 | 3.89 * | 139 | | | |
| ERV | LITERS | | | 0.52 | | | | |
| IC | LITERS | | | 1.28 | | | | |

DISTRIBUTION
WASH TIME    MINUTES                    7.3

HGB=13.0        DLCO  15.6    238    3.55
                DL/VA  3.86   4.45    1.90

*= OUTSIDE NORMAL RANGE.
DOS-C0301-0A    N-2501-00

COMMENTS: GOOD EFFORT. P.O. X 2 DAYS BRONCHOSCOPY & MEDIASTIN-
OSCOPY. SMOKER 1/2 PK/DAY.
INTERPRETATION:
Severe airway obstruction is present.

Spirometry is significantly improved after bronchodialator.

The single-breath diffusing capacity is decreased, even when
corrected for lung volume.

MEDICAL SURGICAL
HOSPITAL

BEAUMONT, TEXAS

NAME : CREEL, L. D.                          ROOM: 254    AGE: 60 M

P I NO: 2324291                              DR. .  BELL/BIRDWELL

X-RAY : 91816                                DATE : 3/ 26/86

CT SCAN CHEST WITH CONTRAST AND 20 ADDITIONAL FILMS:

Axial sections were obtained from the thoracic inlet to the base of the live
with intravenous contrast material.

There is a 5cm diameter mass lateral to and continuous with the right hilus.
The central portion of this mass has decreased attenuation, suggesting necro-
sis. From its relatively peripheral location, this mass appears to be aris-
ing from the lung rather than from the hilus itself; although, there is also
apparently some hilar adenopathy. This is a subjective impression.

The mediastinum shows multiple lymph nodes measuring no more than 1cm in
diameter, located anterior to the trachea and carina. These are not calcifi-
ed. The left hilus does not appear significantly enlarged, and no other
mass is identified in the lungs.

There is tenting of the right diaphragm anteriorly, and there is pleural
thickening along the base of the right major fissure. There are also promi-
nent bullous emphysematous changes at both lung bases.

There is a mass which appears to be arising from the right adrenal gland,
measuring approximately 3cm in maximum diameter and containing a center of
decreased attenuation, consistent with necrosis. This most likely represents
a metastatic deposit, involving the right adrenal. The left adrenal is un-
remarkable.

There appear to be a few punctate calcifications in the pancreas. The pan-
creas does not appear enlarged, but the pancreatic borders are not well de-
fined, apparently due to relative lack of fat between the abdominal organs.

The liver and spleen have homogeneous attenuation patterns and are normal in
size and shape. Both kidneys appear normal.

There are moderate degenerative changes in the dorsal and upper lumbar spine.

IMPRESSION:

1. 5cm diameter mass on lateral border of right pulmonary hilus. I believe
this is arising from the lung, but it may be arising from hilar nodes.
(continued)
918153

MEDICAL SURGICAL
HOSPITAL

BEAUMONT, TEXAS

NAME : CREEL, L. D.                    ROOM: 254        AGE: 60 M

P.T. NO.                               DR. : BELL/BIRDWELL

X-RAY : 91816                          DATE : 3/26/86

(continued - page 2)

2.   Right hilar adenopathy.

3.   Mediastinal adenopathy.

4.   Metastatic deposit  to right adrenal gland.

5.   No apparent hepatic metastasis.

BONE SCAN:

The patient received an intravenous dose of 25 3 mCi Technetium 99-M MDP.
Static images of the central portions of the skeleton were obtained 2.5
hours after injection.

These show markedly increased tracer uptake in the midshaft of the left
femur in the location corresponding to the periosteal new bone formation
and possible cortical lysis seen on plain films from 3/22/86.

Otherwise the distribution of tracer is normal.  Both kidneys function.

IMPRESSION:

Increased uptake in left femoral shaft.  This finding is nonspecific and
could indicate metastatic or primary neoplasm or osteomyelitis, or any other
process involving bone destruction and regrowth.

PJT:mf
3/26/86
3:24 pm

PETER J. TALMACHOFF, M.LD.

918153

**Beaumont**
**Medical Surgical**
**Hospital**

3080 College Street
Beaumont, Texas 77702

BAR CODE STRIP 1

455365    4444

Diagnosis Report

CREEL, L. D.
CASE:  05-86-12
H. B. BELL, M.D.
ROOM:  254-B.
A:  3/18/86
D:

## DISCHARGE SUMMARY

ADMITTING DIAGNOSIS:    Hemoptysis.
Large mass in the right lung, probable carcinoma.

FINAL DIAGNOSIS:    Carcinoma of the right lung with mediastinal and possible bone metastases.

OPERATIONS:    Bronchoscopy with bilateral aspirates.
Mediastinoscopy with multiple lymph node biopsies.

CONSULTANTS:    Dr. H. Williams.
Dr. C. J. Trauth.
Dr. N. Alford.

### SUMMARY OF HOSPITAL STAY

This 60 year old white male, heavy smoker, was referred because of episodes of recent hemoptysis, chronic lung disease and chest films suggesting a right lung mass. The above diagnostic procedures were carried out and the patient responded nicely. A malignant diagnosis was established. The patient was seen by Dr. Jeff Alford, Dr. Henry Williams and Dr. Chris Trauth. The patient did well following his diagnostic procedures and he was instructed as to wound care, limited activity and frequent rest periods. He was given a prescription for Tylenol #3 for the control of mild pain and soreness. He was instructed as to wound care, limited activity and frequent rest periods. He was given an appointment at my office for continued follow-up. He will be seen by the consulting physicians and definitive therapy carried out.

HBB:srb
dd:  4/20/86
dt:  4/21/86

HOWARD B. BELL, M.D.

912538

CASE NO. _____

NOTE PROGRESS OF CASE, COMPLICATIONS, CONSULTATIONS, CHANGE IN DIAGNOSIS, ETC.

DATE

PATIENT: CREEL, L. D.                          DATE: 4/14/86

PROBLEM: Metastatic adenocarcinoma large cell carcinoma of the lung with bone meta-
    stases of the left femur.
S – Patient's bone pain is markedly improved but continues on radiation.
O – Neck is unremarkable. Lungs are clear. Heart reveals regular rhythm without
    murmurs. Abdominal exam is unremarkable. Extremities reveal 2+ edema of
    the lower extremities. Current medications consist of Tylox, Theo-Dur, Torecan,
    Donnatal, Ventolin Inhaler, Lasix 40mg qd and Slow K 2 tabs po bid. CBC and
    platelet counts are adequate today.
A – Day 14, course 1 of FOMi on metastatic large cell carcinoma of the lung. #2,
    Left leg pain secondary to extensive metastases in the left femur currently
    undergoing radiation therapy. #3, Severe chronic obstructive pulmonary disease/
    emphysema.
P – Continue with current medications. I have increased his Lasix to 40mg bid for
    the next two to three days and thereafter qam. He will return to see us in
    approximately one week at which time if his counts are adequate then we will
    proceed with his next course #2 of FOMi. CJT


PATIENT:  CREEL, MR. ~~ELDRIDGE~~ L. D.   DATE:  4/21/86

PROBLEM:  Metastatic adenocarcinoma/large cell carcinoma of the
lung with bone metastases of the left femur.
S – Patient's bone pain has continued to improve and he has continued
radiation therapy to the femur.
O – Examination at this time reveals neck unremarkable. Lungs are
clear with occasional expiratory wheezes. Heart regular rate without
murmurs. Abdominal examination is unremarkable. Extremities reveal
no significant edema at this time. Medications are as listed on
4/14/86.
A – Due course #2 of SOMr for metastatic large cell carcinoma of
the lung. (2) Left leg pain secondary to extensive metastases of
the left femur, on radiation therapy. (3) Severe chronic obstructive
pulmonary disease/emphysema.
P – Proceed with the next course of chemotherapy in the previous
doses of 3/31/86 with FOMi. Return thereafter to see us in three
weeks with CBC and chest x-ray. CJT

OR. _____

# CITY OF PORT ARTHUR

**STATE OF TEXAS**  CERTIFICATE OF DEATH  STATE FILE NO.

| 1. NAME OF DECEASED (a) First | (b) Middle | (c) Last | (d) Maiden | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| John | Ewell | Crochet | | Male | March 21, 1991 |

| 4. RACE | 5a. WAS THE DECEDENT OF HISPANIC ORIGIN? | 5b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) | 6. DATE OF BIRTH | 7. AGE (in years last birthday) | IF UNDER 1 YEAR | IF UNDER 24 HRS. |
|---|---|---|---|---|---|---|
| Caucasian | ☐ YES ☑ NO | | 5/04/1927 | 63 | Months / Days | Hours / Minutes |

| 8. SOCIAL SECURITY NUMBER | 9a. PLACE OF DEATH (Check only one) |
|---|---|
| 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 | HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA · OTHER: ☐ Nursing Home ☑ Residence ☐ Other (Specify) |

| 9b. PLACE OF DEATH — COUNTY | 9c. CITY OR TOWN (If outside city limits, give precinct number) | 9d. NAME OF (if not in hospital, give street address) INSTITUTION | 9e. INSIDE CITY LIMITS? |
|---|---|---|---|
| Jefferson | Port Arthur | HOSPITAL OR 2464 63rd Street | ☑ YES ☐ NO |

| 10. BIRTHPLACE (City and State or Foreign country) | 11. CITIZEN OF WHAT COUNTRY U.S.A. | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 13. ☐ MARRIED ☑ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED | 14. SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|---|---|---|
| Jennings, La. | U.S.A. | ☑ YES ☐ NO | | Geraldine Rachel |

| 15. DECEDENT'S EDUCATION (highest grade completed) | 16a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | 16b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| Grade (0-12) 12 / College (1-4 or 5+) | Insulator | Local #22 |

| 17a. RESIDENCE — STATE | 17b. COUNTY | 17c. CITY OR TOWN, (if outside city limits, show rural) ZIP CODE |
|---|---|---|
| Texas | Jefferson | Port Arthur 77640 |

| 17d. STREET ADDRESS (if rural, give location) | 17e. INSIDE CITY LIMITS? |
|---|---|
| 2464 63rd Street | ☐ YES ☐ NO |

| 18. FATHER'S NAME | 19. MOTHER'S MAIDEN NAME |
|---|---|
| Ernest Crochet | Mary Fontenot |

| 20a. SIGNATURE OF INFORMANT (Wife) *Geraldine Crochet* | 20b. MAILING ADDRESS OF INFORMANT (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| | 2464 63rd Street Port Arthur, Texas 77640 |

| 21. MANNER OF DEATH | 22a. DATE OF INJURY (Month, Day, Year) | 22b. TIME OF INJURY | 22c. INJURY AT WORK? | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☑ Natural ☐ Pending Investigation ☐ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | | M. | ☐ YES ☐ NO | |

| 22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) | 22f. LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|
| | |

| 23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner so stated. (Signature and Title) | 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner so stated. (Signature and Title) A.E. Halter Justice of Peace Jefferson Co. Prec. |
|---|---|
| 23b. DATE SIGNED (Mo., Day, Yr.) | 23c. HOUR OF DEATH M. | 24b. DATE SIGNED (Mo., Day, Yr.) 4-1-91 | 24c. HOUR OF DEATH 12:30 p. M. |
| 23d. NAME OF CERTIFYING PHYSICIAN (Type or print) | 24d. PRONOUNCED DEAD (Mo., Day, Yr.) ON 3-21-91 | 24e. PRONOUNCED DEAD (Hour) AT 1:05 p. M. |

| 25. MAILING ADDRESS OF CERTIFIER (Type or Print) |
|---|
| Justice of the Peace A.E. Halter P.O. Box 608 Sabine Pass, Texas 77655 |

| 26a. METHOD OF DISPOSITION | 26b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place) | 26c. LOCATION — City or Town, State |
|---|---|---|
| ☐ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ None ☑ Entombment (specify) | Greenlawn Memorial Park Mausoleum | Port Arthur, Texas |

| 26d. DATE OF DISPOSITION | 26e. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH |
|---|---|
| 3/23/1991 | Pat A. Riley #7092 |

| 26f. NAME AND ADDRESS OF FUNERAL HOME |
|---|
| Pat A. Riley Funeral Home 1605 Avenue H Nederland, Texas 77627 |

| 27a. REGISTRAR'S FILE NO. | 27b. DATE REC'D BY LOCAL REGISTRAR | 27c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 03-193 | 4-5-1991 | Sue Storch |

| 28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. CORONARY PULMONARY DISEASE | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | min. |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST b. ASTHMATIC BRONCHITIS | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| c. | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| d. | | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. ASBESTOSIS, EMPHYSEMA | 29a. WAS AN AUTOPSY PERFORMED? | 29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| 30a. Was decedent pregnant at time of death? ☐ YES ☐ NO ☐ UNKNOWN | 30b. Was decedent pregnant during the last 12 months? ☐ YES ☐ NO ☐ UNKNOWN | ☐ YES ☑ NO | ☐ YES ☐ NO |

05536

## CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS } SS
COUNTY OF JEFFERSON

DATE ISSUED 4-5-1991

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, PORT ARTHUR CITY HEALTH DEPARTMENT.

*Sue Storch*
SUE STORCH, REGISTRAR

BY: *Maureen Neo*
DEPUTY

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE • NEW YORK, N.Y. 10029

Mount Sinai School of Medicine • The Mount Sinai Hospital



June 24, 1980

Environmental Sciences Laboratory
Cummings Basic Sciences Building
105 East 102 Street
New York, New York 10029
(212) 650-6173

Mr. John E. Crocket
2777 62nd Street
Port Arthur, Texas    77640

Dear Mr. Crocket:

I've reviewed the chest x-rays you've sent me.

There is no doubt at all that there is significant scarring present of the sort we regularly see in asbestosis. This would be a correct diagnosis.

I hope that this information will be of assistance to you.

Sincerely yours,

Irving J. Selikoff, M.D.
Professor

IJS:mm:r

NAME John E. Croche                                          AGE 5~4~27 SEX M    □ W □ W
ADDRESS 2464 63rd Street    Port Arthur, Texas 77640    PHONE 736-1912    DATE 4-3-81

SPONSOR

OCCUPATION                                    REF BY                        ACKN

CHIEF COMPLAINT  Follow-up for his Asbestos exposure

PRESENT ILLNESS  He worked as an insulator which used asbestos
for 30 yrs. He don't have respiratory complaint at this
moment except that he got tired easily.  No shortness of
breath, etc. when he went for surgery of his hand due
to R.A. his chest x-ray was noted to be abnormal & this was
reviewed by Dr. Irving Selikoff (in New York).

HISTORY—MILITARY

—SOCIAL  Smoke 1 pack of cigarettes/day

—FAMILY

   refer to detailed history

—MARITAL

—MENSTRUAL    .MENARCHE        PARA        L M P        X            X            X

—ILLNESS    MEASLES    MUMPS    PERT    VAR    PNEU    PLEUR    TYPH    MAL    RH FEV    SC FEV    DIPHTH

OTHER  R.A - for 14 yrs - followed by Dr. Tucker  med. Indocin & Osteo
                                                                                    trophi

—TRAUMA, SURGERY —  Accidentally cut Rt- middle finger, A? & T&A -
                        see history

REVIEW OF SYSTEMS

HEAD

EYES

EARS

NOSE & THROAT

NECK

BREASTS

CARDIO—RESPIRATORY  —  see above

GASTRO—INTESTINAL

GENITO—URINARY

                                                           v. o.
MUSCULO—SKELETAL  Joint pain, he can't walk much because of
his arthritis. (He was told that he have Rheumatoid Arthr.

SKIN

ALLERGY

NEURO—PSYCH

0001

FORM 5155 COLWELL CO. CHAMPAIGN, ILL.

WEIGHT 166 HEIGHT 5'3" TEMP 99. PULSE 80 RESP 20 BLOOD PRESSURE 130/X2

Case 01:01139-AMC Doc 4195-1 Filed 08/08/03 Page 41 of 46

GENERAL APPEARANCE ___

SKIN with nodules in both elbow left >R    HAIR WNL

HEAD Normo cephalic

EYES Pupils are equal & normal in size. no abn. noted

EARS Within normal limit (WNL)

NOSE & THROAT WNL

NECK No abn. mass noted.    BREASTS normal for sex

THORAX No deformity

LUNGS dry crepitation both lung field, no wheezing noted

HEART Reg. in rate & rhythm, PMI 5th ICS. left mid clav. line

ABDOMEN Soft non tender no abn. mass noted

                                        HERNIA neg

GENITALIA WNL

RECTAL not done

EXTREMITIES Deformity of both hand Rt. > Left. (Rt. mid. finger partially absent). Deformed left foot.

LYMPH NODES See skin

NEUROLOGICAL No abn. noted

| | FRL | BI | TR | ABD | CR | R→J | A→J | PLTRS |
|---|---|---|---|---|---|---|---|---|
| R | | | | | | | | |
| L | | | | | | | | |

---

| SPECIAL EXAMS | LABORATORY | |
|---|---|---|
| Chest x-ray — see report | HEMOGL | SEGS |
| | RBC | STABS |
| | WBC | EOS |
| | HCT | BAS |
| INITIAL IMPRESSION ① Chronic Asbestos exposure with abnormal chest x-ray findings of interstitial changes & pleural thickening, ② Rheumatoid Arthritis | MCHC | LYMP |
| | MCV | MONO |
| | CSR | |
| | | |
| | URINE—COLOR | |
| | SP G | |
| TREATMENT OR DIAGNOSTIC PLAN | MICRO | |
| - Get old record | REACT | |
| - Cont. present med. of Indocin | SUGAR | |
| - Pulm. Function test (SMH) | ALBUMIN | |
| - Other lab. test to be done | | |
| after old record is reviewed | | |

0002

NAME: Crochet, John E.   OP
SEX: MALE
HEIGHT: 68.0 IN.   172.7 cm.
RACE:
TESTED BY: E.Stewartt
DATE: 4-6-81
PRES.: 30.4 inHg 773 mmHg
BSA(BOYD) 1.88 M^2

ID #: 910062015
AGE: 53.0 YEARS
WEIGHT: 160.0 LBS.   72.7 kg.
SMOKER: YES  1.0 PACKS PER DAY
PHYSICIAN: Dr. Martin
TEMP.: 76 degF 24.4 degC
HUMIDITY: 66

| | --PRE-BRONC.-- | | | ----POST-BRONC.---- | | |
|---|---|---|---|---|---|---|
| | ACTUAL | %PRED | PRED | ACTUAL | %PRED | %PRE-BR |
| FVC   L. | 3.02 | 71.3 | 4.23 | 2.89 | 68.2 | 95.6 |
| FEV .5  L. | 1.86 | 67.7 | 2.74 | 2.05 | 74.5 | 110.1 |
| FEV.5/FVC  % | 61.52 | | | 70.83 | | 115.1 |
| FEV 1  L. | 2.65 | 79.2 | 3.35 | 2.64 | 78.8 | 99.6 |
| FEV1/FVC  % | 87.62 | 108.2 | 81.19 | 91.41 | 112.6 | 104.1 |
| FEV 2  L. | 2.97 | 77.7 | 3.82 | 2.88 | 75.5 | 97.2 |
| FEV2/FVC  % | 98.27 | | | 99.82 | | 101.6 |
| FEV 3  L. | 3.02 | 75.6 | 3.99 | 2.89 | 72.3 | 95.6 |
| FEV3/FVC  % | 100.00 | | | 100.00 | | 100.0 |
| FEF.2-1.2  L/S | 4.43 | 64.0 | 6.93 | 5.64 | 81.4 | 127.3 |
| FEF25-75  L/S | 3.81 | 89.3 | 4.27 | 4.26 | 99.8 | 111.9 |
| PF  L/S | 4.92 | 58.7 | 8.39 | 6.14 | 73.2 | 124.8 |
| MEF 50%  L/S | 4.41 | 77.1 | 5.72 | 5.28 | 92.2 | 119.8 |
| MEF 75%  L/S | 2.05 | 72.7 | 2.82 | 2.33 | 82.6 | 113.6 |
| FVC TIME  SEC. | 2.35 | 47.0 | 5.00 | 2.88 | 57.6 | 122.0 |
| MET  SEC. | 0.40 | | | 0.34 | | 85.5 |
| IVC  L. | 3.17 | 75.0 | 4.23 | 3.14 | 74.2 | 99.0 |
| MIF 50%  L/S | 3.82 | | | 5.04 | | 131.8 |
| Vt  L.(Spir) | 0.59 | | | | | |
| RR  L.(Spir) | 10.23 | | | | | |
| ERV  L.(Spir) | 1.24 | 84.8 | 1.47 | | | |
| IRV  L.(Spir) | 1.36 | | | | | |
| IC  L.(Spir) | 1.95 | | | | | |
| VC  L.(Spir) | 3.20 | 75.6 | 4.23 | | | |
| MVV85  , L/M | 69.77 | 67.6 | 102.51 | 65.90 | 64.3 | 73.4 |
| MVV610 , L/M | 88.24 | 86.1 | 102.51 | 51.76 | 50.5 | 58.7 |
| MVV615 , L/M | 86.69 | 84.6 | 102.51 | 57.53 | 56.1 | 66.4 |
| Last5/First5 | 0.93 | | | 1.05 | | 112.5 |
| MVV RR Br/M | 37.04 | | | 19.67 | | 53.6 |
| MVV Vt L. | 2.41 | | | 2.87 | | 119.3 |

| BLOOD GAS DATA | | | | | | ENTERED VALUES | |
|---|---|---|---|---|---|---|---|
| TIME | TEMP | PO2 | PCO2 | pH | SO2 | HGB | |
| | F | mmHg | mmHg | | % | g/dL | |
| 0.6 | 98.6 | 90 | 40.0 | 7.40 | 96 | 15.0 | |

| | | | CALCULATED VALUES | | | [Corrected to body Temp] | | | |
|---|---|---|---|---|---|---|---|---|---|
| TIME | HCO3 | BE | TCO2 | SO2 | CON't | PO2 | PCO2 | pH |
| | mmol/L | mEg/L | mmol/L | % | Vol% | mmHg | mmHg | |
| 0.6 | 23.94 | -0.04 | 25.2 | 97 | 19.7 | 90 | 40.0 | 7.40 |

Content is calculated using entered SO2 if available,
otherwise, calculated value is used.

COMMENTS:
Interpretation

slightly decreased vital capacity with normal airway resistance measurement. This finding indicate. Mild restrictive lung disease.

No complete volume measurement do Arterial Bld. gases are normal.

0006

9

# X-RAY REPORT

| Family Name | | First Name | Middle Name | | | |
|---|---|---|---|---|---|---|
| Crochet | | John | E. | | | |
| | | Name—Part | | Sex | Age—Years | X-RAY No. |
| ☐ Examination of | CHEST | | | M   F | 53 yrs. | 31778 |
| Attending Physician | | | | Date | | |
| Dr. Martin | | | | | 4/3/81 | |

Report:

CHEST:

No previous films are available for comparison. The heart is within normal limits. The patient shows slight rotation to the right. There is increased density in the right paratracheal area, probably representing brachiocephalic vessels.

There are interstitial changes involving both lungs. This is seen in the mid and particularly in the lower lungs. This could represent acute or chronic bronchopulmonary disease. Interstitial fibrosis could cause this appearance. There is a slight confluence of this change at the apex of the heart. There is some irregularity of the right hemidiaphragm. On the lateral view, there appears to be a linear calcification posteriorly in the diaphragm. These findings could well be associated with a pneumoconiosis and could be compatible with asbestosis exposure.

No fluid is noted. The upper lungs are relatively spared. There does appear to be an area of pleural thickening along the right inferior lateral chest wall. The bony structures appear intact.

IMPRESSION: Pulmonary changes which could represent acute or chronic bronchopulmonary disease. This could represent interstitial fibrosis. There is an area of pleural thickening on the right with a probable diaphragmatic calcification posteriorly on the lateral view. A pneumoconiosis would be possible.

Signature of Radiologist

B. A. King, Jr.,M.D/aa

X-RAY REPORT

0007

RESPIRATORY DISEASE ASSOC.
6565 FANNIN. MS - F907
HOUSTON, TEXAS 77030

K 9

February 4, 1982

To Whom It May Concern:

Re:  Medical/Legal Consultation
on John Crochet

Mr. Crochet is a 55 year old, 50 pack  year smoker who presents for problems
related to increasing dyspnea on exertion over the last several years and a
history of having been told he has asbestosis. His only other major complaint
is a cough with no sputum production. He notices thes cough at various times
during the day and night. He is frequently awakened at night with coughing
episodes which require his sitting up for a moment before going back to bed.
He then can go back to sleep and does not ever have another episode during
the night. He does have problems with recurrent esophageal discomfort and
indigestion and keeps a bottle of Maalox by his bedside. His is not sure
whether he has any water brash or aspiration with his nocturnal coughing
episodes. His shortness of breath has been gradually increasing in recent
years. He had to retire 1 year ago from his work as an insulator, secondary
to problems with rheumatoid arthritis and dyspnea on exertion. At that time,
one year ago, he was unable to unload trucks or do any other heavy labor due
to his dyspnea. Currently, he can not keep up with his wife on walking on
level ground. He can do routine jobs, such as raking leaves but has to stop
to rest. At his own pace on level ground he feels that he could walk some
considerable distance, such as a mile, but would have to take his time. His
other limitation is his rheumatoid arthritis and particularly his arthritis
in his foot. He has worked for the last 30 years as an insulator, although
he started at age 16. He worked in the area of insulation but could not join
the union at that time. He was in the service from 1944 to 1946 and then
returned to insulation work until he got in the local union in 1953. Since
that time he has worked at multiple insulators jobs but always with insulation
and application. In the late 60's and early 70's they were provided with paper
masks in the job, but only the Dupont Company supplied any cartridge respirators.
He says that there was always a great deal of asbestos dust present in his envir-
onment and that he had ample opportunity for inhalation. He has also had a
smoking history as noted above.

His past medical history reveals he has a history of rheumatoid arthritis for
many years now as well. He has had multiple hand surgeries for this arthritis,
the most recent having been in April of 1980. He gives no other history of
previous medical or surgical problems. His rheumatoid arthritis is currently
treated with Indocin 25mg., three times daily and periodic aspirin. He took
gold injections from Dr. Blumenthal in Pasendena for a time, but states that he
did not tolerate these well and probably only took two or three injections.
He smoked 1½ packs per day for the last 40 years. He has been warned repeatedly
and again today of the dangers of cigarette smoking in association with asbestos
exposure.

-2-                                February 3, 1982

Re:  Medical/Legal Consultation
     John Crochet

Review of systems revealed his weight has been stable at 165 by his history.
His only other pertinent history in review of systems is the recurrent indig-
estion.

Physical examination noted he walks with a limp but is ambulatory without any
other difficulty.  BP 140/90 on left arm while sitting; pulse 96 per minute
and regular; respiration 18.  Head, ears, eyes, nose and throat showed no
adenopathy or thyromegaly.  The ears shoed normotympanic membranes.  Eyes
showed sclera and conjuctiva clear.  Nasal and oral pharynx were normal except
for loss of teeth and presence of a dental plate in the upper dentures.  The
lungs revealed bilateral basilar rales, greater on the right than on the left.
The rales were heard to the level of the scapula on the left and almost all
the way to the apex on the right; cardiovascular exam was normal; the abdomen
was normal; the extremeties showed arthritic changes in the hands and feet and
an arthritic or rheumatoid nodule in the area of the left elbow.

Chest radiograph shows extensive interstital change in both lung bases with
pleural scarring as well.  Pulmonary function testing shows a restrictive process
with diminution but not out of the normal range of the diffusion capacity and
normal arterial blood gases.  The exercise pulmonary function testing showed
limitation of exercise at a modest work rate with primary limitation being
secondary to ventilatory change.  Reason for termination was stated to be
fatigue and the arterial blood gases showed no desaturation with exercise.

In summary, Mr. Crochet has abnormal pulmonary function and an abnormal chest
radiograph consistent with moderate limitation of his physical exercise ability.
The etiology of the radiograph changes and abnormal pulmonary function would
certainly seem to be most likely previous asbestos exposure and fibrosis.
Interesting in his history is the presence of rheumatoid arthritis and the
rheumatoid nodule.  There is a possibility that the rheumatoid disease may
play a role as well in the production of his fibrosis.  Also, he has received
previous gold injections which may produce an interstitial pulmonary disease,
but if his exposure was no greater than stated, it is not likely that it would
be of this severity.  In summary then, he does have impairment of his pulmonary
function with a most likely etiology being asbestosis.  There are some other
possibilities which should be considered.

Should any further information be necessary, please contact me.

                                     Sincerely yours,

                                     R. Keith Wilson. MD

                                     R. Keith Wilson, M.D.

RKW/ms