CROCHET, GERALDINE
004497

DATE OF SERVICE: 07/17/00

PULMONARY

This is a patient who was previously seen on June 13, 2000. She came in with complaints of being exposed to asbestos dust. She has been recently noticing shortness of breath for approximately eight years. She has a chronic cough without producing any sputum. She also notices orthopnea. She takes Lasix to reduce swelling of the lower extremities, and these symptoms have been present for at least eight years.

PAST MEDICAL HISTORY: Congestive heart failure in 1988 and 1992.

PAST SURGICAL HISTORY: Surgeries in 1966 for a hysterectomy and bladder suspension in 1988, she had a hernia repair in 1988.

FAMILY HISTORY: Her son has asthma.

SOCIAL HISTORY: She has five children and they all are okay. Her oldest son also has asbestosis. She smoked until 12 years ago one packet per day and a 30-pack-per-year history of cigarette smoking.

ALLERGIES: PENICILLIN

OCCUPATIONAL EXPOSURE: The patient's husband was working as an asbestos worker and he used to bring in asbestos rags and contaminated clothing. She washed and cleaned his clothes and used the rags for various purposes. The patient's exposure is documented by the information provided by the patient which is attached to the chart.

MEDICATIONS: The current medications are listed as follows: Restoril 30 mg at bedtime, Captopril 50 mg two daily, Hydroxyzine 25 mg four daily, Premarin 0.125 mg three times per week, Glipizide 1.25 mg three times per week, Furosemide 40 mg one daily, BuSpar 10 mg two daily, Levothroid 0.5 mg daily, Ecotrin one tablet daily, Centrum one tablet q. day, Nitrostat q. day, Perndenazide 225 mg two at bedtime, Bethanecol 10 mg at bedtime, Reglan 5 mg q. day.

PHYSICAL EXAMINATION
GENERAL: This is a 114-pound woman whose height is 59 inches. She is 73 years of age. She is oriented to time, place and person.
HEENT: Her head and neck examination shows no abnormality.

CROCHET, GERALDINE
004497

DATE OF SERVICE: 07/17/00

PULMONARY CONT'D

CHEST: There are no wheezes or rales.
HEART: Regular.
ABDOMEN: Soft with no organomegaly.
EXTREMITIES: There is 1+ pitting edema.
CENTRAL NERVOUS SYSTEM: Grossly negative.

The chest x-ray shows bilateral pleural thickening and interstitial markings. The pulmonary function tests show reduction in FVC with no significant change in FEV1 to FVC ratio. The lung volumes could not be done. Diffusion shows a reduction to 77%. From this study, the patient has a history of asbestos exposure, history of cough and shortness of breath with an abnormal chest x-ray and abnormal diffusion. *This is Diagnostic of asbestosis*

DIAGNOSIS
1.    ASBESTOSIS.    *Recommend check up every 6 months ō chest xray and PFT.*

KAIMAL - PULMONARY/drm 07/20/00

## Lake Charles Medical and Surgical Clinic-Pulmonary Function Laboratory

501 S. Ryan
Lake Charles, La  70602
433-8400

| Name | CROCHET, GERALDINE | ID | 004497 | BSA | 1.45 | Date | 6/13/00 |
| Doctor | JANA KADMAL | Height | 59.0 in | Age | 73 | Room | OP |
| Tech | S HIRSTIUS, RRT/CPFT | Weight | 114.5 lbs | Sex | Female | Race | Caucasian |



# Lake Charles Medical and Surgical Clinic-Pulmonary Function Laboratory

501 S. Ryan
Lake Charles, La 70602
433-8400

| Name | CROCHET, GERALDINE | ID. | 004497 | BSA | 1.45 | Date | 6/13/00 |
| Doctor | JANA KAJMAL | Height | 59.0 in | Age | 73 | Room | OP |
| Tech | S HORSTIUS, RRT/CPFT | Weight | 114.5 lbs | Sex | Female | Race | Caucasian |

Dyspnea

Cough    Wheeze

Yrs Quit  0    Pk Yrs: 0    Pks/Day  0    Yrs Smk: 0    Tbco Prod

Post-Test Comments
THE PT REFUSED THE VTG AND RAW (DONE VIA PLETHYSMOGRAPHY) DUE TO CLAUSTROPHOBIA

## PRE-BRONCH                    POST-BRONCH

| | Actual | Pred. | %Pred. | Actual | %Pred | %Chng |
|---|---|---|---|---|---|---|
| **SPIROMETRY** | | | | | | |
| FVC (L) | 1.19 | 2.23 | 53 | | | |
| FEV1 (L) | 1.06 | 1.77 | 60 | | | |
| FEV1/FVC (%) | 89 | 79 | | | | |
| FEF 25% (L/sec) | 3.13 | 4.14 | 75 | | | |
| FEF 50% (L/sec) | 2.25 | 3.25 | 69 | | | |
| FEF 75% (L/sec) | 0.70 | 0.91 | 77 | | | |
| FEF 25-75% (L/sec) | 1.66 | 1.83 | 91 | | | |
| FEF Max (L/sec) | 3.13 | 4.45 | 70 | | | |
| FIVC (L) | 1.21 | | | | | |
| FIF 50% (L/sec) | 1.23 | 2.88 | 43 | | | |
| FIF Max (L/sec) | 1.66 | | | | | |
| **LUNG VOLUMES** | | | | | | |
| SVC (L) | 1.05 | 2.31 | 46 | | | |
| IC (L) | 0.81 | 1.87 | 43 | | | |
| ERV (L) | 0.24 | 0.44 | 55 | | | |
| **DIFFUSION** | | | | | | |
| DLCOunc (ml/min/mmHg) | 13.57 | 17.53 | 77 | | | |
| DL/VA (ml/min/mmHg/L) | 6.35 | 4.07 | 156 | | | |
| VA (L) | 2.14 | 4.30 | 50 | | | |

*Severe Restriction Defect*

*Abnormal Diffusion*

# SOUTHEAST TEXAS PULMONARY ASSOCIATES

*810 Hospital Drive #240*
*Beaumont, Texas 77701*
*(409)835-3770*

May 30, 1991

Roxie Viator, Attorney
2728 Western Ave.
Orange, Texas 77630

RE: Durward Cox

Dear Ms. Viator:

I saw Mr. Durward Cox in follow-up on May 21, 1991. As you recall, I had previously seen him in consultation on June 11, 1990. At that time, it was my impression that Mr. Cox had asbestos-related pleural disease.

In the ensuing eleven months Mr. Cox has done about the same. He still becomes dyspneic easily. Additionally, he still has chronic cough and phlegm production.

On examination, Mr. Cox was alert and not in severe distress. His examination was basically unchanged. Specifically, the lungs were free of wheezes, rales, rhonchi, and rubs. No edema was present.

I reviewed a four view chest radiograph dated May 20, 1991 and compared it to similar radiographs of June 5, 1990 and July 17, 1989. The cardiac silhouette, hila, and bony thorax are unremarkable. Bilateral pleural plaques are seen along both chest walls. These do not appear to contain calcium. There is no radiographic evidence suggesting interstitial lung disease.

Pulmonary function studies were done on May 29, 1991 at St. Elizabeth Hospital. The forced vital capacity (FVC) was 2.79 liters which is 78% of predicted. The forced expiratory volume at one second (FEV-1) is 1.67 liters which is 60% of predicted. The ratio of the FEV-1 to FVC is 59%. The total lung capacity is 7.30 liters which is normal. The diffusion capacity corrected for lung volumes is 52% of predicted.

It is my impression that Mr. Cox has two distinct pulmonary diseases. He has asbestos-related pleural disease as discussed previously. There is no radiographic evidence for progression of this entity thus far. Additionally, he has chronic obstructive pulmonary disease. There is nothing to suggest carcinoma of the lung or mesothelioma.

Thank you for referring Mr. Cox.

*Sincerely,*

*N. Jeff Alford, M.D.*

Southeast Texas Pulmonary Associates, L.L.P.

3030 North St., Suite 510
Beaumont, Texas 77702
(409) 896-5000

Board Certified Specialist
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

N. Joti Alford, M.D., P.A.

December 1, 1998

Roxie Huffman Viator, Attorney at Law
2728 Western Ave.
Orange, TX 77630

RE: Claude Dean

Dear Ms. Viator:

I have had the opportunity of reviewing the records, including the Death Certificate, on Mr. Claude Franklin Dean.

Mr. Dean was born on April 14, 1928 and died June 14, 1993. The Death Certificate listed pulmonary cancer as the cause of death.

The patient was found to have a large pleural effusion in 1992. The working diagnosis at the Dallas V.A. Hospital by his attending physicians was mesothelioma. The patient had given them an adequate asbestos exposure history. Indeed, cytology of the pleural fluid showed non-small cell carcinoma. This was discussed with the patient. Again, he was told that mesothelioma was suspected, but that further tissue would be necessary to differentiate this. The patient, at that time, refused further pathological diagnosis.

I have had an opportunity to review some chest radiographic reports, although not the actual chest radiographs. The radiographs dated July 2, 1992 from Mesquite Community Hospital show prominent interstitial infiltration. In addition, there was generalized pleural thickening of the entire right lung.

It is my opinion, given the fact that Mr. Dean more likely than not had a mesothelioma, that he had an asbestos related neoplasm. Even if this were to turn out to be a bronchogenic carcinoma, this also likely was asbestos related. I base this on radiographic findings which suggest parenchymal asbestosis. Once again, however, I have not had the opportunity of personally reviewing these films.

RE:    Claude Dean
       Page 2

If I can be of any further assistance, please let me know.

Sincerely,

N. Jeff Alford, M.D.

NJA/MTE-151



# The Clinic

Lake Charles Medical

INTERNAL MEDICINE
David Buttross, Jr., MD, FACP, FACC
Norman L. Davidson, MD, FACP
Brian D. Clements, MD
Sandra D. M. Bruno, MD
Peter W. Karam, MD
Van A. Snider, MD
Ronald M. Lewis, Jr., MD
Craig V. Broussard, MD

CARDIOLOGY
Michael C. Turner, MD, FACC
Carl P. Fastabend, MD, FACC
Richard M. Gilmore, MD, FACC
J. King White, MD, FACC
Miguel A. DePuy, MD, FACP, FCCP, FACC
Christopher S. Thompson, MD, FACC
John M. Winterton, MD, FACC

GASTROENTEROLOGY
Gerald W. Byrd, MD
P. Hooper Nichols, MD
William A. Ross, MD

ONCOLOGY/HEMATOLOGY
W. Stanley Gore, MD
Leroy E. Fredericks, Jr., MD
Michael A. Bergeron, MD

PULMONARY DISEASES
CRITICAL CARE
Ben F. Thompson, III, MD, FCCP
R. Craig Broussard, MD, FCCP
Jana P. Kaimal, MD, FCCP
Gary Kohler, MD
Luke M. Williams, MD

GENERAL & VASCULAR SURGERY
Ken Moss, Jr., MD
William C. Moss, MD

SLEEP MEDICINE
Jana P. Kaimal, MD, FCCP

NEUROLOGY
Lisa M. Snider, MD
Timothy R. Best, MD

RHEUMATOLOGY
Raul E. Varela, MD, FACR

PLASTIC SURGERY
Ralph W. Colpitts, MD
E. Clyde Smoot, III, MD, FACS

DERMATOLOGY
Shondra L. Smith, MD

FAMILY PRACTICE
Gerald W. Mouton, MD, FAAFP
W. Carl Nabours, MD, FAAFP
John A. DiGiglia, III, MD, FAAFP
Arthur W. Primeaux, MD, FAAFP
Thomas E. LeBeau, MD, FAAFP
Richard E. Landry, MD, FAAFP
John T. Forst, MD, FAAFP

PHYSICIANS EMERITUS
T. H. DeLawreal, MD
L. K. Moss, MD, FACS

CHIEF EXECUTIVE OFFICER
Lee Michael Hilka

LABORATORY CONSULTANTS
David Buttross, Jr., MD, FACP, FACC

ANCILLARY
Ambulatory Surgery Center
The Endoscopy Clinic
Laboratory
Nuclear Cardiology
Pharmacy
Radiology
Ultrasound

June 9, 2000

Roxie Viator, Attorney
2728 Western Avenue
Orange, Texas 77630

RE:     STEVEN DORE
        MR#: 004007

Dear Ms. Viator,

Thank you for referring Mr. Steven Dore. He was seen on May 23, 2000. He was here for an evaluation of possible asbestosis. According to the patient, he is currently on Coumadin 3 mg daily and Zantac 150 mg twice daily. He states that he has been a construction laborer foreman in refineries and he worked at this job from 1945 to 1963. Part of his job was to cut insulation and therefore he was exposed to asbestos dust. After moving from asbestos exposure, he worked for Granite insulation for 40 years and he retired at the age of 62 from this type of work. He also worked for Splendora of Houston.

He now states that he has shortness of breath on exertion. He can get dressed, eat and take a shower without difficulty. He barely can walk 50 feet. He cannot climb stairs, and he always has to take the elevator. He coughs a great deal but does not produce any sputum. He does not wheeze. His feet often swell and he has heartburn for which he takes Zantac. These symptoms have been present for at least 5-10 years and it is progressive.

PAST MEDICAL HISTORY: The patient had an aortic valve replacement and he is on Coumadin because of that. He has a mitral valve. He has no history of stroke or asthma, but he has a history of prostate surgery.

FAMILY HISTORY: There is a history of asthma in the family and there are no other family illnesses.

Accredited by
Accreditation Association
for Ambulatory
Health Care, Inc.

PAGE 2

RE:   STEVEN DORE
      MR#:  004007

SOCIAL HISTORY: He smoked until 1945, and he does not drink.  He does not smoke now.

REVIEW OF SYSTEMS: HEAD AND NECK: No complaints.  CHEST:  There is shortness of breath and cough.   HEART:     No chest pain or palpitations.  ABDOMEN:   No complaints.   EXTREMITIES:   No complaints.   CENTRAL NERVOUS SYSTEM: No complaints.

PHYSICAL EXAMINATION
GENERAL: This is an elderly man who is in no distress.  He is oriented to time, place and person and answers questions appropriately.  He seems to understand the questions and is very cooperative.
HEENT: His face shows no abnormalities.
NECK:  There is no lymphadenopathy, venous distention or thyroid enlargement.  The trachea is normal.
CHEST: There are no wheezes or rales.  Expansion is limited at 2-½ cm in the nipple line.
HEART:  Regular but he has an artificial aortic valve sound.
ABDOMEN:  Soft and the bowel sounds are present.
EXTREMITIES: Not edematous
CENTRAL NERVOUS SYSTEM: Normal.

His pulmonary function tests show that he has normal FVC, FEV1 and FVC to FEV1 ratio.  His FEF of 25 is normal.  His lung volume show that his total lung capacity is 76% of the predicted at 4.59 with a predicted of 6.05.  His residual volume is 64%.  His thoracic gas volume is 2.8 at 87% of the predicted.  His diffusion is 17.98, which is 17% of the predicted with the predicted being 25.6.

The patient's chest x-ray from 1984 and 1993 were reviewed.  All x-rays show pleural plaques and interstitial fibrosis.  The latest chest x-ray done again shows pleural plaques and increased interstitial markings.  I do not see a major change over these years.  There is no significant progression of the fibrotic areas in the lung.     From the patient's history, physical examination, chest x-ray and pulmonary function tests, I believe that he has asbestosis as defined by his history of exposure, abnormal chest x-ray with pleural plaques and interstitial markings and restrictive defect by pulmonary function tests and reduction in diffusion.

PAGE 3

RE:    STEVEN DORE
        MR#:  004007

The pulmonary function changes are mild indicating a low level of disability and possibly 25%.    As the patient has no history of smoking, his chance of developing carcinoma of the lung is increased but is less than an asbestosis patient who smokes.    Thank you.

Yours sincerely,


JANA KAIMAL, MD, FCCP
PULMONARY DISEASES/SLEEP MEDICINE
JK/drm

PORT ARTHUR, TEXAS

## X-RAY REPORT

| FAMILY NAME | FIRST NAME | MIDDLE NAME | | |
|---|---|---|---|---|
| DORE | STEVEN | | | |
| EXAMINATION OF: | | SEX: | AGE: | X-RAY # |
| CHEST 4V SS: 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 | | M | 75 | 9780 |
| ATTENDING PHYSICIAN: | | DATE: | | |
| DR.BRITTON;VIATOR-BMT | | 12-9-94 | | |

CHEST FOUR VIEWS:

Heart shadow is unremarkable.   There is no vascular congestion.
There are signs of prior chest surgery with wire sutures overlying
the sternum.

There are bilateral areas of en face and profile pleural
calcification.     These involve the chest walls and right
diaphragmatic pleural surfaces.

There are some minimal pleural fibrotic changes involving the lung
bases.   Interlobar fissure thickening is noted on the right.

"B" reading was performed.

H.C. SHEFFIELD, JR., M.D.
RADIOLOGIST
HCS/jy December 13, 1994

# Viator

| WORKER'S Social Security Number | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|

**TYPE OF READING** A [ ] P

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| | 1 2 3 4 | YES [ ]   NO [X] |

| 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES [X] | COMPLETE 2B and 2C   NO [ ]   PROCEED TO SECTION 3 |
|---|---|---|

**2B. SMALL OPACITIES**

a. SHAPE/SIZE — PRIMARY / SECONDARY

PRIMARY: p r — SECONDARY: p r — q s — t u — w

b. ZONES — R L

c. PROFUSION:
0/- 0/0 0/1
1/0 1/1 1/2
2/1 2/2 2/3
3/2 3/3 3/+

**2C. LARGE OPACITIES**

SIZE [0] A B C

PROCEED TO SECTION 3

| 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES [X] | COMPLETE 3B, 3C and 3D   NO [ ]   PROCEED TO SECTION 4 |
|---|---|---|

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque) — SITE  0 R L

b. COSTOPHRENIC ANGLE — SITE  R L

**3C. PLEURAL THICKENING... Chest Wall**

a. CIRCUMSCRIBED (plaque)
SITE  0 R / 0 L
IN PROFILE  0 A B C / 0 A B C
i. WIDTH
ii. EXTENT  0 1 2 3 / 0 1 2 3
FACE ON
iii. EXTENT  0 1 2 3 / 0 1 2 3

b. DIFFUSE
SITE  R / L
IN PROFILE  0 A B C / 0 A B C
i. WIDTH  0 1 2 3 / 0 1 2 3
ii. EXTENT
FACE ON
iii. EXTENT  0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**

SITE  0 R   EXTENT
a. DIAPHRAGM  0 1 2 3
b. WALL  0 1 2 3
c. OTHER SITES  0 1 2 3

SITE  0 L   EXTENT
a. DIAPHRAGM  0 1 2 3
b. WALL  0 1 2 3
c. OTHER SITES  0 1 2 3

PROCEED TO SECTION 4

| 4A. ANY OTHER ABNORMALITIES? | YES [X] | COMPLETE 4B and 4C   NO [ ]   PROCEED TO SECTION 5 |
|---|---|---|

**4B. OTHER SYMBOLS (OBLIGATORY)**

0 ax bu ca cn co cp cv di ef em es fr hi ho id ih kl pi px rp tb

Report items which may be of present clinical significance in this section.

(SPECIFY at.)  00

Date Personal Physician notified:
MONTH DAY YEAR

**COMMENTS**

5A. SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C.   YES NO   PROCEED TO SECTION 5

| YR'S INITIALS | PHYSICIAN'S SOCIAL SECURITY NUMBER* | DATE OF READING |
|---|---|---|
| | | MONTH DAY YEAR |

NAME (LAST—FIRST—MIDDLE)

social security number is not furnished:

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

*Furnishing your social security number is voluntary. Your refusal to provide the number will not affect your right to participate in this program.

BAR CODE STRIP 1
233701    4444

Diagnosis Report

January 1, 1995

Ms. Roxie Huffman Viator
Attorney at Law
2728 Western Avenue
Orange, Texas 77630

Re: Mr. Steven Dore
     SSN:   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
     DOB:   12/10/18

Dear Ms. Viator:

I received and personally reviewed the December 9, 1994, chest x-rays on Mr. Steven Dore. I have also reviewed my previous narrative summary on Mr. Dore dated August 8, 1994. I have also reviewed the medical record from Dr. Bencowitz's previous pulmonary function studies and chest x-ray reports. As you may recall, Dr. Bryant in June 1994, rendered a diagnosis of asbestosis. Dr. Bencowitz also rendered an asbestos-related diagnosis in 1991 and 1993. Reduced diffusion capacities were noted by Dr. Bencowitz in 1991 and 1993 (71% of predicted and 56% of predicted, respectively). A restrictive pulmonary defect was noted in 1993 and 1991 as well.

Mr. Dore is 75 years of age and retired in 1977 as a labor foreman in California. His cardiologist is Dr. Jacob in Humble, Texas. He currently takes Coumadin following a valvular replacement in 1989. He quit smoking in 1950 after 25 to 30 pack-years. He had a lengthy prior exposure to asbestos products as a laborer and an insulator.

Physical examination in August 1994 revealed clear breath sounds. Previous sternal splitting thoracotomy scar was noted.

Four view chest radiographs dated December 9, 1994, revealed a generous size cardiac silhouette and a previous sternal splitting thoracotomy. Artificial valve was noted in the cardiac silhouette. There were calcifications along the right hemidiaphragm, especially on the left. Pleural thickening was noted bilaterally. Bihilar enlargement was noted unchanged from previous chest x-rays dating back to 1989. Bilateral pleural calcifications, pleural plaque lesions, were noted bilaterally both in profile and en face. Increase in pulmonary parenchymal markings were noted in the mid and lower lung zones bilaterally, compatible in my opinion with an interstitial fibrosis.

Dr. Sheffield from the Manske-Sheffield Radiologic Group noted a 1/2 parenchymal profusion on ILO classification. He also noted bilateral pleural plaque and pleural calcification.

It is my current medical opinion that Mr. Steven Dore has pulmonary asbestosis and asbestos-related pleural disease. Restrictive pulmonary defect and a reduced diffusion capacity has been previously documented. Physical examination in my office in 1994 revealed a healed sternal splitting thoracotomy scar and clear lungs.

Dr. Bencowitz has previously rendered a diagnosis of asbestos-related disorders.

Serial review of chest x-rays from 1989, 1993, and 1994, revealed no significant progression.

I have recommended to Mr. Dore that he remains at elevated risk for progressive asbestos related disorders including that of asbestos related cancers, which include mesothelioma, gastrointestinal, genitourinary, and laryngeal carcinomas. An annual asbestos medical surveillance program was recommended. I also recommended seeking immediate medical attention with any change in his current medical status, and to be monitored closely by his local physicians.

Should you have any questions, do not hesitate to communicate with me personally.

Fondest regards,

J. D. Britton, M.D., M.P.H.

JDB:sss

PARK AVENUE MEDICAL CENTER
X-RAY DEPARTMENT

NO. __4-2704__    NAME ___Dork, Steven___    AGE __70__ DATE __11-29-89__

ANATOMICAL PART OR REGION

    Chest 4V

                                    H.C. Williams ____ M.D.
                                    ATTENDING PHYSICIAN

FINDINGS

    Chest:   There are metal sutures from previous heart surgery.
             There is anklylosing osteoarthritis in the dorsal
             spine. There is prominent pleural thickening along the
             right lateral chest wall. There is also pleural thickening
             along the left lateral chest wall. I do not see infiltration
             or consolidation of the lungs.

    IMP#1:   THere has been heart surgery in the past.

    IMP#2:   There is anklylosing osteoarthritis.

    IMP#3:   The bilateral pleural thickening is consistent with
             pulmonary asbestosis.

    WWB:llh

                        SIGNED  _WW Bryant_  M.D.
                                    RADIOLOGIST

                RADIOLOGICAL CONSULTATION

810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770
(409) 722-8622

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

Board Certified Specialists:
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

July 8, 1991

Roxie Viator, Attorney
2728 Western Avenue
Orange, TX  77630

RE:  Steven Dore

Dear Ms. Viator:

I examined Mr. Dore on May 28, 1991 in my office in Beaumont,
Texas. Mr. Dore is a 72 year old man whom I was asked to evaluate
for a possible occupational lung disease. The patient stated that
he had been short of breath for some time but his degree of dyspnea
is quite mild. He can walk a few blocks without difficulty. He
does not become short of breath with minor household activities.
He is able to cut his grass using a riding mower and even with a
push mower if he stops a few times. He coughs but not even as
often as every day. He has some joint pain and lower back pain but
otherwise his review of systems was completely negative. He denied
hemoptysis, fever, weight loss, and chest pain. He has a past
history of peptic ulcer disease, aortic valve replacement performed
at St. Luke's Hospital by Dr. Ott in January of 1989, a right hip
replacement in 1985, knee surgery in 1957, partial amputation of
the right second digit, and bilateral cataract surgery. He is
not allergic to any known medication. At the time of the office
visit he was using dipyridamole, quinidine and coumadin. He smoked
approximately one package of cigarettes daily from the time that he
was approximately eight years old until he quit 35 years ago. He
did construction work essentially all his life, working a pile
driver, as an iron worker, as a laborer, foreman, and for two years
as an insulator. He has worked at shipyards, refineries, chemical
plants, and power houses and has been exposed to asbestos
insulation. He has no family history of lung disease.

Physical examination revealed the blood pressure to be 160/80. His
pulse rate was not increased. He was alert, cooperative, and
oriented to person, place, and time. He did not appear to be
acutely or chronically ill. His pupils were equally round and
reactive to light, although he had lens implants bilaterally. His
throat was clear. His neck was supple without jugular venous
distention, lymphadenopathy, or carotid bruits. Examination of his

RE:   Steven Dore
      Page 2

chest revealed rales, somewhat greater on the right than on the
left which did not clear with coughing.  No wheezing was heard.  No
bronchial breath sounds were present.   There was no chest wall
deformity or tenderness of the chest wall.  He had a murmur heard
at the upper right sternal border which radiated to his carotids.
A prosthetic valve click was present.   No S3 or S4 gallop was
present.  His abdomen was soft and nontender without organomegaly
or masses.  Bowel sounds were present.  Extremities were without
cyanosis, clubbing, or edema although the distal phalanx of his
right second digit was absent.

The patient's pulmonary function studies of May 28, 1991 at St.
Elizabeth showed borderline restrictive lung disease and a normal
diffusing capacity.  No evidence of airway obstruction was present.
Specifically, his FEV1 was 2.23 liters which is 85% of predicted.
His FEV1/FVC ratio was 87%.   His FEF25-75 was 3.43 liters per
second.  His total lung capacity of 4.72 liters is 74% of predicted
and just below the limits of normal for our laboratory.   His
diffusing capacity was 16.45 which is slightly decreased but not
when corrected for lung volume.

A four-view chest radiograph on May 21, 1991 was reviewed.   It
showed multiple bilateral pleural plaques along the lateral chest
walls, en face on the right and left, and possibly on the
diaphragms bilaterally.   The interstitial lung markings appeared
somewhat increased.

It is my impression that the patient clearly has asbestos-related
pleural disease.  He has an extensive history of asbestos exposure
in the work place, unmistakable radiographic findings, and by
history no other readily apparent explanation.   Whether he has
interstitial fibrosis (i.e. asbestosis) is somewhat less clear
although it seems probable that he indeed has a mild degree of
asbestosis.

Thank you very much for asking me to evaluate Mr. Dore.  If I can
help you with his case any time in the future, please feel free to
contact me.

Sincerely,

Harold Z. Bencowitz, M.D.

HZB/MTE-ea

810 Hospital Dr, Suite 240
Beaumont, Texas 77701
(409) 835-3770
(409) 722-8622

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

Board Certified Specialists:
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

March 30, 1993

Roxie Viator
Attorney at Law
2728 Western Ave.
Orange, TX 77630

RE: Steven Dore

Dear Ms. Viator:

I saw Mr. Steven Dore in consultation in my office today for the purpose of evaluation of possible occupational lung disease. Mr. Dore is a 74 year old gentleman who was born December 10, 1918 in Breaux Bridge, LA. Presently he resides in Splendora. He was a labor foreman by trade and also did some insulating. He was exposed to substantial amounts of asbestos insulation daily.

Mr. Dore becomes dyspneic easily. He generally is not dyspneic at rest. However, minimal exertion will cause him to be short of breath. He denies much in the way of a chronic cough, dyspnea, or wheezing.

Mr. Dore has had an aortic valve replacement done in 1984. He is on Dipyridamole and Coumadin. He is to see his cardiologist next week.

On examination, Mr. Dore was alert and not in severe distress. Examination of the skin was unremarkable. The chest was clear to auscultation and percussion. The heart showed a regular rhythm without gallops or murmurs. The abdomen was soft and non-tender. The extremities showed no cyanosis, clubbing, or edema.

I reviewed the chest radiograph on Mr. Dore. This was done earlier this week. The cardiac silhouette, hila, and bony thorax were unremarkable. There are bilateral calcified pleural plaques seen en face. No definite interstitial disease is present.

I reviewed the pulmonary function studies done on Mr. Dore at St. Elizabeth Hospital. The forced vital capacity was 2.76 liters which is 70% of predicted. The forced expiratory volume at 1 second was 2.3 liters or 77% of predicted. The ratio of the FEV1

RE:   **Steven Dore**
      **Page 2**


to FVC was 84%.  The total lung capacity was 79% of predicted.  The
diffusion capacity corrected for lung volume was 75% of predicted.

I believe Mr. Dore has asbestos-related pleural disease.   This
diagnosis is based on his lengthy occupational exposure history and
compatible chest radiograph.  There is nothing to suggest carcinoma
of the lung or mesothelioma.  He is, however, at an increased risk
for both.

Once again, thank you for referring Mr. Dore.

Sincerely yours,

N. Jeff Alford, M.D.

NJA/MTE-np

St. Elizabeth Hospital
2830 Calder Avenue, Beaumont, Tx. 77702                Date: 3/23/93
Medical Directors: Bencowitz,H./Alford,J./Aldrich,A.

Name: DORE, STEVEN .
ID: 296489024          Room: OP              Technician: Kathy Noah, RRT;RPFT
Age: 74    Race: W    Height: 66in           Weight: 179lb    Sex: M
Physician: Jeff Alford                       Consulting:
Diagnosis: Asbestosis,

## PREDICTEDS — INTERMOUNTAIN (CRAPO)

| | | Predicted Range | | | Observed Pre | %Pred | Observed Post | %Pred | Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| **SPIROMETRY** | | | | | | | | | |
| FVC | L | 3.9 | - | 2.78 | 2.76 | 70 | 2.8 | 71 | 1 |
| FEV.5 | L | 2.48 | - | 1.77 | 2.01 | 81 | 2.04 | 82 | 1 |
| FEV1 | L | 3.00 | - | 2.15 | 2.33 | 77 | 2.37 | 79 | 1 |
| FEV3 | L | 3.52 | - | 2.5 | 2.72 | 77 | 2.73 | 77 | |
| FEV1/FVC | % | 77 | - | 69 | 84 | 109 | 85 | 110 | 1 |
| FEV3/FVC | % | 91 | - | 85 | 98 | 107 | 97 | 106 | -1 |
| FEF25-75 | L/S | 2.77 | - | 1.1 | 3.00 | 108 | 2.96 | 106 | -1 |
| FEFR | L/S | 7.29 | - | 3.4 | 7.06 | 96 | 8.02 | 110 | 13 |
| FET | Sec | | - | | 3.43 | | 3.97 | | 15 |
| MVV | L/M | 111 | - | 54 | 89 | 79 | 85 | 77 | -3 |
| | | | | | | | | | |
| **LUNG VOLUMES** | | | | | | | | | |
| SVC | L | 3.9 | - | 2.78 | 2.86 | 73 | | | |
| IC | L | 2.89 | - | | 1.98 | 68 | | | |
| ERV | L | 1.01 | - | -.45 | .88 | 87 | | | |
| | | | | | | | | | |
| **PLETHYSMOGRAPHY** | | | | | | | | | |
| SVC | L | 3.9 | - | 2.78 | 3.43 | 87 | | | |
| IC | L | 2.89 | - | | 2.09 | 72 | | | |
| ERV | L | 1.01 | - | | 1.24 | 122 | | | |
| VTG | L | | - | 3.67 | 2.82 | 76 | | | |
| FRC | L | 4.81 | - | 3.35 | 2.85 | 85 | | | |
| RV | L | 3.1 | - | 2.34 | 1.51 | 64 | | | |
| TLC | L | | - | 6.24 | 4.95 | 79 | | | |
| RV/TLC | % | 46 | - | 37 | 31 | 83 | | | |
| RAW [IN] | | 1.14 | - | | 1.17 | 102 | | | |
| SGAW | | .24 | - | | .27 | 112 | | | |
| | | | | | | | | | |
| **DIFFUSION** | | | | | | | | | |
| DLCO UNC | | 27.4 | - | 19.2 | 15.78 | 57 | | | |
| DLCO CORR | | 27.4 | - | 19.2 | 15.6 | 56 | | | |
| HB  15.0 | | | | | | | | | |
| VA @BTPS | | 5.43 | - | 5.35 | 4.06 | 74 | | | |
| DL/VA | | 5.05 | - | | 3.85 | 76 | | | |

# ST. ELIZABETH HOSPITAL

2830 CALDER AVE., BEAUMONT TX  77702
MEDICAL DIRECTOR: DRS. BENCOWITZ /ALFORD
NAME: DORE, STEVEN          ID: 296489016    ROOM: OP          DATE: 05-28-91
AGE : 72 (YEARS)           HEIGHT: 66.5 (in) SEX: M           WEIGHT: 182 (lbs)
CLINICAL DIAGNOSIS: ASBESTOSIS              REFERRING PHYSICIAN: BENCOWITZ



Flow (Lts/Sec) vs Volume (Lts)

Volume (Lts) vs Time (Sec)

TECHNICIAN COMMENT

GOOD PATIENT EFFORT AND COOPERATION.
BRONCHODILATOR GIVEN WITH UNIT DOSE ALUPENT.
COMPLETE PFT WITH BODY BOX.
Y K.NOAH RRT

PHYSICIAN  INTERPRETATION

A mild restrictive defect is present.
There is no evidence for an obstructive
defect.  The diffusion capacity is
normal when corrected for lung volumes.

_____

INTERPRETING PHYSICIAN

# ST. ELIZABETH HOSPITAL

2830 CALDER AVE., BEAUMONT TX  77702
MEDICAL DIRECTOR: DRS. BENCOWITZ /ALFORD
NAME: DORE, STEVEN          ID: 296489016    ROOM: OP                DATE: 05-28-91
AGE : 72 (YEARS)        HEIGHT: 66.5 (in) SEX: M                 WEIGHT: 182 (lbs)
CLINICAL DIAGNOSIS: ASBESTOSIS            REFERRING PHYSICIAN: BENCOWITZ

| SPIROMETRY (BTPS) | | PREDICTED RANGE | OBSERVED PRE | XPRED | OBSERVED POST | XPRED | PERCENT CHANGE |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 3.33 - 2.15 | 2.57 | 77 | 2.49 | 75 | -3 |
| FEV.5 | (L) | 2.28 - 1.59 | 1.97 | 87 | 2.03 | 89 | +3 |
| FEV1 | (L) | 2.62 - 1.60 | 2.23 | 85 | 2.36 | 90 | +6 |
| FEV3 | (L) | 3.16 - 2.11 | 2.57 | 81 | | | |
| FEV1/FVC | (%) | 79 - 73 | 87 | | 94 | | +0 |
| FEV3/FVC | (%) | | 100 | | | | |
| FEF25-75 (L/SEC) | | 2.65 - 1.23 | 3.43 | 129 | 4.79 | 181 | +40 |
| PEFR | (L/SEC) | 7.36 - 5.00 | 7.68 | 104 | 7.95 | 108 | +4 |
| FEF 25% (L/SEC) | | 6.73 - 4.45 | 7.68 | 114 | 7.20 | 107 | -6 |
| FEF 50% (L/SEC) | | 3.38 - 1.75 | 4.92 | 146 | 5.49 | 163 | +12 |
| FEF 75% (L/SEC) | | 1.10 - 0.21 | 1.19 | 109 | 1.84 | 168 | +54 |
| FET | (SEC) | | 3.09 | | 2.68 | | -13 |
| FIVC | (L) | | 2.55 | | 2.63 | | +3 |
| PIFR | (L/SEC) | | 3.28 | | 6.27 | | +91 |
| FIF 50% (L/SEC) | | | 3.12 | | 5.94 | | +91 |
| MVV | (L/MIN) | 114 - 114 | 139 | 122 | 147 | 129 | +6 |

| LUNG VOLUMES | | PREDICTED RANGE | OBSERVED PRE | XPRED |
|---|---|---|---|---|
| SVC | (L) | 3.33 - 2.15 | 2.95 | 89 |
| IC | box (L) | 2.30 - 1.81 | 2.12 | 92 |
| FRC | He (L) | 3.33 - 1.87 | 1.97 | 59 |
| TGV | box (L) | 3.33 - 1.87 | 2.58 | 77 |
| ERV | box (L) | 1.03 - 0.33 | 0.83 | 80 |
| RV | box (L) | 2.30 - 1.54 | 1.75 | 76 |
| TLC | box (L) | 6.32 - 4.72 | 4.70 | 74 |
| RV/TLC | Box (%) | 36 - 28 | 37 | 103 |

| DIFFUSION | | PREDICTED RANGE | OBSERVED PRE | XPRED |
|---|---|---|---|---|
| DLCO | (sb) | 23.03 -17.92 | 16.45 | 71 |
| VA stpd | | 5.05 | 3.34 | 66 |
| KCO | (DL/VA) | 4.55 - 3.16 | 4.06 | 89 |

| MECHANICS | PREDICTED RANGE | ACTUAL | PERCENT |
|---|---|---|---|
| RAW | | 2.34 | |
| SGAW | | 0.12 | |

**CERTIFICATE OF DEATH**

STATE FILE NO.

Texas Department of Health — Bureau of Vital Statistics

| 1. NAME OF DECEASED (a) First | (b) Middle | (c) Last | 2. DATE OF DEATH |
|---|---|---|---|
| ANDREW | | DORR | APRIL 5, 1989 |

| 3. SEX | 4. RACE | 5a. WAS THE DECEDENT OF HISPANIC ORIGIN? | 6. DATE OF BIRTH | 7. AGE (Last birthday) | IF UNDER 1 YEAR | IF UNDER 24 HRS. |
|---|---|---|---|---|---|---|
| Male | White | ☐ YES ☑ NO | 12-10-1930 | 58 | Months Days | Hours Minutes |

| 8. SOCIAL SECURITY NUMBER | 9a. PLACE OF DEATH (Check only one) | | | |
|---|---|---|---|---|
| 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 | HOSPITAL: ☑ Inpatient ☐ ER/Outpatient ☐ DOA | OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) | | |

9b. PLACE OF DEATH — COUNTY: Orange
9c. CITY OR TOWN (If outside city limits, give precinct number): Orange
9d. NAME OF (if not in hospital, give street address) HOSPITAL OR INSTITUTION: Baptist Hospital
9e. INSIDE CITY LIMITS? ☑ YES ☐ NO

| 10. BIRTHPLACE (City and State or foreign country) | 11. CITIZEN OF WHAT COUNTRY | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 13. ☑ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED | 14. SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|---|---|---|
| Orange, Texas | USA | ☐ YES ☐ NO | | Mary Jane White |

15. DECEDENT'S EDUCATION (Highest grade completed): Grades 1-12: 2, College (1-4 or 4+): 
16a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired): Heavy Equipment Operator
16b. KIND OF BUSINESS OR INDUSTRY: Blagg Demolition

| 17a. RESIDENCE — STATE | 17b. COUNTY | 17c. CITY OR TOWN, (If outside city limits, show nearest) ZIP CODE |
|---|---|---|
| Texas | Orange | Orangefield   77639 |

17d. STREET ADDRESS (If rural, give location): 13009 Gilla Rd.   Orangefield, Texas   77639
17e. INSIDE CITY LIMITS? ☐ YES ☐ NO

18. FATHER'S NAME: Ben Dorr
19. MOTHER'S MAIDEN NAME: Agnes Gonsoulin

20a. SIGNATURE OF INFORMANT: MaryJane Dorr
20b. MAILING ADDRESS OF INFORMANT (Street and Number or Rural Route Number, City or Town, State, Zip Code): P.O. Box 424 Orangefield, Texas 77639

| 21. MANNER OF DEATH | 22a. DATE OF INJURY (Month, Day, Year) | 22b. TIME OF INJURY | 22c. INJURY AT WORK? | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☐ Natural ☐ Pending Investigation ☐ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | | M. | ☐ YES ☐ NO | |

22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify)
22f. LOCATION (Street and Number or Rural Route Number, City or Town, State)

CERTIFIER — To be completed by CERTIFYING PHYSICIAN:

23a. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title): Geo. Olive, M.D.
23b. DATE SIGNED (Mo., Day, Yr.): 4-21-89
23c. HOUR OF DEATH: 2:37 p. M.
23d. NAME OF ATTENDING PHYSICIAN (Type or print): George Olive, M.D.

To be completed by MEDICAL EXAMINER:
On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature And Title):
24a. DATE SIGNED (Mo., Day, Yr.):
24b. HOUR OF DEATH: M.
24c. PRONOUNCED DEAD (Mo., Day, Yr.): ON
24d. PRONOUNCED DEAD (Hour): AT M.

25. MAILING ADDRESS OF CERTIFIER (Type or Print):

| 26a. METHOD OF DISPOSITION ☑ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 26b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place): Evergreen Cemetery |
|---|---|
| 26c. LOCATION — City or Town, State: Orange, Texas | 26d. DATE OF DISPOSITION: April 7, 1989 |

26e. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: Burton F. Wilson #863
26f. NAME AND ADDRESS OF FUNERAL HOME: 901 Green Ave. — Orange, Texas 77630

| 27a. REGISTRAR'S FILE NO. | 27b. DATE REC'D BY LOCAL REGISTRAR | 27c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 71 | April 24, 1989 | LaNita Kelly |

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

CAUSE OF DEATH:

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Metastatic alveolar cell CA
DUE TO (OR AS A LIKELY CONSEQUENCE OF): b.
Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
DUE TO (OR AS A LIKELY CONSEQUENCE OF): c.
DUE TO (OR AS A LIKELY CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

29a. WAS AN AUTOPSY PERFORMED? ☐ YES ☐ NO
29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐ YES ☐ NO

29c. Was decedent pregnant at time of death? ☐ YES ☐ NO ☑ UNKNOWN
29d. Was decedent pregnant during the last 12 months? ☐ YES ☐ NO ☐ UNKNOWN

STATE OF TEXAS
COUNTY OF Orange

I HEREBY CERTIFY that the above certificate is a true and accurate copy of the record of death of ANDREW DORR filed in my office, and is of record on

Page 71   Vol. 30   of the Records of Deaths of ORANGE County, Texas.

Witness my hand and seal of office this 25th day of April 1989

LaNita Kelly, Registrar
Orange County, Texas.

By Deborah Tejes, Deputy.

VS-112 REV 4/88

AUTOSPY NUMBER    A-89-3

PATIENT___ANDREW DORR_____    SEX___MALE__COLOR__WHITE___AGE_58_

ADDRESS_____P. O. BOX. 424 ORANGEFIELD, TX___    EXPIRED__2:13 P. M. APRIL 5, 1989___

ADMITTED BHO 2:36 A.M. MARCH 30, 1989

AUTOPSY ORDERED BY___DR. GEORGE OLIVE_____

AUTOPSIED: 9:30 A.M. APRIL 6, 1989_____    AUTOPSIED BY_Oscar R. Griffin, M.O.___


FINAL PATHOLOGICAL DIAGNOSIS:


1.  ALVEOLAR CELL CARCINOMA ARISING IN LUNGS.

.2.  EXTREMELY LARGE METASTATIC TUMOR IN LYMPH NODES OF UPPER MEDISTINUM

3.  SEVERE BILATERAL PLEURAL EFFUSION AND PERICARDIAL EFFUSION, DUE TO ABOVE

4.  METASTATIC NODULES TO LIVER

5.  METASTATIC TUMOR TO SPLEEN

6.  BENIGN ADENOMA OF RT. ADRENAL CORTEX

7.  NO OTHER SIGNIFICANT NATURAL DISEASE FOUND AT AUTOPSY

8.  FIBROUS PLAQUES NOTED ON VISCERAL AND PARIETAL PLEURAL SURFACES

9.  MARKED FIBROSIS AND EMPHYSEMA OF LUNGS NOTED

10.  IRON STAINED PREPARATIONS SHOW ELONGATED, BLUNT SHAPED OBJECTS COMPATIBLE

WITH ASBESTOS BODIES.


Finished - April 17, 1989
c:
 Patient's Chart
 Dr. George Olive

23 slides + 16 blocks
awless-0    Shinkn -
OR

ORG/afd

DORR, Andrew

## EXTERNAL EXAMINATION:

This is the embalmed body of a white male. The body is well-developed, well-nourished, and appears older than the stated age of 58 years. The patient came to the Emergency Room of Baptist Hospital Orange at 2:36 A.M. on March 30, 1989 complaining of hurting all over. He was found to be anemic and had abnormal findings in his chest, both on X-ray and on Cat-Scan. He was given supportive care but quietly expired at 2:31 P.M. on April 5, 1989. One of the differential diagnosis was AIDS but the patient's HIV antibody was negative which ruled out AIDS.

The skin is smooth and soft. The head is of normal size. The hair is partially gray. The eyes are partially opened and the pupils are dilated, regular and equal in size. There is no icterus.

The chest is symmetrical and shows no deformity or scar.. Breasts are symmetrical and there are no palpable masses. The abdomen is flat and loose. Edema of the feet and ankles is bilaterally absent. There is no deformity of the extremities.

## INTERNAL EXAMINATION:

The body is opened with the classical "Y"-shaped incision. Decreased thickness of abdominal subcutaneous fatty tissue is noted. The peritoneal cavity contains no fluid or blood. The inferior border of the liver is dull and extends 2.5cm. below the rib margin in the midclavicular line. Lymph nodes in the abdomen are not enlarged. No adhesions are felt and the inguinal rings are closed.

The chest plate is removed and lungs noted to be free bilaterally. The rt. and lt. sides of diaphragm are at the fourth intercostal space. There is fluid present within the pleural cavities and also within the pericardial sac. About 500 ml. of clear, serous fluid is present in each pleural space.

The thymus is replaced by fat. Pericardium contains no excess fluid. Thyroid is symmetrical and unchanged. Parathyroid glands are not enlarged.

The lt. lung weighs 1020gms., rt. lung 1000gms. Both are heavy and firm to palpation. Both cut with increased ease presenting a firm cut surface. This change is most marked in the upper lobe of both lungs but is also present in the other lobes. On top of the lungs, in the upper mediastinum is a large elongated, white tumor mass which measures 12cm. in length and which presents a white, soft, brain-like cut surface. The tumor extends into both rt. and lt. pleural space, perhaps more so in the lt. pleural space.

The heart weighs 420gms. The epicardial surface is dark red and shows no adhesions.

The myocardium is dark red and there is no evidence of myofibrosis or recent infarction.

The myocardium of the lt. ventricle is 1.8cm. in thickness. The circumference of valves are all normal. The endocardium is reddish-brown and contains no mural thrombi. Both coronary ostia are open and the coronary arteries are patent, they contain no arteriosclerosis, or thrombi.

DORR, Andrew

A-89-3
Pg. 3

EXAM CONT'D..........................................................................

The spleen is purple, firm and weighs 520gms.  The external surface is smooth.
The parenchyma is dark purple.  The spleen is enlarged.

The liver weighs 2850gms. and is light brown.  Multiple small round 0.5cm. in
diameter yellow-white tumor-like nodules are noted on the surface of the liver.

The gallbladder contains a small amount of greenish fluid but shows no evidence
of abnormality.  There is no obstruction in the biliary ducts or gallbladder.

The pancreas is firm and of normal size and consistency.  The cut surface shows
a tan lobular pattern.  No abnormality is seen.  Both adrenals are normal in size.
The rt. adrenal gland shows a 0.7cm. in diameter adenoma on its cortical surface.

The esophagus has a smooth white, shiny mucosa without diverticuli, tumors, ulcers,
or varices.  The stomach contains a fair amount of yellowish milky material.  The
mucosal surface appears essentially unremarkable.  The small and large bowels show
no obstruction, diverticuli, polypi, ulcers, perforations or tumors.  The appendix
is normal.

Each kidney weighs 200gms.  They are firm and reddish.  They have a capsule which
strips easily revealing smooth subcapsular surface.  The cut surface shows good
corticomedullary differentiation, clear cortical markings and normal corticomedullary
ratio.  There is no evidence of cysts, abscess, infarct, fibrosis, or stone.  The
pelvis shows no dilatation or stone.  The ureters show no dilatation or obstruction.

No evidence of head injury or history of brain disease is present and the brain is
not examined.

DORR, Andrew

MICRO:

HEART:   Normal

LUNGS:   Sections of the lungs, particularly from the upper lobes of the rt. and
         lt. lung, show each alveolus to be lined by a single layer of dark stain-
         ing cells demonstrating occasional abnormal mitotic figures and the other
         stigmata of malignant change.  This is the appearance of an alveolar cell
         carcinoma and is the patient's primary tumor.

KIDNEYS:   Normal

PANCREAS:   Normal

SPLEEN:   Small foci of metastic tumors are present within the spleen.

LIVER:   Multiple small foci are present beneath the capsule of the liver.

ADRENAL:   The benign adenoma of the cortex of the rt. adrenal is seen.

UPPER MEDIASTINAL MASS:   Sections of the large, elongated, mass found in the
                          upper mediastinum, which measured 12cm. in length and
                          8cm. in diameter, and which was soft and brain-like on
                          cut section, giving the gross appearance of a possible
                          lymphoma, show in reality that this is a large metastic
                          tumor nodule composed of spindle-shaped cells arranged
                          in septa.  This represents metastatic disease from
                          primary tumor in the lungs.

RECUTS OF THE LUNG TISSUE AND FROUS PLAQUES OF THE PLEURA:

Recuts of the many blocks of lung tissue and of the fibrous plaques of the pleura
show the presence of increased fibrosis and emphysema of the lungs and iron
stained preparations show the presence of many hemosiderin filled macrophages.
In addition, elongated, blunt shaped objects compatible with asbestos bodies
are seen.

# TEXAS OCCUPATIONAL MEDICINE INSTITUTE

January 1, 1995

Ms. Roxie Huffman Viator
Attorney at Law
2728 Western Avenue
Orange, Texas 77630

Re:  Mr. L. J. Doucet
     SSN:  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
     DOB:  11/28/41

Dear Ms. Viator:

I have received and personally reviewed chest x-rays on Mr. L. J. Doucet dated 12/9/94 from the Manske-Sheffield Radiologic Group in Port Arthur, Texas. As you may recall, Mr. Doucet has been followed in our office since 1991 with clinical findings compatible with asbestos-related pleural disease. It was my opinion that Mr. Doucet had progressive asbestos-related pleural findings as well. Mr. Doucet is currently self-employed as an insulator-contractor. He quit smoking in 1973 after ten pack-years.

Personal review of his chest x-rays from the aforementioned date, revealed a generous size cardiac silhouette with bihilar enlargement. Costophrenic angles were sharp bilaterally. Probable calcified/noncalcified pleural plaques were noted along both hemidiaphragmatic surfaces. Clear evidence of calcified/non calcified pleural plaques were noted on the lateral chest walls, particularly on the oblique projections. Pulmonary parenchymal markings were in essence normal with the exception of the left lower lung zones. Dr. Sheffield, on his interpretation, noted no significant parenchymal abnormality with bilateral pleural plaques and calcifications along the left lateral chest wall.

Unfortunately Mr. Doucet's prior chest x-ray was not available for review.

ASSESSMENT:

It is my current medical opinion that Mr. L. J. Doucet has progressive asbestos-related pleural disease with a lengthy prior exposure to asbestos products. His pulmonary function studies were well preserved and no significant respiratory impairment was noted. Diffusion capacity has not been ordered. His physical examination revealed the presence of obesity and clear lungs.

Texas Occupational Medicine Institute • 11757 Katy Freeway • Suite 1540 • Houston, Texas 77079
Tel: (713) 496-2993 • Fax: (713) 496-2995

L. J. Doucet
Page 2


RECOMMENDATION:

I have recommended to Mr. Doucet that he remains at elevated risk
for progressive asbestos-related disorders including asbestos-
related lung cancers which include mesothelioma, gastrointestinal,
genitourinary, and laryngeal carcinomas. An annual asbestos medical
surveillance program is recommended. No further exposure to
fibrogenic materials is recommended.

In July 1994 I recommended that he return to his local physician
concerning chest pain.

Should you have any questions, do not hesitate to communicate with
me personally.

                              Fondest regards,




                              J. D. Britton, M.D., M.P.H.



JDB:sss

## X-RAY REPORT

BMT PARK AVE OFF

| Family Name | First Name | Middle Name | | | |
|---|---|---|---|---|---|
| GARCIA, RUBY L. | 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 | | | | |
| | Name—Part | | Sex | Age—Years, | X-RAY No. |
| ☐ Examination of CHEST(4V) | | | M ⊏ | 50F | 3972 |
| Attending Physician | | | Date | | |
| DR. FRIEDMAN/UMP | | | 8-20-90 | | |

Report:

CHEST  FOUR VIEWS

Cardiomediastinal structures are unremarkable.  There is moderate
fibrotic change in both lung basis.  No consolidation, pleural
effusion, pleural plaque, or pleural calcification was noted.
The bony thorax appears intact.

IMPRESSION:  Moderate fibrotic change in both lung basis.

EX 20

Signature of Radiologist
A.O. MANSKE,MD jy 8-21-90

X-RAY REPORT

2230 CALDER AVE., BEAUMONT TX  77706        MEDICAL DIRECTOR: DRS. BENCOWITZ /ALFOR

NAME: GARCIA, RUBY LEA   SEX: F       DIAGNOSIS: ASBESTOSIS              E: 04-17-91
AGE : 50 (YEARS)            HEIGHT: 63.5 (in)    ID: 069471233           WEIGHT: 226 (lbs)
LOCATION: OP               REFERRING PHYSICIAN: TEXAS REHAB             BTPS: 1.08025

rel. 5-1pc

## ** SPIROMETRY (BTPS) **

| VALUES | | ACTUAL PREDICTED | OBS. PRE | %PRED PRE | OBS. POST | %PRED POST | PERCENT CHANGE |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 3.12 | 2.08 | 67 | 2.23 | 72 | +7 |
| FEV.5 | (L) | 1.96 | 0.97 | 49 | 1.11 | 57 | +15 |
| FEV1 | (L) | 2.57 | 1.31 | 51 | 1.45 | 56 | +11 |
| FEV3 | (L) | 2.86 | 1.79 | 63 | 1.97 | 69 | +10 |
| FEV1/FVC | (%) | 82 | 63 | 77 | 65 | 79 | +3 |
| PEFR | (L/SEC) | 5.92 | 3.40 | 57 | 3.81 | 64 | +12 |
| FEF25-75 | (L/SEC) | 2.78 | 0.68 | 24 | 0.79 | 28 | +17 |
| FEV3/FVC | (%) | | 86 | | 88 | | +2 |
| FEF25-75/FVC | (%) | | 33 | | 35 | | +9 |
| MVV | (L/MIN) | 96 | 46 | 48 | 56 | 58 | +20 |
| MVV/FEV1 | | | 35.34 | | 38.39 | | +9 |



Flow (Lts/Sec) vs Volume (Lts)
POST ......
PRE  ——
PRED ◇

## TECHNICIAN COMMENT

GOOD PATIENT EFFORT AND COOPERATION.
BRONCHODILATOR GIVEN WITH UNIT DOSE ALUPENT.
SPIROMETRY ONLY.
BY K.NOAH RRT

## PHYSICIAN INTERP.

22/3

Exhibit "A"

INTERPRETING PHYSICIAN

STATE OF TEXAS
CERTIFICATE OF DEATH    STATE FILE NUMBER

**NAME OF DECEASED (1st/First)** Massey **(Middle)** Bee **(Last)** Goodman **(Sex)** Male **DATE OF DEATH** March 8, 1993

**DATE OF DEATH** March 24, 1921 **AGE** 71 **BIRTHPLACE** Coffeeville, Alabama **SOCIAL SECURITY NO.** 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

**RACE** White **WAS THE DECEASED OF HISPANIC ORIGIN** ☐ Yes ☒ No **MARITAL STATUS** Widowed/Married **SURVIVING SPOUSE** Never married **DECEDENT'S USUAL OCCUPATION** Construction **KIND OF BUSINESS OR INDUSTRY**

**RESIDENCE STREET ADDRESS** P. O. Box 235 **CITY OR TOWN** Orangefield

**STATE** Texas **ZIP CODE** 77631 **INSIDE CITY LIMITS** ☐ Yes ☒ No **COUNTY** Orange

**FATHER'S NAME** George Goodman **MOTHER'S MAIDEN NAME** Emma Prichard

**PLACE OF DEATH** ☒ RESIDENCE

**COUNTY OF DEATH** Orange **CITY OR TOWN** Precinct 3 **NAME OF HOSPITAL OR INSTITUTION** P. O. Box 235, Humble Road

**INFORMANT — SIGNATURE & RELATIONSHIP** Daughter **MAILING ADDRESS OF INFORMANT** 2846 Reynolds Lane, Port Neches, Texas

**METHOD OF DISPOSITION** ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY) **PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE)** Greenlawn Memorial Park **LOCATION (CITY, STATE)** Port Arthur, Texas **DATE OF DISPOSITION** 03-08-1993 **NAME & ADDRESS OF FUNERAL HOME** Levingston Funeral Home 5601 39th Street Groves, Texas 77619

**SIGNATURE/NATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH** [signature] 17899

**CERTIFIER** ☐ CERTIFYING PHYSICIAN ☐ MEDICAL EXAMINER ☒ JUSTICE OF THE PEACE — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE AND DUE TO THE CAUSE(S) AND MANNER AS STATED.

**SIGNATURE/TITLE OF CERTIFIER** [signature] Justice of The Peace **DATE SIGNED** MO 3 DAY 9 YEAR 93 **TIME OF DEATH** 11:20 A.M.

**NAME/TITLE & ADDRESS OF CERTIFIER** Flo Edgerly J.P. #3 P.O. Box 244 Bridge City TX 77611

**PART I** ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

**IMMEDIATE CAUSE (Final disease or condition resulting in death)** → Cardiac Arrest

**(Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST)** Undetermined Origin

**PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I** Pneumonia and Tuberculosis

**AUTOPSY** ☒ YES ☐ NO **AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH** ☒ YES ☐ NO

**DID TOBACCO USE CONTRIBUTE TO DEATH** ☒ YES ☐ PROBABLY ☐ NO ☐ UNKNOWN **DID ALCOHOL USE CONTRIBUTE TO DEATH** ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN **WAS DECEDENT PREGNANT** AT TIME OF DEATH ☐ YES ☐ NO ☐ UNK WITHIN LAST 12 MO ☐ YES ☐ NO ☐ UNK

**MANNER OF DEATH** ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED **DATE OF INJURY** **TIME OF INJURY** **INJURY AT WORK** ☐ YES ☐ NO **PLACE OF INJURY** **LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE)** **DESCRIBE HOW INJURY OCCURRED**

**REGISTRAR FILE NO.** 05-12-93 **DATE RECEIVED BY LOCAL REGISTRAR** March 9, 1993 **SIGNATURE OF LOCAL REGISTRAR** [signature] Flo Edgerly JP 3

STATE OF TEXAS,
COUNTY OF ORANGE.

I HEREBY CERTIFY that the above certificate is a true and accurate copy of the record of death of MASSEY BEE GOODMAN filed in my office, and is of record on Page 125, Volume 11 of the records of Death of Orange County, Texas.

WITNESS my hand and seal of office, this 1st day of April A.D. 93

POLLY THOMAS, CLERK
COUNTY CLERK ORANGE COUNTY, TEXAS

BY Sandra K. Amy [signature]
Sandra K. Amy

BAR CODE STRIP 1   ?: GOODMAN!,        JEY                          -dical Rec #: 3-13566
455358    4444   02/25/1997   Discharge Date:              Birth Date:

Diagnosis Report   : #:

Age:   65,        Sex: Male,       Discharge Disp: 30 Still a Patient
MDC:    4 Diseases & disorders of the respiratory system
DRG:    89 Simple pneumonia & pleurisy age >69 &/or cc
CDE 7.0 used

Admitting Diagnosis
   486   Pneumonia, organism NOS

Principal Diagnosis
   486   Pneumonia, organism NOS

Secondary Diagnoses
   495   Chr airway obstruct NEC   (DRG)
   501   Asbestosis               (CC)
   502   Silica pneumocon NEC     (CC)    add abdominal perm - + abdom (ante / per Key
                                          M/5.

No procedures performed

No errors found

                                                                    3-4-87
Primary Pay Source: 1 Medicare

Actual LOS:                              Average LOS:              7-5
                                         Outlier LOS Threshold:    25
                                         # of Outlier Days:

Total Charges:                           DRG Payment:         $   3,793.10
                                         Outlier Payment:
Cost Weight:    1.1657                   Total Payment:       $   3,793.10

MDC:    4 Diseases & disorders of the respiratory system
DRG:    89 Simple pneumonia & pleurisy age >69 &/or cc

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE
PRINCIPAL AND SECONDARY DIAGNOSIS AND THE MAJOR
PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE
TO THE BEST OF MY KNOWLEDGE.

                                              2 2 7 87
       Physician Signature                    Date

                                                                    002

# DOCTORS HOSPITAL

## NU MED, Inc.

PATIENT: Goodman, Massey
NUMBER: 13566
PHYSICIAN: Dr. Shields
ROOM NO.: 211

DATE: 2-24-87

### HISTORY

ADMITTING DIAGNOSIS: Pneumonia. COPD, silicosis.

CHIEF COMPLAINT: The patient has had a severe cough for the past two weeks, this became more severe the past 48 hours. He started running fever two days ago at night. Up until about six months ago the patient had been going to the VA Hospital because of a service connected back disability but he felt that he couldn't go that far, came into my office. A chest x-ray revealed the pneumonia in the right lower lung, patient was admitted to the hospital for intensive care of his pneumonia.

PAST MEDICAL HISTORY:
ILLNESSES: Childhood diseases and COPD, asbestosis, possible silicosis.
OPERATIONS: Right inguinal hernia approximately 30 years ago.
ACCIDENTS: None
FAMILY HISTORY: Father and mother both dead cause natural otherwise unknown.
INVENTORY OF SYSTEMS:
GASTROINTESTINAL: No food dyscrasias, emesis, nausea, or epigastralgia; no melena, diarrhea, tarry stools, or constipation.
GENITOURINARY: No dysuria, hematuria, nocturia, or pyuria; flank pain negative.
CARDIOVASCULAR: No dyspnea, orthopnea, ankle edema, or chest pain; no palpitations.
NEUROMUSCULAR: No syncope, vertigo, convulsions, tics, or neurological deficits. No paresthesias.
RESPIRATORY: The patient has a history of COPD, patient states he was diagnosed in the VA Hospital in Houston of COPD, asbestosis and silicosis. Patient presenting to the hospital presently with a severe cough, fever of several days duration, rales in all lung fields and chest x-ray revealing lobar pneumonia right lung.

### PHYSICAL

GENERAL: Apathetic appearing white male in distress due to inability to breathe, patient is mildly cyanotic around the lips and fingernail beds.
HEAD:
Skull: Symmetrical, no criteria of disease
Scalp: No masses or criteria of disease
Hair: Texture acceptable
Skin: No masses or verrucae
Eyes: Pupils react to light and distance; sclera clear
Ears: Membranes intact without injection
Nose: Membranes not congested; unremarkable turbinates
Lips: Bluish tinted from apparent respiratory difficulties due to pneumonia, COPD and asbestosis.

DD: 2-24-87 0846
DT: 2-25-87 0750

jdr

NU MED, Inc.

PATIENT: Goodman, Massey
NUMBER: 13566
PHYSICIAN: Dr. Shields
ROOM NO.:
DATE: 2- -87

## DISCHARGE SUMMARY

Mr. Goodman was admitted to the hospital on 2-24-87 with a complaint of severe cough, fever of two weeks duration. Patient has been a patient of Veteran's Hospital in Houston because of asbestosis, silicosis and COPD. At the time he was seen in my office the patient was mildly cyanotic with moist rales over all lung fields and a severe constant cough. On admittance IPPB with Mucomist and Bronkosol was started. He was started on IV fluids and antibiotics. Because of his long chronic history of chest problems even though no tumors were seen on x-ray, a CEA was ordered. Patient also complained of severe back pains stating that he had this back pain for a long period of time and at the VA Hospital they told him it was arthritis. Presently he is unable to lie still at night, tossing and rolling because of severe back pain. Lumbar x-rays were ordered. He has a history of familial diabetes, blood sugar was slightly elevated on admittance, two hour post prandial sugar repeated which was normal. His admitting white count was 12.7, red count 5.1, hemoglobin 15 grams, hematocrit 46, differential 17 stabs, 60 segs, 17 lymphocytes. He had a 37 sed rate and as previously mentioned his chemistries were all within normal limits with the exception of a 146 glucose. He has been a smoker and he had a CEA of 3.8. His cough and sputum cultures were all normal flora. Chest x-ray impression by Dr. Gabier of pneumonia right lower lung, perihilar fibrosis upper left lung, possibly a healed granulomatous process. X-ray of the back showed a narrowing of the disc space at L5-S1. Patient does not have neurological signs that would indicate a possible disc, therefore this will be watched. There is severe osteosclerosis of the L5-S1 level and he will be treated with anti-inflammatory drugs i.e. Ibuprofin. On 2-27-87 a chest x-ray showed improvement in the appearance of the chest since previous examination with additional clearing of the lower right lung. Patient had been afebrile for two days and we felt he could go home and continue antibiotics at home. He will be re-examined in the office in approximately one week. Patient is dismissed to his home, will be continued on Ampicillin and will be seen in my office one week from today.

FINAL DIAGNOSIS: 1. Pneumonia with secondary diagnoses of chronic airway obstruction, asbestosis, silicosis and severe atherosclerosis of the abdominal aorta.

R. Shields, D.O./PTA-13

DO: 2- -87 1256
DT: 2- -87 1025
PTA 13

# DOCTORS HOSPITAL

## NU MED, Inc.

PATIENT:  Goodman, Massey
NUMBER:  13566
PHYSICIAN: Dr. Shields
ROOM NO.: 211

DATE:  2-24-87

PAGE TWO:

NECK:
Thyroid:  Non palpable
Lymph glands:  No cervical lymphadenopathy

THORAX: Rales in all lung fields, very severe expiratory high pitched musical rales in all lung fields.

ABDOMEN:
Contour:  Fair tonus
Scars & masses:  Scar in the lower right quadrant, previous surgery, hernioplasty approximately 20 years ago.
Pain:  None
Tenderness:  None
Rigidity:  None
Signs:  All physiological

GENITALIA:  No masses; non injected.

EXTREMITIES: The nailbeds of the fingernails are cyanotic.

RECTAL EXAM:  No masses or external tags

STRUCTURAL:


R. Shields, D.O./jdr


DO:  2-24-87 0846
DT:  -2-25-87 0750
jdr

| | | | | |
|---|---|---|---|---|
| SURGICAL PHYSICAL | DISCHARGE SUMMARY | REPORT OF OPERATION | CONSULT | OTHER |

-00(

BAR CODE STRIP 2

455358    6666

Radiologist Report

# DOCTORS HOSPITAL
### AN OSTEOPATHIC INSTITUTION
5500 39TH STREET
GROVES, TEXAS 77619

RADIOLOGY
NUCLEAR MEDICINE
ULTRASOUND

13566
GOODMAN, MASSEY B
m-65-211
/ DR. SHIELDS
3377

DEPARTMENT OF MEDICAL IMAGING

CHEST:    2-23-87

Examination of the chest is carried out in the PA and lateral position. There is chronic
perihilar fibrosis. However, increased density is seen in the right lower lung field having
the appearance of a mild pneumonia. No consolidation is apparent at this time. A small
curv'linear density is seen in the left lower lung field and is believed to be a cardiac fat
pad or possibly a small pericardial cyst. Chronic fibrosis and thickening is seen in the
pleura in the left upper lung, possibly from an old healed granulomatous process. The bony
thorax is normal for a patient of this age.

IMPRESSION: PNEUMONIA IN THE RIGHT LOWER LUNG FIELD. PERIHILAR FIBROSIS. UPPER LEFT LUNG
FIELD FIBROSIS, POSSIBLY FOR A HEALED GRANULOMATOUS PROCESS.

dd:2-24-87/9:00am
dt:2-24-87/10:48am

W. GABIER, D.O./pd

24-888065

455358
66666

# DOCTORS HOSPITAL
## AN OSTEOPATHIC INSTITUTION
5500 39TH STREET
GROVES, TEXAS 77619

RADIOLOGY
NUCLEAR MEDICIN
ULTRASOUND

13566
GOODMAN, MASSEY B
M-65-211 dench
DR. SHIELDS
3377

DEPARTMENT OF MEDICAL IMAGING

CHEST:                2-27-87

Examination of the chest is carried out in the PA and lateral position. Chest is compared with the previous chest examination of 2-23-87. There continues to be considerable chronic changes throughout both lung fields. However. the infiltrate in the right lower lung field does appear diminished since the previous exam. There continues to be perihilar fibrosis extending from the hilar region inferiorly bilaterally. The densities in the left apical region continue to be present without significant change. No free fluid is seen.

IMPRESSION:  THERE IS SLIGHT IMPROVEMENT IN THE APPEARANCE OF THE CHEST SINCE THE PREVIOUS EXAM WITH ADDITIONAL CLEARING OF THE RIGHT LOWER LUNG.  RESIDUAL FIBROSIS IS PRESENT BILATERALLY.

dd:2-27-87/4pm
dt:2-27-87/6:35

W. GABIER, D.O./bt

24-888065                                            Radiologist        015

LETTERS TESTAMENTARY

NO. 9207

State of Texas

County of Orange

In the County Court

Orange County, Texas

I, the Undersigned Clerk of the County Court of Orange County, Texas, do hereby certify that on the 19th day of April, A. D., 1993, JO ANN RUTLEDGE was duly granted by said Court Letters Testamentary of the ESTATE OF MASSEY BEE GOODMAN , DECEASED, and that she qualified as Independent Executrix of said Estate on the 19th day of April, A. D., 1993, as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Orange, Texas, this the 19th day of April, A. D., 1993.

Molly Theriot, Clerk, County Court,

Orange County, Texas.

By _____ , Deputy.

Karen Vance

ST. ELIZABETH HOSPITAL
BEAUMONT, TEXAS

DEATH SUMMARY

PATIENT NAME    :    Granger, Larry
CASE NO.        :    45-10-41
ROOM NO.        :
PHYSICIAN       :    Monica Irani- Medrano, D.O.
ADMISSION DATE  :    11/28/98
EXPIRATION DATE :    12/11/98

ADMITTING DIAGNOSIS:
1.  Chronic obstructive pulmonary disease with respiratory failure.
2.  Recurrent pneumonia.
3.  Cor pulmonale.
4.  Atrial fibrillation.
5.  Bolus lung disease.
6.  Previous MTB, silicosis and asbestosis.
7.  Fungal consolidation.
8.  Malnutrition secondary to dysphagia.

DIAGNOSIS UPON EXPIRATION:
1.  Acute and chronic respiratory failure.
2.  Emphysema.
3.  Septicemia.
4.  Malnutrition.
5.  Pulmonary fibrosis.
6.  Aspergillosis.
7.  Asbestosis.
8.  MRSA pneumonia.
9.  Pneumonia secondary to aspergillosis.
10. Bleb secondary to emphysema.
11. Hypotension.
12. Cor pulmonale.

ATTENTION ! ! !
[...] information has been disclosed to you [...]
[...] confidentiality is protected by feder[...]
[...] 42 CFR Part 2) prohib[...]
[...] disclosure of [...] with[...]

CONSULTING PHYSICIAN:
Infectious disease, GI and pulmonary.

PROCEDURE PERFORMED:
The patient received an IJ line. He was intubated.

LABORATORY DATA:
Pertinent labs and x-rays showed on 12-7-99, severe bilateral pulmonary infiltrates, bilateral apical blebs, persist. Sputum culture showed MRSA. Blood culture showed no growth.

DEATH SUMMARY

PATIENT NAME: Granger, Larry
CASE NO: 45-10-41

BRIEF HOSPITAL COURSE:
This is a 50-year-old white male transferred to the ICU from the
DuBuis Hospital secondary to increase in dyspnea and increase in
ventilator settings. The patient was initially admitted in
October secondary to pneumonia and then was placed on a
ventilator and then transferred to DuBuis Hospital, at which time
he was improved and was removed from the ventilator at one point.
He had a PEG tube placed at that time secondary to dysphagia and
malnutrition. He had MRSA during his stay at the DuBuis Hospital
and was treated for fourteen days with Vancomycin and ten days
with Fortaz and responded well. After Thanksgiving weekend he
started having difficulty in breathing again and was re-
intubated, at which time he was then transferred to ICU. During
his course of treatment the patient began having a septic like
picture. He was placed on several antibiotics along with anti-
fungal medication. It was getting increasingly difficult to
maintain acceptable ABGs on the ventilator. His vent settings
were increased appropriately to the maximum. It was discussed
with the patient's family the poor prognosis. It was also
discussed with the family that the patient was on maximum
ventilator settings. It was explained to the family that because
of the blebs present in his lungs we could only change the
ventilator settings conservatively. The patient's status began
to deteriorate. He began to get hypotensive, was placed on
Dopamine, Dobutamine drips without much improvement. We
discussed the prognosis with the patient's family and they chose
full CODE status. On 12-11-98 the patient's blood pressure was
not responding to vasopressors and he went into cardiac arrest,
at which time a Full CODE was called. CPR was implemented but
was not successful in reviving the patient.

_____
Monica Irani- Medrano, D.O.

DD: 02/22/99   6:46 P
TD: 03/15/99   12:26 P
JII: 7236
DII: 580697
MIM/pss

cc:  Monica Irani- Medrano, D.O.

ST. ELIZABETH HOSPITAL  Beaumont, Texas

Check-in Date: 12/06/98 0506                          CVE-2201-1          E9833200026
GRANGER, LARRY                        0000451041   BD: 11/22/48   50Y   M    IPE
JONES, CHARLES ALVIN FP Residency Center           Beaumont, TX 77702 (409)899-816

Chk-in #    Order    Exam
  597164     0108    01090  DX CHEST 1 VIEW
                     Ord Diag: RESPIRATORY DISTRESS


CHEST, ONE VIEW:

CLINICAL HISTORY:  Respiratory distress.

Portable view of the thorax dated 12/6/98 at 0511 and 0530 hours is compared to 12/4/98.

Tracheostomy cannula and right jugular venous catheter remain in place.  Extensive bilateral apical fibrocavitary changes are present at previously.  There is associated right perihilar mixed interstitial and/or alveolar opacities and extensive left mid to lower lung field region consolidative type opacity.  There is likely some degree of added volume loss involving the left hemithorax with associated ipsilateral mediastinal shift.  Overall, the distribution of findings appears comparable to that seen previously.

IMPRESSION:

Stable configuration of extensive fibrocavitary changes involving the apices bilaterally.  Bilateral likely inflammatory infiltrative patterns are seen.  There is also some degree of volume loss involving the left hemithorax as described.


GEORGE C SCOTT MD

SLM     12/06/98 1208

COMPLETE          GRANGER, LARRY

# *Letters Testamentary*

No. 58302

| | | |
|---|---|---|
| THE STATE OF TEXAS | ⅟ | IN COUNTY COURT, |
| COUNTY OF JEFFERSON | ⅟ | JEFFERSON COUNTY, TEXAS |

I, LOLITA RAMOS, Clerk of the County Court of Jefferson County, Texas, do hereby certify that on the 8th day of June ,19 88 Mildred Jackson was duly granted by said Court Letters Testamentary of the Estate of Ireland William Grant ,deceased, and that she qualified as Independent Executrix of said estate on the 8th day of June ,1988 as the law requires and that said appointment is still in full force and effect.

Given under my hand and seal of office at Beaumont, Texas, the 8th day of June ,19 88.

STEPHENSON, THOMPSON

JUN 13 1988

RECEIVED

LOLITA RAMOS, Clerk, County Court, Jefferson County, Texas

By *Maudine Harlow* Deputy

Maudine Harlow

TRUE COPY CERTIFICATION OF NAME AND DEATH FACTS AS REGISTERED IN THIS
...TES OF TEXAS. DO NOT ACCEPT IF DOCUMENT HAS BEEN ALTERED.

DATE ISSUED //20/87   REGISTRAR *Geraldine Beckett*

A penalty for knowingly making a false statement in this form can be 2-10 years in
prison and a fine of up to $5,000. (Article 4477c, Revised Civil Statutes of Texas)

**Texas Department of Health — BUREAU OF VITAL STATISTICS**

## CERTIFICATE OF DEATH

STATE OF TEXAS

**STATE FILE NO.**

| Field | Value |
|---|---|
| 1. NAME OF DECEASED (a) First | Ireland |
| (b) Middle | William |
| (c) Last | Grant |
| 2. SEX | Male |
| 3. DATE OF DEATH | Nov. 1, 1987 |
| 4. RACE | Caucasian |
| 5a. WAS THE DECEDENT OF SPANISH ORIGIN? | No |
| 5b. CITY OR TOWN (If outside city limits, give precinct no.) | Beaumont |
| 6a. PLACE OF DEATH — COUNTY | Jefferson |
| 6b. CITY OR TOWN | Beaumont |
| 6c. NAME OF (If not in hospital, give street address) HOSPITAL OR INSTITUTION | Baptist Hospital |
| 7. DATE OF BIRTH | 07/29/1922 |
| 7a. AGE (In years last birthday) | 65 |

| 9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | Divorced |
| 10. BIRTHPLACE (State or foreign country) | Texas |
| 11. CITIZEN OF WHAT COUNTRY | USA |
| 12. WAS DECEDENT EVER IN US ARMED FORCES? | No |
| 13. SURVIVING SPOUSE (If wife, give maiden name) | None |

| 14. SOCIAL SECURITY NO. | 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 |
| 15a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | Operator |
| 15b. KIND OF BUSINESS OR INDUSTRY | Heavy Equipment |

| 16a. RESIDENCE — STATE | Texas |
| 16b. COUNTY | Jasper |
| 16c. CITY OR TOWN (If outside city limits, show rural) | Buna (Rural) |
| 16d. STREET ADDRESS (If rural, give location) | FR 1004 at US Hwy. 96 |
| 16e. INSIDE CITY LIMITS? | No |

| 17. FATHER'S NAME | William Grant |
| 18. MOTHER'S MAIDEN NAME | Mora Dunn |

**CAUSE OF DEATH**

PART I — IMMEDIATE CAUSE (Enter only one cause per line for (a), (b),(c))

(a) DUE TO, OR AS A CONSEQUENCE OF:

(b) DUE TO, OR AS A CONSEQUENCE OF:

(c)

PART II — OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

| 20. INJURY AT WORK (Specify yes or no) | 21. AUTOPSY? No |
| 22a. DATE OF INJURY (Mo., Day, Yr.) | 22b. HOUR OF INJURY | 22c. INJURY | 22d. DESCRIBE HOW INJURY OCCURRED | 22e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) | 22f. LOCATION (STREET OR R.F.D. NO.) (CITY OR TOWN) (STATE) |

23. To be completed by CERTIFYING PHYSICIAN only

| 23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated. (Signature and Title) |
| 23b. NAME OF ATTENDING PHYSICIAN (Type or print) George E. Pratt, M.D. |
| 23c. DATE SIGNED (Mo., Day, Yr.) Nov. 14, 1987 |
| 23d. HOUR OF DEATH 9:40 A.M. |

24. To be completed by MEDICAL EXAMINER or CORONER only

| 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated. (Signature and Title) |
| 24b. DATE SIGNED (Mo., Day, Yr.) |
| 24c. HOUR OF DEATH |
| 24d. PRONOUNCED DEAD (Mo., Day, Year) ON | AT |
| 24e. PRONOUNCED DEAD (Hour) |

| 25a. BURIAL, CREMATION, REMOVAL (Specify) Removal/Burial | 25b. DATE Nov. 3, 1987 | 25c. NAME OF CEMETERY OR CREMATORY Morse Cemetery |
| 25d. LOCATION (City, town, or county) Buna | (State) Texas |
| 26. SIGNATURE OF FUNERAL DIRECTOR |
| 26a. NAME OF FUNERAL DIRECTOR AND LICENSE NUMBER OR PERSON ACTING AS SUCH Causey's E & R Stringer Funeral Home |

| 27a. REG. DIST. NO. 1526 | 27b. DATE REC'D BY LOCAL REGISTRAR November 18, 1987 | 27c. SIGNATURE OF LOCAL REGISTRAR *Geraldine Beckett* |

REV. 1/80

13. SIGNATURE OF INFORMANT

*Mora Jackson*

15b. SIGNATURE OF INFORMANT

84. INSIDE CITY LIMITS? Yes

**W. R. JOHNSON, M. D., M.P.H.**
DIPLOMATE IN FAMILY PRACTICE

BUNA MEDICAL CTR.            N. HWY. 96              BUNA, TEXAS 77612
DEA AJ 0918954              OFFICE 994-5233            DPS 50018914

FOR _____ _Ireland H Grasett_ _____

ADDRESS _____ DATE _2  2  8 7_

℞

REFILL _____ TIMES

*This is to certify that*
*Mr. Ireland H. Grasett*
*is completely 100% disabled*
*and needs financial help,*
*for medications for his heart*
*and lungs.*

*W.R. Johnson MD*

PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN

**HOWARD C. WILLIAMS, M.D., P.A.**
**GLORIA DUMESNIL, R.N., C.F.N.P.**

**FAMILY PRACTICE**

1301 PARK AVENUE
ORANGE, TEXAS 77630-4948
(409) 886-1312
(409) 886-1313
FAX: (409) 886-0450

February 22, 1996

Roxie Huffman Viator
2728 Western Avenue
Orange, TX 77630

RE: Harvey Harris, Deceased
    S.S: 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 DOB: 12/28/16

Dear Ms. Viator:

At your request I have reviewed the x-rays and work history of Mr. Harvey Harris, deceased. I feel that based on reasonable medical probability Mr. Harris suffered from asbestos related lung disease. This lung disease was pleural asbestos and was caused by his previous occupational asbestos exposure as a pipefitter, boilermaker and foundry worker twenty plus years ago.

His work history, which is enclosed, clearly reveals that he was exposed to many forms of asbestos containing material from 1942, when he first worked in the Consolidated Western Steel Shipyards in Orange, Texas, throughout the years until 1973.

His chest x-rays dated August 30, 1990 reveal bilateral pleural thickening and his films by December 7, 1994 reveal large pleural placques along the left chest wall, blunting of the left costophrenic angle, and faint pleural placques along the right pleura. Also, calcifications were noted in the right diaphragm. It is evident from these x-rays that his disease was present in 1990 and apparently progressed throughout the years.

SUMMARY: Mr. Harvey Harris had a work history indicating exposure to asbestos and asbestos products over a long period of time and he developed pleural placques and calcifications in his diaphragm because of this. These are the classic findings of pleural asbestosis. This opinion is based on reasonable medical probability and is proven by his work history and chest x-ray findings.

Sincerely,

Howard C. Williams, M.D.

HCW/df

## PARK AVENUE MEDICAL CENTER

### X-RAY DEPARTMENT

X-RAY NO. 5-3991 _____ NAME ___ Harris, Harvey _____ AGE 72 ___ DATE 8/30/90

ANATOMICAL PART OR REGION

Chest                                    Stephenson & Thompson

                                        Howard C. Williams _____ M. D.
                                        **ATTENDING PHYSICIAN**

FINDINGS

Chest:  The heart is not enlarged, there are calcifications
        in the aorta.  There are pleural calcifications seen
        on facets over the left lower lobe.  There is bilateral
        pleural thickening.  I do not see any evidence of
        parenchymal disease.  There is increase in the normal
        dorsal kyphosis.  There is no pleural effusion.


IMP:   The appearance of the chest is consistant with
       pneumoconiosis, as described above.



WWB:jgr

SIGNED _____ M. D.
                        **RADIOLOGIST**

# RADIOLOGICAL CONSULTATION

# PARK AVENUE MEDICAL CENTER

## X-RAY DEPARTMENT

X-RAY NO. _____ NAME _____ HARVEY HARRIS _____ AGE _____ DATE _12-07-94_

SSN:   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

DOB:   12-28-16

ANATOMICAL PART OR REGION

Roxie Huffman Viator
Attorney at Law
2728 Western Ave.
Orange, Texas    77630

_____ M. D

ATTENDING PHYSICIAN

FINDINGS

SPECIAL REVIEW – PA EXAMINATIONS OF THE CHEST AND SINGLE LATERAL VIEW OF THE CHEST

The review is of films taken at Lufkin Memorial Medical Center.
The heart is not enlarged.  There are calcifications in the aorta.
There are large pleural plaques along the left chest wall.  There is
blunting of the left costophrenic angle.  There are faint pleural
plaques along the right pleura.  There are calcifications in the
right diaphram.  The lungs are overexpanded with small nodules.

IMPRESSION:      There is both pleural and parenchymal disease that is highly suggestive
of pneumoconiosis.

WWB:pw
12-07-94
As Dictated

SIGNED  _W W Bryant MD_                                      M. D

RADIOLOGIST

# RADIOLOGICAL CONSULTATION

# STATE OF TEXAS
## COUNTY OF ANGELINA

STATE OF TEXAS     CERTIFICATE OF DEATH     STATE FILE NUMBER

*Texas Department of Health — Bureau of Vital Statistics*

| 1. NAME OF DECEASED (a) FIRST | (b) MIDDLE | (c) LAST | (d) MAIDEN | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| Harvey | Wilford | Harris | None | Male | July 25, 1995 |

| 4. DATE OF BIRTH | 5. AGE (IN YEARS) | IF UNDER 1 YR | IF UNDER 1 DAY | 6. BIRTH PLACE (CITY AND STATE OR FOREIGN COUNTRY) | 7. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| December 28, 1916 | 78 | MO DAYS | HOURS MIN | Manning, Texas | 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 |

| 8. RACE | 9a. WAS THE DECEDENT OF HISPANIC ORIGIN? | 9b. IF YES, SPECIFY (MEXICAN, CUBAN, PUERTO RICAN, ETC.) | 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 11. EDUCATION (SPECIFY HIGHEST GRADE COMPLETED) ELEM. OR SECONDARY (0-12) COLLEGE (13-16, 17+) |
|---|---|---|---|---|
| Caucasian | ☐ YES ☒ NO | - - - | ☐ YES ☒ NO | 9 |

| 12. MARITAL STATUS | 13. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | 14a. DECEDENT'S USUAL OCCUPATION | 14b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| ☐ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☒ DIVORCED | None | Iron Worker | Construction |

| 15a. RESIDENCE STREET ADDRESS | 15b. CITY OR TOWN |
|---|---|
| 501 South Medford Dr. (Southland Health Care Center) | Lufkin |

| 15c. COUNTY | 15d. STATE | 15e. ZIP CODE | 15f. INSIDE CITY LIMITS |
|---|---|---|---|
| Angelina | Texas | 75901 | ☒ YES ☐ NO |

| 16. FATHER'S NAME | 17. MOTHER'S MAIDEN NAME |
|---|---|
| Thomas Harris | Eliza Hammonds |

18. PLACE OF DEATH (CHECK ONLY ONE)
HOSPITAL: ☐ INPATIENT ☐ ER/OUTPATIENT ☐ DOA OTHER: ☒ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY)

| 19. COUNTY OF DEATH | 20. CITY OR TOWN (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 21. NAME OF HOSPITAL OR INSTITUTION (If not in institution, show street address) |
|---|---|---|
| Angelina | Lufkin | Southland Health Care Center |

| 22. INFORMANT – SIGNATURE & RELATIONSHIP | 23. MAILING ADDRESS OF INFORMANT |
|---|---|
| *Keith Harris*   Son | P.O. Box 425, Zavalla, TX 75980 |

| 24. METHOD OF DISPOSITION | 25. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE) | 29. NAME & ADDRESS OF FUNERAL HOME |
|---|---|---|
| ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY) | Dunk Havard Cemetery | Gipson Funeral Home, Inc. 1515 S. Chestnut Lufkin Texas 75901 |

| 26. LOCATION (CITY, STATE) | 27. DATE OF DISPOSITION |
|---|---|
| Angelina County, Texas | 07-27-1995 |

28. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH
*James R. Doyle* #9863

30. CERTIFIER
☒ CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE, AND PLACE AND DUE TO THE CAUSE(S) AND MANNER AS STATED.
☐ MEDICAL EXAMINER / JUSTICE OF THE PEACE — ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED.

| 31. SIGNATURE & TITLE OF CERTIFIER | 32. DATE SIGNED MO DAY YEAR | 33. TIME OF DEATH |
|---|---|---|
| *(signature)* D.O. | 7 30 95 | 3:45 P. M |

34. PRINTED NAME & ADDRESS OF CERTIFIER
Rick Martin, D.O., 10 Medical Center Dr., Suite A, Lufkin, TX 75904

35. PART 1 ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. *Cardiac arrest*
DUE TO (OR AS A LIKELY CONSEQUENCE OF):
b. *Arteriosclerotic vessel disease*
DUE TO (OR AS A LIKELY CONSEQUENCE OF):
c.
DUE TO (OR AS A LIKELY CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST

| PART 2 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1 (i.e., substance abuse, diabetes, smoking, etc.) | 56a. AUTOPSY? | 56b. AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| | ☐ YES ☒ NO | ☐ YES ☐ NO |

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH | 38. DID ALCOHOL USE CONTRIBUTE TO DEATH | 39. WAS DECEDENT PREGNANT |
|---|---|---|
| ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN | ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN | AT TIME OF DEATH ☐ YES ☒ NO ☐ UNK / WITHIN LAST 12 MO ☐ YES ☒ NO ☐ UNK |

| 40. MANNER OF DEATH | 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. INJURY AT WORK | 41d. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE, ETC. (SPECIFY) |
|---|---|---|---|---|
| ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED | | M. | ☐ YES ☐ NO | |

41e. LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE)

41f. DESCRIBE HOW INJURY OCCURRED

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 01-440 | AUG 1 1995 | *JoAnn Chastain* |

VS-112 REV 7/93

00222

STATE OF TEXAS
COUNTY OF ANGELINA

This is to certify that this is a true and correct copy of the original record as recorded in the office of the County Clerk, Angelina County, Texas.

DATE ISSUED: *August 1, 1995*

Do not accept unless prepared on security paper displaying the official seal and the signatures of the issuing agency. Lamination may void certificate. NOT VALID IF PHOTOCOPIED.

*JoAnn Chastain*
JO ANN CHASTAIN, COUNTY CLERK
ANGELINA COUNTY, TEXAS

By: *Lee Spurgeon*, Deputy.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

WARNING — The penalty for knowingly making a false statement in this form can be up to 2-10 years in prison and a fine of up to $10,000. (Health and Safety Code, Sec. 195, 1989)

CERTIFICATION OF VITAL RECORD

# City of Beaumont, Texas

**STATE OF TEXAS**　　　　**CERTIFICATE OF DEATH**　　　**STATE FILE NUMBER**

| 1. NAME OF DECEASED — First | Middle | Last | | 4. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| Sylvia | Nadine | Keufelder Dawkins | | Female | January 09, 1997 |

| 5. DATE OF BIRTH | 5a. AGE | 6. BIRTH PLACE (City & State or Foreign Country) | 7. SOCIAL SECURITY NO. |
|---|---|---|---|
| 3/03/1930 | 66 | Crossett, Arkansas | 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 |

| 8. RACE — White | Was the Decedent of Hispanic Origin? ☐ YES ☑ NO | If Yes, Specify | Was decedent ever in U.S. Armed Forces? ☐ YES ☑ NO | Education: Elem. or Secondary / College | 16 |
|---|---|---|---|---|---|

| 11. MARITAL STATUS: ☐ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED | 12. SURVIVING SPOUSE (If wife, give maiden name) | 13a. Decedent's Usual Occupation | 13b. Kind of Business or Industry |
|---|---|---|---|
| | | Social Worker Director/Counsler | Halfway House |

| 14a. Residence Street Address | | | 14b. City or Town |
|---|---|---|---|
| 731 Yellowood | | | Lumberton |

| 14c. County | 14d. State | 14e. Zip Code | 14f. Inside City Limits |
|---|---|---|---|
| Hardin | Texas | 77657 | ☐ YES ☐ NO |

| 15. Father's Name | 17. Mother's Maiden Name |
|---|---|
| John Clive Dawkins | Maybelle Farrar |

**18. PLACE OF DEATH (Check only one)**

Hospital: ☑ INPATIENT ☐ ER/OUTPATIENT ☐ DOA   Other: ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (Specify)

| 19. County of Death | 20. City or Town of Place City Limits: Give Precinct No. | 21. Name of Hospital or Institution (If not in hospital, give street address) |
|---|---|---|
| Jefferson | Beaumont | Baptist Hospital |

| 22. Informant — Signature & Relationship | 23. Mailing Address of Informant |
|---|---|
| Cynthia P. Walls (Daughter) | 54 Michele Drive Bastrop, TX 78602 |

| 24. Method of Disposition ☑ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (Specify) | 25a. Place of Disposition (Name of Cemetery or Crematory) Oak Bluff Memorial Park | 25b. | | 26. Name & Address of Funeral Home |
|---|---|---|---|---|
| | | 25c. Location (City, State) Port Neches, Texas | | Pat A. Riley Funeral Home 1605 Avenue H Nederland, Texas 77627 |

| 27. Signature of Funeral Director or Person Acting as Such Pat A. Riley, Jr. / Pat Adl Ary Jr. #87092 | | 28. Date of Disposition 1/11/1997 |
|---|---|---|

**30. CERTIFIER**
☐ CERTIFYING PHYSICIAN — To the best of my knowledge death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
☐ MEDICAL EXAMINER — On the basis of examination and/or investigation, in my opinion death occurred at the time, date, place, and due to the cause(s) and manner as stated.
☐ JUSTICE OF THE PEACE

| 31. Signature & Title of Certifier | 32. Date Signed Mo 16 Day 97 Year | 33. Time of Death 1:45 P.M. |
|---|---|---|

| 34. Printed Name & Address of Certifier |
|---|
| Stephen W. Nesbit D.O. 3440 S. Martin Luther... Beaumont Texas |

| 35. Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. | | Approx. Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) → Cancer of the Lung | Due to (or as a consequence of): | |
| | Respiratory Failure | 2 wks |
| Sequentially list conditions, if any, leading to immediate cause. Enter Underlying Cause (disease or injury that initiated events resulting in death) LAST. | Due to (or as a consequence of): Pneumonia | |
| | Due to (or as a consequence of): | |

| Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I (e.g. diabetes, diseases, alcohol, smoking, etc.) | 36. Autopsy? ☐ YES ☐ NO | 37. Were Autopsy Findings Available Prior to Completion of Cause of Death? ☐ YES ☐ NO |
|---|---|---|

| 38. Did Tobacco Use Contribute to Death? ☐ YES ☐ PROBABLY ☐ NO ☐ UNKNOWN | 39. Did Alcohol Use Contribute to Death? ☐ YES ☐ PROBABLY ☐ NO ☐ UNKNOWN | 40. Was Decedent Pregnant? At Time of Death ☐ YES ☑ NO ☐ UNK Within Last 12 Mo ☐ YES ☑ NO ☐ UNK |
|---|---|---|

| 41. Manner of Death ☐ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED | 42. Date of Injury | 43. Time of Injury A.M. / P.M. | 43a. Injury at Work? ☐ YES ☐ NO | 43b. Place of Injury — At Home, Farm, Street, Factory, Office, etc. (Specify) |
|---|---|---|---|---|
| | 44. Location (Street and Number, City or Town, State) | | | |
| | 45. Describe How Injury Occurred | | | |

| 46. Registrar's File No. 02-47 | 46a. Date Received by Local Registrar January 23, 1997 | 47. Signature of Local Registrar |
|---|---|---|

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS
COUNTY OF JEFFERSON
This is to certify that this is a true and correct reproduction...

DATE ISSUED

NO. 6965

ESTATE OF

SYLVIA NADINE SHERMAN HEUFELDER

L E T T E R S    T E S T A M E N T A R Y

TO

CYNTHIA R. WALP

ISSUED THE 27 th DAY OF MARCH, A.D. 1997

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | IN COUNTY COURT |
| | )( | |
| COUNTY OF HARDIN | )( | HARDIN COUNTY, TEXAS |

I, DEE HATTON, Clerk of the County Court of HARDIN COUNTY, TEXAS, do hereby certify that on the 6 th day of MARCH, A.D. 1997

CYNTHIA R. WALP

was by said Court duly granted Letters Testamentary

of the Estate of SYLVIA NADINE SHERMAN HEUFELDER, Deceased, and that she has qualified as Independent Executrix of said Estate on the 6 th day of MARCH, A.D. 1997 as the law requires, and that said appointment is still in full force and effect.

WITNESS MY HAND AND SEAL OF SAID COURT, at KOUNTZE, TEXAS the 27 th day of MARCH, A.D. 1997.

(SEAL)

DEE HATTON, COUNTY CLERK
HARDIN COUNTY, TEXAS

By _____ Deputy

## BAPTIST HOSPITAL OF SOUTHEAST TEXAS, INC.

PATIENT NAME: Heffelder, Nadine
PATIENT NO: 100730721-2012433
ADMITTING DATE: 12/31/96
ROOM NO: 325 D
EMERGENCY ROOM PHYSICIAN: Victor Tuckler, M.D.

ATTENTION!

this information has been disclosed to you by...

TIME OF SERVICE
10:35 a.m.

### CHIEF COMPLAINT
Shortness of breath.

### HISTORY OF PRESENT ILLNESS
This is a 66-year-old white female with a complaint of shortness of breath. The patient states that she has not been feeling well. The family states that the patient was confused and slightly diaphoretic at home. The patient had a blood pressure of 60 systolic when the EMS arrived at the scene. The patient was given a bolus of normal saline initially. The patient had a pulse ox of 32% according to the EMS. The patient was placed on oxygen nonrebreather and brought into the emergency room.

### PAST MEDICAL HISTORY
1. Left bronchogenic carcinoma.
2. History of right upper lobe and right lower lobe pneumonia. The patient was just recently discharged from the hospital.
3. Emphysema.

### HOME MEDICATIONS
Include Ambien, Colace, Humibid, Darvocet-N 100, Ventolin treatments.

### ALLERGIES
The patient has no known drug allergies.

### REVIEW OF SYSTEMS
HEAD: Without any headache or trauma.
NOSE: Without any rhinorrhea or nosebleeds.
THROAT: Without any pain or difficulty swallowing.
HEART: Without any pain in her chest.
ABDOMEN: Without any pain, nausea, vomiting, or diarrhea.
EXTREMITIES: Without any tingling.

Other systems are noncontributory.

### PHYSICAL EXAMINATION
VITAL SIGNS: Temperature - 97.4°. Respirations - 32. Pulse - 118. BP - 114/63.
continued...

BAPTIST HOSPITAL OF SOUTHEAST TEXAS, INC.

PATIENT NAME:   Heufelder, Nadine
PATIENT NO:   100230721-2012433
ADMITTING DATE:   12/31/96
ROOM NO: 325 D
EMERGENCY ROOM PHYSICIAN: Victor Tuckler, M.D.

## PHYSICAL EXAMINATION CONTINUED

GENERAL:   The patient appears to be in some slight respiratory
distress, but the patient is verbalizing well without any
difficulties.
NECK:   Supple. Nontender. Full range of motion.
HEART:   Regular rate and rhythm without murmurs.
LUNGS: Clear but decreased breath sounds throughout all lung
fields.
ABDOMEN: Soft, nontender, not distended. There are normoactive
bowel sounds.
EXTREMITIES:   No cyanosis, clubbing, or edema.
NEUROLOGIC:   The patient is alert and awake. Cranial nerves II
through XII are grossly intact. Motor strength 5/5.

## X-RAY AND/OR LABORATORY DATA

Chest x-ray shows a right upper lobe and a right left lower lobe
pneumonia. The patient also has some infiltrates in the left
upper lobe.

Arterial blood gases revealed a pH of 7.32, PCO2 46, PO2 51,
bicarb 24, percent saturation 82, this is on 100% nonrebreather
mask. White count 19,000, hemoglobin 10.9, hematocrit 32,
platelets 444. Sodium 132.   Potassium 5.2.   BUN 15.   Creatinine
0.8.   Alk phos is 127.  GOT is 344. GPT is 207.   LDH 5996. CK is
313.

## EMERGENCY ROOM COURSE

The patient had blood cultures drawn. The patient had Claforan 1
g IVPB started, Biaxin 500 mg p.o. The patient had a Ventolin and
Atrovent nebulizer given in the emergency room. The patient was
kept on 100% nonrebreather. Her pulse ox initially was 62% on
arrival, but now on 100% nonrebreather it is at 90%. The patient
remained in no acute distress. The patient is actually resting
comfortably despite her pulse ox. The patient looks well. She
does not appear dehydrated, ill, or septic.

I spoke with Dr. Nesbit, who will admit the patient to the
Intensive Care Unit and have Dr. Bencowitz see the patient.
Currently the patient is resting comfortably. She is less
tachypneic than she was when she arrived at the emergency room.
The patient is admitted to the Intensive Care Unit. Dr. Bencowitz
is to assume care of the patient on the patient's arrival to the
floor.

continued

THE   BAPTIST   HOSPITAL   OF   SOUTHEAST
TEXAS,   INC.

DIAGNOSTIC   IMAGING   REPORT

| NAME | AGE | SEX | ROOM NO. | X-RAY NO. |
|------|-----|-----|----------|-----------|
| HEUFELDER (SHERMAN), NADINE S | 66 | F | ER 324D | 455400709 |

| HOSPITAL NUMBER | REFERRING PHYSICIAN | DATE |
|-----------------|--------------------|------|
| 701102808 | VICTOR E TUCKLER, M.D. | 12/31/96 |
|  | STEPHEN W NESBIT D.O. |  |

PORTABLE AP CHEST X-RAY:

The study was performed at 1030 hours.  Comparison was made to the
studies dated 18-25 December 1996.  There is now complete
opacification of the left thorax.  This represents an interval
change when compared to the prior examination.  This may be
secondary to a combination of left pleural effusion and
atelectasis/infiltrate in the left lung.  Other etiologies cannot be
excluded.  On several of the prior studies of December, 1996, there
has been an abnormal process involving the left lung base consistent
with atelectasis versus infiltrate.  This area is now obscured by
the complete opacification of the left thorax.  The findings
represent a marked interval change when compared to the study of 18
December 1996.  Again identified is the interstitial
infiltrate/increase in interstitial markings throughout the right
lung; this has been present on prior examinations.

IMPRESSION:

1.  Complete opacification of the left thorax, please see discussion
    above in the body of the report.

2.  Increase in interstitial markings in the right lung, this may
    represent an interstitial infiltrate versus chronic change and
    has been present on the prior examinations.

DAVID A BOSSE, M.D.

JHB
TYPE DATE:          12/31/96
TIME:              15:25

BAPTIST HOSPITAL OF SOUTHEAST TEXAS, INC.

PATIENT NAME:   Heufelder, Nadine
PATIENT NO:   100230721-2012433
ADMITTING DATE:   12/31/96
ROOM NO: 325 D
EMERGENCY ROOM PHYSICIAN: Victor Tuckler, M.D.


FINAL DIAGNOSES
1.    Respiratory distress.
2.    Right upper lobe and middle lobe pneumonia.

_____
Victor Tuckler, M.D.

VT /lm
D:   01/02/97 12:00 P
T:   01/03/97 10:34 A

# TISSUE CONSULTATION REPORT

BAPTIST HOSPITAL LABORATORY
BEAUMONT, TX 77704

| Patient Family Name | First Name | Room No. | Hospital No. | Birthdate | |
|---|---|---|---|---|---|
| HEUFELDER | NADINE | 325D | 100230721 | 3/3/30 | *325-D* |

| Attending Physician | Age | Date Rec. | Date of Proc. | Lab No. |
|---|---|---|---|---|
| DR. S.NESBIT/DR.BENCOWITZ | 66 | 1/4/97 | 1/4/97 | B97-17 |

**Pathological Diagnosis:** BRONCHIAL WASHING, SMEARS AND CELL BLOCKS
- SUSPICIOUS FOR MALIGNANCY, SEE COMMENT
- MILDLY TO MODERATELY DYSPLASTIC SQUAMOUS MATERIAL PRESENT

**COMMENT:** The squamous material is atypical, but does not obviously reflect invasive tumor. The second population of atypical cells is, to my eye, suspicious for small cell carcinoma. Dr. Kessler agrees that these cells are suspicious for malignancy, but believes that the degree of cellular degeneration and inflammation precludes an assessment of cell type.

Macroscopic Examination: Specimen labeled bronchial wash in a patient with a history of bronchogenic carcinoma. The specimen received is 40 cc of cloudy mucoid material. Two direct smears are prepared and the remainder of the specimen is admixed with alcohol and centrifuged yield a mottled gray mucoid precipitate with a volume of approximately 5 cc. This entire precipitate is submitted in two cell blocks labeled A1 and A2.

Microscopic Examination: The first cell block preparation is the most cellular and informative. This shows strands of mucous containing large numbers of polymorphonuclear leukocytes and some aggregates of frank purulent material. Some parakeratotic material is admixed, some of which appears to mildly to moderately atypical. No nonkeratinized atypical squamous cells are found. Scattered here and there among the inflammatory cells there are single cells and small groups cells which are noncohesive and exhibit hyperchromatic nuclei and almost inapparent rims of peripheral cytoplasm. Many of these are significantly larger than a normal lymphocyte. No nucleoli are found. Most of the cells are seen with some degenerative changes and homogenization of the nuclei. These cells are suspicious, but not diagnostic for small cell carcinoma.

_____ M.D.
Pathologist

LEK/lds/Consultant: MLK
1/6/97

DAVID J. LEHMILLER, M.D.
MICHAEL L. KESSLER, M.D.
LARRY E. KANE, M.D.

Tissue Reports