# POSTMORTEM EXAMINATION REPORT

## S.M. Le BER, M.D.
### Pathologist
5840 Monroe Street
Groves, Texas 77619

NAME:   HOELZER, Carl, J.                    AGE: 72   SEX: M.   RACE: Caucas

DATE AND TIME OF DEATH:   6-5-87  Near Midnight          AUTOPSY NO. MEA-87-71

PLACE OF DEATH: Residence – 3800 Milo, Groves, Texas

DATE AND TIME OF AUTOPSY:  6-6-87  0800

PLACE OF AUTOPSY: Grammiere-Oberle Funeral Home, Groves, Texas

AUTHORIZATION FOR AUTOPSY: Wife of deceased

PROSECTOR: S.M. Le Ber, M.D.


# ANATOMIC DIAGNOSIS

IMMEDIATE CAUSE OF DEATH:   PERFORATION OF SMALL INTESTINE DUE TO MESOTHELIOMA

MANNER OF DEATH:            NATURAL CAUSES

MECHANISM OF DEATH:         GENERALIZED, ACUTE PERITONITIS

ADDITIONAL DIAGNOSES:       SECONDARY MESOTHELIOMA IN LEFT ADRENAL
                            ACUTE PULMONARY EDEMA
                            INTERSTITIAL FIBROSIS OF LUNGS
                            ASBESTOS MATERIAL IN LUNGS
                            PERICARDIAL EFFUSION – 50 cc.'s
                            GENERALIZED ARTERIOSCLEROSIS


SML:ms

_____
S.M. Le Ber, M.D.

PRELIMINARY NOTE: A short work history was prepared by Mr Walter Umphrey's secretary as follows: Mr Hoelzer worked for Neches Butane from 1942 - 1976. He worked as a maintenance foreman and mechanic. He also worked for Texaco from 1935 - 1942. He smoked approximately one pack of cigarettes daily from 1935 - 1985. He died at his place of residence at 3800 Milo in Groves, Texas on or about 6-5-87 close to midnight. Permission for autopsy was given by Mrs, Carl Hoelzer, wife, limited to the chest and abdomen. No permission for examination of the cranial contents was given. Postmortem examination was performed on the arterially embalmed body at Grammiere-Oberle Funeral Home in Groves, Texas on 6-6-87 at 0800.

EXTERNAL EXAMINATION: The body was that of a 72-year-old Caucasian male, appearing to be moderately well nourished, measuring 71 inches in length and weighing an estimated 175 pounds. He had sparse gray-white hair and was mostly bald. His eyes were blue. There was slight distension of the abdomen, and there was an old, faint, well healed surgical incision scar, 6 inches in length in the midline of the lower abdomen. Arterial embalming had been performed through a right supraclavicular embalmer's incision. No other significant external findings were observed.

INTERNAL EXAMINATION: The body was opened through a high-Y incision, the incision being extended to the superior border of the symphysis pubis. The skin flaps were reflected, and the sternum was removed in the usual manner. There was approximately 700 cc.'s of fecal-containing fluid present, free in the peritoneal cavity, and there was a moderately diffuse, acute peritonitis. A number of loops of small intestine were adherent one to another. Their walls were thickened by hard, nodular white tumor tissue, and there was an area of perforation.

The thoracic cavity showed right posterior adhesions of the right lung in its superior portion to the posterior chest wall. This area was hard, but was broken down by blunt dissection. The chest and abdominal organs were dissected free from the subglottic area to the rectum en bloc for definitive dissection. No pleural or diaphragmatic plaque was observed.

CARDIOVASCULAR SYSTEM: The heart was free in the pericardial sac. There was a pericardial effusion of clear fluid, amounting to 50 cc.'s The heart was normal in outline and size. Dissection of the coronary arteries demonstrated moderate arteriosclerotic calcification, but there was no significant encroachment on the lumina which were patent. The myocardium was of normal thickness, and displayed no evidence of recent or old infarction. The valves and cusps were normal. The aorta showed moder to marked atherosclerosis, with calcification being quite marked in the abdominal portion. The common iliacs and renal arteries were moderately sclerotic.

RESPIRATORY SYSTEM: The tracheobronchial tree contained moderate amounts of edema fluid up to the level of the carina. On the posterior aspect of the carina was a small, white, pea-sized area of tumor. In the posterior, upper aspect of the right upper lung lobe there was a firm mass of what appeared to be tumor tissue approximat the visceral pleural surface. No definite site of origin in a bronchus was found. The mass measured two centimeters in greatest dimension. The cut surfaces of the lu showed moderate edema throughout and moderate hyperemia. The surfaces also cut with a slightly increased resistance to the knife edge. No other definitive gross lesion were seen. No evidence of mediastinal lymph node involvement was seen.

LIVER: The liver was normal in size and appearance. The cut surface was slightly hyperemic, but was uniform throughout. No lesions were present. The gallbladder contained normal bile. No stones were present.

PANCREAS: The pancreas was normal in size and shape, and demonstrated a normal creamy-tan lobular architecture. No lesions were present.

SPLEEN: The spleen was normal in size and shape. The capsule was intact, and the cut surface was moderately hyperemic, and uniform.

ADRENALS: The left adrenal was largely replaced by hard, gray-white tumor; and the entire mass measured 2.5 cm. in greatest dimension. The right adrenal was normal in size, shape and gross appearance.

KIDNEYS: Both kidneys were normal in size and shape. The capsules stripped with slight difficulty to reveal finely granular cortex. The cut surfaces demonstrated markedly increased amounts of peripelvic fat. The markings were relatively normal, and the parenchyma was hyperemic. The ureters were normal. The urinary bladder was empty of urine and normal. The prostate was not palpably enlarged.

GASTROINTESINAL SYSTEM: The esophageal mucosa demonstrated the presence of several small, white areas of the mucosa occupied by slightly raised, discrete lesions. They did not appear grossly to be neoplastic. The stomach contained what appeared to be reflux fecal fluid from the small intestine. The mucosa was intact and no lesions were seen. Many loops of small intestine proximal to the area of tumor involvement were dilated. In the area of tumor the intestinal wall was thickened to 1-1.5 cm., and the lumen was extremely narrow. The adjacent mesentery was infiltrated with tumor and there were adhesions of one loop to another. There was reddening of the peritoneal surfaces adjacent and in the omentum which was partially adherent in the tumor area. The appendix was present, and was fibrosed. The large intestine showed no direct involvement by tumor except for the pelvic portion which was partially constricted, and showed moderate proximal dilatation.

CENTRAL NERVOUS SYSTEM: No permission for examination of the cranial contents was given, and no examination was done.

*******************************

LUNGS: Sections of the lungs show focal areas of emphysema and patchy interstitial fibrosis. There are moderate amounts of Ferruginous material, consisting of partial fragmented beaded bodies consistent with asbestos material.

SMALL BOWEL: Sections demonstrate marked fibrous thickening of the bowel wall. Within the fibrous tissue are cords and nests of individual cells having the morphology of mesothelial cells. In some areas the tumor cells are arranged in a slight organoid pattern. These cells do not have the morphology or pattern seen in primary carcinoma of the intestine.

ADRENALS: The right adrenal is histologically normal. The left adrenal is largely replaced by fibrous tissue in which are cells of mesothelial type seen in the section of the small intestine tumor.

LIVER, SPLEEN, PANCREAS: Sections show no significant histologic abnormality.

SUMMARY: This 72-year-old man died as a direct result of perforation of the small intestine in which there was Mesothelioma. The perforation resulted in diffuse, acute peritonitis. His lungs demonstrated patchy interstitial fibrosis and the presence of ferruginous material consistent with asbestos. The pulmonary edema of the lungs was part of his agonal, terminal condition.

*******************************

**WILLIAM W. BRYANT, M. D., P. A.**
2122 TREEMONT LANE
ORANGE, TEXAS 77630

NAME:    Hunsinger, Donald
NO:      45
DATE:    7-12-85
Dr.      Howard Williams

PA and Oblique Views of the Chest:    The heart is not enlarged.    There is pleural thickening over the left lower lobe with elevation of the left diaphragm. I do not see any evidence of pleural calcifications.    There is some pleural thickening along the left lateral chest wall in the region of the scapula. The right lung is within normal limits.

IMP:    1.    There is pleural thickening on the left.    This would be consistent with pneumonoconiosis.

W.W. Bryant, M.D.

HOWARD C. WILLIAMS, M.D., P.A.
1301 PARK AVENUE
ORANGE, TEXAS 77630 — 4997
PHONE: 886-1312, 886-1313

July 19, 1985


Mr. Marlin Thompson
712 W. Division
Orange, Texas 77630

                         Re:   Donald Hunsinger
                               No. 45

Dear Mr. Thompson:

Donald Hunsinger had two-view chests xrays done in Shreveport,
Louisiana, on 7-12-85.  The films were carefully reviewed by
myself and Dr. William Bryant, a radiologist, in conference
to evaluate any possible lung disease.

Careful examination of the PA and right anterior oblique
views of the chest revealed that the heart is not enlarged.
There is pleural thickening over the left lower lobe with
elevation of the left diaphragm.  There is no evidence of
pleural calcification.  There is some pleural thickening
along the left lateral chest wall in the region of the scap-
ula.  The right lung is within normal limits.  It was our
feeling that this examination revealed an example of
pulmonary asbestosis if this man has a history of exposure
to this agent in the past.

This man should be advised of his condition.  He should be
advised of the hazards of smoking.  Additional tests may
be required in this case, such as lung scans, pulmonary
function tests or CT scans.  He further should be advised
that if he develops any chest complaints or chest infections
he should seek immediate medical attention.  He should have
chest xrays at least every three months.

SUMMARY:  I feel this man suffers from pulmonary asbestosis
if he has a history of past exposure to this agent.

                    Yours truly,



                    Howard C. Williams, M.D., P.A.

HCW:jo

DOCUMENT MAILED TO:
_James L Hood_
DATE 7/19/85 BY: C.L.

ßEP 2 6 1994



THE UNIVERSITY OF TEXAS
**HEALTHCENTER**
——————— AT TYLER

Department of Medicine

September 21, 1994


Ms. Roxie Huffman Viator
Attorney at Law
2728 Western Avenue
Orange, Texas   77630

Re:  Hunsinger, Donald E. - UT# 1021851

Dear Ms. Viator:

I had the pleasure of examining your client Donald Hunsinger in the
Pulmonary Clinic at the University of Texas Health Center at Tyler
on September 21, 1994.   A copy of my history and physical
examination is attached.   I believe Mr. Hunsinger has asbestos-
related pleural disease.

Thank you for the referral.   Please let me know if I can be of
further service.

Sincerely,

Richard S. Kronenberg, M.D.
Professor of Medicine
Chairman, Department of Medicine

RSK/11
0921092194
8716

Attachment:  Copy of history and physical examination



THE UNIVERSITY OF TEXAS
# HEALTH CENTER
### AT TYLER

Department of Medicine

November 19, 1999

Roxie Viator, Attorney at Law
2728 Western Avenue
Orange, Texas  77630

RE:  Hunsinger, Donald E. - UT #1021851

Dear Ms. Viator:

I saw your client, Donald Hunsinger, in a followup visit at the
University of Texas Health Center at Tyler on November 19, 1999.
He is feeling reasonably well although he is slightly more short of
breath than he was when I saw him approximately six months ago.
One thing that has improved is his degenerative arthritis since he
has begun taking Vioxx.

On physical examination his lungs were clear.  He had a regular
rate and rhythm.  He had no peripheral edema.  Blood pressure is
160/80, weight 168 pounds.

I obtained pulmonary function studies which are essentially
unchanged from the studies that were performed last April.
Specifically they demonstrate mild to moderate restrictive disease
with an FEVl of 76% of predicted, an FVC of 74% of predicted and an
FEVl% of 71%.  I also obtained a chest x-ray that continues to
demonstrate an extensive pleural thickening and pleural plaque
disease consistent with his established diagnosis of asbestos
related pleural disease.  There has been no significant change in
the x-rays since April but there has been progression of his
disease since April 1997.

I appreciate the opportunity to see Mr. Hunsinger again.  I am glad
that his disease has remained relatively stable over the last six
months.  Please let me know if I can be of any further service.

Sincerely,

Richard S. Kronenberg, M.D.
Professor of Medicine
Chairman, Department of Medicine

RSK/jmd 1119111999 #441  cc: Norman D. Truitt, D.O.

JUL 2 0 1994

## PARK AVENUE MEDICAL CENTER

### X-RAY DEPARTMENT

X-RAY NO. __94-2128__  NAME __BILLY W. JACKSON__  AGE __70__  DATE __07-14-94__
SSN: 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

ANATOMICAL PART OR REGION

Roxie Viator, Attorney

CHEST

H.C. Williams
ATTENDING PHYSICIAN _____ M.D.

FINDINGS

PA, LATERAL, BOTH OBLIQUE VIEWS OF THE CHEST: The heart is not enlarged. The trachea is in the midline. There are metal sutures in the sternum from previous heart surgery. There is minimal bilateral pleural thickening. There is blunting of the right costophrenic angle. I do not see infiltration of the lungs.

IMP:    The bilateral pleural thickening is suggestive of Pneumoconiosis. I do not see any other evidence of Pulmonary disease.

IMP: 2:  There are metal sutures in the sternum from previous surgery.

WWB:pw
07-16-94
As Dictated

SIGNED _____  M.D.
RADIOLOGIST

## RADIOLOGICAL CONSULTATION

Jana P. Kaimal, MD, FCCP
4820 Lake Street
Lake Charles, LA 70605
(337) 310-7378
Fax (337) 310-7382

11/20/00

NAME _____ Johnny L. Johnson _____ DATE 11/20/00

ADDRESS _____

Please be advised that this patient
has asbestosis, based on the clinical
findings.

Jana Kaimal

_____ M.D.



**CHRISTUS ST.PATRICK** Hospital

Christus St. Patrick Hospital
R A D I O L O G Y    R E S U L T S

Patient : L0028300114 JOHNSON,JOHNNY
Med Rec : 0000302020
Adm Phy : KAIMAL,JANA,P.
Req ID   : 465275
Ord Phy : KAIMAL,JANA,P.

Room/Bed : -            OPL,
Birthdate: 10/26/1948 51Y  M
Exam Date: 10/09/00 1605

| Chk-in # | Order | Exam | |
|---|---|---|---|
| 465275 | 0005 | 01120 | DX CHEST 4 VIEW |
| | | 71030 | Ord Diag: 501-ASBESTOSIS |

CLINICAL HISTORY:   FOLLOW-UP

An old study for comparison is not available.

Bilateral pleural thickening is present.  No acute infiltrate is present
in the lung fields.  The heart size is normal.  Costophrenic bases are
clear.

Read By       : JOHN R ROMERO
Transcription: CHD 10/11/00 0845

**FINAL**

KAIMAL,JANA,P.
4820 Lake Street

Lake Charles LA  70605            Page 1

Southeast Texas Pulmonary Associates, P.A.
810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

Board Certified Specialists:
Pulmonary Diseases
Internal Medicine

August 10, 1989

Stephenson & Thompson, P.C.
P. O. Box 490
712 Division Street
Orange, Texas   77631-0490

*1*

RECEIVED

RE: Paul Kibodeaux

Dear Ms. Ballard:

I reviewed four PA and lateral chest radiographs taken February 20, 1987, March 10, 1987, May 11, 1987, and June 19, 1987. The patient had a deformity of his thoracic spine. The majority of the thoracic spine is quite straight except for marked flexion at the level of the lower thoracic spine. There is a calcified granuloma in the right mid posterior lung field. The first film shows prominence of the inferior portion of the right hilum with an infiltrate in the right lower lobe. The film of March 10, 1987 was unchanged. That of May 11, 1987 is similar in the lower lung fields although there was suggestion of an infiltrate in the right upper lobe as well. The most recent films of June 19, 1987 appear worse with the addition of a right middle lobe infiltrate and possibly worsening of the right lower lobe infiltrate in addition.

In addition I reviewed a discharge summary from the VA Hospital in Houston, Texas. The patient was admitted on September 17, 1986 and discharged on September 22nd. He presented with shortness of breath, cough, hemoptysis, fever, night sweats, anorexia, and right chest pain. It stated that his past history was positive for gastritis, ethanol abuse, and tobacco abuse. He was found to be anemic on admission. His iron and total iron binding capacity were both low. The impression of his physician was that he had pneumonia and he was treated with intravenous Ampicillin. He improved and was discharged. In March of 1987 he was seen in GI Clinic and it was the impression of the physician seeing him that his symptoms at that time were due to hiatal hernia. It was noted that he had history of weight loss and smoked four packs of cigarettes daily for fifty-eight years but had cut down to two packs of cigarettes daily. It also stated that he had a history of excessive beer drinking. Lastly I reviewed a discharge summary of an admission from June 19th through July 7, 1987 (also at the Houston VA) which stated that the patient underwent fiberoptic bronchoscopy during this hospitalization and was found to have a right lung endobronchial lesion. Biopsy showed poorly differentiated squamous

cell carcinoma.  He was found to be hypercalcemic (11.5) on admission.  He was treated with radiation therapy and antibiotics.  He apparently continued to lose weight and deteriorate clinically.  It was the impression of his physician at the time of discharge that his prognosis was quite poor and no other therapy was likely to be of benefit.

The patient's radiographic findings on the four films reviewed are consistent with bronchogenic carcinoma of the bronchus leading to the right lower lobe. The patient apparently developed progressive pneumonia distal to the obstructing lesion.  The radiographs are also consistent with chronic obstructive pulmonary disease.  I do not see evidence of interstitial fibrosis (eg asbestosis) on these films.  In addition I see no evidence of pleural plaque formation.  If the patient has a significant history (if verified) of exposure to asbestos this could certainly be related to his development of bronchogenic carcinoma although his heavy smoking history (if verified) would be a overriding factor in the development of this illness.

Sincerely yours,

Harold Z. Bencowitz, M.D.

HZB/daf

173715    4444

| PATIENT'S NAME [Last, first | Diagnosis Report | | AGE | SEX | RACE | SOCIAL SECURITY NO. | CLAIM NO. | NAME OF FACILITY |
|---|---|---|---|---|---|---|---|---|
| KIBODEAUX, PAUL | | | 63 | M | W | 435 22 1260 | C | VAMC, HOUSTON, TEXAS |

**DIAGNOSES:** *(List in numerical order; first the primary diagnosis. The primary diagnosis is defined as that diagnosis, condition, or situation responsible for the major part of the patient's length of stay [DXLS]. Then, in order of clinical importance, list other diagnoses which were treated during this episode of care, observed for possible medical intervention, or known to have impacted the patient's length of stay. Prefix the DXLS with an alpha character "X." DO NOT INCLUDE DIAGNOSES ESTABLISHED ONLY BY AUTOPSY IN THIS SECTION. DO NOT ABBREVIATE DIAGNOSES.)*

| | DIAGNOSTIC CODE |
|---|---|
| 1.  PROBABLE PNEUMONIA. | 486 |
| 2.  PNEUMONIA.   (P) | 285.9 |
| 3.  ANEMIA. | |
| 4.  HISTORY OF INCARCERATED HIATUS HERNIA. | 553.3 |
| 5.  HYPERTROPHIC GASTRITIS. | 535.2 |
| 6.  HISTORY OF ETHANOL ABUSE. | V11.3 |
| 7.  HISTORY OF TOBACCO ABUSE. | V15.89 |
| | 041.0 |

*PTF COMPLETED OCT 04 1986*

**PERTINENT CLINICAL DIAGNOSES NOTED BUT NOT TREATED AND WHICH DID NOT IMPACT UPON THIS EPISODE OF CARE** *(include autopsy diagnoses not listed as clinical above):*

**OPERATION/PROCEDURES PERFORMED DURING THIS EPISODE OF CARE:**

| | DATE | OPERATION/ PROCEDURES CODE |
|---|---|---|

**SUMMARY** *(Brief statement should include, if applicable, history, pertinent physical findings, provisional diagnosis, course in hospital, treatment given; condition at release; date patient is capable of returning to full employment, period of convalescence, if required; recommendations for follow-up treatment including date of first VA outpatient visit, where applicable; medications furnished at release, any specific instruction given to the patient and/or family, including diet, physical activity limitations, competency opinion when required, rehabilitation potential; and, name of Nursing Home or other receiving facility, if known)*

Attending physician:  Dr. Chris Lahart. HISTORY OF PRESENT ILLNESS:  The patient is a 63 year old white male who was in his usual state of health until three weeks prior to admission.  The patient complained of mild shortness of breath with cough productive of whitish-creamy sputum which was occasionally blood-streaked.  The patient also complained of subjective fevers and occasional night sweats.  He also admitted to decrease in appetite but denied weight loss or anorexia.  The patient had experienced transient episodes of right-sided flank pain and chest pain described as pleuritic in nature, most often associated with cough.  The patient denied dysuria, hematuria, hematochezia, hematemesis or melena.  His PAST MEDICAL HISTORY was only significant for acute gastritis in March of 1986 with upper GI revealing incarcerated hiatal hernia with hypergastritis associated.  Medications on admission:  Mylanta and Tagamet.  Past surgical history:  The patient had a right inguinal repair in March of 1986.  Social history:  Remarkable for smoking four packs per day of cigarettes for greater than 45 years.  REVIEW OF SYSTEMS:  Otherwise noncontributory.  PHYSICAL EXAMINATION:  In general the patient was a well developed, well nourished white male in no acute distress.  Vital signs:  Temperature 99.6, pulse 96 and regular.  Respirations 24 and moderately labored.  Blood pressure 120/70 without tilt.  HEENT:  Normocephalic, atraumatic, pupils equal, round, reactive to light and accommodation.  Extraocular movements intact.  Neck supple without adenopathy, thyromegaly or bruit.  Chest normal expansions bilaterally with bibasilar crackles, right greater than left.  Heart: Distant heart sounds, regular rate and rhythm, no gallops or murmur appreciated.  The abdomen

| ADMISSION DATE | DISCHARGE DATE | TYPE OF RELEASE | INPATIENT DAYS | ABSENCE DAYS | WARD NO. | SIGNATURE PHYSICIAN/DENTIST | SIGNATURE OF APPROVING PHYSICIAN/DENTIST |
|---|---|---|---|---|---|---|---|
| 9-17-86 | 9-22-86 | OPT-NSC | 5 | 0 | 206 | HARVEY W. BOWLES, M.D. | |

VA FORM 10-1000
MAY 1966

EXHIBIT COPY — DO NOT REMOVE

DISCHARGE SUMMARY (INPATIENT CARE)

1737154444

Standard Form 507

| CLINICAL RECORD | Report on _____ |
| | or |
| | Continuation cf S. F. _____ FINAL SUMMARY, PAGE # 2 |
| | *(Strike out one line)  (Specify type of examination or data)* |

*(Sign and date)*

was soft and nontender, bowel sounds positive in all quadrants. Back: Marked
kyphosis. Lumbar kyphosis. Extremities: No clubbing, cyanosis or edema. The
neurological examination was nonfocal. Rectal shows normal tone, normal prostate
with trace guaiac positive stool. LABORATORY on admission hematocrit 33.5, hemo-
globin 11.5, white blood cell count 6,500, differential 54 segs, 16 eosinophils,
1 basophil, 20 lymphocytes and 9 monocytes. PT 10.0, PTT 33.6. RDW 13.3, MCV
87.3. Serum chemistries: Glucose 140, repeat was 88. BUN 13, creatinine 1.2,
sodium 138, potassium 4.3, chloride 102, CO 2 31, calcium 9.0, phosphorus 3.4,
uric acid 4.3. Total protein 6.0, albumin 3.4, alkaline phosphatase 72, SGOT
24, SGPT 24. LDH 135, bilirubin 0.2. Urinalysis shows specific gravity 1.038,
pH of 5.0, negative for glucose, protein, ketones and hemoglobin. There was 4 +
urobilinogen, 8-10 white blood cells per HPF. 0-3 RBC's and 3 + bacteria. Sputum
cultures obtained upon admission revealed many alpha Streptococcus and moderate
Streptococcus pneumoniae. Urine cultures showed mixed flora. Sputum smear for
acid fast bacilli were negative. Reticulocyte count was 0.3, total iron binding
capacity was 195 and iron was also low at 12.0. Chest x-ray on admission revealed
increased anterior posterior diameter with elongated cardiac silhouette. There was
a right lower lobe infiltrate and bilateral interstitial fibrosis. Chest x-ray
also revealed a hiatal hernia with flattened diaphragms bilaterally. HOSPITAL
COURSE: The patient was admitted with an admitting diagnosis of pneumonia. Prior
to results of sputum cultures being obtained, the patient was treated emprically
with p.o. ampicillin 500 mg. p.o. q. 6 h. The patient's hospital course was notable
for a transient elevation in temperature to 101 and 102 on the night of admission.
After initiation of therapy with ampicillin the patient experienced subjective
and objective improvement in all symptoms. The patient's shortness of breath
markedly improved, he remained afebrile and vital signs remained stable throughout
his hospital course. The patient's hospital course was unremarkable, otherwise.
The patient was discharged in stable condition on 9-22-86 and will be followed in
General Medicine Clinic in three months with a follow-up CBC and diff prior to
admission and an outpatient barium enema to further evaluation the patient's
GI tract. DISCHARGE MEDICATIONS: Tagamet 300 mg. p.o. t.i.d., Mylanta 30 cc.
p.o. q. 4 h. with meals and q. h.s., ferrous sulfate 325 mg. p.o. t.i.d. with
meals.

*(Continue on reverse side)*      HARVEY W. BOWLES, M.D.

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
| | | 206 |

KIBODEAUX, PAUL
SS # 435 22 1260
VAMC, HOUSTON, TEXAS

FILE COPY DO NOT REMOVE

REPORT ON _____ or CONTINUATION OF _____

STANDARD FORM 507
General Services Administration and Interagency Committee
on Medical Records
FPMR (41 CFR) 201-45.505
October 1975  507-107

# BAPTIST HOSPITAL, ORANGE

608 STRICKLAND DRIVE
ORANGE, TEXAS 77630



X-RAY NO. F-533 _____ NAME Ladd, Glenn _____ ROOM 211 ____ AGE 81 ____ DATE 1-9-92

ANATOMICAL PART OR REGION

Chest

_____ Williams _____ , M.D.
ATTENDING PHYSICIAN

FINDINGS: Chest:   PA and lateral views of the chest were obtained.   The heart is
within normal limits of size, unchanged from the exam of 3-20-90.   Both
costophrenic angles are blunted.   What appear to be calcified pleural
plaques are identified along the left lateral chest wall.

IMP: 1.   The blunting of the costophrenic angles suggests bilateral pleural
effusions.

    2.   The calcified pleural plaques are most often associated with
asbestosis.

CSD:pke
1-9-92

SIGNED _____ Chele S. Day, M.D. _____
RADIOLOGIST

# RADIOLOGICAL CONSULTATION

OH-10028

AUTOPSY   PROTOCOL

AUTOSPY NUMBER____ A-89-5

PATIENT ROBERT C. LINSCOMB _____   SEX  MALE   COLOR WHITE   AGE   68

ADDRESS 30 CIRCLE C -   ORANGE, TX   EXPIRED  6:35 P. M. MAY 30, 1989

ADMITTED 7:44 P. M. MAY 22, 1989

AUTOPSY ORDERED BY___ Dr. J. JONES

AUTOPSIED: 1:00 P.M. MAY 31, 1989   AUTOPSIED BY  Oscar R. Griffin, M.D.
AT CLAYBAR FUNERAL HOME

FINAL PATHOLOGICAL DIAGNOSIS:

1.  BRONCHOGENIC SQUAMOUS CELL CARCINOMA, LOWER LOBE OF RT. LUNG

2.  EXTREMELY LARGE SIZE OF TUMOR MASS WITH EXTENSION INTO MEDIASTIUM

3.  CONFLUENT BRONCHOPNEUMONIA IN REMAINING LUNG TISSUE AS IMMEDIATE CAUSE FOR DEAT

4.  PROBABLE METASTATIC CARCINOMA TO BRAIN

5.  SEVERE GENERALIZED EMPHYSEMA AND FIBROSIS OF BOTH RT. AND LT. LUNGS

6.  SEVERE FIBROUS PLACQUE FORMATION ON BOTH VISCERAL AND PARIETAL PLEURAL SURFACES

7.  IRON STAINED PREPARATIONS SHOW IRON FILLED MACROPHAGES AND ELONGATED BLUNT SHAP
OBJECTS COMPATIBLE WITH ASBESTOS BODIES

8.  OLD ARTERIOSCLEROTIC HEART DISEASE

9.  CONGESTION OF LIVER

10.  CANCER CACHEXIA

FINISHED 6/26/89

c:
Patient's Chart
Dr. J. Jones

ORG/afd

ROBERT C. LINSCOMB

A-89-5
Pg. 2

## EXTERNAL EXAMINATION:

This is the embalmed body of a white male. The body is well-developed, emaciated, and shows the changes of cancer cachexia. The patient was admitted to Baptist Hospital Orange at 7:44 P.M. on May 22, 1989 known to be suffering from far advanced lung cancer. He had been under the care of Hospice prior to coming to the hospital. The patient was given general supportive care and expired at 6:35 P. M. on May 30, 1989.

The skin is smooth and soft. The head is of normal size. The hair is partially gr The eyes are partially opened and the pupils are dilated, regular and equal in size There is no icterus.

The chest is symmetrical and shows no deformity or scar. Breasts are symmetrical a there are no palpable masses. The abdomen is flat and loose. Edema of the feet an ankles is bilaterally absent. There is no deformity of the extremities.

## INTERNAL EXAMINATION:

The body is opened with the classical "Y"shaped incision. Decreased thickness of abdominal subcutaneous fatty tissue is noted. The peritoneal cavity contains no fluid or blood. The inferior border of the liver is dull and extends 2.5cm. below the rib margin in the midclavicular line. Lymph nodes in the abdomen are not enlar; No adhesions are felt and the inguinal rings are closed.

The chest plate is removed and lungs noted to be bound down bilaterally. The rt. a lt. sides of diaphragm are at the fourth intercostal space. There is no fluid pres within the pleural cavities. An extremely large tumor mass occupies the rt. lower lobe and extends out into the mediastium as firm, white, tumor tissue.

The <u>thymus</u> is replaced by fat. Pericardium contains no excess fluid. <u>Thyroid</u> is symmetrical and unchanged. <u>Parathyroid</u> glands are not enlarged.

The lt. <u>lung</u> weighs 850gms., rt. <u>lung</u> 1400gms. An extremely large, firm, dense, whitish-gray tumor mass is seen to occupy virtually all of the lower lobe of the rt. lung and is seen to extend out toward the heart as dense white-gray tumor tissue. The tumor measures 15cm. in greatest diameter. The remainder of the lung tissue sho evidence of emphysema and is firm and consolidated with pneumonia. Dense white plac are noted on both the visceral and parietal pleura.

The <u>heart</u> appears somewhat enlarged and shows far advanced anteriosclerotic coronary artery disease. No evidence of recent or old myocardial infarction is seen.

The <u>spleen</u> appears congested. No metastatic tumor nodules are seen.

The <u>gallbladder</u> contains a small amount of greenish fluid but shows no evidence of abnormality. There is no obstruction in the biliary ducts or gallbladder.

ROBERT C. LINSCOMB                                              A-89-5
                                                               Pg. 3

EXAM CONT'D.................................:...!................................,......

The pancreas is firm and of normal size and consistency. The cut surface shows a
tan lobular pattern. No abnormality is seen. Both adrenals are normal in size.
No hemorrhage, neoplasm or other change is noted.

The esophagus has a smooth white, shiny mucosa without diverticuli, tumors, ulcers
or varices. The stomach is empty. The mucosal surface appears essentially unre-
markable. The small and large bowels show no obstruction, diverticuli, polypi,
ulcers, perforations or tumors. The appendix is normal.

Both kidneys are essentially normal in appearance.

The patient may well have metastatic tumor to the brain but the brain was not exami

MICRO:

HEART:    Fibrosis due to old arteriosclerotic coronary artery disease is seen.

LUNGS:    Sections of the large tumor mass show it to be a squamous cell carcinoma wh
          is seen to be arising from a bronchus. Sections taken away from the tumor
          show severe far advanced confluent bronchopneumonia which is probably the d
          cause for death. Also noted are marked emphysema and fibrosis and sections
          stained with iron preparations show hemosiderin filled macrophages, and elo
          ted blunt-shaped objects which are compatible with asbestos bodies. Sectio
          of the placque found on the pleura show them to be dense fibrous tissue.

KIDNEYS:  Normal

PANCREAS: Normal

SPLEEN:   Normal

LIVER:    Congestion is noted.

ADRENAL:  No metastatic tumor is seen.

**HOMER C. STUNTZ, M.D.**
PHYSICIAN AND SURGEON
1214 SIXTEENTH ST.
ORANGE, TEXAS 77630
(409) 883-4796

12-19-94


RE:   Joe Boon Lobb

To Whom It May Concern:

This is to certify that the above named patient
suffered from Asbestosis for approximately   20
years prior to his death on May 7, 1987.


Homer C. Stuntz, M.D.



CERTIFIED COPY OF DEATH CERTIFICATE—Class 4 (Fits BOVS Form 20 effective Jan. 1, 1949)
SOUTHERN PRINTERS, ORANGE

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

# CERTIFICATE OF DEATH

**STATE OF TEXAS**

| 1. NAME OF DECEASED (Type or print) | (a) First JOE | (b) Middle B. | (c) Last LOBB | 2. SEX Male | 3. DATE OF DEATH MAY 7, 1987 |
|---|---|---|---|---|---|

| 4. RACE White | 5a. WAS THE DECEDENT OF SPANISH ORIGIN? NO | 5b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. | 6. DATE OF BIRTH 4-13-1912 | 7. AGE (In years last birthday) 75 | IF UNDER 1 YEAR — Months / Days | IF UNDER 24 HRS. — Hours / Minutes |

| 8a. PLACE OF DEATH — COUNTY Orange | 8b. CITY OR TOWN (If outside city limits, give precinct no.) Orange | 8c. NAME OF (if not in hospital, give street address) HOSPITAL OR INSTITUTION Orange Memorial Hospital | 8d. INSIDE CITY LIMITS? YES |

| 9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) Married | 10. BIRTHPLACE (State or foreign country) Kentucky | 11. CITIZEN OF WHAT COUNTRY? USA. | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? Yes | 13. SURVIVING SPOUSE (If wife, give maiden name) Maxine Lummus |

| 14. SOCIAL SECURITY NO. 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 | 15a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) Painter | 15b. KIND OF BUSINESS OR INDUSTRY Construction |

| 16a. RESIDENCE — STATE Texas | 16b. COUNTY Orange | 16c. CITY OR TOWN (If outside city limits, show rural) Orange | 16d. STREET ADDRESS (if rural, give location) 3833 Cochran | 16e. INSIDE CITY LIMITS? YES |

| 17. FATHER'S NAME William T. Lobb | 18. MOTHER'S MAIDEN NAME Unavailable | 19. SIGNATURE OF INFORMANT Maxine Lobb |

| 20. PART I | IMMEDIATE CAUSE (Enter only one cause per line for (a), (b), (c)) | | Interval between onset and death |
|---|---|---|---|
| | (a) Pneumonia of Rt. lung | DUE TO, OR AS A CONSEQUENCE OF: | 4 days |
| Conditions, if any, which gave rise to immediate cause stating the underlying cause last | (b) Chronic Obstructive Pulmonary Disease | DUE TO, OR AS A CONSEQUENCE OF: | 10 Years |
| | (c) Asbestosis | | 20 years |

| PART II | OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a) Adenocarcinoma of the Pancreas, Metastic to Aorta | 21. AUTOPSY? Yes |

| 22a. ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify) | 22b. DATE OF INJURY (Mo., Day, Yr.) | 22c. HOUR OF INJURY | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 22e. INJURY AT WORK (Specify yes or no) | 22f. PLACE OF INJURY—At home, farm, street, factory, office-building, etc. (Specify) | 22g. LOCATION | STREET OR R.F.D. NO. | CITY OR TOWN | STATE |

| 23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated (Signature and Title) Homer C. Stuntz, M.D. | 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated (Signature and Title) |
|---|---|
| 23b. DATE SIGNED (Mo., Day, Yr.) 5-11-87 | 23c. HOUR OF DEATH 7:10 P. M. | 24b. DATE SIGNED (Mo., Day, Yr.) | 24c. HOUR OF DEATH M. |
| 23d. NAME OF ATTENDING PHYSICIAN (Type or print) Homer C. Stuntz, M.D. | 24d. PRONOUNCED DEAD (Mo., Day, Year) ON | 24e. PRONOUNCED DEAD (Hour) AT M. |

| 25a. BURIAL, CREMATION, REMOVAL (Specify) Burial | 25b. DATE May 9, 1987 | 25c. NAME OF CEMETERY OR CREMATORY Hillcrest Memorial Gardens |
|---|---|---|
| 25d. LOCATION [City, town, or county] Orange County | State Texas | 26. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH Brown Claybar/6942/Claybar Funeral Home |

| 27a. REGISTRAR'S FILE NO. 79 | 27b. DATE REC'D BY LOCAL REGISTRAR May 12, 1987 | 27c. SIGNATURE OF LOCAL REGISTRAR LaNita Kelly |

---

STATE OF TEXAS

COUNTY OF _____Orange_____

I HEREBY CERTIFY that the above certificate is a true and accurate copy of the record of death of_____

_____JOE B. LOBB_____ filed in my office, and is of record on

PAGE _____79_____ VOL. _____28_____ of the Records of Deaths of _____Orange_____ County, Texas.

Witness my hand and seal of office this _____12th_____ day of _____May_____, 19_87_

By _____ Deputy                Registrar _____Orange_____ County, Texas.



MASSACHUSETTS GENERAL HOSPITAL
JAMES HOMER WRIGHT PATHOLOGY LABORATORIES
OFFICE · (617) 726-8891

*Department of Pathology*
*Address*
*Massachusetts General Hospital*
*Boston, Massachusetts 02114*

Your #S-805-87, A-90-22,
Veterans Adminstration
Medical Center, Shreveport, LA

Patient: Lucas, Stanley

My #GM 3248                                   31 December 1990

Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC 29401

Diagnosis: Lung, autopsy: 1.  Squamous cell carcinoma, largely necrotic
                                (post-radiation therapy).
                        2.  Asbestosis, grade II/IV, focal.
                        3.  Acute bronchopneumonia.

        Parietal pleura:  Pleural hyaline plaque.

Dear Sirs:

    I have reviewed approximately five hundred pages of medical records and
reports pertaining to Mr. Stanley Lucas. These come primarily from the Veterans
Administration Medical Center, Shreveport, Louisiana.  I have reviewed
Certificate of Death on 1 October 1990 in the State of Louisiana.  I have
reviewed Report of Autopsy performed on 2 October 1990 by Roger I. Zitman, M.D.
I have reviewed a letter from Ness, Motley, Loadholt, Richardson & Poole to me
dated 20 December 1990.  I have reviewed one glass slide stained with
hematoxylin and eosin which represents a needle biopsy of a lung tumor.  I have
reviewed microscopically twenty-seven glass slides stained with hematoxylin and
eosin which represent organs examined at autopsy.

    Histopathologically, a needle biopsy of a lung tumor includes intercostal
muscle and a pleural adhesion and a squamous cell carcinoma.  The carcinoma
consists of nests of large pleomorphic cells.  The nuclei are smudged and
hyperchromatic.  Cytoplasm is abundant with distinct cytoplasmic membranes and
intercellular bridges and keratinization of individual cells.  There is
extensive desmoplastic fibrosis.  No alveoli are present.

    Histopathologically, the lung at autopsy contains a tumor which is
extensively necrotic.  Small remaining islands of viable tumor are composed of
malignant squamous cells.  Nuclei are large and vesicular with prominent
nucleoli.  Cytoplasm is abundant with distinct cytoplasmic membranes and
intercellular bridges in some areas.  The tumor elicits a small amount of
desmoplastic fibrosis.  The histology characterizes a squamous cell carcinoma of
a poor degree of differentiation.  The histology is consistent with a squamous
cell carcinoma arising in the lung.  The necrosis is consistent with effects of
radiotherapy.

Exhibit "B"

Page 2
My #GM 3248

Alveoli over large areas are filled with neutrophils and fibrin. Capillaries are congested. This constitutes acute bronchopneumonia.

Asbestos bodies are present. They are present in approximately one-half of the slides which contain lung tissue. They are present singly and in groups. They lie within histiocytes and within fibrous tissue away from tumor. They lie in the immediate vicinity of viable tumor and within necrotic tumor. One slide contains approximately twenty asbestos bodies per square centimeter of non-tumorous lung. Old interstitial fibrosis occurs in part around bronchovascular bundles and in part as discrete scars away from bronchovascular bundles. The combination of the asbestos bodies and the fibrosis constitutes parenchymal asbestosis. The location of the asbestostic scarring constitutes parenchymal asbestosis of histopathological grade II/IV.

Parietal pleura contains a pleural hyaline plaque. Coarse bundles of paucicellular collagen lie in a basket-weave configuration. The plaque is approximately four millimeters in maximal thickness. The plaque is macroscopically and microscopically typical of those that occur in patients who are exposed to asbestos.

Liver shows metastatic squamous cell carcinoma with a poor degree of differentiation. The tumor is extensively necrotic. The liver is congested. Bone marrow shows myeloid hyperplasia. Larynx shows a hyalinized nodule in the vocal cord. The remainder of the organs show congestion without clinically significant findings.

This patient developed cough and shortness of breath of six months duration in 1987 at the age of 63 years. Chest x-ray showed a mass in the lingula which abutted the pleura. Needle biopsy of this mass yielded tissue which was interpreted as a squamous cell carcinoma. Clinical, radiographic and laboratory investigation disclosed no other primary carcinoma. The patient had a history of hypertension and coronary artery disease. A surgical consultant determined that the patient would not tolerate resection of the tumor. No specific therapy was administered. The patient returned to hospital in 1990 with marked anemia. He was treated with blood transfusions. Radiotherapy was now administered to the chest. The patient deteriorated. He developed fevers and productive cough. He died in October 1990, approximately three and one-half years after initial histopathological diagnosis of tumor.

The patient smoked cigarettes for several years according to the medical records and according to the letter of Ness, Motley, Loadholt, Richardson & Poole to me. The patient had asbestosis according to the medical records and was exposed to asbestos for several years according to the letter of Ness, Motley, Loadholt, Richardson & Poole to me. Cigarette smoke and asbestos each can cause carcinoma of the lung and together do so in a synergistic manner.

**Page 3**
**My #GM 3248**

I conclude that this patient developed asbestosis, squamous cell carcinoma of the lung, and pleural hyaline plaque. I conclude that this patient inhaled asbestos. I conclude that the asbestos which he inhaled caused his asbestosis and his pleural hyaline plaque. I conclude that the cigarette smoke to which he reportedly was exposed and the asbestos which he inhaled caused his squamous cell carcinoma of the lung. I conclude that the squamous cell carcinoma spread within the chest and metastasized to the liver and caused his death.

I have taken representative photomicrographs of the pathological findings.

The pathological materials are hereby returned. Should I have to comment upon them at a future time beyond the contents of this report, I would like the opportunity to review them again at that time. When you have completed your need for these slides, please return them so that they can become part of our permanent teaching collection in pulmonary pathology.

Sincerely yours,

Eugene J. Mark, M.D.

EJM/emw

Enc.

THIS RECORD IS VALID FOR DEATH ONLY

**STATE OF LOUISIANA**
**CERTIFICATE OF DEATH**

**IMPORTANT:**
PRINT or TYPE, black ink

993085

0208233

BIRTH No. _____    FILE No. 117 _____

**DECEDENT**

Lucas, Sr.    Stanley    Bruce    October 1, 1990

7:15 PM  Male    White    Married    Mary Woodcock

Aug. 11, 1923    67    Terre Haute, Indiana

Machinist    Precission Tool & Die    no

Yes    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    12 Grades

**PLACE OF DEATH**

Overton Brooks VA Medical Center    YES

Shreveport    Caddo

**RESIDENCE**

Shreveport    Caddo    Louisiana

6725 Buncombe Rd. #121    71129    Yes

**PARENTS**

Lucas    Middleton    Wapaknoeta    Ohio

Holdway    Norma    Terre Haute    Indiana

**INFORMANT**

Amelia A. Fyke    6725 Buncombe Rd. #121
Shreveport, LA. 71129    10-8-90

**CAUSE OF DEATH**

Squamous Cell Carcinoma of the Lung

Cardiopulmonary arrest

YES

M

**CERTIFIER**

9/25/90 Death    Robert E. Weaver M.D.    10/03/90

ROBERT WEAVER, M.D.    VAMC, Shreveport, LA

**FUNERAL DIRECTOR**

10-4-90    V.A. Biloxi National Cemetery
Biloxi, Mississippi

Rose-Neath Southside    E-1905
Steve Langon    Shreveport, LA. 71118    #901

**REGISTRAR**

253775    Caddo    10-2-90

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

OCT 10 1990

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S. 40:32, ET SEQ.

IN ACCORDANCE WITH LSA-R.S. 40:50 (C), I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF A DEATH CERTIFICATE IN MY CUSTODY.

LOCAL REGISTRAR

STATE REGISTRAR
William H Barlow



WARNING: It is illegal to alter or counterfeit this copy.

# TEXAS LUNG INSTITUTE

GARY K. FRIEDMAN, M.D.
BOARD CERTIFIED IN INTERNAL
AND OCCUPATIONAL MEDICINE

J.D. BRITTON, M.D., M.P.H.
BOARD CERTIFIED IN
OCCUPATIONAL MEDICINE

GLENN GOMES, M.D.
BOARD CERTIFIED IN INTERNAL
AND PULMONARY DISEASE

January 9, 1990

STEPHENSON, THOMPSON

2

RECEIVED

Ms. Taunia Elick
Stevenson and Thompson
P.O. Box 490
Orange, Texas  77630

RE:  Mr. James R. Luker, SS#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
     Date of Birth:  8/4/26

Dear Ms. Elick:

I had the pleasure of meeting Mr. James R. Luker, today, January 9,
1990, at the Texas Lung Institute, Clinic For Occupational and
Environmental Medicine at the University of Texas Medical
School/Hermann Hospital.  The purpose of today's visit is an
independent medical evaluation for occupational lung disease.

**PATIENT PROFILE:**  Mr. Luker is a 63 year old white man who
presently lives in Nederland, Texas.  He complains of some mild
shortness of breath.  He is able to walk up one to two blocks at a
moderate pace without stopping.  He is able to go up one flight of
stairs before he has to stop due to dyspnea.  He has no complaints of
coughing, but occasionally does have some shortness of breath when
lying down, but no chest pain.  He has had no pneumonia, pleurisy, or
rib fractures.  He has had no previous history of tuberculosis.  He has
no previous diagnosis of asthma or emphysema.

He previously smoked cigarettes on an average of a half a pack a day.
He started smoking in the mid-1950's, and stopped smoking in 1988.
During that period of time, he had numerous periods in which he had
stopped smoking off and on.

**OCCUPATIONAL HISTORY:**  Mr. Luker was born in Wilcox County,
Alabama, and completed the twelfth grade.  He began working in farming
in the early 1940's and moved to Mississippi doing farm work.  From
1943 to 1944, he worked as an insulator helper at a shipyard in Mobile,
Alabama.  During this time, he was exposed to asbestos insulation.  He
worked as a laborer cleaning up this insulation and while re-fitting
and repairing old ships, he worked with asbestos insulated pipes on
steam lines and bulkheads.

In 1944, he joined the Navy and served until 1946 as a deck hand.  He
did have some minimal exposure to work in the engine room; however, his

HERMANN HOSPITAL
6411 FANNIN
HOUSTON, TEXAS 77030-1501
713 793-5115

2585 BROADWAY
BEAUMONT, TEXAS 77702
409 833-5901

11200 WESTHEIMER, SUITE 414
HOUSTON, TEXAS 77042
713 975-6021

Ms. Taunia Elick                                      Page 2.
Re: Mr. James R. Luker                                January 9, 1990


primary work was a deck hand.  In 1946, after being discharged from the
service, he began working as an automobile and truck mechanic.  He was
exposed to asbestos from brake lining materials as well as asbestos
lining clutch boxes during this time.  From 1950 to 1953, he again
served in the Navy as a mechanic and after finishing this tour of duty,
he then returned to his previous occupation in the labor force as a
mechanic.  He had a brief period of time for approximately four years
in which he sold insurance.  He then worked for Monsanto from 1973 to
1975, hauling spools of yarn.  He was exposed to some unknown type of
dust in the plant.  In 1975, he began working at a washing business in
which he continues to work to this day.  He is self-employed and states
that he washes homes and driveways and other surfaces of buildings.

His first exposure to asbestos was in 1943 as an insulator.  His last
exposure was in the early 1970's when he stopped working as an
automobile mechanic.  He was never warned of the dangers of asbestos
dust and was never provided with respiratory protection against
asbestos.  He has no history of sandblasting and has never been
overcome by fumes.

Past medical problems reveals a history of hernia repair on two
separate occasions.  His health has otherwise been excellent.

Family history is positive for stroke in his father who died at the age
of 63.  His mother is in good health at the age of 91.  He has four
sisters who are in good health.

Review of systems: HEENT; very hard of hearing.  Cardiac; no chest pain
or angina.  GI; no constipation or diarrhea or change in bowel habits.

**PHYSICAL EXAMINATION:**  This is an overweight white male whose
height is 70 inches, weight 225 pounds, blood pressure 150/78,
respirations 20, pulse is 88.  HEENT; pupils are equal and reactive to
light.  TM's are clear.  Throat; upper dentures are in place.
Oropharynx is normal.  There is decreased hearing in both ears, right
greater than the left.  Neck is supple without masses.  There is
jugular venous distention, no carotid bruits, and the thyroid is not
enlarged.  Chest; breath sounds are normal.  No wheezing, rales, or
rhonchi are heard.  Heart; regular rate and rhythm without murmur or
gallop.  Abdomen is soft, non-tender with no organomegaly.  Extremities
show no cyanosis, clubbing, or edema.  Pulses were slightly decreased
in the lower extremities.  Neurological examination reveals cranial
nerves II through XII are grossly within normal limits.  Motor and
sensory are grossly intact.  Skin; no scars or tattoos are noted.  He
has some hyperpigmentary changes on the anterior aspect of both arms
and an irregular scar is noted on his left arm.

Ms. Taunia Elick                          Page 3.
Re: Mr. James R. Luker                    January 9, 1990


PULMONARY FUNCTION STUDIES:  Reveals the FVC is 3.79 liters, 83% of
predicted, FEV-1 of 2.75 liters, 87% of predicted, ratio of FEV-1/FVC
is 91%.

CHEST RADIOGRAPHS:  Chest x-rays, four views, dated January 9,
1990, reveals bilateral pleural plaque formation with calcification.
There is an increase in interstitial markings noted in the lower lung
fields.  Heart size is in the upper limits of normal.  Diaphragmatic
calcifications were noted.  Costophrenic angles were poorly visualized
no the right side as its edge on the film was cut off.

ASSESSMENT:  It is my opinion that Mr. Luker has pulmonary
asbestosis as manifested by radiographic evidence of pleural and
parenchymal changes.  His pulmonary function studies show a reduction
in the forced vital capacity, which is presently in the low normal
range.

Other medical problems include a history of previous surgical hernia
repair and a history of smoking in the past.

RECOMMENDATIONS:  Mr. Luker should avoid any further use of tobacco
products because of the synergistic-carcinogenic effect of cigarette
smoke and asbestos in causing lung cancer.  He has been advised that he
is at risk for the development of lung cancer, mesothelioma,
gastrointestinal and genitourinary malignancies.  If he should develop
any symptoms referable to these organ systems, he should report them at
once to his family physician.  He should obtain yearly chest x-rays as
well as stools for occult blood for the purpose of screening for
malignancies.

Thank you for allowing me to evaluate your client, Mr. James R. Luker.
If I may be of any further assistance, please do not hesitate to
contact me.


                        Respectfully yours,


                        Glenn Gomes, M.D.


GG:PT2

BAR CODE STRIP 2
233703    6666
Radiologist Report

# PARK AVENUE MEDICAL CENTER

## X-RAY DEPARTMENT

NAME ___HAY, GEORGE_____    AGE __48__ DATE _06-17-92_

PART OR REGION                                    Roxie Viator

CHEST

_____H C Williams_____ M. D.
ATTENDING PHYSICIAN

FINDINGS

CHEST:    The heart is not enlarged. The right lung is more radiolucent
          than the left. I believe there is defuse pleural thickening on the
          left. There is slight blunting of the costophrenic angle. I do
          see any evidence of pleural placques or pleural califications.

IMP:      There is defuse pleural thickening involving the left hemithorax.

WWB:lya
6-18-92

SIGNED _____ M. D.
RADIOLOGIST

# RADIOLOGICAL CONSULTATION

JOE STRIP 1

6      4444
Diagnosis Report

# Southeast Texas Pulmonary Associates. P.A
810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770

Board Certified Specialists:
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

N. Jeff Alford, M.D.
Harold Z. Boncowitz, M.D.

February 13, 1996

Roxie Huffman Viator
Attorney at Law
2827 Western Ave.
Orange, TX   77630

RE:  Rufus McDonald

Dear Ms. Viator:

I saw Mr. Rufus McDonald in the office today for the purpose of
evaluation of possible occupational lung disease.  As you recall,
I had previously seen him September 16, 1992.

Mr. McDonald is an 81-year-old gentleman who has been exposed to
significant amounts of asbestos insulation having worked both as a
ship fitter and as an insulator.  In 1973, he underwent surgery for
a pulmonary nodule that was apparently benign.

The patient has had chronic problems of shortness of breath.
Additionally, his general medical health has become much worse and
he is now wheel chair bound.  He does continue to have a chronic
cough.

On examination, Mr. McDonald is alert and not in severe distress.
Examination of the skin is unremarkable.  The chest shows a normal
anterior/posterior diameter with slightly prolonged flows.  The
patient does have somewhat of a rhonchial cough and some rhonchi
heard.  I do not hear any wheezes or rales.  The heart shows a
regular rhythm without murmurs.  The abdomen is soft.  Extremities
show no cyanosis, clubbing, or edema.

I reviewed his chest radiograph. He has evidence of previous right
thoracotomy.  There is some pleural thickening and plaque formation
on that side.  The left lung and pleura are clear.

I believe Mr. McDonald's main pulmonary problem is chronic
bronchitis. He does have some evidence of pleural plaque formation
of his right chest.  However, I believe more likely than not that
is related to previous surgery and to asbestos-related disease.

846-4449

RE:    Rufus McDonald
       Page 2


Thank you for asking me to see Mr. McDonald.

Sincerely,

N. Jeff Alford, M.D.

NJA/MTE-101

# RUFUS MCDONALD

Per request there are 18 sheets of film to review. The first examination available is dated 1-12-95 and consists of PA and lateral chest views. The source of these films is not indicated but on the basis of some paperwork sent with the films these appear to have been done at the VA Medical Center in Beaumont.

There is pleural thickening consistent with plaque formation in the right hemidiaphragm region with patchy calcification here. Additionally, there are pleural-based calcifications in the mid-portion of the right hemithorax relatively anteriorly consistent with calcified pleural plaques extending over a diameter of about 2.7 cm. 5 mm calcified granuloma shown in left lung base. Hyperinflation evident, presumably due to COPD. The patient does have degenerative spurring of the medial margin of the left humeral head. There is a disrupted wire loop about the anterior portions and another about the anterolateral portions of the right third and fourth ribs from previous surgery. Mild to moderately severe and in part ankylosing hypertrophic degenerative changes of the thoracic spine are shown. There is probable demineralization.

The examination done 1-26-96 at Park Avenue Medical Center in Orange, Texas is submitted. This does not show any significant difference from the first noted exam.

PA and lateral chest views dated 4-15-96 from Jasper Memorial Hospital also show no significant interval change. There is a portable chest from Jasper Memorial Hospital dated 6-21-96 at 10:59 with no significant change. There is also a portable chest dated 4-16-97 from Jasper Memorial Hospital at 1:35 PM that shows no significant change. There are actually two views but one of these is a copy.

Overpenetrated somewhat left posterior oblique view dated 5-2-97 from Jasper Memorial Hospital shows no significant change. Again one of these two views is a copy. None of the available conventional radiographs shows interstitial pulmonary disease.

There is a computed chest tomographic examination from Jasper Memorial Hospital dated 5-12-94. Please note that this is done with 10-mm thick sections and is not a high-resolution chest CT study that one might use to evaluate specifically for interstitial pulmonary disease. The CT does show the right-sided anterolateral as well as diaphragmatic region pleural plaques. Slice #23 on the CT shows a small area of pleural calcification on the left laterally and caudally, approximately 1 cm in diameter and probably a calcified pleural plaque in view of the other findings although not absolutely specific. There are degenerative changes of both glenohumeral joints.

## THE UNIVERSITY OF TEXAS HEALTH CENTER AT TYLER

## RADIOGRAPHIC REPORT

## IMPRESSION:

1) There are areas of calcified pleural thickening consistent with calcified pleural plaque due to asbestos exposure. It is relatively unlikely that these are due simply to scarring in view of the shape and characteristic calcifications.

2) No identified interstitial pulmonary disease to indicate asbestosis (asbestos-related lung disease)

3) Hyperinflation presumably due to COPD.

4) Calcified granulomatous disease.

JOHN CHALMERS, M.D.
RADIOLOGIST

THE UNIVERSITY OF TEXAS HEALTH CENTER AT TYLER

RADIOGRAPHIC REPORT

RAD.RPT

STATE OF TEXAS
CERTIFICATE OF DEATH
STATE FILE NUMBER

*(Type or Print)*

| 1. NAME OF DECEASED (a) First | (b) Middle | (c) Last | (d) Maiden | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| Avena | James | Mello | | Male | December 20, 1992 |

| 4. RACE | 5a. WAS THE DECEDENT OF HISPANIC ORIGIN? (Mexican, Cuban, Puerto Rican, etc.) | 5b. IF YES, SPECIFY | 6. DATE OF BIRTH | 7. AGE (In years last birthday) | IF UNDER 1 YEAR | | IF UNDER 24 HRS. | |
|---|---|---|---|---|---|---|---|---|
| White | ☐ YES  ☒ NO | | Mar 26, 1910 | 82 | Months | Days | Hours | Minutes |

8. SOCIAL SECURITY NUMBER: 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

9a. PLACE OF DEATH (Check only one)
HOSPITAL: ☒ Inpatient  ☐ ER/Outpatient  ☐ DOA    OTHER: ☐ Nursing Home  ☐ Residence  ☐ Other (Specify)

| 9b. PLACE OF DEATH — COUNTY | 9c. CITY OR TOWN (If outside city limits, give location) | 9d. NAME OF (If not in hospital, give street address) HOSPITAL OR INSTITUTION | 9e. INSIDE CITY LIMITS? |
|---|---|---|---|
| Jefferson | *Groves?* Pt Ard | Mid-Jefferson Hospital | ☐ YES  ☐ NO |

| 10. BIRTHPLACE (City and State or Foreign Country) | 11. CITIZEN OF WHAT COUNTRY | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 13. MARRIED  NEVER MARRIED | 14. SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|---|
| New Iberia Par., LA | U.S.A. | ☐ YES  ☐ NO | ☒ MARRIED  ☐ NEVER MARRIED  ☐ WIDOWED  ☐ DIVORCED | Lillie Broussard |

| 15. DECEDENT'S EDUCATION (Highest grade completed) | | 16a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 16b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| Grades (0-12) | College (1-4 or 5+) | Tabulator | Local #112 |
| 6 | | | |

| 17a. RESIDENCE — STATE | 17b. COUNTY | 17c. CITY OR TOWN (If outside city limits, show nearest) ZIP CODE | 17d. INSIDE CITY LIMITS? |
|---|---|---|---|
| Texas | Jefferson | Port Arthur    77640 | ☒ YES  ☐ NO |

17e. STREET ADDRESS (If rural, give location): 2294 62nd Street

18. FATHER'S NAME: Leonce Mello

19. MOTHER'S MAIDEN NAME: Adelia Romero

| 20a. SIGNATURE OF INFORMANT | 20b. MAILING ADDRESS OF INFORMANT (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| *Lillie Mello* | 2294 62nd Street Port Arthur, Texas 77640 |

| 21. MANNER OF DEATH | 22a. DATE OF INJURY (Month, Day, Year) | 22b. TIME OF INJURY | 22c. INJURY AT WORK? | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☒ Natural  ☐ Pending Investigation  ☐ Accident  ☐ Could not be Determined  ☐ Suicide  ☐ Homicide | | M. | ☐ YES  ☐ NO | |

22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify)

22f. LOCATION (Street and Number or Rural Route Number, City or Town, State)

| 23a. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title) | | 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title) |
|---|---|---|
| *C. W. Drawhorn M.D* | To be completed by CERTIFYING PHYSICIAN only / To be completed by MEDICAL EXAMINER or JUSTICE of the Peace only | |
| 23b. DATE SIGNED (Mo., Day, Yr.)  1-4-93 | 23c. HOUR OF DEATH  5:00 A    M. | 24b. DATE SIGNED (Mo., Day, Yr.) |
| | | 24c. HOUR OF DEATH    M. |
| 23d. NAME OF CERTIFYING PHYSICIAN (Type or print)  C. W. Drawhorn, M.D. | | 24d. DECLARED DEAD (Mo., Day, Yr.)  ON |
| | | 24e. DECLARED DEAD (Hour)  AT    M. |

25. MAILING ADDRESS OF CERTIFIER (Type or Print): 2400 Hwy. 365 Nederland, Texas 77627

| 26a. METHOD OF DISPOSITION  ☒ Burial  ☐ Cremation  ☐ Removal from State  ☐ Donation  ☐ Other (Specify) | 26b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place)  Memory Gardens Cemetery |
|---|---|

| 26c. LOCATION — City or Town, State  Jefferson County, Texas | 26d. DATE OF DISPOSITION  Dec. 30, 1992 | 26e. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH  *Pat A. Riley, Jr.*    #7092 |
|---|---|---|

26f. NAME AND ADDRESS OF FUNERAL HOME: Pat A. Riley Funeral Home    1605 Avenue H. Nederland, Texas 77627

| 27a. REGISTRAR'S FILE NO.  05-179-92 | 27b. DATE REC'D BY LOCAL REGISTRAR  01-06-93 | 27c. SIGNATURE OF LOCAL REGISTRAR  *Chris Serres* |
|---|---|---|

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. | *Mast Cell emia* | 1 mo |
| | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST  b. | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| c. | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| | 30a. WAS AN AUTOPSY PERFORMED? | 30b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| | ☐ YES  ☒ NO | ☐ YES  ☐ NO |

| 29a. Was decedent pregnant at time of death?  ☐ YES  ☐ NO  ☐ UNKNOWN | 29b. Was decedent pregnant during the last 12 months?  ☐ YES  ☐ NO  ☐ UNKNOWN |
|---|---|

WARNING
The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $10,000. (Health and Safety Code, Chapter 678, Sec. 195. 1989)

VS.112 REV. 6/92

---

THE STATE OF TEXAS
COUNTY OF JEFFERSON
CITY OF NEDERLAND

I, CHRIS SERRES, REGISTRAR OF THE CITY OF NEDERLAND, TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears on record in my office.

Witness my official seal and signature of office in Nederland, Texas, this the ___ day of _January_, 19__.

*Chris Serres /93*
Chris Serres, Registrar

HEMATOLOGY-ONCOLOGY
ASSOCIATES OF HOUSTON, P.A.

909 Frostwood, Suite 120
Houston, Texas 77024
(713) 467-1630
FAX #(713) 467-2003

GARY B. FLEISHMAN, M.D.
JOEL W. ABRAMOWITZ, M.D., Ph.D.

8200 Wednesbury, Suite 210
Houston, Texas 77074
(713) 270-1188

February 10, 1993

Roxie Huffman Viator

Re:  Avena J. Mello

Dear Ms. Viator:

Avena J. Mello was a patient of mine who was recently diagnosed
with a mesothelioma of the peritoneal cavity.   The patient was
treated    with    intraperitoneal    cisplatinum    chemotherapy.
Unfortunately he had very advanced disease along with asbestosis,
producing chronic obstructive pulmonary disease.   He died on
December 28, 1992.  I had seen him and diagnosed his condition
several weeks prior to this.  In my opinion, this patient probably
had a peritoneal mesothelioma for at least six months to a year
prior to diagnosis.   Most likely this mesothelioma was caused by
his long occupational exposure to asbestos.  Please feel free to
contact me if any further information is required.

Sincerely,

Joel William Abramowitz, M.D., Ph.D.
JWA/brkep

EXHIBIT "C"

*recd 9/19/94 RHV*

# The University of Texas Medical Branch at Galveston

*School of Medicine*
*Graduate School of Biomedical Sciences*
*School of Allied Health Sciences*
*School of Nursing*

*Marine Biomedical Institute*
*Institute for the Medical Humanities*
*UTMB Hospitals*

*Pulmonary Division*

September 14, 1994

Roxie Huffman Viator
2728 Western Ave.
Orange, TX 77630

RE: Johnnie Molina SS# 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

Dear Ms. Viator:

I saw Mr. Johnnie Molina for reevaluation on 9/1/94. Since his last visit he has no significant change in his baseline dyspnea. His weight is currently stable, and he has no new symptoms. He is currently on full-time dialysis, secondary to renal failure. He specifically denies hemoptysis, cough, sputum production or chest pain. Physical examination was most remarkable for bibasilar crackles on lung exam. The heart had a regular rate and rhythm, the abdomen was benign and extremities showed no clubbing, cyanosis or edema. Repeat chest X-ray showed increased markings as well as areas of pleural thickening. Pulmonary function tests were performed and compared to the previous study from February of 1992. There was a small decrease in his lung function manifested primarily as a decrease in forced vital capacity from 2.46 liters down to 2.32 liters and a decrease in FEV1 from 1.67 liters to 1.52 liters. Diffusion capacity was unchanged when adjusted for alveolar volume. This small decrement may be within range of variation for this individual. As I stated previously I believe that Mr. Molina has pleural and parenchymal asbestosis. His overall condition at this time appears to be relatively stable, although there are some signs of potential deterioration. In regard to prognosis, because of his concurrent end stage renal disease it is unclear which process is most likely to be limiting to his life expectancy. Treatment for this condition is predominately symptomatic. He needs to monitored on a regular basis for progression of disease and possible development of malignancy including bronchogenic carcinoma or malignant mesothelioma. Thank you for the opportunity to assist in the care of this patient.

Sincerely,

Victor J. Cardenas, Jr., M.D.
Assistant Professor
Pulmonary Division

VJC:cch



# City of Houston, Texas

**STATE OF TEXAS**  **CERTIFICATE OF DEATH**  **STATE FILE NUMBER**

*Bureau of Vital Statistics — Texas Department of Health*

| 1. NAME OF DECEASED (a) FIRST | (b) MIDDLE | (c) LAST | (d) MAIDEN | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| Johnnie | | Molina | ------- | Male | June 29, 1996 |

| 4. DATE OF BIRTH | 5. AGE (IN YEARS) | IF UNDER 1 YR. MO / DAYS | IF UNDER 1 DAY HOURS / MIN | 6. BIRTH PLACE (CITY & STATE OR FOREIGN COUNTRY) | 7. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| January 27, 1918 | 78 | | | Galveston, Texas | 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 |

| 8. RACE | 9a. WAS THE DECEDENT OF HISPANIC ORIGIN? | 9b. IF YES, SPECIFY (MEXICAN, CUBAN, PUERTO RICAN, ETC.) | 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 11. EDUCATION (SPECIFY HIGHEST GRADE COMPLETED. ELEM. OR SECONDARY (0-12) COLLEGE (13-16, 17+) |
|---|---|---|---|---|
| Caucasian | ☒ YES ☐ NO | Mexican | ☐ YES ☒ NO | 6 |

| 12. MARITAL STATUS | 13. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | 14. DECEDENT'S USUAL OCCUPATION | 14b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| ☒ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED | Lula Russell | Carpenter | Construction |

| 15a. RESIDENCE, STREET ADDRESS | | 15b. CITY OR TOWN |
|---|---|---|
| 6526 Avenue B (Santa Fe) | | Rural |

| 15c. COUNTY | 15d. STATE | 15e. ZIP CODE | 15f. INSIDE CITY LIMITS |
|---|---|---|---|
| Galveston | Texas | 77510 | ☐ YES ☒ NO |

| 16. FATHER'S NAME | 17. MOTHER'S MAIDEN NAME |
|---|---|
| Juan Molina | Andrea Rico |

**19. PLACE OF DEATH (CHECK ONLY ONE)**
HOSPITAL: ☒ INPATIENT ☐ ER/OUTPATIENT ☐ DOA  OTHER: ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY)

| 19. COUNTY OF DEATH | 20. CITY OR TOWN (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 21. NAME OF HOSPITAL OR INSTITUTION (If not in institution, show street address) |
|---|---|---|
| Harris | Webster | Columbia Clear Lake Regional Medical Ctr. |

| 22. INFORMANT — SIGNATURE & RELATIONSHIP | 23. MAILING ADDRESS OF INFORMANT |
|---|---|
| Lula Molina — Lula Molina - wife | 6526 Avenue B, Santa Fe, Texas 77510 |

| 24. METHOD OF DISPOSITION | 25a. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE) | 29. NAME & ADDRESS OF FUNERAL HOME |
|---|---|---|
| ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY) | Grace Memorial Park Cemetery | Hayes Funeral Home |
| | 26. LOCATION (CITY, STATE) — Hitchcock, Texas | P.O. Box 610 |
| | 27. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH — Allen Hayes #7806 | Santa Fe, Texas 77510 |

25b. Section F  Block 11D  Lot 3  Space — Unknown ☐

| 28. DATE OF DISPOSITION |
|---|
| July 1, 1996 |

**30. CERTIFIER**
☒ CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED.
☐ MEDICAL EXAMINER ☐ JUSTICE OF THE PEACE — ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, PLACE, AND DUE TO THE CAUSE(S) AND MANNER(S) AS STATED.

| 31. SIGNATURE & TITLE OF CERTIFIER | 32. DATE SIGNED MO / DAY / YEAR | 33. TIME OF DEATH |
|---|---|---|
| | July 3, 1996 | 1:25 P.M. |

34. PRINTED NAME & ADDRESS OF CERTIFIER
Robert Smiley, M.D. 450 Medical Center Blvd., Webster, Texas

35. PART 1 ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Pulmonary Embolus | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST — b. | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| c. | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |

PART 2 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1 (i.e. substance abuse, diabetes, smoking, etc.)

| 36a. AUTOPSY? | 36b. AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO |

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH | 38. DID ALCOHOL USE CONTRIBUTE TO DEATH | 39. WAS DECEDENT PREGNANT |
|---|---|---|
| ☐ YES ☐ PROBABLY ☐ NO ☐ UNKNOWN | ☐ YES ☐ PROBABLY ☐ NO ☐ UNKNOWN | AT TIME OF DEATH ☐ YES ☒ NO ☐ UNK / WITHIN LAST 12 MO ☐ YES ☒ NO ☐ UNK |

| 40. MANNER OF DEATH | 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. INJURY AT WORK | 41d. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE, ETC. (SPECIFY) |
|---|---|---|---|---|
| ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED | | M. | ☐ YES ☐ NO | |
| | 41e. LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE) | | | |
| | 41f. DESCRIBE HOW INJURY OCCURRED | | | |

| 42a. REGISTRATION NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 00089 | July 1996 | |

VS-112 REV. 2/95

---

**CERTIFIED COPY OF VITAL RECORDS**

2553038

STATE OF TEXAS
COUNTY OF HARRIS

DATE ISSUED  JUL 3 1996

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks
R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
LAMINATION MAY VOID CERTIFICATE.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

WARNING — The penalty for knowingly making a false statement in this form can be 2-10 years in person and a fine of up to $10,000. (Health and Safety Code, Sec. 195.003)

# Southeast Texas Pulmonary Associates, P.A

810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770
(409) 722-8622

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

Board Certified Specialists:
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

February 19, 1991


W. M. Rutledge, M.D.
1307 West Park
Orange, Texas  77703

RE:  Andrew D. Nance

Dear Dr. Rutledge:

Thank you for kindly referring Mr. Nance, a 63 year old white man
whom I examined in my office on the 12th of this month.  He stated
that he has chronic sinus drainage but was in his usual state of
health until one month prior to the office visit when he developed
a "head cold" manifested by  coryza, sneezing, and cough without
fever, aches, or sore throat.  Since then his cough has worsened.
He was apparently seen at your office three weeks ago and treated
with an oral medication, as well as an injection.  He felt better,
although not quite back to baseline.   In the last week he has
worsened, feeling that he "took another cold".  His symptoms are
coryza, cough, aches, and fever as high as 101 degrees two days
ago.  Over the last week, however, he has improved.  He has not had
purulent sputum, hemoptysis, or chest pain.

The patient gave a past history of peptic ulcer disease, a fracture
of the right lower extremity in 1983 not requiring surgery, a
tonsillectomy, and "pneumonia" due to exposure to fumes from a
chemical used to strip the wax from floors.  He is not allergic to
any medications and his only current medication was PCE which he
had been taking for one week.   He is a life-long nonsmoker.   He
worked for two years as an insulator helper in a shipyard, for
seven years at the Dupont Chemical Plant as an operator, for
twenty-five years at the Firestone Tire and Rubber Company Chemical
Plant as an operator, and for the past eight years as a janitor for
a school district.  He has no family history of lung disease.

His physical examination was completely unremarkable.   No rales,
rhonchi, wheezes, rubs, or bronchial sounds were heard on
examination.

The patient's PA and chest radiograph was reviewed.   It showed
bilateral calcified pleural plaques on the hemidiaphragms, and en
face on the left side.

RE:   Andrew D. Nance
      Page 2


It is my is my impression that this patient has extensive asbestos
related pleural disease without evidence of interstitial fibrosis
(i.e. asbestosis).   I think that his current symptoms are indeed
due to an upper respiratory infection.    I think the PCE is
appropriate therapy and I did not alter this or add additional
medications since the patient stated that he has been improving
over the past week.

Sincerely,


Harold D. Bencowitz, M.D.

HZB/MTE-jac

# CITY OF PORT ARTHUR

**STATE OF TEXAS**      CERTIFICATE OF DEATH      STATE FILE NUMBER

173557

**Bureau of Vital Statistics — Texas Department of Health**

| 1. NAME OF DECEASED — FIRST NAME | MIDDLE | LAST | 1b. MAIDEN | 1d. SEX | 2. DATE OF DEATH |
|---|---|---|---|---|---|
| Terrell | John | Piggott, Sr. | | Male | August 4, 1994 |

| 4. DATE OF BIRTH | 5. AGE | UNDER 1 YEAR | UNDER 1 DAY | 6. BIRTH PLACE (CITY & STATE OR FOREIGN COUNTRY) | 7. SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| October 26, 1911 | 82 | | | Mobile    AL | 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 |

8. RACE: Caucasian

9. WAS THE DECEDENT OF HISPANIC ORIGIN? ☐ YES ☒ NO — IF YES, SPECIFY (MEXICAN, CUBAN, PUERTO RICAN)

10. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No

11. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) ELEM. OR SECONDARY 5, 1-12 COLLEGE (1-3 OR 4+)

12. MARITAL STATUS: ☒ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED

13. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME): Mildred Prejean

14a. DECEDENT'S USUAL OCCUPATION: Engineer

14b. KIND OF BUSINESS OR INDUSTRY: Chemical

| 15a. RESIDENCE STREET ADDRESS | 15b. CITY OR TOWN |
|---|---|
| 195 Lafitte | Bridge City |

| 15c. COUNTY | 15d. STATE | 15e. ZIP CODE | 15f. INSIDE CITY LIMITS |
|---|---|---|---|
| Orange | Texas | 77611 | ☒ YES ☐ NO |

16. FATHER'S NAME: William Anthony Piggott

17. MOTHER'S MAIDEN NAME: Florence Ross

18. PLACE OF DEATH (CHECK ONLY ONE)
HOSPITAL: ☒ INPATIENT ☐ ER/OUTPATIENT ☐ DOA    OTHER: ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY)

| 19. COUNTY OF DEATH | 20. CITY OR TOWN OR INSIDE CITY LIMITS, GIVE PRECINCT NO. | 21. NAME OF HOSPITAL OR INSTITUTION (IF NOT IN EITHER, GIVE STREET AND NUMBER) |
|---|---|---|
| Jefferson | Port Arthur | Park Place Medical Center |

22. INFORMANT — SIGNATURE & RELATIONSHIP: Mildred Piggott (W) — Wife

23. INFORMANT'S MAILING ADDRESS (STREET AND NUMBER): 195 Lafitte, Bridge City, Texas 77611

24. METHOD OF DISPOSITION: ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY)

25a. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE): Autumn Oaks Memorial Park

25b. LOCATION (CITY, TOWN): Orange Co.   TX

25c. DATE OF DISPOSITION: 08/06/94

26. NAME & ADDRESS OF FUNERAL HOME: Claybar Funeral Home, Inc   P.O. Box 1396, Bridge City, Texas 77611

27. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: Kyle E. Hogg   #8524

28. CERTIFIER: ☒ CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER(S) STATED.
☐ MEDICAL EXAMINER ☐ JUSTICE OF THE PEACE — ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, PLACE, AND DUE TO THE CAUSE(S) AND MANNER(S) STATED.

29. SIGNATURE & TITLE OF CERTIFIER

| 30. DATE SIGNED MO DAY YEAR | 31. TIME OF DEATH |
|---|---|
| 8  9  94 | 02:00 P.M. |

32. PRINTED NAME & ADDRESS OF CERTIFIER: Lance A. Craig   M.D.   925 W. Roundbunch Rd.   Bridge City, Texas 77611

33. PART I. ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → Coronary Arrest

DUE TO (OR AS A LIKELY CONSEQUENCE OF): Respiratory Failure

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST: asbestosis   COPD

DUE TO (OR AS A LIKELY CONSEQUENCE OF):

34a. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

34b. WAS AUTOPSY PERFORMED? ☒ YES ☐ NO

34c. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐ YES ☐ NO

37. DID TOBACCO USE CONTRIBUTE TO DEATH: ☐ YES ☒ PROBABLY ☐ NO ☐ UNKNOWN

38. DID ALCOHOL USE CONTRIBUTE TO DEATH: ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN

39. WAS DECEDENT PREGNANT: AT TIME OF DEATH ☐ YES ☒ NO ☐ UNK   WITHIN LAST 12 MO ☐ YES ☐ NO ☐ UNK

43. MANNER OF DEATH: ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED

44a. DATE OF INJURY

44b. TIME OF INJURY

44c. INJURY AT WORK ☐ YES ☐ NO

44d. PLACE OF INJURY – AT HOME, FARM, STREET, FACTORY, OFFICE, ETC. (SPECIFY)

44e. LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE)

44f. DESCRIBE HOW INJURY OCCURRED

45a. REGISTRAR FILE NO.: 03-481

45b. DATE RECEIVED BY LOCAL REGISTRAR: 8-12-1994

45c. SIGNATURE OF LOCAL REGISTRAR

---

7

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS
COUNTY OF JEFFERSON }

DATE ISSUED   8-17-1994

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, PORT ARTHUR CITY HEALTH DEPARTMENT.

_H. C. Sosa_
REGISTRAR

BY _Rhonda Poindexter_
DEPUTY

This copy not valid unless prepared on engraved border displaying seal and signature of registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

BAR CODE STRIP 1
173537    4444
Diagnosis Report

HOSPITAL: Baptist, Orange

## DEPARTMENT OF ANATOMIC PATHOLOGY

### AUTOPSY REPORT

DATE OF REPORT: 10/10/94

AUTOPSY #: 94-05

PATIENT NAME: Piggott, Terrel Sr.     STAFF PATHOLOGIST:

ATTENDING PHYSICIAN: Rolando Estrada   MED. REC. #:

DATE/TIME OF DEATH: August 5, 1994 10:00 A.M.

DATE/TIME OF AUTOPSY: August 5, 1994

TYPE:  FULL_____      RESTRICTED___X____

---

CAUSE OF DEATH:

MANNER OF DEATH (forensic):

---

CLINICAL DIAGNOSIS: COPD

FINAL ANATOMIC DIAGNOSIS

- Diffuse and severe bilateral bullous emphysema of both lungs.

- Focal interstitial fibrosis

- Bronchiectasis and chronic bronchitis

- Antrachosis and pleural adhesions

- Electro microscopic evaluation: Presence of ferruginous bodies: Six ferruginous bodies per gram (blotted wet weight) lung tissue

- Severe fibrous adhesions in both pleuras with both plaques

- Atherosclerosis of aorta (grade II-III)

- Subumbilical hernia

- Multifocal actinic keratosis changes

- Focal ecchymosis (arms and right leg)

See page two (2).

A-94-05
Piggott, Terrel Sr.

/73537-4444

Final Anatomic Diagnosis

- Diffuse and severe bilateral bullous empysema of both lungs.

- Focal interstitial fibrosis

- Bronchiectasis and chronic bronchitis

- Antrachosis and pleural adhesions

- Electro microscopic evaluation:  Presence of ferruginous bodies: 6 ferruginous
  bodies per gram (blotted wet weight) lung tissue

- Severe fibrous adhesions in both pleuras with both plaques

- Atherosclerosis of aorta (grade II-III)

- Subumbilical hernia

- Multifocal actinic keratosis changes

- Focal ecchymosis (arms and right leg)


Autopsy gross and microscopic findings:

Autopsy performed on August 5, 1994, 10 a.m. and is limited to the chest cavity
(lungs only).  The external examination of the person demonstrate a white elderly
man enbalmed with a moderate degree of rigor mortis.  No livor, cyanosis or
icterus is identified.  The skin demonstrate diffuse and multiple actinic changes
and seborrheic keratosis lesions mainly in the anterior and posterior aspect of
the chest.  The head has a normal shape covered by a scanty amount of white hair.
The remainder of the scalp and cavarium is normal.  The ears are normal.  The eyes
are closed and demonstrate no gross abnormalities.  The nose have a moderate
degree of "coffee ground" exudate.  The lips and gums are unremarkable.  There
is no evidence of enlarged nodes in the neck.  The abdomen demonstrate a large
hernia, subumbilical in location measure approximately 16cm. in diameter.  There
is evidence of focal ecchymosis in both hands and flexor aspect of arms as well
as the anterior aspect of the right leg.  The genitalia is male and is
unremarkable.  The anus and extremeties demonstrate no abnormalities.  Transverse
opening section is performed parallel to the subcostal line about 20cm. in length.
The adipose tissue at that level have a thickness of 2.5cm.  Exploration of the
pleural cavity demonstrate multiple fibrous adhesions between the parietal and
visceral pleuras.  Opening of the pericardial sac demonstrate it contains 30cc.
of serous fluid.  The heart is grossly enlarged and is not removed.  The emergency
of the large blood vessels is normal and the aorta show at palpation crepitation
indicating grade II to grade IV arteriosclerotic changes.  The heart is in normal
position and the epicardium is unremarkable.  After dissection of the pleural
adhesions the lungs are removed and disected.  The right lung weighs 440gm. and
the left weighs 407gm.  The external surface is irregular with multiple fibrous
adhesion and subpleural bullous formation.  Serial sections of the lungs
demonstrate diffuse severe bullous emphysema, as well as antrachosis.  Moderate
degree of edema is identified and the bronchus are dilated indicating
bronchiectatic changes.  Several sections of the lungs are submitted for
microscopic and electromicroscopic evaluation.  The right lung is labeled "A" to
"F" and the left lung "G" to "J".  Microscopic evaluation of the lungs demonstrate
extensive emphysematous changes with moderate degree of interstitial fibrosis
and presence of antrachotic deposits.  There is also chronic inflammation and

173597-4444

A-94-05                                                                      page 2
Piggott, Terrell Sr.

congestion of the bronchus with proliferation of goblet cells indicating chronic
bronchitis as well as bronchiectasis.  No evidence of acute inflammatory process
is identified.    The pleura shows diffuse fibrosis and irregular thickening.
Special stain (iron) failed to demonstrate ferruginous bodies at light microscopy.
Electromicroscopic evaluation of the lungs are as follows: Approximately 10gm.
of this tissue is used for digestion and filtration.  The pertinent findings are:
3 ferruginous bodies identified in the residue of 1/2 gm. tissue.    The EM
interpretation of the ferruginous body burden of the tissue examined is calculated
to be six (6) ferruginous bodies per gram (blotted wet weight) tissue.   See final
anatomic pathology diagnosis on front page.

Rolando Estrada-Cordillo, M. D.
Pathologist

BAR CODE STRIPE

173537    8888

FILE COPY

Pulmonary Function Test

TEXAS LUNG INSTITUTE
2565 BROADWAY
BEAUMONT, TEXAS 77702
(409) 833-5901    (713) 461-2220

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST

July 13, 1988

Mr. Marlin Thompson
712 West Division
Orange, Texas   77630

STEPHENSON, THOMPSON

SEP 2 2 1988

RECEIVED

RE: TYRRELL PIGGOTT, SR.
    INDEPENDENT MEDICAL EVALUATION

Dear Mr. Thompson:

In had the pleasure of evaluating Mr. Tyrrell Piggott, Sr. today, July 13, 1988, in the Beaumont Office of the Texas Lung Institute. The purpose of today's visit was an Independent Medical Evaluation.

Mr. Piggott is a 76 year old married white male who is a retired boilermaker from the Gulf Oil Corporation. He retired in 1974, and is currently living in Bridge City, Texas. Mr. Piggott has a chronic shortness of breath, but never has been diagnosed with COPD. He is followed by his regular physician, Dr. Lance Craig, Family Practitioner in Bridge City, Texas, and Dr. Sheppard, I believe to be an Internist in the Orange-Beaumont area. Mr. Piggott also sees Dr. Haley who is a Urologist in the area as well. His current medications are Choledyl twice a day, Tussi-Organidin, and Maxzide for pedal edema on an as needed basis. Mr. Piggott has a 60 pack year smoking history. He quit smoking approximately four years ago. Two years ago, during a hospitalization for a fractured right hip, he apparently developed a pneumonitis. This was treated, and the symptomatology resolved.

REVIEW OF SYSTEMS: HEENT - Reveals a chronic decrease in hearing in both ears. He denies any significant swallowing difficulty or hoarseness.

CARDIORESPIRATORY - Mr. Piggott claims to be short of breath for the past four to five years. It has very gradually become worse over the past one to two years. He says he can walk only twenty to thirty feet before becoming significantly short of breath. He cannot walk up any flights of stairs whatsoever. He feels he is totally incapacitated due to his breathing, and has to have help with shaving and dressing. He is unable to perform any of his

RE: TYRRELL PIGGOTT. SR.          (CONTINUED FROM PAGE ONE)
    INDEPENDENT MEDICAL EVALUATION

normal usual daily activities.  He has a chronic productive cough
of yellowish phlegm. He denies any hemoptysis. He occasionally
does have anterior chest pain which occasionally will wake him up
in the middle of the night.  After percussion and drainage by his
wife, he is able to cough up some thickish, stringy-like sputum
which relieves his symptomatologies.  He denies any other
significant cardiorespiratory symptomatology.  He recently lost
approximately eighteen pounds, but he rapidly gained it back as
well. He denies any previous history of chest trauma, chest
surgery, or any other previous abnormal chest X-rays.

Likewise, he denies any other significant gastrointestinal
symptomatology.  Also denies any significant genitourinary or
arthritis symptomatology.

PAST MEDICAL HISTORY: Previous surgery is consistent with a left
knee surgery in 1955.  In 1984, bladder surgery was performed
apparently through a cystoscope which revealed non malignant
bladder tumors.  In 1936, following a fracture of the right hip,
an ORIF (open reduction internal fixation) was performed. During
this hospitalization, a pneumonitis was diagnosed.  In 1987, a
TURP was performed.

Prior to 1984 - 1985, Mr. Piggott was in excellent health.  He
feels his health in the last three to four years has rapidly
diminished.

FAMILY HISTORY: The patient's father died from prostatic cancer
as well as one brother also. The patient's mother died from a
head injury at a young age due to trauma.  One other brother died
of colon cancer.  One sister died from a myocardial infarction
and also COPD.  Mr. Piggott has five children.  One son age 49
has documented asbestosis which has been evaluated at this
office.  The patient's wife is in excellent health.  She,
incidentally, cared for Mr. Piggott's work clothing in the past.

OCCUPATIONAL HISTORY: Mr. Piggott was born in Mobile, Alabama,
and was raised there until the seventh grade.  He has no history
of military service.  His first employer was a merchant marine
primarily in the engine room. From 1932 to 1941, he worked on
Merchant ships, primarily in the maintenance of the boiler rooms
and engine rooms. From 1941 to 1942, he worked as a rigger for
the Chicago Bridge and Iron Works in Morgan City, Louisiana.

173537  8888

W.Umphrey
7/14/83 P58

RE: TYRRELL PIGGOTT, SR.            (CONTINUED FROM PAGE TWO)
    INDEPENDENT MEDICAL EVALUATION

From 1942 until his retirement in 1974, he was employed for the
Gulf Oil Corporation in the Port Arthur Refinery.  During these
years, he was employed as a pipefitter, boilermaker, water
tinter, firemaker, and lastly as a boilerhouse operator.  He
believes his first exposure to asbestos products was most likely
in the engine room of a merchant ship in 1932.  His last exposure
to asbestos was most likely immediately prior to his retirement
in 1974.  He had no benefits of any respiratory protection during
his employment performing his normal tasks, and additionally, Mr.
Piggott's never been warned as to the dangers of asbestos
products.

In essence, Mr. Piggott had a 42-year occupational exposure to
asbestos products, according to his best estimates.  He
calculates this to be almost on a daily basis. He is also
concerned that his wife may have been exposed as well, in that
she cared for his work clothing that he brought home from the
job.  His exposures to asbestos products were extensive and quite
usual for his line of work.  It was not uncommon for him to
remove old insulation mainly through hammers, saws, or pneumatic
devices. This process generated a great deal of dust in which the
ventilation was oftentimes very poor.  He also had exposures by
working side by side with the insulators, or them working in the
proximity. He also worked very closely with craftsmen of other
trades which may have done some of their own insulation work as
well, although he denied any form of direct insulation work
personally, he felt his exposure was considerable.  He also
denied performing any occupational welding or sandblasting.  He
also denies any exposure to gases or noxious chemicals found in
most major petrochemical refineries.

## PHYSICAL EXAMINATION

GENERAL: Mr. Piggott is a quite dyspneic, elderly Caucasian male
currently in no acute distress.  He became quite dyspneic
standing up and walking three feet.

BLOOD PRESSURE: 150/70                    WEIGHT: 156 pounds.

HEIGHT: 67".       PULSE: 82.       RESPIRATIONS:  17.

HEENT: Reveals arcus senilis bilaterally.

173537  8888

W.Umphrey
7/14/88 JDB

RE: TYRRELL PIGCOTT. SR.          (CONTINUED FROM PAGE THREE)
    INDEPENDENT MEDICAL EVALUATION

THORAX: There was extensive coarse rales in the lung bases
posteriorly.  There is gynecomastia bilaterally.  Heart has sinus
rhythm without significant murmurs or gallops present.

ABDOMEN: Protuberant and non tender to palpation or percussion.
Bowel sounds were active.

EXTREMITIES: Without cyanosis, clubbing or edema. He does have a
significant intentional tremor.

CHEST RADIOGRAPHS: Four-view chest radiographs dated July 13,
1988, revealed the following: The films are of adequate technical
quality.  The left cardiac border is indistinct and somewhat
shaggy. There is bilateral pleural thickening along the lateral
chest walls.  The pulmonary parenchyma is increased in the lower
lobes bilaterally. I would categorize these as 1/0 according to
the 1980 I.L.O. Classification.  There is a prominence in the
vascular markings in the inferior aspect of the left lobe which I
have marked with a wax pencil. In review of previous X-rays of
years past, these marking were also present.  In addition, the
left hemidiaphragm may have minimum linear calcification on the
PA projection only.  Kerley "B" lines were noted in the left
costophrenic angle.

Four-view chest radiographs were received from the office of Dr.
Brad Burns in Bridge City, but the films are not dated. These
films reveal questionable calcification of the right
hemidiaphragm, blunting of the right costophrenic angle, and
shagginess of the left cardiac border and left hemidiaphragm.
Otherwise the films are unchanged from July 13, 1988. The
increased pulmonary parenchymal markings were noted.

Chest radiographs from 1985, were generally of a poor technical
quality.

PULMONARY FUNCTION TESTS: Forced vital capacity is 1.66 liters
(43% of predicted).  FEV-1 was 0.88 liters (35% of predicted).
Percentage FEV-1 was 53.2% (68% of predicted). FEF 25-75 is 0.42
liters/sec (18% of predicted). Post bronchodilation the most
significant change was in the forced vital capacity which
increases 16% to 1.94 liters.  These pulmonary function tests
indicate an obstructive pulmonary disease with very little
response to bronchodilators.  There is also a superimposed

1755578886

W. Umphrey
7/14/88 JDB

RE: TYRRELL PIGGOTT. SR.                (CONTINUED FROM PAGE FOUR)
    INDEPENDENT MEDICAL EVALUATION

pulmonary restrictive disease which responds moderately to
bronchodilators.

ASSESSMENT: It is my medical opinion that Mr. Tyrrell Piggott,
Sr. has benign asbestos-related pleural disease. This is
evidenced by his radiographic changes. In addition, Mr. Piggott
may have pulmonary asbestosis. This is evidenced by the
extensive occupational exposure to asbestos products, the
abnormal pulmonary function testing, his significant respiratory
impairment, and pulmonary rales on physical examination.
Additionally, Mr. Piggott has chronic obstructive pulmonary
disease (COPD). He also has other multiple medical problems
which have been previously documented.

RECOMMENDATIONS: I have referred Mr. Piggott for full pulmonary
function tests which include diffusion studies and arterial blood
gases. We will call him with the results when they return to
this office. I have congratulated him for discontinuing his
smoking habit. He is to avoid any exposure to fibrogenic
materials as well, either at home or in the work place.
Likewise, he is to keep in close contact with Dr. Lance Craig in
Bridge City. I will speak with Dr. Craig personally about Mr.
Piggott. I believe it is appropriate to share the medical
records with Dr. Craig on this as well. Mr. Piggott is to have,
minimally, an annual evaluation for his pulmonary abnormalities
which would include a full physical examination, chest
radiographs, and pulmonary function tests. With any acute change
in his medical condition he is to seek immediate medical
attention with Dr. Craig or any hospital Emergency Room. He also
understands he is at risk for developing pulmonary neoplasms and
neoplasms that are associated with asbestos related diseases.

Thank you again, Mr. Thompson, for allowing us to participate in
the health care of Mr. Tyrrell Piggott, Sr.. Do no hesitate to
communicate with me in the future if I may be of further
assistance to you in this most interesting case.

Fondest regards,


JEFF D. BRITTON, M. D., M.P.H.
JDB:PTA-19

L E T T E R S

T E S T A M E N T A R Y

No. 9743

The State of Texas    :                    In The County Court

County  of  Orange   :                    Orange County, Texas


I, the Undersigned Clerk of  the  County  Court  of Orange  County,  Texas,  do hereby certify that on the 8th day of November, A. D., 1994 , Mildred Prejean Piggot  was  duly  granted by  said  Court  Letters Testamentary upon the ESTATE OF  TERRELL JOHN PIGGOT SR., DECEASED, and that she qualified as  Independent Executrix  of said estate on the 8th day of November, A.D., 1994, as the law requires, and that said appointment is still  in  full force and effect.


Given  under  my hand and seal of office at Orange, Texas, this the 17th day of November, A.D., 1994.


Molly Theriot, Clerk, County Court,

Orange County, Texas.


By _____*Shana Bach*_____ , Deputy.

Shana Bach

JUL 2 2 1953

*Tuncay Ertan, M.D., Ltd.*

*(A Professional Medical Corporation)*

*Internal Medicine and Pulmonary Disease*

*Diplomat of American Board of Internal Medicine    Fellow American College of Chest Physicians*

*Medical Plaza, Ste. No. 5D • 211 Tunell St.    Alexandria, Louisiana 71301    PH. 318-442-1611*

2/24/93

X-rays from 91 and September 1992-
shows severe pulmonary fibrosis and pleural plaques
strongly suggestive of asbestosis

3/8/93    pulmonary fibrosis and pleural plaques
          cardiomegaly

*Tuncay Ertan, (M.D.)*

TUNCAY ERTAN, M. D.


Donald R. Purser
DOB:    03-17-29
SS:    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

**TUNCAY ERTAN, M. D.**
        *10/26/94/EB*

INDEPENDENT MEDICAL EVALUATION


Donald Purser
SS#: 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
DOB: 3-17-29
Date: 6-26-98


PRESENT HISTORY:

Mr. Purser is a 69 year old white male, who relates that he was
diagnosed with cancer of the prostate two years ago.  He was
treated with external beam radiation.  Since that time, his PSA
has decreased to 1.3, indicating a good response to treatment.

He had a cardiac catheterization about one year ago, and was told
that he had a "valve problem," but that "the doctors did not want
to do surgery."  He does not take any cardiac medications.

Mr. Purser says that he has had shortness of breath with exertion
for the past twenty to thirty years.  He can walk about thirty to
forty yards at a  slow pace.  He has increased shortness of
breath with the heat.  He has a dry cough in the summer, and
states that he coughs up at least one to two tablespoons of
sputum every morning.  He has coughed up blood in the past, "with
infection," but has never had a bronchoscopy.  He states that he
has had pneumonia, at least once per year for the past twenty
years.  He takes antibiotics for any increase in cough or sputum
production, and if the antibiotics don't decrease his symptoms
within about three days, he is hospitalized.  His only breathing
medication at this time is Combivent, a beta-agonist combination
inhaler.  He has been on prednisone repeatedly, but is not
currently on steroids.  He states that he has been advised to
wear oxygen at night, but he refuses to use it.


PAST MEDICAL HISTORY:

He has had an appendectomy in the distant past.  He has also had
a fractured leg and a fractured wrist, but states that he does
not remember which leg or wrist, and does not remember the dates.

He denies a history of hypertension, diabetes, or other major
medical illness.  He denies any other surgical history or major
trauma.

IME-Page 2
Donald Purser
SS#: 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
Date: 6-265-98

FAMILY HISTORY:

Mr. Purser's father died at age 72 with a heart attack.   His
mother was a smoker, who died at age 74 with emphysema.   His
older sister is dead with colon cancer, and his only brother died
with a myocardial infarction.

SOCIAL HISTORY:

Tobacco:  Mr. Purser started smoking at age 18, and stopped when
he began having breathing problems "about 25 years ago." He
states that he smoked an average of one pack of cigarettes per
day for a total pack year history of about 26 pack years.   He
denies using tobacco in any other form.

Alcohol:  He relates that he drinks an average of two to three
beers every "week or two."

OCCUPATIONAL HISTORY:

Mr. Purser was extremely hostile about having to provide me with
an occupational history, and kept stating that "this is already
written down."  Consequently, the history is fairly sketchy.

He states that he graduated high school in 1946, and started to
college.  He went into the United States Navy in 1947, and served
through 1948 in the South Pacific, specifically Cuba and the
Phillipines.  About 1950, he returned to college for one and a
half years.  He then went back into the navy from 1952 through
1954, working with the Seabees in the Phillipines and on Guam.
He went back to college in 1954 and graduated with a degree in
industrial education in 1957.

He states that every summer during high school and college, he
worked in the shipyards in Orange, Texas.  He also mentions
working for four to five months as an "asbestos helper" in the
shipyards.  He mentions working in machine shops, doing oilfield
construction work, and wrecking houses, in addition to working in
machine shops, as intermittent occupations.

After he graduated college, he worked for fifteen years as a
teacher in a vocational technical school.  He retired in 1993.

IME-Page 3
Donald Purser
SS#: 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
Date: 6-26-98

REVIEW OF SYSTEMS:

General: He states that his appetite is "OK," and that he has gained twenty to thirty pounds since his retirement five years ago.

HEENT: Eyes: His vision is corrected with glasses. Ears: His hearing is "OK." Nasopharynx: He denies frequent sinus infections or allergic problems.

Respiratory: See present history.

Cardiac: See present history. He denies any history of chest pain suggestive of angina, or any history of myocardial infarction.

GI: No history of peptic ulcer disease, or colon disease.

GU: See present history. He denies a history of kidney stones.

Bone/Joint: He complains of diffuse joint pains, particularly affecting his hands and knees.

Neuropsychiatric: He denies any history of stroke, seizures or psychiatric disorders.

PHYSICAL EXAMINATION:

Mr. Purser is an obese, hostile, sullen, and minimally cooperative white male.

Vital signs: Height: 6'0"      Weight: 272#      BP: 160/98
HR: 64, regular      RR: 16

HEENT: Eyes: Pupils are round and equally reactive to light. Ears: Tympanic membranes are normal in appearance bilaterally. Nose: The nasal mucosa is normal in appearance. Oropharynx: There are no lesions of the tongue or buccal mucosa. There is no sinus drainage present in the posterior pharynx.

IME-Page 4
Donald Purser
SS#: 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
Date: 6-26-98


Neck: Obese. Jugular venous pulses cannot be assessed. Carotid
upstrokes are symmetrical without bruits. There is no cervical
or supraclavicular lymphadenopathy.

Chest: There is an increased A-P diameter, and respiratory
excursions are decreased. There are fine rales from the mid-back
to the bases bilaterally. There are no wheezes or rhonchi.

Cardiac: There is a regular heart rhythm. No gallops or murmurs
are heard.

Abdomen: Obese, nontender. There are no masses or
hepatosplenomegaly. Bowel sounds are active. There are no
abdominal bruits.

Extremities: There is no clubbing or cyanosis of the fingernail
beds. There is trace ankle and pedal edema bilaterally.
Popliteal and pedal pulses are 4+ bilaterally.


CHEST X-RAY: The cardiac silhouette is grossly enlarged. There
is calcification of the aortic arch. There is a marked increase
in soft tissues, indicative of obesity. Both costophrenic angles
are obscured by fibrotic changes. There are dense calcified
pleural plaques over the surfaces of both hemidiaphragms, and
also both anterior surfaces, left greater than right. There
is lobulated pleural thickening bilaterally. The diaphragms are
flattened. There is bilateral interstitial fibrosis involving
both lower lung fields, and consistent with asbestosis.


PULMONARY FUNCTION TESTS: The FVC and the FEV1 are reduced at
63% predicted and 62% predicted, respectively, with an FEV1/FVC
ratio of 78%. Forced expiratory flows are significantly reduced,
but improve following inhaled bronchodilators. There is
maldistribution of ventilation demonstrated by a significant
difference in the measured total lung capacity and the alveolar
volume. Total lung capacity is mildly reduced at 76% predicted,
with a normal residual volume. Lung diffusion is reduced to 43%
predicted. Diffusing capacity corrected for reduced alveolar
volume is low normal at 70% predicted. Resting arterial blood
gases on room air were pH 7.37, pO2 72, and pCO2 45, which are
within normal limits for the patient's age.

IME-Page 5
Donald Purser
SS#: 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
Date: 6-26-98

Assessment:  There is a moderate restrictive defect, with
superimposed mild obstructive lung disease.  The significant
decrease in lung diffusion suggests an interstitial process.
Resting arterial blood gases on room air are within normal
limits.

ASSESSMENT:

1. Prostate cancer, treated with external beam radiation two
   years ago.
2. Chronic bronchitis, frequently steroid-dependent, with a
   history of recurrent pneumonia, possibly as a result of
   bronchiectasis.
3. Significant history of cigarette smoking, with obstructive
   lung disease demonstrated by pulmonary function testing.
4. Severe cardiomyopathy noted on chest x-ray, with a reported
   history of "valvular heart disease," and a strong family
   history of ischemic heart disease.
5. Calcified pleural plaques, pleural thickening, and bibasilar
   interstitial fibrosis consistent with a diagnosis of
   asbestosis.  These findings are consistent with the results of
   his pulmonary function testing.
6. Cardiac catheterization data or echocardiographic estimation
   of the left ventricular ejection fraction would be helpful in
   estimating how much of Mr. Purser's dyspnea on exertion is
   related to his lung disease, and how much to his
   cardiomyopathy.
7. Hypertension on today's examination.
8. Morbid obesity, which is likely also contributing to the
   subjective symptoms of shortness of breath with exertion.


Gail D. Stockman, MD, Ph.D.

Pulmonary Function Lab
703 E.Marshall, Suite 4002  Longview,TX 75601  (903)753-0787

Name: PURSER, DONALD                    ID: 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        Date: 26-Jun-98
Race: Caucasian   Height: 72.00 in  Weight: 272.0 lbs          Sex: M
Room: LAB              BSA: 2.43          Age: 69 yr
Dr. : STOCKMAN                    Technician: RON BRYSON CRTT

Diagnosis: IME

Medications: PROVENTIL AND ATROVENT MDI
             COMBIVENT

Last Test Date: 1 YR AGO
Occup. Exposure: ASBESTOS
Recent Illness: IN HOSPITAL LAST YEAR
Yrs Quit: 30.0 Pk Yrs: 10.0 Pks/Day: 1.00 Yrs Smk: 10.0  Tbco Prod: None
Dyspnea History: After any exertion
Cough: Productive          Wheeze: Frequent

|  |  | PRE-BRONCH | | | POST-BRONCH | | |
|---|---|---|---|---|---|---|---|
|  |  | Actual | Pred. | %Pred. | Actual | %Pred. | %Chng |
| **LUNG MECHANICS** | | | | | | | |
| FVC | (L) | 2.89 | 4.60 | 63 | 3.01 | 65 | 4 |
| FEV1 | (L) | 2.25 | 3.63 | 62 | 2.37 | 65 | 5 |
| FEV1/FVC | (%) | 78 | 79 | | 79 | | 1 |
| FEF 25% | (L/sec) | 6.67 | 8.23 | 81 | 6.51 | 79 | -2 |
| FEF 50% | (L/sec) | 2.87 | 4.83 | 59 | 3.46 | 72 | 21 |
| FEF 75% | (L/sec) | 0.60 | 1.44 | 41 | 0.82 | 57 | 37 |
| FEF MAX | (L/sec) | 7.53 | 8.61 | 87 | 7.72 | 90 | 3 |
| FEF 25-75% | (L/sec) | 1.93 | 3.57 | 54 | 2.45 | 69 | 27 |
| FEF 75-85% | (L/sec) | 0.38 | | | 0.55 | | 45 |
| FIVC | (L) | 2.75 | | | 3.04 | | 11 |
| FIF 50% | (L/sec) | 2.29 | 4.49 | 51 | 3.28 | 73 | 43 |
| FEF 50%/FIF 50% | | 1.25 | 1.08 | | 1.06 | | -15 |
| MVV | (L/min) | 103 | 136 | 76 | | | |
| **LUNG VOLUMES** | | | | | | | |
| SVC | (L) | 3.18 | 4.89 | 65 | | | |
| IC | (L) | 2.68 | 3.46 | 77 | | | |
| ERV | (L) | 0.50 | 1.42 | 35 | | | |
| TGV (Pleth) | (L) | 2.93 | 3.96 | 74 | | | |
| RV (Pleth) | (L) | 2.43 | 2.54 | 96 | | | |
| TLC (Pleth) | (L) | 5.61 | 7.43 | 76 | | | |
| RV/TLC(Pleth) | (%) | 43 | 35 | | | | |
| **LUNG DIFFUSION** | | | | | | | |
| DLCOunc(ml/min/mmHg) | | 14.89 | 35.03 | 43 | | | |
| ALVEOLAR VOLUME (L) | | 4.54 | 7.43 | 61 | | | |
| DL/VA(ml/min/mmHg/L) | | 3.28 | 4.72 | 70 | | | |

703 E.Marshall, Suite 4002  Longview,TX 75601  (903)753-0787

Name: PURSER, DONALD                ID: 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        Date: 26-Jun-98
Race: Caucasian   Height: 72.00 in  Weight: 272.0 lbs      Sex: M
Room: LAB              BSA: 2.43        Age: 69 yr
Dr. : STOCKMAN                  Technician: RON BRYSON CRTT

## BLOOD GASES

| | | | | |
|---|---|---|---|---|
| INSPIRED O2 | (%) | 21.00 | | |
| pH | | 7.37 | 7.40 | |
| PaCO2 | (mmHg) | 44.6 | 38-42 | |
| PaO2 | (mmHg) | 71.6 | 79.3 | 90 |
| HCO3 | (mEq/L) | 25.7 | | |
| BASE EXCESS | | 0.2 | | |
| P(A-a)O2 | (mmHg) | 20.5 | | |
| SaO2 CALCULATED | (%) | 93.9 | | |

Post Test Comments:
   COUGHING DURING FVC......OTHERWISE GOOD EFFORT

