# PULMONARY CONSULTANTS OF TIDEWATER, P.C.

*Pulmonary Physicians*

Brambleton Medical Center
250 West Brambleton Avenue, Suite 201
Norfolk, Virginia 23510
(804) 625-5800

Chesapeake Medical Center
110 Wimbledon Square, Suite A
Chesapeake, Virginia 23320
(804) 547-9451

E. H. DERRING, Jr., M.D., F.C.C.P.
CHARLES J. DONLAN, Jr., M.D., F.C.C.P.
STEVEN H. KAUFMAN, M.D., F.C.C.P.

September 12, 1989

Herbert Brewer, M.D.
205 Medical Tower
Norfolk, VA  23507

Re:  Earl Reeves

Dear Herb:

At your kind request Mr. Earl Reeves was seen in the office today.  As you know he is a fifty-three year old white male. Recently he underwent routine evaluation and a chest x-ray showed abnormalities.  Further evaluation is requested.

The patient denies history of chronic respiratory problems. His past medical history is significant in that three years ago he underwent angioplasty because of severe angina (Dr. Ciuffo).  He has had surgery for appendectomy.

One month ago he was hospitalized for four days because of persistent hiccups.  The patient states that he does have hiatus hernia and chronic indigestion.  He sleeps on two pillows.  He did undergo upper G.I. endoscopy (Dr. Sperling).  He rarely notes hoarseness.  He does have some nocturnal cough.  He states that his symptoms of esophageal reflux are better with the use of Zantac.  He is also on Cardizem.  He reports that he has been on Theo-Dur in the past but he has not taken this recently.

He denies exposure to tuberculosis.

He has no known allergies.

He smoked cigarettes at the rate of one and one-half packs per day for thirty-seven years.  He discontinued smoking two and one-half years ago.

Herbert Brewer, M.D.
Re:  Earl Reeves
September 12, 1989
Page #2


He notes shortness of breath with activity such as climbing
one flight of stairs rapidly.  He states that his dyspnea is
"possibly" gradually getting worse.  He notes only minimal
morning cough which is productive of a small amount of
whitish sputum.  He notes that his cough has significantly
lessened since he discontinued smoking cigarettes.  He has
never coughed up any blood.  He denies current chest pain.

He reports that his weight has increased about twenty pounds
over the past two years.

His occupational history reveals that he has worked at the
United States Post Office since 1983.  Previously he served
in the Navy as a Boiler Technician for twenty-four years.
He states that frequently he served onboard ship and worked
in closed areas.  He states that his work frequently
involved installment and removal of asbestos insulation
materials.  He states that during the 1960's he frequently
had "daily exposure" to asbestos.

The physical examination reveals the vital signs to be as
follows:  blood pressure 102/66, pulse 68 and regular, and
respirations 20 and non-labored.  His weight is 173-1/2 lbs.
The general appearance is that of a well developed,
adequately nourished white male who is alert, oriented, and
cooperative.  Examination of the head is negative.  The
mouth and oropharynx are negative.  Examination of the neck
reveals no jugular venous distention and no adenopathy.
Examination of the heart reveals no clinical cardiomegaly.
S1 and S2 are normal with no murmurs, gallops, or rugs
heard.  Examination of the chest reveals no tenderness or
dullness.  Air entry is fairly good and there is only
minimal slowing of the expiratory phase.  There are no
wheezes.  There are minimal rales at the lung bases at the
posterolateral aspect bilaterally.  These rales only
partially clear with deep inspiration and coughing.
Examination of the abdomen reveals no masses or enlarged
organs.  Examination of the extremities reveals no cyanosis,
clubbing, or edema.  There is no evidence of phlebitis.

A chest x-ray (June 3, 1989) shows normal cardiac silhouette
(cardiothoracic ratio 15.5/32).  There is mild pleural
plaquing along the lateral chest walls bilaterally.  There
is minimal scarring at the lung bases bilaterally.  There is
no significant change as compared to a previous chest x-ray
from May 1989.

Herbert Brewer, M.D.
Re:   Earl Reeves
September 12, 1989
Page #3


IMPRESSION:

1.   Coronary artery disease, status post coronary artery angioplasty.
2.   Hiatus hernia and esophageal reflux, by history.
3.   Probable chronic obstructive pulmonary disease.
4.   Asbestos related pleural changes and probable minimal pulmonary asbestosis.

RECOMMENDATIONS:

1.   Will obtain old chest x-rays for comparison.
2.   Will obtain previous pulmonary function studies (Sentara Leigh Hospital), and also plan follow-up spirometry.
3.   He was instructed to continue to have an annual chest x-ray (in view of his asbestos exposure).
4.   He was advised to continue to abstain from smoking cigarettes.

He will be seen in follow-up after the above studies are obtained.

Thank you very much for allowing us to see this patient with you.  I will keep you posted regarding our progress.

                    Sincerely,


                    E.H. Derring, Jr., M.D.


EHD/sam



THE UNIVERSITY OF TEXAS
MD ANDERSON
CANCER CENTER

10 May 2001

To Whom It May Concern,

This letter concerns my patient, Mr. Jessie Reppond, who was diagnosed with lung cancer in December 2000. Since that time, he has been receiving chemotherapy treatments for his lung cancer, under my care. Please contact me at 713-792-6363 if you have any questions or if I can be of further assistance. Thank you.

Very truly yours,

Frank V. Fossella, M.D.
Medical Director, Thoracic Oncology Multidisciplinary Care Center
Deputy Chairman, Department of Thoracic/Head & Neck Medical Oncology
M.D. Anderson Cancer Center
1400 Holcombe Boulevard, Box 432
Houston, Texas 77030

# ANGELINA INTERNAL MEDICINE ASSOCIATES

1111 West Frank, Suite 100, Lufkin, Tx.75904
office(936) 639-2244    fax(936)634-9334

**BOARD CERTIFIED**
**INTERNAL MEDICINE**
David Glenn MD
Sean Moran MD
Msonthi Levine MD
**BOARD ELIGIBLE**
Michael H. Huber MD

November 2, 2001

Roxie Huffman Viator
2728 Western Avenue
Orange, TX 77630

To whom it may concern:

Mr. Jesse N Reppond (Social Security number 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) is followed in my clinic. It is my best estimation that he does in fact have less than 6 months to live.

Sincerely,

Sean Moran M.D.

# N. Jeff Alford, M.D., P.A.

### 3030 North, Suite 510
### Beaumont, Texas 77702

**Phone:**

Main: 409-896-5000
Facsimile: 409-896-5926
E-mail: Nalawd @ msn.com

**Board Certified Specialist:**

Internal Medicine
Pulmonary Disease
Critical Care Medicine

February 15, 2001

Roxie Huffman Victor
2728 Western Avenue
Orange, Texas 77630

RE: Richard, Leroy

Dear Ms. Victor:

I reviewed the records on Mr. Leroy Richard. He was a 50-year-old male who was found in February 1997 to have a metastatic adenocarcinoma of an unknown primary. His complaints were nausea, vomiting, and abdominal pain. There was a mention of sarcoidosis in the past history, although I am not sure how this diagnosis was made. His work history included operations, sandblasting, carpentry, bricklaying, and aluminum work. He was exposed to asbestos and silica.

I reviewed several posterior-anterior chest radiographs from 1991 to 1997. The cardiac size was normal. The hilar vessels were prominent but no definite hilar adenopathy was seen. There was a suggestion of pleural thickening and pleural plaques. There were fairly severe bilateral lower lobe interstitial changes consistent with interstitial lung disease. The Abdominal CT Scan of February 8, 1997, showed massive numbers of liver metastases. There are some pleural calcifications and plaques seen on this view. In addition there is a right pleural effusion.

I believe that Mr. Richard had asbestosis. I base this on a compatible work history and radiographs showing bilateral lower lobe interstitial changes and some evidence for asbestos-related pleural disease.

In addition there is a question of sarcoidosis. Sarcoidosis is a disease of unknown etiology which affects many organs, most frequently the hilar structures and lungs. Based on the records that I reviewed, I cannot say whether he had this diagnosis or not. Furthermore, I am not aware of any literature that suggests that sarcoidosis is linked to any occupation.

---

### Southeast Texas Pulmonary Associates

Alford

EXHIBIT NO. 4

Q-V 4-5-01

Sarcoidosis can cause bilateral interstitial infiltrates. However, based on the information that I have reviewed including the radiographs, I believe that the findings are more likely related to asbestosis than sarcoidosis.

Cordially,

N. Jeff Alford, M.D.

# THIS RECORD IS VALID FOR DEATH ONLY

### STATE OF LOUISIANA

## CERTIFICATE OF DEATH

594415

2424745

BIRTH No.

FILE No. 117

**1. DECEDENT:**
Richard | Leroy | NNN | March 5, 1997
12:07PM | Male | Black | Married | Gilda LeBlanc
Nov. 4, 1946 | 50 | | Opelousas, Louisiana
Laborer | Aluminum Company | No
Yes | 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 | 12 | 2

**PLACE OF DEATH:**
Lake Charles Memorial Hospital | Yes
Lake Charles | Calcasieu

**RESIDENCE:**
930 West Claria | Jeff Davis | Louisiana
Jennings | 70546 | Yes

**PARENTS:**
Richard | Conroy | NNN | Opelousas | LA.
Vallaier | Eva | Mae | Opelousas | LA.

**INFORMANT:**
Gilda Richard | 930 West Claria Jennings, LA. 70546 | 3-6-1997

**DISPOSITION:**
3-8-1997 | Combre Memorial Park Cem. Lake Charles, LA.
King's Funeral Home 1611 Highway 14 Lake Charles, LA. 70601 | Rhonda King Mayo | 2250 | E-2116

**REGISTRAR:**
524510 | Calcasieu | 3-5-1997

**MANNER OF DEATH:**

**CERTIFIER:**
2/4/97 3/5/97 | David L. Dobbins MD | 3/11/97
DAVID L. DOBBINS MD 1420-18th L.C, LA. 70601

**CAUSE OF DEATH:**
CARDIOPULMONARY ARREST
2° Adenocarcinoma Cancer with Liver
INVOLVEMENT



(C) I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF DEATH CERTIFICATE IN MY CUSTODY.

MAR 1 3 1997
LOCAL REGISTRAR          DATE

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S. 40:32, ET SEQ.

William H Barber
STATE REGISTRAR

(PREVIOUSLY PLACED SERVICE OFFICE)

STATE OF LOUISIANA
DEPT. OF VETERANS AFFAIRS

### INTERNAL MEDICINE CLINIC
224 North Lewis St.
New Iberia, LA 70560
319-364-1103

Burt M. Bujard, M.D.                                    Carl M. Ditch, M.D.
A Prof. Medical Corp.                                   A Prof. Medical Corp.

EPA & Lateral CHEST REPORT # 3038     Date: 10-29-87
Name: Leroy Richard     SS#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   Age: 40

Findings:  Bony thorax appears to be intact.  Lung fields
reveal bilateral pulmonary fibrosis in the periphery, most
notable in the right lower lobe.  Hilar areas appear to be
enlarged bilaterally, this confirmed on the lateral x-ray,
consistent with bilateral hilar adenopathy.

Impression:  1. Bilateral hilar adenopathy.  2. Bilateral
pulmonary fibrosis.  3. EPA & Lateral chest x-ray confirmatory.

CMD/mb,LPN

# AVENUE MEDICAL CENTER
## X-RAY DEPARTMENT

02-241    NAME  RODY L. RICHARDSON                AGE    55    DATE    01-14-94
SSN: 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

ANATOMICAL PART OR REGION                                    Paul Henderson

CHEST

H.C. Williams _____ M. D.
ATTENDING PHYSICIAN

---

FINDINGS

PA, LATERAL, BOTH OBLIQUE VIEWS OF THE CHEST:  The heart is not enlarged.  The trachea is
in the midline.  I do not see infiltration or consolidation of the lungs.
There is a pleural plaque along the left lateral chest wall seen only on
the oblique view.

IMP:        The pleural plaque on the left lateral chest wall would be consistent
with Pneumoconiosis.

WWB:pw
02-14-94
As Dictated

SIGNED _____ W W Bryant_____ M. D.
                                RADIOLOGIST

---

# RADIOLOGICAL CONSULTATION

## Southeast Texas Pulmonary Associates. P.A.

810 Hospital Dr., Suite 240
Beaumont, Texas 77701
(409) 835-3770
(409) 722-8622

N. Jeff Alford, M.D.
Harold Z. Bencowitz, M.D.

Board Certified Specialists:
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

November 12, 1991


Ms. Roxie Viator, Attorney at Law
2728   Western Ave.
Orange, TX   77630

RE:   Emory Ryan

Dear Ms. Viator:

I reviewed a PA chest radiograph dated April 11, 1991 on Mr. Emory
Ryan and some plain tomograms of the same day.     The PA chest
radiograph shows the cardiac silhouette, hila, and bony thorax to
be unremarkable.   The interstitial markings are not increased.   No
definite pleural plaques are seen along the chest walls.    There is
haziness along both hemidiaphragms.   On the tomograms there appears
to be a calcified pleural plaque along the right hemidiaphragm.

The findings of a calcified pleural plaque would make one consider
an asbestos-related pleural disease and further evaluation is
warranted.

Sincerely yours,

N. Jeff Alford, M.D.

NJA/MTE-ea



St. Mary Hospital
3600 Gates Boulevard
Port Arthur, TX 77642
(409) 985-7431

St. Mary's - Port Arthur
MON Feb 28, 1994 01:41 pm
Surgical Pathology Report

H.E. Buchanan, M.D., Medical Director
982-2830
J.H. Stewart, M.D., Pathologist
989-5148
Pg 1

| | | |
|---|---|---|
| Patient: | RYAN, EMORY H. | Age: 80Y Sex: M |
| Unit#/Acc#: | 0000360828/A9404900222 | Case#: S94-798 |
| Location: | DIS | Acc#: 61532 |
| Att.Phys./Serv.: | FOLEY, NEAL - MEDICAL | Completed: 02/28/94 1541 |
| Ordering Phys.: | FOLEY, NEAL | Received: 02/25/94 1431 |
| | | Collected: 02/25/94 1430 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SURGICAL TISSUE CONSULTATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen(s): Lung aspirate RML BX                                    Block(s):

Date of Surgery: Feb 25, 1994
Surgeon: Dr. Garcia
Clinical History: Right Middle Lung Bx

GROSS:

Labeled from right middle lung biopsy are multiple cytologic
smears. HS/ap

IMMEDIATE IMPRESSION: CLASS V. MALIGNANT APPEARING CELLS SEEN
CONSISTENT WITH SQUAMOUS CELL
CARCINOMA. HS

MICROSCOPIC:

Cytologic smears from a percutaneous thin needle aspiration of
the middle lobe of the right lung have abundant blood admixed
with mucoid and fibrinous strands, with acute inflammatory cells
and scattered dysplastic squamous cells. Occasional prominently
dysplastic fragments of epithelial tissues are seen, with cells
containing large hyperchromatic to vesicular, pleomorphic
nuclei set within modestly abundant eosinophilic cytoplasm. The
cells are arranged in a "tile" pattern, and are polygonal,
with well defined margins, locally with suggestion of
intercellular bridge formation.

DIAGNOSIS:

Right Lung Middle Lobe Fine
Needle Aspiration Cytology: CLASS V. MALIGNANT CELLS SEEN
CONSISTENT WITH WELL DIFFERENTIATED
SQUAMOUS CELL CARCINOMA.

Transcriptionist: JHR2621

Pathologist: John H. Stewart



NOTE: This report is strictly confidential and
for the information only of the person to
whom it is addressed. No responsibility can be
... whom ... ... ... other

RYAN, EMORY H.
0000360828/A9404900222

Surgical Pathology Report
Final

LABORATORY

TISSUE EXAMINATION CONSULTATION REPORT

# SOUTHEAST TEXAS PULMONARY ASSOCIATES
*810 Hospital Drive #240*
*Beaumont, Texas 77701*
*(409)835-3770*

December 4, 1991

Roxie Huffman Viator, Attorney at Law
2728 Western Ave.
Orange, Texas 77630

RE: Richard Scales, Deceased

Dear Ms. Viator:

I have had an opportunity to review the occupational records on Mr. Scales that have been provided to me from you. Mr. Scales apparently had daily exposure to asbestos insulation in what seems to be fairly heavy amounts.

Given the previous radiographic interpretations showing increased interstitial markings and the above occupational history, I think that Mr. Scales more likely than not had asbestosis. As such, asbestos exposure likely contributed to the development of carcinoma of the lung.

Sincerely,

*N. Jeff Alford, M.D.*

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

# CERTIFICATE OF DEATH

STATE OF TEXAS

*Texas Department of Health — BUREAU OF VITAL STATISTICS*

| 1. NAME OF DECEASED [Type or print] | [a] First RICHARD | [b] Middle GROVER | [c] Last SCALES | 2. SEX Male | 3. DATE OF DEATH APRIL 30, 1987 |
|---|---|---|---|---|---|

| 4. RACE White | 5a. WAS THE DECEDENT OF SPANISH ORIGIN? No | 5b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC | 6. DATE OF BIRTH 5-18-1927 | 7. AGE [In years last birthday] 59 | IF UNDER 1 YEAR Months / Days | IF UNDER 24 HRS Hours / Minutes |
|---|---|---|---|---|---|---|

| 8a. PLACE OF DEATH - COUNTY Orange | 8b. CITY OR TOWN [If outside city limits, give precinct no] Orange | 8c. NAME OF [If not in hospital, give street address] HOSPITAL OR INSTITUTION Orange Memorial Hospital | 8d. INSIDE CITY LIMITS? Yes |
|---|---|---|---|

| 9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED [Specify] Married | 10. BIRTHPLACE [State or foreign country] Texas | 11. CITIZEN OF WHAT COUNTRY? USA | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? WW II Army | 13. SURVIVING SPOUSE [If wife, give maiden name] Maidell Peveto |
|---|---|---|---|---|

| 14. SOCIAL SECURITY NO. 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 | 15a. USUAL OCCUPATION [Give kind of work done during most of working life, even if retired] Retired Laborer | 15b. KIND OF BUSINESS OR INDUSTRY Oil Fields |
|---|---|---|

| 16a. RESIDENCE – STATE Texas | 16b. COUNTY Orange | 16c. CITY OR TOWN [If outside city limits, show rural] West Orange | 16d. STREET ADDRESS [If rural, give location] 605 Foreman Rd. | 16e. INSIDE CITY LIMITS? Yes |
|---|---|---|---|---|

| 17. FATHER'S NAME Elmer Scales | 18. MOTHER'S MAIDEN NAME Hildred Gounette | 19. SIGNATURE OF INFORMANT Maidell Scales |
|---|---|---|

*CAUSE OF DEATH*

| 20. PART I | IMMEDIATE CAUSE [Enter only one cause per line for (a), (b), (c)] | | Interval between onset and death |
|---|---|---|---|
| | (a) Shock DUE TO, OR AS A CONSEQUENCE OF: | | Interval between onset and death |
| Conditions, if any, which gave rise to immediate cause stating the underlying cause last | (b) Pneumonia DUE TO, OR AS A CONSEQUENCE OF: | | Interval between onset and death |
| | (c) | | |

| PART II | OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a) Carcinoma of lung & METASTASIS | 21. AUTOPSY? No |
|---|---|---|

| 22a. ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. [Specify] | 22b. DATE OF INJURY [Mo., Day, Yr.] | 22c. HOUR OF INJURY M. | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 22e. INJURY AT WORK [Specify yes or no] | 22f. PLACE OF INJURY — At home, farm, street, factory, office building, etc. [Specify] | 22g. LOCATION | STREET OR R.F.D. NO. | CITY OR TOWN | STATE |
|---|---|---|---|---|---|

| CERTIFIER: To be completed by CERTIFYING PHYSICIAN only | 23a. To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title] Rosario R. Zappia, MD. | To be completed by MEDICAL EXAMINER or CORONER only | 24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated [Signature and Title] |
|---|---|---|---|
| | 23b. DATE SIGNED [Mo., Day, Yr.] 5-6-87 | 23c. HOUR OF DEATH 2:30 A. | 24b. DATE SIGNED (Mo., Day, Yr.) | 24c. HOUR OF DEATH M. |
| | 23d. NAME OF ATTENDING PHYSICIAN [Type or print] Rosario R. Zappia, M.D. | 24d. PRONOUNCED DEAD (Mo., Day, Year) ON | 24e. PRONOUNCED DEAD [Hour] AT M. |

| 25a. BURIAL, CREMATION, REMOVAL [Specify] Burial | 25b. DATE May 1, 1987 | 25c. NAME OF CEMETERY OR CREMATORY Hillcrest Memorial Gardens |
|---|---|---|

| 25d. LOCATION [City, town, or county] Orange | Orange | [State] Texas | 26. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH Burton F. Wilson #8631 |
|---|---|---|---|

| 27a. REGISTRAR'S FILE NO. 75 | 27b. DATE REC'D BY LOCAL REGISTRAR May 7, 1987 | 27c. SIGNATURE OF LOCAL REGISTRAR LaNita Kelly |
|---|---|---|

VS-112, REV. 1/80

STATE OF TEXAS

COUNTY OF _____ Orange

I HEREBY CERTIFY that the above certificate is a true and accurate copy of the record of death of _____

RICHARD GROVER SCALES _____ filed in my office, and is of record on

Page 75 Vol. 28 of the Records of Deaths of Orange County, Texas.

Witness my hand and seal of office this 7th day of May 19 87

By _____ Deputy.    _____ Orange _____ County, Texas.

Registrar



THE UNIVERSITY OF TEXAS
# HEALTH CENTER
AT TYLER

Department of Medicine

November 4, 2002

Roxie Viator, Attorney-at-Law
2728 Western Avenue
Orange, TX  77630

RE:    SCARBROUGH, WALTER – UT#1089724
       Social Security #:  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

Dear Ms. Viator:

Today in the Pulmonary Clinic, here at the University of Texas Health Center at Tyler, I have had the opportunity to see and evaluate Mr. Walter Scarbrough. The reason for today's referral was both for medical and legal purposes in terms of establishing a current status for this gentleman's lung disease. He is known to have obstructive lung disease and also carries diagnoses of asbestosis and silicosis.

He also carries medical diagnoses of obesity, arteriosclerotic cardiovascular disease with congestive heart failure and status post coronary artery bypass surgery. He also is an ongoing cigarette smoker, about one-third of a pack of cigarettes per day, and has obstructive sleep apnea which is being palliatively treated with oxygen supplementation during sleep.

This gentleman has a lengthy and unequivocal history of occupational risk factors for lung disease. He worked almost 50 years in various capacities as a steelworker with exposure to sandblasting materials, i.e., silica dust and asbestos in the form of gaskets and blankets. He states that respiratory protection was not available during any of this interval of time. He also was employed for many years as a painter, and notes that he was exposed to asbestos materials in the form of wallboard as well as mud and floor tiles.

His respiratory complaints surfaced approximately five years ago. There has been a steady decline in respiratory function even within the last year. Whereas one year ago he was able to edge his lawn, he is unable to do so at all any more.

He is on bronchodilator medications, but is somewhat under-dosed. He is using oxygen supplementation but only during sleep. As noted, he carries a diagnosis of congestive heart failure. He is unaware of how severe that is considered to be in terms of ejection fraction. I have no previous medical records for

Letter to: Roxie Viator, Attorney-at-Law
RE: SCARBROUGH, WALTER - UT#1089724
Page 2

comparison or review. He does note that the cardiologist has stated he has been quite pleased with his performance, and I am not sure whether this relates to the absence of anginal symptoms or control of heart failure.

He has been diagnosed with obstructive sleep apnea. Unfortunately, he was unable to tolerate nasal CPAP because of problems handling expiration against pressure. I am not privy to the thinking at the time, but he was never offered nasal BiPAP therapy, but simply oxygen. This is considered a palliative form of therapy, and it does not relieve the ventricular demands by repeated apneic episodes during sleep. I have encouraged him to re-discuss this with his current pulmonologist and the cardiologist.

His chest x-ray documents mild cardiomegaly, evidence of hyperinflation, i.e., obstructive lung disease, and also bilateral reticulonodular interstitial lung changes that are consistent with silicosis and asbestosis. No tumors were present, no pleural abnormalities resembling mesothelial disease are apparent. It is impossible to separate radiographically the asbestos from the silicosis. The x-ray is consistent with exposure of mixed dust for both of them over his career. Again, no old films were available for direct comparison to know whether this is worsening.

His pulmonary function today documents what I would consider mild to moderate obstructive lung disease with an FEV1 from 1.69 to 1.92 liters, 57 to 64 percent of predicted. The diffusion capacity, however, is extremely more problematic at 39 percent of predicted. Again, this is an additional reflection of the interstitial lung disease, i.e., his asbestosis and silicosis, on top of anatomic emphysema. I will include a copy of the pulmonary function tests and the x-ray report along with this letter. I have also given the patient himself a copy of the pulmonary function tests.

On physical examination, this gentleman is extremely short of breath simply walking 20 or 30 feet from the exam room to a slow pace. He is somewhat cyanotic in terms of his fingertips when he has walked as such. The patient is overweight at 259 pounds. His blood pressure was 142/82. the pulse was 84 and regular. Respiratory rate was labored after exertion. Examination of the neck did not reveal any adenopathy. The carotids were normal. Examination of the chest showed that breath sounds were diminished with few scattered crackles. No wheezes were apparent. Cardiac examination showed the rhythm to be regular. Pulses in the arms were adequate. He has a 2/6 systolic ejection murmur over the aortic area. No gallops were apparent. He does not have any clubbing or dependent edema.

His oxygen saturation was 91% at rest, but fell to 84% with walking.

A number of conclusions can be drawn.
1.    This gentleman does have severe hypoxemia with exertion, and undoubtedly this contributes to his shortness of breath. I am recommending that oxygen be initiated not simply at bedtime at 2 liters per minute, but continuously. A portable system weighing no more than 8 to 9 pounds is needed, and he is encouraged to use the oxygen most all the time except when he is simply sitting still.
2.    Oxygen supplementation by itself is not considered adequate for treatment of obstructive sleep apnea. A more definitive approach such as nasal BiPAP needs to be reconsidered.
3.    This gentleman does have evidence of significant pneumoconiosis, and it is consistent with asbestosis and silicosis on the basis of his chest x-ray, his diffusion capacity, the examination, and his exposure history. I have no specific comment as to how this compares to previous values, other than to say that from a general perspective, this gentleman is deteriorating in terms of his exercise capacity.

Letter to: Roxie Viator, Attorney-at-Law
RE: SCARBROUGH, WALTER - UT#1089724
Page 3

4.  This gentleman is an ongoing cigarette smoker at one-third a pack per day. In no uncertain terms, he needs to quit immediately. This will result in some definite improvement in his respiratory complaints, as well as his peripheral vascular disease problem. It is not going to change the pulmonary function or his interstitial lung disease. It will simply allow him to feel a little bit better, and perhaps even need the oxygen a bit less.

5.  Today in clinic, the gentleman will obtain a flu shot. He is current as far as the pneumococcal pneumonia vaccination two years ago.

I hope this information has been of some value. I have indicated to him that he needs to take this information and these results to his other care providers. This is simply too great a distance to receive any direct medical care here except from such a consultative perspective.

Sincerely,

*James M. Stocks*

James M. Stocks, M.D.
Professor of Medicine
Director, Sleep Disorder Division
Department of Pulmonary Medicine

JMS/cjs
11/04/2002 11/04/2002
# 17517
Enclosures:
1.  X-ray report 11/04/02
2.  Pulmonary function tests 11/04/02
Walter Scarbrough w/enclosures

THIS WAS ELECTRONICALLY SIGNED

UT Health Center
Radiology Detail

Name  SCARBOROUGH, WALTER R.

Visit ID    163919
Sex    Male
Admitted    11/04/2002 11:11

Med Rec#  1089724
Birth Date  07/05/1932

Location    UNKNOWN_ROOM - UNKNOWN_BED

*(This is not a chartable copy)*

| | | | |
|---|---|---|---|
| Service: | CHEST 2 VIEWS (PA&LAT) | Ordered Dttm: | 11/04/2002 11:16 |
| Order # | 0002 | Start Dttm: | 11/04/2002 11:16 |
| Ordering Dr: | STOCKS , JAMES MARTIN | Stop Dttm: | 11/04/2002 11:16 |
| Reading Dr: | FINLAY , DAVID | Result Dttm: | 11/05/2002 13:45 |
| Result Status: | Final | | |

CHEST, PA AND LATERAL:  11/04/02

There is diffuse increase in interstitial lung densities, involving
all portions of the lung, but more severe in the lower half of each
lung than the upper portions. On lateral view, there is suggestion of
early honeycomb change in the lung bases posteriorly. No significant
nodularity is seen. There are no identifiable pleural plaques or
calcifications. There is moderate hyperinflation of the lungs, but
there is no focal alveolar consolidation seen to indicate pneumonia.
No lung nodule or cavity is identified. There are findings related to
previous cardiac surgery with median sternotomy wires in place as well
as mediastinal clips. In addition, the heart is mildly enlarged, but
there are no findings to indicate congestive heart failure. There are
mild degenerative changes noted in the spine. Aortic arch
calcification and tortuosity is evident.


IMPRESSION:

1.  There is interstitial lung disease, with features compatible with
history of asbestosis.


2.  Hyperinflation suggesting COPD.


3.  No identified pleural plaque or calcification.


4.  Mild cardiomegaly without evidence of congestive heart failure.


5.  Postsurgical findings.


ar

# UNIVERSITY OF TEXAS HEALTH CENTER- TYLER, TEXAS

Name: SCARBOROUGH, WALTER   Room: OPC

ID: 1089724             Physician: STOCKS

Age: 70   Gender: Male   Race: Caucasian

Date: 11/04/02

Position: Sitting   Technician: EVW

Height(in): 69   Weight(lb): 258   Temp: 22

## Spirometry (BTPS)

| | | Pre Meas | Pre % Ref | Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 3.11 | 76 | 4.11 | 3.37 | 82 | 9 |
| FEV1 | Liters | 1.69 | 57 | 2.99 | 1.92 | 64 | 14 |
| FEV1/FVC | % | 54 | | 73 | 57 | | |
| FEF25-75% | L/sec | 0.77 | 25 | 3.04 | 0.90 | 29 | 16 |
| PEF | L/sec | 6.59 | 78 | 8.47 | 6.68 | 79 | 1 |
| FEF50% | L/sec | 0.94 | 20 | 4.80 | 1.00 | 21 | 5 |
| FEF75% | L/sec | 0.40 | 25 | 1.58 | 0.41 | 26 | 2 |
| FET100% | Sec | 8.02 | | | 10.76 | | 34 |
| MVV | L/min | | | | | | |

Technician Comments:

All FVC end-expiratory efforts appear truncated. ATS Reproducibility not met on pre Spirometry. Best results reported





## Lung Volumes (BTPS)

| | | Pre Meas | Pre % Ref | Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| IC | Liters | 2.68 | 85 | 3.14 | 3.12 | 99 | 16 |
| VC | Liters | 3.39 | 82 | 4.11 | 3.81 | 93 | 12 |
| FRC PL | Liters | 4.27 | 119 | 3.60 | 4.33 | 120 | 1 |
| ERV | Liters | 0.73 | 51 | 1.44 | 0.69 | 48 | -5 |
| RV | Liters | 3.57 | 149 | 2.39 | 3.64 | 152 | 2 |
| TLC | Liters | 6.95 | 103 | 6.74 | 7.45 | 110 | 7 |
| RV/TLC | % | 51 | | 36 | 49 | | |

| | | Pre Meas | Pre % Ref | Ref |
|---|---|---|---|---|
| Raw | cmH2O/L/sec | 3.39 | | < 2.0 |
| sGaw | L/s/cmH2O/L | 0.067 | 34 | 0.200 |

| | | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|
| Raw | | 3.34 | | -1 |
| sGaw | | 0.068 | 34 | 1 |

### DLCO (STPD)

| | | Pre Meas | Pre % Ref | Ref |
|---|---|---|---|---|
| DLCO | mL/mmHg/min | 10.0 | 39 | 25.7 |
| DLCO/VA | mL/mmHg/min/L | 1.56 | 39 | 3.99 |
| VA | Liters | 6.42 | 95 | 6.74 |

PHYSICIAN INTERPRETATION:

Spriometry reveals mild obstructuve ventilatory dysfunction.
Static lung volumes suggest air trapping consistent with obstructive lung disease.
Diffusion capacity is moderately reduced.

SIGNATURE

PF Reference: UT TYLER UNCORRECTED



NOTE: This report is strictly Confidential and intended only for the use of the person to whom it is addressed. No responsibility can be accepted if it is made available to any other person, INCLUDING THE PATIENT.

SABINE COUNTY HOSPITAL
HEMPHILL, TEXAS

DISCHARGE SUMMARY
G.C. WINSLOW, M.D.

Raymond Selzer #10613
Admitted 10-9-93
Discharged 10-18-93

ADMISSION IMPRESSION:   ACUTE ADULT RESPIRATORY DISTRESS.
CHRONIC OBSTRUCTIVE PULMONARY DISEASE WITH EMPHYSEMA,
FIBROSIS, AND ASBESTOSIS.
RULE OUT EARLY PNEUMONIA.

This 79 year-old, white, male with chronic obstructive pulmonary disease, emphysema,
fibrosis and asbestosis was seen in the office because of nausea, vomiting,
severe weakness and shortness of breath. This had been going on for several
days getting progressively worse. Patient was diagnosed approximately four
years ago as having advanced asbestosis. He was seen three days before admission
by Dr. Alford, a pulmonologist in Beaumont. He was x-rayed and it showed little
changes since 1990, but patient is on a progressive downhill course. He has
been told that his problems can not get any better.

PAST HISTORY: He has had bilateral inguinal hernia reapairs. He was diagnosed
approximately four years ago as having asbestosis. This has been progressive
since 1940, but especially the last year or so.

FAMILY HISTORY: Positive for malignancy; hypertensive cardiovascular disease;
and strokes.

VITAL SIGNS ON ADMISSION: BP 140/84, P 120, R 32, T 101.4. Patient weighs
208 pounds. He is 5 feet 10 inches.

POSTIVE FINDINGS: Grade I funduscopic changes; some fluid deficit; chest wheezes;
rales and rhonchi; marked reduction of breath sounds; constant coughing; and
severe shortness of breath. Patient is unable to lie down because of the
shortness of breath and can only take a step or two. He also had tachycardia
with cardiomegaly; atrial fibrillation developed off and on; and abdominal
distention, but no masses.

EKG showed atrial fibrillation. Follow up EKG showed continued atrial fibrillation.
By history this is a chronic thing dating back for several years. Attempts
have been made in the past to convert the atrial fibrillation without benefit.
X-ray of the chest showed pleural calcification with cardiomegaly. CT of the
abdomen showed massive splenomegaly with a mass behind the right kidney thought
to be cystic disease. CT of the head with contrast showed ventricular dilatation
and cortical atrophy consistent with the patient's age. Chest x-ray showed
pleural thickening with pleural calcification suggesting asbestosis with evidence
of COPD. Patient did develope some pulmonary vascular congestion, but this
cleared.

LAB: Arterial blood gas showed PH 7.38; PCO2 35; PO2 68; HCO3 20.7; TCO 2
21.8; BE -3 and 93% Saturation. Patient was on oxygen most of the hospital
stay. Urinalysis showed Protein and Ketones, but this cleared. Blood chemistries

NOTE: This report is strictly Confidential and is for the information only of the person to whom it is addressed. No responsibility can be accepted if it is made available to any other person, INCLUDING THE PATIENT.

SABINE COUNTY HOSPTIAL
HEMPHILL, TEXAS

Selzer
Discharge Summary                                         Page 2
Continued......

with the exception of some elevation of Glucose the others remained rather
stable.  Glucose returned to normal during the hospital stay.  CBC showed 14.2
grams of Hemoglobin; Hematocrit 40.9; Red count 4.8; White count 8.3; with
46 Segs; 21 Bands; 26 Lymphs and 7 Monos.  Sputum and Throat cultures showed
no growth.

Patient was treated with oxygen; respiratory therapy; IV fluids; Rocephin;
Proventil; Zantac and Theo-Dur.  Patient also received Prosom.  Patient was
tried with Lanoxin, but without any benefit.  Patient also had tension and
anxiety and received some Xanax.  Patient's hospital course was downhill to
began with.  He continued to have severe problems.  Patient had difficulty
not eating and refusing to eat and all his PO medications were held.  Patient
was continued on the Rocephin still with no benefit and the IV fluids throughout
the hospital stay.  The condition of the patient was discussed with the family
with the patient having advanced asbestosis and mesothelioma was felt to be
present.  This was also felt by the pulmonologist, but this was not proven
by biopsy.  Patient did not wish to have a biopsy.  Patient signed a Living
Will.  He does not want artificial ventilations.  He also signed a DNR order.
Patient continued to have fever throughout the hospital stay, but less the
last day or so.  Patient is wanting to go home and the family is wanting to
take the patient since the patient seems to be rather stable at the present
time.  Patient is going home at his desire and request and the family's request.
Dr. Alford the Pulmonologist in Beaumont told the patient that there was really
nothing that could be done, because of his overall pulmonary condition.  Patient
has accepted this.

Patient will have Home Health service with oxygen at home and 24 hour nursing
care.  I will be in constant contact with the patient.

DIAGNOSIS:    ADULT RESPIRATORY DISTRESS.
              GASTRIC UPSET WITH VOMITING.
              ADVANCED CHRONIC OBSTRUCTIVE PULMONARY DISEASE, EMPHYSEMA, FIBROSIS,
              AND ASBESTOSIS.
              MESOTHELIOMA.

Dictated 10-18-93
Transcribed 10-19-93
lp
                                                G. C. WINSLOW, M.D.

SABINE COUNTY HOSPITAL
P.O. BOX 750
Hemphill, Texas 75948-0750

X - R A Y    R E P O R T

Name  RAYMOND SELTZER                         Age  79     Rm. No.  201    Hosp. No.  10613

Address _____ Date  10-13-93    X-ray No. _____

Submitted for X-ray film _____ Treatment _____ Filed _____

Anatomical part or region: _____

Attending Physician    WINSLOW

Findings:

CHEST:

Cardiomegaly is present with mild central
pulmonary vascular congestion.  An NG tube
is noted in place.  Evidence of pleural
calcifications are noted bilaterally with
diaphragmatic calcification also present.
This is consistent with the diagnosis of
asbestosis.  COPD is also noted.

IMPRESSION:

PLEURAL THICKENING WITH PLEURAL CALCIFICATION
SUGGESTING ASBESTOSIS WITH EVIDENCE OF COPD.
EVIDENCE OF CARDIOMEGALY WITH CENTRAL PULMONARY
VASCULAR CONGESTION.

NOTE: This report is strictly Confidential and
is for the information only of the person to
whom it is addressed. No responsibility can be
accepted if it is made available to any other
person. INCLUDING THE PATIENT.

10-3-93 kb

Dr. _____
                    Roentgenologist

A. ROBERT VANDROVEC, M.D.        X-RAY REPORT

ST. ELIZABETH HOSPITAL
BEAUMONT, TEXAS

DISCHARGE SUMMARY

PATIENT NAME        :  TEEL, WELDON J.
CASE NO.            :  179481.14
ROOM NO.            :
PHYSICIAN           :  ANDREW J. ALDRICH, M.D.
ADMISSION DATE      :  12-09-91

DISCHARGE DATE      :  12-24-91

HISTORY:  Mr. Teel is a 53 year old gentleman with a significant
tobacco history who presented with a left hilar mass.    On
outpatient he underwent fiberoptic bronchoscopy and was found to
have carcinoma incite to the squamous cell variety.   He was
admitted for staging, as well as potential operative candidate.

After consultation with Dr. Carlos Lombardo, we felt that he was
not a surgical candidate.  He had developed bone pain, as well as
irretractable headache, excruciating back pain and a low grade
fever.    He was therefore admitted for further diagnosis and
treatment.

Initially, Mr. Teel was started on rehydration therapy.  Morphine
IV for pain control, Solu-Medrol IV and inhaled bronchodilators.
Cultures were obtained.  Pepcid was given along with Symmetrel.
Consultation was obtained with Dr. Myers and Dr. Fraim.
Recommendation was an MRI of the brain and spine.

MRI of the brain was normal.  MRI of the spine was normal.   A
repeat of the MRI in the lumbar spine showed a rather diffuse
marrow of replacement with tumor.  This is visualized throughout
the bony skeleton.

Spinal tap was also done which showed fluid negative for malignant
cells and also showed no growth.

Further evaluation showed a CSF VDRL non-reactive.  Blood cultures
were negative.   Urine culture showed no growth.  Chemistries were
remarkable for an albumin of 3.0, Alk. Phos. of 154, SGOT 52, SGPT
51, LDH 15,066.   Theophylline was therapeutic.   WBC was 6.8 with
56% neutrophils, 27% stabs, 13% lymphs and 4% monos.   Hemoglobin
was 12.7, hematocrit 37%.  Hepatitis surface antigen was negative.
Urinalysis was unremarkable.  CSF protein was 62, CSF glucose was
70.   Streptococcal antigen was negative on CSF by formal.

Consultation was also obtained with Dr. Birdwell.
Mr. Teel was treated during his hospitalization with radiation
therapy and chemotherapy.  Consultation with Dr. Williams stated

Page 1 of 2

PATIENT NAME      :   TEEL, WELDON J.
CASE NO.          :   179481.14

that radiation therapy would be in his best interest; therefore radiation therapy was continued throughout his hospitalization and will be continued on an outpatient basis. He had no nausea and vomiting. His pain improved to the point that we felt he was stable for discharge. He was changed to po pain medication which he tolerated well. Social Services was consulted for home care. On 12-24-92 Mr. Teel was discharged to home.

DISCHARGE DIAGNOSIS:
1.   Metastatic squamous cell carcinoma to the liver and bone marrow.
2.   Irretractable headache secondary to #1.
3.   Oral candidus.
4.   :Obstipation secondary to narcotics.     :
5.   Viral syndrome.
6.   COPD.
7.   Leukopenia secondary to chemotherapy.

CONDITION:  Fair.

DISCHARGE MEDICATIONS:  MS-Contin 30mg po t.i.d., Dilaudid 4mg po q 4 hours prn, Prednisone 20mg po daily, Peri-Colace 2 po t.i.d., Xanax 1 po t.i.d., Albuterol Meter dose inhaler 2 puffs q.i.d. and prn.

CONSULTATION:  Dr. Myers, Dr. Birdwell and Dr. Williams.

FOLLOW-UP:  Follow-up with Dr. Aldrich in four weeks.  Call Dr. Birdwell for follow-up appointment. Continue radiation therapy with Dr. Williams.

DD:  02-24-92
TD:  03/02/92
AA1/ateh
R15K664

_____
ANDREW ALDRICH, M.D.

Page 2 of 2

*1/26/00*



THE UNIVERSITY OF TEXAS

# HEALTH CENTER

AT TYLER

Executive Vice President for Clinical Affairs
Isadore Roosth Distinguished Professor of Medicine

January 24, 2000

Roxie Huffman Viator
2728 Western Avenue
Orange, Texas  77630

RE: Willis H. Terrell

Dear Ms. Viator:

I saw your client Willis H. Terrell in the Pulmonary Clinic of The University of Texas Health Center of Tyler on January 19, 2000. You had referred him for evaluation because of his history of asbestos exposure.

Mr. Terrell is 67 years old. He complains of progress shortness of breath on exertion over the past two years. His exercise capacity is now limited to walking thirty steps on the level before he has to stop to catch his breath. When he does get out of breath he wheezes. He also has a daily productive cough, producing small amounts of whitish sputum. He has a number of gastrointestinal complaints, including easy bloating which cuts off his air and makes his shortness of breath worse. His past history includes congestive heart failure and osteoarthritis. He is currently on fluid pills and potassium. He is an ex-cigarette smoker, discontinuing cigarettes in 1992. Prior to that he had a 60-pack year cigarette smoking history. He still smokes an occasional cigar.

He currently works two or three days a week with his son in a pipe fabrication company. His work is mostly supervisory and sedentary. From 1956 to 1990 he worked out of the union local as a pipe fitter and pipe fabricator. He worked for almost every refinery and chemical plant in the South Texas, Orange, and Beaumont area. He had extensive exposure to asbestos insulation, asbestos tape and did extensive tear out work of asbestos. He recalls being frequently covered with asbestos dust.

His physical examination is largely unremarkable. He is overweight, weighing 263 pounds and being 70 inches tall. He has no clubbing. Lungs are clear to auscultation. His abdomen is distended with a ventral hernia.

NAME: Terrell, Willis H.

DATE: 1/24/2000

I obtained a current chest x-ray and reviewed the x-rays he brought with him which were four-view chest x-rays dated March 25, 1992, February 18, 1993, and February 25, 1994. With the exception of the 1994 x-rays, which were over penetrated, all of the x-rays demonstrate bilateral lower lobe interstitial disease consistent with asbestosis. Pulmonary function studies were also obtained on the day of his clinic visit. His FVC is 3.31 liters or 79% of predicted. FEV1 is 2.39 or 78% of predicted. FEV1% is 72% of predicted. These findings are consistent with obstructive and restrictive disease. I asked Mr. Terrell to go back to the laboratory for a diffusing capacity and for lung volumes, however, he declined to do so because the effort of doing the pulmonary function tests was too much for him.

Based on my history and physical examination and the chest x-ray findings, I conclude that Mr. Terrell suffers from asbestosis. The official x-ray report from our x-ray also mentions pleural thickening and therefore, I would add asbestos related pleural disease to the diagnosis of asbestosis.

Thank you for referring Mr. Terrell. The outside x-rays were returned with the patient.

Sincerely yours,

Richard S. Kronenberg, M.D.
Professor of Medicine

RSK:kaw

PUEBLO PULMONARY ASSOCIATES

DUMONT F. CLARK, M.D., P.C.
HARVEY W. McCLUNG, M.D., P.C.
R. KEITH WILSON, M.D., P.C.
CRAIG S. SHAPIRO, M.D., P.C.

1925 EAST ORMAN AVE., SUITE 254
PHONE 719-564-1542
FAX 719-566-0916
PUEBLO, COLORADO 81004

June 25, 1998

To Whom It May Concern:

I had the opportunity to see Mr. Dale Thompson on 6/3/98. He is a 70-year-old man from Orange, Texas. He retired on 7/15/97. He was a business manager at an auto dealership. He said he had been in the car business overall for 18 years. Before that he spent 33 years at DuPont, including two years in the Marines. He said he worked in supervision as a plant manager over day and night shifts. He started in 1947 as a helper, then worked as an operator, and then as a foreman, and then supervisor. He said he worked around multiple chemicals including Benzene, as well as insulation materials and asbestos. He had no exposure to sandblasting. He said he used no respiratory protection. Previously he worked at Marine Mechanical Engineering Company, Todd Shipyard, Consolidated Steel Shipyard in Orange, and started in these areas in 1944. Overall, he spent about three and one half years in he shipyards. He said he worked as an insulator, boiler maker, and rolling tubes. He said he tore off and mudded up boilers. He used no respiratory protection.

Currently he says he feels he runs out of gas pretty quickly. He says he has pains in his wrists, which are being evaluated at the Veteran's Hospital since the 1960s. He had a coronary artery bypass in March of 1995 at St. Elizabeth Hospital in Beaumont. He says he walks for exercise as recommended by his cardiologist. He says he walks one to one and one half miles per day and then feels tired and winded. He said for the last few weeks he had had trouble with acid reflux which he had not noticed before. He said evaluation of this included endoscopy. He did not notice much cough. He said he cleared his throat occasionally.

PAST MEDICAL HISTORY: He had a left mini-arthroscopy. He had hemorrhoidectomy. He had fistula repaired. He had prior appendectomy and hernia repair.

MEDICATIONS: Include Axid, Mylanta, and aspirin.

SOCIAL HISTORY: He stopped smoking about 30 years ago. He said he smoked about one pack per day, and started about age 20.

FAMILY HISTORY: Negative for respiratory problems. His mother died with a heart attack. His father died with a heart attack. He said both brothers had had heart problems. He has three children who are alive and well.

REVIEW OF SYSTEMS: He said he had lost weight to 230 pounds over the last year, but was not 242 over the last two weeks due to increased intake because of his throat and reflux. Bowel and kidney function have been described. Joint function has been described.

PHYSICAL EXAMINATION: Blood pressure 134/86. Pulse was 81 per minute and regular. Respirations were 20 per minute. Oxygen saturation was 91% on room air. He weighed 242.5 pounds.

HEENT: Showed no abnormalities.

Mr. Dale Thompson
Page 2

LUNGS: Clear.

CV: Showed regular rhythm with no murmurs or gallops audible. There was a midline scar.

ABDOMEN: Normal.

EXTREMITIES: Showed no clubbing or edema.

CXR: Quality 2 due to slight under-penetration. There was evidence of prior median sternotomy. There was pleural plaque on the right of Category A and Extent 3 with en face plaque of Extent 3 and calcification of Extent 3. There was pleural plaque on the left of Category B and Extent 3 with en face plaque of Extent 3 and calcification of Extent 3. There was calcification on both hemi-diaphragms. I was unable to measure the extent on the diaphragms. Additionally, I was unable to grade the interstitial lung markings due to the extent of the pleural changes. However, there did appear to be a slight increase in interstitial lung markings in the bases consistent with underlying fibrosis.

PULMONARY FUNCTION TESTING: Showed forced vital capacity of 2.80 liters or 67% of predicted with 80% and above being normal. Expiratory airflow was normal. Diffusion capacity was normal. Arterial blood gases showed PO2 of 80 with PCO2 42 and pH 7.39.

ELECTROCARDIOGRAM: Showed a regular sinus rhythm with no significant abnormalities.

IMPRESSION AND SUMMARY: Mr. Thompson has radiographic changes consistent with both pleural and interstitial lung changes of a type likely related to prior asbestos exposure. He has some slight reduction in lung volume which may be related to both the radiographic changes as well as his prior history of coronary artery bypass. If I can be of further help to you in your evaluation of him, please notify me.

Sincerely,

R. Keith Wilson, MD

RKW/jc

# TEXAS LUNG INSTITUTE
902 FROSTWOOD
SUITE 236
HOUSTON, TEXAS 77024
(409) 833-5901  (713) 461-2220

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST
PRESIDENT

July 24, 1987

Mr. Walter Umphrey
Attorney at Law
PO Box 1645
Lake Charles, LA  70602



Re:  Rufus Thompson

Dear Mr. Umphrey:

Please find  enclosed a  copy of a narrative in regard to your client,
Rufus Thompson, who was  seen  in pulmonary consultation  on June 23,
1987 at the Texas Lung  Institute  in Beaumont, Texas, by my associate
Dr. Richard J. Pohil.

I have personally reviewed the  historical data, physical findings and
other information contained  within this narrative  and have discussed
this case with Dr. Pohil.  Furthermore, I have personally examined the
patient's chest x-rays, pulmonary function studies and other pertinent
data in this case.

Based on  the above, it is my  opinion that this patient has pulmonary
asbestosis with  radiographic evidence of both pleural and parenchymal
abnormalities, a prior history  of  asbestos exposure, rales on exami-
nation and pulmonary function test abnormalities.

Pulmonary function tests are  abnormal and demonstrate a  restrictive
defect.

Because  of the patient's past asbestos exposure,  he  is at increased
risk  for the progression of asbestosis, lung cancer, mesothelioma and
other  malignancies  of  the  respiratory,  gastrointestinal  and
genitourinary system.  He has been advised of these complications and
to notify his  family physician  and  our  office should  he  develop
symptoms referable to one of the above systems.

Sincerely yours,

G. K. Friedman, M.D.

GKF:ge

Enclosure

# TEXAS LUNG INSTITUTE
902 FROSTWOOD
SUITE 236
HOUSTON, TEXAS 77024
(409) 833-5901  (713) 461-2220

July 6, 1987

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST
PRESIDENT

Mr. Walter Umphrey
Attorney at Law
PO Box 3837
Port Arthur, TX  77643

Re: **Rufus Thompson**
    Independent Medical Evaluation

Dear Mr. Umphrey:

I had the pleasure of evaluating your client, Mr. Rufus Thompson, at the Texas Lung Institute in Beaumont, Texas, on June 23, 1987, for the possibility of occupational-associated lung disease. Mr. Thompson is a 65-year-old black male, born on 6/19/22 in Beaumont, Texas, who currently resides at 4405 Opal Street, Beaumont, Texas 77705. Mr. Thompson states his private family physician is Dr. Debra Williams at Mid County. However, most of his medications and routine medical treatment come from the VA Hospital in Beaumont. Mr. Thompson states he achieved a twelfth grade educate and took disability retirement in 1968 due to difficulty breathing. He states he retired from the United States Navy where he was a civillian employee on the air station in Alameda, California.

**WORK HISTORY:** His work history began in 1937 to 1941, during the summers, primarily at Mobil Oil Chemical as a water boy. From 1942 to 1945, he was in the United States Army as an engine operator, primarily working on gasoline engines. From 1946 to 1956, he joined Local #853 and worked for the Mobil Oil Company as a laborer. During this time, he was lent to several different crafts, including insulators, brickmasons, etc. From 1956 to 1960, he worked for the United States Post Office in Oakland, California, driving an 18-wheeler in express mail. From 1960 to 1968, he worked for the United States Navy in Oakland, California, working on the aircraft treatment servicing, primarily overhauling planes for repainting, utilizing various chemicals, stating he was exposed to benzene, strippers, and rubber removers. He states he was provided with goggles during this time but was not provided with any respiratory protection. In addition, he states he worked for approximately 4 to 5 months time, between 1941 and 1942, with the Pennsylvania Shipyard where he was exposed to asbestos.

Mr. Walter Umphrey
Re: Rufus Thompson

Mr. Thompson states his exposure to asbestos came in a variety of manners as he was lent to various crafts. At times he would have to remove, as well as help apply, asbestos insulation to pipes and lines. He would utilize hammers and other air tools to remove asbestos insulation from pipes and mechanical instruments. He had occasion to handle and cut through asbestos block with saws. He frequently worked in areas where other craftsmen, including the insulators, brickmasons and welders, who were performing their work and often generating large amounts of asbestos debris. Frequently, asbestos dust would fall on him from overhead pipes and lines secondary to vibration, as well as from scaffolding which was heavily laden with asbestos. He had occasion to help mix and apply asbestos mud. As a laborer, he often had to help cleanup around the work site, utilizing his hands, shovel, wheelbarrow and broom to remove the asbestos to its place of disposal. He had occasion to handle asbestos gaskets, asbestos shingles and asbestos siding. He would occasionally use asbestos to remove grease from his gloves. As a brickmason helper, he frequently had to work with the asbestos mud, placing it around tubes and pipes and around furnaces and boilers. During the 4 to 5 months he worked in the shipyard, he frequently worked in areas of holds and crew quarters where asbestos was being applied in areas of poor ventilation. He had occasion to work around and on insulated pipes, steamlines, bulkheads, floors and ceilings. Occasionally, he would have to unload the asbestos material from trucks and boxcars and hand to other craftsmen.

Mr. Thompson describes his exosure to asbestos as being on a daily to a couple of times per week basis, depending upon the job, and most severe during times of shutdown. He states the amount of asbestos dust in the air was usually enough to see and, at times, so thick he had to tie a handkerchief or rag around his face in order to be able to breathe. He denies ever being warned about the hazards of asbestos dust and states he was never provided with any respiratory protection against asbestos. He states he was frequently exposed to high concentrations of welding fumes as he frequently worked around welders.

In addition, he had to work as a sandblaster, at least monthly, for 10 to 14 years. He states he helped regulate pressure on equipment, fixed hoses and filled the sand pots. He states he was provided only with a desert hood. He would frequently have to blast inside tanks and vessels.

PAST OCCUPATIONAL AND PULMONARY HISTORY: Mr. Thompson states he was overcome several times, when employed at Mobil, by various fumes, requiring him to be seen by First Aid. He states he sustained an episode of pneumonia around 1967 and required hospitalization for approximately 2 months time. He states he was hospitalized at the naval base hospital. He also states that the pneumonia was on the right side and that they "had difficulty clearing it from my lungs."

Mr. Walter Umphrey
Re: Rufus Thompson

He complains of some shortness of breath and wheezing whenever working around the chemicals they used in the Treatment Service Plant at the naval base. He states he smokes approximately 3 to 5 cigarettes per day, starting at age 30 and stopping at age 46, giving him an estimated pack-year history of only 4-pack years. He states he was diagnosed with asthma and emphysema and was followed at the Kaiser Clinic in California for approximately 4 years before he left California. He states he was given medications, including Theo-Dur, an inhaler and several allergy injections. He denies ever being told by a physician that he ever had tuberculosis, lung cancer, asbestosis, silicosis or chest trauma. He does admit to the above-mentioned pneumonia, emphysema and asthma. He states his last chest radiograph was done at the VA Clinic in Beaumont in 1986. He states, other than the changes of pneumonia, he was not informed that his chest radiograph was abnormal.

Regarding his pulmonary symptoms, Mr. Thompson complains of marked shortness of breath, stating he is unable to walk even one-half block on level ground without becoming dyspneic. He states he doesn't even try to walk rapidly and has to climb stairs "one at a time." He complains of a frequent cough which is primarily in the morning and at night which is productive of a whitish-colored sputum. He also admits to chest discomfort along his left anterior chest and left arm for which he states he was evaluated at the VA Hospital and was told this was secondary to "arthritis."

**PAST FAMILY AND PERSONAL HISTORY:** Mr. Thompson denies any significant past family history, stating that his parents died secondary to accidental death and he himself only gives a history of hypertension, bilateral hernia repair and asthma. He is currently taking Theo-Dur, an inhaler, Capoten, and nerve pills. He states he receives all of these medications from the VA Hospital in Beaumont, Texas.

**PHYSICAL EXAMINATION:** Mr. Thompson is a 65-year-old black male, well-developed, well-nourished, in no apparent distress. He is a relatively poor historian, off and on changing dates of occurrences. Height is 71 inches, weight 181 pounds, blood pressure 145/90. HEENT: Exhibiting slight male pattern balding with slight decrease in hearing bilaterally. NECK: Within normal limits. CHEST: Positive crackles on the right which do not clear after cough and diffuse bilateral wheezing. HEART: Regular rate and rhythm. ABDOMEN: Positive bowel sounds, no masses. EXTREMITIES: No clubbing, cyanosis or edema. NEUROLOGICAL: Within normal limits, except for decreased memory.

**PULMONARY FUNCTION TESTING:** Spirometry performed on 6/23/87 revealed an FVC of 2.69 (68% of predicted normal), an FEV-1 of 1.48 (64% of predicted normal), an FEV-1% of 55.2 and FEF-25/75 of 0.61 (24% of predicted normal). There is a marked increase after inhaled broncho-

Mr. Walter Umphrey                                      Page    4
Re: Rufus Thompson                                      7/6/87


dilators with the FVC increasing from 2.69 to 3.25 and the FEV-1 going
from 1.48 to 1.66. These studies are consistent with a moderate
obstructive ventilatory defect; however, a restrictive ventilatory
component cannot be ruled out.

CHEST RADIOGRAPHS:    Chest PA, lateral and bilateral oblique views,
taken on 5/26/87, reveal a normal size cardiac silhouette.    There is
extensive pleural and parenchymal scarring in the right lower lung.
There is blunting of the right costophrenic angle. There is pleural
thickening around the area of the changes in the right lower lung. In
addition, there is very minimal pleural thickening along the left
lateral chest wall. There is an increase in interstitial markings in
the left lung.

Mr. Thompson has been informed of the above findings and advised to
obtain yearly chest radiographs to screen for possible asbestos-
related disease. In addition, he has been encouraged to follow-up
with the VA Hospital and his own private physician regarding his
bronchodilators and pulmonary follow-up.

Thank you very much for allowing me to participate with you in the
evaluation of your client.

                                    Sincerely,


                                    Richard J. Pohil, M.D.


RJP:ge

# ProPath Laboratory, Inc.

Immunohistochemistry Division
8267 Elmbrook Drive, Suite 100   Dallas, TX 75247
Phone: (214) 638-2000, ext. 2037, 1-800-258-1253    Fax: (214) 237-1730
Website: http://www.propathlab.com/   Email: rmiller@propathlab.com

## PATHOLOGY CONSULTATION

Patient Name: **TRAHAN, JAMES**
DOB:            01/10/1913 (Age: 88)    Gender:    M

Physician:     James R. Bruce, M.D.
Account:       Lufkin Pathology
                700 Gaslight Blvd
                Lufkin, TX 75904

Accession #:  **CM01-347**
Taken:            01/05/1998
Received:        03/07/2001
Reported:        03/08/2001
Requisition #:  PI
Soc. Sec. #:

## Block/Slide Description
Material received: 0 slides; 1 block B98-17; 1 report B98-17.
Two H&E recuts from block B98-17 are retained for ProPath files. All other material (including any blocks or slides submitted) is returned along with the immunostains.

## Clinical History
This patient is an 88 year old man who had a needle biopsy of a left lung mass in 1998 (B98-017).   This was submitted to another laboratory for immunohistochemical studies.   These studies were inconclusive, but favored the lesion's being a poorly differentiated adenocarcinoma.   Results of that study were as follows:

| | |
|---|---|
| CD45 | Negative |
| BerEP4 | Negative |
| PSA | Negative |
| B72.3 | Did not work |
| AE1/AE3 | Positive |
| CEA | Focally positive |

The tissue is now resubmitted for purpose of excluding mesothelioma. Conversation with Dr. Bruce before choosing the antibody panel indicates that because the patient has had a prior workup for mesothelioma, he would request that we use as many of the results from the previous study as we feel comfortable using in order to arrive at a conclusive diagnosis.

## Final Diagnosis
BIOPSY OF LEFT LUNG MASS (Outside slide
and block labeled B98-17, obtained 1/5/98)
        - POORLY-DIFFERENTIATED EPITHELIAL MESOTHELIOMA
          INFILTRATING PULMONARY PARENCHYMA, SEE MICROSCOPIC
          AND COMMENT.

## Comment
This is definitely a very challenging case in which the immunophenotype remains elusive up until the very end when the diagnosis of the mesothelioma is confirmed by the strongly positive thrombomodulin. The tumor

AN, JAMES

pears to be infiltrating pulmonary parenchyma, which increases the difficulty of the interpretation since the
native lung parenchyma shows reactive changes mimicking adenocarcinoma, but still reacts as pulmonary
parenchyma (positive TTF-1, CEA, B72.3, HBME-1). Some of the confusion in regard to the interpretation of the
CEA and B72.3 stains may be due to this infiltration of the pulmonary parenchyma by this neoplasm also. Surely
the pattern of EMA staining of the tumor cells is more suggestive of the melanoma than it is of adenocarcinoma.

***Electronically Signed Out***

Marc R. Hapke, M.D.

*Physician Inquiries:* (214) 237-1631

mdv/03/06/2001

## Microscopic Description

Examination of the recut sections of block B98-17 shows several small needle core biopsies of fibrous tissue
infiltrated by a poorly differentiated spindle and epithelioid cell neoplasm. The epithelioid cells possess relatively
large amount of amphophilic to clear cytoplasm surrounding a large vesicular nucleus with prominent nucleolus.
Mitotic activity is high. A battery of immunostains is obtained in order to clarify the diagnosis with results as
follows:

| | |
|---|---|
| CK 5/6 | focal, weakly positive cells present |
| EMA | strongly POSITIVE in multiple areas |
| TTF-1 | positive cells appear to be residual, benign lung parenchymal cells. Large, atypical nuclei are NEGATIVE for the most part, although some few are weakly positive. |
| B72.3 | focal weak positive cells. Most are negative |
| CEA (COL-1) | POSITIVE in multiple foci |
| HBME-1 | focal, weak membrane positivity |
| Calretinin | Negative |
| Thrombomodulin | POSITIVE |
| WT-1 | there are definitely some weakly POSITIVE nuclei in some of the atypical cells, though by no means all |

If any immunohistochemical stains, in-situ hybridization stains, or other special stains were performed, the disclaimer below applies to this case.
Unless specified otherwise above, positive and negative controls react satisfactorily.

FDA required disclaimer.

These immunohistochemical (or in-situ hybridization) tests were developed and their performance characteristics determined by ProPath
Immunohistochemistry Laboratory. They have not been cleared or approved by the U.S. Food and Drug Administration (FDA). The FDA has
determined that such clearance or approval is not necessary. These tests are used for clinical purposes, and should not be regarded as
investigational or for research.



CERTIFICATION OF VITAL RECORD

# CITY OF PORT ARTHUR

STATE OF TEXAS      CERTIFICATE OF DEATH      STATE FILE NO.

Texas Department of Health — Bureau of Vital Statistics

| 1. NAME OF DECEASED (a) First | (b) Middle | (c) Last | (d) Maiden | 2. SEX | 3. DATE OF DEATH |
|---|---|---|---|---|---|
| JACK | CALVIN | TURNER | | MALE | JANUARY 11, 1990 |

| 4. RACE | 5a. WAS THE DECEDENT OF HISPANIC ORIGIN? ☐YES ☒NO | 5b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) | 6. DATE OF BIRTH 11-16-1924 | 7. AGE (in years last birthday) 65 | IF UNDER 1 YEAR Months / Days | IF UNDER 24 HRS. Hours / Minutes |
|---|---|---|---|---|---|---|
| WHITE | | | | | | |

8. SOCIAL SECURITY NUMBER: 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

9a. PLACE OF DEATH (Check only one): HOSPITAL: ☒Inpatient ☐ER/Outpatient ☐DOA    OTHER: ☐Nursing Home ☐Residence ☐Other (Specify)

| 9a. PLACE OF DEATH — COUNTY | 9b. CITY OR TOWN (If outside city limits, give precinct Number) | 9c. NAME OF (If not in hospital, give street address) HOSPITAL OR INSTITUTION | 9d. INSIDE CITY LIMITS? |
|---|---|---|---|
| JEFFERSON | PORT ARTHUR | Hospice House | ☒YES ☐NO |

| 10. BIRTHPLACE (City and State or Foreign Country) | 11. CITIZEN OF WHAT COUNTRY? | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒YES ☐NO | 13. ☒MARRIED ☐NEVER MARRIED ☐WIDOWED ☐DIVORCED | 14. SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|---|
| LUVERNE, ALABAMA | U.S.A. | | | EVA JANE PATTILLO |

| 15. DECEDENT'S EDUCATION (Highest grade completed) Grade (0-12) 7 / College (1-4 or 5+) | 16a. USUAL OCCUPATION (C. kind of work done during most of working life. Do not use retired) TRUCK DRIVER | 16b. KIND OF BUSINESS OR INDUSTRY CHEMICAL EXPRESS |
|---|---|---|

| 17a. RESIDENCE — STATE | 17b. COUNTY | 17c. CITY OR TOWN, (If outside city limits, show rural) ZIP CODE | 17d. INSIDE CITY LIMITS? |
|---|---|---|---|
| TEXAS | ORANGE | ORANGE, 77630 | ☒YES ☐NO |

17e. STREET ADDRESS (If rural, give location): 219 KATHERINE

18. FATHER'S NAME: ALBERT L. TURNER

19. MOTHER'S MAIDEN NAME: LILLIE H. GARNER

| 20a. SIGNATURE OF INFORMANT | 20b. MAILING ADDRESS OF INFORMANT (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| *[signature] J. Turner* | 219 KATHERINE, ORANGE, TX. 77630 |

| 21. MANNER OF DEATH | 22a. DATE OF INJURY (Month, Day, Year) | 22b. TIME OF INJURY | 22c. INJURY AT WORK? ☐YES ☐NO | 22d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☒Natural ☐Pending Investigation ☐Accident ☐Could not be Determined ☐Suicide ☐Homicide | | M. | | |

23a. PLACE OF INJURY — At home, farm, street, factory, office, building, etc. (Specify)

23b. LOCATION (Street and Number or Rural Route Number, City or Town, State)

**CERTIFIER — To be examined by CERTIFYING PHYSICIAN only**

23a. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title)
*Michael N. Amsden — MD*

23b. DATE SIGNED (Mo., Day, Yr.) 1-15-90    23c. HOUR OF DEATH 12:20 P.M.

23d. NAME OF ATTENDING PHYSICIAN (Type or print): Michael N. Amsden MD

**To be completed by MEDICAL EXAMINER or JUSTICE OF THE PEACE only**

24a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated. (Signature and Title)

24b. DATE SIGNED (Mo., Day, Yr.)    24c. HOUR OF DEATH M.
24d. PRONOUNCED DEAD (Mo., Day, Yr.) ON    24e. PRONOUNCED DEAD (Hour) AT M.

25. MAILING ADDRESS OF CERTIFIER (Type or Print): P.O. Box 2385 Orange, Texas 77630

| 26a. METHOD OF DISPOSITION ☒Burial ☐Cremation ☐Removal from State ☐Donation ☐Other (Specify) | 26b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place) MAGNOLIA CEMETERY |
|---|---|

| 26c. LOCATION — City or Town, State BEAUMONT, TEXAS | 26d. DATE OF DISPOSITION JAN. 13, 1990 | 26e. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH *Burton J. Wilson #8631* |
|---|---|---|

26f. NAME AND ADDRESS OF FUNERAL HOME: FULLER FUNERAL HOME   901 GREEN AVE.   ORANGE, TX. 77630

| 27a. REGISTRAR'S FILE NO. 221 | 27b. DATE REC'D BY LOCAL REGISTRAR 1-17-1990 | 27c. SIGNATURE OF LOCAL REGISTRAR *Sue Storch* |
|---|---|---|

| 28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. | Approximate Interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. carcinoma of the lung, metastatic | 22 mo |
| DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST → b. | |
| DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| c. | |
| DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |

**CAUSE OF DEATH**

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 29a. WAS AN AUTOPSY PERFORMED? ☐YES ☒NO | 29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐YES ☐NO |
|---|---|

| 29a. Was decedent pregnant at time of death? ☐YES ☒NO ☐UNKNOWN | 29b. Was decedent pregnant during the last 12 months? ☐YES ☐NO ☐UNKNOWN |
|---|---|

—WAP-7-7—

"CERTIFIED COPY OF VITAL RECORDS"

16081

STATE OF TEXAS }
COUNTY OF JEFFERSON } **     DATE ISSUED 5-7-1992

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, PORT ARTHUR CITY HEALTH DEPARTMENT.

*Sue Storch*      BY: *Maureen Vee*
SUE STORCH, REGISTRAR      DEPUTY



This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

VS-112 REV. 8/88

LETTERS TESTAMENTARY

NO. 8170

State of Texas                                In the County Court

County of Orange                              Orange County, Texas

I, the Undersigned Clerk of the County Court of Orange County, Texas, do hereby certify that on the 29th day of January, A. D., 1990, Eva Jane Turner was duly granted by said Court Letters Testamentary of the ESTATE OF JACK CALVIN TURNER, SR., DECEASED, and that she qualified as Independent Executrix of said Estate on the 29th day of January, A. D., 1990, as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Orange, Texas, this the 6th day of August, A. D., 1990.

Molly Theriot, Clerk, County Court,

Orange County, Texas.

By _____, Deputy.

Karen Vance

TURNER, JACK
NEAL FOLEY, M.D.

ST. ELIZABETH HOSPITAL
BEAUMONT, TEXAS

CASE NUMBER:        118610/04

## DISCHARGE SUMMARY

ADMISSION DATE:  3/23/88                    DISCHARGE DATE:  3/26/88

ADMITTING DIAGNOSIS:        1.  Right upper lobe lung mass.

DISCHARGE DIAGNOSIS:        1.  Squamous cell carcinoma of the
                                right upper lobe of the lung.

CHIEF COMPLAINT & HOSPITAL COURSE:   Mr. Turner is a 63 year old white
male  who was transferred here from Orange Memorial Hospital where  he
was under the care of Dr. Jimmy Jones for hemoptysis and a right upper
lobe lung mass.   The patient was admitted here for further evaluation
and possible surgical intervention.   During this hospitalization, Dr.
Bencowitz  was  consulted.   The  patient  underwent  a  fiberoptic
bronchoscopy on 3/24/88 with the following results:   an endobronchial
tumor occluding the right upper lobe completely and extending into the
bronchus intermedius posteriorly.   The tumor measured approximately 1
cm.   The  right middle lobe and right lower lobe and left lower  lobe
were within normal limits.  Biopsies of the right upper lobe and left
lower  lobe  were  obtained.   The biopsy of the left upper  lobe  was
positive  for squamous cell carcinoma.  The biopsy of the left  lower
lobe was negative.   The patient also had pulmonary function tests  on
3/25/88  which showed an FEV$^1$ of 1.74 liters pre and 2.02 liters post
bronchodilator  therapy.   The  patient  underwent  repeat fiberoptic
bronchoscopy  and a left lower lobe biopsy on 3/26/88 with the  biopsy
being negative.

PERTINENT X-RAYS & LABORATORY DATA:   The SMA-6 and SMA-12, PT and PTT,
bleeding  time  were  all within normal limits.   The  WBC  was  16.9,
hemoglobin  13.5,  hematocrit  39.9,   and  platelet  count  of  378.
Urinalysis  was  negative.    CT  of  the chest  revealed  an alveolar
infiltrate involving the right upper lobe with volume loss.  There was
also  evidence of mediastinal involvement and an endobronchial  lesion
was  noted.   Chest  x-ray revealed an irregular  patchy  infiltrative
process  in the right upper lobe with mild  volume  loss.   Pathology:
Biopsy  of  the  left lower lobe of the lung  was  without  diagnostic
abnormalities.  Cytology and cell block of the bronchial washings were
suspicious  for  squamous cell carcinoma.  PAP  Class  III.  Pleural
sputum:  The cytology and cell block of this sputum was suspicious for
squamous cell carcinoma, PAP Class III.

TURNER, JACK
NEAL FOLEY, M.D.

ST. ELIZABETH HOSPITAL
BEAUMONT, TEXAS

CASE NUMBER:          118610/04

DISCHARGE PLANS:   The patient was discharge don 3/26/88 and is to
follow-up in approximately 1 week to discuss the possibility of a
mediastinoscopy for evaluation of the mediastinal involvement.

DISCHARGE MEDS:   None.

NF/mta
D4/22/88
T4/30/88
R14

NEAL FOLEY, M.D.