# ST ELIZABETH HOSPITAL

2830 CALDER AVENUE, BEAUMONT TX  77702
MEDICAL DIRECTOR: DR. SWEET
NAME: TURNER, JACK C. SR.     ID: 11981004?     ROOM: 511?          DATE: 03-25-92
AGE : 63 (YEARS)          HEIGHT: 67 (in) SEX: M               WEIGHT: 179 (lbs)
CLINICAL DIAGNOSIS: RUL MASS               REFERRING PHYSICIAN: PENCOWITZ



TECHNICIAN COMMENT

GOOD PATIENT EFFORT AND CO-OPERATION.
BRONCHODILATOR RX WITH UNIT DOSE ALUPENT.
SPIROMETRY.            P. COLLINS, CRTT.

PHYSICIAN   INTERPRETATION

Spirometry reveals mild obstructive disease.
The decreased FVC could be due to restriction,
airtrapping, or patient effort.
Following bronchodilators, expiratory flows are
improved.

INTERPRETING PHYSICIAN

## ST ELIZABETH HOSPITAL

2830 CALDER AVENUE, BEAUMONT TX  77702
MEDICAL DIRECTOR: DR. SWEET
NAME: TURNER, JACK C. SR.    ID: 118510047    ROOM: 5118        DATE: 03-25-88
AGE : 63 (YEARS)        HEIGHT: 67 (in)  SEX: M              WEIGHT: 179 (lbs)
CLINICAL DIAGNOSIS: RUL MASS              REFERRING PHYSICIAN: BENCOWITZ

| SPIROMETRY (BTPS) | | PREDICTED RANGE | OBSERVED PRE | XPRED | OBSERVED POST | XPRED | PERCENT CHANGE |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 4.21 - 3.09 | 2.40 | 57 | 2.81 | 67 | +17 |
| FEV.5 | (L) | 3.55 - 1.98 | 1.18 | 44 | 1.40 | 53 | +19 |
| FEV1 | (L) | 3.38 - 2.48 | 1.74 | 52 | 2.02 | 61 | +16 |
| FEV3 | (L) | 3.89 - 2.87 | 2.39 | 61 | 2.76 | 71 | +16 |
| FEV1/FVC | (%) | 72 - 70 | 72 | | 71 | | -1 |
| FEV3/FVC | (%) | 92 - 83 | 99 | | 98 | | -1 |
| FEF25-75 | (L/SEC) | 3.21 - 1.54 | 1.50 | 47 | 1.51 | 47 | +1 |
| PEFR | (L/SEC) | 7.80 - 3.24 | 3.31 | 42 | 4.30 | 55 | +30 |
| FEF 25% | (L/SEC) | | 2.95 | | 3.12 | | +6 |
| FEF 50% | (L/SEC) | 3.79 - 2.43 | 1.74 | 46 | 1.90 | 50 | +9 |
| FEF 75% | (L/SEC) | 1.34 - 0.55 | 0.71 | 53 | 0.69 | 52 | -3 |
| FET | (SEC) | | 3.03 | | 3.30 | | +9 |
| FIVC | (L) | 3.70 - 2.59 | 2.53 | 68 | 2.25 | 61 | -11 |
| PIFR | (L/SEC) | | 2.86 | | 4.83 | | +69 |
| FIF 50% | (L/SEC) | | 2.60 | | 3.18 | | +22 |
| MVV | (L/MIN) | 127 - 70 | 68 | 54 | 63 | 49 | -8 |



## PATHOLOGICAL REPORT

Department of Pathology

St. Elizabeth Hospital
P.O. Box 5405/2830 Calder Ave.
Beaumont, Texas 77702
409/892-7171

NUMBER:   HS-88-01842

DATE:  3-24-88                ROOM:  5116              DOCTOR:  Foley/Bencowitz

NAME:  TURNER, JACK CALVIN     CASE:  118610047        AGE:  63   SEX:  Male

---

PRE-OP DIAGNOSIS:

Right Upper Lobe Lung Mass

SPECIMEN SOURCE:

Biopsy Left Lower Lobe
Biopsy of Bronchus Intermedius

GROSS DESCRIPTION:

The tissue is in two containers. The first is labeled left lower lobe. The specimen consists of a very small amount of pink to tan tissue and some very tiny fragments of flocculent appearing material which are submitted in their entirety as much as possible. Some of the flocculent material can not be even be grasped. This is designated as part A. The second container is labeled biopsy, bronchus intermedius. This holds fragmented red to pink-white tissue and fragments up to a maximum of 2 mm. in greatest dimension. The entire specimen is identified as part B.

MICRO-SECTION:

The sections designated Part A consist of fragments of tissue covered in part by respiratory epithelium. There is some underlying relatively loosely arranged submucosal tissue and there is some associated blood. I do not identify any significant inflammation or any evidence of neoplasm. No diagnostic abnormality is evident.

The sections designated Part B are the site of a rather extensively infiltrating squamous cell neoplasm with only a small amount of covering bronchial epithelium evident in one area. There is necrosis in this tissue.

DIAGNOSIS:

Biopsy of Lower Lobe of Left Lung, Without Diagnostic Abnormality
Infiltrating Squamous Cell Carcinoma in Biopsy of Bronchus Intermedius
                28700-00100
                26000-80703

3-25-88        HS-88-01842                          Walter K. Hathaway, M. D. jm    PATHOLOGIST

## PATHOLOGICAL REPORT



## PATHOLOGICAL REPORT

Department of Patholo

St. Elizabeth Hospital
P.O. Box 5405/2830 Calder Avo.
Beaumont, Texas 77702
409/892-7171

NUMBER:  CY-88-00611

DATE:  3-24-88

ROOM:  5116

DOCTOR:  Foley

NAME:  TURNER, JACK CALVIN

CASE:  118610047

AGE:  63  SEX:  Male

PRE-OP DIAGNOSIS:

SPECIMEN SOURCE:

    Pooled Sputum (6 hours)

GROSS DESCRIPTION:

MICRO-SECTION:

    The cytology cell block and the cytology smears demonstrate a heavy
    purulent exudate of many neutrophils with some macrophages and degenerated
    cellular elements.   These sputum cells are admixed with relatively large
    numbers of squamous cells and debris from the oral pharynx.    However, in
    the cell block, there are a very few individual squamous cells with
    atypical features. These have dyskeratotic cytoplasm and an abnormal
    hyperchromatic nucleus.

DIAGNOSIS:

    Cytology and Cell Block of Sputum:
        Suspicious for Squamous Cell Carcinoma (PAP Class III)    2Y030-69760

3-26-88      CY-88-00611

Wade M. Brannan, M. D.ss          PATHOLOGIST



## PATHOLOGICAL REPORT

Department of Patholo:

St. Elizabeth Hospital
P.O. Box 5405/2830 Calder Ave.
Beaumont, Texas 77702
409/892-7171

NUMBER: CY-88-00605

DATE: 3-24-88          ROOM: 5116          DOCTOR: Foley/Bencowitz

NAME: TURNER, JACK CALVIN SR.   CASE: 118610047   AGE: 63  SEX: Male

PRE-OP DIAGNOSIS:

Right Upper Lobe Lung Mass

SPECIMEN SOURCE:

Bronchial Washings

GROSS DESCRIPTION:

MICRO-SECTION:

The cell block section has a heavy background of inflammatory exudate
with large numbers of neutrophils and prominent reactive macrophages.
There is a small amount of blood pigment and there appears to be
hyalinized fibrin with large reactive macrophages and giant cells. in
this background there are a few clumps of squamous epithelium which is
considered atypical and consists of very compact groups of small squamous
cells with relatively large vesicular nuclei. There is some pleomorphism
and a few dyskeratotic cells. Also present are scattered individual
dyskeratotic cells found both in the cell block section and in the
cytology smears.

DIAGNOSIS:

Cytology and Cell Block of Bronchial Washings:
    Suspicious for Squamous Cell Carcinoma (PAP Class III)
    Acute Inflammatory Exudate

3-25-88      CY-88-00605                                    PATHOLOGIST
                              Wade M. Brannan, M. D.dm

P A T H O L O G I C A L   R E P O R T



## PATHOLOGICAL REPORT

Department of Patholog

St. Elizabeth Hospital
P.O. Box 5405/2830 Calder Ave.
Beaumont, Texas 77702
409/892-7171

11-86-10

3/26
Foley
Brand

NUMBER:   HS-88-01881

DATE:   3-26-88          ROOM:   5116A          DOCTOR:   Foley/Bencowitz

NAME:   TURNER, JACK CALVIN SR.      CASE:   118610047      AGE:   63   SEX:   Male

---

PRE-OP DIAGNOSIS:

Hemoptysis

SPECIMEN SOURCE:

Bronchial Biopsy

GROSS DESCRIPTION:

The bronchial biopsies consist of at least seven fragments of dull red to gray tissue, ranging between 0.2 and 0.5 cm. Totally embedded.

MICRO-SECTION:

The multiple fragments of tissue consist predominantly of blood clot and fibrin clots with trapped purulent exudate and bronchial epithelial cells. One intact fragment of bronchial wall tissue is present. This tangentially sectioned, superficial part of the bronchial wall demonstrates regeneration of a metaplastic bronchial epithelium on the surface. The submucosal area does not demonstrate infiltrating malignancy or inflammatory infiltrate.

DIAGNOSIS:

Bronchial Biopsy from Undesignated Site:
    Squamous Metaplasia of Bronchial Mucosa
    Blood Clots

    28000-73220
       -35000

3-28-88          HS-88-01881

Wade N. Brannan, M. D. jm          PATHOLOGIST

PATHOLOGICAL REPORT



THE UNIVERSITY OF TEXAS
# HEALTH CENTER
AT TYLER

Department of Radiology

June 14, 1999

Roxie Huffman Viator, Attorney at Law
2728 Western Avenue
Orange, Texas 77630

Dear Ms. Viator,

I have reviewed the 10 sheets of film of the CT scan of chest and abdomen with intravenous contrast done for Mr. Vernon Turner 7-3-91. These are from Baptist Hospital in Orange, Texas and were done with 10 mm slice thickness. The technologist indicates that a portion of the exam was redone following delay to evaluate some soft tissue density dorsally in the stomach region. This appears to have represented less than completely distended stomach.

The CT study shows multiple pleural-based opacities in each hemithorax, both anteriorly, posteriorly, and laterally. Many of these have associated calcifications, and there is a tendency for many of these to have a plateau type of appearance, and they are typical for pleural plaques related to asbestos exposure.

Additionally, there is a calcification that is volume averaged with the right hemidiaphragm and is suspected to represent a diaphragmatic pleural plaque approximately 2.8 cm in diameter.

Four slices show a 1.8 or 1.9 cm in diameter almost round opacity or adjacent opacities in the right lung abutting against the mediastinum and beginning at the level of the extreme lower trachea and extending downward for three more slices. The lowest slice, #12, shows a bilobular appearance here. It is unclear whether this is an irregular single mass or whether there are two smaller masses adjacent to one another and about equal in diameter on this lowest slice showing the abnormality. The opacity or set of opacities of slice #12 is(are) 2.8 cm in diameter. This could represent a malignancy. Granulomatous process would not be excluded nor would consolidation due to pneumonia, but they are both considerably less likely.

P.O. Box 2003 • Highway 271 at Highway 155  Tyler, Texas 75710-2003 • 903/877-7108 • Fax 903/877-7971
Equal Opportunity/Affirmative Action Institute

Roxie Huffman Viator
June 16, 1999
Page 2

A history and physical examination dated 4-13-93 by Dr. R. Zappia from Baptist
Hospital, Orange, Texas, indicates that the patient had a thoracotomy in January 1993 for
carcinoma of the lung which was not resectable because it was attached to the trachea.
He also indicates gallbladder surgery and aortic aneurysm repair, the latter two
procedures in 1991.

There is a 1.1 cm in diameter low-density area with CT number of 45 in the left lobe of
the liver anteriorly. This is only shown on one slice. It is unclear whether this is a valid
small nonspecific lesion in the liver or whether it is volume averaging with fat adjacent to
the liver, although it could be a valid nonspecific mass or even hemangioma.

There is a probable 2 cm accessory spleen anterior to the spleen. No identified adrenal,
kidney, or pancreas abnormality.

Arterial calcification includes right subclavian aortic arch, abdominal aorta, origin of
celiac axis, left renal artery, and both common iliac artery regions. The ascending aorta
is dilated at 4.3 cm in transverse diameter, and the distal descending thoracic aorta is
questionably dilated with a maximum diameter of 4.5 cm. However, the opposite
diameter is 3.2 cm, and the wide diameter may be due to tortuous aorta rather than true
dilatation. It is suspected that the patient had a graft placed for abdominal aortic
aneurysm repair and this begins two to three 10 mm thick slices below the left renal vein
and the takeoff of the left renal artery. The abdominal aorta at the origin of the superior
mesenteric artery is minimally aneurysmally dilated at 3.2 cm. The contour of the
abdominal aorta lower portion is unusual, presumably because of retention of the native
aorta about the graft. There is some calcification anterior to the graft that presumably
represents a distorted and perhaps somewhat collapsed native aorta, and there is a
projection right posterolateral to the graft on four 10 mm thick slices and about 2.1 cm in
diameter that is also probably a remnant of the patient's native aorta projecting in this
direction.

Surgical clips are shown in the gallbladder fossa region.

Degenerative changes of the spine are shown.

There is a lordotic portable chest with a handwritten date of 4-25-93, reportedly done at
the same hospital. This examination is not optimal because of relative underpenetration
to evaluate the opacification on the right, but there is dense opacification of the middle
and upper portion of the right hemithorax.

Roxie Huffman Viator
June 16, 1999
Page 3

This is presumably related to the indicated malignancy with or without obstructive
abnormality and with or without changes related to radiotherapy described by Dr. Zappia.
There is some density below that may be obstructive in nature but in part may represent
some of the plaques identified on the CT. There does appear to be volume loss in the
right hemithorax with slightly high position of right hemidiaphragm and shift of the
trachea to the right. The hemidiaphragm position could be due to volume loss due to
atelectasis or could be due to phrenic nerve involvement. Although not well
demonstrated on the left because of overlying scapula, there are multiple areas of plaque
formation with calcifications laterally. This portable study is not sufficient to evaluate
accurately for interstitial pulmonary disease because the image is somewhat grainy, both
in the region of the lungs and lateral to this in the chest wall.

Impression:

1. Findings of pleural plaques, consistent with and typical for asbestos exposure.

2. There is an indicated proven lung malignancy. There is a significant increased risk of
   lung malignancy in patients with asbestos significant exposure, and Mr. Turner
   clearly had sufficient exposure to result in pleural plaques.

Thank you very much for allowing me to review these exams. If I may be of any further
help, please let me know.

John H. Chalmers, M.D.
Radiologist

crb

THE UNIVERSITY OF TEXAS

# HEALTH CENTER

AT TYLER

Department of Radiology

May 17, 2000

Roxie Huffman Viator
Attorney at Law
2728 Western Avenue
Orange, TX. 77630

Dear Ms. Viator:

I have reviewed the radiographs on John H. Wade, SSN 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 today
(5/17/2000). Examinations are PA chest 6/2/1986, PA & lateral chest 8/25/1988, PA
& lateral chest 11/26/1990, PA & lateral chest 10/11/1991, PA & lateral chest
8/19/1993, AP chest 5/17/1995, AP supine chest 5/20/1995 along with a lateral chest
on the same date, and a portable AP exam supine 5/22/1995 with short target film
distance of 40 inches.

At least the majority of the exam views are copies and those of 11/26/1990 and
10/11/1991 are suspected to be copies as well.

The entire series shows hyperinflation, presumably due to COPD.

There is interstitial pulmonary abnormality on all of the films. This is shown in the
middle and lower thirds of each lung and is fairly symmetrical. It is difficult to
judge progression because of the copy exams and to a greater degree the variability
in technique. However, the interstitial disease is suspected to be progressive. Using
the 8/19/1993 exam, the interstitial abnormalities based on the ILO classification
system are considered to be a mixture of t & s type opacities with profusion 2/2.

There are no identified pleural plaques.

There are some minimal coarse linear densities in the extreme upper portions of
each lung, probably either coarse scars or the edges of small bullae.

The 5/17/1995 exam demonstrates slightly greater interstitial prominence than on 8/19/1993. This could represent progression of the chronic interstitial disease. However, since the lungs demonstrate even greater opacity on the dark frontal view of 5/20/1995, this may represent a more acute interstitial abnormality such as edema or pneumonia that progressed more between 5/17/1995 and 5/20/1995. Similar prominence is shown on 5/22/1995 without significant change compared to 5/20/1995. On 5/22/1995 there is more density in the left retrocardiac region than 5/20/1995 even allowing for lighter technique. This may represent either consolidation in the left lower lobe such as pneumonia or extensive atelectasis. The film is somewhat underpenetrated to evaluate this area.

With the above noted interstitial abnormalities, the patient's history of exposure to asbestos, and without any available information to indicate other conditions known to cause an interstitial chronic pattern, the interstitial findings within reasonable medical probability are most likely due to asbestosis.

Thank you very much for the opportunity to review these exams.

Sincerely,

John H. Chalmers, M.D.
Professor of Radiology

dfr

THIS IS CERTIFIED TO BE A TRUE COPY OF THE PERMANENT RECORD AS FILED IN THE BUREAU OF VITAL STATISTICS. DO NOT ACCEPT IF DOCUMENT HAS BEEN ALTERED OR BEARS ANY SEAL OTHER THAN THE CITY OF BEAUMONT SEAL.

DATE ISSUED _7-7-87_      LOCAL REGISTRAR _Geraldine Beckett_

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000. (Article 4477c, Revised Civil Statutes of Texas)

VS-112, REV. 1/80                    Texas Department of Health — BUREAU OF VITAL STATISTICS

STATE OF TEXAS                    CERTIFICATE OF DEATH

1. NAME OF DECEASED: Webster Leon Wendling
2. SEX: Male
3. DATE OF DEATH: June 23, 1987
4. RACE: Caucasian
5a. WAS DECEDENT OF SPANISH ORIGIN? No
5c. CITY OR TOWN: Beaumont
6. DATE OF BIRTH: 5-2-1924
7. AGE: 63
8. MARITAL STATUS: Married
9. SOCIAL SECURITY NO.: 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
10. BIRTHPLACE: Beaumont, Texas USA
11. CITIZEN: Yes
2a. PLACE OF DEATH: Jefferson
2b. NAME OF HOSPITAL: Bethlehem Steel Shipyard
13. SURVIVING SPOUSE: Pauline Goodman
14. FATHER'S NAME: William Webster Wendling
17. MOTHER'S MAIDEN NAME: Ester Richardson
15a. USUAL OCCUPATION: Shipfitter-Retired
16a. RESIDENCE-STATE: Texas
16b. COUNTY: Jefferson
16c. CITY: Beaumont
16d. STREET ADDRESS: 5450 Bigner Road

CAUSE OF DEATH — PART I: LUNG CANCER

25a. BURIAL: Burial
25c. LOCATION: Beaumont, Texas
27a. REGISTRAR'S FILE NO.: 930
23b. DATE: June 25, 1987
24a. PRONOUNCED DEAD ON 6-23-87 AT 9:00 A.M.
24d. 6-29-87  9:00 A.M.
25b. NAME OF CEMETERY: Forest Lawn Memorial Park
26. SIGNATURE OF FUNERAL DIRECTOR: Forest Lawn by:
27b. DATE RECD: July 7, 1987



# OCCUPATIONAL AND ENVIRONMENTAL MEDICINE

## TEXAS LUNG INSTITUTE



HERMANN

September 20, 1991

Ms. Roxie Huffman Viator
2728 Western Ave.
Orange, Texas    77630

RE:   WEBSTER L. WENDLING, Deceased.
      SS#: 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

Dear Ms. Viator:

At your request, I have reviewed certain information in regard to
your client, Webster L. Wendling, Deceased.  Included in the
information are narrative reports of June 28th and July 15, 1985
from the Texas Lung Institute to Mr. Paul D. Henderson.  While I
assume you already have copies of this material, I am enclosing
additional copies for your review.  I will not repeat the
information contained therein during the course of this report.
1.   The patient's death certificate indicates that he expired on
June 23, 1987 at 5455 Bignall Road, (presumed to be residence) as
the result of lung cancer.  Occupation was listed as shipfitter,
retired from Bethlehem Steel Shipyard on the death certificate.

2.   VA medical records.  These are believed to probably represent
abbreviated records.  Of significance within the records is the note
that the patient had a transbronchial biopsy which demonstrated a
moderately differentiated squamous cell carcinoma on August 21,
1985.  Multiple sputums, likewise are positive for a squamous cell
carcinoma.  On August 30, 1985, a needle aspiration biopsy of the
left midlung field revealed cells compatible with a poorly
differentiated squamous cell carcinoma.

3.   Multiple radiographic reports contained within the VA records
confirm the presence of interstitial fibrosis and bilateral pleural
thickening and pleural based masses.  An example of such a report
would be an x-ray report of January 3, 1986, which states
"interstitial fibrosis, COPD, pleural fibrosis along the right and
left mid chest wall.  A questionable mass on the left side.  No
change since 9/30/85".   A report of February 4, 1986, shows pleural
thickening fibrosis right and left upper lung fields, increased
interstitial markings bilaterally.  Multiple radiographic reports
revealed similar increased interstitial markings increasing and
pleural abnormalities.

### Page 1 of 4 pages

Ms. Roxie Huffman Viator
RE: WEBSTER L. WENDLING, Deceased.
September 20, 1991
Page 2 of 4 pages

4.   Single page report from Dr. William J. Herman, Pathologist,
dated July 12, 1988.   Dr. Herman reviewed the transbronchial
biopsies.   He indicates that only two slides were provided with the
associated path and blocks.     There was only a "very small amount of
lung parenchyma" around the invasive tumor mass.  However, "the lung
parenchyma showed evidence of fibrosis.  However, this is in the
paratumorial area where a desmoplastic reaction of the tumor may
exist."  He goes on to indicate that iron stains were negative for
asbestos bodies, but specifically states "however, this is
inconclusive with respect to asbestosis, since the minute biopsy
does not represent the more peripheral lung parenchyma which should
be evaluated to make a final conclusion regarding the presence of
asbestos fibers".

I found it most interesting that in reviewing a biopsy report of
August 21, 1985, from the VA record, that a specimen was submitted
by Dr. Berger whose clinical history states "a sixty-one year old
white male with asbestosis and a fifty pack year smoking history,
now with new right upper lobe mass".  A transbronchial biopsy on
this report indicates "moderately differentiated squamous cell
carcinoma, see comment".  The comment states that the "examination
of the specimen with polarized light reveals rare silica like
particles.  The above report is dated August 22, 1985 and is signed
by Dr. Aboumrad.

In reviewing the records, it is evident that this patient had a
history of shipyard employment dating from at least 1946 until the
time of his retirement.  Having worked at Pennsylvania Shipyard,
American Bridge Shipyard, Burton Shipyard and Bethlehem Shipyard in
various job capacities.  Some of these capacities including spray
painting and sandblasting.  In addition, there would appear to be
occupation information attached to your letter of August 13, 1991,
that would suggest large amounts of asbestos materials as well as
blasting sand present in the patient's work environment.

Multiple radiographs have been reviewed by this physician including
those from St. Elizabeth Hospital dating back to August 15, 1978,
compared with films of St. Elizabeth Hospital of October 12, 1980,
films obtained on April 30, 1985 and multiple subsequent films
obtained through the VA system prior to the time of the patient's
demise.   The films clearly show evidence of extensive interstitial
fibrotic disease which is rather diffuse and seen to clearly
progress as one tracing the films from 1978 through 1987.

Ms. Roxie Huffman Viator
RE: WEBSTER L. WENDLING, Deceased
September 20, 1991
Page 3 of 4 pages


In addition, one clearly sees the development of the tumor masses
which were were later proven to be squamous cell carcinoma.  The
film of March 26, 1987, presumed to be from the VA Hospital, clearly
shows a cavitating mass in the right upper lung zone with a density
in the left upper lung as well.  Evidence of slight pleural
thickening bilaterally is apparent.  It should be noted that a film
of January 21, 1975, from St. Elizabeth has been discovered and is
possibly the earliest film, but the film is over-penetrated and is
not adequate for comparison.  Numerous x-rays are reviewed,
unfortunately, I am unable to determine the site of origin on some
films such as that of December 22, 1986, which is a film of good
quality showing extensive interstitial fibrotic disease, a right
upper lobe mass with cavitation, right pleural thickening, left
pleural thickening and a possible nodular density in the left upper
lung zone.  The film is clearly marked December 26, 1986 and bears
the patient's name and date of birth, but I am unable to determine
the site of origin, but believed to be from the VA.  The x-ray
jacket itself does not bear the identity of the hospital which it
was performed, but does show the jacket contains x-rays commencing
August 19, 1985 through May 8, 1987.  The jacket is badly torn on
all sides and has been previously taped by another facility and this
tape likewise is worn.  Our office will attempt to retape this
jacket.

5.  I have received your letter of September 17, 1991 and the
attached report dated September 6, 1991 from Dr. R. Keith Wilson.
Dr. Wilson concurs that the patient has evidence of generalized
increased interstitial markings which "might be related to prior
asbestos exposure".  Dr. Wilson states, "the orientation within the
lung makes this questionable at best".  He also indicates that the
lack of finding ferruginous bodies on the small biopsy does not
support a diagnosis of asbestosis.  He does not cite Dr. Herman's
comment, that the specimens were insufficient in size to exclude the
presence of ferruginous bodies and were therefore of limited value
for that purpose.

6.  The rather diffuse nature of the interstitial fibrosis would be
compatible with a mixed dust pneumoconiosis attributable both to
silica and asbestos.  In that disorder, the fibrotic pattern is not
necessarily restricted to either upper or lower lobe.  In that the
patient had a history of exposure to silica as well as asbestos, and
silica like particles were reported on the VA biopsy, I believe that
this readily explains the radiographic picture.

Ms. Roxie Huffman Viator
RE: WEBSTER L. WENDLING, Deceased
September 20, 1991
Page 4 of 4 pages


While the patient denied known exposure to asbestos, it is well
recognized within the medical literature that often individuals were
unaware of such exposure. This gentleman appears to have worked for
approximately 40 years or longer in area shipyards. Having had
experience with many employees of these shipyards, I am personally
aware of the fact that extensive amounts of asbestos were utilized
and present in the shipyards during these periods of time. You have
indicated that indeed such exposure did occur and that you have
evidence of that fact. It should be noted that this patient also
has a significant smoking history.

Based on the above facts and information, it is my opinion that your
client, Webster L. Wendling, developed a squamous cell carcinoma of
the lung as the result of the synergistic effects of asbestos
exposure and cigarette smoking. This illness lead to his demise.
It is also my opinion that he probably had a mixed dust
pneumoconiosis attributable to silica and asbestos. Finally, it
should not be forgotten, that this gentleman's malignancy was
detected by the Texas Lung Institute during the course of an
asbestos screening program. Arrangements for his follow-up at the
VA were made through our office. This point is made for the sole
purpose of once again pointing out the extreme importance of
vigilance in monitoring for the development of malignancy in
asbestos exposed individuals and the importance of the asbestos
screening program in this regard.

Should you have any questions, please do not hesitate to contact me.

                          Sincerely yours,

                          G. R. Friedman, M.D.

GKF/npt-3
T: 0923
D: 0920

*1-10 02*

## Southeast Texas Pulmonary Associates, L.L.P.

**3030 North St., Suite 510**
**Beaumont, Texas 77702**
**(409) 896-5000**

N. Jeff Alford, M.D., P.A.

Board Certified Specialist
Pulmonary Diseases
Critical Care Medicine
Internal Medicine

December 12, 2001

Roxie Huffman Viator
2728 Western Avenue
Orange, Texas 77630

RE: Edward Woodcock

Dear Ms. Viator:

Mr. Edward Woodcock was a patient of mine. It is my opinion that he had asbestos related pleural disease and asbestosis. He later developed a bronchogenic carcinoma.

I believe that he had an asbestos related neoplasm. The diagnosis of an asbestos related lung cancer, in my mind, requires a simultaneous diagnosis of parenchymal asbestosis.

Certainly, the asbestosis and bronchogenic carcinoma are separate medical conditions. However, as stated above, it is my belief that asbestos related lung cancer requires a diagnosis of parenchymal asbestosis.

Cordially,

N. Jeff Alford, M.D.

NJA/MTE-220



**The Clinic**

David Buttross, Jr., MD, FACP, FACC
Norman L. Davidson, MD, FACP
Brian D. Clements, MD
Sandra D. M. Bruno, MD
Peter W. Karam, MD
Van A. Snider, MD
Ronald M. Lewis, Jr., MD
Craig V. Broussard, MD

Michael C. Turner, MD, FACC
Carl F. Fastabend, MD, FACC
Richard M. Gilmore, MD, FACC
J. King White, MD, FACC
Miguel A. DePuy, MD, FACP, FCCP, FACC
Christopher S. Thompson, MD, FACC
John M. Winterton, MD, FACC

Gerald W. Byrd, MD
P. Hooper Nichols, MD
William A. Ross, MD

W. Stanley Gore, MD
Leroy E. Fredericks, Jr., MD
Michael A. Bergeron, MD

Ben F. Thompson, III, MD, FCCP
R. Craig Broussard, MD, FCCP
Jana P. Kaimal, MD, FCCP
Gary Kohler, MD
Luke M. Williams, MD

Ken Moss, Jr., MD
William C. Moss, MD

Jana P. Kaimal, MD, FCCP

Lisa M. Snider, MD
Timothy R. Best, MD

Raul E. Varela, MD, FACR

Ralph W. Colpitts, MD
E. Clyde Smoot, III, MD, FACS

Shondra L. Smith, MD

Gerald W. Mouton, MD, FAAFP
W. Carl Nabours, MD, FAAFP
John A. DiGiglia, III, MD, FAAFP
Arthur W. Primeaux, MD, FAAFP
Thomas E. LeBeau, MD, FAAFP
Richard E. Landry, MD, FAAFP
John T. Foret, MD, FAAFP

T. H. DeLaureal, MD
L. K. Moss, MD, FACS

Lee Michael Hilka

David Buttross, Jr., MD, FACP, FACC

Ambulatory Surgery Center
The Endoscopy Clinic
Laboratory
Nuclear Cardiology
Pharmacy
Radiology
Ultrasound

March 7, 2000

MS ROXIE VIATOR
2728 WESTERN AVENUE
ORANGE TEXAS 77630

RE: HELEN WOODCOCK
MR# 00-1776

Dear Ms. Viator:

I am sending this letter in reference to a request for an evaluation of Ms. Helen Woodcock. She is a 78 year old woman who was seen on 3/7/2000. She has no significant symptoms at this time, other than aches and pains all over the body and minor stiffness of the joints. She states she has been sent to me because her husband was known to have asbestosis and died of carcinoma of the lung five years ago. She used clean his clothes which was often coated with asbestos dust. She also used the asbestos rags he brought home for cleaning purposes.

She denies any orthopnea, PND or edema. She does not cough or produce any sputum. She has no wheezing. She denies any history of carcinoma of the colon, peritoneal cavity, ovaries, lung or breast.

Family History is non-contributory. Social History reveals she smoked until fifteen years ago, about a pack per day, possibly thirty pack years. No allergies.

Review of Systems:
ENT: Patient complains of no symptoms except occasional post nasal drip and coughing up of a small amount of sputum in the morning. She thinks this has been going on for five to ten years. When she is up a long time, her feet swell. Swallowing is normal. She has shortness of breath only on climbing one flight of stairs or when she walks fast or on taking a bath.

Accredited by
Accreditation Association
for Ambulatory
Health Care, Inc.

Page 2

Woodcock, Helen
MR # 00-1776

Review of Systems: Continued.....
EXTREMITIES: Joints-Patient has had rheumatoid arthritis for many years. This is being treated with Vioxx, Plaquenil and Tylenol. Patient also was told she has osteoporosis for which she is taking Miacalcin nasal spray. She has a history of myelinoid metaplasia and is anemic.

On physical examination, this is an elderly woman who is showing obvious signs of burned out rheumatoid arthritis with ulnar deviation of the wrist and hands. She also has obvious wrist deformities. Examination of the face was unremarkable. Nose slightly congested, throat normal, tongue normal, jaw normal. Neck is normal. No supraclavicular lymph nodes. No carotid bruit. Chest examination shows bilateral rales. No wheezing is heard. Expansion of the chest appears adequate. Heart, regular, no murmur noted. Abdomen, soft. No masses felt. Liver and spleen are not palpably enlarged. Rectal and vagina exam not done. Extremities show deformity explained previously.

Chest x-ray shows interstitial markings consistent with pulmonary fibrosis. Some thickening of the pleura is noted.

This patient has a history of exposure to asbestos and is noted to have interstitial lung disease with minor pleural thickening. This is consistent with a diagnosis of Asbestosis.

The Pulmonary Function Test showed reduced FVC, normal FEV1/FVC ratio again indicating restrictive defect which is consistent with asbestosis. Her lung volume is 57% which is again moderately reduced. Diffusion is 10 which is 52% of normal, again indicating a restrictive pattern.

RECOMMENDATIONS AND CONCLUSIONS: This patient has a history of asbestos exposure. She also had rather severe rheumatoid arthritis. Her physical findings include bilateral rales. This along with restrictive defect and reduced diffusion is certainly consistent with asbestosis. However, the patient's rheumatoid arthritis could also cause some of these abnormalities.

Page 3

WOODCOCK, HELEN
MR # 00-1776

I recommend the patient undergo a CT scan to evaluate the extent of the fibrosis
and pleural thickening. She should have a check up every six months for
asbestos related malignancies. She is moderately disabled from her lung
fibrosis.

Sincerely,

Jana Kaimal, M.D.
Pulmonary

JK/jl



**The Clinic**

David Buttross, Jr., MD, FACP, FACC
Norman L. Davidson, MD, FACP
Brian D. Clements, MD
Sandra D.M. Bruno, MD
Peter W. Karam, MD
Van A. Snider, MD
Ronald M. Lewis, Jr., MD

Michael C. Turner, MD, FACC
Carl P. Fastabend, MD, FACC
Richard M. Gilmore, MD, FACC
J. King White, MD, FACC
Miguel A. DePuy, MD, FACP, FCCP, FACC
Christopher S. Thompson, MD, FACC
John M. Winterton, MD

Gerald W. Byrd, MD
Hooper Nichols, MD
William A. Ross, MD

W. Stanley Gore, MD
James E. Gaharan, MD
Leroy E. Fredericks, Jr., MD
Michael A. Bergeron, MD

Ben F. Thompson, III, MD, FCCP
R. Craig Broussard, MD, FCCP
Jana P. Kaimal, MD, FCCP
Gary Kohler, MD
Luke M. Williams, MD

Ken Moss, Jr., MD
William C. Moss, MD
Walter M. Sartor, MD

Jana P. Kaimal, MD, FCCP

Lisa M. Snider, MD
Reynard C. Odenheimer, MD

Raul E. Varela, MD

PLASTIC SURGERY
Ralph W. Colpitts, MD

PHYSICIANS EMERITUS
T. H. DeLaureal, MD
L. K. Moss, MD, FACS

CHIEF EXECUTIVE OFFICER
Lee Michael Hilka

LABORATORY CONSULTANTS
David Buttross, Jr., MD, FACP, FACC

RADIOLOGY CONSULTANTS
Gerald A. Louviere, MD
Bruce P. Bordlee, MD
Bruce R. Knox, MD
A. Gene Lampson, MD
Charles A. Lim, MD
Scott D. Mills, MD
Joseph B. Prejean, MD
Donald L. Thomas, MD
Robert N. Brown, M.D.
Charles J. Brdlik, MD
John R. Romero, MD

ANCILLARY
Ambulatory Surgery Center
The Endoscopy Clinic
Laboratory
Nuclear Cardiology
Radiology
Ultrasound

August 5, 1998

Roxie Huffman Viator
2728 Western Avenue
Orange, Texas 77630

RE:   MARGIE WOODCOCK
      MR#: 944643
      CASE #: A-940, 581-C

Dear Ms. Viator,

I am sending you this letter following my examination of Ms. Woodcock. As you know, she has been seen in my office previously and the first report was sent to you on November 2, 1994. Following that examination, the patient came in today for re-evaluation. She is currently on Premarin, Zyrtec, Tylenol-PM, Sinemet and Serevent inhalers. She states that she is more short of breath than she was when she was originally seen.

PHYSICAL EXAMINATION:
GENERAL: This is an elderly woman who is in no distress.
HEENT: Examination of the eyes, ears, nose and throat is negative.
NECK: Examination of the neck shows no lymphadenopathy or venous distention.
CHEST: Decreased breath sounds and no wheezing or rales are noted.
HEART: Negative.
ABDOMEN: Negative.
EXTREMITIES: No significant anomaly.

The review of the chest x-ray shows no significant change from the previous visit. She has bilateral pleural plaques that are somewhat calcified and there is also some increase in interstitial markings. These findings along with mild reduction in TLC indicates asbestosis.

Accredited by
Accreditation Association
for Ambulatory
Health Care, Inc.

CONT'D . . . .
RE:   MARGIE WOODCOCK / MR#:  944643

The patient shows no evidence of bronchial carcinoma at this time.

DIAGNOSIS:        POSSIBLE ASBESTOSIS.

The patient is to see me every year for a chest x-ray and pulmonary function test.

Sincerely,

JANA KAIMAL, M.D., F.C.C.P.
PULMONARY DISEASES/SLEEP MEDICINE
Jk/drm