IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| W. R. GRACE & CO., ET AL. | * | CASE NO. 01-01139 (JKF) |
| Debtors | * | (JOINTLY ADMINISTERED) |

## ORDER

BE IT REMEMBERED that on this the _____ day of _____, 2003, came on to be considered the Debtors' Second Omnibus Objection to Claims (Non-Substantive) represented by Attorney of Record, Roxie Viator, and upon considering said motion, as well as **CLAIMANTS' RESPONSE TO THE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS**, and after hearing the arguments of Counsel, the Court determines that said motion lacks merit as to the Claimants listed below and should be in all things DENIED and OVERRULED as to such Claimants listed below; it is, therefore,

ORDERED, ADJUDGED and DECREED, that the Debtors' Second Omnibus Objection to Claims (Non-Substantive) represented by Attorney of Record, Roxie Viator, concerning:

```
Charles Adams, Deceased--Claim Number 000271;
Ruth Boles, Deceased-----Claim Number 000212;
James H. Brown, Deceased-Claim Number 000213;
Joseph Brown-------------Claim Number 000214;
William R. Bryan---------Claim Number 000215;
Harold Buford------------Claim Number 000216;
Freddie Champine---------Claim Number 000217;
Gerald R. Clark, Dec'd---Claim Number 000218;
A. J. Constance, Dec'd---Claim Number 000219;
Durward Cox--------------Claim Number 000220;
L. D. Creel, Deceased----Claim Number 000222;
John E. Crochet, Dec'd---Claim Number 000221;
Geraldine Crochet--------Claim Number 000223;
Claud Dean, Deceased-----Claim Number 000224;
Steven Dore--------------Claim Number 000225;
Andrew Dorr, Deceased----Claim Number 000226;
L. J. Doucet-------------Claim Number 000227;
Ruby Garcia, Deceased----Claim Number 000228;
Massey B. Goodman, Dec'd-Claim Number 000230;
Larry Granger, Dec'd-----Claim Number 000229;
```

```
Ireland Grant, Deceased--Claim Number 000231;
Harvey Harris, Deceased--Claim Number 000232;
Sylvia Heufelder, Dec'd--Claim Number 000233;
Carl J. Hoelzer, Dec'd---Claim Number 000234;
Donald Hunsinger---------Claim Number 000235;
Billy W. Jackson, Dec'd--Claim Number 000236;
Johnny Johnson, Dec'd----Claim Number 000237;
Paul E. Kibodeaux, Dec'd-Claim Number 000238;
Glenn B. Ladd, Dec'd-----Claim Number 000240;
Robert Linscomb, Dec'd---Claim Number 000239;
Joe B. Lobb, Deceased----Claim Number 000241;
Stanley B. Lucas, Dec'd--Claim Number 000242;
James R. Luker, Deceased-Claim Number 000243;
George May---------------Claim Number 000244;
Rufus McDonald, Dec'd----Claim Number 000245;
Avena Mello, Deceased----Claim Number 000246;
Johnnie Molina, Dec'd----Claim Number 000251;
Andrew Nance-------------Claim Number 000247;
Terrell Piggott, Dec'd---Claim Number 000248;
Donald Purser------------Claim Number 000249;
Earl Reeves--------------Claim Number 000250;
Jessie Reppond-----------Claim Number 000252;
Leroy Richard, Dec'd-----Claim Number 000253;
Rody L. Richardson, Sr.--Claim Number 000254;
Emory Ryan, Deceased-----Claim Number 000255;
Richard Scales, Dec'd----Claim Number 000256;
Walter R. Scarborough----Claim Number 000257;
Raymond Selzer, Dec'd----Claim Number 000258;
Weldon Teel, Deceased----Claim Number 000270;
Willis H. Terrell--------Claim Number 000259;
Dale Thompson------------Claim Number 000260;
Rufus Thompson-----------Claim Number 000261;
James H. Trahan, Dec'd---Claim Number 000262;
Jack C. Turner, Dec'd----Claim Number 000263;
Vernon Turner, Dec'd-----Claim Number 000264;
John Wade, Deceased------Claim Number 000265;
Webster Wendling, Dec'd--Claim Number 000266;
Edwin C. Woodcock, Dec'd-Claim Number 000267;
Helen Woodcock, Dec'd----Claim Number 000268; and,
Margie Woodcock----------Claim Number 000269,
```

is in all things **DENIED** and **OVERRULED**.

**SIGNED** this the _____ day of _____, 2003.

HON. JUDITH K. FITZGERALD, PRESIDING
UNITED STATES BANKRUPTCY JUDGE