# EXHIBIT "A"

**EXHIBIT A**

# OVERVIEW OF PROOFS OF CLAIM FILED BY THE CITY OF CAMBRIDGE THAT ARE SUBJECT TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

| Claim No. | Form Filed | Date Filed | Entity Against Whom It Was Filed | Location Referenced In Debtors' Second Omnibus Objection and Debtors' Proposed Treatment | Summary of City of Cambridge's Comments and Response to Objection |
|---|---|---|---|---|---|
| 674 | Official Form 10 | April, 2002 | W.R. Grace & Co. (Case 01-1139) | Exhibit A: Debtors assert that Claim No. 674 should be expunged because it was amended by and should be survived by Claim No. 4722. | Claim 674 has been amended by and should be survived by Claim Nos. 4722 and 4723 – both of which pertain to claims against "W.R. Grace & Co." |
| 685 | Official Form 10 | April, 2002 | W.R. Grace & Co.-Conn. (Case 01-1140) | Exhibit A: Debtors assert that Claim No. 685 should be expunged because it was amended by and should be survived by Claim No. 4720. | Claim 685 has been amended by and should be survived by Claim Nos. 4720 and 4721 – both of which pertain to claims against "W.R. Grace & Co.-Conn." |
| 4720 | "W.R. Grace & Co. Asbestos Property Damage Proof Of Claim Form" | March, 2003 | W.R. Grace & Co.-Conn. (Case 01-1140) | Debtors have not objected to this claim. | |
| 4721 | "Grace Non-Asbestos Proof Of Claim Form" | March, 2003 | W.R. Grace & Co.-Conn. (Case 01-1140) | Debtors have not objected to this claim. | |
| 4722 | "Grace Non-Asbestos Proof Of Claim Form" | March, 2003 | W.R. Grace & Co. (Case 01-1139) | Debtors have not objected to this claim. | |
| 4723 | "W.R. Grace & Co. Asbestos Property Damage Proof Of Claim Form" | March, 2003 | W.R. Grace & Co. (Case 01-1139)  Note: In Exhibit B to the Objection, Debtors incorrectly list this claim as having been filed in Case 01-1140 | Exhibit B: Debtors assert that Claim No. 4723 should be expunged because it is a duplicate of Claim No. 4721. | Claim No. 4723 is not a duplicate of Claim No. 4721. Claim No. 4723 relates to the City's claims asserted by way of a "W.R. Grace & Co. Asbestos Property Damage Proof Of Claim Form," filed as to "W.R. Grace & Co." in Case No. 01-1139. Claim No. 4721 relates to the City's claims asserted by way of a different proof of claim form – a "Grace Non-Asbestos Proof Of Claim Form" – filed as to "W.R. Grace & Co.-Conn." in Case No. 01-1140 |

Docs\camben\vim\Proof of Claim Table.wpd