# EXHIBIT "B"

B10 (Official Form 10) (Rev. 04/01)

| UNITED STATES BANKRUPTCY COURT For the District of Delaware | PROOF OF CLAIM |
|---|---|
| In re: W.R. Grace & Co. | Case Number: 01-1139 |

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Creditor Name (Person or entity debtor owes): City of Cambridge, Massachusetts

Address Line 1: c/o Stephen D. Anderson, Esq.

Address Line 2: Anderson & Kreiger LLP

Address Line 3: 43 Thorndike Street

City, ST ZIP: Cambridge, MA 02141 Tel: (617) 252-6575

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: ____________

1. BASIS FOR CLAIM

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe Briefly) Property damage and past and future response costs (M.G.L. c21E)
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)

Your social security No. ____________

Unpaid compensation for services performed from ________ (date) to ________ (date)

2. Date Debt Incurred: (MMDDYY) - - - - 8 0 Approx. 1980 and continuing

3. If Court Judgment, Date Obtained:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THIS CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $____________

☒ UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4,650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)

☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507 (a)(7)

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)____________

5. AMOUNT OF CLAIM AT TIME CASE FILED: $14,829,000.00 (see attached for explanation)

(Secured) (Unsecured Nonpriority) (Unsecured Priority)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

CLERK BANKRUPTCY COURT DISTRICT OF DELAWARE APR 15 AM 11:26

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 4/8/02 | Robert W. Healy, City Manager |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WR Grace BF.4.14.674 00000674

RECEIVED APR 25 2002

08-01-03 12:48 ID= P13/15

B10 (Official Form 10) (Rev. 04/01)

**UNITED STATES BANKRUPTCY COURT**
For the District of Delaware

**PROOF OF CLAIM**

In re: W.R. Grace & Co.-Conn.

Case Number: 01-1140

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Creditor Name (Person or entity debtor owes): City of Cambridge, Massachusetts
Address Line 1: c/o Stephen D. Anderson, Esq.
Address Line 2: Anderson & Kreiger LLP
Address Line 3: 43 Thorndike Street
City, ST ZIP: Cambridge, MA 02141 Tel: (617) 252-6575

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: ____________

1. BASIS FOR CLAIM
☐ Goods sold ☐ Personal injury/wrongful death ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Services performed ☐ Taxes ☐ Wages, salaries, and compensation (Fill out below)
Your social security No. ____________
Unpaid compensation for services performed from ________ (date) to ________ (date)
☐ Money loaned ☒ Other (Describe Briefly) Property damage and past and future response costs (M.G.L. c21E)

2. Date Debt incurred: (MMDDYY) - - - - 8 0
Approx. 1980 and continuing

3. If Court Judgment, Date Obtained:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $____________

☒ UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ________

5. AMOUNT OF CLAIM AT TIME CASE FILED: $14,829,000.00 (see attached for explanation)

(Secured) (Unsecured Nonpriority) (Unsecured Priority)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 4/8/02

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Robert W. Healy, City Manager

THIS SPACE IS FOR COURT USE ONLY
02 APR 15 AM 11:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WR Grace BF.4.14.685
00000685
RECEIVED APR 25 2002

08-01-03 12:49 ID= P15/15

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware

**GRACE NON-ASBESTOS PROOF OF CLAIM FORM**

Name of Debtor:[1] W.R. Grace & Co. - Conn.

Case Number 01-1179

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
City of Cambridge, Massachusetts

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

X Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent:
c/o Stephen D. Anderson, Esq.
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge, MA 02141 Tel: (617) 252-6575

Account or other number by which creditor identifies Debtor:

Check here ☐ replaces
if this claim X amends a previously filed claim, dated: 4/15/02
See attachment hereto for explanation

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W. R. Grace & Co. - Conn.

1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- X Environmental liability
- ☐ Money loaned
- ☐ Non-asbestos personal injury/wrongful death
- ☐ Taxes
- ☐ Other______

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS #:______
Unpaid compensation for services performed
from ______ to ______ (date)

2. Date debt was incurred: Approx. 1980 and continuing

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 14,829,000.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff)

Brief Description of Collateral:

☐ Real Estate ☐ Other (Describe briefly) ______

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $______

Attach evidence of perfection of security interest

X UNSECURED NONPRIORITY CLAIM

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a(____).

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

This Space is for Court Use Only

Date: 3/17/03

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature], Robert W. Healy, City Manager

RECD MAR 21 2003

WR Grace BF.20.80.3993
00004720
SR=409

[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

CITY OF CAMBRIDGE, MASSACHUSETTS

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

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

**Other names by which claiming party has been known (such as maiden name or married name):**

*First* *MI* *Last*

*First* *MI* *Last*

**GENDER:** ☐ MALE ☐ FEMALE

**Mailing Address:**

795 MASSACHUSETTS AVENUE

*Street Address*

CAMBRIDGE

*City*

MA

*State (Province)*

02139

*Zip Code (Postal Code)*

USA

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

ANDERSON + KREIGER LLP

**Name of Attorney:**

STEPHEN D ANDERSON

*First* *MI* *Last*

**Mailing Address:**

43 THORNDIKE STREET

*Street Address*

CAMBRIDGE

*City*

MA

*State (Province)*

02141

*Zip Code (Postal Code)*

**Telephone:**

(617) 252-6575

*Area Code*

WR Grace PD.2.8.351
00004721
SR=409

RECD MAR 21 2003

9276101

1016273

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware

**GRACE NON-ASBESTOS PROOF OF CLAIM FORM**

Name of Debtor:[1] W.R. Grace & Co.

Case Number 01-1139

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
City of Cambridge, Massachusetts

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent:
c/o Stephen D. Anderson, Esq.
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge, MA 02141 Tel: (617) 252-6575

Account or other number by which creditor identifies Debtor:

Check box ☐ replaces ☒ amends a previously filed claim, dated: 4/15/02
if this claim
See attachment hereto for explanation

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W.R. Grace & Co.

1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- ☒ Environmental liability
- ☐ Money loaned
- ☐ Non-asbestos personal injury/wrongful death
- ☐ Taxes
- ☐ Other____________________

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS #:________
Unpaid compensation for services performed
from ____________ to ____________ (date)

2. Date debt was incurred: Approx. 1980 and continuing

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 14,829,000.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)

Brief Description of Collateral:

☐ Real Estate ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $________

Attach evidence of perfection of security interest

☒ UNSECURED NONPRIORITY CLAIM

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM – Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a(____).

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

This Space is for Court Use Only

Date: 3/17/03

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature], Robert W. Healy, City Manager

REC'D MAR 21 2003

WR Grace BF.20.80.3994
00004722
SR=409

[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.

08-01-03 12:46 ID= P07/15

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

CITY OF CAMBRIDGE, MASSACHUSETTS

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

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

**Other names by which claiming party has been known (such as maiden name or married name):**

*First* *MI* *Last*

*First* *MI* *Last*

**GENDER:** ☐ MALE ☐ FEMALE

**Mailing Address:**

795 MASSACHUSETTS AVENUE

*Street Address*

CAMBRIDGE

*City*

MA

*State (Province)*

02139

*Zip Code (Postal Code)*

USA

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

ANDERSON + KREIGER LLP

**Name of Attorney:**

STEPHEN D ANDERSON

*First* *MI* *Last*

**Mailing Address:**

43 THORNDIKE STREET

*Street Address*

CAMBRIDGE

*City*

MA

*State (Province)*

02141

*Zip Code (Postal Code)*

**Telephone:**

(617) 252-6575

*Area Code*

WR Grace PD.2.8.352
00004723
SR=409

RECD MAR 21 2003

9276101

1000236

08-01-03 12:47 ID= P09/15