141 Jenkins Drive
Savannah, Ga. 31405
August 7, 2003
912-692-1184

The Clerk Of The U.S. Bankruptcy Court
Sixth Floor
824 Market Street
Wilmington, Delaware 19801

To Whom It May Concern:

I, Willie B. Burks, do file this written response with the Clerk Of The U.S. Bankruptcy Court opposing the relief requested in the Second Omnibus Objection. I am also serving a copy of this response upon Kirkland + Ellis LLP, Attn: Janet S. Baer, James W. Kapp III, and Christian Lane, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones + Weintraub P.C., Attn: Scotta McFarland, Esq., 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19801, to be received on or before August 8, 2003, at 4:00 P.M. (Eastern Time).

This response contains requested information as follows:
(i) In The United States Bankruptcy Court For The District Of Delaware, In re: W.R. Grace + Co., et al., Debtors. Case Number 01-01140 Title "No Supporting Documentation in Exhibit D of the Objection. Case Number 01-01139 (JKF)

106-2

(ii) Miss Willie B. Burks, claim number 12753 Description of basis for the amount of the claim is for the cost of the removal of the asbestos from my home (personal residence) and replacement cost of repairs after the removal of the asbestos and the clean up cost and removal from my property.

(iii) The claim number of the claim objection to which this response is directed is number 10.

(iv) The specific factual basis and supporting argument upon which I am relying on in opposing the Second Omnibus Objection is The asbestos on the exterior and interior of my home is a health hazard to me, my family and all that visit my home, and it has been for over 26 years. It need to be removed now. The longer its there the more problems and harm its causing. I filled out the claim form. Send me a list of the Documention you need. My claim should be approved to get rid of the asbestos and the health hazard its caused and is still causing.

(v) I didn't receive the letter in time to take pictures of the asbestos on and in my home to send. Contact me Miss Willie B. Burks, 141 Jenkins Dr., Savannah, Ga 31405, 912-692-1184.

Sincerely yours,
Miss Willie B. Burks
2 of 2