

# INDUSTRIAL CONSTRUCTION, INC.

August 04, 2003

Office for the Clerk of the U. S. Bankruptcy Court
for the District of Deleware
824 Market Street
Wilmington, De 19801

To whom it may concern,

    Please be advised that Industrial Construction, Inc. contests the objection made by W. R. Grace, as to the status of its claim with the bankruptcy court. There are two claims outstanding on case #01-1139 through 01-1200 (JJF). The first is for Industrial Construction, Inc. invoice # 537567 dated 2/14/01 in the amount of $8,231.25. The second invoice #537566 dated 2/12/03 in the amount of $15,551.25. Industrial Construction, Inc. performed work at the W. R. Grace plant in Bedford Park, Illinois in good faith. A new conference room was constructed and completed in a timely and good workmanship manner. Russ Victoria of W. R. Grace had assured the owner of Industrial Construction, Inc. that the bankruptcy filing would not affect the work which was contracted on 12/15/2000. Please see enclosed copy of signed quotes.

    Industrial Construction, Inc. is a small business that is dependent on its customers to pay their debts in a timely fashion. The amount of time which has gone by without payment is threatening the ability of the business to continue operations.

2929 South 18th Avenue – Broadview, Illinois 60155-4757
708/343-1010 – FAX 708/343-0069

Serving You - Since 1940

You may contact:

    Cecilia Payne
    Industrial Construction, Inc.
    2929 S. 18th Avenue Suite D
    Broadview, Il 60155-4757

    708-343-1010 Telephone
    708-343-0069 Fax

Sincerely,

James Zakovec
President

# IC INDUSTRIAL CONSTRUCTION, INC.

November 17, 2000
Quote # 3980

Rose Victoria
W. R. Grace
6051 W. 65th St.
Bedford Park, IL. 60638

728-2402
458-6165

Re:

In response to your request, the following proposal is for your review and approval.

A. Re: <u>New Conference room converting six (6) rental offices.</u>

1. Furnish and install Metal studs and 5/8" drywall to build two (2) new walls 19' x 8' and 9'6" x 8'.

2. Furnish and install fiberglass installation to two (2) new walls 19' x 8' and 9'6" x 8'.

3. Furnish and install 1/4" drywall laminated over two (2) existing walls. Each wall 30' x 8'.

4. Close off one (1) 3'0" x 6'8" opening using metal stud and 5/8" drywall.

5. Furnish and install one (1) double pre-hung birch solid core 3'0" x 7'0" and frame with locking hardware, furnish and install one (1) 3'0" x 7'0" pre-hung birch door with locking hardware. Doors to be stained to match existing.

6. Patch existing floor as necessary and furnish and install commercial grade vinyl tile 30' x 19'. Furnish and install 4" vinyl base approximately 130 linear feet.

7. Clean and haul away all debris.

*Note: All new drywall to be taped, sanded and ready for paint. Painting to be additional. Wallcovering to be additional.

Labor and Material $9,975.00

2929 South 18th Avenue · Broadview, Illinois 60153-4736
708/343-1910 — FAX 708/343-0069

Serving You - Since 1940

# LC INDUSTRIAL CONSTRUCTION, INC.

2929 South 18th Avenue
Broadview, IL 60153-4736
(708) 343-1010   fax (708) 343-0069

**INVOICE NO.:**

BILL TO:

JOB:

| P.O. NUMBER | VIA | WORK THROUGH | INVOICE DATE |
|---|---|---|---|
| | | | |

| QTY | ITEM | DESCRIPTION | | EACH | TOTAL |
|---|---|---|---|---|---|
| | | | | | |

SUBTOTAL

PLEASE PAY

OR-004

# INDUSTRIAL CONSTRUCTION, INC.

January 8, 2001
Quote #3998

Russ Victoria
W. R. Grace
6051 W 65th Street                    708-728-2402
Bedford Park, Il  60638               708-458-6165

Russ,

In response to your request, the following proposal is for your review and approval.

Re:   Replacement of (4) four deteriorated wood beams in warehouse.

1.)  Shore up existing wood joists at (8) eight places.

2.)  Remove (2) two 8" x 12" x 20' deteriorated wood beams and (2) two 8" x 12" x 22' deteriorated wood beams and dispose of.

3.)  Furnish and install (2) two new 8" x 12" x 20' steel H beams and (2) two 8" x 12" x 22' steel H beams.

4.)  Remove all shoring and clean and haul away all debris.

                        Labor and Materials    $10,975.00


        ALL WORK TO BE DONE IN A FINE WORKMANSHIP MANNER!

            *This proposal is valid for 60 days.

    TERMS OF CONTRACT:  25% DEPOSIT; balance upon completion.
                        Work to begin upon receipt of deposit.


* Work due to re-routing of unquoted and/or unexposed
  electrical, sprinkler, gas, plumbing, sanitation lines;
  underground obstructions; removal of concrete over 6"
  thick; removal and hauling of contaminated material;
  unstable or inadequate soil bearing capacity; or overtime
  hours would be additional. Permits, if not quoted, by
  others.

2929 South 18th Avenue — Broadview, Illinois 60153-4736
708/343-1010 — FAX 708/343-0069

Serving You - Since 1940

Page -2-
W. R. Grace

We appreciate the opportunity to quote. We feel confident that with our years of experience, we can meet all your construction needs.

Submitted by,

INDUSTRIAL CONSTRUCTION, INC.

*James Zakovec* (signature)

James Zakovec

Approved by: _____ 1-11-01
Date:
Quote #3998