IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors, | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## NORTHEAST MINNEAPOLIS RESIDENTS' RESPONSE TO OMNIBUS OBJECTION TO CLAIMS

### INTRODUCTION AND BACKGROUND

This response is filed on behalf of the following claimants ("Claimants"), all of whom are residents of the Northeast Minneapolis neighborhood and Superfund site (EPA project # MNN000508056) where, from the 1950's to 1989, Debtor disposed of asbestos-contaminated vermiculite by offering and distributing it throughout the neighborhood as "free crushed rock":

| *Name of Claimant* | | *ADDRESS* | *CITY* | *ST* | *ZIP* | *CASE NUMBER* | *CLAIM NUMBER* |
|---|---|---|---|---|---|---|---|
| Lawrence | Barker | 1606 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11331 |
| Wallace | Barko, Jr. | 1916 3rd Street NE | Minneapolis | MN | 55418 | 01-01140 | 11332 |
| Sue | Branch | 1226 Washington St. NE | Minneapolis | MN | 55413 | 01-01140 | 11333 |
| Scott | Cauwels | 4021 Wooddale Avenue S | St Louis Park | MN | 55416 | 01-01140 | 11264 |
| Adam | Chase | 1427 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11334 |
| Dwight | Christensen | 681 Summer Street NE | Minneapolis | MN | 55413 | 01-01140 | 11336 |
| Caroline | Cisewski | 1332-1334 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11335 |

| James | Craig | 2101 5th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11337 |
|---|---|---|---|---|---|---|---|
| Brad | Daystar | 508 20th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11338 |
| Mark | DePauw | 1338 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11339 |
| David & Gail | Fiebiger | 1316 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11340 |
| Jordan | Fineberg | 825 19th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11341 |
| Jean | Forland | 1515 4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11342 |
| Patricia | Foss | 636 22nd Avenue NE | Minneapolis | MN | 55413 | 01-01140 | 11343 |
| Steven | Fuller | 1212 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11344 |
| Larry | Gallagher | 2311 Whitewater Creek Road | Whitewater | CO | 81527 | 01-01140 | 11345 |
| Julie | Gubbin | 1508 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11346 |
| Tobi | Harris | 1530 California Street NE | Minneapolis | MN | 55413 | 01-01140 | 11347 |
| Patricia | Hughes | 2212 Howard Street NE | Minneapolis | MN | 55418 | 01-01140 | 11348 |
| Keith | Johnson | 2314 Quincy Street NE | Minneapolis | MN | 55418 | 01-01140 | 11349 |
| Trista | Jonk | 1813 Jackson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11350 |
| Martin | Kouri | 1138 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11351 |
| Namie & Doris | Kouri | 1138 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11352 |
| Thomas | Kouri | 2000 4th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11353 |
| Wayne | Kovensky | 1407 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11354 |
| Leo | Kuelbs | 1202 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11355 |
| Ella | Kuha | 2106 4th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11356 |
| John | Landry | 20276 Spoonbill Ct. | Rogers | MN | 55374 | 01-01140 | 11357 |
| Timothy | Lees | 1518 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11358 |
| Gunda | Luss | 2117 25th Avenue South | Minneapolis | MN | 55406 | 01-01140 | 11359 |
| Philip | Martin | 1610 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11360 |
| Sharon | Martin | 1134 Jefferson St. NE, #1 | Minneapolis | MN | 55413 | 01-01140 | 11361 |
| Mike | Miskowiec | 1432 5th Street NE, #3 | Minneapolis | MN | 55413 | 01-01140 | 11362 |
| Robert | Nordstrom | 690 Lowry Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11363 |
| Chyleen | Ostlund | 1412 Monroe Street NE | Minneapolis | MN | 55413 | 01-01140 | 11364 |
| Zaharias | Pakirtzis | 7201 36th Avenue N Apt #118 | Crystal | MN | 55427 | 01-01140 | 11365 |
| Gary | Patch | 1502 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11366 |
| Mahtab | Rezai | 1539-4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11367 |

| John | Russinik | 429 20th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11368 |
|---|---|---|---|---|---|---|---|
| Gail | Schack | 1210 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11369 |
| William | Schaefer | 1435 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11370 |
| Carla | Sellers | 1732 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11371 |
| Jean | Seymour | 1812 5th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11372 |
| John | Smith | 2415 Garfield Street NE | Minneapolis | MN | 55418 | 01-01140 | 11373 |
| Jon | Soucek | 1715 5th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11374 |
| Timothy | Speidel | 1724 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11375 |
| St. John's Lutheran Church | | 610 Broadway St NE | Minneapolis | MN | 55413 | 01-01140 | 11378 |
| Delores | Sydloski | 1431-4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11376 |
| Clemens | Szykulski | 2407 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11377 |
| Elizabeth | Taft | 1718 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11380 |
| Brian | Treffert | 2331 Monroe Street NE | Minneapolis | MN | 55418 | 01-01140 | 11379 |
| Paul | Van ryswyk | 1927 University Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11381 |
| Randy | Vanderwood | 1337 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11382 |
| William | Worley | 1720 6th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11383 |

## ARGUMENT

Debtors have objected to Claimants' claims (with the exception of Ms. Hughes' claim), arguing that Claimants have failed to comply with Bankruptcy Rule 3001(c) by failing to provide "supporting documentation." Debtors contend that Rule 3001(c) allows the Court to deny, reduce or reclassify Claimants' claims for failure to provide supporting documentation. Debtors' reliance on Rule 3001(c) is misplaced.

Rule 3001(c) requires that, where a claim is "based on a document" (e.g. a security interest in personal property), the document establishing the claim (e.g. the security agreement) be attached to the proof of claim. Claimants' claims here are not based on a document. Claimants' claims are based on the widespread contamination of

their neighborhood with microscopic particles of asbestos, many of which have yet to be contained and remediated.

All of the Claimants identified above commonly claim damages as a result of Debtor's dissemination of asbestos-contaminated vermiculite throughout their Northeast Minneapolis neighborhood for a period of over 40 years. (See Exs. A, B, C and D.) The severe contamination of the neighborhood is best illustrated by Exhibit B, an EPA memo describing the EPA's initial investigation of residential properties immediately adjacent to the site. The EPA's initial visual inspection of these properties identified extremely high quantities (8 to 20% percent in some outdoor samples) of contamination. (Ex. B, p. 2.)

Claimants' claims are illustrated by Claimant Adam Chase's Complaint in Chase v. W.R. Grace Co.-Conn., (Ex. E, Hennepin County File No. 00-014792.) In October of 2000, Mr. Chase, on behalf of himself and all other Northeast Minneapolis residents affected by the contamination, commenced a putative class action against Debtor, alleging violations of the Minnesota Environmental Response and Liability Act ("MERLA"), the Minnesota Consumer Fraud Act, nuisance, strict liability, and negligence. (Ex. E.)

In his Complaint Mr. Chase seeks, for himself and all others similarly situated, the costs of investigation, soil borings, remediation, the loss in value to his property due to contamination and loss in value to his property due the ongoing "stigma" caused by the widespread contamination (and, at present, incomplete remediation) of properties in the neighborhood. Debtor filed for bankruptcy protection in April of 2001, staying Mr. Chase's putative class action.

Mr. Chase's claims are generally representative of the other Claimants' claims.[1] Like Mr. Chase, all the remaining Claimants assert, as part of their claims against Debtor, the costs of investigation (including soil boring), remediation, the loss in property value due to contamination and loss in value due the ongoing "stigma" caused by the widespread contamination of the neighborhood. As these items of damage were not part of Debtor's agent's Proof of Claim form, Claimants could not adequately "document" these claims on the form.

### CONCLUSION

Based on the foregoing, Claimants respectfully request that the Court overrule Debtor's non-substantive objection to Claimant's claims.

Dated: 8/7/03

Bill Butler (227912)
BIERSDORF & ASSOCIATES, P.A.
Suite 4100
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 339-7242

ATTORNEYS FOR CLAIMANTS

---

[1] Although, unlike many Claimants, Mr. Chase's property was subsequently partially remediated by the United States Environmental Protection Agency, Mr. Chase retains a private right of action against Debtor for complete inspection, complete remediation and the right to recover stigma and contamination value loss to his property.