# EXHIBIT 2

# Richard J. Lee

**Affiliation:**   RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

**Education:**

Ph.D., Theoretical Solid State Physics, 1970, Colorado State University
B.S., Physics, 1966, University of N. Dakota

**Career/Employment:**
- RJ Lee Group, Inc., President, 1986 - Present
- U. S. Steel Technical Center, Head - Physics, Electron Microscopy and Surface Analysis Section, 1973 - 1985
- Purdue University, Associate Professor, 1971
- Purdue University, Assistant Professor, 1970
- Lake Region Junior College, Instructor, 1966

**Summary:**
- Pioneered the use of quantitative electron diffraction techniques for the identification of asbestos
- Development of automated techniques for combined x-ray microanalysis and electron microscopy
- Developed and manufactured first PC-based Scanning Electron Microscope
- Developed and manufactured Forensic product for GSR
- Developed and manufactured Forensic LIMS software

**Honors, Awards, Fellowships & Memberships:**
- Microbeam Analysis Society
- ASM International
- ASTM Committee
- American Concrete Institute
- American Ceramic Society
- National Stone, Sand and Gravel Association
- International Standards Organization
- Health Effects Institute - Asbestos Research Literature Review Panel
- EPA Scientific Review Panel on Air Chemistry and Physics (1989)
- EPA Select Panel for Development of Methodology for Asbestos Analysis by Transmission Electron Microscopy (1987-Present)
- Advisor on asbestos analysis to the Environmental Protection Agency
- External Advisory Committee for the College of Natural Sciences, Colorado State University
- National Defense Education Act Fellowship - 4 years
- Honorary Doctor of Science – University of North Dakota, 1996
- Entrepreneur of the Year – Mid-Atlantic States, 1991
- Innovator of the Year – North Dakota, 1998

**Publications & Presentations:**  171

**Patents:**  3

4/00

# Richard J. Lee, PhD
## Publications & Presentations

Badger, S.R., B. Scheetz, R. J. Lee, F. S. Schwerer, K. P. Rickabaugh, C. Bunker, "Sampling and Analysis of Disaster-Impacted Properties:  A Data Management Case Study From Ground Zero", Presented at the Microscopy & Microanalysis 2003 Conference, August 3-7, 2003.

Marchand, J., E. Samson, Y. Maltais, R. J. Lee, "Predicting the Performance of Concrete Structures Exposed to Chemically Aggressive Environments - Field Validation", Published in the Annual Conference of the Canadian society for Civil Engineering, June 2002.

Lee, R.J., H.P. Lentz, D.G. Kritikos, A.M. Toms, "One-Button Wear Debris Analysis", Microscopy Society of America, JOAP-TSC, Pensacola, FL, (2002).

Sahu, S., S. A. Brown, R. J. Lee, "Thaumasite formation in stabilized coal combustion by-products", Cement & Concrete Composites 24, pp 385-391, (2002).

Lee, R. J., D. Van Orden, W. H. Powers, K. A. Allison,  "Implications of Analytical Techniques for Asbestos Identification", Presented at the National Stone, Sand & Gravel Association's Environment, Safety, and Health Forum, September 2001.

Lee, R. J., G. S. Casuccio, S. F. Schlaegle, T. L. Lersch, "The Characterization and Speciation of Particulate Matter", Presented at the Air & Waste Management Association Annual Conference and Exhibition; Orange County Convention Center, Orlando, Florida, June 2001.

Sahu, S., A. E. Snyder, S. R. Badger, R. J. Lee, "Depth Profiling and Phase Discrimination in Deteriorated Concrete Utilizing Scanning Electron Microscopy with Automated Point Count Analysis", Published in the Proceedings of the Twenty-Third International Conference on Cement Microscopy, Albuquerque, New Mexico, USA, pp. 383-390, (2001)

Badger, S. R., S. Sahu, R. J. Lee,  "Use of Water to Cement Ratio and Point Count Analyses to Determine Mix Designs of Hardened Concrete", Published in the Proceedings of the Twenty-Third International Conference on Cement Microscopy, Albuquerque, New Mexico, pp. 391-402, (2001).

Badger, S. R., B. A. Clark, S. Sahu, N. Thaulow, R. J. Lee, "Determination of the Water to Cement Ratio of Hardened Concrete Utilizing Backscattered Electron Imaging", Presented at the Transportation Research Board Conference, Washington DC, January 2001.

Badger, S. R., B. A. Clark, S. Sahu, N. Thaulow, R. J. Lee, "Backscattered Electron Imaging to Determine Water-to-Cement  Ratio of Hardened Concrete", Published in the Transportation Research Record, No. 1775, Concrete, Materials and Construction,  pp. 17-20, (2001).

Thaulow, N., R. J. Lee, K. E. Wagner, S. Sahu, "Effect of Calcium Hydroxide Content on the Form, Extent, and Significance of Carbonation", Presented at the Calcium Hydroxide Workshop, Anna Maria Islands, Florida, November (2000), Published in The American Ceramic Society. pp. 191-202, (2001).

Cassucio, G. S., B. G. Osgood, S. R. Badger, R. J. Lee, "Investigation of Nuisance Dust Near A Cement Plant", Presented at the Air & Waste Management Association's 93rd Annual Conference & Exhibition, Salt Lake City, UT, June 2000.

Sahu, S., B. A. Clark, R. J. Lee, "Delayed Ettringite Formation and the Mode of Concrete Failure", Published in Materials Science of Concrete - The Sidney Diamond Symposium, pp. 379-394, (1998).

# Richard J. Lee, PhD
## Publications & Presentations

Badger, S. R., N. Ritchie, R. J. Lee, N. Barbie, "New Technology to Measure Steel Cleanliness Using Computer Controlled Scanning Electron Microscopy", Published in the AISE Conference Proceedings, (1998).

Badger, S. R., R.J. Lee, "Innovative Microscopic Investigations in Cement and Concrete", Engineering Foundation Conference, (1998).

Badger, S. R., R. J. Lee, L. Zhu, "Using Computer Controlled Scanning Electron Microscopy (CCSEM) to Measure Steel Cleanliness", Published in the Electric Arc Furnace Conference Proceedings, (1998).

Lee, R. J., D. Van Orden, I. M. Stewart, "Dust and Airborne Concentrations - Is there a Correlation?", Published in the Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342, M.E. Beard, H.L. Rook, Eds., American Society for Testing Materials (1998).

Lee, R. J., A. J. Schwoeble, H. P. Lentz, "Application of SEM in Forensic Science", Presented at the Scanning Microscopy International Meeting, May 1993, Published in the Scanning Microscopy Journal, Presented to the Southern Association of Forensic Scientists, Auburn, AL, April 1996.

Kennedy, S. K., G. S. Casuccio, R. J. Lee, G. A. Slifka, M. V. Ruby, "Microbeam Analysis of Heavy Element Phases in Polished Sections of Particulate Material - An Improved Insight into Origin and Bioavailability", Published in Sampling Environmental Media, ASTM STP 1282, James Howard Morgan, Ed., American Society for Testing and Materials (1996).

Lee, R. J., T. V. Dagenhart, G. R. Dunmyre, I. M. Stewart, D. R. Van Orden, "Response to Comment on 'Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts'", Published in Environmental Science & Technology, Vol. 30, No. 4, pp. 1405-1406 (1996).

Lee, R. J., D. R. Van Orden, G. R. Dunmyre, "Interlaboratory Evaluation of the Breakup of Asbestos-Containing Dust Particles by Ultrasonic Agitation", Published in Environmental Science & Technology, Vol. 30, Number 10, pages 3010-3015 (1996).

Lange, J.H., K. W. Thomulka, R. J. Lee, G. R. Dunmyre, and F. C. Schwerer, "Surface and Deposition Sampling in a Mechanical Room that Contains Pipe and Boiler Asbestos Insulation", Published in Toxicological and Environmental Chemistry, Vol. 50, pp. 51-56 (1995).

Lange, J. H., K. W. Thomulka, R. J. Lee, G. R. Dunmyre, "Evaluation of Lift and Passive Sampling Methods During Asbestos Abatement Activities", Published in the Bulletin of Environmental Contamination and Toxicololgy, Vol. 55, No. 3, pp. 325-331, September 1995.

Lee, R.J., R. G. Florida, I. M. Stewart, "Asbestos Contamination in Paraffin Tissue Blocks", Published in the Archives of Pathology & Laboratory Medicine, Vol. 119, June 1995.

Clark, B. A., P. W. Brown, A. J. Schwoeble, Y. Jie, R. J. Lee, "Comparison of Ettringite Morphologies Observed on Fracture Surfaces and in Thin Sections", Presented at The American Ceramic Society 97th Annual Meeting, Cincinnati, OH, April 1995.

Lee, R. J., T. V. Dagenhart, G. R. Dunmyre, I. M. Stewart, D. R. Van Orden, "Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts", Published in Environmental Science & Technology, Vol. 29, No. 7, pp. 1728-1736, (1995).

Oehlert, G. W., R. J. Lee, D. R. Van Orden, "Statistical Analysis of Asbestos Fibre Counts", Published in Environmetrics, Vol. 6, pp. 115-126 (1995).

## Richard J. Lee, PhD
## Publications & Presentations

Van Orden, D. R., R. J. Lee, K. M. Bishop, D. Kahane, R. Morse, "Evaluation of Ambient Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake", Published in Regulatory Toxicology and Pharmacology, Vol. 21, pp. 117-121, June 1994.

Lee, R. J., M. L. Demyanek, F. C. Schwerer, K. A. Allison, G. R. Dunmyre, "Air, Surface, and Passive Measurements in a Building During Spray- Buffing of Vinyl-Asbestos Floor Tile", Published in Applied Occupational Environmental Hygiene, 9(11):869-875, (1994).

Dagenhart, T. V., L. Xu, R. J. Lee, R. G. Florida, "TEM/SAED/EDXA Study of Crystallographic Relations Among Talc and Magnesio-Anthophyllite Which Occur Together in Compound Fibers", Presented at the Annual Meeting of the Geological Society of America, Boston, MA, October 1993.

Kennedy, S. K., D. Gerber, M. Owen, R. J. Lee. "Computer Controlled SEM/EDS and Spectrographic Cathodoluminescense Analysis of Quartz Silt", Presented at the MAS-93 Meeting, July 1993.

Wylie, A.G., K. F. Bailey, J. W. Kelse, R. J. Lee, "The Importance of Width in Asbestos Fiber Carcinogenicity and its Implications for Public Policy", Published in the American Industrial Hygiene Association Journal, Vol. 54, Number 5, pp. 239-252, May 1993.

Clark, B. A., R. J. Lee, "Energy Dispersive X-Ray Analysis of Cement Paste Features Resulting From Heat Treatment", Presented at the American Ceramic Society 95th Annual Meeting and Exposition, Cincinnati, OH, April 1993.

Wagner, K. E., R. J. Lee, "Microscopic Crack Pattern Evaluations on Hardened Concrete  Comparison Between Sound and Deteriorated Members", Presented to the American Ceramic Society 95th Annual Meeting and Exposition, Cincinnati, OH, April 1993.

Skalny, J. P., B. A. Clark, R. J. Lee, "Alkali-Silica Revised", Presented at the 15th International Conference on Cement Microscopy, Dallas, Texas, April 1993.

Lee, R. J., D. A. Warner, H. P. Lentz, "Use of the Personal SEM for Evaluation of Cementitious Products", Presented to the 15th International Cement Microscopy Association, Dallas, TX, March 1993.

Demyanek, M. L., G. R. Dunmyre, R. J. Lee, C. F. Richardson, X. Li, "Adhesive Lift and Passive Particulate Sampling Technology", Presented at the Industrial Hygiene Monitoring Symposium, March 1993.

Lange, J. H., J. W. Grad, P. A. Lange, K. W. Thomulka, G. R. Dunmyre, R. J. Lee, C. F. Richardson, and R. V. H. Blumershine, "Asbestos Abatement of Ceiling Panels and Mold Growth in a Public School Building After Water Damage: A Case Study of Contaminant Levels", Published in the Fresenius Environmental Bulletin, 2:13-18 (1993).

Clark, B. A., A. M. Dalley, Y. Jie, J. P. Skalny, R. J. Lee, "TEM and EDS Analysis of Cement Paste in Concrete and Experimental Mortars", Poster Session American Ceramic Society PAC RIM Meeting, Honolulu, Hawaii, November 1993.

Clark, B. A., A. J. Schwoeble, R. J. Lee, J. P. Skalny, "Detection of ASR in Opened Fractures of Damaged Concrete", Published in Cement and Concrete Research, Vol. 22, pp. 1170-1178, November 1992.

## Richard J. Lee, PhD
## Publications & Presentations

Clark, B. A., E. A. Draper, R. J. Lee, J. Skalny, M. Ben-Bassat, A. Bentur, "Electron-Optical Evaluation of Concrete Cured at Elevated Temperatures", Published in the Proceedings of the American Concrete Institute Symposium on How to Produce Durable Concrete in Hot Climates, San Juan, Puerto Rico, October 1992.

Jie, Y., A. J. Schwoeble, R. J. Lee, "Influence of Ashing in Concrete Samples for Carbon Coating Removal", Electron Microscopy I, 5th Asia-Pacific Electron Microscopy Conference, Beijing, China, World Scientific, pp. 450-451, August 1992.

Lange, J. H., R. J. Lee, G. R. Dunmyre, "Monitoring Asbestos in an Industrial Facility Using Surface Dust and Passive Air Samplers", Published in Emerging Technologies for Hazardous Waste Management, 1992 Book of Abstracts for the Special Symposium, Atlanta, GA, Industrial & Engineering Chemistry Division, American Chemical Society, September 1992

Lee, R. J., A. J. Schwoeble, Y. Jie, "Use of Backscattered Electron Image Intensity Signals to Calculate the Water/Cement Ratio of Concrete", Presented at the EMSA 50th Anniversary Meeting, Boston, MA, August 1992.

Lee, R. J., G. R. Dunmyre, "Surface and Passive Air Samplers", Presented at the ASTM Johnson Conference, Johnson, VT, July 1992.

Lee, R. J., G. R. Dunmyre, G. J. Kotyk, K. E. Scutt, "The Effects of Ultrasonic Resuspension During Dust Sample Preparation for Transmission Electron Microscopy Analysis on Asbestos Fiber Concentrations", Presented at the Environmental Management Ninth Annual Conference and Exposition of NAC, Pittsburgh, PA, April 1992.

Kennedy, S. K., G. A. Cooke, R. J. Lee, J. P. Skalny, "Mathematical Unmixing of Aggregate Types in Concrete Products Using Q-Mode Factor Analysis - Method and Case Study", Published in the Proceedings of the 14th International Conference on Cement Microscopy, pp. 359-378, April 1992.

Lee, R. J., G. R. Dunmyre, "Direct Preparation: Innovative Sampling Technology, Applications for Other Indoor Air Contaminants", Presented at Settled Dust Sampling: Asbestos and Other Particulates, Georgia Tech Research Institute, Atlanta, GA, April 1992.

Skalny, J. P., B. A. Clark, R. J. Lee, "Alkali-Silica Reaction Revisited", Published in the Proceedings of the 14th International Conference on Cement Microscopy, pp. 309-324, April 1992.

Lee, R. J., D. R. Van Orden, M. Corn, K. S. Crump, "Exposure to Airborne Asbestos in Buildings," Published in Regulatory Toxicology and Pharmacology, Vol. 16, pp. 93-107, March 1992.

Stewart, I. M., R. J. Lee, "Considerations in the Regulation of Actinolite, Tremolite and Anthophyllite", Presented at the SME 121st Annual Meeting, Phoenix, AZ, February 1992.

Lee, R. J., E. A. Draper, J. P. Skalny, "Advanced Methods of Concrete Characterization", Published in the Proceedings of the Materials Research Society, Boston, MA, Vol. 245, pp. 349-358, (1991).

Lee, R. J., A. J. Schwoeble, K. E. Wagner, Y. Jie, "Integration of Multiple Advanced Analytical Techniques to Study Alkali Silica Reactivity in Concrete Railroad Ties", Presented at the Engineering Foundation Conference, Advances in the Production & Utilization of Cement-Based Materials, Potosi, MO, July 1991.

# Richard J. Lee, PhD
## Publications & Presentations

Thaulow, N., R. J. Lee, J. Holm, "An Integrated Optical-SEM Method for the Identification of Alkali-Silica Reaction in Concrete Sleepers", Published in the Proceedings of The International Symposium on Precast Concrete Railway Sleepers, pp. 505-553, Madrid, Spain, April 1991.

Corn, M., K. Crump, D. B. Farrar, R. J. Lee, D. R. McFee, "Airborne Concentrations of Asbestos in 71 School Buildings," Published in Regulatory Toxicology and Pharmacology, Vol. 13, pp. 99-114, March 1991.

Lee, R. J., B. A. Smith, I. M. Stewart, "Discriminating Between Asbestos and Nonasbestos AT&A", Presented at the Society for Mining, Metallurgy, and Exploration Conference, Denver, CO, February 1991.

Lee, R. J., A. J. Schwoeble, K. E. Wagner, J. Yuan, "A Combination of Analytical Methods for Identification of Reactive Aggregate in Concrete Rail Road Ties", Published in the Proceedings of the Engineering Foundation Conference on Concrete Processing and Use, (1991).

Lee, R. J., "The Impact of Computers on Modern Microscopy", Presented to the Metro Microbeam Group, Paramus, NJ, November 1990.

Lee, R. J., J. R. Schlaegle, G. A. Cooke, T. W. Powers, "Determination of Low-Level Asbestos in Bulk Samples Using Scanning Electron Microscopy", Presented to the National Asbestos Council, Inc., Phoenix, AZ, September 1990.

Lee, R. J., "Testimony to the Occupational Safety and Health Administration on Notice of Proposed Rulemaking - Occupational Exposure to Asbestos: Tremolite, Anthophyllite and Actinolite, 29 CFR parts 1910 and 1926", Washington, DC, May 1990.

Lee, R. J., G. S. Casuccio, "Characterization of Toxic Particulate Matter Using CCSEM and MicroImaging Techniques", Presented at the SME Annual Meeting, Salt Lake City, UT, March 1990.

Dagenhart, T., J. Fisher, K. M. Bishop, G. Dunmyre, R. J. Lee, "The Pyroxenes:  Common Rock-Forming Minerals Which May be Confused with the Amphiboles", Presented to the National Asbestos Council, Inc., San Antonio, TX, February 1990.

Dagenhart, T. V., J. Fisher, K. Bishop, G. R. Dunmyre, R. J. Lee, "Fibrous Pyroxenes:  Common Rock-Forming Minerals Which May Be Confused with the Amphiboles", Presented to the National Asbestos Council Seventh Annual Asbestos Abatement Conference and Exposition, San Antonio, TX, February 1990.

Lee, R.J, J. Millette, E. Chatfield; "Could You Identify This Material? (Fosterite)" (1990)

Schlaegle, J. R., G. S. Casuccio, R. J. Lee, G. R. Dunmyre, "Evaluation of Asbestos Content in Settled Dust Samples Using CCSEM and MicroImaging Techniques", Presented to National Asbestos Council, Inc., Indianapolis, IN, September 1989.

Lee, R. J., "Automated Techniques for Quantitative Measurement of Particulates and Fibers", Presented to the Eighth Annual Symposium on Advances in Microscopy, Duke University, North Carolina, September 1989.

Van Orden, D. R., I. M. Stewart, R. J. Lee, "AHERA Quality Assurance Requirements for the Electron Microscopy Laboratory", Presented to the National Asbestos Council's Sixth Annual Asbestos Abatement Conference and Exposition, Session 42, Anaheim, CA, March 1989.

# Richard J. Lee, PhD
## Publications & Presentations

Kim, D. S., P. K. Hopke, G. S. Casuccio, R. J. Lee, S. E. Miller, G. M. Sverdrup, R. W. Garber, "Comparison of Particles Taken from the ESP and Plume of a Coal-Fired Power Plant", Published in Atmospheric Environment, Vol. 23, No. 1, pp. 81-84, (1989).

Casuccio, G. S., A. J. Schwoeble, B. C. Henderson, R. J. Lee, P. K. Hopke, G. M. Sverdrup, "The Use of CCSEM and Microimaging to Study Source/Receptor Relationships", Presented to the ACPA/EPA Specialty Conference on Receptor Models in Air Resources Management, San Francisco, CA, February 1988; published in Receptor Models in Air Resources Management, Air Pollution Control Association, Pittsburgh, PA, (1989).

Lentz, H. P., W. J. Mershon, D. W. Weihe, R. J. Lee, "Offline Microscopy: Bringing the Electron Microscope to the Engineer", Presented to Electronic Imaging East, Boston, MA, October 1988.

Lee, R. J., I. M. Stewart, G. R. Dunmyre, "Evaluation of Asbestos Contamination in PC and MCE Filters", Presented to the National Asbestos Council, Boston, MA, September 1988.

Li, X., J. Xingxing, W. Zi-qin, R. J. Lee, G. R. Dunmyre, K. L. Anderson, "Thin Film Standardless Analysis Used in TEM Asbestos EDS Analysis", Published in the Proceedings of the 46th Annual Meeting of the Electron Microscopy Society of America, San Francisco Press, (1988).

Cheng, W., R. J. Lee, "Step Shape F (rz) Model and Non-Standard Ultra Light Element Analysis Program", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Xu, L., J. Guang-xiang, W. Zi-qin, R. J. Lee, "A Directly Calculated Quadrilateral Model for F (rz)", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Xu, L., J. Guang-xiang, W. Zi-qin, R. J. Lee, "Standardless EDS Analysis Using a Calculated Quadrilateral Model", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Casuccio, G. S., A. J. Schwoeble, B. C. Henderson, R. J. Lee, P. K. Hopke, G. M. Sverdrup, "The Use of Computer-Controlled SEM and Microimaging to Assist in Airborne Particulate Characterization", Presented to the Fine Particle Society, Santa Clara, CA, July 1988.

Lee, R. J., "Clearance Monitoring Under AHERA Regulations", Presented to the ASTM Johnson Conference, Johnson County, VT, July 1988.

Lee, R. J., K. L. Anderson, X. Li, "Common Errors in the Identification of Asbestos by the Visual Interpretation of Electron Diffraction Patterns", Presented at the National Asbestos Council, Session 43, Atlanta, GA, February 1988; and the InterMicro Group Meeting, Chicago, IL, June 1988.

Lee, R. J., "Applications of Imaging Techniques in Metallurgy", Presented to Alcoa Laboratories Centennial Technical Symposium on Sensor Technology, Uniontown, PA, June 1988.

Lee, R. J., D. R. Van Orden, G. R. Dunmyre, "Assessing Asbestos Exposure In Public Buildings", Published by EPA Office of Toxic Substances, 560/5-88-002, Washington, D.C., May 1988.

Chopra, K. S., R. J. Lee, "Electron Microscopy of Asbestos", Presented to the 1988 Scanning Microscopy Meeting, St. Louis, MO, May 1988.

Lee, R. J., I. M. Stewart, "Living with TEM Clearance", Published in ECON, April 1988.

## Richard J. Lee, PhD
## Publications & Presentations

Hopke, P. K., Y. D. Adewuyi, G. S. Casuccio, W. J. Mershon, R. J. Lee, "The Use of Fractal Dimension to Characterize Individual Airborne Particles", Presented to the 1988 EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, Raleigh, NC, May 1988, Published in Measurement of Toxic and Related Air Pollutants, Air Pollution Control Association, Pittsburgh, PA, pp. 548-555, (1988).

Lee, R. J., R. M. Fisher, "U. S. Asbestos Issues and Regulatory Compliance Procedures", Presented at the Seminar on Asbestos, JEOL LTD, Tokyo, Japan, November 1988.

Lee, R. J., "Overview of Asbestos Analysis Techniques",  Presented to Bay Area Chapter Microbeam Analysis Society, Berkeley, CA , January 1988.

Kim, D. S., P. K. Hopke, G. S. Casuccio, R. J. Lee, "Source Composition Profiles from CCSEM", Presented at the 80th Annual Meeting of the Air Pollution Control Association, New York, NY, June 1987.

Lentzen, D. E., R. J. Lee, G. S. Casuccio, G. R. Dunmyre, "Field Methods for Fixing Particulate Samples to Their Filter Substrates", Presented at the American Industrial Hygiene Association Convention, Montreal, Canada, June 1987.

Kim, D. S., P. K. Hopke, D. L. Massart, L. Kaufman, G. S. Casuccio, R.J. Lee, "Multivariate Analysis of CCSEM Auto Emission Data", Presented at the Second International Symposium on Highway Pollution, London, July 1986;  published in The Science of the Total Environment, Vol. 59, Elservier Science Publishers B.V., Amsterdam, (1987).

Hopke, P. K., D. S. Kim, R. J. Lee, G. S. Casuccio, "Use of a Rule-Building Expert System for Classifying Single Particles Based on SEM Analysis", Presented at the EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, Raleigh, NC, May 1987; and APCA Specialty Conference, NC, June, 1987; published in Measurement of Toxic and Related Air Pollutants, Air Pollution Control Association, Pittsburgh, PA, pp. 496-501 (1987).

Dunmyre, G. R., R. J. Lee, G. S. Casuccio, B. A. Smith, "Rapid Electron Microscopy Techniques for Clearance Testing", Presented at the Air Pollution Control Association International Specialty Conference, Atlantic City, NJ, November 1986.

Lentzen, D. E., R. J. Lee, G. S. Casuccio, G. R. Dunmyre, "Airborne Asbestos Sampling Procedures", Presented at the Air Pollution Control Association International Specialty Conference, Atlantic City, NJ, November 1986.

Lentzen, D. E., R. J. Lee,  G. S. Casuccio, G. R. Dunmyre, "Sampling and Analyses for Airborne Asbestos and Other Inorganic Particulates", Presented to the National Asbestos Council, New Orleans, LA, September 1986.

Lee, R. J., J. S. Walker, J. J. McCarthy, "Evolution of Automated Electron Microscopy", Presented to the Electron Microscopy Society of America, Microbeam Analysis Society, Albuquerque, NM, August 1986.

Lee, R. J., J. S. Walker, "Application of Computer-Controlled Microscopy in Applied Mineralogy", Presented at the General Meeting of the International Mineralogical Association, Stanford, CA, July 1986.

Lee, R. J., G. S. Casuccio, "Rapid Turnaround for TEM Asbestos Measurements", Presented at the ASTM Johnson Conference, Johnson, VT, July 1986.

## Richard J. Lee, PhD
## Publications & Presentations

Lee, R. J., "Blank Data Comparisons and Lab Procedures", Presented to the EPA's Peer Review Committee on Asbestos Analytical Procedures, Cincinnati, OH, April 1986.

Lee, R. J., "Application of Computer Controlled Electron Microscopy in Materials Science", Presented at the ASM Meeting, Louisville, CO, March 1986.

Lee, R. J., J. S. Walker, "Automation in Microscopy", Presented to the Society of Photographic Scientists and Engineers, Newport, RI, December 1985.

Lee, R. J., J. S. Walker, "Applications of CCEM to Environmental Health Problems", Presented at the Electron Microscopy Society of America Annual Meeting, Louisville, KY, August 1985.

Lee, R. J., J. S. Walker, "Automatic Image Analysis in Applied Mineralogy", Presented to the International Congress of Applied Mineralogy, Los Angeles, CA, February 1985.

Lee, R. J., "Scanning Electron Microscopy", Published in Receptor Modeling in Environmental Chemistry, New York, NY, (1985).

Walker, J. S., R. J. Lee, J. J. McCarthy, Y. Kobuko, "Scanned TEM Imaging: A New Approach to On-Line TEM Image Analysis", Presented at the 4th Analytical Microscopy Workshop, Lehigh University, Bethlehem, PA, July 1984.

Lee, R. J., J. S. Walker, R. L. Nordstrom, G. S. Casuccio, "Automated Electron Microscope Techniques for the Analysis of Asbestos and Other Airborne Particulates", Presented at the Specialty Conference on Asbestos Abatement, Washington, DC, March 1984, Published in the EPA Guidelines on Asbestos Abatement Procedures, (1984).

Walker J. S., R. J. Lee, "Ternary Representation of Particle Composition from SEM-EDS Automated Particle Analysis: An Application of Object Vector Image Analysis", Published in Scanning Electron Microscopy, Inc., AMF O'Hare, IL, (1984).

Huggins, F. E., G. P. Huffman, R. J. Lee, "Analytical Results from the Interlaboratory Sample from the Herran", Published in the Geological Survey Circular, Virginia, pp/ 29-30, (1984).

Lee, R. J., J. J. McCarthy, "Automatic Image Particle Analysis in Electron Optical Instruments", Presented at the Eastern Analytical Symposium, New York City, NY, November 1983.

Casuccio, G. S., P. B. Janocko, R. J. Lee, J. R. Kelly, S. L. Dattner, J. S. Mgebroff, "The Use of Computer Controlled Scanning Electron Microscopy in Environmental Studies", Published in the Air Pollution Control Association Journal, Vol. 33, No. 10, October 1983.

Spitzig, W. A., R. J. Sober, N. J. Panseri, R. J. Lee, "SEM Based Automatic Image Analysis of Sulfide Inclusions in Hot Rolled Carbon Steels", Published in Metallography, Vol. 16, No. 2, pp. 171-198, May 1983.

Mould, R. P., J. S. Lally, R. J. Lee, "Assessment of Sheet Steel Cleanliness", Presented to the American Society for Metals, Plymouth, MI, April 1983.

Kelly, J. F., R. J. Lee, "SEM/X-Ray Signal Processing Applied to Quantitative Metallography", Presented at the 112th AIME Annual Meeting, Atlanta, GA, March 1983.

# Richard J. Lee, PhD
## Publications & Presentations

Lee, R. J., "Overview of SEM-Based Automated Image Analysis", Presented to the Japan Electron Microscopy Society, Tokyo, Japan, February 1983.

Lee, R. J., J. F. Kelly, J. S. Walker, "Automated Methods for Fiber Measurement and Identification", Presented to the International Congress on Fibrous Dusts, Strasbourg, France, October 1982.

Casuccio, G. S., P. B. Janocko, R. J. Lee, J. F. Kelly, "The Role of Computer Controlled Scanning Electron Microscopy in Receptor Modeling", Presented at the 75th Annual Meeting of the Air Pollution Control Association, New Orleans, LA, June 1982.

Kelly, J. F., R. J. Lee, "Computer Controlled SEM in Quantitative Metallography", Presented at the International Metallographic Society, American Society for Testing and Materials Symposium, Orlando, FL, July 1982.

Fisher, R. M., R. J. Lee, J. J. McCarthy, "Applications of Computers in Electron Microscopy", Published in the Proceedings of the Electron Microscopy Society of America Annual Meeting, Clairton Publishing Division, March 1982, Published in Ultramicroscopy, Vol. 8, pp. 351-360, (1982).

Huggins, F. E., G. P. Huffman, R. J. Lee, "Scanning Electron Microscope-Based Automated Image Analysis (SEM-AIA) and Mossbauer Spectroscopy", Published in Coal and Coal Products: Analytical Characterization Techniques, American Chemical Society Symposium Series #205, (1982).

Lee, R. J., J. F. Kelly, R. M. Fisher, J. J. McCarthy, "Distribution of Chemical Species by Size from Mount Saint Helens Volcanic Ash from Various Sites", Presented to the Air Pollution Control Association, Philadelphia, PA, June 1981.

Lee, R. J., J. S. Lally, R. M. Fisher, "Design of a Laboratory for Particulate Analysis", Published EPA 600/4-81-032, pp. 1-69, May 1981.

Lee, R. J., W. A. Spitzig, J. F. Kelly, R. M. Fisher, "Quantitative Metallography by Computer-Controlled Scanning Electron Microscopy", Published in the Journal of Metals, Vol. 33, No. 3, pp. 80, March 1981.

Huffman, G. P., F. E. Huggins, R. J. Lee, "Investigation of Coal Mineralogy and of Mineral Derivatives in Coke and Ash by Mossbauer Spectroscopy and Scanning Electron MicroscopyAutomatic Image Analysis", Published in the Proceedings of the International Conference on Coal Science, Dusseldorf, West Germany, pp. 835-840, (1981).

Huggins, F. E., G. P. Huffman, R. J. Lee, "Quantitative Characterization of Coal Minerals by SEM-Based Automated Image Analysis and Mossbauer Spectroscopy", Presented at the Anyl-040 Symposium, Washington, D.C., (1981).

Lee, R. J., J. F. Kelly, J. S. Walker, "Considerations in the Analysis and Definition of Asbestos Using Electron Microscopy", Published in the Proceedings of the NBS/EPA Asbestos Standards Workshop, Gaithersburg, MD, October 1980.

Kelly, J. F., R. J. Lee, "Automated Characterization of Environmental Particulates", Presented at the Symposium on Electron Microscope X-ray Application, University Park, PA, October 1980.

Lee, R. J., J. F. Kelly, "Automating an SEM for the Analysis of Clay Minerals", Published in the Proceedings for The Clay Minerals Society 17th Annual Society Meeting, Waco, TX, pp. 61, October 1980.

**Richard J. Lee, PhD**
**Publications & Presentations**

Lee, R. J., "The Asbestos Problem", Presented at the American Iron Ore Association Annual Meeting, Monroeville, PA, June 1979.

Lee, R. J., R. M. Fisher, "Quantitative Characterization of Particulates by Scanning and High Voltage Electron Microscopy", Presented to the Materials Analysis Society, Ann Arbor, MI, June 1978, published in the National Bureau of Standards Special Publication 533, (1980).

Huggins, F. E., D. A. Kosmack, G. P. Huffman, R. J. Lee, "Coal Mineralogies by SEM Automatic Image Analysis", Published in Scanning Electron Microscopy, Inc., SEM Inc., AMF O'Hare, IL, (1980).

Kelly, J. F., R. J. Lee, S. Lentz, "Automated Characterization of Fine Particulates", Published in Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp. 311-322, (1980).

Lee, R. J., J. F. Kelly, "Applications of SEM-Based Automated Image Analysis", Published in Microbeam Analysis, Ed. D. B. Wittry, San Francisco Press, San Francisco, CA, pp. 13-16, (1980), and Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp. 303, (1980).

Lee, R. J., J. F. Kelly, "Overview of SEM Based Automated Image Analysis", Published in Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp. 303-310, (1980).

Fisher, R. M., A. Szirmae, R. J. Lee, J. L. Hutchinson, "Electron Microscopy of Amphibole Asbestos Fibers", Published in the Proceedings for the Electron Microscopy Society of America, (1980).

Lee, R.J., J. F. Kelly, "Applications of SEM-Based Automatic Image Analysis" Published in Microbeam Analysis, pp. 13-16, (1980).

Huggins, F. E., G. P. Huffman, R. J. Lee, "Mineral Matter Transformations During Carbonization and Combustion - A Study by SEM Automatic Image Analysis and Mossbauer Spectroscopy", Presented to Materials Research Society, Cambridge, MA, November 1979.

Lee, R. J., R. M. Fisher, "Identification and Morphology of Rock Forming Mineral Fragments from the Lake Superior Area", Presented to the Geological Society of America, San Diego, CA, November 1979.

Lee, R. J., "Analytical Procedures for the Detection and Measurement of Asbestos", Presented at the AIME Meeting, Tucson, AZ, October 1979.

Lee, R. J., "Asbestos: Definition(s), Detection, and Measurement", Published in the Proceedings of the IMD-AIME Meeting, Tucson, AR, October 1979.

Lee, R. J., "Automated Characterization of Fibrous and Nonfibrous Minerals", Published in the Proceedings of the Denver Research Institute, Aspen, CO, September 1979.

Lee, R. J., J. F. Kelly, "Backscatter Electron Imaging for Automated Particulate Analysis", Presented to the Microbeam Analysis Society, San Antonio, TX, August 1979, Published in Microbeam Analysis, San Francisco Press, pp. 15-16, (1979).

Lee, R. J., "Characterization of Mineral Particles", Published in the Proceedings of the Annual Meeting of the American Iron Ore Association, June 1979.

Lee, R. J., E. J. Fasiska, P. Janocko, D. McFarland, S. Penkala, "Electron-Beam Particulate Analysis", Published in Industrial Research/Development, Vol. 21, No. 6, June 1979.

## Richard J. Lee, PhD
## Publications & Presentations

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Nonfibrous Amphiboles in the Electron Microscope", Published in the Annals of the New York Academy of Science, Vol. 330, pp. 645-660, December 1979.

Lee, R. J., Hsun Hu, "Automatic Image Analysis of MnS Precipitates in 3 Percent Silicon Steel", Published in United States Steel Research Laboratory Technical Report, December 1978.

Huffman, G. P., R. J. Lee, "Characterization of Mineral Matter in U.S. Bituminous Coals", Presented at the joint meeting of the Geological Society of America and the Geology Association, Toronto, Canada, October 1978.

Lee, R. J., "Characterization of Iron-Bearing Minerals in U.S. Bituminous Coals", Published in the Proceedings from the Mineralogical Association of Canada, Toronto, Ontario, Canada, pp. 426, October 1978.

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Nonfibrous Amphiboles in the Electron Microscope", Published in the Proceedings of the International Conference on The Scientific Basis for the Public Control of Environmental Health Hazards, New York, NY, June 1978.

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Non-Fibrous Amphiboles in the Electron Microscope", Published in the Proceedings of International Conference on The Scientific Basis for the Public Control of Environmental Health Hazards, New York, NY, June 1978.

Huggins, F. E., R. J. Lee, G. P. Huffman, "Automated Scanning Electron Microscopy Studies of Mineral Phases in Coal", Presented at the Conference on Coal Mineralogy, University of Illinois, Urbana, IL, March 1978.

Lee, R. J., J. S. Lally, R. M. Fisher, "Identification and Counting of Mineral Fragments", Published in the Proceedings of the Workshop on Asbestos, U.S. Department of Commerce, pp. 387-402, (1978).

Lee, R. J., "Basic Concepts of Electron Diffraction and Asbestos Identification Using Selected Area Diffraction. Part II: Single Crystal and SAD", Published in Scanning Electron Microscopy, Vol. 1, SEM, Inc., AMF O'Hare, IL, (1978).

Lee, R. J., "Basic Concepts of Electron Diffraction and Asbestos Identification Using SAD. Part I: Current Methods of Asbestos Identification Using SAD", Published in Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, (1978).

Lee, R. J., F. E. Huggins, G. P. Huffman, "Correlated Mossbauer-SEM Studies of Coal Mineralogy", Published in  Scanning Electron Microscopy, Vol. I, SEM Inc., AMF O'Hare, IL, April 1978.

Lee, R. J., S. Lentz, N. Panseri, "Automatic Image Analysis in the Scanning Electron Microscope", Published in USS Technical Report, August 1978.

Lee, R. J., J. S. Lally, R. M. Fisher, "Important Considerations in the Identification and Counting of Mineral Fragments",  Presented at the Workshop on Asbestos:  Definitions and Measurement Methods, Gaithersburg, MD, July 1977.

Lee, R. J., S. Lentz, "Electron Optical Analysis of Ambient Air Samples from the Vicinity of Atlantic City, Wyoming", (1977).

Lee, R. J., S. Lentz, "Electron Optical Analysis of Environmental Health Samples", (1977).

## Richard J. Lee, PhD
## Publications & Presentations

Lee, R. J., S. Lentz, N. Panseri, "Automated Image Analysis of Ti-Bearing Beach Sands", (1977).

Lally, J. S., R. J. Lee, "Computer Indexing of Electron Diffraction Patterns Including the Effect of Lattice Symmetry", Published in the Proceedings of the Annual Meeting of the Electron Microscopy Society of America, Boston, MA, (1977).

Lee, R. J., "Electron Optical Identification of Particulates", Presented at the Symposium on Electron Microscopy of Microfibers, University Park, PA, August 1976.

Lee, R. J., S. Lentz, A. Szirmae, "Ambient Plant Samples from Atlantic City Ore Operations Examined", (1976).

Lee, R. J., D. R. DeBray, S. Lentz, "Rapid Quantitative Surface Characterization by SEM Stereo-Microscopy", Published in the ASM Journal, September 1975.

Lee, R. J., D. R. DeBray, S. Lentz, "The SEM in Industry: Applications and Limitations", Presented at the ASM Conference on Materials Characterization: Practical Applications, Oak Brook, IL, September 1975.

Lee, R. J., J. S. Lally, A. Szirmae, S. Lentz, R. M. Fisher, "Electron Optical Analysis of Stack Samples from Minntac", (1975).

Fisher, R. M., R. J. Lee, J. S. Lally, S. Lentz, A. Szirmae, "Quantitative Characterization of 3-Dimensional Features in Micrographs", (1975).

Lee, R. J., D. R. DeBray, S. Lentz, "SEM Analysis of Hinec-Tint-Treated Galvanized Sheet", (1975).

Lee, R. J., J. S. Lally, S. Lentz, A. Szirmae, "Electron Optical Analysis of Particulates in Air Samples: Minntac Area", (1975).

Lee, R. J., S. Lentz, "SEM Analysis of Diamond Die Failures", (1975).

Lee, R. J., S. Lentz, D. R. DeBray, "Examination of Pellets", (1974).

Lee, R. J., S. Lentz, D. R. DeBray, "SEM Analysis of Nine Competitive Tire Cord Samples", (1974).

Lee, R. J., S. Lentz, G. M. Demchsin, "SEM Analysis of Weld Pickup on Tire Cord Wire", (1974).

Lee, R. J., "Cluster Expansion for Solid Ortho-Hydrogen", Published in Dissertation Abstracts International, Vol. 31/09-B, Colorado State University, (1970).

Lange, J.H.; Thomulka, K.W.; Lee, R.J.; VanOrden, D.R.;
Envirosafe Training and Consultants, Inc., Pittsburgh, PA
Univ. of Sciences in Philadelphia, Philadelphia, PA
RJ Lee Group, Monroeville, PA

Lee, R. J., "Environmental Applications of SEM Based Automatic Image Analysis", Published - San Francisco Press, pp. 13-16.