# EXHIBIT 5




**U. S. DEPARTMENT OF LABOR**
**OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION**
Salt Lake Technical Center
1781 South 300 West
Salt Lake City, UT 84115-1802

Daniel T. Crane
dan.crane@osha-slc.gov

801-487-0073
FAX 801- 487-1190



June 24, 1998

Mr. Jim Johnston
USDOL-OSHA
2100 Gateway Building
3535 Market Street
Philadelphia, PA 19104

Dear Jim,

Thank you for your inquiry regarding applicability of transmission electron microscopy to occupational measurement of asbestos levels in the air. For a variety of technical reasons OSHA accepts only limited qualitative transmission electron microscopy (TEM) for any purpose under the standards. Quantitative TEM results are not acceptable for determinations under any of the three asbestos standards (29 CFR 1910.1001, 29 CFR 1926.1101, or 29 CFR 1915.1001). TEM would not be acceptable in lieu of PCM for any facet of the standards. Phase Contrast Light Microscopy (PCM) is explicitly required as the method of choice in Appendix A (of all three standards).

As you know, there is currently no universally accepted method for differentiating between asbestos and non-asbestos in the phase contrast microscope. At present, OSHA recognizes two very similar methods for PCM, OSHA method ID-160 and NIOSH Method 7400. NIOSH method 7400 at section 19, Note 2, directs counters to report total fibers. OSHA ID-160 at section 6.7. also directs that a total fiber count be performed. But, because the standard is for asbestos fibers, OSHA uses a battery of techniques to differentiate fibers. Employers are not required by law to perform such differentiation. Both accepted PCM methods allow differentiation to be performed if the interference can be easily excluded upon the basis of phase-polar illumination described in OSHA method ID-191 or other obvious criteria. Both methods allow that the original PCM count can be modified by identification performed by scanning electron microscopy (SEM), transmission electron microscopy (TEM), or other suitable technique.

OSHA's preferred method for this procedure is included in a procedural note from the Salt Lake Technical Center dated 20 December 1991. OSHA also recognizes NIOSH method 7402 for this purpose. OSHA does not recognize the AHERA methodology for this purpose or the purposes of 29 CFR 1926.1101 (g).

These procedures are intended for samples taken in connection with materials that contain commercial-grade asbestos. If geological samples or more complicated samples are to be analyzed, a more stringent fiber identification procedure must be followed because of the potential for contamination with non-regulated amphiboles, pyroxenes or biopyriboles which present a difficult analytical challenge.

If either of these TEM-based techniques are used, both the PCM and the modified number should be reported. If possible, note the identification of the interferences. In no case must the safety of employees be compromised by exposure to other fibers known to be dangerous.

I have included copies of relevant documents for your convenience. Should you have any question regarding these, feel free to contact me at my office.

Sincerely,

Daniel T. Crane
Supervisory Physical Scientist


encl. (Sent by overnight courier)

29 CFR 1926.1101 Appendix A
OSHA Method ID-160
OSHA Method ID-191
NIOSH Method 7400
NIOSH Method 7402
OSHA procedure 20 December 1991
Selected citations from 29 CFR 1926.1101
Internet WEB page for asbestos (www.osha.gov)

**U.S. Department of Labor**

OSHA SLC Analytical Laboratory
1781 South 3rd West
P.O. Box 65200
Salt Lake City, UTAH 84165-0200



DATE: 20 DEC 1991

The current acceptable procedure for using Transmission Electron Microscopy (TEM) for OSHA follows below:

The results obtained by AHERA techniques, by Yamate levels I, II or III or by any quantitative method may not be used directly for OSHA purposes. This is because there has not been established a repeatable correspondence to the original PCM value. If a methodology sufficiently broad and general becomes available, it will be considered. For the time being, TEM results are to be used only to establish the actual presence of asbestos, and the ratio of asbestos to total federal fiber. This ratio is then multiplied by the original total fiber PCM value to reflect the asbestos content.

1. PCM and TEM are performed on different preparations of <u>the same filter.</u>

2. Perform the PCM count as usual, noting the morphology types for later TEM so that later TEM will reflect counting of similar structures. It is recommended that PCM and TEM be performed by the same individual to make certain that the same shape assumptions are made in both analyses.

3. Use direct transfer procedures to prepare the TEM sample. Use a very short RF ashing time to assure that the loss of cellulose fiber is minimal. Even so, some cellulose fiber will be lost. This will be reflected in the later ratio that will be extracted from the analysis.

4. It is important to count as many fibers in the federal fiber size range as possible, so it is recommended that as a minimum, the analyst should analyze 10 grid openings on each of two grids for a total of 20 grid openings. More may be required if the number of fibers is very low.

5. Federal fibers are particles longer than or equal to 5 µm in length, thicker than about 0.2 µm and at least three time longer than they are wide (aspect ratio > 3). This is the PCM equivalent definition.

   Asbestos fibers are <u>federal fibers</u> which meet three criteria.

   I.   Asbestiform morphology

   II.  Chemistry equivalent to one of the six regulated minerals

   III. Crystal structure as determined by SAED is equivalent to one of the six regulated minerals.

   It is generally not necessary to perform Yamate level III on every sample. Full analysis should be performed on whichever fibers pose any question. Absolute identification requires all three pieces of data. For the analysis at hand, if the chemistry is present, but the SAED is unreadable, it is appropriate to include the fiber as asbestos unless there is other evidence that the fiber is not one of the six regulated minerals. This treatment is most common for chrysotile. Extreme care must be taken with amphiboles in this practice.

6. A ratio is formed from the identified asbestos federal fibers and the total federal fibers:

$$R = \frac{\text{Asbestos (federal fiber size)}}{\text{Total Federal Fiber}}$$

Multiply the PCM count by this ratio to obtain the asbestos fiber count.

$$F = PCM \times R$$

7. Have available both the PCM and the TEM modified result as well as documentation on the analysis.

TEM METHODOLOGY  20 DEC 1991