# EXHIBIT 9

Draft – Privileged and Confidential Work Product                Determination of Cleavage/Asbestiform

Asbestiform fibers are defined as those exhibiting characteristics of: a) high aspect ratios (usually 20:1 to 100:1 or higher), b) curvature, and c) fiber bundles with splayed ends. Asbestiform fibers can occur in bundles of parallel fibers or in matted masses of fibers and fiber bundles. Typically, individual fibers have width dimensions of less than 0.5 µm.

To properly classify a mineral particle as asbestiform or as cleavage, the fiber is examined in the transmission electron microscope. The following simplified flowchart can be used to classify the particle as asbestiform or as cleavage.



However, for some mineral particles, a more complex scheme (as shown in the next flowchart) is needed to determine asbestiform/cleavage. This second flowchart incorporates additional analyses particularly

Draft – Privileged and Confidential Work Product          Determination of Cleavage/Asbestiform

useful on amphibole particles. It retains the conservative aspect ratio of the first flowchart (≥ 5:1) but incorporates additional steps such as examining the particle for internal diffraction contours.



Draft – Privileged and Confidential Work Product                                              Analysis of Dust Samples

Dust samples will be collected in and around the Southdown Quarry. These samples will be analyzed to determine both the number and mass concentrations of asbestiform fibers. There are two published methods available for these analyses (ASTM D-5755 and ASTM D-5756). In each method, a known area or mass of sample is collected into a standard air filter cassette. Each method incorporates an indirect preparation procedure to transfer the collected sample onto a filter suitable for preparation and analysis in a TEM. The primary difference in the sample preparation procedures between the two methods is D-5756 utilizes a plasma asher to remove organic materials from the sample prior to analysis. Both methods use an ultrasonic bath to help break up and suspend the collected sample. (The use of an ultrasonic bath is known to split fiber bundles and to break fibers, thus artificially increasing the apparent number concentration of the sample.)

Copies of the two methods are attached.