# EXHIBIT 11





3. NIOSH Manual of Analytical Methods, NIOSH 7400, "Asbestos and Other Fibers by PCM".

6. OSHA, Asbestos in Air, Method ID-160 (1988).

7. OSHA, Polarized Light Microscopy of Asbestos, Method ID-191 (1992).

12. A.M. Langer, R.P. Nolan, and J. Addison (1991) "Distinguishing between amphibole asbestos fibers and elongate cleavage fragments on their non-asbestos analogs," *Mechanisms in Fibre Carcinogenesis*, R.C. Brown, et al., eds., Plenum Press, NY, p. 253-267.

13. Code of Federal Regulations, "Interim Transmission Electron Microscopy Analytical Methods – Mandatory and Nonmandatory – and Mandatory Section to Determine Completion of Response Actions," 40 CFR, Part 763, Appendix A to Subpart E.

14. ISO 10312, "Ambient Air - Determination of asbestos fibres - direct-transfer transmission electron microscopy method," May 1, 1995.

15. G. Yamate, S. G. Agarwal, and R. D. Gibbons, Methodology for the Measurement of Airborne Asbestos by Electron Microscopy, Contract No. 68-02-3266, July 1984.

16. R. L. Perkins and B. W. Harvey, EPA/600/R-93/116, "Method for the Determination of Asbestos in Bulk Building Materials," July 1993.

17. Health & Safety Executive, MDHS 77, "Asbestos in bulk materials: sampling and identification by polarized light microscopy (PLM)," June 1994.