# EXHIBIT 12

Version: 6.0, Date:8/31/2001

PD6852 18 "Appendix B5"
LSH008473 Southdown Quarry
Quality Assurance Project Plan - Appendix B5:
Determination of Cleavage/Asbestiforms

# Appendix B5. Determination of Cleavage/Asbestiforms

Draft – Privileged and Confidential Work Product          Determination of Cleavage/Asbestiform

Asbestiform fibers are defined as those exhibiting characteristics of:  a) high aspect ratios (usually 20:1 to 100:1 or higher), b) curvature, and c) fiber bundles with splayed ends.  Asbestiform fibers can occur in bundles of parallel fibers or in matted masses of fibers and fiber bundles.  Typically, individual fibers have width dimensions of less than 0.5 μm.

To properly classify a mineral particle as asbestiform or as cleavage, the fiber is examined in the transmission electron microscope.  The following simplified flowchart can be used to classify the particle as asbestiform or as cleavage.



However, for some mineral particles, a more complex scheme (as shown in the next flowchart) is needed to determine asbestiform/cleavage.  This second flowchart incorporates additional analyses particularly

Draft – Privileged and Confidential Work Product          Determination of Cleavage/Asbestiform

useful on amphibole particles.  It retains the conservative aspect ratio of the first flowchart (≥ 5:1) but incorporates additional steps such as examining the particle for internal diffraction contours.



Draft – Privileged and Confidential Work Product                    Analysis of Dust Samples

Dust samples will be collected in and around the Southdown Quarry.  These samples will be analyzed to determine both the number and mass concentrations of asbestiform fibers.  There are two published methods available for these analyses (ASTM D-5755 and ASTM D-5756).  In each method, a known area or mass of sample is collected into a standard air filter cassette.  Each method incorporates an indirect preparation procedure to transfer the collected sample onto a filter suitable for preparation and analysis in a TEM.  The primary difference in the sample preparation procedures between the two methods is D-5756 utilizes a plasma asher to remove organic materials from the sample prior to analysis.  Both methods use an ultrasonic bath to help break up and suspend the collected sample.  (The use of an ultrasonic bath is known to split fiber bundles and to break fibers, thus artificially increasing the apparent number concentration of the sample.)

Copies of the two methods are attached.

**Version: 4.0, Date:1/24/2001**

# Quality Assurance Project Plan

### January 24, 2001

## Assessment of Population Exposure and Risks to Emissions of Protocol structures and Other Biologically Relevant Structures from the Southdown Quarry

To be Conducted By
The Environmental and Occupational Health Sciences Institute
Piscataway, NJ

Funded By the
New Jersey Department of Environmental Protection

Principal Investigator:        Paul Lioy, Ph.D.

Signature:_____    Organization: UMDNJ-EOHSI    Date: _1/25/01_

Co-Principal Investigator:    Junfeng (Jim) Zhang, Ph.D.

Signature:_____    Organization: UMDNJ-EOHSI    Date: _1/30/01_

Co-Principal Investigator:    Natalie Freeman, Ph.D.

Signature:_____ Organization: UMDNJ-EOHSI    Date: _1/25/01_

Project Manager:                    Lih-Ming Yin, Ph.D.                    Version 4.6, Report 2/05/01
Signature: _____         Organization: LMTNL/SCIEH             Date: 1/27/01

Reviewer:                           Robert Hogue, Ph.D., CIH
Signature: _____         Organization: LMTNL/SCIEH             Date: 1/28/01

KIRBY Project Manager:              Alan Stern, Dr. P.H.
Signature: _____         Organization: NJDEPE                   Date: 1/28/01

Project QA Officer:                 Marcus Kantz, M.S.
Signature: _____         Organization: EPA Region 2            Date: 2/2/01

Project SQA Officer:                Joseph Aiello
Signature: _____         Organization: NJDEP-OQA               Date: 2/7/01

ABCOE Officer:                      Dan Folkman
Signature: _____         Organization: NJDEP-ABCOE             Date: 2/6/01

Analytic Laboratory:                R.J. Lee, Ph.D.
Signature: _____         Organization: R.J. Lee Group          Date: _____

Analytical Laboratory QA/QC:        Tony Kolk, Ph.D., M.S.
Signature: _____         Organization: RJCL Laboratories       Date: 2/5/01

Consultant:                         Wayne Berman, Ph.D.
Signature: _____         Organization: Aeolus, CA              Date: _____

IOCS — Case Sampling:               Karl Morris, Ph.D.
Signature: _____         Organization: NIOH                     Date: 2/16/01

Modeling Unit:                      Jason Todd, M.S.
Signature: _____         Organization: NJDEP                    Date: 2/15/01

Consultant:                         Morton Lippmann, Ph.D.
Signature: _____         Organization: NYU                      Date: _____

2

Post-It® Fax Note    7671    Date 2/15/0

TOTAL P.02

Version: 4.0, Date:1/24/2001

Project Manager:                    Lih-Ming Ylin, Ph.D.

Signature: _____          Organization: UMDNJ-EOHSI     Date: _1/25/0_

Supervisor                          Robert Hague, Ph.D., CIH

Signature: _____          Organization: UMDNJ-EOHSI     Date: _1/25/01_

NJDEP Project Manager:              Alan Stern, Dr. P.H.

Signature: _____          Organization: NJDEP           Date: _1/25/01_

Project QA Officer:                 Marcus Kantz, M.S.

Signature: _____          Organization: EPA Region 2    Date: _01/25/01_

Project COA Officer:                Joseph Aiello

Signature: _____          Organization: NJDEP-OQA       Date: _2/7/01_

AEOCE Officer:                      Don Patterson

Signature: _____          Organization: NJDEP-AEOCE     Date: _2/6/01_

Analysis Laboratory:                R.J. Lee, Ph.D.

Signature: _____          Organization: R.J. Lee Group  Date: _2/26/01_

Analytical Laboratory QA/QC:        Tony Kolk, Ph.D.

Signature: _____          Organization: EMS Laboratories  Date: _____

Consultant:                         Wayne Berman, Ph.D.

Signature: _____          Organization: Aleshua, CA     Date: _____

NJGS – Core Sampling:               Karl Muessig

Signature: _____          Organization: NJGS            Date: _____

Modeling Unit:                      Joann Held, M.S.

Signature: _____          Organization: NJDEP           Date: _____

Consultant:                         Morton Lippmann, Ph.D.

Signature: _____          Organization: NYU             Date: _____

2

Version: 4.0, Date:1/24/2001

Project Manager:              Lih-Ming Yiin, Ph.D.

Signature: _____ Organization: UMDNJ-EOHSI    Date: 1/25/01

Supervisor:                   Robert Hague, Ph.D., CIH

Signature: _____ Organization: UMDNJ-EOHSI    Date: 1/25/01

NJDEP Project Manager:        Alan Stern, Dr. P.H.

Signature: _____ Organization: NJDEPE          Date: 1/25/01

Project QA Officer:           Marcus Kantz, M.S.

Signature: _____ Organization: EPA, Region 2    Date: 01/25/01

Project OQA Officer:          Joseph Aiello

Signature: _____ Organization: NJDEP-OQA       Date: _____

AEQCE Officer:                Don Patterson

Signature: _____ Organization: NJDEP-AEQCE     Date: _____

Analysis Laboratory:          R.J. Lee, Ph.D.

Signature: _____ Organization: R.J. Lee Group    Date: _____

Analytical Laboratory QA/QC:  Tony Kolk, Ph.D.

Signature: _____ Organization: EMS Laboratories   Date: _____

Consultant:                   Wayne Berman, Ph.D.

Signature: _____ Organization: Aleolus, CA       Date: _____

NJGS – Core Sampling:         Karl Muessig

Signature: _____ Organization: NJGS              Date: _____

Modeling Unit:                Joann Held, M.S.

Signature: _____ Organization: NJDEP             Date: _____

Consultant:                   Morton Lippmann, Ph.D.

Signature: _____ Organization: NYU               Date: _____

2

Project Manager:                    Lib-Ming Yiin, Ph.D.              Version: 4.0, Date:1/24/2001

Signature: _____        Organization: UMDNJ-EOHSI         Date: 1/25/01

Supervisor:                        Robert Hague, Ph.D., CIH

Signature: _____        Organization: UMDNJ-EOHSI         Date: 1/25/01

NJDEP Project Manager:             Alan Stern, Dr. P.H.

Signature: _____        Organization: NJDEPE              Date: 1/25/01

Project QA Officer:                Marcus Kantz, M.S.

Signature: _____        Organization: EPA, Region 2       Date: 01/25/01

Project OQA Officer:               Joseph Aiello

Signature: _____        Organization: NJDEP-OQA           Date: _____

AEQCE Officer:                     Don Patterson

Signature: _____        Organization: NJDEP-AEQCE         Date: _____

Analysis Laboratory:               R.J. Lee, Ph.D.

Signature: _____        Organization: R.J. Lee Group      Date: _____

Analytical Laboratory QA/QC:       Tony Kolk, Ph.D.

Signature: _____        Organization: EMS Laboratories    Date: _____

Consultant:                        Wayne Berman, Ph.D.

Signature: _____        Organization: Aeolus, CA          Date: 8/14/01

NJGS – Core Sampling:              Karl Muessig

Signature: _____        Organization: NJGS                Date: _____

Modeling Unit:                     Joann Held, M.S.

Signature: _____        Organization: NJDEP               Date: _____

Consultant:                        Morton Lippmann, Ph.D.

Signature: _____        Organization: NYU                 Date: _____

2

Version: 4.0, Date:1/24/2001

Project Manager:                           Lih-Ming Yiin, Ph.D.

Signature:_____    Organization: UMDNJ-EOHSI        Date:_____

Supervisor:                                Robert Hague, Ph.D., CIH

Signature:_____    Organization: UMDNJ-EOHSI        Date:_____

NJDEP Project Manager:                     Alan Stern, Dr. P.H.

Signature:_____    Organization: NJDEPE             Date:_____

Project QA Officer:                        Marcus Kantz, M.S.

Signature:_____    Organization: EPA, Region 2      Date:_____

Project OQA Officer:                       Joseph Aiello

Signature:_____    Organization: NJDEP-OQA          Date:_____

AEQCE Officer:                             Don Patterson

Signature:_____    Organization: NJDEP-AEQCE        Date:_____

Analysis Laboratory:                       R.J. Lee, Ph.D.

Signature:_____    Organization: R.J. Lee Group     Date:_____

Analytical Laboratory QA/QC:               Tony Kolk, Ph.D.

Signature:_____    Organization: EMS Laboratories   Date:_____

Consultant:                                Wayne Berman, Ph.D.

Signature:_____    Organization: Aleolus, CA        Date:_____

NJGS – Core Sampling:                      Karl Muessig

Signature:_____    Organization: NJGS               Date:_____

Modeling Unit:                             Joann Held, M.S.

Signature:_____    Organization: NJDEP              Date:_____

Consultant:                                Morton Lippmann, Ph.D.

Signature: *Morton Lippmann* - Organization: NYU                Date: 8/28/01

2

Version: 4.0, Date:1/24/2001

## Preface

The Quality Assurance Project Plan (QAPP) for the "Assessment of Population Exposure and Risks to Emissions of Protocol Structures and Other Biologically Relevant Structures from the Southdown Quarry" study is a living document. The Environmental and Occupational Health Sciences Institute and other organizations have standardized most protocols being used for the conduct and completion of the study. However, some aspects may be modified based on one of two reasons:

1. Protocols may be modified to improve the accuracy of sampling or analysis.

2. Protocol structure portion of the risk will be undergoing a peer review during the study. The results of that review may lead to changes in the risk characterization approaches for protocol structures. Any changes will be added to the version of the QAPP available at that time.

Any revision to the QAPP will be submitted to the DEP Project Manager and the QAPP will be changed based on the approval of the Project Manager and the QA Officer. Revised section of the QAPP will be sent to appropriate members of the distribution list.

Version: 4.0, Date:1/24/2001

# Table of Contents

Preface................................................................................................................................3
Table of Contents..............................................................................................................4
Distribution List...............................................................................................................7
1. Project Description/Background....................................................................................8
  1.1 INTRODUCTION .........................................................................................................8
  1.2 ACTION THRESHOLD ...............................................................................................12
2. Project/Task Technical Design....................................................................................14
  2.1 DISPERSION MODELING ...........................................................................................14
  2.2 ANALYSIS OF LONG-TERM RESIDENTIAL DEPOSITION OF PROTOCOL STRUCTURES AND OTHER BIOLOGICALLY RELEVANT STRUCTURES IN HOUSE DUST ...............................................................................16
    *2.2.1 Household Dust Sampling Strategy*................................................................*17*
      2.2.1.1 Objectives for House Dust Sampling..........................................................17
  2.3 OUTDOOR/INDOOR AIR SAMPLING............................................................................22
    *2.3.1 Objectives for Indoor-Outdoor Air Sampling*.................................................*23*
    *2.3.2 Outdoor Air Sampling Assessment Strategy*...................................................*23*
    *2.3.3 Indoor Air Sampling Assessment Strategy*......................................................*24*
    *2.3.4 Outdoor Air Sampling Strategy*.....................................................................*24*
    *2.3.5 Indoor Air Sampling Strategy*........................................................................*25*
    *2.3.6 Estimating the Number of Airborne Samples to Collect*.................................*25*
      2.3.6.1 Outdoor Sampling.....................................................................................25
      2.3.6.2 Sampling at Remote Locations to Establish Background ............................25
      2.3.6.3 Indoor Sampling.......................................................................................26
    *2.3.7 Estimating the Number of Samples for Statistical Approaches*.......................*26*
      2.3.7.1 Indoor Air Samples...................................................................................29
      2.3.7.2 Outdoor Air Samples.................................................................................30
      2.3.7.3 Estimated Total Air Samples.....................................................................30
  2.4 CORE SECTIONS FROM THE QUARRY ........................................................................30
    *2.4.1 Core Section Sampling Scheme*......................................................................*31*
    *2.4.2 Number of Core Sections to Be Analyzed for Protocol Structures and Other Biologically Relevant Structures.*........................................................................*32*
      2.4.2.1 Introduction..............................................................................................32
      2.4.2.2 Quarry Volumes........................................................................................32
      2.4.2.3 Number of Samples...................................................................................33
  2.5 METEOROLOGICAL DATA COLLECTION .....................................................................35
  2.6 RISK CHARACTERIZATION .......................................................................................35
    *2.6.1 Statistical Aggregation of Analytical Data.*....................................................*35*
      2.6.1.1 Air Samples..............................................................................................35
      2.6.1.2 Indoor Dust Samples.................................................................................36
    *2.6.2 Estimating Risks Using the Risk Table*...........................................................*36*
    *2.6.3 PCM Risk Calculation*..................................................................................*36*
    *2.6.4 Applying Sample Data for Risk Assessment*...................................................*39*
      2.6.4.1 Core Samples............................................................................................39
      2.6.4.2 Air Samples..............................................................................................39
      2.6.4.3 Dust Samples............................................................................................39
    *2.6.5. Characterization of Uncertainty in Risk Estimator*.......................................*40*
    *2.6.6 Characterization of Risks Across Tasks*.........................................................*40*
3. Project Organization and Task Responsibilities...........................................................41
  3.1 PERSONNEL ASSOCIATED WITH THIS STUDY .............................................................41
  3.2 TASK RESPONSIBILITIES ..........................................................................................44
    *3.2.1 EOHSI.*..........................................................................................................*44*
    *3.2.2 EMS.*.............................................................................................................*44*
    *3.2.3 R.J. Lee Group*.............................................................................................*44*
    *3.2.4 NJ DEP.*........................................................................................................*45*

4

**Version: 4.0, Date:1/24/2001**

*3.2.5 NJGS* ............................................................................................................ *45*
*3.2.6 Consultants* .................................................................................................... *45*
*3.2.7 The Southdown Study Expert Group* ........................................................... *45*
4. Special Training Requirements and Responsibility ............................................ 45
5. Project Schedule ................................................................................................. 46
6. Field Sampling Table ......................................................................................... 48
7. Field Sampling Requirements ............................................................................ 48
  7.1 SAMPLE ID DESIGNATION ........................................................................... 49
8. Sampling Handling and Custody Requirements ................................................ 50
9. Analytical Method Requirements ....................................................................... 51
  9.1 ANALYTICAL LABORATORY ............................................................................ 51
  9.2 PROTOCOL STRUCTURE AND PCM-EQUIVALENT-TEM ANALYSIS OF BIOLOGICALLY RELEVANT STRUCTURES 51
  9.3 LIMITS OF DETECTION FOR TEM AND PCM .................................................. 52
  9.4 SAMPLE ANALYSIS ....................................................................................... 52
    *9.4.1 Core Samples* ......................................................................................... *52*
    *9.4.2 Air Samples* ........................................................................................... *52*
    *9.4.3 Dust Samples* ........................................................................................ *53*
    *9.4.4 Soil Samples* .......................................................................................... *53*
10. Secondary Data (Non-direct Measurement) Projects ....................................... 53
  10.1 MODELING OF REASONABLE WORST-CASE EXPOSURE AT RESIDENTIAL LOCATIONS .......... 53
    *10.1.1 Assemble PM10 Emissions Inventory for the Quarry* ......................... *53*
    *10.1.2 Southdown Air Pollution Control Permits* ........................................ *56*
    *10.1.3 Grandfathered Sources Grid* .............................................................. *56*
    *10.1.4 Emission Statement* ............................................................................ *56*
    *10.1.5 USEPA AP-42 Emission Factors* ....................................................... *56*
    *10.1.6 Southdown Dust Management Plan* .................................................... *57*
    *10.1.7 Facility Plot Plan* ............................................................................... *57*
11. Other Data Quality Indicators .......................................................................... 57
  11.1 QUALITY CONTROL AND PREVENTATIVE MAINTENANCE ............................. 57
    *11.1.1 Quality Control and Assurance* .......................................................... *57*
      11.1.1.1 Quality Control for Questionnaire Survey Operations ...................... 57
      11.1.1.3 Quality Control for Field Activities ................................................. 59
      11.1.1.4 Laboratory Quality Control .............................................................. 59
      11.1.1.5 Quality Assurance ............................................................................. 60
    *11.1.2 Preventative Maintenance* ................................................................. *61*
  11.2 REPRESENTATIVENESS .................................................................................. 61
  11.3 COMPARABILITY .......................................................................................... 63
  11.4 COMPLETENESS ............................................................................................ 63
12. Peer Review ...................................................................................................... 64
13. Instrument, Equipment, and Supplies Testing and Maintenance Requirements ....... 64
14. Assessments/Oversight ..................................................................................... 65
15. Data Review, Validation and Usability ............................................................ 65
  15.1 FIELD COLLECTION DATA ............................................................................. 65
    *15.1.1 Data Entry* ........................................................................................... *65*
    *15.1.2 Data Transfer from Field* .................................................................... *66*
    *15.1.3 Data Verification* ................................................................................. *66*
    *15.1.4 Validation of Data Collection, Calculation, and Transfer* ................. *66*
    *15.1.5 Responsibilities for Data Validation and Verification* ....................... *67*
  15.2 CHEMICAL ANALYSIS DATA .......................................................................... 68
    *15.2.1 Rounding-Off Rules* ............................................................................ *68*
    *15.2.2 Method Quantitation Limits* ............................................................... *68*
    *15.2.3 Data Reduction* .................................................................................... *68*
  15.3 DATA ENTRY ................................................................................................ 69

15.4 PREPARATION OF THE DATABASE............................................................................ 70
15.5 DATA VALIDATION.................................................................................................. 70
16. Documentation and Records ..................................................................................... 71
Bibliography and References ......................................................................................... 73
Appendix A. Protocols and Standard Operating Procedures for Sampling and Modeling.......................I
    APPENDIX A1. AIR SAMPLING .................................................................................... I
    APPENDIX A2. DUST SAMPLING ................................................................................. X
    APPENDIX A3. SOIL SAMPLING ................................................................................. XVI
    APPENDIX A4. CORE SAMPLING ............................................................................... XXII
    APPENDIX A5. PROTOCOL FOR AIR QUALITY MODELING ANALYSIS FOR PARTICULATE EMISSIONS FROM
    SOUTHDOWN QUARRY ............................................................................................. XXIX
    APPENDIX A6. METEOROLOGICAL STATION............................................................... XXXIV
Appendix B. Protocols of Laboratory Procedures and Quality Assurance ................................XXXVII
    APPENDIX B1. QUALITY ASSURANCE PROJECT PLAN OF USE OF THE TRANSMISSION ELECTRON MICROSCOPE FOR
    THE ANALYSIS OF PROTOCOL STRUCTURES AND OTHER BIOLOGICALLY RELEVANT STRUCTURES (RJ LEE GROUP)
    ............................................................................................................................XXXVII
    APPENDIX B2. QUALITY ASSURANCE PROJECT PLAN OF USE OF THE PHASE CONTRAST MICROSCOPE FOR THE
    ANALYSIS OF PROTOCOL STRUCTURES AND OTHER BIOLOGICALLY RELEVANT STRUCTURES (RJ LEE GROUP)
    ...........................................................................................................................XXXVIII
    APPENDIX B2.1 IDENTIFICATION OF ASBESTOS AND NON-ASBESTOS AMPHIBOLES ......................XXXIX
    APPENDIX B3. STANDARD OPERATING PROCEDURES FOR AIRBORNE ASBESTOS ANALYSIS BY TRANSMISSION
    ELECTRON MICROSCOPY OF EMS LABORATORIES ........................................................ XLIII
    APPENDIX B4. MODIFIED ELUTRIATION METHOD FOR THE DETERMINATION OF ASBESTOS IN SOILS AND BULK
    MATERIAL (MODIFIED SUPERFUND METHOD) ................................................................ XLIV
    APPENDIX B5. DETERMINATION OF CLEAVAGE/ASBESTIFORMS.......................................... XLV
    APPENDIX B6. METHODS OF INDIRECT ANALYSIS OF DUST SAMPLES.................................... XLVI
Appendix C. Framework of Southdown Study ................................................................XLVII
Appendix D. U.S. EPA IRIS Document............................................................................XLVIII
Appendix E. Questionnaires & Letters............................................................................ XLIX
Appendix F. Risk Management Policy for Cancer Applied to New and Modified Air Toxics Sources ..................L
Appendix G. Resumes of Study Personnel and Sub-Contractors................................................LI
Appendix H. NJDEP Field Monitoring of Quarry Activity Report Form........................................LII
Appendix I. Data Validation Sign-off Sheet ....................................................................... LV
Appendix J. Corrective Action Form ................................................................................LVII

Version: 4.0, Date:1/24/2001

# Distribution List

NJDEP
Alan Stern, DSRT, Project Manager
Marlen Dooley, Counselor to the Commissioner (Overall NJDEP Project Coordinator)
Leslie McGeorge, Assistant Commissioner, Env. Policy and Science
Marty Rosen, Acting Director, DSRT
Joann Held, BAQE, Southdown Study Expert Group Member
Charlie Pietarinen, BAM, Southdown Study Expert Group Member
Gerald Nicholls, Director, DESHAP
Joe Aiello, OQA
Donald Patterson, AEQCE

U.S.EPA
Marcus Kantz, Air and Water QA Team, Southdown Study Expert Group Member
Kai Tang, Air and Water QA Team
Mark Maddaloni, Superfund Program, Southdown Study Expert Group Member
George Pavlou, Director, Div. of Enforcement and Compliance Assistance, U.S.EPA Project
Coordinator

EOHSI
Paul Lioy, Principal Investigator, Southdown Study Expert Group Member
Junfeng (Jim) Zhang, Co-Principal Investigator
Natalie Freeman, Co-Principal Investigator
Lih-Ming Yiin, EOHSI Project Manager
Robert Hague, Field Supervisor

NYU
Mort Lippmann, Southdown Study Expert Group Member

Aeolus Inc
Wayne Berman, Southdown Study Expert Group Member

R.J. Lee Group
R.J. Lee, Ph.D.

EMS Laboratories
Tony Kolk

NJGS
Karl Muessig

7

Version: 4.0, Date:1/24/2001

# 1. Project Description/Background

## 1.1 Introduction

Operations at the Southdown Quarry have attracted attention due to (1) the observed presence of tremolite mineral in the marble that is mined at the quarry, (2) a report that tremolite asbestos structures were detected on an air conditioner filter at a residence that is located downwind of the quarry, and (3) the accepted premise that inhalation of tremolite fibers can lead to cancer in humans.

Concerns from the community have been raised about whether protocol structures and other biologically relevant structures may be released to the atmosphere during quarrying and processing and be transported to adjacent neighborhoods where it can be inhaled by residents. This has raised a question as to whether protocol structures and other biologically relevant structures are released in sufficient quantities to pose a threat to the health of neighboring residents who might inhale them. *At the present time, however, no data are available to determine whether or not a human exposure of concern is occurring within the community surrounding the quarry.*

The sampling and analyses to be completed during the Southdown study will address the concerns by assessing the problem using the principles of exposure assessment and risk assessment. The first step of a risk assessment is to identify the potential hazard and exposures. In this case, the problem is that tremolite is present in the marble mined at the quarry. As a result, protocol structures[1] (see below) and other relevant structures may be released during quarrying and processing. Subsequently, they may be transported downwind to locations where neighboring residents might be exposed to the released biologically relevant structures via inhalation.

The primary scientific questions being addressed in the study are:

*Question 1*      Are current or future emissions of protocol structures and other biologically relevant structures from Southdown Quarry sufficient to pose an elevated risk to downwind residents?

*Question 2*      Is re-entrainment of particle deposits in household dust or outdoor soil from past emissions at Southdown sufficient to release protocol structures and other biologically relevant structures at a rate that poses an elevated risk to downwind residents?

*Question 3*      If residents are being unduly exposed to protocol structures and other biologically relevant structures from Southdown, what actions may be necessary to adequately control/eliminate such exposure?

---

[1] All true asbestos fibers and those cleavage fragments that fall within the dimensional range, longer than 5 $\mu$m and thinner than 0.5 $\mu$m.

8

Version: 4.0, Date: 1/24/2001

Specific information is needed to identify relationships that can link a source to a potential exposure. Included are:

(1)    the emission sources (e.g., soils or rock) of protocol structures and other biologically relevant structures, including stack emissions and fugitive dust emissions.

(2)    the mechanisms by which protocol structures and other biologically relevant structures may be released from each source (e.g., blasting).

(3)    the mechanisms by which protocol structures and other biologically relevant structures can be transported in the ambient air from sources to locations where exposure might occur.

(4)    the characteristics of the community environment and population that might lead to contact with the mineral emissions.

(5)    the route of exposure.

At Southdown, emissions of protocol structures and other biologically relevant structures and other forms of particulate matter potentially occur from multiple sources of varied types that are distributed spatially over an area of approximately 300 acres. The kinds of activities that potentially contribute to such emissions may include: blasting; drilling; excavating; hauling; dumping; crushing; sorting; and wind entrainment from uncovered storage piles. Each of the above activities occurs in different areas of the site. They may not necessarily occur at the same time of day, or on the same day, and may not occur with the same frequency throughout the year. An illustration of the locations at which several of the major activities are conducted is presented in Figure 1.

The potential releases of protocol structures and other biologically relevant structures can be associated with various on-site activities. These emissions can occur individually or in combination. The determination of the extent to which any source or combination of sources contributes to emissions requires a source emissions inventory. Local meteorological factors and the nature of the local terrain determine to what extent material emitted from a site will be transported to any given location. Thus, emissions data combined with dispersion patterns can be used to assess the impacts of the emissions to surrounding areas. Because important contributions to exposure may also occur within residences in close proximity to this site, the complex dynamics of the deposition and indoor levels of protocol structure and other biologically relevant structures within a residence also needs to be incorporated into the exposure analyses.

The toxicity of an asbestos-like dust is a strong function of the mineralogy and geometry of structures within the dust. An appropriate "index of exposure" must be defined for reporting structure measurements so that such measurements can be used to support the assessment of risk. The index of exposure proposed for this study is the concentration of structures that fall within a specific range of dimensions. Two indices of exposure will be used in parallel in this study. One index of exposure is the "protocol structure" approach as set forth in the framework, Appendix C. Structures meeting this definition are referred to as the "protocol structures." The other index of exposure is the phase contrast light microscopy (PCM)-based index as set forth in the

**Version: 4.0, Date:1/24/2001**

U.S.EPA's IRIS database file for asbestos (http://www.epa.gov/ngispgm3/iris/subst/0371.htm, Appendix D), and in the U.S.EPA's 1986 Airborne Asbestos Health Assessment Update. All measurements completed on samples collected in this study will be reported as appropriate for each of these respective approaches. To assist in identifying asbestos fibers consistent with the IRIS approach, PCM-equivalent-TEM (i.e., transmission electron microscopy-based counts, limited to only those asbestos fibers which would have been detected using phase contrast light microscopy) will be employed in-lieu of PCM. For asbestos fibers, the count of fibers obtained using both approaches will be essentially equivalent. PCM-equivalent-TEM will, however, exclude non-asbestos fibers, and non-fibrous asbestos from the fiber count. As per discussion with U.S.EPA scientists and managers, this is consistent with the intent of the IRIS approach. In this document, *all references to PCM analysis of asbestos fibers should be assumed to refer to PCM-equivalent-TEM analysis unless otherwise indicated.*

10

Version: 4.0, Date: 1/24/2001

**Figure 1.**

## New Jersey Department of Environmental Protection
## Air Compliance and Enforcement, Northern Bureau



Munbound

Southdown Quarry
Sparta, Sussex County

unpaved road emissions

blasting and excavation

processing stacks

loading, dumping, and storage piles

Version: 4.0, Date:1/24/2001

Exposure which is associated with any hazard can be characterized by 1) direct measurement at points of potential exposure, or by 2) simulation of the release and transport from the sources to a downwind receptor locations. Although direct measurement (e.g., air sampling) can be used exclusively to estimate risk, variability in source and dispersion parameters will generally necessitate measurement over a long time to fully characterize the variability inherent in an estimate of long-term risk. Generally, therefore, a combination of the two approaches proves to be the most cost-effective and most practical for generating a reasonable estimate of long term risk.

In this study, two different dose-response relationships resulting in two different indices of exposure (the protocol structure approach, and the PCM-equivalent-TEM approach (as set forth in the EPA IRIS file), will be investigated. This may result in two different estimates of the overall cancer risk resulting from emissions from the quarry. Results from both approaches will be provided to DEP management as soon as they are completed by the end of the study. DEP and then EPA will determine what, if any, further action is warranted based upon the exposures measured or estimated at the locations sampled around the quarry, and the risks that are estimated using one or both indexes of exposure.

## 1.2 Action Threshold

For the purposes of this study, the action threshold is the level of risk at which the responsible government agencies will consider action to reduce that risk. The specific definition and application of this threshold follows from the risk management policy employed by the Air Quality Permitting Program of the New Jersey Department of Environmental Protection. That program's policy is attached in Appendix F. In brief, for permitting purposes, air emissions are generally considered to require no action if the maximum risk to downwind receptors (hypothetical individuals residing at points of maximum impact) is less than one additional case of cancer among one million exposed individuals (one-in-a-million, or $1 \times 10^{-6}$ risk). If the risk is greater than one-in-ten thousand ($1 \times 10^{-4}$), action is definitely required to reduce the risk before a permit is issued. If the risk is between one-in-a-million, and one-in-ten-thousand, then the need for action is considered on a case-by-case basis. In such cases, there may be a range of possible actions to mitigate the risk. The findings from this study will be provided to NJDEP for their evaluation in the context of this risk management policy.

Table 1 presents estimates, (based on the Protocol Structure approach, of analytical sensitivity for detection of protocol structures and other biologically relevant structures on air sampling filters, and the resulting minimum detectable risk for grouped aggregates of air spatially related air samples, and the associated cost. The estimates in Table 1 are based on the assumption that 10% (at a maximum) of the asbestos and related figures are longer than 10 μm in length. Based on the estimates in Table 1, a minimum detectable group aggregate lifetime cancer risk for air samples of approximately $2.5 \times 10^{-6}$ for an air sample volume of 2880 liters can be achieved at an estimated cost of $1,550. per sample. Given the range of risk addressed by the management policy discussed above, the inherent uncertainty in any such estimate of risk, and the practical consideration of cost, a minimum detectable group aggregate risk of approximately $2.5 \times 10^{-6}$ is judged to be both practical and consistent with the goals of the risk management policy. The analytical procedure using PCM-equivalent-TEM analyses will be adjusted to achieve a

12