# EXHIBIT 15

EPA Report No.

July 1984

# METHODOLOGY FOR THE MEASUREMENT OF AIRBORNE ASBESTOS BY ELECTRON MICROSCOPY

by

George Yamate
Satish C. Agarwal
Robert D. Gibbons

IIT Research Institute
Chicago, Illinois  60616

Contract No. 68-02-3266


Project Officer

Michael E. Beard
Quality Assurance Division
Environmental Monitoring Systems Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, North Carolina  27711


ENVIRONMENTAL MONITORING SYSTEMS LABORATORY
OFFICE OF RESEARCH AND DEVELOPMENT
U.S. ENVIRONMENTAL PROTECTION AGENCY
RESEARCH TRIANGLE PARK, NORTH CAROLINA  27711

## DISCLAIMER

This report has been reviewed by the Environmental Monitoring Systems Laboratory, U.S. Environmental Protection Agency, and approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the U.S. Environmental Protection Agency, nor does mention of trade names or commercial products constitute endorsement or recommendation for use.

iv

# ABSTRACT

The provisional electron microscope methodology for measuring the concentration of airborne asbestos fibers was refined. The methodology is divided into separate protocols. The step-by-step procedures for each protocol are nearly identical, so that cumulative data can be obtained and uncertainties, especially in asbestos identification, can be clarified. The operational steps encompass (1) type of sample, (2) collection and transport, (3) sample preparation, (4) examination under the transmission electron microscope (TEM) and data collection, (5) data reduction and reporting of results, and (6) quality control–quality assurance.

The TEM analytical protocol is subdivided into three levels of analysis: Level I, for screening many samples; Level II, for regulatory action; and Level III, for confirmatory analysis of controversial samples. Because identification of asbestos structures is critical, the level of analysis is directly related to the information sought:

Level I—morphology and visual selected area electron
diffraction (SAED) pattern recognition.

Level II—morphology; visual SAED; and elemental analysis.

Level III—morphology; visual SAED; a selected number of SAED
micrographs of zone-axis patterns; and elemental
analysis.

This report was submitted in fulfillment of Contract No. 68-02-3266 by IIT Research Institute under the sponsorship of the U.S. Environmental Protection Agency. This report covers the period September 19, 1979, to June 19, 1981, and work was completed as of September 30, 1981.

# CONTENTS

Page

Disclaimer......................................................................ii
Foreword.......................................................................iii
Preface........................................................................iv
Abstract.......................................................................v
Tables.........................................................................ix
Figures........................................................................x
List of Abbreviations..........................................................xi

1. Introduction.................................................................1

2. Conclusions and Recommendations.............................................3

3. Guidelines for Understanding the Methodology................................4

   Level of Analysis...........................................................5
   Order of Analysis...........................................................5
   Collection and Reporting....................................................5
   Costs.......................................................................5
   Application to Nonairborne Sources..........................................6
   Geographical Considerations.................................................6
   Laboratory Conditions.......................................................6

4. Level I Analysis............................................................8

   Summary of Protocol.........................................................8
   Equipment, Facilities, and Supplies.........................................8
   Description of Methodology..................................................9

      1. Type of Samples—Source...............................................9
      2. Sample Collection and Transport......................................10
      3. Sample Preparation for Analysis—Grid Transfer........................13
      4. TEM Examination and Data Collection..................................16
      5. Data Reduction and Reporting of Results..............................21
      6. Quality Control/Quality Assurance....................................22

5. Level II Analysis...........................................................24

   Summary of Protocol........................................................24
   Equipment, Facilities, and Supplies........................................25
   Description of Methodology.................................................25

      1. Type of Samples--Source..............................................25
      2. Sample Collection and Transport......................................26
      3. Sample Preparation for Analysis--Grid Transfer.......................29

## CONTENTS (continued)

                                                                    Page

    4.  TEM Examination and Data Collection..............................33
    5.  Data Reduction and Reporting of Results..........................39
    6.  Quality Control/Quality Assurance................................42

6.  Level III Asbestos Analysis..........................................44

    Discussion of Protocol................................................44
    Summary of Protocol...................................................46
    Equipment, Facilities, and Supplies...................................47
    Description of Methodology............................................48

    1.  Crystallography and Morphological Properties......................48
    2.  Chemical Properties--Elemental Analysis by EDS....................49
    3.  Selected Area Electron Diffraction (SAED).........................49
    4.  Use of Tilting to Acquire Exact Zone-Axis SAED Patterns...........50
    5.  Characteristics of SAED Patterns Encountered......................51
    6.  Determination of Camera Constant and SAED Pattern Analysis........53
    7.  Determination of Camera Constant Using Gold Rings.................54
    8.  Measurement of d-Spacings and Interplanar Angles..................55
    9.  Identification of Unknown Fibers..................................58

7.  Archival Samples......................................................60

    Discussion of Protocol................................................60
    Description of Methodology............................................61

    1.  Samples with Adequate Loading....................................61
    2.  Samples with Heavy Loading.......................................62

8.  Bulk-Sample Analysis..................................................65

    Discussion of Protocol................................................65
    Description of Methodology............................................65

    1.  Polarized Light Microscopy.......................................65
    2.  X-Ray Diffraction Analysis.......................................66
    3.  Electron Microscopy..............................................66

9.  Numerical Relationships and Analytical Aids..........................67

    Limits of Detection...................................................67
    Statistical Methodology...............................................68

    1.  95% Confidence Limits for a Poisson Variate......................70
    2.  Comparison of Two Poisson Variates...............................70

    Magnification Calibration.............................................73
    Preparation of Blanks.................................................74
    Use of Computers......................................................74

References................................................................75

# CONTENTS (continued)

<u>Page</u>

**Appendices**

A.  Figures...............................................76
B.  Computer Printout of Level I Analysis (Example).....................96
C.  Computer Printout of Level II Analysis (Example)....................99

**TABLES**

| Number | | Page |
|---|---|---|
| 1 | Profile Comparison of Asbestos Standards | 40 |
| 2 | Determination of Camera Constant (Example) | 55 |
| 3 | Determination of Spot Spacings (Examples) | 57 |
| 4 | Comparison of d-spacings from SAED File and Powder Diffraction File (Example) | 59 |
| 5 | Hypothetical Data | 69 |
| 6 | 95 Percent Confidence Limits | 71 |
| 7 | Control and Test Sample Differences | 72 |

**FIGURES**

<u>Number</u>                                                                                          <u>Page</u>

A1   Vacuum evaporator.....................................................76

A2   Multiple coating arrangement in evaporator............................77

A3   Close-up of multiple-coating arrangement..............................78

A4   Modified Jaffe wick washer method (sketch)............................79

A5   Modified Jaffe wick washer............................................80

A6   Transmission electron microscope.....................................80

A7   Morphology and counting guidelines used 1
     in determining asbestos structure...................................81

A8   Level I data sheet (example).........................................82

A9   Scanning of full-grid opening........................................83

A10  Transmission electron microscope with energy dispersive spectrometer...84

A11  Spectra profiles of asbestos standards...............................85

A12  Level II data sheet (example)........................................86

A13  EM data report (example).............................................87

A14  Sample summary report (example)......................................88

A15  Effects of tilting and alignment of fiber............................89

A16  Method of measuring two perpendicular diameters for each ring.........89

A17  Method of recognizing a horizontal row of spots......................90

A18  Relationship of $d_1$, $d_2$, $\theta_{1,2}$, and R..................91

A19  Typical zone-axis SAED patterns from amosite standard specimen........92

A20  Typical zone-axis patterns from crocidolite standard specimen.........93

A21  Typical zone-axis patterns from tremolite standard specimen...........94

A22  Typical SAED patterns and EDAX spectra from anthophyllite
     standard specimen...................................................95

## LIST OF ABBREVIATIONS

AEM      analytical electron microscope

EDS      energy dispersive spectrometer

EM       electron microscope

JCPDS    Joint Committee on Powder Diffraction Standards

LTA      low-temperature ashing

NIOSH    National Institute of Occupational Safety and Health

PLM      polarized light microscopy

QC/QA    quality control/quality assurance

SAED     selected area electron diffraction

SEM      scanning electron microscope

STEM     scanning transmission electron microscope

TEM      transmission electron microscope

TSP      total suspended particulates

UICC     Union Internationale Contre le Cancer

XRD      x-ray diffraction

XRF      x-ray fluorescence

# SECTION 1

## INTRODUCTION

Asbestos is recognized as a health hazard, especially if inspired into the alveolar region of the respiratory tract. Asbestos may be present in air samples, water samples, biological or clinical samples, and other miscellaneous bulk samples, such as ores and food. These various types of samples require different collection methodologies and diverse preparation techniques.

Asbestos analysis methodologies may be categorized as bulk-material analyses, or those providing concentration information, and single-fiber analyses, or those providing morphology, size distribution, and concentration. Bulk-material analysis techniques, which include infrared spectroscopy, differential thermal analysis, and x-ray diffraction analysis (XRD), are limited by an inability to analyze concentrations of less than 1 µg, and by an inability to differentiate between fibrous and nonfibrous forms of minerals.

Single-fiber analysis techniques include optical microscopy and electron microscopy. Optical microscopy employing phase contrast has been promulgated into a monitoring method for the workplace environment (NIOSH-P&CAM 239). In addition, promulgation of a monitoring method for bulk-material asbestos samples (building insulation) using polarized light microscopy (PLM) is presently being considered. However, optical microscopic techniques cannot determine fibers of less than approximately 1 µm in diameter, and phase contrast cannot differentiate between asbestos and nonasbestos fibers.

The electron microscope (EM) provides particle morphology and size, and a degree of identification. A comprehensive study of various EM procedures (Samudra et al., 1977) was conducted in development of a provisional methodology manual, Electron Microscope Measurement of Airborne Asbestos Concentrations (Samudra, 1978). Three EM methods are available: the scanning electron microscope (SEM), the transmission electron microscope (TEM), and the analytical electron microscope (AEM). The SEM, with an x-ray energy-dispersive spectrometer (EDS), permits visual characterization (analogous to reflection optical microscopy) and fiber identification by elemental analysis. The TEM, providing an increased data-acquisition capability, permits visual characterization (in the transmitted mode) and fiber identification by crystal structure analysis. The AEM is a TEM with an EDS, and with the added capability of SEM/STEM (scanning transmission electron microscope) operation, which permits visual characterization (morphology and size) as well as fiber identification using both crystal structure by selected area electron diffraction (SAED) and elemental analysis by EDS.

1

The original EM methodology was developed for the U.S. Environmental Protection Agency (EPA) for measuring airborne asbestos concentrations, specifically for ambient air and for use as a "screening" tool. Development guidelines included attainable precision and accuracy of results; relative rapidness in use; cost-effectiveness; applicability to a large number of laboratories possessing a TEM (at that time, very few laboratories had TEM's with x-ray analysis capability or an AEM); and procedural steps to be independent of unique or exceptional in-house capabilities of a single laboratory (that is, interlaboratory precision rather than intralaboratory).

In usage, the EM method was successful within its prescribed limitations—that is, the precision and accuracy of results between laboratories using the complete method was good. However, problems that had been recognized in the study developing the methodology (Samudra et al., 1977) arose in the areas of (1) interpretation of airborne, (2) sample collection, (3) need for more exacting identification of asbestos, especially of amphibole type, and (4) use of only part of the methodology.

The present study was undertaken to refine the methodology. The problem areas and related criticisms were addressed within the underlying goals and guidelines set for optimizing the methodology. Protocols similar to a cookbook were not possible since basic knowledge or training was required regarding (1) sample collection, (2) preparation of samples for EM, (3) use of the TEM-AEM, and (4) diffraction pattern analysis. The refined methodology is based on an assumption that each intended user of a particular level of analysis has the necessary background and training to use it.

# SECTION 2

## CONCLUSIONS AND RECOMMENDATIONS

The EM methodology for measuring the concentration of airborne asbestos fibers has been refined and specified, and is recommended for field evaluation. The methodology is based on a TEM analytical protocol that is divided into three levels of effort: Level I, for screening many samples; Level II, for regulatory action; and Level III, for confirmatory analysis of controversial samples. The three-level analytical methodology is cost-effective, and will provide the required results for proper assessment of asbestos.

# SECTION 3

## GUIDELINES FOR UNDERSTANDING THE METHODOLOGY

The methodology is divided into separate protocols.  The step-by-step procedures for each protocol are nearly identical, so that cumulative data can be obtained and uncertainties, especially in asbestos identification, can be clarified.  These operational steps are:

(1)  Type of Sample—Source

(2)  Sample Collection and Transport

(3)  Sample Preparation for Analysis—Grid Transfer

(4)  TEM Examination and Data Collection

(5)  Data Reduction and Reporting of Results

(6)  Quality Control/Quality Assurance (QC/QA).

The analytical protocol under the TEM examination and data collection procedure is subdivided into three levels of increasing analytical effort in terms of requiring an instrument of greater capability, an electron microscopist with greater expertise, and a longer analytical time.  Level I, a monitoring or screening methodology, resembles the present EPA provisional methodology (Samudra et al., 1978; Anderson and Long, 1980).  Level II is a regulatory method requiring additional analytical criteria to establish asbestos identification limits, and to provide guidance for Level I analyses by confirming or clarifying visual SAED patterns.  Level III, the most sophisticated and the costliest of the methods, is intended for confirming asbestos identification, especially in judicial controversies and other special situations.

In Sections 4, 5, and 6, the protocols for each of the three levels of analysis are presented independently of each other, and thus procedures common to each are repeated.  All figures are presented in Appendix A.

Section 7 describes modifications for using the methodology on archival samples, which are samples collected on nonprocedural filter substrates, or samples collected without regard to filter loading levels.  Section 8 describes analysis of inorganic sources in bulk-air samples or in bulk form.  Section 9 concludes the report with a discussion of analytical aids pertaining to the limits of detection, preparation of blanks, use of computers, magnification calibration, and statistical methodology.

General guidelines for understanding the methodology are discussed in the following paragraphs.

## LEVEL OF ANALYSIS

Knowledge of the history, source, and location of the sample, and the purpose and objective of the analysis aids in selecting the correct level of analytical effort. Simply "grinding the samples out" neither is cost-effective nor produces the best results, especially for Level II and Level III analyses. Instead of all Level I, all Level II, or all Level III, the majority of the analyses may be Level I, followed by some Level II. Level III could be used in its entirety or only at the analytical phase. If the source is known to contain no amphibole-type interference, or if chrysotile is of interest, gold-coating can be eliminated.

If a legal proceeding is anticipated, Level III analysis will be required where a chain-of-custody record is kept from collection, transport to the laboratory, preparation, analysis, data reduction, and reporting of results. EM finder grids must be used for grid transfer. In addition, for quality assurance, a second laboratory must be available for analyzing a portion of the sample using the same degree of custodial care. QC/QA protocols must be observed and records kept.

Whenever possible, and especially for unknown source samples, 10 to 20% of each set of samples should be analyzed by Level II analysis prior to using Level I as a screening procedure.

Level I is a relatively rapid procedure, and can be used by many laboratories with access to a conventional TEM. However, Level I results should not be used in legal proceedings. If "positives" or "false positives" are found, especially in areas where asbestos is known to be absent, and the field blank and laboratory blank have been checked, Level II analysis, and possibly Level III analysis, should be performed.

## ORDER OF ANALYSIS

The order of analysis is (1) field blanks, (2) laboratory blanks (if needed), and (3) field samples.

## COLLECTION AND REPORTING

The counting rule, "minimum 100 fibrous structures per known area (complete grid opening) or 10 grid openings, whichever is first," is a minimum rule for cost limitation. For very low asbestos presence, or for asbestos contamination studies, where particulate loading is high and asbestos presence very low, counting 20 grid openings from each of 2 grids (10 per grid) is recommended.

The EM magnification factor is very high or, conversely, the area of deposit examined is very small. Therefore, although the electron microscopist may report a zero count, the notation "Below Detectable Level" is more appropriate in the sample report. Along the same lines, the electron microscopist

5

should report observations, measurements, and conclusions as objectively as possible, realizing the subjective nature of his decision-making, such as parallel-sided, 3:1 aspect ratio, number count, size measurements, recognition-discrimination of SAED patterns, and categorizing of asbestos structure.

Data reduction and reporting of results must be consistent and stated. Dimensions of X-fibers (unknown length since complete fiber is not visible) may be doubled, not counted at all, or presented separately. Doubling of the visible portion is recommended, and should be so stated in the report.

Mass or conversion of size measurements to an assumed shape-volume-density relationship, is calculated, and thus is the least reliable of the data, especially for X-fibers, bundles, clusters, and matrices.

Although morphology, SAED, and XRF either singly or in combination will provide identification of asbestos, not all structures will be identified. The nature of the asbestos structure prevents analysis of all structures by SAED and/or by elemental analysis with EDS. Such factors as specimen thickness, orientation, and proximity to other particulates or to the grid wire will prevent attainment of good SAED patterns and limit the effectiveness of chemical analysis.

## COSTS

Levels I, II, and III analyses are estimated to require 200, 400, and 1200 min per analysis, respectively. Additional costs will result from collection, preparation, and reporting of results. The equivalent monetary costs will depend on the laboratory rates of the personnel involved.

## APPLICATION TO NONAIRBORNE SOURCES

Although the methodology has been developed for airborne asbestos, other types of samples from different sources can be analyzed if the samples are finely divided and placed with proper loading and uniform distribution either on a polycarbonate membrane filter or on a carbon-coated EM grid. Of course, the limitations of the collection and preparation steps must be known and accounted for to prevent inaccuracies in comparing results.

## GEOGRAPHICAL CONSIDERATIONS

In some parts of the country, such as the Upper Great Lakes area, the possibility of misidentification is much greater because some nonamphibole minerals have visual SAED patterns that closely resemble those of amphiboles. Gold-coating and Level II analysis will help in differentiating between these minerals.

## LABORATORY CONDITIONS

Asbestos analysis involves sustained microscopy for periods of 3 to 7 hours with unscheduled rest breaks. Subjective decisions regarding such factors as morphology, size measurement, visual identification, and possible

EDS make it difficult to break a manipulative physical routine or rhythm. Therefore, a professional environment for the microscopist is essential for effective asbestos analysis.  In particular, such factors as unnecessary or redundant procedural steps, lack of personal recognition, and unreasonable deadlines may contribute to poor precision.

SECTION 4

LEVEL I ANALYSIS

SUMMARY OF PROTOCOL

Level I analysis is a monitoring or screening technique. It assesses the amount and type of asbestos structures in the atmosphere through the following steps:

(1) A known volume of air is passed through a polycarbonate membrane filter (pore diameter, 0.4 µm; filter diameter, 37 or 47 mm) to obtain approximately 5 to 10 µg of particulates per $cm^2$ of filter surface.

(2) The particulate-laden filter is transported in its own filter holder.

(3) The filter is carbon-coated in the holder.

(4) The particulates are transferred to an EM grid using a refined Jaffe wick washer.

(5) The EM grid, containing the particulates, is gold-coated lightly.

(6) The EM grid is examined under low magnification (250X to 1000X) followed by high-magnification (16,000X on the fluorescent screen) search and analysis.

(7) A known area (measured grid opening) is scanned, and the fibrous structures (fibers, bundles, clusters, and matrices) are counted, sized, and identified as to asbestos type (chrysotile, amphibole, ambiguous, or no identity) by morphology and by observing the SAED pattern.

(8) The observations are recorded--a minimum of 100 fibrous structures or 10 grid openings, whichever is first.

(9) The data are reduced and the results reported.

EQUIPMENT, FACILITIES, AND SUPPLIES

The following items are required for Level I analysis:

(1) An 80 or 100-kV TEM with a fluorescent viewing screen inscribed with graduations for estimating the length and width of fibrous particulates.

8

(2) A vacuum evaporator with a turntable for rotating specimens during coating, for such uses as carbon-coating polycarbonate filters, gold-coating EM grids, and preparing carbon-coated EM grids.

(3) An EM preparation room adjacent to the room housing the EM. This room should either be a clean-room facility, or contain a laminar-flow class-100 clean bench to minimize contamination during EM grid preparation. Filter handling and transfer to EM grids should be performed in a clean atmosphere. Laboratory blanks should be prepared and analyzed weekly to ensure quality of work.

(4) Several refined Jaffe wick washers for dissolving membrane filters.

(5) Miscellaneous EM supplies and chemicals, including carbon-coated 200-mesh copper grids, grid boxes, and chloroform.

(6) Sample collection equipment, including 37-mm-diameter or 47-mm-diameter filter holders, 0.4-$\mu$m (pore size) polycarbonate filters, 5.0-$\mu$m (pore size) cellulose ester membrane filters for back-up, a sampling pump with ancillary equipment, a tripod, critical orifices or flow meters, and a rain/wind shield.


## DESCRIPTION OF METHODOLOGY

### 1. Type of Samples—Source

This protocol was originally developed for the EPA for measuring airborne asbestos (Samudra et al., 1977; Samudra et al., 1978). A broad interpretation of airborne has been to apply the term to samples obtained from ambient air (the original purpose), aerosolized source materials (such as the asbestos workplace environment, and fugitive dust emissions), bulk-air material (such as total suspended particulate (TSP) samples, dust, and powders) and any other type of sample obtained by nonrestrictive use of (1) collection of a volume of air, (2) separation from the air, and (3) concentration of the particulates onto a substrate. The airborne protocol has also been applied to samples collected in the regulatory areas of the EPA, as compared with, for example, the workplace environment (National Institute of Occupational Safety and Health), mining activities (U.S. Bureau of Mines), and shipboard atmosphere (Federal Maritime Administration).

The present methodology has been optimized for application specifically to samples collected from a volume of air in which the asbestos concentration is considered a minor component of the total particulate loading (other analytical methods are available for samples known to contain high concentrations of asbestos); and in which the particles are less than 15 $\mu$m in diameter, since particles greater than 15 $\mu$m either are not inhaled or are deposited in the upper respiratory tract and expelled, and preferably less than 10 $\mu$m in diameter as recommended by the Clean Air Scientific Advisory Committee (Hileman, 1981), since particles up to 10 $\mu$m can be absorbed by the alveolar

9

region of the lung.  These concentration and size restrictions will preclude many air samples collected in an asbestos-processing environment and in bulk-air material from the complete methodology.  However, such samples can still be examined with the TEM, within the limitations of the instrument, through changes in preparation techniques--provided the effects on the final results, such as fractionation of size and representativeness of the sample, are carefully considered.

## 2.  Sample Collection and Transport

**Sample Collection—**
     Sampling procedures vary depending on the nature of the sample, purpose of collection, analytical method to be used, sample substrate, and time and cost of sample collection relative to the total analytical effort.  Neverthe-less, the primary objective of sample collection always is to obtain a repre-sentative, unbiased sample.

     Impingers, impaction devices, electrostatic precipitators, and thermal precipitators have been used in sample collection, but each has limitations. Presently, the preferred substrates are membrane filters, which are manu-factured from different polymeric materials, including polycarbonate, mixed esters of cellulose, polystyrene, cellulose acetate, and cellulose nitrate. Polycarbonate membrane filters differ from the others in being thin, strong, and smooth-surfaced, and in having sieve-like construction (circular pores from top surface to the bottom).  The other membrane filters are thicker, have irregular-surfaces, and have depth-filter construction (tortuous paths from top surface to bottom).

     Consequently, polycarbonate filters have been selected for airborne asbestos analysis.  The collection of small-sized particles (prefer less than 10 μm in diameter), the light loading of particulates, the uniform distribu-tion of particulates attainable using a depth-type backing filter, the smooth surface and circular holes (which aid in determining size and instrument tilt axis), and the relative ease in grid transfer (thin and strong) minimize disadvantages of lack of retention and/or movement of large particles during handling.  Other membrane materials, such as the cellulose ester type, are recommended for phase contrast and PLM, heavy particle loadings, and physical retention of large particles.

     In microscopical analysis, uniformity of particulate distribution and loading is critical to success.  Air samples are taken on 37-mm-diameter or 47-mm-diameter, 0.4-μm (pore size) polycarbonate membrane filters using the shiny, smooth side as the particle-capture surface.  Cellulose ester-type membrane filters (pore size, 5.0 μm) are used to support the polycarbonate filter on the support pad (37-mm-diameter personal sampler) or on the support plate (47-mm-diameter holder).

     Air monitoring cassettes (37-mm-diameter) of three-piece construction are available from several manufacturers.  As with the 47-mm-diameter filters, loading the cassettes with the support pad, back-up filter, and 0.4 μm (pore size) polycarbonate filter should be carefully performed on a class-100 clean bench.  Since the filters are held in place by pressure fit rather than by

10

screw tightening, air must not enter from the sides of the unit; a plastic
band or tape (which can double as a label) should be used as a final seal.

Collecting airborne samples with proper loading requires experience.
Each of the following techniques is useful in collecting airborne samples for
direct microscopy, preserving representative sizes, without diluting
particulate deposits:

(1) For long-term sampling at a site, test samples should be
    returned to the laboratory by express mail service, or air
    express service or by being hand-carried, and should then
    be analyzed by scanning electron microscopy.

(2) The estimated particulate loading (deposit is barely
    visible to the naked eye) should be bracketed by varying
    the filtration rate and using the same time, or by varying
    the time and using the same filtration rate.

(3) An automatic particle counter, such as a light-scattering
    instrument (0.3-$\mu$m detection) or a real-time mass monitor
    (0.1-$\mu$m detection), should be used to obtain an
    approximate particulate-loading level of the area.

Although any one of the three techniques will work, the suggested tech-
nique is to take the samples as a set, varying the sampling rates and using
the same time so as to obtain filter samples with different particulate
loadings. Each set is composed of a minimum of four 37-mm-diameter or 47-mm-
diameter filter units--three for different particulate loadings (low, medium,
high), and the fourth for a field blank. Suggested sampling rates are 0 for
the field blank, 2.48 L/min for the low loading, 7.45 L/min for the medium,
and 17.62 L/min for the high, for a 30 min sampling period using a 47-mm-
diameter filter holder. Simultaneous sampling will provide at least one
sample with a particulate loading suitable for direct EM analysis.

TSP's range from 10 $\mu$g/m$^3$ in remote, nonurban areas, to 60 $\mu$g/m$^3$ in near-
urban areas, to 220 $\mu$g/m$^3$ in urban areas. However, for heavily polluted
areas, TSP levels may reach 2000 $\mu$g/m$^3$. A loading of 5 to 10 $\mu$g per cm$^2$ of
filter is adequate for EM analysis; values beyond 20 to 25 $\mu$g per cm$^2$ require
a dilution treatment. As an example, for 47-mm-diameter filters at face
velocities of 3.0 cm/s (2.48 L/min), 9.0 cm/s (7.45 L/min), and 21.2 cm/s
(17.62 L/min), respectively, air volumes of 74.4 L, 223.5 L, and 528.6 L are
sampled in 30 min. For a TSP level of 200 $\mu$g/m$^3$, 14.88 $\mu$g (1.07 $\mu$g/cm$^2$),
44.7 $\mu$g (3.23 $\mu$g/cm$^2$), and 105.7 $\mu$g (7.63 $\mu$g/cm$^2$), respectively, would be
collected on 47-mm-diameter filters (which would have effective filtration
areas of 13.85 cm$^2$). The sampling time could be increased to 60 min for areas
having lower TSP levels, or reduced in a heavily polluted area (source
emissions).

Airborne samples from emission sources contain coarse particles (above
the respirable size) of large matrix structures, binder materials, road dust,
clay minerals, fillers, and other materials. For these samples, a fifth
filter unit can be added that has a size-selective inlet (cyclone, impactor,
or elutriator) attached prior to the filter unit. The flow pattern and flow

11

rates of the tandem sampling arrangement must be checked before use. A satis-
factory, tested combination presently used in California is a cyclone-filter
unit with a $D_{50}$ cut-off of 2.5 $\mu$m at 21.7 L/min, and a $D_{50}$ cut-off of 3.5 $\mu$m
at 15.4 L/min (John and Reischl, 1980). Additional sampling devices, such as
impingers (used in biological sampling), impactors, and other designated
filter units (for TSP, XRD, or x-ray fluorescence (XRF), for example) can be
added to the system to obtain supplementary as well as interrelated data.

This expandable multifilter sampling unit, designated Hydra, offers the
following advantages:

(1) It is small, inexpensive, and compact, so that an adult
can easily handle it.

(2) It is efficiently designed, and includes a tripod,
sampling pump, manifold, critical orifices, and a row of
preloaded 37-mm-diameter or 47-mm-diameter filter
holders. A rain/wind shield, size-selective cyclone-
filter units, tubing, and other extras can be added as
needed.

(3) Its sample preparation steps and handling are minimized.

(4) It allows complementary as well as supplementary analysis
(TSP, size fractionation, bacteria, and XRF, for example),
although additional air sampling capacity is required.

(5) It accommodates ambient air and source emission samples,
with or without a size-selective inlet.

(6) It allows synchronous sampling in several places in the
vicinity following the same sampling procedure, thereby
accommodating particulate concentration fluctuations.

(7) It includes filter holders that serve as transport and
storage units.

Hydra's disadvantages are a short sampling period, which may record an
episode; a small sampling quantity or volume, which may not indicate the
presence of asbestos fibers; and a detection limit of 2 x $10^4$ fibers/$m^3$ for
sampling 1 $m^3$ of air with the 47-mm-diameter filter.

Using 8 inch x 10 inch, or 102-mm-diameter filter sizes, is not recom-
mended. The sampling units are designed for purposes other than microscopy.
Interchanging the type of sample substrate filter (glass fiber or paper to
polycarbonate) does not correct the inherent problems of filter size and
sampling unit.

**Sample Storage and Transport—**
Once the sample is acquired, its integrity must be assured, and contami-
nation and loss of fibers prevented, until it is examined under the EM. The
low cost and small size of the 37-mm-diameter and 47-mm-diameter filter
holders enables them to be used as combination storage and transport con-
tainers. The filter holders should be maintained in a horizontal position

during storage and transport to the laboratory so that the particulate-loaded filters can be removed under optimally controlled conditions in the laboratory.

For 47-mm-diameter holders (open-face) to be used in transport or storage, the screw cap is carefully removed, and the shiny, waxy, stiff separator paper used to keep the polycarbonate filters apart is carefully placed on the retaining ring. The cap is then carefully screwed back on so that the separator paper seals and protects the particulate-loaded filter without touching it. The 37-mm-diameter, three-piece filter holder (aerosol monitor) is used in its open-face position, and capped after usage for transport and storage.

When the more expensive 47-mm-diameter holder is to be re-used immediately, the particulate-loaded filter should be carefully removed and placed in a 47-mm-diameter Petri-slide (such as that manufactured by the Millipore Corp.*) This transfer takes place in the field rather than in the laboratory, so that the Petri-slide should be taken into the field. The 37-mm-diameter filter holder or the 47-mm-diameter holder/Petri-slide should be secured and all necessary sample identification marks and symbols applied to the holder.

## 3. Sample Preparation for Analysis—Grid Transfer

**Carbon-Coating the Filter—**
The polycarbonate filter, with the sample deposit and suitable blanks, should be coated with carbon as soon as possible after sampling is completed. To begin this procedure, the particulate-loaded 47-mm-diameter polycarbonate filter is removed from the holder and transferred carefully to an open-faced 47-mm-diameter Petri-slide for carbon-coating in the vacuum evaporator (see Figure A1, Appendix A). If the 47-mm-diameter filter is already in the Petri-slide, the cover is replaced with an open-face cover, minimizing filter disruption. The 37-mm-diameter filter is left in the holder, but the upper lid is removed to create an open-faced filter. The open-faced holders are placed on the rotating turntable in the vacuum evaporator for carbon-coating. Figure A2 shows the multiple-coating arrangement in the evaporator; Figure A3 shows a close-up of the 37-mm-diameter and the modified 47-mm-diameter holders for carbon-coating.

For archival filters and those of larger sizes, portions of about 2.5 cm x 2.5 cm should be cut midway between the center and edge using a scalpel. The portions are then attached with cellophane tape to a clean glass microscope slide and placed on the turntable in the vacuum evaporator for coating.

Any high-vacuum carbon evaporator may be used to carbon-coat the filters (CAUTION: carbon sputtering devices should not be used). Typically, the electrodes are adjusted to a height of 10 cm above the level of the filters. A spectrographically pure carbon electrode sharpened to a neck of 0.1 cm x 0.5 cm is used as the evaporating electrode. The sharpened electrode is

---

* Millipore Corp., 80-T Ashby Rd., Bedford, Mass. 01730

placed in its spring-loaded holder so that the neck rests against the flat surface of a second carbon electrode.

The manufacturer's instructions should be followed to obtain a vacuum of about $1.33 \times 10^{-3}$ Pa ($1 \times 10^{-5}$ torr) in the bell jar of the evaporator. With the turntable in motion, the neck of the carbon electrode is evaporated by increasing the electrode current to about 15 A in 10 s, followed by 20 to 25 A for 25 to 30 s. If the turntable is not used during carbon evaporation, the particulate matter may not be coated from all sides, resulting in an undesirable shadowing effect. The evaporation should proceed in a series of short bursts until the neck of the electrode is consumed. Continuous prolonged evaporation should be avoided, since overheating and consequent degradation of the polycarbonate filter may occur, impeding the subsequent step of dissolving the filter. The evaporation process may be observed by viewing the arc through welders goggles (CAUTION: never look at the arc without appropriate eye protection). Preliminary calculations show that a carbon neck of 5 $mm^3$ volume, when evaporated over a spherical surface 10 cm in radius, will yield a carbon layer that is 40 nm thick.

Following carbon-coating, the vacuum chamber is slowly returned to ambient pressure, and the filters are removed and placed in their respective holders or in clean, marked Petri dishes for storage on a clean bench.

**Transfer of the Sample to the EM Grid—**
Transferring the collected particulates from the carbon-coated polycarbonate filter to an EM grid is accomplished in a clean room or on a class-100 clean bench. The transfer is made in a Jaffe wick washer, which is usually a glass Petri dish containing a substrate to support the EM grid/carbon-coated membrane filter combination. Solvent is added to a level to just wet the combination and cause gentle dissolution of the membrane with minimum loss or dislocation of the particulates, resulting in a membrane-free EM grid with particles embedded in the carbon film coating. The substrate support can be stainless steel mesh bridges, filter papers, urethane foams, or combinations of these.

The refined Jaffe wick washer is described as follows:

(1)  The glass Petri dish (diameter, 10 cm; height, 1.5 cm) is made airtight by grinding the top edge of the bottom dish with the bottom of the cover dish, with water and Carborundum* powder (80 mesh); this creates a ground-glass seal (closer fit) and minimizes the need to refill the Petri dish with added solvent. (The usual glass Petri dish was found not to retain the solvent for long periods of time, and unless the wicking substrate is kept continuously wet, poor solubility of the membrane filter results, leading to a poor-quality EM grid).

---

\* Carborundum is a registered trademark of the Carborundum Co., Carborundum Center, Niagara Falls, N.Y. 14302.

14

(2) A combination of foam and a single sheet of 9-cm filter paper is used as the substrate support. A 3-cm x 3-cm x 0.6-cm piece of polyurethane foam (the packing in Polaroid film boxes) is cut and placed in the bottom dish. A 0.5-inch V-shaped notch is cut into the filter paper; the notch is oriented in line with the side of the foam, creating a well for adding solvent. Spectrographic-grade chloroform (solvent) is poured into the Petri dish through the notch until it is level with the top of the foam (also level with the paper). The foam will swell, and care is needed to avoid adding solvent above the filter paper.

(3) On top of the filter paper, pieces of 100-mesh stainless steel screen (0.6 cm x 0.6 cm) are placed, usually in two rows, to make several grid transfers at one time (for such uses as replicas), and to facilitate maintenance of proper identity of each transfer.

(4) A 3-mm section (usually midway between the center and edge) of the carbon-coated polycarbonate filter is cut in a rocking motion with a scalpel. The section may be a square, rectangle, or triangle, and should just cover the 3-mm EM grid.

(5) A section is laid carbon-side down on a 200-mesh carbon-coated EM grid. (Alternatively, Formvar-coated* grids or uncoated EM grids may be used. Here, the carbon coating on the polycarbonate filter forms the grid substrate.) Minor overlap or underlap of the grid by the filter section can be tolerated, since only the central 2-mm portion of the grid is scanned in the microscope. The EM grid and filter combination is picked up at the edges with the tweezers and carefully laid on the damp 100-mesh stainless steel screen. The EM grid-filter combination will immediately "wet out" and remain on the screen.

(6) Once all specimens are placed in the washer, more solvent is carefully added through the notch to maintain the liquid level so that it just touches the top of the paper filter. Raising the solvent level any higher may float the EM grid off the mesh or displace the polycarbonate filter section.

(7) The cover is placed in the washer and oriented in place over the specimen, and a map of the filter/grid/screen arrangement is made on the glass cover and in the logbook.

---

* Formvar is a registered trademark of the Monsanto Company, 800 N. Lindbergh Blvd., St. Louis, Mo.

(8) Solvent (chloroform) is added periodically to maintain
the level within the washer until the filter is
completely dissolved by the wicking action (24 to 48 h).

(9) The temperature in the room must remain relatively
constant to minimize condensation of solvent on the
bottom of the cover and subsequent falling of solvent
drops on the EM grid.  Should day-night or other
temperature differentials occur, solvent condensation on
the under-surface of the cover can be minimized by
placing the Jaffe washer at a slight tilt (three glass
slides under one edge of the Petri dish parallel to the
row of grids) to allow the condensation drops to flow
toward the lower edge rather than fall on the EM grids.
At temperatures lower than 20°C (68°F), the complete
filter solution may take longer than 72 h.

(10) After the polymer is completely dissolved, the stainless
steel mesh screen with the EM grid is picked up while wet
and set on lens paper tacked to the bottom of a separate
Petri dish.  The EM grid is then lifted from and placed
next to the screen to dry.  When all traces of solvent
have evaporated, the grid is stored in a grid box and
identified by location and grid box in the logbook.

Figure A4 illustrates the Jaffe wick washer method; Figure A5 shows the
washer.  The foam/filter combination is currently preferred, as is use of a
closely fitted (by means of the ground-glass seal) Petri dish.

Gold Coating—
An additional step will aid in subjectively evaluating the SAED pattern.
This step is required for specimens from the upper Great Lakes area and for
those of unknown origins.  After the particulates on the filter are
transferred to the EM grid, the grid is held to a glass slide with double
stick tape for gold-coating in the vacuum evaporator.  Several EM grids may be
taped to the glass slide for coating at one time.  Approximately 10 mm of
0.015-cm-diameter (0.006-inch) pure gold wire is placed in a tungsten basket
(10 cm from the rotating table holding the EM grids) and evaporated onto the
grid.

The thin gold-coating establishes an internal standard for SAED analysis.
For some mineral species, an internal standard will clarify visual identifica-
tion of the pattern of a fibrous particulate as being or not being an amphi-
bole species (for example, minnesotaite as opposed to amosite).  With exper-
ience, differentiation in SAED patterns can be observed.  For samples of known
geographic origins, gold-coating is optional, since the additional coating
hinders observation and identification of small-diameter chrysotile fibers.

## 4.  TEM Examination and Data Collection

Low Magnification Examination of Grids—
Figure A6 shows a modern TEM.  The grid is observed in the TEM at
magnifications of 250X and 1000X to determine its suitability for detailed

16

study at higher magnification.  The grid is rejected and a new grid used if:
(1) the carbon film over a majority of the grid openings is damaged and not
intact; (2) the specimen is dark due to incomplete dissolution of the
polycarbonate filter; or (3) the particulate loading is too light (unless a
blank) or too heavy with particle-particle interactions or overlaps.

**TEM Analysis (Morphology and SAED)—**
The following guidelines are observed for consistency in the analytical
protocol:

(1) Magnification at the fluorescent screen is determined by
calibration with a diffraction-grating replica in the
specimen holder.

(2) A field of view or "gate" is defined.  On some
microscopes, the central rectangular portion of the
fluorescent screen, which is lifted for photographic
purposes, is convenient to use.  On others, a scribed
circle or the entire circular screen may be used as the
field of view.  The area of the field of view must be
accurately measurable.

(3) The grid opening is selected on a random basis.

(4) The analysis, morphology, and SAED are performed at a
tilt angle of 0°.

(5) The recommended instrument settings are:  accelerating
voltage, 100 kV; beam current, 100 µA; film magnifi-
cation, 20,000X (which is equivalent to 16,000X on the
fluorescent screen for this instrument); and concentric
circles of radii 1, 2, 3, and 4 cm on the fluorescent
screen.

(6) The grid opening is measured at 1000X.

(7) Since asbestos fibers are found isolated as well as with
each other or with other particles in varying arrange-
ments, the fibrous particulates are characterized as
asbestos structures:

Fiber (F) is a particle with an aspect ratio of 3:1 or
greater, with substantially parallel sides.

Bundle (B) is a particulate composed of fibers in a
parallel arrangement, with each fiber closer than the
diameter of one fiber.

Cluster (Cl) is a particulate with fibers in a random
arrangement such that all fibers are intermixed and no
single fiber is isolated from the group.

17

Matrix (M) is a fiber or fibers with one end free and the other end embedded or hidden by a particulate.

Combinations of structures, such as matrix and cluster, matrix and bundle, or bundle and cluster, are categorized by the dominant fiber quality—cluster, bundle, or matrix.

(8) Counting rules for single fibers are:

   (a) Particulates meeting the definition of fiber are isolated by themselves. With this definition, edge view of flakes, fragments from cleavage planes, and scrolls, for example, may be counted as fibers.

   (b) Count as single entities if separation is equal to or greater than the diameter of a single fiber.

   (c Count as single entities if three ends can be seen.

   (d) Count as single entities if four ends can be seen.

   (e) In general, fibers that touch or cross are counted separately.

   (f) Two or more fibers are counted as a bundle if the distances between fibers are less than the diameter of a single fiber, or if the ends cannot be resolved.

   (g) Fibrils attached longitudinally to a fiber are counted as part of the fiber and the size (width) is estimated based on the fiber-to-fibril relationship.

   (h) A fiber partially hidden by grid wires (one or two ends) is counted, but labeled as an X-fiber. If the number of X-fibers is more than 20% of the fibers identified as asbestos, a larger-mesh EM grid should be used, such as 100 mesh (about 200 μm wide).

(9) Sizing rules for asbestos structures are:

   (a) For fibers, widths and lengths are obtained by orienting the fibers to the inscribed circles on the fluorescent screen. Since estimates are within ±1 mm, small-diameter fibers have greater margins of error. Fibers less than 1 mm at the fluorescent screen magnification level are characterized as being 1 mm. A cylindrical shape is assumed for fibers. X-fibers are sized by measuring their entire visible portions in the grid opening.

   (b) Bundles and clusters are sized by estimating their widths and lengths. The sum of individual diameters is used to obtain the total width, and an average length for the total length. A laminar-sheet shape

is assumed, with the average diameter of the
individual fiber as the thickness.

(c) Matrices are sized by adding the best estimates of
individual fiber components. A laminar or sheet
structure is assumed for volume calculation.

(10) The method of sizing is as follows:

(a) An asbestos structure is recognized, and its
location in the rectangular "gate" relative to the
sides, inscribed circles, and other particulates, is
memorized.

(b) The structure is moved to the center for SAED
observation and sizing.

(c) Sizing is performed using the inscribed circles. If
the structure, such as a fiber, extends beyond the
rectangular "gate" (field of view), it is super-
imposed across the series of concentric circles
(several times, if necessary) until the entire
structure is measured.

(d) The structure is returned to its original location
by recall of the location, and scanning is
continued.

Figure A7 illustrates some of the counting and morphology guidelines used in
determining asbestos structures.

**TEM Procedure—**
The TEM procedure is as follows:

(1) EM grid quality is assessed at 250X.

(2) Particulate loading is assessed at 1000X.

(3) A grid opening is selected at random, examined at 1000X,
and sized.

(4) A series of parallel traverses is made across the grid
opening at the film magnification of 20,000X. Starting
at one corner, and using the tilting section of the
fluorescent screen as a "gate" or "chute," the grid
opening is traversed. Movement through the "gate" is not
continuous, but rather is a stop/go motion. On reaching
the end of one traverse, the image is moved the width of
one "gate," and the traverse is reversed. These parallel
traverses are made until the entire grid opening has been
scanned.

(5) Asbestos structures are identified morphologically and
counted as they enter the "gate."

19

(6)  The asbestos structure is categorized as fiber (with or without X-) bundle, cluster, or matrix, and sized through use of the inscribed circles.

(7)  The structure (individual fiber portion) is centered and focused, and the SAED pattern is obtained through use of the field-limiting aperture.

    (a)  SAED patterns from single fibers of asbestos minerals fall into distinct groups. The chrysotile asbestos pattern has characteristic streaks on layer lines other than the central line, and some streaking also on the central line. Spots of normal sharpness are present on the central layer line and on alternate lines (that is, 2nd, 4th etc.) The repeat distance between layer lines is about 0.53 nm.

    (b)  Amphibole asbestos fiber patterns show layer lines formed by very closely spaced dots, and have repeat distances between layer lines also of about 0.53 nm. Streaking in layer lines is occasionally present due to crystal structure defects.

    (c)  Transmission electron micrographs and SAED patterns obtained with asbestos standard samples should be used as guides to fiber identification. An example is the "Asbestos Fiber Atlas" (Mueller et al., 1975).

(8)  From visual examination of the SAED pattern, the structure is classified as belonging to one of four categories: (1) chrysotile, (2) amphibole group (includes amosite, crocidolite, anthophyllite, tremolite, and actinolite), (3) ambiguous (incomplete spot patterns), or (4) no identification. SAED patterns cannot be inspected for some fibers. Reasons for the absence of a recognizable diffraction pattern include contamination of the fiber, interference from nearby particles, fibers that are too small or too thick, and nonsuitable orientation of the fiber. Some chrysotile fibers are destroyed in the electron beam, resulting in patterns that fade away within seconds of being formed. Some patterns are very faint and can be seen only under the binocular microscope. In general, the shortest available camera length must be used, and the objective lens current may need to be adjusted to give optimum pattern visibility for correct identification. A 20-cm camera length and a 10X binocular are recommended for inspecting the SAED pattern on the tilted screen.

(9)   Additional grid openings are selected, scanned, and
      counted until either the total number of structures
      counted exceeds 100 per known area or a minimum of 10
      grid openings has been scanned, whichever is first.

(10)  The TEM data should be recorded in a systematic form so
      that it can be processed rapidly.  Sample information,
      instrument parameters, and the sequence of operations
      should be tabulated for ease in data reduction and
      subsequent reporting of results.  Figure A8 shows an
      example of a data sheet used in Level I analysis.

     Figure A9 illustrates the method of scanning a full-grid opening.  The
"field of view" method of counting previously included in the provisional
methodology, which is based on randomly selected fields of view, has been
discontinued.  Originally, the method was recommended for medium loading level
on the filter (50 to 300 fibers per grid opening).  However, if samples are
collected at three different loading levels and the optimum is selected, this
medium loading on the filter will not be used.  Samples with grid openings
containing 50 to 300 fibers may be used as laboratory fiber preparations or
selected source samples, but in field samples the particulate loading is
usually of much higher concentration than the fiber.  Filter loading is
characterized by the particulate concentration, not by fiber concentration.

## 5.  Data Reduction and Reporting of Results

**Data Reduction—**
     From the data sheet, size measurements are converted to microns (16,000X
screen magnification), mass of asbestos structure is calculated, and other
characterizing parameters are calculated through use of a hand calculator or
computer.  (Appendix B, an example of a computer printout from Level I
analysis, shows reduced data—that is, what was found on the specified number
of grid openings or area examined.)  These measurements are summarized and
related to the volume of air sampled and the total effective filtration area
(area of deposit).  Size measurements of X-fibers may be doubled and noted, or
kept as a separate category.

     Fiber number concentration is calculated from the equation

$$\text{Fibers/m}^3 \;=\; \frac{\text{Total no. of fibers}}{\text{No. of EM fields}}$$

$$\times \frac{\text{Total effective filter area, cm}^2}{\text{Area of an EM field, cm}^2}$$

$$\times \frac{1}{\text{Volume of air sampled, m}^3}$$

The number of X-fibers, bundles, clusters, and matrices are calculated in a
similar manner.  X-fibers may be included with fibers if they are few in

21

number. Similarly, their corresponding mass (from their size measurements) may be included.

Fiber mass for each type of asbestos (chrysotile or amphibole) in the sample is calculated by assuming that both chrysotiles and amphiboles have circular cross-sections (cylindrical shape) and that the width measurements are one diameter. The density of chrysotile is assumed to be 2.6 g/cm$^3$, and of amphiboles to be 3.0 g/cm$^3$. The individual mass is calculated from the equation

$$\text{Mass, } \mu g = \frac{\pi}{4} \times (\text{length, } \mu m) \times (\text{diameter, } \mu m)^2$$
$$\times (\text{density, } g/cm^3) \times 10^{-6}$$

The total mass concentration of fibers for each type of asbestos is then calculated from the total mass of all the individual fibers of that type.

The individual masses of bundles, clusters, and matrices are calculated by assuming a laminar or sheet-like structure with an average thickness of the fiber make-up of the structure. Again, the density of chrysotile is assumed to be 2.6 g/cm$^3$, and of amphiboles to be 3.0 g/cm$^3$. The individual masses are calculated from the equation

$$\text{Mass, } \mu g = (\text{length, } \mu m) \times (\text{width, } \mu m) \times (\text{thickness, } \mu m)$$
$$\times (\text{density, } g/cm^3) \times 10^{-6}$$

The total mass for each type of structure for each type of asbestos is the sum of all the individual masses.

Other characterizing parameters of the asbestos structures are: (1) length and width distribution of fibers, (2) aspect ratio distribution of fibers, and (3) relationships of fibers, bundles, clusters, and matrices.

Reporting of Results—
    The data in their acquired and reduced forms are reported as summarized, or, depending on the purpose of the analysis, are further reduced to present the interrelationships of the various characterizing parameters. Again, the Level I methodology is a monitoring or screening technique, and its limitations, such as the possibility of "false positives" and misidentification, should be noted.

6. Quality Control/Quality Assurance

    Sampling procedures will vary depending on the type of sample, objectives of the sampling, and time/cost factors. The primary goals of sampling are to obtain a representative sample at the location and time of sampling, and to maintain sample integrity. The sampling team will have written sampling

22

procedures, and the field chief and/or designated individual will be
responsible for all record-keeping (including sample identification, labeling,
logging of data, site description, and meteorological conditions), pre- and
post-collection checks, and continuous sample custody and sign-outs until the
sample is delivered to the laboratory and transferred to the appropriate
quality assurance officer (QAO). Verification of sampling times, flow rates,
equipment calibration, and taking of field blanks will be checked and recorded
in the field logbook.

Samples are turned over to the QAO for logging into a project logbook.
Each sample is carefully examined for gross features, such as tears, breaks,
and overall condition of container. The QAO registers the as-received sample
number and other designated information, and assigns a simple internal code
number that will accompany the sample through the preparation stage, grid
transfer, grid analysis, data reduction, and reporting of results.

After being logged into the project logbook, the sample is transferred to
the custody of the electron microscopy staff, where every precaution is taken
to maintain sample integrity and to prevent contamination and loss of
collected particulates. During storage and transport, the filters in their
respective holders are maintained in a horizontal position at all times.

The sample logging, handling, and storing procedures ensure that all
samples can be readily located and identified throughout the course of a
program. The QAO has divisional responsibility for QC/QA activities, and must
see that the laboratory maintains high standards. He must be aware of current
standards of analysis, and must ensure that internal quality control
standards, instrument calibration, and records of samples and completed
analyses are kept for ease of later retrieval and use.

For quality control, internal laboratory blanks are analyzed at least
once a week, which may or may not coincide with a sample batch blank. In
addition, a magnification calibration of the EM using a carbon grating replica
(2,160 lines per mm) is performed once a week. The results are recorded in an
EM instrument log, along with other routine instrumental performance checks.
All photographs, TEM, SEM, and STEM images are recorded in a photo log. These
QC results are documented for inspection by the QAO.

SECTION 5

LEVEL II ANALYSIS

SUMMARY OF PROTOCOL

Level II analysis is a regulatory technique consisting of Level I analysis plus chemical elemental analysis. Morphology, size, SAED pattern, and chemical analysis are obtained sequentially. By a process of elimination, mineral fibers are identified as chrysotile, amphibole, ambiguous, or "no-identity" by morphology and SAED pattern. X-ray elemental analysis is used to categorize the amphibole fibers, identify the ambiguous fibers, and confirm or validate chrysotile fibers.

Level II analysis is summarized as follows:

(1) A known volume of air is passed through a polycarbonate membrane filter (pore diameter, 0.4 μm; filter diameter, 37 or 47 mm) to obtain approximately 5 to 10 μg of particulates per cm$^2$ of filter surface.

(2) The particulate-laden filter is transported in its own filter holder.

(3) The filter is carbon-coated in the holder.

(4) The particulates are transferred to an EM grid using a refined Jaffe wick washer.

(5) The EM grid, containing the particulates, is gold-coated lightly.

(6) The EM grid is examined under low magnification (250X to 1000X) followed by high-magnification (16,000X on the fluorescent screen) search and analysis.

(7) A known area (measured grid opening) is scanned, and the fibrous structures (fibers, bundles, clusters, and matrices) are counted, sized, and identified as to asbestos type (chrysotile, amphibole, ambiguous, or no identity) by morphology and by observing the SAED pattern; and finally by elemental analysis using EDS.

(8) The observations are recorded--a minimum of 100 fibrous structures or 10 grid openings, whichever is first.

(9) The data are reduced and the results reported.

## EQUIPMENT, FACILITIES, AND SUPPLIES

The following items are required for Level I analysis:

(1) A modern 100-kV TEM equipped with an EDS. A scanning accessory as found in a STEM will increase the versatility and analytical capability for very small fibers and for fibers adjacent to other particulate matter. The microscope should be equipped with the fluorescent viewing screen inscribed with graduation of known radii to estimate the length and width of fibrous particulates.

(2) A vacuum evaporator with a turntable for rotating specimens during coating, for such uses as carbon-coating polycarbonate filters, gold-coating EM grids, and preparing carbon-coated EM grids.

(3) An EM preparation room adjacent to the room housing the EM. This room should either be a clean-room facility, or contain a laminar-flow class-100 clean bench to minimize contamination duing EM grid preparation. Filter handling and transfer to EM grids should be performed in a clean atmosphere. Laboratory blanks should be prepared and analyzed weekly to ensure quality of work.

(4) Several refined Jaffe wick washers for dissolving membrane filters.

(5) Miscellaneous EM supplies and chemicals, including carbon-coated 200-mesh copper grids, grid boxes, and chloroform.

(6) Sample collection equipment, including 37-mm-diameter or 47-mm-diameter filter holders, 0.4-$\mu$m (pore size) polycarbonate filters, 5.0-$\mu$m (pore size) cellulose ester membrane filters for back-up, a sampling pump with ancillary equipment, a tripod, critical orifices or flow meters, and a rain/wind shield.

## DESCRIPTION OF METHODOLOGY

### 1. Type of Samples—Source

This protocol is an expansion of the method originally developed for the EPA for measuring airborne asbestos (Samudra et al., 1977; Samudra et al., 1978). A broad interpretation of airborne has been to apply the term to samples obtained from ambient air (the original purpose), aerosolized source materials (such as the asbestos workplace environment, and fugitive dust emissions), bulk-air material (such as total suspended particulate (TSP) samples, dust, and powders) and any other type of sample obtained by nonre-strictive use of (1) collection of a volume of air, (2) separation from the air, and (3) concentration of the particulates onto a substrate. The airborne protocol has also been applied to samples collected in the regulatory areas of the EPA, as compared with, for example, the workplace environment (National

Institute of Occupational Safety and Health), mining activities (U.S. Bureau of Mines), and shipboard atmosphere (Federal Maritime Administration).

The present methodology has been optimized for application specifically to samples collected from a volume of air in which the asbestos concentration is considered a minor component of the total particulate loading (other analytical methods are available for samples known to contain high concentrations of asbestos); and in which the particles are less than 15 μm in diameter, since particles greater than 15 μm either are not inhaled or are deposited in the upper respiratory tract and expelled, and preferably less than 10 μm in diameter as recommended by the Clean Air Scientific Advisory Committee (Hileman, 1981), since particles up to 10 μm can be absorbed by the alveolar region of the lung.  These concentration and size restrictions will preclude many air samples collected in an asbestos-processing environment and in bulk-air material from the complete methodology.  However, such samples can still be examined with the TEM, within the limitations of the instrument by changes in preparation techniques--provided the effects on the final results, such as fractionation of size and representativeness of the sample, are carefully considered.

## 2.  Sample Collection and Transport

**Sample Collection—**
     Sampling procedures vary depending on the nature of the sample, purpose of collection, analytical method to be used, sample substrate, and time and cost of sample collection relative to the total analytical effort.  Nevertheless, the primary objective of sample collection always is to obtain a representative, unbiased sample.

Impingers, impaction devices, electrostatic precipitators, and thermal precipitators have been used in sample collection, but each has limitations. Presently, the preferred substrates are membrane filters, which are manufactured from different polymeric materials, including polycarbonate, mixed esters of cellulose, polystyrene, cellulose acetate, and cellulose nitrate. Polycarbonate membrane filters differ from the others in being thin, strong, and smooth-surfaced, and in having sieve-like construction (circular pores from top surface to the bottom).  The other membrane filters are thicker, have irregular-surfaces, and have depth-filter construction (tortuous paths from top surface to bottom).

Consequently, polycarbonate filters have been selected for airborne asbestos analysis.  The collection of small-sized particles (prefer less than 10 μm in diameter), the light loading of particulates, the uniform distribution of particulates attainable using a depth-type backing filter, the smooth surface and circular holes (which aid in determining size and instrument tilt axis), and the relative ease in grid transfer (thin and strong) minimize disadvantages of lack of retention and/or movement of large particles during handling.  Other membrane materials, such as the cellulose ester type, are recommended for phase contrast and PLM, heavy particle loadings, and physical retention of large particles.

In microscopical analysis, uniformity of particulate distribution and loading is critical to success. Air samples are taken on 37-mm-diameter or 47-mm-diameter, 0.4-μm (pore size) polycarbonate membrane filters using the shiny, smooth side as the particle-capture surface. Cellulose ester-type membrane filters (pore size, 5.0 μm) are used to support the polycarbonate filter on the support pad (37-mm-diameter personal sampler) or on the support plate (47-mm-diameter holder).

Air monitoring cassettes (37-mm-diameter) of three-piece construction are available from several manufacturers. As with the 47-mm-diameter filters, loading the cassettes with the support pad, back-up filter, and 0.4 μm (pore size) polycarbonate filter should be carefully performed on a class-100 clean bench. Since the filters are held in place by pressure fit rather than by screw tightening, air must not enter from the sides of the unit; a plastic band or tape (which can double as a label) should be used as a final seal.

Collecting airborne samples with proper loading requires experience. Each of the following techniques is useful in collecting airborne samples for direct microscopy, preserving representative sizes, without diluting particulate deposits:

(1) For long-term sampling at a site, test samples should be returned to the laboratory by express mail service, or air express service or by being hand-carried, and should then be analyzed by scanning electron microscopy.

(2) The estimated particulate loading (deposit is barely visible to the naked eye) should be bracketed by varying the filtration rate and using the same time, or by varying the time and using the same filtration rate.

(3) An automatic particle counter, such as a light-scattering instrument (0.3-μm detection) or a real-time mass monitor (0.1-μm detection), should be used to obtain an approximate particulate-loading level of the area.

Although any one of the three techniques will work, the suggested technique is to take the samples as a set, varying the sampling rates and using the same time so as to obtain filter samples with different particulate loadings. Each set is composed of a minimum of four 37-mm-diameter or 47-mm-diameter filter units--three for different particulate loadings (low, medium, high), and the fourth for a field blank. Suggested sampling rates are 0 for the field blank, 2.48 L/min for the low loading, 7.45 L/min for the medium, and 17.62 L/min for the high, for a 30 min sampling period using a 47-mm-diameter filter holder. Simultaneous sampling will provide at least one sample with a particulate loading suitable for direct EM analysis.

TSP's range from 10 $\mu g/m^3$ in remote, nonurban areas, to 60 $\mu g/m^3$ in near-urban areas, to 220 $\mu g/m^3$ in urban areas. However, for heavily polluted areas, TSP levels may reach 2000 $\mu g/m^3$. A loading of 5 to 10 μg per $cm^2$ of filter is adequate for EM analysis; values beyond 20 to 25 μg per $cm^2$ require a dilution treatment. As an example, for 47-mm-diameter filters at face velocities of 3.0 cm/s (2.48 L/min), 9.0 cm/s (7.45 L/min), and 21.2 cm/s

27

(17.62 L/min), respectively, air volumes of 74.4 L, 223.5 L, and 528.6 L are sampled in 30 min.  For a TSP level of 200 $\mu g/m^3$, 14.88 $\mu g$ (1.07 $\mu g/cm^2$), 44.7 $\mu g$ (3.23 $\mu g/cm^2$), and 105.7 $\mu g$ (7.63 $\mu g/cm^2$), respectively, would be collected on 47-mm-diameter filters (which would have effective filtration areas of 13.85 $cm^2$).  The sampling time could be increased to 60 min for areas having lower TSP levels, or reduced in a heavily polluted area (source emissions).

Airborne samples from emission sources contain coarse particles (above the respirable size) of large matrix structures, binder materials, road dust, clay minerals, fillers, and other materials.  For these samples, a fifth filter unit can be added that has a size-selective inlet (cyclone, impactor, or elutriator) attached prior to the filter unit.  The flow pattern and flow rates of the tandem sampling arrangement must be checked before use.  A satisfactory, tested combination presently used in California is a cyclone-filter unit with a $D_{50}$ cut-off of 2.5 $\mu m$ at 21.7 L/min, and a $D_{50}$ cut-off of 3.5 $\mu m$ at 15.4 L/min (John and Reischl, 1980).  Additional sampling devices, such as impingers (used in biological sampling), impactors, and other designated filter units (for TSP, XRD, or x-ray fluorescence (XRF), for example) can be added to the system to obtain supplementary as well as inter-related data.

This expandable multifilter sampling unit, designated Hydra, offers the following advantages:

(1)  It is small, inexpensive, and compact, so that an adult can easily handle it.

(2)  It is efficiently designed, and includes a tripod, sampling pump, manifold, critical orifices, and a row of preloaded 37-mm-diameter or 47-mm-diameter filter holders.  A rain/wind shield, size-selective cyclone-filter units, tubing, and other extras can be added as needed.

(3)  Its sample preparation steps and handling are minimized.

(4)  It allows complementary as well as supplementary analysis (TSP, size fractionation, bacteria, and XRF, for example), although additional air sampling capacity is required.

(5)  It accommodates ambient air and source emission samples, with or without a size-selective inlet.

(6)  It allows synchronous sampling in several places in the vicinity following the same sampling procedure, thereby accommodating particulate concentration fluctuations.

(7)  It includes filter holders that serve as transport and storage units.

Hydra's disadvantages are a short sampling period, which may catch an episode; a small sampling quantity or volume, which may not indicate the presence of asbestos fibers; and a detection limit of 2 x $10^4$ fibers/$m^3$ for sampling 1 $m^3$ of air with the 47-mm-diameter filter.

28

Using 8 inch x 10 inch, or 102-mm-diameter filter sizes, is not recommended. The sampling units are designed for purposes other than microscopy. Interchanging the type of sample substrate filter (glass fiber or paper to polycarbonate) does not correct the inherent problems of filter size and sampling unit.

**Sample Storage and Transport—**

Once the sample is acquired, its integrity must be assured, and contamination and loss of fibers prevented, until it is examined under the EM. The low cost and small size of the 37-mm-diameter and 47-mm-diameter filter holders enables them to be used as combination storage and transport containers. The filter holders should be maintained in a horizontal position during storage and transport to the laboratory so that the particulate-loaded filters can be removed under optimally controlled conditions in the laboratory.

For 47-mm-diameter holders (open-face) to be used in transport or storage, the screw cap is carefully removed, and the shiny, waxy, stiff separator paper used to keep the polycarbonate filters apart is carefully placed on the retaining ring. The cap is then carefully screwed back on so that the separator paper seals and protects the particulate-loaded filter without touching it. The 37-mm-diameter, three-piece filter holder (aerosol monitor) is used in its open-face position, and capped after usage for transport and storage.

When the more expensive 47-mm-diameter holder is to be reused immediately, the particulate-loaded filter should be carefully removed and placed in a 47-mm-diameter Petri-slide (such as that manufactured by the Millipore Corp.*). This transfer takes place in the field rather than in the laboratory, so that the Petri-slide should be taken into the field. The 37-mm-diameter filter holder or the 47-mm-diameter holder/Petri-slide should be secured and all necessary sample identification marks and symbols applied to the holder.

### 3.  Sample Preparation for Analysis—Grid Transfer

**Carbon-Coating the Filter—**

The polycarbonate filter, with the sample deposit and suitable blanks, should be coated with carbon as soon as possible after sampling is completed. To begin this procedure, the particulate-loaded 47-mm-diameter polycarbonate filter is removed from the holder and transferred carefully to an open-faced 47-mm-diameter Petri-slide for carbon-coating in the vacuum evaporator (see Figure A1, Appendix A). If the 47-mm-diameter filter is already in the Petri-slide, the cover is replaced with an open-face cover, minimizing filter disruption. The 37-mm-diameter filter is left in the holder, but the upper lid is removed to create an open-faced filter. The open-faced holders are placed on the rotating turntable in the vacuum evaporator for carbon-coating. Figure A2 shows the multiple-coating

---

* Millipore Corp., 80-T Ashby Rd., Bedford, Mass. 01730

29

arrangement in the evaporator; Figure A3 shows a close-up of the 37-mm-diameter and the modified 47-mm-diameter holders for carbon-coating.

For archival filters and those of larger sizes, portions of about 2.5 cm x 2.5 cm should be cut midway between the center and edge using a scalpel. The portions are then attached with cellophane tape to a clean glass microscope slide and placed on the turntable in the vacuum evaporator for coating.

Any high-vacuum carbon evaporator may be used to carbon-coat the filters (CAUTION: carbon sputtering devices should not be used). Typically, the electrodes are adjusted to a height of 10 cm above the level of the filters. A spectrographically pure carbon electrode sharpened to a neck of 0.1 cm x 0.5 cm is used as the evaporating electrode. The sharpened electrode is placed in its spring-loaded holder so that the neck rests against the flat surface of a second carbon electrode.

The manufacturer's instructions should be followed to obtain a vacuum of about $1.33 \times 10^{-3}$ Pa ($1 \times 10^{-5}$ torr) in the bell jar of the evaporator. With the turntable in motion, the neck of the carbon electrode is evaporated by increasing the electrode current to about 15 A in 10 s, followed by 20 to 25 A for 25 to 30 s. If the turntable is not used during carbon evaporation, the particulate matter may not be coated from all sides, resulting in an undesirable shadowing effect. The evaporation should proceed in a series of short bursts until the neck of the electrode is consumed. Continuous prolonged evaporation should be avoided, since overheating and consequent degradation of the polycarbonate filter may occur, impeding the subsequent step of dissolving the filter. The evaporation process may be observed by viewing the arc through welders goggles (CAUTION: never look at the arc without appropriate eye protection). Preliminary calculations show that a carbon neck of 5 mm$^3$ volume, when evaporated over a spherical surface 10 cm in radius, will yield a carbon layer that is 40 nm thick.

Following carbon-coating, the vacuum chamber is slowly returned to ambient pressure, and the filters are removed and placed in their respective holders or in clean, marked Petri dishes for storage on a clean bench.

**Transfer of the Sample to the EM Grid—**
Transferring the collected particulates from the carbon-coated polycarbonate filter to an EM grid is accomplished in a clean room or on a class-100 clean bench. The transfer is made in a Jaffe wick washer, which is usually a glass Petri dish containing a substrate to support the EM grid/carbon-coated membrane filter combination. Solvent is added to a level to just wet the combination and cause gentle dissolution of the membrane with minimum loss or dislocation of the particulates, resulting in a membrane-free EM grid with particles embedded in the carbon film coating. The substrate support can be stainless steel mesh bridges, filter papers, urethane foams, or combinations of these.

The refined Jaffe wick washer is described as follows:

(1) The glass Petri dish (diameter, 10 cm; height, 1.5 cm) is made airtight by grinding the top edge of the bottom dish with the bottom of the cover dish, with water and Carborundum* powder (80 mesh); this creates a ground-glass seal (closer fit) and minimizes the need to refill the Petri dish with added solvent. (The usual glass Petri dish was found not to retain the solvent for long periods of time, and unless the wicking substrate is kept continuously wet, poor solubility of the membrane filter results, leading to a poor-quality EM grid).

(2) A combination of foam and a single sheet of 9-cm filter paper is used as the substrate support. A 3-cm x 3-cm x 0.6-cm piece of polyurethane foam (the packing in Polaroid film boxes) is cut and placed in the bottom dish. A 0.5-inch V-shaped notch is cut into the filter paper; the notch is oriented in line with the side of the foam, creating a well for adding solvent. Spectrographic-grade chloroform (solvent) is poured into the Petri dish through the notch until it is level with the top of the foam (also level with the paper). The foam will swell, and care is needed to avoid adding solvent above the filter paper.

(3) On top of the filter paper, pieces of 100-mesh stainless steel screen (0.6 cm x 0.6 cm) are placed, usually in two rows, to make several grid transfers at one time (for such uses as replicas), and to facilitate maintenance of proper identity of each transfer.

(4) A 3-mm section (usually midway between the center and edge) of the carbon-coated polycarbonate filter is cut in a rocking motion with a scalpel. The section may be a square, rectangle, or triangle, and should just cover the 3-mm EM grid.

(5) A section is laid carbon-side down on a 200-mesh carbon-coated EM grid. (Alternatively, Formvar-coated† grids or uncoated EM grids may be used. Here, the carbon coating on the polycarbonate filter forms the grid substrate.) Minor overlap or underlap of the grid by the filter section can be tolerated, since only the central 2-mm portion of the grid is scanned in the microscope. The EM grid and filter combination is picked up at the edges with the tweezers and carefully laid on the damp 100-mesh

---

* Carborundum is a registered trademark of the Carborundum Co., Carborundum Center, Niagara Falls, N.Y. 14302.

† Formvar is a registered trademark of the Monsanto Company, 800 N. Lindbergh Blvd., St. Louis, Mo.

stainless steel screen. The EM grid-filter combination will immediately "wet out" and remain on the screen.

(6) Once all specimens are placed in the washer, more solvent is carefully added through the notch to maintain the liquid level so that it just touches the top of the paper filter. Raising the solvent level any higher may float the EM grid off the mesh or displace the polycarbonate filter section.

(7) The cover is placed in the washer and oriented in place over the specimen, and a map of the filter/grid/screen arrangement is made on the glass cover and in the logbook.

(8) Solvent (chloroform) is added periodically to maintain the level within the washer until the filter is completely dissolved by the wicking action (24 to 48 h).

(9) The temperature in the room must remain relatively constant to minimize condensation of solvent on the bottom of the cover and subsequent falling of solvent drops on the EM grid. Should day-night or other temperature differentials occur, solvent condensation on the under-surface of the cover can be minimized by placing the Jaffe washer at a slight tilt (three glass slides under one edge of the Petri dish parallel to the row of grids) to allow the condensation drops to flow toward the lower edge rather than fall on the EM grids. At temperatures lower than 20°C (68°F), the complete filter solution may take longer than 72 h.

(10) After the polymer is completely dissolved, the stainless steel mesh screen with the EM grid is picked up while wet and set on lens paper tacked to the bottom of a separate Petri dish. The EM grid is then lifted from and placed next to the screen to dry. When all traces of solvent have evaporated, the grid is stored in a grid box and identified by location and grid box in the logbook.

Figure A4 illustrates the Jaffe wick washer method; Figure A5 shows the washer. The foam/filter combination is currently preferred, as is use of a closely fitted (by means of the ground-glass seal) Petri dish.

Gold Coating—
An additional step will aid in subjectively evaluating the SAED pattern. This step is required for specimens from the upper Great Lakes area and for those of unknown origins. After the particulates on the filter are transferred to the EM grid, the grid is held to a glass slide with double-stick tape for gold-coating in the vacuum evaporator. Several EM grids may be taped to the glass slide with double-stick tape for gold-coating in the vacuum evaporator. For comparison, one-half of the EM grids may be coated and the other one-half not coated; recognition of the gold-coating is helpful in searching and x-ray analysis. Several EM grids may be taped to the glass slide for

32

coating at one time.  Approximately 10 mm of 0.015-cm-diameter (0.006-inch) pure gold wire is placed in a tungsten basket (10 cm from the rotating table holding the EM grids) and evaporated onto the grid.

The thin gold-coating establishes an internal standard for SAED analysis. For some mineral species, an internal standard will clarify visual identification of the pattern of a fibrous particulate as being or not being an amphibole species (for example, minnesotaite as opposed to amosite).  With experience, differentiation in SAED patterns can be observed.  For samples of known geographic origins, gold-coating is optional, since the additional coating hinders observation and identification of small-diameter chrysotile fibers.

## 4.  TEM Examination and Data Collection

Figure A10 shows a modern TEM with capabilities for elemental analysis with an EDS.  The grid is observed in the TEM at magnifications of 250X and 1000X to determine its suitability for detailed study at higher magnification.  The grid is rejected and a new grid used if:  (1) the carbon film over a majority of the grid openings is damaged and not intact; (2) the specimen is dark due to incomplete dissolution of the polycarbonate filter; or (3) the particulate loading is too light (unless a blank) or too heavy with particle-particle interactions or overlaps.

TEM Analysis (Morphology, SAED, and X-Ray Analysis)—
The following guidelines are observed for consistency in the analytical protocol:

(1)  Magnification at the fluorescent screen is determined by calibration with a diffraction-grating replica in the specimen holder.

(2)  A field of view or "gate" is defined.  On some microscopes, the central rectangular portion of the fluorescent screen, which is lifted for photographic purposes, is convenient to use.  On others, a scribed circle or the entire circular screen may be used as the field of view.  The area of the field of view must be accurately measurable.

(3)  The grid opening is selected on a random basis.

(4)  The analysis, morphology, and SAED are performed at a tilt angle of 0°.

(5)  The recommended instrument settings are:  accelerating voltage, 100 kV; beam current, 100 μA; film magnification, 20,000X (which is equivalent to 16,000X on the fluorescent screen for this instrument); and concentric circles of radii 1, 2, 3, and 4 cm on the fluorescent screen.

33

(6)  The grid opening is measured at low magnification (about 1000X).

(7)  Since asbestos fibers are found isolated as well as with each other or with other particles in varying arrange-ments, the fibrous particulates are characterized as asbestos structures:

Fiber (F) is a particle with an aspect ratio of 3:1 or greater with substantially parallel sides.

Bundle (B) is a particulate composed of fibers in a parallel arrangement, with each fiber closer than the diameter of one fiber.

Cluster (Cl) is a particulate with fibers in a random arrangement such that all fibers are intermixed and no single fiber is isolated from the group.

Matrix is a fiber or fibers with one end free and the other end embedded or hidden by a particulate.

Combinations of structures, such as matrix and cluster, matrix and bundle, or bundle and cluster, are categorized by the dominant fiber quality--cluster, bundle, and matrix.

(8)  Counting rules for single fibers, which are illustrated in Figure A7 are as follows:

(a)  Particulates meeting the definition of fiber are isolated by themselves.  With this definition, edge view of flakes, fragments from cleavage planes, and scrolls, for example, may be counted as fibers.

(b)  Count as single entities if separation is equal to or greater than the diameter of a single fiber.

(c)  Count as single entities if three ends can be seen.

(d)  Count as single entities if four ends can be seen.

(e)  In general, fibers that touch or cross are counted separately.

(f)  Two or more fibers are counted as a bundle if the distances between fibers are less than the diameter of a single fiber, or if the ends cannot be resolved.

(g)  Fibrils attached longitudinally to a fiber are counted as part of the fiber and the size (width) is estimated based on the fiber-to-fibril relationship.

(h)  A fiber partially hidden by grid wires (one or two
     sides of the grid opening) is counted, but labeled
     as an X-fiber (X-F) in the structure column.  If the
     number of X-fibers is high enough to affect the size
     distribution (mass, etc.), a large-mesh EM grid
     should be used, such as 100 mesh (about 200 μm
     wide).

(9)  Sizing rules for asbestos structures are:

(a)  For fibers, widths and lengths are obtained by
     orienting the fibers to the inscribed circles on the
     fluorescent screen.  Since estimates are within
     ±1 mm, small-diameter fibers have greater margins of
     error.  Fibers less than 1 mm at the fluorescent
     screen magnification level are characterized as
     being 1 mm.  A cylindrical shape is assumed for
     fibers.  X-fibers are sized by measuring their
     entire visible portions in the grid opening.

(b)  Bundles and clusters are sized by estimating their
     widths and lengths.  The sum of individual diameters
     is used to obtain the total width, and an average
     length for the total length.  A laminar-sheet shape
     is assumed, with the average diameter of the
     individual fiber as the thickness.

(c)  Matrices are sized by adding the best estimates of
     individual fiber components.  A laminar or sheet
     structure is assumed for volume calculation.

(10) The method of sizing is as follows:

(a)  An asbestos structure is recognized, and its
     location in the rectangular "gate" relative to the
     sides, inscribed circles, and other particulates is
     memorized.

(b)  The structure is moved to the center for SAED
     observation and sizing.

(c)  Sizing is performed using the inscribed circles.  If
     the structure, such as a fiber, extends beyond the
     rectangular gate (field of view), it is superimposed
     across the series of concentric circles (several
     times, if necessary) until the entire structure is
     measured.

(d)  The structure is returned to its original location
     by recall of the location, and scanning is
     continued.

**Analytical Procedure——**

The analytical procedure is as follows:

(1) EM grid quality is assessed at 250X.

(2) Particulate loading is assessed at 1000X.

(3) A grid opening is selected at random, examined at 1000X, and sized.

(4) A series of parallel traverses is made across the grid opening at the film magnification of 20,000X. Starting at one corner, and using the tilting section of the fluorescent screen as a "gate" or "chute," the grid opening is traversed. Movement through the "gate" is not continuous, but rather is a stop/go motion. On reaching the end of one traverse, the image is moved the width of one "gate," and the traverse is reversed. These parallel traverses are made until the entire grid opening has been scanned.

(5) Asbestos structures are identified morphologically and counted as they enter the "gate."

(6) The asbestos structure is categorized as fiber (with or without X-) bundle, cluster, or matrix, and sized through use of the inscribed circles.

(7) The structure (individual fiber portion) is centered and focused, and the SAED pattern is obtained through use of the field-limiting aperture.

    (a) SAED patterns from single fibers of asbestos minerals fall into distinct groups. The chrysotile asbestos pattern has characteristic streaks on layer lines other than the central line, and some streaking also on the central line. Spots of normal sharpness are present on the central layer line and on alternate lines (that is, 2nd, 4th etc.) The repeat distance between layer lines is about 0.53 nm.

    (b) Amphibole asbestos fiber patterns show layer lines formed by very closely spaced dots, and have repeat distances between layer lines also of about 0.53 nm. Streaking in layer lines is occasionally present due to crystal structure defects.

    (c) Transmission electron micrographs and SAED patterns obtained with asbestos standard samples should be used as guides to fiber identification. An example is the "Asbestos Fiber Atlas" (Mueller et al., 1975).

(8) From visual examination of the SAED pattern, the structure is classified as belonging to one of four categories: (1) chrysotile, (2) amphibole group (includes amosite, crocidolite, anthophyllite, tremolite, and actinolite), (3) ambiguous (incomplete spot patterns), or (4) no identification. SAED patterns cannot be inspected for some fibers. Reasons for the absence of a recognizable diffraction pattern include contamination of the fiber, interference from nearby particles, fibers that are too small or too thick, and nonsuitable orientation of the fiber. Some chrysotile fibers are destroyed in the electron beam, resulting in patterns that fade away within seconds of being formed. Some patterns are very faint and can be seen only under the binocular microscope. In general, the shortest available camera length must be used, and the objective lens current may need to be adjusted to give optimum pattern visibility for correct identification. A 20-cm camera length and a 10X binocular are recommended for inspecting the SAED pattern on the tilted screen.

(9) The specimen holder is tilted for optimum x-ray detection (40° tilt for the JEOL* 100C instrument's Tracor Northern† NS 880 analyzer and Kevex‡ detector). The categorized asbestos structure is maintained in its centered position for x-ray analysis by means of the Z-control.

(10) The spot size of the electron beam is reduced and stigmated to overlap the fiber. As an option for STEM instruments, the electron beam may be used in the spot mode and the x-ray analysis performed on a small area of the structure.

(11) The EDS is used to obtain a spectrum of the x-rays generated by the asbestos structure.

(12) The profile of the spectrum is compared with profiles obtained from asbestos standards; the best (closest) match identifies and categorizes the structure. The image of the spectrum may be photographed, or the peak heights (Na, Mg, Si, Ca, Fe) recorded for normalizing at a later time. No background spectra or constant acquisition time is required since the shape of the spectrum (profile) is the criteria. Acquisition of x-ray counts may be to a constant time; to a constant peak height for a selected element, such as silicon (1.74 keV); or just

---

* JEOL (U.S.A.) Inc., 11 Dearborn Road, Peabody, Mass.  01960

† Tracor Northern Inc., 2551-T.W. Beltway Hwy., Middleton, Wis. 53562

‡ Kevex Corp., Chess Dr., Foster City, Calif. 94404

long enough to get an adequate idea of the profile of the
spectra, and then aborted.  Figure A11 illustrates
spectra obtained from various asbestos standards and used
as referenced profiles.

(13)  The specimen holder is returned to 0° tilt to examine
other asbestos structures.

(14)  Scanning is continued until all structures are
identified, measured, analyzed, and categorized in the
grid opening.

(15)  Additional grid openings are selected, scanned, and
counted until either the total number of structures
counted exceeds 100 per known area, or a minimum of 10
grid openings has been scanned, whichever is first.

(16)  The TEM data should be recorded in a systematic form so
that they can be processed rapidly.  Sample information,
instrument parameters, and the sequence of operations
should be tabulated for ease in data reduction and
subsequent reporting of results.  Figure A12 shows an
example of a data sheet used in Level II analysis.

Figure A9 illustrates the method of scanning a full-grid opening.  The
"field of view" method of counting, which is based on randomly selected fields
of view, has been discontinued.  Originally, the method was recommended for
medium loading level on the filter (50 to 300 fibers per grid opening).  How-
ever, if samples are collected at three different loading levels and the opti-
mum is selected, this medium loading on the filter will not be used.  Samples
with grid openings containing 50 to 300 fibers may be used as laboratory fiber
preparations or selected source samples, but in field samples, the particulate
loading is usually of much higher concentration than the fiber.  Filter load-
ing is characterized by particulate concentration, not by fiber concentration.

EDS is relatively time-consuming, and becomes redundant if used as
repetitive analysis for a confirmatory check on chrysotile fibers.  Chrysotile
identity by morphology and visual SAED analysis is not as controversial as
amphibole identification and categorization.

The following rules are recommended for EDS analysis (Level II):

(1)  For chrysotile structure identification, the first five
are analyzed by EDS, then one out of every 10.

(2)  For amphibole structure identification, the first 10 are
analyzed by EDS, then one out of every 10.

(3)  For amphibole structure identification and categorization,
all confirmed amphiboles are analyzed by EDS.

(4)  For ambiguous structure identification and categorization,
all are analyzed by EDS.

Energy dispersive x-ray analysis as used in asbestos analysis is semiquantitative at best.  X-ray analyzer manufacturers may claim quantitative results based on calibration standards and sophisticated computer software, but such claims are based on stoichiometric materials and extension of work with XRF instrumentation.  Asbestos has a varying elemental composition.  The electron beam in an EM is of varying size, and not all instruments are equipped to measure the beam current hitting the specimen.  The size of the specimen has an effect on the x-ray output, and nearby materials may fluoresce and add to the overall x-ray signals being generated.  Moreover, specimen tilting results in a loss of x-ray acquisition from particles hidden by grid wires or by other particles.

The only consistency in x-ray analysis is that the intensity of the output, within restrictions, is proportional to the mass, therefore providing the semiquantitative analytical possibility.  Asbestos minerals have been found to have a characteristic profile, although not an exact duplicate of each other.  For example, the Mg:Si ratio of chrysotile may vary from 5:10 to 10:10, averaging about 7:10.  The ratio can be used to confirm the morphology and visual SAED analysis.

Table 1 illustrates the phenomena of variability with resemblance for some of the amphibole fibers.  Peak heights and profile measurements were taken.

To aid in the visual perspective of the spectrum profile, the peak heights were normalized to a silicon value of 10, resulting in a five-number series that is relatively easy to visualize--as in the following examples:

| | |
|---|---|
| chrysotile | ~ 0-7-10-0-0 |
| tremolite | ~ 0-4-10-3-<1 |
| crocidolite | ~ 1-1-10-0-6 |
| anthophyllite | ~ 0-3-10-0-1 |
| amosite | ~ 0-2-10-0-7 |

These relationships are approximate, since chrysotile can vary from 0-5-10-0-0 to 0-10-10-0-0.  However, for the others, the variation is only about one point, such that the profile (shape) of the five elements (Na, Mg, Si, Ca, Fe) is recognizable.

## 5.  Data Reduction and Reporting of Results

Data Reduction--
    From the data sheet, size measurements are converted to microns (16,000X screen magnification), mass of asbestos structure is calculated, and other characterizing parameters are calculated through use of a hand calculator or computer.  (Appendix C, an example of a computer printout from Level II analysis, shows reduced data--that is, what was found on the specified number of grid openings or area examined.)  These measurements are summarized and related to the volume of air sampled and the total effective filtration area

39

## TABLE 1.  PROFILE COMPARISON OF ASBESTOS STANDARDS

| Asbestos Type | Size, µ | Na | Mg | Si | Ca | Fe | Profile |
|---|---|---|---|---|---|---|---|
| Amosite (GF-38A) | 0.19 x 1.44 (stigmate) | | 1A2 | 497 | | 3A6 | 0-4-10-0-R |
| | 0.19 x 0.75 (STEM) | | 1R6 | 52R | | 3R7 | 0-4-10-0-7 |
| | 0.19 x 1.25 | | 1R1 | .352 | | 2R9 | 0-5-10-0-R |
| | 0.19 x 0.88 (100 s) | | 226 | 870 | | 674 | 0-3-10-0-R |
| | 0.25 x 1.81 (100 s) | | 576 | 4207 | | 333R | 0-1-10-0-R |
| | 0.12 x 1.56 | | 253 | 2049 | | 1515 | 0-1-10-0-7 |
| | 0.31 x 2.38 | | 256 | 2127 | | 1613 | 0-1-10-0-R |
| | 0.19 x 1.56 | | 276 | 1696 | | 1116 | 0-2-10-0-7 |
| | Repeat | | 477 | 2945 | | 1959 | 0-2-10-0-7 |
| Anthophyllite (AF-45) | 0.56 x 2.38 (stigmate) | | 631 | 2577 | | 349 | 0-2-10-0-1 |
| | 0.31 x 2.38 (stigmate) | | 640 | 1670 | | 71 | 0-4-10-0-0 |
| | 0.31 x 5.19 (stigmate) | | 1064 | 3610 | | 466 | 0-3-10-0-1 |
| | 0.19 x 1.56 (stigmate) | | 507 | 2191 | | 309 | 0-2-10-0-1 |
| | 0.19 x 1.88 (stigmate) | | 787 | 2286 | | 257 | 0-3-10-0-1 |
| Crocidolite (CR-37) | 0.19 x 0.81 (stigmate) | 131 | 100 | 8R5 | | 501 | 2-1-10-0-6 |
| | 0.06 x 0.50 (stigmate) | 2R | 28 | 205 | | 115 | 1-1-10-0-6 |
| | 0.06 x 0.69 (stigmate) | 37 | 35 | 171 | | 96 | 2-2-10-0-6 |
| | 0.12 x 1.00 (stigmate) | 44 | 53 | 379 | | 204 | 1-1-10-0-5 |
| | Repeat      (STEM) | 70 | 64 | 612 | | 333 | 1-1-10-0-5 |
| | 0.12 x 0.62 (stigmate) | 56 | 65 | 479 | | 260 | 1-1-10-0-5 |
| | 0.12 x 1.12 (stigmate) | 53 | 56 | 326 | | 166 | 2-2-10-0-5 |
| | 0.19 x 1.56 (stigmate) | 78 | 83 | 735 | | 421 | 1-1-10-0-6 |
| | 0.06 x 1.69 (stigmate) | 45 | 4R | 290 | | 159 | 2-2-10-0-6 |
| | Repeat      (STEM) | 72 | 85 | 892 | | 463 | 1-1-10-0-5 |
| | Repeat      (STEM) | 35 | 42 | 373 | | 237 | 1-1-10-0-5 |
| | Repeat      (STEM) | 16 | 22 | 166 | | 104 | 1-1-10-0-6 |
| Tremolite (T-79) | 0.38 x 2.19 (stigmate) | | 13R | 368 | 93 | | 0-4-10-2-0 |
| | 0.38 x 2.19 (spot) | | 114 | 327 | 80 | | 0-4-10-2-0 |
| | 0.25 x 1.75 (stigmate) | | R0 | 197 | 65 | | 0-4-10-3-0 |
| | 0.25 x 1.75 (spot) | | 95 | 252 | 62 | | 0-4-10-2-0 |
| | Repeat      (stigmate) | | 70 | 211 | 51 | | 0-3-10-2-0 |
| | (STEM-100 s) | | 376 | 111R | 245 | | 1-3-10-2-0 |
| | (STEM-100 s) | | 135 | 364 | 72 | | 0-4-10-2-0 |
| | (STEM-100 s) | | 1454 | 4R10 | 1235 | | 0-3-10-3-0 |
| | (STEM-100 s) | | 64 | 191 | 4R | | 0-3-10-2-0 |
| | (STEM-100 s) | | 1072 | 3114 | RR2 | | 0-3-10-3-0 |
| | (STEM-40 s) | | 46 | 113 | 27 | | 0-4-10-2-0 |
| | (STEM-40 s) | | 123 | 333 | 94 | | 0-4-10-3-0 |

(area of deposit).  Size measurements of X-fibers may be doubled and noted, or kept as a separate category.

Fiber number concentration is calculated from the equation

$$\text{Fibers/m}^3 = \frac{\text{Total no. of fibers}}{\text{No. of EM fields}}$$

$$\times \frac{\text{Total effective filter area, cm}^2}{\text{Area of an EM field, cm}^2}$$

$$\times \frac{1}{\text{Volume of air sampled, m}^3}$$

The number of X-fibers, bundles, clusters, and matrices are calculated in a similar manner.  X-fibers may be included with fibers if they are few in number.  Similarly, their corresponding mass (from their size measurements) may be included.

Fiber mass for each type of asbestos (chrysotile or amphibole) in the sample is calculated by assuming that both chrysotiles and amphiboles have circular cross-sections (cylindrical shape) and that the width measurements are one diameter.  The density of chrysotile is assumed to be 2.6 g/cm$^3$, and of amphiboles to be 3.0 g/cm$^3$.  The individual mass is calculated from the equation

$$\text{Mass, }\mu\text{g} = \frac{\pi}{4} \times (\text{length, }\mu\text{m}) \times (\text{diameter, }\mu\text{m})^2$$

$$\times (\text{density, g/cm}^3) \times 10^{-6}$$

The total mass concentration of fibers for each type of asbestos is then calculated from the total mass of all the individual fibers of that type.

The individual masses of bundles, clusters, and matrices are calculated by assuming a laminar or sheet-like structure with an average thickness of the fiber make-up of the structure.  Again, the density of chrysotile is assumed to be 2.6 g/cm$^3$, and of amphiboles to be 3.0 g/cm$^3$.  The individual masses are calculated from the equation

$$\text{Mass, }\mu\text{g} = (\text{length, }\mu\text{m}) \times (\text{width, }\mu\text{m}) \times (\text{thickness, }\mu\text{m})$$

$$\times (\text{density, g/cm}^3) \times 10^{-6}$$

The total mass for each type of structure for each type of asbestos is the sum of all the individual masses.

41

Other characterizing parameters of the asbestos structures are:  (1) length and width distribution of fibers, (2) aspect ratio distribution of fibers, and (3) relationships of fibers, bundles, clusters, and matrices.

**Reporting of Results—**

The data and their subsequent reduction are reported as summarized, or can be further reduced to present the interrelationships of the various characterizing parameters.  Figure A13 is an example of the EM data report; Figure A14 is an example of the sample summary report.

The methodology can establish the limits of identity for unknown samples, act as a QC/QA method for Level I analysis, and satisfy most of the identification criteria for asbestos.

## 6.  Quality Control/Quality Assurance

Sampling procedures will vary depending on the type of sample, objectives of the sampling, and time/cost factors.  The primary goals of sampling are to obtain a representative sample at the location and time of sampling, and to maintain sample integrity.  The sampling team will have written sampling procedures, and the field chief and/or designated individual will be responsible for all record-keeping (including sample identification, labeling, logging of data, site description, and meteorological conditions), pre- and post-collection checks, and continuous sample custody and sign-outs until the sample is delivered to the laboratory and transferred to the appropriate quality assurance officer (QAO).  Verification of sampling times, flow rates, equipment calibration, and taking of field blanks will be checked and recorded in the field logbook.

Samples are turned over to the QAO for logging into a project logbook. Each sample is carefully examined for gross features, such as tears, breaks, and overall condition of container.  The QAO registers the as-received sample number and other designated information, and assigns a simple internal code number that will accompany the sample through the preparation stage, grid transfer, grid analysis, data reduction, and reporting of results.

After being logged into the project logbook, the sample is transferred to the custody of the electron microscopy staff, where every precaution is taken to maintain sample integrity and to prevent contamination and loss of collected particulates.  During storage and transport, the filters in their respective holders are maintained in a horizontal position at all times.

The sample logging, handling, and storing procedures ensure that all samples can be readily located and identified throughout the course of a program.  The QAO has divisional responsibility for QC/QA activities, and must see that the laboratory maintains high standards.  He must be aware of current standards of analysis, and must ensure that internal quality control standards, instrument calibration, and records of samples and completed analyses are kept for ease of later retrieval and use.

For quality control, internal laboratory blanks are analyzed at least once a week, which may or may not coincide with a sample batch blank. In addition, a magnification calibration of the EM using a carbon grating replica (2,160 lines per mm) is performed once a week. The results are recorded in an EM instrument log, along with other routine instrumental performance checks. All photographs, TEM, SEM, and STEM images are recorded in a photo log. These QC results are documented for inspection by the QAO.

43