Table 24: Table 23 Discriminant analysis using (Y = 5.9 log length - 9.2 log width -6.63) for all >0.5 μm long fibres.

| Sample Number | Type | Count | Discriminant >0 | Discriminant <0 | % asbestos | % non-asbestos |
|---|---|---|---|---|---|---|
| HSL/82073/95 | Death Valley tremolite | 336 | 315 | 21 | 93.75 | 6.25 |
| HSL/82077/95 | Jamestown tremolite | 304 | 278 | 26 | 91.45 | 8.55 |
| HSL/84544/96 | Gabbro Germany (air) | 167 | 125 | 42 | 74.85 | 25.15 |
| HSL/82539/95 | Chrysotile | 288 | 211 | 77 | 73.26 | 26.74 |
| HSL/83059/96 | Tremolite (Edenitic) Drumnadrochit | 323 | 204 | 119 | 63.16 | 36.84 |
| HSL/82720/95 | Tremolite in dolomite | 154 | 90 | 64 | 58.44 | 41.56 |
| HSL/82761/95* | Tremolite in dolomite | 298 | 174 | 124 | 58.39 | 41.61 |
| HSL/82323/95 | NY Talc | 342 | 183 | 159 | 53.51 | 46.49 |
| HSL/82074/95 | Tremolite DT | 153 | 69 | 84 | 45.1 | 54.9 |
| HSL/84545/96 | Diabase Germany (air) | 105 | 43 | 62 | 40.95 | 59.05 |

HEALTH AND SAFETY LABORATORY
An agency of the Health and Safety Executive

showing that the size distributions for asbestos and non-asbestos fibre populations are different.

Case 01-01139-AMC    Doc 4209-5    Filed 08/08/03    Page 2 of 17

Wylie et al. (1985) did not recommend the use of linear discriminant function analysis in unknown samples, since the magnitudes of the coefficients are sensitive to slight changes in the populations and may therefore be strongly sample dependent. However, the discriminant function was applied to some of the TEM size distribution measurements to determine whether it might apply more widely. For >5 µm long fibres (table 23) the results were well discriminated for asbestos samples with about 89 % of the individual asbestos fibres being classified as asbestos. Similarly for non-asbestos samples only about 22% of non-asbestos mineral fragments were classified as asbestos. The dolomites and New York Talc were in-between with values around 30 - 40%. This showed that the discriminant function was applicable to a wide range of samples and TEM data and may be a useful way to separate samples containing mixed populations of asbestos and cleavage fragments. However, if the fibres are intermediate the results may be difficult to interpret.

The same discriminant function when applied to all fibres with lengths >0.5 µm was less able to discriminate between asbestos and non-asbestos samples with chrysotile giving low values about 70% while a sample which was predominantly mineral fragment HSL/83059/96     Tremolite (Edenitic) Drumnadrochit gave 63% asbestos.

The distinction between asbestos particles and mineral fragments emerges most clearly in their width: virtually no cleavage fragments are < 0.25 µm in width and almost none are < 0.5 µm (Figure 7; Snyder et al., 1987; Kelse & Thompson, 1989). In examining a single fibre < 0.25 or 0.5 µm wide, or a small population of such narrow particles, it is reasonable to conclude that they are asbestos. Unfortunately, no conclusion on a fibre-by-fibre basis can be drawn for particles > 0.5 µm wide unless their aspect ratio is < 3:1 in which case they lie outside the conventional definition of asbestos fibres and would be taken to be cleavage fragments.

### 7.8   Discrimination by PLM microscopy

#### 7.8.1   *Extinction angle*

Extinction angle is perhaps the most important simple observation which can be used to discriminate between amphibole asbestos fibres and cleavage fragments. Due to the random orientation of the fibrils around the c-axis of asbestos fibres, they will show parallel extinction under crossed polars. Non-asbestos monoclinic amphibole fibres (other than anthophyllite) have oblique extinction, except when orientated in the 100 plane. The reliability of this observation for tremolite fibres was tested, by examining the extinction angle of 100 fibres in asbestos and non asbestos samples.

Table 25: Results from PLM measurement of extinction characteristics of various tremolite fibres. (100 fibres analysed)

| Extinction | Californian (Jamestown) tremolite | Korean tremolite | Dornie tremolite | HSE reference tremolite |
|---|---|---|---|---|
| Parallel | 43 | 44 | 26 | 53 |
| Oblique | 54 | 52 | 74 | 42 |
| Undulating | 3 | 4 | 0 | 5 |

The results in table 25 surprisingly showed that only the HSE reference asbestos ( from the Saltworks mine, Death Valley, California) had more than 50% of fibres showing parallel extinction. Tremolite asbestos from both Korea and Jamestown California only has some 43- 44% parallel extinction fibres. A separate analysis of 36 large fibre bundles in the Korean sample gave a higher percentage of parallel extinction (69%). This brings into question how asbestiform tremolite asbestos is and a range of fibre morphologies would seem to be present even in commercially exploited deposits. Tremolite contaminated minerals such as dolomites are unlikely to have a greater percentage of parallel extinction fibres, which suggests that the use of this parameter to discriminate asbestos will not be particularly reliable as a population or individual fibre discriminant. Even the non-asbestos Dornie tremolite had more than a quarter of its fibres giving parallel extinction.

### 7.9 Summary of discriminant methods

#### 7.9.1 Population Discrimination

The tremolite samples studied were chosen to represent both ends of the range from asbestos to cleavage fragment samples, as well as some intermediate samples, which were either acicular fibres or a mixture of asbestos and mineral fragments. The most successful discrimination between populations of asbestos fibres and cleavage fragments was achieved by measuring the median aspect ratio and median width of the > 5 μm long fibres. Median values of >20:1 aspect ratio and median widths < 0.42 μm were characteristic of asbestos and median aspect ratios of <10:1 and median widths of >1.0 μm were characteristic of non-asbestos fibre populations. However, no clear width discrimination was found for populations of all fibres > 0.5 μm long but median aspect ratios of >8:1 were indicative of asbestos populations.

Use of an index of fibrosity based on the median aspect ratio raised to the power of the GSD was a useful way to classify a population of >5 µm long fibres as being asbestos if an index of 200 was exceed. Although this method may not work well for the wider asbestos populations (e.g. amosite and anthophyllite). For all fibre lengths values of above 50 were indicative of asbestos but the discrimination was much less distinct. A similar attempt to do this with fibre widths was not so successful. Linear regression analysis did not seem to discriminate unambiguously between the asbestos and non-asbestos populations and an arbitrary cut-off has to be selected.

### 7.9.2 *Individual Fibre Discrimination*

Discriminant function analysis can be used to make a fibre-by-fibre judgements which may have error rates as low as 10-20% for single component samples of asbestos or non-asbestos fibres >5 µm long, but does less well for all fibre sizes. The effect for samples containing intermediate fibres will depend on the fine adjustment of the values used in the discriminant function..

For tremolite contaminated samples, parallel extinction under crossed polars in a PLM, does not appear to be a reliable discriminant to determine whether the larger (>1 µm wide and >5 µm long) fibres are asbestos. Only about half of the asbestos fibres are likely to be counted. However, the inclusion of non-asbestos cleavage fragments which have the (100) plane in line with the illumination and give parallel extinction will partly offset the underestimate.

## 8. SUMMARY AND CONCLUSIONS

Many of the issues researched and discussed in this report are not new. In the US there was an intense debate between mineral producers and regulators for some 20 years between 1972 -92 which ended when OSHA reversed its previous stance and regulated non-asbestiform mineral fibres as a nuisance dust. Even this ruling has not ended the controversy, as OSHA has been unable to give a method by which asbestos and non-asbestos fibres can be distinguished. It seems that if a producer says that the fibres in their products are a non-asbestos form of amphibole, it is assumed that there is no additional hazard or risk associated with these fibres to the work force or users. With the much greater experimental knowledge and database that has been amassed on the toxicity of non-asbestos fibres since 1992, this regulatory approach is now outdated. Asbestos was the first heavily used industrial fibre and because of the high incidence of respiratory diseases, its use has been regulated separately from 1931. Current knowledge suggests that all fibres have a potential physical toxicity if they are small and durable enough to penetrate and remain in the thoracic regions of the lung for a substantial periods of time. Therefore regulators should be concerned with all durable fibres. The toxicity of any one fibre population being a function of the dose of long fine fibres that is likely to be delivered to the lung.

The current situation is that there is a method for asbestos. Asbestos has many definitions applied to it but is not well - defined in UK or EU legislation. This can give rise to considerable confusion when attempting to assess hazard. There appears to be two main situations where the current definitions of asbestos will produce problems. Firstly, in rocks or mineral deposits containing asbestos fibres which are regarded as contaminants; unless the fibres show the classical commercial and physical properties they can be classified as byssolites or non-asbestiform mineral fibres and deemed to fall outside any asbestos regulations. Secondly, when the current definitions of asbestos fibres in regulatory and International Standard methods for asbestos risk analysis are applied to the mineral production and user industries, a significant proportion of cleavage fragments will be included in the count. Therefore even if a regulatory agency wishes to discriminate between a population of asbestos and elongated cleavage fragments, the current definition for a fibre makes this difficult to do, particularly if a decision is to be made on a fibre by fibre basis.

For hazard assessment the situation is made even more difficult as we need to take into account the potential to produce fibres. This potential has to be realised in the analysis. The method chosen for the EC method is repeated 1 minute grinding in a pestle and mortar of the large fraction 'which does not pass through a 106 μm mesh sieve. However, grinding separates large asbestos fibres into thinner fibrils, so only the larger non-asbestiform fibres are likely to be visible or identifiable by light microscopy. This is of particular concern if a mass percentage determination is used for labelling materials as carcinogenic. Fibre mass is heavily influenced by a small number of large fibres and the counting and analysis of these fibres is the most important factor in the precision of the mass analysis. This suggests that low

magnification (X50 - X100) scanning of larger areas of the filter by PCM/PLM to find and evaluate the largest fibres is the best option to improve the analytical precision. However such an analysis concentrates on the thick non-respirable and probably non-asbestos component of the fibres. This produces an anomaly in that the samples with the greatest hazard in terms of mass may actually manifest the least risk if made airborne and sampled by the European reference method ( EU Directive 83/477/EEC).

Hazard would be better estimated if the results from the many animal experiments with fibres were applied. Namely, that respirable, durable fibres of the same length or greater than the macrophages are the most toxic and the most difficult to remove from the lung. Therefore the PCM/PLM and any electron microscopic hazard assessment should also record the numbers of >5, >10, >15 and >20 µm long respirable fibres produced by the standard challenge( per unit mass) to allow a more precise assessment of the materials toxicity to be made. These data will require no additional work to collect, if a mass analysis is being carried out.

The difficulty in defining and determining whether a fibre is asbestos or not led to an extensive investigation of the shape, mineral and chemical characteristics of asbestos and non-asbestos fibres. The main findings were that accurate TEM length, width and aspect ratio measurements do allow populations to be characterised and estimates of the asbestos and non-asbestos component to be made. This discrimination is much more effective when applied to >5 µm long fibres and samples containing mainly asbestos or mainly mineral fragments. In many mineral samples the fibre growth may produce intermediate shapes or have mixed populations making individual fibre judgements very difficult. For the samples analysed in this work asbestos fibres populations generally have median aspect ratio >20:1 and median fibre widths of < 0.4 µm and non asbestos fibres and elongate cleavage fragments have median aspect ratios < 10:1 and median fibre widths > 1.0 µm.

Discriminant function analysis did allow individual fibres to be classified as asbestos or non-asbestos but error rates of at least 10 -20% can be expected in simple all asbestos and all non-asbestos populations.

As the fibres and mineral fragments are formed from the same mineral any chemical or crystallographic difference are small or subtle and do not offer a simple practical route. However, energy dispersive analysis of individual fibres showed that the minor substitution of Al for Si, is associated with some of the more acicular and prismatic fibres, which do not appear to have the characteristic fibrillar structure of asbestos. More attention could be paid to this aspect in respect to TEM mass analysis to exclude large columnar fibres, particularly as the samples have already been ground to split and release asbestos fibres/fibrils. However, relative small difference in chemistry

appear to be a very arbitrary basis for discrimination as fibres have a 'physical' toxicity.

The special characteristic that should identify large asbestos fibres is that the fibres are composed of fibrils, which due to the special conditions of formation have produced many parallel oriented fibres along the c-axis. This formation explains the high tensile strength and flexibility properties normally associated with commercially exploited asbestos deposits. Inspection of the ends of large fibres by scanning electron microscopy allows an estimate of how asbestiform the large fibres are due to the presence of many fibrils. SEM also has a 3D image which allows the cleavage faces of mineral fragments to be more clearly seen. However, only a proportion of the large tremolites from a recognised asbestos deposits will show this characteristic structure suggesting that the 'ideal' growth conditions are rarely reached even in commercial deposits of tremolite asbestos. This was further shown when PLM extinction angles were measured on a number of tremolite asbestos samples but <50% of the fibres gave parallel extinction. A lack of a fine fibrillar structure and a tendency towards larger acicular crystals is the most likely explanation.

In some ways PCM/PLM observations of >5 μm long fibres can approximately size the fibres and determine whether the fibre consists of fibrils due to its morphology and or extinction angle. However, it cannot do this as accurately or consistently well as the electron microscopy methods, and will with difficult samples containing mineral fragments, consistently overestimate the asbestos content. This is acceptable if the PCM/PLM is used as a screening method and it is understood that further analysis may be required.

There remains a strong concern that if a population of asbestos fibres is present, even if it is <0.1 % mass, after grinding and if made airborne it could still present a considerable airborne asbestos exposure.

If the EU uses only a mass standard to classify asbestos hazard this will give insufficient information to make informed decisions as to the risk. In some instances the product which contain only large non-respirable cleavage fragments will be labelled as carcinogenic while a substance contaminated with many fine asbestos fibres will not be labelled. Yet when made airborne the unlabelled substance will present a far greater risk.

Both mass and fibre number can be simply measured in a single analysis and should be used to determine the hazard.

9. **FURTHER WORK**

More field studies are necessary to determine the false positive and negative rates of the PCM/PLM method on real samples before hazard labelling based on this method alone takes place.

A study of some UK quarries and quarry products is needed to assess how much of a problem this may be.

The current EU stance on 'asbestos' to the exclusion of other amphibole fibres needs careful appraisal. All the evidence in recent years shows that durable fibres have a physical toxicity. Minor chemical substitutions, a mixed-population of mineral fragments and asbestos fibres or the degree of fibril growth within the larger fibres will be unlikely to reduce the toxicity of the long respirable fibres. Therefore potential carcinogenic fibres may be overlooked if we attempt to rigidly apply the criteria required for asbestos.

A laboratory study to further investigate the relationship between mass and fibre number for contaminated substances needs to be carried out to determine what an appropriate mass or fibre number standard should be.

## 10. ACKNOWLEDGEMENT

This final project report summarises work carried out by Rudolph Scott, Graham Revell, Jim Chisholm and Garry Burdett at HSL. It also includes some sections of work carried out for EU project MATI-CT93-0003 by HSL and some areas work carried out by the principal researchers of the EU project particularly: Thomas Schneider and Ole Jorgensen of the National Institute of Occupational Health, Copenhagen, Denmark; Jan Templeman, TNO Milieu, Apeldoorn, Netherlands; Laurie Davies, Institute of Occupational Medicine, Edinburgh, UK. and Salvatore., Puledda, of the Instituto Superiore di Sanita, Rome, Italy. The TEM round robins were carried out with the help of Jim Millette of Millette Vanderwood Associates, Norcross, GA, USA and Eric Chatfield of Chatfield Environmental Consulting, Mississauga, Ontario, Canada. John Addison of John Addison Consultancy, Edinburgh, UK. and Laurie Davies of IOM were particularly helpful in supplying samples of tremolites used in this work.

# 11. REFERENCES

## 11.1 Internal reports

Chisholm. J. 'Discrimination between amphibole asbestos fibres and non-asbestos mineral fragments' IR/L/MF/95/16.

Burdett, G.J. Identification of asbestos in Bulk materials by polarised light microscopy: Final report January 1996. IR/L/MF/96/1.

Revell, G. Tremolite: scanning electron microscope examination of various tremolites. IR/L/MF/96/06.

Scott, R. 'Estimation of the cross section of asbestos fibres in bulk materials by gold shadowing'. IR/L/MF/96/08.

## 11.2 Publications

Schneider,T., Sethi, S.A. Davies, L.S.T., Burdett, G.J., Jorgensen,O. 'Statistics of asbestos fibre mass determination by microscopy'. J.Aer. Sci. 28, 1, S611-S612, 1977.

Schneider,T., Davies, L.S.T., Burdett, G.J., Templeman, J., Puledda, S. Jorgensen,O., Buchanan, D. and Paoletti, L. 'Development of a method for the determination of low contents of asbestos and other fibres in bulk materials'. The Analyst. 123, 1393 - 1400, June 1998.

## 11.3 Cited references

Addison, J. Davies, L.S.T., Robertson, A. and Willey, R.J. (1988) 'The release of dispersed asbestos fibres from soils'. IOM report TM/88/14. Institute of Occupational Medicine, Edinburgh.

Amandus, H.E.; Wheeler, R., 'The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part II. Mortality '. American Journal of Industrial Medicine, Vol. 11, No. 1, pages 15-26, 1987.

ATS, American Thoracic Society. 'Health Effects of Tremolite', by Weill, H; Abraham, J.L.; Balmes, J.R.; Case, B.; Churg, A.M.; Hughes, J.; Schenker, M.; Sebastien, P.. in: American Review of Respiratory Disease, Vol. 142, No. 6, pages 1453-1458, 1990.

Bunn, W.B. , Bender,J.R., Hesterburg, T.W., Chase, G.R. and Konzen, J.L. "Recent studies of man-made vitreous fibres: Chronic animal inhalation studies", *JOM,* 35, 101-113, 1993.

Campbell, W.J., Blake, R.L., Brown, L.L. Cather, E.E. and Sjoberg, J.J. "Selected silicate minerals and their asbestiform varieties: Mineralogical definitions and identification - characterisation". Bureau of Mines Information Circular 8751, US Bureau of Mines, Avondale research centre, Avondale MD. 1977.

Campbell, W.J., Steel, E.J. Virta, R.L. and Eisner, M.H., "Relationship of mineral habit to size characteristics for tremolite cleavage fragments and fibers". Bureau of Mines report of Investigation 8367, US dept. of the Interior. 1979

Campbell, W.J., Huggins, C.W. and Wylie, A.G.. 'Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences.' Bureau of Mines Report of Investigations, U.S. Department of the Interior Report RI-8452, 68 pages, 1980.

Clark, N.E. Verma, D.A. and Julian, J.A. "Determination of the variability in elemental compositions of asbestos fibres by analytical transmission electron microscopy". Ann. Occup. Hyg., 39, 1, 79 - 88, 1995.

Control of Asbestos at Work Regulations 1987 SI 2115, HMSO, 1987. ISBN 0 11 078115 5

Commission directive (91/659/91) adapting to technical progress of Annexe I to Council Directive 76/769/EEC relating to restrictions on the marketing and use of certain dangerous substances and preparations (asbestos). Official Journal of the European Communities. No L 363/36, 31/12/1991.

Council directive on the protection of workers from risks related to exposure to asbestos at work (second individual directive within the meaning of Article 8 of the Directive 80/1107/EEC) Directive 83/477/EEC, Official Journal of the European Communities. No L 263 24.9.1983 p.25. Amended by Council Directive 91/382/EEC Official Journal of the European Communities. No. L 206, 29.7.1991 p.16

Council directive on dangerous substances. Amended for the 7th time directive 67/548/EEC on the 30.4.92. Directive 92/32/EEC. Official Journal of the European Communities. No L /154, 5.6.1992.

Council Directive on dangerous preparations. Directive 88/379/EEC. Official Journal of the European Communities. No L /187, 16.7.1988.

Davies, J,M,G., Addison, J., Bolton, R.E. , Donaldson, K., Jones, A.D. and Miller, B.G. 'Inhalation studies on the effects of tremolite and brucite dusts'. Carcinogenesis, 6, 667-674, 1985.

Davies, LST, Wetherill,G.M., Mc Intosh,C. Mc Gonagle, C. and Addison, J., 'Development and validation of an anaylitical method to determine the amount of asbestos in soils and loose aggrerates. HSE contract 2491/R42.46. report. 1993.

Dana, E.S. "A textbook of Mineralogy". W.E. Ford, Ed. 4th edition, 574, John Wiley and Sons, Inc. New York. N.Y.

Deer, W.A., Howie, R.A. and Zussman, J. "Rock Forming Minerals, Volume 2, Chain Silicates". Longmans, London, 1963. (ISBN 0582 46210 X).

Deer, W.A., Howie, R.A. and Zussman, J. "Rock Forming Minerals", Volume 3: Sheet Silicates Longmans 1963 ISBN 0582 46211 8

Dement, J.M. and Zumwalde, R.D. 'Industrial Hygiene Study of the Gouverneur Talc Company, Number one Mine amd Mill at Balmat, New York '. Division of Surveillance, Hazard Evaluations and Field Studies, Cincinnati, Ohio, NIOSH, Department of Health, Education and Welfare, Vol. II, 1976.

Dement, J.M.. 'Asbestiform Minerals In Industrial Talcs: Commercial Definitions Versus Industrial Hygiene Reality'. Workshop on Asbestos: Definitions and Measurement Methods, National Bureau of Standards, U.S. Department of Commerce, NBS Special Publication No. 506, pages 313-323, 1978.

Dement, J.M. and Zumwalde, R.D., Gamble, J.F., Fellner, W., DeMeo, M.J., Brown, P. and Wagoner, J.K. ' Occupational Exposure to Talc Containing Asbestos'. NIOSH, Cincinnati, Ohio, NIOSH Publication No. 80-115, 118 pages, 1980.

Doll, R. and Peto J. 'Asbestos: Effects on health of exposure to asbestos'. Health and Safety Commission, 1985. ISBN 0 11 883803 2

Dorling, M. and Zussman, J. "Characteristics of Asbestiform and Non-asbestiform Amphiboles", Lithos 20, 469-489, 1987.

Hodgson, A.A. "Fibrous Silicates : Lecture Series 1965, Number 4". The Royal Institute of Chemistry, 1966.

ISO 10312:1995 "Ambient air - Determination of asbestos fibres - direct transfer transmission electron microscopy method". International Standards Organisation.

ISO 13794:1997 "Ambient air - Determination of asbestos fibres - indirect transfer transmission electron microscopy method". International Standards Organisation.

ISO DIS 14966 "Ambient air - Measurement of inorganic fibrous particles -Scanning electron microscopy method". International Standards Organisation.

Kelse, J. W. and Thompson, C. S. "The Regulatory and Mineralogical Definitions of Asbestos and Their Impact on Amphibole Dust Analysis" Am. Ind. Assoc. J. 50 (11), 613-622, 1989.

EN 481: Workplace atmospheres - size fraction definitions for measurement of airborne particles.

EN 482: Workplace atmospheres - General requirements for the performance of procedures for the measurement of chemical agents.

Gamble, J., Greife, A. and Hancock, J.'An Epidemiological-Industrial Hygiene Study Of Talc Workers'. Annals of Occupational Hygiene, Vol. 26, No. 1-4, pages 841-859, 1982.

Harlow, G.E. et al. "Obsevations on Amosite/Grunerite dusts", in Applied mineralogy, W.C., Park, D.M. Hausen and R.D. Hagni eds., AIME, 1147 - 1157, 1985.

Hartikainen, T. and Tossavainen, A. "Quantification of silicate fibre concentrations in rock products and dust by electron microscopy". Am. Ind. Hyg. Assoc. J. 58: 264-269, 1997.

Higgins, ITTT, Glassman, J.H. Oh, M.s. Cornell, R.G. 'Mortality of reserve mining company employees in relation to taconite dust exposure. Am. J. Ind. Med. 9, 143-152, 1986.

Jones, A.D. et al. 'The COLT fibre research programme: aspects of toxicological risk assessment. In Inhaled Particles VIII, Suppl. Ann. Occup,. Hyg. 244-250, 1997.

Junttila, S., Tossavainen, A., Hartikainen, T., Harma, P, Korhonen, K., Suominen, V and Pyy, L. ' Airborne Mineral Fibers and Quartz Dust in Precambrian Metamorphic Limestone and Dolomite Mines in Finland '. Applied Occupational and Environmental Hygiene, 11, 8, 1075-1080, 1996.

Langer, A.M, Nolan, R.P., Constantopoulos, S.H. and Moutsopoulos, H.M., 'Association of Metsovo Lung and Pleural Mesothelioma with Exposure to Tremolite-Containing Whitewash' Lancet, Vol. 1, No. 8539, Grant No. OH-01905, pages 965-967, 1987.

Langer, A.M., Nolan, R.P. and Addison J. "Distinguishing Between Amphibole Asbestos Fibres and Elongate Cleavage Fragments of their Non-asbestos Analogues" in Brown, R.C."Mechanisms of Carcinogenesis" Plenum Press, New York, 253-267, 1991.

Leake, B.E. et al. (1997) "Nomenclature of amphiboles: report of the subcomittee on amphiboles of the international mineralogical association commission on new minerals and mineral names". Min. Mag. 61, 405, 295-322, 1997.

Levin, J.L., Mc Larty, J.W. Hurst, G.A. Smith, A.N.and frank, A.L., 'Tyler asbestos workers: mortality experience in a cohort exposed to amosite'. Occup. Environ. Med., 55, 155-160, 1988.

Lundgren, L., Lundstrom, S., Sundstrom, G, Bergman, G. and Krantz, S., ' A Quantitative Method Using a Light Microscope On-Line to a Macintosh Computer for the Analysis of Tremolite Fibres in Dolomite'. Annals of Occupational Hygiene, 40, 2, 197-209, 1996.

Mc Donald et al. 'Mortality after long exposure to cummingtonite-grunerite'. Am Rev. Respir Dis. 118, 271-277, 1978.

McDonald-JC; McDonald-AD; Sebastien-P; Moy-K., 'Health of Vermiculite Miners Exposed to Trace Amounts of Fibrous Tremolite.' British Journal of Industrial Medicine, Vol. 45, No. 9, pages 630-634, 1988.

McDonald-JC; McDonald-AD, 'Chrysotile, Tremolite and carcinogenicity. . Annals of Occupational Hygiene, 41, 6, 699-705, 1997.

McCrone, W.C."Asbestos Identification".McCrone Research Institute, Chicago, Illinois, 1987. (ISBN 0 904962 11 3)

MDHS 39/4 (revised 1995) "Asbestos Fibres in Air: Light Microscope Methods for use with the Control of Asbestos at Work Regulations: Methods for the Determination of Hazardous Substances MDHS 39/4 . Health and Safety Executive, Bootle, Merseyside, L20 3OZ. (ISBN 1 7176 0356 3).

MDHS 77 (1994). "Asbestos in Bulk Materials, Sampling and Identification by Polarised Light Microscopy (PLM)". Methods for the Determination of Hazardous Substances. MDHS 77. HMSO, London.

Meldrum, M. "Review of fibre toxicology" HSE Books, 1996, ISBN 0 7176 1205 8.

NSA. 'Joint comments of the National Stone Association, the American Mining Congress and the National Aggregates Association on the American Thoracic Society's final report on health effects of tremolite., submitted to OSHA hearings. December 1990.

OSHA, 36 CFR 23207, December 7th, 1971.

OSHA, 29 CFR, 1910.93a (later renumbered as 1910:1001 37 FR 11318 June 7th, 1972)

OSHA 29 CFR Pts. 1910 and 1926, 'Occupational exposure to asbestos, tremolite, anthophyllite and actinolite; Final Rule', June 8th, 1992. (vol 57, No. 110 24310-24311)

OSHA 59FR 40964, Aug. 10th 1994, 'Preamble and Final rules for asbestos exposure in general industry and costruction (revised and shipyard employment (new)'.

Morgan, W.K.C. "On talc, tremolite and tergiversation" Br. J. Ind. Med., 47. 505-507, 1990.

Peto, J., Hodgson, J.T., Mathews, F.E. and Jones, J.R., "Continuing increase in mesothelioma mortality in Britain." The Lancet, 345, March 4, 1995, 535 - 539.

Pott, F. and Friedrichs, K.H. Tumoren de ratte nach i.p. - injektion faserformiger staube. Naturvwissenschaften, 59, 318. 1971.

Pott. F. 'Fibre carcinogenicity in laboratory animals'. in *Fibre Toxicology* Ed. Warheit, D.B. Academic presss Inc. 395 - 424, 1993.

Rohl, A.N., Langer, A,.M. and Selikoff, I.J., 'Environmental Asbestos Pollution Related to Use of Quarried Serpentine Rock', Science, Vol. 196, No. 4296, pages 1319-1322, 1977.

Rickards, A.L. "Levels of workplace exposure", Ann. Occup. Hyg. 38, 4, 469 - 476, 1995.

Ross, M. ' The Asbestos Minerals: Definitions, Description, Modes of Formation, Physical and Chemical Properties, and Health Risk to the Mining Community'. In Workshop on Asbestos: Definitions and Measurement Methods (ed. C.C. Gravatt, P.D. LaFleur & K. Heinrich), National Burreau of Standard Special Publication 506, US Govt. Printing Office, Washington DC. 49-64, 1978.

Rowlands-N; Gibbs-GW; McDonald-AD, 'Asbestos Fibres In The Lungs of Chrysotile Miners And Millers - A Preliminary Report ' Annals of Occupational Hygiene, Vol. 26, No. 1-4, pages 411-415, 1982.

Spurny, K.R. 'Physical and chemical characterisation of individual airborne particles'. Ellis Horwood series in analytical chemistry. John Wiley and Sons. ISBN 0-85312-793-X. 1986.

Smith-WE., 'Experimental Studies on Biological Effects of Tremolite Talc on Hamsters'. Information Circular 8639, Bureau of Mines (Proceedings of the Symposium on Talc, Washington, D.C., A. Goodwin, Ed.), U.S. Department of the Interior, pages 43-48, 1973.

Smith-WE; Hubert-DD; Sobel-HJ; Marquet-E. 'Biologic Test of Tremolite in Hamsters'. in: Dusts and Disease, Proceedings of the Conference on Occupational Exposures to Fibrous and Particulate Dust and their Extension into the Environment, Sponsored by the Society for Occupational and Environmental Health and U.S. Mine Safety and Health Administration; R. . Lemen, and J. M. Dement, editors, Park Forest South, . Illinois, Pathofox Publisher, Inc., pages 335-339, 4 . 1979.

Stanton, M.F. and Wrench, C. "Mechanisms of mesothelioma induction with asbestos and fibre glass." J.Natl. Cancer Inst. , 48, 797-821. 1972.

Stanton, M.F., Layard, M., Tegeris, A., Miller, E., May, M., Morgan, E. & Smith, A. 'Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestos and Other Fibrous Minerals'. *J. Natl. Cancer Inst.* 67: 965-975. 1981.

Stayner-LT; Dankovic-D; Lemen-RA., 'Occupational Exposure to Chrysotile Asbestos and Cancer Risk: A Review of the Amphibole Hypothesis'. American Journal of Public Health, Vol. 86, No. 2, pages 179-186, 1996.

The Asbestos (Prohibitions) Regulations 1992 SI 3067, ISBN 0 11 025740 5, HMSO, 1992

Wagner-JC; Chamberlain-M; Brown-RC; Berry-G; Pooley-FD; Davies-R; Griffiths-DM .'Biological Effects of Tremolite' British Journal of Cancer, Vol. 45, No. 3, pages 352-360, 1982.

Walton, W.H. "The Nature, Hazards and Assessment of Occupational Exposure to Airborne Asbestos Dust - A Review". Ann. Occup. Hyg. 25 (2),117-247, 1982.

Whittaker, E.J.W. "Mineralogy, chemistry and crystallography of amphibole asbestos". In Short course in mineralogical techniques of asbestos determination. ed. R.L. Ledoux, Mineralogical Association of Canada. 4, 1-44, 1979.

World Health Organisation, Determination of airborne fibre number concentrations, A recommended methd by phase contrast optical microscopy (membrane filter method), ISBN 92 4 154496 WHO, Geneva.

Wylie, A.G. Optical properties of the fibrous amphiboles", Ann. N.Y. Acad. Sci., 330, 611-619, 1979

Wylie, A.G. & Schweitzer, P. (1982) The Effects of Sample Preparation and Measuring Techniques on the Shape and Shape Characterization of Mineral Particles. The Case of Wollastonite. *Envir. Res.* 27: 52-73.

Wylie, A.G. (1984) Membrane Filter Method for Estimating Asbestos Fiber Exposure. In Definitions for Asbestos and Other Health-related Silicates, ASTM STP 834 (ed. B. Levadie), American Society for Testing Materials, Philadelphia.

Wylie, A.G., Virta, R.L. & Russek, E. (1985) Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method. *Amer. Ind. Hyg. Assoc. J.*, **46**: 197-201.

Wylie, A.G. Relationship between growth habit of asbestos and the dimensions of asbestos fibers. Mining Engineer, 1036-1039, 1988.

Wylie-AG., 'Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology'. Proceedings of the VIIth International Pneumoconioses Conference, Part II. Pittsburgh, Pennsylvania, August 23-26, 1988. NIOSH, U.S. Department of Health and Human Services, DHHS (NIOSH) Publication No. 90-108 Part II, pages 1065-1069, 1990.

Wylie-AG; Bailey-KF., 'The Mineralogy and Size of Airborne Chrysotile and Rock Fragments: Ramifications of Using the NIOSH 7400 Method'. American Industrial Hygiene Association Journal, Vol. 53, No. 7, pages 442-447, 1992.

Wylie, A.G., Bailey, K.F., Kelse, J.W. & Lee, R.J. (1993) The Importance of Width and Asbestos Fiber Carcinogenicity and its Implications for Public Policy. *Amer. Ind. Hyg. Assoc. J.*, **54**: 239-252, 1993.

Wylie, A.G. "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology" Proc. VII Pneumoconiosis Conf. (Pittsburg, Pennsylvania, USA: 23-26 August 1988). DHHS (NIOSH) Publication No. 90-108, part II. November 1990, 1065-1069.

Yazicioglu-S; Ilcayto-R; Balci-K; Sayli-BS; Yorulmaz-B. 'Pleural Calification, Pleural Mesotheliomas, and Bronchial Cancers Caused by Tremolite Dust' Thorax, Vol. 35, No. 8, pages 564-569, 1980.

Yu, C.P., Oberdorster, G. Mast, R.W., Glass, L.R, and Utell, M.J. Deposition and clearance modelling of inhaled kaolin refractory ceramic fibres (RCF) in hamsters: comparison between species. Inhal Tocicol., 7, 165-177, 1995.