# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 4, 2003 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF JUNE 1, 2003 THROUGH
JUNE 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#936606 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Neitzel, Charlotte | Partner | $ 300.00 | 1.8 | $ 540.00 |
| | | | | |
| Total | | | 1.80 | 540.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ 2.00 |
| Long Distance Telephone | $ 1.10 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Federal Express | $ 29.48 |
| Outside Reproduction | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 229.38** |

Holme Roberts & Owen LLP

July 31, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 639049 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/10/03 | TME | Prep, scan, QC, export and import reports (libby172) (N/C). | 0.00 | $ 0.00 |
| 06/12/03 | CLN | Review of ATSDR Health Assessment. | 1.80 | 540.00 |
| 06/25/03 | TME | Prep, scan, QC, export and import media documents (libby173) (N/C). | 0.00 | 0.00 |
| | | **Total Fees Through June 30, 2003:** | **1.80** | **$ 540.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 300.00 | 1.80 | $ 540.00 |
| TME | Theresa M Enriquez | Other | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **1.80** | **$ 540.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; Richard Senftleben Boca Raton, Fl | $ 14.74 |
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; Dori Anne Kuchinsky Leesburg, Va | 14.74 |

Holme Roberts & Owen LLP

July 31, 2003

| | |
|---|---|
| W.R. Grace | Page 10 |
| | Invoice No.: 639049 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/31/03 | | Other Expense: VENDOR: Iron Mountain CA115; INVOICE#: G381496; DATE: 5/31/2003 - Document Storage - June 2003 | 196.80 |
| 06/06/03 | 2 | Facsimile | 2.00 |
| 06/20/03 | | Long Distance Telephone: 4105314751, 11 Mins., TranTime:13:43 | 1.10 |
| | | **Total Disbursements:** | **$ 229.38** |

### Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 2.00 |
| Long Distance Telephone | | 1.10 |
| Federal Express | | 29.48 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **229.38** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 1,095.20* |
| 613444 | 11/21/02 | Bill | 5,562.89 |
| | 01/20/03 | Cash Receipt | -4,708.39 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth W. | Partner | $ 350.00 | 6.6 | $ 2,310.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 41.3 | $ 4,543.00 |
| | | | | |
| Total | | | **47.90** | **$ 6,853.00** |

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 3.60 |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Federal Express | $ 68.85 |
| Other Meal Expenses | $ 43.56 |
| Lexis | $ 580.38 |
| Westlaw | $ - |
| Outside Reproduction | $ - |
| Other Expenses | $ 10.36 |
| Tab Stock | $ - |
| Color Copies | $ - |
| **Total** | **$ 706.75** |

Holme Roberts & Owen LLP

July 31, 2003

| | |
|---|---|
| W.R. Grace | Page 15 |
| | Invoice No.: 639049 |
| | Client No.: 04339 |
| | Matter No.: 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/03 | KWL | Review work plan for flyways and bluffs properties (2.00); telephone conference with B. Emmett re same (.30). | 2.30 | $ 805.00 |
| 06/05/03 | KWL | Review work plan for flyways and bluffs properties (2.00); telephone conference with B. Emmett re same (.30). | 2.30 | 805.00 |
| 06/13/03 | NKA | Review Cost Recovery trial transcript for all substantive errors. | 2.50 | 275.00 |
| 06/16/03 | NKA | Review Cost Recovery trial transcript and make note of substantive errors as requested by KJCoggon (5.40). | 5.40 | 594.00 |
| 06/17/03 | NKA | Review Cost Recovery trial transcript and make note of substantive errors as requested by KJCoggon (6.90). | 6.90 | 759.00 |
| 06/18/03 | NKA | Continue to review final Cost Recovery trial transcript for substantive errors in testimony per KJCoggon request (2.30). | 2.30 | 253.00 |
| 06/20/03 | NKA | Continue to review final Cost Recovery trial transcript for substantive errors in testimony per KJC request (3.50). | 3.50 | 385.00 |
| 06/23/03 | NKA | Complete review of final Cost Recovery trial transcript for substantive errors (2.20); prepare memorandum of issues to KJC re same (4.20). | 6.40 | 704.00 |
| 06/24/03 | NKA | Continue to prepare memo re substantive errors in final Cost Recovery trial transcript per KJC request. | 6.40 | 704.00 |
| 06/25/03 | NKA | Continue to prepare and finalize memorandum re substantive errors in final Cost Recovery trial transcript, and transmit same to KJCoggon for review (6.70). | 6.70 | 737.00 |
| 06/26/03 | NKA | Make final edits and revisions to chart re substantive errors in final Cost Recovery trial transcript. | 1.20 | 132.00 |

Holme Roberts & Owen LLP

July 31, 2003

| | |
|---|---|
| W.R. Grace | Page 16 |
| | Invoice No.: 639049 |
| | Client No.: 04339 |
| | Matter No.: 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/30/03 | KWL | Telephone conference with M. Cohn re Model Consent Decree (.40); review draft Model Consent decree in preparation for telephone call with client (1.60). | 2.00 | 700.00 |
| | | **Total Fees Through June 30, 2003:** | **47.90** | **$ 6,853.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 6.60 | $ 2,310.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 41.30 | 4,543.00 |
| | | **Total Fees:** | | **47.90** | **$ 6,853.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/03/03 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 47414; DATE: 5/3/2003 - Denver, Catering for April, 2003, Lunch 4/18/03, K. Coggon | $ 43.56 |
| 05/12/03 | | Long Distance Telephone: 4105314203, 13 Mins., TranTime:14:29 | 1.30 |
| 05/16/03 | 1 | Lexis | 580.38 |
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-21; Robert Emmett Columbia, Md | 9.89 |
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; William Corcoran Columbia, Md | 14.74 |

Holme Roberts & Owen LLP

July 31, 2003

W.R. Grace

Page                17
Invoice No.:   639049
Client  No.:   04339
Matter  No.:   00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; Robert Emmett Columbia, Md | 14.74 |
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; Richard Finke Boca Raton, Fl | 14.74 |
| 05/30/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-724-88249; DATE: 5/30/2003 - Courier, Acct. 0802-0410-8. 05-27; Jay Hughes Boca Raton, Fl | 14.74 |
| 06/04/03 | | Long Distance Telephone: 4105314751, 24 Mins., TranTime:9:7 | 2.30 |
| 06/08/03 | | Other Expense: VENDOR: Wells Fargo Remittance Center; INVOICE#: 06/08/03; DATE: 6/8/2003 - Adobe PDF Online charge, used to create more accurate hyperlink for closing argument brief. | 10.36 |

**Total Disbursements:**   $   706.75

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 3.60 |
| Federal Express | | 68.85 |
| Lexis | | 580.38 |
| Other Meal Expense | | 43.56 |
| Other Expense | | 10.36 |
| **Total Disbursements:** | $ | **706.75** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 612,312.75 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 2.3 | $ 632.50 |
| Haag, Susan | Paralegal | $ 105.00 | 2.4 | $ 252.00 |
| | | | | |
| Total | | | 4.70 | $ 884.50 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 4.95 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 14.74 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | 2,191.30 |
| **Total** | **$** | **2,210.99** |

Holme Roberts & Owen LLP

July 31, 2003

| | |
|---|---|
| W.R. Grace | Page 29 |
| | Invoice No.: 639049 |
| | Client No.: 04339 |
| | Matter No.: 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/03 | EKF | Review and revise May 2003 prebills/invoices (.80). | 0.80 | $ 220.00 |
| 06/12/03 | EKF | Draft e-mail to KJCoggon re response to fee auditor's report (.20). | 0.20 | 55.00 |
| 06/13/03 | EKF | Draft response to eighth interim fee auditor report. | 1.00 | 275.00 |
| 06/16/03 | EKF | Review and finalize fee application for May 2003 (.30). | 0.30 | 82.50 |
| 06/16/03 | SH | Set up May fee application charts (.40); calculate May charts and fee application summary (1.30). | 1.70 | 178.50 |
| 06/17/03 | SH | Draft cover letter to N. Sessa with May fee application (.30); compile May fee application (.40). | 0.70 | 73.50 |
| | | **Total Fees Through June 30, 2003:** | **4.70** | **$ 884.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 2.30 | $ 632.50 |
| SH | Susan Haag | Paralegal | 105.00 | 2.40 | 252.00 |
| | | | **Total Fees:** | **4.70** | **$ 884.50** |

Holme Roberts & Owen LLP

July 31, 2003

W.R. Grace

Page 30
Invoice No.: 639049
Client No.: 04339
Matter No.: 00390

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 05/22/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 251650; DATE: 5/22/2003 - Denver, Professional Services through April 30, 2003 | $ 487.00 |
| 06/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-725-27211; DATE: 6/6/2003 - Courier, Acct. 0802-0410-8. 05-28; Nichole Sessa Wilmington, De | 14.74 |
| 06/11/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 252200; DATE: 6/11/2003 - Denver, Professional Service through May 31, 2003 | 1,704.30 |
| 06/13/03 | 5 | Photocopy | 0.75 |
| 06/17/03 | 28 | Photocopy | 4.20 |
| | | **Total Disbursements:** | **$ 2,210.99** |

### Disbursement Summary

| | | |
|---|---:|---:|
| Consulting Fee | $ | 2,191.30 |
| Photocopy | | 4.95 |
| Federal Express | | 14.74 |
| **Total Disbursements:** | **$** | **2,210.99** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |