# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 54.1 | $21,640.00 |
| Robert Tuchman | Partner | Litigation | $375.00 | 4.8 | $1,800.00 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 61.1 | $21,385.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 109.9 | $32,970.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 3.9 | $1,170.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 14.9 | $4,097.50 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 101.5 | $27,912.50 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 110.4 | $30,912.00 |
| Ariela St. Pierre | Associate | Litigation | $285.00 | 31.2 | $8,892.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 0.2 | $48.00 |
| Matthew Ochs | Associate | Litigation | $180.00 | 28.1 | $5,058.00 |
| Allison Crist | Associate | Corporate | $175.00 | 9.8 | $1,715.00 |
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 51.0 | $6,375.00 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 105.4 | $11,594.00 |
| Loraine C. Street | Paralegal | Environmental | $85.00 | 18.0 | $1,530.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 23.4 | $2,457.00 |
| Ann Carroll | Paralegal | Environmental | $125.00 | 67.7 | $8,462.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $90.00 | 37.1 | $3,339.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 73.0 | $8,030.00 |
| William Payne | Info. Spec. | Environmental | $85.00 | 36.3 | $3,085.50 |
| **TOTAL** | | | | 941.8 | $202,473.00 |