# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $156.00 |
| Photocopies | $1,567.65 |
| Facsimiles | $50.00 |
| Long Distance Telephone | $15.65 |
| Outside Courier | $300.00 |
| Travel Expense | $1,992.45 |
| Lexis | $12,834.68 |
| Westlaw | $429.58 |
| Outside Reproduction | $51.90 |
| Meal Expenses | $146.10 |
| Tab Stock | $0.00 |
| Overtime | $0.00 |
| Other Expenses | $604.56 |
| Velo Binding | $9.00 |
| Federal Express | $721.29 |
| Color Copies | $0.00 |
| Postage | $0.00 |
| Professional Billable Services | $4,752.36 |
| Supplies | $0.00 |
| Research Services | $0.00 |
| **TOTALS** | **$23,631.22** |