Representative cases holding that property contamination is established by proving the release of asbestos fibers or other toxic substances.

City of Greenville v. W.R. Grace & Co., 827 F.2d 975 (4th Cir. 1987) (asbestos).

American Alliance Ins. Co. v. Jencraft Corp., 21 F. Supp. 2d 485 (D.N.J. 1998) (lead).

City of Manchester v. National Gypsum Co., 637 F. Supp. 646 (D.R.I. 1986) (asbestos).

Lac D'Amiante du Quebec, Ltee. v. American Home Assurance Co., 613 F. Supp. 1549 (D.N.J. 1985) (asbestos).

Town of Hooksett Sch. Dist. v. W.R. Grace & Co., 617 F. Supp. 126 (D.N.H. 1984) (asbestos).

In re Celotex Corp., 196 B.R. 973 (Bankr. M.D. Fla. 1996) (asbestos).

Transwestern Pipeline Co. v. Monsanto Co., 53 Cal. Rptr. 2d 887 (Cal. Ct. App. 1996) (PCB).

U.S. Gypsum Co. v. Admiral Ins. Co., 643 N.E.2d 1226 (Ill. 1994) (asbestos).

Board of Educ. of City of Chicago v. A, C & S, Inc., 546 N.E.2d 580 (Ill. 1989) (asbestos).

80 S. Eighth St. Ltd. P'ship v. Cary-Canada, Inc., 486 N.W.2d 393 (Minn. 1992) (asbestos).

Commonwealth v. United States Mineral Prods. Co., 809 A.2d 1000 (Pa. Commw. Ct. 2002) (PCB).

Northridge Co. v. W.R. Grace & Co., 471 N.W.2d 179 (Wis. 1991) (asbestos).