Edward Ilgren, M.D.    -    May 22, 2003

Page 1

```
 1
 2              IN THE UNITED STATES BANKRUPTCY COURT
 3                 FOR THE DISTRICT OF DELAWARE
 4                          -  -  -
 5    In re:                      :   Chapter 11
                                  :
 6                                :
      W.R. GRACE & CO., et al.,   :   Case No.
 7                                :   01-01139(JKF)
              Debtors.           :   (Jointly Administered)
 8                          -  -  -
 9                  Philadelphia, Pennsylvania
                    Thursday, May 22, 2003
10
11                          -  -  -
12            Deposition of EDWARD B. ILGREN, M.D.,
13    D.Phil., held at ReedSmith LLP, 2500 One Liberty
14    Place, on the above date, beginning at approximately
15    9:30 a.m., before Kimberly A. Overwise, a Registered
16    Professional Reporter, Certified Shorthand Reporter,
17    and Notary Public.
18                          -  -  -
19
20                                                COPY
21
22
23
24
25
```

1            Edward B. Ilgren, M.D., D.Phil.

2    some in litigation, some outside of litigation.  I

3    think the MSG manufacturers in the United States had

4    some claims that it was toxic and there was a guy in

5    Chicago saying that MSG could burn holes in baby

6    brains and so I got involved in that.

7         Q    Let me ask you with regard to the work you

8    did with regard to Libby and the health effects of

9    tremolite, do you recall what your total

10   compensation for that work was?

11        A    It's somewhere between a hundred thousand

12   and two hundred thousand dollars for that time

13   period.

14        Q    At some point, it appears from your CV and

15   other research that you conducted some research on

16   the threshold for mesothelioma.  Again, what was the

17   impetus for the start of that research project?

18        A    Well, I had a general interest from the

19   cancer toxicology point of view which -- and you may

20   have seen the title of that first book, Initiation

21   Promotion.  Within the framework of Initiation

22   Promotion is the idea of whether there are

23   thresholds for cancers or no thresholds for cancers.

24   And by definition an initiator is a carcinogen

25   applied in a subthreshold dose.  So my leaning was

Edward Ilgren, M.D.    -    May 22, 2003

1            Edward B. Ilgren, M.D., D.Phil.

2    of hemorrhagic fusion.  So I was asking him because

3    he was involved with that what did he know about it

4    and was there anything else the workers were using.

5    And he followed it up and then he might have said

6    something else about in addition to that cleavage

7    fragments.  I don't remember exactly what it was.

8    And with Bruce Case, the same sort of situation.  So

9    I think the three or four of the guys I had talked

10   with had made some comments.  So I don't recall

11   exactly what they said, but I recall specifically

12   that it came up because it was just an issue.  And I

13   guess at that time OSHA was also being asked to

14   reconsider whether or not they should rescind the

15   regulation of nonasbestiform amphiboles, the ATAs.

16        Q    Did Grace ever ask you in the 1990-91 time

17   frame ever specifically ask you to render any sort

18   of opinion with regard to the comparison between

19   health effects of nonasbestiform versus

20   nonasbestiform tremolite?

21        A    Nothing, no.  It wasn't an issue that ever

22   appeared on the radar screen at all.

23        Q    Let's go back.  I want to ask you a little

24   bit more about your research on the threshold for

25   mesothelioma.  And you pointed out some of your

1            Edward B. Ilgren, M.D., D.Phil.

2  crushed, but as a general statement I would say that

3  was true.  If you took, for example, that massive

4  rock and you chucked it up, churned it up, crushed

5  it up, and put it up in a dust cloud and did some

6  prefiltering through an elutriator so you size

7  select it, obviously you're doing a secondary

8  selection.  But if you just generally crush it up

9  and crush it up and put it in a dust cloud, that

10  would be the case.

11       Q    Have you done any independent microscopic

12  research aimed at distinguishing between cleavage

13  fragments and asbestos fibers?

14       A    To actually look at samples myself, no.

15       Q    So it's fair to say --

16       A    I've seen the pictures.  I've seen the

17  pictures that have been taken, but I've never said,

18  all right, here's a sample that says it's not

19  asbestiform and here's a sample that says it is

20  asbestiform and I've prepared it and looked at it on

21  the grid.  I've never done that.  I've seen the

22  product of that in papers and electromicroscopic

23  photographs that have been given to me.

24       Q    So you've never done that with regard to

25  any vermiculite material whatsoever?

1             Edward B. Ilgren, M.D., D.Phil.

2      A    No.

3      Q    So it goes without saying you've never

4  done that specifically for the Libby vermiculite?

5      A    That's right.

6      Q    So the only exposure that you have in

7  terms of microscopic analysis would just be viewing

8  pictures that were taken in that process for Libby

9  vermiculite?

10     A    Pretty well, yes.

11     Q    Do you have any training in reviewing the

12  pictures in distinguishing between a cleavage

13  fragment and asbestos fiber?

14     A    Well, in discussions with Eric Chatfield

15  or Ann Wylie or Mac Ross, I mean, I've taken

16  pictures to various experts and said, well, tell me

17  about that.  We're into what constitutes training,

18  but these are world authorities.  And I'd say, well,

19  show me a splayed end, show me a longitudinal

20  fibrillation, show me a defect, you know, this sort

21  of thing.  I mean, that's the limits of my learning

22  in that.

23     Q    Your report assumes obviously that the

24  Libby vermiculite contains cleavage fragments.  I

25  don't think unless I overlooked it it talks about