```
 1              UNITED STATES BANKRUPTCY COURT
 2                  DISTRICT OF DELAWARE
 3
 4       _____
                          )
 5       In re:           )
                          ) NO. 01-01139 (JKF)
 6       W.R. GRACE & CO., et al., )
                          )
 7              Debtor.   )
                          )
 8       _____)
 9
10
11
12
13
14
15       DEPOSITION OF:  WILLIAM G. HUGHSON, M.D.
16          Taken on:    Friday, June 6, 2003
17          Taken at:    3777 La Jolla Village Drive
                         San Diego, California  92122
18
            Reported by: Veronica S. Thompson
19                       CSR No. 6056, RPR, CRR
20
21
22
23
24
25
```

COPY

1   three negatives?  There are two in the questions and one
2   in the answer.
3           THE WITNESS:  To clarify it, I have no
4   independent reason or no objective data to conclude that
5   the dust, the asbestos dust that might be liberated by
6   disturbing ZAI would be nonrespirable.  Okay.  I
7   would -- I would expect that at least some of it would
8   be respirable based on the information I have.
9   BY MR. WARD:
10      Q    Okay.  In your report you state that there's
11  no peer-reviewed study linking exposure to ZAI to
12  disease.  Would you agree with me that the asbestos
13  content of ZAI is something that has only recently been
14  brought to the public's attention?
15          MR. FLATLEY:  Object to the form.
16          THE WITNESS:  I think that that's probably --
17  you know, by recently, I mean, my understanding is that
18  the EPA first went into Libby in 1999 -- so that's about
19  14 years ago.  No.  Excuse me.  It's about four years
20  ago -- and that the sort of downstream concern about
21  attic insulation probably followed that.  So, yeah, it
22  is a reasonably recent event.
23  BY MR. WARD:
24      Q    When were you first made aware of the issue of
25  whether or not Zonolite Attic Insulation contained

1   asbestos?

2       A   Well, I don't know if I can answer that. I've
3   certainly been aware for a long time that vermiculite
4   was used for that purpose, and I don't know whether I
5   ever worried about it very much, but I always kind of
6   assumed that there would be some level of tremolite in
7   that material. But when did it really percolate to the
8   top of my attention? Probably around the time of the
9   Barbanti trial because that was -- you know, it was a
10  full-blown issue by that point.

11      Q   Do you know whether or not Grace was ever able
12  to produce a bag of Zonolite attic insulation that
13  didn't contain some amount of tremolite?

14      A   No.

15      Q   I'm sorry?

16      A   No, I'm not aware that they ever did or they
17  ever even tried. I would expect with this kind of
18  processing that at some point you just get to, you know,
19  diminishing returns where you could reprocess it forever
20  and eventually get down to a negligible change, but I
21  don't know what Grace did or didn't do with regard to --
22  to getting tremolite out of Zonolite. I just don't
23  know.

24      Q   How would you propose -- if you set about to
25  do it, how would you propose to set up an

1          You can also have what are called cleavage
2    fragments, which I believe are -- may be derived
3    originally from fibers but are created because of
4    fracturing or breaking up of the tremolite fibers
5    presumably at least during the extraction of the ore or
6    the processing of the ore.
7          If there are other reasons -- if there are
8    other causes of cleavage fragments, I can't think of
9    them right now, but in the end point you have something
10   which is different from a mineralogic point of view than
11   in the original fiber.  And it's Dr. Ilgren's opinion
12   from my understanding that those cleavage fragments
13   behave differently because they don't bio-persist and
14   perhaps because of other factors.  And I haven't labored
15   over the fact of Dr. Ilgren's opinion because that's his
16   area and not mine.
17         I can't tell you of a million tremolite fibers
18   in Zonolite what percentage of them are going to be
19   cleavage fragments versus fibers.  You just don't know.
20      Q   Let me hand you, Doctor, what -- this is a
21   copy of your -- the deposition that you gave in the
22   Barbanti case.  I just want to go through a few items
23   with you here.
24          Let me -- did I hand --
25          MR. FLATLEY:  I have the highlighting.

Page 169

1          MR. WARD:  Can I have my copy back?  I'm not
2   going to make it quite that easy, but I will give you
3   page numbers.
4          MR. FLATLEY:  I thought maybe I could take
5   over and ask questions for a while.
6   BY MR. WARD:
7      Q    Doctor, if I could refer you to page 22.
8      A    Okay.
9      Q    And the first full question -- I'll just read
10  it to you -- it says "Doctor, maybe we can save some
11  time.  You don't expect to testify, I take it then, that
12  the tremolite and the vermiculite at Libby, Montana, and
13  in attic insulation is predominantly cleavage
14  fragments?"
15          Your answer was "No, I don't."
16          And my question is, has your opinion on this
17  issue, to the extent you have one, changed from the time
18  you testified in the Barbanti case until today?
19      A    No.  I don't have any more information now
20  than I had then.
21      Q    And I believe you testified earlier in your
22  deposition that you've never conducted any microscopic
23  research to differentiate between asbestiform fiber
24  versus non-asbestiform cleavage fragments?
25      A    Correct.

1  Q  Have you ever had occasion to look at Libby
2  tremolite under the microscope?
3  A  No, other than in pictures that I've seen.
4  Q  Just so I'm clear, you don't dispute that
5  there is some asbestiform tremolite in the Libby
6  vermiculite. And I recognize that you aren't prepared
7  to testify about percentages. You don't disagree there
8  is some fibrous tremolite in the Libby vermiculite?
9  A  No, I don't. And in light of the Wright
10  article, it would be hard for me to argue about that.
11  Q  Do you have any opinions as to the health
12  effects from exposure to cleavage fragments?
13  A  I've testified about this before. I think
14  that I'm mostly interested in particles that are long,
15  respirable, and durable. And I think that if a fiber
16  fits those criteria and there's sufficient exposure,
17  then at least in my mind there's a potential for
18  disease.
19      It's my understanding that -- I mean, I have
20  looked at some of the articles that have been -- and I'm
21  blocking on it now. I think Morgan, Keith Morgan
22  published a bit on this and pointed out that, you know,
23  there's really an absence of data indicating that
24  cleavage fragments cause disease. And I believe
25  Dr. Ilgren spent a day or so possibly with you

1    Q    Right.

2    A    The issue is, are there cases where women have
3    been described as getting mesothelioma from cleaning
4    their husbands clothes?  Yes.  Once the stuff gets in
5    the home, you know, this is talked about.

6         So I think the concept back 10 years ago, was
7    this being discussed as a mechanism of exposure?
8    Answer:  Yes.

9    Q    Let's get back to my example of ZAI spilled in
10   the living space of a home.  Is it your opinion that,
11   for example, if the homeowner swept it up without using
12   any sort of wet method, is it your opinion that whatever
13   dust is left in the living space that's on the floor,
14   there's no potential for that dust to be re-entrained by
15   subsequent sweeping or vacuuming?

16   A    No, I wouldn't say no potential, but I'd say
17   quite limited potential.  It's obviously a function of
18   how good you are at cleaning things up.  I mean, if
19   you're sloppy and leave a lot of the residue there, then
20   for some time it could be disturbed again.  There could
21   be walking on it.

22        I mean, if you're talking about a real world
23   scenario where it's in the middle of the living room rug
24   and you have any kind of concern about the appearance of
25   your house, you're probably going to clean it up, and I

1  think the re-entrainment is going to be a limited -- of
2  limited potential.
3      And we know this to be true because of the air
4  sampling that's been done in homes that contain this
5  stuff.  I mean, that -- the Lees article, I mean, they
6  went through all kinds of exercises: opening the attic,
7  closing the attic, going up in the attic and down in the
8  attic, and then looking at the levels of asbestos
9  throughout the home and the living spaces adjacent to
10 where the work was being done.  There was no increased
11 level of asbestos.
12   Q   Dr. Hughson, do you not think it would be
13 important for purposes of the opinions that you're
14 giving in this case to look at the same types of
15 simulation tests done by the claimants' experts?
16   A   I don't mind looking at them.  I haven't
17 looked at them or been provided with them today.
18 Whether I will subsequently be given them, I don't know.
19 I would expect, you know, at trial that I would be
20 talking about, from a pulmonary and occupational
21 medicine point of view, an epidemiologic point of view,
22 about exposure levels and subsequent risks.
23      You know, I may be asked to make assumptions
24 about the levels of exposure on direct, and you may, at
25 cross examination, want to give me some different