UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W.R. GRACE & CO., ET AL,

        Debtors.
- - - - - - - - - - - - - - - -/
                            Case No: 01-1139JKF

COPY

| | |
|---|---|
| DEPOSITION OF: | STEVEN P. MLYNAREK, Ph.D., CIH |
| TAKEN: | Pursuant to Notice by Counsel for Claimants |
| PLACE: | Johnson, Blakeley, Pope, Ruppel & Burns<br>100 N. Tampa Street, Suite 1800<br>Tampa, Florida |
| DATE: | June 19, 2003 |
| TIME: | Began: 9:05 a.m.<br>Ended: 1:30 p.m. |
| REPORTED BY: | HELEN BENNETT, Ph.D.<br>Registered Professional Reporter<br>Notary Public - State of Florida at Large |

A. WILLIAM ROBERTS, JR., & ASSOCIATES

accumulate settled asbestos dust on the surfaces over time?

A    My expectation would be that dust would accumulate on the boxes in the same proportion as to contents of the dust, as to what is in the attic.

Q    Would you agree with me that a homeowner who removed a box that had been stored in an attic that contains ZAI and on which asbestos dust had settled, if a homeowner removed that dust and brought it into the living space of the home without wiping it off in the attic, that could potentially bring asbestos dust into the living space?

A    Yes.

Q    I don't want to get into all the specifics of your Ph.D. thesis, but is there the potential for reentrainment of dust brought into the home from the attic?

A    There is always that potential.

Q    Do you agree with me that asbestos dust could accumulate on the clothing of a homeowner or a contractor working in an attic, disturbing ZAI?

A    Yes.

Q    Would you also agree with me that those asbestos fibers could be brought into the living space of a home via the worker's or the homeowner's

1  Q   As part of your background and education,
2  do you have any understanding of the size
3  characteristics of respirable asbestos fibers?
4  A   I have some understanding.
5  Q   Can you give me just a general sense of
6  your understanding?
7  A   Okay. Respirable fiber -- Respirable
8  particles, in general, are considered to be those
9  particles less than 10 micrometers in diameter, by
10 some definitions. There is -- there are many who
11 believe that 10 is way too big and that really less
12 than 2 or less than point 2 micrometers in diameter
13 is truly the respirable size.
14        With a fiber, it can be 5 micrometers
15 long or 20 micrometers long, but it will tend to
16 behave in the air more along the size of its
17 diameter. So if its diameter is 2 micrometers, it
18 may be respirable.
19 Q   Do you have any understanding, from your
20 review of the data generated from this study,
21 whether any of the asbestos fibers in the dust were
22 of the respirable size fibers that you have just
23 described?
24 A   Did -- they don't -- the analysis doesn't
25 break it out by respirable or not. The assumption

1    is that they are respirable.

2    Q    You touched on an issue that is involved

3    in this case, and that is the differentiating

4    between asbestiform versus non-asbestiform particles

5    in this dust.  Did you play any role in making that

6    differentiation?

7    A    No.

8    Q    What is your basis for the assumption that

9    is stated in this report that some of the fibers

10   found in the dust are non-asbestiform?

11   A    Because that was the status assigned to

12   the fibers in the analysis reports.

13   Q    Assigned by the RJ Lee Group?

14   A    Right.

15   Q    So the basis of that assumption is just

16   what the RJ Lee Group concluded in analyzing the

17   data?

18   A    Correct.

19   Q    You don't have any other independent basis

20   for that assumption?

21   A    No, no.

22   Q    In your background or education, have you

23   ever had any experience or dealings with the issue

24   of cleavage fragments?  Is that something you have

25   ever studied?