1       IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                    DISTRICT OF DELAWARE
2
                           - - - -
3
4    IN RE:
5
     W.R. GRACE, et al.,                    Chapter 11
6                                           01-01139 (JKF)
7            Debtors.
8
9
                           - - - -
10
            DEPOSITION OF:   PETER S.J. LEES, Ph.D., CIH
11
                           - - - -
12
13
14          DATE:      June 20, 2003
                       Friday, 8:55 a.m.
15
16
17          LOCATION:  REED SMITH, LLP
                       435 Sixth Avenue
18                     Pittsburgh, PA   15219
                       412-288-3131
19
20
21          TAKEN BY:  Claimants
22
23
            REPORTED BY:  G. Donavich, RPR, CRR
24                        Notary Public
                          AKF Reference No. gd76032
25

1   Q.   Okay.  In 1986, were you aware that ZAI was
2        contaminated with asbestos, or had you even
3        heard of ZAI in 1986?
4   A.   No.  I don't believe I had.
5             Certainly I knew about vermiculite at
6        that time.  Whether I knew about its use as an
7        attic insulation at the time, I don't think so.
8   Q.   Do you have any training in microscopy?
9   A.   Rudimentary.
10  Q.   So you wouldn't consider yourself an expert?
11  A.   Not at all.
12  Q.   Do you have any training in asbestos fiber
13       counting?
14  A.   Again, rudimentary, but no way would I consider
15       myself an expert.
16  Q.   Okay.  Those aspects of your report that
17       required training in microscopy and asbestos
18       fiber county, do you rely on Dr. Lee and his
19       staff to do that?
20  A.   That's correct.  That's correct.
21  Q.   Let's talk for a second about your expert
22       witness experience.
23            What percentage of your time, and I
24       know it probably varies by year and maybe by
25       season, but what percentage of your time, your

```
1              recently do.
2     Q.       Do you know if the air flow rate would have
3              been different if you had left the attic
4              closed?
5     A.       If the hatch was closed, the air flow into the
6              attic would have been somewhat reduced would be
7              my speculation.
8     Q.       Would the fiber counts have been affected at
9              all if the air flow rate was different?
10    A.       I can't say for certain.  For Mr. Van Cura's
11             personal samples, he was right at the source.
12             Whether a reduced air flow would have changed a
13             concentration right at the source, I really
14             can't say.
15    Q.       Is it possible that it would have changed it?
16    A.       I can --
17                    I mean, you can come up with a
18             scenario that makes it possible.  I can come up
19             with a scenario that makes it the same.
20                              - - - -
21             (There was a discussion off the record.)
22                              - - - -
23    BY MR. WOOD:
24    Q.       Earlier you said you relied on Dr. Lee for his
25             analysis of his sampling.
```

WORD INDEX

**Peter Lees, Ph.D.   June 20, 2003**

Page 95

| | | |
|---|---|---|
| 1 | A. | His group, yes.  I'm not certain that Dr. Lee himself has looked through a microscope related to this project. |
| 4 | Q. | You didn't have any involvement in the issue of cleavage fragments in this study, did you? |
| 6 | A. | No. |
| 7 | Q. | Who wrote your report?  Was it you, Dr. Mlynarek, or someone else? |
| 9 | A. | No.  No, no, no.  Dr. Mlynarek and I wrote it. We wrote different sections initially and I was the one who put them all together, and then we, you know, jointly edited it -- altered it. |
| 13 | Q. | What parts of the report were you responsible for initially preparing, if you remember, back then? |
| 16 | A. | I do remember the part that took a large chunk of my time was the descriptions of the different tests.  I will claim that as my major responsibility -- or as the major contributor to that.  Other than that, it's, you know --<br>People will take a shot at one section and then in the end can't even remember who wrote what. |
| 24 | Q. | Did you or Dr. Mlynarek meet with Grace counsel during the preparation or writing of your |