Representative cases admitting dust testing to establish asbestos contamination.

Bellsouth Telecomm., Inc. v. W.R. Grace & Co.—Conn., 77 F.3d 603 (2nd Cir. 1996).

Perlmutter v. U.S. Gypsum Co., 4 F.3d 864 (10th Cir. 1993).

Tioga Pub. Sch. Dist. No. 15 v. U.S. Gypsum Co., 984 F.2d 915 (8th Cir. 1993).

Reorganized Church of Jesus Christ of Latter Day Saints v. U.S. Gypsum Co., 882 F.2d 335 (8th Cir. 1989).

City of Greenville v. W.R. Grace & Co., 827 F.2d 975 (4th Cir. 1987).

In re Celotex Corp., 196 B.R. 973 (Bankr. M.D. Fla. 1996).

Farm Credit Bank of Louisville v. U.S. Mineral Prods. Co., 864 F. Supp. 643 (W.D. Ky. 1994).

Cheshire Med. Ctr. v. W.R. Grace & Co., Civ. No. 88-516-M, slip op. (D.N.H. July 26, 1993) [Attach. 33].

State Farm Mut. Auto. Ins. Co. v. W.R. Grace & Co., 834 F. Supp. 1046 (C.D. Ill. 1992).

Blue Cross & Blue Shield v. W.R. Grace & Co.—Conn., No. 6:89-1287, slip op. (D.S.C. May 30, 1991) [Attach. 34].

Board of Trustees of Johnson County Cmty. Coll. v. National Gypsum Co., No. 88-2031-D, slip op. (D. Kan. Jan. 9, 1990) [Attach. 35].

Bunker Hill Towers Condo Ass'n v. Prudential Ins. Co. of Am., No. C638 821, Tr. at 2931-56 (Cal. Super. Ct., Los Angeles Co., Apr. 6, 1992) [Attach. 36].

U.S. Gypsum v. Admiral Ins. Co., 643 N.E.2d 1226 (Ill. 1994).

Bonnette v. Conoco, Inc., 837 So.2d 1219 (La. 2003).

U.S. Gypsum Co. v. Mayor of Baltimore, 647 A.2d 405 (Md. 1994).

Mayor of Baltimore v. Keene Corp., No. 84268068/L25639, Tr. at 5454-5455 (Balt. Cir. Ct. Feb. 19, 1992) [Attach. 37].

Sentinel Mgmt. Co. v. Aetna Cas. & Sur. Co., 615 N.W.2d 819 (Minn. 2000).

In re State & Regents' Bldg. Asbestos Cases, No. 99091/99082, slip op. (Minn. Dist. Ct., Dakota Co., Dec. 29, 1988) [Attach. 38].

Clayton Ctr. Assocs. v. W.R. Grace & Co.—Conn., No. 581479, slip op. (Mo. Cir. Ct., St. Louis Co., Feb. 18, 1992) [Attach. 39].