```
            IN T    UNITED STATES DISTRICT COU
                   FOR THE DISTRICT OF KANSAS


THE BOARD OF TRUSTEES OF       .
JOHNSON COUNTY COMMUNITY       .
COLLEGE,                       .

         Plaintiff,            .   No. 88-2031-O
                               .
         v.                    .   Kansas City, Kansas
                               .
NATIONAL GYPSUM COMPANY,       .   January 9, 1990
                               .
         Defendant.            .
. . . . . . . . . . . . . .

                        VOLUME I
                    TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE EARL E. O'CONNOR
              UNITED STATES DISTRICT JUDGE, and a jury.

                        APPEARANCES:

For the Plaintiff:            HUMPHREY, FARRINGTON &
                              McCLAIN, P.C.
                              123 West Kansas
                              Independence, Missouri 64050
                              By:  Mr. Kenneth B. McClain

                              POPHAM, CONWAY, SWEENY,
                              FREMONT & BUNDSCHU, P.C.
                              1300 Commerce Trust Building
                              922 Walnut
                              Kansas City, Missouri 64106
                              By:  Mr. John M. Klamann

                              BENNETT, LYTLE, WETZLER
                              5100 West 95th
                              P. O. Box 8030
                              Prairie Village, Kansas 66208
                              By:  Mr. Robert F. Lytle
```

## APPEARANCES
(Continued)

```
 1
 2
 3  For the Defendant:        BOYLE, MORRIS & KERR
 4                            One Liberty Place
                              Suite 4900
 5                            1650 Market Street
                              Philadelphia, Pennsylvania 19103
 6                            By Ms. Susan Herschel and
                                 Mr. Wayne W. Suojanen
 7
                              LATHROP, KOONTZ & NORQUIST
 8                            2600 Mutual Benefit Life Bldg.
                              2345 Grand Avenue
 9                            Kansas City, Missouri 64108
                              By:  Mr. Thomas A. Ryan
10
11  Court Reporter:           Mrs. Roberta Bishop
                              United States Court Reporter
12                            122 United States Courthouse
                              812 North 7th Street
13                            Kansas City, Kansas 66101
14
15
16
17
18
19
20
21
22
23
24
25
```

1  regard to any anecdotal evidence of personal
2  injury and so forth, it's almost impossible to rule on that in
3  advance, but the general rule is, of course, that you've got
4  to show sufficient similarity that it would be relevant, and I
5  mean similarity on many factors, not just the fact that
6  somebody developed something from some exposure without just
7  -- you can't be bare bones, that is what I am saying. But I
8  can't make any really advance ruling on that till I hear the
9  evidence.
10      The defendant's motion to exclude the testimony of
11 Hatfield in regard to a sample taken during December 1989, I
12 am not very impressed with the defendant's argument, and my
13 tentative ruling is going to be that that evidence is going to
14 be admissible.
15      Any bifurcation of trial, of course, that is denied.
16      Now, getting to plaintiff's motions. First motion
17 has to do with hearsay newspaper articles that the defendants
18 may want to use in regard to an EPA employee or -- I don't
19 know whether he's an expert or not, but, again, it's very
20 difficult for the Court to rule in advance on that. As I
21 understand from the plaintiff's response, they're saying that
22 this employee, in effect, adopted these newspaper articles, or
23 something to that effect, so they may be admissible. I don't
24 know. But I can't rule on that at this time.
25      The exclusion of the testimony of Russell Ward, the