5331

1    Mayor & City Council              ) In the

2    of Baltimore,                     )

3              Plaintiff               ) Circuit Court

4                                      )

5    vs.                               ) For

6                                      )

7    Keene Corporation,                ) Baltimore City

8    et al.,                           ) Civil Action

9              Defendants              ) No. 84268068/CL25639

10

11

12

13

14

15          The above-entitled case continued in trial
       before the Honorable Joseph I. Pines, Judge, and a
       Jury, on Wednesday, February 19, 1992, commencing at
16     10:10 a.m.

17

      Reported by:  Bonnie Gahagan

18

19

20                    BETZ & STROUSE, INC.
                      114 West Mulberry Street
21                    Baltimore, Maryland 21201
                        (301) 752-1733


                          Betz & Strouse, Inc.

5332

1          A P P E A R A N C E S

2

3

4

5     On behalf of the Plaintiff:
              Carl E. Tuerk, Esquire
6             Stanley J. Levy, Esquire
              Jordan C. Fox, Esquire
7             Ivan B. Rubin, Esquire
              Elizabeth L. Case, Esquire
8             Mary Rose Cook, Esquire
              Alan L. Billian, Esquire
9             Otho Thompson, Esquire

10    On behalf of Defendant United States Gypsum:
              George Nilson, Esquire
11            Amelia C. Kittredge, Esquire
              Grace L. Speights, Esquire
12            Awilda Marquez, Esquire
              Robert Douglas, Esquire
13
      On behalf of Defendant Asbestospray:
14            Thomas F. McDonough, Esquire
              Keith Truffer, Esquire
15
      On behalf of Defendant Hampshire Industries:
16            Peter W. Taliaferro, Esquire
              Robert C. Lynott, Esquire
17            Robert Breschi, Esquire

18

19

20

21

                              Betz & Strouse, Inc.

5454

1   further issue Dr. Longo can testify and has

2   testified, that science is approved, the science --

3   the procedures from the EPA in 1989 that panel they

4   assembled to the present procedures that Dr. Longo

5   used in this case and are approved by vote of that

6   subcommittee, those are all still the same

7   procedures and they are not novel for the reasons I

8   have already given you because they can all be

9   traced back.

10          THE COURT:   Mr. Rubin, I am prepared to

11   rule.

12          MR. RUBIN:   Yes, sir.

13          THE COURT:   I am going to deny the motion

14   to preclude Dr. Longo's testimony with respect to

15   dust sampling.   Even from some of the information

16   that has been furnished by defense I find that his

17   testimony is admissible on this subject and is

18   subject to cross-examination and I found that there

19   certainly is some, I guess, foundation for the

20   techniques he has used and for the possible

21   conclusions he might come to with respect to dust

                              Betz & Strouse, Inc.

5455

1    samples.

2              MR. RUBIN:   Thank you, your Honor.

3              May we have like three minutes, your

4    Honor?

5              THE COURT:   All right.

6              I have a request.

7              THE CLERK:   Juror 19 right here, she

8    has -- 17, 17, she has college on Tuesdays and

9    Thursdays and she asked the Judge, she would

10   appreciate if we could stop somewhere around 4:30 so

11   she can get to college at 5:20.

12             MR. FOX:   That is fine.   That is when we

13   break early.

14             THE CLERK:   Tuesdays and Thursdays.

15             (In open court, jury present.)

16             THE COURT:   Counsel, ready to go?

17             THE CLERK:   Doctor, I remind you you are

18   still under oath.   Give your name for the record,

19   please.

20             THE WITNESS:   William Edward Longo.

21             THE CLERK:   Thank you.


                              Betz & Strouse, Inc.