Representative cases permitting Claimants' experts to testify regarding dust testing results.

MDU Res. Group, Inc. v. W.R. Grace & Co., No. A1-90-122, Tr. at Vol. 7, pp. 727-33, and Tr. at Vol. 9, p. 1030 (D.N.D. May 26, 1992) (Ewing and Longo) [Attach. 41].

Century Park v. California Zonolite Co., No. WEC 137 827, Referee's Recommendation (Super. Ct., Los Angeles Co., Cal. Oct. 23, 1994) (Longo and Hatfield) [Attach. 42].

Eisenreich v. Durabla Mfg. Co., No. 97-16440, slip op. (Ct. of C.P., Allegheny Co., Pa. Apr. 13, 1999) (Longo and Hatfield) [Attach. 43].

Caffey v. Foster Wheeler Energy Corp., No. 01-C-753, slip op. (Dist. Ct., Cass County, Tex., June 19, 2003) (Longo) [Attach. 44].

Bell v. Dresser Indus., Inc., No. A-920.961- SC(19), slip op. (128th Jud. Dist., Orange Co., Tex. Sept. 4, 2001) (Longo) [Attach. 45].

Harmon v. Owens-Corning, No. 99-06508-M, slip op. (298th Jud. Dist., Dallas Co., Tex. Jan. 13, 2001) (Longo) [Attach. 46].