IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

VICTORIA I. EISENREICH, executrix of the estate of DENNIS C. EISENREICH and VICTORIA I. EISENREICH, in her own right,

    Plaintiff,

v.

DURABLA MANUFACTURING COMPANY, et al.,

    Defendants.

CIVIL DIVISION - ASBESTOS
Code: 012

G.D. No. 97-16440

## ORDER OF COURT

AND NOW, this 13th day of April, 1999, upon consideration of the testimony and evidence offered at the Frye hearing held on April 6-7, 1999, concerning the studies of Materials Analytical Services, Inc. and the five specific issues addressed (contamination of the chamber and tools, plasma ashing, acceptance of and compliance with ASTM D-5755-95, sonication and Tyndall lighting), it is hereby ORDERED, ADJUDGED and DECREED that Defendants' Motions in Limine to Exclude the Testimony and Videotapes of William Longo, Ph.D., Richard Hatfield and Materials Analytical Services, Inc. are DENIED.

BY THE COURT:

The Honorable Robert P. Horgos, J.