NO. 01-C-753

| | | |
|---|---|---|
| EDDIE CAFFEY, ET AL | § | IN THE DISTRICT COURT OF |
| Plaintiffs | § § § | |
| v. | § § | CASS COUNTY, TEXAS |
| FOSTER WHEELER ENERGY CORP., ET AL | § § § | |
| Defendants | § § | 5TH JUDICIAL DISTRICT |



## ORDER

On the 12th day of June, 2003, Defendants, Garlock Sealing Technologies, L.L.C., f/k/a Garlock Inc. and Fairbanks Morse Pump Corporation's (hereinafter Defendants) Motion to Strike Dr. William Longo and Richard Hatfield came on to be heard.

The Court **FINDS** that Dr. William Longo is qualified based on his knowledge, experience, skill, training and education to provide expert opinion testimony in this matter.

The Court **FINDS** that Dr. William Longo's testimony is based on specialized knowledge that is appropriately the subject of an expert's opinion.

The Court **FINDS** that Dr. William Longo's testimony is reliable pursuant to the principles outlined in *E.I. du Pont de Nemours & Co. v. Robinson*, 923 S W.2d 549 (Tex. 1995).

The Court **FINDS** that the underlying facts of Dr. William Longo's expert opinions provide a sufficient basis for his opinions.

The Court **FINDS** that the probative value of Dr. William Longo's testimony is not substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury or by considerations of undue delay, or needless presentation of cumulative evidence.

The Court **FINDS** that Dr. William Longo's testimony is sufficiently tied to the facts of the case and that it will aid the jury in resolving the factual disputes of the case and is therefore relevant.

The Court **FINDS** that Plaintiffs have withdrawn Mr. Richard Hatfield as a testifying expert in this matter and thus do not intend Mr. Hatfield to testify at the time of trial.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Strike Dr. William Longo is in all things **DENIED** as to all Plaintiffs.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Strike Mr. Richard Hatfield is **MOOT** and is therefore **DENIED** as such.

SIGNED this 19th day of June, 2003.

*Ralph K. Burgess*
THE HONORABLE RALPH K. BURGESS
5TH Judicial District Judge