NO. 99-06508-M

| | | |
|---|---|---|
| THURMAN HARMON; GLENDELL DON MAXEY; MINNIE JUNE MCGUIRE, Individually and as Personal Representative of the Heirs and Estate of ALVA RADO MCGUIRE, Deceased; ASILDO LOPEZ PEREZ; CHARLIE REEVES; FIDENCIO ORTA SANCHEZ; and ENRIQUE C. URQUIZO and JUANITA URQUIZO, | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | DALLAS COUNTY, TEXAS |
| vs. | § § | |
| OWENS CORNING, et al., | § § | |
| Defendants. | § | 298TH JUDICIAL DISTRICT |

**Order on Celanese Limited's Motion to Exclude Testimony and Videotapes of Plaintiff's Expert, Dr. William E. Longo**

The Court, after considering Defendant's Motion, Plaintiff's Response, the arguments of counsel, and any evidence presented in this matter, believes that reasonable grounds exist for denying Defendant's Motion. The Court therefore

ORDERS that Defendant Celanese Limited's Motion to Exclude Testimony and Videotapes of Plaintiff's Expert, Dr. William E. Longo, is hereby DENIED.

SIGNED this _13_ day of January, 2003.

_____
PRESIDING JUDGE

APPROVED AND ENTRY REQUESTED BY:

_____
BARON & BUDD, P.C.
3102 Oak Lawn, Suite 1100
Dallas, Texas 75219
(214) 521-3605 (telephone)
(214) 520-1181 (facsimile)
MONTY WADE SULLIVAN
State Bar No. 24008105

ATTORNEY FOR PLAINTIFF