**Table 8**
**Summary of Results for Locations With Airborne Fiber Levels**
**Higher Than Levels in Comparison Areas Above 59th Street.**

Air samples were collected and analyzed by phase contrast microscopy for total fibers
(NIOSH 7400). All samples with fiber counts higher than the comparison areas above 59th Street were
re-analyzed to determine if those fibers were asbestos, synthetic vitreous fibers (SVF), or other material.

| Building (Area) | Aggressive Sampling[a] | Fibers in Air by PCM (f/cc)[b] | Asbestos in Dust by PLM or TEM[c] | Asbestos in Air by TEM (f/cc)[b] | SVF in Dust by PLM | SVF in Air by SEM (f/cc)[b] |
|---|---|---|---|---|---|---|
| 1 (Residence) | No | 0.006 | ND[g] | <0.001[d] | 20% | 0.000162 |
| 2 (Common) | No | 0.005 | ND[g] | <0.001[d] | 27% | 0.000255 |
| 19 (Common) | No | Overloaded[e] | ND[g] | <0.006[f] | ND | Not analyzed |
| 24 (Residence) | No | 0.005 | ND[g] | <0.001[d] | 10% | 0.000037 |
| 26 (Common) | No | 0.004 | ND[g] | <0.001[d] | 5% | <0.00004 |
| 26 (Residence) | No | 0.012 | ND[g] | <0.001[d] | ND | <0.00004 |

a.  Aggressive sampling refers to a technique used in some residential units where the vacuum exhaust (used for settled dust sample collection) was used to stir up the settled surface dust before the air sampling began.

b.  f/cc = fibers in each cubic centimeter (cc) of air as determined using phase contrast microscopy (PCM), transmission electron microscopy (TEM), or scanning electron microscopy (SEM) methods. This is calculated from the number of fibers seen on the air filter and the volume of air pulled through the filter measured in cubic centimeters of air.

c.  Value shown represents the highest of polarized light microscopy (PLM) or TEM results for this area.

d.  The TEM method employed here, National Institute of Occupational Safety and Health (NIOSH) 7402, counts fibers of the same size as those detected by PCM analysis. Fibers reported here are greater than or equal to 5 microns in length and 0.25 microns in width.

e.  A building renovation project was occurring near the area of this sampling equipment. Construction dust and building insulation material may have influenced this sample.

f.  Sample processing of the overloaded filter involved transferring the material to a new filter; this process provides less analytical sensitivity, resulting in a higher detection limit.

g.  ND = not detected.

## Table 9
### Summary of Airborne Fibers at Locations Where Asbestos Was Detected in Settled Surface Dust

#### Outdoor Areas in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 1 | Outdoor | <1% | 22% | No | 0.001 f/cc |
| 2[e] | Outdoor | 1.3% | 28% | No | 0.003 f/cc |
| 5 | Outdoor | 3.4% | 25% | No | 0.002 f/cc |
| 7 | Outdoor | 1.7% | 35% | No | <0.001 f/cc |
| 15 | Outdoor | 1.9% | 72% | No | <0.001 f/cc |
| 27 | Outdoor | <1% | 15% | No | <0.001 f/cc |

#### Common Areas in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 4 | Common | <1% | 15% | No | 0.001 f/cc |
| 6 | Common | <1% | 10% | No | <0.001 f/cc |
| 10 | Common | 1.5% | 20% | No | 0.002 f/cc |
| 24 | Common | <1% | 5% | No | 0.001 f/cc |
| 27 | Common | <1% | 10% | No | <0.001 f/cc |

#### Residential Units in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 4 | Residence 1 | <1% | 2% | Yes | <0.001 f/cc |
| 4 | Residence 2 | <1% | 5% | Yes | 0.001 f/cc |
| 5 | Residence 1 | <1% | 10% | Yes | 0.002 f/cc |
| 5 | Residence 2 | <1% | 20% | Yes | <0.001 f/cc |
| 9 | Residence 1 | <1% | 2% | Yes | 0.001 f/cc |
| 9 | Residence 2 | <1% | 5% | Yes | 0.003 f/cc |
| 11 | Residence 1 | <1% | ND | Yes | <0.001 f/cc |
| 11 | Residence 2 | 1.5% | ND | Yes | <0.001 f/cc |
| 15 | Residence 1 | <1% | ND | Yes | <0.001 f/cc |
| 27 | Residence 1 | <1% | 10% | No | <0.001 f/cc |

a.  Value shown is highest of the reported polarized light microscopy (PLM) and transmission electron microscopy (TEM) results for this area.
b.  SVF = synthetic vitreous fibers. Measured by PLM analysis.
c.  Aggressive sampling refers to a technique used in some residential units where the vacuum exhaust (used for settled dust sample collection) was used to stir up the settled surface dust before the air sampling began.
d.  f/cc = the fibers in each cubic centimeter (cc) of air. This is calculated from the number of fibers seen on the air filter and the volume of air pulled through the filter measured in cubic centimeters.
e.  Building 2 also had a co-located dust sample; values represent the highest measured result.

**Table 10**
**Summary of Airborne Fibers at Locations Where Only Synthetic Vitreous Fibers (SVF) Were Detected in Settled Surface Dust**

### Outdoor Areas in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 18 | Outdoor | ND[f] | 30% | No | <0.001 f/cc |
| 24 | Outdoor | ND[f] | 55% | No | 0.002 f/cc |
| 28 | Outdoor | ND[f] | 15% | No | <0.001 f/cc |

### Common Areas in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 2 | Common | ND[f] | 27% | No | 0.005 f/cc[e] |
| 7 | Common | ND[f] | 5% | No | 0.001 f/cc |
| 14 | Common | ND[f] | 5% | No | 0.003 f/cc |
| 25 | Common | ND[f] | 5% | No | <0.001 f/cc |
| 26 | Common | ND[f] | 5% | No | 0.004 f/cc[e] |
| 28 | Common | ND[f] | 10% | No | 0.001 f/cc |

### Residential Units in Lower Manhattan

| Building | Area | Asbestos in Dust (PLM or TEM)[a] | SVF in Dust (PLM)[b] | Aggressive Sampling[c] | Fibers in Air (PCM)[d] |
|---|---|---|---|---|---|
| 1 | Residence 1 | ND[f] | 20% | No | 0.006 f/cc[e] |
| 1 | Residence 2 | ND[f] | 20% | Yes | <0.001 f/cc |
| 2 | Residence 1 | ND[f] | 25% | No | <0.001 f/cc |
| 2 | Residence 2 | ND[f] | 20% | Yes | 0.002 f/cc |
| 6 | Residence 1 | ND[f] | 15% | Yes | <0.001 f/cc |
| 6 | Residence 2 | ND[f] | 15% | Yes | <0.001 f/cc |
| 7 | Residence 2 | ND[f] | 5% | No | <0.001 f/cc |
| 10 | Residence 1 | ND[f] | 15% | Yes | 0.001 f/cc |
| 10 | Residence 2 | ND[f] | 10% | Yes | 0.001 f/cc |
| 12 | Residence 1 | ND[f] | 5% | No | 0.001 f/cc |
| 12 | Residence 2 | ND[f] | 5% | Yes | <0.001 f/cc |
| 13 | Residence 1 | ND[f] | 10% | Yes | 0.003 f/cc |
| 15 | Residence 2 | ND[f] | 5% | Yes | <0.001 f/cc |
| 18 | Residence 1 | ND[f] | 30% | No | 0.002 f/cc |
| 18 | Residence 2 | ND[f] | 35% | No | 0.002 f/cc |
| 24 | Residence 2 | ND[f] | 10% | No | 0.005 f/cc[e] |
| 25 | Residence 1 | ND[f] | 5% | No | <0.001 f/cc |
| 27 | Residence 2 | ND[f] | 10% | No | <0.001 f/cc |

a.  Value shown is highest of the reported polarized light microscopy (PLM) and transmission electron microscopy (TEM) results for this area.
b.  SVF = synthetic vitreous fibers. Measured by PLM analysis.
c.  Aggressive sampling refers to a technique used in some residential units where the vacuum exhaust (used for settled dust sample collection) was used to stir up the settled surface dust before the air sampling began.
d.  f/cc – the fibers in each cubic centimeter (cc) of air. This is calculated from the number of fibers seen on the air filter and the volume of air pulled through the filter measured in cubic centimeters.
e.  Scanning electron microscopy (SEM) and TEM results for these air samples are available and shown on Table 8.
f.  ND = not detected.

**Table 11**

**Summary of Minerals in Indoor and Outdoor Air From Lower Manhattan and Comparison Buildings Above 59th Street [a, b, c]**

| | Air Samples from Lower Manhattan | | | | | | | Air Samples From Comparison Buildings | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Samples | Quartz | Calcite | Portlandite | Gypsum | Mica | Halite | Number of Samples | Quartz | Calcite | Portlandite | Gypsum | Mica | Halite |
| **PM 100** | | | | | | | | | | | | | | |
| Number (Frequency detected %) | 101 | 14 (14%)[d] | 9 (9%) | 8 (8%) | 24 (24%) | 2 (2%) | 4 (4%) | 7 | ND[f] | ND | ND | 1 (14%) | ND | ND |
| Air Concentration (µg/m³) | | 3-13 J[e] | 3-14 J | 16-95 J | 3-14 J | 9-13 J | 4-14 J | | | | | 3 J | | |
| **PM 10** | | | | | | | | | | | | | | |
| Number (Frequency detected %) | 105 | 11 (10%) | 10 (10%) | 10 (10%) | 33 (31%) | 1 (1%) | 5 (5%) | 10 | ND | ND | ND | 3 (30%) | ND | ND |
| Air Concentration (µg/m³) | | 3-12 J | 3-5 J | 14-25 J | 3-14 J | 8 J | 4-5 J | | | | | 3 J | | |
| **PM 4** | | | | | | | | | | | | | | |
| Number (Frequency detected %) | 114 | 13 (11%) | 13 (11%) | 12 (11%) | 40 (35%) | 4 (4%) | 3 (3%) | 11 | ND | ND | ND | 3 (27%) | ND | ND |
| Air Concentration (µg/m³) | | 4-19 J | 4-10 J | 21-84 J | 4-15 J | 14-43 J | 7-19 J | | | | | 5 J | | |
| **PM 2.5** | | | | | | | | | | | | | | |
| Number (Frequency detected %) | 34 | 1 (3%) | ND | ND | 1 (3%) | ND | ND | 6 | ND | ND | ND | 1 (17%) | ND | ND |
| Air Concentration (µg/m³) | | 3 J | | | 3 J | | | | | | | 3 J | | |
| **Range of Detection Limits (µg/m³)** | | | | | | | | | | | | | | |
| PM 100 | | 2-5 J | 2-5 J | 12-26 J | 2-5 J | 7-15 J | 4-8 J | | 2-5 J | 2-5 J | 12-26 J | 2-5 J | 7-15 J | 4-8 J |
| PM 10 | | 2-5 J | 2-5 J | 12-26 J | 2-5 J | 7-15 J | 4-8 J | | 2-5 J | 2-5 J | 12-26 J | 2-5 J | 7-15 J | 4-8 J |
| PM 4 | | 4-6 J | 4-6 J | 20-30 J | 4-6 J | 11-17 J | 6-9 J | | 4-6 J | 4-6 J | 20-30 J | 4-6 J | 11-17 J | 6-9 J |
| PM 2.5 | | 2-4 J | 2-4 J | 13-20 J | 2-4 J | 3-11 J | 4-6 J | | 2-4 J | 2-4 J | 13-20 J | 2-4 J | 3-11 J | 4-6 J |

a.   Where two samples were co-located—the greatest value of the two was included in this summary. Each location is only represented once in this table.

b.   Concentrations shown are estimated values, indicated by "J."

c.   Air samples from all locations, indoor and outdoor, are pooled in this table due to uncertainties in the data.

d.   Cristobalite, a different crystalline form of silica, was found in one Lower Manhattan air sample at 15 micrograms per cubic meter of air (µg/m³) J in the PM 100 fraction.

e.   J = estimated.

f.   ND = not detected.

## Table 12

### Highest Amount of Materials Measured in the Indoor Settled Dust of Each Building

| Building Number | Quartz (%)[a, d, e] | Gypsum (%)[a, d, e] | Asbestos (%)[b, f] | SVF (%)[c, f] |
|---|---|---|---|---|
| Comparison Locations 31-34 | 2 J | 4 J | Non-Detect | Non-Detect |
| 1 | 31 J | 30 J | Non-Detect | 20 |
| 2 | 23 J | 14 J | Non-Detect | 27 |
| 3 | Not Sampled | Not Sampled | Not Sampled | Not Sampled |
| 4 | 14 J | 9 J | <1 | 15 |
| 5 | 11 J | 9 J | <1 | 20 |
| 6 | 27 J | 20 J | <1 | 15 |
| 7 | 21 J | 15 J | Non-Detect | 5 |
| 8 | 28 J | 17 J | Non-Detect | Non-Detect |
| 9 | 25 J | 16 J | <1 | 7 |
| 10 | 3 J | 0.8J | 1.5 | 20 |
| 11 | 2 J | 2 J | 1.5 | Non-Detect |
| 12 | 4 J | 1 J | Non-Detect | 5 |
| 13 | 0.05 J | 1 J | Non-Detect | 10 |
| 14 | 0.03 J | 2 J | Non-Detect | 5 |
| 15 | 0.4 J | 1 J | <1 | 5 |
| 16 | Non-Detect | 0.9 J | Non-Detect | Non-Detect |
| 17 | 2 J | 2 J | Non-Detect | 2 |
| 18 | 0.9 J | 1 J | Non-Detect | 35 |
| 19 | 1 J | 2 J | Non-Detect | Non-Detect |
| 20 | 0.9 J | 1 J | Non-Detect | Non-Detect |
| 21 | 0.9 J | 2 J | Non-Detect | Non-Detect |
| 22 | 14 J | 2 J | Non-Detect | 3 |
| 23 | 2 J | 1 J | Non-Detect | Non-Detect |
| 24 | 0.03 J | Non-Detect | <1 | 10 |
| 25 | Non-Detect | 2 J | Non-Detect | 5 |
| 26 | 0.7 J | 2 J | Non-Detect | 5 |
| 27 | 0.04 J | 1 J | <1 | 10 |
| 28 | Non-Detect | 1 J | Non-Detect | 10 |
| 29 | 1 J | 2 J | Non-Detect | Non-Detect |
| 30 | 1 J | 4 J | Non-Detect | Non-Detect |

a.  Minerals were measured by XRD. Quartz is considered representative of the relative presence of portlandite and calcite (all are associated with concrete).
b.  Asbestos value represents the highest of the PLM and TEM result for each location.
c.  SVF is synthetic vitreous fiber and was measured by PLM.
d.  Results shown are estimated values, indicated by "J."
e.  % = weight of mineral per weight of dust.
f.  % = roughly area of fibers per area of dust.

**FIGURES**







Residential Buildings in Lower Manhattan

Figure 3



Figure 4.

68



Lower Manhattan Ambient Air
Sampling Locations

During the first few weeks after September 11, 2001

Ambient Air Monitoring Locations

Sampling Source

● Environmental Protection Agency
● Occupational Safety and Health Administration
● ConEd
● Turner Construction

Figure 5





Residential Environmental Sampling - Lower Manhattan
Airborne Total Fibers (PCM)
November 4 - December 11, 2001

Figure 7

| Sample Site | Airborne Fiber Levels: | Notes: |
|---|---|---|



Residential Environmental Sampling - Lower Manhattan
Asbestos in Dust (PLM)
November 4 - December 11, 2001

Figure 8



Residential Environmental Sampling - Lower Manhattan
Asbestos in Dust (TEM)
November 4 - December 11, 2001

Figure 9



### Residential Environmental Sampling - Lower Manhattan
### Asbestos in Dust (PLM/TEM)
### November 4 - December 11, 2001

Figure 10

**Sample Site:**
- ○ Common Area
- △ Outdoor
- [1] Residence 1
- [2] Residence 2

**Asbestos Levels (PLM/TEM):**
- ○ Not Analysed or Not Sampled
- ◎ Not Detected
- ◉ <1%
- ● 1% or greater

**Notes:**
- Locations are within one block of actual sample location.
- The ranges are for mapping purposes only and are not based on health or regulatory guidelines.
- Asbestos dust measurement based on highest concentrations of PLM or TEM.



Residential Environmental Sampling - Lower Manhattan
Synthetic Vitreous Fibers in Dust (SVF)
November 4 - December 11, 2001

Figure 11





**Residential Environmental Sampling - Lower Manhattan**
**Calcite in Dust**
**November 4 - December 11, 2001**

Figure 13

Sample Site:

△ Outside

☐ Residence 1 and 2

○ Common Area

Calcite Levels:

○ Not Sampled

◑ Values less than or equal to maximum measured in indoor comparison building samples (< or = 0.9 %)

● Values greater than maximum measured in comparison building

Notes

- Locations are within one block of actual sample location.
- The ranges are for mapping purposes only and are not based on health or regulatory guidelines.
- Outdoor samples were not taken from comparison buildings because no settled dust was visible.
- Minerals in dust measured by XRD.



**Residential Environmental Sampling - Lower Manhattan**
**Gypsum in Dust**
**November 4 - December 11, 2001**

Figure 14

**Sample Size:**
△ Outside
☐ Residence 1 and 2
○ Common Area

**Gypsum Levels:**
○ Not Sampled
◑ Values less than or equal to maximum measured in indoor comparison building samples (< or = 4 %)
● Values greater than maximum measured in comparison building

**Notes:**
- Locations are within one block of actual sample location.
- The ranges are for mapping purposes only and are not based on health or regulatory guidelines.
- Outdoor samples were not taken from comparison buildings because no settled dust was visible.
- Minerals in dust measured by XRD.



Figure 15



**Residential Environmental Sampling - Lower Manhattan**
**Crystalline Quartz in Dust**
**November 4 - December 11, 2001**

**Figure 16**

Sample Site:
△ Outside
▢ Residence 1 and 2
○ Common Area

Crystalline Quartz Levels:
○ Not Sampled
◔ Values less than or equal to maximum measured in indoor comparison building samples (< or = 2 %)
● Values greater than maximum measured in comparison building

Notes:
- Locations are within one block of actual sample location.
- The ranges are for mapping purposes only and are not based on health or regulatory guidelines.
- Outdoor samples were not taken from comparison buildings because no settled dust was visible.
- Minerals in dust measured by XRD.



Figure 17

Residential Environmental Sampling - Lower Manhattan
Materials in Indoor Dust
November 4 - December 11, 2001

SAMPLING EVENT PHOTOGRAPHS



**Photo 1. Residential Vacuum Sample**



**Photo 2. Residential Air Sampling**



**Photo 3. Residential Air Sampling**



**Photo 4. Residential Air Sampling**

84



**Photo 5. Residential Air Sampling**



**Photo 6. Residential Air Sampling**



**Photo 7.  Outside Bulk Sampling**



**Photo 8.  Sampling Head**

# APPENDICES

Appendix A.  Particulate Matter Quality Assurance/Quality Control Discussion

**General Notes on Quality Assurance/Quality Control Procedures**

Quality assurance/quality control (QA/QC) procedures are used to ensure the precision, accuracy, completeness, representativeness, comparability, and method detection limit of the results. The co-located samples and blanks are a primary means of assessing each of the data quality indicators. Comparing the results of two co-located samples provides information on the precision of the results as a whole. Comparing sample results to their associated blanks can help identify some potential errors in accuracy. Comparing the results received to those expected and necessary to draw conclusions about the data can help in understanding the completeness and reliability of the results. Comparability can be assessed by looking at the results taken from different sampling locations of the same building—or from different buildings for the same type of location. The reviews are generally qualitative and provide a qualitative assessment of how well the data actually represents the sampled location.

The method detection limit is a more quantitative review. It is accomplished by calculating the lowest result the analytical method can accurately identify. It is based on an analysis of the blank samples and is specific for the sampling/analysis method. Reliable information can only be obtained from sample results with method detection limits significantly lower than the average value of the results and significantly lower than any comparison values to which the sample results will be compared.

The analytical results of the concentration of airborne particulate matter were provided by the laboratory as the initial weight of the filter prior to the sampling event and the final weight of the filter after the sampling event. The concentration of the particulate matter was calculated by dividing the weight of the material collected on the filter by the volume of air drawn through the filter by the pump using the following formulas.

Weight Gain of Filter = Final Weight - Initial Weight

Sample Volume = Average Pump Flow Rate × Sample Collection Time

Average Air Sampling Pump Flow Rate=(Presampling Flow Rate + Postsampling Flow Rate) ÷ 2

Concentration = Weight Change ÷ Sample Volume

**Airborne Particulate Matter Sample Results**

Each area that was sampled for airborne asbestos was also sampled for airborne particulate matter (PM). The sample results from the PM measurements did not meet the data QA/QC objectives. A variety of statistical and graphical analyses were performed on, and with, the measured results in an attempt to identify the cause and extent of inconsistencies of the measured results. A subset of the measured results that are not potentially affected by these inconsistencies were not identified. Therefore, the entire data set describing airborne particulate matter concentrations was rejected. In addition, the specific cause of the inconsistencies was not identified. The following information explains why the airborne particulate matter results were rejected.

89

Ideally, the particulate matter data would have provided information about the airborne concentration with an aerodynamic diameter of 100 microns and less (PM100), of 10 microns and less (PM10), of 4 microns and less (PM4), and of 2.5 microns and less (PM2.5). These different size fractions (PM100, PM10, PM4, and PM2.5) are collected using slightly different equipment, but following the same basic procedures. A pump draws air into a sampling head, and size specific particulate matter is deposited onto a filter. The difference in filter weight, before and after the sampling, represents the mass of the particulate matter that was captured by the filter. Knowing the presampling and postsampling air flow rates of the pump and the time duration for sample collection allows us to calculate the average volume of air that was drawn through the filter. The concentration of the size fraction in the sampled air is then calculated by dividing the PM mass by the air volume sampled.

In addition to the filters that were used to measure the concentration of airborne particulate matter, the laboratory also sent filters to be used as field blanks. Two blanks were sent for each PM fraction for each of the two sampling teams for each building. The blanks traveled with the sample filters, went to the sampled building or area, and were treated just like the sample filters—except that they were not used. Ideally, there should be very little difference in the weight of the blanks before the sampling and after the sampling because they were not used. A weight gain in field blanks may indicate improper sample handling in the field or problems in filter weighing in the lab. For the latter a decrease in post field blank filter weight is also an indication of lab weighing error.

The graph shown with this discussion shows the frequency distribution of the air sample filter weight change in all but seven of the blanks used. Seven blanks were not included because their weight change (from a negative -90 milligrams (mg) to 5.99 mg) was greater than the limits shown in this graph (-0.2 mg to 0.5 mg). The vertical axis represents the number of blanks that had a weight change within 0.01 mg of the weight change shown on the horizontal axis.



Frequency Distribution of Weight Change in Selected Blanks

The dashed vertical lines show the upper and lower limits of detection expected for this method (+/− 0.03 mg). The distance between limits of detection represents the maximum weight gain expected for the blanks if the entire sampling procedure was followed as required by standard sampling methodologies. All of the size fractions had at least two blanks outside the limit of detection boundaries. (The two out of range blanks for PM100 are not shown on the graph because they are also beyond the boundaries of the graph). Approximately 6% of the PM100, 70% of the PM10, 57% of the PM4, and 8% of the PM2.5 blanks had weight changes greater than the limit of detection.

In general, blanks are used (1) to assess the ability of the sampling and laboratory analysis methodology to accurately estimate the concentration of particulate matter in the air at the sampled location and (2) to validate that there is no filter contamination problem from the time the blanks are initially weighed in the laboratory until the time the blanks are weighed in the laboratory after sampling. Errors could occur at any step in the process.

The large weight change of the blanks indicates errors in either the laboratory weighing process or the air sampling process. The graph illustrates that the results of the airborne particulate matter sampling cannot be used to reliably estimate the actual concentration of any of the particulate matter size fractions; therefore, the entire data set was rejected from further consideration.

**Appendix B. Survey Result**

**Summary of Residential Sampling Survey Form Results and Review of Photographs**
(Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust in Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Outside | 28 | | | | | | None Visible | |
| 1 | Common | 0 | SI | N | | C | | None Visible | Prepared for asbestos abatement |
| 1 | Residence 1 | 2 | LI | Y | U | None | N | Large Amount | Large amount of WTC dust; more than other locations sampled |
| 1 | Residence 2 | 0 | N | N | U | None | Y | None Visible | |
| 2 | Outside | 1 | | Y | | | | None Visible | |
| 2 | Common | 0 | NI | N | | C | | Slight Amount | |
| 2 | Residence 1 | 0 | SI | N | Y | C | N | None Visible | Residence window faces WTC site |
| 2 | Residence 2 | 0 | SI | N | U | C | Y | None Visible | |
| 3 | Outside | 0 | | N | | | | None Visible | Sampled from court/yard several floors up |
| 3 | Common | 0 | LI | N | | AA | | None Visible | |
| 3 | Residence 1 | 0 | LI | N | Y | AA | N | None Visible | |
| 3 | Residence 2 | 0 | MI | N | Y | C | N | None Visible | |
| 4 | Outside | 0 | | N | | | | Slight Amount | |
| 4 | Common | 0 | NI | Y | | O | | None Visible | |
| 4 | Residence 1 | 0 | SI | Y | N | None | Y | None Visible | |
| 4 | Residence 2 | 0 | SI | Y | N | None | Y | None Visible | |
| 5 | Outside | 50 | | Y | | | | Large Amount | |
| 5 | Common | 0 | SI | N | | AA | | None Visible | |
| 5 | Residence 1 | 6 | LI | U | Y | AA | Y | None Visible | |
| 5 | Residence 2 | 6 | LI | U | Y | AA | Y | None Visible | Room looks clean but lots of WTC dust outside one window sill |
| 6 | Outside | 200 | | N | | | | None Visible | |
| 6 | Common | 0 | SI | N | | C | | None Visible | Couldn't identify photos for common area |
| 6 | Residence 1 | 0 | LI | N | U | C | Y | None Visible | |
| 6 | Residence 2 | 0 | SI | N | U | C | Y | None Visible | |
| 7 | Outside | 2 | | N | | | | None Visible | |
| 7 | Common | 0 | MI | N | | C | | None Visible | Many window sills (not sure where) have significant amount of WTC dust on outside ledge, not noticeable on inside of window. |
| 7 | Residence 1 | 0 | MI | N | Y | C | N | None Visible | |
| 7 | Residence 2 | 0 | MI | N | Y | C | N | None Visible | Resident has window view of WTC site |

**Summary of Residential Sampling Survey Form Results and Review of Photographs**
(Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust in Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Outside | 0 | | N | | | | None Visible | |
| 8 | Common | 0 | MI | N | | C | | None Visible | |
| 8 | Residence 1 | 1 | SI | N | Y | O | N | None Visible | |
| 8 | Residence 2 | 1 | MI | N | Y | C | N | None Visible | Resident has window view of WTC site |
| 9 | Outside | 2 | | N | | | | None Visible in Picture | |
| 9 | Common | 0 | LI | N | | C | | None Visible | Utility/road construction occurring near building and across the street from the front door. |
| 9 | Residence 1 | 0 | MI | Y | Y | C | Y | None Visible | |
| 9 | Residence 2 | 0 | MI | Y | Y | C | Y | Slight Amount | |
| 10 | Outside | 0 | | Y | | | | Slight Amount | |
| 10 | Common | 0 | SI | N | | AA | | None Visible | |
| 10 | Residence 1 | 0 | NI | N | Y | AA | Y | None Visible | View of Statue of Liberty |
| 10 | Residence 2 | 1 | SI | N | Y | AA | Y | None Visible | |
| 11 | Outside | 0 | LI | N | | | | None Visible | Looks like many dried, fallen leaves on sidewalk. |
| 11 | Common | 0 | SI | N | | MS | | None Visible | |
| 11 | Residence 1 | 0 | SI | N | Y | None | Y | None Visible | |
| 11 | Residence 2 | 0 | UNK | N | Y | UNK | Y | None Visible | Wall AC unit was removed, it was just a hole to the outside |
| 12 | Outside | 0 | | N | | | | None Visible | Looks like many dried, fallen leaves on sidewalk |
| 12 | Common | 0 | SI | N | | MS | | None Visible | |
| 12 | Residence 1 | 0 | MI | Y | Y | None | N | Large Amount | Very messy, doesn't look like "WTC dust" (has "post-move-out" look) |
| 12 | Residence 2 | 0 | SI | N | Y | None | Y | None Visible | |
| 13 | Outside | 0 | | N | | | | Slight Amount | A little messy, but does not look like WTC dust |
| 13 | Common | 0 | MI | N | | MS | | None Visible | |
| 13 | Residence 1 | 0 | MI | Y | Y | C | Y | None Visible | |
| 13 | Residence 2 | 0 | MI | Y | Y | C | Y | Large Amount | Very messy, but not with WTC dust (post-move-out look) |
| 14 | Outside | 0 | | N | | | | None Visible | Air sample from garden area; no bulk sample taken; WTC dust visible on neighboring building. |
| 14 | Common | 0 | SI | N | | C | | None Visible | |
| 14 | Residence 1 | 0 | MI | Y | U | None | Y | Large Amount | Light dust on floors; one pile of "material," could be from remodeling activity |

**Summary of Residential Sampling Survey Form Results and Review of Photographs**
(Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust in Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Residence 2 | 0 | MI | Y | U | None | Y | None Visible | Pile of trash swept into center of room; no WTC dust |
| 15 | Outside | 0 | | N | | | | None Visible | Bulk sample from roof top courtyard, |
| 15 | Common | 0 | SI | Y | | MS | | None Visible | Dust visible in (and sampled from) cracks between tiles. |
| 15 | Residence 1 | 0 | SI | Y | U | O | Y | None Visible | |
| 15 | Residence 2 | 0 | SI | N | U | O | Y | None Visible | |
| 16 | Outside | 0 | | N | | | | None Visible | |
| 16 | Common | 0 | MI | N | | C | | None Visible | |
| 16 | Residence 1 | 0 | | | | MS | | None Visible | |
| 16 | Residence 2 | 0 | LI | N | Y | O | N | None Visible | No picture |
| 17 | Outside | 0 | | N | | | | Slight Amount | Dirty/messy, but doesn't look like WTC dust |
| 17 | Common | 0 | SI | Y | | C | | None Visible | |
| 17 | Residence 1 | 0 | SI | N | Y | C | N | None Visible | |
| 17 | Residence 2 | 0 | MI | Y | U | C | Y | Slight Amount | |
| 18 | Outside | 0 | | N | | | | M | Sample looks granular and sandy, not gray like WTC dust |
| 18 | Common | 0 | LI | N | | MS | | None Visible | Leaf track-in visible |
| 18 | Residence 1 | 0 | MI | N | Y | C | N | None Visible | Window view of WTC site |
| 18 | Residence 2 | 0 | LI | N | Y | C | N | None Visible | |
| 19 | Outside | 0 | | N | | | | Moderate | |
| 19 | Common | 0 | SI | N | | C | | None Visible | Visible in, and sampled from, sidewalk joint with building; sidewalk looked cleaner. |
| 19 | Residence 1 | 0 | LI | N | Y | O | N | None Visible | |
| 19 | Residence 2 | 0 | NI | N | Y | O | N | | No picture |
| 20 | Outside | 0 | | N | | | | Unk | Too distant to see surface dust |
| 20 | Common | 0 | SI | N | | MS | | None Visible | |
| 20 | Residence 1 | 0 | NI | N | Y | O | N | None Visible | |
| 20 | Residence 2 | 0 | SI | N | Y | O | N | | No picture |
| 21 | Outside | 0 | | N | | | | None Visible | |
| 21 | Common | 0 | SI | N | | C | | None Visible | |
| 21 | Residence 1 | 0 | SI | N | Y | C | N | None Visible | |
| 21 | Residence 2 | 0 | NI | N | Y | C | N | None Visible | |

**Summary of Residential Sampling Survey Form Results and Review of Photographs**
(Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust in Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|
| 22 | Outside | 8 | | Y | | | | None Visible | Sidewalk/entrance to building and roof courtyard look clean, but |
| 22 | Common | 1 | LI | N | | C | | None Visible | there is a pile of material to sample on roof; location is unknown. |
| 22 | Residence 1 | 0 | MI | Y | Y | MS | N | None Visible | |
| 22 | Residence 2 | 0 | LI | N | Y | C | N | None Visible | |
| 23 | Outside | 0 | | N | | | | None Visible | |
| 23 | Common | 0 | SI | N | | C | | None Visible | |
| 23 | Residence 1 | 0 | MI | Y | Y | O | N | None Visible | |
| 23 | Residence 2 | 0 | MI | N | Y | O | N | None Visible | |
| 24 | Outside | 0 | | N | | O | | None Visible | |
| 24 | Common | 0 | LI | N | | MS | | None Visible | |
| 24 | Residence 1 | 0 | SI | N | Y | O | N | None Visible | |
| 24 | Residence 2 | 0 | SI | N | Y | C | N | None Visible | |
| 25 | Outside | 0 | | N | | | | None Visible | |
| 25 | Common | 0 | MI | N | | MS | | None Visible | |
| 25 | Residence 1 | 0 | NI | N | Y | O | N | None Visible | |
| 25 | Residence 2 | 0 | SI | N | Y | C | N | None Visible | |
| 26 | Outside | 0 | | N | | | | None Visible | |
| 26 | Common | 0 | NI | N | | MS | | None Visible | Floor area sampled contained some broken tiles. |
| 26 | Residence 1 | 0 | NI | N | Y | O | N | None Visible | |
| 26 | Residence 2 | 0 | SI | N | Y | O | N | None Visible | |
| 27 | Outside | 0 | | N | | | | None Visible | |
| 27 | Common | 0 | MI | N | | MS | | None Visible | |
| 27 | Residence 1 | 0 | LI | N | Y | C | N | None Visible | |
| 27 | Residence 2 | 0 | SI | N | Y | C | N | None Visible | |
| 28 | Outside | 0 | | | | | | None Visible | Bulk sample from 4-inch wide strip between two different tiled areas; |
| 28 | Common | 0 | LI | Y | | C | | None Visible | thick with granular/dusty/other material, not sure if any is WTC. |
| 28 | Residence 1 | 3 | LI | N | U | C | N | None Visible | |
| 28 | Residence 2 | 0 | MI | N | U | C | N | None Visible | |
| 29 | Outside | 0 | | N | | | | None Visible | Bulk sample from small pile at an inside corner of the building wall |

**Summary of Residential Sampling Survey Form Results and Review of Photographs**
(Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust in Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Common | 0 | NI | N | | C | | None Visible | |
| 29 | Residence 1 | 0 | SI | N | Y | O | N | None Visible | |
| 29 | Residence 2 | 0 | SI | Y | Y | O | N | None Visible | |
| 30 | Outside | 0 | | | | | | | No picture |
| 30 | Common | 0 | | | | | | | No picture |
| 30 | Residence 1 | 0 | SI | N | Y | O | N | None Visible | |
| 30 | Residence 2 | 0 | MI | N | Y | C | N | None Visible | |
| 31 | Outside | 0 | | | | | | None Visible | |
| 31 | Common | 0 | NI | N | | MS | | None Visible | |
| 31 | Residence 1 | 0 | NI | N | N | MS | Y | None Visible | |
| 31 | Residence 2 | 0 | NI | UNK | Y | O | N | None Visible | |
| 32 | Outside | 0 | | | | | | None Visible | Trash visible on sidewalk |
| 32 | Common | 0 | NI | N | | MS | | None Visible | |
| 32 | Residence 1 | 0 | NI | N | Y | O | N | None Visible | |
| 32 | Residence 2 | 0 | | | | | | | |
| 33 | Outside | 0 | | | | | | None Visible | |
| 33 | Common | 0 | | | | | | | |
| 33 | Residence 1 | 0 | | | | | | | |
| 33 | Residence 2 | 0 | NI | Y | Y | O | N | None Visible | |
| 34 | Outside | 0 | | N | | | | None Visible | |
| 34 | Common | 0 | NI | N | | MS | | None Visible | |
| 34 | Residence 1 | 0 | | | | | | | |
| 34 | Residence 2 | 0 | UNK | N | Y | O | N | None Visible | |

## Summary of Residential Sampling Survey Form Results and Review of Photographs
### (Abbreviations and terms used in the table are defined on the last page in this table.)

| Event Number | Location | Number of Broken Windows | Dust Visible Initially | Dust Visible Currently | Residence Occupied | Cleaning Method | Aggressive Sampling | Level of Dust In Photo | Photo Comments |
|---|---|---|---|---|---|---|---|---|---|

AA = asbestos abatement professionals
C = contractor
LI = large increase
M = moderate increase
MS = building management staff
N = no
NI = no increase
O = owner/tenant
SI = slight increase over normal
UNK = unknown
Y = yes

98

**Appendix C. Detailed Analytic Results**

## Results of Fiber Analyses

Results of fiber analyses in air and dust samples from 30 residential buildings (1–30) in lower Manhattan and 4 comparison buildings (31–34) above 59th Street. The range of values measured in the comparison buildings is shown in the summary of comparison areas above 59th Street.

| Building Number | Sample Location | Results From Air Samples | | | Results From Dust Samples | | |
|---|---|---|---|---|---|---|---|
| | | Fibers in Air PCM (f/cc) | Asbestos in Air TEM (f/cc) | SVF in Air SEM (f/cc) | Asbestos in Dust PLM (%) | Asbestos in Dust TEM (%) | SVF in Dust PLM (%) |
| | **Summary of Comparison Areas Above 59th Street** | | | | | | |
| | Outside | <.001–0.001 | NA | ND–<.000043 | Not Sampled | Not Sampled | Not Sampled |
| | Common | <.001–0.002 | NA | ND–0.000043 | ND | ND | ND |
| | Residences | <.001–0.003 | NA | ND–0.000087 | ND | ND | ND |
| | **Results for Individual Buildings Sampled in Lower Manhattan (Buildings 1–30)** | | | | | | |
| 1 | Outside | 0.001 | | | ND | <1 | 22 |
| 1 | Common | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 1 | Residence 1 | 0.006 | <.001 | 0.000162 | ND | NA | 20 |
| 1 | Residence 2 | <.001 | | | ND | NA | 20 |
| | | | | | | | |
| 2 | Outside | 0.003 | | | <1 | 1.2 | 28 |
| 2 | Outside co-located | Not Sampled | Not Sampled | Not Sampled | 1.3 | NA | 25 |
| 2 | Common | 0.005 | <.001 | 0.000255 | ND | NA | 27 |
| 2 | Residence 1 | <.001 | | | ND | NA | 25 |
| 2 | Residence 2 | 0.002 | | | ND | NA | 20 |
| 2 | Window sill | Not Sampled | Not Sampled | Not Sampled | <1 | <1 | 30 |
| | | | | | | | |
| 3 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 3 | Res 2 co-located | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 3 | Common | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 3 | Residence 1 | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 3 | Residence 2 | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| | | | | | | | |
| 4 | Outside | 0.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 4 | Outside co-located | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 4 | Common | 0.001 | | | ND | <1 | 15 |
| 4 | Common co-located | 0.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 4 | Residence 1 | <.001 | | | ND | <1 | 2 |
| 4 | Residence 2 | 0.001 | | | ND | <1 | 5 |
| | | | | | | | |
| 5 | Outside | 0.002 | | | 3.4 | NA | 25 |

| Building Number | Sample Location | Results From Air Samples | | | Results From Dust Samples | | |
|---|---|---|---|---|---|---|---|
| | | Fibers in Air PCM (f/cc) | Asbestos in Air TEM (f/cc) | SVF in Air SEM (f/cc) | Asbestos in Dust PLM (%) | Asbestos in Dust TEM (%) | SVF in Dust PLM (%) |
| 5 | Outside co-located | 0.003 | | | Not Sampled | Not Sampled | Not Sampled |
| 5 | Common | 0.002 | | | Not Sampled | Not Sampled | Not Sampled |
| 5 | Residence 1 | 0.002 | | | <1 | <1 | 10 |
| 5 | Residence 2 | <.001 | | | ND | <1 | 20 |
| | | | | | | | |
| 6 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 6 | Common | <.001 | | | ND | <1 | 10 |
| 6 | Res 2 co-located | 0.002 | | | Not Sampled | Not Sampled | Not Sampled |
| 6 | Residence 1 | <.001 | | | ND | ND | 15 |
| 6 | Residence 2 | <.001 | | | ND | ND | 15 |
| | | | | | | | |
| 7 | Outside | <.001 | | | ND | 1.7 | 35 |
| 7 | Common | 0.001 | | | ND | ND | 5 |
| 7 | Residence 1 | 0.001 | | | ND | ND | ND |
| 7 | Residence 2 | <.001 | | | ND | ND | 5 |
| 7 | Window sill (R2) | Not Sampled | Not Sampled | Not Sampled | ND | ND | 40 |
| | | | | | | | |
| 8 | Outside | 0.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 8 | Common | 0.002 | | | ND | ND | ND |
| 8 | Residence 1 | 0.003 | | | ND | ND | ND |
| 8 | Residence 2 | 0.002 | | | ND | ND | ND |
| | | | | | | | |
| 9 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 9 | Common | 0.001 | | | ND | ND | 7 |
| 9 | Common co-located | 0.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 9 | Residence 1 | 0.001 | | | ND | <1 | 2 |
| 9 | Residence 2 | 0.003 | | | ND | <1 | 5 |
| | | | | | | | |
| 10 | Outside | 0.001 | | | ND | ND | ND |
| 10 | Common | 0.002 | | | ND | 1.5 | 20 |
| 10 | Common, TEM re-analysis | | | | | <1 | |
| 10 | Residence 1 | 0.001 | | | ND | ND | 15 |
| 10 | Residence 2 | 0.001 | | | ND | ND | 10 |
| | | | | | | | |
| 11 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 11 | Common | <.001 | | | ND | ND | ND |
| 11 | Common co-located | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 11 | Residence 1 | <.001 | | | ND | <1 | ND |
| 11 | Residence 2 | <.001 | | | ND | 1.5 | ND |
| | | | | | | | |
| 12 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |

| Building Number | Sample Location | Results From Air Samples | | | Results From Dust Samples | | |
|---|---|---|---|---|---|---|---|
| | | Fibers in Air PCM (f/cc) | Asbestos in Air TEM (f/cc) | SVF in Air SEM (f/cc) | Asbestos in Dust PLM (%) | Asbestos in Dust TEM (%) | SVF in Dust PLM (%) |
| 12 | Common | <.001 | | | ND | ND | ND |
| 12 | Residence 1 | 0.001 | | | ND | ND | 5 |
| 12 | Residence 2 | <.001 | | | ND | ND | 5 |
| | | | | | | | |
| 13 | Outside | 0.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 13 | Common | 0.001 | | | ND | ND | ND |
| 13 | Residence 1 | 0.003 | | | ND | ND | 10 |
| 13 | Residence 2 | 0.002 | | | ND | ND | ND |
| | | | | | | | |
| 14 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 14 | Common | 0.0013 | | | ND | ND | 5 |
| 14 | Residence 1 | 0.001 | | | ND | ND | ND |
| 14 | Res 1 co-located | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 14 | Residence 2 | <.001 | | | ND | ND | ND |
| | | | | | | | |
| 15 | Outside | <.001 | | | ND | 1.9 | 72 |
| 15 | Common | 0.001 | | | ND | ND | ND |
| 15 | Residence 1 | <.001 | | | ND | <1 | ND |
| 15 | Residence 2 | <.001 | | | ND | ND | 5 |
| | | | | | | | |
| 16 | Outside | <.001 | | | ND | ND | 1 |
| 16 | Common | <.001 | | | ND | ND | ND |
| 16 | Residence 1 | Not Sampled | Not Sampled | Not Sampled | Not Sampled | Not Sampled | Not Sampled |
| 16 | Residence 2 | <.001 | | | ND | ND | ND |
| 16 | Res 2 co-located | Not Sampled | Not Sampled | Not Sampled | ND | NA | ND |
| 16 | Res 2 filter piece | Not Sampled | Not Sampled | Not Sampled | ND | NA | ND |
| | | | | | | | |
| 17 | Outside | <.001 | | | Not Sampled | Not Sampled | Not Sampled |
| 17 | Common | <.001 | | | ND | ND | 2 |
| 17 | Residence 1 | <.001 | | | ND | ND | ND |
| 17 | Residence 2 | <.001 | | | ND | ND | ND |
| | | | | | | | |
| 18 | Outside | <.001 | | | ND | ND | 30 |
| 18 | Common | <.001 | | | ND | ND | ND |
| 18 | Residence 1 | 0.002 | | | ND | ND | 30 |
| 18 | Residence 2 | 0.002 | | | ND | ND | 35 |

102