James R. Millette[1] and Michael D. Mount[2]

# APPLICATIONS OF THE ASTM ASBESTOS IN DUST METHOD D5755

**REFERENCE:** Millette, J. R. and Mount, M. D., **"Applications of the ASTM Asbestos in Dust Method D5755,"** *Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342,* M. E. Beard and H. L. Rook, American Society for Testing and Materials, 2000.

**ABSTRACT:** The American Society for Testing and Materials Standard Method D5755 (Asbestos Count Dust Method) is used by a variety of industrial hygienists, architects, engineers, laboratories and environmental consultants in their assessments of asbestos fibers in a building. Dust sampling provides information that cannot be obtained with bulk sampling or air sampling. Information obtained using Method D5755 has been used to assess the extent of contamination resulting from an accidental or unauthorized disturbance of asbestos containing material and to assist in making decisions about cleaning a potentially contaminated area. In some cases, the asbestos values in the dust have been compared to the values determined in the dust from other areas deemed to be non-contaminated. In other situations, the levels of 1,000 str/cm$^2$ or 10,000 str/cm$^2$ have been used in decision making.

**KEYWORDS:** Asbestos, Dust, ASTM D5755, Contamination, Loading Index

Asbestos may cause adverse health effects when it is inhaled. Asbestos in surface dust, therefore, presents a potential health risk if it is possible for the dust to be disturbed and the fibers become airborne. In industrial processing, the term "surface contamination" is used to describe the fouling of a surface with an undesired or unexpected material. In building assessments, "surface contamination" generally refers to the part of the settled or accumulated surface dust that contains materials that are considered to be toxic (potential health risks). According to the Occupational Safety and Health Administration (OSHA) Field Operations Manual, removable surface contamination may need to be assessed because accumulated toxic materials (i.e., asbestos, lead or beryllium) may become resuspended in air and contribute to airborne exposures [*1*]. In this article, the term "asbestos dust contamination" refers to removable

[1] Executive Director, MVA, Inc., 5500 Oakbrook Parkway, Suite 200, Norcross, GA 30093

[2] CIH, Cape Environmental Management, Inc., 2302 Parklake Dr., Suite 200, Atlanta, GA 30345

surface dust that contains asbestos fibers that might become suspended in the air and contribute to airborne exposures.

In 1988, a precursor to the American Society for Testing and Materials (ASTM) analysis method for asbestos in settled dust entitled: "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations" (D5755-95) was applied to the problem of asbestos-contaminated furnishings in a multistory office building.[2] The office areas occupied by the tenant comprised several floors in the upper part of a downtown high-rise building. Asbestos-containing dust (ACD) from asbestos in the building and an asbestos abatement project on a lower floor had contaminated the tenant's space. In addition, a fire occurring during the asbestos abatement project had distributed smoke containing ACD and soot throughout the tenant's space. In order to move furniture out of the contaminated space into offices in a new building, the prospective landlord required that the tenant ensure that asbestos-contaminated furnishings would not be moved directly into the new space without cleaning. In order to meet this requirement, an extensive decontamination program was designed and monitored. The extent of the project was large; the offices contained over 4,000 desks, chairs, file cabinets, credenzas, wall partitions, computers, telephones, typewriters and calculators. There were also objects of art and personal items that could not be discarded. The area air samples taken during the initial post-fire inspection generally were low, less than 0.02 structures per cubic centimeter (str/cc) by transmission electron microscopy (TEM); but personal samples taken during this initial walkthrough (0.07 str/cc and 0.08 str/cc by TEM) were elevated over a predetermined baseline value of 0.01 str/cc. The microvacuuming technique of dust sampling was used to determine whether surface contamination by asbestos fibers existed in the tenant spaces and to what level. Dust collection and analyses showed that some of the surfaces contained over 60,000 str/ $cm^2$. In comparison, microvacuum samples collected from the new space that contained no ACM showed levels below 150 str/$cm^2$. Within fully contained decontamination units, cleaning procedures for smooth surfaces, fabrics, and electronics were found that could achieve the surface contamination criterion of less than 150 str/$cm^2$ as tested by the microvacuum asbestos dust procedure.

In 1997, a telephone survey of TEM laboratories performed by one of the authors (MM) showed that the microvacuum asbestos dust procedure in the form of ASTM D5755 was routinely applied across the country. Of forty-eight TEM laboratories (not including multiple sites belonging to one company) surveyed from the National Institute of Standards and Technology (NIST) TEM asbestos laboratory list, thirty-five reported using ASTM D5755. Most of the laboratories (30 of 35) indicated that their clients used it for assessment of asbestos in buildings; some (9 of 30) indicated that their clients used the results for clearance activities. Discussions with the laboratories and other consultants provided some additional anecdotal information on how D5755 was being applied. Some consultants are using it for quarterly building operations and maintenance (O&M) assessment. Before purchasing a building, some buyers are contacting laboratories to use the method D5755 to assess the asbestos in dust in the building. In one situation, government office employees are given regular reports of the results of periodic dust sampling to allay fears of the build-up of asbestos contamination. In another

situation, regular dust sampling is used to monitor the build-up of asbestos levels in a facility that is no longer in use. The facility area has been cleaned and is awaiting dismantling. The monitoring for elevated levels of asbestos in the dust gives an indication of either deterioration of the material or possible vandalism. One consultant used the results of D5755 analyses which included detailed information about non-asbestos fibers for fiberglass contamination assessment in the dust samples.

**The Vacuum (Microvac) Method**

The American Society for Testing and Materials (ASTM) analysis method for asbestos in settled dust entitled: "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations" is designated D5755-95. As described in the "Summary of Test Method" for D5755-95, a sample is collected by vacuuming a known surface area with a standard 25 or 37 mm air sampling cassette using a plastic tube that acts as a nozzle. The plastic tube is attached to the inlet orifice. The sample is transferred from inside the cassette to an aqueous suspension of known volume. Aliquots of the suspension are then filtered through a membrane. A section of the membrane is prepared and transferred to a TEM grid using the direct transfer method. The asbestiform structures are identified, sized, and counted by transmission electron microscopy (TEM), using selected area electron diffraction (SAED) and energy dispersive x-ray spectroscopy analysis (EDXA) at a magnification of 15,000 to 20,000 x.

An interest in assessing asbestos in surface dust can be traced back at least to 1935 where, to evaluate hygiene conditions in asbestos plants, Hurlbut and Williams [*3*] analyzed dust that had settled on rafters for asbestos fibers. Over the years, various procedures such as scooping thick dust into canisters, wiping up dust with wet cloths and vacuuming it into cassettes have been used to collect dust for the analysis of asbestos. At first, much of the analysis of samples was qualitative; was asbestos present or not? However, the need for building owners and consultants to know how much asbestos was present led to procedures in which transmission electron microscopy was used to quantify the number of fibers present [*4,5*]. In the spring of 1989, a group of scientists engaged in dust monitoring presented a session at a meeting of the National Asbestos Council. The members of this group proposed their protocol to ASTM for development as an ASTM standard method. ASTM met the following month and the draft was introduced as a work item under Committee D22. In July of that year, asbestos experts from all over the U.S. and Canada met at the U.S. EPA Research Center in Cincinnati and discussed various methods for the analysis of asbestos in settled dust. An EPA interim draft method based on modifications of the first draft of the ASTM microvacuum method was prepared during that meeting. This draft method specified collecting a sample of settled dust from a known area on a surface and then rinsing out the collection cassette to put all the collected dust particles into suspension. The suspension was dispersed in an ultrasonic bath in a manner developed for the preparation of water samples. A portion of this suspension was filtered through a membrane filter. The filter was prepared in the same way an air sample was prepared for clearance of an asbestos project. The resulting grids were analyzed by transmission electron microscope (TEM). A value for the

asbestos on the original surface was calculated from the fibers identified by the TEM method and a result reported in terms of asbestos structures per unit area. The microvacuum procedure was approved by the ASTM in 1995. A second microvacuum procedure that results in a value of asbestos in terms of mass per unit area was also approved at the same time. It is listed as ASTM D5756-95 Method: "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Concentration". A guidance document for the two methods and other methods for assessing asbestos in dust is being developed by ASTM.

The microvacuum method has also been developed independently in other areas of environmental concern such as lead. The vacuum-filter sampling apparatus described by Que Hee in 1985 consisted of a 37 mm, 0.8 micrometer MCE filter in a plastic cassette attached to a standard industrial hygiene vacuum pump [*6*]. A 5-cm length of plastic tubing was attached to the inlet of the filter cassette, and a 45 degree angle was cut into the sampling end. Samples were collected over a 225-$cm^2$ sample area at a flow rate of 2 L/min. For lead-containing dust collection, the microvacuum method was selected by some researchers over other more powerful vacuum methods and over wipe methods for several reasons: It is applicable to a variety of surfaces (wood, linoleum, carpets, etc.); it tends to remove only the surface dust most readily available to disturbance; and is light-weight, portable, easy to use, and not dependent on household electricity [*7*]. A recent comparison of vacuum and wipe samplers for lead-containing dusts showed that the vacuum method had a significantly higher recovery from carpet but that the recovery of lead was consistently highest for the HUD wipe method from most other surfaces [*8*]. The HUD wipe method [*9*] uses commercial wipes (respirator wipe pads-alcohol free) wetted with distilled water moved over the sampling area (one square foot) in an "S" pattern using maximum pressure. The wipe is then folded in half, exposed side inward, and the procedure repeated at a 90 degree angle to the first "S".

A wet wipe procedure may also be more efficient in the collection of asbestos fibers from smooth surfaces especially when the dust may be associated with oil or grease, but the vacuuming procedure would tend to collect that dust that is most readily disturbed from all surfaces. A wet wipe asbestos dust collection procedure is being developed by ASTM D22.07.

Because dust layers over a single layer thick cannot be analyzed directly, the microvacuum procedure includes an indirect procedure to disperse the dust particles so they can be examined. Some procedures that have been developed for direct collection and analysis of dust are very useful for determining the source of the asbestos fibers in the dust but are not generally used for quantitative determinations because of overloading problems.

## Loading vs. Concentration Indices

When the consideration is surface contamination, the results of tests for many environmental pollutants are given in terms of an amount of the pollutant per unit area of surface. Radioactive contamination measurements are given in terms of dpm/100 $cm^2$, PCBs in terms of ug/100 $cm^2$ and lead in terms of ug/ $ft^2$. These are generally

considered to be in terms of a loading index, that is, how much material is present per area of surface. For asbestos, the results for D5755 are generally given in terms of asbestos structures per $cm^2$. Values in terms of structures per sq. ft. or per sq. meter are used on occasion. Multiplying the value in str/$cm^2$ by 929 gives the value in terms of str./$ft^2$ and multiplying the value in str/$cm^2$ by 10,000 gives the value in terms of str./$M^2$. Mass or weight percentage values can be calculated with ASTM Method D5756. This value is considered a concentration index. There are important differences between the two.

The number or mass of structures per area sampled (Loading) is very different from the mass percentage of asbestos to total dust (Concentration). Let us suppose that a sample of dust is taken from a building and found to contain 1% asbestos in the dust and in a control building nearby the dust is found to contain 0.001% asbestos. The building owner given this information may assume that his building is not clean compared to the control building. He will then instruct the cleaning crew to clean until his dust is the same as that in the control building. The cleaning crew cleans 90% of the dust out of his building. The 10% of the dust that is left still contains 1% asbestos unless the crew's procedure preferentially takes out asbestos (which is not likely). The building owner then sends them back to clean further. After taking out more dust, they still have the same percentage of asbestos in the dust that is left: 1%. In theory they will never be finished. If the same building owner had been told that his building dust contained 100,000 str/$cm^2$ and the control building contained 100 str/$cm^2$, he could have called his cleaning crew and seen some progress with each cleaning. After the removal of 90% of the dust, the asbestos level in his building would be 10,000 str/ $cm^2$. An additional cleaning with the same efficiency would result in a level of 1000 str/ $cm^2$. Clearly one more cleaning would reach the desired level. The story illustrates that using a loading (number or mass of structures per area sampled) measure of asbestos in the dust is much more useful in monitoring cleaning activities than a concentration measure.

## When Not to Apply D5755

It is not necessary to collect and analyze surface dust samples if pieces of building material are present that can be identified as to a known asbestos-containing material source. In the Asbestos Hazard Emergency Response Act (AHERA) documents, "asbestos debris" is defined as pieces of asbestos containing building material (ACBM) that can be identified by color, texture, or composition [*10*]. If chunks of material are present that clearly appear to be the broken pieces of an in-place ACBM, it may be assumed that an area is contaminated and surface sampling is not needed. It should be noted that both D5755-95 and D5756-95 exclude debris by using a 1 mm screen to filter the washings from the microvac cassette.

## Interpretation of Results

If the presence of asbestos is detected in dust on a given surface, the relevant question becomes whether activities associated with the area in which the dust resides

will create an elevated airborne concentration of asbestos. A published standard method for dust sampling and analysis is important for comparing sets of dust data.

Based on years of observations and experience, Millette and Hays [11] considered levels of asbestos in settled dust as determined by the microvac technique to be low if less than 1,000 str/cm$^2$ (1 million str/ft$^2$). Levels above 10,000 str/cm$^2$ were considered above general background. Levels above 100,000 str/cm$^2$ were considered high and in the range of what had been observed on surfaces outside of leaky containment areas around abatement sites. A value of 5,100 str/cm$^2$ was reported by Ewing, Dawson and Alber [12] for microvac dust samples collected outside 5 buildings located in a large city.

As resuspension of asbestos is a concern, several studies have attempted to determine a level of airborne asbestos resulting from the disturbance of a measured level of asbestos in the settled dust. The ratio between the air level (in structures/cm$^3$) and the surface loading level (in structures/cm$^2$), called the K-factor, was apparently first determined for asbestos by Carter in 1970 [13]. Using phase contrast microscopy (PCM) to measure chrysotile levels in both the dust on contaminated materials and in the air during handling of these materials, he determined a ratio of the air level to the surface dust level for handling chrysotile asbestos contaminated material. More recent studies [11,14] in which the asbestos air and surface dust levels were measured by TEM have been used to calculate additional K-factors (Table 1). These data suggest that the amount of asbestos fiber suspended into the air during a specific activity may be primarily dependent on the amount of asbestos on the surface initially and the energy of the activity. The activity in which a propane powered forklift was used caused the highest relative air levels. These data also suggest that if the settled dust levels are under 1,000 str/cm$^2$ that air levels over 0.01 str/cm$^3$ will not occur for dust disrupting procedures such as general cleaning. The data determined from the apartment cleaning test of Kelman et al. [15] tend to support that finding. In that study, an average loading of asbestos in settled dust of 4,000 str/ cm$^2$ did not produce levels of asbestos in the air above 0.02 str/cc when a vigorous, dry spring cleaning effort was pursued in an unfurnished apartment.

Three laboratory studies performed by the authors also generally support this relationship. These studies were performed in an abatement type enclosure measuring eight feet by eight feet by seven feet high. A person in a protective suit dry swept the floor for 15 minutes in three different test periods. The researcher wore a respirator and a personal air sampling unit for each test. Air samples were collected for the 15 minute activity period. There was no exhaust or air exchange during the testing. Chrysotile asbestos-containing dust was distributed onto the floor of the test chamber enclosure for each of the three tests. The chamber was cleaned between tests. The asbestos dust levels were determined using D5755 and the air levels were determined by TEM using the Asbestos Hazard Emergency Response Act (AHERA) procedure (16). The geometric mean asbestos dust loading for the first test was 560 str/cm$^2$. The air level was below 0.0024 str/cc on the individual performing the sweeping. For a mean surface dust level of 113,000 str/cm$^2$ in the second test, similar dry sweeping produced 1.2 str/cc. When a dust level of 78,000 str/cm$^2$ was swept vigorously with a broom and blown with a leaf blower in the third test, the air level was found to be 124 str/cc.

Table 1. Asbestos Levels for Dust and Air in Controlled Studies

| Activity | Surface Dust Level (str/cm$^2$) | Air Level (str/cm$^3$) Indirect | K-factor (cm$^{-1}$) | Data Source [Ref] |
|---|---|---|---|---|
| Gym-Athletic Activities | 9,700 | 0.23 | 2x $10^{-5}$ | [11] |
| Cleaning Storage Area | 870,000 | 2.7 | 3 x $10^{-6}$ | [11] |
| Warehouse (with forklift) | 8,200 | 30 | 4 x $10^{-3}$ | [11] |
| Cable Pull | 2,000,000 | 29 | 1 x $10^{-5}$ | [11] |
| Broom Sweeping | 760,000 | 54 | 7 x $10^{-5}$ | [11] |
| | | Air Level (str/cm$^3$) Direct | | |
| Conventional Carpet Cleaning | 23,000 | 0.09 | 4 x $10^{-6}$ | [14] |
| Apartment Cleaning | 4,000 | <0.02 | <5 x $10^{-6}$ | [15] |

**Application of D5755 to assessment of possible asbestos contamination**

The concern over asbestos contamination in public buildings and residences has prompted a variety of actions by a number of different asbestos consultants. The "tools" available to the consultant to aid in making decisions include: visual inspection, bulk sampling, air monitoring and surface dust analysis. Individual buildings may differ considerably and therefore each situation requires the development of a specific plan with possibly a different combination of tools to measure, evaluate and control the contamination, if present.

Those items necessary for a proper building assessment will vary somewhat by the particular situation, as well as what criteria to use in making decisions about the contamination. Determining where the contamination came from may also be important.

In addition to the fact that an assessment requires knowledge of asbestos inspection techniques and should be done in accordance with applicable local, state and federal regulations, the following steps could be included in the assessment plan in making decisions about possible cleanup options:

1. A visual assessment of the building should be performed by someone on the assessment team. Use a floorplan or sketch aids to make certain that all

rooms are examined. Look for suspect asbestos-containing material. Document obvious damage to the material.

2. Review information about previous bulk sampling and if necessary collect bulk samples of each suspect asbestos-containing material. Generally, there should be at least 3 samples collected because to be considered negative for asbestos under OSHA, three samples of a material must show a negative finding. AHERA regulations require at least 3 samples collected from a homogeneous area.

3. Collect samples of debris from each room in which it is present. Note possible source material by comparing the debris with in-place building material on the basis of color, texture and appearance.

4. If greater than 50% of rooms have debris, then it might be cost effective to assume that the entire area should be cleaned if the debris and source material are confirmed to be asbestos-containing.

5. If less than 50% of the rooms have debris, then assume rooms with debris should be cleaned and collect dust samples from the remaining rooms. These microvac dust samples could be collected as three samples in different rooms in 3 different types of situations. Three samples could be collected off high contact horizontal surfaces (tables, desks, etc.) in different rooms. Three samples could be collected from low contact horizontal areas in different rooms where there is accumulated dust. Three samples could be collected from carpeted areas or tile floor, also in different rooms.

6. Analyze the samples from high contact (low accumulation) areas first. If these are over 1000 asbestos str/ $cm^2$, it is probable that the other samples will also be elevated. If these high contact samples show low concentrations, then analyze the low contact (high accumulation) samples. If the low contact samples show low asbestos concentrations (less than 1000 str/ $cm^2$), it is probable that the concentration of asbestos in the overall building dust is low. If the high contact samples are low and the low contact samples are high, additional samples could be analyzed to provide a more complete database.

7. Review the data collected in the assessment and determine if additional information is necessary. For instance, if all the samples are high, it may not be necessary to collect samples from the HVAC system. It can be assumed that the HVAC system needs to be cleaned.

There are several ways to use the assessment information to aid in decisions on what to do about asbestos contamination in buildings. One of the best ways is to attempt

to compare assessment values with regulatory values. Unfortunately, currently there are no numerical Environmental Protection Agency (EPA) regulations that set the maximum permissible level of asbestos in the air or settled dust of a building. The EPA National Emission Standards for Hazardous Air Pollutants (NESHAP) regulates visible dust in an area where asbestos-containing material (ACM) has been identified. Any visible dust must be cleaned as ACM. However, EPA does not require sampling and analysis by any technique such as D5755 for making this decision. Visible dust in an area with ACM is treated as ACM. The Occupational Safety and Health Administration (OSHA) regulations apply to a worker if demolition or renovation involving ACM is taking place. However, the OSHA regulations may not be protective for young persons or those with health problems.

If the asbestos structure levels in the settled dust in an area are significantly higher than the levels outside the area, the area could be considered contaminated. If there are no differences between the levels of asbestos present in the dust from the area and what is found outside, the area can be concluded to be no more contaminated than other outside areas. In addition, it would not seem possible to clean the area to any better level than is found outside. This type of comparison is used in the Asbestos Hazard Emergency Response Act (AHERA) regulations to determine clearance of school classrooms in the absence of an EPA permissible air level (if the inside air samples are above the 70 str/mm$^2$ level). In AHERA the airborne concentration of asbestos in the work area after abatement is compared to the airborne concentration of asbestos in an area outside the abatement work area. The abatement work area 'passes' if it is no worse than the area outside the work area. A similar procedure could be used to compare asbestos in settled dust levels.

Under the AHERA clearance procedure, after a school room is abated and cleaned of asbestos debris and dust, aggressive air sampling is done by using a leaf blower to disturb any settled dust that might remain. This is considered a worse case disturbance of the dust. The testing is done in a contained work area that prevents any asbestos from being released into other parts of the building. It is not reasonable to use this aggressive testing in a furnished residence or occupied building as a way to assess whether or not an area is contaminated. If there is any asbestos contamination present, it may be spread over a larger area or contaminate previously uncontaminated items if vigorous dust disturbance with leaf blowers is performed. Therefore, aggressive air testing using a leaf blower is only recommended for clearance testing after cleaning and only within a proper enclosure.

With settled dust it is difficult to define where outside samples can be collected. Settled dust does not stay in one place outdoors when subjected to the elements of weather. Accumulations in protected areas may have resulted from contamination inside an area having been carried outside. The greatest difficulty in using an indoor/outdoor comparison for each area is that different areas could have very different levels of asbestos outside. Therefore one area might be considered contaminated while another with the same level would not because the comparisons are done on different levels.

A collection of data from a number of non-asbestos areas could be a useful approach in determining a baseline value. The two major difficulties with this approach are the difficulties in making certain that each non-asbestos area has never contained any

asbestos-containing building materials and in gaining access to the non-asbestos buildings.

To make judgments about what contamination occurred because of a natural disaster, information about the conditions before the disaster event is most helpful. Some information about the physical condition of an asbestos-containing ceiling may be found in old photographs but information about debris or dust levels is generally not available. However, it may be possible to perform some tests to help draw conclusions about whether or not asbestos contamination in a building resulted from the natural disaster.

In some situations it may be possible to find horizontal surface areas that were covered on the day of the disaster event. For instance, a newspaper placed on a desk on the day before the disaster can be sampled both on top and underneath for a comparison of asbestos in dust levels before and after the event. Areas that are known to have been cleaned by wet methods on the day before the event may also be useful.

Microscopical analysis of debris samples can usually establish if the debris particles are of the same combination of constituents as the apparent source material. The usual analysis of a microvac dust sample does not include information about the possible source of the asbestos in the dust. Additional microscopical analysis either with a small portion of the microvac dust preparation or another sample collected by a direct sampling procedure often can provide information about the particles associated with the asbestos fibers (matrices) and thereby provide information about the source of the fibers in the dust. This information does not establish that the asbestos levels resulted from one certain event, but rather may establish that the source of many of the fibers is inside or outside of the residence.

**Discussion and Conclusions**

Asbestos analysis laboratories are using D5755 to help clients in the assessment of where asbestos is present in the building environment and, in some cases, for clearance activities. Information provided by ASTM D5755-95 is a useful adjunct to data from bulk surveys and air monitoring in making decisions about how to handle asbestos in buildings. The method can be used to assess the extent of contamination resulting from an accidental or unauthorized disturbance of asbestos-containing material and to assist in making decisions about cleaning a potentially contaminated area. The method D5755 results in a loading index of asbestos in the dust described in terms of asbestos structures per square centimeter. Dust loading index values determined using D5755 can be compared to the values determined from the dust in other areas deemed to be non-contaminated.

Current research efforts, although limited, suggest that low levels of asbestos in the settled dust (in the range of 1,000 str/cm$^2$) do not give rise to significantly elevated levels of airborne asbestos when the dust is disturbed during normal disturbance activities such as cleaning.

**References**

[1] Occupational Safety and Health Administration (OSHA), Sampling for Surface Contamination, *OSHA Instruction CPL 2-2.20*, Washington, D.C., March 30, 1984, Chapter VIII.

[2] Hays, S.M. and Millette, J.R. DECON: a case study in technology, Asbestos Issues, Feb. 1990. Reprinted as Appendix 2, *In*: Millette, J.R. & Hays, S.M. Settled Asbestos Dust Sampling and Analysis. Lewis Publishers, Boca Raton, 236 pages, 1994

[3] Hurlbut, C.S. and Williams, C.R. The Mineralogy of Asbestos Dust, *Journal Industrial Hyg*iene, 17, 289, 1935

[4] Millette, J. R., Kremer, T., and Wheeles, R. K., Settled Dust Analysis Used in Assessment of Buildings Containing Asbestos, *Microscope*, Vol. 38, pp. 215-219, 1990.

[5] Wilmoth, R. C., Powers, T. J., and Millette, J.R., "Observations on Studies Useful to Asbestos O&M Activities", *Microscope*, Vol. 39, pp. 299-312, 1991.

[6] Que Hee, S.S., B. Peace, C.S. Clark, J.R. Boyle, et al.: Evolution of efficient methods to sample lead sources, such as house dust and hand dust, in the homes of children. *Environmental Research*, 38:77-95 (1985)

[7] Clark, C.S., Bornschein, R.L., Pan, W., Menrath, W., et al. An examination of the relationships between the U.S. Department of Housing and Urban Development floor lead loading clearance level for lead-based paint abatement, surface dust lead by a vacuum collection method, and pediatric blood lead. *Applied Occupational and Environmental Hygiene*, 10:107-110 1995

[8] Reynolds, S.J., Etre, L., Thorne, P.S., Whitten, P., Selim, M. and Popendorf, W.J., Laboratory comparison of vacuum, OSHA, and HUD sampling methods for lead in household dust. *American Industrial Hygiene Association Journal*, 58:439-446 (1997)

[9] Department of Housing and Urban Development (HUD): Lead-based paint: Interim Guidelines for Hazard Identification and Abatement in Public and Indian Housing, Washington, DC:HUD May 1991.

[10] USEPA. Asbestos-Containing Materials in Schools; Final Rule and Notice. 40 CFR Part 763, October 30, 1987.

[11] Millette, J.R. & Hays, S.M. Settled Asbestos Dust Sampling and Analysis. Lewis Publishers, Boca Raton, 236 pages, 1994

[12] Ewing, W.M., Dawson, T.A., and Alber, G.P.Observations of Settled Asbestos Dust in Buildings, *EIA Technical Journal*, Summer, 1996

[13] Carter, R.F., The measurement of asbestos dust levels in a workshop environment. United Kingdom Energy Authority, A.W.R.E. Report N0.028-70, Aldermaston, UK, 1970

[14] Kominsky, J.R., Freyberg, R.W., Chesson, J., Cain, W.C., Powers, T.J. and Wilmoth, R.C., Evaluation of Two Cleaning Methods for the Removal of Asbestos Fibers from Carpet, *American Industrial Hygiene Association Journal*, 51, 9, 500, 1990

[15] Kelman, B. J., Millette, J.R., and. Bell, J.U. Resuspension of Asbestos in Settled Dust in an Apartment Cleaning Situation, *Applied Occupational and Environmental Hygiene*, 9(11):878-878, 1994

[16] Appendix A to Subpart E - "Interim Transmission Electron Microscopy Analytical Methods", U.S. EPA, 40 CFR Part 763. Asbestos-Containing Materials in Schools, Final Rule and Notice. *Federal Register* 52(210): 41857-41894, 1987