**WILLIAM M. EWING, CIH**
**Compass Environmental, Inc.**
**1751 McCollum Parkway**
**Kennesaw, Georgia 30144**

*Education*

| | |
|---|---|
| B.S., Biology, Washington and Lee University | 1978 |
| Courses in Management, Statistics, Technology and Science Policy | 1978-1988 |
| (University of Michigan, Georgia State, Georgia Tech) | |
| Short courses in industrial hygiene, toxicology, indoor air quality | 1978-Present |
| environmental site assessments, asbestos evaluation and control | |

*Employment History*

| | |
|---|---|
| Compass Environmental, Inc. | 1993-Present |
| Technical Director | |
| Diagnostic Engineering Inc. | 1990-1993 |
| Regional Technical Director | |
| The Environmental Management Group, Inc. | 1987-1990 |
| Executive Vice President | |
| Georgia Tech Research Institute | 1981-1987 |
| Research Associate II | |
| Clayton Environmental Consultants, Inc. | 1978-1981 |
| Industrial Hygienist | |

*Experience Summary*

Mr. Ewing is currently the Technical Director for Compass Environmental, Inc. In this capacity he serves as project manager for industrial hygiene, indoor air quality, and environmental site assessments. His technical responsibilities include project design, execution and report development for private and government project sponsors. He is also responsible for research studies, preparation of papers and publications, and quality assurance. He was the Executive Vice President of The Environmental Management Group, Inc. (TEMG) prior to its acquisition by Diagnostic Engineering Inc. (DEI), where he served as Regional Technical Director. While at the Georgia Tech Research Institute (GTRI) he started the industrial hygiene laboratory, instituted the hazardous waste program for small business in Georgia, and served as an industrial hygienist under the 7(c)(1) program, sponsored by the Occupational Safety and Health Administration (OSHA). As Director of the Asbestos Programs Group, he conducted training, technical assistance, and research on asbestos in buildings, under the sponsorship of the U.S. Environmental Protection Agency (USEPA).

During the past 20 years Mr. Ewing has conducted numerous industrial hygiene, asbestos management, and indoor air quality studies. In the field of industrial hygiene he has conducted over 200 field investigations including textile mills, foundries, steel mills, health care facilities, chemical plants, and manufacturing operations. Among the indoor air quality projects, his experience includes office settings, hospitals, and studies involving off-gassing of volatile compounds from products. He has served as a consultant to the Centers for Disease Control (CDC) on airborne microbial contamination, and is currently a consultant to the U.S. Public Health Service. He is currently a consultant to the Georgia Building Authority where he conducts IAQ investigations and authored the State of Georgia IAQ manual. Since 1980, he has conducted environmental assessments for property owners, developers, mortgage bankers, and insurance companies. In the field of asbestos management and control, he has conducted surveys of over 1200 facilities, including commercial office buildings, schools, hospitals, ships, industrial plants, and government facilities.

William M. Ewing, CIH
Page 2

During the past 15 years, Mr. Ewing has frequently directed or lectured in training courses sponsored by universities, government agencies, and private interests. Topics have included respiratory protection, asbestos identification, evaluation, management, and control, advanced microscopy, polychlorinated biphenyls (PCBs), air pollution, industrial hygiene, and indoor air quality. He has directed over 50 courses and lectured in over 200 others throughout the continental United States, Alaska, Canada, and Europe.

Mr. Ewing participated in the site assessment of the aircraft carrier *USS Lexington* and development of its environmental management plan prior to its opening as a naval history museum. Much of this work involved PCBs, lead-based paint and asbestos identification and management. Mr. Ewing was responsible for preparing the Safety, Health and Emergency Response Plan (SHERP) and Contractor's Chemical Quality Control Program (CCQCP) for the fire site clean-up at Ft. Huachuca, Arizona. He has also conducted several studies related to flood or fire remediation in commercial and industrial facilities. Since 1988, he has participated in a series of studies designed to evaluate episodic exposures resulting from maintenance and custodial activities in buildings containing asbestos.

*Certifications*

| | |
|---|---|
| American Board of Industrial Hygiene (ABIH) | 1983 |
|    Certified Industrial Hygienist, Comprehensive Practice | |
|    (Certificate No. 2627, Recertified 1990, 1995, 2002) | |
| Indoor Environmental Quality Sub-specialty Exam | 1993 |
| | |
| Inspector, pursuant to USEPA Asbestos Hazard Emergency | 1987-Present |
|    Response Act (AHERA) regulations (40 CFR 763, Subpart E, | |
|    Appendix C), Certificate No. 092, Georgia Institute of Technology; | |
|    Current Certificate No. 3756-A, The Environmental Institute | |
| | |
| Management Planner, pursuant to USEPA AHERA regulations, | 1987-Present |
|    Certificate No. 083, Georgia Institute of Technology; Current | |
|    Certificate No. 3756-A, The Environmental Institute | |
| | |
| Project Designer, pursuant to USEPA AHERA regulations, | 1989-Present |
|    Certificate No. 1438, The Environmental Institute; Current | |
|    Certificate No. 1278-A, The Environmental Institute | |
| | |
| Project Supervisor, pursuant to USEPA AHERA regulations, | 1987-Present |
|    Certificate No. 3400, Georgia Institute of Technology; | |
|    Current Certificate No. 3891-A, The Environmental Institute | |
| | |
| State of Florida, Department of Professional Regulation, Licensed | 1989-Present |
|    Industrial Hygienist/Asbestos Consultant (No. IA 0000003) | |

*Awards and Honors*

| | |
|---|---|
| Georgia Tech Research Institute Award for Outstanding | 1983 |
|    Performance in Program Development | |
| Commissioned Lieutenant Colonel, Aide de Camp, Governor's Staff | 1985 |
|    by Governor Joe Frank Harris (State of Georgia) | |
| National Asbestos Council, President's Award Recipient | 1987 |
| National Asbestos Council, Outstanding Achievement Award | 1988 |
| Environmental Information Association, President's Award | 1993 |
| Elected Fellow Member Status, American Industrial Hygiene Association | 1995 |

William M. Ewing, CIH
Page 3

*Memberships*

| | |
|---|---|
| American Industrial Hygiene Association (AIHA) | 1978-Present |
| American Industrial Hygiene Association, Georgia Local Section | 1979-Present |
| American Academy of Industrial Hygiene (AAIH) | 1980-Present |
| American Conference of Governmental Industrial Hygienists(ACGIH) | 1992-Present |
| American Society for Testing and Materials (ASTM) | 1992-Present |
| Environmental Information Association (EIA) | 1992-Present |
| International Society for Indoor Air Quality | 1993-Present |
| National Asbestos Council (NAC) | 1982-1992 |
| National Institute for Building Sciences (NIBS) | 1988-Present |
| New York Academy of Sciences (NYAS) | 1987-Present |

*Offices Held*

| | |
|---|---|
| Environmental Information Association Georgia Chapter | |
|   President | 1997-1998 |
| American Industrial Hygiene Association | 1985-1986 |
|   Secretary, Georgia Local Section | |
| Environmental Information Association | 1992-1993 |
|   Treasurer | |
| National Asbestos Council | |
|   Board of Directors | 1984-1986, 1988-1991 |
|   Secretary | 1982-1983 |
|   Treasurer | 1986-1987 |

*Committees*

| | |
|---|---|
| American Industrial Hygiene Association | |
|   Air Pollution Committee | 1983-1984 |
|   Asbestos Task Force | 1985 |
|   Indoor Environmental Quality Committee | 1984-1986 |
|     Chair | 1985-1986 |
|     Member/Corresponding member | 1992-Present |
|     Chair, Regulatory Affairs Committee | 1995-1998 |
|   Policy, Standards & Guidelines Committee | 1998-2002 |
|     Secretary | 2002 |
| International Council for Building Research Studies and Documentation | |
|   Task Group for Dissemination of Indoor Air Sciences | 1998-Present |
| National Asbestos Council | |
|   Sampling and Analytical Committee | 1984-1986 |
|   Professional Registration Committee | 1988-1990 |
|   Publications Committee | 1983-1990 |
|   Conference Committee, Chair of Professional Development Courses | 1989-1990 |
|     San Antonio and Phoenix Conferences | |
| National Institute for Building Sciences | |
|   Asbestos Task Force | 1985-1988 |
|   Model Specifications Peer Review Committee (asbestos) | 1988-1992, 1994-1996 |
|   Lead Based Paint Model O&M Manual Project Reviewer | 1994 |

William M. Ewing, CIH
Page 4

U.S. Environmental Protection Agency (USEPA)
  Asbestos NESHAP External Advisory Committee                                                      1985-1986
  Evaluation of Asbestos Control Technologies (Peer Review)                  1985-1987
  AHERA Regulatory Negotiation Committee, Invited Technical Advisor       1987
  Policy Dialogue on Asbestos in Public and Commercial Buildings,         1989-1990
    Co-chair of Technical Working Group

  Publication Peer Review (USEPA)
    "Measuring Airborne Asbestos Following An Abatement Action"         1984-1985
     Publication No. EPA 600/4-85-049 (November 1985)

    "Guidelines for Conducting the AHERA Clearance Test to Determine      1987-1988
     Completion of an Asbestos Abatement Project" (1989)

    "Guidance for Preventing Asbestos Disease Among Auto Mechanics,"      1985-1986
     Publication No. EPA-560-OPTS-86-002 (June 1986)

    "Interim Procedures and Practices for Asbestos Abatement Projects,"      1984-1985
     Publication No. EPA 560/1-85-002 (June 1985)

National Institute for Occupational Safety and Health (NIOSH)
  Publication Peer Review
    "A Guide to Respiratory Protection for the Asbestos Abatement       1985-1986
     Industry," Publication No. NIOSH/EPA 560-OPTS-86-001 (September 1986)

    "An Evaluation of Glove Bag Containment in Asbestos Removal,"       1987-1988
     Publication No. DHHS(NIOSH) 90-119 (October 1990)

Department of the Navy, Naval Facilities Engineering Command
  Publication Peer Review
    "Removal and Disposal of Asbestos Materials," NAVFAC Guide Specification    1985
     NFGS-02080 (May 1985)

*Asbestos Monitor*
  Editorial Review Board                                                  1988-1993

City of New York, Department of Environmental Protection (NYC/EPD)      1987-1988
  Expert Advisory Board

American Society for Testing and Materials (ASTM)
  D22 Committee on Sampling and Analysis of Atmospheres          1992-Present
    D22.07 Asbestos                                         1992-Present
  E-6 Performance of Buildings
    Subcommittee 23, Lead Hazard Abatement                   1994-Present

Health Effects Institute (HEI)                                  1988-1989
  Research Advisory Committee

Environmental Information Association (EIA)                    1992-Present
  Editorial Review Board (Peer Reviewer)                      1992-1998
  Asbestos Committee (Co-Chair)                          1998-2000

Building Owners and Managers Association                    1987-1989
  Asbestos Committee

William M. Ewing, CIH
Page 5

US Army Corps of Engineers, Facilities Engineering Support Agency                    1984-1985
   Publication Peer Review
     "Asbestos Management and Control Handbook," TRADOC, Ft. Monroe, VA

### *Papers and Formal Presentations*

"Formaldehyde Testing in New and Occupied Mobile Homes," paper presented at the University of Texas, Austin, TX, February 1982.

"Air Sampling at 52 Asbestos Abatement Projects," paper presented at the American Industrial Hygiene Conference, Philadelphia, PA , May 1983.

"Use of Chloride-Containing Aerosol for Source Recognition During an Indoor Air Quality Contamination," with W.H. Spain, A.A. Block, and W.A. Orenstein; paper presented at the American Industrial Hygiene Conference, Detroit, MI, May 1984.

"Health Issues and Legal Aspects of Asbestos Exposure in Buildings," Strategic Planning for Cogeneration and Energy Management: Proceedings of the 8th World Energy Engineering Congress, Atlanta, GA, with E. Clay and W.H. Spain, 1985.

"Determining Emissions from Negative Air Machines During Asbestos Abatement Projects," with E. Clay, W.H. Spain and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Field Testing of High Efficiency Respirator Filters Against Airborne Asbestos Fibers," with E. Clay, W.H. Spain, and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Abatement Disposal Techniques and Airborne Exposures for Contractor Personnel," with W.H. Spain and E. Clay, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Policy During the Carter Administration," paper presented at the Jimmy Carter Presidential Library, Atlanta, GA, May 1987.

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing," with J. Chesson, T. Dawson, et al., paper presented at the 1991 American Industrial Hygiene Conference, Salt Lake City, UT, May 1991.

"An Investigation of Airborne Asbestos Concentrations During Custodial and Maintenance Activities in a Boiler Room," with E. Ewing, S. Hays, et al., paper presented at the 1992 American Industrial Hygiene Conference, Boston, MA, June 1992.

"An Equation to Express the Decay of Airborne Chrysotile Concentrations," with J. Millette and D. Keyes, poster paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Baseline Studies of Asbestos Exposure During O&M Activities," with D. Keyes, S. Hays, et al., paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Libby...A Historical Perspective," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

William M. Ewing, CIH
Page 6

"Asbestos in Settled Dust Concentrations Outdoors in New York City Before September 11, 2001," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

*Publications*

Ewing, W.M., "Clearance Sampling and the Fiber Counting Method," *National Asbestos Council Newsletter*, Vol. 1, No. 2 (June 1983).

Ewing, W.M. and W.H. Spain, "Getting to the Very Fiber of Industrial Asbestos Removal," *Occupational Health and Safety*, Vol. 53, No. 6 (June 1984).

Spain, W.H., W.M.Ewing, and E.M. Clay, "Knowledge of Causes, Controls and Prevention of Heat Stress," *Occupational Health and Safety*, Vol. 54, No. 4 (April 1985).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Health and Safety Needs Detailed in New Asbestos Abatement Survey," *Occupational Health and Safety*, Vol. 54, No. 8 (August 1985).

Block, A.B., W.A. Orenstein, W.M. Ewing, et al., "Measles Outbreak in a Pediatric Practice: Airborne Transmission in an Office Setting," *Pediatrics*, Vol. 75, No. 4 (April 1985).

Clay, E.M., M. Demyanek, W.M. Ewing, and W.H. Spain, "Protective Clothing: Its Necessity and Use," *National Asbestos Council Journal*, Vol. 2, No. 2 (1985).

Ewing, W.M., "History, Implementation and Evaluation of the Asbestos School Hazard Detection and Control Act of 1980," *National Asbestos Council Journal*, Vol. 4, No. 2 (1986).

Spain, W.H., E.M. Clay, W.M. Ewing, and M. Demyanek, "Protective Clothing, A Worthwhile Precaution for Asbestos Workers," *Occupational Health and Safety*, Vol. 55, No. 8 (August 1986).

Ewing, W.M. and D. W. Mayer, "Final AHERA Regulations Released by the EPA," *National Asbestos Council Journal*, Vol. 5, No. 4 (1987).

Ewing, W.M. and D.W. Mayer, "Under Final AHERA Rule, Schools Must Inspect For, Control Asbestos," *Occupational Health and Safety News Digest*, Vol. 4, No. 1 (January 1988).

Spain, W.H., E.M. Clay, and W.M. Ewing, "Special Problems with Respirators for Asbestos Abatement," *ECON*, Vol. 3, No. 9 (September 1988).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Local and State Regulations Becoming More Specific for Glovebag Procedures,"*Asbestos Issues* (September 1988).

Spain, W.H., W.M. Ewing, and N.P. Wickware, "Asbestos Floor Tile Removal," *Asbestos Issues*, Vol. 2, No. 9 (September 1989).

Hutton, M.D., W.W. Stead, G.M. Cauthen, A.B. Block, and W.M. Ewing, "Nosocomial Transmission of Tuberculosis Associated With a Draining Abscess," *Journal of Infectious Disease*, Vol 161 (February 1990).

Millette, J.R., W.M. Ewing, and R. Brown, "Stepping on Asbestos Debris," *Microscope*, Vol. 38, pp. 321-326 (1990).

Millette, J.R., R. Brown, and W.M. Ewing, "A Close Examination of Asbestos-Containing Debris," *National Asbestos Council Journal*, pp. 38-40 (Fall 1990).

William M. Ewing, CIH
Page 7

Keyes, D.L., J. Chesson, W.M. Ewing, et al., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above A Suspended Ceiling," *American Industrial Hygiene Association Journal*, Vol. 52 (November 1991).

Keyes, D.L., J. Chesson, S.M. Hays, R.L. Hatfield, W.M. Ewing, et al., "Re-entrainment of Asbestos From Dust in a Building with Acoustical Plaster," *Environmental Choices Technical Supplement*, Vol 1, No. 1 (1992).

Ewing, W.M., J. Chesson, T. Dawson, et al., "Asbestos Exposure During and Following Cable Installation In the Vicinity of Fireproofing," *Environmental Choices Technical Supplement*, Vol. 2, No. 1 (1993).

Ewing, W.M., "ASTM Sponsors Boulder Conference on Lead," *Environmental Choices*, Vol. 2, No. 5 (1993).

Keyes, D.L., W.M. Ewing, et al., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities," *Appl. Occup. Environ. Hyg.*, Vol 9, No. 11 (1994).

Ewing, W.M., T.A. Dawson, G.P. Alber, "Observations of Settled Asbestos Dust in Buildings," *EIA Technical Journal*, Vol. 4, No. 1 (July 1996).

Ewing, W.M., et al., *Georgia Building Authority Indoor Air Quality Manual*, Georgia Building Authority, Atlanta, GA (May 1997).

Ewing, W.M., "Further Observations of Settled Asbestos Dust in Buildings," in *Advances in Environmental Measurements for* Asbestos by M.E. Beard and H. L. Rook (Editors) ASTM Publication STP 1342, West Conshohocken, PA (1999), pp. 323-332.

Ewing, W.M., et al., *Lead Hazard Evaluation and Control in Buildings*, ISBN 0-8031-2086-9, ASTM Stock Number MNL38, ASTM, West Conshohocken, PA (2000)

**Book Reviews**

Thomas, J.D.R. (editor), Ion-Selective Reviews (Vol. 1, No. 1), *American Industrial Hygiene Association Journal*, Vol. 42, No.4 (April 1981).

National Council on Radiation Protection and Measurements, Quantitative Risk in Standard Setting, *American Industrial Hygiene Association Journal*, Vol. 43, No. 2 (February 1982).

State Planning Council (Washington, DC), The Interim Report of the State Planning Council on Radioactive Waste Management, *American Industrial Hygiene Association Journal*, Vol. 43, No. 1 (January 1982).

American Conference of Governmental Industrial Hygienists, Advances in Air Sampling, *American Industrial Hygiene Association Journal*, Vol. 50, No. 5 (May 1989).

Revised March 17, 2003

# DEPOSITION LIST FOR
# WILLIAM M. EWING, CIH
## 1998-2003

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|---|---|---|---|
| 1998 | Schwab v. AC&S, et al. | Illinois Circuit Court; Tazewall County, IL | 96 L 105 |
| 1998 | Salem Community Hospital v. W.R. Grace & Co., et al. | Cleveland, Ohio | Not known |
| 1998 | Norma I. Maysonet Robles, et al. V. United States Gysum Co. | Puerto Rico | 97-1035(DRD) |
| 1998 | Chemical Bank v. Stanley Stahl | New York State Supreme Court | 103367/04 |
| 1998 | Leo Hart, et al. V. Abex Corp., et al. | Jackson County Circuit Court, Kansas City, MO | CV97-7137 |
| 1999 | Deborah L. Balandron-Carnahan v. Copaken, White & Blitt, et al. | Jackson County Circuit Court; Kansas City, MO | 98-CV-12771 |
| 1999 | Charles & Shirlene Hicks v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 999242 |
| 1999 | Kenneth & Edna Kugelman v. Asbestos Defendants (BHC) | San Francisco Superior Court | 990559 |
| 1999 | Ernest Valerio & Doris Valerio v. A&M Insulation Co., et al. | Circuit Court; Grundy County, IL | 99 L 12 |
| 1999 | John Smithgall, et al. v. Associated Environmental, Inc. | Fulton County State Court; Atlanta, GA | 96VS-0116626 |
| 1999 | Sheldon Solow, et al. v. W.R. Grace & Co., et al. | U.S. District Court, New York | Not known |
| 1999 | State of Hawaii v. W.R. Grace & Co., et al. | U.S. District Court, Honolulu, HI | 93-4161-10 |
| 1999 | Pennsylvania Dept. of General Services, et al. v. U.S. Mineral Products Co., et al. | Commonwealth Court of Pennsylvania Philadelphia, PA | 284 MD 1990 |
| 2000 | Sterets, et al. v. Raybestos-Manhattan, Inc. et al. | San Francisco Superior Court | Not known |
| 2000 | Port Authority of New York & New Jersey v. Affiliated FM Insurance | U.S. District Court for the Northern District of New Jersey | 91-2907 |
| 2000 | Lanora G. Satterfield, et al. v. AC&S, et al. | Circuit Court of Lawrence County, IL | 99-L-11 99-L-6 |
| 2000 | Mark Lewis & Shirley Hackett v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 320036 |
| 2000 | Dorothy S. Jones v. AC & S, et al. | Circuit Court of Milwaukee County, WI | 99-CV-3542 |
| 2001 | Marilyn Thornberry, et al. v. AC&S, et al. | Circuit Court of Cook County, IL | 99-L-6180 |
| 2001 | Thomas L. Srenaski, Jr. v. Allied Signal, Inc., et al. | State of Wisconsin Circuit Court; Door County | 99 CV 080 |
| 2001 | James Castor v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 320036 |
| 2001 | David Taylor & Susan Taylor v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 320278 |
| 2001 | George Green, et al. v. Dayco, et al. | North Carolina Industrial Commission | 047397 |
| 2001 | Cigna v. Didimoi Property Holdings, N.V., et al. | Pennsylvania (Philadelphia) | 00-186-JJF |
| 2001 | Polly Burns & Brad Burns v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 320774 |
| 2001 | Donna Hansen v. Raybestos-Manhattan, Inc., et al. | Superior Court, County of San Francisco, CA | 321639 |

| 2001 | Don Lee Henderson and Marlene Henderson v. A C and S, et al. | Superior Court, County of Alameda, CA | 843027-6 |
|------|--------------------------------------------------------------|----------------------------------------|----------|
| 2001 | Marvin Boede, et al. v. Wisconsin Electric Power Company, et al. | Milwaukee County Circuit Court, WI | 98-CV-006561 |
| 2001 | Lois A. Smerker, et al  v. A & M Insulation Co., et al. | Circuit Court of Will County, IL | 99 L 686 |
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |
| 2002 | State of Illinois v. United States Gypsum, et al. | Circuit Court of Sangamon County, IL | 98-L-0061 |
| 2002 | Several personal injury (mesothelioma) cases | Superior Court, County of San Francisco, CA | Not known |
| 2002 | Armstrong Bankruptcy (Illinois, LAUSD) | Federal Bankruptcy Court, Delaware | Not known |
| 2002 | Lucy Choate v. ? (personal injury-mesothelioma) | New Orleans, LA | Not known |
| | | | |

Updated March 18, 2003

# TRIAL LIST FOR
# WILLIAM M. EWING, CIH
## 1998-2003

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|---|---|---|---|
| 1998 | James C. Westberry & Connie R. Westberry v. Mataki Kemi, AB & Gislaved Gummi, AB | U.S. District Court, Anderson, SC | 97-562-13 |
| 1998 | Port Authority of New York & New Jersey v. Allied Corp., et al. | U.S. District Court for the Southern District of New York | 91 CIV 0310 |
| 1999 | Kenneth & Edna Kugelman v. Asbestos Defendants (BHC) | San Francisco Superior Court | 990559 |
| 1999 | Charles & Shirlene Hicks v. Raybestos-Manhattan, Inc., et al. | County of San Francisco Superior Court | 999242 |
| 1999 | Pennsylvania Dept. of General Services, et al. v. U.S. Mineral Products Co., et al. | Commonwealth Court of Pennsylvania; Philadelphia, PA | 284 MD 1990 |
| 2000 | Public Service Building v. Pacific Gas & Electric Co. | State of Oregon, Portland, OR | Not known |
| 2000 | Mark Lewis & Shirley Hackett v. Raybestos-Manhattan, Inc., et al. | County of San Francisco Superior Court | 306774 |
| 2000 | Sterets, et al. v. | County of San Francisco Superior Court | Not known |
| 2001 | Marvin Boede, et al. v. Wisconsin Electric Power Co., et al. | Circuit Court, County of Milwaukee, WI | 98-CV-006561 |
| 2001 | David Taylor and Susan Taylor v. Raybestos-Manhattan, et al. | County of San Francisco Superior Court | 320278 |
| 2001 | Don Lee Henderson and Marlene Henderson v. A C and S, et al. | Superior Court, County of Alameda, CA | 843027-6 |
| 2002 | Marvin Boede, et al. v. Wisconsin Electric Power Company, et al. | Milwaukee County Circuit Court, WI | 98-CV-006561 |
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |