# CURRICULUM VITAE

Richard L. Hatfield
Senior Consultant
MAS, Inc.
3945 Lakefield Court
Suwanee, Georgia 30024
Work Telephone: (770) 866-3200

### EDUCATION

1974      Received Bachelor of Science degree; Experimental Statistics, North Carolina State University.

1978      Received Bachelor of Science degree; Geology, North Carolina State University.

### CAREER SUMMARY

Mr. Hatfield joined Materials Analytical Services in 1996 as a Senior Consultant to perform consulting services for asbestos and other environmental and materials related problems.

Mr. Hatfield joined Law Engineering in 1978 and was assigned to the U.S. EPA's "Asbestos in Schools" program in 1979. With the completion of that program and the initial attention of building managers toward the asbestos problems, Mr. Hatfield continued to assist Law by consulting with clients and developing methods to solve asbestos problems.

In 1982, Mr. Hatfield was recruited by a prominent laboratory, McCrone Environmental, to develop and manage their Atlanta based company. Their goal was to provide quality field and laboratory services for the asbestos abatement industry. These services included building surveys, air and project monitoring, consulting, expert testimony, and extensive analytical and microscopy services. During this time, the company, McCrone Environmental Services, was recognized as a leader in the specialized fields of light and electron microscopy.

During 1987, some significant changes in the industry were made, notably the formulation of Law Associates, Inc. and its subsidiary electron microscopy laboratory, Materials Analytical Services, Inc. Later in 1987, Mr. Hatfield returned to the Law Companies Group by joining Law Associates to help develop its consulting services and assist the laboratory in the development of special analytical services.

Richard L. Hatfield
Page 2

## ASBESTOS RELATED EXPERIENCE

Mr. Hatfield has been actively engaged in asbestos related services since 1979 when he served as a Technical Field Advisor for U.S. EPA's "Asbestos in Schools Program". While serving on this program, Mr. Hatfield assisted in the formulation of New York State, New Jersey and the City of New York asbestos programs. He helped with training state and local government personnel, contractors and the general public in regulations, building surveys and in work procedures associated with the discovery, control and removal of asbestos-containing materials.

Upon completion of the EPA's project, Mr. Hatfield returned to Law and began its development of asbestos related services, particularly its analytical services. Mr. Hatfield's knowledge and experience has been sought to further many other's education in dealing with asbestos-related problems. It should be noted that Mr. Hatfield's teaching experience began as a prime instructor in some of the earliest and most recognized training programs.

While directing McCrone Environmental, Mr. Hatfield began serving as an expert witness in property damage, "cost recovery" litigation. Utilizing the expertise of the microscopy laboratory, Mr. Hatfield developed procedures for the identification of asbestos-containing products and special methods for evaluation asbestos contamination in buildings. In addition to individual property damage cases, Mr. Hatfield testified at the Johns Manville Hearing for Property Damage settlements in Washington, D.C.

Upon returning to Law, Mr. Hatfield had been involved with management and training of project engineers, consulting with a broad spectrum of clients and the development of special analytical services for the laboratory, Materials Analytical Services. Working closely with Dr. Longo and the other microscopists, Mr. Hatfield shared his procedures and experience to further develop analytical testing services for building evaluation and property damage litigation.

Mr. Hatfield's knowledge and experience has been sought to further many other's education in dealing with asbestos-related problems. In addition to lecturing, Mr. Hatfield has twice taught the NIOSH Course No. 582, "Sampling and Evaluating Airborne Asbestos Dust" for the University of Alabama in Birmingham, and was appointed as an expert advisor to EPA's negotiated rule-making committee to promulgate new regulations for asbestos in schools. These regulations are known as the Asbestos Hazard Emergency Response Act (AHERA) regulations. Additionally, Mr. Hatfield has participated in the U.S. EPA's Peer Review of research projects.

Richard L. Hatfield
Page 3

## PUBLICATIONS AND PRESENTATIONS

Longo, W.E., Egeland, W.B., Hatfield, R.L., Stapleton, R., and Hubbard J., "Tremolite Analysis of Chrysotile Containing Friction and Gasket / Packing Products", ASTM Johnson Conference, Johnson Vermont, July 2002.

Longo, W.E., Egeland, W.B., Hatfield, R.L., and Newton, L.R., "Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation" Appl. Occup. Environ. Hyg. 17(1) 55-62, 2002.

Hatfield, R.L., Krewer, J.A., and Longo, W.E., "A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos Containing Materials" (M.E. Beard and H.L. Rook) in Advances in Environmental Measurement Methods for Asbestos, ASTM #STP 1342,301, January 2000.

Keyes, D. L., Chessan, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hayes, S. M., Longo, W. E. and Millette, J. R. "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above and Suspended Ceiling" Am. Ind. Hyg. Assoc. J. (52) Nov. 1991

Keyes, D. L., Chessan, J., Hayes, S. M., Hatfield, R. L., Ewing, W. M., Longo, W. E. and Millette, J. R. "Re-Entrainment of Asbestos from Dust in a Building with Acoustical Plaster" Environmental Choice, Technical Support, Volume I, (6), 1992.

Ewing, W. M., Chesson, J., Dawson, T. A., Ewing, E. M., Hatfield, R. L., Hays, S. M., Keyes, D. L., Longo, W. E., Millette, J. R., and Spain, W. H. "Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing" Environmental Choices Technical Supplement, Volume I, (2), 1993.

## PROFESSIONAL MEMBERSHIPS

1) American Industrial Hygiene Association

2) ASTM D-22 Committee

3) Environmental Information Association

4) National Institute of Building Sciences