SHEET 1 PAGE 1

1

1           UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MONTANA

3                  MISSOULA DIVISION
                      - - -
4
    UNITED STATES OF AMERICA,           )
5                                       )
              Plaintiff,                )
6                                       )
         vs.                            ) Civil Action No.
7                                       ) 01-72-M-DWM
    W.R. GRACE & COMPANY, W.R. GRACE &  )
8   CO., CONN., and KOOTENAI            )
    DEVELOPMENT CORPORATION,            )
9                                       )
              Defendants.               )
10
                      - - -
11
         Videotaped Deposition of RICHARD J. LEE
12
            Saturday, September 28, 2002
13
                      - - -
14
         The videotaped deposition of RICHARD J. LEE,
15  called as a witness by the Plaintiff, pursuant to
    notice and the Federal Rules of Civil Procedure
16  pertaining to the taking of depositions, taken before
    me, the undersigned, Terri J. Urbash, a Notary Public
17  in and for the Commonwealth of Pennsylvania, at the
    Ramada Hotel, One Bigelow Square, Pittsburgh,
18  Pennsylvania 15219, commencing at 9:03 o'clock a.m.
    the day and date above set forth.
19
                      - - -
20
              COMPUTER-AIDED TRANSCRIPTION BY
21             MORSE, GANTVERG & HODGE, INC.
                  PITTSBURGH, PENNSYLVANIA
22                    412-281-0189

23                    - - -

24

25

**MGH Court Reporters, Inc.**
719 One Bigelow Square, Pittsburgh, Pennsylvania 15219
412-281-0189, Fax 412-2814826, E-Mail mghpittsburgh@aol.com

PAGE 146

```
                                                        146
 1   when we were originally doing our side by side
 2   evaluation, was NIOSH 7400 or 7402, or a method that
 3   could have been, it could have been AHERA, it could
 4   have been Level II, it could have been ISO, that
 5   simply restricted the size classes to be the long --
 6   the Berman fibers, the Berman and Crump fibers or
 7   Stanton fibers, something that pulls out those fibers
 8   that determines in a realistic manner the potential
 9   exposure to fibers that are believed to have the
10   highest potency.  Those methods were available.
11       Q   Dr. Lee, please turn to page 33 of your
12   report.  Are you there?
13       A   Okay.
14       Q   You state, please correct me if I am wrong,
15   "EPA used the presence of amphiboles in the dust as
16   proof that an exposure pathway exists and that
17   historical exposures have occurred.  EPA ignored the
18   fact that the presence of asbestos in dust has not
19   been showed to be a predictor for airborne fiber
20   levels and that the concentrations of amphiboles in
21   the dust were far below those indicating a historical
22   exposure."  Did I read your opinion correctly?
23       A   Yes.
24       Q   Do you plan to give this opinion at trial?
25       A   If asked.
```

PAGE 147

```
                                                        147
 1       Q   Dr. Lee, are you saying that EPA attempted
 2   to show a statistical correlation between dust in
 3   homes and the amount of amphibole fibers that would
 4   have been found in air if activities disturbed that
 5   dust?
 6       A   No, I'm saying what I said there, not what
 7   you said.
 8       Q   So you don't believe that we attempted to
 9   create any kind of a statistical correlation between
10   what is in dust and what is in air?
11       A   While I don't believe it or not believe it,
12   I didn't see any evidence that you had.
13           The way I saw EPA's data set was that they
14   looked -- they were looking for pathways, they were
15   looking at airborne, they were looking at dust, they
16   were looking at soil, and if they found those, if they
17   found amphiboles in one of those media, they concluded
18   that the pathway existed; okay?
19       Q   So Doctor --
20       A   That's the context of this sentence.
21           If they had, in fact, if they have, I'd be
22   welcome to see any correlation they did on what's in
23   the air with what's in the dust at Libby, particularly
24   relative to chrysotile versus amphibole concentration.
25       Q   Doctor, is it your opinion that there is no
```

PAGE 148

```
                                                        148
 1   relationship, statistical or otherwise, between the
 2   resuspension of airborne fibers and dust that is moved
 3   by human activities?
 4       A   If the asbestos results in the dust results
 5   from building materials, results from decomposition or
 6   destruction or damage to building materials, that is
 7   true.  Dust measurements do not correlate in any
 8   manner that I have seen with air measurement.
 9       Q   So there is no relationship whatsoever?
10       A   We have found, and I don't believe anyone
11   has shown a relationship, we have found none and I
12   don't believe anyone has shown it.
13           Now --
14       Q   Doctor, let me ask you a question.
15       A   Could you wait till I'm finished?
16       Q   It depends on if you are going to be
17   responsive to my question, Doctor.
18       A   Maybe that's the rules here, but it seems
19   to me that I'm supposed to answer the question as best
20   I can without interruption, and then if I'm not
21   responsive, I don't know that -- I'm trying to be
22   responsive, but I still -- well, now I can't even
23   remember what my answer or the question was so I
24   guess --
25       Q   I'd be happy to put the question back to
```

PAGE 149

```
                                                        149
 1   you and you can answer it completely.
 2       A   If you could attempt to.
 3       Q   Is there no relationship of any kind
 4   between dust and what is in the air?
 5       A   Okay.  Let me give you my answer, which I
 6   think was being, was right on track, in my opinion,
 7   and that is, in building materials, if the dust or
 8   debris results from building material, we and others
 9   have seen no correlation with the concentration of
10   dust -- of asbestos and dust as measured by the
11   current techniques and the airborne concentrations of
12   asbestos.
13           In fact, we have solid data that says
14   billions of structures in the dust, nothing in the
15   air; okay?
16           Now, is that always the case?  The answer
17   to that is probably it depends on the form.  If you
18   have an extremely well fiberalized asbestos and it is
19   in dry -- deposited on dry dust, then under those
20   circumstances, you probably will get a correlation
21   between the amount of asbestos in dust, but you are
22   going to have to have two requirements, one, it be
23   dry, two, it be very highly fiberalized.
24       Q   Doctor, does it depends on the level of
25   activities that occurs in the dust?
```

SHEET 20 PAGE 150

**Page 150**

1  A    In those cases it would very much depend on
2  the level of activity.
3  Q    Do you believe that if somebody sweeps a
4  dusty floor, I'm not talking about asbestos now,
5  somebody sweeps a dusty floor, there is no
6  relationship to what the amount of dust is where they
7  are sweeping and what's in the air?
8  A    Well, I don't see how that -- I think my
9  previous answer answered that, but I'd cite to you an
10 EPA study in Missouri that where they did a sweeping
11 study of a variety of conditions, EPA funded, I don't
12 know who actually paid for it, but they did a variety
13 of studies in furnace rooms and the like with various
14 concentrations of asbestos and dust and found no
15 correlation, sweeping and a variety of other
16 activities.
17 Q    Is that no statistical correlation or no
18 relationship whatsoever?
19 A    They found, it is awhile since I saw it, so
20 take this as my best recollection of their finding,
21 they found no levels which would exceed an allowable
22 OSHA limit of .1 fibers.
23 Q    That was not my question, Doctor. I said,
24 "Is there a relationship between dust that is
25 disturbed by an activity and what you find in air?"

**Page 151**

1  A    Is there a relationship?
2  Q    I didn't ask if there was a relationship
3  that involved the exceedance of a standard.
4  A    I think my last answer stands. If you can
5  show that the dust is dry enough and the asbestos in
6  it was fiberalized enough, in other words, you have
7  sufficient --
8  Q    Doctor, I didn't ask about asbestos. I
9  simply asked you, is there a relationship between dust
10 and the activity that disturbs it and what you would
11 find in it?
12 A    I'm sorry. I was concentrating on this
13 case. And that answer is it depends on your
14 definition and the state of the dust.
15 Q    If I were to sweep a floor that has dust on
16 it, would you expect to see dust in the air?
17 A    The answer is -- that is a tremendous -- it
18 depends. Here is your issue. I grew up on a farm in
19 North Dakota. During midsummer during July, if I'm
20 out driving a tractor pulling a cultivator, there is a
21 dust cloud a half mile high. It rains, the next
22 morning I'm out there in that same field, there is not
23 a bit of dust being raised. I'm actively stirring up
24 the material in both cases, the difference is a half
25 percent moisture, so maybe, maybe not.

**Page 152**

1        MR. COHN: Could you mark this for me,
2  please.
3        (Thereupon, Deposition Exhibit No. 713 was
4  marked for identification.)
5  Q    Doctor, you have been handed what has been
6  marked as Exhibit 713, it is entitled "Dust And
7  Airborne Concentrations, Is There A Correlation," is
8  that not correct?
9  A    No.
10 Q    Hang on one second.
11       MR. COHN: Let's take a break for a
12 moment.
13       THE VIDEO OPERATOR: We are off the record.
14 The time is 2:05 p.m.
15       (Recess taken.)
16       THE VIDEO OPERATOR: We are back on the
17 record. The time is 2:09 p.m.
18 BY MR. COHN:
19 Q    Doctor, I am sorry about the error in
20 exhibits there. Let me try again.
21 A    All right.
22 Q    I have read it this time and I think it is
23 correct.
24       (Thereupon, Deposition Exhibit No. 714 was
25 marked for identification.)

**Page 153**

1  Q    Doctor, before you look at this one
2  exhibit, let me ask you one more question if I might
3  on dust.
4       If you had the same conditions, that is the
5  same dryness, the same size dust, everything else, and
6  you had two instances where you had the same activity
7  involved, would you expect to see the same dust in the
8  air with that activity if one increased the amount of
9  activity and the other remained the same?
10 A    On average.
11 Q    What has been put in front of you as
12 Exhibit 714, I believe, finally, is your article "Dust
13 And Airborne Concentrations, Is There A correlation"?
14 A    My article?
15 Q    Are you not the primary author?
16 A    I thought it was Chatfield.
17 Q    I'm talking about Exhibit 714.
18 A    Oh, okay. All right. Yes.
19 Q    Was this article based on --
20 A    I'm sorry, I thought you had said
21 Chatfield's article.
22 Q    No, I'm sorry, I'm talking about the one
23 that is in front of you.
24 A    All right.
25 Q    What is the article -- was this article