# Mesothelioma among Employees with Likely Contact with in-Place Asbestos-Containing Building Materials[a]

HENRY A. ANDERSON, LAWRENCE P. HANRAHAN,
JOSEPH SCHIRMER, DEE HIGGINS, AND
PRISCILLA SAROW

*Wisconsin Division of Health*
*P.O. Box 309*
*Madison, Wisconsin 53701*

When construction workers completed their tasks, care of new buildings became the responsibility of maintenance employees. Sometimes obviously, and at other times insidiously, asbestos-containing building material (ACBM) deteriorated or was physically damaged, necessitating repair or replacement. Not identified as a public health priority, such maintenance was often deferred when it was not cosmetically necessary.

Although the health hazard of asbestos exposure from thermal asbestos insulation during building maintenance work was recognized as early as 1932,[2] and concerns were raised about the potential health hazard of spray-applied ACBM in 1932[3] and 1953,[4] quantitative industrial hygiene assessment of exposure circumstances was not begun until the 1970s.[5,6] Health investigations have begun describing asbestos-associated diseases among workers exposed to ACBM during the course of their usual work.[7–12]

In 1984 the United States Environmental Protection Agency (EPA) conducted a national survey of buildings to estimate the extent of friable ACBM in existing structures. They concluded that approximately 31,000 schools and 733,000 public and commercial buildings were likely to contain such materials.[13] Priority has been placed upon addressing the ACBM in schools.

The Wisconsin Division of Health (WDOH) within the Wisconsin Department of Health and Social Services (WDHSS) has served as the lead agency for the U.S. Environmental Protection Agency's (EPA) School Asbestos Programs since 1979.

Wisconsin has 429 public-school districts containing 1,923 schools with a total of 2,230 buildings. There are an additional 986 private-school districts containing 1,014 schools with 1,142 buildings, and 18 government-school districts (state, county) with 28 schools and 107 buildings. All these schools are regulated under the Asbestos Hazard Emergency Response Act (AHERA).

Under AHERA regulations, all school districts were required to submit asbestos management plans to WDOH for review by October 1988. The WDOH developed and maintains a computerized database program for storing data abstracted

[a] This project was partly supported through cooperative agreements with the National Institute of Occupational Safety and Health (NIOSH) and the Agency for Toxic Substances and Disease Registry, No. U53-CCU500801 and No. U60-CCU502984, and the U.S. Environmental Protection Agency, No. K005903.

during the management plan review. TABLE 1 summarizes the status of ACBM identified from the inspections done to prepare the AHERA management plans.

Significantly damaged friable thermal system insulation was reported from 37% of the public-school districts, but from only 15% of the private-school districts. Significantly damaged friable surfacing ACBM was reported by 4% of public- and 1% of private-school districts. While 96% of public- and 86% of private-school districts reported nonfriable miscellaneous ACBM (primarily floor and ceiling tile), only 2% of public and 0.2% of private districts found significantly damaged miscellaneous materials.

### Wisconsin Occupational Exposure and Disease Surveillance

No national occupational exposure or disease surveillance program exists in the United States. The fragmented and unreliable status of our ability to characterize the impact of past and future work-site exposures on the public's health was characterized first in 1984 congressional testimony[14] and later in a 1987 report from the National Academy of Sciences.[15]

TABLE 1. Asbestos-Containing Materials in Wisconsin Schools: Summary of 1989 AHERA Plan Reviews

| | Thermal | | Surfacing | | Miscellaneous | |
|---|---|---|---|---|---|---|
| | Friable | Damaged | Friable | Damaged | Friable | Damaged |
| Public-school districts ($n = 411$) | 326 (79%) | 153 (37%) | 78 (19%) | 16 (4%) | 91 (22%) | 9 (2%) |
| Private-school districts ($n = 872$) | 424 (49%) | 130 (15%) | 105 (12%) | 8 (1%) | 48 ( 5%) | 2 (0.2%) |

To begin to address occupational and environmental health surveillance needs in Wisconsin, the WDHSS entered into a five-year (1984–1988) cooperative agreement with the National Institute for Occupational Safety and Health (NIOSH). The intent was to evaluate existing Wisconsin data systems for utility in occupational disease and injury surveillance and to pilot selective sentinel disease surveillance.

In 1987 the pilot surveillance activities were expanded under the NIOSH Sentinel Event Notification System for Occupational Risks (SENSOR) initiative to include sentinel physician reports and investigative intervention.

## METHODS

### Surveillance Data Systems Utilized

#### 1. Wisconsin Vital Statistics Registration System (VSRS)[16]

The Vital Statistics Registration System in Wisconsin was converted to a computer data base beginning in 1959. Cause of death is coded by a certified

nosologist using current International Classification of Disease (ICD) codes. Usual occupation of the deceased, coded by a certified nosologist using the United States Bureau of the Census Codes, became part of the initial electronic file. Beginning in 1981, usual industry was coded and added to the VSRS. Multiple cause of death coding has been employed since 1973.

## 2. Cancer Reporting System (CRS)[17]

In 1978, Wisconsin implemented a statutorily mandated, population-based, state-wide, Cancer Reporting System (CRS). All primary neoplasms, except basal cell and squamous cell carcinoma of the skin, are reportable. The system is maintained by the Wisconsin Center for Health Statistics and obtains information from all acute-care general medical-surgical hospitals in the state. Each hospitalization is reported. The CRS identifies duplicate reports, and then serially updates each case record to reflect the most current and definitive diagnoses including

**TABLE 2.** ICD Cause of Death Codes Reviewed to Identify Mesotheliomas

| ICD-7 (1958–1967) | ICD-8 (1968–1978) | ICD-9 (1979– ) |
|---|---|---|
| 158 | — | — |
| — | 158.9 | 158.9 |
| — | — | 162 |
| — | 163.0 | 163.0 |
| 197.9 | — | — |
| — | 199.1 | 199.1 |
| — | — | 199.9 |
| 211 | — | — |
| 212 | — | — |
| — | 212.3 | — |
| — | 212.4 | 212.4 |
| 227 | — | — |
| — | 228 | — |
| — | — | 229.9 |

findings at autopsy, if performed. The ICD-9 extension codes for Oncology histology (morphology) are utilized. Annually, the VSRS records are electronically searched to identify CRS fatalities. Identified matches are then incorporated into the CRS data system.

Physicians and pathology laboratories began reporting nonhospitalized patients with cancer in 1987.

### 3. Wisconsin Mesothelioma Surveillance

The VSRS and the CRS form the basis of Wisconsin's mesothelioma surveillance system.

The electronic VSRS spans three International Classification of Disease (ICD) coding revisions; ICD-7 (1958–1967), ICD-8 (1968–1978), and ICD-9 (1979–present). Unfortunately, until ICD-9, there were no codes specific for either pleural or peritoneal mesothelioma.

State nosologists were asked to identify the ICD codes most likely to have been used for mesothelioma during the periods of the different ICD revisions (TABLE 2). For the years 1959–1982, death certificates in the VSRS with these codes were identified and the individual microfilmed death certificate reviewed. Certificates with any mention of mesothelioma as a contributing cause of death were flagged.

Beginning in 1983, a system was instituted whereby, upon receipt of a death certificate with any mention of mesothelioma, a nosologist would flag the certificate at the time it was coded and the epidemiology program was notified.

The CRS informational base was searched for all mentions of ICD-9 extension, Oncology histology (morphology) codes, 9050–9053, which are indicative of mesothelioma. Cases that were not duplicates of the VSRS-identified cases were added to the surveillance system.

It was feasible to reconstruct lifetime occupational histories from medical records (since 1983, all Wisconsin in-patient medical records must contain an occupational history) augmented by interviews with next-of-kin and treating physicians. State data sources, such as professional licensure records and public employee service records, could be used to verify reports concerning length of service and public employment classification. For school employees, current AHERA building asbestos inspection reports could serve to verify the presence of ACBM and its current status in school buildings.

### Descriptive Epidemiology

This report is the first investigation to utilize the Wisconsin mesothelioma surveillance system. We chose to investigate mesothelioma deaths in which usual occupation or industry on the death certificate identified public building custodian/janitor/maintenance workers as well as commercial or manufacturing facility maintenance and repair employment.

Additionally, because there is public health concern that school teachers may be exposed to asbestos released from friable ACBM and therefore be at risk of developing mesothelioma, we investigated deaths of mesothelioma among school teachers.

We began by reviewing the death certificate information on usual occupation and industry found in the mesothelioma surveillance system. This review led to 41 detailed mesothelioma case investigations.

For this investigation, lifetime occupational histories were reconstructed utilizing four sources of information. First, CRS data and medical records were sought and, when available, reviewed to verify the diagnosis and to identify occupational history and asbestos exposure references. Second, self-administered questionnaires were sent to next-of-kin requesting information including demographics, smoking history, educational attainment (including names of schools attended), military service, father's occupation, employment history since first job, and whether the informant believed the individual had been exposed to asbestos and how. Third, a telephone interview with the next-of-kin was attempted to obtain the exposure information contained in the questionnaire when the self-administered questionnaire was not returned, or when information provided was incomplete or additional specific detail was desired. Fourth, for public employees, personnel and pension fund offices were queried to verify dates of public employment.

**TABLE 3.** Mesothelioma as a Cause of Death: Wisconsin Vital Records, 1959–1988

| Years of Death | Sex | | All |
| | Female | Male | |
| --- | --- | --- | --- |
| 1959–1963 | 3 (75%) | 1 (25%) | 4 |
| 1964–1968 | 4 (57%) | 3 (43%) | 7 |
| 1969–1973 | 6 (32%) | 13 (68%) | 19 |
| 1974–1978 | 13 (36%) | 23 (64%) | 36 |
| 1979–1983 | 25 (23%) | 86 (77%) | 111 |
| 1984–1988 | 48 (27%) | 133 (73%) | 182 |
| All | 99 (28%) | 259 (72%) | 359 |

## RESULTS

### Mesothelioma Surveillance

The mesothelioma surveillance system (1959–1989) contains 573 mesothelioma reports (160 females and 413 males). This includes 410 deaths with mesothelioma identified as an underlying or contributing cause of death (397 Wisconsin residents and 13 nonresidents who died while in Wisconsin institutions). The CRS contains an additional 77 deaths among those with diagnoses of mesothelioma for which the death certificate did not specifically mention mesothelioma (74 residents and 3 nonresidents). The vital status of the remaining 63 Wisconsin residents and 23 nonresidents is unknown.

Because the CRS was not in existence for all the years covered by the surveillance system, mortality trends were examined utilizing only the information obtained from the VSRS. TABLE 3 summarizes the 359 deaths in Wisconsin residents (1959–1988) which identified mesothelioma as an underlying or contributing cause on the death certificate. Data on some, but not all, deaths from 1989–1990 are available.

The mesothelioma case mortality for the period 1979–1988, during which the CRS was fully operational, is summarized in TABLE 4. This includes all deaths among Wisconsin residents with diagnoses of mesothelioma, whether or not the death certificate mentioned mesothelioma. The CRS identified 19% more mesothelioma deaths than did the death certificates alone.

### Mesothelioma among Maintenance Workers

TABLES 5, 6, 7, and 8 summarize the occupational information obtained from the 29 detailed investigations of those identified as performing maintenance work.

**TABLE 4.** Deaths among CRS Mesothelioma Cases: 1979–1988

| Years of Death | Sex | | All |
| | Female | Male | |
| --- | --- | --- | --- |
| 1979–1983 | 32 (23%) | 105 (77%) | 137 |
| 1984–1988 | 64 (29%) | 160 (71%) | 224 |
| All | 96 (27%) | 265 (73%) | 361 |

**TABLE 5.** Mesothelioma Deaths among School Maintenance Employees Identified by Usual Occupation and Industry on Death Certificate (DC)

**Case 1**
Type: Pleura    Sex: Male    Age: 61    Year of death: 1979    DC Occupation: Custodian    DC Industry: Public schools
*Lifetime Occupational History*
1944–1947    U.S. Army Corps of Engineers; built bridges in Europe
1947–1967    Cement and masonry work; laid sidewalks, curbs, driveways for city, worked outdoors
1968–1979    General maintenance for public school district; cleaning, washing walls, ceilings, floors, minor repairs

**Case 2**
Type: Pleura    Sex: Male    Age: 73    Year of death: 1980    DC Occupation: Painter    DC Industry: School board
*Lifetime Occupational History*
1925–1941    Painting; owned sign-writing business
1941–1946    Machine operator; cold metal forge company, stamping metal parts for military equipment
1946–1968    School district paint crew; 75% indoors, painting logos on gym floors, washed and maintained walls and ceilings during school
            year, painted exterior and interiors full time during school recesses
Comments:    Reported being present during school renovations involving removal of asbestos materials. Employed in same school district
            as Case 4.

**Case 3**
Type: Pleura    Sex: Male    Age: 65    Year of death: 1983    DC Occupation: Maintenance engineer    DC Industry: Technical college
*Lifetime Occupational History*
1935–1941    Part-line clerking jobs; pumped gasoline at small family-run station
1942–1946    U.S. Army; drove truck in Europe
1946–1951    Carpenter; building barns, some residential framing
1952–1980    Maintenance; vocational school, last 8 years supervised all maintenance staff. Participated in and later supervised annual
            cleaning and repair of boilers
Comments:    Maintenance department handled all but major renovations

(TABLE 5. *Continued*)

**Case 4**

**Type:** Pleura  **Sex:** Male  **Age:** 74  **Year of death:** 1984  **DC Occupation:** Construction supervisor  **DC Industry:** School board

*Lifetime Occupational History*

1925–1942  Residential construction; father's building company
1942–1945  Machine shop; military equipment manufacturing plant
1945–1948  Carpenter contractor
1948–1957  City building inspector
1957–1969  School district general contractor; supervised for district the building of 5 schools; participated in multiple major repair and reconstruction projects, including ceilings

*Comments:*  Calcified pleural plaque noted; awarded worker's compensation. Employed in same school district as Case 2.

**Case 5**

**Type:** Pleura  **Sex:** Male  **Age:** 68  **Year of death:** 1985  **DC Occupation:** Custodian  **DC Industry:** School system

*Lifetime Occupational History*

1936–1940  Odd jobs, surface labor at coal mine
1941–1945  U.S. Army Infantry in Europe, shot in left lung
1946–1949  Carpenter; low-income home construction
1950–1952  School; studied printing
1952–1953  Shipping department; metal parts plant
1953–1955  Machine operator; metal parts manufacturing
1955–1975  School custodian; general maintenance, carpentry, painting, plumbing repairs
1975–1980  Public library; maintenance and repair

*Comments:*  Colon cancer removed in 1954.

**Case 6**

**Type:** Pleura  **Sex:** Male  **Age:** 62  **Year of death:** 1986  **DC Occupation:** Custodian  **DC Industry:** Public school

*Lifetime Occupational History*

1941–1945  U.S. Navy; catapult operator on aircraft carrier and battleship in Pacific
1946–1947  Telephone company; installing dial telephone systems
1947–1949  Clerk in store; part-time residential construction during summers
1950–1960  Paper manufacturing company; extrusion machine operator
1960–1961  Automobile tire sales
1961–1970  Sheet-metal shop; manufactured dryers for paper companies
1971–1986  Public school custodian; helped clean boilers each year; cleaning and maintenance during school year; building repair during summer.

*Comments:*  Wife believes asbestos was used in the paper industry dryer machines, but in the assembly area of the plant not the sheet-metal shop. He did not recall handling or seeing asbestos used in the sheet-metal shop.

metal shop. He did not recall handling or seei          tos used in the sheet-metal shop.

**Case 7**
Type: Pleura     Sex: Male   Age: 52    Year of death: 1987    DC Occupation: Facilities repairman     DC Industry: University
*Lifetime Occupational History*
1950–1972     Fishing tackle manufacturing; assembled lures
1972–1987     University maintenance, facilities repair; ACBM repair performed
Comments:    Worker's compensation awarded; friable asbestos containing thermal and surfacing material abated at the school; employed at same university facility as Case 10

**Case 8**
Type: Pleura     Sex: Male   Age: 73    Year of death: 1987    DC Occupation: Cabinet maker     DC Industry: Board of education
*Lifetime Occupational History*
1937–1955     Street car/bus carpenter; repaired wooden seats, overhead compartments, rails
1955–1977     School board maintenance worker; worked in district-wide maintenance shop where all trades were housed; built cabinets in shop then installed in schools; repaired vandalism to schools; responsible for repair of all woodwork in schools; did painting
Comments:    Street-car work done in large single-room building where all types of public transit repairs were done. Wife believes their private home had water heating system had ACBM

**Case 9**
Type: Pleura     Sex: Male   Age: 77    Year of death: 1987    DC Occupation: Power plant employee     DC Industry: Elementary school
*Lifetime Occupational History*
1935–1940     Public service power plant; general labor, flue blower
1940–1941     Truck driver; beer delivery
1941–1957     School custodian; did every kind of maintenance including repair of broken pipes; kept boiler functioning
1958–1972     Tavern; owner/operator
1972–1974     Managed a drugstore
Comments:    Public-service power plant across from asbestos products manufacturing facility; lived within 1 mile of this asbestos-using plant (1935–1940)

**Case 10**
Type: Pleura     Sex: Male   Age: 56    Year of death: 1989    DC Occupation: Custodian     DC Industry: University
*Lifetime Occupational History*
1950–1953     U.S. Army Air Corp; Korea; supply officer
1953–1966     Manufacturing/assembling juvenile furniture, cribs etc.
1966–1967     Night watchman; publishing company
1967–1973     Papermill; grinder room, debarking logs, chipping logs
1974–1977     Back injury (disability); part-time self-serve gas station
1977–1978     Unemployed
1978–1989     Maintenance custodian at university; cleaning, vacuuming, light bulbs
Comments:    Maintained auditorium with crumbling acoustical asbestos ceiling, heavy dust; vacuum bags had to be emptied by hand; very dusty. Employed at same facility as Case 7.

**TABLE 6.** Mesothelioma Deaths among Public Building Maintenance Employees Identified by Usual Occupation and Industry on Death Certificate (DC)

**Case 1**

Type: Pleura   Sex: Male   Age: 65   Year of death: 1974   DC Occupation: Plumbing inspector   DC Industry: City

*Lifetime Occupational History*

1926–1940    Plumber; repairs in residential buildings and some work installing pipes under streets
1941–1943    Shipyard; steamfitter/pipefitter building submarines
1944–1954    Master plumber; new construction and repairs
1954–1974    City plumbing inspector; visited work sites to assure new and renovated plumbing met codes

**Case 2**

Type: Pleura   Sex: Male   Age: 60   Year of death: 1981   DC Occupation: Superintendent of building   DC Industry: County

*Lifetime Occupational History*

1942–1945    U.S. Navy; engineering aboard aircraft carrier
1946–1948    Theater; building maintenance
1949–1949    Tannery; laborer
1950–1980    County stationary engineer; initially full time in boiler room, then job expanded to include general maintenance in all county buildings; last 8 years located only in county courthouse doing maintenance and custodial work

**Case 3**

Type: Pleura   Sex: Male   Age: 79   Year of death: 1983   DC Occupation: Captain   DC Industry: City fire department

*Lifetime Occupational History*

1923–1925    Tractor assembly company
1926–1957    City fire department; did all jobs, promoted to captain in charge of firehouse
1957–1977    Building maintenance; did all general repairs and custodial work in sheltered workshop building

Comments:   Interstitial fibrosis on chest X-ray in 1979. Wife reports that for 2 years while working for fire department subject did part-time work with a furnace company doing service calls and may have been involved with one or two furnace installation jobs. She also reported that recently an outside contractor was brought in to do asbestos abatement in the workshop building he maintained.

**Case 4**

Type: Pleura   Sex: Male   Age: 70   Year of death: 1985   DC Occupation: Building inspector   DC Industry: City

*Lifetime Occupational History*

1932–1939    Store clerk; CCC forestry camp
1939–1945    U.S. Army; Infantry (Europe, Africa, Italy)
1946–1948    Bar supplies sales
1948–1951    Railroad; brakeman
1952–1953    Brewery warehouseman

1953–1958    Residential construction; carpenter, concrete laying
1959–1962    Manufacturing; aluminum pots & pans

| | |
|---|---|
| 1948–1951 | Railroad; brakeman |
| 1952–1953 | Brewery warehouseman |

| | |
|---|---|
| 1953–1958 | Residential construction; carpenter, concrete laying |
| 1959–1962 | Manufacturing; aluminum pots & pans |
| 1962–1966 | Residential construction |
| 1967–1972 | City building inspector |
| 1972–1984 | Mobile home construction (part-time in Texas); applied liquid roofing material |
| 1984 | Return to Wisconsin |

**DC Industry: County**

**Case 5**    Type: Pleura    Sex: Male    Age: 64    Year of death: 1988    DC Occupation: Maintenance

*Lifetime Occupational History*

| | |
|---|---|
| 1942–1946 | U.S. Army; radio operator in Alaska, some time spent as radioman on an army boat. |
| 1946–1950 | Bricklayer for residential construction |
| 1951–1966 | Switchman for railroad |
| 1967–1970 | General construction labor; built high school |
| 1971–1978 | Aerospace industry; missile parts |
| 1979–1987 | County courthouse; general maintenance and repairs |
| *Comments:* | Calcified pleural plaques noted on autopsy |

**Case 6**    Type: Pleura    Sex: Male    Age: 76    Year of death: 1989    DC Occupation: Electrical inspector

*Lifetime Occupational History*

| | |
|---|---|
| 1932–1939 | Bank clerk; teller |
| 1939–1941 | City employee; electric meter reader |
| 1941–1943 | U.S. Air Force; flight simulator training instructor, no overseas duty |
| 1943–1979 | City employee; electricians union, did work in city electric power-generating plant, city building electrical systems repair & maintenance; also electric wiring inspector for city |

**DC Industry: City**

**Case 7**    Type: Pleura    Sex: Male    Age: 53    Year of death: 1989    DC Occupation: Electrician

*Lifetime Occupational History*

| | |
|---|---|
| 1953–1956 | U.S. Marines; infantry radioman (Korea) |
| 1956–1959 | Machinery manufacturing; personnel office |
| 1959–1963 | Railroad; electrician apprentice. |
| 1963–1966 | Automobile manufacturing; personnel office, time sheets |
| 1966–1971 | Electrician for electrical contractor; worked around insulation in ceilings, walls |
| 1971–1983 | Maintenance electrician for county; worked with cables, conduits, around ACBM |
| *Comments:* | Became ill in 1983, malignant mesothelioma confirmed at autopsy; worker's compensation awarded. |

**DC Industry: County**

**TABLE 7.** Mesothelioma Deaths among Private Building Maintenance Employees Identified by Usual Occupation and Industry on Death Certificate (DC)

**Case 1**

Type: Pleura    Sex: Male    Age: 51    Year of death: 1982    DC Occupation: Building services    DC Industry: Bank

*Lifetime Occupational History*

1939–1963    Farming

1963–1975    Bank building maintenance and painting; for initial 5 years did all pipe repair work needed

1975–1977    Maintenance supervisor for all bank properties

*Comments:*    Building maintenance crews handled all maintenance and repairs except major construction renovations; awarded worker's compensation; retired in 1977 owing to diabetic vasculitis

**Case 2**

Type: Pleura    Sex: Male    Age: 69    Year of death: 1986    DC Occupation: Supervisor paint shop    DC Industry: Hospital

*Lifetime Occupational History*

1935–1946    Pioneer Corps in Israel

1946–1958    Palestine Electrical Corporation; maintenance

1958–1960    Emigrated to U.S.; cook, house painting

1960–1973    Chair company; upholstering

1973–1986    Hospital; supervised housekeeping and maintenance for hospital

**Case 3**

Type: Pleura    Sex: Male    Age: 67    Year of death: 1987    DC Occupation: Custodian    DC Industry: Church

*Lifetime Occupational History*

1937–1941    Plastering and masonry work (residential)

1941–1946    U.S. Army Air Corps; parachute packer

1937–1941    *Plastering and masonry work (residential)*

1942–1946    U.S. Army Air Corps; parachute packer
1946–1964    Master sand plasterer (no drywall)
1964–1982    Custodian (church); maintained boilers, did painting, helped remove bowling alley from church basement (including tearing out old pipes)

**Case 4**    DC Industry: Fur company
Type: Pleura    Sex: Male    Age: 82    Year of death: 1988    DC Occupation: Janitor
*Lifetime Occupational History*
1924–1930    House painter; interiors and exteriors
1930–1964    Truck driver; delivered live animals (hogs, chickens) to markets; delivered dressed meat to retail stores
1964–1969    Fur company; janitor/custodian; included maintaining and stoking coal-fired furnace and general building repairs

**Case 5**    DC Industry: Hospital
Type: Pleura    Sex: Male    Age: 77    Year of death: 1989    DC Occupation: Maintenance
*Lifetime Occupational History*
1928–1930    Meat market; service counter
1931–1937    Assembler; metal furniture manufacturing, hospital beds
1938–1939    Cheese factory
1940–1946    Shipyard, manufacturing submarines; labor inside boats
1946–1959    Dairy; whey processing; boiler room attendant; adjusted valves, gauges
1959–1967    Disability for impaired vision
1967–1977    Hospital custodian/maintenance; windows, floors; no climbing
*Comments:*    Shipyard work involved working between hulls

**TABLE 8.** Mesothelioma Deaths among Industrial Maintenance Employees Identified by Usual Occupation and Industry on Death Certificate (DC)

**Case 1**

Type: Pleura    Sex: Male    Age: 49    Year of death: 1978    DC Occupation: General maintenance    DC Industry: Industry

*Lifetime Occupational History*

1944–1950    Naval shipyard; pipefitter
1950–1955    Maintenance pipefitter; asbestos products plant
1955–1957    U.S. Army; medical corps in Washington State
1957–1961    Maintenance pipefitter; asbestos products plant
1961–1976    Maintenance pipefitter; automobile manufacturing plant

*Comments:* Father was a shipyard pipefitter; worker's compensation awarded; asbestosis with many ferruginous bodies noted at autopsy

**Case 2**

Type: Pleura    Sex: Male    Age: 36    Year of death: 1979    DC Occupation: Maintenance    DC Industry: Landscaping

*Lifetime Occupational History*

1962–1966    Farming
1966–1968    Department store clerk
1969–1970    Metal casting company; iron grills for fences, lawns
1970–1979    Landscaping for construction company; spreading gravel, hauling dirt, outside work

*Comments:* Lived with parents; father worked 1941–1970 at an asbestos pipe-producing plant; brother and brother-in-law also worked at the same plant.

**Case 3**

Type: Pleura    Sex: Male    Age: 45    Year of death: 1980    DC Occupation: Maintenance    DC Industry: Cheese company

*Lifetime Occupational History*

1953–1954    Shipyard; general labor (yard built PT boats)
1955–1956    U.S. Army; radioman
1956–1958    Telephone company; repaired telephones
1959–1966    Maintenance, hospital; repaired boiler and pipes, general building maintenance
1966–1967    Maintenance, chair-manufacturing company
1967–1978    Maintenance, soda bottling company
1967–1979    Maintenance, part-time, then full-time general building maintenance for cheese marketing company

**Case 4**

Type: Pleura    Sex: Male    Age: 62    Year of death: 1981    DC Occupation: Maintenance man    DC Industry: Manufacturing

*Lifetime Occupational History*

1935–1940    Farming, CCC camp in Northern Wisconsin
1940–1945    Railroad; general labor, laid rail ties

1946–1947    U.S. Marines; cook in Pacific
1947–1980    Maintenance, fertilizer plant; helped build plant, then hired to maintain building & equipment, handled asbestos siding and roofing materials during repairs

**Case 5**
Type: Pleura    Sex: Male    Age: 57    Year of death: 1981    DC Occupation: Building service man    DC Industry: Paper mill
*Lifetime Occupational History*
1943–1946    U.S. Navy; seaman on battleship in Pacific
1947–1951    Residential construction
1952–1960    Paper mill; building services, swept floors, changed lights, other semi-skilled jobs moving roll stock
1960–1963    Paper mill wax line operator; feed & trim stock
1963–1972    Paper mill film extrusion machine operator; load & change rolls
1972–1974    Paper mill pumper; wax refinery
1974–1976    Paper mill graphic arts facility; load press cylinders
1976–1981    Paper mill building services; service of areas above 6 feet off ground, dusted & vacuumed pipes and lights, walls; outdoor grounds (care of grass & snow)

**Case 6**
Type: Pleura    Sex: Male    Age: 43    Year of death: 1987    DC Occupation: Maintenance supervisor    DC Industry: Dairy
*Lifetime Occupational History*
1960–1963    Family farm work
1963–1964    Plastics factory laborer; packaging machine
1964–1967    U.S. Navy; engine boilerman in Pacific & Mediterranean
1968–1968    Multiple factory labor jobs
1969–1969    Welder apprentice; farm equipment manufacturing
1969–1979    Welder for dairy; maintenance, renovation & building projects
1979–1987    Maintenance supervisor for dairy
*Comments:*    Participated in the demolition of three dairy plants which contained asbestos installations

**Case 7**
Type: Pleura    Sex: Male    Age: 66    Year of death: 1989    DC Occupation: Maintenance supervisor    DC Industry: Leather products
*Lifetime Occupational History*
1944–1946    U.S. Army Infantry in Philippines
1946–1947    Drove school bus
1947–1948    Farming
1949–1954    Shipyard; in mold loft, pattern maker; construction of ore hauling ships
1954–1956    Janitor in public high school; cleaning & minor maintenance
1956–1985    Maintenance; leather products manufacturing plant; pipe & boiler maintenance, building repairs done, supervisor in later years

All 29 of the maintenance workers reviewed were male and all were diagnosed as having pleural mesothelioma. The mean duration of maintenance work was 20 years, with a range of 5 to 36 years.

Two school districts had each employed two of the ten school school maintenance workers.

Many occupational opportunities for potential asbestos exposure, in addition to maintenance work, were identified. However, for 10 (34%) of the 29 maintenance workers the only identifiable source of potential asbestos exposure was derived from their maintenance work. For five (17%), histories indicated some prior employment in occupations and industries with probable asbestos exposures: four had worked in shipyards and one person had shipyard and asbestos product manufacturing facility employment.

Opportunities for indirect occupational exposure were identified for ten who had spent time in the construction industry. Additionally, four had served aboard ship in the Navy, two of whom were likely to have spent time in the engine rooms of ships. One maintenance worker had household asbestos exposure and one had neighborhood exposure.

If it is assumed that asbestos exposure began on the first year of employment in maintenance work, it is possible to evaluate whether latency periods were sufficient to make it plausible that maintenance work asbestos exposures contributed to the occurrence of the mesotheliomas seen. The mean latency from onset of maintenance work was 26 years. For three individuals the latency was less than 15 years (9, 9, and 11 years). Such short latencies would be unusual, unless we consider the possibility of earlier asbestos exposure during construction work for two and that the third had a history of significant household asbestos exposure as a child. If these possible asbestos exposures are included in the assessment of latency, periods from first identified exposure all exceed 20 years.

### Mesothelioma among School Teachers

TABLE 9 summarizes the occupational information obtained from investigation of the 12 school teachers. There were 6 male and 6 female teachers. All 6 males were diagnosed with pleural mesothelioma, while three of the six cases in females were of peritoneal origin. For 9 (75%) of the school teachers the only identifiable potential source of asbestos exposure was derived from in-place ACBM in their schools. One male teacher had spent one season in the merchant marine aboard an iron ore–hauling ship and had worked outdoors at a coal-burning electric generation plant while attending college. Two other teachers had worked in residential construction. Unexpectedly, two of the teachers were found to be sisters. In two instances, two teachers had taught for some time in the same school.

AHERA information was available concerning the schools in which 8 of the teachers worked. Among these, 6 taught in schools containing friable surfacing material as well as thermal insulation. Two others taught in schools that contained only friable thermal insulation. The status of any ACBM in the schools of the other 4 teachers was unknown.

## DISCUSSION

### Mesothelioma Surveillance

Consistent with worldwide observations over the past 30 years,[18–20] Wisconsin has experienced a markedly increasing prevalence of mesothelioma deaths among

TABLE 9. Mesothelioma Deaths among School Teachers Identified by Usual Occupation and Industry on Death Certificate (DC)

**Case 1**

Type: Peritoneum    Sex: Female    Age: 78    Year of death: 1968    DC Occupation: Teacher    DC Industry: Teacher

*Lifetime Occupational History*

1908–1910    Grade school teacher in North Dakota

1911–1920    Teachers College; taught elementary school teacher-training courses

1920–1959    Teacher at 2-year teacher preparatory college

*Comments:*    Father was a farmer; unmarried; no neighborhood exposures; sister of Case 2. Laparotomy identified normal ovaries and no primary tumor site; surgical tissue diagnosed as mesothelioma. Status of any ACBM in schools unknown.

**Case 2**

Type: Peritoneum    Sex: Female    Age: 68    Year of death: 1970    DC Occupation: Teacher    DC Industry: Public Schools

*Lifetime Occupational History*

1921–1962    High school home economics teacher

*Comments:*    Father was a farmer; husband was a menswear salesman; no neighborhood exposures; sister of Case 1; diagnosis confirmed at autopsy. 1989 AHERA inspection found significantly damaged friable thermal insulation and friable surfacing material in the school.

**Case 3**

Type: Pleura    Sex: Female    Age: 63    Year of death: 1980    DC Occupation: Waitress trainer    DC Industry: Vocational school

*Lifetime Occupational History*

1932–1976    Hotel and restaurant waitress

1962–1976    Part-time teacher in vocational school; traveled 2–3 times a week to state vocational schools throughout Northeastern Wisconsin to conduct waitress/restaurant training courses

1977–1980    City parking ramp cashier

*Comments:*    Father was a farmer and part-time carpenter; unmarried; no factories near home; status of any ACBM in schools unknown.

**Case 4**

Type: Pleura    Sex: Male    Age: 65    Year of death: 1980    DC Occupation: Music professor    DC Industry: University

*Lifetime Occupational History*

1935–1942    Drove taxi; played piano in bands while in college

1942–1946    Traveled with armed services bands entertaining throughout Europe

1947–1953    Completed college; obtained Masters in Music; played piano in bands

1953–1978    Professor of music at a university

*Comments:*    Father a history teacher; wife a teacher; no factories near home. Music practice rooms reported to have acoustical asbestos surfacing material; back of stage used surfacing ACBM; asbestos stage curtain

**(TABLE 9, Continued)**

**Case 5**

Type: Pleura    Sex: Female    Age: 66    Year of death: 1980    DC Occupation: Teacher    DC Industry: School district

*Lifetime Occupational History*

1937–1942    Elementary school teacher
1943–1946    Office; secretarial work
1946–1955    Taught all grades in rural school
1955–1977    Elementary school teacher in different district

*Comments:*    Father was a farmer; husband ran a mink farm. Mastectomy in 1959; received radiation therapy. Mesothelioma on opposite side from mastectomy. 1989 AHERA inspections found friable thermal insulation and friable surfacing material in the schools she taught in in 1955–1977. Earlier school's ACBM status unknown.

**Case 6**

Type: Pleura    Sex: Male    Age: 81    Year of death: 1981    DC Occupation: School teacher    DC Industry: Education

*Lifetime Occupational History*

1920–1974    Teacher at parochial schools in Texas, Oklahoma, South Dakota, Illinois, Minnesota, Wisconsin (history, math, Bible classes)
1920–1974    Carpenter during summers working on renovation, remodeling and new residential jobs.

*Comments:*    Father was a farmer; wife a teacher; no military service; no neighborhood exposures. Status of any ACBM in schools unknown.

**Case 7**

Type: Pleura    Sex: Male    Age: 48    Year of death: 1981    DC Occupation: Professor of architecture    DC Industry: University

*Lifetime Occupational History*

1950–1952    Summer construction work; driving wood pilings at dam sites
1953–1961    University degree program; part-time work at a cement plant and electrical supplies wholesaler
1961–1981    University professor of architecture; research on urban renewal

*Comments:*    Father was an engineer; commercial building; federal government projects in the Tennessee valley. While at cement company, subject helped with the cleaning of an old closed cement plant. Wife is an architect; home not near factories. University office contained asbestos covered pipes—since removed as part of an asbestos abatement project.

**Case 8**

Type: Pleura    Sex: Male    Age: 50    Year of death: 1984    DC Occupation: Teacher    DC Industry: Public schools

*Lifetime Occupational History*

1953–1954    Seaman on iron ore boats; coal passer
1954–1955    Paper mill machine operator (Idaho)
1956–1958    U.S. Army medic; EKG technician at Hawaii hospital
1959–1966    College; part-time/full-time work for power plant; worked outside with coal piles and coal transport system. Cut up scrap metal with welding torch for short time
1966–1968    Teacher corps in Texas; training in special education
1968–1984    Teacher; special education classes; football coach

*Comments:*    Father ran shoe repair store. Wife reports the coach's room/office was in the basement of the school, had many pipes running through it from the boiler room nearby. Taught in same school as Case 10. 1989 AHERA inspection identified significantly damaged friable thermal insulation in all schools subject taught in.

**Case 9**

Type: Pleura    Sex: Female    Age: 80    Year of death: 1985    DC Occupation: Teacher      DC Industry: Secondary school

*Lifetime Occupational History*
1925–1946   High school teacher (Latin)
1947–1956   Homemaker
1957–1960   Part-time Latin & history high school teacher
1960–1967   Full-time Latin & history high school teacher

*Comments:* Father ran a retail store; family lived in apartment on 2nd floor above store, basement unused but did have boiler and pipes which may have been covered with asbestos; husband was a high school teacher; no factories near residence. Taught in same school as Case 10. 1989 AHERA inspection found significantly damaged thermal insulation and surfacing material in school

**Case 10**

Type: Pleura    Sex: Female    Age: 49    Year of death: 1986    DC Occupation: Home economics teacher      DC Industry: Education

*Lifetime Occupational History*
1958–1959   North Dakota high school teacher (home economics)
1960–1961   Interior decorator
1962–1963   Wisconsin high school teacher (home economics)
1964–1966   Part-time Wisconsin high school teacher (home economics)
1966–1984   Full-time Wisconsin high school teacher (home economics)

*Comments:* Father was a railroad depot agent; husband a teacher; no environmental exposure. 1989 AHERA inspection identified friable thermal insulation in all schools subject taught in and significantly damaged surfacing material in one. Taught in the same school as Case 9 (1962–63) and Case 8 (1964–66).

**Case 11**

Type: Pleura    Sex: Male    Age: 91    Year of death: 1987    DC Occupation: Professor emeritus      DC Industry: University

*Lifetime Occupational History*
1920–1925   Waiter in restaurant while in school
1925–1965   Electrical engineer; professor of mathematics at University

*Comments:* No military service; father a farmer; no neighborhood industry. Status of ACBM in university unknown.

**Case 12**

Type: Pleura    Sex: Male    Age: 43    Year of death: 1987    DC Occupation: Teacher      DC Industry: Elementary & high school

*Lifetime Occupational History*
1964–1969   6th grade teacher
1970–1972   U.S. Army meteorologist in Vietnam and Germany
1972–1972   Returned to school for reading specialist certificate
1973–1986   Special education teacher traveling to all district schools

*Comments:* Father a farmer; no neighborhood factories. 1989 AHERA inspections found friable thermal insulation in all schools subject taught in. Friable surfacing material in one school he began teaching at in 1973.

both sexes. The five years from 1984 to 1988 accounted for close to the same number of mesothelioma deaths (182) as occurred in the preceding 25 years (177). As seen in TABLE 3 nearly three-quarters of all cases occurred among males. The ratio of cases in males to those in females has doubled from 1.3 (1959–1973) to 2.8 (1974–1988) as the number of male cases increased earlier and more rapidly. Over the past decade (1979–1988), the ratio of male to female cases (3.0) has remained constant. The magnitude of the increase in cases among Wisconsin females, especially over the decade 1979–1988 is greater than that reported by others.[21] These differences may partly be due to our inclusion of data from more recent years (1986–1988). This observation in Wisconsin is undergoing further investigation.

When TABLE 3 is compared with TABLE 4, it can be seen that over the period of CRS full implementation (1979–1988) the death-certificate-only data underestimated mesothelioma deaths by 24% among females and 17% among males. Histopathologic study of surgical biopsy or autopsy tissue was used to establish the final diagnosis in 99% of the CRS mesothelioma deaths.

## Mesothelioma Case Investigations

Epidemiologic analyses utilizing death-certificate characterization of usual occupation and industry have been useful in occupational and environmental health research.[22] We found usual occupation and industry as listed on the Wisconsin death certificate a useful starting point in identifying individuals for further investigation who were likely to have performed maintenance work or taught school for significant periods.

While the listing of maintenance work on the death certificate was confirmed by the in-depth interviews, it must be kept in mind that in the mesothelioma surveillance system there are certainly more individuals who had performed maintenance tasks than are discussed here. It is likely that instances occur where maintenance was not considered the usual occupation of the individual by the physician completing the certificate of death. The full assessment of the contribution of maintenance work to the occurrence of mesothelioma in Wisconsin will not be known until we have gathered full lifetime occupational histories on all the mesothelioma surveillance system reports.

We conclude that in the absence of access to complete lifetime occupational histories, usual occupation and industry as listed on the death certificate are useful in identifying individuals who are likely to have spent significant proportions of their employment in the identified occupation and industry, but will miss others with short-term employment which may add to the cumulative risk of disease.

### Maintenance Employment

Building or industrial plant facility maintenance work often requires skills in multiple trades (such as plumbing, carpentry, painting, electrical work, and pipe and boiler repair and maintenance). We found that in 23 of the 29 cases, the work performed was of such a general nature.

Given the diversity of skills needed, it is not surprising that many of the maintenance workers had also worked in the construction industry and that five had worked in shipyards. General construction work has been identified as a possible source of intermittent asbestos and could have added to the cumulative lifetime asbestos exposure of our cases.[23–25]

All of the maintenance workers were likely to have performed tasks around thermal asbestos materials. It was commonly reported that periodic maintenance of boilers and pipes was performed either by the individuals or in their vicinity. Mention of acoustical or surfacing material was less common.

The patients reported in cases 7 and 10 in TABLE 5 were employed at the same university facility, which was known to have friable thermal and acoustical ACBM. A similar situation was described in the school district in which the patients in cases 2 and 4 in TABLE 5 had both worked. It is unlikely that these clusters are due to chance alone.

An unexpected observation was that four (17%) of the patients had served 4-year enlistments in the U.S. Navy. Two (one a boilerman and the other an engineer) spent time in the engine room and were probably exposed to asbestos aboard ship. The other two served aboard ship and may also have been indirectly exposed. A recent report of the mortality of United Kingdom military serviceman (those with more than 5 years of service) found an excess of mesothelioma among the Royal Navy servicemen (7 cases of mesothelioma).[26] Asbestos diseases have also been reported among long-term merchant seamen.[27,28] It is important to consider military service when investigating possible sources of asbestos exposure when mesothelioma develops.

### School Teachers

This is the first report that systematically investigates possible sources of asbestos exposure among school teachers with mesothelioma. In 9 of the 12 cases, the only potential source of asbestos exposure identified was in-place ACBM.

It was unexpected to find two teachers who were sisters. The occurrence of more than one mesothelioma in a family is a very rare event. The world medical literature contains less than 10 reports of family clustering of mesothelioma.[29,30] In each instance, exposure to asbestos (occupational and/or environmental) has been identified. The two sisters in our series fit the pattern described in these reports—sharing a similar tumor site and histology. It was postulated by both Martensson[29] and Lynch[30] that a hereditary predisposing factor may exist which is especially sensitive to induction by asbestos. If such is the case, our sisters probably received their induction dose of asbestos from ACBM within their schools. AHERA reports indicate that friable thermal and surfacing material were present in the school of one of the sisters. The school in which the other sister taught no longer exists and no information is currently available whether ACBM was in the school.

Considering the rarity of mesothelioma and the more than 3,000 schools in the state, it was unexpected to find two school clusters of two cases among the 12 teachers investigated. In both instances significantly damaged thermal and surfacing ACBM was present in 1988–89. The status of ACBM at the time the teachers were in the schools is unknown.

### CONCLUSION

Our investigation of mesothelioma cases in Wisconsin with school, residential, commercial and factory maintenance and repair employment identified asbestos exposure in every instance. For most, the opportunities for asbestos exposure came from multiple jobs, including maintenance work. However, in 10 (34%), the only identifiable likely source of asbestos exposure was to in-place ACBM, probably intermittently disturbed while maintenance activities were performed. We

conclude that building maintenance workers are at increased risk to develop mesothelioma from exposure to in-place ACBM.

We report 12 mesothelioma deaths among school teachers. For 9, the only likely source of asbestos exposure was to in-place ACBM. Two teachers, with similar peritoneal mesotheliomas, were sisters. All previous sibling clustering of mesothelioma reports have identified asbestos exposure to the siblings. This suggests that our two teachers must have been exposed to asbestos, most likely during each of their 40+ years of teaching.

Especially for the maintenance staff in the public school buildings, the high prevalence (36%) of significantly damaged friable thermal insulation described in our AHERA plan reviews represents a serious concern and underscores the need for strict operations and maintenance programs including repair and/or removal of such material. Rapid implementation of rigorous operations and maintenance programs is needed to prevent future asbestos exposure to the large existing maintenance work force and the even larger population of building residents whose health may be jeopardized by episodic environmental contamination by inadequate maintenance and operational precautions.

## SUMMARY

The occurrence of mesothelioma is a sentinel event in occupational and environmental disease.[1] A mesothelioma surveillance system was established utilizing existing computerized Wisconsin vital statistics data maintained since 1959 and a Cancer Reporting System (CRS) established in 1978.

Review of the death certificate listing of usual occupation and industry from 487 mesothelioma deaths in Wisconsin from 1959 to 1989 led to the investigation of 41 persons with likely exposure to inplace asbestos-containing building materials (ACBM): 12 school teachers, 10 school maintenance employees; 7 public building maintenance workers, 5 private building maintenance workers, and 7 commercial and factory workers performing maintenance activities.

For 10 (34%) of the 29 maintenance workers the only source of asbestos exposure identified was their maintenance work. For five (17%) histories indicated some prior employment in occupations and industries with probable asbestos exposures. Opportunities for indirect occupational exposure were identified for ten who had been employed in the residential construction industry. One maintenance worker was exposed to asbestos in the household and another had neighborhood exposure.

For 9 (75%) of the school teachers, the only identifiable potential source of asbestos exposure was derived from in-place ACBM in schools. One teacher had spent a season in the merchant marine aboard an iron ore–hauling ship and 2 had worked in the residential construction industry. Two of the teachers were sisters, and in two instances, two teachers had taught in the same school facility.

We conclude that individuals occupationally exposed to in-place ACBM are at risk for the subsequent development of mesothelioma.

## ACKNOWLEDGMENT

We wish to thank the Center for Health Statistics of the Wisconsin Division of Health for their assistance in providing access to data from the Wisconsin Cancer Reporting System and Wisconsin mortality vital statistics.

## REFERENCES

1. RUTSTEIN, D. D., R. J. MULLAN, T. M. FRAZIER, W. E. HALPERIN, J. M. MELIUS & J. P. SESTITO. 1983. Sentinel health events (occupational): A basis for physician recognition and public health surveillance. Am. J. Publ. Health 73(9): 1054–1061.

2. RUSSELL, A. E. 1933. Proceedings of a Conference concerning Effects of Dusts upon the Respiratory System, November 16–17, 1932. Industrial Commission of Wisconsin. Madison, WI.

3. 1932. Annotations: Asbestos in London tube railways. Lancet i: 410.

4. McLAUGHLIN, A. E. G. 1953. The prevention of the dust diseases. Lancet i:49–53.

5. LUMLEY, K. P. S., P. G. HARRIES & F. J. O'KELLY. 1971. Buildings insulated with sprayed asbestos: A potential hazard. Ann. Occup. Hyg. 14: 255–257.

6. SAWYER, R. N. & C. M. SPOONER. 1978. Sprayed asbestos-containing materials in buildings: A guidance document. EPA450/2-78-014. National Technical Information Service (NTIS). Springfield, VA.

7. MILHAM, S., JR. 1978. Mortality experience of the AFL-CIO United Brotherhood of Carpenters and Joiners of America 1969–1970 and 1972–1973. Department of Health, Education and Welfare (NIOSH) Publication No. 78–152. Cincinnati, Ohio.

8. HILT, B., S. LANGARD, A. ANDERSEN & J. ROSENBERG. 1985. Asbestos exposure, smoking habits, and cancer incidence among production and maintenance workers in an electrochemical plant. Am. J. Ind. Med. 8: 565–577.

9. LILIS, R., S. DAUM, H. ANDERSON, M. SIROTA, G. ANDREWS & I. J. SELIKOFF. 1979. Asbestos disease in maintenance workers of the chemical industry. Ann. N.Y. Acad. Sci. 330: 127–135.

10. YOUNG, I., S. WEST, J. JACKSON & P. CANTRELL. 1981. Prevalence of asbestos-related lung disease among employees in non-asbestos industries. Med. J. Aust. 1: 464–467.

11. OLIVER, L. C., N. L. SPRINCE & R. E. GREENE. 1989. Asbestos-related disease in public school buildings (abstract) Am. J. Rev. Resp. Dis. 139(4): 211.

12. SELIKOFF, I. J. & S. M. LEVIN. 1990. Radiological abnormalities and asbestos exposure among custodians of the New York City Board of Education. Report to the New York City Board of Education. Environmental Sciences Laboratory. Mount Sinai School of Medicine, New York, NY. (Also in this volume.)

13. U.S. ENVIRONMENTAL PROTECTION AGENCY. 1984. Asbestos in buildings: National survey of asbestos-containing friable materials. EPA 560/5-84-006. NTIS. Springfield, VA.

14. U.S. CONGRESS, HOUSE OF REPRESENTATIVES. 1984. Report on occupational illness data collection: Fragmented, unreliable, and seventy years behind communicable disease surveillance. Government Printing Office. Washington, DC.

15. POLLACK, E. S. & D. G. KEIMIG. Eds. 1987. Counting Injuries and Illnesses in the Workplace: Proposal for a Better System. Committee on National Statistics. National Academy Press, Washington, DC.

16. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES. 1989. Description of the Wisconsin Center for Health Statistics (rev. 1989).

17. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES. Center for Health Statistics. 1988. Cancer in Wisconsin, 1987. Madison, WI.

18. FERGUSON, D. A., G. BERRY, T. JELIHOVSKY, S. B. ANDREAS, A. J. ROGERS, et al. 1987. The Australian mesothelioma surveillance program 1979–1985. Med. J. Aust. 147: 166–172.

19. JONES, R. D., D. M. SMITH & P. G. THOMAS. 1988. Mesothelioma in Great Britain in 1968–1983. Scand. J. Work Environ. Health 14: 145–152.

20. MEIJERS, J. M. M., H. T. PLANTEYDT, J. J. M. SLANGEN, G. M. H. SWAEN, C. VAN VLIET & F. STURMANS. 1990. Trends and geographical patterns of pleural mesotheliomas in the Netherlands 1970–87. Br. J. Ind. Med. 47: 775–781.

21. McDONALD, J. C., P. SEBASTIEN, A. D. McDONALD & B. CASE. 1989. Epidemiological observations on mesothelioma and their implications for non-occupational exposure. *In* Non-Occupational Exposure to Mineral Fibres. J. Bignon, J. Peto & R. Saracci. Eds. IARC. Lyon, France.

22. MILHAM, S., JR. 1976. Occupational mortality in Washington State, 1950–1971, vols.

**ANNALS NEW YORK ACADEMY OF SCIENCES**

I–III. U.S. Department of Health, Education, and Welfare: (NIOSH) Publication No. 77-189. Cincinnati, Ohio.

23.  McDonald, A. D. 1979. Mesothelioma registries in identifying asbestos hazards. Ann. N.Y. Acad. Sci. **330:** 441–454.

24.  Baker, E. L., R. Dagg & R. E. Greene. 1985. Respiratory illness in the construction trades: The significance of asbestos disease among sheet metal workers. J. Occup. Med. **27**(7): 483–489.

25.  Michaels, D., S. Zoloth, M. Lacher, E. Holstein. R. Lilis & E. Dricker. 1987. Asbestos disease in sheet metal workers. II: Radiologic signs of asbestos among active workers. Am. J. Ind. Med. **12:** 595–603.

26.  Darby, S. C., C. R. Muirhead, R. Doll, G. M. Kendall & B. Thakrar. 1990. Mortality among United Kingdom servicemen who served abroad in the 1950s and 1960s. Br. J. Ind. Med. **47:** 793–804.

27.  Selikoff, I. J., R. Lilis & S. Levin. 1990. Asbestotic radiological abnormalities among U.S. merchant marine seamen. Br. J. Ind. Med. **47:** 292–297.

28.  Kelman, H. R. & F. Kavaler. 1990. Cancer mortality among merchant seamen in the United States 1973–1978. Acta Oncol. **11**(3): 253–260.

29.  Martensson, G., S. Larsson & L. Zettergren. 1984. Malignant mesothelioma in two pairs of siblings: Is there a hereditary predisposing factor? Eur. J. Respir. Dis. **65:** 179–184.

30.  Lynch, H. T., D. Katz & S. E. Markvicka. 1985. Familial mesothelioma: Review and family study. Cancer Genet. Cytogenet. **15:** 25–35.