# Asbestos-related Radiographic Abnormalities in Elevator Construction Workers

EDDY A. BRESNITZ, MURRAY J. GILMAN, EDWARD J. GRACELY, JIM AIROLDI, ERIC VOGEL, and WARREN GEFTER

Division of Occupational and Environmental Medicine, Department of Community and Preventive Medicine, Medical College of Pennsylvania; Department of Radiology, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania; Pulmonary Division, Department of Medicine, Emory University School of Medicine, Atlanta, Georgia

Elevator construction workers are exposed to asbestos dust during construction and refurbishment work on older buildings. We screened a cohort of workers, all with greater than 20 yr of employment in the industry, with clinical examinations, chest radiography ("B" reader interpretations), and routine spirometry. Twenty of the 91 workers (22%) had evidence of pleural disease, but none of them had an interstitial process consistent with asbestosis. Of those with pleural thickening, 15 had bilateral circumscribed plaques and five had unilateral plaque formation. There were no cases of diffuse pleural thickening, benign pleural effusions, or mesothelioma identified in our cohort. The difference in the mean body mass index of those with pleural abnormalities (29.18 ± 3.95) and those without (27.7 ± 3.86) was not statistically significant (p = 0.135). We conclude that elevator construction workers have an increased risk for the development of asbestos-related pleural disease.

Recent reports have identified various nonmanufacturing occupational groups whose members are at risk for contracting asbestos-related disease. These groups include shipyard workers (1), boilermakers (2), electricians (3), railroad workers (4), and sheet metal workers (5, 6). One group of workers that has not as of yet been identified in the literature as being at risk for asbestos-related disease is elevator construction workers.

Prior to 1973, asbestos was sprayed in parts of buildings for insulation purposes. In 1973, when the U.S. Environmental Protection Agency banned the spraying of asbestos for insulation in construction, more than half of the high-rise buildings in the United States contained sprayed asbestos insulation (7, 8). Elevator workers, especially those who work in the areas of construction, modernization, and service, are at risk for asbestos exposure. This risk for exposure comes from asbestos-sprayed girders and other structures in elevator shafts of these pre-1973 constructions. This report summarizes the chest radiographic abnormalities in a previously screened cohort of elevator workers.

## METHODS

### Population

One of the authors (EB) conducted a cross-sectional screening of the Philadelphia Local of the International Union of Elevator Constructors (IUEC). Workers who had been members of the union for at least 20 yr were eligible for inclusion in the survey. Participation was voluntary and open to currently employed, unemployed, and retired members. The union

Received in original form October 12, 1992 and in revised form December 28, 1992.

Supported in part by Preventive Pulmonary Academic Award No. 1K07 HL-02100-01A2 from the National Heart, Lung and Blood Institute.

Correspondence and requests for reprints should be addressed to Eddy A. Bresnitz, M.D., M.S., Division of Occupational and Environmental Medicine, Department of Community and Preventive Medicine, Medical College of Pennsylvania, 3300 Henry Avenue, Philadelphia, PA 19129.

Am Rev Respir Dis Vol 147. pp 1341-1344, 1993

decided to keep the total number of eligible workers and their demographic data confidential, and they would not release this information. Ninety-one (eight retired) men agreed to participate in the screening in November 1988, which included a questionnaire on work and health data, spirometry, and a chest radiograph. As this report is a retrospective confidential analysis of previously collected data, consent for chart review was not obtained from screening participants. The Committee for the Protection of Human Subjects does not require informed consent for this type of study.

### Pulmonary Function Tests

Maximal expiratory volume-time curves were obtained in the sitting position using an Eagle II survey spirometer (Warren E. Collins, Braintree, MA). A technician certified by the National Institute for Occupational Safety and Health obtained at least three curves from each participant. Seventy-eight of 91 patients (86%) had reproducible and acceptable curves according to ATS standards (9). The remaining patients all had at least one acceptable curve, and they were not excluded on the basis of nonreproducibility of tracings. The highest values for FVC and $FEV_1$, after correction for BTPS, were used in the analysis. The system was calibrated at the beginning of each half day of the screening using a 3.0-L calibration syringe. Predicted values based on age, sex, race, and height were calculated using equations derived by Crapo and coworkers (10, 11).

### Questionnaires

All participants in the screening completed a questionnaire assessing their work as elevator constructors. Information was obtained on the number of years worked in the trade, the degree of asbestos exposure, and the last and the first years worked as an elevator constructor. Duration of exposure was calculated as the difference between the latter two values. In addition, participants completed a modified Epidemiology Standardization Project questionnaire to assess respiratory symptoms and smoking history.

### Chest Radiograph

Posteroanterior chest radiographs were obtained at maximal inspiration. Each film was first interpreted independently by two "B" readers (EB, MG) using the International Labour Office (ILO) 1980 classification system (12). A third "B" reader (WG) evaluated 43 films that were considered to possi-

TABLE 1
DESCRIPTIVE STATISTICS FOR 91 SCREENING PARTICIPANTS*

| | |
|---|---|
| n | 100 |
| ... | 98.9 |
| a | 52.2 ± 7.9 |
| yr | 27.1 ± 5.8 |
| rs as elevator constructor | |
| Smoking history | 16.5 |
| Ever, % | 47.2 |
| Former, % | 36.3 |
| Current, % | |

All values are expressed as the mean ± standard deviation or as a percentage of all workers.

...have any abnormality consistent with a pneumoconiosis. When only one of the first two readers found evidence of any plaques or interstitial changes greater than 1/0, agreement by two of the three readers constituted the final reading. All three readers interpreted each film without a knowledge of the exposure, the medical history of the worker being examined, or the reading of the other "B" readers. Films were examined in random order without the inclusion of nonexposed control films.

Chest radiographs were classified for parenchymal abnormalities using the ILO system. The films were also classified as showing pleural thickening if either unilateral or bilateral pleural thickening was present and consistent with the diagnosis of pneumoconiosis.

**Statistical Analysis**

Group comparisons between numeric variables were performed using two-tailed t tests (for two groups) or ANOVAs (for more than two groups). A t test between two groups with 45 subjects in each would have 80% power to detect a difference of 0.6 standard deviations between the groups.

When two groups needed to be compared on an ordinal variable (e.g., smoking status: never, former, current), this was most often done by treating ... ar as the outcome and computing a single degree of freedom ... re test of trend (slope) across the levels of the ordinal variable.

**RESULTS**

Descriptive data about the participants are listed in table 1. None of the chest radiographs of the study participants were classified as having greater than or equal to 1/0 interstitial opacities. A total of 20 of the 91 participants (22.0%; 95% confidence interval: 14–33%) showed evidence of pleural abnormalities, of whom fifteen had bilateral pleural thickening, whereas five had unilateral pleural thickening. No participant was classified according to ILO criteria as having diffuse pleural thickening.

All three "B" readers agreed on 12 of the 15 classified as having bilateral plaques. In one case where the plaque was classified as bilateral, the third reader thought the plaque was unilateral. In the remaining two cases, one of the initial readers though there were no plaques.

Of the five participants classified as having unilateral plaques, the three readers agreed in only one case. In three of the participants, the initial readers agreed on unilateral plaques, but third reader thought there were bilateral plaques (two cases) or no plaques (one case). In the fifth participant, one of the initial readers thought there was no plaque.

All but three of the radiographs with pleural thickening were classified as chest wall width A, extent 1 or 2. Five showed calcifications of the chest wall or diaphragm.

We assessed the association between years worked as an elevator constructor and the presence of pleural abnormalities. The difference between the sample means of total years worked between those with any pleural thickening (29.2 yr) and those without any pleural thickening (26.5 yr) was small, and it was not statistically significant when considered alone ($p = 0.067$ level) nor when controlling for age ($p = 0.465$). Moreover, the difference in sample means of years worked as an elevator constructor between those with and without bilateral pleural thickening was not statistically significant ($p = 0.122$). There was also no difference in the prevalence of pleural thickening when the cohort was divided into three strata based on years of employment as an elevator constructor.

There was no association between pleural abnormalities and cigarette smoking. However, there was a statistically significant association between the prevalence of chronic bronchitis, obstructive impairment, and smoking (data not shown).

There were no significant differences in mean spirometric values between those with and without either bilateral pleural thickening or any pleural thickening (table 2). With unequal sample sizes (20 versus 71), there would have to be approximately ... standard deviations of difference for 80% power. This is an absolute difference of about 12 in mean percent predicted values ... FEV, and FVC. The difference in the mean body mass index (BMI) of those with pleural abnormalities (29.18 ± 3.95) and those with normal chest radiographs (27.7 ± 3.86) was not statistically significant ($p = 0.135$).

**DISCUSSION**

The adverse health effects of chronic asbestos exposure in high risk occupations such as insulators and shipyard work has been extensively reviewed in the scientific literature (13, 14). However, several cohorts in the construction industry such as elevator construction workers have not been evaluated previously for the poten-

TABLE 2
RELATIONSHIP BETWEEN PLEURAL ABNORMALITIES AND PULMONARY FUNCTION*

| | $FEV_1$ (L) | FVC (L) | $FEF_{25-75}$ (L/s) | $FEV_1/FVC$ |
|---|---|---|---|---|
| **Pleural thickening** | | | | |
| Bilateral, n = 15 | | | | |
| Unadjusted | 3.33 ± 0.63 | 4.15 ± 0.72 | 3.11 ± 1.35 | 80.2 ± 6.9 |
| % Predicted† | 86.5 ± 13.4 | 85.0 ± 11.7 | 82.6 ± 40.5 | |
| Bilateral and unilateral, n = 20 | | | | |
| Unadjusted | 3.33 ± 0.58 | 4.20 ± 0.66 | 3.30 ± 1.33 | 79.5 ± 7.7 |
| % Predicted† | 86.3 ± 11.8 | 85.8 ± 10.6 | 80.7 ± 40.0 | |
| No pleural abnormalities, n = 71 | | | | |
| Unadjusted | 3.40 ± 0.62 | 4.43 ± 0.81 | 3.07 ± 1.31 | 76.4 ± 11.6 |
| % Predicted† | 86.1 ± 19.7 | 89.4 ± 18.2 | 79.5 ± 32.1 | |

* All values are mean ± SD.
† Predicted values based on prediction equations derived by Crapo and coworkers (10).

consequences of their lower intensity, secondary occupational bestos exposure.

Twenty-two percent (20 of 91) of our screened participants had ... of pleural abnormalities that were considered by "B" ... .eria as consistent with pneumoconiosis. There were participants with bilateral pleural plaques/thickening and five th unilateral plaque formation. There were no examples of diffuse pleural thickening (as defined by ILO criteria), mesothelioma, benign pleural effusions in our cohort. The generalizability of ese results is limited by the fact that our cohort did not include active, retired, former, or deceased elevator workers. The direction of bias is difficult to predict, however. Active, nonparticipating workers may be healthier than screening participants, whereas tired, former, or deceased workers may be more diseased as group. As a result, our analysis may estimate inaccurately the e prevalence of disease.

Although we did not screen an unexposed control group, the baseline prevalence of pleural plaques/thickening has been estimated to vary between 0.21% in a blue collar population (15) to 5% in a university employee population (16, 17). Therefore, we considered the prevalence of pleural disease in our cohort to be clinically significant and, interestingly, comparable in frequency reported screenings of pipefitters and plumbers (18), sheet-metal workers (5), electricians (3), and public school custodians (19).

We excluded from our analysis any patients in whom the pleural sions were considered to be caused by rib fracture, postoperative or radiation effects, trauma, tuberculosis, or empyema. Because chest CT scans were not obtained, it could be argued that e pleural thickening was related to obesity and fat deposition along the lateral chest wall (17). In an attempt to assess this possibility we compared BMI in the pleural disease group with that of pleural disease group. If obesity were a factor in the prevalence of pleural changes, it would have been expected that the BMI would be higher in the pleural disease group. However, our results demonstrated no significant difference between these groups. Consequently, the pleural changes in our cohort were considered, by exclusion, as asbestos-related phenomenon secondary to chronic occupational exposure.

In contrast to other investigators (18), we did not find a significant relationship between duration of exposure and the prevalence of pleural disease in building construction workers. This finding was likely due to a selection bias as we screened only elevator constructors with 20 yr or more of union membership. By eliminating those workers with fewer years of exposure from our analysis, we were unable to demonstrate a direct association between duration of exposure to asbestos and prevalence of pleural thickening noted in other screening programs.

To determine if the pleural abnormalities produced any impairment in pulmonary function, we compared the spirometric indices of $FEV_1$, FVC, $FEF_{25-75}$, and $FEV_1/FVC$ between those with and those without pleural disease (table 2). Unlike Schwartz and coworkers (6, 20) and others (21–26) who reported an association between asbestos-related pleural plaque and decrements in lung function, our findings indicate that the pleural changes in our cohort of elevator construction workers were not associated with any significant mean functional changes compared with those in the no pleural disease group. It should be noted, however, that the percent predicted FVC in other investigations of asbestos-related pleural plaque disease (21, 24) is similar to the percent predicted F... ur pleural plaque group. Therefore, it is doubtful that the ... of the pleural changes were more extensive in other study groups than in our elevator construction workers. Rather, the difference in results may reflect either the relatively small number of subjects in our screening and the low power when group means are not grossly disparate or the unexpectedly low normal FVC percent predicted in our no pleural disease group.

In summary, a screening of 91 elevator construction workers revealed that circumscribed pleural plaque formation was present in 22%. It is likely that indirect exposure to asbestos dust produced these radiographic abnormalities. We conclude that elevator construction workers, with 20 yr or more of union membership, have had a significant occupational exposure to asbestos as manifested by an increased prevalence of pleural disease. We recommend that the possible risks associated with this exposure should be acknowledged in the health screening and subsequent medical follow-up of this group of workers. At the very least, union leadership and relevant health professionals should encourage smoking cessation in this cohort to reduce the increased prevalence of smoking and chronic obstructive lung disease, and to reduce the potential synergistic effects between cigarettes and asbestos. In addition, employers and unions should take steps to reduce asbestos exposure of employees working in elevator shafts.

*Acknowledgment:* The writers wish to thank Sandy Tillet, Bob Williams, and Trish Williams for help in conducting the screening; Stan Fiel for his helpful comments; and Roseann Bilardo for her help in manuscript preparation.

### References

1. Blanc PD, Golden JA, Gamsu G, Aberle DR, Gold WM. Asbestos exposure-cigarette smoking interactions among shipyard workers. JAMA 1988; 259:370–3.
2. Demers RY, Neale AV, Robbins T, Herman SC. Asbestos-related pulmonary disease in boilermakers. Am J Ind Med 1990; 17:327–39.
3. Hodgson MJ, Parkinson DK, Sabo S, Owens GR, Feist JH. Asbestosis among electricians. J Occup Med 1988; 30:638–40.
4. Oliver LC, Eisen EA, Greene RE, Sprince NL. Asbestos-related disease in railroad workers. Am Rev Respir Dis 1985; 131:499–504.
5. Michaels D, Zoloth S, Lacher M, Holstein E, Lilis R, Drucker E. Asbestos disease in sheet metal workers: II. Radiologic signs of asbestosis among active workers. Am J Ind Med 1987; 12:595–603.
6. Schwartz DA, Fuortes LJ, Galvin JR, Burmeister LF, Schmidt LE, Leistikow BN, Lamarte FR, Merchant JA. Asbestos-induced pleural fibrosis and impaired lung function. Am Rev Respir Dis 1990; 141:321–6.
7. Reitze WB, Nicholson WJ, Holaday DA, Selikoff IJ. Application of sprayed inorganic fiber containing asbestos: occupational health hazards. Am Ind Hyg Assoc J 1972; 33:178–91.
8. Paik NW, Walcott RJ, Brogan PA. Worker exposure to asbestos during removal of sprayed material and renovation activity in buildings containing sprayed material. Am Ind Hyg Assoc J 1983; 44:428–32.
9. American Thoracic Society. Standardization of spirometry: 1987 update. Am Rev Respir Dis 1987; 136:1285–98.
10. Crapo RO, Morris AH, Gardner RM. Reference spirometric values using techniques and equipment that meet ATS requirements. Am Rev Respir Dis 1981; 123:659–64.
11. American Thoracic Society. Lung function testing: selection of reference values and interpretative strategies. Am Rev Respir Dis 1991; 144:1202–18.
12. International Labour Office. Guidelines for the Use of ILO International Classification of Radiographs of the Pneumoconioses. Rev ed. 1980. Occupational Health and Safety Series No. 22. Geneva: International Labour Office; 1980.
13. Becklake MR. Asbestos-related disease of the lung and pleura. Am Rev Respir Dis 1983; 126:187–94.
14. Mossman BT, Gee JBL. Asbestos-related disease. N Engl J Med 1989; 320:1721–30.
15. Castellan RM, Sanderson WT, Peterson MR. Prevalence of radiographic appearance of pneumoconiosis in an unexposed blue collar population. Am Rev Respir Dis 1985; 131:684–6.
16. Epler GR, McLoud TC, Gaensler EA. Prevalence and incidence of benign asbestos pleural effusion in a working population. JAMA 1982; 247:617–22.
17. Cordier S, Lazar P, Brochard P, Bignon J, Ameille J, Proteau J. Epidemiologic investigation of respiratory effects related to environmental exposure to asbestos inside insulated buildings. Arch Environ Health 1987; 42:303–9.
18. Sprince NL, Oliver LC, McLoud TC. Asbestos-related disease in plumb-

ers and pipefitters employed in building construction. J Occup Med 1985; 27:771-5.

Oliver LC, Sprince NL, Green RE. Asbestos-related radiographic abnormalities in public school custodians. Toxicol Ind Health 1990; 6:629-36.

[...] z DA, Galvin JR, Dayton CS, Stanford W, Merchant JA, Hunake GW. Determinants of restrictive lung function in asbestos-induced pleural fibrosis. J Appl Physiol 1990; 68:1932-7.

Oliver LC, Eisen EA, Green RE, Sprince NL. Asbestos-related plaques and lung function. Am J Ind Med 1988; 14:649-56.

Jarvholm B, Sanden A: Pleural plaques and respiratory function. Am J Ind Med 1986; 10:419-26.

Fridriksson HV, Hedenstrom H, Hillerdal G, Malmberg P. Increased lung stiffness in persons with pleural plaques. Eur J Respir Dis 1981; 62:412-24.

24. Lilis R, Miller A, Godbold J, Chan E, Selikoff IJ. Pulmonary function and pleural fibrosis: quantitative relationships with an integrative index of pleural abnormalities. Am J Ind Med 1991; 20:145-61.

25. Baker EL, Dagg R, Greene RE. Respiratory illness in the construction trades: the significance of asbestos associated pleural disease. J Occup Med 1985; 27:483-9.

26. Rosenstock L, Barnhart S, Heyer NJ, Pierson DJ, Hudson LD. The relation between pulmonary function, chest roentgenographic abnormalities, and smoking status in an asbestos-exposed cohort. Am Rev Respir Dis 1988; 138:272-7.