g and data processing
' our secretary, Shirley

l records. J. Occup. Med.

Mortality in relation to
14(12): 897-903.
atory cancer in relation to
. Ind. Med. 30: 162-166.
d respiratory cancer in the

ient workers. *In:* Biological
. C. Wagner & W. Davis.
Lyons, France.
kers in the United States.

ality statistics for the fifth
Special Reports. Vol. 51
, D.C.
statistics for the sixth
l Reports. Vol.

r the seventh and eighth
d States. Vital and Health
ics. Washington, D.C.
atistician in the world of

cet 1: 484-489.
um—Johannesburg, South
South Africa.
3. Mesothelioma following

# ASBESTOS DISEASE IN MAINTENANCE WORKERS OF THE CHEMICAL INDUSTRY*

Ruth Lilis, Susan Daum, Henry Anderson, Marc Sirota, Gay Andrews, and Irving J. Selikoff

*Environmental Sciences Laboratory*
*Department of Community Medicine*
*Mount Sinai School of Medicine*
*The City Univeristy of New York*
*New York, New York 10029*

Clinical field examinations of several large groups of workers in various plants of the chemical industry, undertaken by our laboratory during the past few years, have revealed the frequency of chest x-ray abnormalities (small irregular opacities and/or pleural changes) of the type known to be induced by dust exposure. Chest x-rays of workers of three vinyl chloride polymerization plants,[1,2] a styrene polymerization plant,[3] a titanium dioxide-manufacturing plant,[4] and a dye-manufacturing plant were read without knowledge of age, past medical history, occupational history, or findings on physical examination. Yet, when parenchymal changes (irregular or rounded opacities) and/or pleural changes (thickening or calcification) were found, possible exposure to asbestos, silica, or coal dust had usually occurred.

It had been our practice when examining workers from chemical plants to exercise special effort to include maintenance personnel, because it is well known that such work may often involve significant overexposure to toxic substances, especially when repair becomes urgently necessary.

In 1971, reports by Bittersohl and Ose had called attention to asbestos hazards in the chemical industry.[5,6] Twenty-six cases of mesothelioma had been observed over a period of 4 years (1967–71); the number of cases was in sharp contrast with the extreme rarity of this type of malignancy in the preceding period. Twenty-two patients had worked in a large chemical industry (Leuna), two in another chemical plant (Buna), and one in a foundry. The only female patient had not experienced any occupational exposure to asbestos, but she was the wife of a worker at the Leuna plant. Only 16 patients had experienced direct occupational exposure to asbestos, while nine patients had been subjected to indirect exposure (working in areas where asbestos was occasionally handled by other workers); in one case, there was a history of only household exposure. Chest x-ray films obtained prior to the development of mesothelioma were available in 23 cases; in 17 patients pleural thickening and pleural plaques were present.

It was known that extensive insulation work had taken place in several departments of the Leuna chemical plant in the early 1950s. Large amounts of asbestos had been used, and evidence for high concentrations of airborne fibers in the past was available. In these production areas and in adjacent shops, asbestos exposure was consequently a consideration for all workers, not only for those installing new insulation or removing old material. Maintenance work was thought to involve a special risk. Other sources of asbestos exposure, identified in the second chemical plant, were fire-resistant protective equipment used by welders and the manipulation of insulation with repair work on pipes.

*Supported by National Institute of Environmental Health Sciences grant No. ES00928.

0077-8923/79/0330-0127 $1.75/0 © 1979, NYAS

TABLE 1
AGE DISTRIBUTION OF 185 MAINTENANCE WORKERS

| Age (years) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20–29.9 | | 30–39.9 | | 40–49.9 | | 50–59.9 | | 60+ | |
| Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| 27 | 15 | 18 | 10 | 34 | 18 | 85 | 46 | 21 | 11 |

## POPULATION AND METHODS

To obtain information concerning the potential dimensions of asbestos hazards among workers of the chemical industry, a cross-sectional investigation of maintenance workers of a large chemical plant in New Jersey was undertaken.

All workers were volunteers and represented about half of the men in maintenance categories in the plant (welders, carpenters, electricians, pipefitters, etc.). We deliberately sought to include as many men as possible who had terms of employment of more than 10 years; we examined only a sample of employees with shorter durations of exposure. The age distribution and the figures for duration since onset of exposure of the group are given in TABLES 1 and 2. Twenty-six percent of those examined had worked less than 10 years and 59% had worked more than 20 years since first exposure.

The examination protocol included a lifetime occupational history, past medical history, smoking history, British Medical Research Council respiratory questionnaire, complete physical examination, standard 14 × 17-in. posteroanterior chest x-ray film, and pulmonary function tests (spirometry and maximal expiratory flow volume curves).

Chest x-ray films were read in consensus by four physicians experienced in occupational lung disease who had no knowledge of the past medical history, occupational history, respiratory symptoms, or findings on physical examination; the films were categorized according to the ILO U/C Classification of Radiographs of Pneumoconioses. Results of pulmonary function tests [forced vital capacity (FVC), forced expiratory volume 1 sec ($FEV_1$) and forced expiratory flow over the mid-FVC ($FEF_{25-75}$)] were compared to the predicted values of Morris *et al.*[7] without knowledge of the occupational history, radiologic findings, or findings on physical examination.

## RESULTS

### *Radiologic Findings*

Small irregular opacities, mostly in the lower lung fields but sometimes extending to the middle lung fields, of the type seen with parenchymal interstitial fibrosis, were

TABLE 2
DURATION SINCE ONSET OF FIRST ASBESTOS EXPOSURE

| <10 Years | | 10–19.9 Years | | 20–29.9 Years | | 30+ Years | |
|---|---|---|---|---|---|---|---|
| Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| 49 | 26 | 27 | 15 | 41 | 22 | 68 | 37 |

TABLE 3

CHEST X-RAY ABNORMALITIES CONSISTENT WITH ASBESTOS-INDUCED CHANGES (PARENCHYMAL AND PLEURAL) IN (N = 185) MAINTENANCE WORKERS CHEMICAL PLANT

| Radiologic Change (ILO U/C) | Number | Percent |
|---|---|---|
| None 0/0–0/1 | 115 | 62 |
| Parenchymal changes, total | 45 | 24 |
| 1/0–1/2 | 42 | 22.4 |
| 2/1–2/3 | 3 | 1.6 |
| 3/2–3/4 | 0 | — |
| Parenchymal changes only | 19 | 10 |
| Pleural changes, total | 51 | 28 |
| Pleural thickening only | 18 | 10 |
| Pleural calcification (with or without thickening) | 7 | 4 |

present in 24% of those examined; in 10% of patients, these opacities were the only abnormality (TABLE 3).

Pleural thickening and calcification (with or without thickening) in 10% and 4% of cases, respectively, were found in the absence of definite radiologically evident parenchymal abnormalities; 14% of patients examined had pleural abnormalities only. In another 14%, both parenchymal and pleural changes were seen. The overall prevalence of parenchymal and/or pleural abnormalities consistent with asbestos-induced changes was 38%.

As expected, the prevalence of all chest x-ray abnormalities was higher in workers with more than 20 years exposure since onset of work (TABLE 4); pleural changes were a more frequent abnormality in the group than were parenchymal changes.

TABLE 4

DURATION SINCE ONSET OF ASBESTOS EXPOSURE AND CHEST X-RAY CHANGES IN MAINTENANCE WORKERS (N = 185)

| | Less Than 20 Years (n = 77) | | More Than 20 Years (n = 108) | |
|---|---|---|---|---|
| Radiologic Changes | Number | Percent | Number | Percent |
| Normal (0/0–0/1) | 66 | 86 | 49 | 45 |
| Parenchymal changes, total | 9 | 12 | 36 | 33 |
| 1/0–1/2 | 8 | 10 | 34 | 31 |
| 2/1–2/3 | 1 | 1 | 2 | 2 |
| 3/2–3/4 | 0 | — | 0 | — |
| Parenchymal changes only | 8* | 10 | 11 | 10 |
| Pleural changes, total | 3 | 4 | 48 | 44 |
| Pleural thickening only | 1 | 1 | 17 | 16 |
| Pleural calcification (with or without thickening, without parenchymal changes) | 1 | 1 | 6 | 6 |

*See TABLE 6.

TABLE 5

CHEST X-RAY ABNORMALITIES CONSISTENT WITH ASBESTOS-INDUCED CHANGES (PARENCHYMAL AND PLEURAL) IN CHEMICAL PLANT MAINTENANCE WORKERS WITH NO PREVIOUS ASBESTOS EXPOSURE ($N = 140$)

| Radiologic Change (ILO U/C) | Number | Percent |
|---|---|---|
| None | | |
| 0/0–0/1 | 90 | 64 |
| Parenchymal changes, total | 34 | 24 |
| 1/0–1/2 | 31 | 22 |
| 2/1–2/3 | 3 | 2 |
| 3/2–3/4 | 0 | — |
| Parenchymal changes only | 12 | 9 |
| Pleural changes, total | 38 | 27 |
| Pleural thickening only | 14 | 10 |
| Pleural calcification (with or without thickening) | 2 | 1 |

Careful analyses of life-long occupational histories recorded for all 185 maintenance workers revealed that in 140 of them, there had been no previous specific, defined occupational or nonoccupational dust exposure. In 45 workers, asbestos exposure, ranging from minimal to significant, had occurred in the past, preceding employment in the chemical plant.

Among those considered to have experienced significant previous exposure were workers who had been employed in an asbestos-manufacturing plant, had been active as pipe fitters or pipe coverers, had worked in brake maintenance and repair, or had participated in boiler repair work. Those considered to have been subjected to minor previous exposure included workers involved in spackling, shingle trimming, brake

TABLE 6

DURATION SINCE ONSET OF ASBESTOS EXPOSURE AND CHEST X-RAY CHANGES IN MAINTENANCE WORKERS WITH NO PREVIOUS ASBESTOS EXPOSURE ($N = 140$)

| | Less Than 20 Years ($n = 61$) | | More Than 20 Years ($n = 79$) | |
|---|---|---|---|---|
| Radiologic Changes | Number | Percent | Number | Percent |
| Normal (0/0–0/1) | 54 | 89 | 36 | 46 |
| Parenchymal changes, total | 6 | 10 | 28 | 35 |
| 1/0–1/2 | 5 | 8 | 26 | 33 |
| 2/1–2/3 | 1 | 2 | 2 | 3 |
| 3/2–3/4 | 0 | — | 0 | — |
| Parenchymal changes only | 4* | 7 | 8 | 10 |
| Pleural changes, total | 3 | 5 | 35 | 44 |
| Pleural thickening only | 1 | 2 | 13 | 16 |
| Pleural calcification (with or without thickening, without parenchymal changes) | 0 | — | 2 | 3 |

*Parenchymal changes (only) was the only radiologic abnormality with significantly higher prevalence in workers with previous asbestos exposure ($\chi^2 = 4.63$; $p < 0.05$).

TABLE 7

PREVALENCE OF RESPIRATORY SYMPTOMS IN MAINTENANCE WORKERS (N = 185)

| | Normal Chest X-Ray (n = 115) | | Abnormal Chest X-Ray: Parenchymal Only (n = 19) | | Pleural Only (n = 25) | | Parenchymal and Pleural (n = 26) | |
|---|---|---|---|---|---|---|---|---|
| Symptoms | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Shortness of breath | 19 | 17 | 2 | 11 | 4 | 16 | 11 | 42 |
| Wheezing | 27 | 23 | 5 | 26 | 6 | 24 | 7 | 27 |
| Chronic bronchitis | 20 | 17 | 3 | 16 | 7 | 28 | 6 | 23 |

repair (minimal, intermittent), and, in one case, residence in the neighborhood (two blocks away from) of an asbestos product-manufacturing plant.

A separate analysis was made of workers without any (even minimal) known preexisting asbestos exposure. When comparing the results with those obtained for the entire group of 185 workers, it was found that the prevalence of radiologic abnormalities, both parenchymal and pleural, was almost identical (TABLE 5).

The relationship between radiologic abnormalities and duration since onset of exposure (TABLE 6) was very similar in the group of 140 maintenance workers without any previous known asbestos exposure to that found in the total group of 185 workers examined (TABLES 4 & 6); there was no statistically significant difference in prevalence of parenchymal or pleural changes.

### *Clinical Findings: Symptoms and Signs*

The only symptom reported with a higher frequency in workers with radiologic abnormalities was dyspnea on exertion (in those with both parenchymal and pleural changes; TABLE 7). Cough and sputum production consistent with a diagnosis of chronic bronchitis (TABLE 8) were found in 20% of workers examined. The difference in prevalence between current smokers and individuals who had never smoked regularly was not significantly different (22% vs 14%).

Abnormalities on physical examination were infrequent; rales were present mostly in persons with pleural changes. Clubbing and rales were detected in several cases with negative chest x-rays, raising the question of parenchymal fibrosis not yet radiologically detectable (TABLE 9).

TABLE 8

PREVALENCE OF CHRONIC BRONCHITIS IN CHEMICAL PLANT MAINTENANCE WORKERS

| Smoking Habit | Total Number Examined | Chronic Bronchitis (MRC) Number | Percent |
|---|---|---|---|
| Present smoker | 67 | 15 | 22 |
| Ex-smoker | 75 | 15 | 20 |
| Never smoked | 42 | 6 | 14 |
| Total* | 184 | 36 | 20 |

*Excluding one subject for whom no smoking history was recorded.

TABLE 9

OBJECTIVE CHANGES ON PHYSICAL EXAMINATION IN 185 MAINTENANCE WORKERS

| Abnormalities on Physical Examination | Normal Chest X-Ray (n = 115) | | Abnormal Chest X-Ray: Parenchymal Changes Only (n = 19) | | Abnormal Chest X-Ray: Pleural Changes Only (n = 25) | | Abnormal Chest X-Ray: Both Parenchymal and Pleural Changes (n = 26) | |
|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Clubbing | 7 | 6 | 0 | — | 1 | 4 | 1 | 4 |
| Rales | 8 | 7 | 0 | — | 3 | 12 | 3 | 12 |
| Cyanosis | 1 | 1 | 0 | — | 1 | 4 | 1 | 4 |
| Increased AP diameter | 4 | 3 | 0 | — | 1 | 4 | 5 | 19 |
| Decreased breath sounds | 6 | 5 | 1 | 5 | 0 | — | 4 | 15 |
| Decreased heart sounds | 3 | 3 | 2 | 11 | 2 | 8 | 1 | 4 |
| Wheezing and/or rhonchi | 7 | 6 | 1 | 5 | 2 | 8 | 1 | 4 |
| P II > A II | 6 | 5 | 1 | 5 | 3 | 12 | 2 | 8 |

*Results of Pulmonary Function Tests*

Pulmonary function tests (TABLE 10) indicated a relative low prevalence of restrictive dysfunction (5% of cases), probably related to the small number of cases with advanced parenchymal fibrosis.

An obstructive pattern was more often found and was, as expected, more prevalent in current and ex-smokers. The finding of a lower than normal $FEV_1/FVC$ ratio in 17% of maintenance workers with a negative smoking history suggests that dust.

TABLE 10

PULMONARY FUNCTION ABNORMALITIES, RESTRICTIVE AND OBSTRUCTIVE PATTERN, IN CHEMICAL PLANT MAINTENANCE WORKERS

| | Current Smoker (n = 67) | | Ex-smoker (n = 75) | | Never Smoked (n = 42) | | Total (n = 184) | |
|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Restrictive dysfunction, FVC ≤ 79% of predicted | 2(1)* | 3 | 6(3)* | 8 | 2 | 5 | 10 | 5.4 |
| Obstructive dysfunction, $FEV_1/FVC$ ≤ 74% (only) | 6† | 9 | 10 | 13 | 7 | 17 | 23 | 12.5 |
| $FEF_{25-75}$ ≤ 67% of predicted (only) | 0 | — | 1 | 1 | 0 | — | 1 | 0.5 |
| Both abnormalities | 12 | 18 | 17 | 23 | 0 | — | 29 | 15.7 |
| Total obstructive dysfunction | 18 | 27 | 28 | 37 | 7‡ | 17 | 53 | 28.7 |

*Figures in parentheses denote mixed ventilatory dysfunction, predominantly restrictive.

†Tests incomplete in two subjects ($FEF_{25-75}$ not available).

‡Difference in prevalance of obstructive dysfunction between current smokers and nonsmokers not statistically significant ($\chi^2$ = 1.52; p = 0.25).

TABLE 11

CHEST X-RAY ABNORMALITIES IN CHEMICAL PLANT MAINTENANCE WORKERS

| | | Abnormal Chest X-Ray | |
|---|---|---|---|
| | Number | Number | Percent |
| Direct asbestos exposure (>5 years) | 41 | 20 | 49 |
| Direct asbestos exposure ("minor," intermittent, <5 years) | 36 | 17 | 47 |
| No direct asbestos exposure ("bystander") | 108 | 33 | 30 |

irritant fumes, and gases in an industrial environment may have an adverse effect on respiratory function.

## DISCUSSION

While in this group of maintenance workers chest x-ray abnormalities were relatively frequent, with pleural changes more prevalent than parenchymal fibrosis, subjective symptoms and pulmonary function abnormalities were much less prominent. This constellation of changes has been found to be rather characteristic for relatively less intense asbestos exposure. While progression to severe disabling parenchymal asbestosis is less probable under such circumstances, the risk for lung cancer and mesothelioma remains.

The chemical plant maintenance workers examined had experienced various degrees of asbestos exposure; while some of them had been subjected to direct and continuous asbestos exposure for periods of time longer than 5 years, others had had direct, but intermittent, exposure for shorter periods of time. More than half of those examined had never been directly engaged in work with asbestos; nevertheless, they had been present in areas where such work was performed by others (TABLE 11). A list of some of the job designations included in this last category is given in TABLE 12.

The prevalence of radiologic changes was higher in workers with direct asbestos

TABLE 12

MAINTENANCE WORKERS: OCCUPATIONS WITHOUT DIRECT HANDLING OF ASBESTOS

| |
|---|
| Laborer |
| Stockman |
| Area mechanic |
| Sheet metal mechanic |
| Mechanic helper |
| Maintenance helper |
| Millwright |
| Repairman |
| Pipefitter |
| Production worker |

exposure. Nevertheless, it was considerable (30%) even in those with indirect asbestos exposure.

Comparative analysis of the entire group of 185 chemical plant maintenance workers, and of the 140 subjects without any previous asbestos exposure, yielded interesting results: prevalences of radiologic abnormalities (both parenchymal and pleural) were almost identical. The relationship between prevalence of radiologic abnormalities and duration since onset of exposure was also very similar. These findings suggest strongly that asbestos exposure characteristic for maintenance work in chemical plants, including indirect ("bystander") exposure, results in risks comparable, although not identical, to those documented for other types of asbestos exposure in other industries and occupations.

The higher prevalence of radiologic pleural abnormalities (pleural fibrosis and/or calcification) than of parenchymal small irregular opacities (interstitial pulmonary fibrosis), the relatively low prevalence of restrictive ventilatory functional impairment, and the paucity of clinical abnormalities all indicate that the risk for disabling asbestosis is less with this type of asbestos exposure. Nevertheless, the risk of lung cancer and mesothelioma is of concern, because accumulated experience indicates that low-level asbestos exposure (indirect occupational, neighborhood, or household exposure) is sufficient to result in a significant risk of developing mesothelioma.[4-10] In the last several years, we have had occasion to observe several cases of mesothelioma in workers employed in chemical, oil-refining, and petrochemical industries. It is possible that an increasing number of such cases may occur, because spectacular growth of these industries has occurred during the last 25–35 years, on the average, the critical latency period.[11]

## SUMMARY

In several large groups of workers employed in chemical plants, chest x-ray abnormalities (small irregular opacities and/or pleural changes) of the type known to be induced by asbestos were found in a proportion of those examined. A cross-sectional study of maintenance workers in a large chemical plant was undertaken to evaluate the prevalence of asbestosis; 185 workers were examined. Radiologic evidence of parenchymal interstitial fibrosis was found in 24% of those examined; in 10% of workers, parenchymal fibrosis was the only abnormality. Pleural fibrosis and/or calcification was found in the absence of parenchymal fibrosis in 14% of cases; in another 14% of workers, both parenchymal and pleural abnormalities were detected. The prevalence was significantly higher in those employed 20 or more years.

Pleural abnormalities were more prevalent than were parenchymal changes. The increased risk of lung cancer and mesothelioma remains to be studied.

## REFERENCES

1. LILIS, R., H. ANDERSON, W. J. NICHOLSON, S. DAUM, A. S. FISCHBEIN & I. J. SELIKOFF. 1975. Prevalence of disease among vinyl chloride and polyvinyl chloride workers. Ann. N.Y. Acad. Sci. 246: 22–41.
2. LILIS, R., H. ANDERSON, A. MILLER & I. J. SELIKOFF. 1976. Pulmonary changes among vinyl chloride polymerization workers: Chest 69(2): 299–303.
3. LORIMER, W. V., R. LILIS, W. J. NICHOLSON, H. ANDERSON, A. FISCHBEIN, S. DAUM, W. ROM, C. RICE & J. J. SELIKOFF. 1976. Clinical studies of styrene workers: initial findings. Environ. Health Perspect. 17: 171–181.

ıces

ıse with indirect asbestos

ıical plant maintenance
bestos exposure, yielded
(both parenchymal and
prevalence of radiologic
ılso very similar. These
ic for maintenance work
ε, results in risks compa-
ypes of asbestos exposure

ı (pleural fibrosis and/or
ı (interstitial pulmonary
y functional impairment,
t the risk for disabling
theless, the risk of lung
ted experience indicates
ghborhood, or household
ping mesothelioma.[8-10] In
al cases of mesothelioma
nemical industries. It is
ur, because spectacular
on the average,

ical plants, chest x-ray
ges) of the type known to
mined. A cross-sectional
ı undertaken to evaluate
Radiologic evidence of
e examined; in 10% of
Pleural fibrosis and/or
osis in 14% of cases; in
rmalities were detected.
or more years.
renchymal changes. The
studied.

ISCHBEIN & I. J. SELIKOFF.
inyl chloride workers. Ann.

Pulmonary changes among

A. FISCHBEIN, S. DAUM, W.
ne workers: initial findings.

4. DAUM, S., H. ANDERSON, R. LILIS, W. V. LORIMER, A. FISCHBEIN, A. MILLER & I. J. SELIKOFF. 1977. Pulmonarg changes among titanium workers. R. Soc. Med. Sec. Occup. Med. 70(1): 31–32.
5. VON BITTERSOHL, G. 1971. Epidemiologische Untersuchungen uber Krebserkrankungen in der chemischen Industrie. Arch. Geschwulstforsch. 38(3–4): 198–209.
6. VON BITTERSOHL, G. & H. OSE. 1971. Zur Epidemiologie des Pleuramesothelioma. Z. Gesamte Hyg. Ihre Grenzgeb. 17: 861–864.
7. MORRIS, J. F., A. KOSKI, & L. C. JOHNSON. 1971. Spirometric standards for healthy nonsmoking adults. Amer. Rev. Respir. Dis. 103: 57–67.
8. WAGNER, J. C., C. SLEGGS & P. MARCHAND. 1960. Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. Brit. J. Ind. Med. 17: 260–271.
9. NEWHOUSE, M. L. & H. THOMPSON. 1965. Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area. Brit. J. Ind. Med. 22: 261–269.
10. HARRIES, P. G., F. MACKENZIE, G. SHEERS, J. H. KEMP, T. P. OLIVER & D. S. WRIGHT. 1972. Radiological survey of men exposed to asbestos in naval dockyards. Brit. J. Ind. Med. 29: 274–279.
11. SELIKOFF, I. J. 1977. Cancer risk of asbestos exposure. *In:* Origins of Human Cancer. H. H. Hiatt, J. D. Watson & J. A. Winsten, Eds.: 1765–1784. Cold Spring Harbor Laboratory. Cold Spring Harbor, N.Y.