# THE THIRD WAVE OF ASBESTOS DISEASE
## Asbestos in Place

William Hines

A report on the proceedings of a conference on asbestos hazards
held in New York City, June 7-9, 1990
under the auspices of the Collegium Ramazzini

A Workplace Health Fund Publication, Washington, D.C.

# CONTENTS

|  | Page |
|---|---|
| The Collegium Ramazzini<br>Irving J. Selikoff, M.D. | 5 |
| Foreword<br>Homayoun Kazemi, M.D.<br>Philip J. Landrigan, M.D. | 7 |
| Program | 11 |
| Introduction | 19 |
| An Invisible Scourge | 27 |
| The Spreading Menace | 37 |
| Asbestos and Asbestos | 39 |
| A Battle of Words | 43 |
| The Amphibole Hypothesis Rebutted | 47 |
| Who Gets Hurt? | 53 |
| The Extent of the Problem | 57 |
| What To Do? | 61 |
| Epidemic In Slow Motion | 67 |
| Not Just A Social Problem | 75 |
| A Fourth Wave? | 77 |