```
 1         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF WASHINGTON
 2
   MARCO BARBANTI, individually    )
 3 and on behalf of a class of all )
   others similarly situated,      )
 4                                 )
                                   )
 5              Plaintiff,         )
                                   )
 6              -vs-               )
                                   ) No. CS-00-0311-EFS
 7 W.R. GRACE & COMPANY - CONN (A  )
   Connecticut corporation); W.R.  )
 8 GRACE & COMPANY (A Delaware     )
   corporation); W.R. GRACE & CO., )
 9 a/k/a GRACE, an association of  )
   business entities; SEALED AIR   )
10 CORPORATION (A Delaware         )
   corporation); and WILLIAM V.    )
11 CULVER, resident of the State   )
   of Washington,                  )
12                                 )
                Defendants.        )
13

14
                       - - - -
15
           DEPOSITION OF:  MORTON CORN, Ph.D
16
                       - - - -
17

18         DATE:          September 15, 2000
                          Friday, 9 a.m.
19

20         LOCATION:      Reed Smith Shaw & McClay
                          435 Sixth Avenue
21                        Pittsburgh, PA 15219-1886

22         TAKEN BY:      Plaintiff

23
           REPORTED BY:   Keith G. Shreckengast, RPR
24                        Notary Public
                          AKF Reference No. 61121
25
```

**ORIGINAL**

```
 1          DEPOSITION OF MORTON CORN, Ph.D.,
    a witness, called by the Plaintiff for examination,
 2  in accordance with the Federal Rules of Civil
    Procedure, taken by and before Keith G. Shreckengast,
 3  RPR, a Court Reporter and Notary Public in and for
    the Commonwealth of Pennsylvania, at the offices of
 4  Reed Smith Shaw & McClay, 435 Sixth Avenue,
    Pittsburgh, Pennsylvania, on Friday, September 15
 5  2000, commencing at 9 a.m.

 6
                              - - - -
 7

 8  APPEARANCES:

 9          FOR THE PLAINTIFF:
    Robert M. Turkewitz, Esq.
10  NESS MOTLEY LOADHOLT RICHARDSON & POOLE
    28 Bridgeside Boulevard
11  P.O. Box 1792
    Mount Pleasant, SC 29465
12  843.216.9101

13          FOR THE DEFENDANTS:

14  Douglas E. Cameron, Esq.
    REED SMITH SHAW & McCLAY
15  435 Sixth Avenue
    Pittsburgh, PA  15219
16  412.288.3131
            - and -
17  Richard C. Finke, Esq.
    W.R. GRACE & CO.
18  5400 Broken Sound Blvd, NW
    Boca Raton, FL  33487-3511
19  561.362.1533

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | | your own renovations in your own homes? |
| 2 | A. | Yes. |
| 3 | Q. | And you're a home renovator yourself? |
| 4 | A. | I've done -- I remodeled a whole house by |
| 5 | | gutting it in the '60s. |
| 6 | Q. | How did you go about doing that? |
| 7 | A. | Tore out everything, left the walls up.  I |
| 8 | | hired contractors for that.  I felt it was over |
| 9 | | my head.  But I did at least half of the work. |
| 10 | | That meant -- I did not install the furnace, |
| 11 | | and I did not install the kitchen appliances. |
| 12 | | I did the floors, the cabinetry.  I had |
| 13 | | demolishers come in to demolish the walls, but |
| 14 | | I then did the wallpaper or painting.  I did |
| 15 | | virtually all the finishing in the house.  I |
| 16 | | did not have to replace the chimney.  I had to |
| 17 | | replace the furnace, and I said someone else |
| 18 | | did that.  I replaced the plumbing and |
| 19 | | installed the bathroom fixtures.  I ran a |
| 20 | | seamless -- I did not run a seamless gas pipe |
| 21 | | from the basement to the attic, because I was a |
| 22 | | little afraid of the gas and wanted a |
| 23 | | specialist to install the special third floor |
| 24 | | gas heating, cooling unit.  And I hired roofers |
| 25 | | who did the roof. |

A. WILLIAM ROBERTS, JR., & ASSOCIATES

1  Q.  What did they have to do, put a new roof on?
2  A.  Put a new roof. It was a 1903 house. And
3      essentially I gutted it and purchased it for
4      the price of the lot.
5  Q.  How long did it take to do the entire
6      renovation?
7  A.  About nine weeks, for everything.
8  Q.  Was it just that one house? That's the house
9      here in Pittsburgh?
10 A.  That was the Pittsburgh house. That's the only
11     one I did the totality. I did minor repairs in
12     the Baltimore house, and I've done things in
13     the house I'm currently in, but nothing of that
14     scale.
15 Q.  And you know that there are a lot of people out
16     there who do their own renovations, correct?
17 A.  Yes, there are. Fortunately, it doesn't happen
18     too often.
19 Q.  And the average person is not versed or
20     familiar with precautions that would need to be
21     taken when working around asbestos, would you
22     agree with that?
23 A.  I agree with that.
24 Q.  And would generally need to rely on a
25     professional, someone who is an expert or well