1           IN THE UNITED STATES BANKRUPTCY COURT

2               FOR THE DISTRICT OF DELAWARE

3

4   In re:                    ) Chapter 11

5   W.R. Grace & Co., et al., )

6                             ) Case No. 01-01139 (JFK)

7                             )

8

9        The discovery deposition of Don Van Cura,

10  taken in the above-entitled cause, before Deanna

11  Amore, a notary public of Cook County, Illinois, on

12  the 30th day of May, 2003, at 200 East Randolph

13  Street, Chicago, Illinois, pursuant to Notice.

14

15

16  Reported by:  Deanna Amore, CSR                COPY

17  License No.:  084-003999

18

19

20

21

22

23

24

25

              A. WILLIAM ROBERTS, JR., & ASSOCIATES            1

1   Association of Homebuilders in Washington D.C.,

2   projects $167 billion in remodeling spending this

3   year, up more than 4 percent from the year 2001. Did

4   I read that correctly?

5       A.   Uh-huh.

6       Q.   Then it goes on to say the biggest home

7   building decade -- by the way, do you agree with that?

8   Is that consistent with what your understanding is?

9       A.   It is consistent.

10      Q.   The biggest homebuilding decade in history in

11  the United States was in the 1970s when 21.3 million

12  homes were put up. And then it quotes someone from

13  Remodeling Magazine, those homes are now all turning

14  20 to 30 years of age. Statistics tell us that homes

15  of that age represent the biggest market for

16  remodeling. So we are in a prime period right now for

17  the industry.

18  Did I read that correctly?

19      A.   Yes.

20      Q.   Do you agree with that?

21      A.   Yes.

22      Q.   Is there more or less a cycle for remodeling

23  in a home as far as the age of a home? Because it

24  mentions that these homes that are now -- that were

25  built 20 to 30 years ago are now being -- they are now

1   ready or ripe for remodeling.  Is that your

2   understanding?

3       A.   It would be hard to describe when you say a

4   cycle but typically a home hits that span something

5   needs to be done because products, everything is

6   constantly improving and changing and just for the

7   sake of updating, people typically want to do

8   something with that home.

9       Q.   We have situations now with people who

10  basically raise their families in their homes and they

11  lived in their homes all their lives, really members

12  of the greatest generation who are now ready to move

13  on, to sell their homes and move to an apartment or a

14  place closer to their children and are in a situation

15  where they took good care of their home but their home

16  is ready for a major remodeling or updating; is that

17  right?

18      A.   Yes.

19      Q.   You see that pretty often now, don't you?

20      A.   We do.

21      Q.   Now in general do you agree that asbestos is

22  a concern in the home remodeling industry?

23      A.   Yes.

24                      (Whereupon, Van Cura Deposition

25                      Exhibit No. 4 was marked for

A. WILLIAM ROBERTS, JR., & ASSOCIATES            57