## U.S. Census Bureau

# American Housing Survey for the United States: 2001

*To print this entire table, use 8.50 x 11 inch paper and landscape orientation.*

**Table 1A-1. Introductory Characteristics--All Housing Units**

Numbers in thousands. Consistent with the 1990 Census. ... means not applicable or sample too small. - means zero or rounds to zero.

| | Total housing units | Seasonal | Year-round | | Occupied | | | Vacant | | | | | | | New construction 4 years | Manufactured/ mobile homes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Total | Owner | Renter | Total | For rent | Rental vacancy rate | For sale only | Rented or sold | Occasional use/URE | Other vacant | | |
| **Total** | 119117 | 3078 | 116038 | 106261 | 72265 | 33996 | 9777 | 2916 | 7.8 | 1243 | 731 | 2594 | 2293 | 6817 | 8876 |
| **Units in Structure** | | | | | | | | | | | | | | | |
| 1, detached | 73427 | 1900 | 71527 | 67129 | 59239 | 7890 | 4399 | 526 | 6.2 | 858 | 364 | 1268 | 1384 | 3783 | 0 |
| 1, attached | 8428 | 167 | 8261 | 7305 | 3722 | 3583 | 956 | 334 | 8.5 | 78 | 72 | 250 | 222 | 652 | 0 |
| 2 to 4 | 9354 | 105 | 9249 | 8200 | 1291 | 6909 | 1049 | 545 | 7.3 | 57 | 62 | 192 | 194 | 228 | 0 |
| 5 to 9 | 5682 | 62 | 5619 | 4994 | 503 | 4490 | 626 | 384 | 7.8 | 17 | 21 | 128 | 77 | 215 | 0 |
| 10 to 19 | 5367 | 63 | 5304 | 4620 | 502 | 4118 | 684 | 393 | 8.6 | 25 | 62 | 167 | 38 | 420 | 0 |
| 20 to 49 | 3898 | 65 | 3833 | 3253 | 391 | 2862 | 580 | 351 | 10.8 | 24 | 53 | 95 | 56 | 243 | 0 |
| 50 or more | 4084 | 89 | 3995 | 3543 | 615 | 2927 | 453 | 219 | 6.9 | 20 | 27 | 150 | 37 | 174 | 0 |
| Manufactured/mobile home or trailer | 8876 | 626 | 8249 | 7219 | 6001 | 1218 | 1031 | 165 | 11.9 | 165 | 71 | 345 | 285 | 1102 | 8876 |
| **Cooperatives and Condominiums** | | | | | | | | | | | | | | | |

American Housing Survey for the United States: 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cooperatives | 703 | 33 | 670 | 571 | 396 | 175 | 99 | 21 | 10.5 | 13 | 2 | 56 | 8 | 13 | 79 |
| Condominiums | 5934 | 332 | 5602 | 4745 | 3407 | 1338 | 857 | 119 | 8.1 | 117 | 65 | 457 | 98 | 506 | 26 |
| **Year Structure Built@14** | | | | | | | | | | | | | | | |
| 2000 to 2004 | 3119 | 74 | 3045 | 2573 | 2094 | 479 | 471 | 150 | 23.8 | 109 | 71 | 94 | 48 | 3119 | 413 |
| 1995 to 1999 | 8883 | 198 | 8685 | 8021 | 6378 | 1643 | 664 | 209 | 11.2 | 94 | 61 | 196 | 104 | 3698 | 1687 |
| 1990 to 1994 | 7203 | 172 | 7031 | 6521 | 5193 | 1328 | 510 | 113 | 7.8 | 96 | 37 | 193 | 72 | 0 | 1087 |
| 1985 to 1989 | 8878 | 200 | 8678 | 8045 | 5330 | 2715 | 633 | 222 | 7.5 | 60 | 45 | 236 | 71 | 0 | 887 |
| 1980 to 1984 | 7664 | 197 | 7467 | 6788 | 4370 | 2418 | 679 | 199 | 7.6 | 78 | 57 | 249 | 96 | 0 | 993 |
| 1975 to 1979 | 12009 | 280 | 11729 | 10801 | 7449 | 3351 | 928 | 281 | 7.7 | 99 | 68 | 296 | 184 | 0 | 1302 |
| 1970 to 1974 | 11520 | 395 | 11124 | 10116 | 6419 | 3697 | 1008 | 366 | 8.9 | 86 | 45 | 317 | 195 | 0 | 1389 |
| 1960 to 1969 | 15894 | 477 | 15417 | 14396 | 9741 | 4655 | 1021 | 314 | 6.3 | 114 | 66 | 253 | 273 | 0 | 845 |
| 1950 to 1959 | 13779 | 366 | 13413 | 12501 | 9068 | 3433 | 912 | 211 | 5.7 | 154 | 75 | 187 | 284 | 0 | 159 |
| 1940 to 1949 | 8284 | 246 | 8038 | 7278 | 4775 | 2504 | 760 | 224 | 8.2 | 84 | 49 | 165 | 239 | 0 | 44 |
| 1930 to 1939 | 6593 | 188 | 6405 | 5728 | 3403 | 2325 | 677 | 191 | 7.5 | 94 | 50 | 115 | 226 | 0 | 69 |
| 1920 to 1929 | 5465 | 80 | 5384 | 4863 | 2850 | 2014 | 521 | 161 | 7.3 | 67 | 39 | 103 | 152 | 0 | 0 |
| 1919 or earlier | 9827 | 204 | 9622 | 8630 | 5195 | 3434 | 992 | 276 | 7.4 | 108 | 67 | 190 | 351 | 0 | 0 |
| Median | 1969 | 1969 | 1969 | 1969 | 1970 | 1967 | 1970 | 1971 | ... | 1970 | 1972 | 1974 | 1956 | 1999 | 1983 |
| **Suitability for Year-Round Use@11** | | | | | | | | | | | | | | | |
| Built and heated for year-round use | 117996 | 1958 | 116038 | 106261 | 72265 | 33996 | 9777 | 2916 | 7.8 | 1243 | 731 | 2594 | 2293 | 6804 | 8663 |
| Not suitable | 984 | 984 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 10 | 178 |
| Not reported | 136 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 4 | 35 |
| **Time Sharing** | | | | | | | | | | | | | | | |
| Vacant, including URE | 12855 | 3078 | 9777 | 0 | 0 | 0 | 9777 | 2916 | 91.4 | 1243 | 731 | 2594 | 2293 | 964 | 1657 |
| Ownership time-shared | 58 | 10 | 49 | 0 | 0 | 0 | 49 | 14 | 100.0 | 3 | 0 | 24 | 7 | 0 | 0 |

American Housing Survey for the United States: 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not time-shared | 12797 | 3068 | 9728 | | 0 | 0 | 0 | 9728 | 2902 | 91.4 | 1240 | 731 | 2569 | 2287 | 964 | 1657 |
| **Duration of Vacancy** | | | | | | | | | | | | | | | | |
| Vacant units | 11014 | 2290 | 8724 | | 0 | 0 | 0 | 8724 | 2916 | 91.6 | 1243 | 731 | 1541 | 2293 | 833 | 1424 |
| Less than 1 month vacant | 2051 | 457 | 1594 | | 0 | 0 | 0 | 1594 | 767 | 87.2 | 173 | 188 | 283 | 184 | 197 | 217 |
| 1 month up to 2 months | 784 | 115 | 669 | | 0 | 0 | 0 | 669 | 346 | 88.9 | 75 | 62 | 89 | 96 | 34 | 67 |
| 2 months up to 6 months | 2078 | 345 | 1732 | | 0 | 0 | 0 | 1732 | 704 | 92.4 | 292 | 164 | 267 | 304 | 143 | 301 |
| 6 months up to 1 year | 937 | 143 | 794 | | 0 | 0 | 0 | 794 | 226 | 93.0 | 158 | 56 | 151 | 203 | 50 | 178 |
| 1 year up to 2 years | 715 | 63 | 651 | | 0 | 0 | 0 | 651 | 149 | 95.1 | 152 | 56 | 88 | 207 | 36 | 104 |
| 2 years or more | 1847 | 404 | 1443 | | 0 | 0 | 0 | 1443 | 213 | 93.1 | 132 | 66 | 219 | 813 | 19 | 258 |
| Never occupied | 489 | 221 | 268 | | 0 | 0 | 0 | 268 | 76 | 100.0 | 54 | 49 | 41 | 48 | 225 | 25 |
| Don't know | 2114 | 541 | 1573 | | 0 | 0 | 0 | 1573 | 436 | 97.0 | 208 | 90 | 401 | 439 | 128 | 273 |
| **Last Used as a Permanent Residence** | | | | | | | | | | | | | | | | |
| Vacant seasonal | 3078 | 3078 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 155 | 626 |
| Less than 1 month since occupied as permanent home | 127 | 127 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 23 | 31 |
| 1 month up to 2 months | 18 | 18 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2 months up to 6 months | 123 | 123 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 13 | 15 |
| 6 months up to 1 year | 39 | 39 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 3 | 1 |
| 1 year up to 2 years | 49 | 49 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 2 | 13 |
| 2 years or more | 564 | 564 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 3 | 122 |
| Never occupied as permanent home | 1578 | 1578 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 105 | 272 |
| Don't know | 580 | 580 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 6 | 171 |
| Not reported | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Metropolitan/Nonmetropolitan Areas** | | | | | | | | | | | | | | | | |

American Housing Survey for the United States: 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inside metropolitan statistical areas | 93058 | 1165 | 91893 | 85304 | 56290 | 29014 | 6589 | 2259 | 7.2 | 837 | 575 | 1448 | 1470 | 5346 | 4786 |
| In central cities | 35076 | 184 | 34892 | 31731 | 16870 | 14861 | 3161 | 1326 | 8.1 | 341 | 234 | 537 | 724 | 1282 | 674 |
| Suburbs | 57983 | 982 | 57001 | 53574 | 39420 | 14153 | 3427 | 933 | 6.2 | 496 | 341 | 910 | 747 | 4063 | 4112 |
| Outside metropolitan statistical areas | 26058 | 1913 | 24145 | 20957 | 15975 | 4982 | 3188 | 657 | 11.5 | 406 | 156 | 1146 | 823 | 1471 | 4090 |
| Regions | | | | | | | | | | | | | | | |
| Northeast | 22347 | 691 | 21656 | 20321 | 12987 | 7334 | 1335 | 354 | 4.6 | 141 | 128 | 361 | 351 | 539 | 690 |
| Midwest | 27748 | 785 | 26963 | 24758 | 18049 | 6709 | 2205 | 760 | 10.1 | 321 | 176 | 464 | 484 | 1375 | 1546 |
| South | 43571 | 1020 | 42551 | 38068 | 26715 | 11353 | 4483 | 1253 | 9.9 | 556 | 260 | 1294 | 1120 | 3382 | 4994 |
| West | 25450 | 582 | 24868 | 23115 | 14514 | 8600 | 1754 | 549 | 6.0 | 225 | 166 | 476 | 338 | 1522 | 1645 |
| Urbanized Areas | | | | | | | | | | | | | | | |
| Inside urbanized areas | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| In central cities of MSAs | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| Urban fringe | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| Outside urbanized areas | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| Other urban | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| Rural | S | S | S | S | S | S | S | S | ... | S | S | S | S | S | S |
| Place Size | | | | | | | | | | | | | | | |
| Less than 2,500 persons | 5919 | 279 | 5640 | 5059 | 3816 | 1243 | 581 | 121 | 8.7 | 106 | 48 | 157 | 148 | 206 | 533 |
| 2,500 to 9,999 persons | 14067 | 316 | 13751 | 12568 | 9029 | 3539 | 1184 | 312 | 8.0 | 182 | 71 | 389 | 229 | 557 | 868 |
| 10,000 to 19,999 persons | 10089 | 94 | 9995 | 9233 | 6276 | 2958 | 762 | 283 | 8.6 | 104 | 83 | 155 | 138 | 395 | 354 |
| 20,000 to 49,999 persons | 15710 | 105 | 15605 | 14513 | 9367 | 5146 | 1092 | 411 | 7.3 | 132 | 92 | 242 | 215 | 624 | 319 |
| 50,000 to 99,999 persons | 11267 | 59 | 11208 | 10415 | 6363 | 4053 | 792 | 307 | 7.0 | 89 | 63 | 180 | 153 | 458 | 205 |
| 100,000 to 249,999 persons | 9293 | 20 | 9273 | 8541 | 4861 | 3679 | 732 | 309 | 7.7 | 69 | 69 | 92 | 193 | 349 | 147 |
| 250,000 to 499,999 persons | 6675 | 20 | 6655 | 6054 | 3265 | 2789 | 601 | 280 | 9.1 | 81 | 42 | 78 | 120 | 243 | 87 |

American Housing Survey for the United States: 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500,000 to 999,999 persons | 4244 | 53 | 4191 | 3845 | 2101 | 1744 | 346 | 172 | 8.9 | 39 | 22 | 39 | 74 | 180 | 52 |
| 1,000,000 persons or more | 7710 | 14 | 7696 | 7062 | 2900 | 4163 | 634 | 258 | 5.8 | 49 | 60 | 95 | 171 | 165 | 21 |
| | | | | | | | | | | | | | | | |
| **Homes Currently for Sale or Rent** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Up for rent only | 3137 | 0 | 3137 | 69 | 69 | 0 | 3068 | 2743 | 100.0 | 0 | 0 | 325 | 0 | 281 | 143 |
| Up for rent or for sale | 248 | 0 | 248 | 54 | 54 | 0 | 194 | 172 | 100.0 | 0 | 0 | 21 | 0 | 19 | 33 |
| For sale only | 2466 | 0 | 2466 | 1154 | 1154 | 0 | 1312 | 0 | 0.0 | 1243 | 0 | 68 | 0 | 249 | 317 |
| Not on the market | 74945 | 0 | 74945 | 69742 | 69742 | 0 | 5203 | 0 | 0.0 | 0 | 731 | 2179 | 2293 | 4862 | 6418 |
| Not reported | 1246 | 0 | 1246 | 1246 | 1246 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 87 | 121 |
| | | | | | | | | | | | | | | | |
| **Reasons Extra Unit Owned@1** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Extra units | 5600 | 3006 | 2594 | 0 | 0 | 0 | 2594 | 0 | 0.0 | 0 | 0 | 2594 | 0 | 346 | 938 |
| Previous usual residence | 676 | 186 | 490 | 0 | 0 | 0 | 490 | 0 | 0.0 | 0 | 0 | 490 | 0 | 29 | 121 |
| Used for recreational purposes | 2974 | 1974 | 1000 | 0 | 0 | 0 | 1000 | 0 | 0.0 | 0 | 0 | 1000 | 0 | 217 | 567 |
| Investment purposes | 813 | 338 | 475 | 0 | 0 | 0 | 475 | 0 | 0.0 | 0 | 0 | 475 | 0 | 73 | 40 |
| Unable to sell property | 90 | 45 | 44 | 0 | 0 | 0 | 44 | 0 | 0.0 | 0 | 0 | 44 | 0 | 7 | 16 |
| Inherited property | 311 | 172 | 139 | 0 | 0 | 0 | 139 | 0 | 0.0 | 0 | 0 | 139 | 0 | 0 | 15 |
| Other reasons | 943 | 430 | 513 | 0 | 0 | 0 | 513 | 0 | 0.0 | 0 | 0 | 513 | 0 | 68 | 193 |
| Not reported | 397 | 162 | 235 | 0 | 0 | 0 | 235 | 0 | 0.0 | 0 | 0 | 235 | 0 | 11 | 39 |
| | | | | | | | | | | | | | | | |
| **Location of Extra Unit** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Within 150 miles of current residence | 2887 | 1568 | 1318 | 0 | 0 | 0 | 1318 | 0 | 0.0 | 0 | 0 | 1318 | 0 | 175 | 491 |
| 150 miles or more from current residence | 1998 | 1115 | 883 | 0 | 0 | 0 | 883 | 0 | 0.0 | 0 | 0 | 883 | 0 | 126 | 351 |
| Not reported | 715 | 323 | 393 | 0 | 0 | 0 | 393 | 0 | 0.0 | 0 | 0 | 393 | 0 | 45 | 96 |
| | | | | | | | | | | | | | | | |
| **Nights Owner Spent at Extra Unit** | | | | | | | | | | | | | | | |

American Housing Survey for the United States: 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **0 to 2 nights** | 1306 | 594 | 711 | 0 | 0 | 0 | 711 | 0 | 0.0 | 0 | 0 | 711 | 0 | 77 | 186 |
| **3 to 7 nights** | 266 | 180 | 86 | 0 | 0 | 0 | 86 | 0 | 0.0 | 0 | 0 | 86 | 0 | 4 | 47 |
| **8 nights or more** | 3028 | 1724 | 1304 | 0 | 0 | 0 | 1304 | 0 | 0.0 | 0 | 0 | 1304 | 0 | 229 | 575 |
| **Not reported** | 1001 | 508 | 492 | 0 | 0 | 0 | 492 | 0 | 0.0 | 0 | 0 | 492 | 0 | 36 | 129 |
| **Nights Owner Rented Extra Unit** | | | | | | | | | | | | | | | |
| **0 to 2 nights** | 3878 | 2190 | 1688 | 0 | 0 | 0 | 1688 | 0 | 0.0 | 0 | 0 | 1688 | 0 | 238 | 774 |
| **3 to 7 nights** | 44 | 28 | 16 | 0 | 0 | 0 | 16 | 0 | 0.0 | 0 | 0 | 16 | 0 | 0 | 8 |
| **8 nights or more** | 757 | 344 | 413 | 0 | 0 | 0 | 413 | 0 | 0.0 | 0 | 0 | 413 | 0 | 66 | 69 |
| **Not reported** | 921 | 444 | 477 | 0 | 0 | 0 | 477 | 0 | 0.0 | 0 | 0 | 477 | 0 | 42 | 86 |
| **Manufactured/Mobile Home Tiedowns** | | | | | | | | | | | | | | | |
| **Manufactured/mobile homes** | 8876 | 626 | 8249 | 7219 | 6001 | 1218 | 1031 | 165 | 11.9 | 165 | 71 | 345 | 285 | 1102 | 8876 |
| **Anchored by tiedowns, bolts or other means** | 6540 | 360 | 6180 | 5491 | 4687 | 804 | 689 | 110 | 12.0 | 103 | 38 | 279 | 159 | 939 | 6540 |
| **Not anchored** | 1365 | 122 | 1243 | 1033 | 883 | 150 | 209 | 33 | 17.6 | 33 | 17 | 31 | 94 | 94 | 1365 |
| **Anchoring not reported** | 971 | 144 | 826 | 694 | 431 | 264 | 132 | 22 | 7.6 | 29 | 15 | 34 | 32 | 69 | 971 |
| **Manufactured/Mobile Home Set Up** | | | | | | | | | | | | | | | |
| **Manufactured/mobile homes** | 8876 | 626 | 8249 | 7219 | 6001 | 1218 | 1031 | 165 | 11.9 | 165 | 71 | 345 | 285 | 1102 | 8876 |
| **Set on permanent masonry foundation** | 1466 | 51 | 1415 | 1284 | 1118 | 166 | 131 | 22 | 11.6 | 22 | 16 | 30 | 42 | 263 | 1466 |
| **Resting on concrete pad** | 1584 | 79 | 1505 | 1322 | 1142 | 179 | 183 | 22 | 10.6 | 27 | 13 | 78 | 45 | 210 | 1584 |
| **Up on blocks, but not on concrete pad** | 5007 | 390 | 4617 | 4000 | 3238 | 763 | 617 | 109 | 12.5 | 106 | 30 | 200 | 171 | 563 | 5007 |
| **Set up in some other way** | 561 | 66 | 494 | 446 | 407 | 40 | 48 | 4 | 9.6 | 5 | 8 | 20 | 11 | 67 | 561 |
| **Set up not reported** | 258 | 40 | 217 | 167 | 96 | 70 | 51 | 8 | 10.1 | 5 | 4 | 18 | 17 | 0 | 258 |

@14For manufactured/mobile homes, oldest category is 1939 or earlier.
@11If occupied year-round, assumed to be suitable for year-round use.
@1Figures may not add to total because more than one category may apply to a unit.

American Housing Survey for the United States: 2001

*Source: U.S. Census Bureau, American Housing Survey Branch*

Contact the AHS staff at (301) 763-3235 or e-mail to ahsn@census.gov for further information on the American Housing Survey.

Go to American Housing Survey for the United States: 2001
Go to American Housing Survey

Last Revised: *Friday, 01-Nov-2002 14:46:47 EST*

Census 2000 | Subjects A to Z | Search | Product Catalog | Data Tools | FOIA | Quality | Privacy · Policies | Contact Us | Home

USCENSUSBUREAU
*Helping You Make Informed Decisions*