### Revised Table V-3 from Dr. Anderson's Report:
### Summary of the Derivation of Exposure Durations for Contractors

| Exposure Factor | Typical Scenario | High-End Scenario | Note |
|---|---|---|---|
| Homes with VAI | 3,000,000 | 3,000,000 | Assumed |
| Total Homes | 91,209,000 | 91,209,000 | U.S. Census Bureau (2001)[a] |
| Frequency of VAI homes | 3.29% | 9.87% | Calculation/Assumption from Dr. Anderson's report[b] |
| Working days/year | 250 | 250 | Assumption from Dr. Anderson's report |
| Days working in VAI home/year | 8.225 | 24.675 | Calculated[c] |
| Probability of Contact with VAI in VAI home | 10% | 10% | Assumption from Dr. Anderson's report |
| Days contacting VAI/year | .82 | 2.47 | Calculated |

[a] The value used represents the sum of homes in the following categories: "single family detached" (73,427,000 units), "single family attached" (8,428,000 units) and "2 to 4 units" (9,354,000 units)
[b] The typical frequency of homes with VAI is a simple percentage of the total homes. The high-end frequency of homes is determined by using Dr. Anderson's assumption that the frequency of VAI homes in colder climates is triple the national average.
[c] The VAI-home EF is the frequency of VAI homes multiplied by the number of working days per year.

Revised Table V-4 from Dr. Anderson's Report:
Summary of Estimated Exposure Durations and TWFs for a Contractor

| Activity | Scenario | Time Spent in Activity (hrs/day) | Exposure Frequency (days/yr) | Exposure Duration (years) | Total Events | Total Hours | Time Weighting Factor (%) |
|---|---|---|---|---|---|---|---|
| 2/ Small area clearance | Typical | 0.5 | .82 | 11 | 9 | 4.5 | .00073% |
|  | High-end | 1.5 | 2.47 | 45 | 111 | 166.5 | .027% |
| 3/ Small area clearance & fan installation | Typical | 3 | .82 | 11 | 9 | 27 | .0044% |
|  | High-end | 5 | 2.47 | 45 | 111 | 555 | .091% |
| 4/ Large area clearance | Typical | 1 | .82 | 11 | 9 | 9 | .0015% |
|  | High-end | 2 | 2.47 | 45 | 111 | 222 | .036% |
| 5/ Removing VAI | Typical | 8 | .82 | 11 | 9 | 72 | .012% |
|  | High-end | 12 | 2.47 | 45 | 111 | 1332 | .22% |

Revised Table E-5
WA Study- Contractor
(Using Dr. Lee's Faulty Exposure Concentrations- Excluding Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Ceiling Penetration | Small area clearance & fan inst. | Typical | Ewing 2003 | .000044 | 0.049922544 | 5.1 E-07 |
| Ceiling Penetration | Small area clearance & fan inst. | High-end | Ewing 2003 | .00091 | 0.049922544 | 1.0 E-05 |
| Moving Aside VAI- Grace Method | Large area clearance | Typical | Ewing 2003 | .000015 | 0.521042537 | 1.8 E-06 |
| Moving Aside VAI- Grace Method | Large area clearance | High-end | Ewing 2003 | .00036 | 0.521042537 | 4.3 E-05 |
| Moving Aside VAI- Homeowner Method | Large area clearance | Typical | Ewing 2003 | .000015 | 0.567360299 | 2.0 E-06 |
| Moving Aside VAI- Homeowner Method | Large area clearance | High-end | Ewing 2003 | .00036 | 0.567360299 | 4.7 E-05 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | Typical | Ewing 2003 | .0000073 | 0 | 0.0 E+00 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | High-end | Ewing 2003 | .00027 | 0 | 0.0 E+00 |

| Aggregate Risk[1] | Scenario | Risk |
|---|---|---|
| | Typical | 2.5 E-06 |
| | High-end | 5.7 E-05 |

[1] Total does not include risk from "Moving Aside- Grace Method," because the higher exposure scenario "Moving Aside VAI- Homeowner Method" was included in the total.

Revised Table E-9
WA Study- Contractor
(Using Dr. Lee's Faulty Exposure Concentrations- Including Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Ceiling Penetration | Small area clearance & fan inst. | Typical | Ewing 2003 | .000044 | 0.54 | 5.5 E-06 |
| Ceiling Penetration | Small area clearance & fan inst. | High-end | Ewing 2003 | .00091 | 0.54 | 1.1 E-04 |
| Moving Aside VAI-Grace Method | Large area clearance | Typical | Ewing 2003 | .000015 | 4.48 | 1.5 E-05 |
| Moving Aside VAI-Grace Method | Large area clearance | High-end | Ewing 2003 | .00036 | 4.48 | 3.7 E-04 |
| Moving Aside VAI-Homeowner Method | Large area clearance | Typical | Ewing 2003 | .000015 | 9.57 | 3.3 E-05 |
| Moving Aside VAI-Homeowner Method | Large area clearance | High-end | Ewing 2003 | .00036 | 9.57 | 7.9 E-04 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | Typical | Ewing 2003 | .0000073 | 0.69 | 1.2 E-06 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | High-end | Ewing 2003 | .00027 | 0.69 | 4.3 E-05 |

| Aggregate Risk[1] | Scenario | Risk |
|---|---|---|
| | Typical | 4.0 E-05 |
| | High-end | 9.4 E-04 |

[1] Total does not include risk from "Moving Aside- Grace Method," because the higher exposure scenario "Moving Aside VAI- Homeowner Method" was included in the total.