Estimated Risk Not Calculated by Dr. Anderson:
Activity #5 /Removing VAI

## WA Study- Resident
(Using Dr. Lee's Faulty Exposure Concentrations- Excluding Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .000013 | 0.567360299 | 1.7 E-06 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .00002 | 0.567360299 | 2.6 E-06 |

## WA Study- Resident
(Using Dr. Lee's Faulty Exposure Concentrations- Including Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .000013 | 9.574610874 | 2.9 E-05 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .00002 | 9.574610874 | 4.4 E-05 |

1

## WA Study- Contractor
### (Using Dr. Lee's Faulty Exposure Concentrations- Excluding Alleged Cleavage Fragments)

Residential

| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| | | | | | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .00012 | .567360299 | 1.6 E-05 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .0022 | .567360299 | 2.9 E-04 |

## WA Study- Contractor
### (Using Dr. Lee's Faulty Exposure Concentrations- Including Alleged Cleavage Fragments)

Residential

| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| | | | | | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .00012 | 9.574610874 | 2.6 E-04 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .0022 | 9.574610874 | 4.8 E-03 |

2