1

1          IN THE UNITED STATES BANKRUPTCY COURT

2              FOR THE DISTRICT OF DELAWARE

3

4

5
     IN RE:                          NO. 01-01139 JKF
6
          W.R. GRACE & CO., et al.,
7                          Debtors.

8                                    COPY

9

10   VIDEOTAPE
     DEPOSITION OF:   THOMAS E. HAMILTON
11                                      VIDEOTAPE
     DATE:            February 25, 2003
12
     TIME:            10:35 a.m.
13
     LOCATION:        Richardson, Patrick, Westbrook
14                      & Brickman, LLC
                     1037 Chuck Dawley Boulevard
15                   Building A
                     Mount Pleasant, SC
16
     TAKEN BY:        Counsel for the Claimant
17
     REPORTED BY:     PATRICIA L. THOMPSON,
18                    Registered Professional
                     Reporter
19   _____

20   Computer-Aided Transcription By:

21       A. WILLIAM ROBERTS, JR., & ASSOCIATES

22   Charleston, SC              Greenville, SC
     (843) 722-8414              (864) 234-7030
23
     Columbia, SC               Charlotte, NC
24   (803) 731-5224             (704) 573-3919

25

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1       Q.    Now, are you familiar with the OSHA

2    standard?

3       A.    Yes.   The OSHA standardized test?

4       Q.    Yes.

5       A.    Yes.

6       Q.    And the current OSHA standard, is there

7    an excursion limit to the current OSHA standard?

8       A.    I think you're talking about the

9    maximum limit of exposure excursion limit, which is

10   one fiber per cc of air.

11      Q.    Why does OSHA have an excursion limit,

12   do you know?

13      A.    Well, there is also a limit in there of

14   one -- of 0.1 fibers per cc, which is an allowable

15   average for a worker to have during a workday, an

16   eight-hour day.  The excursion is the upper limit

17   that should never been exceeded during the workday,

18   but that's without respiratory protection.

19              The OSHA standard is designed to say

20   you can have exposure with an average .1 for the

21   day, but you should not exceed 1 during the day

22   without adequate respiratory protection.

23      Q.    And looking at these results, with a

24   binder -- and Grace used a binder on the material

25   -- what was the range of the results?

*A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO*

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1    A.   Well, the range on the first page goes

2    from 0.37 to 3.15.

3    Q.   And how many samples were collected,

4    total samples collected, with the binder?

5    A.   11.

6    Q.   Of those 11 how many of those samples

7    exceeded the current OSHA excursion limit of one

8    fiber per cc?

9    A.   Eight.

10    Q.   And on the next page was there any

11    testing performed as a control?

12    A.   Yes.   They did two control samples, two

13    control events.   And you have to understand that

14    these are all doubled up because Fred Eaton

15    collected samples on both shoulders of the

16    employees.   It was set up with one sample collected

17    off the right shoulder and one off the left

18    shoulder of the worker doing the work.

19         So there were two control events, and

20    the range on these two went from 1.43 to 5.7, and

21    all four of them exceeded one fiber per cc.

22    Q.   What was the range -- I'm sorry.

23    A.   Yes.   I said that.   It went from 1.43

24    to 5.7.

25    Q.   There is a note at the bottom of that

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1   there.  There would be a trigger for training of

2   the employees.  There would be a trigger for a

3   program, policy, within your company to do all of

4   these things.  Those are the types of things that

5   we see that are triggered.

6           Q.   In looking at the first test, the drop

7   testing in Exhibit 1, how many samples were

8   collected?

9           A.   A total of 20 samples were collected.

10  Two of those were background samples.

11          Q.   So 18 of those samples were during the

12  actual activities?

13          A.   Yes.  Those were actual activities

14  during -- with drops.

15          Q.   And of those 18 samples how many of

16  those samples exceeded today's OSHA excursion of

17  one fiber per cc?

18          A.   All 18 of them were above one fiber per

19  cc.

20          Q.   And turning to Exhibit 2, the same

21  question.

22          A.   Exhibit 2, of the seven samples -- and

23  this was the original work done by me in Cambridge

24  of dry material versus wet material with Steve

25  Venuti, and of the seven samples all but one of

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1  them exceeded 1.

2       Q.   And the one that did not exceed 1, was

3  that one of the wet samples?

4       A.   Yes.

5       Q.   I would like to hand you what has been

6  marked as Deposition Exhibit 5 and ask if you can

7  identify this document for the record.

8       A.   This is a request for engineering --

9  for technical service dated June 3, 1977.  It was

10  requested by Fred Eaton and approved by me, and

11  this is for evaluating attic test samples from

12  Weedsport, and there were six samples which were

13  submitted.

14      Q.   And again, this is simulation testing

15  done in a simulated attic at Weedsport?

16      A.   Yes.  According to the chain of custody

17  it's a simulated attic test, no binder.

18      Q.   By the way, the simulated attic, how

19  was that constructed?

20      A.   I never really saw it.  I never saw it

21  and the pictures of it were always obscure to me

22  and nobody ever told me about it.  I wasn't

23  involved in the design or the construction of it,

24  and I never actually saw it that I can recall.

25      Q.   Well, are you familiar with the purpose

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   foot bags of Libby 1.  I don't see any listing on

2   here of where the material was produced.

3            There were three different tests.  One

4   test was product.  It wasn't screened.  Another was

5   product that was over a 14-mesh screen and a third

6   was product over a 5-mesh screen.

7        Q.    And is there a summary of the results?

8        A.    The summary states that six samples

9   were received from Weedsport attic test -- six

10  samples were received from Weedsport attic test and

11  were analyzed.  All contained more than two fibers

12  per cc.

13       Q.    And obviously all of these results

14  would exceed the current OSHA excursion limit;

15  correct?

16            MR. RESTIVO:  Object to the form of the

17  question.

18       A.    All of these exceed one fiber per cc.

19  That's correct.

20       Q.    And what was the range of the results?

21       A.    The range was from 3.42 to 5.70.

22            I must say that there was a tendency in

23  reporting these results from the laboratory to use

24  more significant digits than would be allowed.  In

25  general there is only two significant digits and

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    that was Libby No. 1; is that correct?

2          A.    Yes.   This was Libby 1.

3          Q.    And this is now Libby 2 being tested?

4          A.    Correct.

5                There is no laboratory sheet attached

6    to it, but the results page of the summary says:

7    Evaluation was made of four simulated attic samples

8    from Weedsport.   All four exceeded two fibers per

9    cc of air.

10         Q.    I would like to show you what has been

11   marked as Hamilton Exhibit 7 and ask if you can

12   identify this document for the record.

13         A.    Right.   This is No. 67572.   This was

14   the evaluatation -- by the way, this was approved

15   by me and collected by Fred Eaton.   It was

16   submitted 7/14/77.   Eight simulated attic samples

17   from Weedsport, and the summary says that all

18   exceeded two fibers per cc of air.   This was a

19   simulated attic test of Libby No. 3 which was

20   screened over a 14-mesh screen.

21         Q.    How many samples -- in the first test

22   report how many samples were analyzed?

23         A.    Let's see.   They were eight samples

24   total collected here.

25         Q.    What was the range of the results?

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1         A.   The range was from 0.75 to 2.71.

2         Q.   Of those results how many of those

3    results exceeded the OSHA excursion limit of one

4    fiber per cc?

5              MR. RESTIVO:  Object to the form of the

6    question if you're suggesting that was the OSHA

7    excursion limit on the date of Exhibit 7.

8              MR. TURKEWITZ:  We're referring to

9    today's OSHA excursion limit.

10        A.   Right.  Seven of them exceed one fiber

11   per cc.

12        Q.   Is there a second test attached to this

13   report?

14        A.   Yes.  It's No. 67571 dated 7/14/77.

15   These are the evaluation of attic test samples from

16   Weedsport for Libby No. 2, and there were two

17   samples submitted on this.

18        Q.   And was anything -- how was the

19   material treated in this testing?

20        A.   This appears to be a control test of

21   4-cubic foot -- we'll call it the 4-cubic foot bag

22   size.  It says the material was dusty during the

23   pour and the results ranged from 4.78 to 5.78, and

24   there were only two samples collected.

25        Q.   Was this screened Libby No. 2?

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1       A.    Yes.   This was simulated attic test

2    with screened Libby No. 2 over -- does it say what

3    size screen?

4             I suspect that this was the same screen

5    as the screened material here, which I think was a

6    14 mesh.

7             Yes.   It probably was the same material

8    as the previous, and it would be a 14-mesh screen.

9       Q.    And again, both of these samples exceed

10   today's OSHA excursion limit?

11            MR. RESTIVO:   Object to the form of the

12   question.

13      A.    Yes.

14      Q.    I would like to show you what has been

15   marked as Hamilton Deposition Exhibit 8 and ask if

16   you can identify that document for the record.

17      A.    This is No. 67575.

18      Q.    And what was being tested -- what is

19   the date of this test?

20      A.    This is dated -- the report date is

21   July 25th, 1977.   The collection date I think was

22   July 17th, although that could be the 19th.

23      Q.    And what was tested in this report?

24      A.    This was the simulation of attic test

25   of Libby No. 3, and it was screened on the 14-mesh

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    screen.

2         Q.   By the way, I don't see your name on

3    this report.

4              Would this report have come across your

5    desk?

6         A.   Yes.  Although the cover page for the

7    technical request is not attached to the front of

8    this document, this document would have gone -- at

9    that time period this document would have been

10   requested by me.

11        Q.   And looking at the results on Page 3,

12   can you read the results better than you can on

13   Page 2?

14        A.   Yes.

15        Q.   And at the bottom it states:  Test 19AS

16   1 and 2, screened 14-mesh, cyclone fines returned

17   to product.

18        A.   Unbound.

19        Q.   Unbound.

20        A.   And then the Test 19BS 1, 2, 3 and 4

21   were the same, but it was bound.  It had a binder

22   on it.

23        Q.   Why were they testing the product with

24   the cyclone fines being returned to the product?

25        A.   Well, as I stated earlier, the cyclone

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   fines were fines that were actually product that

2   were pulled off during the manufacturing because of

3   the bag houses that were there to control dust and

4   so forth would pull product as well as dust, and

5   the cyclone would spin out the heavier product and

6   those would drop out and the lighter fines and so

7   forth would pass through at the bag house.

8           By having the cyclone there you were

9   able to recapture product which has been pulled off

10  during the manufacturing as an emission.  You could

11  then reclaim that product, put it back in.  It's

12  actually expanded vermiculite and some things that

13  you want to throw back in because it has value,

14  actual value.

15          Q.   And what were the results of this

16  testing of Libby No. 3 with no binder?

17          A.   Okay.  The first -- Samples 1 and 2,

18  which are the first four samples with no binder on

19  them, range from 1.01 to 4.79, I think, or maybe

20  4.99.  I can't tell.

21          Q.   And how many of those samples would

22  exceed or exceed today's OSHA excursion limit of

23  one fiber per cc?

24          A.   All four of them would exceed that

25  limit.

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

*THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ*

1        Q.   And what was the range of the testing

2   of the material with a binder?

3        A.   That ranged from, it looks like, .49 to

4   2.51 with four of those exceeding one fiber per cc.

5        Q.   I would like to show you what has been

6   marked as Hamilton Deposition Exhibit 9 and ask if

7   you can identify that document for the record.

8        A.   Yes.   This is number -- I can't read

9   that.   It's 675 something 82, it looks like.   67582

10  dated August 4th.

11           I'm sorry.   These don't appear to be --

12  I see.   They were submitted on August 1, but it was

13  reported on August 4th.   This is 36 simulated attic

14  test samples that were done in Weedsport by Fred

15  Eaton, and it looks as though this is all Libby 2.

16       Q.   In looking at the results, was the

17  first set of test results Libby 2 unscreened with

18  all cyclone fines returned to the product?

19       A.   Yes.   That's the 20A series.   So

20  anything beginning with 20A is Libby 2, which is

21  unscreened, all the cyclone fines returned to the

22  product.

23       Q.   And what was the range of the results

24  of this testing?

25       A.   Just looking at the 20 series now, the

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   and it had a binder and all the cyclone fines were

2   pulled.

3          Q.   And are the results summarized on the

4   second page?

5          A.   Yes.   The results say that eight

6   simulated attic test samples from Weedsport were

7   received and evaluated.   Six samples also exceeded

8   the limit, and that would be the limit of two

9   fibers per cc.

10          Q.   Turning to the second page, what was

11   the range of the levels that were found?

12          A.   The range there was from 1.86 to 2.61.

13          Q.   And this is a material where all the

14   cyclone fines were pulled?

15          A.   Yes.

16          Q.   And of the eight samples how many of

17   those samples exceeded the current OSHA excursion

18   level of one fiber per cc?

19          A.   All eight of them exceeded that.

20          Q.   Sir, I would like to show you what has

21   been marked as Hamilton Exhibit 13 and ask if you

22   can identify that for the record.

23          A.   This also -- in order to read the

24   number you have to go to the second page.   It's

25   67590, and this is a simulated attic test from

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    Weedsport with eight samples were submitted and

2    this was a simulated attic test of Libby No. 3

3    screened on a 16-mesh screen with all cyclone fines

4    pulled.

5         Q.   So the last test that was done was when

6    a binder was applied; is that correct?

7         A.   Yes.   The last test talked about a

8    binder which had been applied, and this test is

9    similiar material with no binder.

10        Q.   And what was the range of the test

11   results for this test which is marked as Exhibit 13

12   dated August 19th, 1977?

13        A.   Right.   The range of results on the

14   eight samples was from 0.7 -- 0.50 to 1.28, and

15   four of these exceeded one fiber per cc.

16        Q.   Can you explain why the levels of this

17   unbound material are in this situation lower than

18   the levels in the previous testing where the

19   material was bound?

20             MR. RESTIVO:   Object to the form of the

21   question.   I object on the grounds lack of personal

22   knowledge.

23        A.   Well, you know, it's interesting that

24   those levels would look different to you.   I find

25   that most people that look at data like this, they

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   see a difference between 1.01 and 1.28 and 2.04.

2            To me those are identical.  There is no

3   difference between the data, and the reason I say

4   that is because of the margin of error.  When you

5   put the error bars on they seem to overlap.  If you

6   say:  Okay.  Take the first set of data and put the

7   error bars on it and take the second set and put

8   the error bars on it, they probably would overlap.

9            This could be a precision error in the

10  reader, the way the reader did them.  It could be

11  an error in the way that it was collected; they did

12  something slightly different, but from my view in

13  having looked at thousands of these types of

14  samples, these results don't look that much

15  different to me.  Another way of saying it is that

16  in my opinion putting a binder on really didn't

17  change things.

18           Q.   Let me show you what has been marked as

19  Hamilton Exhibit 14 and ask if you can identify

20  that document for the record.

21           A.   This is No. 67589.  This is dated

22  8/18/77 and this was for 32 attic test samples.

23           Q.   And is that your name at the top right

24  on the first page?

25           A.   Yes.  I am the approver on this.

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    Q.   And what was being tested in this round

2    of testing?

3    A.   These are the simulated attic tests for

4    Libby No. 3.  It appears all of this was screened

5    and all the cyclone fines were pulled.

6    Q.   And are the results summarized on the

7    second page?

8    A.   Yes.  The summary states 32 attic test

9    samples were received from Weedsport and evaluated.

10   28 samples exceeded the limit, and that limit there

11   would have been the limit of two fibers per cc.

12   Q.   And looking at the actual record, the

13   Air Sampling Record Sheet, can you tell us what the

14   range was for the results during this testing?

15   A.   Yes.  Some of these had binder put on

16   them.

17          If we're looking at the very first test

18   sheet, which was Libby 3 screened, 14 mesh, all

19   cyclone fines pulled with no binder -- we have

20   eight samples here.  The range was from 1.58 to

21   3.74, and all of these exceeded one fiber per cc.

22   Q.   And then the second page, is there --

23   A.   The second page is again Libby 3.

24   In this case we have 14-mesh screen, all cyclone

25   fines pulled, and this indicates a binder had been

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   applied to the product and the results -- there are

2   eight samples.  The range on these was from 1.8 to

3   4.01, and all of these exceeded one fiber per cc.

4         Q.   And the third page?

5         A.   The third page we have Libby 3 screened

6   over a 20-mesh screen rather than a 14-mesh screen,

7   and this also had the cyclone fines pulled and a

8   binder was applied.  There were eight samples

9   collected.  They ranged from 2.14 to 3.63, and all

10  of them exceeded one fiber per cc.

11        Q.   And then the fourth page?

12        A.   The fourth page we have Libby 3

13  screened material with a 20-mesh screen and all

14  cyclone fines were pulled, and the range on the

15  eight results was from 1.66 to 4.04, and all of

16  them exceeded one fiber per cc.

17        Q.   Now, during all this testing that was

18  done, were the observations made that there was

19  very little dust visible while pouring?

20             MR. RESTIVO:  Object to the form of the

21  question.

22        A.   There is a note -- on each of these

23  pages at the bottom there are additional comments

24  that said along the lines that the material looked

25  good and there was little to no visible dust while

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    pouring. "No dust while pouring." "Little to no

2    dust while pouring." This appeared to be clean

3    material in terms of visible dust.

4         Q.   But it still resulted in levels

5    exceeding the then OSHA PEL and certainly today's

6    OSHA excursion level?

7              MR. RESTIVO: Object to the form of the

8    question.

9         A.   Well, I'll say it the way I want, the

10   correct way. I'm going to say they all exceeded --

11   for the most part they exceeded one. I don't think

12   any of these were less than one and several of them

13   exceeded two fibers per cc, but the two fiber per

14   cc is an eight-hour TWA, and there were no time

15   weighted averages calculated.

16             So on an instantaneous or a 15- or

17   20-minute -- well, these were -- for the period of

18   time that they sampled it did exceed two for the

19   most part on nearly all of these samples.

20        Q.   Let me hand you what has been marked as

21   Hamilton Exhibit 15 and ask if you can identify

22   that document for the record.

23        A.   Yes. This is Report No. 67636 and it's

24   dated January 6th, 1978, and I am the person that

25   approved this. This was a simulated attic test

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    from Weedsport again, and there were ten samples

2    that were submitted.

3              According to the summary the results

4    showed that nine of these samples exceeded the

5    limit of two fibers per cc.  This is a simulated

6    attic test with Libby 3 and there are various

7    changes to the Libby 3 that were made.

8        Q.    Did the material that was tested come

9    from various sources?

10       A.    Yes.  That's what made this kind of

11   interesting.  The material appeared to be

12   manufactured pretty much the same way in different

13   facilities.  The first test set came from Omaha,

14   the second from Trenton, the third from Dallas and

15   the fourth from East Hampton.

16       Q.    Was there one additional source?

17       A.    I think the "W" is Weedsport.  If

18   anything began with a "W" means Weedsport, so you

19   would have five different locations.

20       Q.    And what was the range of results for

21   all of this testing?

22             MR. RESTIVO:  Object to the form of the

23   question.

24       A.    If you look at the range on all these,

25   this is a Libby 3 screened 14 mesh unbound from

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1   five different locations.  The range went from 2.1

2   -- I'm sorry.  -- 1.07 to 8.55, and all of these

3   exceeded one fiber per cc.

4        Q.   I would like to show you what has been

5   marked as Hamilton Deposition Exhibit 16 and ask if

6   you can identify that document for the record.

7        A.   It's hard to read it on the first page,

8   but on the second page it says 67567 as the number.

9   This is, again, simulated attic test samples from

10  Weedsport and there were ten samples that were

11  collected.

12            The summary says that all ten samples

13  exceeded 4.5 fibers per cc of air.  This is --

14  according to the notes here, it's an simulated

15  attic field test with screened Libby No. 3 and it's

16  screened over a 14-mesh screen with all cyclone

17  fines removed.

18       Q.   And what was the range of the levels in

19  this testing of Libby 3?

20            MR. RESTIVO:  Object to the form.

21       A.   The range of the numbers appears to be

22  4.8 at the low end to 12.83 at the far range.  So

23  just between 4.81 and 12.83.

24       Q.   At the time -- by the way, when this

25  testing was done, did OSHA have an excursion limit

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1          A.   I don't ever recall super clean

2     material ever going into production as a standard

3     product.

4          Q.   In looking at the test results on

5     Page 3, are there results during cleanup of the

6     material?

7          A.   Here it is, cleaning up.  There are

8     cleanups that occur.

9               For example, on Page 1 it says there

10    was a sample there.  It says:  Cleanup, rebagging,

11    Sample 151SC-3 and 4.  That would be South

12    Carolina.

13         Q.   Super clean?

14         A.   I'm sorry.  Super clean, 3 and 4.

15         Q.   On the first page is it referring to

16    the pouring of the material?

17         A.   Yes.  It says pouring of the material.

18    It's interesting they say:  Material quite dusty

19    and dirty during cleanup and rebagging.

20              Oh, I see.  They rebagged the material

21    apparently and they got some dust generated at that

22    time.  But these first samples are from the first

23    three sets they are pouring and fill.  Samples 7,

24    8, 9 and 10 were cleaning up the material.

25         Q.   What was the range of the results for

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    the super clean Libby 1?

2              MR. RESTIVO:  Object to the form of the

3    question.

4         A.   We're looking at Samples 1SC-1 through

5    1SC-10, which would include pouring and cleaning

6    up, and the range was from 0.19 to 1.10.

7         Q.   And the 1.10, what was the activity

8    taking place?

9         A.   That was during cleanup.

10        Q.   And then turning to the next page, is

11   there another set of test results with this report?

12        A.   Yes.  This would be samples that begin

13   with a 2SC-1 through 2SC-12.

14        Q.   And what material was being tested

15   there?

16        A.   This is super clean simulated attic

17   test for Libby No. 2.

18        Q.   And what was the range of the test

19   results for super clean Libby 2?

20             MR. RESTIVO:  Object to the form.

21        A.   It ranged from 0.22 to 1.35.

22        Q.   And how many of those samples -- how

23   many samples were analyzed?

24        A.   There were 12 total.

25        Q.   How many of those exceeded the current

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    OSHA excursion level?

2          A.    Five of them were above 1.

3          Q.    Is there another report attached?

4          A.    Yes.   There is another report attached.

5    It's 67692 dated April 6th, 1978, and these were

6    samples of super clean Libby No. 1 and Libby No. 2

7    taken in the Weedsport attic test.

8          Q.    What was being tested there during that

9    testing?  How was that testing performed?

10         A.    This was super clean attic test for

11   Libby 2.  The first tests were Libby 1.  I believe

12   this was, I believe, a repeat of the first set of

13   tests just doing super clean Libby 2.  Some samples

14   were collected outside the attic area before the

15   test was taken, before there was any simulation,

16   and then they repeated the pouring and the cleanup.

17         Q.    And what was the range of the results

18   for Libby No. 2 super clean?

19         A.    These ranged from less than 0.06 to a

20   high during cleanup of 1.5 -- I'm sorry.  I'll have

21   to check to see what Sample No. 5 is, but the high

22   was 1.58.  So the range was less than 0.06 to 1.58.

23         Q.    Where were the highest levels found?

24         A.    The highest level was 1.58 and it says

25   that this was seen as SCE-2.  1SCE-3 and 4, let's

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1          MR. RESTIVO:  Objection; lack of

2    personal knowledge.

3          A.   According to the Air Sampling Record

4    Sheet, the air monitoring was done during the

5    pouring only.

6          Q.   And let's look at the range of fiber

7    levels that occurred just during the pouring

8    itself.

9               What was the range, can you tell?

10         A.   This is very, very difficult to read.

11   My copy is very obscured.

12              I've attempted to read this, but I just

13   can't quite make this out.  I think that the first

14   one, Sample 18AS-PR 1, I believe that was 7.9.

15              Does it appear like 7.9 on your sheet?

16         Q.   I believe that's right as far as I can

17   tell.

18         A.   The second sample I cannot read.

19         Q.   Does that appear to be 11.22?

20         A.   Are you looking at Sample PR-3 or

21   PR-2?

22         Q.   I'm looking at 3.

23         A.   I think PR-2 was too dusty and

24   impossible to read with any accuracy.

25              If you look at the summary, it says

THOMAS E. HAMILTON - EX. BY MR. TURKEWITZ

1    PR-2 wasn't readable.  It was dusty.  So the PR-3

2    looks like 11.22.  The Sample PR-4 looks to me like

3    9.68.  5 looks like it could be either 8 or 3.27.

4    I can't read it.  And PR-6 looks like 8.5.

5              Now, I think that PR-5 was actually

6    8.27 because in the summary it says that all of the

7    samples were greater than 7.5.

8         Q.   And obviously all of these samples

9    would have been greater than the current OSHA

10   excursion limit of one fiber per cc; is that

11   correct?

12             MR. RESTIVO:  Object to the form.

13        A.   That's correct.

14        Q.   And this is in an actual attic; is that

15   correct?

16        A.   Yes.  It says this is an actual home

17   attic fill job.

18        Q.   Let me show you what has been marked as

19   Hamilton Exhibit 19 and ask if you can identify

20   that for the record.

21        A.   Yes.  This is No. 67706.

22             It's dated May 12th, 1978, and this is

23   a super clean actual home attic fill test from

24   Savannah, New York, and this is of Libby No. 1.

25        Q.   Is that your name in the upper right