

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00004711 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Eugene Alfred Braley (Claim No. 00004711), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

COPY

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: Gene Braley

Address: 651 Quartz Rd
Libby, MT

Phone: 293-7291

Address of Property for which consent for entry and access is being granted:

Same

Relationship to property: Owner
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

8/26/02
Date

[Signature]
Signature

651 QUARTZ RD  8-26-02
VOLPE/EPA

GENE BRALEY.          BD 001832
         AUTHOR: DANIELLE SAINT LOUIS COM

1437 - ARRIVE ONSITE. TALK WITH GENE & LINDA BRALEY (OWNERS). FILL OUT IFF AND CONSENT FIELD FORM. BD # ASSIGNED. NO ATTIC INSPECTION PERFORMED - ACCESS IS NOT **BD-001832** SECURE. VERMICULITE OBSERVED IN FLOWER BED ALONG DRIVEWAY. PHOTO (3) TAKEN AND SKETCH DRAWN. 1533 - LEAVE SITE.

*Danielle Saint Louis 8/26/02*

☑ Soil samples collected (Date: 9-7-0C )

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: 100114    Page No.: 12    Site Visit Date: 8/26/02
Address: 651 Quartz Rd.    Structure Description: House
Occupant: Gene + Linda Braley    Phone Number: 293-7291
Owner (if different than occupant): ___    Phone Number: ___
Sampling Team: Brian Ryles / Danielle Saint Louis CDM
Field Form Check Completed by (100% of forms): Danielle Saint Louis CDM
Screening Field Check Completed by (2% of forms): ___

| Data Item | Value | Notes |
|---|---|---|
| HOUSE ATTRIBUTES | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | 1973     Unknown | |
| Square Footage | 1596 sq.ft | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | |
| Number of Floors Above Ground | (1)  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 9   2:___   3:___  Other: | |
| Basement | (Yes)    No | |
| Heating Source | Wood/Coal  Electric  Propane/Gas  Other: oil Hot Water | |
| Heat Distribution | Forced air  (Radiant)  Other: | |

CSS Primary Structure IFF_V4.wpd    Page 1 of 7

Braley, Eugene.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 651 Q_____ Rd    BD# 001832

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  **(2)**  3  4 <br> 5-15  16-20  21-30  >30 | |
| Number of Children | **(0)**  1  2  3  4 <br> Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  **(>15)** | 29 yrs |
| Was the residence/building remodeled? | **(Yes)**    No <br> If yes, <br> When (years):  <2   2-5   **(>5)** <br> Where:  Attic   Living Areas <br>   Garage   **(Basement)** <br> Other: _____ | Finished Basement |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    **(No)** | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    **(No)** | |
| Are there any known areas of exposed vermiculite? | Yes    **(No)** <br> If yes, <br> Where:  Ceiling   Walls <br>   Floors   Attic <br> Other: _____ | |

CSS INFORMATION FIELD FORM (continued)

Address: 651 Quartz Rd.

BD# 00852

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | 8/5/2002 | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA (Unknown)<br>Walls: Yes (No) NA Unknown<br>Basement: Yes (No) NA Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>No visual inspection in attic. Owner built home and swears on Bible it is fiberglass. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes No (NA)<br>Yard: Yes (No) NA<br>Stockpiles: Yes (No) NA<br>(Other:) Flowerbed | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

CSS INFORMATION FIELD FORM (continued)

Address: 651 Quartz Rd

BD# 00232

# EXPOSURE ASSESSMENT

| Data Item | | Value | Notes |
|---|---|---|---|
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day / Once a week / Once a month / Once a year / **(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / **(Not Applicable)** | |
| | Extent of Contact: | Heavy / Moderate / Light / **(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day / **(Once a week)** / Once a month / Once a year / Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | **(<1 hour)** / 1-2 hours / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / Moderate / **(Light)** / Not Applicable | |

CSS Primary Structure IFF V4.wpd

Page 4 of 7

Braley, Eugene.max

CSS INFORMATION FIELD FORM (continued)

Address: 651 Quartz Rd

BD# _____

## CONTAMINANT SCREENING STUDY ASSESSMENT

| Data Item | Value | Notes |
|---|---|---|
| **Occupant Information** | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | Both residents have Asbestoses. |
| **Indoor Information** | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| **Outdoor Information** | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| **Overall Assessment** | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION: No visual inspection, had to peer into garage attic and about 15ft over to house attic. Owner built home and said he used fiberglass. Vermiculite found in flower bed in front of house by the driveway. No dogs.

CSS INFORMATION FIELD FORM (continued)

BD- 001832

Address: 651 QUARTZ RD

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). **Include north arrow.**



Braley, Eugene.max

CSS INFORMATION FIELD FORM (continued)

Address: 651 Quartz Rd    BD# 601832

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot    NO ATTIC INSPECTION



## CONTAMINANT SCREENING STUDY
## FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: **N/A**    Field Logbook No: **100120**    Page No: **3**    Sampling Date: **9-7-02**
Address: **651 Quartz Rd. N**    Owner: **Gene & Linda Bracey**
Business Name: _____
Land Use: (circle) **(Residential)** School  Commercial  Mining  Roadway  Other ( )
Sampling Team: (circle) **(CDM)** PES  Other ____  Names: **Victor Coutorde Jr., Walter Smith**

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-06222 | CS-06223 | CS-06224 |
| Location ID | SP-116352 | SP-116354 | SP-116355 |
| Sample Group | Yard | Yard | Flower Beds |
| Location Description (circle) | Back yard / **(Front yard)** / **(Side yard)** / Other | **(Back yard)** / Front yard / Side yard / Other | **(Back yard)** / Front yard / Side yard / Other |
| Category (circle) | **(FS)** / FD of __ / Field Blank | **(FS)** / FD of __ / Field Blank | **(FS)** / FD of __ / Field Blank |
| Matrix Type (Surface soil unless otherwise noted) | **(Surface Soil)** / Other | **(Surface Soil)** / Other | **(Surface Soil)** / Other |
| Type (circle) | Grab / **(Comp)** # subsamples **5** | Grab / **(Comp)** # subsamples **5** | Grab / **(Comp)** # subsamples **5** |
| Sample Time | 1000 | 1007 | 1018 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-001832 | | |
| | Entered __ Validated __ | Entered __ Validated __ | Entered __ Validated __ |

| Field Team | Initial |
|---|---|
| Completed by | WS |
| QC by | V.C. |



*CONTAMINANT SCREENING STUDY*

# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No: 100120   Page No: 10   Sampling Date: 9-7-02

Address: 651 QUARTZ RD.   Owner: GENE & LINDA BRALEY

Business Name: —

Land Use: (circle) **(Residential)**  School  Commercial  Mining  Roadway  Other (    )

Sampling Team: (circle) **(CDM)**  PES  Other ____   Names: VICTOR CONTRERAS SR.) WALTER SMITH

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-06225 | | |
| Location ID | SP-116356 | | |
| Sample Group | DRIVEWAY | | |
| Location Description (circle) | Back yard / **(Front yard)** / Side yard / Other ___ | Back yard / Front yard / Side yard / Other ___ | Back yard / Front yard / Side yard / Other ___ |
| Category (circle) | **(FS)** / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | **(Surface Soil)** / Other ___ | Surface Soil / Other ___ | Surface Soil / Other ___ |
| Type (circle) | Grab / **(Comp.)** # subsamples 5 | Grab / Comp. # subsamples ___ | Grab / Comp. # subsamples ___ |
| Sample Time | 1027 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-001832 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | LWJ |
| QC by | VC |

DW 9/9/02

Location: 651 QUARTZ RC. Date: 9-7-02
Project/Client: LIBBY ASBESTOS - VOLPE/EPA REGION 8
GENE & LINDA BRALEY    BD-001732

0951 — ARRIVED AT RESIDENCE. WALKED PROPERTY AND DECIDED TO COLLECT SOIL SAMPLES FROM THE FRONT/SIDE YARD, BACK YARD, FLOWER BEDS, AND ALSO THE DRIVEWAY.

| | | | |
|---|---|---|---|
| YARD FRONT/SIDE | | SP-116352 | 5-POINT |
| 1000 | F.D.S. 002540 | COC-003525 | |
| YARD BACK | | SP-116354 | 5-POINT |
| 1007 | F.D.S. 002540 | COC-003525 | |
| FLOWER BEDS | CS-06224 | SP-116355 | 5-POINT |
| 1018 | F.D.S. 002540 | COC-003525 | |
| DRIVEWAY | CS-06225 | SP-116356 | 5-POINT |
| 1027 | F.D.S. 002541 | COC-003525 | |

G.P.S. FILE # TSA09072. VERMICULITE WAS OBSERVED IN THE FLOWER BEDS. PHOTO TAKEN. DECONTAMINATED EQUIPMENT AFTER EACH SOIL SAMPLE. LEFT RESIDENCE AT 1045.

*Walter Smith*
9-7-02
WALTER SMITH

Braley, Eugene.max