Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8 PM 3: 55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00006093 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Celia Jane Kvapil (Claim No. 00006093), her attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.  Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.  Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.  Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.  Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                                            Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

BD-003764

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: Janie Kvapil (Janie 5/12/03)

Address: 182 Farm to Market Rd

Phone: 293-2075

Address of Property for which consent for entry and access is being granted:

182 Farm to Market Rd

Relationship to property: owner
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

7/25/03
Date

Signature

Kvapil, Cecilia Jane.max

EPA Information Center
Office Copy

BD# 003764

✗ Soil samples collected (Date: 7/25/03)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (Primary IFF)

Field Logbook No.: 100244    Page No.: 133    Site Visit Date: 7/25/03
Address: 182 Farm to    Structure Description: House
Occupant: Janie Kvapil    Phone Number: 293-2075
Owner (if different than occupant): Same    Phone Number: Same
Business Name: NA
Sampling Team: Martin Eustice
Field Form Check Completed by (100% of forms): Rich Eustice
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial School Mining Other: | |
| Year of Construction | ~1940's Unknown | estimate by homeowner |
| Square Footage | ~1400 | estimate by homeowner |
| Construction Material | (Wood frame) Masonry/Stone Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 8   2: ___   3: ___ Other: | |
| Basement | Yes (No) | Crawlspace |
| Heating Source | Wood/Coal Electric Propane/Gas (Other: Oil) | |
| Heat Distribution | (Forced air) Radiant Other: | |

CSS Primary Structure IFF_V6.wpd    Page 1 of 4

DW 7/25/03

Kvapil, Cecilia Jane.max

CSS Primary Structure IFF (continued)

Address: 182 Farm to Market Rd

BD# 003764

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Was the residence/building remodeled? | (Yes)  No  If yes, When (years): <2  2-5  (>5)  Where: Attic  Living Areas  Garage  Basement  Other: _____ | 1975 attic added to house |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | (Yes)  No | Placed in Garden, |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes  (No) | |
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| Occupant Information | | ☒ Verbal Interview Complete: JRM |
| Is there any knowledge of former miners, close relatives of miners, or any highly exposed persons living or visiting the property? | (Yes)  No  Unknown | If unknown, why? husband worked @ mill and loaded rail-cars |
| Is the resident, past or present, diagnosed with an asbestos-related disease? | Yes  (No)  Unknown | If unknown, why? |
| Indoor Information | | ☒ Indoor Visual Inspection Complete: JRM |
| Does the interior have vermiculite attic insulation? | Yes  (No)  Unknown | If unknown, why? |
| Did the interior ever have vermiculite attic insulation? NA applies if attic currently has VCI | Yes  No  Unknown  (NA) | If unknown, why? |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | If unknown, why?  Type and location of building material: |

CSS Primary Structure IFF_V8.wpd

Kvapil, Cecilia Jane.max

**CSS Primary Structure IFF (continued)**

Address: 182 Farm to Market Rd

BD#: 003764

| Data Item | Value | Notes |
|---|---|---|
| Location of indoor vermiculite (circle all that apply) | Attic   Walls   Crawl Space   (None) <br> Visual in Living Space: Basement, Ground Floor, Second Floor, Attached Garage <br> Other: _____ | If in living space, provide specific location: |
| **Outdoor Information** | | ☒ Outdoor Visual Inspection Complete: JRM |
| Location of outdoor vermiculite (circle all that apply) | Driveway   Flowerbed   Garden   Yard <br> Former Flowerbed   (Former Garden) <br> Stockpile   None <br> Other: _____ | 2 small flakes noted, see p.k.n. |
| Overall Assessment Complete: JRM | ☒ Reconnaissance (Verbal Interview, Indoor, Outdoor Inspection) | |
| Are primary source materials present at the property? | (Yes)   No | |
| Where are primary source materials located? | Inside   (Outside) <br> Both   NA | NA applies if no primary source materials are located at the property. |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues) _____

CSS Primary Structure IFF (continued)

Address: 182 Farm to Market Rd    BD# 03764

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



Page 4 of 4

CSS Primary Structure IFF V6.wpd

Kvapil, Cecilia Jane.max

BD#: 23766

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100244　　Page No.: 134　　Site Visit Date: 7/25/03
Address: 182 Farm to Market Rd　　Structure Description: HOUSE
Occupant: Janie Kvapil　　Phone Number: 293-2075
Owner (if different than occupant): Same　　Phone Number: Same
Business Name: N/A
Sampling Team: Martin, Eustice
Field Form Check Completed by (100% of forms): Richd Eustice
Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

Page 1 of 2

DW 7.25.03

CSS Additional IFF (Continued)                                   BD# 003766

Address: 182 Farm to Market Rd

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations. *JCM 7/25/03*<br><br>☒ Item does not apply to this property. | |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement:  Ground Floor  Second Floor<br>Attached Garage  (None)<br>Other: _____<br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

_____
_____
_____
_____
_____
_____

Kvapil, Cecilia Jane.max

BD# 003765

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: **100244**　　Page No.: **134**　　Site Visit Date: **7/25/03**

Address: **182 Farm to Market Rd**　　Structure Description: **House**

Occupant: **Janie Kvapil**　　Phone Number: **293-2075**

Owner (if different than occupant): **Same**　　Phone Number: **Same**

Business Name: **NA**

Sampling Team: **Martin Eustice**

Field Form Check Completed by (100% of forms): **Richard Eustice**

Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Triggers | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

DW 7.25.03

Page 1 of 2

#003765

**CSS Additional IFF (Continued)**

Address: 182 Farm to Market Rd

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications** — Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Item does not apply to this property. | |
| **Vermiculite Present in Building Materials** — Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br>☐ Intact. No further action on this item required.<br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply)** | Basement   Ground Floor   Second Floor<br>Attached Garage   ⊘None<br>Other: _____<br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br>☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | |

**ADDITIONAL INFORMATION** (Note any partial access or sample collection issues): _____

_____

_____

_____

_____

Kvapil, Cecilia Jane.max