Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED
2003 AUG -8 PM 3:55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) | Claim No. 00009665 |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, John Howard Riewoldt (Claim No. 00009665), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

08/08/2003 FRI 12:03 FAX 406 453 3844 PICKWICKS OFFICE CITY 007/025

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: ______________________
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

______________________

BD- 002064

D.3 9-13-02

☑ Soil samples collected (Date: 9/16/02 )

RR

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: 100119 Page No.: 83 Site Visit Date: 9-13-02

Address: 10553 Hwy 37 N Structure Description: House

Occupant: John R Riewoldt Phone Number: 293-6633

Owner (if different than occupant): Same Phone Number: ______

Sampling Team: Danny Zambrano / Tom Vanderweel CDM

Field Form Check Completed by (100% of forms): Tom Vanderweel CDM

Screening Field Check Completed by (2% of forms): ______

| Data Item | Value | Notes |
|---|---|---|
| HOUSE ATTRIBUTES | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial<br>School Mining<br>Other: ______ | |
| Year of Construction | 1993 Unknown | |
| Square Footage | 900 +/- | |
| Construction Material | (Wood frame) Masonry/Stone<br>Other: ______ | |
| Number of Floors Above Ground | (1) 2 3 Other: ______ | |
| Number of Rooms Per Floor Above Ground | 1: 5 2: ____ 3: ____<br>Other: ______ | |
| Basement | (Yes) No | |
| Heating Source | (Wood/Coal) Electric (Propane/Gas)<br>Other: ______ | |
| Heat Distribution | (Forced air) Radiant<br>Other: ______ | |

Stacey
FAX # 406/761-5805

DW 9/14/02

CSS INFORMATION FIELD FORM (continued)

Address: 10553 Hwy 37 N

BD# 002064

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0 1 (2) 3 4<br>5-15 16-20 21-30 >30 | |
| Number of Children | (0) 1 2 3 4<br>Other: | |
| Years at Location | <1 1-5 (5-10) 10-15 >15 | 9 YR AT HOME |
| Was the residence/building remodeled? | Yes (No)<br>If yes,<br>When (years): <2 2-5 >5<br>Where: Attic Living Areas Garage Basement<br>Other: | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes (No) | |
| Are there any known areas of exposed vermiculite? | (Yes) No<br>If yes,<br>Where: Ceiling Walls Floors Attic<br>Other: | 9-13-02<br>Trace in driveway<br>TRACE |

CSS INFORMATION FIELD FORM (continued)

Address: 10553 Hwy 37 N

BD# 002064

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA ~~Unknown~~ V. 9/13/02<br>Basement: Yes (No) ~~(NA)~~ Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other:______ | Visual confirmation of current presence or absence required for attic.<br>NO LVMI OBSERVED IN attic |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes (No) NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>(Other:) DRIVEWAY (TRACE SEEN) | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other:______<br>(Unknown) | |

CSS INFORMATION FIELD FORM (continued)

Address: 10553 Hwy 37 N BD# 002064

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>(Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | (<1 hour)<br>1-2 hours<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>(Light)<br>Not Applicable | |

Riewoldt, John.max

## CSS INFORMATION FIELD FORM (continued)

Address: 10553 Hwy 37 N

BD# 0020164

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| | **Occupant Information** | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes (No) Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes) No Unknown | OWNER Jonh R RiewoldT |
| | **Indoor Information** | |
| Does the interior have Zonolite attic insulation? | Yes (No) Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes (No) Unknown NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes (No) Unknown | NONE OBSERVED |
| | **Outdoor Information** | |
| Is there any evidence of primary source materials at or near the property? | (Yes) No Unknown | Trace in Driveway |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes) No Unknown | |
| | **Overall Assessment** | |
| Are primary source materials present at the property? | (Yes) No | |
| Where are primary source materials located? | Inside (Outside) Both NA | |

ADDITIONAL INFORMATION Three Nice Dogs
USED TO LIVE ON 5th St EXT.

CSS INFORMATION FIELD FORM (continued)

Address: 10553 HWY 37 N

BD# 002064

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). **Include north arrow.**

NOT TO SCALE

Riewoldt, John.max

002064

**CSS INFORMATION FIELD FORM (continued)**

BD# ~~2064~~ D.3 9-13-02

Address: 10553 HWY 37 N

**FIELD DIAGRAM OF PRIMARY STRUCTURE**

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot