Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 3: 56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00013912 |
| | ) | Claim No. 00014556 |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Alice Diane Anderson (Claim Nos. 00013912 and 00014556), her attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

  1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

  2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

  3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

  4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                                              Lewis & Slovak, P.C.

                                 By: _____
                                         Tom L. Lewis
                                         P.O. Box 2325
                                         Great Falls, MT 59403
                                         (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

                                               _____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Renee Rucker_   _Alice Anderson_   _owner_

Address: _311 Idaho Ave_

Phone: _293-7846_

Address of Property for which consent to access is being granted:

_310 Idaho ave._
_Libby, mt. 59923_

Relationship to property: _tenant_
(i.e., owner, 5-year tenant, etc.)

I consent to officers, employees, and authorized representatives of the United States Environmental Protection Agency (EPA) entering and having continued access to my property for the following purposes:

1. Air, wipe, bulk and soil sampling.
2. Such other actions as the EPA On-Scene Coordinator determines necessary to protect human health or welfare of the environment.

I realize that these actions by EPA are undertaken pursuant to its response authorities under the Comprehensive Environmental Response Compensation, and Liability Act of 1980, as amended (CERCLA), 41 U.S. C Section § 9601 et seq.

I also realize that there may be loss of or damage to property during these actions. In addition, I realize EPA will be using my utilities, including heat, water and electricity.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind.

I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees and authorized representatives of EPA at reasonable times.

_5-17-02_     _Renee R. Rucker_
Date          Signature

Anderson, Alice.max



Location: 311 IDAHO AVE   Date: 5/17/02
Project/Client: LIBBY ASBESTOS - EPA/VOLPE
RENEE RUKER - 293-7846

BD-000092

1530 ARRIVE AT 311 IDAHO AVE WE SPEAK WITH RENEE WHO TELLS US SHE IS LIVING AT THIS HOUSE WHILE SHE RENAVATES IT FOR ALICE ANDERSON, WHO OWNS THE HOUSE. RENEE STATES HER OLD HOUSE WAS FULL OF VERMICULITE WALLS AND FOUNDATIONS WERE FULL OF IT. THE VISUAL WPCAN 5/17/02 INSPECTION SHOWS NO SIGN OF VERMICULITE WE WILL TAKE A DIGITAL PHOTO OF THE HOUSE. RENEE MENTIONS HER OTHER HOUSE ON 310 DAKOTA AVE. PHONE # WHERE SHE CAN BE REACHED WHEN A RECON OR SOIL TEAM NEEDS TO SAMPLE OR GET INFO FROM RENEE HER CELL # IS 293-1105 AND SHE CAN BE REACHED ALSO AT THIS HOUSE 293-7846.

5/17/02

Anderson, Alice.max

## LIBBY ASBESTOS PROJECT
### Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: __100058__    Page No.: __51__    Site Visit Date: __05-17-02__
Address: __311 Idaho Ave__    Structure Description: __home__
Occupant: __Renee Rucker__    Phone Number: __293-7846__
Owner (if different than occupant): __Alice Anderson__    Phone Number: __293-5370__
Sampling Team: __Michael Lynn Coffey, Sr. CDM  Christopher Allen Worthington - CDM__
Field Form Check Completed by (100% of forms): __Chris White__
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | ≈1910    Unknown | |
| Square Footage | ≈1100 | 30x30 + small upstairs |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | Pre-fab house |
| Number of Floors Above Ground | 1  (2)  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 7   2: 1   3: ___  Other: | |
| Basement | Yes   (No) | |
| Heating Source | (Wood/Coal)  (Electric)  Propane/Gas  Other: | |
| Heat Distribution | Forced air   (Radiant)   Other: | |

Page 1 of 2

## CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave

SC# 000092

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 1  2  3  **(4)**  5-15  16-20  21-30  >30 | |
| Number of Children | 0  **(1)**  2  3  4  Other:_____ | |
| Years at Location | **(<1)**  1-5  5-10  10-15  >15 | |
| Was the residence/building remodeled? | **(Yes)**  No<br>If yes,<br>When (years): <2  2-5  >5<br>Where: Attic  Living Areas<br>Garage  Basement<br>Other:_____ | Remodelling is going on now at time of inspection |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | **(Yes)**  No | Vermiculite used in garden |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes  **(No)** | |
| Has any present or former occupant worked at the W.R. Grace mine and/or any former processing plant? | **(Yes)**  No | present occupants husband was former miner |
| Has any present or former occupant been diagnosed with an asbestos related disease? | **(Yes)**  No | |
| Are there any known areas of exposed vermiculite? | Yes  **(No)**<br>If yes,<br>Where: Ceiling  Walls<br>Floors  Attic<br>Other:_____ | |

Page 2 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave

BC# 000092

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA<br>Walls: Yes (No) NA<br>Basement: Yes No (NA)<br>Crawl Space: Yes (No) NA<br>Other: _____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | (Yes)   No | |
| Evidence of Water Damage? | (Yes)   No | |
| Evidence of vermiculite used in building materials? | Yes   (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes No (NA)<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: Unknown | |

Page 3 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave                    BD# 000092

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: Not Now | Once a day / Once a week / Once a month / Once a year | Occupants' former residence had vermiculite. |
| | Duration of Contact: Not Now | <1 hour / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: Not Now | Heavy / Moderate / Light | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: None | Once a day / Once a week / Once a month / Once a year | |
| | Duration of Contact: None | <1 hour / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: None | Heavy / Moderate / Light | |

Page 2

Anderson, Alice.max

CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave                                    BC#000092

| Data Item | Value | Notes |
|---|---|---|

## CONTAMINANT SCREENING STUDY ASSESSMENT

### Occupant Information

| | | |
|---|---|---|
| Is there any knowledge of former miners, close relative of miners, or an exposed persons living or visiting the property? | (Yes)  No  Unknown | |
| Is the resident diagnosed with an asbestos related disease? | (Yes)  No  Unknown | |

### Indoor Information

| | | |
|---|---|---|
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | Current occupants are remodelling the entire house and are sure there is no vermiculite. |

### Outdoor Information

| | | |
|---|---|---|
| Is there any evidence of primary source materials near the property? | Yes  (No)  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes  (No)  Unknown | |

ADDITIONAL INFORMATION

_____
_____
_____
_____

Page 5 of 7

Anderson, Alice.max

CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave          SC=000092

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, suspected Libby amphibole source areas, etc.)

NOT TO SCALE



Page 6 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 311 Idaho Ave                          SD#00092

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of house (circle)   First   Second   Third   Basement
Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/10" = 1 foot



Page 7 of 7

Anderson, Alice.max

Sheet No.: ESS(S)- 00093

## CONTAMINANT SCREENING STUDY
## FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: NA   Field Logbook No: 100062   Page No: 117   Sampling Date: 6/6/02
Address: 311 Idaho                             Owner: Alice Anderson (Renee Roakes-inks)
Land Use: (circle) (Residential)  School  Commercial  Mining  Roadway  Other (        )
Sampling Team: (circle) (CDM)  PES  Other ___  Names: Karen Berry + Michael Coffey-CDM

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 00173  SP- 110788 | CS- 00174  SP- 110789 | |
| Location ID | | | |
| Sample Group | Yard | Flower Bed | |
| Location Description (circle) | Back yard / Front yard / Side yard / Other entire yard | Back yard / Front yard / Side yard / Other Flower Beds | Back yard / Front yard / Side yard / Other |
| Category (circle) | (FS) / FD | (FS) / FD | FS / FD |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other | (Surface Soil) / Other | Surface Soil / Other |
| Type (circle) | Grab / (Comp. # subsamples 5) | Grab / (Comp. # subsamples 5) | Grab / Comp. # subsamples |
| Sample Time | 1320 | 1330 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 1 | 2 | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-000092 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | KJB |
| QC by | |



117

Location: 311 Idaho Ave.   Date: 6/6/02
Project/Client: Libby Asbestos / EPA/Volpe
Anderson, Alice
BD-000092

1311 - Arrived at site. Michael Coffey went to talk to owners but no one answered. At least 2 dogs are in the back. Samples will need to be taken. All soil sample info. is on sheet CSS(s) - 000098. The Index ID is CS-00173 with location ID SP-110788. The Flower Beds have Sample Index ID of CS-00174 w/ location ID of SP-110789. The GPS file is T1F06062. There were Pictures taken.

Maureen Berry 6/6/02

Anderson, Alice.max