Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 3: 56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00004712 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, George James Bauer (Claim No. 00004712), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

/SO 10/15/02

Phase 1 Background IFF No. 00215

☒ Soil samples collected (Date: _____)

• No CSS Soil Samples Collected to 6.

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Supplemental Information Field Form (SIFF)

Field Logbook No.: 100145   Page No.: 41   Site Visit Date: 10/15/02
Address: 203 E. Spruce St.                    Structure Description: House
Occupant: George Bauer                         Phone Number: 293-1426
Owner (if different than occupant): N/A        Phone Number: N/A
Sampling Team: Mike Coffey CDM, Shawn Oliveira CDM
Field Form Check Completed by (100% of forms): [signature]
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: (Yes) No NA Unknown<br>Walls: (Yes) No NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes (No) NA Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>• ZAI in attic<br>• ZAI appears to have leaked into wall cavity |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes (No) NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

CSS Primary Structure Supplemental IFF_V1.wpd     Page 1 of 5

RW 10.16.02

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: 303 E. Spruce St.    BD# 002853

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | **(Once a day)** / Once a week / Once a month / Once a year / Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour / **(1-2 hours)** / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / **(Moderate)** / Light / Not Applicable | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day / Once a week / Once a month / Once a year / **(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / **(Not Applicable)** | |
| | Extent of Contact: | Heavy / Moderate / Light / **(Not Applicable)** | |

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: 203 E. Spruce St.                                BD# 002853

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes   (No)   Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)   No   Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | (Yes)   No   Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes   No   Unknown   (NA) | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes   (No)   Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | Yes   (No)   Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes   (No)   Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)   No | |
| Where are primary source materials located? | Inside   (Outside)   Both   NA | |

ADDITIONAL INFORMATION  ZAI in attic, and has leaked into wall cavity. No outdoor LV observed.

CSS Primary Structure Supplemental IFF_V1.wpd          Page 3 of 5

Bauer, George.max

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: 203 East Spruce  BD# 002853

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). **Include north arrow.**

NOT TO SCALE



CSS Primary Structure Supplemental IFF_V1.wpd     Page 5 of 5

Bauer, George.max

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: 203 East Spine    BD# 002853

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



CSS Primary Structure Supplemental IFF_V1.wpd    Page 4 of 5



Bauer, George.max