FILED

'03 AUG -8 PM 3:56

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00005563 |
| ) | Claim No. 00005897 |
| ) | |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Evelyn Marie Carr (Claim Nos. 00005563 and 00005897), her attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

    1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

    2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

    3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

    4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

**RESPONSE TO DEBTORS' SECOND OMNIBUS**
**OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1**

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

BD# 000774

# COPY

## LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No. 100236     Page No.: 73     Site Visit Date: 7/1/03

Address: 1681 Highway 2 South     Structure Description: House     Phone Number: 293-6585

Occupant: Evelyn Carr     Phone Number: _____

Owner (if different than occupant): _____

Business Name: _____

Sampling Team: Robert Hunt - CDM

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown  Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:  ☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.  ☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.  ☒ Item does not apply to this property. | |
| Past presence of VCI - Yes  Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:  ☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.  ☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.  ☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.  ☒ Item does not apply to this property. | |

RH 7/1/03

CSS Additional IFF (Continued)

BO# 026774

Address: 1681 Highway 2 South

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications** — Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Item does not apply to this property | Collect 2 Dust Samples |
| **Vermiculite Present in Building Materials** — Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br>☐ Intact. No further action on this item required.<br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor    Attached Garage    (None)<br>Other: _____<br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING**<br>Visible vermiculite in large use area (Driveway or yard). | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br>☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): 2nd level of house is an attic - did not dust sample - shed on property is car port style - no walls

BD- 000774

/50 6/28/02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100077    Page No.: 60    Site Visit Date: 6/28/02
Address: 1681 Highway 2 South    Structure Description: House
Occupant: Evelyn Carr    Phone Number: 293-6585
Owner (if different than occupant): NA    Phone Number: NA
Sampling Team: Shawn Oliveira CDM, Dean Kozlowski CDM
Field Form Check Completed by (100% of forms): Dean Kozlowski CDM
Screening Field Check Completed by (2% of forms): _____

RV 7/16/03

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | 1960    Unknown | |
| Square Footage | ≈ 1100 ft² | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | |
| Number of Floors Above Ground | 1  (2)  3  Other: | 2nd level is actually an attic |
| Number of Rooms Per Floor Above Ground | 1: 4    2: 2    3: ___  Other: | |
| Basement | Yes  (No) | |
| Heating Source | Wood/Coal  Electric  (Propane/Gas)  Other: | |
| Heat Distribution | (Forced air)  Radiant  Other: | |

Page 1 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 1681 Highway 2 South

BD# 000774

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 1  (2)  3  4  <br> 5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4 <br> Other: | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | Since 1972 |
| Was the residence/building remodeled? | Yes  (No) <br> If yes, <br> When (years):  <2  2-5  >5 <br> Where:  Attic  Living Areas <br> Garage  Basement <br> Other: | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes  (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby-vermiculite? | Yes  (No) | |
| Are there any known areas of exposed vermiculite? | Yes  (No) <br> If yes, <br> Where:  Ceiling  Walls <br> Floors  Attic <br> Other: | |

Page 2 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 1681 Highway 2 South                                BD# 000774

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present ✓ | Attic: Yes (No) NA<br>Walls: Yes (No) NA<br>Basement: Yes No (NA)<br>Crawl Space: Yes No (NA)<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>*Fiberglass throughout* |
| Evidence of Physical Damage? | (Yes)   No | |
| Evidence of Water Damage? | Yes   (No) | |
| Evidence of vermiculite used in building materials? | Yes   (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes (No) NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | No observable vermiculite. |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: (NA) | |

Page 3 of 7

**·CSS INFORMATION FIELD FORM (continued)**

Address: 1681 Highway 2 South

BD# 000774

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: (NA) | Once a day / Once a week / Once a month / Once a year | No observable vermiculite. |
| | Duration of Contact: (NA) | <1 hour / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: (NA) | Heavy / Moderate / Light | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: (NA) | Once a day / Once a week / Once a month / Once a year | |
| | Duration of Contact: (NA) | <1 hour / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: (NA) | Heavy / Moderate / Light | |

Page 4 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 1681 Highway 2 South

BD# 000774

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | Small abnormality |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials near the property? | Yes  (No)  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes  (No)  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | Yes  (No) | |
| Where are primary source materials located? | Inside  Outside  Both  (NA) | |

ADDITIONAL INFORMATION _____

Page 5 of 7

**CSS INFORMATION FIELD FORM** (continued)

Address: 1681 Highway 2 South

BD#: 000774

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Page 6 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 1681 Highway 2 South

BD# 000724

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/10" = 1 foot

Page 7 of 7

Carr, Evelyn.max

Sheet No.: CSS (S) - 001471

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No: 100097   Page No: 18   Sampling Date: 30 JUL 2002
Address: 1681 HIGHWAY 2 SOUTH   Owner: EVELYN CARR
Business Name: N/A
Land Use: (circle) **(Residential)**  School  Commercial  Mining  Roadway  Other (   )
Sampling Team: (circle) **(CDM)**  PES  Other ___  Names: BRIAN HELES & MARK SCHLEBUSCH

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 03180 | CS- 03181 | CS- 03182 |
| Location ID | SP- 113722 | SP- 113723 | SP- 113724 |
| Sample Group | YARD | YARD | FLOWER BED |
| Location Description (circle) | Back yard / **(Front yard)** / Side yard / Other | **(Back yard)** / Front yard / **(Side yard)** / Other | Back yard / **(Front yard)** / Side yard / Other |
| Category (circle) | **(FS)** / FD of ___ / Field Blank (lot or equipment) | **(FS)** / FD of ___ / Field Blank (lot or equipment) | **(FS)** / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **(Surface Soil)** / Other ___ | **(Surface Soil)** / Other ___ | **(Surface Soil)** / Other ___ |
| Type (circle) | Grab / **(Comp. # subsamples 5)** | Grab / **(Comp. # subsamples 5)** | Grab / **(Comp. # subsamples 2)** |
| Sample Time | 0935 | 0945 | 0955 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | — | — | — |
| Field Comments | BD- 000774 | *(signature)* | *(signature)* |
|  | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | MS |
| QC by | BAH |

vs 062602

Sheet No.: CSS (S) - 001472

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No: 100097   Page No: 18   Sampling Date: 30 JUL 02
Address: 1681 Highway 2 South   Owner: Evelyn Carr
Business Name: N/A
Land Use: (circle) **Residential** / School   Commercial   Mining   Roadway   Other (         )
Sampling Team: (circle) **CDM**   PES   Other _____ Names: Regan Hults & Marc Schlebusch

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 03183 | | |
| Location ID | SP- 113725 | | |
| Sample Group | Driveway | | |
| Location Description (circle) | Back yard / **Front yard** / **Side yard** / Other | Back yard / Front yard / Side yard / Other | Back yard / Front yard / Side yard / Other |
| Category (circle) | **FS** / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **Surface Soil** / Other | Surface Soil / Other | Surface Soil / Other |
| Type (circle) | Grab / **Comp. # subsamples 5** | Grab / Comp. # subsamples | Grab / Comp. # subsamples |
| Sample Time | 1005 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | — | | |
| Field Comments | BD- 000774 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | MS |
| QC by | RAH |

vs 062602



18

Location: 1681 HIGHWAY 2 SOUTH   Date: 07.30.02
Project/Client: LIBBY ASBESTOS- VOLPE/EPA
OWNER: EVELYN CARR   BD-000774

0925 ARRIVED AT 1681 SOUTH HIGHWAY 2. WALK THE PROPERTY AND DECIDE TO COLLECT A FRONT YARD, BACK/SIDE YARD, FLOWER BED, AND GRAVEL DRIVEWAY SAMPLE. BRIAN HUTS IS COLLECTING SAMPLES IN MODIFIED LEVEL D PPE. ALL AREAS ARE SPRAYED WITH WATER BEFORE COLLECTING THE SAMPLE.

FRONT YARD [0935]   CS-03180   SP-113722
FIELD DATA SHEET 001471   COC 003062

BACK/SIDE YARD [0945]   CS-03181   SP-113723
FIELD DATA SHEET 001471   COC 003062

FLOWER BEDS [0955]   CS-03182   SP-113724
FIELD DATA SHEET 001471   COC 003062

DRIVEWAY [1005]   CS-03183   SP-113725
FIELD DATA SHEET 001472   COC 003062

NO VERMICULITE OBSERVED ON THE PROPERTY WHILE SAMPLING
GPS FILE NUMBER TSA07302

[signature] 07.30.02

# REMEDIAL INVESTIGATION
# FIELD SAMPLE DATA SHEET (FSDS) FOR

Scenario No.: NA  Field Logbook No: 10236  Page No: 73  Sample Date: 7/1/03
Address: 1681 Highway 2 South  Owner/Tenant: Evelyn Carr
Business Name: _____
Land Use: (Residential)  School  Commercial  Mining  Roadway  Other ( )
Sampling Team: MACTEC  (CDM)  Other ____  Names: Robert Hunt

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Index ID | CS-13478 | CS-13479 | |
| Location ID | BD-000774 | BD-000774 | |
| Matrix Type (circle) | Garage (House) Shed, Pump House, Other | Garage (House) Shed, Pump House, Other | ( ) House, Shed, Pump House, Other |
| Sample Group (circle) | Basement (Ground Floor), Second Level, Other | Basement (Ground Floor), Second Level, Other | Basement, Ground Floor, Second Level, Other |
| Location Description (circle) | Horizontal Surfaces, (High Traffic Areas), Other | (Horizontal Surfaces), High Traffic Areas, Other | Horizontal Surfaces, High Traffic Areas, Other |
| Category (circle) | (FS) Blank Archive Blank | (FS) Blank Archive Blank | FS Blank Archive Blank |
| Sample Area (cm²) (circle) | (100) 200 300 NA | (100) 200 300 NA | 100 200 300 NA |
| Filter Diameter (circle) | (25mm) 37mm | (25mm) 37mm | 25mm 37mm |
| Pore Size (circle) | (TEM-45) PCM-0.8 | (TEM-45) PCM-0.8 | TEM-45 PCM-0.8 |
| Flow Meter Type (circle) | Rotometer (Dry-Cal) NA | Rotometer (Dry-Cal) NA | Rotometer Dry-Cal NA |
| Flow Meter ID No. | 7326 | 7326 | 7326 |
| Pump ID No. | 666482 | 666482 | |
| Start Time | 1430 | 1433 | |
| Start Flow (L/min) | 2.0 | 2.0 | |
| Stop Time | 1432 | 1438 | |
| Stop Flow (L/min) | 2.0 | 2.0 | |
| Pump Fault? (circle) | (No) Yes | (No) Yes | No Yes |
| Field Comments | 100 cm² – Front Entrance  100 cm²  100 cm² LOT-23802  Volpe: | 100 cm² – Shelf in Kitchen  100 cm²  100 cm² LOT-23802  Volpe: | 100 cm²  Volpe: |

vs 060303   For Field Team Completion   Completed by: BM   QC by: RM

RH 7/1/03

Carr, Evelyn.max



Location: 1681 Hwy 2 South    Date: 7/1/03    73

Project/Client: LIBBY ASBESTOS – U.S. EPA Region 8

Evelyn Carr    BD-000774

1425 – Arrive @ 1681 Hwy 2 South. 2002 RI investigation indicated that secondary sources are relevant. Will collect dust samples in the living space. Bob Hunt collects dust samples – sampler gun is decon'd with DI water/paper towel between sample locations. RH 7/1/03

1430  CS-13478  BD-000774
high traffic
entrance    F.D. → 040454

1436  CS-13479  BD-000774
horizontal
kitchen shelf    F.D. → 040454

1455 – Finished @ 1681 Hwy 2 South

[signature] 7/1/03

[signature] Robert Hunt 7/1/03

Carr, Evelyn.max

Sheet No.: I-D- 000454

# REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA    Field Logbook No: 10236    Page No: 7̶ 3    Sample Date: 7/1/63

Address: 1681 Highway 2 South    Owner/Tenant: Evelyn Carr

Business Name: _____

Land Use: (Residential)  School  Commercial  Mining  Roadway  Other ( ____ )

Sampling Team: MACTEC  (CDM)  Other ____    Names: Robert Hunt

| Data Item | Cassette 1 CS-13478 | Cassette 2 CS-13479 | Cassette 3 |
|---|---|---|---|
| Index ID | | | |
| Location ID | BD-000774 | BD-000774 | |
| Matrix Type (circle) | Garage, (House), Shed, Pump House, Other | Garage, (House), Shed, Pump House, Other | Garage, House, Shed, Pump House, Other |
| Sample Group (circle) | Basement, (Ground Floor), Second Level, Other | Basement, (Ground Floor), Second Level, Other | Basement, Ground Floor, Second Level, Other |
| Location Description (circle) | Horizontal Surfaces, (High Traffic Areas), Other | (Horizontal Surfaces), High Traffic Areas, Other | Horizontal Surfaces, High Traffic Areas, Other |
| Category (circle) | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank | FS  Blank  Archive Blank |
| Sample Area (cm²) (circle) | (100)  200  300  NA | (100)  200  300  NA | 100  200  300  NA |
| Filter Diameter (circle) | (25mm)  37mm | (25mm)  37mm | 25mm  37mm |
| Pore Size (circle) | (TEM-.45)  PCM-0.8 | (TEM-.45)  PCM-0.8 | TEM-.45  PCM-0.8 |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | Rotometer  (Dry-Cal)  NA | Rotometer  Dry-Cal  NA |
| Flow Meter ID No. | 7326 | 7326 | 7326 |
| Pump ID No. | 666482 | 666482 | |
| Start Time | 1430 | 1433 | |
| Start Flow (L/min) | 2.0 | 2.0 | |
| Stop Time | 1432 | 1438 | |
| Stop Flow (L/min) | 2.0 | 2.0 | |
| Pump Fault? (circle) | (No)  Yes | (No)  Yes | No  Yes |
| Field Comments | 100 cm² – Front Entrance<br>100 cm²<br>100 cm²<br>LOT-23862<br>Volpe: | 100 cm² – Shelf in Kitchen<br>100 cm²<br>100 cm²<br>LOT-23862<br>Volpe: | 100 cm²<br>100 cm²<br>100 cm²<br>Volpe: |

vs 060303    For Field Team Completion (Provide Initials)    Completed by: RM    QC by: RM

RM 7/1/63

Carr, Evelyn.max

BD- 000774

SC 6/28/02

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET, SUITE 300
### DENVER, CO 80202

## CONSENT ENTRY AND ACCESS TO PROPERTY

Name: **Evelyn Carr**

Address: **1681 Highway 2 South**

Phone: **293 6585**

Address of Property for which consent for entry and access is being granted:

_____

_____

Relationship to property: **Owner**
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

**6/28/02**
Date

**Evelyn M Carr**
Signature

Carr, Evelyn.max



60

Location 1681 HWY 2    Date 6-28-02

Project / Client EPA/VOLPE/COM    BD-00074

CSS RECON

BD- 00074

0930 - ARRIVED @ 1681 HWY 2
- OBTAINED ACCESS AGREEMENT FROM EVELYN CARR, OWNER
- FIBERGLASS IN ATTIC
- NO OBSERVABLE INSULATION
- NO OBSERVABLE VERMICULITE
- NO OBSERVABLE VERMICULITE OUTDOORS/FLOWER AREAS
- COMPLETED INTERVIEW & IFF FORM

Carr, Evelyn.max