Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 3: 56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u> | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009668 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Joseph Kelly (Claim No. 00009668), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1



Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 001448

po
08/13/02

☑ Soil samples collected (Date: 9-10 02 WS)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: _100094_   Page No.: _12 34_   Site Visit Date: _08/13/02_

Address: _418 Indian Head Rd._   Structure Description: _house_

Occupant: _Joe Kelly_   Phone Number: _293-6657_

Owner (if different than occupant): _____   Phone Number: _-_

Sampling Team: _Paul Open, Karen Berry CDM_

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial | |
| | School     Mining | |
| | Other: _____ | |
| Year of Construction | _____  (Unknown) | |
| Square Footage | ← 1200 | |
| Construction Material | (Wood frame)   Masonry/Stone | |
| | Other: _____ | |
| Number of Floors Above Ground | (1)  2  3  Other: _____ | |
| Number of Rooms Per Floor Above | 1: 6     2:     3: | |

| Number of Rooms Per Floor Above Ground | | |
|---|---|---|
| | Other: | |
| Basement | Yes     No | |
| Heating Source | Wood/Coal   Electric   Propane/Gas | |
| | Other:   oil | |
| Heat Distribution | Forced air   Radiant | |
| | Other: | |

Page 1 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: __418 Indian Head Rd.__                    BD# __001448__

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0    1    ②    3    4  <br><br> 5-15    16-20    21-30    >30 | |
| Number of Children | ⓪    1    2    3    4 <br><br> Other:_____ | |
| Years at Location | <1    1-5    5-10    10-15    (>15) | |
| Was the residence/building remodeled? | (Yes)         No | |
| | If yes, <br><br> When (years):    <2    2-5   (>5) <br><br> Where:  Attic    Living Areas <br><br> Garage   (Basement) <br><br> Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes        (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes        (No) | |
| Are there any known areas of exposed vermiculite? | Yes        (No) | |
| | If yes, <br><br> Where:  Ceiling   Walls <br><br> Floors   Attic <br><br> Other:_____ | |

**CSS INFORMATION FIELD FORM** (continued)

Address: _418 Indian Head Rd._                              BD# _001448_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:        Yes  (No)  NA  Unknown<br><br>Walls:       Yes  (No)  NA  Unknown<br><br>Basement:   Yes  (No)  NA  Unknown<br><br>Crawl Space:  Yes  No  (NA)  Unknown<br><br>Other: _____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes          (No) | |
| Evidence of Water Damage? | Yes          (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:     Yes  No  (NA)<br><br>Yard:       Yes  (No)  NA<br><br>Stockpiles:  Yes  No  (NA)<br><br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | (Next door)<br><br>Within same block<br><br>Other: _____<br><br>Unknown | |

Kelly, Joseph.max

**CSS** INFORMATION FIELD FORM (continued)

Address: _418 Indian Head Rd._                    BD# _001448_

| Data Item | Value | Notes |
|---|---|---|
| **EXPOSURE ASSESSMENT** | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | **Frequency:** Once a day / Once a week / Once a month / Once a year / (Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | **Duration of Contact:** <1 hour / 1-2 hours / 2-4 hours / >4 hours / (Not Applicable) | |
| | **Extent of Contact:** Heavy / Moderate / Light / (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | **Frequency:** Once a day / Once a week / Once a month / Once a year / (Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | **Duration of Contact:** <1 hour / 1-2 hours / 2-4 hours / >4 hours / (Not Applicable) | |
| | **Extent of Contact:** Heavy / Moderate / Light / (Not Applicable) | |

Kelly, Joseph.max

CSS INFORMATION FIELD FORM (continued)

Address: 4/8 Indian Head Rd

BD# 001448

| Data Item | Value | Notes |
|---|---|---|
| CONTAMINANT SCREENING STUDY ASSESSMENT | | |
| Occupant Information | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes    (No)    Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)    No    Unknown | Joe diagnosed with asbestosis |
| Indoor Information | | |
| Does the interior have Zonolite attic insulation? | Yes    (No)    Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes    No    (Unknown)    NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes    (No)    Unknown | |
| Outdoor Information | | |
| Is there any evidence of primary source materials at or near the property? | Yes    (No)    Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes    (No)    Unknown | |
| Overall Assessment | | |
| Are primary source materials present at the property? | Yes    (No) | |
| Where are primary source materials located? | Inside    Outside    Both    (NA) | |

ADDITIONAL INFORMATION  one dog

CSS INFORMATION FIELD FORM (continued)

Address: 418 Indian Head Rd

BD# 001448

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Kelly, Joseph.max

CSS INFORMATION FIELD FORM (continued)

Address: 418 Indian Head Rd                    BD# 001448

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type.  Use more than one diagram if needed.  Completed only if ZAI is present.

Scale: 1/10" = 1 foot



Kelly, Joseph.max

BD- 003648

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

ASSOCCX OY BD 0016148

Field Logbook No.: 100234    Page No.: 143    Site Visit Date: 7/11/03

Address: 418 Indian Head Rd Shed    Structure Description: Shed

Occupant: Kelly    Phone Number: 293 6657

Owner (if different than occupant): N/A    Phone Number: NA

Business Name: N/A

Sampling Team: Michailof Fairweather

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

DW 7/11/03

Kelly, Joseph.max

_CSS Additional IFF (Continued)

Address: 418 Indian Head Rd sheD

Dan 7/11/03

**BD- 003648**

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Owner has ARD worked @ mill |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other:_____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

**ADDITIONAL INFORMATION (Note any partial access or sample collection issues):** _____
_____
_____
_____
_____
_____
_____

Kelly, Joseph.max

BD# CO1448

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: 100234    Page No.: 141    Site Visit Date: 7/11/03

Address: 410 INDIAN HEAD RD     Structure Description: house

Occupant: Kelly, Joe     Phone Number: 293-6667

Owner (if different than occupant): NA     Phone Number: NA

Business Name: N/A

Sampling Team: MICHAILS / FARWEATHER

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

DCO 7/11/03

Kelly, Joseph.max

CSS Additional IFF (Continued)

Address: 418  Indian Road Rd          BD# 001448

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Owner has ARD worked w will |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other: _____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

**ADDITIONAL INFORMATION (Note any partial access or sample collection issues):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Kelly, Joseph.max

Sheet No.: CSS (S) · _C02657_

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: _N/A_    Field Logbook No: _100120_   Page No: _31_   Sampling Date: _9-10-02_

Address: _418 INDIAN HEAD RD_           Owner: _JOE KELLY_

Business Name: _____

Land Use: (circle) (Residential)  School   Commercial   Mining   Roadway   Other ( _____ )

Sampling Team: (circle) (CDM)  PES   Other _____   Names: _VICTOR CINTRERAL, WALTER SMITH_
_DANIELE SAINT LOUIS_

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 06325 | CS- 06326 | |
| Location ID | SP- 116508 | SP- 116509 | |
| Sample Group | YARD | YARD | |
| Location Description (circle) | Back yard (Front yard) (Side yard) Other _____ | (Back yard) Front yard Side yard Other _____ | Back yard Front yard Side yard Other _____ |
| Category (circle) | (FS) FD of _____ Field Blank (lot or equipment) | (FS) FD of _____ Field Blank (lot or equipment) | FS FD of _____ Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | (Surface Soil) Other _____ | (Surface Soil) Other _____ | Surface Soil Other _____ |
| Type (circle) | Grab (Comp.) # subsamples _5_ | Grab (Comp.) # subsamples _5_ | Grab Comp. # subsamples _____ |
| Sample Time | 0959 | 1006 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 1 | 1 | |
| Field Comments | BD- _001448_ | 9.16 02 | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | DSL |
| QC by | WS |

v3 091002

Kelly, Joseph.max

418 Indian Head Rd          9-10-02

VOLPE/EPA REGION 8   LIBBY ASBESTOS

Joe Kelly                          BD001446

                AUTHOR: DANIELLE SAINT LOUIS.COM

0956 - Arrive on site. Decide to sample front/side
yard and back yard after walking property.

| YARD          |               |               |          |
|---------------|---------------|---------------|----------|
| FRONT/SIDE    | CS- 06325     | SP- 116508    |          |
|               |               | SSL           | 5 POINT  |
|               |               | 9-10-02       |          |

0959  FOS 002657   COC 003569

| YARD          |               |               |          |
|---------------|---------------|---------------|----------|
| BACK          | CS- 06326     | SP- 116509    |          |
|               |               | SSL           | 5 POINT  |
|               |               | 9-10-02       |          |

1006  FOS 002657   COC 003569

No vermiculite observed while soil sampling.
No photos taken. GPS FILE # T5B09102. DE-
CONTAMINATED EQUIPMENT AFTER EACH SOIL
SAMPLE TAKEN (SAME PROCEDURE FOR BD00823
SOIL SAMPLES). 1025 — LEAVE SITE.

Danielle Saint Louis
9-10-02

## *REMEDIAL INVESTIGATION*
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.:NA   Field Logbook No: 100234   Page No: 141/142   Sampling Date: 7/11/63
Address: 418 Indian Head Road   Owner/Tenant: Kelly, Joe
Business Name: N/A
Land Use: (Residential)   School   Commercial   Mining   Roadway   Other ( )
Sampling Team: MACTEC   (CDM)   Other _____   Names: Michaud / Fairweather

| Data Item | Cassette 1 | | | Cassette 2 | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | **CS- 13860** PM 7/11/63 | | | **CS- 13861** PM 7/11/63 | | | **CS- 13862** PM 7/11/63 | | |
| Location ID | BD - 001448 | | | BD -001448 | | | BD-001448 | | |
| Matrix Type (circle) | Garage, (House) Shed, Pump House Other _____ | | | Garage, (House) Shed, Pump House Other _____ | | | Garage, (House) Shed, Pump House Other _____ | | |
| Sample Group (circle) | (Basement) Ground Floor, Second Level Other _____ | | | (Basement) Ground Floor, Second Level Other _____ | | | Basement, (Ground Floor) Second Level Other _____ | | |
| ocation Description (circle) | (Horizontal Surfaces) High Traffic Areas Other _____ | | | Horizontal Surfaces (High Traffic Areas) Other _____ | | | (Horizontal Surfaces) High Traffic Areas Other _____ | | |
| Category (circle) | (FS) Blank Archive Blank | | | (FS) Blank Archive Blank | | | (FS) Blank Archive Blank | | |
| Sample Area (cm²) (circle) | 100 200 (300) NA | | | 100 200 (300) NA | | | 100 200 (300) NA | | |
| Filter Diameter (circle) | (25mm) (37mm) 7/11/63 | | | (25mm) 37mm | | | (25mm) 37mm | | |
| Pore Size (circle) | (TEM- .43) PCM- 0.3 | | | (TEM- .45) PCM- 0.8 | | | (TEM- .43) PCM- 0.8 | | |
| Flow Meter Type (circle) | Rotometer (Dry-Cal) NA | | | Rotometer (Dry-Cal) NA | | | Rotometer (Dry-Cal) NA | | |
| Flow Meter ID No. | 7326 | | | 7326 | | | 7326 | | |
| Pump ID No. | 666482 | | | 666482 | | | 666482 | | |
| Start Time | 0926 | 0929 | 0432 | 0938 | 0941 | 0944 | 0958 | 100 | 1004 |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Stop Time | 0928 | 0931 | 09434 | 0940 | 0943 | 0946 | 1000 | 1003 | 1006 |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Pump Fault? (circle) | (No) Yes | | | (No) Yes | | | (No) Yes | | |
| Field Comments  LOT 23082 | 100 cm² Top of Fridge  100 cm² Top of Bookcase  100 cm² Platform over wood stove | | | 100 cm² Hair alley/sponge  100 cm² Lr dam inside near reading  100 cm² Base of stairs | | | 100 cm² Top of Fridge  100 cm² Top of Entertainment centre  100 cm² Top of Sewing cabinet | | |
| | Volpe: | | | Volpe: | | | Volpe: | | |

v4 060303

For Field Team Completion (Provide Initials)   Completed by DLW   QC by ISF

DLW 7/11/03

144

Location **418 Indian Head Rd**     Date **7/11/03**

Project Client **Libby Asbestos Project     EPA Region 8**

**BO-001448   Joe Kelly**

1034  Begin Aliquot #1 on Shelf in shed
~~Elf/Garage~~ level (shelf 1)

1036  Aliquot #1 completed

1037  Begin Aliquot #2 on Shelf in shed
shelf level 2

1039  Aliquot #2 completed

1041  Begin Aliquot #3 on Floor in shed

1043  Aliquot #3 completed

1047  Demobilize from residence to complete

1057/1140 Sample packaging and Paperwork QC

~~1055~~  All sampling equipment Da connted between
Sample points IOW Libby SoP
All sample data recorded on FSDS's
RI-D-000528, RI-D-000531

1105  Depart from residence to Libby Office
for Missed GPS Form

1120  Depart from Libby Field Office to 206 E
6th St for next Appointment

1122  Arrive at 206 E 6th St and make contact
with property owner. Sign logbook to DRM

## Page 142

Location __418 Indian Head Rd__    Date 7/14/03
Project/Client __Libby Asbestos Project__ — EPA Region8
BD-001448    Joe Kelly

0940 Aliquot #1 Complete
0941 Begin Aliquot #2 on Floor near door between laundry room and rec room
0943 Aliquot #2 Complete
0944 Begin Aliquot #3 at base of stairs
0946 Aliquot #3 Complete
0948 Begin Preparation for Dust Sampling of Horizontal Surfaces on Ground Floor ID Assigned

CS-13862

0958 Begin Aliquot #1 Top of entertainment center
1000 Aliquot #1 completed
1001 Begin Aliquot #2 Top of refrigerator
1003 Aliquot #2 complete
1004 Begin Aliquot #3 Top of sewing cabinet
1006 Aliquot #3 completed
1008 Begin Preparation For Dust Sampling of High Traffic Areas on Ground Floor ID Assigned

CS-13863

1010 Begin Aliquot #1 in Hallway between Kitchen and living room

## Page 143

Location __418 Indian Head Rd__    Date 7/14/03
Project/Client __Libby Asbestos Project__ — EPA Region8
BD-001448    Joe Kelly

1012 Aliquot #1 complete
1013 Begin Aliquot #2 at Front Door
1015 Aliquot #2 Complete
1016 Begin Aliquot #3 at junction of top of basement stair and entry to garage
1018 Aliquot #3 Completed
1020 Begin Preparation for Dust Sampling of Garage ID Assigned

CS-13864

1021 Begin Aliquot #1 Work Bench in Garage
1023 Aliquot #1 complete
1024 Begin Aliquot #2 Shelf in Garage
1026 Aliquot #2 complete
1028 Begin Aliquot #3 on Floor near door to Shop
1030 Aliquot #3 Complete
1032 Begin Preparation for Dust Sampling of Shed in Backyard; BD Assigned and ID Assigned

BD-003648
CS-13865

Kelly, Joseph.max

141

7/11/03
Region 8.

Location 418 Indian Head Rd    Date 7/11/03
Project/Client Libby Asbestos Project    EPA Region 8
BD-001498    Joe Kelly

ing

0910 Arrive at 418 Indian Head Rd
      DRM contacts home owner
      ISF and DRM begin paper work

dential and

1 Safety
nt
Sampling
66 482
nt

0915 Begin Preparation for interior
      Dust Sampling of Horizontal Surface
0926 Begin Aliquot #1 From top of
      refridgerator
0928 Aliquot #1 complete
0929 Begin Aliquot #2 From Stones around
      Wood stove
0931 Aliquot #2 complete
0932 Begin Aliquot #3 from shelf
      in corner of rec room
0934 Aliquot #3 complete
      ID for horizontal surfaces assigned

ads
s now
ridge
11/03
tains

y
  Revision 1
  Dust

CS- 13860    ISF 7/11/03

0936 Set up for interior Dust Sampling of
      High traffic Areas ID Assigned    ISF 7/11/03

CS- 13861

Pump
Level D
thrak

0938 Begin Aliquot #1 on Door Entrance
      From Laundry room to store room

11/03  ISP 7/11/03

7/11/03

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.:NA   Field Logbook No: 100234   Page No: 141,142   Sampling Date: 7/11/03
Address: 418 INDIAN HEAD ROAD   Owner/Tenant: Kelly, Joe
Business Name: N/A

Land Use: (Residential)  School   Commercial   Mining   Roadway   Other (        )
Sampling Team: MACTEC  (CDM)  Other _____   Names: MICHAUD / FARLINGTON

| Data Item | Cassette 1 | | | Cassette 2 | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | **CS- 13860** DM 7/11/03 | | | **CS- 13861** DM 7/11/03 | | | **CS- 13862** DM 7/11/03 | | |
| Location ID | BD - 001448 | | | BD -001448 | | | BD-001448 | | |
| Matrix Type (circle) | Garage, (House) Shed, Pump House Other | | | Garage, (House) Shed, Pump House Other | | | Garage, (House) Shed, Pump House Other | | |
| Sample Group (circle) | (Basement) Ground Floor, Second Level Other | | | (Basement) Ground Floor, Second Level Other | | | Basement, (Ground Floor) Second Level Other | | |
| Location Description (circle) | (Horizontal Surfaces) High Traffic Areas Other | | | Horizontal Surfaces (High Traffic Areas) Other | | | (Horizontal Surfaces) High Traffic Areas Other | | |
| Category (circle) | (FS)  Blank  Archive Blank | | | (FS)  Blank  Archive Blank | | | (FS)  Blank  Archive Blank | | |
| Sample Area (cm²) (circle) | 100  200  (300)  NA | | | 100  200  (300)  NA | | | 100  200  (300)  NA | | |
| Filter Diameter (circle) | (25mm)  (37mm) PCM | | | (25mm)  37mm | | | (25mm)  37mm | | |
| Pore Size (circle) | (TEM- .45)  PCM- 0.8 | | | (TEM- .45)  PCM- 0.8 | | | (TEM- .45)  PCM- 0.8 | | |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | | | Rotometer  (Dry-Cal)  NA | | | Rotometer  (Dry-Cal)  NA | | |
| Flow Meter ID No. | 7326 | | | 7326 | | | 7326 | | |
| Pump ID No. | 666482 | | | 666482 | | | 666482 | | |
| Start Time | 0926 | 0929 | 0932 | 0938 | 0941 | 0944 | 0958 | 1001 | 1004 |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Stop Time | 0928 | 0931 | 0934 | 0940 | 0943 | 0946 | 1000 | 1003 | 1006 |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Pump Fault? (circle) | (No)  Yes | | | (No)  Yes | | | (No)  Yes | | |
| Field Comments Lot 23082 | 100 cm² Top of Fridge 100 cm² Top of Bureau 100 cm² Platform w/ sewing store | | | 100 cm² Hair within/service 100 cm² Rm. near inside Her room 100 cm² Base of stairs | | | 100 cm² Top of Fridge 100 cm² Top of Entrance center 100 cm² Top of Sewing cabinet | | |
| | Volpe: | | | Volpe: | | | Volpe: | | |

vs 060303

PS

| For Field Team Completion (Provide Initials) | Completed by  DRM | QC by  JSF |
|---|---|---|

DM 7/11/03

Kelly, Joseph.max

406 2939410



124

Location 418 Indian Head Rd   Date 8/13/02

Project Client Libby Asbestos (EPA Volpe

BD-0014148   Joe: Maxine Kelly

1:05 - Arrived at site. AA & IFF were completed by Paul & owner. Fiberglass & Rockwool observed in Attic picture was taken of sign in Attic. Vermiculite was observed on property. one photo was taken of house. Field Form BD was assigned   KFB 8/13/02

BD- 001448

Karen J Perry
8/13/02

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA   Field Logbook No: 100234   Page No: 142, 143   Sampling Date: 7/11/03

Address: 418 Indian Head Rd   Owner/Tenant: Kelly, Joe

Business Name: N/A

Land Use: (Residential)  School  Commercial  Mining  Roadway  Other (          )

Sampling Team: MACTEC  (CDM)  Other _____   Names: Michalof / Fairweather

| Data Item | Cassette 1 | | | Cassette 2 | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | CS- 13863 | | | CS- 13864 | | | CS- 13865 | | |
| Location ID | BD-001448 | | | BD-001448 | | | BD-003648 | | |
| Matrix Type (circle) | Garage, (House,) Shed, Pump House Other _____ | | | (Garage,) House, Shed, Pump House Other _____ | | | Garage, House, (Shed,) Pump House Other _____ | | |
| Sample Group (circle) | Basement, (Ground Floor) Second Level Other _____ | | | Basement, (Ground Floor) Second Level Other _____ | | | Basement, (Ground Floor) Second Level Other _____ | | |
| Location Description (circle) | Horizontal Surfaces (High Traffic Areas) Other _____ | | | (Horizontal Surfaces) High Traffic Areas (Other) Born Dw 7-11-03 | | | (Horizontal Surfaces) High Traffic Areas (Other) Born Dw 7-11-03 | | |
| Category (circle) | (FS)  Blank  Archive Blank | | | (FS)  Blank  Archive Blank | | | (FS)  Blank  Archive Blank | | |
| Sample Area (cm²) (circle) | 100  200  (300)  NA | | | 100  200  (300)  NA | | | 100  200  (300)  NA | | |
| Filter Diameter (circle) | (25mm)  37mm | | | (25mm)  37mm | | | (25mm)  37mm | | |
| Pore Size (circle) | (TEM- .45)  PCM- 0.8 | | | (TEM- .45)  PCM- 0.8 | | | (TEM- .45)  PCM- 0.8 | | |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | | | Rotometer  (Dry-Cal)  NA | | | Rotometer  (Dry-Cal)  NA | | |
| Flow Meter ID No. | 7326 | | | 7326 | | | 7326 | | |
| Pump ID No. | 666  482 | | | 666  482 | | | 666  482 | | |
| Start Time | 1010 | 1013 | 1016 | 1021 | 1024 | 1028 | 1034 | 1037 | 1041 |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Stop Time | 1012 | 1015 | 1018 | 1023 | 1026 | 1030 | 1036 | 1039 | 1043 |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Pump Fault? (circle) | (No)  Yes | | | (No)  Yes | | | (No)  Yes | | |
| Field Comments | 100 cm² Hillbilly rug Nee living rm  100 cm² Rug in Front entrance  100 cm² Rug on top of Basment stair/garage | | | 100 cm² Shelf on rear wall  100 cm² Work Bench  100 cm² Floor outside Door | | | 100 cm² Left hand Lower shelf  100 cm² Right Hand Lower shelf  100 cm² Floor inside Door | | |
| | Volpe: | | | Volpe: | | | Volpe: | | |

Lot 23802

vs 060303

For Field Team Completion (Provide Initials)   Completed by Dw   QC by JSP

Dw 7/11/03

Sheet No.: RI-D- 000531

*REMEDIAL INVESTIGATION*
# FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.:NA    Field Logbook No: 100234    Page No: 142,143    Sampling Date: 7/11/03

Address: 418 Indian Head RD    Owner/Tenant: Kelly, Joe

Business Name: NIA

Land Use: (Residential)  School   Commercial   Mining   Roadway   Other (          )

Sampling Team: MACTEC  (CDM)  Other _____  Names: Michalof / Fairweather

| Data Item | Cassette 1 | | | Cassette 2 | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | **CS- 13863** | | Dm 7/11/03 | **CS- 13864** | | Dm 7/11/03 | **CS- 13865** | | Dm 7/11/03 |
| Location ID | BD-001448 | | | BD-001448 | | | BD-003648 | | |
| Matrix Type (circle) | Garage, (House,) Shed, Pump House Other ___ | | | (Garage,) House, Shed, Pump House Other ___ | | | Garage, House, (Shed,) Pump House Other ___ | | |
| Sample Group (circle) | Basement, (Ground Floor,) Second Level Other ___ | | | Basement, (Ground Floor,) Second Level Other ___ | | | Basement, (Ground Floor,) Second Level Other ___ | | |
| Location Description (circle) | Horizontal Surfaces (High Traffic Areas) Other ___ | | | (Horizontal Surfaces) (High Traffic Areas) (Other) Deck DW 7/11/03 | | | Horizontal Surfaces (High Traffic Areas) (Other) Born DW 7-11-03 | | |
| Category (circle) | (FS)   Blank   Archive Blank | | | (FS)   Blank   Archive Blank | | | (FS)   Blank   Archive Blank | | |
| Sample Area (cm²) (circle) | 100   200   (300)   NA | | | 100   200   (300)   NA | | | 100   200   (300)   NA | | |
| Filter Diameter (circle) | (25mm)   37mm | | | (25mm)   37mm | | | (25mm)   37mm | | |
| Pore Size (circle) | (TEM-.43)   PCM- 0.8 | | | (TEM-.43)   PCM- 0.8 | | | (TEM-.45)   PCM- 0.8 | | |
| Flow Meter Type (circle) | Rotometer   (Dry-Cal)   NA | | | Rotometer   (Dry-Cal)   NA | | | Rotometer   (Dry-Cal)   NA | | |
| Flow Meter ID No. | 7326 | | | 7326 | | | 7326 | | |
| Pump ID No. | 666 482 | | | 666 482 | | | 666 482 | | |
| Start Time | 1010 | 1013 | 1016 | 1021 | 1024 | 1028 | 1034 | 1037 | 1041 |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Stop Time | 1012 | 1015 | 1018 | 1023 | 1026 | 1030 | 1036 | 1039 | 1043 |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Pump Fault? (circle) | (No)   Yes | | | (No)   Yes | | | (No)   Yes | | |
| Field Comments | 100 cm² Hallway rug near Living room 100 cm² Rug in front 2nd step 100 cm² Rug on top of Basement stairs landing | | | 100 cm² Shelf on near wall 100 cm² Work Bench 100 cm² floor outside Door. | | | 100 cm² Left hand lower Shelf 100 cm² Right hand lower shelf 100 cm² floor inside door | | |
| | Volpe: | | | Volpe: | | | Volpe: | | |

Field Comments (left): LET23502

vs 060303

| For Field Team Completion (Provide Initials) | Completed by DM | QC by JSP |
|---|---|---|

DW 7/11/03

406 29394I0    SUE SCHNEIDER    AUG-07-03 03:24 PM

Kelly, Joseph.max

BD- 001448

*PO 08/17/02*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

BD- 003648

*BP 7/11/03*

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name:  Joe Kelly

Address:  418 Indian Head Rd
Libby, MT                    Phone: 293-6657

Address of Property for which consent for entry and access is being granted:

Same

Relationship to property:  Owner
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above.  The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1.      Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2.      the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3.      the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind.  I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

08/17/02
Date

Joe Kelly
Signature