FILED

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

2003 AUG -8  PM 3: 55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00006092 |
| | ) | |
| | ) | |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Douglas Kelley (Claim No. 00006092), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____

Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

Revised

BP   03441

🗋 **COPY**  ☒ Soil samples collected ( ) 1·30·03

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form (Primary IFF)

Field Logbook No.: 100234          Page No. 80          Site Visit Date: 6·30·03

Address: 3819 Hwy 2 S.          Structure Description: House

Occupant: Doug + Marilyn Kelley          Phone Number: 293-5063

Owner (if different than occupant): N/A          Phone Number:

Business Name: N/A

Sampling Team: Joe Martin, Dave Spielman          Martin

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  (Industrial)  (Commercial) | |
| | School  -  Mining | |
| | Other: | owners own ed property ~2 yrs |
| Year of Construction | 1993          Unknown | estimate  y DS |
| Square Footage | 1000 ft² | |
| Construction Material | (Wood frame)  Masonry/Stone | |
| | Other: | |
| Number of Floors Above Ground | (1)  2  3  Other: | |
| Number of Rooms Per Floor Above Ground - | 1: 6    2:      3: | |
| | Other: | |
| Basement | Yes          (No) | crawl space |
| Heating Source | (Wood/Coal)  Electric  (Propane/Gas) | |
| | Other: | Wood/ — heat forced air |
| Heat Distribution | (Forced air)  (Radiant) | propane  forced air |
| | Other: | |

Kelley, Douglas.max

**CSS Primary Structure IFF** (continued)

Address: 3819 Hwy 2 S                                          ID# 003441

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Was the residence/building remodeled? | (Yes)   No<br><br>If yes,<br><br>When (years):   <2   2-5   >5<br><br>Where:  Attic  Living Areas  Garage<br><br>Basement<br><br>Other: _____ | previous house was knocked down, new house built by these owners. Owner states zonolite in previous structure, none used this structure |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   (No) | |
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| Occupant Information | | ☒ Verbal Interview   Completed DS 6-30-03 |
| Is there any knowledge of former miners, close relatives of miners, or any highly exposed persons living or visiting the property? | (Yes)   No<br>Unknown | If unknown, why?<br>Owner, Dan Kelley, worked at the mine |
| Is the resident, past or present, diagnosed with an asbestos-related disease? | (Yes)   No<br>Unknown | If unknown, why?<br>Mr. Kelley has been diagnosed with asbestos-related disease |
| Indoor Information | | ☒ Indoor Visual Inspection Complete: DS 6-30-03 |
| Does the interior have vermiculite attic insulation? | Yes   (No)<br>Unknown | If unknown, why? |
| Did the interior ever have vermiculite attic insulation?<br><br>NA applies if attic currently has VCI | Yes   (No)<br>(NA) DS 6-30-03<br>Unknown | If unknown, why? |
| Are there vermiculite additives in any of the building materials? | Yes   (No)<br>Unknown | If unknown, why?<br><br>Type and location of building material: |

Kelley, Douglas.max

CSS Primary Structure IFF (continued)

Address: 3319 Hwy 2S          BD# 003441

| Data Item | Value | Notes |
|---|---|---|
| Location of indoor vermiculite (circle all that apply) | Attic    Walls    (Crawl Space)    None<br><br>Visual in Living Space: Basement,<br>Ground Floor, Second Floor, Attached Garage<br><br>Other: _____ | If in living space, provide specific location:<br><br>Vermiculite visible in crawl space access soil |
| **Outdoor Information** | ☒ Outdoor Visual Inspection | Complete: DS JM 6.30.03 |
| Location of outdoor vermiculite (circle all that apply) | (Driveway)    Flowerbed    Garden    (Yard)<br><br>Former Flowerbed    Former Garden    DS 3.__<br><br>Stockpile    None<br><br>Other: _____ | 2 driveways, vermiculite visible in ___ driveway at __. Both.<br><br>Vermiculite visible in back yard as high concentration |
| **Overall Assessment**<br>Complete: DS JM 6.30.03 | ☒ Reconnaissance (Verbal Interview, Indoor, Outdoor Inspection) | |
| Are primary source materials present at the property? | (Yes)    No | |
| Where are primary source materials located? | Inside    (Outside) DJS 7-10-03<br>(Both) DJS 7-10-03    NA | NA applies no primary source materials are located at the property. |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues)

① Wood stove is in a seperate shed. ("stove house" on stove shed) uses a duct to the house for duct heating

② Original structure on site was demolished in 1993, new house built by same owner/occupant (Doug Kelley) — Mr. Kelley reports that original structure had zonolite insulation, new structure does not. (confirmed by DS) owner reports some lumber from original structure was reused in the new house.

③ Area with visible vermic. in south backyard (noted as brown "Dirt Patch" on site sketch) — owner reports this is DS 6.30.03 septic tank, soil is not fill, just reworked soil from the yard.

Kelley, Douglas.max

CSS Primary Structure IFF (continued)

Address: 3819 HWY 2 S                                    ID# 00341

## FIELD DIAGRAM OF PROPERTY
Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground
utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



003442

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

05-6-30-03

Field Logbook No.: 100234    Page No.: 81    Site Visit Date: 6-30-03

Address: 3819 Hwy 2S    Structure Description: Hot Tub Shed

     Phone Number: 293 5063

Occupant: Doug Kelley    N/A    Phone Number: N/

Owner (if different than occupant): N/A

Business Name: N/A

Sampling Team: Joe Martin, Dave Spielman

Field Form Check Completed by (100% of forms): _____ Joe Martin

Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS ___ ling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

RM 6/5/03

doc additional IFF_V1.wpd

Kelley, Douglas.max

CSS Additional IFF (Continued)                                    003442

Address: _3819 Huy 25_

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications**<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | owner/occupant worked at mine, diagnosed with asbestos related disease |
| **Vermiculite Present in Building Materials**<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply)** | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other: _____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| **Visible vermiculite in large use area (Driveway or yard)** | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Visible vermiculite in yard and driveway |

**ADDITIONAL INFORMATION (Note any partial access or sample collection issues):** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Kelley, Douglas.max

003443

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100234　　Page No.: 91　　Site Visit Date: 6-30-03

Address: 3319 Hwy 2 S　　Structure Description: STORAGE SHED

Occupant: DOUG KELLEY　　Phone Number: 293 5063

Owner (if different than occupant): N/A　　Phone Number: N/A

Business Name: N/A

Sampling Team: JOE MARTIN, DAVID SPIELMAN　　Joe Martin

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

Instructions: Pull existing residential file folder and original IFF, ensure past dust sampling FSDS and ~~~~~pling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the pr~~~~~ck item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

oss additional IFF, V1.wpd

Kelley, Douglas.max

CSS Additional IFF (Continued)

Address: 3319 Hwy 25

BD# 003443

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications**<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | owner/occupant worked at the mine, has asbestos related disease |
| **Vermiculite Present in Building Materials**<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply)** | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other:_____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| **Visible vermiculite in large use area (Driveway or yard)** | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Vermiculite visible in yard and driveway |

**ADDITIONAL INFORMATION (Note any partial access or sample collection issues):** _____
_____
_____
_____
_____
_____
_____

CSS Additional IFF_V1.wod

Kelley, Douglas.max

003444

DS 6·30·03

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100234          Page No.: 81          Site Visit Date: 6-30-03

Address: 3819 HWY 2 S                                    Structure Description: RV GARAGE

Occupant: DOUG KELLEY                                    Phone Number: 293-5063

Owner (if different than occupant): N/A                  Phone Number:

Business Name: N/A

Sampling Team: JOE MARTIN, DAVID SPIELMAN

Field Form Check Completed by (100% of forms): [signature] Joe Martin

Screening Field Check Completed by (2% of forms):

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

CSS Additional IFF_V1.wpd

RM 6/8/03

Kelley, Douglas.max

CSS Additional IFF (Continued)

BO# 003444

Address: 3819 Hwy 2 S

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | owner/occupant has asbestos related disease |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement   Ground Floor   Second Floor<br><br>Attached Garage   (None)<br><br>Other:_____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite. |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | ... lite visible in yard and driveway |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

_____
_____
_____
_____
_____
_____
_____

Kelley, Douglas.max

003445

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

S 6·30·03

Field Logbook No.: 100234     Page No.: 81     Site Visit Date: 6-30-03

Structure Description: PUMP HOUSE

Address: 3319 HWY 2 S     Phone Number: 293-3063

Occupant: DOUG KELLEY     N/A     Phone Number: N/A

Owner (if different than occupant): N/A

Business Name: N/A

Sampling Team: JOE MARTIN, DAVID SPIELMAN

Field Form Check Completed by (100% of forms): Joe Martin

Screening Field Check Completed by (2% of forms):

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS sampling FSOS, are present. Conduct additional investigations as described below. If action item does not apply to this check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

css additional IFF_V1.wpd

Kelley, Douglas.max

CSS Additional IFF (Continued)

Address: 3319 Hwy 2S

BD# 003445

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Owner/occupant has asbestos related disease |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement   Ground Floor   Second Floor<br><br>Attached Garage   (None)<br><br>Other:_____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | e vermiculite yard and driveway. |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

_____

_____

_____

_____

_____

_____

Kelley, Douglas.max

DS
6-30-03
0- **003446**

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Site Visit Date: 6-30-03

Field Logbook No.: 100234     Page No.: 81     Structure Description: STOVE HOUSE

Address: 3319 HWY 2 S     Phone Number: 293-5063

Occupant: DOUG KELLEY     N/A     Phone Number: N/A

Owner (if different than occupant): N/A

Business Name: N/A

Sampling Team: JOE MARTIN, DAVID SPIELMAN     [signature] Joe Mart

Field Form Check Completed by (100% of forms): [signature]

Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS; and ___ i sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

RY
6/30/0

CSS additional IFF_V1.wpd

Kelley, Douglas.max

CSS Additional IFF (Continued)                                   80# 003446

Address: 3819 Hwy 2 S

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | owner/occupant has asbestos-related disease |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other:_____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING**<br><br>Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | vermiculite in yard and driveway |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues):
_____
_____
_____
_____
_____
_____
_____
_____

Kelley, Douglas.max