FILED

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

2003 AUG -8 PM 3:56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00013910 |
| | ) | Claim No. 00014555 |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, David Joseph Christiansen (Claim Nos. 00013910 and 00014555), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

□ COPY

T.V.
6/29/02

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18th STREET, SUITE 300
DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: Alice Anderson

Address: 519 E 4th St
Libby, MT          Phone: 293-5370

Address of Property for which consent for entry and access is being granted:

SAME

(Brother David Christianson)
missula
406-541-2541

Relationship to property: tenant
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

6/29/02                    Alice D. Anderson
Date                        Signature

406-761-5805

Christiansen, David.max

Case 01-01139-AMC



Location: 519 E 4th St  Date: 6/24/02
Project/Client: EPA/Volpe   BD-000810
David Christianson

1515 - Arrived at site spoke with Alice Anderson. AA & IFF were completed. Field form BD# was assigned. Spun wool BD-000810 & Fiberglass was observed in attic. Vermiculite was observed in yard near trees, in garden, and in flower beds. Photo was taken, sketch was drawn.

_signature_ 6/24/02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 10068   Page No.: 23   Site Visit Date: 6/29/02
Address: 519 East ~~29th~~ 6/24/02 4th St   Structure Description: House
Occupant: Alice Anderson   Phone Number: 293-5370
Owner (if different than occupant): David Christianson   Phone Number: 406-541-2541
Sampling Team: Kasin Mainzhausen, Tom Vanderweel, Karen Bessy (all CDM)
Field Form Check Completed by (100% of forms): Tom Vanderweel CDM
Screening Field Check Completed by (2% of forms): ____

| Data Item | Value | Notes |
|---|---|---|
| HOUSE ATTRIBUTES | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: ____ | |
| Year of Construction | →  Unknown | late 1950's early 1960's |
| Square Footage | 1000 sq feet | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: ____ | |
| Number of Floors Above Ground | (1)  2  3  Other: ____ | |
| Number of Rooms Per Floor Above Ground | 1: 5   2: ___   3: ___  Other: ____ | |
| Basement | (Yes)  No | Finished, 2 Beds. |
| Heating Source | Wood/Coal  (Electric)  Propane/Gas  Other: Oil | |
| Heat Distribution | (Forced air)  Radiant  Other: ____ | |

Page 1 of 7

INFORMATION FIELD FORM (continued)

Address: 519 mpo 1/24/02 519 E 4th St.

BD# 000810

| Data Item | Value | Notes |
|---|---|---|
| OCCUPANT INFORMATION | | |
| Number of Adults/Employees | 0   1   (2)   3   4<br>5-15   16-20   21-30   >30 | |
| Number of Children | (0)   1   2   3   4<br>Other:_____ | |
| Years at Location | <1   1-5   (5-10)   10-15   (>15) | brother - 32 years<br>sister - 64 years |
| Was the residence/building remodeled? | (Yes)     No<br>If yes,<br>When (years):   <2   2-5   (>5)<br>Where:   Attic     Living Areas<br>         Garage   (Basement)<br>         Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes     (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes     (No) | |
| Are there any known areas of exposed vermiculite? | Yes     (No)<br>If yes,<br>Where:   Ceiling   Walls<br>         Floors    Attic<br>         Other:_____ | |

Page 2 of 7

C  INFORMATION FIELD FORM (continued)

Address: 519 E 4th St

BD# 000810

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes (No) NA Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic. SPUN WOOL OVER FIBERGLASS OBSERVED FROM ACCESS IN GARAGE |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: (Yes) No NA<br>Stockpiles: Yes No (NA)<br>(Other:) Flower beds YES | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>(Within same block)<br>Other: _____<br>Unknown | |

Page 3 of 7

Christiansen, David.max

# C INFORMATION FIELD FORM (continued)

Address: 519 E 4th St

BD# 660810

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | **(Once a day)**<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>**(1-2 hours)**<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>**(Light)**<br>Not Applicable | |

Page 4 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 519 E 4th St

BD# 000810

## CONTAMINANT SCREENING STUDY ASSESSMENT

| Data Item | Value | Notes |
|---|---|---|
| **Occupant Information** | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes) / No / Unknown | Father-worked w/ W.R.Grace used to live near ball field T.V. 6/29/02 |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes) / No / Unknown | 2 brothers ok, another brother scarring, one sister has scarring. T.V. 6/29/02 |
| **Indoor Information** | | |
| Does the interior have Zonolite attic insulation? | Yes / (No) / Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes / (No) / Unknown / NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes / (No) / Unknown | none observed |
| **Outdoor Information** | | |
| Is there any evidence of primary source materials (at or near) the property? | (Yes) / No / Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes) / No / Unknown | |
| **Overall Assessment** | | |
| Are primary source materials present at the property? | (Yes) / No | |
| Where are primary source materials located? | Inside / (Outside) / Both / NA | |

ADDITIONAL INFORMATION: one dog - very nice bring treats

INFORMATION FIELD FORM (continued)

ss: 519 East 4th Str.         BD# 000810

## FIELD DIAGRAM OF PROPERTY

fy important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground
s, suspected Libby amphibole source areas, sample locations, etc).

TO SCALE



**CSS INFORMATION FIELD FORM (continued)**

Address: 519 East 4th Str.                    BD# 000810

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.



Scale: 1/10" = 1 foot

Page 7 of 7

Sheet No.: CSS (S) - 000708

*CONTAMINANT SCREENING STUDY*

# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: NA   Field Logbook No: 100082 ~~100082~~ (re 7/2/02)   Page No: 9   Sampling Date: 7/2/02

Address: 519 East 4th Street   Owner: Alice Anderson

Business Name: NA

Land Use: (circle) **Residential**  School  Commercial  Mining  Roadway  Other (____)

Sampling Team: (circle) **CDM**  PES  Other ____   Names: Richard Eustice / Carrie Fingerot

| Data Item | Sample 1 (re 1/3/04) | Sample 2 (re 7/2/02) | Sample 3 |
|---|---|---|---|
| Index ID | CS- 01566 | CS- 01565 | |
| Location ID | SP- 112356 | SP- 112357 | re 7/2/02 |
| Sample Group | yard | Flowerbed | |
| Location Description (circle) | **Back yard** / Front yard / **Side yard** / Other | Back yard / Front yard / **Side yard** / Other | Back yard / Front yard / Side yard / Other |
| Category (circle) | **FS** / FD of ____ / Field Blank (lot or equipment) | **FS** / FD of ____ / Field Blank (lot or equipment) | FS / FD of ____ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **Surface Soil** / Other | **Surface Soil** / Other | Surface Soil / Other |
| Type (circle) | Grab / **Comp. # subsamples 5** | Grab / **Comp. # subsamples 3** | Grab / Comp. # subsamples ____ |
| Sample Time | 0935 | 0940 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 1 | 6 | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- 000810 | BD- 000810 | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | RE |
| QC by | CF |

vs 062602

Christiansen, David.max

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: NA      Field Logbook No: 100082      Page No: 9      Sampling Date: 7/2/02
Address: 519 East 4th Street      Owner: Alice Anderson
Business Name: NA
Land Use: (circle) Residential   School   Commercial   Mining   Roadway   Other (         )
Sampling Team: (circle) **CDM**   PES   Other ____   Names: Richard Eustice / Connie Fingeret

| Data Item | Sample 1  7/2/02 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 01567 | | |
| Location ID | SP- 112358 | | |
| Sample Group | Driveway | | NA |
| Location Description (circle) | Back yard / **Front yard** / Side yard / Other ___ | Back yard / Front yard / Side yard / Other NA | Back yard / Front yard / Side yard / Other ___ |
| Category (circle) | **FS** / FD of ___ / Field Blank (lot or equipment) | FS 7/2/02 / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | Surface Soil / Other ___ | Surface Soil / Other ___ | Surface Soil / Other ___ |
| Type (circle) | Grab / **Comp. # subsamples  3** | Grab / Comp. # subsamples ___ | Grab / Comp. # subsamples ___ |
| Sample Time | 0945 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- 000810 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | RE |
| QC by | CF |

vs 062602



Location: Alice Anderson 519 4th Street   Date: 7/2/02
Project/Client: Libby Asbestos Project
Volpe/EPA Region 8   BD-000810

0925 arrived at 519 4th Street. Decided to collect samples from the yard, flower bed and driveway by Corrie Finegenet and is spraying sample points with water before collection.

0935 yard — CS-01566 / SP-112356
0940 Flower Bed — CS-01565 / SP-112357
0945 Driveway — CS-01567 / SP-112358

RE 7/2/02

Observed vermiculite in the garden and a small amount in the flower beds.
FSDS(CSS)'s 000268 and 000269
COC NO: 0002834
GPS: T2A07022

RE 7/2/02

Christiansen, David.max