# Tom L. Lewis

Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00005554 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Danny James Freebury (Claim No. 00005554), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____

Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

### CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 000292

EPA Information Center
Office Copy
LIBBY ASBESTOS PROJECT
Contaminant Screening Study
Primary Structure and Property Assessment Information Field Form

Field Logbook No. 100059          Page No. 102          Site Visit Date: 6/4/02

Address: 1302 Airth Ave          Structure Description: House

Occupant: Dan Freebury          Phone Number: 293-4399

Owner (if different than occupant):          Phone Number:

Sampling Team: Brian Ryles / Paul OREM

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial  Commercial | |
| Surrounding Land Use | (Residential) Industrial  Commercial<br><br>School    Mining<br><br>Other: | |
| Year of Construction | 1960    Unknown | |
| Square Footage | - 1500 sq ft | |
| Construction Material | (Wood frame)  Masonry/Stone<br><br>Other: | |
| Number of Floors Above Ground | (1)  2   3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 5⬡  2:____  3:____<br><br>Other: | |
| Basement | (Yes)    No | |
| Heating Source | (Wood) Coal (Electric)  Propane/Gas<br><br>Other: | |
| Heat Distribution | (Forced air) (Radiant)<br><br>Other: | |

Freebury, Dan.max

## CSS INFORMATION FIELD FORM (continued)

Address: _____ 1352 _____ _____    BD# 000272

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 1    2    3    (4)<br>5-15    16-20    21-30    >30 | |
| Number of Children | 0    1    2    (3)    4<br>Other: _____ | |
| Years at Location | <1    (1-5)    5-10    10-15    >15 | |
| Was the residence/building remodeled? | (Yes)            No<br><br>If yes,<br><br>When (years):    <2    2-5    >5<br><br>Where:    Attic    (Living Areas)<br><br>Garage    (Basement)<br><br>Other: New Roof | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes            (No) | — |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes            (No) | |
| Are there any known areas of exposed vermiculite? | Yes            (No)<br><br>If yes,<br><br>Where:    Ceiling    Walls<br><br>Floors    Attic<br><br>Other: _____ | Basement. Former owner stored and cut Mine Rocks In basement. No Visible<br><br>— |

Freebury, Dan.max

## CS3 INFORMATION FIELD FORM (continued)

Address _____ 1702 Hird Ave _____    BD# 000292

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:  Yes (No) NA<br><br>Walls:  Yes (No) NA<br><br>Basement:  Yes (No) NA<br><br>Crawl Space:  Yes  No (NA)<br><br>Other _____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes          (No) | |
| Evidence of Water Damage? | (Yes)          No | Roof Leaks |
| Evidence of vermiculite used in building materials? | (Yes)          No | Mortar in Chimney |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:  (Yes) No  NA<br><br>Yard:  (Yes) No  NA<br><br>Stockpiles:  Yes (No) NA<br><br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br><br>Within same block<br><br>Other: Unknown _____ | |

Freebury, Dan.max

## CSS INFORMATION FIELD FORM (continued)

Address: _____ 130½ Airld Ave _____    BO# _O0C292_

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year | |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours | NA |
| | Extent of Contact: | Heavy<br>Moderate<br>Light | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)<br>Once a week<br>Once a month<br>Once a year | |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>(2-4 hours)<br>>4 hours | |
| | Extent of Contact: | Heavy<br>(Moderate)<br>Light | |

Freebury, Dan.max

CSS INFORMATION FIELD FORM (continued)

Address: _____ 1302 Airth Ave _____     BD# 000392

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes)    No    Unknown | Possibly Previous owner worked at mine |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)    No    Unknown | Owner has asbestosis |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes    (No)    Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes    (No)    Unknown | |
| Are there vermiculite additives in any of the building materials? | (Yes)    No    Unknown | Mortar in chimney |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials near the property? | (Yes)    No    Unknown | 08/10/02 |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)    No    Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)    No | |
| Where are primary source materials located? | Inside    (Outside)    Both    NA | |

ADDITIONAL INFORMATION __Yard, garden, flowerbed are full of vermiculite. Very noticeable. Also former owner collected rocks and stored them in basement. Also cut Rocks in basement but saw no signs of vermiculite.__

Freebury, Dan.max

CSS INFORMATION FIELD FORM (continued)

Address: _____1305 Birch Rd_____                    BC# _061292_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens or cracked driveway, sidewalk, etc.).

NOTES:

Yard is contaminated throughout – driveway, flower beds,
front/back/side yards; sand pile



Freebury, Dan.max

CSS INFORMATION FIELD FORM (continued)

Address _____ ~~~~~~~~~    BD# ~~~~~~~

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):    First    Second    Third    Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

*No Visible.*

Scale: 1/10" = 1 foot



Freebury, Dan.max



102

1302 Ainh Ave        Date 6/4/03

Project Client:  CSS Recon

EPA                    | BD-000292

0900 arrived @ 1302 Ainh Ave        BP/

- obtained access agreement
- Completed Visual Inspection
- completed Interview
- Vermiculite throughout yard, flowerbeds,
  Garden, driveway. All outside of property
  has presence of vermiculite
- Inside had No visible evidence
  of vermiculite except mortar in Chimney
  had it as additive.
Note: Resident said former owner worked
  at mine and was a rock collector and
  Stored and cut Rocks in basement but
  Saw No visible vermiculite in basement
- Roof was added 2 yrs ago and pitched.
  Former Roof was flat so No Attic
  Access. Could see fiberglass through hole
  in ceiling tile. No visible ZAI in
  Roof. Visible vermiculite also in sandpile at corner of yard.

B.S.    6/4/02

Sheet No.: CSS (S)-

000061

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: **NA**  Field Logbook No: _1 DC059_ Page No: _102_ Sampling Date: _06/04/02_

Address: _1302 Airth Rd_  Owner: _Mr Don Freebury_

Land Use: (circle) (Residential)  School  Commercial  Mining  Roadway  Other ( )

Sampling Team: (circle) (CDM)  PES  Other _____ Names: _Phil Open, Brian Pyles_

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | | | |
| Location ID | | | |
| Sample Group | | | |
| Location Description (circle) | Back yard<br>Front yard<br>Side yard<br>Other _____ | Back yard<br>Front yard<br>Side yard<br>Other _____ | Back yard<br>Front yard<br>Side yard<br>Other _____ |
| Category (circle) | FS<br>FD _____ | FS<br>FD _____ | FS<br>FD _____ |
| Matrix Type (surface soil unless otherwise noted) | Surface Soil<br>Other _____ | Surface Soil<br>Other _____ | Surface Soil<br>Other _____ |
| Type (circle) | Grab<br>Comp. # subsamples ____ | Grab<br>Comp. # subsamples ____ | Grab<br>Comp. # subsamples ____ |
| Sample Time | | | |
| Top Depth (in.) | | | |
| Bottom Depth (in.) | | | |
| Grid, Quadrant, Section | | | |
| Field Comments | _No Samples Taken. All areas outdoors have observable vermiculite._ | | |
| | Entered ____ Validated ____ | Entered ____ Validated ____ | Entered ____ Validated ____ |

| Field Team | Initial |
|---|---|
| Completed by | PO |
| QC by | BP |

Freebury, Dan.max

Sheet No.:PD-D-_____

## PRE-DESIGN INVESTIGATION SAMPLING
## LIBBY MONTANA FIELD SAMPLE DATA SHEET
# DUST

000253

`cenario No.:NA  Field Logbook No: 100249  Page No: 12 13  Sampling Date: 7/23/03

Address: 1302 Ainh Ave.          Owner/Tenant: Dan Freebury

Land Use: (Residential)  School  Commercial  Mining  Roadway  Other (        )

Sampling Team: MACTEC  (CDM)  Other _____  Names: B Ryles / B. Dalton

| Data Item | Cassette 1 | | | Cassette 2 | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | 1D- 00841 ✓ | | | 1D- 00842 ✓ | | | 1D- 00843 ✓ | | |
| Location ID | BD-C00292 | | | | | | | | |
| Matrix Type (circle) | Garage, (House,) Shed, Pump House Other_____ | | | Garage, (House,) Shed, Pump House Other_____ | | | Garage, (House,) Shed, Pump House Other_____ | | |
| Sample Group (circle) | Basement, (Ground Floor,) Second Level Other_____ | | | Basement, (Ground Floor,) Second Level Other_____ | | | Basement, (Ground Floor,) Second Level Other_____ | | |
| Location Description (circle) | (Horizontal Surfaces) (High Traffic Areas) Other_____ | | | (Horizontal Surfaces) High Traffic Areas Other_____ | | | (Horizontal Surfaces) (High Traffic Areas) Other_____ | | |
| Category (circle) | (FS) Blank | | | (FS) Blank | | | (FS) Blank | | |
| Sample Area (cm²) (circle) | 100  200  (300)  NA | | | 100  (200)  300  NA | | | 100  200  (300)  NA | | |
| Filter Diameter (circle) | (25mm)  37mm | | | (25mm)  37mm | | | (25mm)  37mm | | |
| Pore Size (circle) | (TEM- .45)  PCM- 0.8 | | | TEM- .45  PCM- 0.8 | | | (TEM- .45)  PCM- 0.8 | | |
| Flow Meter Type (circle) | Rotameter  (Dry-Cal)  NA | | | Rotameter  (Dry-Cal)  NA | | | Rotameter  (Dry-Cal)  NA | | |
| Pump ID Number | 502077 | | | | | | | | |
| Flow Meter ID No. | B-1610 / S-1521 | | | B-1610 / S-1521 | | | B-1610 / S-1521 | | |
| Start Time | 1320 | 1332 | 1334 | 1350 | 1352 | | 1402 | 1404 | 1406 |
| Start Flow | 2.0 | | | 2.0 | | | 2.0 | | |
| Stop Time | 1332 | 1334 | 1336 | 1352 | 1354 | | 1404 | 1406 | 1408 |
| Stop Flow | | | 2.0 | | 2.0 | | | | 2.0 |
| Pump fault? (circle) | (No)  Yes | | | (No)  Yes | | | (No)  Yes | | |
| Field Comments | 100 cm² - Front entrance floor  100 cm² - Kitchen entrance floor  100 cm² - Bathroom entrance floor | | | 100 cm² - Top of Stove Fireplace insert.  100 cm² - Fireplace mantle  100 cm² | | | 100 cm² Bottom of Basement stairs on floor  100 cm² - Entrance to west Bedroom  100 cm² - Entrance to east Bedroom | | |
| | Entered ___ Validated ___ | | | Entered ___ Validated ___ | | | Entered ___ Validated ___ | | |

ps

Sheet No.:PD-D- _____

000254

# PRE-DESIGN INVESTIGATION SAMPLING
## LIBBY MONTANA FIELD SAMPLE DATA SHEET
# DUST

Scenario No.:NA   Field Logbook No: 100249   Page No: _13_   Sampling Date: 7/23/03

Address: 1302 Airth Ave.                     Owner/Tenant: Ann Freeburg

Land Use: (Residential)  School  Commercial  Mining  Roadway  Other (      )

Sampling Team: MACTEC  (CDM)  Other _____   Names: R Dalton, B Ryles

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Index ID | 1D- 00844 ✓ | 1D- 00845 ✓ | |
| Location ID | BD-000292 | BD-000292 | |
| Matrix Type (circle) | Garage, (House) Shed, Pump House Other___ | (Garage) House, Shed, Pump House Other___ | Garage, House, Shed, Pump House Other___ |
| Sample Group (circle) | (Basement) Ground Floor, Second Level Other___ | Basement, (Ground Floor) Second Level Other___ | Basement, Ground Floor, Second Level Other___ |
| Location Description (circle) | (Horizontal Surfaces) High Traffic Areas Other___ | (Horizontal Surfaces) High Traffic Areas Other___ | Horizontal Surfaces High Traffic Areas Other___ |
| Category (circle) | (FS)  Blank | (FS)  Blank | FS  Blank |
| Sample Area (cm²) (circle) | 100  (200)  300  NA | 100  200  (300)  NA | 100  200  300  NA |
| Filter Diameter (circle) | (25mm)  37mm | (25mm)  37mm | 25mm  37mm |
| Pore Size (circle) | (TEM-.45)  PCM-0.8 | TEM-.45  PCM-0.8 | TEM-.45  PCM-0.8 |
| Flow Meter Type (circle) | Rotameter  (Dry-Cal)  NA | Rotameter  (Dry-Cal)  NA | Rotameter  Dry-Cal  NA |
| Pump ID Number | 502077 | | |
| Flow Meter ID No. | B-1610/S-1521 | B-1610/S-1521 | |
| Start Time | 1415 | 1417 | 1430 | 1432 | 1434 |
| Start Flow | 2.0 | | 2.0 | | |
| Stop Time | 1417 | 1419 | 1432 | 1434 | 1436 |
| Stop Flow | | 2.0 | | | 2.0 |
| Pump fault? (circle) | (No)  Yes | (No)  Yes | No  Yes |
| Field Comments | 100 cm²-chimney bricks   100 cm²-Top of washer   100 cm²-Entrance from 8/23/03 | 100 cm²-Top of freezer   100 cm²-Top of work bench   100 cm²-Entrance to garage from house on floor | 100 cm²   100 cm²   100 cm² |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |



Location **1302 Airth Ave**          Date **07/23/03**          13

Project / Client: **Libby Asbestos - EPA/udp Region 8**
**EK-000123      Freebury Residence**

-1300 on site @ 1302 Airth Ave.
to complete An EIC. Team: Brion
Dalton and Brion Pyles. All of yard
and Flowerbeds to be removed, see
EIC for Details. Dust sampling
complete IAW Predesign dust sampling
protocol 2003. Brion Pyles could not
Duplicate visual on Chimney, Reported
to T. Cook, he want A PLM Sample
Will try to get it tomorrow.
1D-00841  ┐  FSDS-PDD-000253
1D-00842  │
1D-00843  ├  collected and sealed
1D-00844  │  FSDS-000254
1D-00845  ┘
2 - persons on Oxygen and house
is cluttered as Well as many
Item in yard.  Samples relinquished
to CDM Sample Custodian.

                            Brion Dalton
                            07-23-03

## USEPA REGION 8 LIBBY SITE INVESTIGATION v25a
### TEM Asbestos Structure Count – ISO 10312

Version 25a

EMSL

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00841 |
| QA Type | Not QA |
| Lab Sample Number | 270300798-0018 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 7.32E+02 s/cm2 |
| Sensitivity (chrysotile) | 7.32E+02 s/cm2 |

*Freebury*
*1302 Airth Ave*
*GF  HTW*

### COUNTS (based on countable structures only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

### LOADING (s/cm2)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

### RISK (air only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

### Toxicity factors
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

### IRIS (PCME)

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to < 5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

AUG-08-2003 13:14 FROM:EPA INFO CENTER    4062935668    TO:3033126897    P.015/025
07/28/2003  15:42   18568599551·        EMSL ANALYTICAL        PAGE 17/34

Case 01-01139-AMC    Doc 4231    Filed 08/12/03    Page 16 of 26

## USEPA REGION 8 LIBBY SITE INVESTIGATION v25a
### TEM Asbestos Structure Count – ISO 10312

Version 25

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00842 |
| QA Type | Not QA |
| Lab Sample Number | 270300798-0019 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 6.00E-02 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 200 cm2 |
| Sensitivity (amphibole) | 2.19E-03 s/cm2 |
| Sensitivity (chrysotile) | 2.19E+03 s/cm2 |

*Freebury*
*1302 Airth Ave*
*GF/HS*

**COUNTS (based on countable structures only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

**LOADING (s/cm2)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

**RISK (air only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

**Toxicity factors ·**
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 8.86E-01 |

**IRIS (PCME)**

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | . | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to < 5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

## USEPA REGION 8 LIBBY SITE INVESTIGATION v25a
### TEM Asbestos Structure Count – ISO 10312

Version 25

**EMSL**

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00843 |
| QA Type | Not QA |
| Lab Sample Number | 270300798-0020 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 7.32E+02 s/cm2 |
| Sensitivity (chrysotile) | 7.32E+02 s/cm2 |

*Freebury*
*1302 Airth Ave*
*basement  HTW*

**COUNTS (based on countable structures only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

**LOADING (s/cm2)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

**RISK (air only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| e. | | | | | |
| f | | | | | |
| Total | | | | | |

**Toxicity factors**
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10. | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.66E-01 |

**IRIS (PCME)**

| | |
|---|---|
| Unit Risk (f/cc)-1 | 0.23 |

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to <5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

07/28/2003  15:42  18568589551                    EMSL ANALYTICAL                    PAGE 13/34

## USEPA REGION 8 LIBBY SITE INVESTIGATION v25a
### TEM Asbestos Structure Count – ISO 10312

Version 25a

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00844 |
| QA Type | Not QA |
| Lab Sample Number | 270300798-0021 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 200 cm2 |
| Sensitivity (amphibole) | 1.10E+03 s/cm2 |
| Sensitivity (chrysotile) | 1.10E+03 s/cm2 |

*Freebury*
*1362 Airth Ave*
*basement HS*

### COUNTS (based on countable structures only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

### LOADING (s/cm2)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

### RISK (air only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

### Toxicity factors
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

### IRIS (PCME)

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibola | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to < 5 | <=.5 | >=5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

Freebury, Dan.max

AUG-08-2003 13:15 FROM:EPA INFO CENTER    4062935668    TO:3033126897    P.018/025

07/28/2003  15:42    18568599551    EMSL ANALYTICAL    PAGE  20/34

## USEPA REGION 8 LIBBY SITE INVESTIGATION v25a
### TEM Asbestos Structure Count – ISO 10312

Version 25a

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00845 |
| QA Type | Not QA |
| Lab Sample Number | 270300798-0022 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 7.32E+02 s/cm2 |
| Sensitivity (chrysotile) | 7.32E+02 s/cm2 |

*Freebury*
*1302 Airth Ave*
*garage*
*HS/HTW*

**COUNTS (based on countable structures only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

**LOADING (s/cm2)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

**RISK (air only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

**Toxicity factors**
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| | 5-10 | >10 | 5-10 | >10 |
| length (um) | | | | |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

**IRIS (PCME)**

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to <5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

BD- 000292

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
## 999 18TH STREET, SUITE 300
## DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Dan Freebury_

Address: _1302 Airth Ave_
_Libby, MT_

Phone: _293-4399_

Address of Property for which consent to access is being granted:

_Same_

Relationship to property: _Owner_
(i.e., owner, 5-year tenant, etc.)

I consent to officers, employees, and authorized representatives of the United States Environmental Protection Agency (EPA) entering and having continued access to my property for the following purposes:

1.    Air, wipe, bulk and soil sampling.
2.    Such other actions as the EPA On-Scene Coordinator determines necessary to protect human health or welfare of the environment.

I realize that these actions by EPA are undertaken pursuant to its response authorities under the Comprehensive Environmental Response Compensation, and Liability Act of 1980, as amended (CERCLA), 41 U.S. C Section § 9601 et seq.

I also realize that there may be loss of or damage to property during these actions. In addition, I realize EPA will be using my utilities, including heat, water and electricity.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind.

I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees and authorized representatives of EPA at reasonable times.

_6/4/02_
Date

Signature

Form Number __000123__

# LIBBY ASBESTOS PROJECT
## Exterior Inspection Checklist (EIC)

Field Logbook No.: __100249__    Page No.: __13__    Site Visit Date: __07/23/03__

AD Number: __UA__

Address: __1302 ATNh Ave.__    Associated BD Number(s): __006292__

Occupant: __DAN Freebury__    Phone Number: __293-4399__

Owner (If different than occupant): _____    Phone Number: _____

Investigation Team: __Bien Dalton + Brian Pyles__

Field Form Check Completed by (100% of forms): __BnNP__

*If an interior inspection is not required, collect interior dust samples as necessary*

| Data Item | Value | Comments |
|---|---|---|
| **GENERAL INFORMATION** | | |
| Visible vermiculite on property? | (Yes)   No | Location: Entire yard and Flower beds |
| Vegetation on lawn *contaminated area only* | (Grass) — 95%  (Gravel mix) 5%  Other ____  None  NA | |
| Trees within contaminated area? | (Yes)   No | General location of trees: Front and side yard  Type and caliper: Pine ? 1-2' Dia  spruce |



Form Number _000 123_

| Data Item | Value | Comments |
|---|---|---|
| Shrubs within contaminated area? | (Yes)    No | General location of shrubs: Along Back Fence Type and size: 7   3"- 4" Dia |
| 1. Secondary structures on property? *Collect dust samples as necessary* | Shed   Deck (Carport) Other _____ | *Note if located within contaminated area* |
| 2. Evidence of contamination beneath secondary structures? | Yes   (No)   NA | Note distance between soil surface and bottom of secondary structure: |
| Household/yard items located on contaminated area? | (Yes)   No   NA | Explain: Various ornaments And Lawn Equipment |
| Fence present within contaminated area? | (Yes)   No (Partial) | Type: Wood And Wire Illustrate on sketch. |
| **FLOWERBED** | | |
| 3. Number of flowerbeds on property that have visible vermiculite in soil? | 4 | Illustrate on sketch. |
| Flowerbed contain flowers or plants? | (Yes)   No | Brief description of type(s): 7 |
| Decorative items in flowerbed? | (Yes)   No | Brief description: Many Flowerbed + garden ornaments |

Freebury, Dan.max

Form Number CCC/23

| Data Item | Value | Comments |
|---|---|---|
| **GARDEN** | | Illustrate on sketch. |
| 4. Number of gardens on property that have visible vermiculite in soil | 0 | |
| Garden contain crops? | Yes   No      NA | Brief description: |
| **DRIVEWAY** | | |
| Type of driveway | (Concrete)  (Gravel)   Asphalt   Soil   None   Other_____ | |
| 5. Analytical results confirm contamination in driveway? *Only applies to gravel or soil driveways.* | Yes   (No)   NA | Visual Confirmation |
| 6. Evidence of vermiculite under driveway? *Only applies to concrete or asphalt driveways.* | Yes - Encapsulated   Yes - Exposed   (No)   NA | |
| *Complete following only if driveway is contaminated or vermiculite is exposed.* | | |
| Approximate length | Feet _____ | NA |
| Approximate width | Feet _____ | |
| Approximate depth | Inches _____ | |
| Any driveway borders? | Railroad ties  Brick  Drain/Gutter  Other_____   Flowerbed | |

Freebury, Dan.max

Case 01-01139-AMC    Doc 4231    Filed 08/12/03    Page 24 of 26
AUG-08-2003 13:17 FROM:EPA INFO CENTER    4062935668    TO:3033126897    P.023/025

Form Number CCO123

| Data Item | Value | Comments |
|---|---|---|
| **SIDEWALKS** | | |
| Type of sidewalk | (Concrete) Gravel<br>Asphalt None<br>Other _Wood Ramp_ | Wood Ramp leading to House with old concrete walk under |
| 7. Evidence of vermiculite under sidewalk? Only applies to concrete or asphalt sidewalks. | Yes - Encapsulated<br>Yes - Exposed<br>(No)<br>NA | |
| *Complete following only if vermiculite is exposed in sidewalk.* | | |
| Approximate length | Feet _____ | |
| Approximate width | Feet _____ NA | |
| Approximate depth | Inches _____ | |
| Any sidewalk boarders? | Railroad ties  Brick  Drain/Gutter<br>Other_____<br>Flowerbed | |
| **UTILITIES** *Note: Removal contractor must schedule a utility clearance meeting prior to excavation.* | | |
| Water supply | Well<br>(City Water)<br>Other_____ | |
| Underground utilities | Water<br>(Wastewater)<br>Septic system<br>Electrical<br>Phone | |
| Aboveground utilities | (Electrical<br>Phone<br>Television cable/dish) | |
| Heating oil tank | Yes  (No) | |
| Other utilities not listed | unknown | |

Freebury, Dan.max

Form Number _000123_

| Data Item | Value | Comments |
|---|---|---|
| **OTHER** | | |
| Visible vermiculite in flower pots/hanging baskets? | (Yes)   No   NA | |
| Is property used for commercial purposes? | Yes   (No) | |
| Does owner have outdoor pets? | (Yes)   No | *MANY DOGS   4—6?* |
| Evidence of fill material imported on property? | Yes   (No) | Illustrate on sketch |
| **PROPERTY SURVEY** | | |
| Will property require land survey? | (Yes - Excavation required along property boundary and /or consists of yard area - *Detail property sketch not needed*  No - *Property sketch needed*  Explain:_____ | |
| **DESIGN SAMPLING** | | |

Freebury, Dan.max

Form Number 050123

| Data Item | Value | Comments |
|---|---|---|
| Design sampling necessary? | Yes - Number of samples collected to establish cut lines ____ Do not finish cut line sketch until sample results are known<br><br>(No - Cut lines delineated)<br><br>Explain:____<br>____<br>____<br>____<br>____<br>____<br><br>Other____ | |

8.

### PHOTO LOG

① Side Yard      ⑦ Front yard
② Front Yard      ⑧,⑨,⑩ chimney
③ Back yard
④ Side/Back Yard
⑤ Front Yard
⑥ Dog Pen/Back yard

### ADDITIONAL INFORMATION

08/12/03
- see site for chimney
* Yard And Flowerbeds full of vermiculite
* MANY objects to work around see photo's
- Inside of house cluttered/two persons on oxygen
- could not duplicate ie vermiculite visual confirmation on Chimney, will pull a PLM Sample 7-24-3.

Freebury, Dan.max