Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595



FILED

2003 AUG -8 PM 6:31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00009674 |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Daniel Arthur Bundrock (Claim No. 00009674), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

**COPY**

000812

## LIBBY ASBESTOS PROJECT
### Contaminant Screening Study
### Primary Structure and Property Assessment Information Form

6-4/29/02

Field Logbook No.: 100068   Page No.: 25   Site Visit Date: 6/
Address: 1421 Utah Ave                        Structure Des:
Occupant: Dan Bundrock

7072

Owner (if different than occupant): —
Sampling Team: Karen Mainzhausen, Tom VANDERI
Field Form Check Completed by (100% of forms): TOM VANDERI
Screening Field Check Completed by (2% of forms): _____

(CDM)

| Data Item | Value |
|---|---|
| **HOUSE ATTRIBUTES** | |
| Property Description | (Residential) Industrial  Commercial |
| Surrounding Land Use | (Residential) Industrial  Commercial  School  Mining  Other: |
| Year of Construction | (Unknown) |
| Square Footage | 1200 +/- |
| Construction Material | (Wood frame)  Masonry/Stone  Other: |
| Number of Floors Above Ground | (1)  2  3  Other: |
| Number of Rooms Per Floor Above Ground | 1: 7  2: ___  3: ___  Other: |
| Basement | Yes  (No) |
| Heating Source | Wood/Coal  Electric  (Propane/Gas)  Other: |
| Heat Distribution | Forced air  (Radiant)  Other: |

Page 1 of 7

Bundrock, Daniel.max

## CSS INFORMATION FIELD FORM (continued)

Address: 1421 Utah Ave    ID# 000812

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | 0  1  (2)  3  4<br>Other: _____ | |
| Years at Location | <1  1-5  5-10  (10-15)  >15 | |
| Was the residence/building remodeled? | (Yes)    No | |
| | If yes,<br>When (years):  <2  (2-5)  >5<br>Where:  Attic  (Living Areas)<br>         Garage  Basement<br>Other: _____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No) | |
| | If yes,<br>Where:  Ceiling  Walls<br>         Floors  Attic<br>Other: _____ | |

Page 2 of 7

Bundrock, Daniel.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 1421 Utah Ave                                                                 060812

| Data Item | Value | es |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown <br> Walls: Yes (No) NA Unknown <br> Basement: Yes No (NA) Unknown <br> Crawl Space: Yes No (NA) Unknown <br> Other: _____ | of current <br> required for <br> was observed |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA <br> Yard: (Yes) No NA <br> Stockpiles: Yes No (NA) <br> (Other): Blowbacks | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door <br> Within same block <br> Other: _____ <br> (Unknown) | |

Page 3 of 7

Bundrock, Daniel.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 1421 Utah Ave

BD# 060812

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day / Once a week / Once a month / Once a year / **(Not Applicable)** | ies when no ent on the property |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / **(Not Applicable)** | |
| | Extent of Contact: | Heavy / Moderate / Light / **(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day / **(Once a week)** / Once a month / Once a year / Not Applicable | s when no on the property |
| | Duration of Contact: | <1 hour / **(1-2 hours)** / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / Moderate / **(Light)** / Not Applicable | |

Page 4 of 7

Bundrock, Daniel.max

CSS INFORMATION FIELD FORM (continued)

Address: 1421 Utah Ave                                    #000812

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes)  No  Unknown | of asbestosis  L of asbestosis |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | een screened Kening of |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | urrently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | ued |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  (Unknown) MB 6/29/02 | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION  2 Big dogs - nice

Bundrock, Daniel.max

## CSS INFORMATION FIELD FORM (continued)

Address: 1421 UTAH AVE    D# 000812

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, underground utilities, suspected Libby amphibole source areas, sample locations, etc).



UTAH Page 6 of 7

Bundrock, Daniel.max

CSS INFORMATION FIELD FORM (continued)

Address: 1421 UTAH AVE  BD# 000812

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one sheet if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



Page 2 of 2

Bundrock, Daniel.max