Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 6: 31

CLERK
U S BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00005559 |
| | ) | |
| | ) | |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Eddy J. Cole (Claim No. 00005559), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____

Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

Cole, Eddy.max

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

BD- 002640

/so/o/g/o2

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Myra Cole_

Address: _____    Phone: _293-5515_

Address of Property for which consent for entry and access is being granted:
_902 E Lincoln Blvd_

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_10-08-02_
Date

_Myra Cole_
Signature

Cole, Eddy.max

# SUSPECT ASBESTOS CONTAINING MATERIAL (ACM) CHECKLIST
## (Continued)

Project Number: G023.004    Date: 3-7-00    Page 2 of 2

Location: 902 E. Lincoln blud.    Inspector: Stewart / Chehaske

| MATERIAL TYPE (Miscellaneous Materials) | PRESENT | NOT PRESENT | LOCATION | CONDITION |
|---|---|---|---|---|
| Cement Sheet | | | | |
| Ceiling Tile | ✓ | | Throughout | good |
| Ceiling Tile Adhesive | | | | |
| Duct Sealant Material | | | | |
| Drywall | ✓ | | Throughout | good |
| Drywall Joint Tape | | | | |
| Drywall Joint Compound | | | | |
| Elevator Brake Pads | | | | |
| Expansion Material | | | | |
| Fiberglass Adhesive | | | | |
| Fire Door Material | | | | |
| Floor Leveler Compound | | | | |
| Floor Tile | | | | |
| Floor Tile Adhesive | | | | |
| Hardboard | | | | |
| Lay-In Ceiling Panels | | | | |
| Light Weight Concrete | | | | |
| Linoleum Flooring | ✓ | | Throughout except liv. + bdrm. | good |
| Linoleum Floor Adhesive | | | | |
| Loose Fill Insulation | | | | |
| Misc. Adhesive | | | | |
| Packing/Gasket Material | | | | |
| Paper Material | | | | |
| Reinforced Plastic | | | | |
| Finish Wall Plaster | | | | |
| Base Wall Plaster | | | | |
| Finish Ceiling Plaster | | | | |
| Base Ceiling Plaster | | | | |
| Plaster Patch Compound | | | | |
| Roof Sealant/Tar | | | | |
| Roof Insulation | | | | |
| Roofing Shingles | | | | |
| Rubber Floor Adhesive | | | | |
| Sheet Vinyl Product | | | | |
| Suspect Paint | | | | |
| Terrazzo Flooring | | | | |
| Vibration Cloth | | | | |
| Wall Covering | | | | |
| Other: | | | | |



124

902 IS Lincoln Blvd 9/8/02
Libby Asbestos - Vospe - EPA
Region VIII    owner MYA Cole

1622 Poke Alive at site 902 IS.
Lincoln Blvd. to complete PHASE 1
Recon revisit Recon interviewee Edward
Oliviera. PPE modified Level D -
No LUA observed in structure indoors.
And observed the vermiculite outdoors.
Photo has been taken of this location
BD number Assigned is 00-2640

BD- 002640

* Relocation vermiculite

were back yard former garden area

Recon Phillips

BD- 02640

/so 10/8/02

☑ Soil samples collected (Date: _____)
• No CSS Soil Samples collected.

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: _100.130_    Page No.: _124_    Site Visit Date: _10/2/02_
Address: _902 E. Lincoln Blvd._    Structure Description: _House_
Occupant: _Myra Cole_    Phone Number: _293-5515_
Phone Number: _NA_
Owner (if different than occupant): _NA_
Sampling Team: _Rodney Peterson CDM, Shauna Oliveira CDM_
Field Form Check Completed by (100% of forms): _____
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial | |
| | School    Mining | |
| | Other: ____ | |
| Year of Construction | _1950_  Unknown | |
| Square Footage | _900 ft²_ | |
| Construction Material | (Wood frame)  Masonry/Stone | |
| | Other: ____ | |
| Number of Floors Above Ground | (1)  2  3  Other: ____ | |
| Number of Rooms Per Floor Above Ground | 1: _6_  2: ____  3: ____ | |
| | Other: ____ | |
| Basement | Yes  (No) | |
| Heating Source | Wood/Coal  Electric  (Propane/Gas) | |
| | Other: ____ | |
| Heat Distribution | Forced air  (Radiant) | |
| | Other: ____ | |

CSS Primary Structure IFF_V5.wpd

Page 1 of _7_

Cole, Eddy.max

## CSS INFORMATION FIELD FORM (continued)

BD# *002640*

Address: *902 E. Lincoln Blvd.*

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  (1)  2  3  4<br><br>5-15  16-20  21-30  >30 | |
| Number of Children | 0  1  2  (3)  4<br><br>Other ____ | *Visit every other day.* |
| Years at Location | <1  1-5  (5-10)  10-15  >15 | *6 years* |
| Was the residence/building remodeled? | (Yes)    No<br><br>If yes,<br><br>When (years):  <2  2-5  (>5)<br><br>Where:  Attic  (Living Areas)<br><br>Garage   Basement<br><br>Other ____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No)<br><br>If yes,<br><br>Where:  Ceiling  Walls<br><br>Floors  Attic<br><br>Other ____ | |

Cole, Eddy.max

# CSS INFORMATION FIELD FORM (continued)

B )# _002640_

Address: _902 E Lincoln Blvd_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:  Yes (No) NA  Unknown | Visual confirmation of current presence or absence required for attic. |
| | Walls:  Yes (No) NA  Unknown | |
| | Basement:  Yes  No (NA) Unknown | |
| | Crawl Space:  Yes  No (NA) Unknown | |
| | Other: _____ | |
| Evidence of Physical Damage? | Yes          (No) | |
| Evidence of Water Damage? | Yes          (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:  (Yes) (No) NA    /so 10/8/02 | • Flakes observed in garden and flower bed. |
| | Yard:  Yes (No) NA | |
| | Stockpiles:  Yes  No (NA) | |
| | Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door: _____ | |
| | Within same block | |
| | Other: _____ | |
| | (Unknown) | |

Cole, Eddy.max

## CSS INFORMATION FIELD FORM (continued)

Address: _907 E. Lincoln Blvd_                                    BD# _002640_

| Data Item | Value | Notes |
|---|---|---|
| **EXPOSURE ASSESSMENT** | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency:    Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact:    <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) | |
| | Extent of Contact:    Heavy<br>Moderate<br>Light<br>(Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency:    Once a day<br>(Once a week)<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact:    <1 hour<br>(1-2 hours)<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact:    Heavy<br>Moderate<br>(Light)<br>Not Applicable | |

Cole, Eddy.max

CSS INFORMATION FIELD FORM (continued)

80# _003640_

Address: _902 E. Lincoln Blvd_

| Data Item | Value | | Notes |
|---|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | | |
| *Occupant Information* | | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes    (No) Unknown | | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)    No Unknown | | Lives at the BNSF Railroad |
| *Indoor Information* | | | |
| Does the interior have Zonolite attic insulation? | Yes    (No) Unknown | | |
| Did the interior ever have Zonolite attic insulation? | Yes    (No) Unknown    NA | | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes    (No) Unknown | | |
| *Outdoor Information* | | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)    No Unknown | | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)    No Unknown | | |
| *Overall Assessment* | | | |
| Are primary source materials present at the property? | (Yes)    No | | |
| Where are primary source materials located? | Inside    (Outside) Both    NA | | |

ADDITIONAL INFORMATION _Fiberglass throughout. Flakes of vermiculite in former garden area and in flower bed._

Cole, Eddy.max

CSS INFORMATION FIELD FORM (continued)

Address: _902 EAST LINCOLN bLVD._        BD# _002640_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include **north arrow**.

NOT TO SCALE



**CSS INFORMATION FIELD FORM** (continued)

Address: _902 E, Lincoln Blvd_                                    CO2640

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic.  Use more than one diagram if needed.  Completed only if ZAI is present.

Scale: 1/10" = 1 foot



✓

# LIBBY MONTANA SITE INVESTIGATION
# FIELD SAMPLE DATA SHEET FOR
# DUST

000002

Address or Location ID: __902 E. Lincoln Blvd.__

GPS (if no address available): Northing_____    Easting_____

Owner: __Myra Cole__

Land Use Category (Residential) School Commercial   Mining   Other (_____)

Date: __3-7-00__

Sampling Team: __Stewart / Chelaske__

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Field ID Number | VC0128 | VC0129 | |
| Index ID | 1-00075 | 1-00076 | |
| Category (circle) | (FS) Blank | (FS) Blank | FS Blank |
| Location Description | 3 Separate Window Sills | Entrance Way Tile Floor | |
| Sample area (cm²) | 300 | 300 | |
| Flow Meter Type | Rotometer | Rotometer | |
| Flow Meter ID Number | 01247 | 01247 | |
| Pump ID Number | 504099 | 504872 | |
| Start-Flow (L/min) | 2.0 | 2.0 | |
| Start-Time | 0747 | 0747 | |
| Stop-Flow (L/min) | 2.0 | 2.0 | |
| Stop-Time | 0753 | 0753 | |
| Pump fault? | (No)  Yes | (No)  Yes | No  es |
| Field Comments | | | |

entered 3/11/00 R

0119

## LIBBY MONTANA SITE INVESTIGATION
### FIELD SAMPLE DATA SHEET FOR
# SOIL-LIKE MATERIALS

Address: ___902 Lincoln Blvd.___

Address or Location ID: _____

GPS (if no address available): Northing_____  Easting_____

Owner: ___Myra Cole___

Land Use Category (Residential)  School  Commercial  Mining  Other (____)

Site Visit Date: ___4-5-00___     Sampling Team: ___Swanson / Jones / Stap f___

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | LIB-RES-063-So-W | LIB-RES-063-So-61 | 563-SO-D1 |
| Index ID | 1-00902 | 1-00903 | 1-00904 |
| Matrix Type (circle) | (Yard Soil) Garden Soil Driveway Mining Waste | Yard Soil (Garden Soil) Driveway Mining Waste | Yard Soil Garden Soil Driveway Mining Waste |
| Category (circle) | (FS) FD | (FS) FD | |
| Type (circle) | Grab (Comp) | Grab (Comp) | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 2 | 12 | 2 |
| Map location(s) (Indicate on field sketch—over) | | | |
| Comments | | | |

*entered 4/8/00 R*

Cole, Eddy.max

# LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
### AIR

A-_____
000002

Address or Location ID: __902 E. Lincoln Blvd__
GPS (if no address available): Northing _____ Easting _____
Owner: __Cole__
Land Use Category: (Residential)  School  Commercial  Mining  Other ( _____ )

Site Visit Date: __3/7/00__        Sampling Team: __REAC__

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Field ID Number | | | |
| Index ID | 1-00003 | 1-00004 | |
| Category (circle) | (FS) Rep Blank | 1-00003  CO LOCATED | FS Rep Blank |
| Matrix Type (circle) | (Indoor) Outdoor | (Indoor) Outdoor | Indoor Outdoor |
| Location Description | LIVING ROOM | LIVING ROOM | |
| Flow Meter Type | ROTO | ROTO | |
| Flow Meter ID No. | 1H | 1H | |
| Pump ID Number | 8758   4 DC | 6 DC | |
| Start-Date | 3/7/00 | 3/7/00 | |
| Start-Time | 8:00 | 8:00 | |
| Start-Flow (L/min) | 2 LPM | 12 LPM | |
| Start-Counter | 0.00 | 0.00 | |
| Stop-Date | 3/7/00 | 3/7/00 | |
| Stop-Time | 14:30 | 14:30 | |
| Stop-Flow (L/min) | 12 LPM | 9 LPM | |
| Stop-Counter | 6:30 | 6:30 | |
| Pump fault? | (No)  Yes | (No)  Yes | No  Yes |
| MET Station onsite? | (No)  Yes | (No)  Yes | No  Yes |
| Field Comments | AVG FLOW LPM  12 | 10.5 | |
| VOLUME (L) | 4680 | 4095 | |

entered 3/10/00 R

Cole, Eddy.max

*Cole, Mura*

Phase 1 Soil Bulk

| Sample ID | Stream/Field ID | Tract | Location | Sub-Location | Media Type | Matrix | Category | Date | % Moisture (Actual) EDH |
|---|---|---|---|---|---|---|---|---|---|
| T-00902 | LIB-RES-063-SO-YI | | 902 Lincoln Blvd | Yard Soil | Soil-Like | Surface Soil | FS - Field Sample | 05-Apr-00 | ND |
| T-00904 | LIB-RES-063-SO-DT | | 902 Lincoln Blvd | Driveway | Soil-Like | Surface Soil | FS - Field Sample | 05-Apr-00 | ND |
| T-00903 | LIB-RES-063-SO-GT | | 902 Lincoln Blvd | Garden Soil | Soil-Like | Surface Soil | FS - Field Sample | 05-Apr-00 | <1 |

-BD- 002640

T30 10/8/02

☒ Soil samples collected (Date: 10/18/02 )
• No CSS Soil Samples collected. PD

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form (IFF)

GPS only

Field Logbook No.: _100130_     Page No.: _124_     Site Visit Date: _10/2/02_
Address: _902 E. Lincoln Blvd._     Structure Description: _House_
Occupant: _Myra Cole_     Phone Number: _293-5515_
Owner (if different than occupant): _NA_     Phone Number: _NA_
Sampling Team: _Rodney Adamson CSM, Shauna Oliviera CSM_
Field Form Check Completed by (100% of forms): _Joe Wren_
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial | |
| | School     Mining | |
| | Other: | |
| Year of Construction | _1950_     Unknown | |
| Square Footage | ×900 ft² | |
| Construction Material | (Wood frame)  Masonry/Stone | |
| | Other: | |
| Number of Floors Above Ground | (1)  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: _6_  2: ___  3: ___ | |
| | Other: | |
| Basement | Yes     (No) | |
| Heating Source | Wood/Coal   Electric  (Propane) Gas | |
| | Other: | |
| Heat Distribution | Forced air  (Radiant) | |
| | Other: | |

OW
10-9-02

Cole, Eddy.max

CSS INFORMATION FIELD FORM (continued)

BD# _003640_

Address: _902 E. Lincoln Blvd._

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  (1)  2    3    4 | |
| Number of Children | 5-15   16-20   21-30   >30<br><br>0    1    2    (3)    4<br>Other:_____ | Visit every other day. |
| Years at Location | <1   1-5   (5-10)   10-15   >15 | 6 years. |
| Was the residence/building remodeled? | (Yes)        No<br><br>If yes,<br><br>When (years):    <2   2-5   (>5)<br><br>Where:  Attic   (Living Areas)<br><br>Garage   Basement<br><br>Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes        (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes        (No) | |
| Are there any known areas of exposed vermiculite? | Yes        (No)<br><br>If yes,<br><br>Where:  Ceiling   Walls<br><br>Floors   Attic<br><br>Other:_____ | |

Page 2 of _7_

CSS Primary Structure IFF_V5.wpd

Cole, Eddy.max

CSS INFORMATION FIELD FORM (continued)

Address: _902 E. Lincoln Blvd._                    BD# _002640_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:          Yes (No) NA  Unknown | Visual confirmation of current presence or absence required for attic. |
| | Walls:          Yes (No) NA  Unknown | |
| | Basement:     Yes  No (NA) Unknown | |
| | Crawl Space:  Yes  No (NA) Unknown | |
| | Other_____ | |
| Evidence of Physical Damage? | Yes          (No) | |
| Evidence of Water Damage? | Yes          (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:    (Yes) No  NA    10/8/02 | • Flakes observed in garden and flower bed. |
| | Yard:        Yes (No) NA | |
| | Stockpiles:  Yes  No (NA) | |
| | Other_____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door | |
| | Within same block | |
| | Other_____ | |
| | (Unknown) | |

Cole, Eddy.max

**CSS INFORMATION FIELD FORM (continued)**

Address: _902 E. Lincoln Blvd._                                    BD# _002640_

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | Once a week | |
| | | Once a month | |
| | | Once a year | |
| | | (Not Applicable) | |
| | Duration of Contact: | <1 hour | |
| | | 1-2 hours | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | (Not Applicable) | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | Light | |
| | | (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | (Once a week) | |
| | | Once a month | |
| | | Once a year | |
| | | Not Applicable | |
| | Duration of Contact: | <1 hour | |
| | | (1-2 hours) | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | Not Applicable | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | (Light) | |
| | | Not Applicable | |

Page 4 of _1_

Cole, Eddy.max

CSS INFORMATION FIELD FORM (continued)

Address: _902 E. Lincoln Blvd_                                    BD# _002640_

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes   (No)   Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)   No   Unknown | Lives next to BNSF Railroad |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes   (No)   Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes   (No)   Unknown   NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes   (No)   Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)   No   Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)   No   Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)   No | |
| Where are primary source materials located? | Inside   (Outside)   Both   NA | |
| ADDITIONAL INFORMATION _Fiberglass throughout. Flakes observed in former garden area and in children's bed._ | | |

CSS INFORMATION FIELD FORM (continued)

Address: _902 EAST LINCOLN BLVD._    BD# _002640_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). **Include north arrow.**

NOT TO SCALE

