FILED

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

2003 AUG -8 PM 6:31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00013911 |
| | ) | |
| | ) | |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Heidi Maria Drake (Claim No. 00013911), her attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                        Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 001419
8/5/02

☒ Soil samples collected (Date: 08-20-02)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100094  Page No.: 83  Site Visit Date: 8/5/02   House
Address: 158 Forest Ave   Structure Description: 243-4359 ??8 8/5/02
Occupant: Fredrick Drake   Phone Number: 243-4359
Owner (if different than occupant): —   Phone Number: —
Sampling Team: C. Worthington K. Berry CDM
Field Form Check Completed by (100% of forms): ___
Screening Field Check Completed by (2% of forms): ___

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial School Mining Other: | |
| Year of Construction | 1960'S Unknown | early 60's late 50's |
| Square Footage | 1200 +/- | |
| Construction Material | (Wood frame) Masonry/Stone Other: | |
| Number of Floors Above Ground | (1) 2, 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 6  2: ___  3: ___ Other: | |
| Basement | Yes (No) | |
| Heating Source | Wood/Coal (Electric) Propane/Gas Other: | |
| Heat Distribution | Forced air (Radiant) Other: | |

Page 1 of 7

Drake, Heidi.max

## CSS INFORMATION FIELD FORM (continued)

Address: 158 Forest Ave

BD#: 001419

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br>Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 1966 |
| Was the residence/building remodeled? | (Yes)    No<br>If yes,<br>When (years): <2  2-5  (>5)<br>Where: Attic  (Living Areas)<br>Garage  Basement<br>Other: _____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No)<br>If yes,<br>Where: Ceiling  Walls<br>Floors  Attic<br>Other: _____ | |

Page 2 of 7

Drake, Heidi.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 158 Forest Ave

BD# 001419

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes (No) (NA) Unknown  8/5/02<br>Crawl Space: Yes (No) NA Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>6-8 inches of Fiberglass |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | No moss<br>Garden: (Yes) No NA<br>Yard: (Yes) No NA<br>Stockpiles: Yes (No) NA<br>Other: Flowerbeds | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>(Within same block)<br>Other: _____<br>Unknown | |

Drake, Heidi.max

## CSS INFORMATION FIELD FORM (continued)

Address: 158 Forest Ave

BD# 001419

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>**(Once a week)**<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | **(<1 hour)**<br>1-2 hours<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>**(Light)**<br>Not Applicable | |

Page 4 of 7

# CSS INFORMATION FIELD FORM (continued)

Address: 158 Forest Ave

BD# 001419

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | neighbors husband worked in retail store at champion |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes  (No)  Unknown | 1 out 4 doctors said they both had scarring |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials (at) or near the property? | (Yes)  No  Unknown | Former flower beds, garden |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION  NO DOGS

Page 5 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 158 FOREST AVE

BD- 001419

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

*Vermiculite observed

NOT TO SCALE

Soil Samples
(Y) = YARD
(D) = DRIVEWAY
(F) = FLOWERBED

Former Garden

FOREST AVE

POOL

LAVA ROCK W/ GEOTEXTILE BARRIER

Drake, Heidi.max

BD- 001419

HB 8/5/02

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET, SUITE 300
### DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: Fredrick Drake

Address: 158 ~~Fifth~~ Forest Ave  [HB 8/5/02 8/5/02]
Libby, MT

Phone: 293-4359

Address of Property for which consent for entry and access is being granted:

Same

Relationship to property: owners
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

8/5/02
Date

Fred Drake
Signature

83

Location: 158 FOREST AVE     Date: 8/5/02
Project / Client: LIBBY ASBESTOS - EPA/VOLPE
DRAKE - BD001419

1600 ARRIVE AT 158 FOREST AVE. KAREN CONDUCTS THE PROPERTY INFO FIELD FORM WITH FREDRICK. CHRIS CONDUCTS THE ATTIC & PROPERTY. NO VISIBLE VERMICULITE IN THE ATTIC. THERE IS VISIBLE VERMICULITE IN THE FLOWER BEDS ON THE SOUTH SIDE OF THE HOUSE AS WELL AS IN THE FORMER GARDEN ON THE WEST END OF THE GARAGE. A PHOTO IS TAKEN.

8/5/02

Drake, Heidi.max

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No.: 100110   Page No.: 24   Sampling Date: 8-20-02
Address: 158 FOREST AVE   Owner: FREDRICK DRAKE
Business Name: _____
Land Use: (circle) **Residential**  School  Commercial  Mining  Roadway  Other (     )
Sampling Team: (circle) **CDM**  PES  Other ____  Names: RCCLIX CLIFFORD, WALTER SMITH

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-04888 | CS-04889 | CS-04890 |
| Location ID | SP-115261 | SP-115262 | SP-115263 |
| Sample Group | YARD | YARD | FLOWERBED |
| Location Description (circle) | Back yard / **Front yard** / **Side yard** / Other | **Back yard** / Front yard / Side yard / Other | **Back yard** / **Front yard** / **Side yard** / Other |
| Category (circle) | **FS** / FD of ___ / Field Blank | **FS** / FD of ___ / Field Blank | **FS** / FD of ___ / Field Blank |
| Matrix Type (Surface soil unless otherwise noted) | **Surface Soil** / Other | **Surface Soil** / Other | **Surface Soil** / Other |
| Type (circle) | Grab / **Comp.** # subsamples 5 | **Grab** / **Comp.** # subsamples 5 | Grab / **Comp.** # subsamples 5 |
| Sample Time | 8-20-02 1040 1140 | 1150 | 1200 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-00129 SOME VERMICULITE NOTICED IN THE FRONT YARD WHILE SAMPLING. PHOTO TAKEN. | SOME VERMICULITE WAS SEEN WHILE SOIL SAMPLING IN BACK YARD BY FORMER GARDEN. PHOTO TAKEN. | SOME VERMICULITE WAS SEEN IN THE FLOWERBEDS WHILE SAMPLING. PHOTO TAKEN. |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | WS |
| QC by | RC |

RW 8/21/02

vs 062602

Drake, Heidi.max

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: _N/A_   Field Logbook No: _100110_   Page No: _29_   Sampling Date: _8-20-02_
Address: _158 FOREST AVE._   Owner: _FREDRICK DRAKE_
Business Name: _____
Land Use: (circle) (Residential)   School   Commercial   Mining   Roadway   Other ( )
Sampling Team: (circle) (CDM)   PES   Other ___ Names: _REGINA CLIFFORD, WALTON SMITH_

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 04891 | | |
| Location ID | SP- 115264 | | |
| Sample Group | DRIVEWAY | | |
| Location Description (circle) | Back yard / (Front yard) / Side yard / Other ___ | Back yard / Front yard / Side yard / Other ___ | Back yard / Front yard / Side yard / Other ___ |
| Category (circle) | (FS) / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other ___ | Surface Soil / Other ___ | Surface Soil / Other ___ |
| Type (circle) | Grab / (Comp.) # subsamples _5_ | Grab / Comp. # subsamples ___ | Grab / Comp. # subsamples ___ |
| Sample Time | 1210 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- 00149 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | WS |
| QC by | RC |

DW 8/21/02

vs 062602

24　Location: 158 FOREST AVE　　Date: 8-20-02

Project/Client: LIBBY ASBESTOS - VOLPE/EPA REGION 8

FREDRICK DRAKE　　　　　3D-001919

1135 - ARRIVED AT RESIDENCE. WALK TO PROPERTY AND DECIDED TO COLLECT SOIL SAMPLES FROM THE FRONT/SIDE YARD, BACK YARD, FLOWERBEDS, AND DRIVEWAY.　　US 8-20-02

| YARD FRONT/SIDE | CS-04888 W 8/20/02 | SP-115261 5-POINT |

1140 F.D.S. 002125　COC-003335

| YARD BACK | CS-04889 W 8/20/02 | SP-115262 5-POINT |

1150 F.D.S. 002125　COC-003335

| FLOWER BEDS | CS-04890 W 8/20/02 | SP-115263 5-POINT |

1200 F.D.S. 002125　COC-003335

| DRIVEWAY | CS-04891 W 8/20/02 | SP-115264 5-POINT |

1210 F.D.S. 002126　COC-003335

GPS FILE # TS008202. VERMICULITE WAS SEEN IN THE FRONT YARD, AND THE BACK YARD, AND THE FORMER GARDEN, AND MAJORITY OF THE FLOWERBEDS. PHOTOS WERE TAKEN. LEFT RESIDENCE AT 1215 AND HEADED TO THE COM OFFICE. WENT TO LUNCH AT 1225.

[signature]
8-20-02

Drake, Heidi.max