Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00004710 |
| ) | |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, John D. Clemons (Claim No. 00004710), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

    1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

    2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

    3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

    4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                        Lewis & Slovak, P.C.

                        By: _____
                        Tom L. Lewis
                        P.O. Box 2325
                        Great Falls, MT 59403
                        (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

    James W. Kapp III, Janet S. Baer and Christian J. Lane
    Kirkland & Ellis, LLP
    200 East Randolph Drive
    Chicago, IL 60601

    Scott E. McFarland
    Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
    919 North Market Street 16th Floor
    Wilmington, DE 19801

                        _____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 002684

☑ Soil samples collected (Date: 10-10-00 KJB)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: 10129    Page No.: 127    Site Visit Date: 10/10/0
Address: 2268 Farm to Market Rd    Structure Description: Double Wide Trailer
Occupant: Maggie Clemons    Phone Number: 293-8221
Owner (if different than occupant): _____    Phone Number: _____
Sampling Team: Chris Zeliznak & Karen Berry (CDM)
Field Form Check Completed by (100% of forms): CHRIS ZELIZNAK (CDM)
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial  School  Mining  Other: | |
| Year of Construction | 1978  Unknown | |
| Square Footage | 24x68  1632+/- | |
| Construction Material | (Wood frame) Masonry/Stone  Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 9  2: ___  3: ___  Other: | |
| Basement | Yes  (No) | |
| Heating Source | (Wood/Coal) (Electric) Propane/Gas  Other: | |
| Heat Distribution | (Forced air) (Radiant)  Other: | |

$\begin{array}{r}{}^3_24\\ \times 68\\\hline 192\\ 1440\\\hline 1632\end{array}$

DU 10/11/00

08/07/2003  16:34  4062938221  JOHN CLEMONS  PAGE  01

Clemons, John.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 2268 Farm to Market Rd  BD# 002684

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  2  (3)  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br>Other: | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 1974 → had single wide mobile home |
| Was the residence/building remodeled? | Yes  (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where:  Attic    Living Areas<br>Garage  Basement<br>Other: | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes  (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes  (No) | |
| Are there any known areas of exposed vermiculite? | Yes  (No)<br>If yes,<br>Where:  Ceiling  Walls<br>Floors  Attic<br>Other: | |

08/07/2003 16:34  4062938221  JOHN CLEMONS  PAGE 02

Clemons, John.max

# CSS INFORMATION FIELD FORM (continued)

Address: 2268 Farm to Market Rd

BD# CO268c/

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes (No) NA Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>no access |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes (No) NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

08/07/2003 16:34  4062938221  JOHN CLEMONS  PAGE 03

Clemons, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 2268 Farm to Market Rd

BD# CO2684

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |

08/07/2003 16:34  4062938221  JOHN CLEMONS  PAGE 04

Clemons, John.max

# CSS INFORMATION FIELD FORM (continued)

Address: 2268 Farm to Market Rd

BO# 002684

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes)  No  Unknown | Kids played in ball fields. |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | husband - worked at mine. wife & boys - not tested |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | none observed |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | Yes  (No)  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes  (No)  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | Yes  (No) | |
| Where are primary source materials located? | Inside   Outside   Both   (NA) | |

ADDITIONAL INFORMATION: CZ 10/10/02 NO DOGS IN PEN BEHIND HOUSE & THREE CZ 10/10/02 HORSES

CSS INFORMATION FIELD FORM (continued)

BD- 002684

Address: 2268 FARM TO MARKET ROAD

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



CSS Primary Structure IFF_V5.wpd

Clemons, John.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 2268 FARM TO MARKET ROAD           BD# 002684

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



Page 7 of 7

JOHN CLEMONS

Clemons, John.max

BD- 002684

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Maggie Clemons_

Address: _2268 Farm to Market Rd_

_Libby, MT_   Phone: _243-8221_

Address of Property for which consent for entry and access is being granted:
_same_

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_10/10/02_   _Maggie Clemons_
Date                Signature



Clemons, John.max

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: N/A    Field Logbook No: 100146    Page No: 14    Sampling Date: 10-13-02
Address: 2268 FARM TO MARKET RD    Owner: MAGGIE CLEMONS
Business Name: ———
Land Use: (circle) **(Residential)**  School  Commercial  Mining  Roadway  Other (     )
Sampling Team: (circle) **(CDM)**  PES  Other ____   Names: VICTOR CONTRERAS, WALTER SMITH

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-08282 | CS-08283 | CS-08284 |
| Location ID | SP-119230 | SP-119231 | SP-119232 |
| Sample Group | YARD | YARD | FLOWERBED |
| Location Description (circle) | Back yard / **(Front yard)** / **(Side yard)** / Other | **(Back yard)** / Front yard / Side yard / Other | Back yard / Front yard / **(Side yard)** / Other |
| Category (circle) | **(FS)** / FD of ___ / Field Blank (lot or equipment) | **(FS)** / FD of ___ / Field Blank (lot or equipment) | **(FS)** / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **(Surface Soil)** / Other | **(Surface Soil)** / Other | **(Surface Soil)** / Other |
| Type (circle) | Grab / **(Comp)** # subsamples 5 | Grab / **(Comp)** # subsamples 5 | Grab / **(Comp)** # subsamples 3 |
| Sample Time | 1509 | 1520 | 1531 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Field Comments | BD-002684 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | WS |
| QC by | VC |

08/07/2003 16:34  4062938221  JOHN CLEMONS  PAGE 18

Clemons, John.max

Sheet No.: CSS (S) - 003334

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: N/A   Field Logbook No: 100146   Page No: 14   Sampling Date: 10-18-02

Address: 2268 Farm to Market Rd   Owner: MAGGIE CLEMONS

Business Name: ___

Land Use: (circle) **Residential**   School   Commercial   Mining   Roadway   Other (   )

Sampling Team: (circle) **CDM**   PES   Other ___   Names: VICTOR CONTRERAS, WALTER SMITH

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-08285 | CS-08286 | |
| Location ID | SP-119233 | SP-119234 | |
| Sample Group | GARDEN | DRIVEWAY | |
| Location Description (circle) | **Back yard** / Front yard / Side yard / Other | Back yard / **Front yard** / Side yard / Other | Back yard / Front yard / Side yard / Other |
| Category (circle) | **FS** / FD of ___ / Field Blank (lot or equipment) | **FS** / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **Surface Soil** / Other ___ | **Surface Soil** / Other ___ | Surface Soil / Other ___ |
| Type (circle) | Grab / **Comp** # subsamples 5 | Grab / **Comp** # subsamples 5 | Grab / Comp. # subsamples |
| Sample Time | 1542 | 1551 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 6 | 6 | |
| Field Comments | BD-002684 | wet 10-18-02 | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | WS |
| QC by | VC |

08/07/2003  16:34  4062938221  JOHN CLEMONS  PAGE 11

Clemons, John.max



Location: 2268 FARM TO MARKET 1041  Date: 10-12-02
Project/Client: LIBBY ASBESTOS - VOLPE / EPA
MAGGIE CLEMONS                    BD-CO2684

1502 - ARRIVED AT RESIDENCE. WALKED
PROPERTY AND DECIDED TO COLLECT SOIL
SAMPLES FROM THE FRONT/SIDE YARD, BACK YARD,
FLOWERBED, GARDEN AND THE DRIVEWAY.

YARD
FRONT/SIDE  CS-08282  ws/10-12-02  SP-119230  5-POINT
1511  FDS. 003333  COC-00419

YARD
BACK  CS-08283  ws/10-12-02  SP-119231  5-POINT
1520  FDS. 003333  COC-00419

FLOWER-
BED  CS-08284  ws/10-12-02  SP-119232  3-POINT
1531  FDS. 003333  COC-00419

GARDEN
BACK  CS-08285  ws/10-12-02  SP-119233  5-POINT
1542  FDS. 003334  COC-00420

DRIVE-
WAY  CS-08286  ws/10-12-02  SP-119234  5-POINT
1551  FDS. 003334  COC-00420

GPS. FILE # TSD 10122. NO VERMICUL-
ITE. NO PHOTOS. DECONTAMINATED EQUIP-
MENT AFTER EACH SAMPLE. LEFT RES-
IDENCE AT 1609
   WALTER SMITH           10-12-02

08/07/2003 16:34 4062938221 JOHN CLEMONS PAGE 12
Clemons, John.max

2268 Farm to Market Rd. 9-22-03

Project: **Libby Asbestos Project** EPA REG 8

Maggie Clemons                                BD-002684

15:00 Arrive 2268 Farm to Market Rd. Met with Maggie Clemons. Mrs. Clemons reports that EPA called her to re-take soil samples (no explanation provided). When Team 1 arrived to collect dust samples, Mrs. Clemons informed us that she had already told EPA she is not interested in dust samples (e.g. refusal to enter). No further info. available at this time, Team 1 will follow up at office — DS 7.22.03

Team 1 leaves site to return to ~~BRIDGE~~ Hwy 37N for dust loading sample and GPS point — DS 7.22.03

15:15 Gasoline stop. — DS 7.22.03

~~15:35~~ DS 7.22.03  SEE PAGE 9 FOR ACTIVITIES FROM 15:35 — 16:10

DS 7.22.03

David Spielman — 7.22.03 — DS



Clemons, John.max

2268 Farm to Market Rd.   Date 7-22-03
Libby Asbestos Project   EPA Reg. 8
Maggie Clemons   BD-002684

15:00 Arrive 2268 Farm to Market Rd. Met with Maggie Clemons. Mrs. Clemons reports that EPA called her to re-take samples (no explanation provided). When team went to collect dust samples, Mrs. Clemons told us that she had already told EPA she [not interested] in dust samples (e.g. refusal to [sample]). No further info. available at this time, will follow up at office — DS 7-22-03

T1 leaves site to return to [illegible] with dust loading-sample and GPS point — DS 7-22-03

S gasoline stop.
FDS 7-22-03   SEE PAGE 9 FOR ACTIVITIES
15:35 - 16:10

(margin notes:)
T1 AFF)
T1 did this
ST but
may need
aff refusal
sampling)

Spielman 7.22.03

David Spielman — 7.22.03