Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8 PM 6: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00005557 |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Rodney Erickson (Claim No. 00005557), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                                         Lewis & Slovak, P.C.

                                         By: _____
                                                Tom L. Lewis
                                                P.O. Box 2325
                                                Great Falls, MT 59403
                                                (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

                                                _____

**RESPONSE TO DEBTORS' SECOND OMNIBUS**
**OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 002225

DK
9.14.02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Secondary Structure Information Field Form (IFF)

Field Logbook No.: 100.21  Page No.: 64  Site Visit Date: 9.14.02
Address: 280 DOLPHIN WAY  Structure Description: CABIN
Occupant: RODNEY ERICSON  Phone Number: 293 4302
Owner (if different than occupant): _____  Phone Number: _____
Sampling Team: DEAN KROLOWSKI / MIKE VIETZ / KEN HANKSON
Field Form Check Completed by (100% of forms): NK
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **STRUCTURE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial  Commercial | |
| Surrounding Land Use | (Residential) Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | 1957  Unknown | |
| Square Footage | | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 4  2: ___  3: ___  Other: | |
| Basement | Yes  (No) | |
| Heating Source | Wood/Coal  (Electric)  Propane/Gas  NA  Other: | |
| Heat Distribution | Forced air  (Radiant)  NA  Other: | |
| Was the building remodeled? | Yes  (No) | |

CSS Secondary Structure IFF_V3.wpd   Page 1 of 7

DW 9/16/02

Erickson, Rodney.max

## CSS INFORMATION FIELD FORM (continued)

Address: 180 DOLPHIN WAY                                    BD# 003225

| Data Item | Value | Notes |
|---|---|---|
| Are there any known areas of exposed vermiculite? | (Yes)    No<br>If yes,<br>Where:  Ceiling    Walls<br>             Floors    (Attic)<br>             Other:_____ | |
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:        (Yes)  No  NA<br>Walls:       Yes (No) NA<br>Basement:  Yes  No (NA)<br>Crawl Space: Yes (No) NA<br>Other:_____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes    (No) | |
| Evidence of Water Damage? | Yes    (No) | |
| Evidence of vermiculite used in building materials? | Yes    (No) | |
| **EXPOSURE ASSESSMENT** | | |
| Type and Frequency of Activity Near Vermiculite Material | Frequency:    Once a day<br>                       Once a week<br>                       Once a month<br>                      (Once a year)<br>Duration of Contact: (<1 hour)<br>                       1-2 hours<br>                       2-4 hours<br>                       >4 hours<br>Extent of Contact:  Heavy<br>                       Moderate<br>                      (Light) | |

CSS INFORMATION FIELD FORM (continued)

Address: 78C DOLPHIN WAY          BD# OC=225

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING SURVEY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  No  (Unknown)  NA | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown  NA | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | (Yes)  No  Unknown  NA | |
| Did the interior ever have Zonolite attic insulation? | Yes  No  Unknown  (NA) | |
| Are there vermiculite additives in any of the building materials? | Yes  No  (Unknown)  NA | |
| **ADDITIONAL INFORMATION** | | |

Erickson, Rodney.max

CSS INFORMATION FIELD FORM (continued)

Address: 280 Dolphn Way

BD# 006096

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



CSS Primary Structure IFF_V4.wpd

Page 6 of 7   mk 9/14/02

Erickson, Rodney.max

CSS INFORMATION FIELD FORM (continued)

Address: 280 Dolphin Way    BD# 002225

## FIELD DIAGRAM OF SECONDARY STRUCTURE

Floor of House (circle):    First    Second    Third    Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/10" = 1 foot



CSS Secondary Structure IFF V3.wpd    Page 4 of 4

Erickson, Rodney.max

BD-002225

/VL/9 14 02

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET, SUITE 300
### DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: RODNEY ERICSON

Address: 280 DOLPHIN WAY

Phone: 293 4302

Address of Property for which consent for entry and access is being granted:

_____
_____
_____

Relationship to property: OWNER
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

9-14-02
Date

_Rodney Erickson_
Signature

64

Location: 280 Dolphin Way  Date: 9/19/02
Project / Client: EPA/Volpe
BD-002225 (Cabin)    Rodney Ericson

1200 Arrive at 280 Dolphin Way. Obtained signed access agreement form. Completed interview with IFF and inspection. No LVAI or vermiculite observed indoors. No vermiculite observed outdoors. Photo #3 taken.
Assigned BD # ___PKH 9/14/02___
1215 Depart 280 Dolphin Way    BD- 002225
                               PKH 9/14/02

PKent Hankinson
PKent Hankinson
09/14/02

Erickson, Rodney.max

US Environmental Protection Agency
Information Center
501 Mineral Avenue
Libby, MT 59923
(406/293-6194) Office
(406/293-5668) Fax

TO: STACEY                             Location/Fax#: 406-761-5805
FROM: Linda                            FACSMILE NO. 406/293-5668
PAGES (INCLUDING COVER) 8

REMARKS: Rodney Erickson paperwork for house. Thank you!

NOTE: IF YOU DO NOT RECEIVE ALL OF THE PAGES, OR ANY ARE NOT LEGIBLE, PLEASE CALL (406) 293-6194

Erickson, Rodney.max

BD- 002096



DK 9.14.02

☑ Soil samples collected (Date: 9-20-02 DSL)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: 15631          Page No.: 63 9.14.02          Site Visit Date: 9-14-02

Address: 280 DOLPHIN                              Structure Description: HOUSE

Occupant: RODNEY ERICSON                          Phone Number: 293-4303

Owner (if different than occupant): _____  Phone Number: _____

Sampling Team: DEAN KOSLOWSKI / MIKE KISSEL / KENT HANKINSON-CDM

Field Form Check Completed by (100% of forms): MJK

Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: _____ | |
| Year of Construction | 1955   Unknown | |
| Square Footage | 1100 | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: _____ | |
| Number of Floors Above Ground | (1)  2  3  Other: _____ | |
| Number of Rooms Per Floor Above Ground | 1: 7   2: ___   3: ___   Other: _____ | |
| Basement | Yes  (No) | |
| Heating Source | Wood/Coal  Electric  Propane/Gas  (Other): PELLET STOVE | |
| Heat Distribution | Forced air  Radiant  (Other): BLOWER | |

## CSS INFORMATION FIELD FORM (continued)

Address: 220 DOLPHIN WAY

BD# 002096

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  (1)  2  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br>Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 1953 |
| Was the residence/building remodeled? | Yes    (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where:  Attic    Living Areas<br>Garage    Basement<br>Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | WAS GIVEN FREE VERMICULITE |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No)<br>If yes,<br>Where:  Ceiling    Walls<br>Floors    Attic<br>Other:_____ | |

CSS Primary Structure IFF_V4.wpd

Page 2 of 7

Erickson, Rodney.max

# CSS INFORMATION FIELD FORM (continued)

BD# 002071

Address: 280 DOLPHIN WAY

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** Vermiculite Insulation Past or Present | Attic: DK 7/14/03 Yes (No) NA (Unknown)<br>Walls: Yes (No) NA (Unknown)<br>Basement: 7/14/03 Yes No (NA) Unknown<br>Crawl Space: 7/14/03 Yes (No) NA (Unknown)<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>NO INSPECTION ALLOWED |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | OBSERVED VERMICULITE IN GARDEN |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door:<br>Within same block<br>Other: _____<br>(Unknown) | |

# CSS INFORMATION FIELD FORM (continued)

BD# C03096

Address: 280 DOLPHIN WAY

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT**<br><br>Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>(Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | (<1 hour)<br>1-2 hours<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>(Moderate)<br>Light<br>Not Applicable | |

Page 4 of 7

Structure IFF_V4.wpd

Erickson, Rodney.max

# CSS INFORMATION FIELD FORM (continued)

BD# 001296

Address: 280 DOLPHIN WAY

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| **Occupant Information** | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes) / No / Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes) / No / Unknown | |
| **Indoor Information** | | |
| Does the interior have Zonolite attic insulation? | Yes / (No) / Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes / (No) / Unknown / NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes / (No) / Unknown | |
| **Outdoor Information** | | |
| Is there any evidence of primary source materials at or near the property? | (Yes) / No / Unknown | GARDEN |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes) / No / Unknown | |
| **Overall Assessment** | | |
| Are primary source materials present at the property? | (Yes) / No | |
| Where are primary source materials located? | Inside / (Outside) / Both / NA | |

ADDITIONAL INFORMATION  VERMICULITE IN GARDEN

CSS Primary Structure IFF_V4.wpd

Page 5 of 7

Erickson, Rodney.max

CSS INFORMATION FIELD FORM (continued)

BD# 00209b

Address: 280 Dolphn Way

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.



NOT TO SCALE

CSS Primary Structure IFF_V4.wpd

Page 6 of 7

## CSS INFORMATION FIELD FORM (continued)

BD# 002096

Address: 260 Dolphin Way

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



No Interior Inspection

Page 7 of 7

css Primary Structure IFF V4.wpd

Erickson, Rodney.max