FILED

2003 AUG -8  PM 6: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00005562 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Geraldine M. Fletcher (Claim No. 00005562), her attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Fletcher, Geraldine.max

BD- 001075
150 7/9/02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No. _100020_    Page No. _8_    Site Visit Date: _7/19/02_

Address _327 Thomas St._    Structure Description: _House_

Occupant _Geraldine Fletcher_    Phone Number: _293-9668_

Owner (if different than occupant): _NA_    Phone Number: _NA_

Sampling Team _Shaing Oliviera CDM, Dean Kozlowski CDM_

Field Form Check Completed by (100% of forms): _DEAN KOZLOWSKI_

Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial<br>School    Mining<br>Other _____ | |
| Year of Construction | _1985_    Unknown | |
| Square Footage | ≈1100 ft² | |
| Construction Material | (Wood frame)    Masonry/Stone<br>Other: _____ | |
| Number of Floors Above Ground | (1)  2  3  Other: _____ | |
| Number of Rooms Per Floor Above Ground | 1: _5_  2: _____  3: _____<br>Other: _____ | |
| Basement | Yes    (No) | Crawl Space |
| Heating Source | Wood/Coal  Electric  Propane/Gas<br>Other: _Oil_ | |
| Heat Distribution | (Forced air)  Radiant<br>Other: _____ | |

Fletcher, Geraldine.max

## CSS INFORMATION FIELD FORM (continued)

Address _327 Thomas St_

BD# _001025_

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  (1)  2  3  4 | |
| | 5-15  16-20  21-30  >30 | |
| Number of Children | 0  1  2  3  4 | |
| | (Other) 4 children visit 1 per year | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 51 years |
| Was the residence/building remodeled? | Yes        (No) | |
| | If yes, | |
| | When (years):   <2   2-5   >5 | |
| | Where:  Attic       Living Areas | |
| | Garage   Basement | |
| | Other: | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes     (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes     (No) | |
| Are there any known areas of exposed vermiculite? | Yes     (No) | |
| | If yes, | |
| | Where:  Ceiling   Walls | |
| | Floors   Attic | |
| | Other: | |

Page 2 of _7_

Fletcher, Geraldine.max

# CSS INFORMATION FIELD FORM (continued)

Address __377 Thomas St_____        BD# _001075_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:        Yes  No  NA (Unknown)  Walls:       Yes (No) NA  Unknown  Basement:   Yes  No (NA) Unknown  Crawl Space:  Yes  No  NA (Unknown)  Other:_____ | Visual confirmation of current presence or absence required for attic.  • No attic access, nailed shut refer to Additional information on pgs.  • F. berglass behind walls  • No access to crawl space |
| Evidence of Physical Damage? | Yes        (No) | |
| Evidence of Water Damage? | Yes        (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:   (Yes) No  NA  Yard:      Yes (No) NA  Stockpiles:  Yes  No (NA)  Other:_____ | • Significant quantities observed in former garden area along western edge of property  • Trace flakes observed along bush row in front yard. |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | (Next door)  Within same block  Other:_____  Unknown | Railroad is 1/8 mile away |

Fletcher, Geraldine.max

## CSS INFORMATION FIELD FORM (continued)

Address: _377 Thomas St_

BD# _OC1075_

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | Once a week | • No attic access, owner stated there was fiberglass throughout. Refer to Additional Information, pg 5 |
| | | Once a month | |
| | | Once a year | |
| | | (Not Applicable) | |
| | Duration of Contact: | <1 hour | |
| | | 1-2 hours | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | (Not Applicable) | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | Light | |
| | | (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | 2-3 (Once a week) | Resident does her own gardening. Her 2 sons mow the garden 1 per week |
| | | Once a month | |
| | | Once a year | |
| | | Not Applicable | |
| | Duration of Contact: | <1 hour | |
| | | (1-2 hours) | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | Not Applicable | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | (Light) | |
| | | Not Applicable | |

Fletcher, Geraldine.max

# CSS INFORMATION FIELD FORM (continued)

Address: 377 Thomas St

BD# 001075

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners or any highly exposed persons living or visiting the property? | Yes   (No)   Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)   No   Unknown | Resident and 4 of her children have asbestosis. |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes   No   (Unknown) | Owner stated fiberglass throughout. |
| Did the interior ever have Zonolite attic insulation? | Yes   No   (Unknown)   NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes   (No)   Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)   No   Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)   No   Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)   No | |
| Where are primary source materials located? | Inside   (Outside)   Both   NA | |

ADDITIONAL INFORMATION Resident has owned the property for 5 years, previous house was torn down in 1984, and contained b.v. on the inside and walls. All demo debris, and b.v. was hauled away to the dump. A new house was built in 1985, and a 4' crawl space excavated under the house. Attic access was nailed shut, owner stated that fiberglass was placed throughout. Crawl space inaccessible, owner stated that it contained no vermiculite. Owner stated that trucks from mine used to drive by and caused lots of dust, plus the road which is ½ mile away and has historically been a low use source of dust.

Fletcher, Geraldine.max

## CSS INFORMATION FIELD FORM (continued)

Address: _377 Thomas St_

BD# _00.107.5_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground
utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Fletcher, Geraldine.max

**CSS INFORMATION FIELD FORM (continued)**

Address  322 Thomas St                                    BD# 001075

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):    First    Second    Third    Basement

Include approximate dimensions of rooms and floor covering type.  Use more than one diagram if needed.  Completed only if CAI is present.

Scale: 1/10" = 1 foot



No ZAI Present

Fletcher, Geraldine.max

BD- 001075

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name       _Geraldine Fletcher_

Address:   _377 Thomas St._

                                          Phone: _293-9668_

Address of Property for which consent for entry and access is being granted:

_____

_____

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1.    Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2.    the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3.    the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

___7/19/02___                 _Geraldine M Fletcher_
Date                          Signature

8   Location 377 THOMAS STREET _____   Date 7·19·02 _____

Project / Client EPA/VOLPE/CDM _____

____ CSS RECON _____ OWNER· GERALDINE FLETCHER _

1150 - ARRIVED @ 377 THOMAS STREET .

- OBTAINED SIGNED ACCESS AGREEMENT FROM. GERALDINE

FLETCHER, OWNER _____

- OBSERVED VERMICULITE ON WEST SIDE OF HOME, WHICH

FORMERLY WAS A GARDEN _____   BD-001075      /DL

- ATTIC INACCESSIBLE _____ _____

- OBSERVED TRACE FLAKINGS IN BUSHES IN FRONT YARD,

WHICH BORDER, THOMAS & 1st STREET

- ORIGINAL STRUCTURE WAS TORN DOWN IN 1984, AND

REBUILT IN 1986, OWNER STATED FIBERGLASS WAS

USED FOR INSULATION _____

- CRAWL SPACE INACCESSIBLE, OWNER STATED, FLOOR IS

LINED WITH PLASTIC SHEETING _____

COMPLETED INTERVIEW & INSPECTION _____

7·19·02

Sheet No.: CSS (S) - 001765

## CONTAMINANT SCREENING STUDY
## FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: NA    Field Logbook No.: 100093 Page No.: 391  Sampling Date: 07-31-03

Address: 311 Thomas St    Owner: Geraldine Fletcher

Business Name: NA

Land Use (circle): (Residential)  School  Commercial  Mining  Roadway  Other ( )

Sampling Team: (circle) (CDM)  PES  Other    Names: Michael Lynn Coffey
Regina Lynn Clifford

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 02968 | CS- 02969 | CS- 02970 |
| Location ID | SP- 113451 | SP- 113452 | SP- 113453 |
| Sample Group | FLOWERBED | YARD | DRIVEWAY |
| Location Description (circle) | Back yard / (Front yard) / (Side yard) / Other | Back yard / Front yard / Side yard / Other | Back yard / (Front yard) / Side yard / Other |
| Category (circle) | (FS) / FD of / Field Blank (lot or equipment) | (FS) / FD of / Field Blank (lot or equipment) | (FS) / FD of / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other | (Surface Soil) / Other | (Surface Soil) / Other |
| Type (circle) | Grab / (Comp.) # subsamples 5 | Grab / (Comp.) # subsamples 5 | Grab / (Comp.) # subsamples 53  RC02402 |
| Sample Time | 1505 | 1515 | 1525 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 6 | 2 | 6 |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- 001075 | RC02402 | RC02402 |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | RC |
| QC by | RC |



Fletcher, Geraldine                    BD-00107539
Location 377 Thomas St        Date 07-24-02

Project Client Libby Asbestos/ EPA & VOLPE

1500   Arrived at residence.
CSS-00 2155  Began Soil Sampling.

| 1505 Flower | CS- 02968 bed - 5 point | SP- 113451 |
|---|---|---|
| 1515 Yard | CS- 02969 - 5 point | SP- 113452 |
| 1525 Driveway | CS- 02970 - 5 point | SP- 113453 |

GPS File T7G0.7242. Took READING
No vermiculite noted in
areas sampled.

Rd. 07.24.02