Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8 PM 6:32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00005558 |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Keith Hedahl (Claim No. 00005558), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.  Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.  Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.  Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.  Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

BD- 001279
AW 8/2/02

☑ Soil samples collected (Date: 8/14/02 (RE))

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100094      Page No.: 109      Site Visit Date: 8/2/02
Address: 94 RAINBOW LANE                          Structure Description: RESIDENCE
Occupant: KEITH HEDAHL
                                                   Phone Number: 406 293-6765
Owner (if different than occupant): _____  Phone Number: _____
Sampling Team: C. WORTHINGTON, R. BERRY (CDM)
Field Form Check Completed by (100% of forms): Kevin Berry (CDM)
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | 1968    Unknown | |
| Square Footage | 1400 | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | |
| Number of Floors Above Ground | 1  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 6   2: ___   3: ___  Other: | |
| Basement | Yes  (No) | |
| Heating Source | (Wood/Coal) (Electric) Propane/Gas  Other: | |
| Heat Distribution | (Forced air) (Radiant)  Other: | |

Page 1 of 7

DW 8/3/02

CSS INFORMATION FIELD FORM (continued)

Address: 94 RAINBOW LANE

BD# 001279

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br>Other: | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 24 years |
| Was the residence/building remodeled? | (Yes)  No<br>If yes,<br>When (years): <2  2-5  >5  1978<br>Where: Attic  (Living Areas)<br>Garage  Basement<br>Other: | Added dinning room, bedroom, extra garage |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | (Yes)  No | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes  (No) | |
| Are there any known areas of exposed vermiculite? | Yes  (No)<br>If yes,<br>Where: Ceiling  Walls<br>Floors  Attic<br>Other: | |

Page 2 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 94 RAINBOW LANE

BD# 00/279

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA ~~Unknown~~  DM 3/6/03<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other: | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Former Garden: (Yes) No NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes (No) NA<br>Other: Flower bed | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | (Next door)<br>Within same block<br>Other<br>Unknown | |

Page 3 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 94 RAINBOW LANE

BD# 001279

| Data Item | Value | Notes |
|---|---|---|
| **EXPOSURE ASSESSMENT** | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor<br><br>ATTIC INSPECTION CONDUCTED ON 8/6/03 BY DM & DS – NO VCI IN ATTIC | Frequency: Once a day / Once a week / Once a month / Once a year / (Not Applicable)<br><br>Duration of Contact: <1 hour / 1-2 hours / 2-4 hours / >4 hours / (Not Applicable)<br><br>Extent of Contact: Heavy / Moderate / Light / (Not Applicable) | Not Applicable applies when no vermiculite is present on the property.<br>DM 8/6/03<br>ATTIC IS INACCESABLE DUE TO RANDOM HOUSHOLD ITEMS ON SHELF BLOCKING ENTRANCE<br><br>OWNER STATES HE NEVER GOES IN ATTIC HE HAS ONLY BEEN THERE ONCE |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: (Once a day) / (Once a week) / Once a month / Once a year / Not Applicable<br><br>Duration of Contact: <1 hour / (1-2 hours) / 2-4 hours / >4 hours / Not Applicable<br><br>Extent of Contact: Heavy / (Moderate) / Light / Not Applicable | Not Applicable applies when no vermiculite is present on the property.<br><br>Cut grass Weekly<br><br>Weed flowerbeds maintain garden daily |

Page 4 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 94 RAINBOW LANE

BD# 00/279

| Data Item | Value | | Notes |
|---|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | | |
| *Occupant Information* | | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes) | No | Father in law worked for grace Brother & sister in law |
| | Unknown | | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes) | No | Keith & Wife |
| | Unknown | | |
| *Indoor Information* | | | |
| Does the interior have Zonolite attic insulation? | Yes | (No) | |
| | Unknown | | |
| Did the interior ever have Zonolite attic insulation? | Yes | (No) | NA applies if attic currently has ZAI. |
| | Unknown | NA | |
| Are there vermiculite additives in any of the building materials? | Yes | (No) | |
| | Unknown | | |
| *Outdoor Information* | | | |
| Is there any evidence of primary source materials at or near the property? | (Yes) | No | former garden, Flower bed |
| | Unknown | | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes) | No | |
| | Unknown | | |
| *Overall Assessment* | | | |
| Are primary source materials present at the property? | (Yes) | No | former garden, Flowerbed |
| Where are primary source materials located? | Inside | (Outside) | |
| | Both | NA | |

ADDITIONAL INFORMATION  No Dogs

Page 5 of 7

p.5    Aug 07 03 04:08p    Hedahl, Keith.max

CSS INFORMATION FIELD FORM (continued)

Address: 94 Rainbow LN

BD- 001279

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

(NOT TO SCALE)

*vermiculite observed



Page 6 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 94 Rainbow LN

BD# 001279

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



NO Access to Attic

Page 7 of 7

## LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

BD- 003920

Field Logbook No.: 100250   Page No.: 118   Site Visit Date: 8-06-03
Address: 94 RAINBOW LANE
Structure Description: SHED
Occupant: KEITH HEDAHL
Phone Number: 293-6765
Owner (if different than occupant): N/A
Phone Number: —
Business Name: N/A
Sampling Team: MICHAILOF / SPIELMAN
Field Form Check Completed by (100% of forms): _____
Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Yes | Current Presence of VCI - Yes:<br>☐ Collect dust samples in structures containing VCI after reviewing existing dust sample locations<br>☒ Item does not apply to this property. | DS-08-06-03 |
| Current presence of VCI - Unknown<br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br>☒ Yes, update existing IFF. If VCI is present, collect dust samples in structures containing VCI after reviewing existing dust sample locations.<br>☒ No, collect dust samples in structure after reviewing existing dust sample locations. Dam 8/6/03<br>☐ Item does not apply to this property. | DS-08-06-03 |
| Past presence of VCI - Yes<br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br>☐ Yes, collect dust samples in structure after reviewing existing dust sample locations.<br>☐ No, collect dust samples in structure and attic per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in structure after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | DS-08-06-03 |

CSS Additional IFF_V3.wpd          Page 1 of 2

DW 8.6.03

CSS Additional IFF (Continued)

Address: 94 RAINBOW LANE

BD# 003920

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications** <br><br> Answer to any IFF questions mining history, asbestos-related disease = Yes | ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations. <br><br> ☐ Item does not apply to this property. | OWNER AND WIFE HAVE BEEN DIAGNOSED WITH ASBESTOS-RELATED ILLNESS |
| **Vermiculite Present in Building Materials** <br><br> Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material: <br><br> ☐ Intact. No further action on this item required. <br><br> ☐ Friable, collect dust samples in structure containing friable material after reviewing existing dust sample locations. <br><br> ☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite** (circle all that apply) | Basement   Ground Floor   Second Floor <br> Attached Garage   (None) <br> Other: _____ <br><br> ☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in suspected land use area (garden, flowerbed, etc.) | ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations. <br><br> ☐ Item does not apply to this property. | VISIBLE VERMICULITE IN FLOWERBED & GARDEN |
| Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram. <br><br> ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations. <br><br> ☐ Item does not apply to this property. | VISIBLE VERMICULITE IN YARD <br><br> SOILS COLLECTED BY PREVIOUS TEAM |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

DS 8.6.03
BD# ~~00129~~ 001279

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: 100250   Page No.: 118   Site Visit Date: 8-06-03
Address: 94 RAINBOW LANE   Structure Description: HOUSE
Occupant: KEITH HEDAHL   Phone Number: 293-6765
Owner (if different than occupant): N/A   Phone Number: —
Business Name: N/A
Sampling Team: MICHAILOF / SPIELMAN
Field Form Check Completed by (100% of forms): [signature]
Screening Field Check Completed by (2% of forms): ____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Yes | Current Presence of VCI - Yes:<br>☐ Collect dust samples in structures containing VCI after reviewing existing dust sample locations<br>☒ Item does not apply to this property. | DS 08-06-03 |
| Current presence of VCI - Unknown<br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br>☒ Yes, update existing IFF. If VCI is present, collect dust samples in structures containing VCI after reviewing existing dust sample locations.<br>DM 8/6/03<br>☒ No, collect dust samples in structure after reviewing existing dust sample locations.<br>☐ Item does not apply to this property. | DS 08-06-03 |
| Past presence of VCI - Yes<br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br>☐ Yes, collect dust samples in structure after reviewing existing dust sample locations.<br>☐ No, collect dust samples in structure and attic per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in structure after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | DS 08.06.03 |

DW 8.6.03

CSS Additional IFF (Continued)

Address: 94 RAINBOW LANE

BD# 001279

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF questions mining history, asbestos-related disease = Yes | ☐ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | OWNERS AND DS 8/6/03 (KEITH & WIFE) BOTH DIAGNOSED WITH ASBESTOS RELATED ILLNESS |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in structure containing friable material after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 08.06.03 |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement   Ground Floor   Second Floor<br>Attached Garage  (None)<br>Other: _____<br>☐ Item does not apply to this property. | Specific location of visible vermiculite:<br><br>DS 08.06.03 |

**OUTDOOR SAMPLING**

| | | |
|---|---|---|
| Visible vermiculite in suspected land use area (garden, flowerbed, etc.) | ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN FLOWERBED AND GARDEN |
| Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN YARD<br><br>SOILS COLLECTED PREVIOUSLY |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

DS 08.06.03

CSS Additional IFF_V3.wpd          Page 2 of 2

Hedahl, Keith.max