Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00006087 |
| | ) | Claim No. 00006088 |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Jack Dean Judkins (Claim Nos. 00006087 and 00006088), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

                          Lewis & Slovak, P.C.

                By: _____
                      Tom L. Lewis
                      P.O. Box 2325
                      Great Falls, MT 59403
                      (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

AUG 07 '03 02:25PM MOTL BOXES ETC 3419
TO LEWIS & SLOVAK
Revised
BD- 000383



# LIBBY ASBESTOS PROJECT
Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form

SO 6/10/02

Field Logbook No. __100063__   Page No. __81__   Site Visit Date: __6/10/02__
Address: __1770 Highway 2 West__   Structure Description: __Car Wash/Laundromat__
Occupant: __A & J Suds & Scrubs__   Phone Number: __293-8131__
Owner (if different than occupant): __Wilma Judkins__   Phone Number: __293-8131__
Sampling Team: __Shawn Oliveira CDM, Bob Portec CDM__
Field Form Check Completed by (100% of forms): __Shawn Oliveira CDM__
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | Very Modified — Industrial (Commercial) | |
| Surrounding Land Use | Industrial (Commercial) Mining — Dry | |
| Year of Construction | ✓ Unknown | |
| Square Footage | ≈1000 ft² | |
| Construction Material | Wood frame (Masonry/Stone) Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 4  2: ___  3: ___  Other: | |
| Basement | Yes (No) | |
| Heating Source | Wood/Coal  Electric (Propane/Gas) Other: | |
| Heat Distribution | (Forced air) Radiant Other: | |

Page 1 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 1770 Highway 2 West          BD# 000383

| Data Item | Value | Notes |
|---|---|---|
| OCCUPANT INFORMATION | | |
| Number of Adults/Employees | (1)  2  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | 0  1  2  3  4<br>(Other:) Clients | Customers |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 18 years |
| Was the residence/building remodeled? | Yes  (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where:  Attic  Living Areas<br>Garage  Basement<br>Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes  (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes  (No) | |
| Are there any known areas of exposed vermiculite? | (Yes)  ~~No~~  DRM 7/1/63<br>If yes,<br>Where: Ceiling  (Walls) DRM 7/1/63<br>Floors  Attic<br>DRM 7/1/03<br>(Other) Alum. fascia | see page 3+4 |

DRM 7/1/63

## CSS INFORMATION FIELD FORM (continued)

Address: 1770 Highway 2 West

BD# 000383

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA  <br>Walls: Yes No NA (Unknown?)  <br>Basement: Yes No (NA) 7/11/03  <br>Crawl Space: Yes No (NA)  <br>Other: ___ | Visual confirmation of current presence or absence required for attic. ✱  <br>Fiberglass above ceiling. Owner thought that vermiculite was placed in cement block walls during construction. ~~No vermiculite observed behind the walls upon inspection~~ DLM 7/11/03 |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| Evidence of vermiculite used in building materials? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes No (NA)  <br>Yard: Yes (No) NA 7/11/03  <br>Stockpiles: Yes No (NA)  <br>(Other): Driveway | DLM 7/11/03  <br>No observable vermiculite. ~~Vermiculite observed at foundation base eastside and in front of chase machine~~ |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door  <br>Within same block  <br>Other: NA | |

✱ Vermiculite observed actively pouring from inside walls <s>where</s> 7/11/03 where chinking between cinderblocks has decayed. Most noticeable near chase machine and near electric conduit on east wall of laundromat.

Small piles of vermiculite also observed behind dryers and washers in access room along west wall of laundromat. DLM 7/11/03

Page 3 of 7

**CSS INFORMATION FIELD FORM (continued)**

Address: 1770 Highway 2 West                                BD# 000353

| Data Item | Value | Notes |
|---|---|---|
| **EXPOSURE ASSESSMENT** | | 7/11/03 |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: DM 7/11/03 — (Once a day), Once a week, Once a month, Once a year — N/A<br>Duration of Contact: (<1 hour), 1-2 hours, 2-4 hours, >4 hours — N/A DM 7/11/03<br>Extent of Contact: Heavy, Moderate, (Light) — N/A DM 7/11/03 | No observable vermiculite. DM 7/11/03<br><br>Vermiculite observed behind washers and dryers on west side of access area room. DM 7/11/03 |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: DM 7/11/03 — (Once a day), Once a week, Once a month, Once a year — N/A<br>Duration of Contact: (<1 hour), 1-2 hours, 2-4 hours, >4 hours — N/A DM 7/11/03<br>Extent of Contact: Heavy, Moderate, (Light) — N/A DM 7/11/03 | Vermiculite observed spilling from walls alongside chase machine and along east side of laundromat. DM 7/11/03 |

DM 7/11/03

Page 4 of 7

Judkins, Jack.max

CSS INFORMATION FIELD FORM (continued)

Address: 1770 Highway 2 West                             BD# 000383

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | ~~Yes~~ No (SO 6/10/02) Unknown | Refer to Additional Information Pg. 5 |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes No Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | ~~Yes~~ No DM 7/11/03 Unknown | INSIDE CINDER-BLOCK WALLS |
| Did the interior ever have Zonolite attic insulation? | Yes No Unknown | |
| Are there vermiculite additives in any of the building materials? | Yes No Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials near the property? | ~~Yes~~ No DM 7/11/03 Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes No Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | ~~Yes~~ No DM 7/11/03 | |
| Where are primary source materials located? | Inside Outside Both NA DM 7/11/03 | |

Notations in left margin: DM 7/11/03 (next to Zonolite attic insulation and primary source materials rows)

**ADDITIONAL INFORMATION** Owner stated that trucks from the mine were washed there back in the day, she also stated that mine workers often did laundry there. Owner thought that vermiculite was placed in the cement block walls during construction, however no evidence of this was observed as there was no real access to the interior of the block wall. * IT APPEARS CHINKING HAS DECAYED AND RELEASED VERMICULITE SINCE ORIGINAL INSPECTION

DM # 7/11/03 See page 3/4 of PIFF

Page 5 of 7

GPS INFORMATION FIELD FORM (continued)

Address: 1770 Highway 2 West

BD# 000383

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



\* vermiculite observed Page 6 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 1770 Highway 2 West                               BD# CC0383

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement
Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/10" = 1 foot

Page 7 of 7

Judkins, Jack.max

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Wilma Judkins_

Address: _A & J Suds & Scrub_
_1770 Highway 2 West_
_P.O. Box 1108_     Phone: _293-8131_

Address of Property for which consent to access is being granted:

_____
_____
_____

Relationship to property: _Owner_
(i.e., owner, 5-year tenant, etc.)

I consent to officers, employees, and authorized representatives of the United States Environmental Protection Agency (EPA) entering and having continued access to my property for the following purposes:

1. Air, wipe, bulk and soil sampling.
2. Such other actions as the EPA On-Scene Coordinator determines necessary to protect human health or welfare of the environment.

I realize that these actions by EPA are undertaken pursuant to its response authorities under the Comprehensive Environmental Response Compensation, and Liability Act of 1980, as amended (CERCLA), 41 U.S. C Section § 9601 et seq.

I also realize that there may be loss of or damage to property during these actions. In addition, I realize EPA will be using my utilities, including heat, water and electricity.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind.

I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees and authorized representatives of EPA at reasonable times.

_6-10-02_          _Wilma Judkins_
Date                Signature

BD# CO0383

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100245  Page No.: 6  Site Visit Date: 7/11/03
Address: 1770 Hwy 2 West  Structure Description: Carwash/Laundromat
Occupant: A+J Suds + Scrubs  Phone Number: 293-0131
Owner (if different than occupant): Wilma Judkins  Phone Number: same
Business Name: A+J Suds + Scrubs
Sampling Team: Michalof
Field Form Check Completed by (100% of forms): [signature]
Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

DW 7/11/03

CSS Additional IFF_V1.wpd    Page 1 of 2

## CSS Additional IFF (Continued)

Address: 1770 Hwy 2 West

BD# CCO383

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications** — Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Item does not apply to this property. | Mine Workers Clothing Mine Vehicle Wash |
| **Vermiculite Present in Building Materials** — Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br>☐ Intact. No further action on this item required.<br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement  (Ground Floor)  Second Floor<br>Attached Garage  (None) DM 7/1/03<br>Other: _____<br>☐ Item does not apply to this property. | Specific location of visible vermiculite:<br>Behind washers & dryers @ left side of laundromat (facing) |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram.<br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations. DM 7/1/03<br>☒ Item does not apply to this property. | Soil samples collected 6/19/02<br>Vermiculite visible on ground floor see above. |

**ADDITIONAL INFORMATION** (Note any partial access or sample collection issues): _____

Page 2 of 2

CSS Additional IFF V1.wpd

Location: 1770 Highway 2 West  Date: 6-10-02
Project Client: CSS Becon   Libby, Montana
EPA/Volpe/CDM   BD-000383

1345 — arrived at 1770 Highway 2 West
— A & I Suds & Scrubs
— obtained access consent form
— visual inspection completed and no ZAI present. Fiberglass insulation used.
— visual inspection of yard revealed no observable vermiculite.
— owner stated that it was possible that some vermiculite may be present in cement poured for walls, in between the cement blocks. There was no access or major openings to perform a visual inspection. The little holes that we were able to look in contained no observable vermiculite.
— completed interview & IFF form.

Bob Porter
6-10-02

Judkins, Jack.max

Sheet No.: CSS (S) - _____

*CONTAMINANT SCREENING STUDY*

# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: **N/A**    Field Logbook No.: **100073**    Page No: **56**    Sampling Date: **6/19/02**

Address: **1720 Highway 2 West**    Owner: **Wilma Judkins**

Land Use: (circle)  Residential   School   (**Commercial**)   Mining   Roadway   Other (**A+J Suds+Srubs**)

Sampling Team: circle (**CDM**)   PES   Other _____   Names: **B. Ryles / P. Odom / R. Eustice**

| Data Item | Sample 1  D1 /BP | Sample 2  F1 /BP | Sample 3  Y1 /BP |
|---|---|---|---|
| Index ID | CS- 00550 | CS- 00551 | CS- 00552 |
| Location ID | SP- 111133 | SP- 111134 | SP- 111135 |
| Sample Group | Driveway | Flowerbed | Yard |
| Location Description (circle) | Back yard / Front yard / Side yard / Other **Driveway** | Back yard / (Front yard) / Side yard / Other | (Back yard) / Front yard / (Side yard) / Other |
| Category (circle) | (FS) / FD ____ / Field Blank (lot or equipment) | (FS) / FD ____ / Field Blank (lot or equipment) | (FS) / FD ____ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other | (Surface Soil) / Other | (Surface Soil) / Other |
| Type (circle) | Grab / (Comp.) # subsamples **3** | Grab / (Comp.) # subsamples **2** | Grab / (Comp.) # subsamples **5** |
| Sample Time | 1400 | 1407 | 1415 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 6 | 6 | 1 |
| Grid, Quadrant, Section | | | |
| Field Comments | D1 on pg. 6  BD-000383 | F1 on Pg. 6 | Y1 on Pg. 6 |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BP |
| QC by | RE |

vs 021302

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: **1-A**    Field Logbook No: **100023**    Page No: **58**    Sampling Date: **6/19/02**

Address: **1720 Highway 2 West**    Owner: **Wilma Judkins**

Land Use: (circle) Residential   School   (**Commercial**)   Mining   Roadway   Other (**A+J SudsNScrubs**)

Sampling Team: (circle) **CDM**   PES   Other _____    **B.Pyles/R.Goff/B.O.Pudry**

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 00553 | | |
| Location ID | SP- 111136 | | |
| Sample Group | Yard | | |
| Location Description (circle) | Back yard / Front yard / (Side yard) / Other | Back yard / Front yard / Side yard / Other | Back yard / Front yard / Side yard / Other |
| Category (circle) | (FS) / FD / Field Blank (lot or equipment) | FS / FD / Field Blank (lot or equipment) | FS / FD / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other | Surface Soil / Other | Surface Soil / Other |
| Type (circle) | Grab / (Comp) # subsamples **4** | Grab / Comp. # subsamples | Grab / Comp. # subsamples |
| Sample Time | 1430 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 1 | | |
| Grid, Quadrant, Section | | | |
| Field Comments | Y2 on Pg. 6  BD-000383 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BP |
| QC by | RG |

vs-021302

Judkins, Jack.max

1770 Highway 2 West          6/19/02
        Wilma Judkins (A+J Suds+Scrubs)
EPA/Volpe                    BD-000383
                             TSE06192
1350 arrived @ 1770 Highway 2 West          1440
BP (A+J Suds+Scrubs)
Completed sampling as follows:

| | | |
|---|---|---|
| CS-00550 | SP-111133 | D1 on B.C IFF |
| CS-00551 | SP-111134 | F1 on B.C IFF |
| CS-00552 | SP-111135 | Y1 on P.C IFF |
| CS-00553 | SP-111136 | Y2 on B.C IFF |
| | | BP |

FSDS# CSS(S)-000252, CSS(S)-000253
COC# 002675 + 002676
No vermiculite visible

Bri /s/
6/19/02

Location 1770 Hwy 2 west   Date 7/11/03
Project/Client EPA Region 8 Libby Asbestos Pro
BDY CO0383   A+S Subs+Scrub

6

1400 Arrive @ 1770 Hwy 2 W
Dan Speaks w/ owner. Permission
Granted for interior sampling.
Conducted visual inspection of
exterior with owner. Chinking
missing near change machine
vermiculite observed pouring of
call Dee Warren for advice
advise to scene.
This Log Book is a continuation
of Log 234.

1410 Dee Warren arrives, conduct
inspection of BLDG exterior. Vermiculite
is observed at several places around
foundation, both @ carwash end
and laundromat.

1425 Resume interior inspection.
Vermiculite discovered behind
Dryer and washers in access
room on east Rm west side
of laundromat. Call Dee
Warren

1435 Dee Warren returns to
site and confirms vermiculite
b/ [signature] 7/11/03

---

Location 1770 Hwy 2 west   Date 7/11/03
Project/Client EPA Region 8 Libby Asbestos Project
BDY CO0383   A+S Subs+Scrub

7

1435 (cont) Behind access area.
1445 Dan returns to office
       to update P.A.F.
1535 Dan signs logbook
       over to 140 Fairweather
       [signature] 7/11/03

AUG 07 '03 02:37PM MAIL BOXES ETC 2415

Sheet No.: RI-D- 000533

# REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA  Field Logbook No: 100245  Page No: 6  Sampling Date: 7/11/63

Address: 1770 Hwy 2 West  Owner/Tenant: WILMA JUDKINS

Business Name: A+J SUDS AND SCRUBS

Land Use: Residential  School  (Commercial)  Mining  Roadway  Other (          )

Sampling Team: MACTEC  (CDM)  Other _____  Names: MICHAEL F

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Index ID | | | |
| Location ID | BD CC0383 | BD 000383 | |
| Matrix Type (circle) | Garage, House, Shed, Pump House, (Other) Laundromat | Garage, House, Shed, Pump House, (Other) Laundromat | Garage, House, Shed, Pump House, Other____ |
| Sample Group (circle) | Basement, (Ground Floor), Second Level, Other___ | Basement, (Ground Floor), Second Level, Other___ | Basement, Ground Floor, Second Level, Other___ |
| Location Description (circle) | (Horizontal Surfaces), High Traffic Areas, Other___ | Horizontal Surfaces, (High Traffic Areas), Other___ | Horizontal Surfaces, High Traffic Areas, Other___ |
| Category (circle) | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank | FS  Blank  Archive Blank |
| Sample Area (cm²) (circle) | 100  200  (300)  NA | 100  200  (300)  NA | 100  200  300  NA |
| Filter Diameter (circle) | (25mm)  37mm | (25mm)  37mm | 25mm  37mm |
| Pore Size (circle) | (TEM-.45)  PCM-0.8 | (TEM-.45)  PCM-0.8 | TEM-.45  PCM-0.8 |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | Rotometer  (Dry-Cal)  NA | Rotometer  Dry-Cal  NA |
| Flow Meter ID No. | 7326 | 7326 | |
| Pump ID No. | 666482 | 666482 | |
| Start Time | | | |
| Start Flow (L/min) | 2.00  2.00  2.00 | 2.00  2.00  2.00 | |
| Stop Time | | | |
| Stop Flow (L/min) | 2.00  2.00  2.00 | 2.00  2.00  2.00 | |
| Pump Fault? (circle) | (No)  Yes | (No)  Yes | No  Yes |
| Field Comments | 100 cm²  100 cm²  100 cm²  Volpe: | 100 cm²  100 cm²  100 cm²  Volpe: | 100 cm²  100 cm²  100 cm²  Volpe: |

vs 060303  For Field Team Completion  Completed by: MM  QC by: