FILED

2003 AUG -8 PM 6:32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Tom L. Lewis

Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00006094 |
| ) | |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Duane Edward Lindsay (Claim No. 00006094), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 001049

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
999 18th STREET, SUITE 300
DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

_Scott Lindsey_

Address: _____

_____

_____ Phone: 293-7692

Address of Property for which consent for entry and access is being granted:

_412 Parrette Ave_

_____

Duane & Donna Lindsey owners

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_7-20-02_                _Scott Lindsey_
Date                      Signature

EPA Information Center
Office Copy

## LIBBY ASBESTOS PROJECT
### Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

BD-001049

Field Logbook No.: 100076   Page No. 126   Site Visit Date: 7-10-22
Address: 412 Parmeter Ave   Structure Description: House
Occupant: Scott Lindsey   Phone Number: 293-7092
Owner (if different than occupant): Douglas + Donna Lindsey   Phone Number: 293-7092
Sampling Team: Mike Coffey and Regina Clifford
Field Form Check Completed by (100% of forms): Regina Clifford
Screening Field Check Completed by (2% of forms): 

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: | |
| Year of Construction | ≈1980   Unknown | |
| Square Footage | ≈2400 | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | |
| Number of Floors Above Ground | (1)  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 8   2:___   3:___   Other: | |
| Basement | (Yes)   No | |
| Heating Source | (Wood/Coal)  (Electric)  Propane/Gas  Other: | |
| Heat Distribution | (Forced air)  (Radiant)  Other: | |

Page 1 of 2

Lindsay, Duane.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 412 Parmenter Ave

BD# 001049

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0   1   2   (3)   4<br>5-15   16-20   21-30   >30 | |
| Number of Children | (0)   1   2   3   4<br>Other:_____ | |
| Years at Location | <1   1-5   5-10   10-15   (>15) | |
| Was the residence/building remodeled? | (Yes)   No<br>If yes,<br>When (years): (<2)   2-5   >5<br>Where: Attic   (Living Areas)<br>Garage   Basement<br>Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   (No) | |
| Are there any known areas of exposed vermiculite? | Yes   (No)<br>If yes,<br>Where: Ceiling   Walls<br>Floors   Attic<br>Other:_____ | |

Page 2 of 2

CSS INFORMATION FIELD FORM (continued)

Address: 4020 Parmenter Ave 4/2

BD# 001049

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes (No) NA Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other: | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: Yes (No) NA<br>Stockpiles: Yes No (NA)<br>Other: | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other:<br>(Unknown) | |

Page 3 of 2

## CSS INFORMATION FIELD FORM (continued)

Address: 412 Palmester Ave

BD# 60029

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day / Once a week / Once a month / Once a year / **(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / **(Not Applicable)** | |
| | Extent of Contact: | Heavy / Moderate / Light / **(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day / Once a week / Once a month / **(Once a year)** / Not Applicable | Not Applicable applies when no vermiculite is present on the property. Vermiculite found in garden, but resident doesn't keep garden up anymore |
| | Duration of Contact: | **(<1 hour)** / 1-2 hours / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / Moderate / **(Light)** / Not Applicable | |

Page 4 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 412 Painster Ave

BD# 20169

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  (NA) | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes  No  (Unknown) | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | Gister |

ADDITIONAL INFORMATION _____

Page 5 of 7

Lindsay, Duane.max

## CSS INFORMATION FIELD FORM (continued)

Address: 412 Parmenter Ave

BD# 00049

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Page 6 of 7

**CSS INFORMATION FIELD FORM** (continued)

Address: 412 Palmetto Ave

BD# 001245

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot

[blank grid]

Page 2 of 2



126 Lindsey, Duane + Bonnie  BO-001049
Location: 412 Parmenter Ave   Date: 07-20-02
Project / Client: Libby Asbestos / EPA VOLPE

1400 arrived at residence. Owners son signed consent form. One floor + basement. Shed is insulated. Owner stated may be in garden. There is vermiculite. Com verified vermiculite present in garden. No visible vermiculite was observed inside house. Attic of house has fiberglass. Shed has fiberglass insulation in attic as well.

07-20-02 RC

Sheet No.: CSS (S) - 001973

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No: 100083   Page No: 108   Sampling Date: 7/24/02
Address: 412 Parmenter Ave   Owner: Scott Lindsey
Business Name: —
Land Use: (circle) (Residential)  School  Commercial  Mining  Roadway  Other (      )
Sampling Team: (circle) (CDM)  PES  Other ___ Names: Walter Smith; Brian Hitts

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS-02801  BAH 7/24/02 | CS-02802  BAH 7/24/02 | CS-02803  BAH 7/24/02 |
| Location ID | SP-113290 | SP-113291 | SP-113292 |
| Sample Group | Yard | Yard | Flowerbeds |
| Location Description (circle) | Back yard / (Front yard) / Side yard / Other ___ | (Back yard) / Front yard / Side yard / Other ___ | Back yard / Front yard / (Side yard) / Other ___ |
| Category (circle) | (FS) / FD of ___ / Field Blank (lot or equipment) | (FS) / FD of ___ / Field Blank (lot or equipment) | (FS) / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) / Other ___ | (Surface Soil) / Other ___ | (Surface Soil) / Other ___ |
| Type (circle) | Grab / (Comp. # subsamples 5) | Grab / (Comp. # subsamples 5) | Grab / (Comp. # subsamples 5) |
| Sample Time | 1440 | 1450 | 1500 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | — | — | — |
| Field Comments | BD to 001049 BAH 7/24/02 | Vermiculite seen in the back yard in area adjacent to the old garden. | [signature] 7/24/02 |
|  | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BAH |
| QC by | WS |

vs 062602

Lindsay, Duane.max

Sheet No.: CSS (S) - 001979

*CONTAMINANT SCREENING STUDY*
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A   Field Logbook No: 100083   Page No: 128   Sampling Date: 7/24/02
Address: 412 Parmenter Ave   Owner: Duane & Donna ~~Scott Lindsay~~   Jb 7/25/02
Business Name: _____
Land Use: (circle) (Residential)   School   Commercial   Mining   Roadway   Other ( _____ )
Sampling Team: (circle) (CDM)   PES   Other _____   Names: Walter Smith's Brian Hilty

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 02804   BAH 7/24/02 | | |
| Location ID | SP- 113292 | | |
| Sample Group | Flowerbeds Duplicate | | |
| Location Description (circle) | (Back yard) (Front yard) Side yard Other | Back yard Front yard Side yard Other | Back yard Front yard Side yard Other |
| Category (circle) | FS (FD of CS-02803) Field Blank (lot or equipment) | FS FD of _____ Field Blank (lot or equipment) | FS FD of _____ Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | (Surface Soil) Other _____ | Surface Soil Other _____ | Surface Soil Other _____ |
| Type (circle) | Grab (Comp. # subsamples 5) | Grab Comp. # subsamples _____ | Grab Comp. # subsamples _____ |
| Sample Time | 1500 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | — | | |
| Field Comments | BD- 001045 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BAH |
| QC by | WS |

vs 062602



108
Location: 412 Parmenter Ave    Date: 7/24/02
Project/Client: Libby Asbestos - Volpe/EPA Region 8
Scott Lindsey    BD-00104?

1435 Arrive @ 412 Parmenter Ave. Walk property and decide to sample the front yard, back yard, flower beds and BAH 7/24/02 and flowerbed duplicate. Vermiculite was seen in the old garden in the back yard. Walker Smith is collecting samples in modified level D PPE. All samples areas are sprayed with water before collecting samples.

Front Yard — CS-02801 BAH 7/24/02 SP-113290
1440  Field Data Sheet 001278 COC 003011

Back Yard — CS-02802 BAH 7/24/02 SP-113291
1450  Field Data Sheet 001278 COC 003011

Flower bed — CS-02803 BAH 7/24/02 SP-113292
1500  Field Data Sheet 001278 COC 003011

Flowerbed Duplicate — CS-02804 BAH 7/24/02 SP-113292
1500  Field Data Sheet 001299 COC 003011

Vermiculite was noticed in back yard adjacent to the old garden. Photos were taken of the old garden and back yard. GPS File TJE07242
— BAH 7/24/02

B. [signature] 7/24/02

## USEPA REGION 8 LIBBY SITE INVESTIGATION v24a
### TEM Asbestos Structure Count – ISO 10312

Version 24a

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00519 |
| QA Type | Not QA |
| Lab Sample Number | 270300706-0005 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 2.50E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 2.93E+02 s/cm2 |
| Sensitivity (chrysotile) | 2.93E+02 s/cm2 |

*Lindsey 412 Parimenter Cir gf HS*

### COUNTS (based on countable structures only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

### LOADING (s/cm2)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

### RISK (air only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

### Toxicity factors
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.98E-01 |

### IRIS (PCME)

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to <5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

## USEPA REGION 8 LIBBY SITE INVESTIGATION v24a
### TEM Asbestos Structure Count – ISO 10312

Version 24a
EMSL

**SAMPLE ID**

| Field | Value |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00520 |
| QA Type | Not QA |
| Lab Sample Number | 270300706-0006 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| Parameter | Value |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 2.50E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 2.93E+02 s/cm2 |
| Sensitivity (chrysotile) | 2.93E+02 s/cm2 |

Lindsey
412 Parmenter Ave
house GF HTW

**COUNTS (based on countable structures only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | | |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

**LOADING (s/cm2)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

**RISK (air only)**

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

**Toxicity factors**
Berman and Crump Feb 15, 1999

| | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| Type | | | | |
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

**IRIS (PCME)**

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >= 5 |
| C = Chrysotile | c | | >.5 | >= 5 |
| | d | >=.5 to <5 | <=.5 | >= 5 |
| | e | 5 to 10 | <=.5 | >= 5 |
| | f | >10 | <=.5 | >= 5 |

## USEPA REGION 8 LIBBY SITE INVESTIGATION v24a
### TEM Asbestos Structure Count – ISO 10312

Version 24a
EMSL

**SAMPLE ID**

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00461 |
| QA Type | Not QA |
| Lab Sample Number | 270300706-0001 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

**PARAMETERS**

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 7.32E+02 s/cm2 |
| Sensitivity (chrysotile) | 7.32E+02 s/cm2 |

Lindsey
412 Parmenter Ave
Shed GF
HS/HTW

### COUNTS (based on countable structures only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

### LOADING (s/cm2)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

### RISK (air only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

**Toxicity factors**
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

**IRIS (PCME)**

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | | <.5 | >=5 |
| C = Chrysotile | c | | >.5 | >=5 |
| | d | >=.5 to <5 | <=.5 | >=5 |
| | e | 5 to 10 | <=.5 | >=5 |
| | f | >10 | <=.5 | >=5 |

USEPA REGION 8 LIBBY SITE INVESTIGATION v24a  
TEM Asbestos Structure Count – ISO 10312

Version 24a

EMSL

### SAMPLE ID

| | |
|---|---|
| Status | Analyzed |
| EPA Sample Number | 1D-00462 |
| QA Type | Not QA |
| Lab Sample Number | 270300706-0002 |
| Sample Type | Dust |
| Category | Field |
| Prep | Indirect |
| Counting Rules | 10312 |

### PARAMETERS

| | |
|---|---|
| Effective filter area | 1295.0 mm2 |
| Indirect factor | 1.00E-01 |
| Number of Grid Openings (amphibole) | 10 |
| Number of Grid Openings (chrysotile) | 10 |
| Grid opening area | 0.0059 mm2 |
| Volume (L) or Area (cm2) | 300 cm2 |
| Sensitivity (amphibole) | 7.32E+02 s/cm2 |
| Sensitivity (chrysotile) | 7.32E+02 s/cm2 |

Lindsey  
412 Parmenter Ave  
Chicken coop  
GF  HS/HTW

### COUNTS (based on countable structures only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | 0 | 0 | 0 | | |
| b | 0 | 0 | 0 | | |
| c | 0 | 0 | 0 | | |
| d | 0 | 0 | 0 | | |
| e | 0 | 0 | 0 | | |
| f | 0 | 0 | 0 | | |
| Total | 0 | 0 | 0 | 0 | 0 |
| Check | OK | OK | OK | | |
| Grand total | 0 | OK | | | |

### LOADING (s/cm2)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | <DL | <DL | <DL | | |
| b | <DL | <DL | <DL | | |
| c | <DL | <DL | <DL | | |
| d | <DL | <DL | <DL | | |
| e | <DL | <DL | <DL | | |
| f | <DL | <DL | <DL | | |
| Total | <DL | <DL | <DL | <DL | <DL |

### RISK (air only)

| Class | LA | OA | C | PCME(all) | PCME(asb) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| Total | | | | | |

### Toxicity factors
Berman and Crump Feb 15, 1999

| Type | Amphiboles | | Chrysotile | |
|---|---|---|---|---|
| length (um) | 5-10 | >10 | 5-10 | >10 |
| Unit Risk (f/cc)-1 | 5.74E-02 | 1.89E+01 | 2.20E-03 | 6.86E-01 |

### IRIS (PCME)

| Unit Risk (f/cc)-1 | 0.23 |
|---|---|

| Type | Class | Length | Width | Aspect ratio |
|---|---|---|---|---|
| LA = Libby-type amphibole | a | | | <5 |
| OA = Other amphibole | b | <.5 | | >=5 |
| C = Chrysotile | c | | >.5 | >=5 |
| | d | >=.5 to <5 | <=.5 | >=5 |
| | e | 5 to 10 | <=.5 | >=5 |
| | f | >10 | <=.5 | >=5 |