# Tom L. Lewis

Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00009663 |
| ) | |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Roy McMillan, Personal Representative of the Estate of Robert McMillan (Claim No. 00009663), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

    1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

    2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

    3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

    4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 002368

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 12TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: ROY & TAMMY MCMILLAN

Address: 1574 E 5TH ST EXT

Phone: 293 6307

Address of Property for which consent for entry and access is being granted:
SAME

Relationship to property: OWNER
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

9-24-002
Date

Roy McMillan
Signature

Revised

EPA Information Center
Office Copy

BD- 002368

DK
9.24.02

☐ Soil samples collected (Date: _____)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: 13134
Page No.: 41
Site Visit Date: 9·24·02
Structure Description: MOBILE HOME (2)
Address: 1574 E 5TH ST EXT
Phone Number: _____
Occupant: ROY McMILLAN
Phone Number: _____
Owner (if different than occupant): _____
Sampling Team: DEAN KOZLOWSKI / MIKE KEGG · CDM
Field Form Check Completed by (100% of forms): _____
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial  School  Mining  Other: _____ | |
| Year of Construction | 1971    Unknown | |
| Square Footage | 600 | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: _____ | |
| Number of Floors Above Ground | (1)  2  3  Other: _____ | |
| Number of Rooms Per Floor Above Ground | 1: 5  2: ___  3: ___  Other: _____ | |
| Basement | Yes  (No) | |
| Heating Source | (Wood)/Coal  Electric  Propane/Gas  Other: _____ | |
| Heat Distribution | Forced air  (Radiant)  Other: _____ | |

CSS Primary Structure IFF_V5.wpd

Page 1 of 7

DK
9·25·02

## CSS INFORMATION FIELD FORM (continued)

BD# 002368

Address: 1574 E 5TH ST EXT

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | 0  1  (2)  3  4<br>Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | 29 YEARS |
| Was the residence/building remodeled? | Yes    (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where: Attic    Living Areas<br>Garage    Basement<br>Other: _____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No)<br>If yes,<br>Where: Ceiling    Walls<br>Floors    Attic<br>Other: _____ | |

CSS Primary Structure IFF_V5.wpd

Page 2 of 7

McMillan, Roy.max

## CSS INFORMATION FIELD FORM (continued)

BD# 002368

Address: 1574 E 5TH ST EXT

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes No (NA) Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: (Yes) No NA Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: Yes No (NA)<br>Yard: (Yes) No NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | OBSERVED VERMICULITE THROUGHOUT FRONT YARD AND (NE) AREA OF PROPERTY |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

## CSS INFORMATION FIELD FORM (continued)

BD# 002368

Address: 1574 E 5TH ST EXT

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day / Once a week / Once a month / Once a year / **(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. MOBILE HOME, NO LVAI |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / **(Not Applicable)** | |
| | Extent of Contact: | Heavy / Moderate / Light / **(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | **(Once a day)** / Once a week / Once a month / Once a year / Not Applicable | Not Applicable applies when no vermiculite is present on the property. VERMICULITE OBSERVED THROUGHOUT FRONT YARD |
| | Duration of Contact: | <1 hour / **(1-2 hours)** / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / **(Moderate)** / Light / Not Applicable | |

## CSS INFORMATION FIELD FORM (continued)

BD# 002368

Address: 1574 E 1st 5TH ST EXT
9-21-2

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes (No) Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes (No) Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes (No) Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes (No) Unknown NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes (No) Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes) No Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes) No Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes) No | |
| Where are primary source materials located? | Inside (Outside) Both NA | |

ADDITIONAL INFORMATION: VERMICULITE OBSERVED THROUGHOUT FRONT & YARD AREA... OWNER STATED VERMICULITE THAT IS ON GROUND, WAS USED FOR INSULATION... THE HOUSE THAT HELD THE VERMICULITE BURNED AND WAS LEVELED ON PROPERTY

Page 6 of 7

McMillan, Roy.max

CSS INFORMATION FIELD FORM (continued)

Address: 1574 E 5th St Ext

BD# 002368

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



CSS INFORMATION FIELD FORM (continued)

Address: 1574 E 5th St Ext

BD# 002368

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of attic. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



No ZAI Present

Page 7 of 7

McMillan, Roy.max

BD# 002386

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100219  Page No.: 76-77  Site Visit Date: 6-9-03
Address: 1574 E. 5th St Ext    Structure Description: Trailer
Occupant: Roy + Tammy McMillan    Phone Number: 293-6307
Owner (if different than occupant): ___    Phone Number: ___
Business Name: ___
Sampling Team: Bob Hurd - CDM, Ben Shoup - PWT
Field Form Check Completed by (100% of forms): ___
Screening Field Check Completed by (2% of forms): ___

Instructions: Pull existing residential file folder and original IFF, ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
| --- | --- | --- |
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

Page 1 of 2

DW 6-9-03

McMillan, Roy.max

CSS Additional IFF (Continued)

BD# 002356

Address: 1574 E. 5th St. Ext

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications** <br> Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations. <br> ☐ Item does not apply to this property. | |
| **Vermiculite Present In Building Materials** <br> Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material: <br> ☐ Intact. No further action on this item required. <br> ☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations. <br> ☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply)** | Basement    Ground Floor    Second Floor <br> Attached Garage    (None) <br> Other: _____ <br> ☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** <br> Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram. <br> ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations. <br> ☐ Item does not apply to this property. | 4 soils of 5-point composites. 2 dust samples |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____
_____
_____
_____
_____
_____
_____

McMillan, Roy.max