Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8 PM 6: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Claim No. 00013909 |
|  | ) |  |
|  | ) |  |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Dean Bradford Leckrone (Claim No. 00013909), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.



Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

02223

Po
09/27/02

# UNITED STATES ENVIRONMENTAL PROTE
## REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPE

Name: _Connie Leckrone_

Address: _1108 Louisiana Ave_
_Libby MT_                    Phone: _____

Address of Property for which consent for entry and acce
~~own~~ po 09/27/02
_Same_

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwi___ property at the location described above. The Environmental Protection Agency (___ sted entry and access to my property pursuant to its response and enforcement res___ r the Comprehensive Environmental Response, Compensation and Liability ___ Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representat___ ding their authorized contractors, entering and having continued access to n___ wing purposes:

1.  Visually inspecting the property, including the interior and ex___ home or any other structures on the property;

2.  the taking of such soil, bulk, or dust samples as may be dete___ necessary;

3.  the taking of actions to mark or temporarily cover expose___

This written permission is given by me voluntarily with knowle___ refuse and without threats or promises of any kind. I certify that this Consent fo___ is entered into voluntarily and constitutes an unconditional consent and grant of p___ ess to the property by officers, employees, and authorized representatives of EP___ es.

_09/27/02_                    _Connie Leckrone_
Date                          Signature

D- 002223

EPA Information Center
Office Copy

Phase 1 Backgr..    _00070_

☒ Soil samples co.. .    : _09/27/02_ )

## LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
**Primary Structure and Property Assessment Supplemental Ir    :ld Form (SIFF)**

Field Logbook No.: _100133_    Page No.: _6C_    Site Visit Date _____

Address: _1108 Louisiana Ave_    Structure Des :r _____

Occupant: _Connie Leckrone_    p _93-6014_

Owner (if different than occupant): _____    ( _COM_ )

Sampling Team: _Paul Open, Bob Sekely, Be_____

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:    Yes  No  NA  Unknown | ation of current sence required for |
| | Walls:    Yes  No  NA  Unknown | |
| | Basement:    Yes  No  NA  Unknown | |
| | Crawl Space:    Yes  No  NA  Unknown | |
| | Other: _____ | |
| **OUTDOOR ASSESSMENT** | 09/27/0 | |
| Libby Amphibole Sources Present | Garden:    Yes  No  NA | |
| | Yard:    Yes  No  NA | |
| | Stockpiles:    Yes  No  NA | |
| | Other: _Flower bed - yes_ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door | |
| | Within same block | |
| | Other: _across street_ | |
| | Unknown | |

DW 9.27.02

Leckrone, Dean.max

✓

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: ___1108 Louisiana Ave___

002223

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) | applies when no present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>(Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | le applies when no present on the property. |
| | Duration of Contact: | (<1 hour)<br>1-2 hours<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>(Light)<br>Not Applicable | |

CSS Primary Structure Supplemental IFF_V1.wpd

Leckrone, Dean.max

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: _1108 Louisiana Ave_                                    # _002223_

| Data Item | Value | | Notes |
|---|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | | |
| *Occupant Information* | | | |
| Is there any knowledge of former miners close relative of miners, or any highly exposed persons living or visiting the property? | (Yes)   No   Unknown | | _usband) worked space_ |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)   No   Unknown | | |
| *Indoor Information* | | | |
| Does the interior have Zonolite attic insulation? | Yes   (No)   Unknown | | attic currently has ZAI. |
| Did the interior ever have Zonolite attic insulation? | Yes   No   (Unknown)   NA | | |
| Are there vermiculite additives in any of the building materials? | Yes   (No)   Unknown | | |
| *Outdoor Information* | | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)   No   Unknown | | _garden po 04/27/02 bed_ |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)   No   Unknown | | |
| *Overall Assessment* | | | |
| Are primary source materials present at the property? | (Yes)   No | | |
| Where are primary source materials located? | Inside   (Outside)   Both   NA | | |

ADDITIONAL INFORMATION _____

_____

_____

_____

_____

Leckrone, Dean.max

SUPPLEMENTAL INFORMATION FIELD FORM (continued)

Address: _1108 Louisiana Ar_                    )# _002223_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility p___ wn underground
utilities, suspected Libby amphibole source areas, sample locations, etc). **Include nort**___

/// = vermiculite area     N →

NOT TO SCALE



Leckrone, Dean.max

n No. 090070

# LIBBY MONTANA SITE INVESTIG:
## PHASE 1 BACKGROUND INFORMATION

Field Logbook No.: *1-0047*    Page No.: *62*    Site Visit Date: *4*

Address: *1165 Louisiana*

Occupant: *Connie Leckrone*    Phone *293-6014*

Owner (if different than Occupant): _____ Phone _____

Sampling Team: *Brad Wik (CDM) and Jim Hende* *PES)*

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial | |
| | School   Mining | |
| | Other: _____ | |
| Year of Construction | *1900*   Unknown | *story added in* |
| Square Footage | *2000* | |
| Construction Material | (Wood frame)   Masonry/Stone | |
| | Other: _____ | |
| Number of Floors Above Ground | 1 (2) 3 Other: ___ | |
| Number of Rooms Per Floor Above Ground | 1: ___   2: ___   3: ___ | *5* *loor: 4* |
| | Other: _____ | |
| Basement | (Yes)   no | |
| Heating Source | (Wood/Coal) Electric Propane/Gas | *llet stove and* *nace* |
| | Other: *Oil* | |
| Heat Distribution | (Forced air) Radiant | |
| - | Other: _____ | |
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 1   2   (3)   4 | |
| - | 5-15   16-20   21-30   >30 | |
| Number of Children | 0   1   2   3   4 | |
| | Other: _____ | |
| Years at Location | <1   1-5   5-10   (10-15)   >15 | *ears* |

Page 1 of *5*

# PHASE 1 BACKGROUND INFORMATION FIELD FORM (continued)

Address: _Cannie Leckrone  1108 Louisiana_

| Data Item | Value | | Notes |
|---|---|---|---|
| Was the residence/building remodeled? | (Yes) | No | floor added in 60s |
| | If yes, | | & remodeled |
| | When (years): <2  2-5  >5 | | ...... upr..... |
| | Where:  Attic  (Living Areas) | | was ~ 1988. |
| | Garage  Basement | | |
| | Other:_____ | | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes | (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes | (No) | |
| Has any occupant worked at the W.R. Grace mine and/or any former processing plant? | (Yes) | No | ...el worked at ~ 6 months in |
| Are there any know areas of exposed vermiculite? | Yes | (No) | indoors |
| | If yes, | | |
| | Where:  Ceiling  Walls | | |
| | Floors  Attic | | |
| | Other:_____ | | |
| **INDOOR ASSESSMENT** | | | |
| Vermiculite Insulation and Estimated Volume (ft³) | Attic:_____  Yes (No) NA | | |
| | Walls:_____  Yes (No) NA | | |
| | Basement:_____  Yes (No) NA | | |
| | Crawl Space:_____  Yes (No) NA | | |
| | Other:_____ | | |
| Evidence of Physical Damage? | Yes  (No) | | |
| Evidence of Water Damage? | Yes  (No) | | |

Page 2 of __5__

Leckrone, Dean.max

## PHASE 1 BACKGROUND INFORMATION FIELD FORM (contin

Address: _11 CK Louisiana_

| Data Item | Value | Notes |
|---|---|---|
| Degree of Accessibility of ACM? | Difficult   Moderate   Easy<br><br>*N/A* | n of access required<br><br>f attic accesses _____ |
| **OUTDOOR ASSESSMENT** | | |
| Vermiculite Material and Estimated Volume (ft³) | Garden:_____ (Yes) No NA<br>Yard:_____ (Yes) No NA<br>Stockpiles:_____ Yes (No) NA<br>Other: _around house foundation a_ | garden has vermiculite<br><br>ge floor. |
| Degree of Accessibility of ACM? | Difficult   Moderate   (Easy) | n of access required<br><br>and garden<br>s vermiculite. |
| **EXPOSURE ASSESSMENT** | | |
| Type and Frequency of Activity Near Vermiculite Material - indoor | Frequency:   Once a day<br>            Once a week<br>            Once a month<br>            Once a year | N/A<br>ndoors |
| | Duration of Contact:  <1 hour<br>                1-2 hours<br>                2-4 hours<br>                >4 hours | |
| | Extent of Contact:  Heavy<br>              Moderate<br>              Light | |

Page 3 of _5_

## PHASE 1 BACKGROUND INFORMATION FIELD FORM (continu...)

Address: _1108 Louisiana_

| Data Item | Value | | Notes |
|---|---|---|---|
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)  Once a week  Once a month  Once a year | me president enters 3 times; also gardening, lawn ng. |
| | Duration of Contact: | <1 hour  1-2 hours  2-4 hours  >4 hours | in summer 2-4 in winter <1 hour |
| | Extent of Contact: | (Heavy)  Moderate  Light | |

## RECOMMENDED REMOVAL ACTION

| Indoor | | | |
|---|---|---|---|
| | Attic: | Yes (No) NA | |
| | Wall: | Yes (No) NA | |
| | Basement: | Yes (No) NA | |
| | Other: | Yes (No) NA | |
| Outside | Garden: | Yes  No  NA | |
| | Flower Bed: | Yes  No  NA | |
| | Yard: | Yes  No  NA | ending results |
| | Stockpiles: | Yes (No) NA | of soil sampling |
| | Shed/Water Pump House: | Yes  No  NA | |
| | Other: _garage floor_ Yes  No  NA | | |

## ADDITIONAL INFORMATION

Page 4 of _5_

## FIELD DIAGRAM OF HOUSE

Floor of House (circle): (First)  (Second)  Third  Basement

Include approximate dimensions of rooms and floor covering type. Use mor___ ___e diagram if needed.



Scale: 1/10" = 1 foot

1108 Louisiana

FIRST FLOOR

SECOND FLOOR

5 of 5

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u> | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009662 |
| | ) | |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Arnold Lehnert (Claim No. 00009662), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

**RESPONSE TO DEBTORS' SECOND OMNIBUS**
**OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1**

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the

8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

ID- 001026

## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
### REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Shirley Lehnert_

Address: _____

_____  Phone: _293- _ 24_

Address of Property for which consent for entry and access is being _____

_420 Indian Head Rd_

_____

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the    including their authorized contractors, entering and having continued access to my property i     owing purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_7-17-02_
Date

_Shirley Lehnert_
Signature

 **COPY**

BD- 001026

## LIBBY ASBESTOS PROJECT
### Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100070  Page No.: 97  Site Visit Date: 7-17-02
Address: 420 Indian Head Rd  Structure Description: House/Daycare
Occupant: Shirley Gehret Lehnert  07/18/02  Phone Number: 293-5224
Owner (if different than occupant): Same  Phone Number: Same
Sampling Team: Mike Coffey & Regina Clifford
Field Form Check Completed by (100% of forms): Regina Clifford
Screening Field Check Completed by (2% of forms):

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | Residential  Industrial  Commercial | |
| Surrounding Land Use | Residential  Industrial  Commercial  School  Mining  Other: | Also Daycare |
| Year of Construction | 1863  Unknown | |
| Square Footage | 1500 | |
| Construction Material | Wood frame  Masonry/Stone  Other: | |
| Number of Floors Above Ground | 1  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 9  2:  3:  Other: | |
| Basement | Yes  No | |
| Heating Source | Wood/Coal  Electric  Propane/Gas  Other: | |
| Heat Distribution | Forced air  Radiant  Other: | |

Page 1 of 2

CSS INFORMATION FIELD FORM (continued)

Address: 420 Indian Head Rd

BD# 601026

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br><br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br><br>Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | |
| Was the residence/building remodeled? | (Yes)        No | |
| | If yes,<br><br>When (years):   <2  2-5  (>5)<br><br>Where:  Attic   (Living Areas)<br><br>            Garage   Basement<br><br>            Other: _____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes        (No) | Not purchased, but given |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes        (No) | |
| Are there any known areas of exposed vermiculite? | Yes        (No) | |
| | If yes,<br><br>Where:  Ceiling   Walls<br><br>            Floors   Attic<br><br>            Other: _____ | |

Page 2 of 2

# CSS INFORMATION FIELD FORM (continued)

Address: _420 Indian Had Rd_

BD# _001026_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:        Yes  No  NA  (Unknown) | Visual confirmation of current presence or absence required for attic. _Attic filled with cellulose but could not verify if vermiculite absent or not. Could not access roof of garage_ |
| | Walls:        Yes  No  NA  (Unknown) | |
| | Basement:   Yes  (No)  NA  Unknown | |
| | Crawl Space:  Yes  No  (NA)  Unknown | |
| | Other: _____ | |
| Evidence of Physical Damage? | Yes        (No) | |
| Evidence of Water Damage? | Yes        (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:     (Yes)  No  NA | _Former garden, planters patched in yard_ |
| | Yard:        (Yes)  No  NA | |
| | Stockpiles:  Yes  No  (NA) | |
| | Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door | |
| | Within same block | |
| | Other: _____ | |
| | (Unknown) | |

Leckrone, Dean.max

CSS INFORMATION FIELD FORM (continued)

Address: 420 Indian Head Rd

BD# 001026

| Data Item | Value | | Notes |
|-----------|-------|-----|-------|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>(Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day)<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property. Garden is overgrown with grass |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>(>4 hours)<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>(Light)<br>Not Applicable | |

Page 4 of 7

# CSS INFORMATION FIELD FORM (continued)

Address: _420 Indn Head Rd_

BD# _001026_

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| | *Occupant Information* | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes   (No)   Unknown | Husband was salesman visiting mine frequently |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)   No   Unknown | has bad |
| | *Indoor Information* | |
| Does the interior have Zonolite attic insulation? | Yes   (No)   (Unknown) | attic only partially accessible, has cellulose insulation but we couldn't determine if vermiculite was underneath or not. |
| Did the interior ever have Zonolite attic insulation? | Yes   (No)   (Unknown)   NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes   (No)   Unknown | |
| | *Outdoor Information* | |
| Is there any evidence of primary source materials at or near the property? | (Yes)   No   Unknown | in old garden, planter, patches in yard |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes   No   (Unknown) | |
| | *Overall Assessment* | |
| Are primary source materials present at the property? | (Yes)   No | |
| Where are primary source materials located? | Inside   (Outside)   Both   NA | |

ADDITIONAL INFORMATION _____

_____

_____

_____

_____

Leckrone, Dean.max

CSS INFORMATION FIELD FORM (continued)

Address: _420 Indian Head_

BD# _00102_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Leckrone, Dean.max

## CSS INFORMATION FIELD FORM (continued)

Address: _400 Indian Head Rd_

BD# _00/026_

Floor of House (circle):   First   Second   Third   Basement

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Include approximate dimensions of rooms and floor covering type.   Use more than one diagram if needed.   Completed only if ZAI is present.

Scale: 1/10" = 1 foot



Page _2_ of _2_



Lehnest, Shirley          BC-001056
Location 420 Indian Head Rd   Date 07-17-02
Project / Client  Libby Asbestos/EPA Notre

1100 Arrived at residence. Residence
used as a day care. Owner signed
consent form. Residence has
single level and a basement.
Detached Garage. House remodeled
and an add-on. Owner indicated
vermiculite was given to them
however doesn't know of area
where it is exposed. Former
garden east of garage area.
fiberglass insulation in walls as
seen in basement. No insulation in
ceiling of basement. Garage built
in 1988; no access to attic of
garage. Owner indicates fiberglass
vermiculite noted in back yard
and flower beds and former garden.
No vermiculite observed in interior
living space. Completed IFF. took
photo.

                    BC 07-17-02