Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 6:32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009662 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Arnold Lehnert (Claim No. 00009662), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Shirley Lehnert_

Address: _____

Phone: _293-9824_

Address of Property for which consent for entry and access is being _____:
_420 Indian Head Rd_

Relationship to property: _Owner_
(i.e., owner, tenant, etc.)

    I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

    I consent to officers, employees, and authorized representatives of the [EPA] including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

    This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_7-17-02_
Date

_Shirley Lehnert_
Signature

Lehnert, Arnold.max



BD- 001026

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: L06070  Page No.: 97  Site Visit Date: 7-17-02
Address: 420 Indian Head Rd  Structure Description: House/Daycare
Occupant: Shirley ~~Clark~~ Lehnert  07/18/02  Phone Number: 293-5224
Owner (if different than occupant): Save  Phone Number: Save
Sampling Team: Mike Coffey & Regina Clifford
Field Form Check Completed by (100% of forms): Regina Clifford
Screening Field Check Completed by (2% of forms): 

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: ___ | Also Daycare |
| Year of Construction | 1963   Unknown | |
| Square Footage | 1500 | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: ___ | |
| Number of Floors Above Ground | (1)  2  3  Other: ___ | |
| Number of Rooms Per Floor Above Ground | 1: 9   2: ___   3: ___  Other: ___ | |
| Basement | (Yes)   No | |
| Heating Source | Wood/Coal  (Electric)  Propane/Gas  Other: ___ | |
| Heat Distribution | (Forced air)  Radiant  Other: ___ | |

Page 1 of 2

## CSS INFORMATION FIELD FORM (continued)

Address: 420 Indian Head Rd

BD#: 601026

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4    5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4    Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | |
| Was the residence/building remodeled? | (Yes)    No    If yes,    When (years):  <2  2-5  (>5)    Where: Attic  (Living Areas)    Garage  Basement    Other: _____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | Not purchased, but given |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Are there any known areas of exposed vermiculite? | Yes    (No)    If yes,    Where: Ceiling  Walls    Floors  Attic    Other: _____ | |

Page 2 of 2

## CSS INFORMATION FIELD FORM (continued)

Address: 420 Indian Head Rd

BD# 001026

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes No NA (Unknown)<br>Walls: Yes No NA (Unknown)<br>Basement: Yes (No) NA Unknown<br>Crawl Space: Yes No (NA) Unknown<br>Other: _____ | Visual confirmation of current presence or absence required for attic. Attic filled with cellulose, but could not verify if vermiculite absent or not. Could not access roof of garage |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: (Yes) No NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | Former garden, plants patches in yard |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

Page 3 of 2

Lehnert, Arnold.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 420 Ind'n Head Rd

BD# 001026

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | **(Once a day)**<br>Once a week<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property.<br>Garden is overgrown with grass |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>**(>4 hours)**<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>**(Light)**<br>Not Applicable | |

Page 4 of 7

**CSS INFORMATION FIELD FORM (continued)**

Address: 420 Indian Head Rd

BD# 00(026

## CONTAMINANT SCREENING STUDY ASSESSMENT

| Data Item | Value | Notes |
|---|---|---|
| **Occupant Information** | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes / (No) / Unknown | Husband was salesman visiting mine frequently |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes) / No / Unknown | asbestos |
| **Indoor Information** | | |
| Does the interior have Zonolite attic insulation? | Yes / No / (Unknown) | attic only partially accessible, has cellulose insulation but we couldn't determine if vermiculite was underneath or not |
| Did the interior ever have Zonolite attic insulation? | Yes / No / (Unknown) / NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes / (No) / Unknown | |
| **Outdoor Information** | | |
| Is there any evidence of primary source materials at or near the property? | (Yes) / No / Unknown | in old gu. dog plaster patches in yard |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes / No / (Unknown) | |
| **Overall Assessment** | | |
| Are primary source materials present at the property? | (Yes) / No | |
| Where are primary source materials located? | Inside / (Outside) / Both / NA | |

**ADDITIONAL INFORMATION** _____

Page 5 of 7

**CSS INFORMATION FIELD FORM (continued)**

Address: 420 Indian Head

BD# 001026

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Lehnert, Arnold.max

**CSS INFORMATION FIELD FORM (continued)**

Address: 420 Indian Head Rd

BD# 00/026

**FIELD DIAGRAM OF PRIMARY STRUCTURE**

Floor of House (circle): First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot

Page 2 of 2

Lehnest, Shirley    BG-001026
Location: 420 Indian Head Rd    Date: 07-17-02
Project/Client: Libby Asbestos/EPA NDRE

1100 Arrived at residence. Residence used as a daycare. Owner signed consent form. Residence has single level and a basement. Detached garage. House remodeled and an add-on. Owner indicated vermiculite was given to them however doesn't know of area where it is exposed. Former garden east of garage area. Fiberglass insulation in walls as seen in basement. No insulation in ceiling of basement. Garage built in 1988; no access to attic of garage. Owner indicates fiberglass. Vermiculite noted in back yard and flower beds and former garden. No vermiculite observed in interior living space. Completed ITF. Took photo.

RC 07-17-02