Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595



FILED

2003 AUG -8 PM 6: 32

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009667 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Donald Munsel (Claim No. 00009667), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.



Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____

Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

BD- 003496

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: 100240　　　　Page No.: 18　　　Site Visit Date: 7-23-03

Address: 390 AUTUMN ROAD　　　　　　　　　　　Structure Description: SHOP

Occupant: MR + MRS MUNSEL　　(DON)　　　　　Phone Number: ——— 293·5101

Owner (if different than occupant): REX MUNSEL　　　Phone Number: 293-9398

Business Name: N/A

Sampling Team: COFFEY / SPIELMAN

Field Form Check Completed by (100% of forms): _____ 072303

Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current status of VCI Determined:<br><br>☐ Yes, review existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☑ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☑ Item does not apply to this property. | |

Munsel, Don.max

CSS Additional IFF (Continued)

Address: 390 AUTUMN ROAD

BD# 003496

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications**<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | NO ADDITIONAL INFO IN IFF |
| **Vermiculite Present in Building Materials**<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material<br><br>☐ Intact, no further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| **Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply)** | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other:<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING**<br><br>Visible vermiculite in large use area (Driveway or yard) | ☐ Collect a sample for each use area and add location to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN YARDS AND DRIVEWAY |
| **ADDITIONAL INFORMATION (Note any partial access or sample collection issues):** | | |

Munsel, Don.max

BD- 003497

7-23-03

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: 100250     Page No.: 18     Site Visit Date: 7-23-03

Address: 390 Autumn Road     Structure Description: SHED

Occupant: Mr. + Mrs. Munsel (Don)     Phone Number: 24- DS 7.23.03  293-5101

Phone Number: 293-9398

Owner (if different than occupant): Rex Munsel

Business Name: N/A

Sampling Team: Coffey / Spielman     072503

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7-23-03 |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Presence of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7-23-03 |

DCW 7-23-03

Munsel, Don.max

CSS Additional IFF (Continued)

Address: _390 Autumn Road_

BO# 003497

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | No ADDITIONAL INFO. ON PIFF |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7.23.03 |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other_____<br><br>☐ Item does not apply to this property | Specific location of visible vermiculite:<br><br>DS 7.23.03 |
| OUTDOOR SAMPLING | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN YARDS + DRIVEWAY |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues):

Munsel, Don.max

BD- 003498

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: 10250    Page No.: 18    Site Visit Date: 7-23-03

Structure Description: PUMP HOUSE

Address: 390 ASTHMA ROAD    Phone Number: -- 293-5101

Occupant: MR. + MRS. MUNSEL (DON)    Phone Number: 293-9398

Owner (If different than occupant): REX MUNSEL

Business Name: N/A

Sampling Team: COFFEY \ SPIELMAN    072303

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Item | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING INVESTIGATION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sampling locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing dust sample locations.<br><br>☑ Item does not apply to this property. | DS<br>7-23-03 |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did interior ever have VCI? = Yes | Removal of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☑ Item does not apply to this property. | DS<br>7-23-03 |

Munsel, Don.max

CSS Additional IFF (Continued)

BD# 003498

Address: 390 Autumn Road

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications**<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☑ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | No additional info. in PIFF |
| **Vermiculite Present in Building Materials**<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☑ Item does not apply to this property. | DS 7-22-03 |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other _____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite:<br><br>DS 7-22-03 |
| **OUTDOOR SAMPLING**<br><br>Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☑ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Visible vermiculite in yard, driveway |

**ADDITIONAL INFORMATION** (Note any partial access or sample collection issues): _____

Munsel, Don.max

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA    Field Logbook No: 100250    Page No: 18/9    Sampling Date: 7-23-03

ddress: 390, 346, 340 Autumn Road    Owner/Tenant: Rex Munsel

08-23-03

Business Name: N/A

Land Use: (Residential)    School    Commercial    Mining    Roadway    Other (        )

Sampling Team: MACTEC    (CDM)    Other ____    Names: Coffey / Spielman

| Data Item | Cassette 1 | Cassette 2  S | Cassette 3  P |
|---|---|---|---|
| Index ID | CS- 14638 | CS- 14639 | CS- 14640 |
| Location ID | BD- 003496 | BD- 003497 | BD- 003498 |
| Sample Group (circle) (Subgroup of the property) | Garage, House, Shed, Pump House (Other) SHOP | Garage, House, (Shed), Pump House Other | Garage, House, Shed, (Pump House) Other |
| Location Description (circle) (Detailed description point within the location) | Basement, (Ground Floor), Second Level Other | Basement, (Ground Floor), Second Level Other | Basement, (Ground Floor), Second Level Other |
| Matrix Type (circle) | (Horizontal Surfaces) (High Traffic Areas) Other | Horizontal Surfaces (High Traffic Areas) Other | (Horizontal Surfaces) (High Traffic Areas) Other |
| Category (circle) | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank |
| Sample Area (cm²) (circle) | 100  200  (500)  NA | 100  200  (500)  NA | 100  200  (500)  NA |
| Filter Diameter (circle) | (25mm)  37mm | 25mm  37mm | 25mm  37mm |
| Pore Size (circle) | (TEM-.45)  PCM-0.8 | (TEM-.45)  PCM-0.8 | (TEM-.45)  PCM-0.8 |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | Rotometer  (Dry-Cal)  NA | Rotometer  (Dry-Cal)  NA |
| Flow Meter ID No. | 7326 | 7326 | 7326 |
| Pump ID No. | 666723 | 666723 | 666723 |
| Start Time | 1040 | 1042 | 1044 | 1048 | 1050 | 1052 | 1101 | 1103 | 1105 |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Stop Time | 1042 | 1044 | 1046 | 1050 | 1052 | 1054 | 1103 | 1105 | 1107 |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Pump Fault? (circle) | (No)  Yes | (No)  Yes | (No)  Yes |
| Field Comments LOT# 23302 | 100 cm² floor at entrance 100 cm² middle of floor 100 cm² bench on west side | 100 cm² floor at entrance 100 cm² middle of fold living room floor 100 cm² kitchen counter | 100 cm² floor at entrance 100 cm² middle of floor 100 cm² floor on west side |
| Entered (LFO) | Volpe: Entered ____  Validated ____ | Entered ____  Validated ____ | Entered ____  Validated ____ |

vs 060303

For Field Team Completion    Completed by DS    QC by ____

ow 2380²

08/07/2003 18:08  406293987

Munsel, Don.max

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA    Field Logbook No: 100250    Page No: 18/19    Sampling Date: 7-23-03

Address: 340 Autumn Road    Owner/Tenant: Rex Munsel

Business Name: N/A

Land Use: (Residential)  School  Commercial  Mining  Roadway  Other ( )

Sampling Team: MACTEC  (DM)  Other _____    Names: Coffey / Spielman

| Data Item | Cassette 1 | Cassette 2  S | Cassette 3 |
|---|---|---|---|
| Index ID | VOID CS- 14581 | CS- 14582 | |
| Location ID | BD- 003155 | BD- 003499 | |
| Sample Group (circle) (Subgroup of the property) | Garage, House, (Shed) Pump House  ATTACHED Other TO TRAILER | Garage, House, (Shed) Pump House Other | Garage, House, Shed, Pump House Other |
| Location Description (circle) (Detailed description point within the location) | Basement, (Ground Floor) Second Level Other | Basement, (Ground Floor) Second Level Other | Basement, Ground Floor, Second Level Other |
| Matrix Type (circle) | Horizontal Surfaces High Traffic Areas Other | Horizontal Surfaces (High Traffic Areas) Other | Horizontal Surfaces High Traffic Areas Other |
| Category (circle) | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank | FS  Blank  Archive Blank |
| Sample Area (cm²) (circle) | 100  200  (300)  NA | 100  200  (300)  NA | 100  200  300  NA |
| Filter Diameter (circle) | (25mm)  37mm | (25mm)  37mm | 25mm  37mm |
| Pore Size (circle) | TEM-.45  PCM-0.8 | (TEM-.45)  PCM-0.8 | TEM-.45  PCM-0.8 |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | Rotometer  Dry-Cal  NA | Rotometer  Dry-Cal  NA |
| Flow Meter ID No. | 7326 | 7326 | 7326 |
| Pump ID No. | 666723 | 666723 | |
| Start Time | | 1124  1126  1128 | |
| Start Flow (L/min) | 2.00  2.00 | 2.00  2.00  2.00 | |
| Stop Time | | 1126  1128  1130 | |
| Stop Flow (L/min) | 2.00  2.00  2 | 2.00  2.00  2.00 | |
| Pump Fault? (circle) | No  Yes | (No)  Yes | No  Yes |
| Field Comments | LOT# 23802  100 cm²  100 cm²  100 cm² | 100 cm² floor et entre… 100 cm² middle of floor 100 cm² floor another side | 100 cm²  100 cm²  100 cm² |

Entered (LFO) _____   Verified Entered _____  Validated _____   Entered _____  Validated _____   Entered _____  Validated _____

Munsel, Don.max

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.:NA  Field Logbook No: 100258  Page No: 18/19  Sampling Date: 7-23-03

Address: 340 AUTUMN ROAD  Owner/Tenant: REX MUNSEL

Business Name: N/A

Land Use: Residential  School  Commercial  Mining  Roadway  Other ( )

Sampling Team: MACTEC  CDM  Other _____  Names: COFFEY / SPIELMAN

| Data Item | Cassette 1  AS | | | Cassette 2  S | | | Cassette 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Index ID | CS- 14581 | | | CS- 14582 | | | | | |
| | | | | BD- 003499 | | | | | |
| Location ID | BD- 003155 | | | | | | | | |
| Sample Group (circle) (subgroup of the property) | Garage, House, Shed, Pump House  ATTACHED Other TO TRAILER | | | Garage, House, Shed, Pump House Other | | | Garage, House, Shed, Pump House Other | | |
| Location Description (circle) (detailed description point within the location) | Basement, Ground Floor, Second Level Other | | | Basement, Ground Floor, Second Level Other | | | Basement, Ground Floor, Second Level Other | | |
| Matrix Type (circle) | Horizontal Surfaces High Traffic Areas Other | | | Horizontal Surfaces High Traffic Areas Other | | | Horizontal Surfaces High Traffic Areas Other | | |
| Category (circle) | FS  Blank  Archive Blank | | | FS  Blank  Archive Blank | | | FS  Blank  Archive Blank | | |
| Sample Area (cm²) (circle) | 100  200  300 | | | 100  200  300  NA | | | 100  200  300  NA | | |
| Filter Diameter (circle) | 25mm | 37mm | | 25mm | 37mm | | 25mm | 37mm | |
| Pore Size (circle) | TEM- .45 | PCM- 0.8 | | TEM- .45 | PCM- 0.8 | | TEM- .45 | PCM- 0.8 | |
| Flow Meter Type (circle) | Rotometer  Dry-Cal  NA | | | Rotometer  Dry-Cal  NA | | | Rotometer  Dry-Cal  NA | | |
| Flow Meter ID No. | 7326 | | | 7326 | | | 7326 | | |
| Pump ID No. | 666723 | | | 666723 | | | | | |
| Start Time | | | | 1124 | 1126 | 1128 | | | |
| Start Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | |
| Stop Time | | | | 1126 | 1128 | 1130 | | | |
| Stop Flow (L/min) | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | |
| Pump Fault? (circle) | No  Yes | | | No  Yes | | | No  Yes | | |
| Field Comments | 100 cm²  LOT # 23802 100 cm² 100 cm² | | | 100 cm² Floor at entrance 100 cm² Middle of floor 100 cm² Floor opposite side | | | 100 cm² 100 cm² 100 cm² | | |
| | Entered _____ Validated _____ | | | Entered _____ Validated _____ | | | Entered _____ Validated _____ | | |

Entered (LFO) _____  Entered _____ Validated _____

vs 060303  NCDPHE Health Completion  Completed by DS  QC by _____

DW 7-23-03

Munsel, Don.max

# CONTAMINANT SCREENING STUDY/REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: NA    Field Group No: 190250    Page No: 20    Sampling Date: 7-23-03

Address: 340 AUTUMN ROAD    Owner/Tenant: REX MUNSEL

Business Name: N/A

Land Use: (circle) Residence    School    Commercial    Mining    Roadway    Other (          )

Sampling Team: (circle) CDM    MACTEC    Other _____    Names: COFFEY / SAERMAN

| Data Item | Sample 1 Y₁ | Sample 2 Y₂ | Sample 3 |
|---|---|---|---|
| Index ID | CS- 14583 | CS- 14584 | |
| Location ID | 888 | SF- 121889 | |
| Sample Group | | | |
| Location Description (circle) | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other |
| Category (circle) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | Surface Soil / Other | Surface Soil / Other | Surface Soil / Other |
| Type (circle) | Grab / Comp. # subsamples 5 | Grab / Comp. # subsamples 5 | Grab / Comp. # subsamples ___ |
| Sample Time | | 1:51 | |
| Top Depth (in.) | | 0 | |
| Bottom Depth (in.) | | 1 | |
| Field Comments Note if vermiculite is visible in sampled area SEE BD-007156 BD-00157 ASSOCIATED PTS | BD- 003155  Vermiculite observed while sampling | BD- 003155  No vermiculite observed while sampling | BD- ___ |
| | Volpe: ___ Validated ___ | Volpe: ___ Validated ___ | Volpe: ___ Validated ___ |
| Entered (LFO) ___ | | | |

| Completion | Completed by DS | QC by ___ |
|---|---|---|

DM
7-23-03

Munsel, Don.max

*CONTAMINANT SCREENING STUDY/RE....*
**FIELD SAMPLE DATA SHEET**

Scenario No.: NA    Field Logbook No: 100250    Page No: 20    03

Address: 390 AUTUMN ROAD    (Owner)/Tenant:  Re

Business Name:  N/A

Land Use: (circle) (Residential)  School  Commercial  Mining  ....

Sampling Team: (circle) (CDM)  MACTEC  Other _____  Na...

| Data Item | Sample 1    Y3 | S.... |
|---|---|---|
| Index ID | CS- 14585 | CS- |
| Location ID | SP- 121890 | SP- 12... |
| Sample Group | YARD | DRIVEWAY |
| Location Description (circle) | (Back yard) Front yard (Side yard) Driveway Other _____  Small fenced in area | Back yard Front yard Side yard (Driveway) Other _____ |
| Category (circle) | (FS) FD of _____ Field Blank (lot or equipment) | FS FD of _____ Field Blank ... |
| Matrix Type (Surface soil unless otherwise noted) | Surface Soil Other _____ | Surface So... Other _____ |
| Type (circle) | Grab (Comp) # subsamples  5 | Grab Comp # subsamples ____ |
| Sample Time | 12:36 | 300 |
| Top Depth (in.) | 0 | 2 |
| Bottom Depth (in.) | 1 | 1 |
| Field Comments Note if vermiculite is visible in sampled area  SEE BD-003755 BD-003156 ASSOCIATED DWGS | BD- 003157 Vermiculite observed while sampling | BD- 003... Vermic... obser.. sam... |
| Entered (LFO) AS | Volpe: Entered _____ Validated _____ | Volpe: Entered _____  ...lidated |
| | For Field Team Completion (Provide Initials) | Completed by DS |

vs 052003

## PHASE 1 INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSD)

3-03

Scenario No.:NA  Field Logbook No: 100250  Page No:
4

Address: 390 AUTUMN ROAD   Owner/Tenant:

Business Name: N/A

Land Use: Residential  School  Commercial  Mining  Roadway  Oth
Name(s):

Sampling Team: MACTEC  CDM  Other _____

| Data Item | Cassette 1 | Cassette 2 |
|---|---|---|
| Index ID | 1-07906 ✓ | 1-079 |
| Location ID | BD- 003157 | BD- 00 |
| Sample Group (circle) (Subgroup of the property) | Garage, House, Shed, Pump House  Other_____ | Garage, House, Pump House  Other_____ |
| Location Description (circle) (Detailed description point within the location) | Basement, Ground Floor, Second Level  Other_____ | Basement, Ground Floor, Second Level  Other_____ |
| Matrix Type (circle) | Horizontal Surfaces  High Traffic Areas  Other_____ | Horizontal Surf...  High Traffic Ar...  Other_____ |
| Category (circle) | FS  Blank  Archive Blank | FS  Blank  Archive |
| Sample Area (cm²) (circle) | 100  200  300  NA  500 | 200  300 |
| Filter Diameter (circle) | 25mm  37mm | 25mm  37mm |
| Pore Size (circle) | TEM-.45  PCM-0.8 | TEM-.45  PCM-0 |
| Flow Meter Type (circle) | Rotometer  Dry-Cal  NA | Rotometer  Dry-Cal |
| Flow Meter ID No. | 7326 | 7326 |
| Pump ID No. | 666509 | 666509 |
| Start Time | 12:14 | 12:17 | 12:20 | 12:23 | 12:| |
| Start Flow (L/min) | 2.00 | 2.00 | 2.01 | 2. | 2 |
| Stop Time | 12:16 | 12:19 | 12:22 | 12:05 | |
| Stop Flow (L/min) | 2.00 | 2.01 | 2.00 | 2.00 | |
| Pump Fault? (circle) | No  Yes | N... |
| Field Comments | 100 cm² on shelf in kitchen under evaporative cooler  100 cm² Top of Wood Stove in living room  100 cm² on recliner chair cushion next to wood stove in living room | 100 cm²  100 cm² hallway  100 cm² |
| Entered (LFO) | Entered____ Validated____ | Entered____ Validated |

Field Comments
LOT # 23802
ONE 500cm² TOTAL
FIVE POINT COMPOSITE

vs 071603

DUST LOADING



Location 34 ...
Project/Chief ...
REX M...

Dat. 7-23-03
...S PROJEC?   ...REG 8   VOL78
...03156, BD...155   BD-003157

17

09:30 A
WITH KA
MUNSEL
ADRESSE
(BD—
TRAILER?
SHARE
YARD.
IS FOR
ON Pi...
DESIGN...

FOR...
390
390
246

N AUT... ROAD MEE...
...IEW FA...ER. MRS.
...WING ...RAILER
... BD - 00...  ) 390
...6 (BD - 0...156) THESE
...D BY FAM... MEMBERS
...WAY, AND ...HE COMMON
...S ARE FEN...  ...UT THU
NOT PRO...T... ...FORE...TION.
...CH THE FA...ER ...
...SES WAS... 
...RECTED     ...E
                      ...155
...D...  ...           003157
                      003156

FOLDER
REQUIRE
IN FLO...
AND TR...
VERMI...
ARE A...
(FOLLOW...

T OUTDOOR IN... ...TION
OBSERVED (BY ...US)
...ARDEN (FRONT OF ...PA)
AND YARD OF # 390
...ENHOUSE. NEW BD#'s
...NDARY STRUCTURES
                      ...DB...
                      ...David S...

DAVID SP...

Munsel, Don.max



# 340

GREENHOUSE

SHED

BD-003500

BD-003499     CS-14635

BD-003156     CS-14636

BD-003156     CS-14637

Dust samples collected according to dust sampling protocol, equipment decontaminated according to SAP.

House (3 Hr) 1Hr.
High Traffic Areas  10:04
House (3 Hr) 1Hr.
Horizontal surf.
Blank 10:10

DAVID SPIELMAN 7/23/02

LIBBY

Rex Munsel

ASSOCIATED

BD-003155, 003156, 003157

BD-003499

SHED (340)
Composite

BD-003499

CS-14581

Dust Loading Samples collected in accordance with Sec-ton of measurement of dust loading SOP

FSDS #'s 000165, 000166, 000161

House (3 Hr)
1Hr (Floor)
floor penetration  BD-003155   1-07905

Note - See 8446 SOA calibrated using data

DAVID SPIELMAN — 7-23-03

REX MUNSEL

MUNSEL (340)
+composite
+individual

BD-003496     CS-14638

BD-003155, 003156, 003157

Locator 340, 346, 3__

Project Client LIBBY A __

Rex MUNSEL

SKC # 666509 CA__

DRYER 7326 AT

HOUSE (340)

.35 FLOOR

FIVE POINT COMPOSITE

12:14 ____

ESDS #'s (___

SOIL SAMPLES CO__

DECONTAMINATED ___

FRONT/SIDE

YARD # 340

12:43    SP-

BACK YARD

# 340, 346

1:52

F___ED 1__

YARD # 340

1:36

COMMON

DRIVEWAY

(340, 346, 34__)

1:__ 00

ESDS (__)

FORMER GARDEN __

SAMPLED DUE TO V__

FLOWERBEDS NOT SA__

GPS # TIA072__

DAVID SPIELMAN

---

7-23-03

AREA 8

003156

BY MC US__

PS 7726

07906

P-D-00

CAP, E__

ARDING TO

CS- 1458

CS- 145__

CS- 14__

CS- 14__

003156 NO

AREA

VERMI__

ED IN T__

# REMEDIAL INVESTIGATION -
## SAMPLE DATA SHEET (FSDS) FOR DUST

No.: 100218    Page No.: 86/87    Sampling Date: 6/11/03
#1/#2    Owner/Tenant: Rex Munsel

Commercial    Mining    Roadway    Other ( )
Other ___    Names: Martin, Michailof

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| | CS-12410 | CS-12411 | CS-12412 |
| ID | BD-003155 | BD-003155 | BD-003157 |
| Type (circle) | House, Shed, | Garage House Shed, Pump House Other | Garage House Shed, Pump House Other |
| Group | Floor, | Basement Ground Floor Second Level Other | Basement Ground Floor Second Level Other |
| Description | Areas | Horizontal Surfaces High Traffic Areas Other | Horizontal Surfaces High Traffic Areas Other |
| ory (circle) | Archive Blank | FS Blank Archive Blank | FS Blank Archive Blank |
| Area (cm²) | 300    NA | 100 200 300 NA | 100 200 300 NA |
| Diameter | 37mm | 25mm 37mm | 25mm 37mm |
| Size (circle) | PCM-0.8 | TEM-45 PCM-0.8 | TEM-45 PCM-0.8 |
| Meter Ty | Dry-Cal NA | Rotometer Dry-Cal NA | Rotometer Dry-Cal NA |
| Meter ID | | 7326 | 7326 |
| ID No. | 12 | 616482 | 666482 |
| Time | | 1056 | 1114 |
| Flow (L/ | | 1.99 | 1.99 |
| Time | | 1058 | 1116 |
| Flow (L/ | | 1.99 | 1.99 |
| Fault? | Yes | No Yes | No Yes |
| Comme | Top of Cabinet in Kitchen | 100 cm² Rug floor near front entrance | 100 cm² Shelf in Kitchen. |
| | | 100 cm² | 100 cm² |
| | | 100 cm² | 100 cm² |
| | | Volpe: Entered ___ Validated ___ | Volpe: Entered ___ Validated ___ |
| ntered (LF | Validated ___ | | |

052003
AGE 1

Completed by: TRM    QC by: DM

Munsel, Don.max



86  Location 390 Autumn Rd #1   Date 6/11/03

Project/Client LIBBY ASBESTOS PROJECT EPA R8

BD - 003155

1040  ARRIVE 390 AUTUMN ROAD.
Dan MAKES CONTACT WITH Landowner
Don Munsell. permission granted
For sampling.

1045  Apparatus prepared, MOB to
trailer 1.

1050  setup and begin Ground Floor
Horizontal surface - Top of pantry
Cab. el. Sample ID # **CS- 12410**

1052  sample complete

1056  setup and begin sampling ground
Floor  High Traffic area sample
Rug sec main entrance.

1058  Sample complete ID# **CS- 12411**
assigned to sample

1105  Demob. to second structure
Samples 12410 & 12411 on Fs D1
R1-D - 000192. Sampling
equipment decoyed in accordance
with Libby SOP.

Entered D R. Michaels
6/11/03

08/07/2003 18:08  4062933871

Munsel, Don.max

BD- 003155

☐ Soil samples collected (Date: _____)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Structure and Property Assessment Information Field Form (IFF)

Logbook: 0149    Page No. 102    Site Visit Date: 11/02/02

Address: Autumn Rd    Structure Description: 2 trailers Trailer

Occupant: Rex Munsel    Phone Number: 293-5101, 293-938

Owner (if different from occupant): Rex Munsel    Phone Number: 293-9398

Sampling Team: Paul Olson, Breng Berry (CDM)

Form Checked by (100% of forms): Breng Berry (CDM)

Screening Field completed by (2% of forms): _____

| | Value | Notes |
|---|---|---|
| USE AT... | | |
| Property Desc... | Residential  Industrial  Commercial | |
| Surrounding ... | Residential  Industrial  Commercial | |
| | Schools  Mining | |
| | Date | |
| Year of Con... | 1978  Unknown | |
| Square Foo... | | |
| Construction | Wood  Masonry/Stone | |
| | Other | |
| Number of ... nd | 2  Other | |
| Number of R... bove | 1. 6   2.   3. | |
| ...und | Other | |
| ...sement | Yes  No | |
| ...ating Source | Wood  Electric  Propane/Gas | |
| | Other | |
| ...at Distrib... | Forced air  Radiant | |
| | Other | |

Primary

Munsel, Don.max

INFORMATION FIELD FORM (continued)

Address: _____ '0 Autumn Rd _____                     BD# __003175__

| Item | Value | Notes |
|---|---|---|
| OCCUPANT INFORMATION | | |
| Number of Adult Employees | 0  1  2  3  (4)<br>5-15  16-20  21-30  >30 | 2 in used trailer |
| Number of Children | 0  (1)  2  3  4<br>Other | filled with Rex Munsel |
| Years at Location | <1  1-5  5-10  10-15  (>15) | |
| Was the remodeling building remodeled? | Yes        (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where:  Attic    Living Areas<br>Garage   Basement<br>Other | |
| Has resident/business purchased any Zonoloy vermiculite materials from W.R. Grace in the past? | Yes        (No) | |
| Has the property this location been used for a formal enterprise of distributing, transporting, storing, or disposing of bulk vermiculite? | Yes        (No) | |
| Are there any known areas of exposed vermiculite? | Yes        (No)<br>If yes,<br>Where:  Ceiling   Walls<br>Floors   Attic<br>Other | |

Primary Struc... ...V5.wpd              Page 2 of 7

Munsel, Don.max

SS INFORMATION FIELD FORM (continued)

dress: ___ 390 Autumn Rd. _____

BD# 003155

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| ermiculite Installation Past or Present | Attic:        Yes (No) NA  Unknown<br><br>Walls:       Yes (No) NA  Unknown<br><br>Basement:   Yes  No (NA) Unknown<br><br>Crawl Space:  Yes (No) NA  Unknown<br><br>Other: _____ | Visual confirmation of current presence or absence required for attic. |
| vidence of Physical Damage? | Yes              (No) | |
| vidence of Water Damage? | Yes              (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:    (Yes) No NA  Unknown  5000 con on<br><br>Yard:       (Yes) No NA  unknown   back surface presents<br><br>Stockpiles:   Yes (No) NA (UNKNOWN)  inspector PS7-23-03<br><br>(Other) Flowerbed  MD 11/2/02 | |
| roximity to Other Properties with otential Sources of Libby Amphiboles | Next door  Cross street<br><br>Within same block<br><br>Other _____<br><br>(Unknown) | |

Munsel, Don.max

SS INFORMATION FIELD FORM (continued)

ddress: _390 Autumn Rd_                                          BD# 003155

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | Once a week | |
| | | Once a month | |
| | | Once a year | |
| | | (Not Applicable) | |
| | Duration of Contact: | <1 hour | |
| | | 1-2 hours | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | (Not Applicable) | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | Light | |
| | | (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day | Not Applicable applies when no vermiculite is present on the property. |
| | | Once a week | |
| | | Once a month | |
| | | Once a year | |
| | | (Not Applicable) | |
| | Duration of Contact: | <1 hour | |
| | | 1-2 hours | |
| | | 2-4 hours | |
| | | >4 hours | |
| | | (Not Applicable) | |
| | Extent of Contact: | Heavy | |
| | | Moderate | |
| | | Light | |
| | | (Not Applicable) | |

Munsel, Don.max

CSS INFORMATION FIELD FORM (continued)

Address: _____390 Avrnn Rd_____          BO# 003155

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |

### Occupant Information

| Data Item | Value | Notes |
|---|---|---|
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes    No    Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes  po  11/31/02    No    Unknown | Don Munsel. Diagnosed w/ residents selfreveal Don lives in a separate trailer (BO# 003157) |

### Indoor Information

| Data Item | Value | Notes |
|---|---|---|
| Does the interior have Zonolite attic insulation? | Yes    No    Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes    No    Unknown    NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes    No    Unknown | none observed |

### Outdoor Information

| Data Item | Value | Notes |
|---|---|---|
| Is there any evidence of primary source materials at or near the property? | Yes    No    Unknown  DS 7·23·03 | Surface present Inspection DS 7·23·03 |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes    No    Unknown  DS 7·23·03 | |

### Overall Assessment

| Data Item | Value | Notes |
|---|---|---|
| Are primary source materials present at the property? | Yes    No  DS 7·23·03    Unknown | |
| Where are primary source materials located? | Inside    Outside    Both    NA  DS 7·23·03 | |

ADDITIONAL INFORMATION _____390 Autumn Rd consists of 2 trailers, 246 Autumn Rd is a vacant trailer between them, Max Munsel lives in the trailer furthest to the north, Don Munsel lives in the trailer furthest to the south 246 Autumn is between those and vacant_____ 1/2/62



102    Location: 390 Autumn Rd    Date 11/2/02
Proje... Client Libby Asbestos/ Volpe EPA Region 8
BD-003155    owner-Rex Munsel
tenant- Don Munsel

- 1137- Arrived at site spoke to tenant (owners
father who owned property until a few days
ago) Completed Consent Form ; IFF Field
Form BD# assigned one photo
**BD- 003155** was taken of each trailer (#16, #17)
outside assessment could not be completed
due to snow cover. Houses are trailers
therefore no attics to inspect. Interviewed
Don about 346 Autumn Rd. Completed
paper work after interview of 346 Autumn
Rd.

Karen Berry
11/2/02
Karen Berry

Munsel, Don.max

11/02/02
ps

BD- 003155
3 90 Autumn Rd

...TES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
) 18TH STREET, SUITE 300
DENVER, CO 80202    11/02/02
ps

BD- 003156
2 46 Autumn Rd

ENTRY AND ACCESS TO PROPERTY

Munsel

...tum Rd
...tum Rd                    Phone:    293 - 5101
                                      293 - 9398

...for which consent for entry and access is being granted:
        Same                          Rex Munsel,
                                         owner
                                      293 - 9393

... then-Bowner & tenant

...ner, the ...representative, or otherwise control the real property
... Enviro...ental Protection Agency (EPA) has requested entry
... to its res...use and enforcement responsibilities under the
... ponse, Compensation and Liability Act as amended (Superfund),

...employees, and authorized representatives of the EPA, including their
...ing and having continued access to my property for the following

        ... propert... including the interior and exterior of any home or
        ... the prope...ty;

        ... il, bulk, or ...st samples as may be determined to be necessary;

        ... to mark or ...mporarily cover exposed vermiculite.

... given by me ...oluntarily with knowledge of my right to refuse and
... kind. I certi... that this Consent for Entry and Access is entered
...t... unconditiona... consent and grant of permission for access to the
...yees, and authorized representatives of EPA at reasonable times.

        _____
        Signature

11
Date

Munsel, Don.max

SS INFORMATION FIELD FO     ntinued)

Address: 390

ID# 005155

FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE



Munsel, Don.max