Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8 PM 6:32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Claim No. 00009669 |
| ) | |
| ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Pete O. Nelson (Claim No. 00009669), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Sheet No.: S- __736__

*LIBBY MONTANA SITE INVESTIGATION*
*FIELD SAMPLE DATA SHEET*

## SOIL-LIKE MATERIALS

Scenario No.: _____  Field Logbook No: __16017__  Page No: __18-20__  Sampling Date: __8/15/01__

Address: __506 INDIAN HEAD RD__  Owner: __PETE NELSON__

Land Use: (Residential)  School  Commercial  Mining  Logging  Roadway  Other ( ____ )

Sampling Team: __HUNT, FIELD, WORTHINGTON__

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | NA | NA | NA |
| Index ID | 1-03521 | 1-03522 | 1-03523 |
| GPS Coordinates | | | |
| Category (circle) | (FS) / FD | (FS) / FD | (FS) / FD |
| Matrix Type (circle) | Mining Waste / Subsurface Soil / (Surface Soil) / Fill / Other | Mining Waste / Subsurface Soil / (Surface Soil) / Fill / Other | Mining Waste / Subsurface Soil / (Surface Soil) / Fill / Other |
| Location Description (circle) | Yard Soil / Garden Soil / Play Area / Driveway / (Other) FLOWER BED | (Yard Soil) / Garden Soil / Play Area / Driveway / Other | (Yard Soil) / Garden Soil / Play Area / Driveway / Other |
| Type (circle) | Grab / (Comp) # subsamples 4 | Grab / (Comp) # subsamples 4 | Grab / (Comp) # subsamples 3 |
| Sample Time | 0915 | 0920 | 0925 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 4 | 4 | 4 |
| Map Location | | | |
| Field Comments | TRACE AMOUNT OF VERMICULITE SPOTTED IN FLOWER BED | TRACE AMOUNT OF VERMICULITE SPOTTED IN FRONT YARD | NO VERMICULITE VISIBLE IN SOUTH LAWN |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

Sheet No.: S- 737

# LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET
# SOIL-LIKE MATERIALS

Scenario No.: _____   Field Logbook No: 10017   Page No: 18-20   Sampling Date: 8/15/01
Address: 506 INDIAN HEAD RD   Owner: PETE NELSON
Land Use: (Residential) School Commercial Mining Logging Roadway Other ( )
Sampling Team: HUNT, FIERO, WORTHINGTON

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | NA | NA | |
| Index ID | 1-03524 | 1-03525 | |
| GPS Coordinates | | | |
| Category (circle) | (FS) / FD | (FS) / FD | FS / FD |
| Matrix Type (circle) | Mining Waste / Subsurface Soil / (Surface Soil) / Fill / Other | Mining Waste / Subsurface Soil / (Surface Soil) / Fill / Other | Mining Waste / Subsurface Soil / Surface Soil / Fill / Other |
| Location Description (circle) | (Yard Soil) / Garden Soil / Play Area / Driveway / Other | Yard Soil / (Garden Soil) / Play Area / Driveway / Other | Yard Soil / Garden Soil / Play Area / Driveway / Other |
| Type (circle) | Grab / (Comp) # subsamples 4 | Grab / (Comp) # subsamples 3 | Grab / Comp. # subsamples |
| Sample Time | 0930 | 0935 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 4 | 4 | |
| Map Location | | | |
| Field Comments | CONSIDERABLE AMOUNT OF VERMICULITE SPOTTED IN NORTH END LAWN | NO VISIBLE VERMICULITE IN GARDEN AT SOUTHWEST END OF PROPERTY | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |