

Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED

2003 AUG -8  PM 6: 33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re:                              )        Chapter 11
                                    )
W.R. GRACE & CO., et al             )        Case No. 01-01139 (JKF)
                                    )        (Jointly Administered)
            Debtors.                )
                                    )        Claim No. 00009666
                                    )
                                    )

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Howard King Orr (Claim No. 00009666), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.    Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.    Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.    Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.    Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
    Tom L. Lewis
    P.O. Box 2325
    Great Falls, MT 59403
    (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to

Debtors' Second Omnibus Objection to Claims (Non-Substantive)  was served on the

8th day of  August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

*Revised*

T.V. BD- 001558
8/9/02

☒ Soil samples collected (Date: 8/12/02)

## LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100096   Page No.: 126   Site Visit Date: 8-9-02

Address: 320 SHALOH DR   Structure Description: HOUSE

Occupant: RAQUEL ORR   Phone Number: 293-7313

Owner (if different than occupant):   Phone Number:

Sampling Team: GWEN POZEGA, TOM VANDERWEEL CDM

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial | |
| | School   Mining | |
| | Other: | |
| Year of Construction | 1998   Unknown | |
| Square Footage | 1240 +/- | |
| Construction Material | (Wood frame) Masonry/Stone | |
| | Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 6   2:   3: | |
| | Other: | |
| Basement | Yes   (No) | CRAWL SPACE |
| Heating Source | Wood/Coal Electric (Propane/Gas) | |
| | Other: | |
| Heat Distribution | Forced air (Radiant) | |
| | Other: | |

BP 4/10/0

Orr, Howard.max

# CSS INFORMATION FIELD FORM (continued)

Address: _320 SHALOM DR_                                    BD# _001558_

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0   1   (2)   3   4<br><br>5-15   16-20   21-30   >30 | |
| Number of Children | (0)   1   2   3   4<br><br>Other: | |
| Years at Location | <1   (1-5)   5-10   10-15   >15 | 4 YRS. |
| Was the residence/building remodeled? | Yes         (No)<br><br>If yes,<br><br>When (years):   <2   2-5   >5<br><br>Where:  Attic      Living Areas<br><br>              Garage   Basement<br><br>              Other: | NEW HOME 1998 |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes         (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes         (No) | |
| Are there any known areas of exposed vermiculite? | (Yes)        No<br><br>If yes,<br><br>Where:  Ceiling   Walls<br><br>              Floors   Attic<br><br>              Other: DRIVEWAY OUTSIDE | |

Page 2 of _1_

# CSS INFORMATION FIELD FORM (continued)

BD# _001558_

Address: _320 SHALOM  DR_

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:  Yes (No) NA  Unknown | Visual confirmation of current presence or absence required for attic. FIBERGLASS IN ATTIC. |
| | Walls:  Yes (No) NA  Unknown | |
| | Basement:  Yes  No (NA) Unknown | |
| | Crawl Space:  Yes (No) NA  Unknown | |
| | Other:_____ | |
| Evidence of Physical Damage? | Yes     (No) | |
| Evidence of Water Damage? | Yes     (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:   Yes (No) NA | GRAVEL DRIVEWAY MATERIAL CAME FROM MINE. |
| | Yard:    Yes (No) NA | |
| | Stockpiles:  Yes  No (NA) | |
| | (Other:) DRIVEWAY | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door | |
| | Within same block | |
| | Other:_____ | |
| | (Unknown) | |

Page 3 of _1_

Orr, Howard.max

CSS INFORMATION FIELD FORM (continued)

BD# *001558*

Address: _320 SHALOM DR_

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day <br> Once a week <br> Once a month <br> Once a year <br> (Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour <br> 1-2 hours <br> 2-4 hours <br> >4 hours <br> (Not Applicable) | |
| | Extent of Contact: | Heavy <br> Moderate <br> Light <br> (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day) <br> Once a week <br> Once a month <br> Once a year <br> Not Applicable | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | (<1 hour) <br> 1-2 hours <br> 2-4 hours <br> >4 hours <br> Not Applicable | |
| | Extent of Contact: | Heavy <br> Moderate <br> (Light) <br> Not Applicable | |

Page 4 of _7_

Orr, Howard.max

**CSS INFORMATION FIELD FORM** (continued)

Address: **320 SHALOM DR**                                                    BD# **001558**

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | (Yes)  No  Unknown | HUSBAND LIVED ON ZONOLITE MINE ROAD |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | HUSBAND |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | NONE OBSERVED |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION **1 DOG "KING" VERY NICE - LIKES TO JUMP + PUT YOUR ARM OR HAND IN HIS MOUTH - LIKES DOG BONES. MATERIAL ON DRIVEWAY CAME FROM MINE - VERMICULITE OBSERVED ON DRIVEWAY AREAS.**

Orr, Howard.max

**CSS INFORMATION FIELD FORM (continued)**

Address: _320 SHALOM DRIVE_

BD# _001558_

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Orr, Howard.max

CSS INFORMATION FIELD FORM (continued)

Address: 320 SHALOM DRIVE

BD# 001558

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle): First  Second  Third  Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



Page 7 of 7

BD# 001558

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100219      Page No.: 68      Site Visit Date: 6-7-03
                    SHALOM DR                     Structure Description: House
Address: 320 SHALOM DR                           Phone Number: 293·7313

Occupant: _____      Raquel OER        Phone Number: _____

Owner (if different than occupant): _____

Business Name: _____

Sampling Team: BW SHUP - PWT      BCB HUNT - CDM

Field Form Check Completed by (100% of forms): R SLy

Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |

BW
6·7·03

add additional IFF_V1.wpd

Orr, Howard.max

CSS Additional IFF (Continued)                                    BD# 001558

Address: 320 Shalom Dr

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **Secondary Source Indications**<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☐ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| **Vermiculite Present in Building Materials**<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement    Ground Floor    Second Floor<br><br>Attached Garage    (None)<br><br>Other:<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite: |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | collect Soil Sample in Driveway<br><br>collect 2 Dust Samples in house |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

_____

_____

_____

_____

_____

_____

_____

Orr, Howard.max

T.Y. **BD- 001558**
8/9/02

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET, SUITE 300
### DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name:  _RAQUEL ORR_

Address:  _320 SHALOM DR_

_LIBBY, MT._  Phone:  _293-7313_

Address of Property for which consent for entry and access is being granted:

_SAME_

Relationship to property:  _OWNER_
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1.  Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2.  the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3.  the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_8/9/02_  _Raquel R. Orr_
Date  Signature

320 ~~Hartman~~  6-7-03

Libby Asbestos  US-EPA Region 8

Raquel Orr  BD-001558

1550 - Arrive @ 320 Shalom Dr.
2002 CSS team collected soil samples
every where but driveway. They saw
vermiculite in driveway. We will
collect a driveway soil sample (D1)
and 2 dust samples indoors.

| 1557 High traffic | CS-12089 | BD-001558 FDS-000100 |
|---|---|---|
| 1601 Horizontal Surface | CS-12090 | BD-001558 FDS-000100 |
| 1613 Driveway | CS-12091 | 121265 |

(D1) soil sample ~~BD-~~ FDS-005067

- Bob Hunt collected Dust and soil
  samples. Dust square was deconned between
  samples of dust. Level C PPE used for soil
  sampling. Deconned soil sampling equipment.
  ~~T3D060703~~  GPS Driveway soil (D1)
  6-7-03 @

1642 - Finished @ 320 Shalom Dr.

6-7-03

Ben Shoup  6-7-03  Ben Shoup

Sheet No.: RI-D- _000100_

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.:NA  Field Logbook No: _100219_  Page No: _68_  Sampling Date: _6-7-03_

Address: _320 Shalom Dr_  Owner/Tenant: _Raquel Orr_

Business Name: _____

Land Use: (Residential) School Commercial Mining Roadway Other ( )

Sampling Team: MACTEC (CDM) Other _PWJT_  Names: _Bob Hunt, Ben Shops_

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Index ID | CS- 12089 | CS- 12090 | |
| Location ID | BD-001558 | BD-001558 | |
| Matrix Type (circle) | Garage, (House) Shed, Pump House Other___ | Garage, (House) Shed, Pump House Other___ | Garage, House, Shed, Pump House Other___ |
| Sample Group (circle) | Basement, (Ground Floor) Second Level Other___ | Basement, (Ground Floor) Second Level Other___ | Basement, Ground Floor, Second Level Other___ |
| Location Description (circle) | Horizontal Surfaces (High Traffic Areas) Other___ | (Horizontal Surfaces) High Traffic Areas Other___ | Horizontal Surfaces High Traffic Areas Other___ |
| Category (circle) | (FS) Blank Archive Blank | (FS) Blank Archive Blank | FS Blank Archive Blank |
| Sample Area (cm²) (circle) | (100) 200 300 NA | (100) 200 300 NA | 100 200 300 NA |
| Filter Diameter (circle) | (25mm) 37mm | (25mm) 37mm | 25mm 37mm |
| Pore Size (circle) | (TEM-.45) PCM-0.8 | (TEM-.45) PCM-0.8 | TEM-.45 PCM-0.8 |
| Flow Meter Type (circle) | Rotometer (Dry-Cal) NA | Rotometer (Dry-Cal) NA | Rotometer Dry-Cal NA |
| Flow Meter ID No. | 7326 | 7326 | |
| Pump ID No. | 666580 | 666580 | |
| Start Time | 1557 | 1601 | |
| Start Flow (L/min) | 2.00 | 2.00 | |
| Stop Time | 1559 | 1603 | |
| Stop Flow (L/min) | 2.00 | 2.00 | |
| Pump Fault? (circle) | (No) Yes | (No) Yes | No Yes |
| Field Comments | 100 cm² - Entry way 100 cm² 100 cm² | 100 cm² - TV Stand 100 cm² 100 cm² | 100 cm² 100 cm² 100 cm² |
| | Volpe: Entered___ Validated___ | Volpe: Entered___ Validated___ | Volpe: Entered___ Validated___ |
| Entered (LFO) ___ | | | |

vs 052003 | For Field Team Completion | Completed by _BS_ | QC by _RS_

_6.7.03_

# CONTAMINANT SCREENING STUDY/REMEDIAL INVESTIGATION
# FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: NA    Field Logbook No: 100219    Page No: 68    Sampling Date: 6-7-03

Address: 320 Shalom Dr    Owner/Tenant: Raquel Orr

Business Name: _____

Land Use: (circle) Residential   School   Commercial   Mining   Roadway   Other ( )

Sampling Team: (circle) CDM   MACTEC   Other   PWT   Names: Rob Hunt, Ron Sharp

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 12091 | | |
| Location ID | SP- 121265 | | |
| Sample Group | Driveway (D) | | |
| Location Description (circle) | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other |
| Category (circle) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | Surface Soil / Other | Surface Soil / Other | Surface Soil / Other |
| Type (circle) | Grab / Comp. # subsamples 5 | Grab / Comp. # subsamples ___ | Grab / Comp. # subsamples ___ |
| Sample Time | 1613 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Field Comments Note if vermiculite is visible in sampled area | BD-001558 vermiculite flakes seen throughout gravel driveway | BD- | BD- |
| Entered (LFO) ___ | Volpe: Entered ___ Validated ___ | Volpe: Entered ___ Validated ___ | Volpe: Entered ___ Validated ___ |

| For Field Team Completion (Provide Initials) | Completed by BS | QC by RH |
|---|---|---|

DO 6-7-03

vs 052003

Orr, Howard.max

126    Location 320 SHALOM DRIVE    Date 8/9/02

Project / Client VOLPE/EPA

RAQUEL ORR                          BD 001558

16 1715 - ARRIVE AT SITE. TALK WITH RAQUE
B ORR (OWNER) BD- 001558    COMPLETE CONSENT
G FORM AND INFORMATION FIELD FORM
I ASSIGN FIELD FORM BD# 001558. No
L VM INDOORS VERMICULITE OBSERVED
A OUTDOORS IN DRIVEWAY. PHOTO TAKEN
L AND SKETCH DRAWN.

8/9/02

Sheet No.: CSS (S) - 001805

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: _____ Field Logbook No: 100083 Page No: 75 Sampling Date: 8/12/02

Address: 320 Shalom Dr Owner: Raquel Orr

Business Name: _____

Land Use: (circle) (Residential) School Commercial Mining Roadway Other ( )

Sampling Team: (circle) (CDM) PES Other _____ Names: Kristin Sloane; Brian Hilts

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 04141 | CS- 04142 | CS- 04143 |
| Location ID | SP- 114571 | SP- 114572 | SP- 114573 |
| Sample Group | Yard | Yard | Flowerbed |
| Location Description (circle) | Back yard (Front yard) Side yard Other _____ | (Back yard) Front yard (Side yard) Other _____ | Back yard (Front yard) Side yard Other _____ |
| Category (circle) | (FS) FD of _____ Field Blank (lot or equipment) | (FS) FD of _____ Field Blank (lot or equipment) | (FS) FD of _____ Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | (Surface Soil) Other | (Surface Soil) Other | Surface Soil Other |
| Type (circle) | Grab (Comp. # subsamples 5) | Grab (Comp. # subsamples 5) | Grab (Comp. # subsamples 5) |
| Sample Time | 1015 | 1025 | 1035 |
| Top Depth (in.) | 0 | 0 | 6 |
| Bottom Depth (in.) | 1 | 1 | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-001558 | B 2/0+ 8/12/02 | Planters in front yard |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BAH |
| QC by | KS |

vs 062602

Orr, Howard.max

Sheet No.: CSS (S) - 001806

## CONTAMINANT SCREENING STUDY
# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: _____  Field Logbook No: 100093  Page No: 75  Sampling Date: 8/12/02

Address: 320 Shalom Drive _____  Owner: Raquel ORR _____

Business Name: _____

Land Use: (circle)  (Residential)  School  Commercial  Mining  Roadway  Other ( )

Sampling Team: (circle)  (CDM)  PES  Other _____  Names: Kristin Sloan & Ren H. Hs

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 04144 | CS- 04145 | |
| Location ID | SP- 114574 | SP- 114575 | |
| Sample Group | Flowerbed | Garden | |
| Location Description (circle) | (Back yard) Front yard Side yard Other | (Back yard) Front yard Side yard Other | Back yard Front yard Side yard Other |
| Category (circle) | (FS) FD of _____ Field Blank (lot or equipment) | FS FD of _____ Field Blank (lot or equipment) | FS FD of _____ Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | (Surface Soil) Other | (Surface Soil) Other | Surface Soil Other |
| Type (circle) | Grab (Comp. # subsamples ____ ) | (Grab) Comp. # subsamples ____ | Grab Comp. # subsamples ____ |
| Sample Time | 1045 | 1055 | |
| Top Depth (in.) | 0 | 0 | |
| Bottom Depth (in.) | 6 | 6 | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- 001558 Round flowerbeds & flowerbed along side of garage | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | BAH |
| QC by | KS |

vs 062602

75

Location 320 Shalom Drive   Date 8/12/02

Project/Client Libby Asbestos - Volpe/EPA Region 8

Raquel Orr   BD-001558

1005   Arrive @ 320 Shalom Dr. Walk property
and decide to sample front yard, back side
yard, front flowerbeds, round flowerbeds (with
garage flower bed) and garden. Kristi Sloane
is collecting samples in modified level D PPE. All
sample areas are sprayed with water before    RAH
collecting soil samples. Vermiculite was seen   8/12/02
throughout the driveway. Photos taken.

Front
Yard        CS- 04141  RAH  SP- 114571
                       8/12/02
1015   Field Data Sheet 001805 COC 003205

Back/
side
Yard        CS- 04142  RAH  SP- 114572
                       8/12/02
1025   Field Data Sheet 001805 COC 003205

Flowerbeds
in Front yard   CS- 04143  RAH  SP- 114573
                           8/12/02
1035   Field Data Sheet 001805 COC 003205

Round
Flowerbeds   CS- 04144  RAH  SP- 114574
                        8/12/02
1045   Field Data Sheet 001806 COC 003205

Garden      CS- 04145  RAH  SP- 114575
                       8/12/02
1055   Field Data Sheet 001806 COC 003205

GPS File T4A08122          8/12/02   RAH
                           8/12/02

Orr, Howard.max

Sheet No.: CSS-S- __005067__

# CONTAMINANT SCREENING STUDY/REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR SOIL

Scenario No.: NA    Field Logbook No: 100219    Page No: 68    Sampling Date: 6-7-03

Address: 320 Shalow Dr    Owner/Tenant: Raquel Orr

Business Name: _____

Land Use: (circle) Residential   School   Commercial   Mining   Roadway   Other ( )

Sampling Team: (circle) CDM   MACTEC   Other PCUT   Names: Rob Hunt, Ron Sharp

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | 7/8/03 CS- 12315 | | |
| Location ID | SP- 121265 | | |
| Sample Group | Driveway (DI) | | |
| Location Description (circle) | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other | Back yard / Front yard / Side yard / Driveway / Other |
| Category (circle) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) | FS / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | Surface Soil / Other | Surface Soil / Other | Surface Soil / Other |
| Type (circle) | Grab / Comp. # subsamples 5 | Grab / Comp. # subsamples ___ | Grab / Comp. # subsamples ___ |
| Sample Time | 1613 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Field Comments Note if vermiculite is visible in sampled area | BD- 001558 vermiculite flakes seen throughout gravel driveway | BD- | BD- |
| | Volpe: Entered ___ Validated ___ | Volpe: Entered ___ Validated ___ | Volpe: Entered ___ Validated ___ |

Entered (LFO) RS

| For Field Team Completion (Provide Initials) | Completed by BS | QC by RH |
|---|---|---|

DW 6-7-03

Sheet No.: RI-D- _000100_

## REMEDIAL INVESTIGATION
## FIELD SAMPLE DATA SHEET (FSDS) FOR DUST

Scenario No.: NA   Field Logbook No: _100219_   Page No: _68_   Sampling Date: _6-7-03_

Address: _320 Shalom Dr_   Owner/Tenant: _Raquel Orr_

Business Name: _____

Land Use: (Residential)  School   Commercial   Mining   Roadway   Other ( _____ )

Sampling Team: MACTEC  (CDM)  Other _PWT_   Names: _Bob Hunt, Ben Sheep_

| Data Item | Cassette 1 /ᴹ | Cassette 2 /B | Cassette 3 |
|---|---|---|---|
| Index ID | TL 6/9/03 ✓ CS- 12313 | TL 6/9/03 ✓ CS- 12314 | |
| Location ID | BD-001558 | BD- 001558 | |
| Matrix Type (circle) | Garage, (House) Shed, Pump House  Other_____ | Garage, (House) Shed, Pump House  Other_____ | Garage, House, Shed, Pump House  Other_____ |
| Sample Group (circle) | Basement, (Ground Floor), Second Level  Other_____ | Basement, (Ground Floor), Second Level  Other_____ | Basement,  Ground Floor, Second Level  Other_____ |
| Location Description (circle) | Horizontal Surfaces (High Traffic Areas)  Other_____ | (Horizontal Surfaces) High Traffic Areas  Other_____ | Horizontal Surfaces High Traffic Areas  Other_____ |
| Category (circle) | (FS)  Blank  Archive Blank | (FS)  Blank  Archive Blank | FS  Blank  Archive Blank |
| Sample Area (cm²) (circle) | (100)  200  300  NA | (100)  200  300  NA | 100  200  300  NA |
| Filter Diameter (circle) | (25mm)  37mm | (25mm)  37mm | 25mm  37mm |
| Pore Size (circle) | (TEM- .45)  PCM- 0.8 | TEM- .45  PCM- 0.8 | TEM- .45  PCM- 0.8 |
| Flow Meter Type (circle) | Rotometer  (Dry-Cal)  NA | Rotometer  (Dry-Cal)  NA | Rotometer  Dry-Cal  NA |
| Flow Meter ID No. | 7326 | 7326 | |
| Pump ID No. | 666580 | 666580 | |
| Start Time | 1557 | 1601 | |
| Start Flow (L/min) | 2.00 | 2.00 | |
| Stop Time | 1559 | 1603 | |
| Stop Flow (L/min) | 2.00 | 2.00 | |
| Pump Fault? (circle) | (No)  Yes | (No)  Yes | No  Yes |
| Field Comments | 100 cm² - Entry way  100 cm²  100 cm² | 100 cm² - TV Stand  100 cm²  100 cm² | 100 cm²  100 cm²  100 cm² |
| Entered (LFO) _JD_ | Volpe:  Entered ___ Validated ___ | Volpe:  Entered ___ Validated ___ | Volpe:  Entered ___ Validated ___ |

vs 052003

| For Field Team Completion (Provide Initials) | Completed by _BS_ | QC by _RJ_ |
|---|---|---|

ow 6.7.03