Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595



FILED

2003 AUG -8 PM 6:33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00006089 |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Michael Charles Wagner (Claim No. 00006089), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1.  Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2.  Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3.  Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4.  Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

_____

**RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2**

Wagner, Mike.max

I - 0150!

☑ Soil samples colle...  2/02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Informatio F

Field Logbook No.: **100090**  Page No.: **129**  Site Visit Date: **8/14/02**
Address: **3696 2nd St. Ext. W**  Structure Description: **House**
Occupant: **Michael C. Wagner**  Phone Number: **2 3.4238**
Owner (if different than occupant): **N/A**  Phone Number: **N/A**
Sampling Team: **Shawn Oliveira (AM), Aimee Vessell (AM)**
Field Form Check Completed by (100% of forms): **AIMEE VESSELL (DM)** Jenn 8/14/02
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | | |
|---|---|---|---|
| HOUSE ATTRIBUTES | | | |
| Property Description | (Residential) Industrial  Commercial | | |
| Surrounding Land Use | (Residential) Industrial  Commercial  School  Mining  Other: | | |
| Year of Construction | **1960**  Unknown | | |
| Square Footage | **1040 ft²** | | |
| Construction Material | (Wood frame)  Masonry/Stone  Other: | | |
| Number of Floors Above Ground | (1)  2  3  Other: | | |
| Number of Rooms Per Floor Above Ground | 1: **5**  2: ___  3: ___  Other: | | |
| Basement | (Yes)  No | Part | Finish |
| Heating Source | Wood/Coal  Electric  Propane/Gas  Other: **Oil** | | |
| Heat Distribution | (Forced air)  Radiant  Other: | | |

Page 1 of **7**

## CSS INFORMATION FIELD FORM (continued)

Address: 36916 2nd St. Ext W

ID#: 20652

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0  1  (2)  3  4<br>5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4<br>Other: _____ | |
| Years at Location | <1  1-5  5-10  10-15  (>15) | Since 1960 |
| Was the residence/building remodeled? | (Yes)   No<br>If yes,<br>When (years):  <2  2-5  (>5)<br>Where: Attic   Living Areas<br>Garage   Basement<br>Other: _____ | Re insulated with fiberglass, both attic and walls. 1¼" fiberglass present initially |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   (No) | |
| Are there any known areas of exposed vermiculite? | Yes   (No)<br>If yes,<br>Where: Ceiling   Walls<br>Floors   Attic<br>Other: _____ | |

Page 2 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 3696 2nd St Ext W

BC# 001505

| Data Item | Value | | Notes |
|---|---|---|---|
| **INDOOR ASSESSMENT** | | | |
| Vermiculite Insulation Past or Present | Attic: | Yes (No) NA Unknown | Visual confirmation of current presence or absence required for attic. |
| | Walls: | Yes (No) NA Unknown | - Fiberglass throughout. |
| | Basement: | Yes (No) NA Unknown | - Cement block foundation unable to determine if |
| | Crawl Space: | Yes No (NA) Unknown | L.V. present in block. |
| | Other: | | |
| Evidence of Physical Damage? | Yes | (No) | |
| Evidence of Water Damage? | Yes | (No) | |
| **OUTDOOR ASSESSMENT** | | | |
| Libby Amphibole Sources Present | Garden: | (Yes) No NA | - L.V. observed in all front and back yard garden areas. |
| | Yard: | Yes (No) NA | - No L.V. observed in yard |
| | Stockpiles: | Yes No (NA) | area. |
| | Other: | | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | - Next door<br>Within same block<br>Other: N/A<br>Unknown | | |

Page 3 of 7

Wagner, Mike.max

## CSS INFORMATION FIELD FORM (continued)

Address: 3696 2nd St. Ext. W.　　　　　　　　　　　　BD# 001505

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day / Once a week / Once a month / Once a year / (Not Applicable) | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour / 1-2 hours / 2-4 hours / >4 hours / (Not Applicable) | |
| | Extent of Contact: | Heavy / Moderate / Light / (Not Applicable) | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (Once a day) / Once a week / Once a month / Once a year / Not Applicable | Not Applicable applies when no vermiculite is present on the property. ○ L.V. observed in all front and back yard garden areas. ○ Resident does own yardwork in addition to daily gardening. |
| | Duration of Contact: | <1 hour / (1-2 hours) / 2-4 hours / >4 hours / Not Applicable | |
| | Extent of Contact: | Heavy / Moderate / (Light) / Not Applicable | |

Page 4 of 7

Wagner, Mike.max

## CSS INFORMATION FIELD FORM (continued)

Address: 3696 2nd St. Ext W.  BD# 001505

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | Father worked at mine, resident lived near mine |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION: Fiberglass present in both attic and behind walls, no L.V. observed in partially finished basement. Cement-block foundation, unable to determine if L.V. is present in block wall. All garden areas in front and back yard contain L.V. Resident grew up near mine and his father died of asbestosis.

Page 5 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 3696 2nd ST EXT W.

BD- 001505

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE

Legend:
- VERMICULITE
- ) TREE
- ) BUSH
- ) PLANTER
- FLOWERBED
- GARDEN AREA

2nd ST EXT

← DRY CREEK BED →

N ↓

**CSS INFORMATION FIELD FORM** (continued)

Address: 3696 2nd ST EXT W        BD# 001505

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):   First   Second   Third   Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



NO ZAI IN ATTIC

Page 7 of 7

Wagner, Mike.max

BD- 001505
SO 8/14/02

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET SUITE 300
### DENVER, CO 80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: Michael C. Wagner

Address: 3696 2nd St Ext W.

Phone: 293-4___

Address of Property for which consent for entry and access is being granted.

Relationship to property: Owner
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

8-14-02
Date

Michael C. Wagner
Signature



Sheet No.: CSS __0 2100__

## CONTAMINANT SCREENING STUDY
## FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: **NA**   Field Logbook No: **10009**   Page No: **126**   Sampling Date: **8/20/02**
Address: **31096 W. 2nd ST EXT**   Owner: **Michael Wagner**
Business Name: **NA**
Land Use: (circle) **Residential**  School  Commercial  Mining  Roadway  Other (____)
Sampling Team: (circle) **CDM**  PES  Other ____  Names: **R. Eustice, R. Roberts**

| Data Item | Sample 1 $Y_1$ RR 8/20/02 | Sample 2 $Y_2$ RR 8/20/02 | Sample 3 P RR 8/20/02 |
|---|---|---|---|
| Index ID | CS-04792 | CS-04793 | CS-04794 |
| Location ID | SP-115169 | SP-115170 | SP-115171 |
| Sample Group | Yard | Yard | Patio |
| Location Description (circle) | Back yard / **Front yard** / Side yard / Other | **Back yard** / Front yard / **Side yard** / Other | **Back yard** / Front yard / Side yard / Other |
| Category (circle) | **FS** / FD of ___ / Field Blank (lot or equipment) | **FS** / FD of ___ / Field Blank (lot or equipment) | **FS** / FD of ___ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless otherwise noted) | **Surface Soil** / Other | **Surface Soil** / Other | **Surface Soil** / Other |
| Type (circle) | Grab / **Comp** # subsamples **5** | Grab / **Comp** # subsamples **5** | Grab / **Comp** # subsamples **5** |
| Sample Time | 1150 | 1200 | 1210 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | — | — | — |
| Field Comments | BD-001505 - Large amount of vermiculite observed during sampling. | Large amount of vermiculite observed during sampling. | RR 8/20/02 |
|  | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | RR |
| QC by | RE |

vs 062602

RR 8/21/02



126
Location: 3696 W. 2nd ST. EXT   Date: 8/20/02
Project/Client: Libby Asbestos VI/PE   EPA Region 8
Michael Wagner   001505

1140 Arrive 3696 W. [2nd] EXT. Will sample front + back [yard]s and gravel patio. Are [white observed] in flowerbeds [...] way. R. Eustice will spray [collection] points before sa[mpling]. Large amounts [of white observed] while sampling [from] backyards. No samples collected. Sample #s are now    CS- 04792    SP- 115169
VOID RR 8/20/02

                            CS- 04793         15170
VOID RR 8/20/02

Patio RR 8/20/02  CS- 04794         15171 S.
                                           pt.
1210              FSDS-00210        03330
1220 Leave site
1325 Return from lunch. Collect GPS points. GPS FILE: T7CC0202
Leave site.
                              RR 8/20/03

Location: 3696 2nd St Ext W        Date: 8-14-02
Project Client: VOLPE/EPA
MICHAEL C. WAGNER - (OWNER)    BD-001505

0900 - ARRIVE AT SITE. TALK TO MICHAEL C. WAGNER (OWNER). COMPLETE CONSENT FORM AND BD-001505 INFORMATION FIELD FORM. ASSIGN FIELD FORM BD-001505. NO LVAI IN ATTIC. FIBERGLASS IN ATTIC. JMV 8/14/02. NO LNAI OBSERVED INDOOR. VERMICULITE OBSERVED OUTDOORS IN PLANTERS/FLOWER BEDS/GARDEN AREA. SKETCH DRAWN AND PHOTO TAKEN. LEAVE SITE AT 0945.

[signature] 8-14-02