Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

FILED
2003 AUG -8 PM 6:33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009670 |
| | ) | |
| | ) | |

## RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, John Francis Wagner (Claim No. 00009670), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

Respectfully submitted this 8th day of August, 2003.

Lewis & Slovak, P.C.

By: ______________________
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

James W. Kapp III, Janet S. Baer and Christian J. Lane
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Scott E. McFarland
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor
Wilmington, DE 19801

______________________



BD- 001387
8/2/02

Soil samples collected (Date: 8/12/02

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100075 Page No.: 72 Site Visit Date: 8-2-02

Address: 188 Highwood Drive Structure Description: House

Occupant: John Wagner Phone Number: 293-5010

Owner (if different than occupant): ——— Phone Number: ———

Sampling Team: Bob Purtee / Albert Munoz (CDM)

Field Form Check Completed by (100% of forms):

Screening Field Check Completed by (2% of forms):

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial<br>School Mining<br>Other: | |
| Year of Construction | 1950's Unknown | |
| Square Footage | 1700 sq ft. | |
| Construction Material | (Wood frame) Masonry/Stone<br>Other: | |
| Number of Floors Above Ground | (1) 2 3 Other: | |
| Number of Rooms Per Floor Above Ground | 1: 6 2: 3:<br>Other: | |
| Basement | Yes (No) | |
| Heating Source | Wood/Coal Electric Propane/Gas<br>Other: Oil | |
| Heat Distribution | (Forced air) Radiant<br>Other: | |

Wagner, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 183 Highwood Drive

BP 8-2-02
BD# ~~001387~~
001387

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0 1 2 **3** 4<br>5-15 16-20 21-30 >30 | |
| Number of Children | 0 **1** 2 3 4<br>Other:______ | |
| Years at Location | <1 1-5 **5-10** 10-15 >15 | 10 years |
| Was the residence/building remodeled? | **Yes** No<br>If yes,<br>When (years): <2 2-5 **>5**<br>Where: Attic Living Areas **Garage** Basement<br>Other______ | Added Carport |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes **No** | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes **No** | |
| Are there any known areas of exposed vermiculite? | Yes **No**<br>If yes,<br>Where: Ceiling Walls Floors Attic<br>Other:______ | |

Wagner, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood Drive

BD# 001387

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes No NA (Unknown)<br>Other:_____ | Visual confirmation of current presence or absence required for attic.<br>Owner did not want inspection of crawlspace. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: (Yes) No NA<br>Stockpiles: Yes No (NA)<br>Other:_____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other:_____<br>(Unknown) | |

Wagner, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood Drive

BD# 001387

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>(Not Applicable) [circled] | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>(Not Applicable) [circled] | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>(Not Applicable) [circled] | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>(Once a week) [circled]<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property.<br>LV present in backyard owner mows lawn during summer months |
| | Duration of Contact: | <1 hour<br>(1-2 hours) [circled]<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>(Light) [circled]<br>Not Applicable | |

Wagner, John.max

## CSS INFORMATION FIELD FORM (continued)

Address: 182 Highwood Drive

BD# 001387

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| | Occupant Information | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes, No (circled), Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes (circled), No, Unknown | |
| | Indoor Information | |
| Does the interior have Zonolite attic insulation? | Yes, No (circled), Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes, No (circled), Unknown, NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes, No (circled), Unknown | |
| | Outdoor Information | |
| Is there any evidence of primary source materials at or near the property? | Yes (circled), No, Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes (circled), No, Unknown | |
| | Overall Assessment | |
| Are primary source materials present at the property? | Yes (circled), No | |
| Where are primary source materials located? | Inside, Outside (circled), Both, NA | |

ADDITIONAL INFORMATION No ZAI present. Owner did not want inspection of crawl space. Basically did not want us in house. Attic was inspected from outside entrance. LV present in backyard
Driveway is paved not gravel (RS 8/12/02)

Wagner, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood DR BD# 001387

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE

Wagner, John.max

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood DR

BD# 801387

FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle): First Second Third Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot

Wagner, John.max

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

BD- 001387

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: John Wagner

Address: 188 Highwood Drive

Phone: 293 - 5010

Address of Property for which consent for entry and access is being granted:

Relationship to property: Owner
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

8-2-02
Date

John [illegible] Wagner
Signature

72 Location 188 Highwood Drive Date 8-2-02

Project / Client CSS Recon Libby, Montana

EPA / Volpe / CDM John Wagner BD# 001387

**BD- 001387** BP

1150 - arrived at 188 Highwood Drive
- obtained access consent form
- No ZAI present. Visual inspection revealed fiberglass insulation
- visual inspection of yard revealed trace amounts in garden and in low areas of yard where it may have washed down.
- completed interview and ZFF form

Bob Panter
8-2-02

Sheet No.: CSS (S) 001795

CONTAMINANT SCREENING STUDY

# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A Field Logbook No: 100080 Page No: 86 Sampling Date: 8/12/02

Address: 188 Highwood Drive Owner: John Wagner

Business Name: ______

Land Use: (circle) (Residential) School Commercial Mining Roadway Other ( )

Sampling Team: (circle) (CDM) PES Other ______ Names: Robert Hunt / Rob Saivaly / Rod Peterson

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 04243 | CS- 04244 | CS- 04245 |
| Location ID | SP- 114701 | SP- 114702 | SP- 114703 |
| Sample Group | YARD | YARD | FLOWER BED |
| Location Description (circle) | Back yard / (Front yard) / Side yard / Other ______ | (Back yard) / Front yard / Side yard / Other ______ | Back yard / (Front yard) / Side yard / Other ______ |
| Category (circle) | (FS) / FD of ______ / Field Blank (lot or equipment) | (FS) / FD of ______ / Field Blank (lot or equipment) | (FS) / FD of ______ / Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | (Surface Soil) / Other ______ | (Surface Soil) / Other ______ | (Surface Soil) / Other ______ |
| Type (circle) | Grab / (Comp. # subsamples 5) | Grab / (Comp. # subsamples 5) | Grab / (Comp. # subsamples 5) |
| Sample Time | 15:30 | 15:40 | 15:50 |
| Top Depth (in.) | 0 | 0 | 0 |
| Bottom Depth (in.) | 1 | 1 | 6 |
| Grid, Quadrant, Section | | | |
| Field Comments | BD- COB87 TRACE of VERMICULITE SIDE YARD | | TRACES OF VERMICULITE FRONT |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

| Field Team | Initial |
|---|---|
| Completed by | RP |
| QC by | [illegible] |

vs 062602

Sheet No.: CSS (S) - 001796

CONTAMINANT SCREENING STUDY

# FIELD SAMPLE DATA SHEET FOR SOIL

Scenario No.: N/A Field Logbook No: 100080 Page No: 86 Sampling Date: 8/12/02

Address: 188 HIGHWOOD DRIVE Owner: JOHN WAGNER

Business Name: ______

Land Use: (circle) (Residential) School Commercial Mining Roadway Other ( )

Sampling Team: (circle) (CDM) PES Other ______ Names: Robert Hunt / Rob Sailing / Rodney Peterson

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Index ID | CS- 04246 | | |
| Location ID | SP- 114704 | | |
| Sample Group | GARDEN | | |
| Location Description (circle) | (Back yard) Front yard Side yard Other ______ | Back yard Front yard Side yard Other ______ | Back yard Front yard Side yard Other ______ |
| Category (circle) | (FS) FD of ______ Field Blank (lot or equipment) | FS FD of ______ Field Blank (lot or equipment) | FS FD of ______ Field Blank (lot or equipment) |
| Matrix Type (Surface soil unless other wise noted) | (Surface Soil) Other ______ | Surface Soil Other ______ | Surface Soil Other ______ |
| Type (circle) | Grab (Comp. # subsamples 5) | Grab Comp. # subsamples ______ | Grab Comp. # subsamples ______ |
| Sample Time | 16:00 | | |
| Top Depth (in.) | 0 | | |
| Bottom Depth (in.) | 6 | | |
| Grid, Quadrant, Section | | | |
| Field Comments | BD-001387 | | |
| | Entered ___ Validated ___ | Entered ___ Validated ___ | Entered ___ Validated ___ |

(Sample 2 and Sample 3 columns crossed out: 8/12/02 RP)

| Field Team | Initial |
|---|---|
| Completed by | RP |
| QC by | RH |

vs 062602

AW 8-13-

Location 188 Highwood Dr Date 8/12/02

Project/Client Libby Asbestos - USEPA EPA Region 8

John Wagner BD-001387

1520. Arrive @ 188 Highwood Dr. - decide to sample front yard, back yard, flowerbed + driveway. Rob [illegible] collects samples in modified level D. Sample areas are sprayed with water prior to sampling.

Front Yard CS-04243 SP-114701
(1530)
Field Data sheet 001795 + COC 003212

Back Yard CS-04244 SP-114702
(1540)
Field Data sheet 001795 + COC 003212

Flowerbeds CS-04245 SP-114703
(1550)
Field Data sheet 001795 + COC 003212

Garden CS-04246 SP-114704
(1600)
Field Data sheet 001796 COC 003212

(GPS File T3E08122) RM 8/12/02

(Trace vermiculite noticed in side yard flowerbeds. RM 8/12/02

8/12/02

8/12/02