Tom L. Lewis
Lewis & Slovak, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595



FILED

2003 AUG -8 PM 6:33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Claim No. 00009657 |
| | ) | Claim No. 00009658 |
| | ) | Claim No. 00009675 |

### RESPONSE TO DEBTORS' SECOND OMNIBUS
### OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Melvin George Parker (Claim Nos. 00009657, 00009658 and 00009675), his attorney, Tom L. Lewis of Lewis & Slovak, P.C., objects to Debtors' Second Omnibus Objection to Claims (Non-Substantive), dated July 21, 2003, and received August 7, 2003, on the basis of improper notice and further responds as follows:

1. Claimant's claim is with respect to asbestos contamination from a Grace product in or on the property.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to Grace and Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant has attached supporting documentation, which was not available at the time the proof of claim was filed.

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1



Respectfully submitted this 8th day of August, 2003.

              Lewis & Slovak, P.C.

            By: _____
                Tom L. Lewis
                P.O. Box 2325
                Great Falls, MT 59403
                (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive) was served on the 8th day of August, 2003, by fax and by first class mail, upon the following:

  James W. Kapp III, Janet S. Baer and Christian J. Lane
  Kirkland & Ellis, LLP
  200 East Randolph Drive
  Chicago, IL 60601

  Scott E. McFarland
  Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
  919 North Market Street 16th Floor
  Wilmington, DE 19801

              _____

RESPONSE TO DEBTORS' SECOND OMNIBUS
OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

## SUSPECT ASBESTOS CONTAINING MATERIAL (ACM) C[...]

Project Number: _Libby Asbestos_   Date: _7/13/00_   Page 1 of 2

Location: _609 9th St._   _Mel & Lerah Parker_   Inspector: _S[...] t Yetz G. Parana_

| MATERIAL TYPE | SUSPECTED (Y/N) | VERIFIED (Y/N) | SAMPLED (Y/N) | LOC[ATION] | |
|---|---|---|---|---|---|
| Vermiculite Insulation | | | | | |

| MATERIAL TYPE (THERMAL SYSTEMS (TSI)) | PRESENT | NOT PRESENT | LOCATION | [CON]DITION |
|---|---|---|---|---|
| Boiler Insulation | | | | |
| Duct Insulation | | | | |
| Ducting Pipe | | | | |
| Electrical Insulation | | | | |
| Furnace Insulation | | | | |
| Mudded Pipe Joints | | | | |
| Pipe Insulation | | | | |
| Pipe Thread Compound | | | | |
| Refractory Material | | | | |
| Tank/Vessel Insulation | | | | |
| Thermal Paper | | | | |
| Others: | | | | |
| | | | | |
| | | | | |
| | | | | |

| MATERIAL TYPE (SURFACING MATERIAL) | PRESENT | NOT PRESENT | LOCATION | [CON]DITION |
|---|---|---|---|---|
| Spray-On Insulation | | | | |
| Spray-On Texture | | | | |
| Spray-On Fireproofing | | | | |
| Spray-On Acoustical | | | | |
| Troweled-On Texture | | | | |
| Others: | | | | |
| | | | | |
| | | | | |
| | | | | |

| MATERIAL TYPE (Miscellaneous Materials) | PRESENT | NOT PRESENT | LOCATION | [CON]DITION |
|---|---|---|---|---|
| Baseboard (Wall Cover) | | | | |
| Baseboard Adhesive | | | | |
| Carpet Adhesive | | | | |
| Board Material | | | | |
| Brick/Morter Material | | | | |
| Cement Pipe | | | | |
| Cloth Texture Material | ✓ | | Dryer | good |

## SUSPECT ASBESTOS CONTAINING MATERIAL (ACM) CHECKLIST

Project Number: _Libby Asbestos_   Date: _6-23-00_   Page 1 of 2

Location: _609 9th Street_   _Mel & Lirah Parker_   Inspector: _St  Platz_

| MATERIAL TYPE | SUSPECTED (Y/N) | VERIFIED (Y/N) | SAMPLED (Y/N) | LOCATION | |
|---|---|---|---|---|---|
| Vermiculite Insulation | Y | Y | Y | Attic, W | |

| MATERIAL TYPE (THERMAL SYSTEMS (TSI)) | PRESENT | NOT PRESENT | LOCATION | CONDITION |
|---|---|---|---|---|
| Boiler Insulation | | | | |
| Duct Insulation | | | | |
| Ducting Pipe | | | | |
| Electrical Insulation | | | | |
| Furnace Insulation | | | | |
| Mudded Pipe Joints | | | | |
| Pipe Insulation | | | | |
| Pipe Thread Compound | | | | |
| Refractory Material | | | | |
| Tank/Vessel Insulation | | | | |
| Thermal Paper | | | | |
| Others: | | | | |

| MATERIAL TYPE (SURFACING MATERIAL) | PRESENT | NOT PRESENT | LOCATION | CONDITION |
|---|---|---|---|---|
| Spray-On Insulation | | | | |
| Spray-On Texture | | | | |
| Spray-On Fireproofing | | | | |
| Spray-On Acoustical | | | | |
| Troweled-On Texture | ✓ | | Throughout | Good |
| Others: | | | | |

| MATERIAL TYPE (Miscellaneous Materials) | PRESENT | NOT PRESENT | LOCATION | CONDITION |
|---|---|---|---|---|
| Baseboard (Wall Cover) | ✓ | | Retail Space | int |
| Baseboard Adhesive | ✓ | | Retail Space | int |
| Carpet Adhesive | | | | |
| Board Material | | | | |
| Brick/Morter Material | | | | |
| Cement Pipe | | | | |
| Cloth Texture Material | | | | |

*LIBBY MONTANA SITE INVESTIGATION*
*FIELD SAMPLE DATA SHEET FOR*
## SOIL-LIKE MATERIALS

057

.dress or Location ID: PARKER RESIDENCE
GPS: Northing _____ Easting: _____
Owner: MEL PARKER
Land Use Category: (Residential)  School  Commercial Mining  Future Residential
Commercial Logging  Roadway  Other ( _____ )

Sample Date: 3·14·00    Sampling Team: TODD HOEFEN / VINCE

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | | | |
| Index ID | 1-00428 | 1-00429 | 00571 |
| Sample Time | 3:28P | 3:30P | 3:35 P |
| Matrix Type (circle) | Soil / Yard Soil / Garden Soil / Play Area / Driveway / Mining Waste / (Other) (SHOP FLOOR) | Soil / Yard Soil / Garden Soil / Play Area / Driveway / Mining Waste / (Other) (SHOP FLOOR) | Soil / en Soil / Area / way / g Waste / (DEBRIS) |
| Category (circle) | (FS) / FD | (FS) / FD | |
| Type (circle) | (Grab) / Comp / # subsamples ___ | (Grab) / Comp / # subsamples ___ | (G..) / ..p / # subsamples ___ |
| Top Depth (in.) | N/A | N/A | N/A |
| Bottom Depth (in.) | N/A | N/A | N/A |
| Map Location(s) (Indicate on field sketch) | | | |
| Comments | SAMPLE FROM SHOP FLOOR AGAINST WEST WALL | SAMPLE OF DRIED MUD DUST FROM SOUTH SIDE WORKSHOP FLOOR | ..E FROM ..CTURAL STEEL ..ST END OF ..G FACILITY |

..tored 3/15/00 T.

## LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
## SOIL-LIKE MATERIALS

058

Address or Location ID: **LIBBY, MT  PARKER RESIDENCE**
GPS: Northing _____  Easting: _____
Owner: **MEL PARKER**
Land Use Category:  Residential   School   Commercial Mining   Future Residential
                    Commercial Logging   Roadway   Other ( _____ )

Sample Date: **3·14·00**         Sampling Team: **TODD HOEFEN / n VANCE**

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number |  |  |  |
| Index ID | 1-00572 | 1-00573 | 1-00574 |
| Sample Time | 3:40P | 3:40P |  |
| Matrix Type (circle) | (Soil)<br>Yard Soil<br>Garden Soil<br>Play Area<br>Driveway<br>Mining Waste<br>Other ( ____ ) | Soil<br>Yard Soil<br>Garden Soil<br>Play Area<br>Driveway<br>Mining Waste<br>(Other) ROCK | Soil<br>en Soil<br>Area<br>way<br>g Waste<br>( ROCK ) |
| Category (circle) | (FS)<br>FD | (FS)<br>FD |  |
| Type (circle) | (Grab)<br>Comp<br># subsamples ___ | (Grab)<br>Comp<br># subsamples ___ | (rab)<br>mp<br>subsamples ___ |
| Top Depth (in.) | ≈ 1" |  |  |
| Bottom Depth (in.) | – 4" |  |  |
| Map Location(s) (Indicate on field sketch) |  |  |  |
| Comments | SAMPLE FROM MOUND ON SE OUTSIDE CORNER OF LOADING FACILITY. | ASBESTOS ROCK FROM SAME MOUND AS 00572 | E FOUND OUTSIDE DING FACILITY IS ASBESTOS OTH SIDES OF NTRY ROCK |

entered 3/15/00 R

## LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
## SOIL-LIKE MATERIALS

059

Address or Location ID: **LIBBY MT PARKER RESIDENCE**
GPS: Northing _____ Easting: _____
Owner: **MEL PARKER**
Land Use Category: Residential  School  Commercial Mining  Future Residential
Commercial Logging  Roadway  Other ( _____ )

Sample Date: **3·14·00**   Sampling Team: **TOM HOEFEN / J**n **VANGE**

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | | | |
| Index ID | 1-00575 | | |
| Sample Time | | | |
| Matrix Type (circle) | Soil / Yard Soil / Garden Soil / Play Area / Driveway / Mining Waste / Other (**HOUSE DUST**) | Soil / Yard Soil / Garden Soil / Play Area / Driveway / Mining Waste / Other ( ) | Soil / Yard Soil / Garden Soil / Play Area / Driveway / Mining Waste / Other ( ) |
| Category (circle) | (FS) / FD | FS / FD | |
| Type (circle) | (Grab) / Comp  # subsamples ___ | Grab / Comp  # subsamples ___ | Comp  # subsamples ___ |
| Top Depth (in.) | N/A | | |
| Bottom Depth (in.) | N/A | | |
| Map Location(s) (Indicate on field sketch) | | | |
| Comments | WINDOW SILL DUST FROM PARKER RESIDENCE (LIVING ROOM) WINDOWS | | |

entered 3/15/00 R

Sheet No. 112

# LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
# BULK INSULATION

Address or Location ID: 609 9th St.
GPS (if no address available): Northing _____ Easting _____
Owner: Mel + Lewis Parker
Land Use Category: (Residential) School Commercial Mining Other (____)

Date: 7/13/00
Sampling Team: PES

| Data Item | Sample 1 | Sample 2 | Sample 3 |
|---|---|---|---|
| Field ID Number | | | |
| Index ID | 1-01658 | | |
| Matrix Type | ~~Insulation~~ Cloth Material | Insulation | Insulation |
| Category (circle) | (FS) / FD | FS / FD | FS / FD |
| Description of sampling location | Cloth Material collected in lint trap of Dryer | | |
| Field Comments | | | |

*Parker 609 9th Street*

Phase 1 Soil,Bulk

| Sample ID | Scenario / Field ID | Task | Location | Sub Location | Media Type | Matrix | Category | Date | PLM Tremolite-Actinolite (%) |
|---|---|---|---|---|---|---|---|---|---|
| 1-01637 | BU0121 | | 609 9th Street. | Attic access | Bulk | Insulation | FS - Field Sample | 23-Jun-00 | <1 |
| 1-01658 | 1-01658 | | 609 9th Street. | Filter base collected in lint trap of dryer | Bulk | Insulation cloth | FS - Field Sample | 13-Jul-00 | <1 |

Parker

Page 1

Parker, Mel.max

## LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
## AIR

Address or Location ID: 609 9th St.
GPS (if no address available): Northing _____ Easting _____
Owner: Mel + Thera Parker
Land Use Category: Residential   School   Commercial   Mining   Other (Nursery)

Site Visit Date: 6/23/00    Sampling Team: REAC

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Field ID Number | | | |
| Index ID | 1-01572 | 1-01573 | 1-01586 |
| Category (circle) | FS / Rep / Blank | Co-located 1-01572 | FS / Rep / Blank Field |
| Matrix Type (circle) | Indoor / Outdoor | Indoor / Outdoor | Indoor / Outdoor |
| Location Description | Bedroom | Bedroom | |
| Flow Meter Type | Roto | Roto | |
| Flow Meter ID No. | 8174 | 8174 | |
| Pump ID Number | 3 | 6 | |
| Start-Date | 6/23/00 | 6/23/00 | |
| Start-Time | 07:35 | 07:35 | |
| Start-Flow (L/min) | 12Lpm | 12Lpm | |
| Start-Counter | 7885.6 | 7583.2 | |
| Stop-Date | 6/23/00 | 6/23/00 | |
| Stop-Time | 13:35 | 13:35 | |
| Stop-Flow (L/min) | 12Lpm | 12Lpm | |
| Stop-Counter | 8245.6 | 07943.2 | |
| Pump fault? | No / Yes | No / Yes | No / Yes |
| MET Station onsite? | No / Yes | No / Yes | No / Yes |
| Field Comments | Time: 360 min / Flow: 12Lpm / Vol: 4320 L | Time: 360 min / Flow: 12Lpm / Vol: 4320 L | |

## LIBBY MONTANA SITE INVESTIGATION
## FIELD SAMPLE DATA SHEET FOR
## DUST

000113

Address or Location ID: 609 9th Street
GPS (if no address available): Northing_____ Easting_____
Owner: Mel & Lerah Parker
Land Use Category: (Residential) School Commercial Mining Other (_____)

Date: 6-23-00
Sampling Team: Stewart

| Data Item | Cassette 1 | Cassette 2 | Cassette 3 |
|---|---|---|---|
| Field ID Number | VC0353 | VC0354 | |
| Index ID | 1-01621 | 1-01622 | |
| Category (circle) | (FS) Blank | (FS) Blank | FS Blank |
| Location Description | Entry Way Tile Floor | 3 Window Sills | |
| Sample area (cm²) | 300 | 300 | |
| Flow Meter Type | Rotometer | Rotometer | |
| Flow Meter ID Number | 01247 | 01247 | |
| Pump ID Number | S04872 | S04872 | |
| Start-Flow (L/min) | 2.0 | 2.0 | |
| Start-Time | 0724 | 0731 | |
| Stop-Flow (L/min) | 2.0 | 2.0 | |
| Stop-Time | 0730 | 0737 | |
| Pump fault? | (No) Yes | (No) Yes | No Yes |
| Field Comments | | | |

Parker 609 9th Street

problem with sample volume in database found no of problem



| Sample ID | Field Sample ID | Task | Location | Location ID | Sub Location (Location Description) | Media Type | Matrix | Matrix Unit | Category | Date | Phase/QC | Asbestos Type | Sub | Air cm (E/cc) | LMB conc (f/cc) | Grid Open Rate | Agent Rate | Batch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parker 1-01572 | | | | 609 9th Street | Bedroom | Air | Indoor | | FS - Field | 23-Jun-00 | | PCM | | | 10 | 0 | | |
| Parker 1-01473 | VC0303 | | | 609 9th Street | Bedroom | Air | Indoor | | FS - Field | 23-Jun-00 | | AHERA | | | 10 | 0 | | |
| Parker 1-01621 | | | | 609 9th Street | Entryway, fio | Dust | Building | | FS - Field | 23-Jun-00 | | | | | 10 | 0 | | |
| Parker 1-01622 | VC0314 | | | 609 9th Street | 3 Window sills | Dust | Building | | FS - Field | 23-Jun-00 | | | | | | | | |

Phase 1 Air, Dust, Water

Page 1

Parker, Mel.max