```
Date: 06/20/03            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/01/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2      100.00
 #1917     Telephone Relles to review and plan work              500.00

 04/01/03  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2       66.00
 #2111     telephone Peterson re: current status, plans for      330.00
           proceeding
```

{D0011309:1 }

```
Date: 06/20/03            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 04/01/03  Peterson  / (07) Committee, Creditors'              0.3      150.00
  #1918    Telephone conference with Inselbuch re: work       500.00
           schedule
```

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 3

                    W. R. Grace (continued)


Date/Slip#  Description                              HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
 05/14/03   Brelsford / (14) Hearings                      0.2      40.00
 #2601      work on report: formatting column-widths, vertical  200.00
            line spacing

 05/14/03   Brelsford / (14) Hearings                      0.1      20.00
 #2602      work on report: formatting program             200.00

 05/21/03   Brelsford / (14) Hearings                      0.7     140.00
 #2603      develop powerpoint charts                      200.00
```

{D0011309:1 }

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 4

                       W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 05/01/03  Peterson  / (28) Data Analysis                        0.4   200.00
 #1905     Review alternative treatment of asbestos claims    500.00

 05/06/03  Peterson  / (28) Data Analysis                        0.7   350.00
 #1906     Review alternative treatment of asbestos claims    500.00

 05/06/03  Relles    / (28) Data Analysis                        0.3    99.00
 #2101     assemble projections and settlement values for 15  330.00
           defendants; send to Peterson for AFL-CIO meeting on
           effects of alternative treatment of asbestos claims

 05/07/03  Peterson  / (28) Data Analysis                        0.1    50.00
 #1901     telephone Relles (2 calls) re: projections and     500.00
           settlement values for 15 defendants

 05/07/03  Peterson  / (28) Data Analysis                        1.3   650.00
 #1907     Meeting with Florence, others on alternative       500.00
           treatment of asbestos claims; analysis of
           alternative treatments

 05/07/03  Relles    / (28) Data Analysis                        0.1    33.00
 #2102     check exposure information for steelworkers       330.00

 05/07/03  Relles    / (28) Data Analysis                        0.1    33.00
 #2103     telephone Peterson (2 calls) re: projections and  330.00
           settlement values for 15 defendants

 05/08/03  Peterson  / (28) Data Analysis                        0.1    50.00
 #1908     Review correspondence from Seminario re: alternative 500.00
           treatment of asbestos claims

 05/10/03  Peterson  / (28) Data Analysis                        0.3   150.00
 #1909     Review materials and draft letter to Hiatt re:     500.00
           alternative treatment of asbestos claims

 05/16/03  Peterson  / (28) Data Analysis                        0.7   350.00
 #1910     Prepare memo on alternative treatment of asbestos  500.00
           claims

 05/19/03  Peterson  / (28) Data Analysis                        0.3   150.00
 #1911     Revise memo on alternative treatment of asbestos   500.00
           claims

 05/19/03  Relles    / (28) Data Analysis                        0.1    33.00
 #2104     reformat and send letter to AFL-CIO re: alternative 330.00
           treatment of asbestos claims
```

{D0011309:1 }

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                             Page 5

                      W. R. Grace (continued)


Date/Slip#  Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 05/20/03   Peterson  / (28) Data Analysis                         0.1      50.00
 #1912      Review description of alternative treatment of       500.00
            asbestos claims

 05/29/03   Peterson  / (28) Data Analysis                         0.1      50.00
 #1902      telephone Relles re: running simulations for         500.00
            alternative treatment of asbestos claims

 05/29/03   Peterson  / (28) Data Analysis                         0.4     200.00
 #1913      Review proposed alternative treatment of asbestos    500.00
            claims

 05/29/03   Relles    / (28) Data Analysis                         0.1      33.00
 #2105      telephone Peterson re: running simulations for       330.00
            alternative treatment of asbestos claims

 05/30/03   Peterson  / (28) Data Analysis                         0.1      50.00
 #1903      telephone Relles re: steps in analysis of            500.00
            alternative treatment of asbestos claims

 05/30/03   Peterson  / (28) Data Analysis                         0.1      50.00
 #1904      telephone Relles re: results of effects of           500.00
            alternative treatment of asbestos claims based on
            LAS assumptions

 05/30/03   Peterson  / (28) Data Analysis                         0.6     300.00
 #1914      Develop analysis of alternative treatment of         500.00
            asbestos claims

 05/30/03   Relles    / (28) Data Analysis                         0.1      33.00
 #2106      telephone Peterson re: steps in analysis of          330.00
            alternative treatment of asbestos claims

 05/30/03   Relles    / (28) Data Analysis                         0.1      33.00
 #2107      develop data to support simulation of effects of     330.00
            alternative treatment of asbestos claims

 05/30/03   Relles    / (28) Data Analysis                         0.1      33.00
 #2108      telephone Peterson re: results of effects of         330.00
            alternative treatment of asbestos claims based on
            LAS assumptions

 05/30/03   Relles    / (28) Data Analysis                         0.1      33.00
 #2109      run simulation of effects of alternative treatment   330.00
            of asbestos claims based on Florence assumptions
```

{D0011309:1 }

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/31/03  Peterson  / (28) Data Analysis                      0.6     300.00
 #1915     Work on analysis of alternative treatment of      500.00
           asbestos claims; develop material describing
           analysis

 05/31/03  Peterson  / (28) Data Analysis                      0.1      50.00
 #1916     Telephone Relles re: progress and results of      500.00
           analysis of alternative treatment of asbestos claims

 05/31/03  Relles    / (28) Data Analysis                      0.5     165.00
 #2110     run simulations of effects of alternative treatment, 330.00
           experiment with graphics, allow for additional
           variations; telephone Peterson (several calls, .1)
           re: progress and results

-------------------------------------------------------------------------------
```

{D0011309:1 }

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page  7

                        W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                           April 2003 - May 2003

   MONTH       ACTIVITY                                         HOURS    AMOUNT
   ----------------------------------------------------------------------------
   April    - (05) Claims Anal Objectn/Resolutn (Asbest)          0.4    166.00
   April    - (07) Committee, Creditors'                          0.3    150.00
   April    - (99) Total                                          0.7    316.00

   May      - (14) Hearings                                       1.0    200.00
   May      - (28) Data Analysis                                  7.6   3528.00
   May      - (99) Total                                          8.6   3728.00

   Total    - (05) Claims Anal Objectn/Resolutn (Asbest)          0.4    166.00
   Total    - (07) Committee, Creditors'                          0.3    150.00
   Total    - (14) Hearings                                       1.0    200.00
   Total    - (28) Data Analysis                                  7.6   3528.00
   Total    - (99) Total                                          9.3   4044.00


-------------------------------------------------------------------------------
```

{D0011309:1 }

```
Date: 06/20/03              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 8

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                       April 2003 - May 2003

 MONTH      PERSON                                            HOURS    AMOUNT
 ----------------------------------------------------------------------------
 April    - Relles                                              0.2     66.00
 April    - Peterson                                            0.5    250.00
 April    - Total                                               0.7    316.00

 May      - Relles                                              1.6    528.00
 May      - Peterson                                            6.0   3000.00
 May      - Brelsford                                           1.0    200.00
 May      - Total                                               8.6   3728.00

 Total    - Relles                                              1.8    594.00
 Total    - Peterson                                            6.5   3250.00
 Total    - Brelsford                                           1.0    200.00
 Total    - Total                                               9.3   4044.00


 ----------------------------------------------------------------------------
```

```
Date: 06/20/03           Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 9

                     W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                          April 2003 - May 2003

 MONTH       PERSON                               HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 April    - Relles                                 0.2    330.       66.00
 April    - Peterson                               0.2    500.      100.00

 (07) Committee, Creditors'

 April    - Peterson                               0.3    500.      150.00

 (14) Hearings

 May      - Brelsford                              1.0    200.      200.00

 (28) Data Analysis

 May      - Relles                                 1.6    330.      528.00
 May      - Peterson                               6.0    500.     3000.00

 ----------------------------------------------------------------------
```

{D0011309:1 }