**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

July 26, 2003

**Invoice No. 08803**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period June 1, 2003 through  June 30, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 1.70 | $807.50 |
| James Sinclair- Managing Director | 3.40 | $1,530.00 |
| Michael Berkin - Managing Director | 19.80 | $8,910.00 |
| Dottie-Jo Collins - Manager | 1.50 | $390.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone, Xerox | | $59.60 |
| **T O T A L** | | $11,697.10 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                          by Billing Matter Category.

Case 01-01139-AMC    Doc 4254-3    Filed 08/13/03    Page 2 of 6

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

July 26, 2003

**Invoice No. 08803**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:    June 1-30, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $475 | 1.70 | $807.50 |
| James Sinclair | Schedule A | $450 | 3.40 | $1,530.00 |
| Michael Berkin | Schedule A | $450 | 19.80 | $8,910.00 |
| Dottie-Jo Collins | Schedule A | $260 | 1.50 | $390.00 |
| **Total Professional Services- Schedule A:** | | | 26.40 | $11,637.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $59.60 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $11,697.10 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period: June 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 6/2/03 | LT | Review of recommendation memorandum and list of critical dates | **26** | 0.50 | $475.00 | $237.50 |
| 6/23/03 | LT | Review engagement status | **26** | 0.30 | $475.00 | $142.50 |
| 6/23/03 | LT | Review monthly fee application including daily timekeepers entries for May 2003 | **11** | 0.20 | $475.00 | $95.00 |
| 6/23/03 | LT | Review of memorandum from ACC counsel regarding June 17, 2003 hearing | **07** | 0.30 | $475.00 | $142.50 |
| 6/30/03 | LT | Preparation of operating financial summary requested by ACC counsel | **07** | 0.40 | $475.00 | $190.00 |
| | | **Sub-Total** | | 1.70 | | $807.50 |
| **James Sinclair - Managing Director** | | | | | | |
| 6/9/03 | JS | Review Due Diligence Report for valuation purposes | 21 | 1.60 | $450.00 | $720.00 |
| 6/10/03 | JS | Review and analysis of 2002 10K for valuation purposes | 21 | 1.80 | $450.00 | $810.00 |
| | | **Sub-Total** | | 3.40 | | $1,530.00 |
| **Michael Berkin - Managing Director** | | | | | | |
| 6/3/03 | MB | Review and analyze debtor revised first quarter operating results | 26 | 2.30 | $450.00 | $1,035.00 |
| 6/10/03 | MB | Preparation of work plan for analysis to be completed related to continuing operations, valuation and recovery | 21 | 2.40 | $450.00 | $1,080.00 |
| 6/11/03 | MB | Review 6/6/03 Calendar of Critical Events | 26 | 0.50 | $450.00 | $225.00 |
| 6/16/03 | MB | Review 6/13/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 6/18/03 | MB | Review proposed motion authorizing debtors to make pension plan contributions | 08 | 1.80 | $450.00 | $810.00 |
| 6/18/03 | MB | Analyze six informational exhibits related to proposed motion authorizing debtors to make pension plan contributions | 08 | 2.80 | $450.00 | $1,260.00 |
| 6/18/03 | MB | Prepare issue list for conference call with debtor to discuss pension funding proposal | 08 | 0.90 | $450.00 | $405.00 |
| 6/18/03 | MB | Participate in conference call with debtor to discuss pension funding proposal | 08 | 0.50 | $450.00 | $225.00 |
| 6/18/03 | MB | Summarize issues resulting from conference call with debtor to discuss pension funding proposal | 08 | 0.70 | $450.00 | $315.00 |
| 6/19/03 | MB | Review pension funding status of comparable companies in connection with assessment of proposed pension funding motion | 08 | 1.20 | $450.00 | $540.00 |
| 6/19/03 | MB | Review Project Beta acquisition presentation prepared by debtor financial advisor | 26 | 1.80 | $450.00 | $810.00 |
| 6/19/03 | MB | Review and analyze financial data supporting Project Beta acquisition | 26 | 1.20 | $450.00 | $540.00 |
| 6/20/03 | MB | Review 6/20/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 6/27/03 | MB | Analyze alternative pension funding strategies in connection with assessment of pension motion | 08 | 2.60 | $450.00 | $1,170.00 |
| 6/30/03 | MB | Review 6/27/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| | | **Sub-Total** | | 19.80 | | $8,910.00 |
| **Dottie-Jo Collins - Manager** | | | | | | |
| 6/30/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 1.50 | $260.00 | $390.00 |
| | | **Sub-Total** | | 1.50 | | $390.00 |
| | | **TOTAL Schedule 'A'** | | 26.40 | | $11,637.50 |

4

# W.R. Grace

## Schedule B

**Services Rendered during the Period: June 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/23/03 | LT | Review of memorandum from ACC counsel regarding June 17, 2003 hearing | **07** | 0.30 | $475.00 | $142.50 |
| 6/30/03 | LT | Preparation of operating financial summary requested by ACC counsel | **07** | 0.40 | $475.00 | $190.00 |
| | | **TOTAL Category 07: Committee, Creditor's Matters** | | **0.70** | | **$332.50** |
| 6/18/03 | MB | Review proposed motion authorizing debtors to make pension plan contributions | 08 | 1.80 | $450.00 | $810.00 |
| 6/18/03 | MB | Analyze six informational exhibits related to proposed motion authorizing debtors to make pension plan contributions | 08 | 2.80 | $450.00 | $1,260.00 |
| 6/18/03 | MB | Prepare issue list for conference call with debtor to discuss pension funding proposal | 08 | 0.90 | $450.00 | $405.00 |
| 6/18/03 | MB | Participate in conference call with debtor to discuss pension funding proposal | 08 | 0.50 | $450.00 | $225.00 |
| 6/18/03 | MB | Summarize issues resulting from conference call with debtor to discuss pension funding proposal | 08 | 0.70 | $450.00 | $315.00 |
| 6/19/03 | MB | Review pension funding status of comparable companies in connection with assessment of proposed pension funding motion | 08 | 1.20 | $450.00 | $540.00 |
| 6/27/03 | MB | Analyze alternative pension funding strategies in connection with assessment of pension motion | 08 | 2.60 | $450.00 | $1,170.00 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | **10.50** | | **$4,725.00** |
| 6/23/03 | LT | Review monthly fee application including daily timekeepers entries for May 2003 | **11** | 0.20 | $475.00 | $95.00 |
| 6/30/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 1.50 | $260.00 | $390.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | **1.70** | | **$485.00** |
| 6/9/03 | JS | Review Due Diligence Report for valuation purposes | 21 | 1.60 | $450.00 | $720.00 |
| 6/10/03 | JS | Review and analysis of 2002 10K for valuation purposes | 21 | 1.80 | $450.00 | $810.00 |
| 6/10/03 | MB | Preparation of work plan for analysis to be completed related to continuing operations, valuation and recovery | 21 | 2.40 | $450.00 | $1,080.00 |
| | | **TOTAL Category 21: Valuation** | | **5.80** | | **$2,610.00** |
| 6/2/03 | LT | Review of recommendation memorandum and list of critical dates | **26** | 0.50 | $475.00 | $237.50 |
| 6/3/03 | MB | Review and analyze debtor revised first quarter operating results | 26 | 2.30 | $450.00 | $1,035.00 |
| 6/11/03 | MB | Review 6/6/03 Calendar of Critical Events | 26 | 0.50 | $450.00 | $225.00 |
| 6/16/03 | MB | Review 6/13/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 6/19/03 | MB | Review Project Beta acquisition presentation prepared by debtor financial advisor | 26 | 1.80 | $450.00 | $810.00 |
| 6/19/03 | MB | Review and analyze financial data supporting Project Beta acquisition | 26 | 1.20 | $450.00 | $540.00 |
| 6/20/03 | MB | Review 6/20/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 6/23/03 | LT | Review engagement status | **26** | 0.30 | $475.00 | $142.50 |
| 6/30/03 | MB | Review 6/27/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| | | **TOTAL Category 26: Business Analysis** | | **7.70** | | **$3,485.00** |
| | | **TOTAL Schedule B** | | **26.40** | | **$11,637.50** |

# W. R. Grace                                        Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Category** | **Amount** |
|---|---|---|
| Telephone | 11 | $22.10 |
| Xerox:   ( 375 x $0.10 per page) | 11 | $37.50 |
| **Total Expenses incurred from  June 1-30, 2003** | | **$59.60** |