Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    04/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-01D
                                          STATEMENT NO:      23


Asset Analysis and Recovery



PREVIOUS BALANCE                                     $1,799.80



                                              HOURS
04/01/03
     KJC Research re potential preference actions      0.80    120.00
     KJC Review of e-mails and attached memos from
         Debtors re avoidance actions                  0.50     75.00
     KJC E-mail to P. Milch re deadline for
         avoidance actions                             0.20     30.00
     PEM Telephone conference with Inselbuch re:
         avoidance actions                             0.10     29.00
     PEM Telephone conference with Campbell and
         MRE re: avoidance action memo                 0.10     29.00
     MRE Telephone call with PEM regarding
         avoidance actions                             0.10     27.50
     MRE Meeting with AFM and KJC regarding
         avoidance actions                             0.20     55.00
     MTH Reviewing documents re avoidance actions
         re questions from EI.                         0.20     53.00

04/02/03
     KJC Review reply from PEM re avoidance
         deadline                                      0.10     15.00

04/03/03
     MRE Review of motion to extend time to file
         avoidance actions                             0.20     55.00
     MRE Drafting of e-mail to PEM regarding
         motion to extend time to file avoidance
         actions                                       0.10     27.50

04/04/03
     KJC Review MRE e-mail re unsecured creditor's
         committee motion to extend avoidance
         actions                                       0.10     15.00

```
                                                      Page: 2
W.R. Grace                                          04/30/2003
                                            ACCOUNT NO: 3000-01D
                                            STATEMENT NO:      23

Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| KJC | Review unsecured creditors committee motion to extend period for avoidance actions | 0.30 | 45.00 |
| KJC | Conference with PEM and MRE re research related to motion to extend period for filing avoidance action | 0.20 | 30.00 |
| KJC | Case law research re unsecured creditors motion to extend time to file avoidance actions | 2.50 | 375.00 |
| PEM | Review unsecured credit committee motion to extend time to file avoidance actions (.2); telephone conference with MRE and KJC re: same (.2) | 0.40 | 116.00 |
| MTH | Reviewing correspondence from MRE re UCC Motion to extend preference actions. | 0.10 | 26.50 |
| MTH | Reviewing Motion to Extend the Time to File Avoidance Actions. | 0.40 | 106.00 |
| MRE | Telephone call with PEM regarding UCC's motion to extend time to file avoidance actions | 0.10 | 27.50 |
| MRE | Meeting with PEM and KJC regarding avoidance actions | 0.20 | 55.00 |

04/07/03

| | | | |
|---|---|---|---|
| KJC | Draft memo to PEM and MRE re research results on extensions of time to file avoidance actions | 1.40 | 210.00 |
| KJC | Review comments of MRE and PEM re memo on avoidance action extension memo in response to motion filed by UCC | 0.20 | 30.00 |
| KJC | Review of various memos (.3), exhibit A to Debtors memo on avoidance actions (.4), and motion for extension of time to file avoidance actions (.5) in preparation of recommendation memo to committee counsel re avoidance actions | 1.20 | 180.00 |
| MRE | Review of memo regarding tolling of statute of limitations | 0.20 | 55.00 |
| MRE | E-mails with KJC and PEM regarding memo on avoidance actions | 0.20 | 55.00 |

04/08/03

| | | | |
|---|---|---|---|
| KJC | Drafting of recommendation memo re pursuit of avoidance actions | 2.30 | 345.00 |
| KJC | Revisions to research memo to PEM and MRE | | |

```
                                                        Page:  3
W.R. Grace                                          04/30/2003
                                              ACCOUNT NO: 3000-01D
                                              STATEMENT NO:      23

Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
|  | re tolling statute of limitations | 0.20 | 30.00 |
| KJC | Conference with PEM re memo to committee counsel re avoidance actions | 0.30 | 45.00 |
| KJC | Revisions to memo to committee counsel re avoidance actions | 0.40 | 60.00 |
| KJC | Draft e-mail to counsel re recommendation memo on avoidance actions | 0.20 | 30.00 |
| PEM | Telephone conference with Campbell re: Grace motion to toll statute of limitations | 0.30 | 87.00 |
| MRE | Review and revisions to memo regarding extension of time to file avoidance actions | 0.20 | 55.00 |
| MTH | Reviewing correspondence from KJC re UCC Motion re avoidance actions. | 0.30 | 79.50 |

**04/14/03**

| | PEM | Review memo from counsel re: avoidance actions to committee | 0.30 | 87.00 |
|---|---|---|---|---|

**04/24/03**

| | PEM | Review memo re: preference issues | 0.10 | 29.00 |
|---|---|---|---|---|

**04/28/03**

| | KJC | Review e-mail from PEM re potential preferential transfers | 0.20 | 30.00 |
|---|---|---|---|---|
| | KJC | Search of SOFA re potential preferential transfer | 1.20 | 180.00 |
| | KJC | Draft e-mail to MRE and PEM re SOFA search | 0.30 | 45.00 |
| | MRE | Telephone call with EI regarding schedules | 0.20 | 55.00 |
| | MRE | Meeting with KJC regarding schedule | 0.20 | 55.00 |
| | MRE | Review of scheduling orders and e-mail to counsel | 0.20 | 55.00 |
| | MRE | Drafting of e-mail to PEM regarding conveyance matters | 0.10 | 27.50 |
| | DAC | Review memo re: preference period | 0.10 | 35.00 |

**04/29/03**

| | KJC | Search of Schedules and SOFA re professional payments | 0.50 | 75.00 |
|---|---|---|---|---|
| | KJC | Discussion with MRE re professional payments | 0.20 | 30.00 |
| | MRE | Review of adversary complaint | 0.20 | 55.00 |

```
                                                        Page:  4
        W.R. Grace                                     04/30/2003
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:      23

        Asset Analysis and Recovery
```

```
                                               HOURS
        MRE Review of schedules (.3) meeting with KJC
            regarding same (.2) and drafting of
            e-mail to C&D regarding same (.2)        0.70    192.50

04/30/03
        KJC Review e-mails from EI and MRE re
            professional payments                    0.20     30.00
        KJC Search of Docket and review of various
            documents related to payment of
            professional                             2.00    300.00
        KJC Review of e-mail from E. Inselbuch re
            response to committee request            0.20     30.00
        KJC Discussion with DAC re schedules and
            professional payments                    0.20     30.00
        KJC Call to E. Strug re documents related to
            scheduled professional payments          0.20     30.00
        KJC Discussion with MRE re schedules and
            committee request                        0.30     45.00
        KJC Review e-mail from MRE to E. Insulbuch re
            conclusion regarding payment research    0.10     15.00
        DAC Discussion with KJC re: schedules and
            payments to professionals                0.20     70.00
        MRE Meeting with KJC regarding schedules     0.20     55.00
                                                     -----  --------
            FOR CURRENT SERVICES RENDERED           22.40  4,129.50

                         RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Douglas A. Campbell            0.30    $350.00   $105.00
        Philip E. Milch                1.30     290.00    377.00
        Mark T. Hurford                1.00     265.00    265.00
        Marla R. Eskin                 3.30     275.00    907.50
        Kathleen J. Campbell          16.50     150.00  2,475.00


            TOTAL CURRENT WORK                          4,129.50


04/14/03 Payment - Thank you. (July, 2002 - 20%)         -522.60
04/14/03 Payment - Thank you. (August, 2002 - 20%)       -582.20
                                                       ---------
            TOTAL PAYMENTS                              -1,104.80
```

```
                                                       Page: 5
W.R. Grace                                          04/30/2003
                                         ACCOUNT NO: 3000-01D
                                         STATEMENT NO:      23

Asset Analysis and Recovery




     BALANCE DUE                            $4,824.50
                                            =========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        04/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:     23


    Asset Disposition




    PREVIOUS BALANCE                                $632.80



                                        HOURS
04/17/03
    MTH Reviewing Stipulation and Agreed Order re
        Kent Holdings Objection to Lease
        Rejection Notice.                   0.20     53.00

04/23/03
    MTH Reviewing Order re Kent Holdings
        Objection re Unexpired Lease Rejection
        Notice.                             0.10     26.50
                                            ----    -----
    FOR CURRENT SERVICES RENDERED           0.30     79.50

                    RECAPITULATION
    TIMEKEEPER               HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.30    $265.00      $79.50


    TOTAL CURRENT WORK                               79.50


04/14/03 Payment - Thank you. (September, 2002 - 20%)    -7.00


    BALANCE DUE                                    $705.30
                                                   =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                            04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      18

Business Operations




        PREVIOUS BALANCE                                $366.60


                                          HOURS
04/09/03
     DEM Drafting of e-mail to Larry Tersigni
         regarding Monthly Operating Report     0.10      9.50
                                                ----      ----
         FOR CURRENT SERVICES RENDERED          0.10      9.50

                       RECAPITULATION
   TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
   Diane E. Massey              0.10    $95.00      $9.50


        TOTAL CURRENT WORK                                9.50


        BALANCE DUE                                     $376.10
                                                        =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            04/30/2003
Wilmington   DE                          ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      23


Case Administration



        PREVIOUS BALANCE                             $1,603.20



                                          HOURS
04/02/03
      MTH Reviewing correspondence from E. Strug re
          futures rep.                      0.10      26.50
      MTH Reviewing documents re questions from E.
          Strug.                            0.30      79.50
      MTH Correspondence to E. Strug re futures
          rep.                              0.10      26.50

04/03/03
      MRE Review of Order Requiring Status Report
          on Pending Matters                0.10      27.50
      MTH Reviewing Order requiring Status Report
          on Pending Matters.               0.10      26.50

04/04/03
      MTH Reviewing Affidavit of L. Farmer re PWC
          audit work re the Sarbanes Oxley Act.     0.10      26.50

04/10/03
      MTH Reviewing MOR for February.        0.30      79.50

04/17/03
      MTH Reviewing statement of the Debtors of
          amounts paid to ordinary course
          professionals.                    0.10      26.50

04/23/03
      MTH Reviewing supplemental affidavit of R.
          Cohn.                             0.20      53.00

04/24/03
      MRE Review of Status Report            0.20      55.00

```
                                                       Page: 2
       W.R. Grace                                   04/30/2003
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      23

       Case Administration




                                              HOURS
       MTH Reviewing Debtors' Status Report of
            pending issues.                    0.40    106.00
                                               ----    ------
            FOR CURRENT SERVICES RENDERED      2.00    533.00
                         RECAPITULATION
       TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
       Mark T. Hurford             1.70   $265.00     $450.50
       Marla R. Eskin             0.30    275.00       82.50


       TOTAL CURRENT WORK                             533.00


04/14/03 Payment - Thank you. (July, 2002 - 20%)     -257.40
04/14/03 Payment - Thank you. (August, 2002 - 20%)   -311.60
                                                     -------
       TOTAL PAYMENTS                                -569.00

       BALANCE DUE                                 $1,567.20
                                                   =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         04/30/2003
Wilmington   DE                     ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      23

Claims Analysis Objection & Resolution (Asbestos)



     PREVIOUS BALANCE                        $4,613.60



04/14/03 Payment - Thank you. (July, 2002 - 20%)        -971.50
04/14/03 Payment - Thank you. (August, 2002 - 20%)      -443.70
04/14/03 Payment - Thank you. (September, 2002 - 20%)     -5.30
                                                   ---------
     TOTAL PAYMENTS                            -1,420.50

     BALANCE DUE                               $3,193.10
                                                =========


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-06D
                                          STATEMENT NO:     23

Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                        $232.70


                                           HOURS
04/01/03
     MTH Reviewing Stipulation and Order
         Permitting PBGC to File Consolidated
         Claims under one case number.          0.30     79.50
     MTH Meeting with DBS re stipulation re PBGC
         POC's.                                 0.10     26.50

04/29/03
     MTH Meeting with MRE re upcoming objections
         and deadlines.                         0.20     53.00
                                               ----   ------
         FOR CURRENT SERVICES RENDERED          0.60   159.00

                    RECAPITULATION
   TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
   Mark T. Hurford              0.60    $265.00    $159.00


     TOTAL CURRENT WORK                                 159.00



04/14/03 Payment - Thank you. (July, 2002 - 20%)       -210.90
04/14/03 Payment - Thank you. (August, 2002 - 20%)     -350.80
04/14/03 Payment - Thank you. (September, 2002 - 20%)    -5.50
                                                       -------
     TOTAL PAYMENTS                                    -567.20

     CREDIT BALANCE                                   -$175.50
                                                      ========

W.R. Grace                                         04/30/2003
                                    ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      23
Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                         04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:     23

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                              $13,860.60



                                          HOURS
04/01/03
    PEM Review daily memo of pleadings filed     0.10    29.00
    MRE Meeting with Mark Hurford regarding
        upcoming objection deadlines and pending
        motions                                  0.20    55.00
    MRE Review of memo for April 1, 2003
        summarizing pleadings filed              0.10    27.50
    MTH Reviewing report re pleadings filed March
        31, 2003.                                0.10    26.50
    MTH Meeting with MRE re upcoming objection
        deadlines, pending motions.              0.20    53.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30    28.50
    DEM Research of players list and docket for
        futures rep information for Elihu        0.20    19.00

04/02/03
    LMP Updated WR Grace Weekly recommendation
        memo with reviewed Fee Application       0.20    19.00
    MTH Reviewing report re pleadings filed April
        1, 2003.                                 0.10    26.50
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30    28.50

04/03/03
    MRE Review of memo for April 3, 2003
        summarizing pleadings filed              0.10    27.50
    MAL Attention to document organization       0.20    19.00
    MTH Reviewing report re pleadings filed April
        2, 2003.                                 0.10    26.50

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.20 | 19.00 |

04/04/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| MTH | Reviewing report re pleadings filed April 3, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation memorandum. | 0.80 | 212.00 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.10 | 9.50 |

04/06/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memo for April 2, 2003 summarizing pleadings filed | 0.10 | 27.50 |

04/07/03

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memo for April 4, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MTH | Reviewing report re pleadings filed April 4, 2003. | 0.10 | 26.50 |

04/08/03

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MRE | Meeting with Mark Hurford regarding upcoming objection deadlines and pending motions | 0.30 | 82.50 |
| MRE | Review of memo for April 4, 2003 | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | summarizing pleadings filed | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed April 7, 2003. | 0.10 | 26.50 |
| MTH | Preparing for meeting (.1); and attending meeting with MRE re upcoming deadlines, objections, status of review of pending pleadings (.3) | 0.40 | 106.00 |
| **04/09/03** |  |  |  |
| MK | Update attorneys' case binders | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Reviewing report re pleadings filed April 8, 2003. | 0.10 | 26.50 |
| **04/10/03** |  |  |  |
| MAL | Attention to document organization | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| LMP | Updated Weekly Recommendation memorandum with reviewed fee application | 0.20 | 19.00 |
| MRE | Review of memo for April 9, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of memo for April 8, 2003 summarizing pleadings filed in adversary matters | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed April 9, 2003. | 0.10 | 26.50 |
| **04/11/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Reviewing report re pleadings filed April 10, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.80 | 212.00 |
| **04/14/03** |  |  |  |
| MAL | Updating Service List | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); | 0.30 | 28.50 |
| DEM | Update Attorney Binder | 0.10 | 9.50 |
| MRE | Review of memo for April  10, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed April 11, 2003. | 0.10 | 26.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| **04/15/03** |  |  |  |
| MK | Review committee calendar; update aspects | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.30 | 28.50 |
| MRE | Review of memo for April 11, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of memo for April 14, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Meeting with Mark Hurford regarding upcoming objection deadlines and pending motions | 0.20 | 55.00 |
| MTH | Reviewing report re pleadings filed April 14, 2003. | 0.10 | 26.50 |
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| **04/16/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed April 15, 2003. | 0.10 | 26.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |

```
                                                        Page: 5
W.R. Grace                                            04/30/2003
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:      23
Committee, Creditors, Noteholders, Equity Holders
```

```
                                                HOURS
04/17/03
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)         0.30      28.50
    DEM Revision of Weekly Recommendation Memo   0.10       9.50
    DAC Review counsel's weekly recommendation
        memo                                    0.20      70.00
    MTH Reviewing report re pleadings filed April
        16, 2003.                               0.10      26.50
    MTH Preparing weekly recommendation
        memorandum.                             0.50     132.50

04/20/03
    MRE Review of memo for April 15, 2003
        summarizing pleadings filed             0.10      27.50
    MRE Review of memo for April 16, 2003
        summarizing pleadings filed             0.10      27.50

04/21/03
    PEM Review weekly recommendation memo re:
        pending motions and matters             0.30      87.00
    MRE Review of memo for April 17, 2003
        summarizing pleadings filed             0.10      27.50
    DEM Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)         0.50      47.50
    MTH Reviewing report re pleadings filed April
        18, 2003.                               0.10      26.50

04/22/03
    MRE Review of weekly recommendation memo     0.20      55.00
    MRE Meeting with Mark Hurford regarding
        upcoming objection deadlines and pending
        motions                                 0.20      55.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)         0.30      28.50
    DWR Organization and distribution of
        documents                               0.10       9.00
    MTH Reviewing report re pleadings filed April
        21, 2003.                               0.10      26.50
    MTH Meeting with MRE re issues for upcoming
        hearing.                                0.20      53.00
```

|  |  | HOURS |  |
|---|---|---|---|
| **04/23/03** | | | |
| MRE | Review of memo for April 21, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2); | 0.50 | 47.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| MTH | Reviewing report re pleadings filed April 22, 2003. | 0.10 | 26.50 |
| **04/24/03** | | | |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.30 | 28.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| MTH | Reviewing report re pleadings filed April 23, 2003. | 0.10 | 26.50 |
| MTH | Preparing memorandum to PVNL re April 28, 2003 Hearing. | 0.40 | 106.00 |
| **04/25/03** | | | |
| PEM | Review weekly recommendation memo to committee of pending motions and matters | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| MTH | Reviewing report re pleadings filed April 24, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation memorandum. | 0.50 | 132.50 |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| **04/27/03** | | | |
| MRE | Review of memo for April 24, 2003 summarizing pleadings filed | 0.10 | 27.50 |

```
                                                     Page: 7
W.R. Grace                                        04/30/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      23
Committee, Creditors, Noteholders, Equity Holders


                                              HOURS
04/28/03
     DAC Review counsel's weekly recommendation
         memo                                 0.20     70.00
     DWR Organization and distribution of
         documents                            0.10      9.00
     MTH Reviewing report re pleadings filed April
         25, 2003.                            0.10     26.50
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)      0.30     28.50
     MRE Drafting hearing memo for committee  0.50    137.50

04/29/03
     DWR Organization and distribution of
         documents                            0.10      9.00
     MTH Reviewing report re pleadings filed April
         23, 2003.                            0.10     26.50
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)      0.30     28.50
     DEM Revision of Weekly Recommendation Memo 0.70   66.50
     MRE Review of weekly recommendation memo  0.20    55.00
     MRE Review of e-mail from PVNL regarding memo
         to committee                         0.10     27.50
     MRE Review of memo for April 25, 2003
         summarizing pleadings filed          0.10     27.50
     MRE Review of memo for April 28, 2003
         summarizing pleadings filed          0.10     27.50

04/30/03
     DWR Organization and distribution of
         documents                            0.10      9.00
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1);     0.30     28.50
     MRE Review of memo for April 29, 2003
         summarizing pleadings filed          0.10     27.50
     MTH Reviewing report re pleadings filed April
         29, 2003.                            0.10     26.50
     MTH Reviewing correspondence from MRE re
         events at omnibus hearing.           0.20     53.00
                                              -----  --------
         FOR CURRENT SERVICES RENDERED        25.00  4,617.00
```

```
                                                          Page: 8
        W.R. Grace                                      04/30/2003
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:      23
        Committee, Creditors, Noteholders, Equity Holders
```

```
                          RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell            0.60    $350.00    $210.00
        Philip E. Milch                1.30     290.00     377.00
        Michele Kennedy                0.40      95.00      38.00
        Mark T. Hurford                6.70     265.00   1,775.50
        Marla R. Eskin                 3.90     275.00   1,072.50
        Daniel W. Rothamel             1.10      90.00      99.00
        Lauren M. Przybylek            0.40      95.00      38.00
        Margaret A. Landis             0.80      95.00      76.00
        Diane E. Massey                9.80      95.00     931.00


            TOTAL CURRENT WORK                            4,617.00


04/14/03 Payment - Thank you. (September, 2002 - 20%)     -704.90


            BALANCE DUE                                 $17,772.70
                                                        ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          04/30/2003
Wilmington   DE                         ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      22

Employee Benefits/Pension



    PREVIOUS BALANCE                         $1,880.00



04/14/03 Payment - Thank you. (July, 2002 - 20%)         -340.20
04/14/03 Payment - Thank you. (August, 2002 - 20%)       -121.80
04/14/03 Payment - Thank you. (September, 2002 - 20%)     -74.20
                                                         -------
    TOTAL PAYMENTS                                       -536.20

    BALANCE DUE                                        $1,343.80
                                                       =========


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:     23

Employment Applications, Others

        PREVIOUS BALANCE                          $2,279.20

                                           HOURS
04/02/03
    LMP Searched docket for Retention Application
        and Order for The Blackstone Group         0.20    19.00

04/23/03
    MTH Reviewing Order re Retention of Hilton
        for Asbestos PD Committee.                  0.10    26.50
                                                    ----    -----
        FOR CURRENT SERVICES RENDERED               0.30    45.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               0.10   $265.00      $26.50
    Lauren M. Przybylek           0.20     95.00       19.00

        TOTAL CURRENT WORK                                 45.50

04/14/03 Payment - Thank you. (July, 2002 - 20%)         -385.60
04/14/03 Payment - Thank you. (August, 2002 - 20%)       -543.40
                                                         -------
        TOTAL PAYMENTS                                   -929.00

        BALANCE DUE                                   $1,395.70
                                                      =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      21


Expenses



PREVIOUS BALANCE                                     $2,799.05



04/02/03 FAX to 4 parties of record- 4 pages (memo)      16.00
04/08/03 Postage - 4 @ $.60 (CNO re: PI committee 4th
         interim)                                         2.40
04/08/03 Postage- 4 @ $.60 (CNO)                          2.40
04/11/03 FAX to 4 parties of record- 4 pages (memo)      16.00
04/14/03 Photocopying - 14 pages (recommendation memo)    1.40
04/16/03 AT & T Long Distance Phone Calls                 5.33
04/21/03 Photocopying - 13 pages (recommendation memo)    1.30
04/22/03 Postage- 4 @ $1.06 (C&L, C&D CNO)                4.24
04/23/03 FAX to 4 parties of record- 4 pages (memo)      16.00
04/23/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 4/22/03 (C&L and C&D
         monthly fee application in Sealed Air)          70.56
04/25/03 FAX to Donna - 13 pages (corrected bill)        13.00
04/29/03 Postage- 4 @ $1.29 (C&D fee application)         5.16
04/29/03 Postage- 3 @ $2.21 (C&L fee application)         6.63
04/30/03 Pacer charges for March, 2003                  137.06
                                                        ------
         TOTAL EXPENSES                                 297.48

         TOTAL CURRENT WORK                             297.48



04/14/03 Payment - Thank you. (July, 2002 - 20%)        -23.20
04/14/03 Payment - Thank you. (August, 2002 - 20%)      -12.00
                                                        ------
         TOTAL PAYMENTS                                 -35.20

         BALANCE DUE                                 $3,061.33
                                                     =========

```
                                                           Page: 2
W.R. Grace                                               04/30/2003
                                           ACCOUNT NO: 3000-11D
                                           STATEMENT NO:      21

Expenses
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            04/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-12D
                                      STATEMENT NO:      21


Fee Applications, Applicant




     PREVIOUS BALANCE                              $6,170.90



                                            HOURS
04/03/03
     PEM Review and revise prebill for March        0.20     58.00

04/08/03
     AFM Review Fee Auditor's Report for Campbell
         & Levine for the Seventh Interim Period    0.20     40.00
     MRE Review of fee auditors final report for
         C&L                                        0.10     27.50
     MTH Reviewing Fee Auditor's Report for
         Campbell & Levine.                         0.10     26.50

04/22/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly Fee Application-February)         0.20     40.00
     AFM Review and sign CNO for Campbell & Levine
         (Monthly Fee Application - February)       0.20     40.00
     LMP Searched docket for Objections to
         Campbell & Levine February Monthly Fee
         Application (.1); Drafted CNO and COS re
         same (.2); Electronic filing of same (.1)  0.40     38.00

04/23/03
     MTH Reviewing pre-bill.                         0.40    106.00

04/25/03
     MTH Continuation of reviewing prebill.          0.60    159.00
     MRE Review of pre-bill in preparation for
         filing fee application                      0.40    110.00

04/28/03
     LMP Prepared Campbell & Levine March Fee
         Application for Electronic filing           0.40     38.00

```
                                                       Page: 2
     W.R. Grace                                      04/30/2003
                                        ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      21

     Fee Applications, Applicant




                                           HOURS
04/29/03
     AFM Review and sign fee application for
          Campbell & Levine (Monthly Fee
          Application - March)                  0.30     60.00
     AFM Review and sign fee application for
          Campbell & Levine (Monthly Fee
          Application - March)                  0.30     60.00
     LMP Electronic filing of Campbell & Levine
          March Fee Application (.2); Electronic
          and Hard copy service to Notice parties
          (.2)                                  0.40     38.00
                                                ----   ------
          FOR CURRENT SERVICES RENDERED         4.20    841.00

                        RECAPITULATION
     TIMEKEEPER                 HOURS  HOURLY RATE      TOTAL
     Philip E. Milch            0.20     $290.00      $58.00
     Aileen F. Maguire          1.20      200.00      240.00
     Mark T. Hurford            1.10      265.00      291.50
     Marla R. Eskin             0.50      275.00      137.50
     Lauren M. Przybylek        1.20       95.00      114.00


          TOTAL CURRENT WORK                           841.00



04/14/03 Payment - Thank you. (July, 2002 - 20%)       -27.50
04/14/03 Payment - Thank you. (August, 2002 - 20%)     -15.90
04/14/03 Payment - Thank you. (September, 2002 - 20%) -483.90
                                                     -------
          TOTAL PAYMENTS                              -527.30

          BALANCE DUE                              $6,484.60
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        04/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:       8


Fee Applications, Others




        PREVIOUS BALANCE                          $11,804.80



                                          HOURS
04/02/03
        AFM Review and sign CNO for Caplin & Drysdale
            (Monthly Fee Application - January)     0.10      20.00
        LMP Reviewed January Monthly fee Application
            of Casner & Edwards LLP                 0.10       9.50
        LMP Reviewed Seventh Quarterly Fee
            Application of Duane Morris LLP          0.10       9.50
        LMP Reviewed February Monthly fee Application
            of Duane Morris LLP                     0.10       9.50
        LMP Reviewed February Monthly fee Application
            of Kirkland & Ellis                     0.10       9.50
        LMP Reviewed Sixth Monthly (July-September)
            Fee Application of Conway, Del Genio,
            Gries & Co., LLC                         0.10       9.50
        LMP Reviewed February Monthly fee Application
            of Reed Smith LLP                       0.10       9.50

04/03/03
        AFM Westlaw research re: Committee member
            expense reimbursement                   0.30      60.00
        AFM Edit Memo to N. Davis re: Committee
            members fees and expense reimbursement  0.10      20.00
        MRE Review of Fee Auditors Final Report for
            Bilzin Sumberg                           0.10      27.50

04/08/03
        AFM Review and sign CNO for Committee Expense
            Reimbursement Application               0.20      40.00
        AFM Review Fee Auditor's Report for LAS for
            the Seventh Interim Period              0.10      20.00
        AFM Email to D. Relles re: LAS Fee Auditor's
            Report                                   0.10      20.00

```
                                                      Page:  2
W.R. Grace                                         04/30/2003
                                         ACCOUNT NO: 3000-13D
                                         STATEMENT NO:       8

Fee Applications, Others




                                            HOURS
      AFM Telephone Conference w/ E. Strug re:
          Committee Member Expense Reimbursement
          (Sixth Period)                       0.10      20.00
      AFM Email to E. Strug re: Fee Auditor's
          Report for Committee Member Expense
          Application                          0.20      40.00
      LMP Searched case docket for objections to
          the P.I. Committee's Fourth Interim Fee
          Application                          0.10       9.50
      LMP Drafted Certificate of No Objection and
          Certificate of Service re: P.I. Committee
          Fourth Interim Fee App (.2); Electronic
          filing of CNO (.2); Hard copy service of
          same to notice parties (.1)          0.50      47.50
      LMP Updated Caplin & Drysdale Fee/Interim
          Application status chart with recent
          payment information                  0.20      19.00
      LMP Updated L. Tersigni Consulting
          Fee/Interim Application status chart with
          recent payment information           0.20      19.00
      MRE Review of fee auditor's report for
          Richardson Patrick Westbrook & Brickman  0.10  27.50

04/09/03
      AFM Correspondence from E. Strug re: Payment
          to Committee Members for Second Interim
          Expense Application                  0.10      20.00

04/10/03
      MRE Review of Fee Auditors Report for LAS for
          the Seventh Interim Period           0.10      27.50
      MRE Review of Final Fee Report for Pitney,
          Harden Kipp                          0.10      27.50
      MRE Review of fee auditors final report for
          the Seventh Interim period regarding
          Baron & Budd                         0.10      27.50
      LMP Reviewed First Interim fee application of
          Conway, Del Genio, Gries & Co. for April
          through June 2002 in Adversary 02-2210  0.10   9.50
      LMP Reviewed February Monthly Fee Application
          of Kramer Levin Naftalis & Frankel LLP  0.10   9.50
      LMP Reviewed February Monthly Fee Application
          of FTI Policano & Manzo              0.10       9.50
      LMP Reviewed Interim Fee Application (October
          through December) of Nelson, Mullins,
```

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Riley & Scarborough | 0.10 | 9.50 |
| LMP | Reviewed January Monthly Fee Application of PricewaterhouseCoopers LLP | 0.10 | 9.50 |
| LMP | Reviewed February Monthly Fee Application of Stroock & Stroock & Lavan | 0.10 | 9.50 |
| LMP | Reviewed February Monthly Fee Application of Ferry, Joseph & Pearce | 0.10 | 9.50 |
| LMP | Reviewed February Monthly Fee Application of Richardson Patrick Westbrook & Brickman, LLC | 0.10 | 9.50 |
| LMP | Reviewed Fifth Monthly Fee Application of Lukins & Annis | 0.10 | 9.50 |

04/15/03
| LMP | Reviewed October, November, December and January Monthly Fee Application of Wachtell, Lipton, Rosen & Katz | 0.20 | 19.00 |

04/20/03
| MRE | Review of Fee Auditors Report for Kirkland & Ellis | 0.10 | 27.50 |

04/22/03
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly Fee Application - February) | 0.20 | 40.00 |
| AFM | Review and sign CNO for LAS (Monthly Fee Application - January through February) | 0.20 | 40.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly Fee Application - February) | 0.20 | 40.00 |
| AFM | Review and sign CNO for L. Tersigni (Monthly Fee Application - February) | 0.20 | 40.00 |
| LMP | Searched docket for Objections to Legal Analysis Systems February Monthly Fee Application (.1); Drafted CNO and COS re same (.2); Electronic filing of same (.1) | 0.40 | 38.00 |
| LMP | Searched docket for Objections to Caplin & Drysdale February Monthly Fee Application (.1); Drafted CNO and COS re same (.2); Electronic filing of same (.1) | 0.40 | 38.00 |
| LMP | Searched docket for Objections to L. Tersigni Consulting February Monthly Fee Application (.1); Drafted CNO and COS re same (.2); Electronic filing of same (.1) | 0.40 | 38.00 |

```
                                               Page: 4
W.R. Grace                                     04/30/2003
                               ACCOUNT NO: 3000-13D
                               STATEMENT NO:        8

Fee Applications, Others
```

```
                                          HOURS
04/24/03
     AFM  Review Supplemental Order Approving Fee
          Applications for the Fourth Interim
          Period                               0.10      20.00
     MRE  Review of fee auditors final report for
          Reed Smith                           0.10      27.50
     MRE  Review of fee auditors report for Strook
          & Strook                             0.10      27.50
     MRE  Review of fee auditors report for PSZYJ   0.10      27.50

04/28/03
     LMP  Reviewed email from E. Strug regarding
          Caplin & Drysdale March Fee Application   0.10       9.50
     LMP  Prepared Caplin & Drysdale March Fee
          Application for Electronic filing    0.20      19.00

04/29/03
     AFM  Review and sign fee application for
          Caplin & Drysdale (Monthly Fee
          Application - March)                 0.30      60.00
     AFM  Review and sign fee application for
          Caplin & Drysdale (Monthly Fee
          Application - March)                 0.30      60.00
     LMP  Electronic filing of Caplin & Drysdale
          March Fee Application (.2); Electronic
          and Hard copy service to Notice parties
          (.2)                                 0.40      38.00
     LMP  Reviewed March Monthly Fee Application of
          Stroock Stroock & Lavan for March (.1);
          Updated WR Grace Weekly Recommendation
          memorandum (.1)                      0.20      19.00
     LMP  Reviewed March Monthly Fee Application of
          Klett Rooney Lieber & Schorling for March
          (.1); Updated WR Grace Weekly
          Recommendation memorandum (.1)       0.20      19.00
                                               ----  --------
          FOR CURRENT SERVICES RENDERED        8.70  1,282.50

                      RECAPITULATION
TIMEKEEPER                    HOURS  HOURLY RATE      TOTAL
Aileen F. Maguire              2.80    $200.00    $560.00
Marla R. Eskin                 0.90     275.00     247.50
Lauren M. Przybylek            5.00      95.00     475.00
```

```
                                                    Page: 5
       W.R. Grace                                 04/30/2003
                                   ACCOUNT NO: 3000-13D
                                   STATEMENT NO:        8
       Fee Applications, Others




          TOTAL CURRENT WORK                      1,282.50


04/14/03 Payment - Thank you. (September, 2002 - 20%)    -286.40


          BALANCE DUE                           $12,800.90
                                                ==========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                         04/30/2003
Wilmington   DE                          ACCOUNT NO: 3000-14D
                                         STATEMENT NO:      21


Financing



     PREVIOUS BALANCE                          $1,014.50


     BALANCE DUE                               $1,014.50
                                               ==========


                   Any payments received after the statement date will be
                   applied to next month's statement.  Please note your
                   account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      23


Hearings



PREVIOUS BALANCE                                     $9,542.85



                                           HOURS
04/22/03
     MTH Reviewing Agenda.                    0.20      53.00

04/23/03
     MTH Reviewing Amended Agenda.            0.20      53.00

04/24/03
     MAL Preparation of Memo re Omnibus Hearing to
         Official Committee of Asbestos Claimants    0.30      28.50

04/25/03
     MTH Reviewing correspondence from PVNL re
         omnibus hearing.                     0.10      26.50

04/28/03
     MRE Court appearance                     0.50     137.50
                                              ----    ------
         FOR CURRENT SERVICES RENDERED        1.30     298.50

                      RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Mark T. Hurford               0.50    $265.00    $132.50
     Marla R. Eskin                0.50     275.00     137.50
     Margaret A. Landis            0.30      95.00      28.50


     TOTAL CURRENT WORK                                298.50


04/14/03 Payment - Thank you. (July, 2002 - 20%)        -1,029.10
04/14/03 Payment - Thank you. (August, 2002 - 20%)        -729.60

```
                                                   Page: 2
          W.R. Grace                             04/30/2003
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      23

          Hearings




04/14/03 Payment - Thank you. (September, 2002 - 20%)        -159.20
                                                           ---------
          TOTAL PAYMENTS                                  -1,917.90

          BALANCE DUE                                     $7,923.45
                                                          =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      8

    Litigation and Litigation Consulting




    PREVIOUS BALANCE                              -$42.40



                                        HOURS
04/14/03
    MTH Reviewing correspondence from EI re
        potential experts.                       0.30    79.50

04/23/03
    MTH Review of Motion for Approval of
        Settlement re Fresenius.                 0.50   132.50

04/24/03
    MTH Reviewing Debtors' Objection to Motion to
        Compel and for Discovery Status
        Conference, including multiple exhibits. 0.60   159.00
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            1.40   371.00

                    RECAPITULATION
    TIMEKEEPER               HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          1.40    $265.00     $371.00



    TOTAL CURRENT WORK                           371.00



04/14/03 Payment - Thank you. (September, 2002 - 20%)    -634.00


    CREDIT BALANCE                              -$305.40
                                                ========


_____

                                                      Page: 2
W.R. Grace                                          04/30/2003

                                              ACCOUNT NO: 3000-16D
                                              STATEMENT NO:        8
Litigation and Litigation Consulting

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:        8

Plan and Disclosure Statement



    PREVIOUS BALANCE                                   $1,081.80



04/14/03 Payment - Thank you. (September, 2002 - 20%)      -5.30


    BALANCE DUE                                        $1,076.50
                                                       =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-18D
                                         STATEMENT NO:        8

Relief from Stay Proceedings




      PREVIOUS BALANCE                                  $183.10


                                          HOURS
04/24/03
      MTH Reviewing Motion to Lift Stay of Y.
          Rodriguez.                       0.20      53.00
                                           ----      -----
          FOR CURRENT SERVICES RENDERED    0.20      53.00
                         RECAPITULATION
   TIMEKEEPER                     HOURS HOURLY RATE     TOTAL
   Mark T. Hurford                 0.20    $265.00    $53.00


      TOTAL CURRENT WORK                                53.00


04/14/03 Payment - Thank you. (July, 2002 - 20%)        -73.00
04/14/03 Payment - Thank you. (August, 2002 - 20%)     -222.40
04/14/03 Payment - Thank you. (September, 2002 - 20%)   -33.90
                                                       -------
      TOTAL PAYMENTS                                   -329.30

      CREDIT BALANCE                                   -$93.20
                                                       =======




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              04/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-20D
                                            STATEMENT NO:        7


Tax Litigation



    PREVIOUS BALANCE                                      $468.80


    BALANCE DUE                                           $468.80
                                                          =======



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:       4

Travel-Non-Working

PREVIOUS BALANCE                                      $261.00

BALANCE DUE                                           $261.00
                                                      =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                           04/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      12

Valuation

        PREVIOUS BALANCE                           $1,392.50

        BALANCE DUE                                $1,392.50
                                                   =========

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
    W.R. Grace                                     04/30/2003
    Wilmington  DE                    ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      12


    ZAI Science Trial



    PREVIOUS BALANCE                             $2,037.80



04/14/03 Payment - Thank you. (July, 2002 - 20%)        -323.80
04/14/03 Payment - Thank you. (August, 2002 - 20%)      -298.20
04/14/03 Payment - Thank you. (September, 2002 - 20%)   -116.80
                                                        -------
    TOTAL PAYMENTS                               -738.80

    BALANCE DUE                                  $1,299.00
                                                 =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                  04/30/2003
Wilmington  DE                              ACCOUNT NO    3000D




PREVIOUS BALANCE       FEES    EXPENSES    ADVANCES     PAYMENTS     BALANCE

    3000-01 Asset Analysis and Recovery
      1,799.80    4,129.50       0.00        0.00    -1,104.80   $4,824.50

    3000-02 Asset Disposition
        632.80      79.50        0.00        0.00       -7.00     $705.30

    3000-03 Business Operations
        366.60       9.50        0.00        0.00        0.00     $376.10

    3000-04 Case Administration
      1,603.20     533.00        0.00        0.00     -569.00   $1,567.20

    3000-05 Claims Analysis Objection & Resolution (Asbestos)
      4,613.60       0.00        0.00        0.00    -1,420.50   $3,193.10

    3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
        232.70     159.00        0.00        0.00     -567.20    -$175.50

    3000-07 Committee, Creditors, Noteholders, Equity Holders
     13,860.60    4,617.00       0.00        0.00     -704.90  $17,772.70

    3000-08 Employee Benefits/Pension
      1,880.00       0.00        0.00        0.00     -536.20   $1,343.80

    3000-10 Employment Applications, Others
      2,279.20      45.50        0.00        0.00     -929.00   $1,395.70

    3000-11 Expenses
      2,799.05       0.00      297.48        0.00      -35.20   $3,061.33

    3000-12 Fee Applications, Applicant
      6,170.90     841.00        0.00        0.00     -527.30   $6,484.60

    3000-13 Fee Applications, Others
     11,804.80    1,282.50       0.00        0.00     -286.40  $12,800.90

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 1,014.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,014.50 |
| 3000-15 Hearings | | | | | |
| 9,542.85 | 298.50 | 0.00 | 0.00 | -1,917.90 | $7,923.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -42.40 | 371.00 | 0.00 | 0.00 | -634.00 | -$305.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 1,081.80 | 0.00 | 0.00 | 0.00 | -5.30 | $1,076.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 183.10 | 53.00 | 0.00 | 0.00 | -329.30 | -$93.20 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | 0.00 | $261.00 |
| 3000-22 Valuation | | | | | |
| 1,392.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,392.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,037.80 | 0.00 | 0.00 | 0.00 | -738.80 | $1,299.00 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 63,983.20 | 12,419.00 | 297.48 | 0.00 | -10,312.80 | $66,386.88 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.