Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                     05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:     20

Costs and Expenses


05/13/03 Payment - Thank you.  (January, 2003 - 100%)       -542.81


         CREDIT BALANCE                                  -$542.81
                                                         ========


         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      24


Asset Analysis and Recovery



        PREVIOUS BALANCE                          $4,824.50



                                            HOURS
05/01/03
     MRE Review of Report of Settlements           0.10      27.50
     MTH Reviewing correspondence from EI re
         avoidance actions.                        0.10      26.50
     MTH Reviewing re-notice of Motion to Extend
         Time to File Removal Actions.             0.10      26.50

05/05/03
     DAC Review of debtor's response to
         committee's motion to extend time for
         avoidance actions                         0.40     140.00

05/06/03
     PEM Review debtor response to UCC motion to
         extend time to file avoidance actions     0.40     116.00

05/09/03
     MTH Reviewing Response of Equity Committee to
         Creditor Comm's Motion to Extend Deadline
         for Avoidance Actions.                    0.10      26.50
     MTH Reviewing Debtors' Response to Creditor
         Comm's Motion to Extend Deadline for
         Avoidance Actions.                        0.40     106.00
     MRE Review of Response to Motion to Extend
         Deadline for Avoidance Actions            0.30      82.50

05/14/03
     MTH Reviewing Objection of Dow to Motion of
         the UCC to Extend Time to File Avoidance
         Actions.                                  0.60     159.00
     KJC Review objection of Dow Chemical to UCC
         motion to extend time for filing

```
                                                             Page: 2
                                                        05/31/2003
W.R. Grace                                     ACCOUNT NO: 3000-01D
                                               STATEMENT NO:      24
Asset Analysis and Recovery
```

|  | HOURS |  |
|---|---|---|
| avoidance actions | 0.20 | 30.00 |

**05/15/03**

MTH Reviewing Response of Phillips, Goldman &
Spence re UCC Motion to Extend Time to
File Avoidance Actions.

|  | 0.10 | 26.50 |
|---|---|---|

**05/21/03**

MRE Review of certification of counsel
regarding Order denying the UCC's motion
to extend the time to file avoidance
actions

|  | 0.10 | 27.50 |
|---|---|---|

**05/22/03**

MTH Reviewing Order denying UCC's Motion to
Extend Time to Extend Time to File
Avoidance Actions.

|  | 0.10 | 26.50 |
|---|---|---|

**05/29/03**

DEC research related to Cybergenics decision

|  | 0.70 | 66.50 |
|---|---|---|

**05/30/03**

| DEC Review of May 29, 2003 Cybergenics decision | 1.30 | 123.50 |
|---|---|---|
| DEC draft of memo regarding May 29, 2003 Cybergenics decision | 0.60 | 57.00 |
| PEM Review Cybergenics opinion | 0.40 | 116.00 |
| | ---- | -------- |
| FOR CURRENT SERVICES RENDERED | 6.00 | 1,184.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 0.80 | 290.00 | 232.00 |
| Mark T. Hurford | 1.50 | 265.00 | 397.50 |
| Marla R. Eskin | 0.50 | 275.00 | 137.50 |
| Denise E. Collett | 2.60 | 95.00 | 247.00 |
| Kathleen J. Campbell | 0.20 | 150.00 | 30.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,184.00 |

| 05/29/03 Payment - Thank you. (February, 2003 - 80%) | -483.60 |
|---|---|

```
                                                        Page: 3
W.R. Grace                                            05/31/2003
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      24

Asset Analysis and Recovery




        BALANCE DUE                              $5,524.90
                                                 =========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      24


Asset Disposition




PREVIOUS BALANCE                                      $705.30



                                        HOURS
05/01/03
    MTH Reviewing Debtors' 7th Quarterly Report
        of Assets Sales.                     0.10     26.50
    MTH Reviewing Debtors' 7th Quarterly Report
        of Settlements.                      0.10     26.50
    MRE Review of Report on Sale of De Minimis
        Assets                               0.10     27.50

05/02/03
    MTH Reviewing Order re Motion to Extend Time
        to Reject Leases, re Dunbar Objection.  0.20   53.00

05/14/03
    MRE Review of Debtor's motion approving
        settlement with BSFS Equipment       0.10     27.50

05/16/03
    KJC Review motion to approve settlement with
        BSFS and Daleen                      0.30     45.00
    KJC Review order extending time to assume or
        reject leases                        0.20     30.00
                                             ----   ------
        FOR CURRENT SERVICES RENDERED        1.10    236.00

                    RECAPITULATION
TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
Mark T. Hurford                  0.40  $265.00     $106.00
Marla R. Eskin                   0.20   275.00       55.00
Kathleen J. Campbell             0.50   150.00       75.00

```
                                                      Page: 2
W.R. Grace                                         05/31/2003
                                            ACCOUNT NO: 3000-02D
                                            STATEMENT NO:      24
Asset Disposition




        TOTAL CURRENT WORK                           236.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)   -275.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)    -84.80
                                                       -------
        TOTAL PAYMENTS                                -360.40

        BALANCE DUE                                   $580.90
                                                      =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      19

Business Operations


PREVIOUS BALANCE                                      $376.10


05/13/03 Payment - Thank you.  (January, 2003 - 80%)   -200.00


BALANCE DUE                                          $176.10
                                                     =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


```
                                                   Page: 1
W.R. Grace                                         05/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-04D
                                       STATEMENT NO:     24
```

Case Administration


```
PREVIOUS BALANCE                             $1,567.20


                                    HOURS
05/21/03
    MRE  Review of memo summarizing pleadings
         filed on May 20, 2003              0.10     27.50
                                            ----    -----
         FOR CURRENT SERVICES RENDERED      0.10     27.50
                    RECAPITULATION
   TIMEKEEPER                  HOURS HOURLY RATE    TOTAL
   Marla R. Eskin               0.10    $275.00    $27.50


    TOTAL CURRENT WORK                               27.50


05/13/03 Payment - Thank you.  (January, 2003 - 80%)  -235.20
05/29/03 Payment - Thank you. (February, 2003 - 80%)   -66.80
                                                     -------
    TOTAL PAYMENTS                                   -302.00

    BALANCE DUE                                    $1,292.70
                                                   =========
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      24


Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                    $3,193.10



05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -84.80


BALANCE DUE                                         $3,108.30
                                                    =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      24

Claims Analysis Objection & Resol. (Non-Asbestos)



    PREVIOUS BALANCE                              -$175.50



05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -21.20


    CREDIT BALANCE                                -$196.70
                                                  ========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              05/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-07D
                                         STATEMENT NO:     24

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                                    $17,772.70


                                         HOURS
05/01/03
    MRE Review of memo for April 30, 2003
        summarizing pleadings filed              0.10      27.50
    MTH Reviewing report re pleadings filed April
        23, 2003.                                0.10      26.50
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30      28.50
    DWR Organization and distribution of
        documents                                0.10       9.00
    MRE Addressing committee communication issues 0.20     55.00

05/02/03
    MTH Reviewing report re pleadings filed May
        1, 2003.                                 0.10      26.50
    MTH Preparing weekly recommendation
        memorandum.                              1.00     265.00
    DAC Review counsel's recommendation memo     0.10      35.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)          0.30      28.50
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters 0.30     87.00
    DWR Organization and distribution of
        documents                                0.10       9.00

05/05/03
    DWR Organization and distribution of
        documents                                0.10       9.00
    MTH Reviewing report re pleadings filed May
        2, 2003.                                 0.10      26.50
    MTH Preparing weekly recommendation

                                                    Page: 2
W.R. Grace                                       05/31/2003
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      24
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.30 | 79.50 |
| DEM | Review Pleadings and electronic filing notices. | 0.20 | 19.00 |
| DEM | Preparation and distribution of daily memo. | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings. | 0.20 | 19.00 |
| DEM | Preparation and distribution of adversary proceeding memo. | 0.10 | 9.50 |
| MRE | Review of memo for May 2, 2003 summarizing pleadings filed | 0.10 | 27.50 |

05/06/03

| DWR | Organization and distribution of documents | 0.10 | 9.00 |
|---|---|---|---|
| PEM | Review daily memo and adversary update | 0.10 | 29.00 |
| MTH | Preparing for meeting with MRE (.2) and attending meeting with MRE re upcoming objections, deadlines, status of work (.3) | 0.50 | 132.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo. | 0.20 | 19.00 |
| MRE | Review of memo for May 5, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH re: upcoming objections and deadlines | 0.30 | 82.50 |

05/07/03

| MK | Attention to document organization | 0.20 | 19.00 |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed May 6, 2003. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memo for May 6, 2003 summarizing pleadings filed | 0.10 | 27.50 |

05/08/03

| MTH | Reviewing report re pleadings filed May 7, 2003. | 0.10 | 26.50 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of daily memo (.1) | 0.30 | 28.50 |
| **05/09/03** |  |  |  |
| MAL | Updating Service List | 0.20 | 19.00 |
| MTH | Preparing weekly recommendation memorandum | 0.50 | 132.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder | 0.10 | 9.50 |
| MRE | Review memo summarizing pleadings for May 7, 2003 | 0.10 | 27.50 |
| MRE | Review memo summarizing pleadings for May 2, 2003 | 0.10 | 27.50 |
| **05/12/03** |  |  |  |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Reviewing report re pleadings filed 5/9/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| **05/13/03** |  |  |  |
| MTH | Reviewing report re pleadings filed 5/12/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MAL | Review Pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.5) | 1.00 | 95.00 |
| **05/14/03** |  |  |  |
| MTH | Reviewing report re pleadings filed 5/13/03. | 0.10 | 26.50 |
| MRE | Review of  memo summarizing pleadings filed on May 13, 2003 | 0.10 | 27.50 |

                                                    Page: 4
W.R. Grace                                        05/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      24
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **05/15/03** | | | |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MAL | Updating Service List | 0.20 | 19.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.20 | 53.00 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| MTH | Reviewing report re pleadings filed 5/14/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.30 | 28.50 |
| **05/16/03** | | | |
| PEM | Review weekly recommendation memo to committee and counsel re: pending motions and matters | 0.30 | 87.00 |
| MAL | Review Pleadings and electronic filing notices (.6), preparation and distribution of daily memo (.4) | 1.00 | 95.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| KJC | Further drafting and revisions to weekly recommendation memo | 0.40 | 60.00 |
| MTH | Reviewing report re pleadings filed 5/15/03. | 0.10 | 26.50 |
| MRE | Review of memo summarizing pleadings filed on May 15, 2003 | 0.10 | 27.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |
| **05/17/03** | | | |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.30 | 79.50 |
| **05/19/03** | | | |
| DAC | Review of counsel's recommendation memo | 0.20 | 70.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of | | |

```
                                                    Page: 5
W.R. Grace                                        05/31/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      24
Committee, Creditors, Noteholders, Equity Holders
```

```
                                         HOURS
       adversary proceeding daily memo (.1)    0.30     28.50
   MTH Reviewing report re pleadings filed May
       16, 2003.                               0.10     26.50
   MRE Review of memo summarizing pleadings for
       May 15, 2003                            0.10     27.50
   PEM Review daily memo of pleadings filed in
       main and adversary cases                0.10     29.00

05/20/03
   DEM Review Pleadings and electronic filing
       notices (.2); preparation and
       distribution of daily memo (.1)         0.30     28.50
   DEM Revision of Weekly Recommendation Memo  0.10      9.50
   MTH Meeting with MRE re upcoming objections,
       deadlines.                              0.10     26.50
   MTH Meeting with MRE re: upcoming motions and
       deadlines                               0.20     53.00
   MAL Preparation of Omnibus Hearing Memo     0.40     38.00
   DWR Organization and distribution of
       documents                               0.10      9.00
   MRE Meeting with MTH regarding upcoming
       motions and deadlines                   0.20     55.00
   MRE Review of memo summarizing pleadings
       filed on May 16, 2003                   0.10     27.50

05/21/03
   DEM Review Pleadings and electronic filing
       notices (.2); preparation and
       distribution of daily memo (.1)         0.30     28.50

05/22/03
   DEM Review Pleadings and electronic filing
       notices (.2); preparation and
       distribution of daily memo (.1)         0.30     28.50
   DEM Revision of Weekly Recommendation Memo  0.20     19.00
   MTH Reviewing report re pleadings filed
       5/21/03.                                0.10     26.50
   MAL Attention to document organization      0.50     47.50
   MRE Review of memo summarizing pleadings for
       May 21, 2003                            0.10     27.50
   MRE Drafting e-mail to Committee regarding
       hearing                                 0.20     55.00

05/23/03
   DEM Review Pleadings and electronic filing
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.10 | 9.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder | 0.10 | 9.50 |
| KJC | Review and revisions to weekly recommendation memo | 0.30 | 45.00 |
| MAL | Attention to document organization. | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters for committee | 0.30 | 87.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MRE | Review of memo summarizing pleadings for May 22, 2003 | 0.10 | 27.50 |

05/27/03

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memorandum | 0.20 | 55.00 |
| MRE | Review of memo summarizing pleadings for May 23, 2003 | 0.10 | 27.50 |

05/28/03

| | | | |
|---|---|---|---|
| MRE | Meeting with MTH regarding pending motions | 0.20 | 55.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Meeting with MRE re upcoming objections and pending motions, case status. | 0.20 | 53.00 |

05/29/03

| | | | |
|---|---|---|---|
| MTH | Reviewing correspondence from MRE re events at May Hearing. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MTH | Reviewing memorandum re pleadings filed 5/28/03. | 0.10 | 26.50 |
| MRE | Review of memorandum summarizing pleadings for May 28, 2003 | 0.10 | 27.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DWR | Organization and distribution of documents | 0.10 | 9.00 |

**05/30/03**

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.30 | 79.50 |
| MTH | Reviewing memorandum re pleadings filed 5/29/03. | 0.10 | 26.50 |
| DWR | Organization and distribution of documents | 0.10 | 9.00 |

**05/31/03**

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Review of weekly recommendation memo to committee | 0.20 | 55.00 |
|  | FOR CURRENT SERVICES RENDERED | 25.10 | 4,460.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $350.00 | $245.00 |
| Philip E. Milch | 1.90 | 290.00 | 551.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Mark T. Hurford | 5.50 | 265.00 | 1,457.50 |
| Marla R. Eskin | 3.10 | 275.00 | 852.50 |
| Kathleen J. Campbell | 0.70 | 150.00 | 105.00 |
| Daniel W. Rothamel | 0.90 | 90.00 | 81.00 |
| Margaret A. Landis | 3.90 | 95.00 | 370.50 |
| Diane E. Massey | 8.20 | 95.00 | 779.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,460.50 |

| 05/13/03 Payment - Thank you.  (January, 2003 - 80%) | -3,299.60 |
|---|---|
| 05/29/03 Payment - Thank you. (February, 2003 - 80%) | -4,836.40 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

```
                                          ---------
     TOTAL PAYMENTS                       -8,136.00

     BALANCE DUE                         $14,097.20
                                         ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                           Page: 1
W.R. Grace                                              05/31/2003
Wilmington   DE                           ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      23

Employee Benefits/Pension



     PREVIOUS BALANCE                              $1,343.80



05/13/03 Payment - Thank you.  (January, 2003 - 80%)        -854.00
05/29/03 Payment - Thank you. (February, 2003 - 80%)        -822.40
                                                       ---------
     TOTAL PAYMENTS                                    -1,676.40

     CREDIT BALANCE                                     -$332.60
                                                       ========



     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      24

Employment Applications, Others



       PREVIOUS BALANCE                          $1,395.70



                                         HOURS
05/02/03
     MTH Reviewing Debtors' Motion to Retain
         Deloitte & Touche.                 0.50     132.50
     MTH Correspondence to M. Berkin re Deloitte &
         Touche Retention Application.      0.20      53.00

05/05/03
     LMP Researched docket re Application to of
         the Debtors to Employ
         PricewaterhouseCoopers as Tax Consultant  0.20   19.00
     LMP Searched case docket for all
         Professionals retained by WR Grace & Co.
         (.4); Drafted and Organized list of all
         professional and their services provided
         to the Debtor (.2)                 0.60      57.00
     MTH Meeting with LMP and reviewing documents
         re Deloitte & Touche Retention
         Application.                        0.30      79.50

05/06/03
     LMP Searched case docket for no. 2455 Order
         (.1); Email to M. Berkin of LTC regarding
         order granting the retention of PWC by
         the debtors (d.i. 2455) (.1)        0.20      19.00
     MTH Reviewing memo from LMP re Debtors'
         Professionals (.1); Telephone
         conversation with M. Berkin re Debtors'
         Retention Application re D&T (.3).  0.40     106.00

05/08/03
     MTH Telephone conversation with M. Berkin re
         Deloitte Retention Application.     0.10      26.50

Employment Applications, Others

|  | ---- | ------ |
|--|------|--------|
| FOR CURRENT SERVICES RENDERED | 2.50 | 492.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 1.50 | $265.00 | $397.50 |
| Lauren M. Przybylek | 1.00 | 95.00 | 95.00 |

| TOTAL CURRENT WORK |  | 492.50 |
|--------------------|--|--------|

05/13/03 Payment - Thank you.  (January, 2003 - 80%)        -345.20

BALANCE DUE                                          $1,543.00
                                                    =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:     22

Expenses

PREVIOUS BALANCE                                          $3,061.33

05/01/03 Postage- 4@ $.83 (LTC March fee application)         3.32
05/02/03 FAX to 4 parties of record- 4 pages (memo)          16.00
05/05/03 Photocopying - 12 pages (recommendation memo)        1.20
05/13/03 FAX to Peter Lockwood                                4.00
05/13/03 FAX to Doug Campbell                                 4.00
05/13/03 FAX to Robert Spohn                                  4.00
05/13/03 FAX to Elyssa Strug                                  4.00
05/16/03 AT&T Long Distance Phone Calls                       4.54
05/16/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 5/15/03 (Interim fee
         application)                                       471.45
05/20/03 CNO re:  C&D March                                   2.40
05/23/03 FAX to Robert Spohn                                  4.00
05/23/03 FAX to Peter Lockwood                                4.00
05/23/03 FAX to Doug Campbell                                 4.00
05/23/03 FAX to Elyssa Srug                                   4.00
05/30/03 Pacer charges for April                            286.30
                                                           ------
         TOTAL EXPENSES                                     817.21

         TOTAL CURRENT WORK                                 817.21

05/29/03 Payment - Thank you. (February, 2003 - 100%)     -1,473.88

         BALANCE DUE                                      $2,404.66
                                                          =========

Page: 2
W.R. Grace                                                    05/31/2003

```
                                    ACCOUNT NO: 3000-11D
                                    STATEMENT NO:        22
```

Expenses

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington   DE                         ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      22


Fee Applications, Applicant



PREVIOUS BALANCE                              $6,484.60


                                        HOURS
05/02/03
    PEM Revise April prebill                    0.20     58.00

05/05/03
    LMP Drafted Campbell & Levine Eighth Interim
        Fee Application (January through March
        2003)                                   1.00     95.00

05/15/03
    AFM Review and sign Fee Application for
        Campbell & Levine (Interim - January
        through March)                          0.30     60.00
    LMP Electronic filing of Campbell & Levine's
        Eighth Interim Fee Application (.2);
        Electronic service to Notice parties via
        electronic mail (.2)                    0.40     38.00
    MRE Review of fee auditors initial report for
        the eight interim period                0.10     27.50
    MTH Review pre-bill                         0.50    132.50

05/19/03
    MRE Review of fraudulent conveyance pre-bill
        (.2) and meeting with MTH regarding same
        (.1)                                     0.30     82.50
    MRE Review of pre-bill                      0.50    137.50

05/20/03
    LMP Reviewed case docket for Objections to
        Campbell & Levine's March Fee Application
        (.1); Drafted Certificate of No Objection
        re same (.2); Service to Notice parties
        (.1)                                     0.40     38.00

```
                                                          Page: 2
          W.R. Grace                                      05/31/2003
                                               ACCOUNT NO: 3000-12D
                                               STATEMENT NO:      22

          Fee Applications, Applicant




                                                    HOURS
              AFM Review and sign CNO for Campbell & Levine
                  (monthly - March)                  0.20     40.00
              LMP Electronic filing of Campbell & Levine's
                  CNO re: March Fee Application       0.20     19.00
                                                     ----    ------
                 FOR CURRENT SERVICES RENDERED       4.10    728.00

                              RECAPITULATION
          TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
          Philip E. Milch              0.20    $290.00      $58.00
          Aileen F. Maguire            0.50     200.00      100.00
          Mark T. Hurford              0.50     265.00      132.50
          Marla R. Eskin               0.90     275.00      247.50
          Lauren M. Przybylek          2.00      95.00      190.00


              TOTAL CURRENT WORK                            728.00



      05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -1,548.00
      05/29/03 Payment - Thank you. (February, 2003 - 80%)      -899.60
                                                             ---------
              TOTAL PAYMENTS                                -2,447.60

              BALANCE DUE                                   $4,765.00
                                                           =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              05/31/2003
Wilmington  DE                             ACCOUNT NO: 3000-13D
                                           STATEMENT NO:        9


Fee Applications, Others



        PREVIOUS BALANCE                             $12,800.90



                                              HOURS
05/01/03
        AFM Review and sign fee application for L.
            Tersigni (Monthly Fee Application -
            March)                                  0.30      60.00
        AFM Email from L. Ferdinand re: Draft Version
            of Spreadsheet summarizing project
            categories (.1); Review re: same (.2)   0.30      60.00
        LMP Reviewed Email from D Collins re:
            Tersigni March Fee Application          0.10       9.50
        LMP Prepared L. Tersigni March Fee
            Application for filing (.2); Electronic
            filing of Application (.2); Electronic
            and hard copy service to Notice parties
            (.1)                                    0.50      47.50
        LMP Reviewed February Fee Application of
            Bilzin Sumberg Baena Price & Axelrod LLP
            (.1); Updated WR Grace Weekly
            Recommendation Memo (.1)                0.20      19.00
        LMP Reviewed March Fee Application of Bilzin
            Sumberg Baena Price & Axelrod LLP (.1);
            Updated WR Grace Weekly Recommendation
            Memo (.1)                               0.20      19.00

05/02/03
        AFM Review Fee Auditor's Report for L.
            Tersigni                                0.20      40.00
        AFM Email to D. Collins re: Fee Auditor's
            Report for L. Tersigni (Seventh Interim
            Period)                                 0.10      20.00
        AFM Review Fee Auditor's Report for Caplin &
            Drysdale (Seventh Interim Period)       0.30      60.00
        AFM Email to R. Tobin and E. Strug re: Fee

```
                                                        Page: 2
W.R. Grace                                            05/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        9

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
|  | Auditor's Report for Caplin & Drysdale | 0.10 | 20.00 |
| MRE | Review of fee auditors report for C&D | 0.20 | 55.00 |

05/05/03

| | | | |
|---|---|---|---|
| MRE | Review of fee auditors report for L. Tersigni | 0.10 | 27.50 |

05/09/03

| | | | |
|---|---|---|---|
| LMP | Drafted L Tersigni Consulting Interim Fee Application for January through March | 0.10 | 9.50 |

05/14/03

| | | | |
|---|---|---|---|
| AFM | Review and sign Fee Application for L. Tersigni (Interim - January through March) | 0.30 | 60.00 |

05/15/03

| | | | |
|---|---|---|---|
| AFM | Review and sign fee application for Caplin & Drysdale (Interim - January through March) | 0.30 | 60.00 |
| AFM | Review and sign fee application for LAS (Interim - January through March) | 0.30 | 60.00 |
| LMP | Electronic filing of Caplin & Drysdale's Eighth Interim Fee Application (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| LMP | Electronic filing of L. Tersigni Consultings Interim Fee Application (Jan-Mar)(.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| LMP | Electronic filing of Legal Analysis Systems Interim Fee Application (Jan-Mar) (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| AFM | Telephone Conference with E. Strug re: Kramer Levin Fee Application | 0.10 | 20.00 |
| AFM | Email to E. Strug re: Kramer Levin Fee Applications for March and April | 0.20 | 40.00 |
| AFM | Telephone Conference with R. Thomas re: Fee Application for Kramer Levin | 0.10 | 20.00 |
| AFM | Email to E. Strug re: Kramer Levin Fee App. for April | 0.10 | 20.00 |

05/16/03

| | | | |
|---|---|---|---|
| AFM | Telephone Conference with R. Thomas re: Kramer Levin Fee Applications | 0.10 | 20.00 |

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Reviewed Woodcock Washburns March Monthly Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Woodcock Washburn (.1); Updated Grace Weekly Recommendation Memo (.1) |  |  |
| LMP | Reviewed February Fee Application of Woodcock Washburn (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed February Fee Application of Wallace King Marraro & Branson(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Wallace King Marraro & Branson(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Wachtell, Lipton, Rosen & Katz (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Nelson Mullins Riley & Scarborough(.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Steptoe & Johnson January Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

05/20/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of status chart regarding hold back fees for professionals | 0.10 | 27.50 |
| LMP | Reviewed case docket for Objections to Caplin & Drysdale's March Fee Application (.1); Drafted Certificate of No Objection re same (.2); Service to Notice parties (.1) | 0.40 | 38.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - March) | 0.20 | 40.00 |
| MRE | Review of letter from C&D to Barron and Budd regarding committee expenses | 0.10 | 27.50 |
| MRE | Meeting with LPM regarding committee expenses | 0.10 | 27.50 |
| LMP | Electronic filing of Caplin & Drysdale's CNO re: March Fee Application | 0.20 | 19.00 |

Fee Applications, Others


                                                      HOURS

05/21/03
    LMP Reviewed Eighth Interim Fee Application
        of Kirkland & Ellis (.1); Updated WR
        Grace Weekly Recommendation Memo (.1)        0.20      19.00
    LMP Reviewed Eighth Interim Fee Application
        of Wallace King Marraro & Branson (.1);
        Updated WR Grace Weekly Recommendation
        Memo (.1)                                    0.20      19.00
    LMP Reviewed Eighth Interim Fee Application
        of Casner & Edwards LLP (.1); Updated WR
        Grace Weekly Recommendation Memo (.1)        0.20      19.00
    LMP Reviewed Eighth Interim Fee Application
        of FTI Policano & Mazno (.1); Updated WR
        Grace Weekly Recommendation Memo (.1)        0.20      19.00
    LMP Reviewed Interim Fee Application of
        Kramer Levin Naftalis & Frankel, LLP
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                     0.20      19.00
    LMP Reviewed March Monthly Fee Application of
        Richardson Patrick Westbrook & Brickman
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                     0.20      19.00
    LMP Reviewed Seventh Monthly Fee Application
        of Elzufon Austin Reardon Tarlov &
        Mondell (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                     0.20      19.00
    LMP Reviewed Sixth Monthly Fee Application of
        Elzufon Austin Reardon Tarlov & Mondell
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                     0.20      19.00

05/22/03
    LMP Searched case docket for objections to L
        Tersigni March Fee Application (.1);
        Drafted Certificate of no Objection & COS
        re March Monthly (.2)                        0.30      28.50
    AFM Review and sign CNO for L. Tersigni
        (Monthly Fee Application - March)            0.20      40.00

05/23/03
    LMP Reviewed January Fee Application of
        Bankruptcy Management Corporation (.1);
        Updated WR Grace Weekly Recommendation
        Memo (.1)                                    0.20      19.00
    LMP Reviewed February Fee Application of

Fee Applications, Others


                                              HOURS

|  |  | HOURS |  |
|---|---|---|---|
| | Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed March Fee Application of Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Ferry Joseph & Pearce (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Bankruptcy Management Corporation (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Stroock Stroock & Lavan (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

05/29/03

| LMP | Reviewed Email from A. Katznelson regarding C&D April Fee Application and Exhibits | 0.10 | 9.50 |
|---|---|---|---|
| LMP | Prepared Caplin & Drysdale April Fee Application for Electronic filing | 0.30 | 28.50 |
| LMP | Drafted Campbell & Levine's April Fee Application | 0.60 | 57.00 |
| LMP | Reviewed Email from D Collins re: LTC April Fee Application and billing (.1); Prepared Fee App for filing (.3) | 0.40 | 38.00 |

05/30/03

| LMP | Reviewed April Fee Application of Klett Rooney Leiber Schorling (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed Pitney Hardin Kipp & Szuch March Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Ferry Joseph & Pearce April Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Warrren H. Smith & Associates April Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | | ----- | -------- |

```
                                                        Page: 6
        W.R. Grace                                  05/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        9

        Fee Applications, Others




            FOR CURRENT SERVICES RENDERED           13.40  1,717.00

                          RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Aileen F. Maguire              3.20   $200.00    $640.00
        Marla R. Eskin                 0.60    275.00     165.00
        Lauren M. Przybylek            9.60     95.00     912.00


            TOTAL CURRENT WORK                          1,717.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)    -1,922.40
05/29/03 Payment - Thank you. (February, 2003 - 80%)    -3,475.60
                                                        ---------
            TOTAL PAYMENTS                              -5,398.00

            BALANCE DUE                                 $9,119.90
                                                        =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      22


Financing



PREVIOUS BALANCE                                   $1,014.50



05/29/03 Payment - Thank you. (February, 2003 - 80%)      -514.80


BALANCE DUE                                          $499.70
                                                     =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:     24


Hearings



        PREVIOUS BALANCE                        $7,923.45



                                           HOURS
05/01/03
        MRE E-mails with E. Strugg regarding
            committee memo                  0.20      55.00
        PEM Review 4/28/03 omnibus hearing memo  0.10   29.00
        MRE Drafting of e-mail to the Committee
            regarding hearing               0.20      55.00

05/02/03
        MRE Review of e-mail from MTH regarding
            letter to Court regarding appeal status
            and response to same            0.20      55.00

05/14/03
        MTH Reviewing Agenda for Hearing on 5/19/03.  0.20   53.00
        MTH Preparing memorandum to PVNL re issues on
            Agenda for 5/19/03 Hearing.     0.40     106.00
        MTH Reviewing correspondence from PVNL re May
            19, 2003 Hearing.               0.10      26.50
        MRE Review of e-mail from MTH to C&D
            regarding upcoming hearing      0.10      27.50
        MRE Review of e-mail from PVNL regarding
            omnibus hearing                 0.10      27.50

05/15/03
        MRE Review of agenda for hearing and meeting
            with D. Massey regarding same   0.20      55.00
        MRE Drafting of e-mail to MTH regarding
            matters scheduled for hearing   0.10      27.50
        MTH Reviewing correspondence from MRE re ZAI
            issues.                         0.10      26.50
        MTH Correspondence to MRE re ZAI issues.  0.30   79.50

```
                                                          Page: 2
W.R. Grace                                              05/31/2003
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      24

Hearings
```

```
                                                       HOURS
05/16/03
    MRE Review of amended agenda                        0.10      27.50
    MTH Review Amended Agenda                            0.10      26.50

05/18/03
    MRE Preparation for hearing                          0.50     137.50

05/19/03
    MRE Attendance at omnibus hearing                    2.20     605.00

05/20/03
    MRE Drafting of memo to the committee
        regarding omnibus hearing                        0.30      82.50
    MRE Revisions to memo to the committee and
        e-mail to C&D regarding same                     0.20      55.00

05/22/03
    MRE Review of e-mail from PVNL regarding
        hearing memo                                     0.10      27.50

05/27/03
    DAC Review memo re: 5/19 hearing                     0.20      70.00
                                                         ----  --------
        FOR CURRENT SERVICES RENDERED                    6.00  1,654.50

                           RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell            0.20   $350.00        $70.00
    Philip E. Milch                0.10    290.00         29.00
    Mark T. Hurford                1.20    265.00        318.00
    Marla R. Eskin                 4.50    275.00      1,237.50


        TOTAL CURRENT WORK                                     1,654.50



05/13/03 Payment - Thank you.  (January, 2003 - 80%)           -2,289.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)             -400.80
                                                               ---------
        TOTAL PAYMENTS                                         -2,690.40

        BALANCE DUE                                            $6,887.55
                                                               =========
```

W.R. Grace                                              05/31/2003
                                           ACCOUNT NO: 3000-15D
                                           STATEMENT NO:      24

Hearings

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:        9

Litigation and Litigation Consulting



PREVIOUS BALANCE                                    -$305.40



05/13/03 Payment - Thank you.  (January, 2003 - 80%)      -220.00
05/29/03 Payment - Thank you. (February, 2003 - 80%)      -142.40
                                                         -------
        TOTAL PAYMENTS                                   -362.40

        CREDIT BALANCE                                 -$667.80
                                                        ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:       9

Plan and Disclosure Statement



PREVIOUS BALANCE                                  $1,076.50



05/13/03 Payment - Thank you.  (January, 2003 - 80%)     -697.60
05/29/03 Payment - Thank you. (February, 2003 - 80%)     -138.80
                                                         -------
         TOTAL PAYMENTS                                  -836.40

         BALANCE DUE                                  $240.10
                                                      =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      05/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-18D
                                     STATEMENT NO:       9


Relief from Stay Proceedings




     PREVIOUS BALANCE                              -$93.20



                                        HOURS
05/02/03
     MTH Reviewing Motion for Stay Relief of
         Rodriguez.                       0.20       53.00
     MTH Correspondence to MRE re Rodriguez stay
         relief motion.                   0.20       53.00

05/05/03
     MTH Reviewing correspondence from MRE re Stay
         Relief Motion of Rodriguez.      0.10       26.50
     MTH Reviewing correspondence from PEM re Stay
         Relief Motion of Rodriguez.      0.10       26.50

05/15/03
     MTH Reviewing T. Kane's Reply to Debtors
         Objection re Stay Relief Motion. 0.30       79.50

05/27/03
     MRE Telephone call with Plaintiff's counsel
         regarding motion to lift stay and e-mail
         to AFM, MTH and PEM regarding same 0.30     82.50
     MTH Reviewing correspondence from MRE re:
         contacting parties re: stay relief. 0.10    26.50
     MTH Reviewing relevant documents re Committee
         position re stay relief issue.   0.30       79.50
     MTH Reviewing correspondence from PEM re stay
         relief issue.                    0.10       26.50
     MTH Discussion with MRE re stay relief issue
         re Asbestos PI Attorney          0.10       26.50
                                          ----     ------
         FOR CURRENT SERVICES RENDERED    1.80      480.00

W.R. Grace

Relief from Stay Proceedings

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $265.00 | $397.50 |
| Marla R. Eskin | 0.30 | 275.00 | 82.50 |

TOTAL CURRENT WORK                                   480.00

BALANCE DUE                                         $386.80
                                                   =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:        8


Tax Litigation



    PREVIOUS BALANCE                                       $468.80


    BALANCE DUE                                            $468.80
                                                          =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                05/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-21D
                                            STATEMENT NO:        5

Travel-Non-Working


          PREVIOUS BALANCE                                 $261.00


05/13/03 Payment - Thank you.  (January, 2003 - 80%)       -208.80


          BALANCE DUE                                       $52.20
                                                            ======


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    05/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-22D
                                            STATEMENT NO:      13

Valuation

PREVIOUS BALANCE                                        $1,392.50

05/29/03 Payment - Thank you. (February, 2003 - 80%)      -166.00

BALANCE DUE                                             $1,226.50
                                                       =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                     05/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      13


ZAI Science Trial




    PREVIOUS BALANCE                          $1,299.00



05/29/03 Payment - Thank you. (February, 2003 - 80%)        -63.60


    BALANCE DUE                               $1,235.40
                                              =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                05/31/2003
Wilmington  DE                              ACCOUNT NO     3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses ||||||
| 0.00 | 0.00 | 0.00 | 0.00 | -542.81 | -$542.81 |
| 3000-01 Asset Analysis and Recovery ||||||
| 4,824.50 | 1,184.00 | 0.00 | 0.00 | -483.60 | $5,524.90 |
| 3000-02 Asset Disposition ||||||
| 705.30 | 236.00 | 0.00 | 0.00 | -360.40 | $580.90 |
| 3000-03 Business Operations ||||||
| 376.10 | 0.00 | 0.00 | 0.00 | -200.00 | $176.10 |
| 3000-04 Case Administration ||||||
| 1,567.20 | 27.50 | 0.00 | 0.00 | -302.00 | $1,292.70 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) ||||||
| 3,193.10 | 0.00 | 0.00 | 0.00 | -84.80 | $3,108.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) ||||||
| -175.50 | 0.00 | 0.00 | 0.00 | -21.20 | -$196.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders ||||||
| 17,772.70 | 4,460.50 | 0.00 | 0.00 | -8,136.00 | $14,097.20 |
| 3000-08 Employee Benefits/Pension ||||||
| 1,343.80 | 0.00 | 0.00 | 0.00 | -1,676.40 | -$332.60 |
| 3000-10 Employment Applications, Others ||||||
| 1,395.70 | 492.50 | 0.00 | 0.00 | -345.20 | $1,543.00 |
| 3000-11 Expenses ||||||
| 3,061.33 | 0.00 | 817.21 | 0.00 | -1,473.88 | $2,404.66 |
| 3000-12 Fee Applications, Applicant ||||||
| 6,484.60 | 728.00 | 0.00 | 0.00 | -2,447.60 | $4,765.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 12,800.90 | 1,717.00 | 0.00 | 0.00 | -5,398.00 | $9,119.90 |
| 3000-14 Financing | | | | | |
| 1,014.50 | 0.00 | 0.00 | 0.00 | -514.80 | $499.70 |
| 3000-15 Hearings | | | | | |
| 7,923.45 | 1,654.50 | 0.00 | 0.00 | -2,690.40 | $6,887.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -305.40 | 0.00 | 0.00 | 0.00 | -362.40 | -$667.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 1,076.50 | 0.00 | 0.00 | 0.00 | -836.40 | $240.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -93.20 | 480.00 | 0.00 | 0.00 | 0.00 | $386.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | -208.80 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,392.50 | 0.00 | 0.00 | 0.00 | -166.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,299.00 | 0.00 | 0.00 | 0.00 | -63.60 | $1,235.40 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 66,386.88 | 10,980.00 | 817.21 | 0.00 | -26,314.29 | $51,869.80 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.