Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      21

Costs and Expenses



      PREVIOUS BALANCE                          -$542.81


      CREDIT BALANCE                            -$542.81
                                                ========


      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      25

Asset Analysis and Recovery

PREVIOUS BALANCE                                   $5,524.90

                                        HOURS
06/23/03
     MRE Review of order denying motion to extend
         time to file avoidance actions             0.10     27.50
                                                    ----    -----
         FOR CURRENT SERVICES RENDERED              0.10     27.50

                       RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Marla R. Eskin               0.10   $275.00    $27.50

     TOTAL CURRENT WORK                               27.50

06/23/03 Payment - Thank you. (March, 2003 - 80%)       -63.60

     BALANCE DUE                                   $5,488.80
                                                   =========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      25

Asset Disposition

PREVIOUS BALANCE                                         $580.90

                                             HOURS
06/12/03
    MTH Reviewing stipulation and order re: BSFS
        Equipment Leasing.                     0.20      53.00

06/27/03
    MTH Reviewing Motion of Summit Ventures, LLC
        to Compel the Debtors to Assume an
        Executory Contract.                    0.60     159.00
                                               ----     ------
        FOR CURRENT SERVICES RENDERED          0.80     212.00

                      RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Mark T. Hurford                0.80    $265.00    $212.00

       TOTAL CURRENT WORK                               212.00

06/23/03 Payment - Thank you. (March, 2003 - 80%)       -63.60

       BALANCE DUE                                      $729.30
                                                       =======

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                              06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      20

Business Operations



PREVIOUS BALANCE                                        $176.10


                                            HOURS
06/05/03
    DAC Review memo re: debtor's financials     0.30     105.00
    PEM Review memo from Tersigni to committee
        re: financial report update             0.40     116.00

06/08/03
    MRE Review of e-mail from M. Berkin regarding
        business operations                     0.10      27.50

06/09/03
    MTH Reviewing correspondence from M. Berkin
        re: First Quarter Financial Analysis.   0.30      79.50
                                               ----     ------
        FOR CURRENT SERVICES RENDERED           1.10     328.00

                     RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell         0.30    $350.00    $105.00
    Philip E. Milch             0.40     290.00     116.00
    Mark T. Hurford             0.30     265.00      79.50
    Marla R. Eskin              0.10     275.00      27.50


    TOTAL CURRENT WORK                                  328.00


06/23/03 Payment - Thank you. (March, 2003 - 80%)       -21.20


    BALANCE DUE                                        $482.90
                                                       =======

```
                                                    Page: 2
W.R. Grace                                        06/30/2003
                                    ACCOUNT NO: 3000-03D
                                    STATEMENT NO:      20

Business Operations
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      25


Case Administration



PREVIOUS BALANCE                                  $1,292.70


                                              HOURS
06/05/03
    PEM Review April operating report           1.20    348.00

06/12/03
    MTH Reviewing affidavit of Terry Engel re:
        ordinary course retention.              0.10     26.50
                                                ----    ------
        FOR CURRENT SERVICES RENDERED           1.30    374.50

                      RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Philip E. Milch               1.20   $290.00     $348.00
    Mark T. Hurford               0.10    265.00       26.50


    TOTAL CURRENT WORK                                 374.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)     -372.80


    BALANCE DUE                                     $1,294.40
                                                    =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      06/30/2003
Wilmington  DE                      ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      25

Claims Analysis Objection & Resolution (Asbestos)



    PREVIOUS BALANCE                        $3,108.30



06/23/03 Payment - Thank you. (March, 2003 - 80%)      -1,045.60


    BALANCE DUE                             $2,062.70
                                            =========




            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      25

Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                       -$196.70


CREDIT BALANCE                                         -$196.70
                                                      =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      25


Committee, Creditors, Noteholders, Equity Holders




        PREVIOUS BALANCE                          $14,097.20



                                              HOURS
06/01/03
    MRE Review of memorandum summarizing
        pleadings filed on May 29, 2003           0.10     27.50

06/02/03
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)           0.30     28.50
    MTH Reviewing report of daily pleadings filed
        5-30-03 through 6-1-03.                    0.10     26.50

06/03/03
    DEM Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)           0.50     47.50
    MTH Reviewing report of daily pleadings filed
        6-2-03.                                    0.10     26.50

06/04/03
    DAC Review counsel's recommendation memo      0.20     70.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)           0.30     28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of
        adversary proceeding daily memo (.1)       0.30     28.50
    DEM Revision of Weekly Recommendation Memo     0.20     19.00
    MAL Attention to document organization         0.20     19.00
    MTH Reviewing report of daily pleadings filed
        6-3-03.                                    0.10     26.50

```
                                              Page: 2
W.R. Grace                                  06/30/2003
                              ACCOUNT NO: 3000-07D
                              STATEMENT NO:        25
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **06/05/03** | | | |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Reviewing report of daily pleadings filed 6/4/03. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from DEM re: MOR's (.1); e-mail to Tersigni re: same (.1) | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings for June 4, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 2, 2003 | 0.10 | 27.50 |
| MRE | Review of memo summarizing pleadings filed on May 30, 2003 through June 1, 2003 | 0.10 | 27.50 |
| **06/06/03** | | | |
| MAL | Review Pleadings and electronic filing notices for daily memo | 0.30 | 28.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 132.50 |
| MTH | Reviewing report of daily pleadings filed 6/5/03. | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| **06/08/03** | | | |
| MRE | Review of memorandum summarizing pleadings filed on June 5, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 4, 2003 | 0.10 | 27.50 |
| **06/09/03** | | | |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of | | |

```
                                                           Page:   3
        W.R. Grace                                       06/30/2003
                                                ACCOUNT NO: 3000-07D
                                                STATEMENT NO:     25
        Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
|  | adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report of daily pleadings filed 6/6/03. | 0.10 | 26.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo summarizing pleadings and objection dates | 0.20 | 55.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of memo summarizing pleadings for June 6, 2003 | 0.10 | 27.50 |
| **06/10/03** |  |  |  |
| MTH | Meeting with MRE re next week's omnibus hearing, pending motions. | 0.20 | 53.00 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Document management and organization of files | 0.50 | 47.50 |
| MRE | Meeting with  MTH regarding upcoming objections and deadlines | 0.20 | 55.00 |
| **06/11/03** |  |  |  |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Preparing memorandum re issues scheduled for June Hearing (.3), correspondence to PVNL and JWD re same (.2). | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/10/03. | 0.10 | 26.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 10, 2003 | 0.10 | 27.50 |
| **06/12/03** |  |  |  |
| DEM | Prepare weekly recommendation memo | 0.20 | 19.00 |
| MTH | Correspondence to AFM re Fee Hearing, potential issues (.1) and response thereto (.1). | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/11/03. | 0.10 | 26.50 |
| **06/13/03** |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

```
                                                      Page: 4
W.R. Grace                                         06/30/2003
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/12/03. | 0.10 | 26.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

06/14/03

| | | | |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on June 12, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 11, 2003 | 0.10 | 27.50 |

06/16/03

| | | | |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/13/03. | 0.10 | 26.50 |
| MRE | Telephone call with B. Sluce regarding change of firm name | 0.10 | 27.50 |
| DEM | Preparation of documents and E-filing of Notice of Name Change for Ness Motley. | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 13, 2003 | 0.10 | 27.50 |

06/17/03

| | | | |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| MAL | Organization and distribution of daily |  |  |

```
                                                           Page: 5
W.R. Grace                                             06/30/2003
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
       pleadings                              0.10      9.50

06/18/03
    DEM preparation and distribution of daily
        memo                                  0.30     28.50
    MAL Organization and distribution of daily
        pleadings                             0.10      9.50
    MRE Revisions to memo to the committee
        regarding omnibus hearing             0.30     82.50
    MRE Drafting e-mail to PVNL and JWD regarding
        hearing memo                          0.20     55.00
    MRE Review of e-mail from PVNL regarding
        hearing memo to committee             0.10     27.50
    MRE E-mail to committee regarding hearing  0.20     55.00
    MTH Reviewing correspondence from MRE re
        memorandum regarding events at June
        Omnibus Hearing.                      0.20     53.00
    MRE Review of e-mail from PVNL to MTH
        regarding hearing memo to the committee 0.10   27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/17/03            0.10     26.50

06/19/03
    DEM preparation and distribution of daily
        memo                                  0.30     28.50
    MAL Organization and distribution of daily
        pleadings                             0.10      9.50
    MTH Meeting with MRE re pending issues,
        status of case.                       0.20     53.00
    MRE Review of memorandum summarizing
        pleadings filed on
        June 18, 2003                         0.10     27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/18/03            0.10     26.50

06/20/03
    DAC Review counsel's weekly recommendation
        memo                                  0.20     70.00
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters 0.30 87.00
    MAL Updating Service List                 0.10      9.50
    DEM preparation and distribution of daily
        memo                                  0.30     28.50
    DEM Prepare and send out Weekly
        Recommendation Memo to Committee      0.20     19.00
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | prepare weekly recommendation memo | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 6/19/03 | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |

06/22/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on June 19, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 16,2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 16, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on for June 9th to 16th in the adversary matters | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 17, 2003 | 0.10 | 27.50 |

06/23/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review memo re: Zonolite to committee | 0.10 | 29.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 20, 2003 to June 22, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed 6/20/03 through 6/22/03 | 0.10 | 26.50 |

06/24/03

|  |  |  |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Meeting regarding upcoming motions and deadlines | 0.20 | 55.00 |

```
                                              Page: 7
W.R. Grace                                  06/30/2003
                               ACCOUNT NO: 3000-07D
                               STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders
```

```
                                     HOURS
    MRE Review of weekly recommendation
        memorandum                      0.20      55.00
    MTH Preparation for meeting with MRE (.1) and
        meeting with MRE re case status, pending
        motions and issues (.2)         0.30      79.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/23/03      0.10      26.50

06/25/03
    DEM preparation and distribution of daily
        memo                            0.30      28.50
    DEM prepare weekly recommendation memo  0.20  19.00
    MAL Organization and distribution of daily
        pleadings                       0.10       9.50
    DEM Retrieval of document (D.I. 3953);
        drafting of e-mail to Mike Berkin
        attaching same.                 0.10       9.50
    MTH prepare weekly recommendation memo  0.30  79.50
    MRE Review of memorandum summarizing
        pleadings filed on June 24, 2003  0.10    27.50
    MRE Review of memorandum summarizing
        pleadings filed on June 23, 2003  0.10    27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/24/03      0.10      26.50

06/26/03
    DEM preparation and distribution of daily
        memo                            0.30      28.50
    MAL Organization and distribution of daily
        pleadings                       0.10       9.50
    MRE Review of memorandum summarizing
        pleadings filed on June 25, 2003  0.10    27.50
    MTH Review of memorandum summarizing
        pleadings filed on 6/25/03      0.10      26.50

06/27/03
    PEM Review weekly recommendation memo to
        committee re: pending motions   0.30      87.00
    MRE Review of memorandum summarizing
        pleadings filed on June 27, 2003  0.10    27.50
    MTH Correspondence to Committee Members re
        weekly recommendation memo      0.20      53.00
    MTH Prepare weekly recommendation memo.  0.80  212.00
    MAL Organization and distribution of daily
        pleadings.                      0.10       9.50
```

```
                                                   Page: 8
W.R. Grace                                       06/30/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      25
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MAL | Attention to document organization | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 27, 2003. | 0.10 | 27.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |

06/30/03

| MAL | Organize and distribute daily pleadings | 0.10 | 9.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on June 27, 2003 | 0.10 | 27.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 6/26/03. | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo. | 0.20 | 53.00 |
| MTH | Reviewing various Orders recently entered. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed from 6/27/03 through 6/29/03. | 0.10 | 26.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on June 27, 2003. | 0.10 | 27.50 |

```
                                                 -----   --------
       FOR CURRENT SERVICES RENDERED             25.90   4,874.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $350.00 | $350.00 |
| Philip E. Milch | 1.00 | 290.00 | 290.00 |
| Mark T. Hurford | 7.00 | 265.00 | 1,855.00 |
| Marla R. Eskin | 4.30 | 275.00 | 1,182.50 |
| Margaret A. Landis | 2.60 | 95.00 | 247.00 |
| Diane E. Massey | 10.00 | 95.00 | 950.00 |

```
       TOTAL CURRENT WORK                                 4,874.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)        -3,034.40
```

```
                                                         Page: 9
W.R. Grace                                             06/30/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:       25
Committee, Creditors, Noteholders, Equity Holders




        BALANCE DUE                            $15,937.30
                                               ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              06/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-08D
                                            STATEMENT NO:      24


Employee Benefits/Pension



        PREVIOUS BALANCE                              -$332.60



                                            HOURS
06/24/03
        MTH Reviewing Debtors' Motion to
            authorization to make pension plan
            contributions.                   0.50       132.50
        MRE Meeting with MTH regarding pension motion  0.10    27.50
        MTH telephone conference with M. Berkin re
            Pension Plan Contribution Motion, contact
            with Blackstone, thoughts re same.   0.20       53.00
        MTH Correspondence to M. Berkin re Pension
            Plan Motion, facts and thoughts re same.  0.30    79.50
        MRE Review of e-mail from MTH to M. Berkin
            regarding pension contribution motion   0.10    27.50
        MTH Meeting with MRE re Pension Plan Motion,
            discussion with MRE re same.         0.10       26.50

06/25/03
        MTH Discussion with DEM re affidavit re
            Pension Plan Motion (.1) and reviewing
            correspondence from DEM re same (.1)   0.20    53.00
        MTH Reviewing Affidavit of W. McGowan re
            Pension Plan Contributions.          0.30       79.50
        KJC Discussion with MTH re pension plan   0.20    30.00
        KJC Research re pension plan             0.10       15.00
        MTH Discussion with KJC re analysis of
            pension plan motion.                 0.20       53.00
        MTH Drafting correspondence to M. Berkin re
            analysis and issues/questions with the
            Pension Plan Motion.                 1.70      450.50
        MTH Discussion with KJC (follow-up) re
            Pension Plan Motion, contact from JWD.  0.10    26.50
        KJC Further discussion with MTH re pension
            plan                                 0.10       15.00

W.R. Grace

Employee Benefits/Pension

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing correspondence from JWD re Pension Plan Motion. | 0.20 | 53.00 |
| MRE | Review of Affidavit regarding Order Authorizing Pension Contributions | 0.10 | 27.50 |
| MRE | Review of Motion for Order Authorizing Debtor to Make Contributions to Benefits Plan | 0.20 | 55.00 |

06/26/03

|  |  |  |  |
|---|---|---|---|
| MRE | Meeting with MTH regarding pension matter | 0.10 | 27.50 |
| MTH | Meeting with MRE re pension plan issues. | 0.10 | 26.50 |
| MTH | telephone conference with JWD re potential actuarial expert. | 0.10 | 26.50 |
| MTH | Correspondence to M. Berkin re contact with JWD re Pension Plan Motion. | 0.20 | 53.00 |
| MRE | Review of e-mails from MTH and  JWD regarding pension plan | 0.20 | 55.00 |

06/27/03

|  |  |  |  |
|---|---|---|---|
| MTH | Telephone conference with M. Berkin re pension plan motion. | 0.20 | 53.00 |
| MTH | Correspondence to PVNL and JWD re contact with M. Berkin and Debtors re Pension Plan Motion. | 0.30 | 79.50 |

06/30/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing correspondence from M. Berkin re conference call re Pension Plan Motion. | 0.10 | 26.50 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 6.00 | 1,552.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.80 | $265.00 | $1,272.00 |
| Marla R. Eskin | 0.80 | 275.00 | 220.00 |
| Kathleen J. Campbell | 0.40 | 150.00 | 60.00 |

TOTAL CURRENT WORK                                1,552.00


BALANCE DUE                                     $1,219.40
                                               =========

W.R. Grace

Employee Benefits/Pension

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      25

Employment Applications, Others



    PREVIOUS BALANCE                             $1,543.00



06/23/03 Payment - Thank you. (March, 2003 - 80%)        -196.80


    BALANCE DUE                                  $1,346.20
                                                 =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      23


Expenses



PREVIOUS BALANCE                                   $2,404.66



06/03/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 6/02/03 (fee applications)        174.85
06/04/03 FAX to Peter Lockwood                          5.00
06/04/03 FAX to Doug Campbell                           5.00
06/04/03 FAX to Robert Spohn                            5.00
06/04/03 FAX to Elyssa Strug                            5.00
06/05/03 Photocopying - 2 copies 9 pages (memo re:
         financial acceptance)                          1.80
06/05/03 FAX to Walter B. Slocombe, Esq.                6.00
06/05/03 FAX to Peter Lockwood                          6.00
06/07/03 Parcels, Inc. to Campbell & Levine, case no.
         01-3805- 5/29/03 opinion (split between two
         cases) on 6/6/03                              77.25
06/13/03 FAX to Peter Lockwood with Daily Memo          4.00
06/13/03 FAX to Doug Campbell with Daily Memo           4.00
06/13/03 FAX to Robert Spohn with Daily Memo            4.00
06/13/03 FAX to Elyssa Strug with Daily Memo            4.00
06/16/03 AT&T Long Distance Phone Calls                36.23
06/17/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 6/16/03 (notice of
         name change)                                 297.25
06/17/03 Letter to J. Port of WR Grace                  0.37
06/24/03 FAX to Peter Lockwood with daily memo          5.00
06/24/03 FAX to Doug Campbell with daily memo           5.00
06/24/03 FAX to Robert Spohn with daily memo            5.00
06/24/03 FAX to Elyssa Strug with daily memo            5.00
06/25/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 6/24/03 (April fee
         application)                                  62.97
06/30/03 Pacer charges for the month of May           106.33
06/30/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 6/27/03 (CNO: April fee applications)  41.08

```
                                                          Page: 2
W.R. Grace                                            06/30/2003
                                         ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      23

Expenses




                                                         ------
        TOTAL EXPENSES                                    866.13

        TOTAL CURRENT WORK                                866.13



06/23/03 Payment - Thank you. (March, 2003 - 100%)      -699.16


        BALANCE DUE                                   $2,571.63
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      23


Fee Applications, Applicant



PREVIOUS BALANCE                                  $4,765.00


                                          HOURS
06/02/03
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - April)       0.30      60.00

06/03/03
    LMP Electronic filing of Campbell & Levine's
        April Monthly Fee Application             0.20      19.00

06/04/03
    PEM Review pre-bills re: Pittsburgh time      0.20      58.00

06/12/03
    LMP Updated and made revisions to the  Fee
        Application payment chart regarding WR
        Grace payments                            0.30      28.50

06/13/03
    MTH Review pre-bill                           0.50     132.50

06/18/03
    MRE Review of pre-bill                        0.50     137.50
    MTH Meeting with MRE re: monthly pre-bill,
        codes.                                    0.10      26.50

06/19/03
    LMP Reviewed Email from D. Seitz containing
        Campbell & Levine's May billing(.1);
        Drafted C&L May Fee Application (.5)       0.60      57.00

06/24/03
    LMP Searched docket for Objection to Campbell
        & Levine's April Fee Application (.1);

```
                                                           Page: 2
     W.R. Grace                                         06/30/2003
                                             ACCOUNT NO: 3000-12D
                                             STATEMENT NO:      23

     Fee Applications, Applicant
```

```
                                               HOURS
          Drafted CNO re same (.2); Electronic
          filing of CNO (.2)                    0.50    47.50
     AFM Review and sign CNO for Campbell & Levine
          (Monthly - April)                     0.20    40.00

06/26/03
     LMP Drafted Campbell & Levine's Certificate
          of No Objection re: 8th Interim Fee
          Application                           0.20    19.00

06/27/03
     PEM Revise June prebill to date re: PGH time  0.20  58.00
     AFM Review and sign CNO for Campbell & Levine
          (Interim Fee Application - January
          through March)                        0.20    40.00

06/30/03
     AFM Review Fee Auditor's Report for Campbell
          & Levine (Eighth Interim)             0.20    40.00
     MTH Reviewing Fee Auditor's Report re
          Campbell & Levine.                    0.10    26.50
     MRE Review of final fee auditor report for
          C&L.                                   0.10    27.50
                                                ----    ------
          FOR CURRENT SERVICES RENDERED         4.40    817.50

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
     Philip E. Milch              0.40    $290.00     $116.00
     Aileen F. Maguire            0.90     200.00      180.00
     Mark T. Hurford              0.70     265.00      185.50
     Marla R. Eskin               0.60     275.00      165.00
     Lauren M. Przybylek          1.80      95.00      171.00


     TOTAL CURRENT WORK                               817.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)   -1,050.80


     BALANCE DUE                                   $4,531.70
                                                   =========
```

                                                          Page: 3
W.R. Grace                                            06/30/2003
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:       23

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      10


Fee Applications, Others




     PREVIOUS BALANCE                              $9,119.90



                                           HOURS
06/02/03
     AFM Review and sign fee application for
         Caplin & Drysdale (Monthly - April)       0.30      60.00
     AFM Review and sign fee application for L.
         Tersigni (Monthly - April)                0.30      60.00

06/03/03
     LMP Electronic filing of Caplin & Drysdale's
         April Monthly Fee Application             0.20      19.00
     LMP Electronic filing of L. Tersigni's April
         Monthly Fee Application                   0.20      19.00

06/06/03
     LMP Reviewed March Fee Application of Lukins
         & Annis (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Reviewed April Fee Application of FTI
         Policano & Manzo (.1); Updated WR Grace
         Weekly Recommendation Memo (.1)           0.20      19.00
     LMP Reviewed April Fee Application of Stroock
         Stroock & Lavan (.1); Updated WR Grace
         Weekly Recommendation Memo (.1)           0.20      19.00
     LMP Reviewed Eighth Interim Fee Application
         of Richardson Patrick Westbrook &
         Brickman (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Reviewed Third Interim Fee Application of
         Elzufon Austin Reardon Tarlov & Mondell
         (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Reviewed Third Interim Fee Application of
         Lukins & Annis (.1); Updated WR Grace

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed January through March Fee Application of Pitney Hardin Kipp & Szuch (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Carlla Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Woodcock Washburn (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Kirkland & Ellis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Kramer Levin Naftalis & Frankel (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Eleventh Interim Application of the Official Committee of PD Claimants (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Reed Smith (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Holme Roberts & Owen (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Warren H. Smith & Associates (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 06/10/03 |  |  |  |
| LMP | Telephone call to WR Grace Legal Department regarding an unpaid monthly and holdback payment for Caplin & Drysdale (.1); Email to A. Katznelson of C&D regarding payment information (.1) | 0.20 | 19.00 |
| LMP | Electronic filing of Caplin & Drysdale's Third Interim Fee Application | 0.20 | 19.00 |
| LMP | Electronic filing of Campbell & Levine's First Interim Fee Application | 0.20 | 19.00 |
| 06/11/03 |  |  |  |
| LMP | Searched case docket for Omnibus Order |  |  |

Fee Applications, Others


                                          HOURS
        approving Interim Fee Applications (.1);
        Created binder re Fee Interim Application
        Orders (.2)                          0.30      28.50
    LMP Reviewed April Fee Application of
        Kirkland & Ellis (.1); Updated WR Grace
        Weekly Recommendation Memo (.1)       0.20      19.00
    LMP Reviewed May Fee Application of Warren H.
        Smith & Associates (.1); Updated Kaiser
        Weekly Recommendation Memo (.1)       0.20      19.00
    MTH Reviewing correspondence from MRE re:
        next hearing, fee issues (.1); discussion
        with MRE re: same (.1)                0.20      53.00

06/12/03
    LMP Reviewed Interim Fee Application of
        Carella Bryne Bain Gilfillan Cecchi
        Stewart & Olstein (.1); Updated WR Grace
        Weekly Recommendation Memo (.1)       0.20      19.00
    LMP Reviewed Interim Fee Application of
        Conway, Del Genio, Gries & Co (.1);
        Updated WR Grace Weekly Recommendation
        Memo (.1)                             0.20      19.00

06/17/03
    LMP Call to Legal Services Dept of WR Grace
        regarding December 2002 payment for
        Monthly Fee Application re: unpaid
        balance                               0.10       9.50
    LMP Ltr to J. Port of WR Grace regarding
        Caplin & Drysdale CNO filed on 2/25/03
        [docket no. 3426]                     0.20      19.00
    MRE Review of e-mail from R. Tobin regarding
        fee applications                      0.10      27.50
    MRE Review of fee auditor order and drafting
        e-mail to C&D regarding fee application
        hearing                               0.30      82.50
    MRE Review of e-mail from EI and response
        regarding fee application hearing     0.20      55.00

06/18/03
    LMP Reviewed Conway Del Genio, Gries & Co.
        Monthly Fee Application (.1); Updated
        Kaiser Weekly Recommendation Memo (.1) 0.20      19.00
    LMP Reviewed Conway Del Genio, Gries & Co.
        Interim Fee Application for January

W.R. Grace

Fee Applications, Others

|  | | HOURS | |
|---|---|---|---|
| | through March (.1); Updated Kaiser Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed PSZYJ&W March Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

06/19/03

| LMP | Reviewed Interim Fee Application of Wachtell, Lipton, Rosen & Katz (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed Interim Fee Application of Woodcock Washburn (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed Seventh Monthly Fee Application of Wachtell, Lipton, Rosen & Katz (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed April Monthly Fee Application of Pitney Hardin Kipp & Szuch (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed April Monthly Fee Application of Wallace King Marraro & Branson (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bilzin Sumberg Baena Price & Axelrod (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Hamilton Ravinovitz & Alschuler (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Holme Roberts & Owen (.1); Updated Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |

06/20/03

| LMP | Reviewed March Monthly Fee Application of Duane Morris LLP (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed April Monthly Fee Application of Duane Morris LLP (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Email correspondence with D. Relles | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | regarding updated payment information relating to Monthly and holdback payments | 0.10 | 9.50 |
| LMP | Reviewed email from D. Relles regarding April through May Billing and updated payments (.2); Drafted Wr Grace Monthly Fee Application (.3) | 0.50 | 47.50 |

06/23/03

| LMP | Email correspondence with D. Relles regarding Legal Analysis Systems September and October 2002 fee applications and payment information | 0.10 | 9.50 |
|---|---|---|---|
| MRE | Review of e-mail from S. Bossay regarding committee expense applications and drafting e-mail to LPM and AFM regarding same | 0.10 | 27.50 |
| MRE | Review of e-mail from AFM to S. Bossay regarding committee expenses | 0.10 | 27.50 |

06/24/03

| LMP | Searched docket for Objection to Caplin & Drysdale's April Fee Application (.1); Drafted CNO re same (.2); Electronic filing of CNO (.2) | 0.50 | 47.50 |
|---|---|---|---|
| LMP | Searched docket for Objection to L Tersigni's April Fee Application (.1); Drafted CNO re same (.2); Electronic filing of CNO (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - April) | 0.20 | 40.00 |
| AFM | Review and sign CNO for L. Tersigni (Monthly - April) | 0.20 | 40.00 |

06/26/03

| LMP | Reviewed Interim Fee Application (Jan-March) of PSZYJ&W (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed Interim Fee Application (Jan-March) of Warren H. Smith & Associates  (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Duane Morris (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Drafted Caplin & Drysdale's Certificate |  |  |

```
                                                          Page: 6
W.R. Grace                                              06/30/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      10

Fee Applications, Others




                                         HOURS
        of No Objection re: 8th Interim Fee
        Application                              0.20    19.00
   LMP  Drafted L Tersigni Consulting Certificate
        of No Objection re: 8th Interim Fee
        Application                              0.20    19.00
   LMP  Drafted Legal Analysis Systems
        Certificate of No Objection re: 8th
        Interim Fee Application                  0.20    19.00

06/27/03
   AFM  Review and sign CNO for LAS (Interim Fee
        Application - January through March)      0.20    40.00
   AFM  Review and sign CNO for L. Tersigni
        (Interim Fee Application - January
        through March)                           0.20    40.00
   AFM  Review and sign CNO for Caplin & Drysdale
        (Interim Fee Application - January
        through March)                           0.20    40.00

06/30/03
   MTH  Telephone conference with E. Strug re J.
        Wolin order re fees (.1) and e-mail re
        same (.1)                                0.20    53.00
   MRE  E-mail with C&D re: Zonolite budget      0.20    55.00
                                                 -----  --------
        FOR CURRENT SERVICES RENDERED           13.90  1,736.50

                      RECAPITULATION
   TIMEKEEPER                   HOURS  HOURLY RATE       TOTAL
   Aileen F. Maguire             1.60    $200.00      $320.00
   Mark T. Hurford               0.40     265.00       106.00
   Marla R. Eskin                1.00     275.00       275.00
   Lauren M. Przybylek          10.90      95.00     1,035.50


        TOTAL CURRENT WORK                            1,736.50


06/23/03 Payment - Thank you. (March, 2003 - 80%)    -2,554.80


        BALANCE DUE                                  $8,301.60
                                                     =========
```

W.R. Grace

Fee Applications, Others

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                06/30/2003
Wilmington  DE                                ACCOUNT NO: 3000-14D
                                              STATEMENT NO:      23

Financing

        PREVIOUS BALANCE                                    $499.70

06/23/03 Payment - Thank you. (March, 2003 - 80%)           -296.80

        BALANCE DUE                                         $202.90
                                                            =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      25

Hearings

        PREVIOUS BALANCE                            $6,887.55

                                            HOURS
06/11/03
    MTH Reviewing portion of Hearing Transcript.    0.20     53.00
    MTH Reviewing correspondence from MRE re:
        June Hearing and fee issues.                0.10     26.50
    MTH Reviewing Agenda for June 2003 Hearing.     0.20     53.00

06/12/03
    DEM Preparation of attorney binder for
        omnibus hearing                             0.30     28.50
    MTH Reviewing correspondence from PVNL re:
        attendance at the hearing.                  0.10     26.50

06/13/03
    MTH Reviewing Amended Agenda.                   0.10     26.50
    MTH Reviewing second Amended Agenda.            0.10     26.50

06/17/03
    MRE Attendance at omnibus hearing              0.50    137.50
    AFM Email from MRE re: Fee Application
        Hearing and Warren Smith Fee Application    0.20     40.00
    AFM Email from R. Tobin re: Fee Application
        Hearing                                     0.10     20.00

06/18/03
    DAC Review memo re: 6/17 hearing                0.10     35.00
                                                   ----     ------
        FOR CURRENT SERVICES RENDERED               2.00    473.00

                       RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell             0.10    $350.00     $35.00
    Aileen F. Maguire               0.30     200.00      60.00

```
                                                        Page: 2
        W.R. Grace                                    06/30/2003
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      25

        Hearings




        Mark T. Hurford                 0.80     265.00     212.00
        Marla R. Eskin                  0.50     275.00     137.50
        Diane E. Massey                 0.30      95.00      28.50


           TOTAL CURRENT WORK                              473.00


06/23/03 Payment - Thank you. (March, 2003 - 80%)         -626.80


           BALANCE DUE                                  $6,733.75
                                                        =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      10

Litigation and Litigation Consulting

        PREVIOUS BALANCE                              -$667.80

                                            HOURS
06/02/03
        AFM Review and edit memo re: Third Circuit
            Court of Appeals decision (Cybergenics)    2.50    500.00
        PEM Review Cybergenics summary memo and
            revise same                                0.10     29.00

06/03/03
        AFM Edit and finalize memo re: Cybergenics
            decision (Third Circuit)                   0.30     60.00
        AFM Continue edits to memo re: Third Circuit
            Cybergenics decision                       0.40     80.00
        AFM Email to N. Finch re: Third Circuit
            Cybergenics decision                       0.10     20.00
        AFM Telephone Conference with M. Eskin re:
            edits to Third Circuit Cybergenics memo    0.20     40.00
        MRE Review and revisions to Cybergenics memo   0.30     82.50

06/04/03
        MRE Review of final Cybergenics decision       0.10     27.50
        MRE Review of memo summarizing pleadings
            regarding adversary matters                0.10     27.50

06/08/03
        MRE Review of letter from Debtor to Judge
            Wolin regarding Fresenius settlement       0.10     27.50

06/09/03
        MRE Review of memo summarizing pleadings
            filed in adversary matters for May 30,
            2003 through June 8, 2003                  0.10     27.50

```
                                                          Page: 2
W.R. Grace                                              06/30/2003
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      10
Litigation and Litigation Consulting
```

```
                                                   HOURS
06/11/03
   AFM Meeting w/ LMP and MRE re: Fee
       Application Hearing issues              0.30      60.00

06/16/03
   MRE Preparation for hearing                 0.50     137.50

06/17/03
   MRE Review of e-mail from KJC regarding
       adversaries                             0.10      27.50
   MRE Meeting with MTH regarding omnibus
       hearing                                 0.20      55.00
   MRE Drafting of memo to the Committee
       regarding June 17, 2003 hearing         0.60     165.00

06/25/03
   MRE Review of Motion for Order to Extend
       Period in Which Debtor's May Remove
       Actions                                 0.10      27.50

06/27/03
   MTH Reviewing Debtors' Motion for an Order
       extending the time for Debtors to Remove
       Actions.                                0.30      79.50
   MRE Review of e-mail from MTH regarding ZAI
       trial.                                  0.10      27.50
   MRE Further review of motion to exceed ZAI
       trial budget and drafting e-mail to C&D
       regarding same                          0.30      82.50
   MRE Review of e-mail from PVNL regarding ZAI
       trial.                                  0.10      27.50
                                               ----  --------
       FOR CURRENT SERVICES RENDERED           6.90   1,611.00

                      RECAPITULATION
   TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
   Philip E. Milch                 0.10    $290.00      $29.00
   Aileen F. Maguire               3.80     200.00      760.00
   Mark T. Hurford                 0.30     265.00       79.50
   Marla R. Eskin                  2.70     275.00      742.50


       TOTAL CURRENT WORK                               1,611.00
```

```
                                                    Page: 3
W.R. Grace                                        06/30/2003
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      10

Litigation and Litigation Consulting




     BALANCE DUE                                   $943.20
                                                   =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      10

Plan and Disclosure Statement




    PREVIOUS BALANCE                                   $240.10



06/23/03 Payment - Thank you. (March, 2003 - 80%)       -46.40


    BALANCE DUE                                        $193.70
                                                       =======








        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      10


Relief from Stay Proceedings




    PREVIOUS BALANCE                               $386.80


                                           HOURS
06/23/03
    MRE Review of Motion of Costa for Relief from
        Stay                                0.10     27.50

06/27/03
    MTH Reviewing Motion for Stay Relief of Costa
        and Thornburg.                      0.40    106.00
                                            ----    ------
        FOR CURRENT SERVICES RENDERED       0.50    133.50

                        RECAPITULATION
    TIMEKEEPER                HOURS HOURLY RATE      TOTAL
    Mark T. Hurford           0.40    $265.00     $106.00
    Marla R. Eskin           0.10     275.00      27.50


    TOTAL CURRENT WORK                            133.50


    BALANCE DUE                                  $520.30
                                                 =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-20D
                                      STATEMENT NO:        9


Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                        06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-21D
                                      STATEMENT NO:        6

Travel-Non-Working



    PREVIOUS BALANCE                                  $52.20


    BALANCE DUE                                       $52.20
                                                      ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                    06/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      14

Valuation

PREVIOUS BALANCE                                 $1,226.50

BALANCE DUE                                      $1,226.50
                                                 =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
06/30/2003

W.R. Grace
Wilmington  DE
ACCOUNT NO: 3000-23D
STATEMENT NO:     14


ZAI Science Trial



PREVIOUS BALANCE                              $1,235.40



                                      HOURS
06/16/03
    MTH Meeting with MRE re comments by Judge
        Fitzgerald re ZAI Science Trial, history
        of matter.                            0.20     53.00

06/23/03
    MTH Reviewing correspondence from EI re ZAI
        Science Trial, order by Judge Wolin.  0.10     26.50
    MTH Reviewing correspondence from MRE re
        Judge Wolin Order re ZAI (.1) and
        discussion with DEM re same (.1).     0.20     53.00
    MTH Correspondence to MRE re Order re ZAI
        Science Trial (and reviewing response to
        same).                                0.10     26.50
    MTH Reviewing correspondence from DEM re ZAI
        order from Judge Wolin.               0.10     26.50
    MRE Review of e-mail from MTH regarding
        Zonolite matter                       0.10     27.50

06/26/03
    MTH Reviewing correspondence from Restivo and
        Westbrook to JKF re settlement
        facilitator.                          0.10     26.50
    MRE Review of Joint Motion of Debtors to
        Increase Budge for ZAI Trial          0.10     27.50

06/27/03
    MTH Reviewing correspondence from MRE and
        response to same re Motion re ZAI Science
        Trial budget.                         0.20     53.00

```
                                                      Page: 2
        W.R. Grace                                  06/30/2003
                                        ACCOUNT NO: 3000-23D
                                        STATEMENT NO:       14

        ZAI Science Trial




                                          HOURS
06/30/03
        MTH Reviewing correspondence from MRE and
            PVNL re ZAI Science Trial Budget Motion.    0.10    26.50
        MTH Reviewing correspondence from EI re ZAI
            Science trial.                               0.10    26.50
                                                        ----    ------
            FOR CURRENT SERVICES RENDERED               1.40    373.00
                           RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
        Mark T. Hurford               1.20    $265.00    $318.00
        Marla R. Eskin                0.20     275.00      55.00


        TOTAL CURRENT WORK                                373.00


        BALANCE DUE                                    $1,608.40
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    06/30/2003
Wilmington  DE                              ACCOUNT NO      3000D

PREVIOUS BALANCE      FEES    EXPENSES    ADVANCES      PAYMENTS      BALANCE

3000-00 Costs and Expenses
    -542.81      0.00        0.00        0.00          0.00      -$542.81

3000-01 Asset Analysis and Recovery
   5,524.90     27.50        0.00        0.00        -63.60    $5,488.80

3000-02 Asset Disposition
     580.90    212.00        0.00        0.00        -63.60      $729.30

3000-03 Business Operations
     176.10    328.00        0.00        0.00        -21.20      $482.90

3000-04 Case Administration
   1,292.70    374.50        0.00        0.00       -372.80    $1,294.40

3000-05 Claims Analysis Objection & Resolution (Asbestos)
   3,108.30      0.00        0.00        0.00     -1,045.60    $2,062.70

3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
    -196.70      0.00        0.00        0.00          0.00      -$196.70

3000-07 Committee, Creditors, Noteholders, Equity Holders
  14,097.20  4,874.50        0.00        0.00     -3,034.40   $15,937.30

3000-08 Employee Benefits/Pension
    -332.60  1,552.00        0.00        0.00          0.00    $1,219.40

3000-10 Employment Applications, Others
   1,543.00      0.00        0.00        0.00       -196.80    $1,346.20

3000-11 Expenses
   2,404.66      0.00      866.13        0.00       -699.16    $2,571.63

3000-12 Fee Applications, Applicant
   4,765.00    817.50        0.00        0.00     -1,050.80    $4,531.70

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 9,119.90 | 1,736.50 | 0.00 | 0.00 | -2,554.80 | $8,301.60 |
| 3000-14 Financing | | | | | |
| 499.70 | 0.00 | 0.00 | 0.00 | -296.80 | $202.90 |
| 3000-15 Hearings | | | | | |
| 6,887.55 | 473.00 | 0.00 | 0.00 | -626.80 | $6,733.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -667.80 | 1,611.00 | 0.00 | 0.00 | 0.00 | $943.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | -46.40 | $193.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 386.80 | 133.50 | 0.00 | 0.00 | 0.00 | $520.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,235.40 | 373.00 | 0.00 | 0.00 | 0.00 | $1,608.40 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 51,869.80 | 12,513.00 | 866.13 | 0.00 | -10,072.76 | $55,176.17 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.