**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 31, 2003

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10416

Professional Services

|   |   |   | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/1/2003 | WHS | revise Wachtell 8th Int FR | 0.10 | 27.50 |
|  | SLB | complete draft of 8th Interim Final Report(s) - Bilzen (.9) ; Hamilton (.5) ; Holme Roberts (3.4) ; Klett Rooney (.5) ; Woodcock (.8) ; Kramer Levin (.5) ; begin partial summary and draft of 8th Interim Initial Report - Pachulski (1.6) | 8.20 | 902.00 |
|  | PGS | Draft and Electronic filing with court of WHS Certificate of No Objection for April 2003 | 0.30 | 24.00 |
|  | WHS | detailed review of Kramer 8th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Woodcock 8th Int FR | 0.10 | 27.50 |
|  | JBA | Electronic filing with court of Final Reports re: 8th Int for Bilzin (.2), Elzufon (.2), Ferry Joseph (.1), Hamilton (.1), and Holme Roberts (.1). | 0.70 | 28.00 |
|  | WHS | detailed review of Bilzin 8th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Wallace King 8th Int IR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                         Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/1/2003 | WHS | revise Holmes 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Klett 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Ferry Joseph 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Hamilton 8th Int FR | 0.10 | 27.50 |
| 7/2/2003 | SLB | telephone conference with P. Galbraith - Pachulski re. 8th Interim application (.4) | 0.40 | 44.00 |
| | JBA | Electronic filing with court of Final Reports re: 8th Int for: Richardson (.2), and Tersigni (.2) | 0.40 | 16.00 |
| | JBA | draft e-mail to Pachulski (P. Galbraith) attaching 8th Int Initial Report | 0.10 | 4.00 |
| | JBA | Electronic filing with court of Final Reports re 8th Int for: Klett (.2), Kramer (.2). Legal Analysis (.1), Nelson (.1), Watchtell (.1), and Woodcock (.2) | 0.90 | 36.00 |
| | SLB | complete draft of 8th Interim Final Report - LAS (.4) ; complete draft of 8th Interim Final Report - Nelson Mullins (.6) ; complete draft of 8th Interim Final Report - Tersigni (.8) ; Complete draft of 8th Interim Final Report - Richardson (3.6) | 5.40 | 594.00 |
| | WHS | receive and review 10 misc pleadings | 0.10 | 27.50 |
| | WHS | revise Richardson 8th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of Pachulski 8th Int IR | 0.10 | 27.50 |
| | WHS | detailed review of Tersigni 8th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                            Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2003 | WHS | detailed review of LAS 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Nelson 8th Int FR | 0.10 | 27.50 |
| 7/3/2003 | WHS | telephone conference with Chris Lane re spreadsheet | 0.10 | 27.50 |
| | LMF | draft 8th Q project category spreadsheet | 0.40 | 60.00 |
| | AV | Update database with 05.03 Monthly Invoice for Strook (.1); 05.03 Monthly Invoice for FTI (.1); 8th Int. Initial Report response for Caplin (.1) | 0.30 | 12.00 |
| | WHS | receive and review 9 misc pleadings | 0.10 | 27.50 |
| 7/7/2003 | JBA | Update database with 5.03 e-detail for: Kramer, and Klett, and Bilzin 8th Int e-response | 0.10 | 4.00 |
| | JBA | Update database with 5.03 e-detail for: Tersigni, Campbell, LAS, and Caplin | 0.10 | 4.00 |
| | JBA | Update database with 5.03 e-detail for: Stroock, FTI Policano, and Reed Smith, and 4.03 e-detail for Richarson (pdf), and Elzufon (pdf) | 0.10 | 4.00 |
| 7/8/2003 | AV | Update database with 05.03 Monthly Invoice for Campbell (.1); 05.03 Monthly Invoice for Tersigni (.1); 05.03 Monthly Invoice for Caplin (.1) | 0.30 | 12.00 |
| | PGS | Draft and Electronic filing with court of WHS Monthly Invoice for June 2003 | 1.00 | 80.00 |
| | SLB | complete draft of 8th Interim Final Report - FTIPM (2.1) ; complete draft of 8th Interim Final Report - Steptoe (1.2) | 3.30 | 363.00 |
| | WHS | detailed review of FTIPM 8th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Steptoe 8th Int FR | 0.10 | 27.50 |
| 7/9/2003 | AV | Update database with 8th Int. Initial Report response for FTIP&M (.1); 04.03-05.03 Monthly Invoice for Legal Analysis (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                                    Page     4

|            |     |                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/9/2003   | JBA | Update database with e-response of Lukins re: 8th Int Initial Report                                                                                                     | 0.10  | 4.00   |
|            | SLB | begin draft of 8th Interim Final Report - PwC (5.6)                                                                                                                       | 5.60  | 616.00 |
|            | JBA | Update database with Bilzin 5.03 e-detail                                                                                                                                 | 0.10  | 4.00   |
| 7/10/2003  | AV  | Update database with 8th Int. Initial Report response for Carella (.1)                                                                                                    | 0.10  | 4.00   |
|            | JBA | Electronic filing with court of Final Report re: Reed Smith 8th Int                                                                                                       | 0.20  | 8.00   |
|            | JBA | Electronic filing with court of Final Report re: Pitney 8th Int                                                                                                           | 0.20  | 8.00   |
|            | SLB | complete draft of 8th Interim Final Report - PwC (.9) ; complete draft of 8th Interim Final Report - Pitney Hardin (2.5) ; complete draft of 8th Interim Final Report - Reed Smith (4.5) | 7.90  | 869.00 |
|            | WHS | revise PWC 8th Int FR                                                                                                                                                     | 0.20  | 55.00  |
|            | WHS | detailed review of Pitney 8th Int FR                                                                                                                                      | 0.10  | 27.50  |
|            | JBA | Electronic filing with court of Final Report re: PWC 8th Int                                                                                                              | 0.30  | 12.00  |
|            | PGS | Draft and Electronic filing with court of WHS Certificate of No Objection for May 2003                                                                                    | 0.30  | 24.00  |
|            | WHS | detailed review of Reed Smith 8th FR                                                                                                                                      | 0.10  | 27.50  |
|            | WHS | detailed review of Pitney 8th FR                                                                                                                                          | 0.10  | 27.50  |
| 7/11/2003  | JBA | Update database with Wallace King 5.03 e-detail, PWC 4.03 and 5.03 e-detail, and Carella e-response re: 8th Int IR                                                         | 0.10  | 4.00   |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/11/2003 | AV | Update database with 05.03 Monthly Invoice for Bilzin (.1) | 0.10 | 4.00 |
| | JBA | Update database with Casner 4.03 e-detail | 0.10 | 4.00 |
| 7/14/2003 | SLB | complete draft of 8th Interim Final Report - Caplin (.9) ; complete draft of 8th Interim Final Report - CBBG (1.4) | 2.30 | 253.00 |
| | SLB | draft e-mail to BMC, Caplin, Conway, Duane Morris, K&E re. responses to 8th Interim initial reports (1.2) | 1.20 | 132.00 |
| | JBA | Update database with e-response re: Lukins 8th Int Initial Report | 0.10 | 4.00 |
| | AV | Update database with 8th Int. Initial Report response for Lufkins (.1) | 0.10 | 4.00 |
| | AV | Update database with 05.03 Monthly Invoice for Woodcock(.1); 05.03 Monthly Invoice for Kirkland (.1) | 0.20 | 8.00 |
| | AV | Update database with 04.03 Monthly Invoice for Casner (.1) | 0.10 | 4.00 |
| | AV | Update database with 05.03 Monthly Invoice for Carella (.1); 05.03 Monthly Invoice for Wallace (.1) | 0.20 | 8.00 |
| 7/15/2003 | SLB | draft e-mail to Bilzin, Strook re. 8th Interim responses (.60) | 0.60 | 66.00 |
| | JBA | Electronic filing with court of 8th Int Final Reports re: Duane Morris (.2), Caplin (.1), and Carella (.2) | 0.50 | 20.00 |
| | SLB | complete draft of 8th Interim Final Report - Duane Morris (.9) ; complete draft of 8th Interim Final Report - Lukins (2.4) | 3.30 | 363.00 |
| | WHS | detailed review of Caplin 8th Int FR | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Steve Bossay re PWC | 0.10 | 27.50 |
| | WHS | detailed review of CBBG 8th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                         Page     6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/15/2003 | WHS | detailed review of Duane Morris 8th Int FR | 0.10 | 27.50 |
| 7/16/2003 | SLB | draft e-mail to PwC re. 8th Int. final report (.3) ; e-mails to/from Wallace King re. 8th Int. response (.4) | 0.70 | 77.00 |
|  | AV | Update database with 04.03 Monthly Invoice for Ezufon (.1); 04.03 Monthly Invoice for Richardson (.1) | 0.20 | 8.00 |
|  | SLB | draft revision of 8th Int. final report - Lukins (.8) ; complete draft of 8th Int. final report - Stroock (4.0) ; complete draft of 8th Int. final report PD Committee (.9) ; begin draft of 8th Int. final report - K&E (1.7) | 7.40 | 814.00 |
|  | WHS | revise Stroock 8th Int FR | 0.30 | 82.50 |
|  | WHS | revise PD Committee 8th Int FR | 0.20 | 55.00 |
| 7/17/2003 | WHS | detailed review of K&E 8th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Lukins 8th Int FR | 0.10 | 27.50 |
|  | SLB | complete draft of 8th Int. final report - K&E (5.5) | 5.50 | 605.00 |
|  | JBA | Electronic filing with court of Final Reports re: Lukins 8th Int (.2) and Kirkland 8th Int (.2) | 0.40 | 16.00 |
|  | JBA | Electronic filing with court of Final Reports re: Stroock 8th Int (.2), and Property Comm 8th Int (.2) | 0.40 | 16.00 |
|  | AV | Update database with 05.03 Monthly Invoice for Reed (.1) | 0.10 | 4.00 |
| 7/18/2003 | WHS | revise BMC 8th Int FR | 0.30 | 82.50 |
|  | SLB | Update Grace status chart (.4) | 0.40 | 44.00 |

W.R. Grace & Co.                                                                                                      Page     7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2003 | SLB | draft e-mail to Conway/CDG re. 8th Int. response (.4) | 0.40 | 44.00 |
| | SLB | complete draft of 8th Int. final report - BMC (4.2) ; revise 8th Int. final report - BMC (.9) | 5.10 | 561.00 |
| | JBA | Electronic filing with court of Final Report re: BMC 8th Int | 0.20 | 8.00 |
| 7/21/2003 | SLB | draft e-mail to CDG and Pachulski re. 8th Int. responses (.8) | 0.80 | 88.00 |
| | SLB | complete draft of 8th Int. final report - CDG (6.9) | 6.90 | 759.00 |
| | AV | Update database with 8th Int. Initial Report response for Kirkland (.1); 05.03 Monthly Invoice for PWC (.1); 04.03 Monthly Invoice for PWC (.1) | 0.30 | 12.00 |
| | WHS | draft e-mail to Steve Bossay re categories | 0.10 | 27.50 |
| | WHS | telephone conference with Jan Baer re billing categories | 0.10 | 27.50 |
| 7/22/2003 | SLB | detailed review of April/May 9th Interim application - Reed Smith (3.7) | 3.70 | 407.00 |
| | AV | Update database with 05.03 Monthly Invoice for Morris (.1) | 0.10 | 4.00 |
| | JBA | Electronic filing with court of Final Report re: Conway 8th Int | 0.10 | 4.00 |
| | WHS | revise Conway 8th Int FR | 0.40 | 110.00 |
| 7/23/2003 | SLB | complete summaries of April & May 03 - 9th Interim - Reed Smith (5.5) | 5.50 | 605.00 |
| | JBA | Update database with Duane Morris 5.03 | 0.10 | 4.00 |
| | WHS | receive and review 23 misc pleadings | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                    Page      8

|            |     |                                                                                                               | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/24/2003  | SLB | complete review and summaries of April/May 2003 - 9th Interim - Stroock (5.7)                                 | 5.70  | 627.00 |
|            | SLB | begin draft of 8th Int. final report - Wallace King (2.5)                                                     | 2.50  | 275.00 |
|            | JBA | Update database with Pachulski 4.03                                                                           | 0.10  | 4.00   |
| 7/25/2003  | SLB | continue draft of 8th Int. final report - Wallace King (8.8)                                                  | 8.80  | 968.00 |
|            | DTW | Conference with W. Smith regarding fee chart (.2).                                                            | 0.20  | 27.00  |
| 7/28/2003  | AV  | Update database with 06.03 Monthly Invoice for Carella (.1)                                                   | 0.10  | 4.00   |
|            | SLB | complete draft of 8th Int. final report - Wallace King (3.8) ; revise 8th Int. final report - Wallace King (.4) | 4.20  | 462.00 |
|            | WHS | detailed review of Wallace King 8th Int FR                                                                    | 0.10  | 27.50  |
| 7/29/2003  | JBA | Update database with Wallace King 6.03 e-detail, amd Klett 6.03 e-detail                                      | 0.10  | 4.00   |
|            | JBA | Update database with Pachulski e-response re: 8th Int                                                         | 0.10  | 4.00   |
| 7/30/2003  | DTW | Research total fees for accounting for several interim periods (.4).                                          | 0.40  | 54.00  |
|            | CC  | Detailed review of Carella Byrne April, 2003 fee application.                                                 | 2.60  | 312.00 |
|            | WHS | receive and review 3 misc pleadings                                                                           | 0.10  | 27.50  |
| 7/31/2003  | JBA | Update database with Reed Smith 6.03 e-detail                                                                 | 0.10  | 4.00   |
|            | JBA | Update database with Pachulski 5.03 e-detail                                                                  | 0.10  | 4.00   |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/31/2003 | AV | Update database with 06.03 Monthly Invoice for Klett (.1) | 0.10 | 4.00 |
| | JBA | draft e-mail to Pachulski (N. Jenkins) re: format of Monthly Invoices | 0.10 | 4.00 |

**For professional services rendered**      **114.30 $12,802.50**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Elzufon, Hamilton, Ferry, Bilzin, Holme and Wallace for period 01/01/03 - 03/31/03 | 75.87 | 75.87 |
| Third party copies & document prep/setup of Initial Report of Duane and Lukins for period 01/01/03 - 03/31/03 | 1.78 | 1.78 |
| Third party copies & document prep/setup of Final Report of Casner and Campbell for period 01/01/03 - 03/31/03; Initial Report Wachtell, Steptoe and PwC for period 01/01/03 - 03/31/03 | 32.99 | 32.99 |
| Third party copies & document prep/setup of June 2003 Monthly Invoice for WHS; and Final Report of Steptoe for period 01/01/03 - 03/31/03. | 57.48 | 57.48 |
| Third party copies & document prep/setup of Final Report Richardson, Kramer, Nelson, Woodcock, Tersigni, Legal, Pachulski for period 01/01/03 - 03/31/03; Final Report of Klett for period 12/26/02 - 03/31/03; Final Report of Wachtell for period 10/01/02 - 03/31/03 | 110.02 | 110.02 |
| Third party copies & document prep/setup of Final Report of Carella, Caplin, Duane for the period 01/01/03 - 03/31/03 | 51.19 | 51.19 |
| Pacer Charges for April, May & June 2003 | 14.00 | 14.00 |
| Third party copies & document prep/setup of Final Report of FTI for the period 01/01/03 - 03/31/03 | 26.38 | 26.38 |
| Third party copies & document prep/setup of Final Report of PwC, Reed, Pitney for the period 01/01/03 - 03/31/03 | 121.11 | 121.11 |
| Long distance charges for June 2003 | 2.46 | 2.46 |

W.R. Grace & Co.                                                                                                                    Page    10

|  | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report for BMC period 01/01/03 - 03/31/03 | 25.07 | 25.07 |
| Third party copies & document prep/setup of Final Report for Lufkins, Kirland & Stroock period 01/01/03 - 03/31/03; Final Report of Committe for 10/01/02 - 04/30/02 | 124.39 | 124.39 |
| **Total costs** |  | **$642.74** |
| **Total amount of this bill** |  | **$13,445.24** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alayne Volfson | 2.50 | 40.00 | $100.00 |
| Colleen Canion | 2.60 | 120.00 | $312.00 |
| Doreen T Williams | 0.60 | 135.00 | $81.00 |
| Jeff B. Allgood | 5.90 | 40.00 | $236.00 |
| Lavern Ferdinand | 0.40 | 150.00 | $60.00 |
| Priscilla G Stidham | 1.60 | 80.00 | $128.00 |
| Stephen L. Bossay | 95.80 | 110.00 | $10,538.00 |
| Warren H Smith | 4.90 | 275.00 | $1,347.50 |