**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: September 3, 2003** |

**TWENTY-THIRD MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation and reimbursement is sought: *June 1, 2003 through and including June 30, 2003*

Amount of Compensation sought a actual, reasonable and necessary: *$10,427.00*
Amount of Expense Reimbursement sought as actual, reasonable and necessary: *$137.09*

This is a(n): x monthly ___ interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51, 487.00<br>$1,619.93 | pending |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | pending |

**SUMMARY OF TIME FOR BILLING PERIOD**
**JUNE 1, 2003 THROUGH JUNE 30, 2003**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 2.10 | $1,102.50 |
| Becker, Gary M. | 455.00 | 14.00 | $6,370.00 |
| Klein, David | 335.00 | 6.50 | $2,177.50 |
| Mangual, Kathleen | 185.00 | 4.20 | $777.00 |
| **Total** | | **26.80** | **$10,427.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 6/1/03 through 6/30/03 | Total Fees for the Period 6/1/03 through 6/30/03 |
|---|---|---|
| Case Administration | 8.30 | $2,578.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 6.10 | $2,845.50 |
| Creditor Committee | 4.90 | $2,292.50 |
| Fee Applications, Applicant | 3.10 | $708.50 |
| Hearings | 1.00 | $455.00 |



KL2:2222568.1

| | | |
|---|---|---|
| Travel/Non-Working | 2.00 | $910.00 |
| ZAI Science Trial | 1.40 | $637.00 |
| **Total** | **26.80** | **$10,427.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 6/1/03 through 6/30/03 |
|---|---|
| Photocopying | $62.40 |
| Research Services | $14.00 |
| Long-Distance Tel. | $0.59 |
| Westlaw On-Line Research | $10.85 |
| Messenger Service | $44.53 |
| Legal Search Fees | $14.07 |
| Cab Fares | $9.35 |
| **Total** | **$137.09** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: [signature]

Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: August 11, 2003

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

***CASE ADMINISTRATION***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 525.00 | 105.00 |
| KLEIN, DAVID | CRED | 6.50 | 335.00 | 2,177.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 1.60 | 185.00 | 296.00 |
| | Subtotal | 8.30 | $ | 2,578.50 |

***CREDITOR COMMITTEE***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.90 | 525.00 | 472.50 |
| BECKER, GARY M. | CRED | 4.00 | 455.00 | 1,820.00 |
| | Subtotal | 4.90 | $ | 2,292.50 |

***FEE APPLICATIONS, APPLICANT***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.50 | 455.00 | 227.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 2.60 | 185.00 | 481.00 |
| | Subtotal | 3.10 | $ | 708.50 |

***CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.00 | 525.00 | 525.00 |
| BECKER, GARY M. | CRED | 5.10 | 455.00 | 2,320.50 |
| | Subtotal | 6.10 | $ | 2,845.50 |

***HEARINGS***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.00 | 455.00 | 455.00 |
| | Subtotal | 1.00 | $ | 455.00 |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

***ZAI SCIENCE TRIAL***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 455.00 | 637.00 |
| | Subtotal | 1.40 | | $ 637.00 |

***TRAVEL\NON-WORKING***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 455.00 | 910.00 |
| | Subtotal | 2.00 | | $ 910.00 |
| | Total | 26.80 | | $ 10,427.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 2.10 | 525.00 | 1,102.50 |
| BECKER, GARY M. | ASSOCIATE | 14.00 | 455.00 | 6,370.00 |
| KLEIN, DAVID | ASSOCIATE | 6.50 | 335.00 | 2,177.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 4.20 | 185.00 | 777.00 |
| | Total | 26.80 | | $10,427.00 |

SCHEDULE OF DISBURSEMENTS
FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 62.40 |
| RESEARCH SERVICES | 14.00 |
| LONG-DISTANCE TEL. | 0.59 |
| WESTLAW ON - LINE RESEARCH | 10.85 |
| MESSENGER SERVICE | 44.53 |
| LEGAL SEARCH FEES | 14.07 |
| CAB FARES | (9.35) |
| Subtotal | $137.09 |

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
# FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| PHOTOCOPYING | | 33.28 |
| | Subtotal | $33.28 |

**Run Date & Time: 07/24/2003 12:53:37**

**Client No: 056772**
**Client Name : W.R. GRACE & CO. EQUITY COMMITTEE**

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 06/30/2003 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 06/30/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 10,427.00 | 137.09 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/30/2003 | 06/30/2003 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________ ____________

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 45,727.94 | | |
| DISBURSEMENTS: | 244.66 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 61,574.78 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 07/21/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 584,122.50 |
| LAST BILL THRU DATE: | 06/30/03 | | |
| | | FEES WRITTEN OFF TO DATE: | 545,298.18 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER:__________ DATE OF BILL:__________ Processed by:__________ FRC:__________ CRC:__________

Run Date & Time: 07/24/2003 12:53:39

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Total Billed Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 06/03/03 | 06/25/03 | 2.10 | 1,102.50 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 06/06/03 | 06/27/03 | 14.00 | 6,370.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 06/02/03 | 06/29/03 | 6.50 | 2,177.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 06/03/03 | 06/26/03 | 4.20 | 777.00 |
| | **Total:** | | | | **26.80** | **10,427.00** |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/03/03 | 06/25/03 | 62.40 |
| 0841 | RESEARCH SERVICES | 06/16/03 | 06/16/03 | 14.00 |
| 0885 | LONG-DISTANCE TEL. | 06/03/03 | 06/03/03 | 0.59 |
| 0917 | WESTLAW ON - LINE RESEARCH | 06/16/03 | 06/16/03 | 10.85 |
| 0930 | MESSENGER/COURIER | 06/09/03 | 06/25/03 | 44.53 |
| 0935 | LEGAL SEARCH FEES | 06/06/03 | 06/06/03 | 14.07 |
| 0940 | CAB FARES | 06/27/03 | 06/27/03 | -9.35 |
| | **Total** | | | **137.09** |
| | **Grand Total** | | | **10,564.09** |

*B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/24/03 12:53:39)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 138,553.50 | 16,080.63 | | 154,634.13 | | |
| 01/18/02 | 12/31/01 | 345477 | 30,125.00 | 2,338.23 | | 32,463.23 | 09/13/02 | |
| 01/31/02 | 12/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 23,407.50 | 1,961.58 | | 25,369.08 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 29,782.50 | 2,597.44 | | 32,379.94 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 28,405.00 | 2,107.94 | | 30,512.94 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 28,794.00 | 2,669.24 | | 31,463.24 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 24,232.00 | 2,297.61 | | 26,529.61 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 20,297.50 | 388.61 | | 20,686.11 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 26,500.82 | 1,121.59 | | 27,622.41 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 31,431.00 | 2,753.47 | | 34,184.47 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 25,584.50 | 1,761.46 | | 27,345.96 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 39,887.50 | 2,124.93 | | 34,034.93 | 12/31/02 | 7,977.50 |
| 12/31/02 | 11/30/02 | 362365 | 18,704.00 | 602.22 | | 15,583.68 | 02/18/03 | 3,722.54 |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | 10,299.62 | 03/25/03 | 2,370.70 |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 9,807.47 | 04/11/03 | 2,220.00 |
| 03/19/03 | 02/28/03 | 367178 | 13,155.50 | 240.08 | | 10,711.98 | 05/27/03 | 2,683.60 |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | 27,421.38 | 07/21/03 | |

Run Date & Time: 07/24/2003 12:53:40

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

*BILLING & PAYMENT HISTORY (Reflects Payments As of 07/24/03 12:53:40)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 2,287.82 | 07/21/03 | 6,915.60 |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | .00 | | 9,518.57 |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | .00 | | 10,564.09 |
| | **Total:** | | **556,229.82** | **43,080.78** | | **553,338.00** | | **45,972.60** |

Run Date & Time: 07/24/2003 12:53:35

| | | |
|---|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/02/2003 TO: 06/29/2003
UNBILLED DISB FROM: 06/03/2003 TO: 06/27/2003

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,578.50 | 135.30 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/29/2003 | 06/27/2003 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 9,324.60 | | |
| DISBURSEMENTS: | 240.87 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 9,565.47 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 07/21/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 168,414.00 |
| LAST BILL THRU DATE: | 06/30/03 | FEES WRITTEN OFF TO DATE: | 73,096.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | |
|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER:_______ DATE OF BILL:_______ Processed by:_______ FRC:_______ CRC:_______

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

**B I L L E D T I M E S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 06/03/03 | 06/03/03 | 0.20 | 105.00 |
| 05646 | KLEIN, DAVID | CRED | 06/02/03 | 06/29/03 | 6.50 | 2,177.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 06/03/03 | 06/03/03 | 1.60 | 296.00 |
| | Total: | | | | 8.30 | 2,578.50 |

Sub-Total Hours : 0.20 Partners 0.00 Counsels 6.50 Associates 1.60 Legal Assts 0.00 Others

**B I L L E D C O S T S S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/03/03 | 06/25/03 | 60.61 |
| 0841 | RESEARCH SERVICES | 06/16/03 | 06/16/03 | 14.00 |
| 0885 | LONG-DISTANCE TEL. | 06/03/03 | 06/03/03 | 0.59 |
| 0917 | WESTLAW ON - LINE RESEARCH | 06/16/03 | 06/16/03 | 10.85 |
| 0930 | MESSENGER/COURIER | 06/09/03 | 06/25/03 | 44.53 |
| 0935 | LEGAL SEARCH FEES | 06/06/03 | 06/06/03 | 14.07 |
| 0940 | CAB FARES | 06/27/03 | 06/27/03 | -9.35 |
| | Total | | | 135.30 |
| | Grand Total | | | 2,713.80 |

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 07/24/03 12:53:35)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | 09/13/02 | |
| 01/31/02 | 07/31/01 | 346114 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 4,970.00 | 1,638.70 | | 6,608.70 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 1,970.00 | 612.36 | | 2,582.36 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,590.00 | 876.66 | | 5,466.66 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 | | 15,463.97 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 6,262.00 | 2,100.07 | | 8,362.07 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | 6,342.89 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 | | 5,192.09 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 | | 3,014.86 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | 5,994.44 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 4,769.50 | 353.77 | | 5,123.27 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 6,081.00 | 733.32 | | 6,814.32 | 03/25/03 | |

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

*B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 07/24/03 12:53:35)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 02/20/03 | 01/31/03 | 365684 | 2,264.50 | 904.37 | | 3,168.87 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,726.50 | 175.30 | | 1,901.80 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 4,200.00 | 435.90 | | 4,635.90 | 07/21/03 | |
| 05/16/03 | 04/30/03 | 370445 | 4,021.00 | 627.57 | | 1,320.97 | 07/21/03 | 3,327.60 |
| 06/17/03 | 05/31/03 | 371897 | 3,418.50 | 105.57 | | .00 | | 3,524.07 |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 135.30 | | .00 | | 2,713.80 |
| | Total: | | 159,219.00 | 24,890.77 | | 174,544.30 | | 9,565.47 |

Run Date & Time: 07/24/2003 12:53:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 06/02/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4701355 | 06/13/03 |
| KLEIN, DAVID | 06/03/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4701354 | 06/13/03 |
| MANGUAL, KATHLEEN | 06/03/03 | attend to filing of Supplemental declaration pursuant to rule 2014, coordinate w/ local counsel (.40); organization of files and update pleadings index (1.2) | 1.60 | 296.00 | 4703589 | 06/16/03 |
| BENTLEY, PHILIP | 06/03/03 | Review and edit Rule 2014 affidavit, and discs KM re same. | 0.20 | 105.00 | 4721000 | 06/27/03 |
| KLEIN, DAVID | 06/04/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4701351 | 06/13/03 |
| KLEIN, DAVID | 06/05/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4701350 | 06/13/03 |
| KLEIN, DAVID | 06/08/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701352 | 06/13/03 |
| KLEIN, DAVID | 06/09/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701353 | 06/13/03 |
| KLEIN, DAVID | 06/10/03 | review pleadings/filings, distr same as necessary (0.4); review docket/filings re followup to cancer only bar date order (0.4). | 0.80 | 268.00 | 4701357 | 06/13/03 |
| KLEIN, DAVID | 06/11/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701356 | 06/13/03 |
| KLEIN, DAVID | 06/12/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4724566 | 07/01/03 |
| KLEIN, DAVID | 06/13/03 | review agenda, pleadings/filings, distr same as necessary. | 0.50 | 167.50 | 4724567 | 07/01/03 |
| KLEIN, DAVID | 06/16/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4724568 | 07/01/03 |
| KLEIN, DAVID | 06/17/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4724569 | 07/01/03 |
| KLEIN, DAVID | 06/18/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4725250 | 07/01/03 |
| KLEIN, DAVID | 06/19/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4725251 | 07/01/03 |
| KLEIN, DAVID | 06/20/03 | review pleadings/filings; email to GMB re M to extend time to bring avoidance actions. | 0.20 | 67.00 | 4725252 | 07/01/03 |
| KLEIN, DAVID | 06/24/03 | review pleadings/filings, distr same as necessary; review docket re followup to USG "cancer only" opinion of 2/19/03; review dockets/filings re Fresenius settlement w/ committee. | 1.70 | 569.50 | 4727871 | 07/01/03 |

Run Date & Time: 07/24/2003 12:53:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 06/25/03 | review pleadings/filings, distr same as necessary. | 0.70 | 234.50 | 4727872 | 07/01/03 |
| KLEIN, DAVID | 06/26/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4728790 | 07/01/03 |
| KLEIN, DAVID | 06/27/03 | review pleadings/filings, distr same as necessary. | 0.40 | 134.00 | 4731314 | 07/01/03 |
| KLEIN, DAVID | 06/29/03 | review pleadings/filings. | 0.10 | 33.50 | 4731315 | 07/01/03 |
| | | **Fee Total** | **8.30** | **2,578.50** | | |
| | | **Fee Total** | **8.30** | **2,578.50** | | |

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING MANGUAL KATHLEEN | | MANGUAL, K M | 06/03/03 | 13.75 | 6123747 | 99597 | 06/10/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | | MANGUAL, K M | 06/03/03 | 0.59 | 6123748 | 99597 | 06/10/03 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 06/09/03 | 23.55 | 6128131 | 99673 | 06/11/03 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 06/17/03 | 8.07 | 6137583 | 99928 | 06/18/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | | MANGUAL, K M | 06/25/03 | 14.65 | 6151721 | 100363 | 06/27/03 |
| | | **0820 PHOTOCOPYING Total :** | | **60.61** | | | |
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES 06/16/2003 | | RAPHAEL, D R | 06/16/03 | 14.00 | 6154534 | 100437 | 07/01/03 |
| | | **0841 RESEARCH SERVICES Total :** | | **14.00** | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. 3025524238 | | MANGUAL, K M | 06/03/03 | 0.59 | 6125242 | 99599 | 06/12/03 |
| | | **0885 LONG-DISTANCE TEL. Total :** | | **0.59** | | | |
| WESTLAW ON - LINE RE | 0917 | | | | | | |
| WESTLAW ON - LINE RE | | RAPHAEL, D R | 06/16/03 | 10.85 | 6148741 | 100271 | 06/25/03 |
| | | **0917 WESTLAW ON - LINE RE Total :** | | **10.85** | | | |

Run Date & Time: 07/24/2003 12:53:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 5/2/03 | MANGUAL, K M | 06/09/03 | 10.19 | 6122220 | 99580 | 06/09/03 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | MANGUAL, K M | 06/10/03 | 12.26 | 6126136 | 99603 | 06/10/03 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 5/15/03 | MANGUAL, K M | 06/16/03 | 12.08 | 6135225 | 99867 | 06/16/03 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | MANGUAL, K M | 06/25/03 | 10.00 | 6178885 | 101417 | 07/21/03 |
| | **0930 MESSENGER/COURIER Total :** | | **44.53** | | | |
| LEGAL SEARCH FEES 0935 | | | | | | |
| GLOBAL SECURITIES INFORM<br>LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES INFORMATION, IN | PELLETIER, D | 06/06/03 | 14.07 | 6120383 | 99513 | 06/06/03 |
| | **0935 LEGAL SEARCH FEES Total :** | | **14.07** | | | |
| CAB FARES 0940 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>CAB FARES - VENDOR-FEDERAL EXPRESS CORPORATION 4/16/03 | MANGUAL, K M | 06/27/03 | -19.35 | 6152515 | 100370 | 07/01/03 |
| FEDERAL EXPRESS CORPORAT<br>CAB FARES - VENDOR-FEDERAL EXPRESS CORPORATION 6/3/03 | MANGUAL, K M | 06/27/03 | 10.00 | 6154235 | 100370 | 07/01/03 |
| | **0940 CAB FARES Total :** | | **-9.35** | | | |
| **Costs Total :** | | | **135.30** | | | |

Run Date & Time: 07/24/2003 12:53:35

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

## BILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 105.00 | | | | |
| KLEIN, DAVID | 6.50 | 2,177.50 | | | | |
| MANGUAL, KATHLEEN | 1.60 | 296.00 | | | | |
| **Total:** | **8.30** | **2,578.50** | | | | |

## BILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 60.61 | | | | |
| 0841 RESEARCH SERVICES | 14.00 | | | | |
| 0885 LONG-DISTANCE TEL. | 0.59 | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 10.85 | | | | |
| 0930 MESSENGER/COURIER | 44.53 | | | | |
| 0935 LEGAL SEARCH FEES | 14.07 | | | | |
| 0940 CAB FARES | -9.35 | | | | |
| **Costs Total :** | **135.30** | | | | |

Run Date & Time: 07/24/2003 12:53:35

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/10/2003 TO: 06/19/2003
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,292.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/19/2003 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________
BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 2,747.50 | | |
| DISBURSEMENTS: | 2.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 2,749.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 07/21/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 53,460.50 |
| LAST BILL THRU DATE: | 06/30/03 | FEES WRITTEN OFF TO DATE: | 18,749.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:____________ DATE OF BILL:__________ Processed by:____________ FRC:____________ CRC:____________