```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
Run Date & Time: 07/24/2003 12:53:35                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                           Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ------------------
Emp Id  Employee Name                      Group                 Oldest       Latest     Hours         Amount
------  -------------                      -----                 ------       ------     -----         ------
02495   BENTLEY, PHILIP                    CRED                 06/19/03     06/19/03     0.90          472.50
05292   BECKER, GARY M.                    CRED                 06/10/03     06/19/03     4.00        1,820.00
                                                                                          ----        --------
                           Total:                                                         4.90        2,292.50

Sub-Total Hours :   0.90 Partners     0.00 Counsels     4.00 Associates     0.00 Legal Assts    0.00 Others

  B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/24/03 12:53:35)
                                  -------- Billed --------       Applied    ---- Collections ----          Balance
Bill Date  Thru Date  Bill#       Fee & OA     Disbursement      From OA     Total        Date             Due
---------  ---------  -----       --------     ------------      -------     -----        ----             ---
     YEAR 2001
01/18/02   12/31/01  345477      11,113.50        1,628.57                  12,742.07
01/31/02   07/31/01  346114       3,476.50          302.15                   3,778.65   09/13/02
01/31/02   01/31/02  340586           .00              .00                        .00
02/27/02   01/31/02  348979       3,602.50             .00                   3,602.50   10/30/02
03/27/02   02/28/02  348979       4,045.00        1,423.03                   5,468.03   10/30/02
04/30/02   03/31/02  347464       4,167.50           93.26                   4,260.76   10/30/02
06/10/02   04/30/02  352100         600.00           25.84                     625.84   09/13/02
07/12/02   05/31/02  352980       3,895.00             .12                   3,895.12   10/30/02
08/15/02   06/30/02  357518       3,717.50            4.00                   3,721.50   10/30/02
08/19/02   07/31/02  356269       1,287.50           14.59                   1,302.09   12/31/02
09/30/02   08/31/02  358460       1,630.00          121.00                   1,751.00   11/26/02
10/31/02   09/30/02  359721       3,489.50             .00                   3,489.50   12/31/02
11/19/02   10/31/02  361261       4,587.50           49.00                   4,636.50   12/31/02
12/31/02   11/30/02  362365         498.00             .00                     498.00   02/18/03
01/31/03   12/31/02  364671       1,341.00             .00                   1,341.00   03/25/03
03/19/03   02/28/03  367178       1,123.50           50.00                   1,173.50   05/27/03
04/29/03   03/31/03  369930       2,138.50            3.00                   2,141.50   07/21/03
05/16/03   04/30/03  370445         455.00           26.55                      26.55   07/21/03                455.00
06/17/03   05/31/03  371897            .00            2.00                        .00                            2.00
07/24/03   06/30/03  373811       2,292.50             .00                        .00                        2,292.50
                                 ---------        --------                  ---------                       ---------
                     Total:     53,460.50        3,743.11                  54,454.11                        2,749.50
```

```
alp_132r: Billed Charges Analysis                                                                                                   PAGE   10
Run Date & Time: 07/24/2003 12:53:36

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                             Hours     Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/10/03 | Review documents and information from equity committee chair regarding Grace business results and asbestos litigation (1.0); research re asbestos litigation in anticipation of committee call (0.9); conf. with Bentley re committee issues (0.2). | 2.10 | 955.50 | 4701041 | 06/13/03 |
| BECKER, GARY M. | 06/11/03 | Review Agenda for June 17 hearing | 0.40 | 182.00 | 4699940 | 06/12/03 |
| BECKER, GARY M. | 06/19/03 | Conf. call with Equity Committee (1.5). | 1.50 | 682.50 | 4712223 | 06/20/03 |
| BENTLEY, PHILIP | 06/19/03 | Committee conf. call (0.7), and prep for same (0.2). | 0.90 | 472.50 | 4721001 | 06/27/03 |

```
                                                                          Fee Total              4.90    2,292.50

                                                            Fee Total                            4.90    2,292.50
```

```
alp_132r: Billed Charges Analysis                                                                    PAGE    11
Run Date & Time: 07/24/2003 12:53:36

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status   : ACTIVE

      BILLED   TIME   SUMMARY
Employee Name              Hours      Amount    Bill    W/o / W/u   Transfer To   Clnt/Mtr   Carry Forward
------------------------------------------------                    ----------    --------   -------------
BENTLEY, PHILIP             0.90      472.50
BECKER, GARY M.             4.00    1,820.00
                           -----    ---------
       Total:               4.90    2,292.50
```

```
alp_132r: Billed Charges Analysis                                                                            PAGE  12
Run Date & Time: 07/24/2003 12:53:36

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                  TO:
UNBILLED DISB FROM:                                  TO:

                                   FEES                                          COSTS

GROSS BILLABLE AMOUNT:              2,677.50                                       0.00
AMOUNT WRITTEN DOWN:
          PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                        ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

               FEES:            2,677.50
      DISBURSEMENTS:                0.00       UNIDENTIFIED RECEIPTS:         0.00
      FEE RETAINER:                 0.00       PAID FEE RETAINER:             0.00
     DISB RETAINER:                 0.00       PAID DISB RETAINER:            0.00
   TOTAL OUTSTANDING:            2,677.50      TOTAL AVAILABLE FUNDS:         0.00
                                                 TRUST BALANCE:
                                                 BILLING HISTORY

DATE OF LAST BILL:         06/17/03       LAST PAYMENT DATE:          12/31/02
LAST BILL NUMBER:           371897        FEES BILLED TO DATE:        4,127.50
LAST BILL THRU DATE:       05/31/03       FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee              (6) Summer Associate
   (2) Late Time & Costs Posted        (7) Fixed Fee
   (3) Pre-arranged Discount           (8) Premium
   (4) Excessive Legal Time            (9) Rounding
   (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  13
Run Date & Time: 07/24/2003 12:53:36

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                  Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/24/03 12:53:36)
                                    ------- Billed -------       ---- Applied ----   ---- Collections ----     Balance
Bill Date Thru Date Bill#           Fee & OA     Disbursement     From OA    Total        Total    Date           Due
-----------------------------       --------     ------------     -------    -----        -----    ----        -------
02/27/02 01/31/02  340586             637.50          .00                                 637.50 10/30/02
08/19/02 07/31/02  356269                .00       198.00                                 198.00 12/31/02
10/31/02 09/30/02  359721              95.00          .00                                  95.00 12/31/02
11/19/02 10/31/02  361261             717.50          .00                                 717.50 12/31/02
06/17/03 05/31/03  371897           2,677.50          .00                                    .00              2,677.50

        Total:                      4,127.50       198.00                               1,648.00              2,677.50
```

```
alp_132r: Billed Charges Analysis                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    14
Run Date & Time: 07/24/2003 12:53:36                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                        Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status     : ACTIVE

Special Billing Instructions:

                                                 PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   06/03/2003                        TO:  06/26/2003
      UNBILLED DISB FROM:                                     TO:

                                      FEES                               COSTS

   GROSS BILLABLE AMOUNT:             708.50                              0.00
   AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:        06/26/2003
 CLOSE MATTER/FINAL BILLING?  YES   OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                                   ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

      FEES:                         2,592.50           UNIDENTIFIED RECEIPTS:      0.00
      DISBURSEMENTS:                    0.00           PAID FEE RETAINER:          0.00
      FEE RETAINER:                     0.00           PAID DISB RETAINER:         0.00
      DISB RETAINER:                    0.00           TOTAL AVAILABLE FUNDS:      0.00
      TOTAL OUTSTANDING:            2,592.50           TRUST BALANCE:
                                                       BILLING HISTORY

      DATE OF LAST BILL:              07/24/03         LAST PAYMENT DATE:        07/21/03
      LAST BILL NUMBER:                373811          FEES BILLED TO DATE:      50,442.00
      LAST BILL THRU DATE:            06/30/03         FEES WRITTEN OFF TO DATE:    35.00

 FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee                (6) Summer Associate
         (2) Late Time & Costs Posted          (7) Fixed Fee
         (3) Pre-arranged Discount             (8) Premium
         (4) Excessive Legal Time              (9) Rounding
         (5) Business Development             (10) Client Arrangement

 BILL NUMBER: _____      DATE OF BILL: _____  Processed by: _____      FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   15
Run Date & Time: 07/24/2003 12:53:36                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE
```

BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 06/16/03 | 06/16/03 | 0.50 | 227.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 06/03/03 | 06/26/03 | 2.60 | 481.00 |
| | Total: | | | | 3.10 | 708.50 |

Sub-Total Hours : 0.00 Partners   0.00 Counsels   0.50 Associates   2.60 Legal Assts   0.00 Others

BILLING & PAYMENT HISTORY (Reflects Payments As of 07/24/03 12:53:36)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 10,165.00 | 191.48 | | 10,356.48 | | |
| 01/18/02 | 12/31/01 | 345477 | 1,816.50 | 29.58 | | 1,846.08 | 09/13/02 | |
| 02/27/02 | 01/31/02 | 340586 | 3,877.50 | 94.17 | | 3,971.67 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 1,712.50 | 3.00 | | 1,715.50 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 1,470.00 | 3.70 | | 1,473.70 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 2,477.50 | 29.58 | | 2,507.08 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 4,370.00 | 21.01 | | 4,391.01 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 1,315.00 | .00 | | 1,315.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 355269 | 1,922.50 | .00 | | 1,922.50 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 2,910.00 | .00 | | 2,910.00 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 6,307.00 | 2.10 | | 6,309.10 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 | .00 | | 2,917.00 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 2,009.50 | .00 | | 2,009.50 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 805.50 | .00 | | 805.50 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 838.00 | .00 | | 838.00 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,266.00 | 12.08 | | 2,278.08 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369930 | 670.00 | 13.48 | | 683.48 | 07/21/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | | .00 | | 851.00 |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | | .00 | | 1,033.00 |
| 07/24/03 | 06/30/03 | 373811 | 708.50 | .00 | | .00 | | 708.50 |
| Total: | | | 50,442.00 | 400.18 | | 48,249.68 | | 2,592.50 |

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   16
Run Date & Time: 07/24/2003 12:53:36

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                      Hours    Amount     Index#   Batch Date
----------------           ---------    -----------                                      -----    ------     ------   ----------

MANGUAL, KATHLEEN          06/03/03     attend to filing of Kramer's monthly operating    0.40     74.00    4703590   06/16/03
                                        report (.40)
MANGUAL, KATHLEEN          06/05/03     review May time detail (.60)                      0.60    111.00    4702339   06/13/03
BECKER, GARY M.            06/16/03     Review and revise latest invoice                  0.50    227.50    4707579   06/19/03
MANGUAL, KATHLEEN          06/23/03     draft Kramer's Monthly Fee Application, review    1.30    240.50    4730953   07/01/03
                                        time detail (1.3)
MANGUAL, KATHLEEN          06/26/03     disc/w local counsel, revision of fee app (.30)   0.30     55.50    4730954   07/01/03

                                                                           Fee Total      3.10    708.50

                                                                           Fee Total      3.10    708.50
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   17
Run Date & Time: 07/24/2003 12:53:36                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name               Hours        Amount        Bill       W/o / W/u        Transfer To      Clnt/Mtr      Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.              0.50        227.50
MANGUAL, KATHLEEN            2.60        481.00
       Total:                3.10        708.50
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE  18
Run Date & Time: 07/24/2003 12:53:36                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions:

                                  PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    06/06/2003                TO:  06/27/2003
           UNBILLED DISB FROM:    06/25/2003                TO:  06/25/2003

                                      FEES                       COSTS

   GROSS BILLABLE AMOUNT:      2,845.50                          1.79
   AMOUNT WRITTEN DOWN:
                 PREMIUM:
      ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                06/27/2003       06/25/2003
  CLOSE MATTER/FINAL BILLING?  YES OR NO
  EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:



                                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                 FEES:        8,037.10                 UNIDENTIFIED RECEIPTS:  0.00
         DISBURSEMENTS:           1.79                 PAID FEE RETAINER:      0.00
         FEE RETAINER:            0.00                 PAID DISB RETAINER:     0.00
         DISB RETAINER:           0.00                 TOTAL AVAILABLE FUNDS:  0.00
      TOTAL OUTSTANDING:      8,038.89                 TRUST BALANCE:

                                        BILLING HISTORY

         DATE OF LAST BILL:       07/24/03             LAST PAYMENT DATE:      07/21/03
         LAST BILL NUMBER:         373811              FEES BILLED TO DATE:  162,800.00
         LAST BILL THRU DATE:     06/30/03             FEES WRITTEN OFF TO DATE: 4,417.50

   FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee          (6) Summer Associate
            (2) Late Time & Costs Posted    (7) Fixed Fee
            (3) Pre-arranged Discount       (8) Premium
            (4) Excessive Legal Time        (9) Rounding
            (5) Business Development       (10) Client Arrangement

   BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    19
Run Date & Time: 07/24/2003 12:53:36                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS),                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status        : ACTIVE

          B I L L E D    T I M E    S U M M A R Y  ---------------- Total Billed ------------------
Emp Id Employee Name                        Group            Oldest       Latest           Hours              Amount
------ -------------------                   -----           ------       ------           ------             ------
02495  BENTLEY, PHILIP                       CRED          06/17/03      06/25/03            1.00              525.00
05292  BECKER, GARY M.                       CRED          06/06/03      06/27/03            5.10            2,320.50

                         Total:                                                              6.10            2,845.50

          B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ------------------
Code    Description                                          Oldest       Latest           Total
                                                             Entry        Entry            Amount
------  -----------                                          -----        -----            ------
0820    PHOTOCOPYING                                        06/25/03     06/25/03            1.79

                         Total:                                                              1.79

                         Grand Total                                                                         2,847.29
                                                                                            ========         ========

Sub-Total Hours :    1.00 Partners        0.00 Counsels      5.10 Associates      0.00 Legal Assts     0.00 Others


         B I L L I N G  &  P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/24/03 12:53:36)
                                        ------- Billed -------     -------- Applied --------   ---- Collections ----       Balance
Bill Date Thru Date  Bill#    Fee & OA      Billed     Disbursement      From OA        Total        Total       Date         Due
---------- --------- -----    --------      ------     ------------      -------        -----        -----       ----         ---

YEAR 2001                    44,026.00     5,710.65          .00                                 49,736.65   12/31/02
01/18/02  12/31/01  345477   16,815.00       871.96          .00                                 17,686.96   12/31/02
01/31/02  12/31/01  346114         .00          .00          .00                                       .00
02/27/02  01/31/02  340586    4,160.00       228.71          .00                                  4,388.71   10/30/02
03/27/02  02/28/02  348979    6,957.50       559.05          .00                                  7,516.55   10/30/02
04/30/02  03/31/02  347464    9,837.50     1,134.32          .00                                 10,971.82   10/30/02
06/10/02  04/30/02  352100    3,277.50     1,123.85          .00                                  4,401.35   09/13/02
07/12/02  05/31/02  352980    3,845.00       176.41          .00                                  4,021.41   10/30/02
08/15/02  06/30/02  357518    3,157.50        41.90          .00                                  3,199.40   10/30/02
08/19/02  07/31/02  356269    3,456.00          .00          .00                                  3,456.00   12/31/02
09/30/02  08/31/02  358460   20,108.50     1,404.74          .00                                 21,513.24   04/29/03
10/31/02  09/30/02  359721    2,230.00          .00          .00                                  2,230.00   12/31/02
11/19/02  10/31/02  361261    3,131.00       298.49          .00                                  3,429.49   12/31/02
12/31/02  11/30/02  362365    1,520.00       248.45          .00                                  1,768.45   02/18/03
01/31/03  12/31/02  364671    1,025.00          .00          .00                                  1,025.00   03/25/03
02/20/03  01/31/03  355684    6,254.00        23.10          .00                                  5,800.60   04/11/03       476.50
03/19/03  02/28/03  361178    6,230.00         2.70          .00                                  5,358.60   05/27/03       874.10
04/29/03  03/31/03  369330   19,960.50          .00          .00                                 19,960.50   07/21/03
05/16/03  04/30/03  370445    2,181.50        14.00          .00                                     14.00   07/21/03     2,181.50
06/17/03  05/31/03  371897    1,659.50          .00          .00                                       .00                1,659.50
07/24/03  06/30/03  373811    2,845.50         1.79          .00                                       .00                2,847.29

          Total:            162,677.50    11,840.12                                             166,478.73                8,038.89
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  20
Run Date & Time: 07/24/2003 12:53:36

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                 Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/24/03 12:53:36)
                                        -------- Billed --------     ---- Collections ----                    Balance
Bill Date  Thru Date  Bill#              Fee & OA   Disbursement      Applied   From OA   Total    Date          Due
---------- ---------- ------            ----------- ------------     --------- --------- ------- --------    ---------
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   21
Run Date & Time: 07/24/2003 12:53:36

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                          Hours      Amount    Index#   Batch Date
----------------------  ---------   -----------------------------------------------     ------    --------   -------   ----------
BECKER, GARY M.         06/06/03    Research re asbestos legislation (0.5)                0.50      227.50   4696444   06/10/03
BECKER, GARY M.         06/11/03    Research re asbestos legislation                      0.50      227.50   4699941   06/12/03
BENTLEY, PHILIP         06/17/03    Discs TW and GB re asbestos developments.             0.20      105.00   4721002   06/27/03
BECKER, GARY M.         06/18/03    Conf. with USG counsel re case management order       0.40      182.00   4712225   06/20/03
                                    in that case and potential applicability to
                                    Grace
BENTLEY, PHILIP         06/18/03    Discs TW, GB and voicemail re asbestos                0.60      315.00   4721003   06/27/03
                                    developments.
BECKER, GARY M.         06/20/03    Prepare memo to equity committee regarding            2.20    1,001.00   4712224   06/20/03
                                    asbestos legislation and proposed amendments
BENTLEY, PHILIP         06/20/03    Discs GB.                                             0.10       52.50   4721004   06/27/03
BENTLEY, PHILIP         06/25/03    Discs GB re asbestos issues.                          0.10       52.50   4725739   07/01/03
BECKER, GARY M.         06/25/03    Research re asbestos legislation (1.0)                1.00      455.00   4732138   07/02/03
BECKER, GARY M.         06/27/03    Attention to asbestos legislation                     0.50      227.50   4732137   07/02/03

                                                                      Fee Total           6.10    2,845.50

                                                                                          6.10    2,845.50

   B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee               Date              Amount   Index#  Batch No Batch Date
-----------------                                --------               ----              ------   ------  -------- ----------
PHOTOCOPYING
PHOTOCOPYING                   0820              BENTLEY, P             06/25/03            1.79   6150495  100295   06/26/03
  BENTLEY PHILIP

                                                 0820 PHOTOCOPYING Total :                  1.79

                                                            Costs Total :                   1.79
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   22
Run Date & Time: 07/24/2003 12:53:36

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status  : ACTIVE

    B I L L E D    T I M E    S U M M A R Y
Employee Name                Hours       Amount        Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP              1.00        525.00
BECKER, GARY M.              5.10      2,320.50
           Total:            6.10      2,845.50

    B I L L E D    C O S T S    S U M M A R Y
Code Description                           Amount      Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------------------

0820 PHOTOCOPYING                            1.79

           Costs Total :                     1.79
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  23
Run Date & Time: 07/24/2003 12:53:36

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                        TO:
          UNBILLED DISB FROM:                        TO:

                                                    FEES                    COSTS

    GROSS BILLABLE AMOUNT:                           0.00                    0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
            THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

    FEES:                      13,906.74     UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                  0.00     PAID FEE RETAINER:          0.00
    FEE RETAINER:                   0.00     PAID DISB RETAINER:         0.00
    DISB RETAINER:                  0.00     TOTAL AVAILABLE FUNDS:      0.00
    TOTAL OUTSTANDING:         13,906.74     TRUST BALANCE:
                                             BILLING HISTORY

    DATE OF LAST BILL:         06/17/03      LAST PAYMENT DATE:         07/21/03
    LAST BILL NUMBER:          371897        FEES BILLED TO DATE:       73,734.00
    LAST BILL THRU DATE:       05/31/03      FEES WRITTEN OFF TO DATE:   1,600.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   24
Run Date & Time: 07/24/2003 12:53:36

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/24/03 12:53:36)

                              -------- Billed --------       ---- Applied ----      ---- Collections ----   Balance
Bill Date Thru Date Bill#     Fee & OA       Disbursement    From OA    Total       Date                    Due
-----------------------      ----------     ------------    --------   ---------    ----                   ---------
YEAR 2001
03/27/02 02/28/02 348979      2,212.50         389.75                   2,602.25
06/10/02 04/30/02 352100      4,260.00            .00                   4,260.00 10/30/02
07/12/02 05/31/02 352980      4,265.00            .00                   4,265.00 12/31/02
08/15/02 06/30/02 357518      1,040.00            .00                   1,040.00 12/31/02
08/19/02 07/31/02 356269      4,037.50           9.80                   4,047.30 10/30/02
10/31/02 09/30/02 359721     11,567.50         541.11                  12,108.61 04/29/03
11/19/02 10/31/02 361261      9,690.00            .00                   9,690.00 04/29/03
12/31/02 11/30/02 362365     21,575.00            .00                  16,340.00 12/31/02                   5,235.00
01/31/03 12/31/02 364671      9,907.00            .00                   6,184.46 02/18/03                   3,722.54
02/20/03 01/31/03 365684      2,601.00          83.50                     313.80 03/25/03                   2,370.70
03/19/03 02/28/03 367178      1,638.50            .00                         .00                           1,638.50
05/16/03 04/30/03 370445        672.00            .00                         .00                             672.00
06/17/03 05/31/03 371897        100.50         926.30                     926.30 07/21/03                     100.50
                                167.50            .00                         .00                             167.50

                Total:       73,734.00       1,950.46                  61,777.72                           13,906.74
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE  25
Run Date & Time: 07/24/2003 12:53:36

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                  Supv Prtnr  : MAYER THOMAS MORRS - 03976
Matter Opened : 09/28/2001                                                                            Status       : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                  TO:
                UNBILLED DISB FROM:                  TO:

                                        FEES                                 COSTS

GROSS BILLABLE AMOUNT:                  0.00                                 0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:
CLOSE MATTER/FINAL BILLING?             YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

        FEES:                           1,137.50                 UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                      0.00                 PAID FEE RETAINER:           0.00
        FEE RETAINER:                       0.00                 PAID DISB RETAINER:          0.00
        DISB RETAINER:                      0.00                 TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:              1,137.50                 TRUST BALANCE:

                                        BILLING HISTORY

        DATE OF LAST BILL:              03/19/03                 LAST PAYMENT DATE:
        LAST BILL NUMBER:               367178                   FEES BILLED TO DATE:       1,137.50
        LAST BILL THRU DATE:            02/28/03                 FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement


BILL NUMBER:_____        DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```