alp_132r: Billed Charges Analysis                                                                                                    PAGE    26

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                        Orig Prtnr : CRED. RGTS - 06975                Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                    Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 09/28/2001                                                                                   Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/24/03 12:53:36)

| Bill Date Thru Date Bill# | | Billed | | Applied | | Collections | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | Fee & OA | Disbursement | From OA | Total | Date | Due | |
| 03/19/03 02/28/03   367178 | | 1,137.50 | .00 | .00 | .00 | | 1,137.50 | |
| Total: | | 1,137.50 | .00 | .00 | .00 | | 1,137.50 | |

alp_l12r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status    : ACTIVE

Special Billing Instructions:

                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  06/17/2003              TO:    06/17/2003
UNBILLED DISB FROM:                          TO:    06/17/2003

                              FEES                           COSTS

GROSS BILLABLE AMOUNT:        455.00                          0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              06/17/2003

BILLING COMMENTS:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                           ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                              FEES:                          2,127.50       UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                                                    0.00      PAID FEE RETAINER:              0.00
FEE RETAINER:                                                    0.00       PAID DISB RETAINER:             0.00
DISB RETAINER:                                                   0.00       TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                                          2,127.50        TRUST BALANCE:                  0.00

                                              BILLING HISTORY

DATE OF LAST BILL:            07/24/03          LAST PAYMENT DATE:              04/29/03
LAST BILL NUMBER:             373831            FEES BILLED TO DATE:           48,852.50
LAST BILL THRU DATE:          06/30/03          FEES WRITTEN OFF TO DATE:       5,087.68

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 06/17/03 | 06/17/03 | 1.00 | 455.00 |
| | Total: | | | | 1.00 | 455.00 |

Sub-Total Hours :   0.00 Partners   0.00 Counsels   1.00 Associates   0.00 Legal Assts   0.00 Others

### B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/24/03 12:53:36)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 344477 | .00 | | | .00 | | |
| 02/19/02 | 01/31/02 | 345586 | 6,160.00 | | | 6,160.00 | 10/30/02 | |
| 02/27/02 | 01/31/02 | 340599 | 10,837.50 | | | 10,837.50 | 10/30/02 | |
| 03/07/02 | 02/28/02 | 341999 | 8,340.00 | | | 8,340.00 | 10/30/02 | |
| 03/31/02 | 03/31/02 | 341464 | 3,200.00 | | | 3,200.00 | 12/31/02 | |
| 04/10/02 | 04/30/02 | 352100 | 4,820.00 | | | 4,820.00 | 12/31/02 | |
| 06/10/02 | 05/31/02 | 355990 | .00 | | | .00 | 04/29/03 | |
| 07/12/02 | 05/31/02 | 355518 | 4,200.00 | | | 4,200.00 | 04/29/03 | |
| 07/15/02 | 06/30/02 | 355269 | 2,292.32 | | | 2,292.32 | 04/29/03 | |
| 08/08/02 | 07/31/02 | 356400 | 1,960.00 | 58.14 | | 2,018.14 | 11/26/02 | |
| 08/31/02 | 07/31/02 | 358460 | 2,327.50 | | | 2,327.50 | 04/29/03 | |
| 09/30/02 | 09/30/02 | 359721 | .00 | | | .00 | | |
| 10/31/02 | 09/30/02 | 365261 | 1,567.50 | | | | | 1,567.50 |
| 11/19/02 | 10/31/02 | 365684 | 105.00 | | | | | 105.00 |
| 07/24/03 | 06/30/03 | 373831 | 455.00 | | | | | 455.00 |
| | | Total: | 46,264.82 | 58.14 | | 44,195.46 | | 2,127.50 |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                          Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/17/03 | prepare for and attend omnibus court hearing | 1.00 | 455.00 | 4707580 | 06/19/03 |
| | | Fee Total | 1.00 | 455.00 | | |
| | | Fee Total | 1.00 | 455.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

"PRIVILEGED AND CONFIDENTIAL"

PAGE    30

Run Date & Time: 07/24/2003 12:53:36

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                        Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                    Bill      .   .   W/o / W/u    Transfer    To    Clnt/Mtr    Carry Forward
Employee Name                     Hours      Amount
------------------------------------------------------------

BECKER, GARY M.                     1.00      455.00

            Total:                  1.00      455.00

```
alp_112r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                        PAGE   31
Run Date & Time: 07/24/2003 12:53:36                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                          Supv Prtnr : MAYER THOMAS MOERS - 03376
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  06/18/2003                             TO:                06/25/2003
UNBILLED DISB FROM:                                        TO:

                                FEES                             FEES                            COSTS

GROSS BILLABLE AMOUNT:                                          637.00                           0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES      OR    NO
EXPECTED DATE OF COLLECTION:                   06/25/2003

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495                            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                        ACCOUNTS RECEIVABLE TOTALS                        UNIDENTIFIED RECEIPTS:        0.00
                                                                          PAID FEE RETAINER:            0.00
    FEES:                                   637.00                        PAID DISB RETAINER:           0.00
DISBURSEMENTS:                                0.00                         TOTAL AVAILABLE FUNDS:        0.00
    FEE RETAINER:                             0.00                         TRUST BALANCE:
    DISB RETAINER:                            0.00                         UNAPPLIED CASH
TOTAL OUTSTANDING:                          637.00

                                                                 BILLING HISTORY

DATE OF LAST BILL:        07/24/03                      LAST PAYMENT DATE:
LAST BILL NUMBER:          373811                       FEES BILLED TO DATE:               637.00
LAST BILL THRU DATE:      06/30/03           FEES WRITTEN OFF TO DATE:                       0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

        (1)  Exceeded Fixed Fee          (6)  Summer Associate
        (2)  Late Time & Costs Posted    (7)  Fixed Fee
        (3)  Pre-arranged Discount       (8)  Premium
        (4)  Excessive Legal Time        (9)  Rounding
        (5)  Business Development       (10)  Client Arrangement


    BILL NUMBER:_____           DATE OF BILL:_____      Processed by:_____      FRC:_____      CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                      ------------ Total ------------
Emp Id  Employee Name              Group         Oldest       Latest        Billed      Billed
                                                                            Hours       Amount
------  -------------              -------       ------       ------        ------      ------

05292   BECKER, GARY M.            CRED          06/18/03     06/25/03        1.40       637.00

                     Total:                                                  1.40       637.00

Sub-Total Hours :   0.00 Partners     0.00 Counsels     1.40 Associates     0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/24/03 12:53:36)
                                            ------- Billed -------      ---- Applied ---- --- Collections ---
Bill Date  Thru Date  Bill#   Fee & OA     Billed     Disbursement    From OA      Total      Date         Balance
                                                                                                            Due
---------  ---------  ------  --------     ------     ------------    -------      -----      ----         -------
07/24/03   06/30/03  373811                637.00          .00           .00        .00                    637.00

                     Total:               637.00          .00           .00        .00                    637.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE   33

Run Date & Time: 07/24/2003 12:53:36

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/18/03 | Review case filings and call debtors counsel re same | 0.80 | 364.00 | 4712226 | 06/20/03 |
| BECKER, GARY M. | 06/19/03 | Call Reed Smith re ZAI litigation status | 0.10 | 45.50 | 4712227 | 06/20/03 |
| BECKER, GARY M. | 06/25/03 | Attention to letter from special counsel and conf. with special counsel re mediation and expert reports; conf. with Bentley re same (0.5) | 0.50 | 227.50 | 4732139 | 07/02/03 |
| | | Fee Total | 1.40 | 637.00 | | |
| | | Fee Total | 1.40 | 637.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    34

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MORRS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.40 | 637.00 | | | | | |
| Total: | 1.40 | 637.00 | | | | | |

```
alp_112r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    35
Run Date & Time: 07/24/2003 12:53:36                              *PRIVILEGED AND CONFIDENTIAL*

Matter No:  056772-00026                             Orig Prtnr :  CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr :  BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : OTHER                                  Supv Prtnr :  MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                               TO:
          UNBILLED DISB FROM:                               TO:

                                   FEES                        COSTS

GROSS BILLABLE AMOUNT:                   0.00                        0.00
    AMOUNT WRITTEN DOWN:
             ON ACCOUNT BILLED:
                      PREMIUM:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:
          CLOSE MATTER/FINAL BILLING?       YES    OR    NO
          EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

  BILLING COMMENTS:                      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                   ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                            FEES:         890.00        UNIDENTIFIED RECEIPTS:       0.00
                   DISBURSEMENTS:           0.00              PAID FEE RETAINER:      0.00
                  FEE RETAINER:             0.00             PAID DISB RETAINER:      0.00
                 DISB RETAINER:             0.00          TOTAL AVAILABLE FUNDS:      0.00
              TOTAL OUTSTANDING:          890.00                 TRUST BALANCE:

                                               BILLING HISTORY

          DATE OF LAST BILL:     11/19/02        LAST PAYMENT DATE:
          LAST BILL NUMBER:        361261        FEES BILLED TO DATE:            890.00
          LAST BILL THRU DATE:   10/31/02        FEES WRITTEN OFF TO DATE:         0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee        (6) Summer Associate
      (2) Late Time & Costs Posted  (7) Fixed Fee
      (3) Pre-arranged Discount     (8) Premium
      (4) Excessive Legal Time      (9) Rounding
      (5) Business Development      (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____        Processed by:_____        FRC:_____        CRC:_____
```

alp_112r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   36

Matter No: 056772-00026                           Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : OTHER                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/24/03 12:53:36)

| | | Billed | --- Applied --- | | ---- Collections ---- | | |
|---|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| 11/19/02 | 10/31/02 | 361261 | 890.00 | .00 | .00 | .00 | | 890.00 |
| | | Total: | 890.00 | .00 | .00 | .00 | | 890.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 37

Matter No: 056772-00028                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                        Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/17/2003                TO: 06/17/2003
UNBILLED DISB FROM:                           TO:

                                              FEES                    COSTS

GROSS BILLABLE AMOUNT:                        910.00                  0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                      FEES:          1,650.00     UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:                           0.00     PAID FEE RETAINER:          0.00
FEE RETAINER:                            0.00     PAID DISB RETAINER:         0.00
DISB RETAINER:                           0.00     TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                   1,650.00     TRUST BALANCE:
                                                  BILLING HISTORY

DATE OF LAST BILL:    07/24/03       LAST PAYMENT DATE:      04/29/03
LAST BILL NUMBER:     373811         FEES BILLED TO DATE:    7,040.00
LAST BILL THRU DATE:  06/30/03       FEES WRITTEN OFF TO DATE: 5,130.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

                  (1)  Exceeded Fixed Fee          (6)  Summer Associate
                  (2)  Late Time & Costs Posted    (7)  Fixed Fee
                  (3)  Pre-arranged Discount       (8)  Premium
                  (4)  Excessive Legal Time        (9)  Rounding
                  (5)  Business Development        (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____     Processed by:_____     FRC:_____     CRC:_____

```
alp_112r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                           PAGE   38
Run Date & Time: 07/24/2003 12:53:36                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975          ProForma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr : MAYER THOMAS MORS - 03976
Matter Opened : 10/04/2002                                                                                    Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                       ------------- Total -------------    Billed ------------
Emp Id Employee Name                    Group                 Oldest       Latest       Hours       Amount

05292   BECKER, GARY M.                 CRED               06/17/03     06/17/03          2.00       910.00

                    Total:                                                               2.00       910.00

Sub-Total Hours :     0.00 Partners       0.00 Counsels    2.00 Associates    0.00 Legal Assts   0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/24/03 12:53:36)
                                  ------------- Billed -------------   Applied ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA    Disbursement   From OA     Total       Date         Balance Due

06/10/02 04/30/02  352100          1,000.00          .00          .00   1,000.00 12/31/02
09/30/02 09/30/02  355460            800.00          .00          .00     800.00 04/29/03
10/31/02 09/30/02  355721            190.00          .00          .00     190.00 04/29/03
11/13/02 10/31/02  361261            285.00          .00          .00        .00                    285.00
06/17/03 05/31/03  371897            455.00          .00          .00        .00                    455.00
07/24/03 06/30/03  373811            910.00          .00          .00        .00                    910.00

              Total:              3,640.00          .00                 1,990.00                  1,650.00
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   39

Matter No: 056772-00028                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                          Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/17/03 | Travel time to and from omnibus hearing | 2.00 | 910.00 | 4707581 | 06/19/03 |
| | | Fee Total | 2.00 | 910.00 | | |
| | | Fee Total | 2.00 | 910.00 | | |

alp_112r: Billed Charges Analysis

Run Date & Time: 07/24/2003 12:53:36

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   40

Matter No: 056772-00028

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : TRAVEL,NON-WORKING

Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:

Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M

Supv Prtnr : MAYER THOMAS MOERS - 03976

Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.00 | 910.00 | | | | | |
| Total: | 2.00 | 910.00 | | | | | |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 06/30/03

PAGE  1

Run Date & Time: 07/24/03 12:53:40
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 8.30 | 2,578.50 | 135.30 | 2,713.80 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 4.90 | 2,292.50 | 0.00 | 2,292.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.10 | 708.50 | 0.00 | 708.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 6.10 | 2,845.50 | 1.79 | 2,847.29 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 1.00 | 455.00 | 0.00 | 455.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00024 | ZAI SCIENCE TRIAL | 1.40 | 637.00 | 0.00 | 637.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 2.00 | 910.00 | 0.00 | 910.00 | BENTLEY PHILIP - 02495 | M | | B |
| Client Total | | 26.80 | 10,427.00 | 137.09 | 10,564.09 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE