# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

May 31, 2003

Invoice Number    **57266**        **91100**    **00001**        **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---|
| Balance forward as of last invoice, dated:  April 30, 2003 | $130,465.90 |
| Net balance forward | $130,465.90 |

Re:  W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | **05/31/2003** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | | |
| 05/05/03 | PAG | Draft correspondence to R. Bello regarding order extending 365(d)(4) deadline. | 0.10 | 235.00 | $23.50 |
| 05/08/03 | PAG | Telephone call to G. Wylesol regarding outstanding order regarding extension of 365(d)(4) deadline. | 0.10 | 235.00 | $23.50 |
| 05/08/03 | PAG | Review correspondence from P. Cuniff regarding documents requested for client and follow-up on same. | 0.20 | 235.00 | $47.00 |
| 05/08/03 | PAG | Draft correspondence to B. Levine regarding order on Dunbar objection to 365(d)(4) extension. | 0.40 | 235.00 | $94.00 |
| 05/22/03 | PAG | Telephone call with C. Lane regarding options for filing and service of motion regarding New York sublease. | 0.20 | 235.00 | $47.00 |
| 05/29/03 | PAG | Telephone call with C. Lane regarding status of CAT matter. | 0.20 | 235.00 | $47.00 |
| **Task Code Total** | | | **1.20** | | **$282.00** |
| **CASE ADMINISTRATION [B110]** | | | | | |
| 05/01/03 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/01/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 05/01/03 | PAG | Review critical dates for scheduling. | 0.10 | 235.00 | $23.50 |
| 05/02/03 | ARP | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 05/02/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/02/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/02/03 | PEC | Review hearing binder for 5/19/03 | 0.40 | 130.00 | $52.00 |
| 05/05/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/06/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |

**Invoice number   57266**      91100    00001                                              **Page   2**

| 05/06/03 | PEC | Update critical dates memo | 0.20 | 130.00 | $26.00 |
|---|---|---|---|---|---|
| 05/07/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/07/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/08/03 | DCC | Maintain document control. | 2.70 | 70.00 | $189.00 |
| 05/08/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 05/08/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/08/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |
| 05/09/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 05/10/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 05/10/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 05/12/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/12/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/12/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 05/13/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/13/03 | PEC | Review docket and update critical dates memo | 1.50 | 130.00 | $195.00 |
| 05/13/03 | PAG | Telephone call to C. Lane regarding filing deadline for July hearing. | 0.10 | 235.00 | $23.50 |
| 05/14/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/14/03 | PEC | Review docket and update critical dates memo | 1.50 | 130.00 | $195.00 |
| 05/14/03 | PEC | Return calls to various creditors regarding case status. | 0.40 | 130.00 | $52.00 |
| 05/15/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/15/03 | PAG | Review correspondence from R. Bello regarding order on omnibus hearings required by court and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 05/15/03 | PAG | Draft correspondence to R. Bello regarding existing omnibus scheduling orders. | 0.10 | 235.00 | $23.50 |
| 05/16/03 | DCC | Maintain document control. | 2.40 | 70.00 | $168.00 |
| 05/19/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/19/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/19/03 | PAG | Telephone call with W. Sparks regarding P. Somers contact information. | 0.10 | 235.00 | $23.50 |
| 05/20/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/20/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/21/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/21/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 05/21/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 05/22/03 | TMO | Upload 365(d)(4) extension order to firm-wide critical deadlines chart and update same. | 0.10 | 120.00 | $12.00 |
| 05/22/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 05/22/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 05/23/03 | PAG | Telephone call from Weil gotschall regarding transcripts needed. | 0.10 | 235.00 | $23.50 |
| 05/27/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/27/03 | PEC | Update critical dates memo and circulate to the appropriate parties | 1.70 | 130.00 | $221.00 |
| 05/28/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 05/28/03 | PEC | Review docket for updates | 0.10 | 130.00 | $13.00 |
| 05/29/03 | DCC | Maintain documnet control. | 2.70 | 70.00 | $189.00 |

| 05/29/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
|---|---|---|---|---|---|
| 05/29/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 05/29/03 | PEC | Discuss Monthly Operating Report with Paula Galbraith | 0.20 | 130.00 | $26.00 |
| 05/29/03 | PAG | Review monthly operating report of exhibits and call to C. Lane regarding same. | 0.20 | 235.00 | $47.00 |
| 05/30/03 | ARP | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 05/30/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 05/30/03 | PAG | Telephone call to M. Brown regarding documents for monthly operating report and follow-up on same. | 0.20 | 235.00 | $47.00 |

| | **Task Code Total** | | **37.00** | | **$3,786.00** |
|---|---|---|---|---|---|

**WRG-CLAIM ANALYSIS (ASBESTOS)**

| 05/14/03 | PAG | Review correspondence from C. Lane regarding claims objections process. | 0.20 | 235.00 | $47.00 |
|---|---|---|---|---|---|
| 05/14/03 | PAG | Review correspondence from C. Lane regarding non-substantive claims objections. Draft reply to same. | 0.10 | 235.00 | $23.50 |
| 05/14/03 | SEM | Review and respond to email from C. Lane regarding omnibus claims objection rules (.10); review claim file regarding insufficient documentation objection (.10); draft email to C. Lane regarding conclusion (.20). | 0.40 | 415.00 | $166.00 |

| | **Task Code Total** | | **0.70** | | **$236.50** |
|---|---|---|---|---|---|

**WRG CLAIM ANALYSIS NONASBESTOS**

| 05/01/03 | PAG | Verify withdrawal of Docket No. 1097 per request of Court at 3/25 hearing. | 0.10 | 235.00 | $23.50 |
|---|---|---|---|---|---|
| 05/05/03 | PAG | Telephone call to C. Lane regarding Claims Objection process. | 0.30 | 235.00 | $70.50 |
| 05/12/03 | PAG | Follow-up on notice card from Rust regarding claim of PBGC. Telephone call to B. Rogers regarding changes in contact address for same. | 0.30 | 235.00 | $70.50 |
| 05/28/03 | PEC | Return calls to creditors regarding case status | 0.30 | 130.00 | $39.00 |

| | **Task Code Total** | | **1.00** | | **$203.50** |
|---|---|---|---|---|---|

**WRG- EMPLOY. APP. , OTHERS**

| 05/01/03 | PAG | Review notices of filing of Certificates of No Objection and fee applications for various professionals. | 0.10 | 235.00 | $23.50 |
|---|---|---|---|---|---|
| 05/06/03 | SEM | Telephone conference with Paula A. Galbraith regarding issues with professionals serving their own fee applications | 0.10 | 415.00 | $41.50 |
| 05/13/03 | PAG | Telephone call with C. Lane regarding pro hace motion and retention of Sarbaines Oxely Professional. | 0.30 | 235.00 | $70.50 |
| 05/14/03 | MSC | Draft Motion For An Order Admitting Christian J. Lane Pursuant To Local District Court Rule 83.5(c) | 0.40 | 125.00 | $50.00 |
| 05/15/03 | PAG | Review correspondence from M. Chappe regarding pro hac for C. Lane. | 0.10 | 235.00 | $23.50 |
| 05/15/03 | PAG | Review and revise pro hac for C. Lane draft correspondence to C. Lane regarding same. | 0.20 | 235.00 | $47.00 |
| 05/15/03 | PAG | Prepare pro hac for C. Lane for filing. | 0.20 | 235.00 | $47.00 |
| 05/22/03 | SEM | Review and respond to email from F. Perch regarding D & T employment and forward to Paula A. Galbraith for handling. | 0.10 | 415.00 | $41.50 |
| 05/23/03 | PAG | Review correspondence firm Scotta E. McFarland | 0.10 | 235.00 | $23.50 |

|            |     | regarding United States Trustee comments on Deloitte and Touch Retention and Draft correspondence to C. Lane regarding same. |      |        |          |
|------------|-----|-----|------|--------|----------|
| 05/23/03   | PAG | Review correspondence from Scotta E. McFarland regarding F. Perch's inquiry regarding retention of Deloitte & Touche. | 0.10 | 235.00 | $23.50   |
|            |     | **Task Code Total** | **1.70** |    | **$391.50** |

### WRG-FEE APPS., APPLICANT

| 05/08/03 | PAG | Review fee spreadsheet for 7th quarter. | 0.10 | 235.00 | $23.50 |
|----------|-----|-----------------------------------------|------|--------|--------|
| 05/09/03 | PAG | Draft correspondence to Scotta E. McFarland regarding deadline for Grace quarterly fee application. | 0.10 | 235.00 | $23.50 |
| 05/12/03 | WLR | Correspondence to Liliana Gardiazabal regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 05/12/03 | WLR | Review correspondence from Liliana Gardiazabal regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 05/12/03 | PAG | Inquire into status of quarterly fee application preparation. | 0.10 | 235.00 | $23.50 |
| 05/14/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 05/15/03 | PEC | Draft Certificate of No Objection regarding PSZYJW Monthly Fee Application and Certificate of Service (.4); Draft Affidavit of Service (.4) | 0.80 | 130.00 | $104.00 |
| 05/23/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |
| 05/30/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 05/31/03 | WLR | Correspondence to Scotta E. McFarland regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 05/31/03 | WLR | Review 8th (January to March 2003) fee application. | 0.30 | 375.00 | $112.50 |
| 05/31/03 | WLR | Correspondence to MaryRitchie Johnson regarding 8th (January to March 2003) fee application. | 0.20 | 375.00 | $75.00 |
| 05/31/03 | WLR | Update fee application chart. | 0.10 | 375.00 | $37.50 |
|          |     | **Task Code Total** | **2.60** |    | **$593.00** |

### WRG-FEE APPLICATIONS, OTHERS

| 05/01/03 | PAG | Review correspondence from L. Ferdinand regarding review of 7th Quarterly Fee spreadsheet. | 0.10 | 235.00 | $23.50 |
|----------|-----|--------------------------------------------------------------------------------------------|------|--------|--------|
| 05/01/03 | PAG | Telephone call with C. Lane regarding procedures for approval of Fee Applications by J. Wolin. | 0.10 | 235.00 | $23.50 |
| 05/05/03 | PAG | Telephone call with C. Lane regarding process for preparation of Quarterly Fee Applications. | 0.20 | 235.00 | $47.00 |
| 05/06/03 | PEC | Draft Certificate of No Objection regarding Wachtell Lipton October Fee Application and Certificate of Service (.4); Prepare for e-filing and service (.1) | 0.50 | 130.00 | $65.00 |
| 05/06/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Wachtell Lipton November Monthly Fee Application (.4); Prepare for e-filing and service (.1) | 0.50 | 130.00 | $65.00 |
| 05/06/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Wachtell Lipton December Fee Application (.4); Prepare for e-filing and service (.1) | 0.50 | 130.00 | $65.00 |
| 05/06/03 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Wachtell Lipton January Fee Application (.4); Prepare for e-filing and service (.1) | 0.50 | 130.00 | $65.00 |
| 05/06/03 | PEC | Telephone call to Gary Levine regarding Woodcock Washburn Fee Applications and Certificate of No | 0.40 | 130.00 | $52.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Objections and to; Discuss the fee procedures (.2); Discuss issues regarding same with Paula Galbraith (.2) | | | |
| 05/06/03 | PAG | Draft correspondence to P. Cuniff regarding filing of Steptoe fee applications. | 0.10 | 235.00 | $23.50 |
| 05/06/03 | PAG | Discuss with P. Cuniff filing of Fee Application for Woodcock Washburn. | 0.10 | 235.00 | $23.50 |
| 05/06/03 | PAG | Telephone call to Scotta E. McFarland regarding Filing of Fee Application for Woodcock Washburn. | 0.10 | 235.00 | $23.50 |
| 05/06/03 | PAG | Review Certificates of No Objection for Monthly Fee Applications of Wachtel. | 0.10 | 235.00 | $23.50 |
| 05/08/03 | PAG | Draft correspondence to P. Cuniff regarding filing and related objection deadline for Woodcock Washburn fee application. | 0.10 | 235.00 | $23.50 |
| 05/08/03 | PAG | Draft correspondence to C. Lane regarding questions on service of quarterly fee applications. | 0.20 | 235.00 | $47.00 |
| 05/08/03 | PAG | Telephone call to Judge Wolin chambers regarding fee application procedures. | 0.30 | 235.00 | $70.50 |
| 05/09/03 | PEC | Prepare Wallace King February fee applications for filing and service (.5); Serve Fee Applications (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Telephone call with Gary Levine of Woodcock Washburn regarding monthly fee application procedures | 0.20 | 130.00 | $26.00 |
| 05/09/03 | PEC | Discuss various issues regarding Woodcock monthly fee applications with Paula Galbraith | 0.20 | 130.00 | $26.00 |
| 05/09/03 | PEC | Prepare Wallace King March Fee Application for filing and service (.5); serve Fee Application (.2); Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Prepare Steptoe March Fee Applications for filing and service (.5); Serve Fee Applications (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Prepare Steptoe February Fee Applications for filing and service (.5); Serve Fee Applications (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Prepare Steptoe January Fee Applications for filing and service (.5); Serve Fee Applications (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Prepare Nelson Mullins March Fee Application for filing and service (.5); Serve fee application (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PEC | Prepare Wachtell March Fee Application for filing and service (.5); Serve Fee Application (.2) Draft Affidavit of Service (.1) | 0.80 | 130.00 | $104.00 |
| 05/09/03 | PAG | Telephone call with P. Cuniff regarding correcting filing of Woodcock Washburn fee application. | 0.10 | 235.00 | $23.50 |
| 05/12/03 | PAG | Review correspondence from Ferdinand regarding order for 7th quarter fees. | 0.10 | 235.00 | $23.50 |
| 05/12/03 | PAG | Draft correspondence to A. Moran regarding filing of Steptoe fee applications. | 0.10 | 235.00 | $23.50 |
| 05/12/03 | PAG | Telephone call to G. Levine at Woodcock Washburn regarding filing of fee applications. | 0.20 | 235.00 | $47.00 |
| 05/12/03 | PAG | Draft correspondence to W. Smith and L Ferdinand regarding late filing of Woodcock quaterly application. | 0.10 | 235.00 | $23.50 |
| 05/13/03 | PEC | File and serve Casner & Edwards' Seventeenth Monthly Fee Application for the Period of February 1, 2003 Through February 28, 2003 (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/13/03 | PEC | File and serve Casner & Edwards Eighteenth Monthly Fee Application  for the Period of March 1, 2003 Through | 0.60 | 130.00 | $78.00 |

**Invoice number** **57266**      91100    00001                                    **Page**  **6**

March 31, 2003 (.5); Draft Affidavit of Service (.1)

| | | | | | |
|---|---|---|---|---|---|
| 05/13/03 | PAG | Review notice of entry in error for Casner fee application. | 0.10 | 235.00 | $23.50 |
| 05/15/03 | PEC | Draft Certificate of No Objection regarding Carella Byrne Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PEC | Draft Certificate of No Objection regarding Pitney Hardin Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PEC | Draft Certificate of No Objection regarding Wallace King Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PEC | Draft Notice and Certificate of Service of Kirkland & Ellis Eighth Quarterly Fee Application (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PEC | Draft Notice and Certificate of Service of Wallace King Eighth Quarterly Fee Application (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PEC | Draft Notice and Certificate of Service of Casner & Edwards Eighth Quarterly Fee Application (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 05/15/03 | PAG | Review notices for various fee applications. | 0.20 | 235.00 | $47.00 |
| 05/15/03 | PAG | Review certification of no objections and notices for various quarterly fee applications. | 0.20 | 235.00 | $47.00 |
| 05/16/03 | PAG | Review correspondence M. Araki regarding filing of BMC fee applications and reply to same. | 0.10 | 235.00 | $23.50 |
| 05/20/03 | PEC | File and serve BMC Tenth Monthly Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/20/03 | PEC | File and serve Eleventh Monthly Fee Application of BMC (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/20/03 | PEC | File and serve Twelfth Monthly Fee Application of BMC (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/20/03 | PAG | Review correspondence from P. Cuniff regarding filing of quarterly application for BMC and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 05/21/03 | PEC | Draft Notice of Filing Eighth Quarterly Fee Application of BMC and Affidavit of Service (.4); File with the Court (.3) | 0.70 | 130.00 | $91.00 |
| 05/21/03 | PEC | File Eighth Quarterly Fee Application of BMC (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/21/03 | PAG | Telephone call to Judge Wolin's chambers regarding outstanding fee applications. | 0.10 | 235.00 | $23.50 |
| 05/21/03 | PAG | Review and revise certificate of no objections for Kirkland and Ellis fee applications and notice for BMC quarterly application. | 0.20 | 235.00 | $47.00 |
| 05/22/03 | PAG | Telephone call with C. Lane regarding fee invoices of special appointed professionals to assist J. Wolin. | 0.20 | 235.00 | $47.00 |
| 05/27/03 | PAG | Telephone call to P. Cuniff regarding certification of no objection process revision. | 0.10 | 235.00 | $23.50 |
| 05/28/03 | PEC | Prepare PHK&S Twenty-Fourth Monthly Fee Application for filing and service (.3); draft Affidavit of Service (.1) | 0.40 | 130.00 | $52.00 |
| 05/30/03 | PEC | Review docket for PWC's January, February, and March 2003 Certificate of No Objection's (.2); Telephone call to Paula Galbraith regarding same (.1) | 0.30 | 130.00 | $39.00 |
| 05/30/03 | PAG | Draft correspondence to G. Levin regarding status of Woodcock Washburn quarterly application. | 0.10 | 235.00 | $23.50 |
| 05/30/03 | PAG | Telephone call from W. Sparks regarding PricewaterhouseCoopers fee applications and related certificate of no objections. | 0.10 | 235.00 | $23.50 |
| 05/30/03 | PAG | Telephone call from W. Sparks regarding payment of fees for PricewaterhouseCoopers.  Discuss same with P. Cuniff. | 0.30 | 235.00 | $70.50 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **22.00** | **$3,259.00** |

**Invoice number  57266**      91100   00001      **Page   7**

### HEARINGS

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/01/03 | PEC | Draft Agenda Notice for 5/19/03 hearing review | 1.50 | 130.00 | $195.00 |
| 05/01/03 | PEC | Review docket (.1); Critical dates memo (.1) and Debtor's status report(.1) Regarding matters going forward at the 5/19/03 hearing | 0.30 | 130.00 | $39.00 |
| 05/01/03 | PAG | Telephone call with P. Cuniff regarding status of Agenda for 5/19 hearing. | 0.10 | 235.00 | $23.50 |
| 05/01/03 | PAG | Telephone call with P. Cuniff regarding preparation of 5/19 Agenda. | 0.20 | 235.00 | $47.00 |
| 05/01/03 | PAG | Review and revise Grace Agenda for 5/19/hearing. | 0.30 | 235.00 | $70.50 |
| 05/01/03 | PAG | Telephone call with C. Lane regarding outstanding matters from previous hearing. | 0.20 | 235.00 | $47.00 |
| 05/01/03 | CMS | Prepare Hearing Notebook. | 1.30 | 55.00 | $71.50 |
| 05/02/03 | PAG | Revise Grace Preliminary Agenda and prepare binder for delivery to Chambers. | 0.40 | 235.00 | $94.00 |
| 05/02/03 | PEC | Discuss various Grace issues with Paula Galbraith regarding 5/19/03 hearing | 0.10 | 130.00 | $13.00 |
| 05/02/03 | PEC | Review correspondence received regarding draft Agenda for 5/19/03 hearing | 0.20 | 130.00 | $26.00 |
| 05/02/03 | PEC | Revise and review Agenda Notice for 5/19/03 hearing | 0.80 | 130.00 | $104.00 |
| 05/02/03 | CMS | Prepare Hearing Notebook. | 0.70 | 55.00 | $38.50 |
| 05/05/03 | CMS | Prepare Hearing Notebook. | 0.40 | 55.00 | $22.00 |
| 05/08/03 | PAG | Discuss with P. Cuniff changes to May 19th agenda. Telephone call to K. Mason regarding same. | 0.20 | 235.00 | $47.00 |
| 05/08/03 | PAG | Draft correspondence to C. Lane regarding May 19th final agenda. | 0.10 | 235.00 | $23.50 |
| 05/08/03 | PAG | Telephone call with Scotta E. McFarland regarding open matters for May 19th hearing. | 0.10 | 235.00 | $23.50 |
| 05/12/03 | PEC | Revise and review Agenda Notice for 5/19/03 Hearing | 0.50 | 130.00 | $65.00 |
| 05/12/03 | PEC | Prepare service list for 5/19/03 Hearing | 0.50 | 130.00 | $65.00 |
| 05/12/03 | PEC | File and serve Agenda Notice for 5/19/03 Hearing (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/12/03 | PEC | Review hearing binders | 0.50 | 130.00 | $65.00 |
| 05/13/03 | PAG | Review correspondence from P. Cuniff regarding request for telephonic appearance and draft correspondence to R. Bello regarding same. | 0.10 | 235.00 | $23.50 |
| 05/13/03 | PAG | Exchange correspondence with R. Stewart regarding conference call for May 19th hearing. | 0.10 | 235.00 | $23.50 |
| 05/13/03 | PAG | Draft correspondence to P. Cuniff regarding preparation of amended agenda for May 19th hearing. | 0.10 | 235.00 | $23.50 |
| 05/13/03 | ARP | Prepare hearing notebook. | 5.00 | 55.00 | $275.00 |
| 05/14/03 | PAG | Exchange correspondence with T. Tacconelli regarding participation at May 19th hearing by phone. | 0.10 | 235.00 | $23.50 |
| 05/15/03 | PEC | File and serve Agenda Notice for 5/19/03 Hearing (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/15/03 | PAG | Telephone call with C. Lane regarding amendment to agenda. | 0.20 | 235.00 | $47.00 |
| 05/15/03 | ARP | Prepare hearing notebook. | 4.50 | 55.00 | $247.50 |
| 05/15/03 | CJB | Prepare hearing notebook for hearing on 5/19/03. | 1.20 | 55.00 | $66.00 |
| 05/16/03 | PAG | Review correspondence from W. Sparks regarding June hearing and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 05/18/03 | PAG | Prepare for hearing on May 19th. | 0.50 | 235.00 | $117.50 |
| 05/19/03 | PAG | Telephone call with W. Sparks regarding hearing. | 0.10 | 235.00 | $23.50 |
| 05/19/03 | PAG | Telephone call with T. Francella regarding missing item from agenda and follow-up on same. | 0.10 | 235.00 | $23.50 |
| 05/19/03 | PAG | Exchange correspondence with R. Bello regarding dial in information for May 19th hearing. | 0.10 | 235.00 | $23.50 |
| 05/19/03 | PAG | Prepare for hearing. | 0.90 | 235.00 | $211.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/03 | PAG | Attend omnibus hearing before Judge Fitzgerald. | 2.70 | 235.00 | $634.50 |
| 05/29/03 | PEC | Review critical dates memo regarding 6/17 hearing and matters scheduled for hearing | 0.20 | 130.00 | $26.00 |
| 05/29/03 | PEC | Draft Agenda Notice or 6/17/03 hearing | 1.70 | 130.00 | $221.00 |
| 05/29/03 | PAG | Review correspondence from C. Lane regarding agenda for June 17th hearing. | 0.10 | 235.00 | $23.50 |
| 05/30/03 | PEC | Revise and review Agenda Notice for 6/17/03 hearing (.4); circulate for comments (.1) | 0.50 | 130.00 | $65.00 |
| 05/30/03 | PAG | Review and revise agenda for May 17th hearing. | 0.30 | 235.00 | $70.50 |
| | | **Task Code Total** | **28.20** | | **$3,429.00** |

### LITIGATION (NON-BANKRUPTCY]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/03 | PEC | Prepare service of Debtor's response and objections to the first request for production inspection and copying of documents from Reaud Morgan & Quinn, Inc. and Environmental Law Group P.C. | 0.40 | 130.00 | $52.00 |
| 05/02/03 | PAG | Review and revise Objection to First Request for Production in National Union Adversary and prepare for filing. | 1.50 | 235.00 | $352.50 |
| 05/12/03 | PAG | Review correspondence from C. Maycen regarding status of DK acquisition motion. Revise agenda. | 0.20 | 235.00 | $47.00 |
| 05/13/03 | PAG | Telephone call with C. Lane regarding filing of 9019 motion regarding claim settlement and preparation of May 19th hearing. | 0.20 | 235.00 | $47.00 |
| 05/13/03 | PAG | Draft notice of BSFS 9019 motion. | 0.20 | 235.00 | $47.00 |
| 05/13/03 | PAG | Review and revise settlement motion for BSFS settlement. | 0.30 | 235.00 | $70.50 |
| 05/13/03 | PEC | File and serve Motion for Order Approving Settlement with BSFS Equipment Leasing and Daleen Technologies, Inc., Pursuant to Fed. R. Bankr. P. 9019 (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/20/03 | PAG | Review correspondence from C. Lane regarding order on Kane adversary and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 05/20/03 | PEC | File and serve Certification of Counsel Regarding Order Denying the Official Committee of Unsecured Creditors' Motion to Extend Time Within Which Avoidance Actions May be Brought and Staying the Limitations Deadline Pending a Decision on this Motion (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 05/20/03 | PAG | Draft certification of counsel on order rejecting committees motion to extend time to file avoidance actions. | 0.50 | 235.00 | $117.50 |
| 05/27/03 | PAG | Draft correspondence to P. Cuniff regarding request for Locke stipulated order. | 0.10 | 235.00 | $23.50 |
| | | **Task Code Total** | **4.70** | | **$936.50** |

### PLAN & DISCLOSURE STMT. [B320]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/03 | PAG | Discuss ballot changes with Scotta E. McFarland. | 0.20 | 235.00 | $47.00 |
| | | **Task Code Total** | **0.20** | | **$47.00** |

### STAY LITIGATION [B140]

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/03 | PAG | Telephone call with J. Kornel regarding scheduling of hearing for Kane matter. Follow-up with Kirkland & Ellis regarding same. | 0.20 | 235.00 | $47.00 |
| 05/19/03 | PAG | Draft cover letter to P. Somers regarding order on Locke | 0.10 | 235.00 | $23.50 |

**Invoice number  57266**      91100    00001                                    **Page   9**

stipulation.

| | | | |
|---|---|---|---|
| **Task Code Total** | | **0.30** | **$70.50** |
| | **Total professional services:** | **99.60** | **$13,234.50** |

**Costs Advanced:**

| | | | |
|---|---|---|---|
| 02/03/2003 | PAC | 91100 - 00001 PACER charges for 20030203 | $0.49 |
| 02/03/2003 | PAC | 91100 - 00001 PACER charges for 20030203 | $0.42 |
| 02/03/2003 | RE | Reproduction Expense--DLS [E101] | $92.88 |
| 02/04/2003 | RE | Reproduction Expense--DLS [E101] | $25.00 |
| 02/04/2003 | RE | Reproduction Expense--DLS [E101] | $35.00 |
| 02/04/2003 | RE | Reproduction Expense--DLS [E101] | $29.00 |
| 02/04/2003 | RE | Reproduction Expense--DLS [E101] | $104.40 |
| 02/04/2003 | RE | Reproduction Expense--DLS [E101] | $4.50 |
| 02/12/2003 | PO | Postage--DLS  [E108] | $170.15 |
| 02/12/2003 | PO | Postage [E108] | $1.10 |
| 02/12/2003 | RE | Reproduction Expense--DLS [E101] | $254.88 |
| 02/21/2003 | PAC | 91100 - 00001 PACER charges for 20030221 | $35.28 |
| 02/22/2003 | PAC | 91100 - 00001 PACER charges for 20030222 | $17.50 |
| 02/27/2003 | PAC | 91100 - 00001 PACER charges for 20030227 | $1.61 |
| 02/28/2003 | PAC | 91100 - 00001 PACER charges for 20030228 | $53.20 |
| 03/13/2003 | PAC | Pacer - Court Research | $2.52 |
| 03/18/2003 | PAC | Pacer - Court Research | $13.30 |
| 03/21/2003 | PAC | 91100 - 00001 PACER charges for 20030321 | $304.08 |
| 03/23/2003 | PAC | Pacer - Court Research | $0.14 |
| 03/29/2003 | PAC | 91100 - 00001 PACER charges for 20030329 | $110.88 |
| 04/03/2003 | PAC | Pacer - Court Research | $0.07 |
| 04/12/2003 | PAC | 91100 - 00001 PACER charges for 20030412 | $128.03 |
| 04/18/2003 | PAC | 91100 - 00001 PACER charges for 20030418 | $34.58 |
| 04/25/2003 | PAC | 91100 - 00001 PACER charges for 20030425 | $32.55 |
| 05/01/2003 | DC | TriState | $23.18 |
| 05/01/2003 | DC | TriState | $279.00 |
| 05/01/2003 | DH | DHL | $15.90 |
| 05/01/2003 | DH | DHL | $15.90 |
| 05/01/2003 | DH | DHL | $21.27 |
| 05/01/2003 | RE | (AGR 1502 @0.15 PER PG) | $225.30 |
| 05/01/2003 | RE | (CORR 614 @0.15 PER PG) | $92.10 |
| 05/01/2003 | RE | (CORR 339 @0.15 PER PG) | $50.85 |
| 05/01/2003 | RE | (DOC 44 @0.15 PER PG) | $6.60 |
| 05/01/2003 | RE | (CORR 307 @0.15 PER PG) | $46.05 |
| 05/02/2003 | DC | TriState | $15.00 |
| 05/02/2003 | DH | DHL | $10.52 |
| 05/02/2003 | DH | DHL | $11.60 |
| 05/02/2003 | DH | DHL | $11.60 |
| 05/02/2003 | DH | DHL | $12.67 |
| 05/02/2003 | PAC | 91100 - 00001 PACER charges for 20030502 | $47.53 |
| 05/02/2003 | PO | Postage--DLS [E108] | $218.65 |
| 05/02/2003 | RE | Reproduction Expense--DLS [E101] | $424.80 |
| 05/02/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 05/02/2003 | RE | (CORR 324 @0.15 PER PG) | $48.60 |
| 05/02/2003 | RE | (AGR 24 @0.15 PER PG) | $3.60 |
| 05/02/2003 | RE | (CORR 75 @0.15 PER PG) | $11.25 |
| 05/02/2003 | RE | (DOC 3 @0.15 PER PG) | $0.45 |
| 05/02/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 05/02/2003 | RE | (DOC 34 @0.15 PER PG) | $5.10 |
| 05/02/2003 | SO | Secretarial Overtime--Vanessa Preston | $37.94 |
| 05/03/2003 | DC | TriState | $279.00 |
| 05/03/2003 | DC | TriState | $9.00 |

**Invoice number  57266**      91100   00001      **Page   10**

| | | | |
|---|---|---|---|
| 05/03/2003 | DC | TriState | $9.00 |
| 05/05/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 05/05/2003 | RE | (CORR 21 @0.15 PER PG) | $3.15 |
| 05/05/2003 | RE | (CORR 6 @0.15 PER PG) | $0.90 |
| 05/05/2003 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 05/05/2003 | RE | (AGR 518 @0.15 PER PG) | $77.70 |
| 05/05/2003 | SO | Secretarial Overtime--Vanessa Preston | $37.94 |
| 05/06/2003 | DC | TriState | $54.00 |
| 05/06/2003 | DC | TriState | $38.63 |
| 05/06/2003 | DH | DHL | $10.33 |
| 05/06/2003 | DH | DHL | $11.38 |
| 05/06/2003 | DH | DHL | $11.38 |
| 05/06/2003 | DH | DHL | $12.44 |
| 05/06/2003 | PO | Postage | $8.48 |
| 05/06/2003 | RE | (CORR 97 @0.15 PER PG) | $14.55 |
| 05/06/2003 | RE | Reproduction Expense--DLS  [E101] | $182.88 |
| 05/06/2003 | RE | Reproduction Expense--DLS  [E101] | $6.75 |
| 05/06/2003 | RE | Reproduction Expense--DLS  [E101] | $25.00 |
| 05/06/2003 | RE | Reproduction Expense--DLS  [E101] | $15.20 |
| 05/06/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 05/06/2003 | RE | (DOC 20 @0.15 PER PG) | $3.00 |
| 05/06/2003 | RE | (DOC 20 @0.15 PER PG) | $3.00 |
| 05/06/2003 | RE | (DOC 20 @0.15 PER PG) | $3.00 |
| 05/06/2003 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 05/06/2003 | RE | (CORR 300 @0.15 PER PG) | $45.00 |
| 05/06/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 05/06/2003 | RE | Reproduction Expense--DLS  [E101] | $35.00 |
| 05/06/2003 | SO | Secretarial Overtime--Vanessa Preston | $18.97 |
| 05/07/2003 | DC | TriState | $15.00 |
| 05/07/2003 | FE | Federal Express [E108] | $55.42 |
| 05/08/2003 | RE | (CORR 1780 @0.15 PER PG) | $267.00 |
| 05/08/2003 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 05/08/2003 | RE | (AGR 84 @0.15 PER PG) | $12.60 |
| 05/08/2003 | RE | (CORR 49 @0.15 PER PG) | $7.35 |
| 05/09/2003 | DC | TriState | $54.00 |
| 05/09/2003 | DC | TriState | $15.00 |
| 05/09/2003 | DH | DHL | $13.49 |
| 05/09/2003 | DH | DHL | $17.71 |
| 05/09/2003 | DH | DHL | $13.49 |
| 05/09/2003 | DH | DHL | $12.44 |
| 05/09/2003 | DH | DHL | $12.44 |
| 05/09/2003 | DH | DHL | $12.44 |
| 05/09/2003 | PAC | 91100 - 00001 PACER charges for 20030509 | $26.39 |
| 05/09/2003 | RE | (CORR 38 @0.15 PER PG) | $5.70 |
| 05/09/2003 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 05/09/2003 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 05/09/2003 | RE | (AGR 3 @0.15 PER PG) | $0.45 |
| 05/09/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 05/09/2003 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 05/09/2003 | RE | (CORR 304 @0.15 PER PG) | $45.60 |
| 05/09/2003 | RE | (CORR 2268 @0.15 PER PG) | $340.20 |
| 05/09/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 05/09/2003 | RE | (CORR 336 @0.15 PER PG) | $50.40 |
| 05/09/2003 | RE | (DOC 22 @0.15 PER PG) | $3.30 |
| 05/09/2003 | RE | (CORR 252 @0.15 PER PG) | $37.80 |
| 05/09/2003 | RE | (CORR 94 @0.15 PER PG) | $14.10 |
| 05/09/2003 | SO | Secretarial Overtime(Rasheda Stewart) | $27.87 |
| 05/12/2003 | DH | DHL | $10.33 |
| 05/12/2003 | DH | DHL | $18.77 |
| 05/12/2003 | DH | DHL | $19.82 |

| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
|---|---|---|---|
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 5 @1.00 PER PG) | $5.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/12/2003 | RE | Reproduction Expense. [E101] | $6.30 |
| 05/12/2003 | RE | (CORR 108 @0.15 PER PG) | $16.20 |
| 05/12/2003 | RE | (CORR 66 @0.15 PER PG) | $9.90 |
| 05/12/2003 | RE | (AGR 70 @0.15 PER PG) | $10.50 |
| 05/12/2003 | RE | (CORR 50 @0.15 PER PG) | $7.50 |
| 05/12/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 05/12/2003 | RE | (AGR 5427 @0.15 PER PG) | $814.05 |
| 05/12/2003 | RE | (DOC 110 @0.15 PER PG) | $16.50 |
| 05/13/2003 | DC | TriState | $279.00 |
| 05/13/2003 | DC | TriState | $15.00 |
| 05/13/2003 | FE | Federal Express [E108] | $20.08 |
| 05/13/2003 | PO | Postage | $175.13 |
| 05/13/2003 | RE | (CORR 2 @0.15 PER PG) | $0.30 |
| 05/13/2003 | RE | (CORR 81 @0.15 PER PG) | $12.15 |
| 05/13/2003 | RE | (CORR 4081 @0.15 PER PG) | $612.15 |
| 05/13/2003 | RE | (CORR 93 @0.15 PER PG) | $13.95 |
| 05/13/2003 | RE | (CORR 99 @0.15 PER PG) | $14.85 |
| 05/14/2003 | RE | (CORR 267 @0.15 PER PG) | $40.05 |
| 05/14/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 05/14/2003 | RE | (CORR 1407 @0.15 PER PG) | $211.05 |
| 05/15/2003 | DC | Parcels | $7.50 |
| 05/15/2003 | DC | TriState | $279.00 |
| 05/15/2003 | DC | TriState | $875.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/15/2003 | DC | TriState | $63.00 |
| 05/15/2003 | DC | TriState | $54.00 |
| 05/15/2003 | DC | TriState | $15.00 |
| 05/15/2003 | DH | DHL | $10.33 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/15/2003 | PO | Postage--DLS [E108] | $267.34 |
| 05/15/2003 | PO | Postage | $6.85 |
| 05/15/2003 | PO | Postage | $14.25 |
| 05/15/2003 | PO | Postage | $7.15 |
| 05/15/2003 | PO | Postage | $19.00 |
| 05/15/2003 | PO | Postage | $13.70 |
| 05/15/2003 | PO | Postage | $4.80 |
| 05/15/2003 | RE | Reproduction Expense--DLS [E101] | $599.76 |
| 05/15/2003 | RE | (CORR 5346 @0.15 PER PG) | $801.90 |
| 05/15/2003 | RE | (CORR 113 @0.15 PER PG) | $16.95 |
| 05/15/2003 | RE | (AGR 63 @0.15 PER PG) | $9.45 |
| 05/15/2003 | RE | (AGR 298 @0.15 PER PG) | $44.70 |
| 05/15/2003 | RE | (CORR 24 @0.15 PER PG) | $3.60 |
| 05/15/2003 | RE | (AGR 8 @0.15 PER PG) | $1.20 |
| 05/15/2003 | RE | (AGR 105 @0.15 PER PG) | $15.75 |
| 05/15/2003 | RE | (AGR 8 @0.15 PER PG) | $1.20 |
| 05/15/2003 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 05/15/2003 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 05/15/2003 | RE | (CORR 5 @0.15 PER PG) | $0.75 |
| 05/15/2003 | RE | (DOC 350 @0.15 PER PG) | $52.50 |
| 05/15/2003 | RE | (DOC 5 @0.15 PER PG) | $0.75 |
| 05/15/2003 | RE | (DOC 23 @0.15 PER PG) | $3.45 |
| 05/15/2003 | RE | (DOC 130 @0.15 PER PG) | $19.50 |

**Invoice number  57266**      91100   00001                                        **Page   13**

| | | | |
|---|---|---|---|
| 05/16/2003 | DC | TriState | $15.00 |
| 05/16/2003 | DH | DHL | $13.49 |
| 05/16/2003 | DH | DHL | $13.49 |
| 05/16/2003 | DH | DHL | $17.71 |
| 05/16/2003 | DH | DHL | $16.66 |
| 05/16/2003 | DH | DHL | $16.66 |
| 05/16/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/16/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/16/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 05/16/2003 | PAC | 91100 - 00001 PACER charges for 20030516 | $75.88 |
| 05/16/2003 | RE | (CORR 3971 @0.15 PER PG) | $595.65 |
| 05/16/2003 | RE | (CORR 1083 @0.15 PER PG) | $162.45 |
| 05/16/2003 | RE | (DOC 44 @0.15 PER PG) | $6.60 |
| 05/16/2003 | RE | (CORR 10 @0.15 PER PG) | $1.50 |
| 05/18/2003 | RE | (DOC 80 @0.15 PER PG) | $12.00 |
| 05/19/2003 | CC | Conference Call--AT&T (Judge Fitzgerald) [E105] | $89.53 |
| 05/19/2003 | DH | DHL | $14.55 |
| 05/19/2003 | DH | DHL | $19.82 |
| 05/19/2003 | RE | (DOC 16 @0.15 PER PG) | $2.40 |
| 05/19/2003 | RE | (CORR 142 @0.15 PER PG) | $21.30 |
| 05/19/2003 | RE | (AGR 2212 @0.15 PER PG) | $331.80 |
| 05/19/2003 | RE | (DOC 36 @0.15 PER PG) | $5.40 |
| 05/19/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 05/19/2003 | RE | (CORR 43 @0.15 PER PG) | $6.45 |
| 05/20/2003 | DC | TriState | $279.00 |
| 05/20/2003 | DC | TriState | $23.18 |
| 05/20/2003 | DC | TriState | $15.00 |
| 05/20/2003 | DH | DHL | $14.55 |
| 05/20/2003 | PO | Postage | $123.60 |
| 05/20/2003 | RE | (CORR 206 @0.15 PER PG) | $30.90 |
| 05/20/2003 | RE | (AGR 56 @0.15 PER PG) | $8.40 |
| 05/20/2003 | RE | (CORR 952 @0.15 PER PG) | $142.80 |
| 05/20/2003 | RE | (CORR 273 @0.15 PER PG) | $40.95 |
| 05/20/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 05/20/2003 | SO | Secretarial Overtime--R. Stewart | $27.87 |
| 05/21/2003 | DC | TriState | $15.00 |
| 05/21/2003 | DC | TriState | $279.00 |
| 05/21/2003 | DC | TriState | $54.00 |
| 05/21/2003 | DC | TriState | $15.00 |
| 05/21/2003 | DH | DHL | $7.05 |
| 05/21/2003 | DH | DHL | $12.44 |
| 05/21/2003 | DH | DHL | $11.38 |
| 05/21/2003 | DH | DHL | $14.55 |
| 05/21/2003 | FE | Federal Express [E108] | $39.36 |
| 05/21/2003 | PO | Postage | $124.80 |
| 05/21/2003 | PO | Postage | $34.80 |
| 05/21/2003 | PO | Postage | $4.80 |
| 05/21/2003 | RE | (CORR 7 @0.15 PER PG) | $1.05 |
| 05/21/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 05/21/2003 | RE | (CORR 177 @0.15 PER PG) | $26.55 |
| 05/21/2003 | RE | (CORR 27 @0.15 PER PG) | $4.05 |
| 05/21/2003 | RE | (CORR 802 @0.15 PER PG) | $120.30 |
| 05/21/2003 | RE | (AGR 156 @0.15 PER PG) | $23.40 |
| 05/21/2003 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 05/21/2003 | RE | (CORR 100 @0.15 PER PG) | $15.00 |
| 05/21/2003 | RE | (AGR 960 @0.15 PER PG) | $144.00 |
| 05/21/2003 | RE | (CORR 3716 @0.15 PER PG) | $557.40 |
| 05/21/2003 | RE | (2 84 @0.15 PER PG) | $12.60 |
| 05/21/2003 | RE | (CORR 1304 @0.15 PER PG) | $195.60 |
| 05/22/2003 | PAC | 91100 - 00001 PACER charges for 20030522 | $0.91 |

**Invoice number  57266**      91100   00001                          **Page   14**

| | | | |
|---|---|---|---:|
| 05/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 05/22/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 05/22/2003 | RE | (CORR 40 @0.15 PER PG) | $6.00 |
| 05/22/2003 | RE | (CORR 5 @0.15 PER PG) | $0.75 |
| 05/23/2003 | DH | DHL | $13.49 |
| 05/23/2003 | DH | DHL | $17.71 |
| 05/23/2003 | DH | DHL | $17.71 |
| 05/23/2003 | PAC | 91100 - 00001 PACER charges for 20030523 | $13.51 |
| 05/23/2003 | RE | (AGR 2343 @0.15 PER PG) | $351.45 |
| 05/24/2003 | RE | (CORR 35 @0.15 PER PG) | $5.25 |
| 05/27/2003 | FE | Federal Express [E108] | $56.50 |
| 05/27/2003 | RE | (CORR 5 @0.15 PER PG) | $0.75 |
| 05/27/2003 | RE | (AGR 110 @0.15 PER PG) | $16.50 |
| 05/28/2003 | DH | DHL | $10.33 |
| 05/28/2003 | DH | DHL | $10.33 |
| 05/28/2003 | PO | Postage | $1.29 |
| 05/28/2003 | RE | (CORR 82 @0.15 PER PG) | $12.30 |
| 05/28/2003 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 05/29/2003 | RE | (CORR 325 @0.15 PER PG) | $48.75 |
| 05/29/2003 | RE | (CORR 582 @0.15 PER PG) | $87.30 |
| 05/29/2003 | RE | Reproduction Expense--DLS [E101] | $35.00 |
| 05/29/2003 | RE | (CORR 127 @0.15 PER PG) | $19.05 |
| 05/29/2003 | RE | Reproduction Expense--DLS [E101] | $58.56 |
| 05/29/2003 | RE | Reproduction Expense--DLS [E101] | $6.75 |
| 05/29/2003 | RE | Reproduction Expense--DLS [E101] | $24.40 |
| 05/29/2003 | RE | Reproduction Expense--DLS [E101] | $25.00 |
| 05/30/2003 | DH | DHL | $11.38 |
| 05/30/2003 | DH | DHL | $13.49 |
| 05/30/2003 | DH | DHL | $11.38 |
| 05/30/2003 | PAC | 91100 - 00001 PACER charges for 20030530 | $75.88 |
| 05/30/2003 | PO | Postage | $238.20 |
| 05/30/2003 | PO | Postage | $1.48 |
| 05/30/2003 | PO | Postage | $24.60 |
| 05/30/2003 | PO | Postage | $0.85 |
| 05/30/2003 | PO | Postage | $1.98 |
| 05/30/2003 | PO | Postage | $7.80 |
| 05/30/2003 | RE | Reproduction Expense. [E101] | $2.70 |
| 05/30/2003 | RE | (AGR 1035 @0.15 PER PG) | $155.25 |
| 05/30/2003 | RE | (AGR 504 @0.15 PER PG) | $75.60 |
| 05/30/2003 | RE | (DOC 20 @0.15 PER PG) | $3.00 |
| 05/30/2003 | RE | (CORR 47 @0.15 PER PG) | $7.05 |

**Total Expenses:**                          **$16,624.15**

## Summary:

| | |
|---|---:|
| Total professional services | $13,234.50 |
| Total expenses | $16,624.15 |
| | |
| Net current charges | $29,858.65 |
| | |
| Net balance forward | $130,465.90 |
| | |
| **Total balance now due** | **$160,324.55** |

## Billing Summary

| ARP | Paul, Andrea R. | 13.50 | $55.00 | $742.50 |
|-----|-----------------|-------|--------|---------|
| CJB | Bouzoukis, Charles J. | 1.20 | $55.00 | $66.00 |
| CMS | Shaeffer, Christina M. | 2.40 | $55.00 | $132.00 |
| DCC | Crossan, Donna C. | 13.80 | $70.00 | $966.00 |
| LAG | Gilbert, Laurie A. | 0.60 | $135.00 | $81.00 |
| MSC | Chappe, Marlene S. | 0.40 | $125.00 | $50.00 |
| PAG | Galbraith, Paula A. | 19.10 | $235.00 | $4,488.50 |
| PEC | Cuniff, Patricia E. | 47.00 | $130.00 | $6,110.00 |
| SEM | McFarland, Scotta E. | 0.60 | $415.00 | $249.00 |
| TMO | O'Brien, Timothy M. | 0.10 | $120.00 | $12.00 |
| WLR | Ramseyer, William L. | 0.90 | $375.00 | $337.50 |
| | | 99.60 | | $13,234.50 |

## Task Code Summary

| | | Hours | Amount |
|----|----|-------|--------|
| AD | ASSET DISPOSITION [B130] | 1.20 | $282.00 |
| CA | CASE ADMINISTRATION [B110] | 37.00 | $3,786.00 |
| CR01 | WRG-CLAIM ANALYSIS (ASBESTOS) | 0.70 | $236.50 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 1.00 | $203.50 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 1.70 | $391.50 |
| FA | WRG-FEE APPS., APPLICANT | 2.60 | $593.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 22.00 | $3,259.00 |
| HR | HEARINGS | 28.20 | $3,429.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 4.70 | $936.50 |
| PD | PLAN & DISCLOSURE STMT. [B320] | 0.20 | $47.00 |
| SL | STAY LITIGATION [B140] | 0.30 | $70.50 |
| | | 99.60 | $13,234.50 |

## Expense Code Summary

| Conference Call [E105] | $89.53 |
|----|----|
| Delivery/Courier Service | $3,073.99 |
| DHL- Worldwide Express | $564.42 |
| Federal Express [E108] | $171.36 |
| Fax Transmittal. [E104] | $648.00 |
| Pacer - Court Research | $974.75 |
| Postage [E108] | $1,470.80 |
| Reproduction Expense. [E101] | $9,480.71 |
| Overtime | $150.59 |
| | $16,624.15 |