**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 7, 2003

Bill Number  57572
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 06/16/03 | To in-house counsel from MTM on 5/29/03 | 9.77 | |
| 06/23/03 | To in-house counsel from MTM on 6/11/03 | 10.99 | |
| | | | $20.76 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 06/03/03 | MERRILL CORPORATION - copies of personnel file requested by in-house counsel | 32.97 | |
| 06/17/03 | MERRILL CORPORATION - copies of personnel files for 2 former Libby employees | 56.23 | |
| | | | $89.20 |

PHOTOCOPYING                                                                $2.64

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 06/02/03 | Rent & Utilities for document repository at One Winthrop Square - May 2003 | 12,558.32 | |
| | | | $12,558.32 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2003

MISCELLANEOUS

| 06/04/03 | RECORDKEEPER ARCHIVE - monthly storage fee (6/03) | 388.80 |
| --- | --- | --- |

|  | $388.80 |
| --- | --- |
| TOTAL DISBURSEMENTS | $13,059.72 |
| TOTAL THIS BILL | $13,059.72 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 7, 2003

Bill Number  57573
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2003

| | |
|---|---|
| PHOTOCOPYING | $13.32 |
| TOTAL DISBURSEMENTS | $13.32 |
| TOTAL THIS BILL | $13.32 |