**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**June 2003**

**Standard Audit Time**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 6.30 | 4,681 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 0.50 | 285 |
| Frances Schlosser | Audit Manager | 7 | 512 | 1.50 | 768 |
| Sandra David | Audit Manager | 6 | 487 | 5.00 | 2,435 |
| Jason Natt | Audit Manager | 6 | 487 | 17.10 | 8,328 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 58.10 | 19,870 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 3.30 | 1,013 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 7.50 | 2,618 |
| Maureen Yeager | Audit Associate | 1 | 197 | 2.00 | 394 |
| Renee Anderson | Audit Associate | 1 | 256 | 38.00 | 9,728 |
| Lauren Misler | Audit Intern | <1 | 157 | 19.50 | 3,062 |
| | | TOTAL | | 158.80 | 53,180 |

Total at Standard Rate                158.80   $ 53,180.40
45 % Accrual Rate Adjustment                   $ (29,249.22)
Total at 45% Accrual Rate                      $  23,931.18

**Sarbanes-Oxley Time**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 4.60 | 3,418 |
| Terry McClements | Audit Partner | 20+ | 682 | 3.00 | 2,046 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 57.20 | 32,547 |
| Sandra David | Audit Manager | 6 | 487 | 2.50 | 1,218 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 17.20 | 8,720 |
| Jason Natt | Audit Manager | 5 | 487 | 12.00 | 5,844 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 13.50 | 4,617 |
| Aimee Stickley | Audit Associate | 3 | 232 | 2.20 | 510 |
| Maureen Yeager | Audit Associate | 2 | 197 | 1.00 | 197 |

Total at Standard Rate                         $  59,116.90
65 % Accrual Rate Adjustment                   $ (20,690.92)
Total at 65% Accrual Rate                      $  38,425.99

Total Fees requested                           $  62,357.17

**Summary of PwC's Fees By Project Category:**

{MCM7910.DOC}

**May 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **272.00** | **$62,357.17** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |

{MCM7910.DOC}

| 28-Data Analysis | | |
|---|---|---|
| **TOTAL:** | **272.00** | **$62,357.17** |

## Expense Summary
### June 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | **$504.84** |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | **$41.95** |
| **TOTAL:** | | **$546.79** |

{MCM7910.DOC}