**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 6.30 | 4,681 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 0.50 | 285 |
| Frances Schlosser | Audit Manager | 7 | 512 | 1.50 | 768 |
| Sandra David | Audit Manager | 6 | 487 | 5.00 | 2,435 |
| Jason Natt | Audit Manager | 6 | 487 | 17.10 | 8,328 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 58.10 | 19,870 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 3.30 | 1,013 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 7.50 | 2,618 |
| Maureen Yeager | Audit Associate | 1 | 197 | 2.00 | 394 |
| Renee Anderson | Audit Associate | 1 | 256 | 38.00 | 9,728 |
| Lauren Misler | Audit Intern | <1 | 157 | 19.50 | 3,062 |
| | TOTAL | | | 158.80 | 53,180 |

| | | |
|---|---|---|
| Total at Standard Rate | 158.80 | $ 53,180.40 |
| 55 % Accrual Rate Adjustment | | $ (29,249.22) |
| Total at 45% Accrual Rate | | $ 23,931.18 |

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 4.60 | 3,418 |
| Terry McClements | Audit Partner | 20+ | 682 | 3.00 | 2,046 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 57.20 | 32,547 |
| Sandra David | Audit Manager | 6 | 487 | 2.50 | 1,218 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 17.20 | 8,720 |
| Jason Natt | Audit Manager | 5 | 487 | 12.00 | 5,844 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 13.50 | 4,617 |
| Aimee Stickley | Audit Associate | 3 | 232 | 2.20 | 510 |
| Maureen Yeager | Audit Associate | 2 | 197 | 1.00 | 197 |
| | TOTAL | | | 113.20 | 59,117 |

| | | |
|---|---|---|
| Total at Standard Rate | | $ 59,116.90 |
| 35 % Accrual Rate Adjustment | | $ (20,690.92) |
| Total at 65% Accrual Rate | | $ 38,425.99 |
| | | |
| Total Fees requested | | $ 62,357.17 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Larry Farmer** | | | | |
| 06/03/2003 | 0.50 | Grace billings and continuance, reviewing continuance forms as required for all clients by PwC | $ 743 | $ 372 |
| 06/04/2003 | 0.80 | Sealed air conference call with Tim Delbrugge. | $ 743 | $ 594 |
| | 0.10 | Telephone call to Bob Tarola, Grace CFO for audit update | $ 743 | $ 74 |
| | 0.10 | Telephone call to Dave Ryan, re:audit update | $ 743 | $ 74 |
| 06/11/2003 | 0.20 | Call with PwC risk and Quality management group regardin the sealed air settlement and message for Bob Tarola with an update on the matter. | $ 743 | $ 149 |
| 06/23/2003 | 0.10 | Call with PwC HR regarding WR Grace staffing issues | $ 743 | $ 74 |
| | 0.40 | Call with Jason Natt and Dave Ryan regarding FAS 52 issues. | $ 743 | $ 297 |
| 06/24/2003 | 0.20 | Discussion with Ray Bromark concurring partner about Grace managers | $ 743 | $ 149 |
| 06/25/2003 | 0.80 | Conference call regarding Grace divestiture reserves meeting. Attended by Grace financial management, including Bob Tarola, Tim Delbrugge, Controller. | $ 743 | $ 594 |
| | 0.40 | Review of the first draft of the July audit committee presentation. | $ 743 | $ 297 |
| | 0.30 | Discuss several accounting issues with Dave Ryan | $ 743 | $ 223 |
| 06/26/2003 | 0.30 | Review the second draft of the Grace Audit Committee Presentation | $ 743 | $ 223 |
| | 1.40 | Discuss comments and presentation for the Grace Audit Committee meeting. | $ 743 | $ 1,040 |
| 06/27/2003 | 0.40 | Discussion with Tim Delbrugge the engagement letter related to Sarbanes 404 work to be performed at Grace | $ 743 | $ 297 |
| | 0.30 | Discuss changes to the engagement letter with Cheryl Frick | $ 743 | $ 223 |
| **SARBANES-OXLEY TIME:** | | | | |
| 04/08/2003 | 0.30 | Discuss Sarbanes 404 planning with Dave Ryan and Terri McClements | 743 | $ 223 |
| 04/09/2003 | 0.70 | Meet with Teri McClements and David Ryan to prepare presentation for the Sarbanes meeting. | 743 | $ 520 |
| | 1.00 | Review final presentation regarding Sarbanes Oxley for presentation to Dana Guzzo, Director of Internal Audit. | 743 | $ 743 |
| 04/10/2003 | 0.30 | Telephone conference with David Ryan preparing for the Sarbanes 404 meeting with Bob Tarola, CFO and Dana Guzzo, Director of Internal Audit | 743 | $ 223 |
| 04/11/2003 | 2.30 | Meeting with Dana Guzzo and two of the internal audit staff regarding 404 | 743 | $ 1,709 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Terry McClements** | | | | |
| **SARBANES-OXLEY** | | | | |
| 04/09/2003 | 0.70 | Meet with Larry Farmer and David Ryan to prepare presentation for the Sarbanes meeting. | 743 | $ 520 |
| 04/11/2003 | 2.30 | Meeting with Dana Guzzo and two of the internal audit staff regarding 404 | 743 | $ 1,709 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 06/25/2003 | 0.20 | Discuss several accounting issues with Larry Farmer | 569 | 114 |
| 06/25/2003 | 0.30 | Review audit committee report. | 569 | 171 |

**SARBANES-OXLEY**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 04/21/2003 | 6.5 | Meeting with Dana Guzzo on Sarbanes Oxley - entire day. To explain to her the implications of the act and to aid her in establishing and action plan and contacting to propery parties at Grace. | 569 | 3,699 |
| 04/22/2003 | 2.3 | Review of Sarbanes Oxley Database based on questions from 4/21 meetings raised by Dana Guzzo. Search for information on her questions in the PwC database resource. | 569 | 1,309 |
|  | 0.7 | Conference call with Dana Guzzo on Sarbanes Oxley to answer the follow up questions raised at the initial meeting. | 569 | 398 |
| 04/23/2003 | 1.5 | Materiality meeting with Jason Natt (PwC) and Ryan Heaps (Grace) & Barb Summerson (Grace). To discuss which units would qualify under Sarbase | 569 | 854 |
| 04/25/2003 | 1 | Conference Call with Dana Guzzo and Ryan Heaps on 404 approach and target areas and the game plan. | 569 | 569 |
| 04/28/2003 | 0.9 | Preparation for meeting with Bob Tarola, Grace CFO, regarding actions determined needed under Sarbanes. | 569 | 512 |
|  | 2.2 | Meeting with Bob Tarola and Dana Guzzo (Grace) and Brian Kinman (PwC - Sarbanes Specialist) to discuss the scope of the engagement. | 569 | 1,252 |
|  | 1.3 | Meeting with Dana Guzzo and Ryan Heaps and Joe Devito (PwC - Controls systems) on 404 Scoping | 569 | 740 |
|  | 2.2 | Initial scoping of 404 project, and establishing guidelines for testing. | 569 | 1,252 |
|  | 3.1 | Meeting with Dana Guzzo and Ryan Heaps on Sarbanes Oxley and the scoping requirements. | 569 | 1,764 |
| 04/29/2003 | 6.2 | 404 Meeting all day with Dana Guzzon and Ryan Heaps (Grace) to discuss what controls procedures actually are and what is required to exist under the law. | 569 | 3,528 |
| 04/30/2003 | 2.1 | Meeting with Dana Guzzo on 404, regarding her ideas for which areas Grace internal audit would focus on and what action would be needed to be undertaken by PwC | 569 | 1,195 |
|  | 1.7 | Scoping of 404 project, write up of depth and breath of the project for presentation to Dana Guzzo. | 569 | 967 |
| 05/02/2003 | 1.2 | Conf call with Dana Guzzo on 404 Project and approach from Grace internal audit prospective | 569 | 683 |
| 05/05/2003 | 1.1 | Meeting with Barb to discuss IT phase of 404 Project and which resources would be consumed by it. | 569 | 626 |
|  | 1.3 | Review of IT requirements for 404 projects based on research contained in PwC manuals. | 569 | 740 |
| 05/06/2003 | 1.7 | Sarbanes Oxley meeting with Dana Guzzo and Ryan Heaps on Project Status (name for the start up face of the compliance with Sarbanes project) | 569 | 967 |
| 05/07/2003 | 3.4 | Review with Internal audit documentations (Dana Guzzo and Ryan Heaps) on initial project phase | 569 | 1,935 |
|  | 3.8 | Review with Internal audit documentations (Dana Guzzo and Ryan Heaps) on initial project phase | 569 | 2,162 |
| 05/08/2003 | 2.4 | Meeting with Internal audit departement on 404 project | 569 | 1,366 |
|  | 0.7 | Preparation for 404 Meeting with the internal audit department. | 569 | 398 |
| 05/12/2003 | 0.5 | Call with Dana Guzzo on 404 project and related issues. | 569 | 285 |
| 05/16/2003 | 0.9 | Preparation for 404 Meeting with Grace | 569 | 512 |
|  | 3.1 | Meeting with Grace IT department and PwC (Larry Farmer, Joe Divito, Craig Cleaver in attendance from PwC) | 569 | 1,764 |
|  | 1.9 | Meeting with Larry Farmer, Joe Divito & Craig Cleaver to discuss 404 and the information which came from the Grace IT department. | 569 | 1,081 |
|  | 1.7 | Meeting with Bob Tarola, Dana Guzzo, Larry Farmer and Dave Ryan to discuss 404 | 569 | 967 |
|  | 1.8 | Meeting with Dana Guzzo on 404 project to report what PwC learned in the IT department meeting and how that effects the work that needs to be completed to reach complaince with Sarbanes requirements. | 569 | 1,024 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|

**Name: Frances Schlosser**

| | | | | |
|---|---|---|---|---|
| 06/24/2003 | 1.5 | Audit of Darex Puerto Rico - Review of inventory capitalization calculation and rollforward of prior year consolidation entries. | 512 | 768 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Sandra David** | | | | |
| 06/24/03 | 1.00 | Review Darex Puerto division audit workpapers relating to the audit review. | $487 | $ 487 |
| 06/25/03 | 2.00 | Discuss adjusting journal entries found during PwC's review for Darex PR with team | $487 | $ 974 |
| 06/26/03 | 1.00 | Conference call with Rick Brown, Grace Division Controller, to discuss adjusting entries related to Darex PR | $487 | $ 487 |
| 06/27/03 | 1.00 | Go over status of Darex PR audit with team, including time spent on the enagement, issues noted, and open items remaining. | $487 | $ 487 |
| | 5.00 | | | |
| **RBANES-OXLEY** | | | | |
| 04/11/03 | 0.80 | Sarbanes 404 call with PwC Team and Grace Internal Audit (Dana Guzzo, Barb Summerson. ) | 487 | 389.60 |
| 04/28/03 | 0.70 | Discussion with Controller at the Davison Chemical division in Cambridge, MA related to Sarbanes requirements. | 487 | 340.90 |
| 04/28/03 | 0.50 | Review of 404 documents provided by Dave Ryan, PwC Senior Manager, regarding Grace's control to understand approach | 487 | 243.50 |
| 04/28/03 | 0.5 | Discussion with Dave Ryan on 404 Approach and understanding of Grace's actions and the work required to be performed at the Cambridge location. | 487 | 243.50 |
| | 2.50 | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Craig Cleaver** | | | | |
| **SARBANES-OXLEY** | | | | |
| 04/11/03 | 1.00 | Sarbanes 404 conference call with PwC Team and Grace Internal Audit includind Dana Guzzo, and Barb Summerson | 507 | 507.00 |
| 04/28/03 | 0.50 | Discussion with Dana Guzzo, Grace Director of Internal Audit, on Sarbanes 404 Computer control and security requirements. | 507 | 253.50 |
| 04/30/03 | 0.50 | Review of Sarbanes 404 documents provided by Dave Ryan to understand approach need to be taken at Grace. | 507 | 253.50 |
| 04/30/03 | 0.5 | Discussion with Dave Ryan and Joe Divito, GRMS Audit Partner, on Sarbanes 404 Approach and understanding of Grace's initiatives | 507 | 253.50 |
| | | | | 1,267.50 |
| 05/01/03 | 0.60 | Review documentation from previous 404 conference calls, E-mails to team, and management responses to formal recommendations. | 507 | 304.20 |
| 05/05/03 | 0.40 | Summarize previous documentation into 404 e-mails to team regarding Grace strategy | 507 | 202.80 |
| 05/06/03 | 0.80 | 404 discussion on review of IT asssessment for Barb Summerson (Grace) | 507 | 405.60 |
| 05/06/03 | 0.20 | talk to Joe Divito, PwC Partner, about assessment | | |
| 05/08/03 | 1.6 | Review IT assesment in detail as provided by Grace and Grace's internal audit department. | 507 | 811.20 |
| 05/08/03 | 0.40 | Talk to Barb Summerson about the self assessment prepared by Grace | | |
| 05/14/03 | 3.00 | Preparation for 404 Presentation for Friday, including creation of handouts and formatting of presentations and summarizing of self assessment. | 507 | 1,521.00 |
| 05/15/03 | 1.50 | Create Grace presenation for 404, involving where Grace is compared to what is required. | 507 | 760.50 |
| 05/16/03 | 1.1 | Preparation for 404 presentation (finalizing presentation and team prep through review of presentation with team) | 507 | 557.70 |
| 05/16/03 | 1.30 | Meeting with Larry F, Dave R., Joe Divito to discuss 404 Approach for Grace and how we will support them | 507 | 659.10 |
| 05/16/03 | 0.70 | Discussison with Barb Summerson on 404 IT work | 507 | 354.90 |
| 05/16/03 | 0.80 | Review of 404 IT documents for meeting | 507 | 405.60 |
| 05/16/03 | 2.30 | Grace 404 presentation to IT group | 507 | 1,166.10 |
| | **17.20** | | | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Jason Natt** | | | | |
| 06/05/2003 | 0.80 | Discussion w/ Cheryl Frick on the continued correspondence w/ our international teams in regards to 2002 actual fees, 2003 estimated fees and hours data. | 487 $ | 390 |
| | 2.50 | Review internationational reporting instruction book and update for new requirements. | | |
| | 0.30 | Update the foreign team correspondence list by adding additional team members and updating roles. | | |
| 06/20/2003 | 0.50 | Discussion w/ Cheryl Frick on the 2002 / 2003 Fee and Hour schedule utilized for planning purposes for the July Audit Committee Meeting. | 487 $ | 244 |
| | 0.40 | Review of Cheryl's fee documentation in the audit committee report | | |
| | 1.90 | Compose sections on audit methology and recent pronouecments for the audit committee meeting | | |
| 06/24/2003 | 0.30 | Communication w/ Cheryl Frick on the foreign partner changes in Venezuela and Argentina | 487 $ | 146 |
| | 1.20 | Review changes to audit committee report proposed by Larry Farmer and Dave Ryan | | |
| 06/25/2003 | 0.60 | Review of draft July Audit Committee Report w/ Cheryl Frick (giving my own commentary). | 487 $ | 292 |
| | 0.40 | Discussion with Nina Govic regarding the Grace 2nd Quarter legal reserves meeting and changes in litigation reserves | | |
| | 0.90 | Review w/ Nina Govic, as my last day w/ the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | | |
| 06/26/2003 | 5.10 | Review w/ Cheryl Frick, as my last day w/ the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | 487 $ | 2,484 |
| 06/27/2003 | 2.20 | Discussion w/ Cheryl Frick and follow up on the significant change from the prior year in the South African and Korean fees and review of all fee changes. | 487 $ | 1,071 |
| | **17.10** | | | **$ 4,627** |
| **SARBANES-OXLEY** | | | | |
| 04/11/2003 | 2.30 | Meeting with Dana Guzzo and two of the internal audit staff regarding 404 | 487 $ | 1,120 |
| | 3.20 | Review of Sarbanes Oxley Database, Printing of numerous documents (as requested by the Grace Internal Audit team) and review of information in regards to providing Grace access to this database. | 487 $ | 1,558 |
| 04/22/2003 | 4.5 | Sarbanes Oxley Payroll Meeting w/ Dana Guzzo and the Grace payroll team. | 487 | 2,192 |
| 04/23/2003 | 2 | Materiality meeting with Jason Natt (PwC), Dave Ryan (PwC) and Ryan Heaps (Grace) & Barb Summerson (Grace). To discuss which units would qualify under Sarbase | 487 | 974 |
| | **12.0** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Cheryl Frick** | | | | |
| 06/05/2003 | 0.50 | Reading article on the status of the asbestos legislation in Congress. | 342 | 171.00 |
| | 0.60 | Communication w/ the United Kingdom and Australia on the 2003 estimated fees. | 342 | 205.20 |
| | 0.30 | Communication w/ Thailand on the 2003 estimated fees. | 342 | 102.60 |
| | 0.60 | Work list (to assist w/ the 2003 planning efforts) for the interns to be assigned to the WR Grace engagement during the month of June 2003. | 342 | 205.20 |
| | 0.80 | Discussion w/ Jason Natt on the continued correspondence w/ our international teams in regards to 2002 actual fees, 2003 estimated fees and hours data. | 342 | 273.60 |
| 06/09/2003 | 0.40 | Conversation with Maureen Yeager in order to discuss my completion of the International Fee Summary (budget vs. actual) that compares and contrasts 2002, 2003 and the two years in comparison with one another. This time includes discussion of the reconciliation that I will need to complete in relation to this noted summary. | 342 | 136.80 |
| 06/16/2003 | 0.70 | Review / distribution of the Q2 2003 closing calendar | 342 | 239.40 |
| | 2.20 | Review of the most recent SOARD (Summary of Accounting & Reporting Developments) to be utilized for the preparation of the July Audit Committee Report. | 342 | 752.40 |
| 06/17/2003 | 0.70 | Further accumulation of information from Sandy David and the rest of our engagement team for the July Audit Committee Report. | 342 | 239.40 |
| | 1.90 | Review of FAS 150 and drafting of the summary / affect for the July Audit Committee Report. | 342 | 649.80 |
| 06/18/2003 | 1.60 | Discussion with Carol Pace on the Davison / ART reorganization . | 342 | 547.20 |
| | 0.80 | Review of documents (SAP movements for the Davison / ART reorganization) from Carol Pace. | 342 | 273.60 |
| 06/19/2003 | 1.70 | Update of foreign fee / hour schedule (2002 and 2003) to be provided to Dana Guzzo, showing calculated Rate Per Hour | 342 | 581.40 |
| | 0.40 | Correspondence w/ Ryan Heaps to obtain schedule prepared by Internal Audit stating the 2002 income & assets by site for scoping purposes. | 342 | 136.80 |
| | 0.90 | Review of 2002 income & asset schedule by site for scoping purposes. | 342 | 307.80 |
| 06/20/2003 | 3.80 | Update of the WR Grace July Audit Committee Report based upon requested changes from Jason Natt. | 342 | 1,299.60 |
| | 0.50 | Discussion w/ Jason Natt on the 2002 / 2003 Fee and Hour schedule utilized for planning purposes for the July Audit Committee Meeting. | 342 | 171.00 |
| | 0.80 | Further update of the 2002 / 2003 Fee and Hour schedule utilized for planning purposes. | 342 | 273.60 |
| | 0.50 | Reading article on the status of the asbestos legislation in Congress. | 342 | 171.00 |
| 06/23/2003 | 0.90 | Meeting w/ Lauren Misler (intern) to discuss / familiarize her w/ the engagement and the work she would be performing. | 342 | 307.80 |
| | 1.70 | Further update of the WR Grace July Audit Committee Report. | 342 | 581.40 |
| | 0.10 | Sending updated July Audit Committee Report to Jason Natt for his review. | 342 | 34.20 |
| | 0.50 | Reading article on the status of the asbestos legislation in Congress. | 342 | 171.00 |
| 06/24/2003 | 0.30 | Sending updated July Audit Committee Report to Jason Natt for his review. | 342 | 102.60 |
| | 2.90 | Further update of the WR Grace July Audit Committee Report for changes to the following sections: Audit Approach and Engagement Letter. | 342 | 991.80 |
| | 0.80 | Communication w/ the prior year engagement partners in Venezuela & Argentina on the partner changes. | 342 | 273.60 |
| | 0.60 | Preparation and review of work plan for the following day for Lauren Misler due to the fact that she will be working by herself in the morning (due to other meetings on my part). | 342 | 205.20 |
| | 0.30 | Communication w/ Jason Natt on the foreign partner changes in Venezuela and Argentina. | 342 | 102.60 |

| Date | Hours | Description | Code | Amount |
|---|---|---|---|---|
| 06/25/2003 | 1.80 | Brief meeting w/ Carol Pace to discuss the plan for the quarter and performance to date. | 342 | 615.60 |
|  | 0.20 | Correspondence w/ senior engagement team members on the drafted engagement letter. | 342 | 68.40 |
|  | 1.50 | Preparation of 2003 WR Grace Engagement letter (based upon version available in Template Manager and examples provided by Larry Farmer). | 342 | 513.00 |
|  | 2.20 | Updating the July Audit Committee Report based upon requested changes by Larry Farmer and correspondence w/ Dana Guzzo in regards to the most recent version of the report (for her & Bob Tarola's review). | 342 | 752.40 |
|  | 0.60 | Review of draft July Audit Committee Report w/ Jason Natt (obtaining his comments). | 342 | 205.20 |
|  | 0.80 | Reading article on the status of the asbestos legislation in Congress. | 342 | 273.60 |
| 06/26/2003 | 5.10 | Review w/ Jason, as his last day w/ the firm will be 6/30, in order to transfer his knowledge of certain audit areas. | 342 | 1,744.20 |
|  | 1.90 | Review of documents received from Jason Natt / filing. | 342 | 649.80 |
|  | 1.10 | Discussion w/ Dana Guzzo on the July Audit Committee Report (she provided both her changes and Bob Tarola's changes to the document). | 342 | 376.20 |
|  | 0.80 | Update of the July Audit Committee Report based upon changes requested by Grace. | 342 | 273.60 |
| 06/27/2003 | 1.20 | Review of Corporate "Prepared By Client" listing and forwarding to the appropriate individuals. | 342 | 410.40 |
|  | 2.20 | Discussion w/ Jason Natt and follow up on the significant change from the prior year in the South African and Korean fees and review of all fee changes. | 342 | 752.40 |
|  | 1.40 | Correspondence w/ our South African and Korean teams to further understand the significant fee change. | 342 | 478.80 |
|  | 0.40 | Review of Davison / ART "Prepared By Client" listing and forwarding to the appropriate individuals. | 342 | 136.80 |
|  | 0.20 | Correspondence w/ Dana Guzzo on revised / final July Audit Committee Report (to be utilized for the meeting on July 10th). | 342 | 68.40 |
|  | 0.40 | Discussions w/ Larry Farmer on the planned changes in the charge codes. | 342 | 136.80 |
|  | 0.20 | Discussion of changes to the engagement letter with Larry Farmer | 342 | 68.40 |
|  | 0.60 | Correspondence w/ entire domestic engagement team on the changes to the charge codes going forward. | 342 | 205.20 |
| 06/30/2003 | 1.80 | Completion of the intern evaluation for Lauren Misler. | 342 | 615.60 |
|  | 0.20 | Discussion w/ Craig Cleaver on the engagement code structure. | 342 | 68.40 |
|  | 0.30 | Review of information rec'd on the partner change in Argentina. | 342 | 102.60 |
|  | 1.80 | Follow up w/ individual team members on the outstanding May Time & Expense Reporting. | 342 | 615.60 |
|  | 3.60 | Compilation (including completion of my time) of the May Time & Expense Reporting information. | 342 | 1,231.20 |
|  | **58.10** | | | **$ 19,870** |

**SARBANES-OXLEY**

| Date | Hours | Description | Code | Amount |
|---|---|---|---|---|
|  |  |  | 342 | $ 787 |
| 04/11/2003 | 2.30 | Meeting with Dana Guzzo and two of the internal audit staff regarding 404 |  |  |
|  | 4.70 | Review of Sarbanes Oxley Database, Printing of numerous documents (as requested by the Grace Internal Audit team) and review of information in regards to providing Grace access to this database. | 342 |  |
| 04/22/2003 | 4.5 | Sarbanes Oxley Payroll Meeting w/ Dana Guzzo and the Grace payroll team. | 342 | 1,539 |
| 04/23/2003 | 2 | Materiality meeting with Jason Natt (PwC), Dave Ryan (PwC) and Ryan Heaps (Grace) & Barb Summerson (Grace). To discuss which units would qualify under Sarbase | 342 | 684 |
|  | **13.50** | | | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 06/25/2003 | 1.0 | Attend the Grace 2nd quarter divestiture reserves meeting. Attended by Grace financial management, including Bob Tarola, Tim Delbrugge, Controller. | 307 | 307 |
| | 0.4 | Discussion with Jason Natt regarding the Grace 2nd Quarter legal reserves meeting and changes in litigation reserves | | |
| | 0.9 | Review w/ Jason Natt, as his last day w/ the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | | |
| | 0.8 | Reading article on the status of the asbestos legislation in Congress. | 307 | 245.6 |
| | 0.2 | Correspondence w/ senior engagement team members on the drafted engagement letter. | 307 | 61.4 |
| | **3.3** | | | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Jonelle Lippolis** | | | | |
| 06/24/03 | 1.50 | Met with Renee Anderson to discuss the proposed entries necessary to book for the Darex Puerto Rico financial statmentets | $ 349.00 | 523.50 |
| | 2.00 | Review of adjustment schedules - PwC books the prior year adjustment entries as well as the current suggested entries prior to completing the financial statements. | $ 349.00 | 698.00 |
| 06/25/2003 | 1.50 | Met with Sandy David and Renee Anderson to discuss the status of the financial statements as well as a conference call to discuss the status and open items with Rick Brown at the Cambridge office | $ 349.00 | 523.50 |
| | 2.50 | Review and Tie out of the Darex Puerto Rico financial statement including the Balance Sheet, Income Statement and Footnotes. | $ 349.00 | 872.50 |
| | **7.50** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Aimee Stickley** | | | | |
| **SARBANES-OXLEY** | | | | |
| 04/24/2003 | 2.20 | printing off steps included in PwC's Internal Controls database for Grace to build their Sarbanes action plan around. Reading through to make sure which forms to use and making drafts of all the reports that required signatures from PwC Management personnel before Grace could have access to the database. | 232 | $ 510.40 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Maureen Yeager** | | | | |
| 06/09/2003 | 0.40 | Conversation with Cheryl Frick in order to discuss my completion of the International Fee Summary (budget vs. actual) that compares and contrasts 2002, 2003 and the two years in comparison with one another. This time includes discussion of the reconciliation that I will need to complete in relation to this noted summary. | 197 | 78.80 |
| | 1.60 | Completion of the International Fee Summary (Budget vs Actual) reconciliation that was noted in the above entry. | 197 | 315.20 |
| | **2.00** | | | |
| **SARBANES-OXLEY** | | | | |
| 04/24/2003 | 0.20 | Conversation with Ron Heaps and Shaun Launders in order to discuss the Internal Control Workbenches that are needed by Internal Audit in order to assist them in their Sarbanes Oxley preparation | 197 | 39.40 |
| | 0.80 | Print off the Internal Control Workbenches for Ron Heaps and Shaun Launders related to Accounts Payable, Inventory (obsolescence, tag sheets and inventory counts) and Payroll | 197 | 157.60 |
| | **1.00** | | | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Renee Anderson** | | | | |
| 06/09/03 | 0.60 | Communication with Grace controller re: proposed entries to correct errors noted. | 256.00 | 153.60 |
| | 1.00 | Review of Summary of Adjusted Differences to leadsheets in database | 256.00 | 256.00 |
| | 0.30 | Redo documentation of search for unrecorded liabilites based on discussions with Grace Controller | 256.00 | 76.80 |
| | 0.60 | Review of Notes to the financials for inclusion in the filing. | 256.00 | 153.60 |
| 06/10/03 | 1.70 | Discussion with Grace staff regarding fraud, laws and regulations, and subsequent events | 256.00 | 435.20 |
| | 0.50 | Documentation of above items in database | 256.00 | 128.00 |
| | 1.00 | Clearing notes left in the database, questions which were posed by the PwC field team leader. | 256.00 | 256.00 |
| | 0.30 | Discussion with Grace staff regarding dispenser amortization | 256.00 | 76.80 |
| | 0.20 | Draft of e-mail to Grace staff regarding unanimous written consent of Board Members without an annual meeitng | 256.00 | 51.20 |
| | 0.20 | Draft of e-mail to Grace staff regarding summary of adjusted differences | 256.00 | 51.20 |
| | 1.40 | Discussion with Grace staff regarding entries related to search for unrecorded liabilities | 256.00 | 358.40 |
| | 0.80 | Discussion with Grace staff regarding inventory capitalization calcualation | 256.00 | 204.80 |
| | 1.90 | Preparation of financial statements | 256.00 | 486.40 |
| 06/11/03 | 2.30 | Meeting with manager to discuss entries needed to be booked to rollforward financial statements, GRIR account, and inventory capitalization issues. | 256.00 | 588.80 |
| | 3.70 | Financial statement preparation, begin to write and prepare first draft from scratch | 256.00 | 947.20 |
| 06/12/03 | 0.50 | Fianancial statement preparation | 256.00 | 128.00 |
| 06/23/03 | 3.00 | Financial statement preparation, checking balance sheet, income statement and cash flow amounts to the audited amounts and agreeing such amounts to the trial balance | 256.00 | 768.00 |
| 06/24/03 | 4.60 | Financial statement preparation, drafting of notes to the balance sheet, income statement, and cashflow, such as notes related to general accounting policies and fixed assets. | 256.00 | 1,177.60 |
| 06/25/03 | 1.50 | Meeting with manager and senior regarding open items, review of financial statements, and discussion with Grace Controller | 256.00 | 384.00 |
| | 0.60 | Discussion on final financial statements with Grace division controller | 256.00 | 153.60 |
| | 3.80 | Financial statement preparation, changing doucment for wording changes and changes in information noted in conversations with the manager and the controller | 256.00 | 972.80 |
| 06/26/03 | 2.00 | Follow-up on senior/manager comments and include new documentation in database | 256.00 | 512.00 |
| | 1.20 | Clean-up/Organization of client file - documents requried to be maintained by pw auditing standards. | 256.00 | 307.20 |
| | 0.80 | Financial statement preparation - final read through of draft | 256.00 | 204.80 |
| 06/27/03 | 1.00 | Financial statement preparation - printing and binding the documents and reviewing the final form with the client | 256.00 | 256.00 |
| | 1.50 | Documentation of financial statement section in database | 256.00 | 384.00 |
| | 1.00 | Review of database for open items, open documentation, etc | 256.00 | 256.00 |
| | **38.00** | | | **9,728.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended June 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate |
|---|---|---|---|
| **Name: Lauren Misler** | | | |
| **06/23/2003** | 2.3 | Grace Planning: Updated letter to CFO, the management representation letter, the accountants awareness letter, and the interim review report, and client request lists for the 2nd quarter 2003 review. | 157 |
| | 2.40 | Grace Planning: Reviewed and gained an understanding of Davison division of Grace; created summary of business divisions for planning purposes, and to anaylize any changes in the operating environment. | 157 |
| | 1.70 | Grace Planning: Transferred ART joint venture audit work to current consolidated WR Grace audit database | 157 |
| | 1.60 | Grace Planning: Updated the engagement team contact lists for contact information for each US and international team. | 157 |
| **06/25/2003** | 2.00 | Grace Planning: updating July Audit Committee Report; creating charts to be used in the report | 157 |
| | 0.70 | Grace Planning: updated Grace Communications file, which is used to transfer documents to our foreign reporting teams, and engagement management documents | 157 |
| | 1.30 | Grace 2003 Independence database, as required by audit standards, mailing of audit independence confirmation forms to various indivdiuals. | 157 |
| | 3.50 | Grace Planning: updated filling for 2002 by changing dates and years in existing documents so that information might be rolled forward to 2003. | 157 |
| **06/27/2003** | 4.00 | Organized workpapers for 2002 and prepared new preliminary workpaper files for the upcoming 2003 audit engagement. | 157 |
| | **19.50** | | |