**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Dave Ryan | 04/04/03 | 15.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/04/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 04/11/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/11/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 04/21/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/21/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 04/28/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/28/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 04/28/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/28/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 04/29/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 04/29/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 05/05/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 05/05/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 05/06/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 05/06/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 05/07/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 05/07/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 05/08/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 05/08/03 | 1.00 | | | | Tolls on commute to Grace |
| Dave Ryan | 05/16/03 | 33.84 | | | | Mileage in excess of daily commute |
| Dave Ryan | 05/16/03 | 1.00 | | | | Tolls on commute to Grace |
| Cheryl Frick | 04/29/2003 | 14.40 | | | | Mileage in excess of daily commute |
| Craig Cleaver | 05/16/03 | 81.36 | | | | Mileage in excess of daily commute |
| Craig Cleaver | 05/16/03 | 10.00 | | | | tolls from philadelphia to Maryland |
| Nina Govic | 06/13/2003 | | | | 13.95 | Overtime Meal |
| Jason Natt | 06/25/2003 | | | | 28.00 | Overtime Meal |
| Lauren Misler | 06/23/2003 | 11.28 | | | | Mileage in excess of daily commute |
| Lauren Misler | 06/25/2003 | 11.28 | | | | Mileage in excess of daily commute |
| Lauren Misler | 06/27/2003 | 11.28 | | | | Mileage in excess of daily commute |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|
| | 546.79 | 504.84 | - | - | 41.95 | |

| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - June 2003**
**EXPENSE DETAIL -**

**Nina Govic** — 06/13/2003 — Audit Senior Associate — 13.95 — Overtime meal for team members Nina Govic and Maureen Yeager

$ 13.95

**Jason Natt** — 06/25/2003 — Audit Manager — 28.00 — Working lunch for Jason Natt and Cheryl Frick

$ 28.00

**Lauren Misler**
- 06/23/2003 — Audit Intern — 11.28 — Mileage in excess of normal office commute (31 Miles), from home to client site in Columbia, MD
- 06/25/2003 — Audit Intern — 11.28 — Mileage in excess of normal office commute (31 Miles), from home to client site in Columbia, MD
- 06/27/2003 — Audit Intern — 11.28 — Mileage in excess of normal office commute (31 Miles), from home to client site in Columbia, MD

$ 33.84

**David J Ryan**
- 04/04/03 — Audit Senior Manager — $ 15.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/04/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 04/11/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/11/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 04/21/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/21/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 04/28/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/28/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 04/28/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/28/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 04/29/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 04/29/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 05/05/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 05/05/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 05/06/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 05/06/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 05/07/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 05/07/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 05/08/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 05/08/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD
- 05/16/03 — Audit Senior Manager — $ 33.84 — Mileage in excess of regular commute (47 miles x 2 x $0.36) from home to Columbia, MD Grace HQ
- 05/16/03 — Audit Senior Manager — $ 1.00 — Tolls ($0.50 x 2) incurred on trip from home to Grace HQ in Columbia MD

$ 365.24

**Cheryl Frick** — 04/29/2003 — Audit Senior Associate — $ 14.40 — Mileage in excess of regular commute (10 miles x 2 x $0.36) from home to Columbia, MD Grace HQ

$ 14.40

**Craig Cleaver**
- 05/16/03 — GRMS Manager — $ 81.36 — Mileage in excess of regular commute from Philadelphia to Columbia MD (226miles x $.36)
- 05/16/03 — GRMS Manager — $ 10.00 — Tolls between Columiba, MD Grace HQ and Philadelphia

$ 91.36