**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| _____ | : | |

**NINTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS**
**LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE INTERIM PERIOD OF APRIL 1, 2003 THROUGH JUNE 30, 2003**

Name of Applicant:             PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:       W.R. Grace & Co.

Date of Retention:              June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:    April 1, 2003 – June 30, 2003

Amount of fees and expenses sought
as actual, reasonable and necessary:  $174,899.99

This is a(n):                   ___ interim     ___ final application  _X_ quarterly

The total time expended for the preparation of this application is approximately 51 hours

for a cost of $10,441.77

Prior Applications:    *First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses*; filed November 15, 2002

*Fourth Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses*; filed February 15, 2003

{MCM7912.DOC}

*Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses*; filed May 13, 2003

{MCM7912.DOC}