## W. R. Grace Fee Applications for PricewaterhouseCoopers LLP

Prior Interim Fee Applications filed:

|  |  | **Requested** |  |  | **Approved** |  |
|---|---|---|---|---|---|---|
| Date Filed Docket Number | Period Covered | Fees | Expenses | Cert. of No. Obj. | Fees | Expenses |
| 12/30/02 #3206 | 10/01/02-10/31/02 | $63,783.20 (80% of $79,729.00) | $3,022.43 | 01/29/03 #3288 | Pending | Pending |
| 12/30/02 #3208 | 11/01/02-11/30/02 | $72,958.40 (80% of $91,198.00) | $13,082.89 | 01/29/03 #3288 | Pending | Pending |
| 02/12/03 #3380 | 12/01/02-12/31/02 | $79,774.00 (80% of $99,717.50) | $3,941.77 |  | Pending | Pending |
| 04/03/03 #3612 | 01/01/03-01/31/03 | $274,984.93 (80% of $343,731.17) | $7,670.04 | 06/03/03 #3859 | Pending | Pending |
| 04/17/03 #3675 | 02/01/03-02/28/03 | $42,508.77 (80% of $53,135.96) | $554.24 | 06/03/03 #3861 | Pending | Pending |
| 05/13/03 #3784 | 03/01/03-03/31/03 | $38,152.12 (80% of $47,690.15) | $1,212.82. | 06/13/30 # | Pending | Pending |
| 07/09/03 #4033 | 04/01/03-04/30/03 | $56939.48 (80% of $71,174.34) | $1,863.75 |  |  |  |
| 07/09/03 #4034 | 05/01/03-05/31/03 | $31,018.90 (80% of $38,773.62 | $192.96 |  |  |  |
| 08/14/03 #4265 | 06/01/03-06/30/03 | $49,885.74 (80% of $62,357.17) | $546.79 |  |  |  |

MCM7574.WPD

Prior Quarterly Interim Fee Applications filed:

|  |  | **Requested** |  | **Approved** |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed Docket Number | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/15/2002 #3006 | 01/10/02-03/31/02 | $291,774.94 | $7,575.78 | $500,528.33 | $11,778.78 |
| 11/15/2002 #3006 | 04/01/02-06/30/02 | $104,915.25 | $1,734.67 | $500,528.33 | $11,778.78 |
| 11/15/2002 #3006 | 07/01/02-09/30/02 | $495,442.11 | $2,652.03 | $500,528.33 | $11,778.78 |
| 02/14/2003 #3396 | 10/01/03-12/31/03 | $270,097 | $20,047.10 | $263,914.19 | $19,997.27 |
| 05/16/03 #3782 | 01/01/03-03/31/03 | $445,994.70 | $9,437.10 | Pending | Pending |

MCM7574.WPD