EXHIBIT B
## Summary of PwC's Fees By Individual:
## Ninth Interim Quarterly Reporting Period
## Ending June 30, 2003

**Professional Profiles**
**Q2 2003/9th interim reporting period**
**Summary of time worked**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 42.60 | 14,926.88 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 3.00 | 2,092.50 |
| Theodore Baran | Audit Partner | 25 | 1213 | 1.20 | 655.02 |
| Brian Kinman | Audit Partner | 20+ | 855 | 3.10 | 1,192.73 |
| Bob Edyt | Audit Partner | 20+ | 1213 | 1.00 | 545.85 |
| Douglas Tanner | Audit Partner | 20+ | 1213 | 0.80 | 436.68 |
| Terry McClements | Audit Partner | 20+ | 682 | 3.00 | 1,329.90 |
| Joseph Divito | GRMS Partner | 20+ | 767 | 2.00 | 690.30 |
| Joseph Divito | GRMS Partner | 20+ | 821 | 1.50 | 554.18 |
| Peter R Woolf | Tax Partner | 20+ | 762 | 4.50 | 1,543.05 |
| Thomas Kalinosky | Audit Senior Manager | 10 | 684 | 3.00 | 923.40 |
| Pam Schlosser | Audit Senior Manager | 15 | 1079 | 5.80 | 2,816.19 |
| Dave Ryan | Audit Senior Manager | 10 | 569 | 84.40 | 28,119.99 |
| Michelle Gerety | Tax Senior Manager | 13 | 575 | 3.00 | 776.25 |
| Fran Schlosser | Audit Manager | 7 | 512 | 1.50 | 345.60 |
| Sandra David | Audit Manager | 5+ | 487 | 33.20 | 7,519.29 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 22.20 | 6,809.01 |
| Jason Natt | Audit Manager | 6 | 487 | 64.10 | 15,216.32 |
| Maureen Driscoll | GRMS Senior Associate | 6 | 416 | 6.80 | 1,272.96 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 202.60 | 32,103.54 |
| Nina Govic | Audit Senior Associate | 3 | 298 | 44.00 | 5,900.40 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 32.20 | 4,448.44 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 34.50 | 5,418.23 |
| Stacy Clark | Audit Associate | 2 | 235 | 4.00 | 423.00 |
| Aimee Stickley | Audit Associate | 2 | 232 | 109.20 | 11,502.56 |
| Jeffrey Zartman | Audit Associate | 2 | 232 | 1.10 | 114.84 |
| Maureen Yeager | Audit Associate | 1 | 202 | 26.00 | 2,363.40 |
| Maureen Yeager | Audit Associate | 1 | 197 | 101.00 | 8,993.05 |
| Renee Anderson | Audit Associate | 1 | 256 | 102.00 | 11,750.40 |
| Lauren Misler | Audit Intern | NA | 157 | 19.50 | 1,377.65 |
| Ellen Chapman | Assistant | NA | 110 | 1.50 | 74.25 |
| Kathleen Burke | Admistrative Assistant | NA | 110 | 1.40 | 69.29 |
| | | | TOTAL | 965.70 | 172,305.13 |

{MCM7916.DOC}

**Summary of PwC's Fees By Project Category:**
**Ninth Interim Quarterly Reporting Period**
**Ending June 30, 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **965.70** | **$172,305.13** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **965.70** | **$172,305.13** |

{MCM7916.DOC}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Ninth Interim Reporting Period ended June 30, 2003**

| Type of Expense | | |
|---|---|---|
| Transportation | $ | 2,446.72 |
| Lodging | $ | |
| Sundry | $ | |
| Business Meals | $ | 148.14 |
| **Grand Total for the Fee Period October 1, 2002 through December 31, 2002** | **$** | **2,594.86** |

{MCM7916.DOC}