# EXHIBIT A

{MCM7938.DOC}

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**ORDER APPROVING NINTH QUARTERLY**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND**
**TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Ninth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period April 1, 2003 through June 30, 2003, dated August 14, 2003 (the "Application"); and upon the Certification of W. Larry Farmer in support of the Application; and upon a hearing having been held before this Court to consider the Ninth Quarterly Fee Application on August 14, 2003; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Ninth Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $172,305.13 and reimbursement of expenses incurred in the amount of $2,594.86 is hereby granted to PwC.

Dated: _____ __, 2003

                                                                                                    _____
                                                                                                    United States Bankruptcy Judge

{MCM7938.DOC}