## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2003 THROUGH MARCH 31, 2003 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 05/09/03 | 01/01/03 - 01/31/03 | $3,566.50 | $ 78.40 | $2,853.20 | $ 78.40 | $ 713.30 |
| 05/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 05/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $ 2,681.28 | $39,594.40 | $ 2,681.28 | $ 9,898.60 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 12.70 | $5,016.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 149.30 | $71,253.00 |
| 42 | Travel (1/2 total hours billed) | 5.00 | 2,475.00 |
| | Total | 167.00 | $78,744.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 119.82 |
| Copies – Matter 32 (Fee Applications) | $ 38.80 |
| Copies – Matter 46 (Tax Litigation) | $ 101.31 |
| Computer Database Research | $ 426.24 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 19.94 |
| Facsimile | $ 28.00 |
| Postage | $ 2.72 |
| Consultant | $ 417.50 |
| Duplication Supplies | $ 4.00 |
| Parking | $ 154.94 |
| Airfare | $ 1,509.00 |
| **Total** | **$ 2,822.27** |