## Exhibit D
March Fee Application

    Available on the docket of the Bankruptcy Court for the District of Delaware at docket #3768 under Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

EXHIBIT E

STEPTOE & JOHNSON
Project Category Summary Report
Through 8th Interim Period
WR GRACE

| Category | 1st Qtr. (April, May, June, 2001) | Cumulative 1st Qtr. (Through June, 2001[1]) | 2nd Qtr. (July, August, Sept., 2001) | Cumulative 2nd Qtr. (Through Sept., 2001) | 3rd Qtr. (Oct., Nov., Dec., 2001) | Cumulative 3rd Qtr. (Through Dec., 2001) | 4th Qtr. (Jan., Feb., Mar., 2002) | Cumulative 4th Qtr. (Through March, 2002) |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | 0 | 0 | $117,948.00 | $117,948.00 | $ 67,208.00 | $185,156 | $ 79,290 | $ 264,446.00 |
| Travel Non-working | 0 | 0 | 13,310.00 | 13,310.00 | 0 | 13,310 | 3,640 | 16,950.00 |
| Fee applications, Applicant (S&J's fees) | 0 | 0 | 1,995.00 | 1,995.00 | | 3,500 | 11,480 | 14,980.00 |
| Expenses | 0 | 0 | 7,109.29 | 7,109.29 | 966.72 | 8,076.01 | 8,274.48 | 16,350.49 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | $140,362.29 | $140,362.29 | $ 69,679.72 | $210,042.01 | $102,684.48 | $312,726.49 |

1/  Steptoe & Johnson LLP was only required to file applications with the Bankruptcy Court beginning July 1, 2001.
   See Order dated January 1, 2002, effective July 1, 2001.

12

EXHIBIT E

STEPTOE & JOHNSON
Project Category Summary Report
Through 8th Interim Period
WR GRACE
(Page 2)

| Category | 5th Qtr. April-June, 2002 | Cumulative (through June, 2002) | 6th Qtr. July-Sept. 2002 | Cumulative through Sept. 2002 | 7th Qtr. Oct-Dec. 2002 | Cumulative through Dec. 2002 | 8th Qtr. Jan.-Mar 2003 | Cumulative through Mar. 2003 |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | $93,410.00 | $357,856.00 | $48,312.50 | $406,168.50 | $64,025.00 | $470,193.50 | $71,253.00 | $541,446.50 |
| Travel Non-working | 0 | 16,950.00 | 0 | 16,950.00 | 0 | 16,950.00 | 2,475.00 | 19,425.00 |
| Fee applications, Applicant (S&J's fees) | 15,412.50 | 30,392.50 | 4,137.50 | 34,530.00 | 3,562.50 | 38,092.50 | 5,016.50 | 43,109.00 |
| Expenses | 7,433.20 | 23,783.69 | 5,416.67 | 29,200.36 | 1,382.34 | 30,582.70 | 2,822.27 | 33,404.97 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | $116,255.70 | $428,982.19 | $57,866.67 | $486,848.86 | $68,969.84 | $555,770.70 | $81,566.77 | $637,337.47 |

13