# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:  June 23, 2003** |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R.
GRACE & CO., ET AL., FOR THE  MONTHLY INTERIM PERIOD OF APRIL 1, 2003, THROUGH
APRIL 31, 2003, FOR THE QUARTERLY FEE PERIOD OF APRIL – JUNE,  2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **April 1, 2003, through April 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 14,268.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 244.41** |

---

[1]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc., CCHP, Inc., CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of April 2003. This is the fourth application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the first application for services in the April – June 2003 quarter. The following applications, which are pending, have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
|------------|----------------|----------------|-------------------------|
| May 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| May 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| May 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor to intervene as a defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 2:02CV408JM, pending in the United States District Court for the Northern District of Indiana. Except for the fees specifically identified as "Fee Applications, Applicant," totaling $652.50, all fees and expenses for which reimbursement is sought were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|-----------------------------|------------------------------|----------------------|------------|---------------------|--------------------|----------------------|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 8.10 | $3,523.50 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 27.00 | $9,720.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $250.00 | 4.10 | $1,025.00 |

Total Fees: $ 14,268.50
Blended Rate: $ 364.00

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $14,268.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($11,414.80) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($244.41); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: June 2, 2003

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: June 23, 2003 |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003**

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 2:02CV408JM**
**United States District Court**
**Northern District of Indiana**

| 04/01/03 | DRB | Analysis of non-infringement positions and invalidity positions | 5.80 |
|---|---|---|---|
| 04/01/03 | GHL | Telephone conference with Mr. Maggio and Mr. Sorial regarding further investigations to be made at refineries regarding their use/operation of the Nol-Tec loaders; | 0.50 |
| 04/02/03 | GHL | Review of Intercat patent and prosecution history, and review of information received from interview of Whiting refinery for development of further information to be sought from refineries during proposed interviews; | 1.25 |
| 04/02/03 | GHL | Fee Applications, Applicant – preparation of fee application for February 2003 | 0.50 |
| 04/03/03 | DRB | Noninfringement analysis including analysis of claim construction, specification and prosecution history | 4.00 |
| 04/04/03 | DRB | Analysis of infringement issues | 0.80 |
| 04/04/03 | GHL | Fee Applications, Applicant - preparation of fee detail for February 2003 and interim application; | 0.50 |
| 04/05/03 | DRB | Legal analysis of non-infringement positions | 0.80 |
| 04/07/03 | DRB | Consideration of indemnity issues and telephone conference with Grace personnel regarding same; drafting indemnity clause | 1.50 |
| 04/07/03 | DRB | Legal analysis of infringement issues and potential summary judgment motion practice | 4.50 |
| 04/07/03 | GHL | Review of information received from refineries on proposed use/operation of Nol-Tec loader; | 0.50 |
| 04/07/03 | GHL | Office conference to consider defense of this matter; | 1.00 |
| 04/08/03 | DRB | Analysis of liability issues | 2.00 |
| 04/08/03 | DRB | Advice regarding uses of loaders by customers | 1.50 |
| 04/08/03 | GHL | Review and revision to proposed communication to refineries regarding this matter; | 0.75 |
| 04/09/03 | DRB | Analysis of use of loaders by refineries and advice to Grace regarding same | 1.00 |
| 04/09/03 | DRB | Advice to Grace regarding strategy for defense of case | 0.50 |
| 04/14/03 | GHL | further non-infringement analysis and review of evidence of same from refineries | 0.75 |

| 04/15/03 | DRB | Analysis of various non-infringement positions | 1.00 |
|---|---|---|---|
| 04/16/03 | DRB | Analysis of non-infringement positions | 0.80 |
| 04/16/03 | GHL | Review of claim construction issues | 0.25 |
| 04/21/03 | GHL | Fee Applications, Applicant – preparation of fee application for March 2003 | 0.50 |
| 04/22/03 | DRB | Preparation of materials regarding non-infringement proofs | 0.50 |
| 04/23/03 | GHL | Review of information on uses of Nol-Tec loaders and consideration of non-infringement positions | 0.75 |
| 04/23/03 | DRB | Advice regarding third party agreements | 0.40 |
| 04/23/03 | GHL | Review of proposed refinery correspondence; | 0.20 |
| 04/24/03 | DRB | Advice regarding non-infringement to Grace employees | 0.50 |
| 04/29/03 | GHL | Review of Intercat's discovery requests to Nol-Tec, as forwarded by Nol-Tec counsel, and consideration of response; | 0.65 |
| 04/29/03 | FTC | Reviewed prior art, considered invalidity of U.S. patent no. 5,389,236. | 4.10 |
| 04/30/03 | DRB | Analysis of discovery requests to Nol Tec and telephone conference regarding status of discovery and pending motions | 1.40 |

SERVICES       $      14,268.50

| GHL | GARY H. LEVIN | 8.10 | hours at | $435.00 |
|---|---|---|---|---|
| DRB | DAVID R. BAILEY | 27.00 | hours at | $360.00 |
| FTC | FRANK T. CARROLL | 4.10 | hours at | $250.00 |

**DISBURSEMENTS:**

| TELEFAX, TELEPHONE | 216.91 |
|---|---|
| PHOTOCOPYING | 27.50 |

| DISBURSEMENT TOTAL | $ | 244.41 |
|---|---|---|
| SERVICE TOTAL | $ | 14,268.50 |

| **INVOICE TOTAL** | $ | **14,512.91** |
|---|---|---|