# Exhibit A

**TO NINTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: June 23, 2003 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

## SUMMARY COVERSHEET TO FOURTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003 THROUGH APRIL 30, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | April 1, 2003 through April 30, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $86,759.50 for the period April 1, 2003 through April 30, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,684.64 for the period of April 1, 2003 through April 30, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:       Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Application pending | Application pending |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Application pending | Application Pending |

As indicated above, this is the fourteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 133.00 | $45,220.00 |
| Melissa E. Flax | Partner | $225 | 54.50 | $12,262.50 |
| Robert C. Scrivo | Associate | $210 | 115.20 | $24,192.00 |
| Kenneth Winters | Partner | $250 | 13.50 | $3,375.00 |
| Kevin Vengrow | Paralegal | $75 | 7.70 | $577.50 |
| Jeff Falduto | Paralegal | $75.00 | 15.10 | $1,132.50 |

Total Fees                  $86,759.50

Total Hours                 339.00

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| Copies – Internal and Outside | $1,456.75 |
| Westlaw | $565.00 |
| Telephone | $574.52 |
| Faxes | $19.00 |
| FedEx | $166.93 |
| Travel | |
| Messenger | $35.00 |
| Additional Staff Time | $547.44 |
| Court Reporter (Daily Trial Transcripts) | |
| Site Security – SARA Consultants | $320.00 |
| | |
| | |
| Total | $3,684.64 |

Dated:  May 9, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:          )      Chapter 11
           )
           )
W. R. GRACE & CO. et al.[1]    )      Case No. 01-01139 (JKF)
           )      (Jointly Administered)
    Debtors.       )

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.   I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9th day of May, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(April 1, 2003 through April 30, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 133.00 | $45,220.00 |
| Melissa E. Flax | Partner | $225 | 54.50 | $12,262.50 |
| Robert C. Scrivo | Associate | $210 | 115.20 | $24,192.00 |
| Kenneth Winters | Partner | $250 | 13.50 | $3,375.00 |
| Kevin Vengrow | Paralegal | $75 | 7.70 | $577.50 |
| Jeff Falduto | Paralegal | $75 | 15.10 | $1,132.50 |

| Grand Total: | $86,759.50 |
|---|---|
| Blended Rate: | |

# COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $3,684.64 |
| Fee Applications, Applicant | 10.60 | $2,684.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 328.40 | $84,075.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $565.00 |
| Facsimile (with rates) | | $19.00 ($0.25 per page) |
| Long Distance Telephone | | $574.52 |
| In-House Reproduction | | $1,456.75 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>    airfare<br>    car/taxi service<br>    hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $166.93 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $35.00 |
| Security at Site | SARA Consultants | $320.00 |
| | | |
| | | |
| Additional Staff Time | | $547.44 |

Dated:  May 9, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: June 23, 2003 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners 1, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                    May 9, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 19692
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   04/30/03

Matter #          734680.1        VS. ALLIED SIGNAL

## Litigation and Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 04/01/03 | JMA | Post trial issues - review trial transcripts and exhibits re: responses to Honeywell's Findings of Fact; preparation of Conclusions of Law; phone - C. Marraro re: same | 8.40 | 2856.00 |
| 04/01/03 | MEF | Additional revisions to Findings of Fact. | 1.00 | 225.00 |
| 04/01/03 | MEF | Conference with JMA re: all parties agreement re: additional Findings of Fact. | .50 | 112.50 |
| 04/01/03 | RCS | Review and analyze plaintiff's proposed findings of fact | 3.50 | 735.00 |
| 04/01/03 | RCS | Receipt and review, analyze Honeywell proposed findings of fact | 4.50 | 945.00 |
| 04/01/03 | RCS | Telephone call to Barbara Banks re citation checks for Grace defendant's findings of fact | .20 | 42.00 |
| 04/02/03 | JMA | Post trial issues - preliminary review of Honeywell Findings of Fact for conference with C. Marraro; conference with C. Marraro re: review of Honeywell Findings of Fact and various trial transcripts and exhibits in evidence cited by Honeywell; preparation of memo re: response to Honeywell Findings of Fact; conference with RCS re: review of Honeywell Findings of Fact | 9.00 | 3060.00 |
| 04/02/03 | MEF | Review Third Circuit LAR and IOP re: not precedential opinions. | .30 | 67.50 |
| 04/02/03 | MEF | Memo to file and JMA re: telephone call with David Field re: Findings of Facts. | .30 | 67.50 |
| 04/02/03 | MEF | Conference with JMA & CHM re: David Field position on preparation of Findings of Facts. | .40 | 90.00 |
| 04/02/03 | MEF | Prepare chart re: comparison of ICO, Honeywell & Grace Findings of Facts. | .40 | 90.00 |
| 04/02/03 | MEF | Review email from R. Senftleben re: Findings of Facts. | .20 | 45.00 |

W.R. GRACE & COMPANY                                    May 9, 2003
Client No.            734680                        Page      2
INVOICE NO.           19692

04/02/03 MEF Emails to Akos Nagy re: Findings of Facts.          .20     45.00

04/02/03 RCS Prepare draft conclusions of law re impeaching     1.30    273.00
             credibility of Honeywell expert witness, Fred
             Hart

04/02/03 RCS Telephone call to Judge Cavanaugh's law clerk,      .20     42.00
             Maureen Goodman, re outstanding issues of Weja
exhibits and Roned Order

04/02/03 RCS Review selected Honeywell Findings of Fact         4.00    840.00
             together with citations to record, documents
             and trial transcript to refute or verify
             Honeywell's findings

04/02/03 RCS Prepare draft conclusions of law re: impeaching   1.30    273.00
             credibility of Honeywell 's expert witness,
             Fred Hart.

04/02/03 RCS Meeting with John Agnello and Chris Marraro re:     .20     42.00
             assignment for review and analysis of numerous
             Honeywell Findings of Fact.

04/03/03 JMA Post trial issues - review trial transcripts      7.80   2652.00
             and exhibits re: response to Honeywell Findings
             of Fact

04/03/03 MEF Review email from B. Hughes re: client's           .20     45.00
             comments on Findings of Fact.

04/03/03 MEF Review email from B. Hughes re: modifications      .20     45.00
             to Findings of Fact.

04/03/03 RCS Review of certain Honeywell findings of Fact,     10.50   2205.00
             supporting documents and trial testimony; draft
             Grace Defendant's responses to Honeywell's
             Findings of Fact.

04/04/03 JMA Post trial issues - review trial transcripts      7.00   2380.00
             and exhibits re: response to Honeywell proposed
             Findings of Fact

04/04/03 RCS Review numerous Honeywell Findings of Fact and    8.00   1680.00
             supporting testimony and documents; draft Grace
             Defendant's Findings of Fact responding to
             Honeywell's which do not accurately reflect the
             record.

04/05/03 RCS Review Honeywell's Findings of Fact, cited        5.00   1050.00
             trial testimony and documents; prepare Grace
             Defendant's Findings of Fact and responding to
             certain Honeywell proposed Findings of Fact.

W.R. GRACE & COMPANY                           May 9, 2003
Client No.              734680                 Page     3
INVOICE NO.             19692

04/06/03 JMA Post trial issues - review trial transcripts      4.50  1530.00
             and exhibits in evidence re: preparation of
             responses to Honeywell's Findings of Fact

04/06/03 RCS Review certain Honeywell proposed Findings of     3.00   630.00
             Fact and citations to exhibits and trial
             testimony; prepare Grace defendant's proposed
             Findings of Fact to same.

04/07/03 KLW Conference with JMA and commence research         1.50   375.00
             writing on issue of receiver

04/07/03 JMA Receipt and review Order from Judge Cavanaugh      .40   136.00
             re: Weja documents; phone - C. Marraro re: Weja
             documents

04/07/03 JMA Post trial issues - conference with MEF and C.     .40   136.00
             Marraro re: format of Findings of
             Fact/Conclusions of Law; phone - C. Marraro,
             MEF and D. Field re: format of Findings of
             Fact/Conclusions of Law

04/07/03 JMA Post trial issues: review and revise responses    8.00  2720.00
             to Honeywell proposed Findings of Fact; phone -
             C. Marraro re: responses to Honeywell Findings
             of Fact

04/07/03 MEF Conference with JMA re: revisions to Findings      .80   180.00
             of Fact and Conclusions of Law.

04/07/03 MEF Review email from CHM re: B. Banks review of       .20    45.00
             certain Findings of Fact of Honeywell and
             citations thereto.

04/07/03 MEF Review memo from CHM re: Honeywell's Findings      .70   157.50
             of Fact.

04/07/03 MEF Receipt and review order regarding introduction    .20    45.00
             of documents from Grace v. Weja litigation.

04/07/03 MEF Review memos from JMA re: revisions to Findings    .30    67.50
             of Fact.

04/07/03 RCS Review certain Honeywell Findings of Fact and     5.00  1050.00
             related trial testimony and exhibits; prepare
             Grace defendants proposed Findings of Fact in
             response.

04/07/03 KV  Update Grace Defendants' Trial Exhibit binders    1.80   135.00

W.R. GRACE & COMPANY                   May 9, 2003
Client No.         734680           Page      4
INVOICE NO.         19692

| | | | | |
|---|---|---|---|---|
| 04/08/03 | JMA | Post trial issues - revise responses to Honeywell Findings of Fact; prepare Conclusions of Law sections; conference with C. Marraro re: preparation of Findings of Fact and Conclusions of Law | 11.00 | 3740.00 |
| 04/08/03 | MEF | Revise Findings of Fact - additional findings, corrections and deletions. | 5.80 | 1305.00 |
| 04/08/03 | MEF | Prepare memo re: agreement on additions/changes to Findings circulated on 3/31/03. | .30 | 67.50 |
| 04/08/03 | MEF | Telephone call with B. Hughes re: Findings of Fact. | .30 | 67.50 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: revisions to Grace defendants' Findings of Fact. | .40 | 84.00 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: revisions to Grace defendants' conclusions of law. | .30 | 63.00 |
| 04/08/03 | RCS | Receipt and review of memorandum from John Agnello re: Grace defendants' responses to certain Honeywell's Findings of Fact. | .60 | 126.00 |
| 04/08/03 | RCS | Receipt and review of Plaintiff/ICO's Amended Final Exhibit List submitted to Court on April 7, 2003 and cross-reference with what Grace Defendants believe are ICO exhibits in evidence. | 1.00 | 210.00 |
| 04/08/03 | RCS | Meeting with John Agnello and Chris Marraro re: certain Grace Defendants' responses to Honeywell's Findings of Fact drawing Court to ultimate conclusions under certain sections of Grace Defendants' Findings of Fact. | 2.20 | 462.00 |
| 04/08/03 | RCS | Review Grace Defendants' Findings of Fact and draft certain Findings of Fact leading Court to ultimate Findings Grace Defendants want Court to find. | 4.50 | 945.00 |
| 04/08/03 | KV | Organize supplemental trial exhibit binder for court | 2.60 | 195.00 |
| 04/09/03 | KLW | Continue research on receiver | 4.00 | 1000.00 |
| 04/09/03 | JMA | Post trial issues - review trial transcripts and evidence; prepare Grace Findings of Fact and Conclusions of Law | 10.00 | 3400.00 |

W.R. GRACE & COMPANY                          May 9, 2003
Client No.          734680                    Page    5
INVOICE NO.         19692

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/03 | MEF | Research - credibility of witnesses. | 1.00 | 225.00 |
| 04/09/03 | MEF | Letter to D. Field & K. Millian re: agreement regarding Findings of Fact. | .50 | 112.50 |
| 04/09/03 | MEF | Conferences with JMA re: revisions of Findings of Fact. | 1.60 | 360.00 |
| 04/09/03 | MEF | Revise Findings of Fact. | 1.80 | 405.00 |
| 04/09/03 | RCS | Meeting with John Agnello re: drafting additional Findings of Fact from trial notes. | .20 | 42.00 |
| 04/09/03 | RCS | Review several witnesses testimony related to drafting additional Findings of Fact. | 3.50 | 735.00 |
| 04/09/03 | RCS | Perform detailed review of Plaintiff's Findings of Fact listing and categorizing certain Findings that Grace defendants should respond to for meeting with John Agnello. | 2.00 | 420.00 |
| 04/09/03 | RCS | Meeting with John Agnello and telephone conference with Chris Marraro re: review of Plaintiff's Findings of Fact and drafting response paragraphs to same together with drafting additional conclusionary Findings of Fact for Grace defendants. | 2.00 | 420.00 |
| 04/09/03 | RCS | Review Nagy's and Pierson's testimony in conjunction with drafting additional Grace Defendants' Findings of Fact. | 2.50 | 525.00 |
| 04/10/03 | KLW | Continue and conclude research and draft of brief point on receiver and financial assurances | 7.50 | 1875.00 |
| 04/10/03 | JMA | Post trial issues - conference call with C. Marraro and D. Field re: scheduling; conference call with C. Marraro and K. Millian re: scheduling; conference call with C. Marraro and S. German re: scheduling; conference with MEF re: scheduling | 1.00 | 340.00 |
| 04/10/03 | JMA | Post trial issues - review of and comments to Grace Conclusions of Law | 3.00 | 1020.00 |
| 04/10/03 | JMA | Post trial issues - meeting with C. Marraro re: revisions to Conclusions of Law | 9.50 | 3230.00 |
| 04/10/03 | JMA | Phone - Star Ledger reporter | .10 | 34.00 |
| 04/10/03 | MEF | Revise Findings of Fact. | 6.70 | 1507.50 |

```
W.R. GRACE & COMPANY                          May 9, 2003
Client No.           734680                   Page     6
INVOICE NO.          19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/10/03 | MEF | Telephone call with Maureen at Judge Cavanaugh's re: 1 day extension. | .20 | 45.00 |
| 04/10/03 | MEF | Letter to all counsel re: 1 day extension. | .20 | 45.00 |
| 04/10/03 | RCS | Review Grace Defendants' Findings of Fact, checking citations to trial testimony and exhibits. | 3.00 | 630.00 |
| 04/10/03 | RCS | Research New Jersey and Environmental Statutes which permit NJDEP to require responsible party to make financial assurances towards remediation; review Administrative Consent Order and Directives in conjunction therewith. | 4.00 | 840.00 |
| 04/10/03 | RCS | Telephone communication from Barbara Banks re: forwarding original exhibits to Carella Byrne. | .20 | 42.00 |
| 04/10/03 | RCS | Research Federal case law regarding Resource Conservation Recovery Act for Conclusions of Law section. | 1.00 | 210.00 |
| 04/10/03 | RCS | Research re: equitable conversion doctrine in relation to ECARG's purchase but failure to record Deeds. | 1.00 | 210.00 |
| 04/11/03 | KLW | Obtain regulations on financial assurance for JMA | .50 | 125.00 |
| 04/11/03 | JMA | Post trial issues - phone - D. Field re: exhibits; phone - D. Field re: diskette to court | .30 | 102.00 |
| 04/11/03 | JMA | Post trial issues - preparation, review and revisions to Grace Defendants' Conclusions of Law; meeting with C. Marraro re: preparation, review and revisions to Grace Defendants' Conclusions of Law | 10.00 | 3400.00 |
| 04/11/03 | MEF | Conference with JMA re: Conclusions of Law. | .60 | 135.00 |
| 04/11/03 | MEF | Revise portions of Conclusions of Law. | 2.20 | 495.00 |
| 04/11/03 | MEF | Revise Findings of Fact. | 2.10 | 472.50 |
| 04/11/03 | RCS | Receipt and review of exhibits admitted into evidence from Wallace King; prepare exhibits in final format for submission to the Court with Post-Trial Findings of Fact and Conclusions of Law. | 5.00 | 1050.00 |
| 04/11/03 | KV | Organize supplemental trial exhibits for the court | 1.80 | 135.00 |

W.R. GRACE & COMPANY                          May 9, 2003
Client No.          734680                    Page      7
INVOICE NO.         19692

04/12/03 RCS Review of Grace Defendants' Proposed        2.00    420.00
             Conclusions of Law, revise and edit same.

04/13/03 JMA Post trial issues - review of and comments to    2.00    680.00
             Grace Defendants' Conclusions of Law

04/13/03 JMA Post trial issues - conference call with C.      1.50    510.00
             Marraro re: revisions to Grace Defendants'
             Conclusions of Law

04/13/03 JMA Post trial issues - preparation of Grace         4.00   1360.00
             Defendants' Conclusions of Law

04/13/03 MEF Revise Conclusions of Law.                       2.50    562.50

04/13/03 RCS Continued review of Grace Defendants' Proposed   2.40    504.00
             Conclusions of Law.

04/13/03 RCS Review of citations within Grace Defendants'     3.50    735.00
             Conclusions of Law, update all cites to blue
             book form.

04/13/03 RCS Review Grace Defendants' Proposed Findings of    1.00    210.00
             Facts together with final exhibits to make sure
             all Proposed Findings are supported by all
             admitted exhibits.

04/14/03 JMA Post trial issues - review, revise, finalize    11.00   3740.00
             and execute Grace Defendants' Findings of Fact
             and Conclusions of Law

04/14/03 JMA Post trial issues - letter to Judge Cavanaugh;    .70    238.00
             letter to Clerk; prepare Certificate of Service

04/14/03 MEF Revise and finalize Findings of Fact and         8.30   1867.50
             Conclusions of Law.

04/14/03 RCS Telephone communications to Michael Caffrey,     .30     63.00
             Esq. re: submission of exhibits to Court.

04/14/03 RCS Telephone communications to Alyssa Cimino,       .30     63.00
             Judge Cavanaugh's Court Clerk re: delivery of
             exhibits and disk containing Findings of Fact &
             Conclusions of Law.

04/14/03 RCS Review additional Grace Defendants' Proposed     2.00    420.00
             Conclusions of Law sections regarding Remedies,
             revise and edit same.

04/14/03 RCS Meeting with John Agnello re: Grace Defendants'  .50     105.00
             Conclusions of Law revisions for grammar and
             typographical errors.

W.R. GRACE & COMPANY                          May 9, 2003
Client No.              734680                Page    8
INVOICE NO.             19692

04/14/03 RCS Revisions to Grace Defendants' Findings of Fact   1.50    315.00
             to include reference to certain additional
             Grace exhibits.

04/14/03 RCS Review Grace Defendants' Proposed Conclusions      2.50    525.00
             of Law, revise and edit statutory and case law
             citations.

04/14/03 RCS Meeting with John Agnello and telephone            .70     147.00
             conference with Chris Marraro re: substantive
             comments and revisions to Grace Defendants'
             Proposed Conclusions of Law.

04/14/03 RCS Review Grace Defendants' Proposed Order            .40      84.00
             following trial, revise and edit same.

04/14/03 RCS Hand deliver Grace Defendants' Proposed           1.30    273.00
             Findings of Fact and Conclusions of Law to
             Federal District Court Clerk's Office.

04/15/03 JMA Phone - C. Marraro re: open issues with           .30     102.00
             exhibits and Findings of Fact and Conclusions
             of Law

04/15/03 JMA Post trial issues - preliminary review of         1.00    340.00
             plaintiffs' Findings of Fact and Conclusions of
             Law

04/15/03 MEF Emails to CHM re: final version of Conclusions    .30      67.50
             of Law, additions/deletions/changes to
             preliminary Findings of Fact.

04/15/03 RCS Telephone communications with Judge Cavanaugh's   .20      42.00
             law clerk, Maureen Goodman re: exhibits and
             disk containing Proposed Findings of Fact and
             Conclusions of Law.

04/15/03 RCS Prepare exhibits for hand-delivery to Judge       1.50    315.00
             Cavanaugh's chambers.

04/15/03 RCS Telephone communications with Steven J. German,   .40      84.00
             Esq. re: submission of exhibits to Court.

04/15/03 RCS Hand-deliver Grace Defendants' Exhibits           1.50    315.00
             admitted into evidence to Judge Cavanaugh.

W.R. GRACE & COMPANY                                      May 9, 2003
Client No.           734680                              Page      9
INVOICE NO.          19692

04/15/03 RCS Review certain Honeywell Findings of Fact        1.40    294.00
             Submitted to Court in conjunction with
             Honeywell's Findings of Fact exchanged amongst
             parties to determine whether submission to
             Court changed the paragraphs the Grace
             Defendants' responded to in Grace's Conclusions
             of Law; prepare memorandum to John Agnello and
             Chris Marraro re: same.

04/15/03 KV  Deliver trial exhibit binders to NJ District     1.50    112.50
             Court

04/16/03 JMA Post trial issues - phone - C. Marraro re:        .30    102.00
             strategy

04/16/03 JMA Phone - M. Caffrey re: exchange of list           .20     68.00
             containing new paragraphs on Findings of Facts

04/16/03 JMA Post trial issues - revise replacement pages     1.20    408.00
             (274 to 286) for Grace Defendants' Findings of
             Fact and Conclusions of Law

04/16/03 JMA Post trial issues - letter to Judge Cavanaugh     .30    102.00

04/16/03 JMA Receipt and review letter from D. Field to        .40    136.00
             Judge Cavanaugh; review exhibits cited in Field
             letter

04/16/03 MEF Telephone call with CHM re: cleanup issues on     .20     45.00
             Conclusions of Law.

04/16/03 RCS Preparation of memorandum to John Agnello and     .40     84.00
             Chris Marraro re: comparison of Honeywell's
             Preliminary Findings of Fact exchanged amongst
             parties to Findings of Fact submitted to the
             Court.

04/16/03 RCS Meeting with John Agnello re: review of           .20     42.00
             Plaintiff's and Honeywell's submissions to the
             Court.

04/16/03 RCS Telephone communication from Michael J.           .20     42.00
             Caffrey, Esq. re: exchanging Grace &
             Honeywell's Findings of Fact section which have
             changed from Preliminary to Final Submissions.

04/16/03 RCS Telephone communication with Chris Marraro,       .20     42.00
             Esq. re: review of Proposed Findings of Fact
             and preparation of errata sheet.

04/17/03 JMA Review plaintiffs' Findings of Fact and          2.60    884.00
             Conclusions of Law

```
W.R. GRACE & COMPANY                    May 9, 2003
Client No.          734680              Page    10
INVOICE NO.         19692
```

| | | | |
|---|---|---|---|
| 04/17/03 MEF | Review Findings of Fact and prepare list of new Findings of Fact from preliminary Findings of Fact. | 3.30 | 742.50 |
| 04/18/03 JMA | Post trial issues - review case law re: strict liability and statute of limitations | 3.50 | 1190.00 |
| 04/18/03 JMA | Meeting with C. Marraro re: legal issues raised by plaintiffs and Honeywell in Findings of Fact and Conclusions of Law | 2.50 | 850.00 |
| 04/18/03 MEF | Continue preparing chart of Revised/Added/Deleted Findings of Fact. | 1.70 | 382.50 |
| 04/18/03 RCS | Meeting with John Agnello re: Honeywell Proposed Findings of Fact paragraphs that Grace responded to in its submission to the Court. | .50 | 105.00 |
| 04/19/03 RCS | Research regarding statute of limitations for continuing tort defense argued by Honeywell in its Conclusions of Law. | .50 | 105.00 |
| 04/21/03 JMA | Post trial issues - review of and comments to Grace Defendants' list of changes to Grace Defendants' Preliminary Findings of Fact | .50 | 170.00 |
| 04/21/03 JMA | Post trial issues - conference with MEF re: revisions to Grace Defendants' list | .50 | 170.00 |
| 04/21/03 JMA | Post trial issues - letter to adversaries | .20 | 68.00 |
| 04/21/03 MEF | Conference with JMA re: additions/changes to preliminary Findings of Fact. | .50 | 112.50 |
| 04/21/03 MEF | Revise chart re: additions/changes to preliminary Findings of Fact. | .50 | 112.50 |
| 04/21/03 RCS | Telephone communication to Michael J. Caffrey, Esq. re: exchange of paragraph changes from preliminary Findings of Fact and Proposed Findings of Fact submitted to the Court. | .20 | 42.00 |
| 04/21/03 RCS | Telephone communication with Kathy Millian, Esq.'s paralegal re: exchange of paragraph changes from preliminary Findings of Fact and Proposed Findings of Fact submitted to the Court. | .20 | 42.00 |
| 04/21/03 RCS | Correspondence to Judge Cavanaugh re: hand delivery of Grace Defendants' Exhibits Admitted into Evidence. | .20 | 42.00 |

W.R. GRACE & COMPANY                          May 9, 2003
Client No.              734680                Page        11
INVOICE NO.             19692

| | | | | |
|---|---|---|---|---|
| 04/22/03 | JMA | Phone - C. Marraro re: Honeywell Findings of Fact; conference with RCS re: same | .40 | 136.00 |
| 04/22/03 | JMA | Review Jersey City Resolution re: redevelopment; conference with RCS re: trial testimony | .40 | 136.00 |
| 04/22/03 | JMA | Conference with RCS re: letter to Court regarding Grace Defendants' exhibits | .30 | 102.00 |
| 04/22/03 | RCS | Receipt and review of Jersey City Resolution re: redevelopment and Bayfront Boundary Map. | .40 | 84.00 |
| 04/22/03 | RCS | Meeting with John Agnello re: review of portions of Akos Nagy's testimony and obtaining additional documentation from Jersey City. | .20 | 42.00 |
| 04/22/03 | RCS | Review Akos Nagy's trial testimony re: Jersey City's position on re-development. | 1.20 | 252.00 |
| 04/22/03 | RCS | Correspondence from Michael J. Caffrey, Esq. re: Honeywell's Findings of Fact paragraphs that were added or modified following Honeywell's Findings of Fact exchanged amongst parties. | .20 | 42.00 |
| 04/22/03 | RCS | Review certain portion of Honeywell's Findings of Fact; meeting with John Agnello re: Jersey City Resolution. | .30 | 63.00 |
| 04/22/03 | RCS | Telephone communications with Jersey City Clerk's Office re: obtaining Resolution for re-development. | .40 | 84.00 |
| 04/22/03 | RCS | Review Honeywell's Findings of Fact that were added or modified from original submission exchanged among parties (partial). | 1.50 | 315.00 |
| 04/22/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | .50 | 37.50 |
| 04/23/03 | JMA | Post trial issues - Phone - C. Marraro re: Judicial Notice issues - Honeywell Findings of Fact | .30 | 102.00 |
| 04/23/03 | JMA | Post trial issues - Conference with RCS re: Honeywell Findings of Fact | .20 | 68.00 |
| 04/23/03 | JMA | Conference with RCS re: Grace Defendants' Exhibits | .20 | 68.00 |

```
W.R. GRACE & COMPANY                        May 9, 2003
Client No.              734680              Page      12
INVOICE NO.             19692
```

04/23/03 JMA Receipt and review letter from D. Field re:        .50    170.00
             changed paragraphs in Final Findings of Fact;
             conference with RCS

04/23/03 JMA Receipt and review letter from S. German to        .20     68.00
             Judge Cavanaugh re: exhibits

04/23/03 RCS Review Hugh McGuire's trial testimony relative     1.50    315.00
             to disputing certain Honeywell Proposed
             Findings of Fact paragraphs; prepare memorandum
             to John Agnello and Chris Marraro re: same.

04/23/03 RCS Telephone communication from Christina at          .20     42.00
             Terris Pravlick re: Plaintiff's modifications
             to Proposed Findings of Fact exchanged amongst
             parties as contained in final submission to
             Court.

04/24/03 JMA Preparation of list of all parties' remaining      1.50    510.00
             claims and remedies sought

04/25/03 JMA Post trial issues - revise list of all parties'    .70     238.00
             remaining claims and remedies sought

04/25/03 JMA Post trial issues - phone - C. Marraro re:         .40     136.00
             Honeywell Findings of Fact - judicial notice
             issue

04/25/03 JF  Prepare contents lists and organize all file       2.20    165.00
             material in connection with off-site storage

04/28/03 JMA Post trial issues - phone - C. Marraro re          .30     102.00
             judicial notice issue

04/28/03 JF  Prepare contents lists and organize all file       3.90    292.50
             material in connection with off-site storage

04/29/03 JMA Post trial issues - review of and revisions to     .70     238.00
             letter to Judge Cavanaugh

04/29/03 JMA Post trial issues - phone C. Marraro re:           .40     136.00
             additional trial exhibit

04/29/03 RCS Correspondence to Michael J. Caffrey, Esq.         .20      42.00
             serving requested Grace Defendants exhibits.

04/29/03 RCS Meeting with paralegal, Jeff Falduto, re: close    .40      84.00
             out of certain portion of file, review same
             upon Falduto's completion.

W.R. GRACE & COMPANY                                    May 9, 2003
Client No.            734680                            Page     13
INVOICE NO.           19692

| | | | | |
|---|---|---|---|---|
| 04/29/03 | RCS | Meeting with John Agnello, Esq. re: New Jersey Administrative Code Amendments to newly adopted Surface Water Quality Standard; research statute together with Fed. evidence rule to determine if court can take judicial notice of same after trial. | .50 | 105.00 |
| 04/29/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 2.80 | 210.00 |
| 04/30/03 | JMA | Post trial issues – phone – C. Marraro re: Jersey City Resolution; conference with RCS re: same | .80 | 272.00 |
| 04/30/03 | RCS | Meeting with John Agnello, Esq. re: review of Nagy and McGuire testimony. | .20 | 42.00 |
| 04/30/03 | RCS | Review trial testimony of Akos Nagy and Hugh McGuire re: discussions with certain Jersey City municipal officials. | .80 | 168.00 |
| 04/30/03 | RCS | Meeting with John Agnello, Esq. re: obtaining Jersey City Clerk's file on Bay Front Study Area I. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication to Jersey City Planning Board re: documents considered by Board in passing Resolution. | .30 | 63.00 |
| 04/30/03 | RCS | Receipt and review of Resolution Fact Sheet from Jersey City Clerk's Office. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication with Michelle Alonzo, Jersey City Planning Board re: Bay Front Study Area I Resolution. | .20 | 42.00 |
| 04/30/03 | RCS | Telephone communication to Jersey City Clerk's Office re: reviewing file on Bay Front Study Area I Resolution. | .20 | 42.00 |
| 04/30/03 | JF | Prepare contents lists and organize all file material in connection with off-site storage | 5.70 | 427.50 |

------------

                                   Subtotal:        84,075.50

## Fee Applications, Applicant

| | | | | |
|---|---|---|---|---|
| 04/01/03 | MEF | Review bills re: March expenses for fee application. | .50 | 112.50 |

```
W.R. GRACE & COMPANY                      May 9, 2003
Client No.           734680               Page      14
INVOICE NO.          19692
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/03 | MEF | Review status of open, but approved payments. | .30 | 67.50 |
| 04/01/03 | MEF | Review Certificate of No Objection re: January 2002 time. | .20 | 45.00 |
| 04/03/03 | MEF | Review March 2003 fee detail. | .80 | 180.00 |
| 04/04/03 | MEF | Preparation of 13th monthly fee application. | 2.20 | 495.00 |
| 04/07/03 | JMA | Fee Application - review and execute Thirteenth Monthly Fee Application | 1.00 | 340.00 |
| 04/07/03 | MEF | Revise and finalize 13th monthly fee application. | .90 | 202.50 |
| 04/15/03 | MEF | Review bankruptcy docket re: Certificate of No Objection - February 2003. | .50 | 112.50 |
| 04/15/03 | MEF | Email to Fee Auditor re: CBBG response to Initial Report regarding 7th Quarterly Fee Application. | .30 | 67.50 |
| 04/18/03 | JMA | Fee application - review Fee Auditor's Report for 7th Quarterly Fee Application | .40 | 136.00 |
| 04/19/03 | JMA | Fee application -review of and comments to Carella, Byrne response to Fee Auditor Report | .50 | 170.00 |
| 04/19/03 | JMA | Fee application - conference with MEF re: revisions to Carella, Byrne response to Fee Auditor Report | .70 | 238.00 |
| 04/19/03 | MEF | Conference with JMA re: revisions to response to Fee Auditor's Initial Report on 7th Quarterly Fee Application. | .70 | 157.50 |
| 04/21/03 | MEF | Revise and finalize response to Fee Auditor's Initial report on 7th Quarterly Fee Application. | 1.00 | 225.00 |
| 04/21/03 | MEF | Letter and email to W. Smith re: CBBG response to Initial Report in 7th quarterly Fee Application. | .30 | 67.50 |
| 04/21/03 | MEF | Review Certificate of No Objection re: February 2003 fee application. | .30 | 67.50 |

```
                                       -------------
                        Subtotal:         2,684.00

                                       -------------
Total Fees:                               86,759.50
```

```
W.R. GRACE & COMPANY                         May 9, 2003
Client No.              734680               Page     16
INVOICE NO.             19692
```

SUMMARY OF FEES:

```
   *-------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*    RATE   HOURS             FEES
   K L WINTERS                      250.00   13.50          3375.00
   J M AGNELLO                      340.00  133.00         45220.00
   M E FLAX                         225.00   54.50         12262.50
   RC SCRIVO                        210.00  115.20         24192.00
   K VENGROW                         75.00    7.70           577.50
   J FALDUTO                         75.00   15.10          1132.50
                        TOTALS               339.00         86759.50
```

**EXHIBIT B**

```
W.R. GRACE & COMPANY                    May 9, 2003
Client No.            734680            Page      15
INVOICE NO.           19692
```

Disbursements

Costs Advanced

04/23/03 Costs Advanced – SARA CONSULTANTS 4/23        320.00
         (Security at Site on 2/10/03)

                                    SUBTOTAL:         320.00

04/30/03 Messenger                                     35.00
04/30/03 Photocopies                                 1456.75
04/30/03 Faxes                                         19.00
04/30/03 Telephone                                    574.52
04/30/03 Additional Staff Time                        547.44
04/30/03 Computer Searches                            565.00
04/30/03 Federal Express                              166.93
                                                  -------------
                                                     3,684.64
Total Costs                                       -------------