# Exhibit B

**TO NINTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July 23, 2003 at 4:00p.m.** |
| | | **Hearing Date:    TDB only if necessary** |

**SUMMARY COVERSHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION
OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2003
THROUGH MAY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | May 1, 2003 through May 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $32,572.41 for the period May 1, 2003 through May 31, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0 for the period of May 1, 2003 through May 31, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

<u>Summary of Compensation Requested</u>

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 110.50 | $37,570.00 |
| Melissa E. Flax | Partner | $225 | 25.50 | $5,737.50 |
| Robert C. Scrivo | Associate | $210 | 9.40 | $1,974.00 |
| Jeff Falduto | Paralegal | $75.00 | 7.30 | $547.50 |

Total Fees          $45,829.00

Total Hours          152.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $303.75 |
| Westlaw | $89.87 |
| Telephone | $207.79 |
| Faxes | $205.00 |
| FedEx | $24.34 |
| Travel | |
| Messenger | $50.00 |
| Additional Staff Time | $16.06 |
| Court Reporter (Daily Trial Transcripts) | |
| Credit – Court Reporter (Daily Trial Transcripts) | ($14,153.40) |
| | |
| | |
| Total | ($13,256.59) |

Dated: June 11, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )    Chapter 11
                                      )
W. R. GRACE & CO. et al.[1]           )    Case No. 01-01139 (JKF)
                                      )    (Jointly Administered)
        Debtors.                      )

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this _11th_ day of June, 2003

_____
Notary Public

My Commission Expires:
LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(May 1, 2003 through May 31, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 110.50 | $37,570.00 |
| Melissa E. Flax | Partner | $225 | 25.50 | $5,737.50 |
| Robert C. Scrivo | Associate | $210 | 9.40 | $1,974.00 |
| Jeff Falduto | Paralegal | $75 | 7.30 | $547.50 |

| | | | | |
|---|---|---|---|---|
| Grand Total: | | | | $45,829.00 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | ($13,256.59) |
| Fee Applications, Applicant | 6.20 | $1,487.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 146.50 | $44,342.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $89.87 |
| Facsimile (with rates) | | $205.00 ($0.25 per page) |
| Long Distance Telephone | | $207.79 |
| In-House Reproduction | | $303.75 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel  airfare  car/taxi service  hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $24.34 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $50.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $16.06 |
| Credit – Daily Trial Transcripts | Charles P. McGuire | ($14,153.40) |
| | | |

Dated:  June 11, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July 23, 2003 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM MAY 1, 2003 THROUGH MAY 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                    June 9, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 20058
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   05/31/03

Matter #         734680.1        VS. ALLIED SIGNAL


## Litigation and Litigation Consulting


| | | | |
|---|---|---|---|
| 05/01/03 JMA | Post trial issues - revisions to list of all parties remaining claims; letter to C. Marraro | .50 | 170.00 |
| 05/01/03 JMA | Post trial issues - review Honeywell Findings of Fact | 5.80 | 1972.00 |
| 05/01/03 JF | Organize files for off-site storage and prepare trial testimony chart | 5.70 | 427.50 |
| 05/02/03 JMA | Post trial issues - review case law re: Grace Defendants' Cross-Claims | 3.30 | 1122.00 |
| 05/02/03 JMA | Post trial issues - phone - C. Marraro re: Grace Defendants' Cross-Claims | .60 | 204.00 |
| 05/02/03 RCS | Telephone communication with Chris Marraro and Alex Zacaroli re: NJDEP amendments contained in New Jersey Registry. | .30 | 63.00 |
| 05/03/03 JMA | Post trial issues - review Honeywell Conclusions of Law and cases re: Grace claims | 6.50 | 2210.00 |
| 05/05/03 JMA | Post trial issues - review new paragraphs in plaintiffs' Findings of Fact and Conclusions of Law | 2.70 | 918.00 |
| 05/05/03 JMA | Post trial issues - receipt and review letter from K. Millian with list of "new" paragraphs in Findings of Fact and Conclusions of Law | .30 | 102.00 |
| 05/05/03 JMA | Post trial issues - phone - C. Marraro re: Honeywell Conclusions of Law | .60 | 204.00 |
| 05/05/03 JMA | Receipt and review letter from C. Marraro to client | .10 | 34.00 |
| 05/06/03 JMA | Post trial issues - phone - C. Marraro re: additional evidence | .40 | 136.00 |
| 05/06/03 MEF | Telephone call with B. Banks re: tax assessor information. | .20 | 45.00 |
| 05/07/03 JF | Organiz trial exhibits | .30 | 22.50 |
| 05/12/03 JMA | Post trial issues - phone C. Marraro re: timing of decision | .20 | 68.00 |

```
W.R. GRACE & COMPANY                              June 9, 2003
Client No.              734680                    Page     2
INVOICE NO.             20058
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/03 | JMA | Receipt and review statements from Judge Cavanaugh's court stenographer; phone – C. Marraro re: same | .30 | 102.00 |
| 05/12/03 | JMA | Post trial issues - phone – C. Marraro re: Honeywell Conclusions of Law | .40 | 136.00 |
| 05/13/03 | JMA | Post trial issues - review and compare Honeywell, Plaintiffs' and Grace Defendants' Findings of Fact on RCRA issues | 3.60 | 1224.00 |
| 05/14/03 | JMA | Post trial issues - phone – C. Marraro re: comparison of parties' Findings of Fact re: RCRA and Appellate review standards | 1.60 | 544.00 |
| 05/14/03 | JMA | Post trial issues - review Honeywell Findings of Fact re: common law claims | 2.70 | 918.00 |
| 05/14/03 | JMA | Post trial issues - review case law re: special masters and Appellate review standards | 3.40 | 1156.00 |
| 05/14/03 | MEF | Emails (multiple) from B. Banks re: Hermes case. | .30 | 67.50 |
| 05/14/03 | RCS | Legal research re: standard of appellate review of a district court's findings of fact and conclusions of law. | .60 | 126.00 |
| 05/14/03 | JF | Organize files for off-site storage | 1.00 | 75.00 |
| 05/15/03 | JMA | Review trial court Order and cases re: standing master | 3.50 | 1190.00 |
| 05/15/03 | JMA | Multiple phone calls with C. Marraro re: trial court Order | 1.00 | 340.00 |
| 05/15/03 | JMA | Review and compare trial court Order with Orders submitted by plaintiffs and Grace defendants | 1.50 | 510.00 |
| 05/15/03 | RCS | Telephone communication to Clerk's office re: availability of opinion. | .20 | 42.00 |
| 05/15/03 | RCS | Telephone call from Steve German, Esq. re: Court's Order and Opinion. | .20 | 42.00 |
| 05/16/03 | JMA | Preliminary review of trial court opinion and cases cited | 7.00 | 2380.00 |
| 05/16/03 | JMA | Review email from client and C. Marraro | .50 | 170.00 |
| 05/16/03 | JMA | Multiple phone calls with C. Marraro re: trial court Order and Opinion | 1.50 | 510.00 |
| 05/16/03 | JMA | Conference call with client representatives and C. Marraro re: trial court Order and Opinion | .50 | 170.00 |

W.R. GRACE & COMPANY                                    June 9, 2003
Client No.          734680                              Page     3
INVOICE NO.         20058

| | | | |
|---|---|---|---|
| 05/16/03 MEF | Review and analyze Judge Cavanaugh's Opinion and Order re: trial. | 5.50 | 1237.50 |
| 05/19/03 JMA | Detailed review of and comments to Judge Cavanaugh's Opinion | 7.80 | 2652.00 |
| 05/19/03 JMA | Phone conferences with C. Marraro re: Judge Cavanaugh's Opinion | 2.00 | 680.00 |
| 05/19/03 MEF | Continue analyzing Judge Cavanaugh's 5/15/03 opinion. | 5.50 | 1237.50 |
| 05/20/03 JMA | Phone - C. Marraro re: Jersey City issues | .40 | 136.00 |
| 05/20/03 JMA | Phone - C. Marraro re: NJDEP issues | .50 | 170.00 |
| 05/20/03 JMA | Review of cases cited in Opinion of Court | 3.70 | 1258.00 |
| 05/20/03 MEF | Review City of Toledo v. Beazer Case, from Honeywell trial brief and footnote 4 of 5/15/03 opinion. | 1.50 | 337.50 |
| 05/20/03 MEF | Telephone call with CHM re: Rule 58 Judgment. | .20 | 45.00 |
| 05/20/03 MEF | Email to CHM re: Rule 58 Judgment. | .20 | 45.00 |
| 05/21/03 JMA | Phone - R. Sentfleben | .30 | 102.00 |
| 05/21/03 JMA | Phone - C. Marraro and plaintiffs' attorneys re: Final Judgment | 1.00 | 340.00 |
| 05/21/03 JMA | Preparation of per diem interest calculation for Final Judgment | 1.30 | 442.00 |
| 05/21/03 JMA | Review of and comments to plaintiffs' draft of Final Judgment | 1.50 | 510.00 |
| 05/21/03 JMA | Meeting with C. Marraro re: strategy | 1.50 | 510.00 |
| 05/21/03 JMA | Meeting with C. Marraro re: revisions to plaintiffs' draft Final Judgment | 4.00 | 1360.00 |
| 05/21/03 MEF | Conference with CHM re: fees under RCRA. | .50 | 112.50 |
| 05/21/03 MEF | Begin preparation to review fees and costs re: award under RCRA. | .60 | 135.00 |
| 05/21/03 MEF | Review sample Rule 58 Judgments for preparation and submission to Court. | .30 | 67.50 |
| 05/21/03 MEF | Review emails from S. German re: proposed Judgment. | .40 | 90.00 |
| 05/21/03 MEF | Conference with JMA re: per diem prejudgment interest. | 1.00 | 225.00 |

| | | | | |
|---|---|---|---|---|
| 05/22/03 | JMA | Phone - C. Marraro re: revisions to Final Judgment | .50 | 170.00 |
| 05/22/03 | JMA | Phone - C. Marraro re: RCRA issues | .40 | 136.00 |
| 05/22/03 | JMA | Phone - Special Master | .20 | 68.00 |
| 05/22/03 | JMA | Phone - K. Millian re: date for submission of Judgment | .20 | 68.00 |
| 05/22/03 | JMA | Revisions to Final Judgment; review Court Rules re: Final Judgment | 3.80 | 1292.00 |
| 05/22/03 | JMA | Receipt and review letter from Judge Cavanaugh; receipt and review Order appointing Special Master; phone - C. Marraro re: Special Master Order | .80 | 272.00 |
| 05/22/03 | JMA | Preliminary review of Amended Opinion by Judge Cavanaugh | 1.00 | 340.00 |
| 05/22/03 | JMA | Conference call with plaintiffs' attorneys and C. Marraro re: form of Final Judgment | 1.00 | 340.00 |
| 05/22/03 | MEF | Receipt and Review Order appointing special master. | .30 | 67.50 |
| 05/22/03 | RCS | Receipt and review Judge Cavanaugh's May 15, 2003 Opinion and Order. | 2.50 | 525.00 |
| 05/22/03 | RCS | Receipt and review Judge Cavanaugh's May 21, 2003 Amended Opinion and Order. | 2.50 | 525.00 |
| 05/22/03 | RCS | Prepare table of contents for Amended Opinion. | .50 | 105.00 |
| 05/22/03 | RCS | Prepare memorandum outlining changes in the Court's original and Amended Opinion. | 1.50 | 315.00 |
| 05/22/03 | RCS | Correspondence from Judge Cavanaugh re: Appointing Special Master. | .20 | 42.00 |
| 05/23/03 | JMA | Review Court's Amended Opinion and compare to original Decision | 6.00 | 2040.00 |
| 05/23/03 | JMA | Revisions to Final Judgment | 1.00 | 340.00 |
| 05/23/03 | MEF | Review Amended Opinion. | 2.10 | 472.50 |
| 05/23/03 | RCS | Meeting with John Agnello, Esq. re: comparison of Court's Original and Amended Opinions. | .20 | 42.00 |
| 05/23/03 | RCS | Continue preparing memorandum re: comparison of Court's original and amended opinions. | .70 | 147.00 |
| 05/24/03 | JMA | Review of press articles | .70 | 238.00 |

```
W.R. GRACE & COMPANY                         June 9, 2003
Client No.          734680                   Page      5
INVOICE NO.         20058
```

| | | | |
|---|---|---|---|
| 05/24/03 JMA | Multiple phone conversations with C. Marraro re: press articles | 1.00 | 340.00 |
| 05/24/03 JMA | Review of Dr. Brown's trial testimony and report re: meeting with Special Master | 4.40 | 1496.00 |
| 05/27/03 JMA | Phone - C. Marraro re: review comments to Final Judgment | .60 | 204.00 |
| 05/27/03 JMA | Revise Final Judgment | 1.80 | 612.00 |
| 05/27/03 JMA | Letter to S. German and C. Marraro re: Final Judgment | .20 | 68.00 |
| 05/27/03 JMA | Review plaintiffs' proposed transmittal letter to Court;  revise transmittal letter to Court | .50 | 170.00 |
| 05/27/03 JMA | Phone - C. Marraro re: scheduling of meetings re: Court's opinion | .40 | 136.00 |
| 05/27/03 JMA | Phone - Special Master's office | .10 | 34.00 |
| 05/27/03 JMA | Revisions to Judgment | 1.30 | 442.00 |
| 05/28/03 JMA | Receipt and review email from plaintiffs' attorney | .20 | 68.00 |
| 05/28/03 JMA | Phone - plaintiffs' attorney re: judgment | .20 | 68.00 |
| 05/28/03 JMA | Review newspaper article re: Special Master appointment | .30 | 102.00 |
| 05/28/03 JMA | Phone - C. Marraro re: meeting with State and City Officials | .40 | 136.00 |
| 05/28/03 JMA | Phone - C. Marraro re: Special Master | .40 | 136.00 |
| 05/28/03 JF | Organize files for off-site storage | .30 | 22.50 |
| 05/29/03 JMA | Review Amended Opinion for meeting with NJDEP | .60 | 204.00 |
| 05/29/03 JMA | Attend meeting with NJDEP re: clean-up | 6.00 | 2040.00 |
| 05/29/03 JMA | Conference with C. Marraro re: NJDEP position | 2.00 | 680.00 |
| 05/29/03 JMA | Receipt and review Special Master's application to retain counsel and supporting papers | .60 | 204.00 |
| 05/29/03 JMA | Phone - C. Marraro re: Special Master application | .30 | 102.00 |
| 05/29/03 JMA | Review newspaper article re: Special Master | .30 | 102.00 |
| 05/31/03 MEF | Review email from B. Banks re: Amended Opinion. | .20 | 45.00 |

W.R. GRACE & COMPANY                                June 9, 2003
Client No.            734680                        Page      6
INVOICE NO.           20058

05/31/03 MEF  Review bills from 1999/2000 for petition for    1.30   292.50
              fee award under RCRA.

                                                          --------------
                                          Subtotal:           44,342.00

## Fee Applications, Applicants

05/01/03 MEF  Review draft spreadsheet from fee auditor re:    .40    90.00
              7th Quarterly Fee Application.

05/01/03 MEF  Voicemail - L. Ferdinand re: CBBG fees.          .20    45.00

05/02/03 MEF  Telephone call with L. Ferdinand re: 7th         .20    45.00
              Quarterly Fee Application.

05/02/03 MEF  Receipt and review fee auditor's final report    .50   112.50
              on 7th Quarterly Fee Application.

05/02/03 MEF  Telephone call with S. Bossay re: fee auditor's  .20    45.00
              final report.

05/05/03 JMA  Fee application - review fee auditor's final     .50   170.00
              report - Carella, Byrne 7th Interim Fee
              application

05/06/03 MEF  Review April 2003 fee detail.                    .80   180.00

05/09/03 MEF  Prepare 14th monthly fee application.           1.90   427.50

05/19/03 JMA  Fee application - receipt and review memo from   .30   102.00
              MEF re: status of open fee application

05/19/03 MEF  Review email from L. Ferdinand re: proposed      .40    90.00
              Order on 7th Quarterly Fee Application.

05/19/03 MEF  Email to L. Ferdinand re: no objection to        .20    45.00
              proposed Order on 7th Quarterly Fee
              Application.

05/19/03 MEF  Email to W. Smith re: CBBG fee detail for April  .20    45.00
              2003.

05/19/03 MEF  Review status of opened and billed time.         .20    45.00

05/19/03 MEF  Memo to JMA re: billed and unpaid time.          .20    45.00

                                                          --------------
                                          Subtotal:            1,487.00

                                                          --------------
Total Fees:                                                   45,829.00

```
W.R. GRACE & COMPANY                        June 9, 2003
Client No.            734680                 Page      8
INVOICE NO.           20058
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE   HOURS            FEES
J M AGNELLO                     340.00  110.50        37570.00
M E FLAX                        225.00   25.50         5737.50
RC SCRIVO                       210.00    9.40         1974.00
J FALDUTO                        75.00    7.30          547.50
                        TOTALS           152.70        45829.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                          June 9, 2003
Client No.             734680                 Page      7
INVOICE NO.            20058
```

Disbursements

Telephone

```
05/22/03 Telephone 5/1                              1.92
05/22/03 Telephone 5/2                              9.58

                                 SUBTOTAL:         11.50

05/31/03 Photocopies                              303.75
05/31/03 Faxes                                    205.00
05/31/03 Telephone                                196.29
05/31/03 Additional Staff Time                     16.06
05/31/03 Computer Searches                         89.87
05/31/03 Federal Express                           24.34
05/31/03 Messenger - In House                      50.00
05/31/03 Credit Court Reporter (Transcripts)   14,153.40
                                               -------------
Total Costs                                    (13,256.59)
                                               -------------
Total Due this Matter                           32,572.41
=============
```