# Exhibit C

**TO NINTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Aug. 22, 2003 at 4:00p.m. |
| | | Hearing Date:    TDB only if necessary |

**SUMMARY COVERSHEET TO SIXTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2003 THROUGH JUNE 30, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | June 1, 2003 through June 30, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $75,509.00 ~~$76,244.00~~ for the period June 1, 2003 through June 30, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,061.28 for the period of June 1, 2003 through June 30, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Application Pending | Application Pending |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Application Pending | Application Pending |

As indicated above, this is the sixteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 135.40 | $46,036.00 |
| Melissa E. Flax | Partner | $225 | 31.70 | $7,132.50 |
| Kenneth L. Winters | Partner | $250 | 2.20 | $550.00 |
|  |  |  |  | ₩ 21,588.00 |
| Robert C. Scrivo | Associate | $210 | 102.80 ~~106.3~~ | ~~$22,323.00~~ |
| Jeff Falduto | Paralegal | $75 | 2.70 | $202.50 |

Total Fees         75,509.00
                   ~~$76,244.00~~

Total Hours        274.80
                   ~~278.30~~

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $1,096.25 |
| Westlaw/Pacer | $73.96 |
| Telephone | $591.50 |
| Faxes | $89.00 |
| FedEx | $46.50 |
| Travel | $30.45 |
| Messenger | $119.32 |
| Additional Staff Time | |
| Court Reporter (Daily Trial Transcripts) | $14.30 |
| Credit – Court Reporter (Daily Trial Transcripts) | |
| | |
| | |
| Total | $2,061.28 |

Dated:  July 3, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 7th day of July, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

**ATTACHMENT B**
**TO FEE APPLICATION**
**(June 1, 2003 through June 30, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation | |
|---|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 135.40 | $46,036.00 | |
| Melissa E. Flax | Partner | $225 | 31.70 | $7,132.50 | |
| Kenneth L. Winters | Partner | $250 | 2.20 | | |
| Robert C. Scrivo | Associate | $210 | ~~106.30~~ 102.80 | ~~$22,323.00~~ | 21,588.00 |
| Jeff Falduto | Paralegal | $75 | 2.70 | $202.50 | |

75,509.00

| Grand Total: | | | | ~~$76,244.00~~ |
| Blended Rate: | | | | |

# COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,061.28 |
| Fee Applications, Applicant | 18.70 | $4,483.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 256.10 ~~259.60~~ | 71,025.50 ~~$71,760.50~~ |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $73.96 |
| Facsimile (with rates) | | $89.00 ($0.25 per page) |
| Long Distance Telephone | | $591.50 |
| In-House Reproduction | | $1,096.25 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | JMA – Parking (6/9/03) RCS – Parking & Mileage @ $0.225 per mile (6/4/03) | $17.00 $13.45 $30.45 |
| Out-Of-Town Travel airfare car/taxi service hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $46.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $119.32 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Credit – Daily Trial Transcripts | Charles P. McGuire | 14.30 |
| | | |

Dated: July 3, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Aug. 22, 2003 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

June 30, 2003
Invoice No. 20276
Client No.  734680

For Professional Services Rendered through   06/30/03

Matter #          734680.1      VS. ALLIED SIGNAL

## Litigation and Litigation Consulting

| | | |
|---|---|---|
| 06/02/03 KLW Research re issue concerning bond/security for injunction | 2.20 | 550.00 |
| 06/02/03 JMA Phone - Special Master re:  scheduling meeting | .40 | 136.00 |
| 06/02/03 JMA Meeting with C. Marraro at Site | 1.50 | 510.00 |
| 06/02/03 JMA Meeting with C. Marraro re: meeting with Jersey City officials | .50 | 170.00 |
| 06/02/03 JMA Meeting with Jersey City officials and C. Marraro re: impact of Trial Court Decision | 3.00 | 1020.00 |
| 06/02/03 JMA Phone - C. Marraro and R. Senftleben re: development issues | .60 | 204.00 |
| 06/02/03 JMA Phone - K. Millian and C. Marraro re: meeting with Special Master | .40 | 136.00 |
| 06/02/03 JMA Meeting with C. Marraro re: issues for Special Master | 1.00 | 340.00 |
| 06/03/03 JMA Phone - R. Senftleben re: April and May 2003 billings; review printout of May billing | .50 | 170.00 |
| 06/03/03 JMA Phone - D. Mairo re: meeting with Special Master | .30 | 102.00 |
| 06/03/03 JMA Phone - C. Marraro re: meeting with Special Master and work plan issues | .40 | 136.00 |
| 06/03/03 JMA Phone - D. Mairo re: agenda/attendees for meeting with Special Master | .20 | 68.00 |
| 06/03/03 JMA Phone - D. Mairo re: meeting with Special Master | .20 | 68.00 |
| 06/03/03 JMA Receipt and review letter from K. Coakley to Judge Cavanaugh | .30 | 102.00 |
| 06/03/03 JMA Conference with RCS re: pleadings in pending Hudson County chrome case | .40 | 136.00 |

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.          734680                              Page      2
INVOICE NO.         20276

06/03/03 JMA Letter to R. Senftleben re: April and May 2003      .30    102.00
             billings

06/03/03 JMA Phone - C. Marraro re: issues for discussion        .30    102.00
             with Special Master

06/03/03 JMA Phone - C. Marraro re: scheduling conference        .20     68.00
             call with client

06/03/03 JMA Conference call with B. Corcoran, R.                .60    204.00
             Senftleben, C. Marraro re: status of Special
             Master's progress

06/03/03 JMA Phone - counsel for Special Master re:              .40    136.00
             scheduling meeting with Special Master

06/03/03 JMA Phone - C. Marraro re: meeting with Special         .60    204.00
             Master and issues for meeting

06/03/03 RCS Meetings with JMA re: pending Hudson County         .30     63.00
             chromium case.

06/03/03 RCS Telephone communication with Barbara Banks re:      .30     63.00
             pending Hudson County chromium case.

06/03/03 RCS Research U.S. District Court for District of       1.00    210.00
             New Jersey website for pending Hudson County
             chromium contamination cases.

06/03/03 RCS Receipt and review of docket proceedings for        .50    105.00
             pending Hudson County chromium case.

06/03/03 RCS Telephone communications to Clerk's office re:      .30     63.00
             pending Hudson County chromium case.

06/04/03 JMA Multiple conversations with C. Marraro and         1.80    612.00
             counsel for Special Master re: scheduling of
             initial meeting between Grace Defendants and
             Special Master

06/04/03 JMA Review preliminary Work Plan prepared by K.        3.90   1326.00
             Brown

06/04/03 JMA Phone - C. Marraro re: meeting with Special         .50    170.00
             Master and agenda

06/04/03 JMA Phone - C. Marraro re: appeal issues               .20     68.00

06/04/03 JMA Receipt and review letter from Honeywell's          .50    170.00
             counsel to Judge Cavanaugh; phone - C. Marraro
             re: same

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680                 Page      3
INVOICE NO.             20276

06/04/03 RCS Review Hudson County chromium case at Clerk's     7.50  1575.00
             office.

06/05/03 JMA Phone - counsel to Special Master; phone - C.      .60   204.00
             Marraro re: meeting with Special Master

06/05/03 RCS Review of docket entries and notes from file     1.00   210.00
             review of Hudson County chromium case.

06/05/03 RCS Correspondence to Clerk's office re: obtaining     .30    63.00
             copies of certain docket entries.

06/06/03 JMA Multiple phone calls with counsel for Special    1.00   340.00
             and C. Marraro re: scheduling

06/06/03 JMA Conference with MEF re: preparation of RCRA Fee    .50   170.00
             Petition

06/06/03 JMA Conference with RCS re: RCRA Fee Petition          .20    68.00

06/06/03 RCS Receipt and detailed analysis of Draft Work      8.50  1785.00
             Plan for Remediation; revise and edit same.

06/06/03 RCS Multiple telephone communications with Bill       .80   168.00
             Hughes, Esq. re: revisions to Draft Work Plan
             for Remediation.

06/06/03 RCS Telephone communication to Javonda Kelly re:      .20    42.00
             Draft Work Plan for Remediation.

06/07/03 JMA Receipt and review letter from D. Mairo,          .20    68.00
             counsel for Special Master, re: meeting

06/07/03 JMA Review of and revisions to final draft of        2.90   986.00
             ECARG's proposed Work Plan

06/07/03 JMA Receipt and review email from M. Golladay -       .30   102.00
             S.I. Group re: Work Plan; receipt and review
             email from B. Hughes re: same

06/07/03 JMA Receipt and review email from D. Mairo, counsel   .10    34.00
             for Special Master

06/07/03 JMA Receipt and review letter from M. Caffrey to      .10    34.00
             Judge Cavanaugh

06/07/03 JMA Receipt and review letter from Judge Cavanaugh    .20    68.00
             re: Special Master application to retain
             counsel

06/07/03 MEF Conference with JMA re: preparation of RCRA fee   .50   112.50
             petition.

W.R. GRACE & COMPANY                              June 30, 2003
Client No.            734680                      Page      4
INVOICE NO.           20276

06/07/03 RCS Meeting with John Agnello, Esq. re: RCRA fee      .20     42.00
             petition.

06/08/03 JMA Phone - C. Marraro re: revisions to ECARG's      .50    170.00
             proposed Work Plan

06/09/03 JMA Review Amended Opinion, 5/15/03 Order and Order  2.00    680.00
             Appointing Special Master in preparation for
             meeting with Special Master

06/09/03 JMA Conference with C. Marraro re: prepare for        .70    238.00
             meeting with Special Master

06/09/03 JMA Attend meeting with Special Master and his       1.80    612.00
             counsel

06/09/03 JMA Meeting with C. Marraro re: role of Special      3.50   1190.00
             Master, ECARG's Work Plan

06/09/03 JMA Conference with C. Marraro and R. Senftleben     1.00    340.00
             re: ECARG Work Plan, role of Special Master,
             contents of Amended Opinion and Order

06/09/03 JMA Phone - C. Marraro and K. Millian re: role of     .40    136.00
             Special Master

06/09/03 JMA Phone - Special Master's counsel                  .20     68.00

06/09/03 RCS Telephone communication with Bill Hughes, Esq.    .50    105.00
             re: RCRA fee petition.

06/09/03 RCS Correspondence from Bill Hughes, Esq. re: RCRA    .20     42.00
             fee petition.

06/09/03 RCS Telephone communication to Rebecca Schuller,      .20     42.00
             Esq. re: RCRA fee petition.

06/09/03 RCS Meeting with John Agnello, Esq. re: potential     .40     84.00
             objection to appointment of Special
             Master/standard of review.

06/09/03 RCS Telephone communications with Mike Williams,      .70    147.00
             Esq. re: potential objection to appointment of
             Special Master/standard of review.

06/09/03 RCS Research re: standard of review for appointment  3.50    735.00
             of Special Master.

06/09/03 RCS Research relevant caselaw re: obtaining          3.50    735.00
             attorneys fees and costs for success under RCRA
             claim.

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.            734680                    Page      5
INVOICE NO.           20276

06/10/03 JMA Review Federal Rule 53 - Special Masters and      1.00    340.00
             comments

06/10/03 JMA Receipt and review letter from D. Field to         .20     68.00
             Judge Cavanaugh re: Special Master Application

06/10/03 JMA Receipt and review letter from D. Field to         .30    102.00
             Judge Cavanaugh re: form of Judgment

06/10/03 JMA Receipt and review email from C. Marraro re:       .10     34.00
             conference call with client

06/10/03 JMA Conference with C. Marraro and R. Senftleben      1.50    510.00
             re: preparation for meeting with Special Master
             and all counsel

06/10/03 JMA Attend meeting with Special Master and counsel    2.00    680.00
             for all parties

06/10/03 JMA Conference call with clients re: results of        .50    170.00
             meeting with Special Master, et al.

06/10/03 JMA Meeting with C. Marraro and R. Senftleben re:     3.00   1020.00
             role of Special Master

06/10/03 JMA Letter to Judge Cavanaugh re: Special Master       .40    136.00
             Application to Retain Counsel

06/10/03 RCS Continued research re: writ of mandamus as         .50    105.00
             vehicle for challenging appointment of special
             master.

06/10/03 RCS Meeting with John Agnello, Esq., Chris Marraro,    .50    105.00
             Esq. and Rick Senftleben, Esq. and telephone
             conference with Mike Williams, Esq. re:
             challenge to appointment of special master.

06/10/03 RCS Continued research re: obtaining attorneys'       2.40    504.00
             fees and costs for success under RCRA

06/10/03 JF  Organize files for offsite storage               2.40    180.00

06/11/03 JMA Conference with C. Marraro and M. Williams re:     .80    272.00
             Rule 53

06/11/03 JMA Conference call with C. Marraro, R. Senftleben,   1.00    340.00
             Grace Consultants re: Honeywell Work Plan

06/11/03 JMA Phone - C. Marraro and R. Senftleben re:          1.00    340.00
             Honeywell and ECARG Work Plans

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.                734680              Page        6
INVOICE NO.               20276

06/11/03 JMA Receipt and review letter from D. Mairo with      .30    102.00
             DEP fax

06/11/03 JMA Phone - Special Master's Counsel re: role of      .40    136.00
             Special Master, ECARG's Work Plan

06/11/03 JMA Phone - C. Marraro re: Honeywell objections to    .30    102.00
             Final Judgment

06/11/03 JMA Phone - C. Marraro re: DEP fax regarding          .50    170.00
             cleanup levels

06/11/03 JMA Phone - C. Marraro re: role of Special Master     .80    272.00

06/11/03 MEF Conference with JMA & RCS re: RCRA fee            .20     45.00
             petition.

06/11/03 RCS Correspondence to and from Barbara Banks re:      .40     84.00
             Valley Fair Building video.

06/11/03 RCS Research re: scope of powers of Special Master   3.50    735.00
             under Court's Order, Amended Opinion and case
             law.

06/11/03 RCS Continued research re: attorneys' fees and       3.50    735.00
             costs for RCRA fee petition.

06/11/03 RCS Correspondence from Bill Hughes, Esq. re:         .30     63.00
             "Laffey rates" for filing RCRA fee petition.

06/11/03 RCS Correspondence to Bill Hughes, Esq. re: case      .20     42.00
             law on RCRA fee petition.

06/11/03 RCS Telephone communication with Steve German, Esq.   .20     42.00
             re: RCRA fee petition.

06/11/03 RCS Meeting with John Agnello, Esq. and Melissa       .30     63.00
             Flax, Esq. re: memo for RCRA fee petition.

06/11/03 RCS Telephone communication from Mike Williams,       .40     84.00
             Esq. re: research on scope of powers of Special
             Master.

06/12/03 JMA Receipt and review letter from D. Field to        .10     34.00
             Clerk

06/12/03 JMA Receipt and review Notice of Motion to admit      .90    306.00
             Arnold & Porter, attorneys pro hac vice,
             Certification of D. Field, Certification of M.
             Daneker, Certification of D. Milch, proposed
             Order

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680              Page      7
INVOICE NO.             20276

06/12/03 JMA Phone conference with K. Millian and C. Marraro        .60    204.00
             re: response to Honeywell objections to Final
             Judgment; phone - C. Marraro re: same

06/12/03 JMA Receipt and review email from R. Senftleben re:        .30    102.00
             strategy

06/12/03 JMA Receipt and review email from M. Williams re:          .40    136.00
             Special Master issues

06/12/03 JMA Receipt and review email from B. Hughes re: fee        .30    102.00
             petition

06/12/03 JMA Receipt and review two letters from D. Field           .80    272.00
             re: conference call with Judge Cavanaugh;
             letter to D. Field re: same

06/12/03 JMA Receipt and review email from R. Senftleben re:        .20     68.00
             strategy

06/12/03 JMA Phone - D. Field re: conference call                   .20     68.00

06/12/03 JMA Phone - Judge Cavanaugh's chambers re:                 .30    102.00
             participants in conference call

06/12/03 JMA Phone - C. Marraro re: role of Special Master         1.00    340.00

06/12/03 RCS Meeting with John Agnello, Esq. and telephone          .70    147.00
             conference with Chris Marraro, Esq. and Mike
             Williams, Esq. re: scope of powers of Special
             Master.

06/12/03 RCS Correspondence from Bill Hughes, Esq. re: case         .30     63.00
             law interpreting RCRA fee petition.

06/12/03 RCS Continued research re: scope of authority of          1.50    315.00
             Special Master.

06/12/03 RCS Continued research of case law re: RCRA fee           1.50    315.00
             petitions and format for filing the petition.

06/12/03 RCS Telephone communications with Mike Williams,          1.00    210.00
             Esq. re: scope of authority of Special Master
             and preparation of memorandum of law.

06/12/03 JF  Review index of files stored offsite                   .30     22.50

06/13/03 JMA Phone - Judge Cavanaugh's chambers re: 6/18/03         .20     68.00
             conference call

06/13/03 JMA Phone - D. Field's secretary                           .10     34.00

```
W.R. GRACE & COMPANY                          June 30, 2003
Client No.              734680                 Page    8
INVOICE NO.             20276
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/13/03 | JMA | Phone - C. Marraro re: 6/18/03 conference call | .30 | 102.00 |
| 06/13/03 | JMA | Phone - Counsel for Special Master re: conference call and parties' interaction with Special Master | .60 | 204.00 |
| 06/13/03 | JMA | Letter to D. Field re: conference call with Special Master | .20 | 68.00 |
| 06/13/03 | JMA | Phone - D. Field re: conference call with Special Master | .10 | 34.00 |
| 06/13/03 | JMA | Letter to Judge Cavanaugh re: response to Honeywell objections to Final Judgment | 2.80 | 952.00 |
| 06/13/03 | JMA | Revisions to letter to Judge Cavanaugh and Special Master | 1.70 | 578.00 |
| 06/13/03 | JMA | Phone - C. Marraro re: response letter to Judge Cavanaugh | .40 | 136.00 |
| 06/13/03 | JMA | Letter to Special Master re: proposed Final Judgment | .30 | 102.00 |
| 06/13/03 | JMA | Phone - counsel for Special Master re: Final Judgment | .20 | 68.00 |
| 06/13/03 | JMA | Phone - C. Marraro re: response to Honeywell objections to Final Judgment | .40 | 136.00 |
| 06/13/03 | JMA | Review of citations referenced in letter from K. Millian to Judge Cavanaugh re: Final Judgment | 2.60 | 884.00 |
| 06/13/03 | MEF | Review and revise letter to Judge Cavanuagh re: objections to Honeywell's proposed form of judgment. | .40 | 90.00 |
| 06/14/03 | RCS | Receipt and review of partially completed memorandum from Mike Williams, Esq. re: scope of authority for Special Master and Fed. R. Civil Proc. 53; prepare additional sections to memorandum. | 3.50 | 735.00 |
| 06/14/03 | RCS | Receipt and review of certain exhibits from Barbara Banks for review by Special Master. | .20 | 42.00 |

DUPLICATE 06/14/03 RCS Receipt and review of partially complete memorandum from Mike Williams, Esq. re: Scope of Authority for Special Master and Fed. R. Civil Proc. 53; prepare additional sections to memorandum.    3.50   735.00

```
W.R. GRACE & COMPANY                            June 30, 2003
Client No.              734680          Page      9
INVOICE NO.             20276
```

06/16/03 JMA  Phone - C. Marraro re: effect of                .80   272.00
              discussions/actions/interactions with Special
              Master

06/16/03 JMA  Phone - counsel for Special Master              .20    68.00

06/16/03 JMA  Review plaintiffs' proposed Work Plan for      2.70   918.00
              remediation at the Site and compare with
              ECARG's Work Plan

06/16/03 JMA  Phone - Special Master's counsel's office       .10    34.00

06/16/03 JMA  Letter to Special Master; revisions to letter  1.00   340.00
              to Special Master

06/16/03 JMA  Phone - C. Marraro re: letter to Special Master .50   170.00
              and letter to all counsel

06/16/03 JMA  Phone - C. Marraro re: Honeywell Notice of      .30   102.00
              Appeal

06/16/03 JMA  Receipt and review letter from D. Field to      .30   102.00
              Judge Cavanaugh with Notice of Appeal

06/16/03 JMA  Receipt and review letter from D. Field to      .20    68.00
              Clerk, District Court

06/16/03 JMA  Receipt and review letter from D. Field         .20    68.00

06/16/03 JMA  Receipt and review Notice of Appeal             .20    68.00

06/16/03 JMA  Review of and comments to C. Marraro's letter  1.50   510.00
              to all counsel

06/17/03 JMA  Review NJDEP regulations                       .40   136.00

06/17/03 JMA  Conference with RCS re: regulations cited by    .40   136.00
              Honeywell re: financial assurances

06/17/03 JMA  Letter to Special Master re: financial         1.50   510.00
              assurances

06/17/03 JMA  Revisions to letter to Special Master re:       .70   238.00
              financial assurances

06/17/03 JMA  Phone - C. Marraro re: letter to Special Master .40   136.00
              re: financial assurances

06/17/03 JMA  Receipt and review Honeywell proposal re:       .60   204.00
              financial assurances

W.R. GRACE & COMPANY                          June 30, 2003
Client No.              734680          Page      10
INVOICE NO.             20276


06/17/03 JMA Receipt and review Honeywell's First Monthly      .30    102.00
             Progress Report

06/17/03 JMA Phone - C. Marraro re: strategy                   .50    170.00

06/17/03 JMA Phone - C. Marraro re: financial assurances       .30    102.00

06/17/03 JMA Review Honeywell position letter re: financial    .40    136.00
             assurances

06/17/03 JMA Review news articles re: Judge Cavanaugh's        .50    170.00
             Decision and Honeywell's financial position

06/17/03 JMA Phone - C. Marraro re: financial assurances       .40    136.00

06/17/03 JMA Phone - C. Marraro and K. Millian re: financial   .40    136.00
             assurances

06/17/03 JMA Receipt and review letter from B. Terris to       .20     68.00
             Special Master

06/17/03 RCS Review copy of Grace Trial Exhibit 1021,          .60    126.00
             Mellick Tully Videotape to verify for accuracy
             - to be provided to Special Master; partial
             review of original videotape.

06/17/03 RCS Meetings with John Agnello, Esq. re: financial    .60    126.00
             assurance issues raised by Honeywell.

06/17/03 RCS Receipt and review of Honeywell's position on     .40     84.00
             financial assurances.

06/17/03 RCS Research legal authority for Honeywell's         2.50    525.00
             position on financial assurances through NJ
             Administrative Code and Code of Federal
             Regulations.

06/17/03 RCS Correspondence to Bill Hughes, Esq. re: RCRA      .20     42.00
             fee petition.

06/17/03 RCS Correspondence from Barbara Banks re: RCRA fee    .20     42.00
             petition.

06/18/03 JMA Phone - C. Marraro re: conference call with       .30    102.00
             Judge Cavanaugh

06/18/03 JMA Conference call with Judge Cavanaugh, Special     .60    204.00
             Master and all counsel

06/18/03 JMA Phone - C. Marraro re: conference call with       .40    136.00
             Judge Cavanaugh, et al.

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.              734680                    Page      11
INVOICE NO.             20276

06/18/03 JMA Phone - C. Marraro re: Riverkeeper suit        .40    136.00

06/18/03 JMA Phone conference with C. Marraro and           .30    102.00
             plaintiffs' counsel, S. German re: Riverkeeper
             suit

06/18/03 JMA Phone - counsel for Special Master re: site    .40    136.00
             visit, effect of interaction with Special
             Master

06/18/03 JMA Phone - C. Marraro re: financial assurances and .80   272.00
             interaction with Special Master

06/18/03 JMA Receipt and review letter from counsel for     .20     68.00
             Special Master re: effect of interactions with
             Special Master

06/18/03 JMA Receipt and review pro hac vice Order - Daneker .20     68.00
             and Milch

06/18/03 JMA Receipt and review letter from C. Marraro to   .40    136.00
             all counsel re: effect of interactions with
             Special Master

06/18/03 JMA Review cases re: RCRA fee applications         .50    170.00

06/18/03 JMA Conference with MEF and RCS re: preparation of .50    170.00
             RCRA fee application

06/18/03 JMA Phone - counsel for special Master            .30    102.00

06/18/03 JMA Receipt and review news article re: cleanup    .40    136.00

06/18/03 JMA Receipt and review letter from counsel for     .20     68.00
             Special Master re: site visit

06/18/03 JMA Receipt and review SI Group estimate of first  .30    102.00
             year  remediation costs

06/18/03 JMA Phone - C. Marraro re: SI Group estimate of    .40    136.00
             first year remediation costs

06/18/03 JMA Receipt and review list of Grace environmental .30    102.00
             consultants

06/18/03 JMA Review of and comments to letter to Special    .30    102.00
             Master re: Grace environmental consultants

06/18/03 JMA Receipt and review Notice from Clerk re: Notice .20     68.00
             of Appeal

W.R. GRACE & COMPANY                          June 30, 2003
Client No.              734680          Page      12
INVOICE NO.             20276

06/18/03 MEF Conference with JMA & RCS re: RCRA fee            .50    112.50
             petition.

06/18/03 RCS Correspondence from Mike Williams, Esq. with      .40     84.00
             additions to memorandum re: Scope of Authority
             of Special Master.

06/18/03 RCS Continued preparation of memorandum of law re:   2.50    525.00
             Scope of Authority of Special Master.

06/18/03 RCS Meeting with John Agnello, Esq. and Melissa       .30     63.00
             Flax, Esq. re: preparation of RCRA fee
             petition.

06/19/03 JMA Receipt and review letter from S. German to      1.30    442.00
             Special Master with plaintiffs' Proposed Work
             Plan

06/19/03 JMA Review and compare Plaintiffs' Work Plan with    1.00    340.00
             ECARG's Work Plan

06/19/03 JMA Phone - counsel for Special Master                .30    102.00

06/19/03 JMA Receipt and review letter from plaintiffs'        .30    102.00
             counsel to Special Master re: environmental
             consultants

06/19/03 JMA Receipt and review plaintiffs' financial          .40    136.00
             assurance proposal to Special Master

06/19/03 JMA Review and compare all parties' financial         .60    204.00
             assurance proposals

06/19/03 JMA Phone - S. Jackson of Special Master's office     .20     68.00

06/19/03 JMA Receipt and review Order authorizing Special      .20     68.00
             Master to employ Connell Foley

06/19/03 JMA Phone - C. Marraro re: potential remediation      .30    102.00
             consultants

06/19/03 RCS Continued preparation of memorandum re: scope    2.50    525.00
             of authority and powers granted to Special
             Master; additional research regarding same.

06/20/03 JMA Conference with MEF re: RCRA fee application      .20     68.00
             issues

06/20/03 JMA Phone - C. Marraro re: site visit, financial      .80    272.00
             assurance meeting, Honeywell response re:
             interaction with Special Master, environmental
             consultants

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.                734680              Page      13
INVOICE NO.               20276

06/20/03 JMA Receipt and review email from Special Master's    .20    68.00
             counsel

06/20/03 JMA Phone - Special Master's associate - S. Jackson   .20    68.00

06/20/03 JMA Phone - C. Marraro re: technical                  .40   136.00
             advisor/environmental consultant for Special
             Master

06/20/03 JMA Phone - C. Marraro re: appellate strategy         .40   136.00

06/20/03 JMA Conference with MEF re: interlocutory appeal      .40   136.00
             rules and procedures

06/20/03 JMA Phone - Special Master associate re: consultant   .20    68.00
             list

06/20/03 JMA Phone - C. Marraro re: environmental             .30   102.00
             consultants for Special Master

06/20/03 MEF Telephone call with Third Circuit re: Honeywell   .30    67.50
             notice of appeal.

06/20/03 MEF Conference with JMA re: telephone call with 3d    .40    90.00
             Circuit.

06/20/03 RCS Continued preparation of memorandum re: scope    1.00   210.00
             of authority and powers of special master.

06/20/03 RCS Several correspondence from and to Mike           .40    84.00
             Williams, Esq. revising and editing memorandum
             of law re: scope of authority and powers of
             Special Master.

06/20/03 RCS Continued research in preparation of memorandum  3.00   630.00
             of law re: standards for obtaining fees under
             RCRA.

06/20/03 RCS Preparation of draft memorandum of law re:       3.50   735.00
             standards for obtaining fees under RCRA.

06/21/03 MEF Review sample petition in preparation for RCRA   1.50   337.50
             fee petition.

06/22/03 RCS Continued preparation of memorandum re: RCRA     4.00   840.00
             fee petition.

06/23/03 JMA Phone - C. Marraro re: environmental consultant   .20    68.00
             to Special Master

06/23/03 JMA Review of and comments to letter to Special       .60   204.00
             Master re: environmental consultant

W.R. GRACE & COMPANY                                    June 30, 2003
Client No.                734680              Page      14
INVOICE NO.               20276

06/23/03 JMA Phone - C. Marraro re: revisions to letter to        .50    170.00
             Special Master

06/23/03 JMA Review recent New Jersey Appellate Division         1.00    340.00
             decisions in White Oak case re: Spill Act
             innocent purchaser defense

06/23/03 JMA Phone - C. Marraro re: strategy                      .40    136.00

06/23/03 JMA Conference with MEF re: Appellate procedure          .30    102.00

06/23/03 JMA Review letter from D. Field                          .20     68.00

06/23/03 JMA Phone - C. Marraro re: Honeywell position on         .30    102.00
             interacting with Special Master

06/23/03 MEF Voicemail - K. Glaum at 3d Circuit; telephone        .30     67.50
             call with K. Glaum re: Honeywell appeal.

06/23/03 RCS Continued preparation of memorandum re:             9.00   1890.00
             overview of preparing RCRA fee petition/fee and
             expenses recoverable.

06/23/03 RCS Review sample fee petition in preparation for        .70    147.00
             drafting RCRA fee petition.

06/24/03 JMA Receipt and review letter from T. Milch re:          .20     68.00
             consultants/technical advisors

06/24/03 JMA Receipt and review letter from C. Marraro to         .70    238.00
             Special Master with c.v. of Roy O. Ball

06/24/03 JMA Letter to C. Marraro with 6/18/03 transcript         .20     68.00

06/24/03 JMA Phone - C. Marraro re: pre-meeting with client,      .40    136.00
             meeting with Special Master, Site visit

06/24/03 JMA Receipt and review letter from D. Field re:         1.10    374.00
             language of Final Judgment, check citations
             cited in letter to Amended Opinion, 5/15 Order
             and ICO and Grace letters

06/24/03 JMA Receipt and review letter from D. Field re:          .20     68.00
             interaction with Special Master

06/24/03 RCS Preparation of RCRA fee petition.                   1.00    210.00

06/24/03 RCS Continued preparation of memorandum of law re:      1.80    378.00
             overview of RCRA fee petition.

06/24/03 RCS Meeting with John Agnello, Esq. re: RCRA fee         .20     42.00
             petition.

```
W.R. GRACE & COMPANY                              June 30, 2003
Client No.              734680                     Page     15
INVOICE NO.             20276
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/03 | JMA | Review file and notes for meeting with Special Master | 1.50 | 510.00 |
| 06/25/03 | JMA | Conference with C. Marraro and Senftleben re: meeting with Special Master | 2.00 | 680.00 |
| 06/25/03 | JMA | Attend meeting with Special Master and all parties | 2.00 | 680.00 |
| 06/25/03 | JMA | Attend Site visit with Special Master and all parties | 1.50 | 510.00 |
| 06/25/03 | JMA | Conference with R. Senftleben and C. Marraro re: issues raised at meeting with Special Master | 2.00 | 680.00 |
| 06/25/03 | JMA | Conference with C. Marraro re: RCRA fee application issues | .60 | 204.00 |
| 06/25/03 | MEF | RCRA fee petition - review legal memo from RCS re: standard for recovery of RCRA fees. | .40 | 90.00 |
| 06/25/03 | MEF | Review email from B. Hughes re: Wallace King draft allocation for RCRA fee petition. | .30 | 67.50 |
| 06/25/03 | RCS | Continued preparation of memorandum on preparing a RCRA fee petition. | 2.50 | 525.00 |
| 06/25/03 | RCS | Telephone communication to Bill Hughes, Esq. coordinating efforts on preparing RCRA fee petition. | .50 | 105.00 |
| 06/25/03 | RCS | Receipt and review of memorandum from Bill Hughes, Esq. re: Wallace King Firm billable rates and billing judgment applied to specific tasks. | .40 | 84.00 |
| 06/25/03 | RCS | Telephone communication with Bill Hughes, Esq. preparation of RCRA fee petition. | .50 | 105.00 |
| 06/25/03 | RCS | Research re: whether current or historic billing rates must be used in RCRA fee matters. | 2.00 | 420.00 |
| 06/26/03 | JMA | Phone - C. Marraro re: technical advisor for Special Master | .40 | 136.00 |
| 06/26/03 | JMA | Review RCRA fee application professional time allocation analysis from C. Marraro | 1.00 | 340.00 |
| 06/26/03 | JMA | Letter to Judge Cavanaugh | .20 | 68.00 |
| 06/26/03 | JMA | Phone - Special Master's associate | .20 | 68.00 |

W.R. GRACE & COMPANY                           June 30, 2003
Client No.            734680            Page      16
INVOICE NO.           20276

06/26/03 JMA Receipt and review letter from Judge Cavanaugh    .20    68.00
             re: Final Judgment

06/26/03 JMA Phone - C. Marraro re: Final Judgment letter      .30   102.00
             from Judge Cavanaugh

06/26/03 JMA Receipt and review letter from D. Field re:       .20    68.00
             Final Judgment

06/26/03 JMA Phone - C. Marraro re: Field letter re: Final     .20    68.00
             Judgment

06/26/03 JMA Prepare corrected form of Final Judgment from    2.00   680.00
             all parties' comments

06/26/03 JMA Phone - C. Marraro re: financial assurance        .40   136.00
             issues and Final Judgment issues

06/26/03 JMA Conference call with clients and C. Marraro       .70   238.00

06/26/03 JMA Phone - C. Marraro re: Honeywell Work Plan        .30   102.00
             issues

06/26/03 JMA Receipt and review email from R. Senftleben       .20    68.00

06/26/03 JMA Phone - C. Marraro re: scheduling issues          .20    68.00

06/26/03 RCS Preparation of draft affidavit in support of     2.50   525.00
             RCRA fee petition.

06/26/03 RCS Preparation of draft legal brief in support of   3.00   630.00
             RCRA fee petition.

06/26/03 RCS Receipt and review of memorandum from Chris       .30    63.00
             Marraro, Esq. re: RCRA attorney's fees.

06/26/03 RCS Telephone communication to Bill Hughes, Esq.      .20    42.00
             re: preparation of Affidavits for RCRA fee
             petition.

06/26/03 RCS Receipt and review of memorandum of law from      .80   168.00
             Mike Williams, Esq. re: Scope of Authority of
             Special Master, revise and edit same.

06/27/03 JMA Letter to Judge Cavanaugh with Final Judgment     .20    68.00

06/27/03 JMA Revisions to form of Final Judgment              1.20   408.00

06/27/03 JMA Review case law re: RCRA fee application         1.50   510.00

06/27/03 JMA Conference with MEF re: preparation of RCRA fee  2.50   850.00
             application

W.R. GRACE & COMPANY                                      June 30, 2003
Client No.            734680                              Page    17
INVOICE NO.           20276

| | | |
|---|---|---|
| 06/27/03 JMA Phone to local attorneys re: affidavit in support of RCRA fee application | .70 | 238.00 |
| 06/27/03 JMA Phone - C. Marraro re: RCRA fee application | .30 | 102.00 |
| 06/27/03 JMA Receipt and review draft of letter to Special Master re: N.J. requirements - financial assurances | .40 | 136.00 |
| 06/27/03 JMA Comments to draft letter to Special Master re: NJ requirements - financial assurances | .90 | 306.00 |
| 06/27/03 JMA Phone - C. Marraro re: revisions to letter to Special Master re: NJ requirements - financial assurances | .40 | 136.00 |
| 06/27/03 JMA Receipt and review letter from C. Marraro to Special Master | .20 | 68.00 |
| 06/27/03 MEF Conference with JMA re: RCRA fee petition. | 2.50 | 562.50 |
| 06/27/03 RCS Preparation of draft Affidavit of John Agnello, Esq. on behalf of RCRA fee petition. | 2.00 | 420.00 |
| 06/27/03 RCS Preparation of draft brief in support of RCRA fee petition. | 1.00 | 210.00 |
| 06/30/03 JMA Receipt and review email from C. Marraro to R. Senftleben/R. Senftleben to C. Marraro | .20 | 68.00 |
| 06/30/03 JMA Conference call with C. Marraro, B. Hughes and MEF re: RCRA fee application | 1.00 | 340.00 |
| 06/30/03 JMA RCRA fee application - review Carella Byrne invoices and file re: allocation of RCRA time | 5.00 | 1700.00 |
| 06/30/03 JMA Conference with C. Marraro, E. Obradovic, K. Brown re: Work Plan proposals by all parties | 1.70 | 578.00 |
| 06/30/03 MEF Draft RCRA Fee Petition affidavit. | 3.00 | 675.00 |
| 06/30/03 MEF Conference call with JMA, CHM, WFH re: RCRA fee petition. | 1.00 | 225.00 |
| 06/30/03 MEF Review CBBG bills for RCRA fee petition. | 4.10 | 922.50 |
| 06/30/03 RCS Continued preparation of draft affidavit of John Agnello in support of RCRA fee petition. | 1.50 | 315.00 |

                              **Subtotal:**

                                              ~~71,700.50~~
                                              71,025.50

W.R. GRACE & COMPANY                              June 30, 2003
Client No.              734680                    Page     18
INVOICE NO.             20276


## Fee Applications, Applicants

| | | | |
|---|---|---|---|
| 06/05/03 MEF | Review May 2003 fee detail. | .70 | 157.50 |
| 06/06/03 JMA | Fee Application - receipt and review fee auditor application to approve 7th Quarterly Fee Application | .20 | 68.00 |
| 06/07/03 MEF | Review Certification of Fee Auditor re: 7th Quarterly Fee Application. | .30 | 67.50 |
| 06/07/03 MEF | Begin preparing 15th Monthly fee application. | .50 | 112.50 |
| 06/09/03 MEF | Telephone call with L. Ferdinand re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/09/03 MEF | Voicemail - P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/09/03 MEF | Prepare 8th Quarterly Fee Application. | 4.00 | 900.00 |
| 06/10/03 JMA | Fee Application - review and execute 8th Quarterly Fee Application; conference with MEF re: same | .90 | 306.00 |
| 06/10/03 MEF | Telephone call with P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/10/03 MEF | Email to P. Cuniff re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/10/03 MEF | Continue preparing 8th Quarterly Fee Application. | 4.30 | 967.50 |
| 06/10/03 MEF | Continue preparing May 2003 Monthly Fee Application. | 1.40 | 315.00 |
| 06/11/03 JMA | Fee Application - review and execute monthly fee application (May 2003); conference with MEF re: same | 1.00 | 340.00 |
| 06/11/03 MEF | Revise and finalize 15th Monthly Fee Application (May 2003 time). | .70 | 157.50 |
| 06/11/03 MEF | Voice mail - P. Galbraith re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/11/03 MEF | Telephone call with P. Cuniff re: 8th Quarterly fee application. | .20 | 45.00 |

```
W.R. GRACE & COMPANY                          June 30, 2003
Client No.            734680             Page      19
INVOICE NO.           20276
```

| | | | |
|---|---|---|---|
| 06/12/03 MEF | Voice mail - P. Gailbraith re: 8th Quarterly fee application. | .20 | 45.00 |
| 06/12/03 MEF | Review email from P. Gailbraith re: 8th Quarterly fee application. | .20 | 45.00 |
| 06/17/03 MEF | Email from S. Bossay re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/17/03 MEF | Email to S. Bossay re: 8th Quarterly Fee Application. | .20 | 45.00 |
| 06/20/03 MEF | Receipt and review Fee Auditor's Initial Report re: 8th Quarterly Fee Application. | .40 | 90.00 |
| 06/23/03 JMA | Fee application - conference with MEF re: disbursements | .30 | 102.00 |
| 06/23/03 MEF | Prepare response to Fee Auditor's Initial Report re: 8th Quarterly Fee Application. | 2.00 | 450.00 |

```
                           Subtotal:        _____
                                                4,483.50


                                              -------------
Total Fees:                                    76,244.00
                                              75,509.00
```

W.R. GRACE & COMPANY                          June 30, 2003
Client No.              734680                Page    21
INVOICE NO.             20276

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS            FEES
K L WINTERS                       250.00    2.20            550.00
J M AGNELLO                       340.00  135.40          46036.00
M E FLAX                          225.00   31.70           7132.50
RC SCRIVO                         210.00  106.30 102.80   22323.00 21,588.00
J FALDUTO                          75.00    2.70            202.50
                        TOTALS            278.30          76244.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                        June 30, 2003
Client No.              734680              Page      20
INVOICE NO.             20276
```

          Disbursements


Costs Advanced

```
06/23/03 Costs Advanced - CHARLES P. MC GUIRE CERT.        14.30
         REPORTER 6/23

                                    SUBTOTAL:    14.30

06/30/03 Messenger                              44.32
06/30/03 Photocopies                          1096.25
06/30/03 Faxes                                  89.00
06/30/03 Telephone                             591.50
06/30/03 Travel Expense                         30.45
06/30/03 Computer Searches                      73.96
06/30/03 Federal Express                        46.50
06/30/03 Messenger - In House                   75.00
                                              -------------
Total Costs                                      2,061.28
                                              -------------

Total Due this Matter                           78,305.28
==============
```

## PROJECT AND EXPENSE CATEGORIES
## TO NINTH QUARTERLY INTERIM FEE APPLICATION
## (APRIL 1, 2003 THROUGH JUNE 30, 2003)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner –24 yrs | $340 | 378.90 | $128,826.00 |
| Melissa E. Flax | Partner –11 yrs | $225 | 111.70 | $25,132.50 |
| Kenneth L. Winters | Partner – 23 yrs | $250 | 15.70 | $3,925.00 |
| Robert C. Scrivo | Associate –14 yrs | $210 | 227.40 | $47,754.00 |
| Kevin Vengrow | Paralegal | $75 | 7.70 | $577.50 |
| Jeffrey Falduto | Paralegal | $75 | 25.10 | $1,882.50 |

| | |
|---|---|
| Grand Total: | $208,097.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees | Cumulative Fees |
|---|---|---|---|
| Asset Analysis and Recovery | | | |
| Asset Disposition | | | |
| Business Operations | | | |
| Case Administration | | | |
| Claim Analysis Objection Resolution & Estimation (Asbestos) | | | |
| Claim Analysis Objection Resolution & Estimation (Non-Asbestos) | | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc) | | | |
| Employee Benefits/Pensions | | | |
| Employment Applications, Applicant | | | |
| Employment Applications, Others | | | |
| Expenses | | ($7,510.67) | $44,192.75 |
| Fee Applications, Applicant | 35.50 | $8,654.50 | $40,214.50 |
| Fee Applications, Others | | | |
| Financing | | | |
| Hearings | | | |
| Litigation and Litigation | 731.00 | $199,443.00 | $902,255.00 |

| | | | |
|---|---|---|---|
| Consulting | | | |
| Plan and Disclosure Statement | | | |
| Relief from Stay Proceedings | | | |
| Tax Issues | | | |
| Tax Litigation | | | |
| Travel – non-working | | | $10,529.25 |
| Valuation | | | |
| ZAI Science Trial | | | |
| ZAI Science Trial – Expenses | | | |
| Other (Explain) | | | |

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses | Cumulative Expenses |
|---|---|---|---|
| Computer Assisted Legal Research | Westlaw/Pacer | $728.83 | $1,195.97 |
| Facsimile (with rates) | | $313.00 ($0.25 per page) | $2,301.00 |
| Long Distance Telephone | | $1,373.81 | $3,125.29 |
| In-House Reproduction | | $2,856.75 ($0.25 per page) | $8,899.00 |
| Outside Reproduction | | | $10,110.52 |
| Outside Research | | | |
| Filing/Court Fees | | | |
| Court Reporting | Charles P. McGuire | ($14,139.10) | $323.80 |
| Local Travel | Parking/mileage | $30.45 | $453.75 |
| Out-Of-Town Travel airfare car/taxi service hotel | | | $7,585.88 |
| Courier & Express Carriers (e.g. Federal Express) | | $237.77 | $1,392.90 |
| Postage | | | |
| Other (Explain) – Corporate record search | State of New Jersey Department of Treasury | | $10.00 |
| Other (Explain) – Photographs | Mr. Photo | | $76.25 |
| Other – Aerial photographs | Air Photo Services (2/2002) | | $664.05 |
| Messenger | | $204.32 | $1,653.27 |
| Working meals | | | $453.47 |
| Subpoenas | Guaranteed Subpoena – Trial Witnesses | | $3,226.80 |
| Returned Witness Fees | | | ($802.00) |
| Additional Staff Time | | $563.50 | $2,972.28 |
| Trial Supplies | | | $230.52 |
| Site Security | SARA Consultants | $320.00 | $320.00 |

Dated: August 6, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 8th day of August, 2003

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06