## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003

Name of Applicant:                                 Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                          Zonolite Attic Insulation Claimants

Date of retention:                                 July 22, 2002

Period for which compensation
and reimbursement is sought:                       May 1, 2003 through
                                                   May 31, 2003

Amount of compensation sought
as actual reasonable and necessary:                $ 2,152.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                         $ 2,119.56[1]

This is a:        __X__ Monthly        _____ Interim        _____ Final Application

Prior Application Filed:            Yes.

---

[1] The expenses sought include postage and internal photocopies that date back to February 21, 2003. These expenses have recently been entered into the firm's internal billing program and have not appeared on prior applications.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |

As indicated above, this is the ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.0 | $ 660.00 |
| TOTALS | | | | | 3.0 | $ 660.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 19.9 | $ 1,492.50 |
| TOTALS | | | | | 19.9 | $ 1,492.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 22.9 Hours | $ 2,152.50 |
| TOTALS | 22.9 Hours | $ 2,152.50 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 122.96 |
| Courier & Express Carriers | $ 68.50 |
| In-House Duplicating / Printing ($.15 per page) | $ 1,928.10 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,119.56 |

Dated:  Wilmington, Delaware
      August 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL FOR NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003

P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston  SC  29401

Page: 1
~~06/30/2003~~  5/30/03
Client No: 220305-11221M
Statement No:       191492

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  |  | Rate | Hours |
|---|---|---|---|
| **05/01/03** | | | |
| MY | E-file and serve Certificate of No Objection re: Lukins and Annis January Fee Application (.4) E-file and serve Certificate of No Objection re: RWPB February Fee Application (.4) | 75.00 | 0.80 |
| WDS | Review CNO's to be filed for February fee applications. | 220.00 | 0.20 |
| **05/03/03** | | | |
| WDS | Review pleadings re:  status of case. | 220.00 | 0.30 |
| **05/06/03** | | | |
| MY | Prepare Lukins and Annis February fee application for filing, e-file and serve Fee Application, complete e-mail service to fee auditor | 75.00 | 1.40 |
| WDS | Review sixth monthly application of Lukins & Annis for fees and expenses. | 220.00 | 0.30 |
| **05/13/03** | | | |
| MY | Update fee application tracking chart with Lukins and Annis' new information | 75.00 | 0.20 |
| **05/14/03** | | | |
| MY | Forward Reed Smith Application to co-counsel , correspondence with co-counsel re: quarterly fee application | 75.00 | 0.30 |
| **05/15/03** | | | |
| MY | Draft notice and prepare quarterly application of EARTM (2.1) Prepare 3rd quarterly app of RPWB for filing (.4), Prepare and draft both January and February fee apps of EARTM (1.8) | 75.00 | 4.30 |

ZAI Plaintiffs
06/30/2003
Client No: 220305-11221M
Statement No:        191492

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Rate | Hours |
|---|---|---|---|
| **05/16/03** | | | |
| MY | Complete revisions, filing and service of February and January Fee Applications of EARTM (1.1), Complete revisions, filing and service of March Fee Application of RPWB (1), begin draft of project category spreadsheet (.2), complete first draft of EARTM' s 3rd Quarterly Application (2.1) and draft notice (.3), update tracking chart (.2) | 75.00 | 4.80 |
| **05/19/03** | | | |
| MY | Review/edit Quarterly app of EARTM (.4), review file: complete project spreadsheet for 8th Quarter (1.4) | 75.00 | 1.80 |
| WDS | Review agenda for 5/18 Hearing; no matters affecting clients; forward agenda to co-counsel. | 220.00 | 0.20 |
| **05/27/03** | | | |
| MY | Receive and prepare/edit 8th quarterly application for filing, review file and gather exhibits A through C | 75.00 | 1.80 |
| MY | Draft Notice of RPWB 3rd Quarterly | 75.00 | 0.40 |
| **05/28/03** | | | |
| MY | Prepare Lukins and Annis March fee application for filing (.9), Begin preparation of Lukins and Annis 3rd Quarterly fee application for filing (.9), draft order for L&A 3rd quarterly and draft certificate of service (.6), draft notice of quarterly application of L&A (.4), Revise notice of application and application of RPWB (.2), update tracking chart with recent information (.3) | 75.00 | 3.60 |
| MY | review docket for objections to February fee application of Lukins and Annis, draft certificate of no objection | 75.00 | 0.50 |
| **05/30/03** | | | |
| WDS | Review and revise Lukins & Annis March fee applications. | 220.00 | 0.30 |
| WDS | Review and revise CNO for Lukins & Annis February fee application. | 220.00 | 0.20 |
| WDS | Review Notice of Service of Lukins and Annis Third Quarterly | | |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Rate | Hours |
|---|---|---|
| fee application. | 220.00 | 0.10 |
| WDS Review and revise Lukins and Annis Third Quarterly fee application. | 220.00 | 0.40 |
| WDS Review and revise RPWB Third Quarterly fee application. | 220.00 | 0.30 |
| WDS Review Notice of Service for RPWB Third Quarterly fee application. | 220.00 | 0.10 |
| WDS Review Notice of Service for EART&M Third Quarterly fee application. | 220.00 | 0.10 |
| WDS Review and revise EART&M Third Quarterly fee application. | 220.00 | 0.50 |
| For Current Services Rendered | 22.90 | 2,152.50 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.00 | $220.00 | $660.00 |
| Michael Young | Paralegal | 19.90 | 75.00 | 1,492.50 |

Expenses

| | |
|---|---|
| 02/21/03 Photocopies (@ $.15) | 75.60 |
| 02/21/03 Photocopies (@ $.15) | 75.60 |
| 03/17/03 Photocopies (@ $.15) | 10.50 |
| 03/17/03 Photocopies (@ $.15) | 7.65 |
| 03/17/03 Photocopies (@ $.15) | 1.65 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/18/03 Photocopies (@ $.15) | 14.85 |
| 03/18/03 Photocopies (@ $.15) | 89.85 |
| 03/18/03 Photocopies (@ $.15) | 4.35 |
| 03/19/03 Photocopies (@ $.15) | 12.00 |
| 03/20/03 Photocopies (@ $.15) | 12.75 |
| 03/21/03 Photocopies (@ $.15) | 40.50 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Photocopies (@ $.15) | 92.40 |

```
 -     ZAI Plaintiffs                                                06/30/2003
                                                    Client No: 220305-11221M
                                                   Statement No:      191492
       W.R. Grace & Companies, et al.
       CA No. 01-1139
       A-01-771


04/05/03 Photocopies (@ $.15)                                        99.00
04/23/03 Photocopies (@ $.15)                                        49.80
04/26/03 Postage                                                     12.92
04/28/03 Photocopies (@ $.15)                                         0.30
05/02/03 Photocopies (@ $.15)                                        72.60
05/02/03 Photocopies (@ $.15)                                         0.15
05/04/03 Postage                                                      6.05
05/06/03 Photocopies (@ $.15)                                       184.80
05/06/03 Postage                                                     26.84
05/10/03 Photocopies (@ $.15)                                        36.00
05/12/03 Photocopies (@ $.15)                                         1.50
05/21/03 Photocopies (@ $.15)                                        82.50
05/21/03 Photocopies (@ $.15)                                        21.15
05/21/03 Photocopies (@ $.15)                                       324.00
05/21/03 Photocopies (@ $.15)                                       392.85
05/21/03 Photocopies (@ $.15)                                       184.80
05/21/03 Postage                                                     51.35
05/29/03 Photocopies (@ $.15)                                        21.15
05/29/03 Photocopies (@ $.15)                                        19.80
                                                                 ─────────
         Total Expenses                                           2,051.06

                              Advances

05/01/03 Courier fee Tristate Courier & Carriage                     58.50
05/06/03 Courier fee Tristate Courier & Carriage                      5.00
05/16/03 Courier fee Tristate Courier & Carriage                      5.00
                                                                 ─────────
         Total Advances                                              68.50

         Total Current Work                                       4,272.06


         Balance Due                                             $4,272.06
                                                                 ═════════
```

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on August 15, 2003, service of

the foregoing

- **NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
        August 15, 2003

                              */s/ William D. Sullivan*_____
                              **WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202