# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors. | Bankruptcy No. 01-01139 (JFK) |
| | (Jointly Administered) |
| | **Objection Deadline: September 5, 2003**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003

Name of Applicant:                           Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                    Zonolite Attic Insulation Claimants

Date of retention:                           July 22, 2002

Period for which compensation                June 1, 2003 through
and reimbursement is sought:                 June 30, 2003

Amount of compensation sought
as actual reasonable and necessary:          $ 2,865.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                   $ 2,120.25

This is a:      __X__ Monthly _____Interim        _____Final Application

Prior Application Filed:                     Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |

As indicated above, this is the tenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 5.5 | $ 1,210.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | .5 | $ 95.00 |
| | | TOTALS | | | 6.0 | $ 1,305.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 20.8 | $ 1,560.00 |
| TOTALS | | | | | 20.8 | $ 1,560.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 25.9 Hours | $ 2,667.00 |
| 22-ZAI Science Trial | .9 Hours | $ 198.00 |
| TOTALS | 25.9 Hours | $ 2,865.00 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 113.50 |
| In-House Duplicating / Printing ($.15 per page) | $ 96.60 |
| Outside Duplicating / Printing | $ 2,006.75 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 2,120.25 |

Dated: Wilmington, Delaware
      August 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: September 5, 2003<br>Hearing Date: TBD if necessary |

**FEE DETAIL FOR TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>JUNE 1, 2003 THROUGH JUNE 30, 2003</u>**

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs                                         06/30/2003
Richardson Patrick Westbrook         Client No: 220305-11221M
174 East Bay Street                  Statement No:      191494
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|            |       | Rate  | Hours |
|------------|-------|-------|-------|

06/02/03
  MY  Office conference re: fee applications (.2), Prepare March Fee Application of Lukins and Annis for filing, e-file and serve (.7), Prepare 3rd Quarterly fee application of Lukins and Annis for filing, e-file and serve (.9), e-file and serve Certificate of No Objection of Lukins and Annis February Fee Application (.3), e-file Notice of filing of Lukins and Annis 3rd Quarterly Fee Application (.3), Complete service of Lukins and Annis Quarterly in accordance with Judge's orders/procedures (e-mail to Rachel Bello and hard copy to Judge in Pittsburgh) (.5), e-file notice of 3rd Quarterly Application of RPWB (.3), Prepare 3rd Quarterly Fee Application of RPWB for filing, e-file and complete service (.9), Draft Order and Affidavit re: EARTM's 3rd Quarterly Application (.8), prepare 3rd Quarterly Fee Application of EARTM for filing, e-file and serve (.8), e-file Notice of Filing of EARTM 3rd Quarterly Fee Application (.3), arrange for service of three Notice of Filings (.2), complete service of 3rd Quarterly Fee Applications of EARTM and RPWB to Judge's Chambers (.2)    75.00    6.50

06/03/03
  MY  Update tracking chart with previous filings (.6), e-mail to Rachel Bello with Quarterly Fee Apps of EARTM and RPWB (.4),

Case 01-01139-AMC    Doc 4275    Filed 08/15/03    Page 7 of 13

ZAI Plaintiffs                                        06/30/2003
                                    Client No: 220305-11221M
                                    Statement No:       191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Rate | Hours |
|---|---|---|---|
| | Complete e-mail service of 3rd quarterly fee applications to entire service list (.8), e-mail March Fee App of Lukins and Annis to fee auditor and request arrangements for quarterly service (.3), office conference re: service and filing of fee applications (.3) | 75.00 | 2.40 |

06/06/03
    MY  Draft and prepare April Fee Application of EARTM for attorney review (WDS)    75.00    1.20

06/09/03
    MY  Review file re: filings of 3rd Quarterly Applications    75.00    0.20

06/10/03
    MY  e-mail with co-counsel re: category spreadsheets    75.00    0.20
    MY  Finalize 3rd category spreadsheet of L and A, draft Certificates of No Objections to February and March Fee Applications of EARTM, e-file and serve certificates    75.00    1.60

06/11/03
    MY  Review file re: Quarterly spreadsheets of RPWB, EARTM and L&A    75.00    0.40

06/12/03
    MY  Review file re: service of 8th quarterly applications    75.00    0.20

06/13/03
    MY  Complete and email project category sheet of L&A to fee auditor    75.00    0.30

06/16/03
    WDS  Review Certification of Counsel regarding interim fee applications.    220.00    0.30
    WDS  Review agenda for Hearing; phone call to co-counsel re: no issues for Hearing; phone call to counsel for Debtors re: handling of fee application.    220.00    0.60
    MY  Office conference re: 6/17 hearing (.1), review agenda (.1), download certification of counsel re: 7th Quarterly Applications and Order approving applications (.4), review as to status of

ZAI Plaintiffs                                           06/30/2003
                                           Client No: 220305-11221M
                                           Statement No:      191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                                    Rate     Hours
         RPWB, L&A and EARTM applications          75.00      1.00

06/17/03
   WDS  Attend Hearing; fees approved;
        reference to be withdrawn.                220.00      0.80
   WDS  Phone call to co-counsel re:
        withdrawal of reference.                  220.00      0.30
   MY   Review 2nd agenda agenda for
        Today's Hearing re: issues
        related to fee apps                        75.00      0.20
   MY   Draft letter to co-counsel (.3)
        re: fee applications, update
        tracking chart (.5), draft Cert
        of No Objection for RPWB March
        Fee Application (.7), e-file and
        serve (.4) forward correspondence
        to co-counsel (.2)                         75.00      2.10

06/18/03
   MY   Review file and create summary of
        service requirements                       75.00      0.40
   MY   meeting                                    75.00      0.30

06/23/03
   WDS  Phone call to co-counsel re:
        status of removal; review of
        procedural questions.                     220.00      0.60

06/24/03
   WDS  Review Fee Auditor Reports for
        Zonolite application.                     220.00      0.20
   MY   Review docket for objections to
        L&A March fee application (.2),
        draft and revise certificate of
        no objection (.8), complete
        organization of fee application
        files of EARTM, L&A, and RPWB
        (.7), e-file and service CNO of
        L&A March fee app (.6), update
        tracking chart (.4)                        75.00      2.70

06/25/03
   WDS  Review status report re: ZAI
        issues, review docket re: status
        of removal; phone call to Judge
        Wolin's Chambers re: removal;
        e-mail to co-counsel re: same.            220.00      0.70
   MY   Review and Revise April 2003 Fee
        app of RPWB for DE filing (.6),
        Receive/review and file fee
        auditor report re: 8th Quarterly
        Fee Apps of EARTM (.1), download
        and forward fee application of
        PSZYJW to co-counsel (.4)                  75.00      1.10

06/27/03
   WDS  Review and calendar Motion to

ZAI Plaintiffs                                                          06/30/2003
                                                    Client No: 220305-11221M
                                            Statement No:            191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Rate | Hours |
|---|---:|---:|
| Increase Budget. | 220.00 | 0.20 |
| WDS Review local rules re: format of briefs for Summary Judgment Motion; forward to co-counsel. | 220.00 | 0.50 |
| WDS Phone call to co-counsel re: handling Motion for Summary Judgment and Daubert Motion; e-mail re: same. | 220.00 | 0.70 |
| WDS Review monthly fee application of RPWB; approve for filing. | 220.00 | 0.30 |
| WDS Review monthly fee application of EART&M; approve for filing. | 220.00 | 0.30 |
| CJB Telephone conference with Kim Garcia from E. Westbrooks office. | 190.00 | 0.10 |
| CJB Conference with WDS and paralegal re: 7/7 filings of Motions. | 190.00 | 0.40 |

For Current Services Rendered                          26.80    2,865.00

                          Recapitulation
| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Sullivan, William D. | Partner | 5.50 | $220.00 | $1,210.00 |
| Charles J. Brown | Senior Associat | 0.50 | 190.00 | 95.00 |
| Michael Young | Paralegal | 20.80 | 75.00 | 1,560.00 |

                              Expenses

| Date | Description | Amount |
|---|---|---:|
| 06/02/03 | Photocopies (@ $.15) | 5.10 |
| 06/02/03 | Photocopies (@ $.15) | 13.80 |
| 06/16/03 | Photocopies (@ $.15) | 19.80 |
| 06/17/03 | Photocopies (@ $.15) | 0.90 |
| 06/17/03 | Photocopies (@ $.15) | 2.70 |
| 06/19/03 | Photocopies (@ $.15) | 34.50 |
| 06/21/03 | Photocopies (@ $.15) | 19.80 |

Total Expenses                                                      96.60

                              Advances

| Date | Description | Amount |
|---|---|---:|
| 06/02/03 | Courier fee Reliable Copy Service (9 hand deliveries @ 5.00 each). | 45.00 |
| 06/02/03 | Reliable Copy Service - outside photocopying ( 14,570 copies @ .09 cents , and 205 mailings @ postage at 2.67 each and 1 Canadian postage @ 3.10 and 29 hand deliveries @ 5.00 each). | 2,006.75 |
| 06/10/03 | Reliable Copy Service - Hand deliveries (9 @ $6.50) | 58.50 |
| 06/17/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 06/24/03 | Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                                   2,120.25

Total Current Work                                               5,081.85

ZAI Plaintiff's                                                    06/30/2003
                                               Client No: 220305-11221M
                                               Statement No:        191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


        Balance Due                                       $5,081.85

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on August 15, 2003, service of the foregoing

- **TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
       August 15, 2003

                                   */s/ William D. Sullivan*
                                   **WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202