## EXHIBIT A

### Automatic Stay/Adequate Protection (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/9/2003 | PVL | 625.00 | 0.20 | Review KACC reply re Norfolk So. lift stay motion. |

**Total Task Code .04**       **.20**

### Business Operation/Gen Corp/Real Estate (.50 Hours; $ 312.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .50 | $625 | 312.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/7/2003 | PVL | 625.00 | 0.10 | Review 1/03 MOR. |
| 5/5/2003 | PVL | 625.00 | 0.10 | Review 3/03 MOR. |
| 6/16/2003 | PVL | 625.00 | 0.30 | Review LTC memo re CB sale. |

**Total Task Code .05**       **.50**

### Case Administration (90.20 Hours; $ 20,839.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.00 | $710 | 2,130.00 |
| Peter V. Lockwood | 4.70 | $625 | 2,937.50 |
| Julie W. Davis | 7.60 | $470 | 3,572.00 |
| Rita C. Tobin | 2.50 | $340 | 850.00 |
| Robert C. Spohn | 33.20 | $165 | 5,478.00 |

| Elyssa J. Strug | 18.80 | $155 | 2,914.00 |
| Andrew D. Katznelson | 20.40 | $135 | 2,958.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/2/2003 | PVL | 625.00 | 0.10 | Review KACC 2d supp. object. to Clark Co. |
| 3/3/2003 | PVL | 625.00 | 0.10 | Review miscellaneous email (.1); review Clark CO. FERC submission. |
| 3/3/2003 | RCS | 165.00 | 0.80 | Review and index pleadings and correspondence received 2/28/03 (.2); download e-filed pleadings, review and archive (.6) |
| 3/4/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/3/03 (.1); download e-filed pleadings, review and archive (.2) |
| 3/5/2003 | RCT | 340.00 | 0.30 | Review weekly recommendation re: report to EI. |
| 3/5/2003 | EJS | 155.00 | 0.20 | Updated EI & PVNL agenda files. |
| 3/6/2003 | EJS | 155.00 | 0.10 | Updated EI files. |
| 3/6/2003 | EJS | 155.00 | 0.70 | Updated court document indexes/files. |
| 3/6/2003 | PVL | 625.00 | 0.20 | Review 7 miscellaneous orders and 1 miscellaneous filing. |
| 3/10/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/5/03 - 3/7/03 |
| 3/11/2003 | EJS | 155.00 | 1.00 | Updated court document indexes/files. |
| 3/11/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 3/10/03 (.2); download, review and archive e-filed pleadings (.3) |
| 3/11/2003 | PVL | 625.00 | 0.20 | Review agenda letter to KACC motion re Clark Co. |
| 3/12/2003 | RCT | 340.00 | 0.30 | Review recommendations from local counsel re: EI update for wk of 3/9. |
| 3/12/2003 | PVL | 625.00 | 0.10 | Review stip. order re Clark Co. |
| 3/12/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/11/03 |

| 3/12/2003 | EJS | 155.00 | 0.20 | Updated EI & PVNL agenda files. |
| 3/12/2003 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 3/13/2003 | EJS | 155.00 | 1.00 | Updated court document indexes/files. |
| 3/13/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/12/03 |
| 3/14/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/13/03 |
| 3/14/2003 | PVL | 625.00 | 0.40 | Review Clark Co. objections (.3); teleconference Eskin and Milch re status (.1). |
| 3/14/2003 | RCT | 340.00 | 0.30 | Review recommendations for week of 3/16 for EI update. |
| 3/16/2003 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 3/17/2003 | PVL | 625.00 | 0.10 | Review 5 miscellaneous orders and 2 miscellaneous filings. |
| 3/17/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/14/03 |
| 3/18/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/17/03 |
| 3/18/2003 | PVL | 625.00 | 0.10 | Review Hurford memo and 2 miscellaneous filings. |
| 3/19/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/18/03 |
| 3/20/2003 | PVL | 625.00 | 0.20 | Review Clark Co. reply (.1); review Hurford memo and reply thereto (.1). |
| 3/20/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/19/03 |
| 3/20/2003 | EJS | 155.00 | 0.50 | Updated court document indexes/files. |
| 3/20/2003 | EJS | 155.00 | 0.20 | Updated EI & PVNL agenda files. |
| 3/21/2003 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |

| | | | | |
|---|---|---|---|---|
| 3/21/2003 | RCT | 340.00 | 0.30 | Review recommendations from local counsel for wk of 3/23 re: report to EI. |
| 3/21/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/20/03 |
| 3/24/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/21/03 |
| 3/24/2003 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 3/25/2003 | RCS | 165.00 | 0.90 | Review and index pleadings and correspondence received 3/24/03 (.2); download e-filed pleadings, review and archive to accutrac database (.7) |
| 3/25/2003 | PVL | 625.00 | 0.10 | Review 3 miscellaneous motions. |
| 3/26/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/25/03 |
| 3/26/2003 | RCT | 340.00 | 0.20 | Review local counsel recommendations per EI udpate. |
| 3/26/2003 | RCT | 340.00 | 0.20 | Review EI status reports and correspondence. |
| 3/26/2003 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 3/27/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/26/03 |
| 3/28/2003 | EJS | 155.00 | 0.30 | Updated EI files. |
| 3/28/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/29/03 (.3). |
| 3/31/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/28/03 (.2). |
| 3/31/2003 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 3/31/2003 | PVL | 625.00 | 0.20 | Confer JWD re status (.1); review miscellaneous filings (.1). |
| 4/1/2003 | PVL | 625.00 | 0.10 | Confer JWD re status. |
| 4/1/2003 | JWD | 470.00 | 0.90 | Conference with PVNL re status (.3); review motion of FCR to hire PWC (.3); review weekly recommendations memo (.3) |

{D0012882:1 }

| 4/1/2003 | ADK | 145.00 | 0.20 | Update NYO Litigation Calendar. |
| 4/1/2003 | EJS | 155.00 | 0.40 | Updated players list. |
| 4/1/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 3/31/03 |
| 4/2/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/1/03 |
| 4/2/2003 | EJS | 155.00 | 0.40 | Updated players list. |
| 4/2/2003 | JWD | 470.00 | 0.80 | Review filings for 3/28, 3/31, 4/1 |
| 4/3/2003 | EJS | 155.00 | 0.50 | Updated case books. |
| 4/3/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/2/03 |
| 4/3/2003 | EI | 710.00 | 0.10 | T/c M. Berkin re: meeting. |
| 4/4/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/3/03 |
| 4/4/2003 | EJS | 155.00 | 1.00 | Updated court document files. |
| 4/4/2003 | ADK | 145.00 | 0.10 | Organized court documents recently received in preparation of indexing / filing. |
| 4/6/2003 | JWD | 470.00 | 0.80 | Review filings for 4/2, 4/3, 4/4 |
| 4/7/2003 | RCS | 165.00 | 0.20 | Analyze, annotate ande forward to file clerk for filing pleadings and correspondence received 4/4/03 |
| 4/7/2003 | RCT | 340.00 | 0.20 | Review weekly recommendation re: EI report. |
| 4/7/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 4/7/2003 | ADK | 145.00 | 0.50 | Organized court documents recently received in preparation of indexing & filing. |
| 4/8/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 4/8/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/7/03 |

| 4/9/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/8/03 |
|---|---|---|---|---|
| 4/9/2003 | RCT | 340.00 | 0.20 | Review recommendations per EI briefing. |
| 4/10/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/9/03 |
| 4/10/2003 | EI | 710.00 | 0.20 | T/c Patton re: PWC issue. |
| 4/10/2003 | EJS | 155.00 | 0.30 | Analyze documents to identify relevant material for attention of EI. |
| 4/11/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 4/11/2003 | EI | 710.00 | 0.10 | Memo to Patton re: expenses. |
| 4/11/2003 | EJS | 155.00 | 0.30 | Updated court document files/indexes with recently received court documents. |
| 4/11/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/10/03 |
| 4/13/2003 | JWD | 470.00 | 1.20 | Review filings for 4/8, 4/9, 4/10 and 4/11 |
| 4/14/2003 | RCS | 165.00 | 0.10 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/11/03 |
| 4/14/2003 | EJS | 155.00 | 0.20 | Updated EI & PVNL agendas. |
| 4/14/2003 | EJS | 155.00 | 0.20 | Analyze documents to identify relevant material for attention of EI. |
| 4/14/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 4/14/2003 | ADK | 145.00 | 0.10 | Updating NYO Litigation Calendar. |
| 4/15/2003 | ADK | 145.00 | 0.50 | Analyze court documents and annotate for attorneys attention. |
| 4/15/2003 | RCS | 165.00 | 0.10 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/14/03 |
| 4/16/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/15/03 |

| 4/17/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/16/03 |
| 4/18/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/17/03 |
| 4/18/2003 | ADK | 145.00 | 7.00 | Analyze court documents and annotate for attorneys attention. |
| 4/19/2003 | JWD | 470.00 | 1.50 | Review filings 4/14-4/18 |
| 4/21/2003 | PVL | 625.00 | 0.10 | Review 8 miscellaneous filings. |
| 4/21/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/18/03 |
| 4/22/2003 | PVL | 625.00 | 0.20 | Review agenda letter (.1); review Norfolk South motion (.1). |
| 4/22/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/21/03 |
| 4/22/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 4/22/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 4/23/2003 | EJS | 155.00 | 0.30 | Analyze documents to identify relevant material for attention of RCT. |
| 4/23/2003 | RCS | 165.00 | 1.60 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/22/03 (.2); download, review and archive to accutrac e-filed documents (1.4) |
| 4/24/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/23/03 |
| 4/24/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 4/24/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 4/25/2003 | ADK | 145.00 | 0.10 | Analyze documents to identify relevant material for attention of RCT. |

| | | | | |
|---|---|---|---|---|
| 4/25/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 4/25/2003 | ADK | 145.00 | 0.40 | Analyze court documents and annotate for attorneys attention |
| 4/25/2003 | EI | 710.00 | 0.20 | T/c Bob Jennings re: status. |
| 4/25/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/24/03 |
| 4/25/2003 | RCT | 340.00 | 0.10 | Review recommendations from local counsel re: EI report. |
| 4/26/2003 | PVL | 625.00 | 0.10 | Review 6 miscellaneous filings. |
| 4/28/2003 | EJS | 155.00 | 0.50 | Updated EI & PVNL agendas. |
| 4/28/2003 | ADK | 145.00 | 0.10 | Updated NYO Litigation Calendar. |
| 4/28/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 4/28/2003 | RCS | 165.00 | 1.90 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/25/03 (.3); download, review and archive to accutrac e-filed pleadings (1.6) |
| 4/29/2003 | EJS | 155.00 | 0.30 | Analyze documents to identify relevant material for attention of EI. |
| 4/29/2003 | RCS | 165.00 | 1.40 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/28/03 (.3); download, review and archive to accutrac e-filed pleadings (1.1) |
| 4/29/2003 | PVL | 625.00 | 0.10 | Review 7 miscellaneous filings. |
| 4/30/2003 | EJS | 155.00 | 0.80 | Analyze court documents and annotate for attorneys attention. |
| 4/30/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/29/03 |
| 5/1/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 4/30/03 |

| | | | | |
|---|---|---|---|---|
| 5/2/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/1/03 |
| 5/2/2003 | ADK | 145.00 | 1.00 | Analyze court documents and annotate for attorneys attention. |
| 5/2/2003 | EJS | 155.00 | 0.50 | Analyze documents to identify material for attention of RCT. |
| 5/2/2003 | EJS | 155.00 | 0.10 | Created lists of sub-committees and members for Joe Rice per EI. |
| 5/5/2003 | ADK | 145.00 | 0.20 | Update NYO Litigation Calendar. |
| 5/5/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 5/5/2003 | RCS | 165.00 | 2.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/2/03 (.3); download, review and archive to accutrac database e-filed documents with the court (1.1); download fee apps and archive to cd rom (.8) |
| 5/5/2003 | EJS | 155.00 | 0.30 | Updated EI & PVNL agendas. |
| 5/5/2003 | EJS | 155.00 | 1.00 | Analyze court documents and annotate for attorneys attention. |
| 5/5/2003 | EI | 710.00 | 0.10 | Draft report on all case status for PALS meeting. [Total time of 1.2 hours divided among 12 cases.] |
| 5/6/2003 | EJS | 155.00 | 0.30 | Analyze documents to identify relevant material for attention of EI. |
| 5/6/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/5/03 |
| 5/6/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for asttorneys attention. |
| 5/7/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention |
| 5/7/2003 | PVL | 625.00 | 0.10 | Review draft agenda letter. |
| 5/7/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/6/03 |

| | | | | |
|---|---|---|---|---|
| 5/7/2003 | EJS | 155.00 | 0.20 | Analyze documents to identify relevant material for attention of RCT. |
| 5/7/2003 | EI | 710.00 | 0.10 | Edited summary report for Weitz.  [Total time of 0.6 divided among six cases.] |
| 5/8/2003 | RCS | 165.00 | 0.20 | Analyze, annoate and forward to file clerk for filing pleadings and correspondence received 5/7/03 |
| 5/8/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 5/8/2003 | ADK | 145.00 | 0.50 | Analyze documents to identify relevant material for attention of RCT. |
| 5/9/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/8/03 |
| 5/9/2003 | EI | 710.00 | 0.10 | Teleconference with CBFB people about asset purchases generally.  [Total time of 1.2 hours divided among 12 cases.] |
| 5/12/2003 | RCS | 165.00 | 1.40 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/9/03 (.3); download e-filed pleadings, review and archive to accutrac database (1.1) |
| 5/12/2003 | RCT | 340.00 | 0.20 | Review weekly recommendations re: EI update. |
| 5/12/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 5/13/2003 | ADK | 145.00 | 0.10 | Analyze court documents and annotate for attorneys attention. |
| 5/13/2003 | EJS | 155.00 | 0.40 | Updated EI & PVNL agendas. |
| 5/13/2003 | PVL | 625.00 | 0.20 | Review agenda letter (.1); review 4 miscellaneous filings (.1). |
| 5/13/2003 | RCS | 165.00 | 0.20 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/12/03 |
| 5/14/2003 | PVL | 625.00 | 0.30 | Review 3 miscellaneous settlement motions. |
| 5/14/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/13/03 |
| 5/14/2003 | JWD | 470.00 | 0.80 | Review filings for week of 5/5 |

| | | | | |
|---|---|---|---|---|
| 5/15/2003 | EJS | 155.00 | 0.40 | Analyze documents to identify relevant material for attebtion of EI. |
| 5/15/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing index pleadings and correspondence received 5/14/03 |
| 5/16/2003 | PVL | 625.00 | 0.20 | Teleconference Hurford re status (.1); review 7 miscellaneous filings (.1). |
| 5/16/2003 | RCS | 165.00 | 0.20 | Analyze, annotae and forward to file clerk for filing pleadings and correspondence received 5/15/03 |
| 5/16/2003 | ADK | 145.00 | 0.50 | Analyze court documents and annotate for attorneys attention. |
| 5/16/2003 | ADK | 145.00 | 0.50 | Analyze court documents and annotate for attorneys attention. |
| 5/18/2003 | PVL | 625.00 | 0.10 | Review 4 miscellaneous filings. |
| 5/19/2003 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 5/19/2003 | RCS | 165.00 | 0.10 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/16/03 |
| 5/19/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 5/19/2003 | EI | 710.00 | 0.10 | Conference Tersigni and Berkin re: all agendas. [Total time of 1.2 divided among 12 cases.] |
| 5/20/2003 | PVL | 625.00 | 0.10 | Review Hurford memo. |
| 5/20/2003 | RCS | 165.00 | 1.10 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/19/03 (.2); download e-filed documents, review and archive to document database (.9) |
| 5/21/2003 | RCS | 165.00 | 0.30 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/20/03 |
| 5/22/2003 | RCS | 165.00 | 0.80 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/21/03 (.2); download, review and archive e-filed pleadings (.6) |
| 5/22/2003 | PVL | 625.00 | 0.10 | Review email re pending matters. |

| | | | | |
|---|---|---|---|---|
| 5/23/2003 | RCS | 165.00 | 0.90 | Analyze, annotate and forward to file clerk for filing pleadings and correspondence received 5/22/03 (.1); download, review and archive to database e-filed documents (.8) |
| 5/25/2003 | PVL | 625.00 | 0.10 | Review 5 miscellaneous filings. |
| 5/27/2003 | JWD | 470.00 | 1.60 | Review filings for 5/22 - 5/23 |
| 5/27/2003 | ADK | 145.00 | 0.30 | Analyze court documents and annotate for attorneys attention. |
| 5/27/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 5/27/2003 | EJS | 155.00 | 0.40 | Updated EI & PVNL agendas. |
| 5/28/2003 | EJS | 155.00 | 0.40 | Analyze documents to identify relevant material for attention of EI. |
| 5/29/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 5/30/2003 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 5/30/2003 | ADK | 145.00 | 0.20 | Analyze court documents and annotate for attorneys attention. |
| 6/1/2003 | EI | 710.00 | 0.10 | Prepared report on all cases for conference (on train to Philadelphia).  [Total time of 1.4 hours divided among 14 cases.] |
| 6/2/2003 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 5/29/03 thru 5/30/03 (.4). |
| 6/2/2003 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 6/2/2003 | EJS | 155.00 | 0.40 | Searched and retrieved various court documents for RCT. |
| 6/2/2003 | ADK | 145.00 | 0.30 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/2/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI & RCT. |
| 6/3/2003 | ADK | 145.00 | 0.20 | Updated NYO litigation calendar. |

| | | | | |
|---|---|---|---|---|
| 6/3/2003 | PVL | 625.00 | 0.10 | Review 4 miscellaneous filings. |
| 6/3/2003 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/2/03 (.2). |
| 6/4/2003 | RCS | 165.00 | 1.80 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/3/02 (.2); analyze docket and identify documents to be databased or distributed to attorneys (1.6). |
| 6/4/2003 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 6/5/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 6/4/03 (.4). |
| 6/5/2003 | EI | 710.00 | 0.80 | Memo to Scott Gilbert re: meeting (.1); memo report to Committee re: status (.2); read memos and opinion in transit (.5). |
| 6/5/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/6/2003 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 6/6/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/6/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/5/03 (.3). |
| 6/7/2003 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 6/9/2003 | RCS | 165.00 | 0.20 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 5/6/03 (.2). |
| 6/9/2003 | EJS | 155.00 | 0.20 | Review documents to identify relevant material for attention of EI. |
| 6/9/2003 | EJS | 155.00 | 0.40 | Review, classify documents, create database regarding upcoming hearings for attention of EI. |

| | | | | |
|---|---|---|---|---|
| 6/9/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/10/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/9/03 (.3). |
| 6/10/2003 | EI | 710.00 | 0.20 | T/c Mike Raibman re: NOL numbers. |
| 6/11/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/9/03 (.3). |
| 6/12/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/12/2003 | RCS | 165.00 | 0.70 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/11/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/11/03, distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.4). |
| 6/13/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/12/03 (.3). |
| 6/13/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/13/2003 | EJS | 155.00 | 0.40 | Review, classify documents, create database regarding upcoming hearings for attention of EI. |
| 6/15/2003 | EI | 710.00 | 0.70 | Read Tersigni report on divestiture and pension issues. |
| 6/16/2003 | EI | 710.00 | 0.20 | Memo to Berkin re his report. |
| 6/16/2003 | EJS | 155.00 | 0.40 | Perform review of court documents to identify upcoming hearings and status conferences for EI & PVNL attention. |

| | | | | |
|---|---|---|---|---|
| 6/16/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/13/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/13/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/16/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 6/17/2003 | PVL | 625.00 | 0.20 | Review 4 miscellaneous filings (.1); review Hurford memo (.1). |
| 6/18/2003 | EJS | 155.00 | 0.40 | Review, classify and organize documents to identify relevant materials for EI re upcoming and future hearings. |
| 6/18/2003 | RCS | 165.00 | 0.50 | Analyze, annotate for distribution and forward to file clerk for copying, filing database data entry and scanning all hard copy pleadings and correspondence received 6/16/03 thru 6/17/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/16/03 thru 6/17/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |
| 6/19/2003 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing database data entry and scanning all hard copy pleadings and correspondence received 6/18/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/18/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/19/2003 | ADK | 145.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/20/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/19/03 (.3). |
| 6/23/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence |

| | | | | |
|---|---|---|---|---|
| | | | | received 6/20/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/19/03 thru 6/20/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/23/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation calendar. |
| 6/23/2003 | PVL | 625.00 | 0.10 | Review Eskin memo. |
| 6/23/2003 | EJS | 155.00 | 0.30 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI & PVNL. |
| 6/24/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/23/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/23/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/24/2003 | PVL | 625.00 | 0.20 | Review NLRB prop stip. (.1); teleconference Eskin and Hurford re status (.1). |
| 6/24/2003 | EJS | 155.00 | 0.30 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 6/24/2003 | EJS | 155.00 | 0.50 | Perform review of recently received court documents to identify relevant documents for EI & RCT. |
| 6/25/2003 | EJS | 155.00 | 0.40 | Perform review of recently received court documents to identify relevant documents for EI & RCT. |
| 6/25/2003 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/24/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/24/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/26/2003 | EJS | 155.00 | 0.40 | Review, classigy and organize relevant material for EI. |

| 6/26/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
|---|---|---|---|---|
| 6/26/2003 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/25/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/25/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/27/2003 | RCS | 165.00 | 0.30 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/26/03 (.2); review all ECF noticed pleadings filed or served via e-mail 6/26/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.1). |
| 6/27/2003 | RCT | 340.00 | 0.20 | Review local counsel recommendations per EI update. |
| 6/30/2003 | RCS | 165.00 | 0.50 | Analyze, annotate for distribution and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/27/03 (.3); review all ECF noticed pleadings filed or served via e-mail 6/27/03; distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |

**Total Task Code .06**      **90.20**

## Claims Administration & Analysis (Non-Asbestos) (.90 Hours; $ 562.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .90 | $625 | 562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/19/2003 | PVL | 625.00 | 0.30 | Review Kaiser FERC submission in Clark Co. |

| 5/5/2003 | PVL | 625.00 | 0.10 | Review 7 omnibus objections. |
| 6/7/2003 | PVL | 625.00 | 0.10 | Review Crown Cork claims objection opposition. |
| 6/14/2003 | PVL | 625.00 | 0.20 | Review KACC reply to TIC and NUFI claims. |
| 6/24/2003 | PVL | 625.00 | 0.20 | Review omnibus objections 8, 9 and 10. |

**Total Task Code .07**        **.90**


## Environmental Issues (.10 Hours; $ 62.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/4/2003 | PVL | 625.00 | 0.10 | Teleconference Litherland re plan. |

**Total Task Code .10**        **.10**


## Fee Applications, Applicant (32.10 Hours; $ 8,809.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 20.90 | $340 | 7,106.00 |
| Elyssa J. Strug | 7.90 | $155 | 1,224.50 |
| Andrew D. Katznelson | 3.30 | $145 | 478.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/3/2003 | RCT | 340.00 | 0.80 | Review fee apps. |
| 3/6/2003 | RCT | 340.00 | 0.70 | Second look (.5); email TB (.2). |
| 3/11/2003 | RCT | 340.00 | 0.10 | Review March fee app schedules. |
| 3/13/2003 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |

| | | | | |
|---|---|---|---|---|
| 3/17/2003 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 3/18/2003 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 3/19/2003 | RCT | 340.00 | 0.50 | Review fee apps - final. |
| 3/21/2003 | EJS | 155.00 | 0.30 | Created April fee application schedule. |
| 3/24/2003 | RCT | 340.00 | 1.20 | Collect info for response to fee auditor. |
| 3/24/2003 | RCT | 340.00 | 0.10 | Conference with ES re: April schedule and assignments. |
| 3/25/2003 | RCT | 340.00 | 1.00 | Collect and review info. for response to fee auditor. |
| 3/27/2003 | EJS | 155.00 | 0.30 | Updated RCT fee files. |
| 4/1/2003 | RCT | 340.00 | 0.10 | Conference with ES/TB re: schedule and changes re: April fee apps. |
| 4/4/2003 | RCT | 340.00 | 0.30 | Review prebill. |
| 4/7/2003 | EJS | 155.00 | 0.50 | Updated payment schedule with payment recently received. |
| 4/7/2003 | EJS | 155.00 | 1.00 | Worked on quarterly fee application. |
| 4/7/2003 | EJS | 155.00 | 0.50 | Worked on Notice to monthly fee application. |
| 4/9/2003 | RCT | 340.00 | 2.50 | Draft response to fee auditor. |
| 4/10/2003 | RCT | 340.00 | 0.50 | Revise letter to fee auditor. |
| 4/15/2003 | RCT | 340.00 | 1.00 | Draft report to EI re: all fees and totals. |
| 4/15/2003 | EJS | 155.00 | 1.00 | Worked on monthly fee application. |
| 4/16/2003 | RCT | 340.00 | 1.00 | Draft report to EI re: all fees and totals. |
| 4/17/2003 | RCT | 340.00 | 1.00 | Draft memo re: fee issues. |
| 4/17/2003 | RCT | 340.00 | 1.30 | Review final report (check calculations) (.5); conference and email to EI and PVNL re: same (.3); draft memo to files re: same (.5). |
| 4/18/2003 | RCT | 340.00 | 1.00 | Revise memo and prepare all exhibits. |
| 4/21/2003 | RCT | 340.00 | 0.50 | Revise memo. |

| 4/21/2003 | RCT | 340.00 | 0.30 | Review final of monthly fee apps. |
|---|---|---|---|---|
| 4/22/2003 | RCT | 340.00 | 1.00 | Revise memo and add additional sections. |
| 4/22/2003 | RCT | 340.00 | 0.10 | Conference with AK re: exhibits to memo. |
| 4/22/2003 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 4/24/2003 | RCT | 340.00 | 0.80 | Revise memo per EI comments (.5); cite check (.3). |
| 4/24/2003 | RCT | 340.00 | 0.10 | Conference with ES/AK re: new procedures. |
| 4/25/2003 | RCT | 340.00 | 0.10 | Review May fee app schedule and conference with ES/AK re: same. |
| 4/25/2003 | RCT | 340.00 | 0.50 | Revisions to EI memo. |
| 5/5/2003 | RCT | 340.00 | 0.50 | Review pre-bills. |
| 5/8/2003 | EJS | 155.00 | 0.60 | Email response to Jones Day attaching document sent by Jones Day re fees in 2nd interim period. |
| 5/12/2003 | RCT | 340.00 | 0.50 | Review exhibits. |
| 5/20/2003 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |
| 5/20/2003 | ADK | 145.00 | 0.50 | Worked on monthly Fee Application. |
| 5/21/2003 | RCT | 340.00 | 0.50 | Review monthly fee apps - final. |
| 5/22/2003 | ADK | 145.00 | 0.30 | Worked on Fee Application. |
| 5/29/2003 | EJS | 155.00 | 0.50 | Created fee application schedules for monthlies and interims for June through December 2003. |
| 5/30/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application Notice. |
| 5/30/2003 | RCT | 340.00 | 0.30 | Review fee auditor initial report. |
| 5/30/2003 | RCT | 340.00 | 0.20 | Review final fee auditor report. |
| 6/2/2003 | RCT | 340.00 | 1.00 | Draft response to fee auditor. |
| 6/2/2003 | EJS | 155.00 | 0.20 | Updated payment schedule with previously filed fee applications. |
| 6/10/2003 | RCT | 340.00 | 0.50 | Review pre-bills. |

| 6/19/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 6/23/2003 | EJS | 155.00 | 0.30 | Worked on monthly fee application. |
| 6/24/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 6/24/2003 | RCT | 340.00 | 0.50 | Review final fee apps. |
| 6/30/2003 | RCT | 340.00 | 0.40 | Conference with ES re: expense issue (.2); draft response to fee auditor (.2). |

**Total Task Code .12**      **32.10**


## Fee Applications, Other (1.10 Hours; $ 687.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.10 | $625 | 687.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/3/2003 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 3/4/2003 | PVL | 625.00 | 0.10 | Review 3 fee applications. |
| 3/23/2003 | PVL | 625.00 | 0.10 | Review RL&F fee application. |
| 4/20/2003 | PVL | 625.00 | 0.10 | Review 9 fee applications. |
| 4/21/2003 | PVL | 625.00 | 0.10 | Review 5 fee applications. |
| 4/26/2003 | PVL | 625.00 | 0.10 | Review 3 fee applications. |
| 5/18/2003 | PVL | 625.00 | 0.10 | Review 6 fee applications. |
| 6/2/2003 | PVL | 625.00 | 0.10 | Review 7 fee applications. |
| 6/2/2003 | RCT | 340.00 | 0.00 | Draft response to fee auditor. |
| 6/27/2003 | PVL | 625.00 | 0.10 | Review 11 fee applications. |
| 6/28/2003 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 6/30/2003 | PVL | 625.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13          1.10**


**Financing/Cash Collateral (.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/3/2003 | PVL | 625.00 | 0.10 | Review DIP motion. |
| 6/4/2003 | PVL | 625.00 | 0.10 | Review DIP memo and email Hurford re same. |

**Total Task Code .14          .20**


**Insurance Coverage Litigation & Analysis (2.80 Hours; $ 1,818.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $710 | 568.00 |
| Peter V. Lockwood | 2.00 | $625 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/26/2003 | PVL | 625.00 | 0.10 | Review Empl. Surplus ins. deal. |
| 4/21/2003 | PVL | 625.00 | 0.20 | Review KACC SJ motion re insurance. |
| 5/1/2003 | PVL | 625.00 | 0.10 | Review KACC reply re 9019 motion re insurance deal.  Time for 4/21/03 |
| 5/14/2003 | PVL | 625.00 | 0.40 | Review insurance settlement motion (.1); confer JWD re same (.3). |
| 5/21/2003 | EI | 710.00 | 0.30 | Memo to Committee re: Gilbert conference (.1); memo re: insurance (.1); t/c Cooney re: same (.1). |
| 5/23/2003 | EI | 710.00 | 0.20 | T/c Eskin/Milch re: insurance settlement motion. |

| | | | | |
|---|---|---|---|---|
| 5/24/2003 | PVL | 625.00 | 0.30 | Review KWEL MBBS agreement. |
| 5/30/2003 | PVL | 625.00 | 0.20 | Review CA court decision re KACC insurance litigation. |
| 5/31/2003 | PVL | 625.00 | 0.20 | Review Nat'l Union SJ opposition. |
| 6/4/2003 | PVL | 625.00 | 0.20 | Review EI email re insurance issues and reply (.1); review email and reply re insurance memo (.1). |
| 6/4/2003 | EI | 710.00 | 0.10 | Memo to PVNL re: insurance matters. |
| 6/6/2003 | PVL | 625.00 | 0.20 | Review emails and teleconference EI re insurance issues (.1); review Hurford emails re same (.1). |
| 6/27/2003 | EI | 710.00 | 0.20 | Memo to PVNL re: insurance litigation status. |
| 6/30/2003 | PVL | 625.00 | 0.10 | Review TIC post-argument memo. |

**Total Task Code .16        2.80**


**Nonworking Travel (.10 Hours; $ 35.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $355 | 35.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/2/2003 | EI | 355.00 | 0.10 | Return to NY from Philadelphia.  [Total time of 1.4 hours divided among 14 cases.] |

**Total Task Code .19        .10**

**Plan of Reorganization/Disclosure Statement (5.80 Hours; $ 3,086.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.50 | $710 | 1,065.00 |
| Julie W. Davis | 4.30 | $470 | 2,021.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 3/4/2003 | JWD | 470.00 | 2.10 | Review existing confidentiality agreement and proposed new agreements |
| 4/1/2003 | EI | 710.00 | 0.50 | Memo to PVNL, JWD and Hurford re: Futures Rep and PWC. |
| 4/16/2003 | JWD | 470.00 | 0.80 | Review draft POC form, memo re same (.8) |
| 5/15/2003 | JWD | 470.00 | 1.40 | Review Kwelmbss settlement agreement (.9); e-mails to E. Harron re same (.5) |
| 5/20/2003 | EI | 710.00 | 1.00 | Conference Gilbert re: plan structure. |

**Total Task Code .20**        **5.80**


## Professional Retention Issues (1.40 Hours; $ 758.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $710 | 213.00 |
| Peter V. Lockwood | .60 | $625 | 375.00 |
| Rita C. Tobin | .50 | $340 | 170.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/16/2003 | PVL | 625.00 | 0.10 | Review Goodmans retention application. |
| 3/31/2003 | PVL | 625.00 | 0.10 | Review Covington and PWCS retention applications. |
| 4/4/2003 | EI | 710.00 | 0.20 | T/c Patton re: PW retention. |
| 4/7/2003 | RCT | 340.00 | 0.50 | Review retention app. |
| 4/16/2003 | EI | 710.00 | 0.10 | T/c J. Patton re: retention issue. |
| 4/21/2003 | PVL | 625.00 | 0.10 | Review KACC objections to FCR retention applications for C&B and PWCS. |
| 4/26/2003 | PVL | 625.00 | 0.10 | Review FCR replies re C&B and PWCS retention. |
| 5/9/2003 | PVL | 625.00 | 0.20 | Review PWCS retention filing. |

**Total Task Code .21**        **1.40**

{D0012882:1 }

**Unfair Labor Practices Issuses (.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/29/2003 | PVL | 625.00 | 0.10 | Review 2 fee applications. |

**Total Task Code .25        .10**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $31.70 |
| Research Material | $37.70 |
| Travel Expenses - Ground Transportation | $31.62 |
| Database Research | $21.35 |
| Xeroxing | $1,247.85 |
| Telecopier/Equitrac | $13.80 |
| Long Distance-Equitrac In-House | $5.87 |
| NYO Long Distance Telephone | $4.18 |
| **Total** | **$ 1,394.07** |