EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 410.45 |
| Charge of Cell and/or Home Phone Useage | 2.10 |
| Database Research | 612.36 |
| Long Distance Telephone Chge-Credit Card | 142.56 |
| Long Distance Telephone - Equitrac In-House | 26.61 |
| NYO Long Distance Telephone | 4.55 |
| Professional Fees & Expert Witness Fees | 3,818.75 |
| Research Material | 37.70 |
| Telecopier/Equitrac | 55.20 |
| Xeroxing | <u>1,067.55</u> |
| Total: | $ 6,177.83 |

{D0012885:1 }