```
Client Number:   4642          Grace Asbestos Personal Injury Claimants                                      Page:      1
Matter      000                Disbursements                                                                 5/15/2003
                                                                                                        Print Time:
6:09:39PM
Attn:                                                                                                   Invoice #

                                           PREBILL  / CONTROL  REPORT
                                             Trans Date Range:  1/1/1950  to: 4/30/2003

Matter      000
Disbursements
Bill Cycle:       Monthly           Style:          i1         Start:    4/16/2001
                                                           Last Billed : 4/24/2003                      13,655
```

Trust Amount Available

Total Expenses Billed To Date        $219,252.44

```
Billing Empl:       0120     Elihu Inselbuch
Responsible Empl:   0120     Elihu Inselbuch
Alternate Empl:     0120     Elihu Inselbuch
Originating Empl:   0120     Elihu Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 13.96 | 0.00 | 13.96 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 47.10 | 0.00 | 47.10 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 85.50 | 0.00 | 85.50 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 4,107.89 | 0.00 | 4,107.89 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 3,860.05 | 0.00 | 3,860.05 |
| 0149 | JPC | John P. Cunningham | 0.00 | 1.05 | 0.00 | 1.05 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 68.10 | 0.00 | 68.10 |
| 0234 | RET | Rita E Tower | 0.00 | 12.75 | 0.00 | 12.75 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 214.20 | 0.00 | 214.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | -3,017.47 | 0.00 | -3,017.47 |
|  |  |  | **0.00** | **5,393.13** | **0.00** | **5,393.13** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1469576 | Photocopy | E | 11/21/2002 | 0101 | RCS | 0.00 | | $5.10 | 0.00 | | $5.10 | 5.10 |
| 1469583 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $19.95 | 0.00 | | $19.95 | 25.05 |
| 1469584 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $0.30 | 0.00 | | $0.30 | 25.35 |
| 1469585 | Photocopy | E | 11/25/2002 | 0101 | RCS | 0.00 | | $0.45 | 0.00 | | $0.45 | 25.80 |
| 1469589 | Photocopy | E | 11/26/2002 | 0101 | RCS | 0.00 | | $11.70 | 0.00 | | $11.70 | 37.50 |
| 1452492 | Database Research-Westlaw research by MCH on | E | 04/01/2003 | 0999 | C&D | 0.00 | | $207.71 | 0.00 | | $207.71 | 245.21 |

Client Number:  4642                     Grace Asbestos Personal Injury Claimants                                              Page:      1
Matter      000                                  Disbursements                                                                 5/15/2003
                                                                                                                              Print Time:
6:09:39PM
Attn:
        02/23                                                                                                           Invoice #

```
1452677   Database Research-Westlaw research b NDF on 03/02  E  04/01/2003  0999  C&D   0.00    $355.79      0.00    $355.79      601.00
1452730   NYO Long Distance Telephone-Long distance call     E  04/01/2003  0999  C&D   0.00      $4.55      0.00      $4.55      605.55
          made in the month of February
1455342   Photocopy                                          E  04/01/2003  0101  RCS   0.00     $12.00      0.00     $12.00      617.55
1455723   Photocopy                                          E  04/02/2003  0999  C&D   0.00     $23.25      0.00     $23.25      640.80
1455827   Photocopy                                          E  04/03/2003  0999  C&D   0.00      $5.85      0.00      $5.85      646.65
1454568   Federal Express to David Rosenbloom from PVNL on   E  04/03/2003  0020  PVL   0.00     $13.96      0.00     $13.96      660.61
          3/20
1454800   Equitrac - Long Distance to 2128065562             E  04/03/2003  0999  C&D   0.00      $0.07      0.00      $0.07      660.68
1456943   Photocopy                                          E  04/07/2003  0090  EJS   0.00      $7.05      0.00      $7.05      667.73
1457013   Photocopy                                          E  04/07/2003  0999  C&D   0.00      $0.90      0.00      $0.90      668.63
1457073   Photocopy                                          E  04/07/2003  0999  C&D   0.00     $18.00      0.00     $18.00      686.63
1457259   Photocopy                                          E  04/08/2003  0090  EJS   0.00      $0.60      0.00      $0.60      687.23
1457918   Professional Fees & Expert Witness Fees -          E  04/08/2003  0999  C&D   0.00  -$3,188.10     0.00  -$3,188.10   -2,500.87
          Receipt from W.R. Grace that was then sent to
          Ness Motley on April 8, 2003
1457919   Professional Fees & Expert Witness Fees - Pymt     E  04/08/2003  0999  C&D   0.00    -$643.16     0.00    -$643.16   -3,144.03
          from W. R. Grace which was then sent to Kazan,
          McClain on 4/8/03
1472235   Committee Members requested by EJS                 E  04/08/2003  0120  EI    0.00   $3,188.10     0.00   $3,188.10       44.07
1472236   Committee Members requested by EJS                 E  04/08/2003  0120  EI    0.00     $643.16     0.00     $643.16      687.23
1458644   Fax Transmission to 13024269947                    E  04/09/2003  0120  EI    0.00       $0.45     0.00       $0.45      687.68
1458725   Photocopy                                          E  04/09/2003  0238  SLG   0.00       $8.25     0.00       $8.25      695.93
1458742   Photocopy                                          E  04/09/2003  0090  EJS   0.00       $5.40     0.00       $5.40      701.33
1459034   Photocopy                                          E  04/10/2003  0199  ADK   0.00      $49.80     0.00      $49.80      751.13
1459318   Photocopy                                          E  04/11/2003  0238  SLG   0.00     $195.75     0.00     $195.75      946.88
1459320   Photocopy                                          E  04/11/2003  0238  SLG   0.00       $8.10     0.00       $8.10      954.98
1460978   Equitrac - Long Distance to 8054993572             E  04/11/2003  0999  C&D   0.00       $0.08     0.00       $0.08      955.06
1460397   Photocopy                                          E  04/14/2003  0090  EJS   0.00       $6.60     0.00       $6.60      961.66
1460407   Photocopy                                          E  04/14/2003  0199  ADK   0.00      $10.20     0.00      $10.20      971.86
1460477   Photocopy                                          E  04/14/2003  0090  EJS   0.00       $3.30     0.00       $3.30      975.16
1460494   Photocopy                                          E  04/14/2003  0999  C&D   0.00      $25.80     0.00      $25.80    1,000.96
1460510   Photocopy                                          E  04/14/2003  0999  C&D   0.00      $35.70     0.00      $35.70    1,036.66
1462057   Equitrac - Long Distance to 2123198798             E  04/16/2003  0999  C&D   0.00       $0.20     0.00       $0.20    1,036.86
1462058   Equitrac - Long Distance to 2123198798             E  04/16/2003  0999  C&D   0.00       $0.05     0.00       $0.05    1,036.91
1459853   Research Material - Pacer Service Center for       E  04/16/2003  0999  C&D   0.00      $37.70     0.00      $37.70    1,074.61
          1/1/03 - 3/31/03
1462795   Photocopy                                          E  04/16/2003  0999  C&D   0.00       $5.25     0.00       $5.25    1,079.86
1462807   Photocopy                                          E  04/16/2003  0199  ADK   0.00       $8.10     0.00       $8.10    1,087.96
1462817   Photocopy                                          E  04/16/2003  0234  RET   0.00      $12.75     0.00      $12.75    1,100.71
1463101   Photocopy                                          E  04/17/2003  0999  C&D   0.00       $9.60     0.00       $9.60    1,110.31
1463126   Photocopy                                          E  04/17/2003  0999  C&D   0.00      $37.80     0.00      $37.80    1,148.11
1461428   Federal Express to Steven Kazan and Joseph Rice    E  04/18/2003  0120  EI    0.00      $28.46     0.00      $28.46    1,176.57
          from EI on 4/9
1461432   Occupational Health Initiatives                    E  04/18/2003  0138  BAS   0.00   $3,818.75     0.00   $3,818.75    4,995.32
1463462   Fax Transmission to 13024269947                    E  04/21/2003  0999  C&D   0.00       $0.30     0.00       $0.30    4,995.62
1463496   Photocopy                                          E  04/21/2003  0090  EJS   0.00       $6.15     0.00       $6.15    5,001.77
1463600   Photocopy                                          E  04/21/2003  0238  SLG   0.00       $1.80     0.00       $1.80    5,003.57
1463628   Photocopy                                          E  04/21/2003  0999  C&D   0.00       $5.40     0.00       $5.40    5,008.97
1463760   Photocopy                                          E  04/22/2003  0101  RCS   0.00      $32.25     0.00      $32.25    5,041.22
1463801   Photocopy                                          E  04/22/2003  0090  EJS   0.00      $18.00     0.00      $18.00    5,059.22
1462469   Equitrac - Long Distance to 2147296265             E  04/22/2003  0999  C&D   0.00       $0.06     0.00       $0.06    5,059.28
1463997   Equitrac - Long Distance to 8054993572             E  04/23/2003  0999  C&D   0.00       $0.73     0.00       $0.73    5,060.01
1464001   Equitrac - Long Distance to 2149784984             E  04/23/2003  0999  C&D   0.00       $0.48     0.00       $0.48    5,060.49
1464564   Federal Express to Baron, Kazan, Kelley, Meyer,    E  04/24/2003  0120  EI    0.00     $247.72     0.00     $247.72    5,308.21
          Milch, Rice, Heberling, Jacobs, Ferraro, Weitz,
          Eskin, Cohn, Cooney, Cloud from EI on 4/11
1464727   Fax Transmission to 12035699098                    E  04/24/2003  0238  SLG   0.00       $0.30     0.00       $0.30    5,308.51
1464736   Fax Transmission to 12145239159                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,308.81
1464737   Fax Transmission to 12145239157                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,309.11
1464739   Fax Transmission to 12145239158                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,309.41
1464740   Fax Transmission to 12145991171                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,309.71
1464741   Fax Transmission to 17136501400                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,310.01
1464742   Fax Transmission to 12148248100                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,310.31
1464743   Fax Transmission to 13125516759                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,310.61
1464744   Fax Transmission to 18432169450                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,310.91
1464745   Fax Transmission to 18432169290                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,311.21
1464746   Fax Transmission to 14067527124                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,311.51
1464747   Fax Transmission to 15108354913                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,311.81
1464748   Fax Transmission to 13026565875                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,312.11
1464749   Fax Transmission to 13053796222                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,312.41
1464750   Fax Transmission to 14124718308                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,312.71
1464751   Fax Transmission to 12123440994                    E  04/24/2003  0999  C&D   0.00       $0.30     0.00       $0.30    5,313.01
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                    Page:   1
Matter      000                    Disbursements                                                                               5/15/2003
                                                                                                                            Print Time:
6:09:39PM
Attn:                                                                                                                         Invoice #
1464752    Fax Transmission to 12123445461         E   04/24/2003   0999   C&D    0.00     $0.15    0.00      $0.15    5,313.16
1464753    Fax Transmission to 12123445462         E   04/24/2003   0999   C&D    0.00     $0.30    0.00      $0.30    5,313.46
1464754    Fax Transmission to 12123445461         E   04/24/2003   0999   C&D    0.00     $0.15    0.00      $0.15    5,313.61
1464755    Fax Transmission to 16179510679         E   04/24/2003   0999   C&D    0.00     $0.30    0.00      $0.30    5,313.91
1464764    Fax Transmission to 12165750799         E   04/24/2003   0999   C&D    0.00     $0.30    0.00      $0.30    5,314.21
1464767    Photocopy                               E   04/24/2003   0101   RCS    0.00     $3.75    0.00      $3.75    5,317.96
1464826    Photocopy                               E   04/24/2003   0999   C&D    0.00     $5.40    0.00      $5.40    5,323.36
1468896    Photocopy                               E   04/29/2003   0149   JPC    0.00     $1.05    0.00      $1.05    5,324.41
1466393    Database Research; Pacer charges for March 2003   E   04/30/2003   0999   C&D    0.00     $7.49    0.00      $7.49    5,331.90
1466406    Database Research; Pacer charges for March 2003   E   04/30/2003   0999   C&D    0.00    $19.04    0.00     $19.04    5,350.94
1466413    Federal Express to Brain Skertny on 4/8 E   04/30/2003   0138   BAS    0.00    $41.30    0.00     $41.30    5,392.24
1468356    Equitrac - Long Distance to 3053747580  E   04/30/2003   0999   C&D    0.00     $0.89    0.00      $0.89    5,393.13
Total Expenses                                                                    0.00  $5,393.13   0.00   $5,393.13


                Matter Total Fees                                                              0.00               0.00


                Matter Total Expenses                                                      5,393.13           5,393.13


                Matter Total                                                     0.00      5,393.13   0.00    5,393.13



                Prebill Total Fees


                Prebill Total Expenses                                                    $5,393.13          $5,393.13


                Prebill Total                                                    0.00    $5,393.13    0.00   $5,393.13


Previous Billings

InvoiceNo       InvoiceDate         InvoiceTotal        OpenTotal

36,593          07/26/2002           121,163.25         13,975.99
36,950          08/22/2002           231,722.75         24,660.40
37,197          09/25/2002           246,726.25         35,891.10
37,665          10/31/2002           153,308.00         30,661.60
37,961          11/30/2002            36,076.50          7,215.30
37,962          11/30/2002           137,754.50         27,550.90
38,222          12/26/2002            36,910.00          7,382.00
38,223          12/26/2002           155,061.50         31,012.30
40,448          01/27/2003            20,299.58         20,299.58
40,704          02/22/2003            17,632.50         17,632.50
40,965          03/11/2003            31,418.00          6,283.60
40,966          03/11/2003            43,961.50         43,961.50
41,070          03/20/2003            12,194.52         12,194.52
41,071          03/20/2003            27,076.50         27,076.50
41,428          04/24/2003             9,359.43          9,359.43
41,429          04/24/2003            12,991.50         12,991.50
                                   1,293,656.28        328,148.72
```

```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                                                        Page:    1
Matter     000                        Disbursements                                                                             5/15/2003
                                                                                                                              Print Time:
6:09:39PM
Attn:                                                                                                                           Invoice #
                                                                             Trans Date Range:   1/1/1950  to: 5/31/2003

Matter     000
Disbursements
Bill Cycle:         Monthly          Style:         i1          Start:    4/16/2001
                                                                      Last Billed : 5/22/2003                    13,655




Trust Amount Available

                                      Total Expenses Billed To Date         $224,645.57

                                                                          Billing Empl:        0120      Elihu Inselbuch
                                                                          Responsible Empl:    0120      Elihu Inselbuch
                                                                          Alternate Empl:      0120      Elihu Inselbuch
                                                                          Originating Empl:    0120      Elihu Inselbuch




Summary   by Employee
                                                         ---------- A C T U A L ----------         ---------- B I L L I N G---------
  Empl      Initials     Name                              Hours              Amount                 Hours              Amount

  0090      EJS          Elyssa J. Strug                    0.00               41.85                  0.00               41.85
  0101      RCS          Robert C. Spohn                    0.00               20.10                  0.00               20.10
  0120      EI           Elihu Inselbuch                    0.00               62.94                  0.00               62.94
  0149      JPC          John P. Cunningham                 0.00                0.45                  0.00                0.45
  0197      TLW          Tracy L. Wantuck                   0.00                0.60                  0.00                0.60
  0199      ADK          Andrew D Katznelson                0.00              207.15                  0.00              207.15
  0237      SC           Sharon  Clark                      0.00               21.75                  0.00               21.75
  0238      SLG          Stacey L Gandy                     0.00                5.85                  0.00                5.85
  0999      C&D          Caplin &. Drysdale                 0.00              212.97                  0.00              212.97
                                                            0.00              573.66                  0.00              573.66
Total Fees




Summary   by Employee
                                                         ---------- A C T U A L ----------         ---------- B I L L I N G---------
  Empl      Initials     Name                     Rate         Hours          Amount        Rate        Hours           Amount

Total Fees




Detail Time / Expense  by  Date
                                                                             ---------- A C T U A L ----------     ---------- B I L L I N G---------
  TransNo.     Description                    TransType  Trans Date    Work Empl      Rate    Hours      Amount    Rate    Hours    Amount  Cumulative

  1478584      Photocopy                          E      04/25/2003    0199    ADK    0.00             $105.00     0.00            $105.00     105.00
  1478597      Photocopy                          E      04/28/2003    0090    EJS    0.00               $6.00     0.00              $6.00     111.00
  1478621      Photocopy                          E      04/29/2003    0999    C&D    0.00               $4.20     0.00              $4.20     115.20
  1478623      Photocopy                          E      04/29/2003    0999    C&D    0.00               $3.60     0.00              $3.60     118.80
  1478624      Photocopy                          E      04/29/2003    0238    SLG    0.00               $5.25     0.00              $5.25     124.05
  1478651      Photocopy                          E      04/30/2003    0090    EJS    0.00               $5.40     0.00              $5.40     129.45
  1478652      Photocopy                          E      04/30/2003    0090    EJS    0.00               $5.40     0.00              $5.40     134.85
  1477497      Fax Transmission to 13024269947    E      04/30/2003    0999    C&D    0.00               $0.15     0.00              $0.15     135.00
  1477498      Fax Transmission to 13024269947    E      04/30/2003    0999    C&D    0.00               $0.15     0.00              $0.15     135.15
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                            Page:      1
Matter    000                   Disbursements                                                                       5/15/2003
                                                                                                                   Print Time:
6:09:39PM
Attn:                                                                                                              Invoice #
1477499   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    135.30
1477500   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.30    0.00    $0.30    135.60
1477501   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    135.75
1477502   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.45    0.00    $0.45    136.20
1477503   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    136.35
1477504   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $2.40    0.00    $2.40    138.75
1477505   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    138.90
1477506   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    139.05
1477507   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $1.50    0.00    $1.50    140.55
1477508   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.45    0.00    $0.45    141.00
1477509   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.60    0.00    $0.60    141.60
1477510   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    141.75
1477511   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    141.90
1477512   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    142.05
1477513   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $1.05    0.00    $1.05    143.10
1477514   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.15    0.00    $0.15    143.25
1477515   Fax Transmission to 13024269947        E   04/30/2003   0999   C&D    0.00    $0.45    0.00    $0.45    143.70
1478681   Photocopy                              E   05/01/2003   0199   ADK    0.00   $38.40    0.00   $38.40    182.10
1478707   Photocopy                              E   05/02/2003   0999   C&D    0.00    $4.05    0.00    $4.05    186.15
1469326   Long Distance Telephone Chge-Credit Card-Long  E   05/02/2003  0999  C&D  0.00  $142.56  0.00  $142.56  328.71
          distance call made in the month of December
1469990   Equitrac - Long Distance to 8054993572 E   05/02/2003   0999   C&D    0.00    $0.05    0.00    $0.05    328.76
1470027   Equitrac - Long Distance to 8054993572 E   05/02/2003   0999   C&D    0.00    $4.79    0.00    $4.79    333.55
1474496   Photocopy                              E   05/02/2003   0197   TLW    0.00    $0.15    0.00    $0.15    333.70
1478720   Photocopy                              E   05/05/2003   0090   EJS    0.00    $5.70    0.00    $5.70    339.40
1478812   Photocopy                              E   05/08/2003   0199   ADK    0.00   $63.75    0.00   $63.75    403.15
1471887   Equitrac - Long Distance to 8054993572 E   05/09/2003   0999   C&D    0.00    $0.51    0.00    $0.51    403.66
1471914   Equitrac - Long Distance to 3033127321 E   05/09/2003   0999   C&D    0.00    $0.14    0.00    $0.14    403.80
1472125   Photocopy                              E   05/09/2003   0101   RCS    0.00    $9.30    0.00    $9.30    413.10
1472312   Federal Express to Eskin, Smith, from EI on 4/22  E  05/12/2003  0120  EI  0.00  $45.44  0.00  $45.44  458.54
1472961   Equitrac - Long Distance to 8054993572 E   05/12/2003   0999   C&D    0.00    $0.08    0.00    $0.08    458.62
1478854   Photocopy                              E   05/12/2003   0090   EJS    0.00    $5.85    0.00    $5.85    464.47
1478870   Photocopy                              E   05/12/2003   0999   C&D    0.00    $0.75    0.00    $0.75    465.22
1478882   Photocopy                              E   05/12/2003   0999   C&D    0.00    $5.40    0.00    $5.40    470.62
1474678   Photocopy                              E   05/13/2003   0101   RCS    0.00   $10.80    0.00   $10.80    481.42
1474702   Photocopy                              E   05/13/2003   0237   SC     0.00    $5.85    0.00    $5.85    487.27
1474770   Photocopy                              E   05/13/2003   0237   SC     0.00   $11.40    0.00   $11.40    498.67
1474798   Photocopy                              E   05/13/2003   0149   JPC    0.00    $0.45    0.00    $0.45    499.12
1474900   Photocopy                              E   05/14/2003   0197   TLW    0.00    $0.45    0.00    $0.45    499.57
1475855   Equitrac - Long Distance to 8054993572 E   05/16/2003   0999   C&D    0.00    $0.09    0.00    $0.09    499.66
1478946   Photocopy                              E   05/16/2003   0999   C&D    0.00    $5.40    0.00    $5.40    505.06
1476595   Photocopy                              E   05/16/2003   0237   SC     0.00    $2.25    0.00    $2.25    507.31
1476597   Photocopy                              E   05/16/2003   0237   SC     0.00    $2.25    0.00    $2.25    509.56
1478978   Photocopy                              E   05/19/2003   0999   C&D    0.00    $3.00    0.00    $3.00    512.56
1475952   Equitrac - Long Distance to 5613621302 E   05/19/2003   0999   C&D    0.00    $4.10    0.00    $4.10    516.66
1475997   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.06    0.00    $0.06    516.72
1476036   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.05    0.00    $0.05    516.77
1476056   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.05    0.00    $0.05    516.82
1476063   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.96    0.00    $0.96    517.78
1476066   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.18    0.00    $0.18    517.96
1476067   Equitrac - Long Distance to 8054993572 E   05/20/2003   0999   C&D    0.00    $0.12    0.00    $0.12    518.08
1478411   Fax Transmission to 13024269947        E   05/20/2003   0999   C&D    0.00    $0.15    0.00    $0.15    518.23
1478412   Fax Transmission to 13024269947        E   05/20/2003   0999   C&D    0.00    $0.15    0.00    $0.15    518.38
1478991   Photocopy                              E   05/20/2003   0999   C&D    0.00    $0.90    0.00    $0.90    519.28
1479008   Photocopy                              E   05/20/2003   0090   EJS    0.00    $6.75    0.00    $6.75    526.03
1479094   Photocopy                              E   05/21/2003   0238   SLG    0.00    $0.60    0.00    $0.60    526.63
1479437   Equitrac - Long Distance to 3033127321 E   05/22/2003   0999   C&D    0.00    $0.15    0.00    $0.15    526.78
1481105   Photocopy                              E   05/27/2003   0090   EJS    0.00    $6.75    0.00    $6.75    533.53
1482339   Equitrac - Long Distance to 3024261900 E   05/29/2003   0999   C&D    0.00    $0.16    0.00    $0.16    533.69
1480619   Federal Express to Russell Budd from EI on 5/20  E  05/29/2003  0120  EI  0.00  $13.77  0.00  $13.77  547.46
1480624   Federal Express to Marla Eskin from EI on 5/22   E  05/29/2003  0120  EI  0.00   $3.73  0.00   $3.73  551.19
1483911   Database Research                      E   05/30/2003   0999   C&D    0.00   $22.33    0.00   $22.33    573.52
1484366   Equitrac - Long Distance to 3024269910 E   05/30/2003   0999   C&D    0.00    $0.14    0.00    $0.14    573.66
Total Expenses                                                                  0.00  $573.66    0.00  $573.66

                Matter Total Fees                                                         0.00                  0.00

                Matter Total Expenses                                                   573.66                573.66
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                              Page:     1
Matter      000                    Disbursements                                                        5/15/2003
                                                                                                       Print Time:
6:09:39PM
Attn:                                                                                                    Invoice #


              Matter Total                                              0.00           573.66        0.00       573.66



              Prebill Total Fees


              Prebill Total Expenses                                                 $573.66                   $573.66


              Prebill Total                                             0.00         $573.66        0.00       $573.66
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 7,215.30 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 36,910.00 | 7,382.00 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 15,009.00 | 3,001.80 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,070 | 03/20/2003 | 10,063.00 | 2,012.60 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,428 | 04/24/2003 | 8,858.00 | 1,771.60 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 17,686.63 | 17,686.63 |
| 41,745 | 05/22/2003 | 4,425.50 | 4,425.50 |
|  |  | 1,310,511.96 | 261,030.00 |

```
                                       PREBILL  / CONTROL  REPORT
                                          Trans Date Range:   1/1/1950  to: 6/30/2003
Matter      000
Disbursements
Bill Cycle:         Monthly         Style:       i1        Start:   4/16/2001
                                                         Last Billed : 6/25/2003                         13,655




Trust Amount Available

                                Total Expenses Billed To Date      $225,219.23

                                                             Billing Empl:       0120     Elihu Inselbuch
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:       1
Matter     000                            Disbursements                                                                  5/15/2003
6:09:39PM                                                                                                               Print Time:
Attn:                                                                                                         Invoice #
                                                                    Responsible Empl:    0120    Elihu Inselbuch
                                                                    Alternate Empl:      0120    Elihu Inselbuch
                                                                    Originating Empl:    0120    Elihu Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0083 | CSR | Christopher S. Rizek | 0.00 | 2.10 | 0.00 | 2.10 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 31.80 | 0.00 | 31.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 10.80 | 0.00 | 10.80 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 49.50 | 0.00 | 49.50 |
| 0228 | APB | Amanada P Bazurto | 0.00 | 5.40 | 0.00 | 5.40 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 6.00 | 0.00 | 6.00 |
| 0234 | RET | Rita E Tower | 0.00 | 14.40 | 0.00 | 14.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 3.00 | 0.00 | 3.00 |
| 0807 | LD | Leila Dominick | 0.00 | 11.85 | 0.00 | 11.85 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 76.19 | 0.00 | 76.19 |
|  |  |  | **0.00** | **211.04** | **0.00** | **211.04** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1484738 | Photocopy | E | 06/02/2003 | 0090 | EJS | 0.00 |  | $5.85 | 0.00 |  | $5.85 | 5.85 |
| 1484832 | Photocopy | E | 06/02/2003 | 0999 | C&D | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 6.60 |
| 1485494 | Equitrac - Long Distance to 8052088595 | E | 06/03/2003 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 6.65 |
| 1485952 | Fax Transmission to 12145239159 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 8.00 |
| 1485953 | Fax Transmission to 12145239157 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 9.35 |
| 1485954 | Fax Transmission to 12145991171 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 10.70 |
| 1485955 | Fax Transmission to 12148248100 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 12.05 |
| 1485956 | Fax Transmission to 17136501400 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 13.40 |
| 1485957 | Fax Transmission to 13125516759 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 14.75 |
| 1485958 | Fax Transmission to 18432169450 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 16.10 |
| 1485959 | Fax Transmission to 18432169290 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 17.45 |
| 1485960 | Fax Transmission to 12123440994 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 18.80 |
| 1485961 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 19.10 |
| 1485962 | Fax Transmission to 12123445462 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 19.40 |
| 1485963 | Fax Transmission to 14067527124 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 20.75 |
| 1485964 | Fax Transmission to 13026565875 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 22.10 |
| 1485965 | Fax Transmission to 16179510679 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 23.45 |
| 1485966 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 24.20 |
| 1485967 | Fax Transmission to 12123445462 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $1.05 | 0.00 |  | $1.05 | 25.25 |
| 1485968 | Fax Transmission to 15108354913 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 26.60 |
| 1485969 | Fax Transmission to 12123445461 | E | 06/04/2003 | 0232 | LK | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 26.90 |
| 1485970 | Fax Transmission to 12165750799 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 28.25 |
| 1485971 | Fax Transmission to 13053796222 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 29.60 |
| 1485972 | Fax Transmission to 14124718308 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 30.95 |
| 1485973 | Fax Transmission to 12145239158 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 32.30 |
| 1485974 | Fax Transmission to 12024293329 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 33.65 |
| 1485975 | Fax Transmission to 12024293301 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $1.35 | 0.00 |  | $1.35 | 35.00 |
| 1485976 | Fax Transmission to 13024269947 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 35.15 |
| 1485977 | Fax Transmission to 14122615066 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 35.60 |
| 1485978 | Fax Transmission to 13024269947 | E | 06/04/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 36.05 |

```
Client Number:  4642             Grace Asbestos Personal Injury Claimants                                              Page:      1
Matter     000                        Disbursements                                                                    5/15/2003
                                                                                                                    Print Time:
                                                                                                                       6:09:39PM
Attn:                                                                                                              Invoice #
1485979    Fax Transmission to 14122615066        E   06/04/2003    0999    C&D      0.00       $0.30     0.00      $0.30      36.35
1485980    Fax Transmission to 14122615066        E   06/04/2003    0999    C&D      0.00       $0.15     0.00      $0.15      36.50
1485981    Fax Transmission to 14122615066        E   06/04/2003    0999    C&D      0.00       $0.45     0.00      $0.45      36.95
1486083    Photocopy                              E   06/04/2003    0999    C&D      0.00       $0.30     0.00      $0.30      37.25
1486118    Photocopy                              E   06/04/2003    0232    LK       0.00       $0.60     0.00      $0.60      37.85
1486298    Fax Transmission to 13024269947        E   06/05/2003    0999    C&D      0.00       $0.15     0.00      $0.15      38.00
1486301    Fax Transmission to 13024269947        E   06/05/2003    0999    C&D      0.00       $1.35     0.00      $1.35      39.35
1486329    Photocopy                              E   06/05/2003    0238    SLG      0.00       $1.20     0.00      $1.20      40.55
1485379    Petty Cash; To reimburse CSR for various cell   E   06/05/2003    0083    CSR      0.00       $2.10     0.00      $2.10      42.65
           phone calls during April
1488197    Photocopy                              E   06/09/2003    0090    EJS      0.00       $6.30     0.00      $6.30      48.95
1488241    Photocopy                              E   06/09/2003    0999    C&D      0.00       $1.50     0.00      $1.50      50.45
1488278    Photocopy                              E   06/10/2003    0999    C&D      0.00       $0.60     0.00      $0.60      51.05
1488347    Photocopy                              E   06/10/2003    0999    C&D      0.00       $5.40     0.00      $5.40      56.45
1486854    Federal Express to NDF from Rachel Fleishman on   E   06/10/2003    0999    C&D      0.00      $16.07     0.00     $16.07      72.52
           5/15
1490562    Photocopy                              E   06/11/2003    0234    RET      0.00       $8.85     0.00      $8.85      81.37
1490563    Photocopy                              E   06/11/2003    0234    RET      0.00       $5.55     0.00      $5.55      86.92
1480668    Photocopy                              E   06/11/2003    0999    C&D      0.00       $1.80     0.00      $1.80      88.72
1490990    Photocopy                              E   06/13/2003    0999    C&D      0.00       $6.00     0.00      $6.00      94.72
1491209    Photocopy                              E   06/16/2003    0090    EJS      0.00       $6.30     0.00      $6.30     101.02
1491306    Photocopy                              E   06/16/2003    0999    C&D      0.00       $0.75     0.00      $0.75     101.77
1492907    Photocopy                              E   06/19/2003    0101    RCS      0.00      $10.80     0.00     $10.80     112.57
1493276    Fax Transmission to 12145239159        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     112.87
1493278    Fax Transmission to 12145239157        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     113.17
1493279    Fax Transmission to 12145239158        E   06/23/2003    0999    C&D      0.00       $0.30     0.00      $0.30     113.47
1493280    Fax Transmission to 12145991171        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     113.77
1493282    Fax Transmission to 17136501400        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     114.07
1493283    Fax Transmission to 13125516759        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     114.37
1493284    Fax Transmission to 18432169450        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     114.67
1493285    Fax Transmission to 18432169290        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     114.97
1493286    Fax Transmission to 14067527124        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     115.27
1493287    Fax Transmission to 13026565875        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     115.57
1493288    Fax Transmission to 15108354913        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     115.87
1493289    Fax Transmission to 12165750799        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     116.17
1493290    Fax Transmission to 13053796222        E   06/23/2003    0228    APB      0.00       $0.45     0.00      $0.45     116.62
1493291    Fax Transmission to 14124718308        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     116.92
1493292    Fax Transmission to 12123440994        E   06/23/2003    0999    C&D      0.00       $0.30     0.00      $0.30     117.22
1493293    Fax Transmission to 12123445461        E   06/23/2003    0999    C&D      0.00       $0.45     0.00      $0.45     117.67
1493294    Fax Transmission to 12123445462        E   06/23/2003    0999    C&D      0.00       $0.45     0.00      $0.45     118.12
1493295    Fax Transmission to 16179510679        E   06/23/2003    0999    C&D      0.00       $0.30     0.00      $0.30     118.42
1493296    Fax Transmission to 12024293329        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     118.72
1493297    Fax Transmission to 12024293301        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     119.02
1493298    Fax Transmission to 13024269947        E   06/23/2003    0228    APB      0.00       $0.15     0.00      $0.15     119.17
1493299    Fax Transmission to 13024269947        E   06/23/2003    0228    APB      0.00       $0.15     0.00      $0.15     119.32
1493300    Fax Transmission to 12148248100        E   06/23/2003    0228    APB      0.00       $0.30     0.00      $0.30     119.62
1493301    Fax Transmission to 14122615066        E   06/23/2003    0228    APB      0.00       $0.15     0.00      $0.15     119.77
1493306    Fax Transmission to 14122615066        E   06/23/2003    0999    C&D      0.00       $0.30     0.00      $0.30     120.07
1493330    Photocopy                              E   06/23/2003    0090    EJS      0.00       $6.30     0.00      $6.30     126.37
1493353    Photocopy                              E   06/23/2003    0999    C&D      0.00       $0.90     0.00      $0.90     127.27
1493369    Photocopy                              E   06/23/2003    0238    SLG      0.00       $0.75     0.00      $0.75     128.02
1493679    Equitrac - Long Distance to 8054993572  E   06/24/2003    0999    C&D      0.00       $0.05     0.00      $0.05     128.07
1493700    Equitrac - Long Distance to 8054993572  E   06/24/2003    0999    C&D      0.00       $0.05     0.00      $0.05     128.12
1493942    Photocopy                              E   06/24/2003    0999    C&D      0.00       $1.20     0.00      $1.20     129.32
1494046    Photocopy                              E   06/24/2003    0807    LD       0.00      $11.85     0.00     $11.85     141.17
1494150    Photocopy                              E   06/25/2003    0199    ADK      0.00      $16.20     0.00     $16.20     157.37
1495366    Photocopy                              E   06/26/2003    0090    EJS      0.00       $1.20     0.00      $1.20     158.57
1495392    Photocopy                              E   06/26/2003    0199    ADK      0.00      $33.30     0.00     $33.30     191.87
1497610    Equitrac - Long Distance to 8054993572  E   06/27/2003    0999    C&D      0.00       $7.73     0.00      $7.73     199.60
1497714    Equitrac - Long Distance to 2123197125  E   06/30/2003    0999    C&D      0.00       $1.65     0.00      $1.65     201.25
1497715    Equitrac - Long Distance to 3053756156  E   06/30/2003    0999    C&D      0.00       $2.89     0.00      $2.89     204.14
1498104    Photocopy                              E   06/30/2003    0090    EJS      0.00       $5.85     0.00      $5.85     209.99
1498225    Photocopy                              E   06/30/2003    0238    SLG      0.00       $1.05     0.00      $1.05     211.04
Total Expenses                                                                        0.00    $211.04     0.00    $211.04


                   Matter Total Fees                                                                      0.00                0.00


                   Matter Total Expenses                                                                211.04              211.04
```

```
Client Number:   4642             Grace Asbestos Personal Injury Claimants                                           Page:     1
Matter      000                   Disbursements                                                                      5/15/2003
                                                                                                                Print Time:
6:09:39PM
Attn:                                                                                                                Invoice #


              Matter Total                                                      0.00         211.04        0.00       211.04



              Prebill Total Fees


              Prebill Total Expenses                                                        $211.04                  $211.04


              Prebill Total                                                     0.00        $211.04        0.00      $211.04
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 7,215.30 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 36,910.00 | 7,382.00 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 15,009.00 | 3,001.80 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,070 | 03/20/2003 | 10,063.00 | 2,012.60 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,428 | 04/24/2003 | 8,858.00 | 1,771.60 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 17,686.63 | 17,686.63 |
| 41,745 | 05/22/2003 | 4,425.50 | 4,425.50 |
| 42,008 | 06/25/2003 | 7,649.16 | 7,649.16 |
| 42,071 | 06/27/2003 | 3,191.00 | 3,191.00 |
|  |  | 1,321,352.12 | 271,870.16 |