# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 6/02/03; 3858 | 4/1/03-4/30/03 | 9,834.80 (80% of 12,293.50) | 5,393.13 | **Pending** | **Pending** |
| 7/01/03; 3977 | 5/1/03-5/31/03 | 5,660.40 (80% of 7,075.50) | 573.66 | **Pending** | **Pending** |
| 8/05/03; 4143 | 6/1/03-6/30/03 | 6,848.80 (80% OF 8,561.00) | 211.04 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Apr. to June, 2003 Hours | Cumulative Apr. to June, 2003 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .1 | $ 47.00 |
| Asset Disposition | .0 | $ .00 | 2.0 | $ 1,250.00 |
| Business Operations | .0 | $ .00 | 13.0 | $ 4,914.00 |
| Case Administration | 62.3 | $ 12,158.50 | 1,552.7 | $ 324,899.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 20.8 | $ 4,772.00 | 1,233.9 | $ 344,555.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .3 | $ 139.50 | 3.1 | $ 1,669.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .9 | $ 639.00 | 71.9 | $ 38,757.50 |
| Employee Benefits/Pension | .1 | $ 62.50 | 8.0 | $ 3,942.00 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Applicant | .0 | .00 | 32.8 | $ 8,214.00 |
| Employment Applications, Others | .0 | $ .00 | 38.9 | $ 14,930.00 |
| Expenses | .0 | .00 | .0 | .00 |
| Fee Applications, Applicant | 23.7 | $ 6,334.50 | 219.8 | $ 54,437.00 |
| Fee Applications, Others | .9 | $ 327.50 | 21.3 | $ 5,529.00 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | .0 | $ .00 | 52.0 | $ 30,098.50 |
| Litigation and Litigation Consulting | 4.3 | $ 1,556.00 | 1,238.1 | $ 384,519.50 |
| Plan & Disclosure Statement | .0 | $ .00 | 11.0 | $ 5,035.00 |
| Relief from Stay Proceedings | .0 | $ .00 | .0 | .00 |
| Tax Issues | .0 | $ .00 | 60.1 | $ 19,081.00 |
| Tax Litigation | 2.5 | $ 1,225.00 | 26.2 | $ 8,537.50 |
| Travel-Non-Working | .1 | $ 35.50 | 296.9 | $ 55,812.00 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | .00 | .0 | .00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .5 | $ 170.00 | .5 | $ 170.00 |
| Fee Auditor Matters | 1.5 | $ 510.00 | 1.5 | $ 510.00 |
| **Totals** | **117.9** | **$27,930.00** | **4,883.9** | **$1,306,969.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Total Expenses | Total Expense |
|---|---|---|

{D0012888:1 }

| (Examples) | For The Period 4/1/03 – 6/30/03 | From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 612.36 | $ 61,477.22 |
| Research Material | 37.70 | 1,847.56 |
| Air Freight & Express Mail | 410.45 | 7,595.43 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | 3,818.75 | 14,365.55 |
| Court Reporting/Transcript Service | .00 | 4,145.19 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | .00 | 38,671.99 |
| Meals Related to Travel | .00 | 2,936.51 |
| Travel Expenses – Hotel Charges | .00 | 13,181.45 |
| Travel Expenses – Ground Transportation | .00 | 6,621.98 |
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,068.35 |
| Local Transportation - DC | .00 | 110.80 |
| Local Transportation – NY | .00 | 183.58 |
| Xeroxing | 1,067.55 | 40,632.60 |
| Postage | .00 | 151.87 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 55.20 | 1,365.85 |
| Long Distance –Credit Card | 142.56 | 1,076.83 |
| Long Distance Telephone - DC | 26.61 | 1,695.45 |
| NYO Long Distance Telephone | 4.55 | 1,819.23 |
| Use of Cell/Home Phone | 2.10 | 529.61 |
| **TOTAL** | **$ $6,177.83** | **$ $225,430.27** |