## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 5, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

Name of Applicant:                                        Richardson Patrick Westbrook
                                                         & Brickman, LLC

Authorized to Provide Professional Services to:          Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002

Period for which compensation and
Reimbursement is sought:                                 June 1, 2003 through
                                                         June 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 202,080.25

Amount of Expenses Reimbursement:                        $ 71,550.40

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | Approved | Approved |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | Approved | Approved |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | Approved | Approved |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |

This is the tenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 70.0 | $45,337.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 140.3 | $55,220.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 160.4 | $39,524.75 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 102.7 | $22,488.00 |
| TOTALS | | | | | 473.4 | $162,570.25 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 60.8 | $7,600.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 117.9 | $14,737.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 32.4 | $4,050.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 85.6 | $10,700.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 11.6 | $870.00 |
| Jodi Hanshaw | Lit. Support | 15 | Litigation | $75 | 1.0 | $75.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 19.7 | $1,477.50 |
| TOTALS | | | | | 329.0 | $39,510.00 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 11.1 | $957.50 |
| 20-Travel–Non-working | 45.0 | $6,041.25 |
| 22-ZAI Science Trial | 746.3 | $195,081.50 |
| TOTALS | 802.4 | $202,080.25 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $170.25 |
| Telephone Expense – Outside | $748.14 |
| Duplicating – Internal | $1,140.00 |
| Rental Cars | $91.25 |
| Outside Duplicating | $304.90 |
| Lodging | $1,927.94 |
| Parking | $171.50 |
| Air Travel Expense | $6,689.46 |
| Taxi Expense | $349.00 |
| Mileage Expense | $72.64 |
| Working Meals | $390.36 |
| General Expense | $325.33 |
| Expert Services | $52,639.25 |
| Reference Materials | $494.19 |
| Court Reporter | $6,036.19 |
| Total | $71,550.40 |

Dated: August 15, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 5, 2003** |
| | | **Hearing Date: TBD only if necessary** |

### FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>JUNE 1, 2003 THROUGH JUNE 30, 2003</u>

VERIFICATION

STATE OF SOUTH CAROLINA    )
                            )
COUNTY OF CHARLESTON     )

      Edward J. Westbrook, after being duly sworn according to law, deposes and says:

      a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

      b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

      c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 15th day of August, 2003.

Kimberley M. Anderson

Notary Public for South Carolina
My Commission Expires: March 31, 2004

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 3, 2003** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>JUNE 1, 2003 THROUGH JUNE 30, 2003</u>**

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |

#### Day: 06/01/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 06/01/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for Hughson deposition (1.4); research animal and epidemiological studies relied upon by Ilgren (0.7); compile relevant documents and draft memo to Ms. Kerrison re: same (0.3) | $265.00 | 2.40 | $636.00 |
| 06/01/2003<br>rlurkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed materials and dictated memos regarding deposition of Lee (6.5). | $400.00 | 6.50 | $2,600.00 |

#### Day: 06/02/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 06/02/2003<br>rlurkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with consultant regarding issues raised by Grace (1.0); Dictated and finalized letter to Jim Bentz regarding depositions of Anderson, Hughson and Lee (.8); Meeting with property damage group regarding status of ZAI Science Trial and strategy (1.0); Continued reviewing materials in preparation for Lee deposition (3.5); Conversation with Ed Westbrook regarding "cleavage fragment" and depositions (.2). | $400.00 | 6.50 | $2,600.00 |
| 06/02/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeeting with PD team regarding briefing, research and depositions (1.0); telephone conference with H. Anderson regarding E. Anderson and IRIS database (.2); review IRIS database, articles, simulation studies and prior deposition transcripts in preparation for E. Anderson deposition (5.5); prepare deposition outline and notes for E. Anderson deposition (1.4) | $240.00 | 8.10 | $1,944.00 |
| 06/02/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding status of ZAI case and strategy | $75.00 | 1.00 | $75.00 |
| 06/02/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding status of ZAI case and strategy | $75.00 | 1.00 | $75.00 |
| 06/02/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Changes to fiber chart (2); attend meeting regarding assignments, update, etc. regarding ZAI Science Trial (1) | $125.00 | 3.00 | $375.00 |
| 06/02/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for Hughson deposition (8.7); conference with Ms. Hughes regarding Ilgren deposition summary issues (0.1); research Grace reliance materials (0.4); review Grace supplemental reliance materials and draft memo regarding same (0.5); ZAI team meeting regarding case status, expert deposition and dispositive motion strategy (1.0) | $265.00 | 10.70 | $2,835.50 |
| 06/02/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Research re science articles for expert depos (6.0); ZAI science team meeting re status and strategy (1.0) | $125.00 | 7.00 | $875.00 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 06/02/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 1.80 | $1,170.00 |
| | | Staff meeting to review status of expert discovery, assignments, prepare for briefing (1.0); review materials from Darrell Scoott for use as possible additional reliance materials (.1), designate materials for expert reliance materials, and prepare correspondence to Grace regarding same (.5); conversation with Rob Turkewitz regarding "cleavage fragment" issue and upcoming depositions (.2) | | | | |
| 06/02/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.60 | $950.00 |
| | | PD Meeting regarding ZAI Science Trial (1.0); Summarize Ilgren Depo (5.0); Begin summarizing Kilpatrick 5/6/03 Depo (.5); Review Ilgren depo for chrysotile/tremolite dangers (1.0); meeting with Jay Ward regarding Ilgren deposition issues (.1) | | | | |
| 06/02/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 1.00 | $75.00 |
| | | Meeting with PD Team regarding ZAI status, assignments and strategy (1.0) | | | | |

| **Day:** | **06/03/2003** | | | | | |
|---|---|---|---|---|---|---|

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 06/03/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | Review prior trial testimoy of Hughson and prepare critical issues summary (7) | | | | |
| 06/03/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| | | Work on Kilpatrick Deposition (.5); Summarize Ewing 5/2/03 Depo (5.0) | | | | |
| 06/03/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 1.90 | $1,235.00 |
| | | Review correspondence from Grace and comment thereon (.7); conversations with Rob Turkewitz and microscopy expert regarding "cleavage fragment" issues (1.2) | | | | |
| 06/03/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 12.50 | $3,312.50 |
| | | Research Sparta Township asbestos study and draft memo regarding same (1.2); multiple conferences with Ms. Kerrison regarding research assistance needed on samples used in animal studies and subject of epidemiological studies (0.2); multiple conferences with Ms. Carr regarding documents needed and reliance materials not yet produced by Grace (0.2); conference with Ms. Bakst regarding assistance needed locating and reviewing Hughson hearing testimony in Barbanti (0.1); prepare for Hughson deposition (10.6); draft letter to Bentz requesting missing reliance materials (0.2) | | | | |
| 06/03/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| | | Review Dr. Ilgren expert report and the animal and epidemiological medical articles referenced in his expert report for information regarding substances subjects were exposed to and the size and dimension of fibers used in the studies (6.5); multiple conferences with Jay Ward regarding research (.2). | | | | |
| 06/03/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 3.40 | $816.00 |
| | | Phone call with Dr. Dement regarding E. Anderson deposition (.2); | | | | |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | deposition preparation for E. Anderson regarding calculations, expert reports by Lees and Mylnarek, Hatfield, Longo, Lee and Anderson (3.2) | | | |
| 06/03/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 10.20 | $4,080.00 |
| rturkewitz | 0000 | | Telephone conference with Ed Westbrook and expert regarding "cleavage fragment issues raised by Grace (1.2); Telephone conference with consultant regarding issues raised by Grace (.5); continued reviewing documents and dictating memos to file (8.5). | | | |
| **Day:** | | **06/04/2003** | | | | |
| 06/04/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 13.50 | $5,400.00 |
| rturkewitz | 0000 | | Telephone conference with expert regarding issues raised by Grace (.5); Continued preparing for Lee deposition (5.0); Travel from Charleston to Pittsburgh (3.5 -worked during travel); Continued review materials in preparation for Lee deposition (3.0); Telephone conference with consultant regarding issues raised by Grace (1.5). | | | |
| 06/04/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 6.00 | $1,440.00 |
| bwood | 0000 | | Review file and documents in preparation for E. Anderson deposition (2.5); travel to Pittsburgh for E. Anderson deposition reviewing documents in preparation for deposition (1.2); review and edit deposition outline in preparation for E. Anderson deposition (2.3) | | | |
| 06/04/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 9.80 | $2,597.00 |
| jward | 0000 | | Draft letter requesting production of Hughson file (0.1); review numerous memos regarding cleavage fragment issues (0.3); prepare for Hughson deposition (9.4) | | | |
| 06/04/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.50 | $2,275.00 |
| ewestbrook | 0000 | | Work on Claimant's Motion for Summary Judgment, review background materials and begin drafting | | | |
| 06/04/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Review prior depo summaries of Hughson and highlight critical testimony for upcoming depo (3.5); Research re science articles (4) | | | |
| **Day:** | | **06/05/2003** | | | | |
| 06/05/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| jbakst | 0000 | | Research risk assessment and current CPSC standards and search for Grace memos re fibrous tremolite for deposition (7) | | | |
| 06/05/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.00 | $1,300.00 |
| ewestbrook | 0000 | | Continue work on drafting Motion for Summary Judgment, draft sections (2.0) | | | |
| 06/05/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| chughes | 0000 | | Assist J. Bakst in trying to find CPSC Risk Assessment Present-Day | | | |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

4

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Figures for R. Turkewitz (1.0); Summarize Ewing 5/2/03 Depo (5.0); Summarize John Kilpatrick 5/6/03 Depo (1.0) | | | |
| 06/05/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for Hughson deposition | $265.00 | 3.50 | $927.50 |
| 06/05/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Attended deposition of Dr. Elizabeth Anderson (8.0); Continued preparing for Lee deposition (6.5); conference with Bobby Wood prior to the deposition of Dr. Anderson regarding the deposition (.5); meeting with Bobby Wood after the deposition regarding the outcome (.3) | $400.00 | 15.30 | $6,120.00 |
| 06/05/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Mr. Turkewitz regarding E. Anderson deposition (.5); attend E. Anderson deposition (8.0); conference with Mr. Turkewitz regarding E. Anderson deposition (.3) | $240.00 | 8.80 | $2,112.00 |
| 06/05/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Searching for current and 1977 CPSC information regarding risk assessment on asbestos patching compounds (referenced in 1977 ban) and miscellaneous Wood documents for Rob Turkewitz (2.0); Continue reviewing Dr. Ilgren reliance documents regarding the animal and epidemiological medical articles referenced in his expert report for information regarding substances subjects were exposed to and the size and dimension of fibers used in the studies (4.5). | $125.00 | 6.50 | $812.50 |
| **Day:** | | **06/06/2003** | | | | |
| 06/06/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarizing of Van Cura deposition | $125.00 | 4.00 | $500.00 |
| 06/06/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued preparing for Lee deposition (1.5); Took deposition of R. J. Lee (8.0). | $400.00 | 9.50 | $3,800.00 |
| 06/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and conduct Hughson deposition | $265.00 | 6.80 | $1,802.00 |
| 06/06/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish Summarizing John Kilpatrick 5/6/03 Depo (4.0) | $125.00 | 4.00 | $500.00 |
| 06/06/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize ATSDR document(4); Review Corn testimony in creosite litigation(2) | $125.00 | 6.00 | $750.00 |
| **Day:** | | **06/08/2003** | | | | |
| 06/08/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft Hughson deposition summary | $265.00 | 1.80 | $477.00 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **06/09/2003** | | | | |
| 06/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search for documents by Lee from prior testimony (2.4); Organize files (2); Finalize ATSDR memo (1) | $125.00 | 5.40 | $675.00 |
| 06/09/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Jay Ward's Hughson Depo Highlights (.3); Begin summarizing Mort Corn Depo (.3) | $125.00 | 0.60 | $75.00 |
| 06/09/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarizing of Van Cura deposition | $125.00 | 2.00 | $250.00 |
| 06/09/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue reviewing  Dr. Ilgren reliance documents regarding  the animal and epidemiological medical articles referenced in his expert report for information regarding substances subjects were exposed to and the size and dimension of fibers used in the studies. | $125.00 | 4.70 | $587.50 |
| 06/09/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Dictated and revised memo regarding deposition of Lee (1.5); Proofread and finalized memo re Van Cura deposition (.8). | $400.00 | 2.30 | $920.00 |
| **Day:** | | **06/10/2003** | | | | |
| 06/10/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook and Jay Ward regarding status of case and preparation of motions (1.2); Began preparing motion regarding Lee (1.5). | $400.00 | 2.70 | $1,080.00 |
| 06/10/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue summarizing Mort Corn Depo (.3); Review OSHA List of Exhibits and Set Up Index (4.0) | $125.00 | 4.30 | $537.50 |
| 06/10/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Research court opinion and docket index re identifying prior testimony of expert witness. (2.8); Organize documents used  for Hughson depo (.6); Review proior Harashe depo and trial summaries (2.4) phone conversations with expert re  obtaining prior expert testimony and expert report (.6) | $125.00 | 6.40 | $800.00 |
| 06/10/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Meet with Rob Turkewitz and Jay Ward to review progress of expert depositions, plans for remaining depositions and upcoming briefing | $650.00 | 1.20 | $780.00 |
| 06/10/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft letter to Bentz requesting production of missing reliance materials (0.2); conference with Messrs. Westbrook and Turkewitz regarding deposition results and preparation of dispositive motion and motions to | $265.00 | 2.50 | $662.50 |

5

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | exclude testimony (1.2); review various memos regarding expert witness issues and expert witness deposition summaries (1.1) | | | |
| **Day:** | | **06/11/2003** | | | | |
| 06/11/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memo regarding dust sampling (0.2); conference with Mr. Frederick regarding dust sampling memo issues (0.1); conference with Ms. Bakst regarding review of memo outlining Harashe and Liebsch asbestos exposures (0.2); prepare for Mlyranek deposition (0.3) | $265.00 | 0.80 | $212.00 |
| 06/11/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue Review of OSHA List of Exhibits and Index (3.0) | $125.00 | 3.00 | $375.00 |
| 06/11/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Research re prior testimony and prior expert opinion documents in previous cases. Review court index and telephone calls in order to obtain said documents (2); conversation with Jay Ward regarding Harashe and Liebsch asbestos exposures (.2) | $125.00 | 2.20 | $275.00 |
| 06/11/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with experts regarding issues raised by Grace (1.0). | $400.00 | 1.00 | $400.00 |
| **Day:** | | **06/12/2003** | | | | |
| 06/12/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with experts regarding issues raised by Grace (.8); Telephone conference with Ed Westbrook regarding issues raised by Grace (.2); Internet search regarding issues raised at Van Cura deposition (.5); Telephone conference with consultant regarding ZAI (.5); Dictated, finalized and sent letters to homeowners regarding status of case (1.2); Conversation with Jay Ward regarding Lees and Mlyranek depositions and review of air sample filters (.2). | $400.00 | 3.40 | $1,360.00 |
| 06/12/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with Rob Turkewitz regarding issues raised by Grace | $650.00 | 0.20 | $130.00 |
| 06/12/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search for, compile and highlight documents in preparation for motion. (6.5) | $125.00 | 6.50 | $812.50 |
| 06/12/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Begin summarizing Wm. Hughson 6/6/03 Depo | $125.00 | 4.00 | $500.00 |
| 06/12/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Ilgren transcript for testimony to include in dispositive motion (0.4); conference with Mr. Turkewitz regarding strategy for Lees and Mlyranek depositions and possible independent review of air sample filters (0.2); prepare for Mlyranek deposition (0.8); review and revise letter to homeowners regarding video affidavits (0.1); receive and | $265.00 | 2.30 | $609.50 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | review letter from Mr. Konkright regarding Canadian ZAI homeowners (0.1); draft memo to Ms. Killian regarding research needed on home improvement issues (0.1); multiple conferences with Mr. Frederick regarding dust sampling issues (0.3); review research memo regarding proof of contamination (0.3) | | | |
| **Day:** | | **06/13/2003** | | | | |
| 06/13/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review expert deposition transcripts and identify testimony for use in brief and cross-examination | $265.00 | 4.10 | $1,086.50 |
| 06/13/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Edit Partial Hughson Summary to Condense (1.5); Continue Summarizing Hughson Depo (4.0) | $125.00 | 5.50 | $687.50 |
| 06/13/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on motion for summary judgment, reviewing cases and collecting Grace and other documents on relevant issues for the brief, initial drafting | $650.00 | 6.60 | $4,290.00 |
| 06/13/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Compile, highlight and organize documents for motion(5); Fact research re: home improvement(1.5) | $125.00 | 6.50 | $812.50 |
| 06/13/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued preparing motion regarding Dr. Lee's opinion on cleavage fragments (4.5); Telephone conference with experts regarding testing issues (.8); Reviewed Van Cura deposition and conducted internet research on issues raised (1.2); Letter to Jim Bentz regarding scheduling of depositions (.3); Telephone conference with investigator regarding Lees and Mylnarek (.5) | $400.00 | 7.30 | $2,920.00 |
| 06/13/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling documents for Motion for Summary Judgement | $125.00 | 2.00 | $250.00 |
| **Day:** | | **06/14/2003** | | | | |
| 06/14/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued preparing motion regarding testimony of Dr. Lee (3.5); Gathered and forwarded materials regarding Lee's opinions (.2). | $400.00 | 3.70 | $1,480.00 |
| **Day:** | | **06/15/2003** | | | | |
| 06/15/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Van Cura deposition transcript, Lees/Mlyranek report, and related documents in preparation for Mlyranek deposition | $265.00 | 2.30 | $609.50 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

8

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **06/16/2003** | | | | |
| 06/16/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft memos regarding significant Ilgren and Hughson testimony for use in brief and cross-examination (1.8); prepare for Mlyranek deposition (2.6); review Lee deposition summary (0.1); review correspondence regarding Lees and Mlynarek depositions and homeowner video affidavits (0.1); multiple conferences with Mr. Frederick regarding dust sampling issues (0.2); review articles regarding do-it-yourself home improvement statistics (0.4); draft e-mail message to Ms. Bakst and Ms. Hughes regarding assistance needed locating Yang testimony on cleavage fragments and articles on contractors' failure to follow dust precautions (0.1); conference with Mr. Turkewitz regarding strategy for Mlynarek deposition and motion to exclude Lee testimony (0.2) | $265.00 | 5.50 | $1,457.50 |
| 06/16/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search for and compile medical articles for motion (.7); Research cases re expert testimony for motion (3); Search chron file for critical docs (1); Contact realtor re property values (.3) | $125.00 | 5.00 | $625.00 |
| 06/16/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on drafting summary judgment brief, reviewing cases, deposition excerpts, Grace internal documents and expert reports, drafting and redrafting sections (8.4); conversation with Rob Turkewitz regarding depositions of Lees and Mylarnek (.2). | $650.00 | 8.60 | $5,590.00 |
| 06/16/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Hughson Depo (3); Edit Hughson Depo (1) | $125.00 | 4.00 | $500.00 |
| 06/16/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued preparing motion regarding Dr. Lee (4.0); Conference with Ed Westbrook regarding depositions of Lees and Mylnarek (.2); Conference with Bobby Wood regarding deposition of Peter Lees (1.0); Conversation with Jay Ward regarding Mylarnek deposition and motion to exclude Lee (.2) | $400.00 | 5.40 | $2,160.00 |
| 06/16/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Review of OSHA exhibit list for missing documents (2.0); Compile documents for Motion for Summary Judgement (3.0) | $125.00 | 5.00 | $625.00 |
| 06/16/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Mr. Van Cura deposition transcript and memo from Mr. Turkewitz regarding Mr. Van Cura in preparation for Mr. Lees deposition (2.5); review memorandum from Mr. Ward re Ilgren deposition and highlights (.4); review various memorandums from Mr. Turkewitz regarding asbestos studies (1.3); conference with Rob Turkewitz regarding deposition of Peter Lees (1.0) | $240.00 | 5.20 | $1,248.00 |
| **Day:** | | **06/17/2003** | | | | |
| 06/17/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Lees and Mylnarek simulation study and report, expert reports | $240.00 | 7.90 | $1,896.00 |

# Time report

### 06/01/2003 - 06/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | relying results of simulation studies and Mr. Lees publications in preparation for Mr. Lees deposition (7.5); conversation with Rob Turkewitz regarding Lees' deposition (.2); conversation with Jay Ward regarding strategy for Mlyranek and Lees depositions (.2) | | | |
| 06/17/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| | | | Researching in Grace documents all products produced from Libby #1 & #2 ore and documents regarding tons of vermiculite produced/used | | | |
| 06/17/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.00 | $1,600.00 |
| | | | Received and reviewed material from investigator regarding depositions of Lees and Mylnarek (.8); Conference with Bobby Wood regarding deposition of Lees (.2); Continued preparing motion regarding expert opinions of Dr. Lee (2.5); Conference with Janet Bakst regarding research for Lee motion and renovation related issues (.4); Received and reviewed email from Janet Bakst regarding status (.1). | | | |
| 06/17/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.10 | $762.50 |
| | | | Research Yang depos for mention of cleavage fragments, asbestiform and nonasbestiform (2.5); Research Internet for articles on improper asbestos removal and pull articles (1.0); Begin summarizing Mort Com 5/29/03 Depo (2.5); conversation with Jay Ward regarding prior Yang testimony regarding cleavage fragments (.1) | | | |
| 06/17/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 1.70 | $1,105.00 |
| | | | Work on ZAI brief, draft additional sections, review additional cases | | | |
| 06/17/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.60 | $950.00 |
| | | | Search internet for contractors noncompliance with government regs(2); Search internet for articles re problems with abatements and contractors' failure to use precautions (2); Speak with realtor re effect of ZAI on property values and sales falling through (.5); Speak with contractor re testing for asbestos, ZAI and decision to call in abatement companies(.5); Search for articles for motion and research re evidence admissibility (2); conversation with Rob Turkewitz regarding renovation related issues and research needed for Lee motion (.4); conversation with Jay Ward regarding research needed on contractors failing to take precautions (.2) | | | |
| 06/17/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 9.70 | $2,570.50 |
| | | | Prepare for Mlynarek deposition (8.2); multiple conferences with Mr. Frederick regarding dust sampling brief (0.2); conference with Mr. Wood regarding strategy for Mlynarek and Lees depositions (0.2); multiple conferences with Ms. Bakst regarding research needed on failure of contractors to take proper dust precautions (0.2); conference with Ms. Hughes regarding prior Yang testimony on cleavage fragments (0.1); review e-mail message from Ms. Hughes and deposition transcript excerpts regarding same (0.2); draft memo outlining significant Hughson testimony for use in briefs or cross-examination (0.4); review articles regarding home improvement and failure to take dust precautions (0.2) | | | |
| **Day:** | **06/18/2003** | | | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 7.30 | $1,934.50 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|-----------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| jward | 0000 | | Draft memo outlining significant Hughson testimony for use in briefs or cross-examination (2.0); prepare for Mlynarek deposition (4.4); conference with Messrs. Turkewitz and Wood in preparation for Mlynarek and Lees depositions (0.7); additional telephone conference with Mr. Wood regarding same (0.2) | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Summarize Lee deposition (6) | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.50 | $2,275.00 |
| ewestbrook | 0000 | | Work on revisions to the motion for summary judgment brief, review cases, Grace documents and other materials | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| chughes | 0000 | | Continue summarizing Mort Corn 5/29/03 Depo (7.5) | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| kcarr | 0000 | | Compiling documents for Motion for Summary Judgement | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 8.70 | $2,088.00 |
| bwood | 0000 | | Review prior deposition transcripts in preparation for Mr. Lees deposition (3.8); draft deposition outline, notes and exhibits for Mr. Lees deposition (4.0); conference with Jay Ward and Rob Turkewitz regarding depositions of Mlyarek and Lees (.7); additional telephone conversation with Jay Ward regarding same (.2) | | | |
| 06/18/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| rturkewitz | 0000 | | Conversation with Jay Ward and Bobby Wood in preparation for the depositions of Mylarnek and Lees | | | |
| **Day:** | | **06/19/2003** | | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
| rturkewitz | 0000 | | Telephone conversation with Jay Ward regarding results from Mlyranek deposition (.2) | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 4.50 | $1,080.00 |
| bwood | 0000 | | Travel to Pittsburg for Mr. Lees deposition while reviewing materials (1.0); telephone conferences with Mr. Ward regarding Mylnarek deposition (1.0); review and finalize deposition outline and notes for Mr. Lees deposition (2.5) | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| kcarr | 0000 | | Compiling documents for Motion for Summary Judgement | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Locate documents referenced in ZAI brief | | | |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| chughes | 0000 | | Edit Com Depo (1); Begin summarizing E. Anderson 6/5/03 Depo (2.5) | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 8.00 | $2,120.00 |
| jward | 0000 | | Prepare for and conduct Mlynarek deposition (5.1); telephone conference with Mr. Turkewitz regarding results of Mlynarek deposition (0.2); multiple telephone conferences with Mr. Wood regarding same and strategy for Lees deposition (1.0); prepare chart of issues sufficiently covered in Mlynarek deposition for Mr. Wood's use in Lees deposition (0.7); draft summary of Mlynarek deposition (1.0) | | | |
| 06/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Summarize Lee deposition (6) | | | |
| **Day:** | | **06/20/2003** | | | | |
| 06/20/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Finish summary of Lee deposition (6) | | | |
| 06/20/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.40 | $106.00 |
| jward | 0000 | | Telephone conference with Mr. Wood regarding strategy for Lees deposition (0.2); conference with Mr. Turkewitz regarding EPA study of cleavage fragments and related issues (0.2) | | | |
| 06/20/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| chughes | 0000 | | Summarize E. Anderson 6/5/03 Depo (6.0) | | | |
| 06/20/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
| rturkewitz | 0000 | | Conference with Jay Ward regarding EPA study of cleavage fragments and related issues | | | |
| 06/20/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 4.20 | $1,008.00 |
| bwood | 0000 | | Attend Mr. Lees deposition (4.0); conversation with Jay Ward prior to Lees' deposition regarding strategy (.2) | | | |
| **Day:** | | **06/22/2003** | | | | |
| 06/22/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.30 | $1,320.00 |
| rturkewitz | 0000 | | Reviewed draft motion for summary judgment (1.5); Reviewed documents and depositions of Elwood Wood, Tom Hamilton and Roo Mold for inclusion in motion for summary judgment (1.8). | | | |
| **Day:** | | **06/23/2003** | | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 7.90 | $3,160.00 |
| rturkewitz | 0000 | | Conference with Bobby Frederick regarding legal research on motion to exclude Lee's opinions on cleavage fragments (.5); Continued drafting and revising motion to exclude Lee's opinions on cleavage fragments (6.0); Received and reviewed letter from Jim Restivo regarding | | | |

# Time report

### 06/01/2003 - 06/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | document requests made during expert depositions (.2); Letter to experts forwarding Restivo's letter (.2); Telephone conference with EPA regarding Lee's opinion on cleavage fragments (.8); Conversation with Jay Ward regarding cleavage fragment issues and prior Yang testimony (.2) | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| kcarr | 0000 | | Compiling documents for Motion for Summary Judgement | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 4.80 | $1,152.00 |
| bwood | 0000 | | Review and edit draft summary judgment brief (1.2); legal research for summary judgment brief (2.5); review memorandum from Mr. Ward on Mr. Hughson testimony (.3); review memorandum from Mr. Ward on Mr. Mylnarek testimony (.3); phone call to Mr. Casler regarding video affidavit and medical documents (.3); conversation with Jay Ward regarding Lees' deposition (.2) | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 8.50 | $2,252.50 |
| jward | 0000 | | Conference with Mr. Frederick regarding dust testing issues (0.2); conference with Mr. Turkewitz regarding cleavage fragment issues and Yang prior testimony regarding fibrous nature of Libby tremolite (0.2); draft e-mail to legal assistants regarding same (0.1); review and revise draft summary judgment brief (2.4); review deposition transcripts for testimony to include in brief and draft memo outlining same (3.8); review and revise draft brief regarding dust testing (1.0); draft memo regarding Ilgren testimony regarding cleavage fragment dimensions (0.2); conference with Mr. Wood regarding results of Lees deposition (0.2); review expert deposition summaries (0.4) | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| chughes | 0000 | | Finish summarizing E. Anderson 6/5/03 Depo (2.0) | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.10 | $762.50 |
| jbakst | 0000 | | Research issue of durability of fragments (.8); phone conversation with insulation contractor and internal  e-mail re contact with ZAI, precautions taken, possibility of providing a factual statement of compnay's procedures (.5); Review motion to exclude, locate exhibits for correct citations (2.8); Review Lee deposition for Lee aspect ratio and Longo aspect ratio info(1); Review Ilgren report and depo re fragment breakage (1) | | | |
| 06/23/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.60 | $4,290.00 |
| ewestbrook | 0000 | | Continue work on summary judgment brief reviewing background materials (3.0), conversations with staff regarding aspects of the briefs, review recent EPA action and Senate announcement regarding asbestos bans (.5); additional work on brief, revising brief (3.1) | | | |
| **Day:** | | **06/24/2003** | | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.50 | $187.50 |
| chughes | 0000 | | Review Yang EPA depositions for fibrous verbage and highlight excerpts (1.5) | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 7.50 | $1,987.50 |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

13

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| jward | 0000 | | Review and draft memos regarding Yang ZAI and EPA testimony regarding fibrous nature of Libby tremolite (0.6); draft memo outlining deposition testimony to include in brief (0.4); review memo regarding prior Harashe and Liebsche asbestos exposure (0.3); receive and review letter from Mr. Bentz regarding status of production of Grace reliance materials (0.1); attempt to obtain information on Yang testimony in State of Hawaii case (0.2); conference with Messrs. Westbrook and Wood regarding deposition results and strategy for preparation of the brief (0.8); review the Home Improvement Research Institute's 2003 Reference Guide for statistics regarding home repairs and renovations involving attics and draft memo regarding same (0.4); compile memos regarding Libby tremolite (0.2); review Wylie and Lee report regarding asbestiform and nonasbestiform mineral habit and memo summarizing same (0.3); review and revise letter to Mr. Bentz requesting production of documents removed from Dr. Mlynarek's file (0.2); conference with Mr. Turkewitz regarding same (0.2); review Grace employee depositions for testimony supporting brief and draft memo regarding same (1.2); review Mlynarek deposition transcript and outline testimony for inclusion in the brief (2.6) | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 6.70 | $1,608.00 |
| bwood | 0000 | | Meeting with Ed Westbrook and Jay Ward regarding depositions, results and strategy (.8); legal research for summary judgment brief (2.3); review excerpts from homeowner depositions for brief regarding knowledge of ZAI asbestos (1.2); review Mr. Lees deposition transcript and draft summary memorandum (2.4) | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 11.10 | $7,215.00 |
| ewestbrook | 0000 | | Continue work on ZAI Claimants' motion for summary judgment and meetings with Kim Carr to review proposed exhibits(.5); meeting with Rob Turkewitz to discuss strategy (1.2), continue drafting and revising, incorporating exhibits into brief (6.1); additional changes to brief and add additional sections (2.5), meeting with Jay Ward and Bobby Wood regarding deposition results and strategy (.8) | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| kcarr | 0000 | | Organizing of additional reliance materials sent by Defendant (1.0); Compiling and organizing documents to be used as attachments to Motion for Judgement (7.0) | | | |
| 06/24/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 9.30 | $3,720.00 |
| rturkewitz | 0000 | | Continued drafting, revising and proofreading motion to exclude Dr. Lee's opinions regarding cleavage fragments (6.5); Memos to Jay Ward and Bobby Woody regarding documents discussed in depositions of Mylnarek and Lees (.2); Prepared and finalized letter to Jim Bentz regarding documents relating to other homes tested by Grace (.4); Telephone conference with Bill Ewing regarding request for documents from Grace (.3); Reviewed Senator Murray's bill relating to information on cleavage fragments and sent email to asbestos PD team regarding statements on cleavage fragments in asbestos bill (.5); meeting with Jay Ward regarding Mylarnek documents requested (.2); meeting with Ed Westbrook regarding strategy (1.2) | | | |
| Day: | | 06/25/2003 | | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.10 | $2,040.00 |

# Time report

### 06/01/2003 - 06/30/2003

14

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| rturkewitz | 0000 | | Telephone conference with MAS regarding affidavit of Dr. Longo (.3); Preparation of affidavit of Dr. Longo (1.5); Conferences with Bobby Frederick regarding drafting of motion to exclude Lee's opinions on cleavage fragments (1.0); Reviewed data regarding cleavage fragments/fibers (.8); Reviewed and revised motion to exclude Lee (1.0); Searched for documents for motion for summary judgment (.5). | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.80 | $975.00 |
| kcarr | 0000 | | Compiling and organizing documents to be used as attachments to Motion for Judgement | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 9.00 | $2,385.00 |
| jward | 0000 | | Research EPA Administrative Record for Brattin memo regarding cleavage fragments (0.2); review and revise motion to exclude Lee testimony (2.5); continue researching and drafting dust testing memo (3.4); review Van Cura transcript for testimony to include in brief and draft memo regarding same (0.7); review Mylnarek transcript for testimony to include in brief and draft memo regarding same (2.2) | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 5.50 | $1,320.00 |
| bwood | 0000 | | Draft summary of homeowner renovations disturbing ZAI | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.50 | $4,875.00 |
| ewestbrook | 0000 | | Continued work on ZAI brief including writing and rewriting, reviewing potential exhibits that support arguments (6.2); and discussions with staff and lawyers regarding numerous tasks associated with preparation of the brief (1.3) | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| jbakst | 0000 | | Prepare depo summary of Dr. Lees deposition.(6.5) | | | |
| 06/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| chughes | 0000 | | Begin summarizing Mlynarek 6/10/03 Deposition (4.0) | | | |
| **Day:** | | **06/26/2003** | | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| chughes | 0000 | | Finish summarizing Mlynarek 6/10/03 Deposition (3.0); Organize attachments into notebooks for brief (.5) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 6.40 | $480.00 |
| alorenz | 0000 | | Calculating fiber counts in Lee research (6.4) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 | $900.00 |
| jbakst | 0000 | | Search for testimony and documents for use as exhibits to ZAI motions and briefs. (7); multiple conversations with Jay Ward regarding dust testing and air testing issues (.2) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 10.40 | $6,760.00 |
| ewestbrook | 0000 | | Continued work on ZAI summary judgment brief, make numerous | | | |

# Time report

### 06/01/2003 - 06/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | revisions (8.4), review numerous cases, documents, select additional documents for exhibits (2.0) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.00 | $480.00 |
| bwood | 0000 | | Research homeowner depositions, affidavits and discovery for home sales information (1.8); phone call to co-counsel regarding diminution in home values and interference with home sales related to ZAI (.2) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 8.60 | $2,279.00 |
| jward | 0000 | | Review Mlynarek testimony for inclusion in brief (0.2); review and outline documents in Mlynarek project file (0.6); multiple conferences with Ms. Bakst regarding issues relating to dust sampling and air testing issues decided in similar case (0.2); continue research and drafting dust testing brief (5.1); review Kilpatrick testimony and report for inclusion in brief and draft brief regarding same (2.1); review expert reports and testimony and draft memo regarding bulk sampling data (0.4) | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| kcarr | 0000 | | Compiling and organizing documents to be used as attachments to Motion for Judgement | | | |
| 06/26/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.80 | $2,720.00 |
| rturkewitz | 0000 | | Telephone conversations with consultant regarding cleavage fragment issues (.8); Telephone conversation with experts regarding affidavit and motion to exclude Lee's cleavage fragment opinions (1.5); Continued proofreading and revising motion to exclude Lee's cleavage fragment opinions (4.5). | | | |
| **Day:** | | **06/27/2003** | | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.50 | $2,600.00 |
| rturkewitz | 0000 | | Continued proofreading and revising motion to exclude Lee's cleavage fragment opinions (5.0); Telephone conference with expert regarding case (1.0); multiple conversations with Jay Ward regarding completion of Daubert motion and Longo affidavit (.4); conversation with Jay Ward regarding assistance needed to investigate potential ZAI personal injury claim (.1). | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 9.00 | $1,125.00 |
| kcarr | 0000 | | Compiling and organizing documents to be used as attachments to Motion for Summary Judgement | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.40 | $901.00 |
| jward | 0000 | | Review Ilgren transcript for testimony on Libby tremolite and draft memo regarding same (0.2); continue research and drafting of dust testing brief (2.1); review witness files for additional reliance materials (0.2); multiple conferences with Mr. Turkewitz regarding strategy for completion of Daubert motion and Longo affidavit (0.4); conference with Mr. Turkewitz regarding assistance needed investigating ZAI personal injury claim (0.1); conference with Mr. Westbrook regarding assistance needed completing summary judgment brief (0.4) | | | |

08/01/2003

# Time report

### 06/01/2003 - 06/30/2003

16

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|-----------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 1.50 | $360.00 |
| bwood | 0000 | | Telephone conference with Mr. Casler regarding update on records (.1); review and edit draft brief on exclusion of Mr. Lee opinions (1.4) | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.40 | $260.00 |
| ewestbrook | 0000 | | Conversation with Jay Ward regarding summary judgment brief and assignments to complete same | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| chughes | 0000 | | Review Depositions and/or Summaries, as well as expert reports for quotes used in Brief (4.0); Highlight quoted passages used in Brief (1.0); Review Lee Notebook to ad and/or reference to devise invented/sold by RJLee Group (1.0) | | | |
| 06/27/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Create document/exhibit notebooks for hearings (2); Search for ehibits, testimony, articles, for use in motions and briefs (4). | | | |
| **Day:** | | **06/28/2003** | | | | |
| 06/28/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 4.00 | $300.00 |
| alorenz | 0000 | | Review data for Longo Affidavit (4.0) | | | |
| 06/28/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| rturkewitz | 0000 | | Continued reviewing and revising motion to exclude Lee's cleavage fragment opinions (4.5). | | | |
| **Day:** | | **06/29/2003** | | | | |
| 06/29/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.50 | $1,625.00 |
| ewestbrook | 0000 | | Work on revisions to ZAI brief | | | |
| **Day:** | | **06/30/2003** | | | | |
| 06/30/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 7.40 | $1,776.00 |
| bwood | 0000 | | Review and edit brief on exclusion of Dr. Lee opinions (5.5); review Dr. Longo affidavit (1.0); conversation with Jay Ward regarding what needed to be done on the Lee brief (.6); conversation with Jay Ward regarding Longo affidavit (.3) | | | |
| 06/30/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 8.30 | $622.50 |
| alorenz | 0000 | | Enter/Verify Dr. Lee data for brief in motion to exclude (8.1); conversation with Jay Ward regarding calculations of fiber data (.2) | | | |
| 06/30/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 10.50 | $2,782.50 |
| jward | 0000 | | Review file materials regarding Goetz ZAI personal injury claim (0.2); multiple conferences with Mr. Lorenz regarding calculations of fiber data for inclusion in Lee brief (0.2); draft letter to Mr. Dies regarding Yang | | | |

# Time report

### 06/01/2003 - 06/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | prior testimony issues (0.2); telephone conference with Mr. Turkewitz regarding revisions needed to dust testing brief (0.3); draft e-mail message to team outlining tasks needed to be completed on Lee brief (0.3); multiple conferences with Mr. Wood regarding same (0.6); review Longo affidavit (0.3); conference with Mr. Wood regarding same (0.2); review and revise summary judgment brief (8.2) | | | |
| 06/30/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Compiling and organizing documents to be used as attachments for Motion for Judgment | $125.00 | 4.00 | $500.00 |

**Transaction:**     **L116**

| **Day:** | | | **06/04/2003** | | | |
|---|---|---|---|---|---|---|
| 06/04/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-working travel time to Pittsburgh for deposition of Dr. Anderson (billed at half rate) | $120.00 | 3.50 | $420.00 |

| **Day:** | | | **06/05/2003** | | | |
|---|---|---|---|---|---|---|
| 06/05/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-working travel to Charleston from Pittsburg (billed at half rate) | $120.00 | 5.50 | $660.00 |
| 06/05/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel to San Diego for deposition of Dr. Hughson (billed at half rate) | $132.50 | 6.60 | $874.50 |

| **Day:** | | | **06/06/2003** | | | |
|---|---|---|---|---|---|---|
| 06/06/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from depositions (Pittsburgh) to Charleston (4.5 - bill ½ rate). | $200.00 | 4.50 | $900.00 |

| **Day:** | | | **06/08/2003** | | | |
|---|---|---|---|---|---|---|
| 06/08/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel from San Diego (billed at half rate) | $132.50 | 6.10 | $808.25 |

| **Day:** | | | **06/18/2003** | | | |
|---|---|---|---|---|---|---|
| 06/18/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel to Tampa for Mlyranek deposition (billed at half rate) | $132.50 | 3.60 | $477.00 |

| **Day:** | | | **06/19/2003** | | | |
|---|---|---|---|---|---|---|
| 06/19/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel from Tampa back to Charleston (billed at half rate) | $132.50 | 6.20 | $821.50 |
| 06/19/2003 | 200106 | Zonolite Science Trial | L116 | $120.00 | 4.00 | $480.00 |

# Time report

### 06/01/2003 - 06/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| bwood | 0000 | | Non-working travel time to Pittsburgh (billed at half rate) | | | |
| **Day:** | | **06/20/2003** | | | | |
| 06/20/2003 200106 | | Zonolite Science Trial | L116 | $120.00 | 5.00 | $600.00 |
| bwood | 0000 | | Non-working travel time from Pittsburg to Charleston (billed at half rate) | | | |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **06/12/2003** | | | | |
| 06/12/2003 200106 | | Zonolite Science Trial | L150 | $75.00 | 3.10 | $232.50 |
| kgarcia | 0000 | | Begin work on April monthly application | | | |
| **Day:** | | **06/13/2003** | | | | |
| 06/13/2003 200106 | | Zonolite Science Trial | L150 | $75.00 | 1.80 | $135.00 |
| kgarcia | 0000 | | Continue work on April monthly application | | | |
| **Day:** | | **06/17/2003** | | | | |
| 06/17/2003 200106 | | Zonolite Science Trial | L150 | $325.00 | 0.50 | $162.50 |
| ewestbrook | 0000 | | Review April bill (billed at half rate) | | | |
| **Day:** | | **06/18/2003** | | | | |
| 06/18/2003 200106 | | Zonolite Science Trial | L150 | $75.00 | 1.30 | $97.50 |
| kgarcia | 0000 | | Finalize April application and send to local counsel for filing | | | |
| **Day:** | | **06/23/2003** | | | | |
| 06/23/2003 200106 | | Zonolite Science Trial | L150 | $75.00 | 3.20 | $240.00 |
| kgarcia | 0000 | | Work on May monthly application | | | |
| **Day:** | | **06/24/2003** | | | | |
| 06/24/2003 200106 | | Zonolite Science Trial | L150 | $75.00 | 1.20 | $90.00 |
| kgarcia | 0000 | | Continue work on May monthly application | | | |

| | |
|---|---|
| **Grand Total:** | **$202,080.25** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$202,080.25** |
| **Total Hours/Report:** | **802.40** |
| **Count:** | **155** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from June 1, 2003 through June 30, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: August 15, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202