IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 5, 2003 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD
<u>FROM JUNE 1, 2003 THROUGH JUNE 30, 2003</u>**

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | June 1, 2003 through June 30, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $40,623.00 |
| Amount of Expenses Reimbursement: | $ 1,480.01 |

This is a: _X_ monthly  _ interim  _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 - 9/30/02 | $37,691.00 | $3,422.38 | Approved | Approved |
| 12/05/02 | 10/1/02 - 10/31/02 | $24,143.00 | $728.96 | Approved | Approved |
| 02/10/03 | 11/1/02 - 11/30/02 | $32,033.00 | $629.26 | Approved | Approved |
| 02/27/03 | 12/1/02 - 12/31/02 | $32,330.00 | $1,262.74 | Approved | Approved |
| 04/09/03 | 01/1/03 - 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 - 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 - 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 - 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 - 05/31/03 | $30,578.00 | $2,063.15 | Objections due 08/20/03 | Objections due 08/20/03 |

This is the ninth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 64.8 | $23,976.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 9.5 | $732.00 |
| TOTALS | | | | | 74.3 | $24,708.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 105.3 | $15,795.00 |
| Barbara A. Hurley | Paralegal | 3 | Litigation | $100 | 1.2 | $120.00 |
| TOTALS | | | | | 106.5 | $15,915.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel-Non-working | 6.8 Hours | $ 408.00 |
| 22-ZAI Science Trial | 174.0 Hours | $40,215.00 |
| TOTALS | 180.8 Hours | $40,623.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 146.01 |
| Telephone Expense – Outside | $ 324.98 |
| Facsimile ($1.00 per page) | $ 11.00 |
| Postage Expense | |
| Courier & Express Carriers (Federal Express) | $ 92.44 |
| In-House Duplicating / Printing ($.15 per page) | $ 509.55 |
| Outside Duplicating / Printing | $ 41.85 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | $ 110.88 |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): Deposition Transcript | $ 243.30 |
| Total: | $ 1,480.01 |

Dated: August 15, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ *William Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
FAX: (302) 777-7244
Local Counsel for ZAI Claimants

-and-

Darrell W. Scott, Esq.
LUKINS & ANNIS, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
FAX: (509) 747-2323
Additional Special Counsel For ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 5, 2003 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD
FROM JUNE 1, 2003 THROUGH JUNE 30, 2003**

# TIME REPORT
Lukins & Annis, P.S.
Time Period 06/01/2003 - 06/30/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 06/12/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ 60.00 | 408.00 |
| | | SUBTOTAL | 6.80 | | $ 408.00 |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 06/02/03 | DWS | Phone call from expert regarding expert witness issues (.4); work on legal research and briefing regarding anticipated Summary Judgment motions (1.8); phone call to co-counsel regarding same (.1); phone call from claimants regarding additional product packaging (.4); phone call from ZAI claimant regarding bulk testing results (.1); review legal research regarding California and Massachusetts claims in preparation for briefing (.6); meeting with paralegal regarding briefing research assignments (.3); review deposition memoranda regarding Hatfield and Corn (.4). | 4.10 | $ 370.00 | $ 1,517.00 |
| 06/02/03 | KLB | Respond to email from class representative Ralph Busch providing update to status of case. | 0.20 | $ 150.00 | $ 30.00 |
| 06/02/03 | KLB | Meet with partner to discuss legal research needed to prepare for upcoming motions. | 0.40 | $ 150.00 | $ 60.00 |
| 06/03/03 | DWS | Legal research and outlining of briefing regarding Minnesota ZAI claimant anticipated summary judgment motion practice (3.4); phone conference with ZAI counsel regarding case assignments and case status (.8); phone call with co-counsel regarding deposition preparation issues (.2); phone calls to and from consultant and to and from co-counsel regarding deposition preparation issues (.4). | 4.80 | $ 370.00 | $ 1,776.00 |
| 06/03/03 | KLB | Review EPA information on Zonolite (.5); pull selected Minnesota statutes and case law on | 3.50 | $ 150.00 | $ 525.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | legal issues (.8); Research case law relating to California's Consumer Legal Remedies Act and statute of limitations (2.0); review Judge Wolin opinion on choice of law issue (.2). | | | |
| 06/04/03 | KLB | Begin legal research and memorandum on choice of law issues (1.0); begin legal research on statute of repose issues (1.0). | 2.00 | $ 150.00 | $ 300.00 |
| 06/06/03 | KLB | Research New York consumer protection statute (.5); prepare report from database on statutes of limitations (.3). | 0.80 | $ 150.00 | $ 120.00 |
| 06/09/03 | BAH | Research on New York websites for information available to homeowners regarding vermiculite attic insulation (.7); worked on report for the same (.5). | 1.20 | $ 100.00 | $ 120.00 |
| 06/09/03 | KLB | Begin nationwide state research on statutes of limitation issues (1.0); begin review of relevant law reviews (.5). | 1.50 | $ 150.00 | $ 225.00 |
| 06/10/03 | DWS | Phone call with ZAI claimants regarding case status and assignments (.4); legal research regarding California ZAI claimants CPA claims in preparation for upcoming briefing (2.0). | 2.40 | $ 370.00 | $ 888.00 |
| 06/10/03 | KLB | Legal research on consumer protections laws and statute of limitations issues relating to California, Montana, and Illinois. | 2.40 | $ 150.00 | $ 360.00 |
| 06/12/03 | KEK | Investigative work in Libby, Montana. | 2.70 | $ 120.00 | $ 324.00 |
| 06/16/03 | KLB | Begin legal research on state statutes of limitations for consumer protection claims. | 1.50 | $ 150.00 | $ 225.00 |
| 06/17/03 | KLB | Legal research on consumer protections laws of all 50 states relating to statutes of limitations (5.0); update to consumer protection database regarding same (1.5). | 6.50 | $ 150.00 | $ 975.00 |
| 06/18/03 | KLB | Continued legal research on statutes of limitations relating to consumer protection claims for all 50 states (1.5); updates to consumer protection database regarding same (.5); begin legal research on statutes of repose on consumer protection claims (2.5); prepare database report showing statute of | 5.00 | $ 150.00 | $ 750.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | limitation research (.5). | | | |
| 06/19/03 | DWS | Review memoranda regarding withdrawal of reference (.2); phone call to co-counsel regarding same (.2); phone call to co-counsel regarding ZAI informant (.3); phone call from co-counsel regarding deposition status and briefing matters (.2); study memorandum regarding SOL and SOR statutes in ZAI Claimants' states (.4); draft status memorandum to ZAI co-counsel regarding withdrawal of reference issues and ZAI science trial (.4); review legal research regarding Wolin opinions regarding CPA claims and choice of law issues (1.6). | 3.30 | $ 370.00 | $ 1,221.00 |
| 06/19/03 | KLB | Continue legal research on consumer protection laws of all 50 states (3.5); compilation of key information into CPA database (1.5). | 5.00 | $ 150.00 | $ 750.00 |
| 06/20/03 | DWS | Continued legal research and writing of summary judgment brief regarding consumer protection issues. | 7.20 | $ 370.00 | $ 2,664.00 |
| 06/20/03 | KLB | Legal research regarding Choice of Law issues and Consumer Protection laws of all 50 states in preparation for Summary Judgment Briefing (7.0); review of Grace advertising of ZAI product (.5); review ZAI production information from Bureau of Mines Yearbooks and calculation into database of key state number of homes based on enactment of CPA laws (1.0); work on illustrative exhibit to use with CPA briefing illustrating certain Grace actions and when key states enacted private rights of action (1.5). | 10.00 | $ 150.00 | $ 1,500.00 |
| 06/21/03 | KLB | Review of various law review articles and ALR on consumer protection issues. | 2.00 | $ 150.00 | $ 300.00 |
| 06/23/03 | DWS | Research COL rule pertinent to CPA claims and upcoming motion practice (1.2); phone call from ZAI counsel regarding Wolin transfer order issues (.2); phone call to local counsel regarding Wolin transfer order issues (.2); work on CPA portion of science trial motion (3.0). | 4.60 | $ 370.00 | $ 1,702.00 |
| 06/23/03 | KLB | Legal research regarding consumer protection | 8.50 | $ 150.00 | $ 1,275.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | laws of all 50 states (4.5); continue to update CPA database regarding same (1.5); review of statutes and case law concerning statutes of limitations, private rights of action, etc. (2.5). | | | |
| 06/24/03 | DWS | Continued legal research regarding choice of law issues pertaining to anticipated ZAI briefing (1.4); work on draft of summary judgment briefing (4.3); phone call to co-counsel regarding briefing (.4); phone conference with ZAI co-counsel regarding case status (.5). | 6.60 | $ 370.00 | $ 2,442.00 |
| 06/24/03 | DWS | Meeting with paralegal regarding choice of law questions. | 0.20 | $ 370.00 | $ 74.00 |
| 06/24/03 | KLB | Continue Consumer Protection and choice of law legal research and review key case law regarding same (7.0); update to exhibit showing dates states enacted private rights of action (1.0). | 8.00 | $ 150.00 | $ 1,200.00 |
| 06/25/03 | DWS | Meeting with paralegal regarding choice of law research (.2); phone call to co-counsel regarding briefing (.2); review and revise drafts of proposed briefing (1.2); continued work on CPA briefing and legal research regarding same (1.0); meeting with paralegal regarding briefing and research tasks (.4). | 3.00 | $ 370.00 | $ 1,110.00 |
| 06/25/03 | KLB | Legal research relating to consumer protection laws of all 50 states for summary judgment briefing. | 6.50 | $ 150.00 | $ 975.00 |
| 06/26/03 | DWS | Review draft of proposed briefing (.8); legal research regarding Porter property damage bankruptcy issues (.8); phone call to co-counsel regarding briefing issues (.5); continued work on draft of consumer protection briefing (5.0); meeting with paralegal regarding additional research assignments and preparation of appendices (.5). | 7.60 | $ 370.00 | $ 2,812.00 |
| 06/26/03 | KLB | Telephone call from co-counsel regarding documents needed for summary judgment briefing (.3); compile documents and fax same to co-counsel (.5); review of consumer protection statutes for claimant states (2.0); update to | 9.00 | $ 150.00 | $ 1,350.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | database regarding same (.5); Continued legal research regarding consumer protection laws of all 50 states (5.7). | | | |
| 06/27/03 | DWS | Write draft of brief supporting Motion for Summary Judgment (5.0); follow-up legal research regarding Rule 52(d) standards, choice of law issues and state CPA statutes (2.0); review and select exhibits supporting Motion for Partial Summary Judgment (1.0); review and revise appendices to brief (2.2); phone calls to and from co-counsel regarding procedural issues (.5). | 10.70 | $ 370.00 | $ 3,959.00 |
| 06/27/03 | KLB | Prepare report from database reflecting consumer protection laws of the six claimant states, including statute of limitations issues (2.0); review case law to ascertain when private rights of action were enacted in states where history uncertain (2.5); work on illustrative exhibit showing timeline and key activities (1.5); legal research in preparation for summary judgment briefing on consumer protection issues (1.5). | 7.50 | $ 150.00 | $ 1,125.00 |
| 06/28/03 | KLB | Review draft of consumer protection fact section (.5); draft illustrative exhibit regarding ZAI sold as do-it-yourself product (1.5); revisions to exhibit showing private right of action status of all 50 states (.5); legal research and compilation into database of prohibited practices from consumer protection laws of all 50 states (4.0); legal research relating to choice of law issues in consumer protection cases (2.0). | 8.50 | $ 150.00 | $ 1,275.00 |
| 06/29/03 | KLB | Calculation of numbers of homes in all 50 states in which ZAI was installed from date that state enacted private right of action through 1984 (1.0); work on illustrative exhibit showing state statutory consumer protection analysis (4.5); Further legal research on discovery rule in certain states with unclear statutory language (3.5). | 9.00 | $ 150.00 | $ 1,350.00 |
| 06/30/03 | DWS | Review materials supplied by Ed Westbrook's office regarding proposed motions (.5); continued work on principal brief supporting | 10.30 | $ 370.00 | $ 3,811.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Motion for Partial Summary Judgment (5.5); meeting with paralegal regarding additional research assignments and tasks (.5); review Grace marketing and advertising materials for submission as exhibits (1.5); meeting with paralegal regarding briefing matters (.5); review and revise illustrative appendices regarding applicable state CPA claims and illustrative exhibit regarding historical conduct (1.8). | | | |
| 06/30/03 | KLB | Revisions to illustrative exhibit showing state consumer proteciton analysis (2.5); Revisions to illustrative exhibit showing marketing of Zonolite as a Do-it-yourself product (1.2); Review of exhibits and depositions for information relevant to factual section of consumer protection brief (3.3); legal research regarding summary judgment standards (.5) | 7.50 | $ 150.00 | $ 1,125.00 |
| | | **SUBTOTAL** | **174.00** | | **$ 40,215.00** |
| | | **TIME TOTAL:** | **180.80** | | **$ 40,623.00** |

# COST REPORT
## Lukins & Annis, P.S.
### Time Period 06/01/2003 - 06/30/2003

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 06/02/03 | Photocopies | $ 0.45 |
| 06/02/03 | Photocopies | $ 1.80 |
| 06/02/03 | Photocopies | $ 0.45 |
| 06/02/03 | Photocopies | $ 6.00 |
| 06/02/03 | Long Distance Charges | $ 1.35 |
| 06/02/03 | Long Distance Charges | $ 3.80 |
| 06/03/03 | Photocopies | $ 0.60 |
| 06/03/03 | Photocopies | $ 8.10 |
| 06/03/03 | Photocopies | $ 1.20 |
| 06/03/03 | Long Distance Charges | $ 1.59 |
| 06/03/03 | Long Distance Charges | $ 1.35 |
| 06/03/03 | Long Distance Charges | $ 0.67 |
| 06/04/03 | Photocopies | $ 0.90 |
| 06/04/03 | Photocopies | $ 2.10 |
| 06/05/03 | Deposition Transcript - John A. Kilpatrick taken 5/06/03 | $ 243.30 |
| 06/05/03 | Photocopies - - U.S. Environmental Protection Agency, Region VIII | $ 41.85 |
| 06/06/03 | Federal Express Postage | $ 36.14 |
| 06/06/03 | Federal Express Postage | $ 13.45 |
| 06/06/03 | Federal Express Postage | $ 28.49 |
| 06/06/03 | Federal Express Postage | $ 14.36 |
| 06/06/03 | Photocopies | $ 0.90 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 06/06/03 | Photocopies | $ 0.90 |
| 06/09/03 | Photocopies | $ 3.90 |
| 06/09/03 | Photocopies | $ 11.25 |
| 06/10/03 | Photocopies | $ 0.75 |
| 06/11/03 | Photocopies | $ 0.30 |
| 06/11/03 | Long Distance Charges | $ 0.67 |
| 06/12/03 | Mileage - Kelly E. Konkright roundtrip to Libby, MT for investigative work | $ 110.88 |
| 06/12/03 | Long Distance Charges | $ 0.67 |
| 06/12/03 | Long Distance Charges | $ 2.70 |
| 06/12/03 | Long Distance Charges | $ 0.67 |
| 06/13/03 | Telecopier Service (4 pages) (06/13/03 is posting date) | $ 4.00 |
| 06/16/03 | Photocopies | $ 0.45 |
| 06/16/03 | Photocopies | $ 1.20 |
| 06/17/03 | Photocopies | $ 0.30 |
| 06/17/03 | Photocopies | $ 0.90 |
| 06/18/03 | Long Distance Charges | $ 1.35 |
| 06/19/03 | Photocopies | $ 0.45 |
| 06/19/03 | Photocopies | $ 3.90 |
| 06/19/03 | Photocopies | $ 36.45 |
| 06/19/03 | Photocopies | $ 32.10 |
| 06/19/03 | Long Distance Charges | $ 0.67 |
| 06/19/03 | Long Distance Charges | $ 13.52 |
| 06/19/03 | Long Distance Charges | $ 1.35 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 06/19/03 | Long Distance Charges | $ 10.14 |
| 06/20/03 | Photocopies | $ 15.30 |
| 06/20/03 | Photocopies | $ 18.15 |
| 06/20/03 | Photocopies | $ 23.70 |
| 06/23/03 | Conference Call 04/08/03 (posted 06/23/03) | $ 60.44 |
| 06/23/03 | Conference Call 04/15/03 (posted 06/23/03) | $ 111.00 |
| 06/23/03 | Conference Call 04/22/03 (posted 06/23/03) | $ 37.01 |
| 06/23/03 | Conference Call 04/29/03 (posted 06/23/03) | $ 116.53 |
| 06/23/03 | Photocopies | $ 1.50 |
| 06/23/03 | Photocopies | $ 6.75 |
| 06/23/03 | Photocopies | $ 4.35 |
| 06/23/03 | Photocopies | $ 0.60 |
| 06/23/03 | Photocopies | $ 12.15 |
| 06/23/03 | Photocopies | $ 26.25 |
| 06/23/03 | Long Distance Charges | $ 1.35 |
| 06/24/03 | Photocopies | $ 15.15 |
| 06/24/03 | Photocopies | $ 0.15 |
| 06/24/03 | Long Distance Charges | $ 8.11 |
| 06/24/03 | Long Distance Charges | $ 71.06 |
| 06/25/03 | Photocopies | $ 32.85 |
| 06/25/03 | Long Distance Charges | $ 0.67 |
| 06/25/03 | Long Distance Charges | $ 0.67 |
| 06/26/03 | Photocopies | $ 0.45 |
| 06/26/03 | Photocopies | $ 9.15 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 06/26/03 | Photocopies | $ 27.45 |
| 06/26/03 | Photocopies | $ 0.90 |
| 06/26/03 | Photocopies | $ 0.90 |
| 06/26/03 | Photocopies | $ 0.15 |
| 06/26/03 | Photocopies | $ 138.75 |
| 06/26/03 | Photocopies | $ 25.95 |
| 06/26/03 | Long Distance Charges | $ 20.28 |
| 06/26/03 | Long Distance Charges | $ 1.35 |
| 06/27/03 | Long Distance Charges | $ 2.02 |
| 06/27/03 | Photocopies | $ 0.30 |
| 06/27/03 | Photocopies | $ 4.20 |
| 06/27/03 | Photocopies | $ 1.80 |
| 06/27/03 | Photocopies | $ 9.90 |
| 06/27/03 | Photocopies | $ 1.80 |
| 06/27/03 | Photocopies | $ 1.20 |
| 06/30/03 | Telecopier Service (1 page) (06/30/03 is posting date) | $ 1.00 |
| 06/30/03 | Telecopier Service (6 pages) (06/30/03 is posting date) | $ 6.00 |
| 06/30/03 | Photocopies | $ 6.00 |
| 06/30/03 | Photocopies | $ 8.40 |
| | **Total** | $ **1,480.01** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from June 1, 2003 through June 30, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: August 15, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202