IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline:  October 31, 2018, at 4:00 p.m.
Hearing Date:  to be determined

**NOTICE OF TENTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JUNE 1, 2018, THROUGH AUGUST 31, 2018**

TO:    (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors; (c) counsel to the Debtors; (d) counsel to the DIP Lenders under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement; and (e) counsel to Wells Fargo Bank, National Association, in its capacity as FILO Agent under the Second Amendment to Second Amended and Restated Credit Agreement, dated as of November 3, 2015 (the "Notice Parties") and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 (Notice Only).

**PLEASE TAKE NOTICE** that on October 16, 2018, Pachulski Stang Ziehl &

Jones LLP ("PSZJ"), as counsel to the Official Committee of Unsecured Creditors  in the above-

captioned cases (the "Committee"), filed the attached *Tenth Quarterly Application for*

*Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as*

*Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2018*

*through August 31, 2018* (the "Application"), with the United States Bankruptcy Court for the

District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Court"). Pursuant to the Application, PSZJ seeks award of interim compensation for services rendered to the Committee in the amount of $41,869.00 and reimbursement of costs incurred in the amount of $4,265.30 for the period from June 1, 2018 through August 31, 2018. A copy of the Application may be obtained from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **OCTOBER 31, 2018, AT 4:00 P.M., PREVAILING EASTERN TIME**. Objections or other responses to the Application, if any, must also be served so that they are received not later than **October 31, 2018, at 4:00 p.m., prevailing Eastern Time** by: (i) Sports Authority Holdings, Inc., 1050 West Hampden Avenue, Englewood, CO 80110 (Attn: Douglas Garrett); (ii) counsel to Debtors: (a) Gibson, Dunn & Crutcher LLP, 333 S. Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Michael R. Nestor); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Hannah McCollum); (iv) counsel to the DIP Lenders under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement: Riemer & Braunstein LLP, Three Center Plaza, Suite 600, Boston, MA 02108 (Attn: Donald E. Rothman); (v) counsel to Wells Fargo Bank, National Association, in its capacity as FILO Agent under the Second Amendment to Second Amended and Restated Credit Agreement, dated as of November 3, 2015: Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn.: Kevin Simard); and (vi) counsel to the Official Committee of Unsecured Creditors: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Colin Robinson).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **A DATE AND TIME TO BE DETERMINED** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

Dated: October 16, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  302.652.4100
Facsimile:  302.652.4400
Email: rfeinstein@pszjlaw.com
        jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors