# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

EXHIBIT A

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See GuidelinesC.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED: Firm or offices for preceding year, excluding bankruptcy | BILLED: In this fee application |
| Sr./Equity Partner/Shareholder | $950.00 | $851.83 |
| Of Counsel | $800.00 | $756.18 |
| Paralegal | $300.00 | $356.73 |
| Case Management Assistants | $225.00 | $295.00 |
| All timekeepers aggregated | | $453.62 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For the fiscal year ending 2014, non-estate work represented approximately 3-4% of the Firm's revenues. In 2015, non-estate work represented approximately 2-3% of the Firm's revenues, and in 2016, it is expected that non-estate work will represent approximately 4-5% of the Firm's revenues.

** Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name: TSA WD Holdings, Inc., et al.
Case Number: 16-10527 (MFW)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 10/15/18
Interim or Final: Interim

3

DOCS_SF:97956.1 80784/002