# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

DOCS_SF:97956.1 80784/002

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Beatrice M. Koveleski | Case Mgmt Assist. | Bankruptcy | | $ 1,091.50 | 3.70 | 295.00 | $ 0.00 | 2 |
| Bradford J. Sandler | Partner | Bankruptcy | 1996 | $ 7,400.00 | 8.00 | 925.00 | $825.00 | 3 |
| Charles J. Bouzoukis | Case Mgmt Assist. | Bankruptcy | | $ 1,622.50 | 5.50 | 295.00 | $250.00 | 2 |
| Colin R. Robinson | Of Counsel | Bankruptcy | 2001 | $ 825.00 | 1.10 | 750.00 | $695.00 | 2 |
| Elizabeth C. Thomas | Paralegal | Bankruptcy | | $ 37.50 | 0.10 | 375.00 | $ 0.00 | 0 |
| Karen S. Neil | Case Mgmt Assist. | Bankruptcy | | $ 560.50 | 1.90 | 295.00 | $250.00 | 2 |
| Mike A. Matteo | Paralegal | Bankruptcy | | $ 3,325.00 | 9.50 | 350.00 | $ 0.00 | 3 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | | $17,175.00 | 45.80 | 375.00 | $ 0.00 | 3 |
| Patricia J. Jeffries | Paralegal | Bankruptcy | | $ 1,275.00 | 3.40 | 375.00 | $325.00 | 3 |
| Sheryle L. Pitman | Case Mgmt Assist. | Bankruptcy | | $ 767.00 | 2.60 | 295.00 | $250.00 | 2 |
| Shirley S. Cho | Of Counsel | Bankruptcy | 1997 | $ 1,700.00 | 2.00 | 850.00 | $795.00 | 2 |
| Teddy M. Kapur | Partner | Bankruptcy | 2006 | $ 1,885.00 | 2.90 | 650.00 | $ 0.00 | 1 |
| William R. Ramseyer | Of Counsel | Bankruptcy | 1980 | $ 4,205.00 | 5.80 | 725.00 | $ 0.00 | 2 |
| Grand Total | | | | $41,869.00 | 92.30 | | | |

Case Name: TSA WD Holdings, Inc., et al.
Case Number: 16-10527 (MFW)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 10/15/18
Interim or Final: Interim

[1] If applicable.

DOCS_SF:97956.1 80784/002

5