# EXHIBIT C-1

Budget

## EXHIBIT C-1
## BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information.

In connection with approval of DIP financing and the DIP budget (the "DIP Budget"), the Committees' professionals, including PSZJ, agreed to a line item in the budget with respect to its Committee professionals' projected fees and expenses for services to be provided to the Committee, which DIP Budget was shared with the Committee.

7