# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Bankruptcy Litigation | 5.00 | $ 3,000.00 | 2.40 | $ 2,055.00 |
| Case Administration | 65.00 | $25,000.00 | 63.30 | $22,966.50 |
| Claims Administration/ Objections | 0.00 | $ 0.00 | 0.10 | $ 65.00 |
| Compensation of Professionals | 20.00 | $15,000.00 | 18.00 | $11,257.50 |
| Compensation of Professionals/ Others | 5.00 | $ 5,000.00 | 6.50 | $ 3,930.00 |
| Financial Filings | 1.00 | $ 500.00 | 1.00 | $ 787.50 |
| Financing | 1.00 | $ 500.00 | 0.60 | $ 555.00 |
| Hearing | 1.00 | $ 500.00 | 0.20 | $ 75.00 |
| Operations | 2.00 | $ 500.00 | 0.20 | $ 177.50 |
| **Total** | **100.00** | **$50,000.00** | **92.30** | **$41,869.00** |

Case Name:         TSA WD Holdings, Inc., et al.
Case Number:       16-10527 (MFW)
Applicant's Name:  Pachulski Stang Ziehl & Jones LLP
Date of Application: 10/15/18
Interim or Final:  Interim

---

[1] If applicable.

11