# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

DOCS_SF:97956.1 80784/002

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| CourtLink | $    0.76 |
| Delivery/Courier Service | $1,910.00 |
| Federal Express | $   69.94 |
| Pacer - Court Research | $  833.40 |
| Postage | $  532.10 |
| Reproduction Expense | $  519.40 |
| Reproduction/Scan Copy | $  399.70 |
| **Totals** | **$4,265.30** |

| | |
|---|---|
| Case Name: | TSA WD Holdings, Inc., et al. |
| Case Number: | 16-10527 (MFW) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 10/15/18 |
| Interim or Final: | Interim |

13