IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. __ |
| | ) | |

**ORDER GRANTING TENTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JUNE 1, 2018 THROUGH AUGUST 31, 2018**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Committee in the above-captioned cases, filed its *Tenth Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from June 1, 2018 through August 31, 2018* (the "Tenth Quarterly Application"). The Court has reviewed the Tenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Tenth Quarterly Application, and any hearing on the Tenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Tenth Quarterly Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

ORDERED that the Tenth Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $41,869.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $4,265.30 for a total of $46,134.30 for services rendered and disbursements incurred by PSZ&J for the period June 1, 2018 through August 31, 2018, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2018

                                                   The Honorable Mary F. Walrath
United States Bankruptcy Judge