IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 16th day of October, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> *Notice of Tenth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2018 through August 31, 2018; and*
>
> *Tenth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2018 through August 31, 2018.*

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

DOCS_DE:219987.1 80784/002

Sports Authority – Fee App Service List
Case No. 16-10527 (MFW)
Doc. No. 207617
02 – Hand Delivery
04 – Overnight Delivery

**Hand Delivery**
(US Trustee)
Hannah McCollum, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Debtors)
Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**Overnight Delivery**
(Counsel to the Debtors)
Robert A. Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA  90071

**Overnight Delivery**
(Counsel to the DIP Lenders under the Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement)
Donald E. Rothman, Esq.
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA  02108

**Overnight Delivery**
(Counsel to Wells Fargo Bank, National Association, in its capacity as FILO Agent under the Second Amendment to Second Amended and Restated Credit Agreement, dated as of November 3, 2015)
Kevin Simard, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

**Overnight Delivery**
(Fee Examiner)
Elise S. Frejka
Frejka PLLC
420 Lexington Avenue, Suite 310
New York, NY 10170