## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 16th day of October, 2018, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

> *Notice of Tenth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2018 through August 31, 2018.*

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

TSAWD Holdings 2002 First Class Mail
Service List
Case No. 16-10527 (MFW)
Document No. 220435
002 – Interoffice Mail
066 – Hand Delivery
219 – First Class Mail


(Counsel to the Official Committee of
Unsecured Creditors)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

**Interoffice (LA)**
(Counsel to the Official Committee of
Unsecured Creditors)
Alan J. Kornfeld, Esquire
Jeffery N. Pomerantz, Esquire
Gail Greenwood, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067-4100

**Interoffice (NY)**
(Counsel to the Official Committee of
Unsecured Creditors)
Robert J. Feinstein, Esquire
Maria Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

**Hand Delivery**
(Counsel to the Debtors and Debtors-in-
Possession)
Andrew L Magaziner, Esquire
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Hand Delivery**
Delaware Department of Justice
Attn:  Bankruptcy Department
820 North French Street, 6th Floor
Wilmington, DE  19801

**Hand Delivery**
Matthew Denn, Esquire
Delaware Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE  19801

**Hand Delivery**
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
US Attorney for Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899

**Hand Delivery**
(US Trustee)
Hannah M. McCollum, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19899-0035

**Hand Delivery**
(Counsel to Bank of America, N.A.,
Administrative Agent and Collateral Agent
under the Second Amended and Restated
Credit Agreement, dated as of May 17,
2012)
Gregory A. Taylor, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150

**Hand Delivery**
(Counsel to Rice Lake Square LP; Federal Realty
Investment Trust; MetroNational Corporation;
Brixmore Property Group Inc.; DiSanto Priest & Co.,
as the Owner Trustee of The Miami International
Grantor Trust; Metropolitan Life Insurance
Company, a New York corporation;
SDC/PACIFIC/YOUNGMAN-Santa Ana,
Partnership; Sphear Investments, LLC; Mansfield
Investments, Inc.)
Matthew Summers, Esquire
Leslie Heilman, Esquire
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to CSM Park Place Limited Partnership; Shock
Doctor, Inc.; McDavid, Inc. (d/b/a United Sports Brands,
Nathan Sports, and Cutters Gloves L.L.P. and CSM
Investors, Inc.; Trends International, LLC; BrightView
Enterprise Solutions, f/k/a Brickman Facilities Solutions;
Direct Energy Business Marketing, LLC and Direct Energy
Business, LLC)
David M. Powlen , Esquire
Kevin G. Collins , Esquire
Barnes & Thornburg LLP
1000 North West Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Under Armour, Inc.)
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Accell North America, Inc.;
Microsoft Online, Inc.)
Margaret M. Manning, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Implus Foot Care, LLC)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to O2Cool, LLC)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Hand Delivery**
(Counsel to SGS Sports Inc.; Gordini USA
Inc.; La Habra Associates; Ameriform
Acquisition Company, LLC d/b/a KL
Industries; SP Images, Inc.; I & G Direct
Real Estate 33K, LP)
William E. Chipman Jr, Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Ramco-Gershenson, Properties
LP; Janaf Shopping Center LLC; U.S. 41 &
I 285 Company LLC; Bayshore Town
Center LLC; Edens Plaza, LLC and Vestar
California XXI, L.L.C.)
Karen M. Grivner, Esquire
Clark Hill PLC
824 North Market Street, Suite 710
Wilmington, DE 19801

**Hand Delivery**
(Counsel to U.S. Reif Joliet SC Fee, LLC
and affiliates; Public Storage, a Maryland
real estate investment trust)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Easton Baseball/Softball Inc.;
Bauer Hockey, Inc.; Performance Lacrosse
Group Inc.; BPS Diamond Sports Inc.)
Mark E. Felger, Esquire
Keith L. Kleinman, Esquire
Cozen O Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**Hand Delivery**
(Counsel to USM, Inc.)
Andrew J. Flame, Esquire
Joseph N. Argentina, Jr., Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Colosseum Athletic, Corp.;
Supreme International, LLC; Perry Ellis
International, Inc.; Perry Ellis Menswear,
LLC))
Rafael X. Zahralddin-Aravena, Esquire
Eric M. Sutty, Esquire
Elliott Greenleaf, PC
1105 North Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Agron, Inc.; Performance
Apparel Corp.; Rip Curl, Inc.; Ogio
International, Inc.; J.J.'s Mac, Inc. d/b/a
Rainbeau; Arden Way, LLC and Arden Way
No. 2, LLC)
Ronald S. Gellert, Esquire
Margaret F. England, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Trainingmask, LLC; W-PT
Prairie Stone VII, LLC)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to The Taubman Landlords; James
Campbell Company LLC; Alpine Current,
LLC)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Westfield, LLC; Westfield
Topanga Owner LLC)
Andrew L. Cole, Esquire
LeClairRyan
800 North King Street, Suite 303
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Cocoplum Associates; Sarasota
Associates; OPCLK LLC; Pelsota LLC;
Ward Gateway-Industrial Village, LLC;
Summerlin Centre, LLC; Issaquah
Associates; Buckhead Pavilion, LLC)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder
PA
1201 North Orange Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(Counsel to The Stadium Chair Company,
LLC)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

**Hand Delivery**
(Counsel to Wilmington Savings Fund
Society, FSB as Administrative Agent)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Tamar K. Minott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE  19899-1347

**Hand Delivery**
(Counsel to Wells Fargo Bank; National
Association; TPG Specialty Lending, Inc.)
Mark D. Collins, Esquire
Andrew M. Dean, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Route 140 School Street LLC;
Cape Town Plaza LLC; CLPF –
Marketplace LLC; Solomon Pond Mall
LLC; Westwood Marketplace Holdings
LLC; Golf and Tennis Pro Shop, Inc. d/b/a
PGA TOUR Superstore)
Elihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Wigwam Mills, Inc.; T-Shirt
International, Inc.; Waldorf Shoppers’
World, LLC; Tucson Fiesta LLC; Parker
Central Plaza, Ltd.; Preston Park Partners,
Ltd.; VHTL LLC; De Rito Talking Stick
South, LLC)
William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Castlewood; Sunrise Promenade
Associates, Ltd.; Lifetime; Quarry Place
Two LLC; Pinetree Realty Corporation;
Comenity Bank; Bite Tech, Inc.)
Frederick B. Rosner , Esquire
Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE  19801

**Hand Delivery**
(Counsel to IA Boynton Beach Congress,
LLC; IA San Antonio Stone Ridge L.L.C.;
IA League City Victory Lakes L.P.; Inland
American South Frisco Village LLC)
Ian Connor Bifferato, Esquire
Bifferato LLC
800 North King Street, Plaza Level
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Parker Place Group, LLC)
Mark A. Fink, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to eBay Enterprises; Kin
Properties, Inc.; Gaitsan Limited
Partnership; Pasan Trust; Jefan Trust; Esue
Trust; Hall Properties Company)
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Tahsin Industrial Corp. USA;
THOR-LO, Inc.)
Jeremy W. Ryan, Esquire
R. Stephen McNeill, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Yusen Logistics (Americas)
Inc.)
Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
Courtney A. Emerson, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Counsel to United Parcel Service, Inc.;
Prairie Point Station LLC; W-PT; Arvada
VII, L.L.C.; W/A SVT Holdings VI L.L.C.;
Walton Foothills Holdings, VI, L.L.C.)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Mill Creek Mall, LLC)
Natasha M. Songonuga, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671

**Hand Delivery**
(Counsel to Midstate Mall, LLC; FGX
International Inc.))
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Shops at Bella Terra Owner,
LP)
L. Katherine Good, Esquire
Chantelle D. McClamb, Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Kimco Realty Corporation)
Jody C. Barillare, Esquire
Morgan, Lewis & Bockius, LLP
1007 North Orange Street, Suite 501
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Mission Products Holdings Inc.;
SGD-885 SO. 72nd, LLC)
Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Castle & Cooke Corona
Crossing, LLC)
Steven K. Kortanek, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Altus Brands, LLC; Westlake
Promenade, LLC; CCA-Renaissance Square
Shopping Center, LLC; TKG Powder Basin,
LLC; Kornland Building Company; Golden
Viking Sports, LLC))
David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Pure Fix Cycles, LLC)
Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahan, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE  19801

**Hand Delovery**
(Counsel to Bailey Cycle Limited)
Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff, LLC
901 Market Street, Suite 1300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Bravo Sports)
Robert Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

**Hand Delivery**
(Counsel to Kukui Grove Center Investment
Group, Inc.; Maui Marketplace Investment
Group, Inc.)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Exton/Whiteland Devco)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to KEK Realty, LLC)
Scott D. Cousins, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Shanxi Regent Fitness Inc.)
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel
LLP
The Brandywine Building
1000 North West Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Boyt Harness Company, LLC;
Greentree Plaza 06, LLC and Shops at
Cicero 13 A, LP)
Joseph Grey, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Counsel to PB IL OREO, LLC)
Maria Aprile Sawczuk, Esquire
Goldstein & McClintock, LLLP
1201 North Orange Street, Suite 7380
Wilmington, DE  19801

**Hand Delivery**
(Counsel to XS Commerce)
GianClaudio Finizio, Esquire
Gregory J. Glasser, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(Counsel to PAC Finance 1, LLC)
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite. 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Catalina Marketing
Corporation)
Stuart M. Brown, Esquire
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Chicago Cubs Baseball Club,
LLC)
Christopher P. Simon (No. 3697)
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Counsel to TFG #201, a California Limited
Partnership)
Michael J. Barrie, Esquire
Kevin M. Capuzzi, Esquire
Benesch, Friedlander, Coplan & Aronoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Siemens Financial Services,
Inc.; 101 & Scottsdale, LLC)
Kurt F. Gwynne, Esquire
Emily Devan, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to E&B Giftware, LLC, and
Sportsline, Inc.)
Jason C. Powell, Esquire
The Powell Firm, LLC
405 North King Street, Suite 440
PO Box 289
Wilmington, DE  19899

**Hand Delivery**
(Counsel to Broadstone Land, LLC)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Counsel to AX Oakdale Village, L.P.)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Alessandra Glorioso, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

**Hand Delivery**
(Counsel to CCF PCG Escondido, LLC)
Neil B. Glassman, Esquire
GianClaudio Finizio, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Champion Energy Services,
LLC)
Kevin J. Mangan, Esquire
Ericka F. Johnson, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel to KEK Realty, LLC and Yusen
Logistics (Americas) Inc.)
Simon E. Fraser, Esquire
Cozen O Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**Hand Delivery**
(Counsel to City Furniture, Inc.)
Louis J. Ebert, Esquire
Rosenberg Martin Greenberg, LLP
1105 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel HCL America, Inc.)
Jennifer L. Dering, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Rothschild Inc)
Mark L. Desgrosseilliers, Esquire
Nicholas T. Verna, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Northlake Associates, LP)
Marc S. Casarino, Esquire
Court House Square
600 N King St., Suite 800
Wilmington, DE 19899-0709

**Hand Delivery**
(Counsel to HCL America, Inc.)
Alan M. Root, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

**First Class Mail**
(Counsel to Oakley, Inc.)
Brett S. Moore, Esquire
Porzio, Bromberg & Newman, P.C.
156 West 56th Street, Suite 803
New York, NY 10019-3800

**First Class Mail**
(Debtors)
Sports Authority Holdings, Inc.
Attn: General Counsel
2305 East Arapahoe Road, Suite 234
Centennial, CO 80122

**First Class Mail**
(Counsel to the Debtors and Debtors-in-
Possession)
Sabina Jacobs, Esquire
Robert Klyman, Esquire
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**First Class Mail**
(Counsel to the Debtors and Debtors-in-
Possession)
Keith R. Martorana, Esquire
Matt J. Williams, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**First Class Mail**
(Claims & Noticing Agent)
Michael J. Paque
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA  90245

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
TCW/Crescent Mezzanine Partners, et al.
Elizabeth Ko
11100 Santa Monica Boulevard, Suite 2000
Los Angeles, CA, 90025

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
New York Life Investment Management
Mezzanine Partners, LP
Thomas Haubenstricker
Vijay Palkar
Lorne Smith
51 Madison Avenue, Suite 1600
New York, NY  10010

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
Nike, Inc.
Kim Stewart
One Bowerman Drive
Beauerton, OR  97005

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
Asics America Corp.
Mark Schollaert, Esquire
General Counsel
80 Technology
Irvine CA 92618

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
GGP Limited Partnership
Julie Minnick Bowden
110 North Wacker Drive
Chicago, IL  60606

**First Class Mail**
(Member of the Official Committee of
Unsecured Creditors)
Realty Income Corporation
Kirk R. Carson, Esquire
11995 El Camino Real
San Diego, CA  92130

**First Class Mail**
Delaware State Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**First Class Mail**
Division of Corporations Franchise Tax
Delaware Secretary of State
401 Federal Street
PO Box 898
Dover, DE  19903

**First Class Mail**
Internal Revenue Service
Attn:  Susanne Larson
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**First Class Mail**
Centralized Insolvency Operation
Internal Revenue Service
2970 Market Street
PO Box 7346
Philadelphia, PA  19104

**First Class Mail**
Securities & Exchange Commission
Headquarters
100 F Street NE
Washington, DC  20549

**First Class Mail**
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022

**First Class Mail**
Sharon Binger, PA Regional Director
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103

**First Class Mail**
(Securities & Exchange Commission)
SEC Regional Office
Shamoil Shiphandler, Regional Director
Burnett Plaza
801 Cherry Street
Suite 1900, Unit 18
Forth Worth, TX  76012

**First Class Mail**
(Counsel to the Debtors)
Robert Klyman, Esquire
Matthew Williams, Esquire
Sabina Jacobs, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512

**First Class Mail**
(Counsel to OLP Greenwood Village Co
Inc.)
Anthony M. Saccullo, Esquire
Thomas H. Kovach, Esquire
A. M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701

**First Class Mail**
(Counsel to Federal Realty Investment
Trust; MetroNational Corporation; Brixmore
Property Group Inc.; Metropolitan Life
Insurance Company,  New York
corporation)
David L. Pollack, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

**First Class Mail**
(Counsel to CSM Park Place Limited
Partnership,L.L.P.; CSM Investors, Inc.)
Connie Lahn, Esquire
Barnes & Thornburg LLP
225 South Sixth Street, Suite 2800
Minneapolis, MN  55402

**First Class Mail**
(Counsel to eBay Enterprise, Inc.)
Joel Charles Shapiro, Esquire
Blank Rome LLP
130 North 18th Street
Philadelphia, PA  19103-6998

**First Class Mail**
(Counsel to SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

**First Class Mail**
(Counsel to Wilmington Savings Fund Society, FSB
as Administrative Agent and Collateral Agent per
Credit Agreement 5/3/06 and amended 11/16/10; and
certain Term Lenders per Credit Agreement 5/3/06
and amended 11/16/10)
Robert Stark, Esquire
Bennett Silverberg, Esquire
Brown Rudnick LLP
7 Times Square
New York, NY  10036

**First Class Mail**
(Counsel to Wilmington Savings Fund
Society, FSB as Admin Agent)
Steven B Levine, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA  02111

**First Class Mail**
(Counsel to Implus Foot Care, LLC)
Terry Shulsky, Esquire
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 18th Floor
Pittsburgh, PA  15219-1410

**First Class Mail**
(Counsel to Sons Riverhead, LLC; Serota
Brooktown, III, LLC)
Richard J. McCord, Esquire
Carol A. Glick, Esquire
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY  11554

**First Class Mail**
(Counsel to Venture Products, LLC)
Scott A. Zuber, Esquire
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ  07052

**First Class Mail**
(Counsel to Wells Fargo Bank, National
Association, FILO Agent under the Second
Amendment to Second Amended and
Restated Credit Agreement, dated as of
November 3, 2015)
Kevin Simard, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110-0000

**First Class Mail**
(Counsel to Ramco-Gershenson, Properties
LP; Janaf Shopping Center LLC; U.S. 41 &
I 285 Company LLC; Bayshore Town
Center LLC; Edens Plaza, LLC and Vestar
California XXI, L.L.C.)
David M. Blau, Esquire
Paul S. Magy, Esquire
Clark Hill PLC
151 South Old Woodward Avenue, Suite
200
Birmingham, MI  48009

**First Class Mail**
(Counsel to First Texas Holdings
Corporation)
Clyde A. Pine, Jr., Esquire
Mounce, Green, Myers, Safi, Paxson &
Galatzan
PO Drawer 1977
El Paso, TX  79950-1977

**First Class Mail**
(Counsel to Castlewood)
David H. Wander, Esquire
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY  10158

**First Class Mail**
(Eager Road Associates West LLC)
DCM Development Company LLC
Attn:  Jessica Kelting
8300 Eager Road, No. 601
St Luis, MO  63144

**First Class Mail**
(Attorney for Filmar USA, Inc.)
Benjamin E. Marcus, Esquire
Jeremy F. Fischer, Esquire
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101

**First Class Mail**
(Counsel to Wildhorse Steamboat, LLC)
Caroline C. Fuller, Esquire
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO  80202

**First Class Mail**
(Counsel to The Stadium Chair Company, LLC)
Shannon D. Wead, Esquire
Foulston Siefkin LLP
1551 North Waterfront Parkway Suite 100
Wichita, KS  67206-4466

**First Class Mail**
(Counsel to AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425

**First Class Mail**
(Counsel to Under Armour, Inc.)
Brad Eric Scheler, Esquire
Peter B. Siroka, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

**First Class Mail**
(Counsel to La Habra Associates)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel to WP Glimcher Inc.; CP Pembroke Pines, LLC; Macy's West Stores, Inc.; The Retail Equation, Inc.)
Ronald E. Gold, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202

**First Class Mail**
(Counsel to GGP Limited Partnership, as Agent)
GGP Limited Partnership, as Agent
Kristen N. Pate, Esquire
110 N. Wacker Drive
Chicago, IL  60606

**First Class Mail**
(Counsel to 845 Third L.P.)
Jonathan L. Flaxer, Esquire
Marc D. Rosenberg, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue, 17th Floor
New York, NY  10017

**First Class Mail**
(Counsel to CIM/PICO, L.P.)
Michael A. Shakouri, Esquire
Goodkin & Lynch LLP
1875 Century Park East, Suite 1860
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Warwick Mall OP L.L.C.; Gateway-DC Properties, Inc.; OWRF Baybrook LLC; SPG Arsenal, L.P.; OCW Retail - Nashua, LLC)
Douglas B. Rosner, Esquire
Vanessa P. Moody, Esquire
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA  02110-3333

**First Class Mail**
(Counsel to Escalade, Inc.)
J. Michael Debbeler, Esquire
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

**First Class Mail**
(Counsel to Trainingmask, LLC)
Alan J. Brody, Esquire
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ  07932

**First Class Mail**
(Counsel to James Campbell Company
LLC)
Nancy J Newman, Esquire
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA  94105

**First Class Mail**
(Counsel to E&B Giftware LLC)
Wendy Kinsella, Esquire
Lee E. Woodward, Esquire
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, NY  13202

**First Class Mail**
(Counsel to O2Cool, LLC)
Jason M. Torf, Esquire
Horwood Marcus & Berk Chartered
500 West Madison, Suite 3700
Chicago, IL  60661

**First Class Mail**
(Counsel to GRE Broadmoor, LLC)
Gregory G. Hesse, Esquire
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202-2799

**First Class Mail**
(Counsel to Landlord Creditors ARC Related
Entities; Centennial Real Estate Company, LLC;
CenterCal Properties, Inc.; Deutsche Asset & Wealth
Management; Edens; Foursquare Properties, Inc.;
Starwood Retail Partners LLC; The Macerich
Company; The Prudential Insurance Company of
America; UCR Asset Services; West Valley
Properties, Inc.; Yorktown Holdings, LLC)
Dustin P. Branch, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909

**First Class Mail**
(Counsel to DDR Corp.; GGP Limited
Partnership; National Retail Properties;
Regency Centers Corporation; Rouse
Properties, Inc.; Winwalk Realty, LLC)
Robert L. LeHane, Esquire
Gilbert R. Saydah Jr., Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
(Claims Agent)
Kurtzman Carson Consultants LLC
P. Joe Morrow IV
2335 Alaska Ave
El Segundo, CA  90245

**First Class Mail**
(Counsel to Landlord Creditor La Habra
Associates; LLC La Habra Associates, LLC)
J. Bennett Friedman, Esquire
Michael Sobkowiak, Esquire
Friedman Law Group, P.C.
1900 Avenue of Stars, 11th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel to DeRito Talking Stick South,
LLC, successor to De Rito Pavilions 140
L.L.C.)
Adam B. Nach, Esquire
Lane & Nach, P.C.
2001 East Campbell #103
Phoenix, AZ 85004

**First Class Mail**
(Counsel to Claimants West Vail Mall
Corp.; Gart Real Estate Company LLP;
1000 BDWY Co., LLP; Najem Co.,
LLP;1001 Lincoln Limited Liability
Company, Corundum)
Joel Laufer, Esquire
Laufer and Padjen LLC
5290 DTC Parkway, Suite 150
Englewood, CO 80111

**First Class Mail**
(Counsel to Westfield, LLC; Westfield
Topanga Owner LLC)
Niclas A. Ferland, Esquire
Ilan Markus, Esquire
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

**First Class Mail**
(Counsel to Eager Road Associates West
LLC)
Larry E Parres, Esquire
John J Hall, Esquire
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St Luis, MO 63101

**First Class Mail**
(Counsel to Shock Doctor, Inc. and
McDavid, Inc. (d/b/a United Sports Brands,
Nathan Sports, and Cutters Gloves)
George H. Singer, Esquire
Adam C. Ballinger, Esquire
Lindquist & Vennum LLP
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

**First Class Mail**
(Counsel to Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway, Suite 1000
Dallas, TX 75207

**First Class Mail**
(Counsel to Bexar County and City of El
Paso)
Don Stecker, Esquire
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, TX 78205

**First Class Mail**
(Counsel to Cypress - Fairbanks ISD; Harris
County; Galveston County; Montgomery
County; Fort Bend County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, TX 77253-3064

**First Class Mail**
(Counsel to Denton County)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665

**First Class Mail**
(Counsel to KRG Portofino LLC; KRG Port St. Lucie
Landing LLC; KRG Fort Myers Colonial Square
LLC; KRG Lake St. Louis Hawk Ridge LLC;
Carousel Center Company LP; Holyoke Mall
Company LP; Washing Commons NewCo LLC)
Kevin M. Newman, Esquire
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

**First Class Mail**
(Counsel to Pyramid Management Group, LLC, Carousel Center
Company, L.P., EklecCo NewCo LLC, Holyoke Mall Company,
L.P., and Washington Commons NewCo LLC )
Kevin M. Newman, Esquire
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

**First Class Mail**
(Counsel to Cape Town Plaza LLC; Route
140 School Street LLC; Westwood
Marketplace Holdings LLC; Solomon Pond
Mall LLC; CLPF – Marketplace LLC)
Paul W. Carey, Esquire
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608

**First Class Mail**
(Counsel to Kimco Realty Corporation)
Neil E. Herman, Esquire
James O. Moore, Esquire
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600

**First Class Mail**
(Counsel to Easton Baseball/Softball Inc.;
Bauer Hockey, Inc.; Performance Lacrosse
Group Inc.; BPS Diamond Sports Inc.)
Victor G. Milione, Esquire
Christopher J. Fong, Esquire
Nixon Peabody LLP
55 West 46th Street
New York, NY 10036-4120

**First Class Mail**
(Counsel to OLP Greenwood Village Co
Inc.)
Michael S. Fox, Esquire
Olshan Frome Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

**First Class Mail**
(Counsel to certain holders of 11.5% Senior
Subordinated Notes Due February 19, 2018
under the Securities Purchase Agreement,
dated as of May 3, 2006)
Joseph Zujkowski, Esquire
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036

**First Class Mail**
(Counsel to certain holders of 11.5% Senior
Subordinated Notes Due February 19, 2018
under the Securities Purchase Agreement,
dated as of May 3, 2006)
Steve Warren, Esquire
Sunna Choi, Esquire
O'Melveny & Meyers LLP
400 South Hope Street
Los Angeles, CA 90071

**First Class Mail**
(Counsel to Sports Delaware, L.L.C.)
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Patterson Belknap Webb &Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**First Class Mail**
(Counsel to Clear Creek Independent School
District; Baybrook Municipal Utility District
#1; Humble Independent School District;
Spring Branch Independent School District)
Owen M. Sonik, Esquire
Perdue Brandon Fielder Collins & Mott LLP
1235 North Loop West, Suite 600
Houston, TX 77008

**First Class Mail**
(Counsel to Mansfield ISD)
Elizabeth Banda Calvo, Esquire
Perdue Brandon Fielder Collins & Mott LLP
500 East Border Street, Suite 640
Arlington, TX 76010

**First Class Mail**
(Counsel to Aqua-Lung America, Inc.;
Birdcage GRF2, LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101

**First Class Mail**
(Counsel to Lifetime)
David Leigh, Esquire
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

**First Class Mail**
(Counsel to Wigwam Mills, Inc.)
Michael D. Jankowski, Esquire
Reinhart Boerner Van Deuren, S.C.
1000 North Water Street, Suite 1700
PO Box 2965
Milwaukee, WI 53201-2965

**First Class Mail**
(DDR Southeast East Hanover, L.L.C.; BRE DDR
BR Nature Coast FL LLC; DDR Homestead LLC;
BRE DDR Lake Brandon Village LLC; BRE DDR
Flatacres Marketplace LLC; BRE DDR Shoppers
World LLC; DDR MCH West LLC; DDR Winter
Garden LLC; DDR Tucson Spectrum II LLC; DDR
Perimeter Pointe LLC; BFW/PIKE Associates LLC;
BG Monmouth, LLC; DDR Miami Avenue, LLC;
DDR Southeast Cascades, L.L.C.; DDR Nampa LLC;
BRE DDR Crocodile Falcon Ridge Town Center I
LLC)
Renee B. Weiss
c/o DDR Corp.
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122

**First Class Mail**
(Counsel to Accell North America, Inc.;
Microsoft Online, Inc.)
Maria A. Milano, Esquire
Joseph E. Shickich, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Counsel to Bank of America, N.A.,
Administrative Agent and Collateral Agent
under the Second Amended and Restated
Credit Agreement, dated as of May 17,
2012)
Donald E. Rothman, Esquire
Marjorie S. Crider, Esquire
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA 02108-0000

**First Class Mail**
(Counsel to GoPro, Inc.)
Phillip K. Wang, Esquire
Rimon, P.C.
One Embarcadero Center, Suite 400
San Francisco, CA  94111

**First Class Mail**
(Counsel to Washington State Department
of Fish and Wildlife)
Robert W. Ferguson, Esquire
Martha F. Wehling, Esquire
Office of Attorney General
PO Box 40100
Olympia, WA  98504-0100

**First Class Mail**
(Counsel to TPG Specialty Lending, Inc.)
Adam C. Harris, Esquire
Neil S. Begley, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to UHC of California; United
HealthCare Services, Inc.; United
Healthcare Insurance Company)
Eric S. Goldstein, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**First Class Mail**
(Counsel to TCN I, LLC)
Steven W. Kelly, Esquire
Silver & DeBoskey
1801 York Street
Denver, CO  80206

**First Class Mail**
(Simon Property Group, Inc. and its Related
Entities)
Simon Property Group, Inc.
Attn:  Ronald M. Tucker
225 West Washington Street
Indianapolis, IN  46204

**First Class Mail**
(Counsel to Agron, Inc.; Rip Curl, Inc.)
Alan G. Tippie, Esquire
David S. Kupetz, Esquire
Jessica L. Vogel, Esquire
Sulmeyer Kupetz, A Professional
Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA  90071

**First Class Mail**
(The Taubman Landlords)
The Taubman Company
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills,, MI  48304

**First Class Mail**
(Donahue Schriber Realty Group LP)
Donahue Schriber Realty Group LP
Trainor Fairbrook
Jennifer L Pruski
PO Box 255824
Sacramento, CA  95865

**First Class Mail**
(Vicky Zartman, CFCA, Legal and
Collection Support Specialist II)
Ken Burton Jr.
Manatee County Tax Collector
4333 US 301 N
Ellenton, FL  34222

**First Class Mail**
(Counsel to Wolverine World Wide, Inc.)
Gordon J. Toering , Esquire
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

**First Class Mail**
(Counsel to Professional Golf Ball Service,
Ltd d/b/a PG Professional Golf)
Jeff Carruth , Esquire
Weycer Kaplan Pulaski & Zuber PC
3030 Matlock Road, Suite 201
Arlington, TX 76015

**First Class Mail**
(Counsel to McClathy Company)
Paul J Pascuzzi , Esquire
Felderstein Fitzgerald , Esquire
Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

**First Class Mail**
(Counsel to Hanesbrands Inc.)
Jennifer Barker Lyday, Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston, NC 27101

**First Class Mail**
(Counsel to IA Boynton Beach Congress,
LLC; IA San Antonio Stone Ridge L.L.C.;
IA League City Victory Lakes L.P.; Inland
American South Frisco Village LLC)
James P. Sullivan, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

**First Class Mail**
(Counsel to Parker Place Group, LLC)
Mark D. Taylor, Esquire
VLP Law Group
1629 K Street, NW, Suite 300
Washington, DC 20006-1631

**First Class Mail**
(Counsel to Treasurer of Arapahoe County)
Ronald A. Carl, Esquire
Benjamin Swartzendruber, Esquire
Arapahoe County Attorneys' Office
5334 South Prince Street
Littleton, CO 80120

**First Class Mail**
(Counsel to 101 and Scottsdale, LLC)
William M. Fischbach, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road, 17th Floor
Phoenix, AZ 85016

**First Class Mail**
(Counsel to U.S. Reif Joliet SC Fee, LLC)
Richard J. Mason, Esquire
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

**First Class Mail**
(Counsel to Nike USA, Inc.; Hurley
International LLC)
Albert N. Kennedy, Esquire
Ava L. Schoen, Esquire
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

**First Class Mail**
(Counsel to WM Acquisition, L.C.)
Darwin H. Bingham, Esquire
Scalley Reading Bates Hansen &
Fasmussen, P.C.
15 West South Temple, Suite 600
Salt Lake City, UT 84101

**First Class Mail**
(Counsel to Plaza Las Americas, Inc. ; Plaza
del Caribe, S.E.)
Jose A. Casal, Esquire
Joaquin J. Alemany, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL  33131

**First Class Mail**
(Counsel to Kin Properties, Inc.; Gaitsan
Limited Partnership; Pasan Trust; Jefan
Trust; Esue Trust; Hall Properties Company)
Jeffrey Rhodes, Esquire
Blank Rome LLP
1825 Eye Street NW
Washington, DC  20006

**First Class Mail**
(Counsel to Tahsin Industrial Corp. USA)
Boris I. Mankovetskiy, Esquire
Lucas F. Hammonds, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

**First Class Mail**
(Counsel to Rice Lake Square LP; Lake
Square LP; Mansfield Investments, Inc.)
Robert D. Tepper, Esquire
Schenk Annes Tepper Campbell Ltd.
311 South Wacker Drive, Suite 2500
Chicago, IL  60606-6674

**First Class Mail**
(Counsel to Sun Life Assurance Company of
Canada, Landlord for Store No. 709, Eden
Prairie, MN)
Magdalena Schardt, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222

**First Class Mail**
(Counsel to MEPT Woburn Mall, LLC (as
successor in interest to Koffler/GID
Woburn, LLC; MEPT Midland Crossing
LLC successor in interest to CIM/PICO,
L.P.)
William J. Hanlon, Esquire
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210

**First Class Mail**
(Counsel to Yusen Logistics (Americas)
Inc.)
Rachel L. Hollander, Esquire
Olasov + Hollander LLP
33 W. 60th Street, 4th Floor
New York, NY  10023

**First Class Mail**
(Counsel to Prairie Point Station LLC; W-
PT; Arvada VII, L.L.C.; W/A SVT Holdings
VI, L.L.C.; Walton Foothills Holdings, VI,
L.L.C.)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601

**First Class Mail**
(Counsel to United Parcel Service, Inc.)
John D. Elrod, Esquire
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA  30305

**First Class Mail**
(Counsel to Ward Gateway-Industrial
Village, LLC; Summerlin Centre, LLC)
Howard Marc Spector, Esquire
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX  75251-1329

**First Class Mail**
(Counsel to Ledgewood Investors, LLC)
Paul R. DeFilippo, Esquire
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110

**First Class Mail**
(Counsel to Ameriform Acquisition
Company, LLC d/b/a KL Industries)
Anthony J. Kochis, Esquire
Woldson Bolton PLLC
3150 Livernois, Suite 275
Troy, MI 48083

**First Class Mail**
(Counsel to Mill Creek Mall, LLC)
Mark B. Conlan, Esquire
Brett S. Theisen, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

**First Class Mail**
(Counsel to Mill Creek Mall, LLC)
D. Mark Leonard, Esquire
Horowitz, Rubino & Patton
400 Plaza Drive
PO Box 2038
Secaucus, NJ 07096

**First Class Mail**
(Counsel to Midstate Mall, LLC)
Cynthia D. Santomauro, Esquire
Cooke & Santomauro, P.C.
Three University Plaza, Suite 207
Hackensack, NJ 07601

**First Class Mail**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**First Class Mail**
(Counsel to Issaquah Associates, a
Washington limited partnership)
James P. Davis, Esquire
Law Office of James P. Davis, PLLC
2223 112th Avenue NE, Suite 202
Bellevue, WA 98004-2971

**First Class Mail**
(Counsel to HI-TEC Sports USA, Inc.)
Wanda Borges, Esquire
Borges & Associates, LLC
575 Underhill Boulevard, Suite 118
Syosset, NY 11791

**First Class Mail**
(Counsel to THOR-LO, Inc.)
John P. Sieger, Esquire
Dmitry Lampert, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

**First Class Mail**
(Counsel to Doug Belden, Hillsborough
County Tax Collector)
Brian R. FitzGerald, Esquire
Senior Assistant County Attorney
PO Box 1110
Tampa, FL 33601-1110

**First Class Mail**
(Counsel to Lifeworks Technology Group,
LLC)
Harlan M. Lazarus, Esquire
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

**First Class Mail**
(Counsel to Performance Apparel Corp.)
Edwin J. Rambuski, Esquire
Law Offices of Edwin J. Rambuski
1401 Higuera Street
San Luis Obispo, CA 09340

**First Class Mail**
(Counsel to Harman International Industries, Incorporated)
Christopher J. Giaimo, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036

**First Class Mail**
(Counsel H.I.R. 3; RH Tacoma Place Associates, LLC)
Katie J. Comstock, Esquire
Levy von Beck & Associates, P.S.
1200 Fifth Avenue, Suite 1850
Seattle, WA  98101

**First Class Mail**
(Interested Party)
Anthony DiTirro
Melinda De Jesus
Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY  10018

**First Class Mail**
(Counsel to MK Kapolei Commons LLC; MK Kona Commons LLC)
Jonathan C. Bolton, Esquire
Goodsill Anderson Quinn & Stifel
First Hawaii Center
999 Bishop Street, Suite 1600
Honolulu, HI  96813

**First Class Mail**
(Counsel to VHTL, LLC)
William J. Factor, Esquire
Sara E. Lorber, Esquire
FactorLaw
105 West Madison, Suite 1500
Chicago, IL  60602

**First Class Mail**
(Counsel to Mission Products Holdings Inc.)
Robert J. Keach, Esquire
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, West Tower
PO Box 9729
Portland, ME  04104-5029

**First Class Mail**
(Counsel to Castle & Cooke Corona Crossing, LLC)
Eve H. Karasik, Esquire
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Terranomics Crossroads Associates, L.P.)
Kenneth S. Antell, Esquire
Dunn Carney Allen Higgins & Tongue, LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204

**First Class Mail**
(Counsel to The Summit at Gravois Bluffs, L.L.C.)
John E. Hilton, Esquire
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO  63105

**First Class Mail**
(Interested Party)
Christopher V. Hawkins, Esquire
Sullivan Hill Lewin Rez & Engel
550 West C Street, Suite 1500
San Diego, CA  92101

**First Class Mail**
(Counsel to Manalapan Realty, L.P.)
Joseph J. DiPasquale, Esquire
Trenk, DiPasquale, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

**First Class Mail**
(Counsel to Levin Management Corporation
as agent for Ikea Properties, Inc.; Amherst
Crossing AMA Realty Ventures, LLC)
Joseph H. Lemkin, Esquire
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ 08543

**First Class Mail**
(Counsel to Altus Brands, LLC)
Michael D. Good, Esquire
South Bay Law Firm
3655 Torrance Boulevard, Suite 300
Torrance, CA 90503

**First Class Mail**
(Counsel to Pure Fix Cycles, LLC)
Juliet Y. Oh, Esquire
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

**First Class Mail**
(Counsel to U.S. Reif Joliet SC Fee, LLC
and affiliates; Public Storage, a Maryland
real estate investment trust)
Ivan M. Gold, Esquire
Allen Matkins Leck Gamble Mallory &
Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

**First Class Mail**
(Counsel to Bailey Cycle Limited)
Maria A. Milano, Esquire
Joseph E. Schickich, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Counsel to Bravo Sports)
Matthew A. Lesnick, Esquire
Lesnick Prince & Pappas LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405

**First Class Mail**
(Counsel to W-PT Prairie Stone VII, LLC)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

**First Class Mail**
(Counsel to Travis County)
Kay D. Brock, Esquire
Assistant Travis County Attorney
PO Box 1748
Austin, TX 78767

**First Class Mail**
(Counsel to DPF Narragansett LLC;
Centerton Square LLC)
Deborah M. Perry, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street, Suite 3800
Dallas, TX 75201-6659

**First Class Mail**
(Interested Party)
Darwin H. Bingham, Esquire
Scalley Reading Bates Hansen &
Rasmussen, P.C.
Attorneys for The District, L.C.
15 West South Temple, Suite 600
Salt Lake City, UT 84101

**First Class Mail**
(Counsel to TFG #201)
Jason F. Lurie, Esquire
Law Offices of Dana G. Parry
1200 Concord Avenue, Suite 200
Concord, CA 94520

**First Class Mail**
(Counsel for Marina Pacifica, LLC; NMMS-
Twin Peaks, LLC; Terra Nova, LP)
Ian S. Landsberg, Esquire
Casey Z. Donoyan, Esquire
Landsberg Law, APC
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212

**First Class Mail**
(Counsel to Maricopa County Treasurer)
Lori A. Lewis, Esquire
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
222 North Central Avenue, Suite 1100
Phoenix, AZ  85004-2206

**First Class Mail**
(Counsel to J.J's Mae, Inc. d/b/a Rainbeau;
Arden Way, LLC and Arden Way No. 2,
LLC)
Gregg M. Ficks, Esquire
Coblentz, Patch, Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104

**First Class Mail**
(Counsel to Kukui Grove Center Investment
Group, Inc.; Maui Marketplace Investment
Group, Inc.)
Hugh McCullough, Esquire
Lauren Dorsett, Esquire
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101

**First Class Mail**
(Counsel to Trends International, LLC)
Michael K. McCrory, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204-3535

**First Class Mail**
(Counsel to FIT Village Fair North, LLC)
Ryan J. Bird, Esquire
Gilbert Bird Law Firm, PC
10575 North 114th Street, Suite 115
Scottsdale, AZ  85259

**First Class Mail**
(Counsel to Lightman South Lake Co., LLC;
Retail Management Services Co., LLC)
Derek E. Whitlock, Esquire
Harkavy Shainberg Kaplan & Dunstan PLC
6060 Poplar Avenue, Suite 140
Memphis, TN  38119

**First Class Mail**
(Counsel to Champion Energy Services,
LLC and its affiliate, Champion Energy,
LLC)
Erica Akerman, Esquire
Champion Energy Services, LLC
1500 Rankin Road, Suite 200
Houston, TX  77073

**First Class Mail**
(Counsel to Howard County, Maryland)
Gary W. Kuc, Esquire
Kristen Bowen Perry, Esquire
Howard County Office of Law
3450 Courthouse Drive
Ellicott City, MD  21043

**First Class Mail**
(Counsel to Sri Ten City Center, LLC)
Thomas G. Wallrich, Esquire
Joel D. Nesset, Esquire
Cozen O'Connor
33 South 6th Street, Suite 3800
Minneapolis, MN  55402

**First Class Mail**
(Counsel to FGX International Inc.)
Jennifer V. Doran, Esquire
Hinckley Allen
28 State Street
Boston, MA  02109-1775

**First Class Mail**
(Counsel to Zurich American Insurance
Company)
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102

**First Class Mail**
(Counsel to Waterbury Phoenix, LLC)
Craig I. Lifland, Esquire
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103

**First Class Mail**
(Counsel to Stack-On Products Company)
Thomas R. Fawkes, Esquire
Brian J. Jackiw, Esquire
Goldstein & McClintock LLLP
111 W. Washington Street, Suite 1221
Chicago, IL  60602

**First Class Mail**
(Counsel to Regional Joint Ventures, LLC)
Sblend A. Sblendorio, Esquire
Hoge, Fenton, Jones & Appel, Inc.
4309 Hacienda Drive, Suite 350
Pleasanton, CA  94588

**First Class Mail**
(Counsel to KEK Realty, LLC)
Bruce Dopke, Esquire
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL  60603

**First Class Mail**
(Counsel to DiSanto Priest & Co., as the
Owner Trustee of The Miami International
Grantor Trust)
Joaquin J. Alemany, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL  33131

**First Class Mail**
(Counsel to Miami-Dade County Tax
Collector's Office)
Ileana Cruz, Esquire
Abigail Price-Williams
Stephen P. Clark Center, Suite 2810
111 N.W. First Street
Miami, FL  33128-1993

**First Class Mail**
(Counsel to Centennial Data Group, LLC)
Bradford E. Dempsey, Esquire
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

**First Class Mail**
(Counsel to Ogio International, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT  84101

**First Class Mail**
(Counsel to Missouri Department of
Revenue)
Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
(Counsel to Quarry Place Two LLC)
Carl D. Aframe, Esquire
Aframe & Barnhill P.A.
390 Main Street, Suite 901
Worcester, MA  01608

**First Class Mail**
(Counsel to Pinetree Realty Corporation)
Laurence May, Esquire
Eiseman Levine Lehrhaupt & Kakoyiannis,
P.C.
805 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Shanxi Regent Fitness Inc.)
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel
LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102-2101

**First Class Mail**
(Counsel to Tennessee Attorney General's
Office)
Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Babolat VS North America,
Inc.)
Risa Lynn Wolf-Smith, Esquire
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
PO Box 8749
Denver, CO  80202

**First Class Mail**
(Counsel to Sphear Investments, LLC)
Eric W. Burkhardt, Esquire
Beall & Burkhardt, APC
1114 State Street, Suite 200
Santa Barbara, CA  93101

**First Class Mail**
(Counsel to SDC/PACIFIC/YOUNGMAN-
Santa Ana, Partnership)
Glen Dresser, Esquire
Law Offices of Glen Dresser
5250 Lankershim Boulevard, Suite 500
North Hollywood, CA  91601

**First Class Mail**
(Counsel to Westlake Promenade, LLC;
CCA-Renaissance Square Shopping Center,
LLC; Kornland Building Company)
Thomas B. Walper, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071

**First Class Mail**
(Counsel to Boyt Harness Company, LLC)
David A. Newby, Esquire
Momkus McCluskey Roberts LLC
1001 Warrenville Road
Lisle, IL  60532

**First Class Mail**
(Counsel to PB IL OREO, LLC)
Harold D. Israel, Esquire
Goldstein & McClintock, LLLP
111 W. Washington Street, Suite 1221
Chicago, IL  60604

**First Class Mail**
(Counsel to E.P. & G. Properties No. 5,
LLC)
Marcia E. Gerston, Esquire
Greenfield Draa & Harrington LLP
55 South Market Street, Suite 1500
San Jose, CA  95113

**First Class Mail**
(Counsel to I & G Direct Real Estate 33K,
LP)
Sherry J. Millman, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

**First Class Mail**
(Counsel to BrightView Enterprise
Solutions, f/k/a Brickman Facilities
Solutions)
John W. Mills, III, Esquire
Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500
Atlanta, GA  30309

**First Class Mail**
(Counsel to Ocean Drive Clevelander, Inc.)
Mark A. Levy, Esquire
Sandra Gonzalez, Esquire
Brinkley Morgan
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, FL  33301

**First Class Mail**
(Counsel to Ocean Drive Clevelander, Inc.)
Kristi J. Doughty, Esquire
McCabe, Weisberg & Conway, P.C.
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE  19803

**First Class Mail**
(Counsel to Aurora Marketplace L.P.)
Joseph D. Frank, Esquire
Jeremy C. Kleinman, Esquire
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**First Class Mail**
(Counsel to Chandler Village Center, LLC)
Michelle E. Shriro, Esquire
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX  75001

**First Class Mail**
(The Middle District of Florida; FRBP
2002)
Charles W. Thomas, Tax Collector, Pinellas
County, Florida
Pinellas County Tax Collector
PO Box 6340
Clearwater, FL  22758-6340

**First Class Mail**
(Counsel for Whitestone REIT)
Michael A. Condyles, Esquire
Jeremy S. Williams, Esquire
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, VA  23219-4071

**First Class Mail**
(Counsel to Greentree Plaza 06, LLC; Shops
at Cicero 13 A, LP)
John R. Rizzardi, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104

**First Class Mail**
(Counsel to XS Commerce)
Larry Campitiello, Esquire
Cahill & Campitiello
5740 Fleet Street, Suite 140
Carlsbad, CA  920008

**First Class Mail**
(Counsel to 777 Tamalpais Drive, Inc.)
Jeffrey A. Dito, Esquire
Valinoti, Specter & Dito, LLP
555 Montgomery Street, Suite 605
San Francisco, CA  94111

**First Class Mail**
(Counsel to 777 Tamalpais Drive, Inc.)
Monty Stephens
Colliers International
Town Center Corte Madera
100 Corte Madera Town Center
Corte Madera, CA  94925

**First Class Mail**
(Counsel to PAC Finance 1, LLC)
Marita S. Erbeck, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047

**First Class Mail**
(Counsel to Catalina Marketing
Corporation)
David E. Avraham, Esquire
DLA Piper LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL  60606-0089

**First Class Mail**
(Counsel to Blackhawk Network, Inc.)
Beauchamp M. Patterson, Esquire
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103

**First Class Mail**
(Counsel to EastPoint Sports, Ltd., L.L.C.)
Donald F. Campbell, Jr., Esquire(DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ  07701

**First Class Mail**
(Counsel to Chicago Cubs Baseball Club,
LLC)
Michael J. Small, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

**First Class Mail**
(Counsel to DGH Kalamath, LLC)
Timothy M. Swanson, Colorado No. 47267
James T. Burghardt, Colorado No. 10431
Moye White LLP
1400 16th Street, Suite 600
Denver, CO  80202

**First Class Mail**
(Counsel to BP Watertown Retail LLC, as
successor in interest to SPG Arsenal, L.P.)
Douglas B. Rosner, Esq.
Vanessa P. Moody, Esq.
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA  02110-3333

**First Class Mail**
(Counsel to LINTON 510, LLC)
Phillip M. Hudson III, Esquire
Arnstein & Lehr LLP
200 South Biscayne Blvd., Suite 3600
Miami, FL  33131

**First Class Mail**
(Counsel to American Southwest Venture II
Fred M. Whitaker, P.C.
Iman Reza, Esquire
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764

**First Class Mail**
(Counsel to Siemens Financial Services,
Inc.)
Claudia Z. Springer, Esquire
Kurt Gwynne, Esquire
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Comenity Bank)
Robert B. Berner, Esquire
Bailey Cavalieri LLC
1250 Kettering Tower
Dayton, OH  45423

**First Class Mail**
(Counsel to Comenity Bank)
Matthew T. Schaeffer, Esquire
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH  43215

**First Class Mail**
(Consel to Broadstone Land, LLC)
Howard S. Nevins, Esquire
Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833

**First Class Mail**
(Counsel to Metropolitan Football Stadium
District of Denver, Colorado)
Christopher R. Donoho, III, Esquire
Vivian Ban, Esquire
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Metropolitan Football Stadium
District of Denver, Colorado)
Gregory T. Donilon, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, DE  19807

**First Class Mail**
(Counsel to AX Oakdale Village, L.P.)
Lorie A. Klein, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344

**First Class Mail**
(Counsel to CCF PCG Escondido, LLC)
Christopher R. Bryant, Esquire
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to SGD-885 SO. 72nd, LLC)
Sam King, Esquire
McGill, Gotsdiner, Workman & Lepp, P.C.
L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE  68154-2584

**First Class Mail**
(Counsel to Champion Energy Services,
LLC)
David A. Zdunkewicz, Esquire
Ashley L. Gargour, Esquire
Andres Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX  77002

**First Class Mail**
(Counsel to Golf and Tennis Pro Shop, Inc.
d/b/a PGA TOUR Superstore)
Sam R. Arden, Esquire
Hartman Simons & Wood LLP
6400 Powers Ferry Road NW, Suite 400
Atlanta, GA  30339

**First Class Mail**
(Counsel to KEK Realty, LLC)
Mark A. Rabinowitz, Esquire
Jack J. Carriglio, Esquire
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL  60606

**First Class Mail**
(Counsel to Direct Energy Business
Marketing, LLC and Direct Energy
Business, LLC)
Joseph E. Bain, Esquire
Edison, McDowell & Hetherington LLP
1001 Fannin Street, Suite 2700
Houston, TX  77002

**First Class Mail**
(Counsel to HCL America, Inc.)
Jerrold S. Kulback, Esquire
Archer & Greiner, PC
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA  19103-7393

First Class Mail
(Counsel to Rothschild Inc)
Richard F. Hahn, Esquire
Wendy B. Reilly, Esquire
Erica S. Weisgerber, Esquire
Nick S. Kaluk, III, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel to AmEx Travel Related Services
Company, Inc.
Lynn Brown, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA  19355-0701

**First Class Mail**
(Counsel for Midland Radio Corporation)
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

**First Class Mail**
(Counsel to Town of North Haven)
Jeffrey M. Donofrio, Esquire
Ciulla & Donofrio, LLP
127 Washington Avenue
PO Box 219
North Haven, CT  06473