August 5, 2003

RECEIVED / FILED
AUG - 8 2003
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In the United States Bankruptcy Court
for the District of Delaware
In re: W. R. Grace & Co. et al. 1Debtors.
Chapter 11 Case #01-01139(JKF)
Jointly Administered Hearing date
August 25, 2003 at 12:00 PM
02104489512655

Dear Sirs:

This is in response to the debtors' second omnibus objection to claims (non-substantive) to be considered at the hearing to be held 8/25/03 at 12 PM before the Honorable Judith K. Fitzgerald, U. S. Bankruptcy Court, 824 Market St. Wilmington, Delaware.

1. My name is Aloys Joseph Baloga, owner and resident at 10 Hillcrest Drive, Dallas, Pa. 18612. My claim data is case 01-01140, Claim number 1726 dated 8/6/02. My telephone is (570) 675-2604.

2. I purchased my home in 1972, having no prior knowledge that the entire attic floor was insulated with poured Zonolite. After learning of this fact, I learned that it would cost over $5000.00 to have the Zonolite removed. The area is 25 feet by 60 feet with the poured Zonolite 8 inches deep throughout. I had originally planned to build several bedrooms in the attic but was unable to do so without endangering my health by disturbing the Zonolite. This fact effectively lowers the value of my home since it has to be stated in case of sale and the fact that the attic space is practically useless. I am therefore penalized by the debtors' Zonolite and request due compensation. Any dismissal of my claim is unwarranted and is a denial of justice.

3. My home at 10 Hillcrest Drive, Dallas, Pa. is a modified bi-level 25' by 60' in size with a full cellar and full attic. It has 3 bedrooms, 2 bathrooms, a kitchen, dining room, living room on the first floor. Both the cellar and attic are accessible by full staircases. The cellar is partly finished with a finished room next to the furnace area and the garage. The unfinished attic has floorboards throughout the area 25' by 60' with Zonolite poured 8 inches deep under the floorboards.

Due to my fragile health and age (77), I am unable to appear personally at the hearing but desire that my objection be considered at the hearing. I am not hiring an attorney to represent me since I am unable to afford one in this case.

Sincerely,

Aloys Joseph Baloga
10 Hillcrest Drive
Dallas, Pa. 18612