# ATTACHMENT K

COPY OF TRANSCRIPT

**RECEIVED**

MAR 1 4 2003

LUKINS & ANNIS, P.S

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. Grace & Co., et. al.,
                 Chapter 11

vs.          No. 01-01139 JFK
          (Jointly Administered)

         Debtors.



DEPOSITION OF JERRI L. DILLON
Taken on behalf of the Defendant
March 3, 2003

- - -

     BE IT REMEMBERED THAT, pursuant to the Washington
Rules of Civil Procedure, the deposition of JERRI L.
DILLON, was taken before Tia B. Reidt, a Certified
Shorthand Reporter, and a Notary Public for the State of
Washington, on March 3, 2003, commencing at the hour of
9:02 a.m., the proceedings being reported at 1201 Pacific
Avenue, Tacoma, Washington.

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
1    comfortably?

2         A.    Yes.

3         Q.    Okay.   The same is true of your husband?

4         A.    Yes.

5         Q.    And do you use the attic for storage purposes?

6         A.    We used to.

7         Q.    You used to?   Okay.   And when did you stop using

8    it for storage purposes.

9         A.    When we found out that stuff was in there.

10        Q.    Okay.   Did you use your attic for any other

11   purposes besides storage?

12        A.    Meaning?

13        Q.    I don't know.   Any other uses -- did you let the

14   kids go up there and play or things like that?

15        A.    No.

16        Q.    No?   Okay.   So purely for storage purposes?

17        A.    Yes.

18        Q.    Okay.   And what types of items did you store in

19   the attic?

20        A.    All my clothes, jewelry.   At one point toys, a

21   bed, dressers.

22        Q.    Okay.   Mostly household items?

23        A.    Yes.

24        Q.    Any items relating to your business?

25        A.    No.
```

## NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335          www.naegelireporting.com          Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    was that last summer?

2         A.   Mm-hm.   (Witness answers affirmatively.)

3         Q.   Okay.   Was it after you saw the 48 Hours program

4    that you cleaned out the insulation?

5         A.   Before.

6         Q.   It was before?

7         A.   Yes.

8         Q.   Okay.   And what prompted you to clean out the

9    insulation?

10        A.   We needed to get in there to rewire.

11        Q.   I'm sorry?

12        A.   We needed -- we needed to remove it so we could

13   rewire.

14        Q.   Okay.   And so you took it upon yourself just to

15   go ahead and remove the vermiculite from your home?

16        A.   Yes.

17        Q.   Okay.   And how did you go about doing that?

18        A.   A dustpan, a whisk broom, a vacuum cleaner, my

19   hands.

20        Q.   And you threw away the bag at the time that you

21   were doing the cleaning --

22        A.   Yes.

23        Q.   -- the removal?

24        A.   Yes.

25        Q.   Was there only one bag?

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
 1        A.    Yes.

 2        Q.    Okay.  Was the vermiculite in the attic at the

 3   time that you bought the house?

 4        A.    Yes.

 5        Q.    Okay.  So neither you nor your husband installed

 6   any of that vermiculite?

 7        A.    No.

 8        Q.    Okay.  And over what period of time did you

 9   remove the vermiculite?

10        A.    Meaning?

11        Q.    Two days -- how long did it take you to get it

12   all out of there?

13        A.    Well, I know I worked two full days on getting it

14   up, but there was other days that I was up there piddling

15   around and cleaning.

16        Q.    Did you do this over the weekend?

17        A.    I can't remember.

18        Q.    Okay.  Did anyone help you do it?

19        A.    Yes.

20        Q.    Who?

21        A.    My two stepsons and my husband.

22        Q.    Okay.  Did you have on any protective mask or

23   goggles to --

24        A.    No goggles.

25        Q.    No?
```

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

| | | |
|---|---|---|
| 1 | A. | Once in a while I would put on a mask. |
| 2 | Q. | What kind of mask? |
| 3 | A. | A dust mask. |
| 4 | Q. | Okay.  Did you rent the mask? |
| 5 | A. | No. |
| 6 | Q. | Buy it? |
| 7 | A. | We have those. |
| 8 | Q. | In connection with your painting business? |
| 9 | A. | Yes. |
| 10 | Q. | Okay.  Can you describe the mask to me? |
| 11 | A. | It's white, and it has the rubber bands -- |
| 12 | Q. | Okay. |
| 13 | A. | -- that goes here and around your neck. |
| 14 | (Indicating.) | |
| 15 | Q. | Okay.  Is it designed for painting specifically? |
| 16 | A. | To my knowledge, it's just a dust mask. |
| 17 | Q. | Okay.  And how much -- if you went into the |
| 18 | hardware store, how much would you pay for a mask like |
| 19 | that? |
| 20 | A. | For just one mask? |
| 21 | Q. | Do they sell them in -- |
| 22 | A. | They sell them in a box. |
| 23 | Q. | Okay. |
| 24 | A. | And I don't -- |
| 25 | Q. | And there are a number of -- |

## NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

|    |    |    |                                                             |
|----|----|----|-------------------------------------------------------------|
| 1  | A. | And I don't know the price of those.                        |
| 2  | Q. | There are a number of the masks in the box?                 |
| 3  | A. | Yes.                                                         |

4    Q.    Okay.  And did your two stepsons and husband wear

5  masks as they were doing the job?

6    A.    I don't remember.

7    Q.    Okay.  Of the total removal of the vermiculite

8  from your attic, Mrs. Dillon, what percentage would you say

9  that you yourself did?

10    A.    I would say 17 bags.

11    Q.    17 bags' worth?

12    A.    Contractor bags.

13    Q.    Contractor bags?  Green --

14    A.    Black.

15    Q.    I'm sorry?

16    A.    Black.

17    Q.    Okay.

18                MR. DILLON:  80 gallon.

19  BY MR. STEWART:

20    Q.    Does 80 gallon sound right to you?

21    A.    I believe so.

22    Q.    Okay.  And so of the hundred percent of

23  vermiculite that was in your attic, you yourself would have

24  cleaned up and removed what percentage, do you think?

25                MR. SCOTT:  I object to the form.

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335 · · · · www.naegelireporting.com  · Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1        THE WITNESS:  85, 90 percent of it.

2   BY MR. STEWART:

3        Q.   Okay.  And during the two full days when you were

4   working in the attic on cleaning out the vermiculite, were

5   your husband and two stepsons present the entirety of those

6   two days?

7        A.   No.

8        Q.   Okay.  Was it just you alone those two days?

9        A.   No.

10        Q.   How much over the course of those two days was

11   your husband involved in the cleanup?

12        A.   I don't remember.

13        Q.   How about your stepsons?

14        A.   I don't remember.

15        Q.   Okay.  Would you -- without causing any marital

16   strife, would you say that you were the one who did the

17   bulk of the work up there?

18        A.   Yes.

19        Q.   Okay.  And then after the two days, you did some

20   additional cleanup along the way?

21        A.   Yes.

22        Q.   What did you do with the bags of the vermiculite

23   once you had filled them?

24        A.   Tied them up and threw them in the back of my

25   truck and hauled them to the dump.

**NAEGELI REPORTING CORPORATION**

Portland, OR                                      Seattle, WA
(503) 227-1544                                   (206) 622-3376

Spokane, WA                   Coeur d'Alene, ID
(509) 838-6000                                   (208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

# ATTACHMENT L

# COPY OF TRANSCRIPT

**RECEIVED**

MAR 1 4 2003

LUKINS & ANNIS, P.S

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. Grace & Co., et al.,
                Chapter 11

vs.          No. 01-01139 JFK
           (Jointly Administered)

     Debtors.



DEPOSITION OF SHAWN T. DILLON
Taken on behalf of the Defendant
March 3, 2003

— — —

BE IT REMEMBERED THAT, pursuant to the Washington
Rules of Civil Procedure, the deposition of SHAWN T.
DILLON, was taken before Tia B. Reidt, a Certified
Shorthand Reporter, and a Notary Public for the State of
Washington, on March 3, 2003, commencing at the hour of
1:12 p.m., the proceedings being reported at 1201 Pacific
Avenue, Tacoma, Washington.

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

        Spokane, WA
        (509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    through my wife, one of the two, but it seems to me like I

2    recall talking to him over the telephone.

3        Q.    Okay.   And did you in fact dispose of the items

4    that you stored in your attic?

5        A.    Some I did if they didn't mean anything to me,

6    but I've got documents that I keep up there for taxes and

7    whatnot for my business that's stored, and no, they're not

8    disposed of.   I mean that would be like cutting off my

9    hands to spite my face, you know; IRS and that type of

10   thing.

11       Q.    And what --

12       A.    Tax forms.

13       Q.    And what types of items did you dispose of that

14   had been stored up there?

15       A.    Toys, some clothing.   I think there was some

16   Mason jars up there.   You know, I believe we disposed of a

17   bed.   There was a mattress up there at one time.   There's

18   still a bed frame up there.   I think that's about it.

19       Q.    Did you make the decision on what to dispose or

20   not to dispose of on the basis that you might have some

21   future use for some items and --

22       A.    Well, I mean --

23       Q.    -- you would keep those and have no further

24   anticipated use of other items and got rid of those?

25       A.    No.   I made a determination of whether we should

## NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1644

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

| | |
|---|---|
| 1 | Q.    Mr. Dillon, we spent some time this morning with |
| 2 | your wife talking about various projects that the two of you |
| 3 | have undertaken -- |
| 4 | A.    Mm-hm.    (Witness answers affirmatively.) |
| 5 | Q.    -- that relate to your attic space.    Based on my |
| 6 | notes, the projects that I recall your wife having described |
| 7 | are putting in the new stairs and access to the attic, |
| 8 | number one.    Number two, removal of the laundry room stairs |
| 9 | that access the attic. |
| 10 | A.    That was -- they were removed prior -- prior to |
| 11 | the installation of the staircase. |
| 12 | Q.    Is that -- is that what you call the -- |
| 13 | A.    The staircase -- |
| 14 | Q.    -- what you and I referred to as -- |
| 15 | A.    The stairway was built in a hallway that adjoined |
| 16 | the kitchen behind the living room.    It was -- essentially |
| 17 | the living room is here.    There's a hallway right here. |
| 18 | You can go from the kitchen to that hallway to the |
| 19 | bathroom, or you can go from the kitchen around that wall, |
| 20 | so it was a perfect place to put a stairwell.    (Indicating |
| 21 | throughout.) |
| 22 | Q.    Okay.    Got it.    And then there was the rewiring |
| 23 | and new lighting -- |
| 24 | A.    Right. |
| 25 | Q.    -- that you installed, which I believe is sort of |

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    the third project.   Fourth -- at least I would identify in

2    my notes -- is the floor tear-out?

3        A.    Not necessarily.   The floor had to be torn out in

4    order to remove the vermiculite --

5        Q.    That's part of --

6        A.    -- to get to the wiring.

7        Q.    Okay.

8        A.    It also had to be torn out so that the stairs

9    could go in.

10               I don't know what you know about

11   construction, but everything is sequentially done and

12   whatnot, and as far as the rewire goes, I've been able to

13   continue rewiring my house, but I can't rewire any of the

14   lights because when you do a rewire on an existing house,

15   all of the lights get done from the -- up through the

16   ceiling.

17               You can do -- redo outlets from

18   underneath the house or by ripping the Sheetrock out, so I

19   have had the luxury of -- well, I don't know if you want

20   to call it a luxury by ripping Sheetrock out, but, you

21   know, for more -- for more accessibility.

22       Q.    Right.

23       A.    Some of it has been done from under the house,

24   but I can't do anything with the upstairs, and I don't want

25   a house that's half knob and tube and half Romex, you know,

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1   that's up to today's code.

2       Q.   Okay.   And then you had, I believe, mentioned

3   that you had also done -- put down some new subflooring up

4   there?

5       A.   Yeah.   New windows.   I had to frame for the new

6   windows that went upstairs -- reframe for it --

7       Q.   Right.

8       A.   -- because you can't just -- they would have to

9   be special ordered rather than going to Home Depot and

10  buying a window off the shelf.   You know, you can go to

11  Home Depot and buy a double-pane window that's a 30 -- a

12  20/30 or whatever that's built for a certain size.

13                   Well, in days past, when you buy a

14  window, it's custom made to that house.   Do you follow what

15  I'm saying?

16      Q.   Mm-hm.

17      A.   You don't just go buy one and say, "Hey, it will

18  fit that same hole."

19      Q.   Right.   Okay.   The new windows and then the

20  chimney tear-out.

21      A.   Right.

22      Q.   Okay.   Any other projects that the two of you

23  have been involved with that --

24      A.   On this house?

25      Q.   -- relate to the attic?

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1        A.    Everything relates to the attic because every room

2    has wiring -- like for instance, I'm redoing my daughter's

3    room right now.    I ripped the Sheetrock out of the north

4    wall and the east wall so I could insulate, and I ripped it

5    off of the back of the bathroom wall.    Okay?

6                    I stretched all of the new wiring in

7    the house.    There's a switch right here in the middle.    I

8    put in a brand-new switch.    You've got to run new wire up

9    to that. Where does it go?    Into the attic.    It's --

10    there's a new piece of wire poked up there through the hole

11    that's there, but it's -- that's all it is.    It's poked up

12    there because I have to pull the other stuff off or

13    somebody does -- the flooring -- remove the rest of the

14    vermiculite before I can rewire the light.

15                    So she's living in her room right now

16    with no overhead light.    She's got to deal with a light

17    that's plugged into the wall on an extension cord because I

18    haven't even wired it to the box.    I'm not going to

19    complete the circuit until it's completeable, so to speak.

20        Q.    All right.    Fair enough.    Your point is well

21    taken.    It was not a very well-worded question.

22                    I guess the better question would have

23    been -- are there any other projects that you're involved in

24    that we have not identified yet that involve you accessing

25    the attic space to work and/or disturbing whatever

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

# ATTACHMENT M

COPY

1              SUPERIOR COURT, STATE OF WASHINGTON
                     COUNTY OF SPOKANE

2

3    MARCO BARBANTI, individually
     and on behalf of a class of
4    all others similarly situated,
                 Plaintiffs,

5

6    vs.                               NO. 00-2-01756-6

7

     W.R. GRACE & COMPANY-CONN, a
8    Connecticut corporation; W.R. GRACE
     & COMPANY, a Delaware corporation;
9    W.R. GRACE & CO., a/k/a GRACE, an
     association of business entities;
10   SEALED AIR CORPORATION, a Delware
     corporation; and WILLIAM V. CULVER,
11   resident of the State of Washington,
                 Defendants.

12

13

14

15              DEPOSITION OF RAND T. HATCH

16   Deposition upon oral examination of RAND T. HATCH,

17   taken at the request of the Defendants, before David

18   Storey, RPR, CSR No. STORED*566QO, a Notary Public, at

19   the law offices of Lukins & Annis, 717 W. Sprague

20   Avenue, 1600 Washington Trust Financial Center,

21   Spokane, Washington, commencing at or about 2:00 p.m.,

22   on August 21, 2000, pursuant to the Washington Rules of

23   Civil Procedure.

24

25

                                                            1

1    renovation activities described in paragraphs 8 through

2    14 were done?

3    A.  Period of time?  It was over the course of a few

4    weeks, I guess, is that what you--

5    Q.  So about two weeks, you were estimating?

6    A.  Two or three weeks, I'm trying to think how long

7    some of that stuff took to get, yeah, I would say it

8    was about two or three weeks.

9    Q.  Can you describe for us today what renovation

10   activities you did in your home prior to reading the

11   3-25-2000 Spokesman-Review article?

12   A.  I didn't keep really good records of what I did

13   first to that point.  But okay, seemed like when I went

14   up there the reason I was going up there was to decide

15   whether I was going to pull that whole roof down,

16   sorry, not the roof, the ceiling, the ceiling down, and

17   because every time I pulled walls off the side, the

18   Zonolite would just, you know, come pouring down.  And

19   so I guess I had gone at least to tearing out the walls

20   along the hallway, what I did was I was, there was one

21   hallway into one bathroom upstairs and I was going to

22   turn the hallway into a powder room, and make the

23   existing bathroom a master bedroom, so in essence I

24   had, oh, torn down probably, let's see, what did I--I

25   had to leave the existing scuttle hole there so I know

33

1   I tore out most of the hallway siding or hallway
2   paneling and cabinetry, and I had knocked down the
3   interior wallboard from the bathroom and so it was
4   really just the ceiling that was holding the Zonolite
5   up in the attic, and so that is about where I got to
6   when I went up to the attic, started to remove--what I
7   wanted to do was get that out of there so it wouldn't
8   keep pouring down on them, and then when a plumber came
9   in to do the rough plumbing is when he started having
10  it come down on him.  I said well, I got to get up
11  there and get this out of the way.  That is when I
12  started bagging up for a couple of days and then read
13  the article.
14  Q.  So the bagging of the Zonolite that you did was
15  prior to reading the March 25th, 2000 article?
16  A.  Right.
17  Q.  What renovation have you done after reading the
18  Spokesman-Review article on March 25th if you know?
19  A.  Pretty much completed the powder room, completed
20  the master bath.  I don't have the trim--the wood work
21  and trim down the door is not completed in the master
22  bathroom.  And then added a bathtub downstairs.
23  Q.  Did any of those renovation activities after
24  reading the Spokesman-Review article on 3-25 impact the
25  Zonolite in any way?

34

1    Q.  Is the Zonolite Attic Insulation still present in

2    your home today?

3    A.  Unfortunately, there is a little bit, just they

4    could only abate so much, I mean there is still,

5    without tearing out the walls, the ceiling or the attic

6    is fairly clean, and then what's--they did spray the

7    encapsulation after they had all of it out, but in the

8    cracks in the walls, and then in, there is pockets

9    between the studs in the walls, of the walls that I

10   didn't remove.  I'm sure there is still pockets of

11   Zonolite in those, but I figure as long as I don't

12   disturb them, they are okay.

13   Q.  Did anyone tell you that the vermiculite that may

14   be in the walls would be okay if you don't disturb it?

15   A.  Did anybody tell me that?  I suppose the abatement

16   company might have mentioned that.  I can't recall if I

17   drew my own conclusion regarding that or if the fact

18   that it, the accumulation of all the articles seemed to

19   say that if you really encapsulated it and let it

20   alone, that it might be, you know--it is when it gets

21   in the air that it is most harmful.  So I would think,

22   I don't believe Don or the technicians might have said

23   anything like that but maybe the abatement company

24   might have helped me come to that conclusion.

25   Q.  When did you reach the decision to abate the

78

SALAZAR/HATCH

1   vermiculite insulation from your home?

2   A.   Oh, that's--I think my wife and I probably decided

3   fairly soon after they concluded there was asbestos in

4   the vermiculite, just within a couple of days.

5   Q.   Do you remember when you were finally told there

6   was asbestos in the vermiculite?

7   A.   I knew you were going to ask that.  I'm lousy with

8   dates.  Yeah, probably, let's see, let me think here.

9   We had the abatement companies, we had three bids come

10  in, and so I think even up until that time we still

11  weren't sure. When we had three bids come in, it must

12  have been right the first part of May, because we had

13  it done what, second week of May.  And only one company

14  was able to jump right on it.  So it must have been

15  right the first part of May.

16  Q.   What factors led you to the decision to have the

17  vermiculite abated from your home?

18  A.   I suppose the main factors would be the fact that

19  they had concluded there was asbestos in the

20  vermiculite.  The fact that we were only working on one

21  phase of the renovation, that there was probably going

22  to be a second phase, where we might expand the master

23  bedroom, we might be doing some other things with the

24  living room, so if we were going to continue to have to

25  deal with this stuff, for lack of another word, that we

79

1    might as well get it done now.

2    And that was really the main conclusion, and

3    we had the money now at that time so let's get it done,

4    deal with that part of it, then we won't have to deal

5    with it later.

6    Q.   Can you describe for us how you went about finding

7    a contractor to do the abatement project at your home?

8    A.   Fulcrum recommended getting three bids, and so I

9    asked who they would recommend and they said well,

10   there is three companies out here that really could

11   probably work on it and they in essence called them.

12   I'm trying to think who it was, it wasn't Don that I

13   talked to down there.  It was at Fulcrum, somebody else

14   at Fulcrum helped me.

15   Q.   I just want to be clear, did you call the potential

16   abatement contractors or did Fulcrum call them for you?

17   A.   Fulcrum called them, yeah, he lined up the--I can't

18   remember his name, but one of the other technicians

19   called, since he was able to be, able to describe more

20   accurately what the situation was, and he actually came

21   out there with them as they went through the bid.

22   Q.   So did you have any difficulty locating abatement

23   contractors willing to do the work at your home?

24   A.   Just the three.  Those are the only three that I

25   considered.

80

1            UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE

2

3

    In re:
4   W.R. GRACE & CO., et al;       NO. 01-01139 (JFK)
        Debtors.
5

6

7

8

9           DEPOSITION OF RAND T. HATCH

10

11  Deposition upon oral examination of RAND T. HATCH,

12  taken at the request of the Debtors, before Deborah G.

13  Peck, Certified Shorthand Reporter/Notary Public, at

14  the law offices of Lukins & Annis, 717 West Sprague,

15  Suite 1600, Spokane, Washington, commencing at or

16  about 10:00 a.m. on March 12, 2003, pursuant to the

17  Federal Rules of Civil Procedure.

18

19  APPEARANCES:

20  FOR THE CLAIMANTS:   LUKINS & ANNIS
                     BY:  DARRELL W. SCOTT
21                       Attorney at Law
                     717 West Sprague, Suite 1600
22                     Spokane, Washington  99201

23  FOR THE DEBTORS:     REED SMITH
                     BY:  ANDREW J. MUHA
24                       Attorney at Law
                     435 Sixth Avenue
25                     Pittsburgh, Pennsylvania  15219

DEBORAH G. PECK d/b/a DECKLIN, INC.
1207 N. Sherwood Street, Spokane, WA  99201
(509) 327-8349

1

Page 21

(1) Q Was the ZAI covered at all by anything?
(2) A Just in the main part of the attic where there
(3) was some 2 by 12s, I think they were 2 by 12s that
(4) were used for kind of a partial floor. My dad had
(5) stored some canceled checks and just different
(6) paperwork from his businesses.
(7) Q Was that floor attached to the joists?
(8) A No, they were just free floating.
(9) Q How much head room is there in the attic?
(10) A In the main portion where you come up from the
(11) scuttle hole, I'd say there was probably eight feet to
(12) the beam. Going down, of course, the pitch of the
(13) roof to where the first support would be maybe, boy,
(14) five feet or so.
(15) Q So at the point where the roof met the floor of
(16) the attic there was no, there was no room?
(17) A Yeah.
(18) Q It came together?
(19) A Exactly.
(20) Q How easy was it to get around the attic?
(21) A With the 2 by 12s the main part was fairly
(22) accessible. Everything else you had to walk from
(23) joist to joist. And then of course when you get
(24) underneath where the angle comes down, you'd have
to,
(25) you know, get on your belly to access any corner

Page 22

(1) areas.
(2) Q So you couldn't walk on the ZAI poured between
(3) the joists?
(4) A You know, I probably got away with it a little
(5) bit because I knew it wasn't just sheetrock, there was
(6) particle board, I knew there was particle board. But
(7) it wouldn't bear too much weight.
(8) Q How much of the area in the attic was covered by
(9) the 2 by 12s?
(10) A Probably 12 by 15 feet maybe, roughly.
(11) Q And was there ZAI poured underneath the 2 by 12s?
(12) A Yes.
(13) Q Prior to removal, had the ZAI been covered with
(14) any other insulation material?
(15) A No.
(16) Q Was there any insulation material beneath the
(17) ZAI?
(18) A No.
(19) Q And there are no attic fans or exhaust fans that
(20) draw air up through the attic or there weren't prior
(21) to the remediation?
(22) A Through the – no. There were exhaust fans for
(23) the bathroom but they went to the, they went outside.
(24) Q So how were they run to the outside?
(25) A I'm trying to think on that one. I've replaced

Page 23

(1) them since so. I think they were -- I think there was
(2) one exhaust pipe, I guess, or hose that went out to
(3) the side of the house to the gable end for just the
(4) one bathroom fan.
(5) Q And you know that they didn't blow any air into
(6) the attic?
(7) A Right.
(8) Q Prior to the remediation, were there any ceiling
(9) fans or overhead fixtures in the living area of the
(10) house that exposed the attic to the rooms beneath?
(11) A No.
(12) Q Can you tell me in which of the rooms you found
(13) ZAI in the walls?
(14) A We found them in the bathroom partition walls and
(15) then in the, where the pocket door is, there's a
(16) pocket door that goes between the hallway and the
(17) master bedroom, and it was in there. There was quite
(18) a bit in there. And the partition wall between the
(19) extra bedroom and the bathroom.
(20) Q So none of these were exterior walls, they were
(21) all interior walls?
(22) A Interior walls.
(23) Q And prior to remodeling and remediation of the
(24) ZAI, can you recall any exposure to the inside of the
(25) room from the walls, the ZAI in the walls?

Page 24

(1) A Well, yeah, every, not everyplace, but where the
(2) switches, where the switches were, there would be
(3) vermiculite. If you had to replace a switch, you
(4) know, quite a few of the switches had vermiculite that
(5) was kind of filtering through. Electrical outlets it
(6) would kind of filter through. Sometimes you'd just
(7) have it, I mean you'd see a bit of it underneath the
(8) electrical switch plates on the floor.
(9) Q So did the ZAI come out when the plates were on
(10) the wall, when the switch plates and the outlet plates
(11) were on the wall or when they were removed from the
(12) wall?
(13) A Probably when they were removed. You know, if
(14) you had to replace a switch or you had, you know
(15) something – and especially if we were doing something
(16) with the electrical, if you'd take the switch plates
(17) off.
(18) I mean, it was, for us, once we started
(19) moving into the house we were remodeling. So we were
(20) doing a lot of different things. But that seemed to
(21) be when you really noticed it, when you take the
(22) plates off.
(23) Q And were there any other areas of the house prior
(24) to remodeling and remediation that you saw ZAI coming
(25) down into the interior?

(1) A It had been remodeled in 1985 in the kitchen, and
(2) they put in a track light. And the way it was
(3) attached, there was just a hole for where the wire
(4) went up, and it was coming through there.
(5) There was also some, let's see, a light
(6) fixture above the range had the same type of
(7) situation. They just punched a hole through for that,
(8) and it kind of had worked its way through the lighting
(9) fixture there. That's about it.
(10) Q Were these fixtures or the track light fixture
(11) attached to the ceiling or to a wall?
(12) A Ceiling.
(13) Q And those were the only areas that you know that
(14) ZAI came into the interior of the house prior to
(15) remediation and renovation?
(16) A Well, I guess when we were getting my dad's stuff
(17) out of the scuttle hole, every time we'd go up and
(18) down to the attic it would come down through the
(19) scuttle hole.
(20) Q Did you ever notice any ZAI or dust falling when
(21) the scuttle hole was covered?
(22) A I didn't notice any, no.
(23) Q Okay.
(24) MR. MUHA: Why don't we take a short
(25) break.

(1) (Break was taken.)
(2) Q (MR. MUHA) Do you have any knowledge of the
(3) installation of the ZAI in your attic?
(4) A Knowledge of the installation?
(5) Q Do you know anything about who installed the ZAI
(6) in your attic?
(7) A Just assuming the builders, when it was built in
(8) '65 is my assumption.
(9) Q And what ways did you use the attic in the time
(10) prior to remodeling and remediation?
(11) A When did I use it?
(12) Q Well, did you use it?
(13) A Yeah, my dad used it as storage for his company
(14) records. And we'd go up there, I mean, it wasn't
(15) often, but every once in a while he'd need some
(16) records retrieved. And one of the kids would be the
(17) ones to go up there and usually get it for him.
(18) So that's I guess when I – I helped
(19) with the remodeling in '85, so I was up there a little
(20) bit in '85. Probably before remediation I was up
(21) there just assessing what I might be doing for a
(22) remodel project, what I'd have to do in order to
(23) achieve what I wanted to end up with for my remodel.
(24) Q Now, when you talked about your father used it
(25) for storage of his records?

(1) A Uh-huh.
(2) Q About how often was the attic accessed to
(3) retrieve or store records up there?
(4) A I only know about my own personal experience. I
(5) probably was up there a couple times a year through,
(6) I'd say until I graduated from college. And then that
(7) would be my extent. So from 1970 until probably '77 I
(8) was up there a couple times a year.
(9) Q And can you remember how long your trips were to
(10) the attic?
(11) A Ten, fifteen minutes I would assume.
(12) Q And were the materials stored on the 2 by 12s?
(13) A Yes.
(14) Q Did you have any contact with ZAI when you went
(15) up to retrieve or store materials up there?
(16) A Well, just, I mean, dust was all over the
(17) 2 by 12s. You'd get up there and you'd end up when
(18) you came down, you were all, had dust on you. I mean,
(19) if you'd kneel down you got it on your pants. I mean,
(20) the 2 by 12s, when we pulled the 2 by 12s out, they
(21) were pretty well coated with the dust.
(22) Q And when did you pull out the 2 by 12s?
(23) A That was during the remediation.
(24) Q And when you went up to retrieve things or store
(25) things, could you tell if there was dust in the air or

(1) was it settled on the materials up there?
(2) A It was definitely settled on things. It didn't
(3) take a whole lot of moving around to stir it up
(4) though.
(5) Q So even movement or walking on the 2 by 12s
(6) caused the ZAI to stir up dust?
(7) A Somewhat, yes.
(8) Q And who else went up there to retrieve records or
(9) to store things in the attic?
(10) A Well, I think my younger brother did.
(11) Q What's his name?
(12) A Kim. I doubt my mom did, I don't recall her
(13) doing that. And I'm sure my dad. Probably my dad, my
(14) younger brother and myself were the –
(15) Q Now, you also said that you were in the attic
(16) doing some remodeling in 1985?
(17) A I believe it was '85.
(18) Q Okay. Can you tell me about that project?
(19) A The house had a covered porch on the back, and
(20) the contractors were making the porch and the existing
(21) kitchen all one room.
(22) And so I guess in order just to, I was
(23) just helping them out in terms of where we kind of –
(24) I was helping my mom and dad out in terms of locating
(25) where the light fixtures should be. And that was my

## Page 61

(1) Q So the carpet had been removed before the
(2) remediation and then the floor was bare and they
(3) cleaned that up, is that how it went?
(4) A I think so. I think that's how it was.
(5) Q Okay.
(6) A Yeah, I think we had it all out of there.
(7) Q And so are there any other projects that you've
(8) done since remediation that you've felt the need to
(9) wear the mask because of concern about dust or
(10) vermiculite exposure?
(11) A I don't believe so.
(12) Q Now, since the remediation had been performed,
(13) have you noticed any more ZAI falling out of or coming
(14) through the walls, filtering through by switch plates
(15) or electrical outlet plates anywhere in the house?
(16) A Yeah, I've noticed there's still – I mean, yeah,
(17) there's still some.
(18) Q Can you describe where?
(19) A Down by the switch plate by the TV is one place
(20) for sure that I've noticed.
(21) Q And where, what room is that?
(22) A That is the living room. Where else? Well, down
(23) in that crawl space where they took out all of the
(24) stuff from the chimney chase where it's built around
(25) the chimney, the old original chimney.

## Page 62

(1) And that's kind of a situation where
(2) they – it's hard to describe. The ceiling in the
(3) crawl space would be the bottom of the chase for the
(4) chimney. And there's probably, you know, I think I
(5) recall seeing some around the bottom of the chimney of
(6) the crawl space, around the rock part of the chimney.
(7) Q And is there any other areas that you have seen
(8) ZAI?
(9) A That's about, that's about it.
(10) Q You think that that ZAI is coming out of the
(11) walls or from the ceiling or from the attic?
(12) A It's coming from the walls. It's still –
(13) especially the stuff that's kind of trapped in the
(14) exterior walls where there's fiberglass insulation.
(15) So I have a feeling it's kind of working its way down
(16) through there.
(17) Q So it's coming through the interior or exterior
(18) walls?
(19) A Well, let's see. I guess the exterior walls
(20) where the electrical panel is. The interior, there's
(21) an interior wall where the TV is. Oh, that's where
(22) I've also seen some, where I've got the speakers for
(23) the stereo is an exterior wall. There's the air
(24) conditioner, there's a wall air conditioner that's
(25) just cut through the wall. It's a window type air

## Page 63

(1) conditioner. It's a single. And there's a couple
(2) places where I just have the speaker wires coming up
(3) through there, and there's vermiculite, ZAI, that has
(4) filtered down through there.
(5) Q What room is that?
(6) A That's the living room.
(7) Q And in these areas, the switch plate in the
(8) living room and near the space by the air conditioner
(9) and the speaker wires in the living room, about how
(10) much ZAI have you seen since the remediation?
(11) A Just little bit, just evidence of Zonolite.
(12) Q Is there very much dust around that area?
(13) A Not especially. But I haven't, obviously, tried
(14) to disturb it.
(15) Q And what do you do with those little flakes of
(16) ZAI that fall down?
(17) A Just probably, well, just sweep it up. Again,
(18) it's just little small pieces of it.
(19) Q Do you wear your mask when you do that work?
(20) A You know, you say work, it's not –
(21) Q Well, when you clean it up, yeah, better word for
(22) it.
(23) A No.
(24) Q Is there any reason why you don't wear the mask?
(25) A It's just small, seems like small, insignificant

## Page 64

(1) particles at that point.
(2) Q And so you're not worried about any exposure from
(3) those amounts?
(4) A Well, it seems, I guess it seems fairly innocuous
(5) at that point. But I guess I just don't go to the
(6) bother of putting the mask on.
(7) Q How much ZAI did you find in the crawl space
(8) under the chimney chase?
(9) A Not a lot, you know, just evidence of it, small.
(10) Q And do you clean that up in the same way?
(11) A No, I just left it there.
(12) Q So it's there now?
(13) A Yeah.
(14) Q How often is that area accessed by you or your
(15) wife or your nephew?
(16) A Not very often at all.
(17) Q Do you use it for anything in particular, that
(18) space?
(19) A Just storage. That's where the hot water tank's
(20) at and just a few boxes is all.
(21) Q Have you had any other testing done since the
(22) remediation in your house?
(23) A No.
(24) Q Do you plan to do any other testing in your
(25) house?

**ATTACHMENT N**

Page 1

```
 1        IN THE UNITED STATES BANKRUPTCY COURT
 2           FOR THE DISTRICT OF DELAWARE
 3
 4   In re:        )    Chapter 11
 5   W. R. GRACE & CO., et al., )  Case No. 01-01139(JKF)
 6             (Jointly Administered)
 6          Debtors. )
 7
 8
 9                                    COPY
10
11      DEPOSITION UPON ORAL EXAMINATION OF
11              CLARKE RUSS, M.D.
12
13        February 24, 2003 - 10:10 a.m.
14
14          Virginia Beach, Virginia
15
16
17
18   APPEARANCES: REED SMITH, LLP
18      By: ROSA COPELAND MILLER, Esquire
19      Counsel for the Debtors
19
20      RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
20      By: ROBERT S. WOOD, Esquire
21      Counsel for ZAI Claimants
21
22
23
24
25   REPORTED BY: Cathy D. Aiello, RPR
```

Page 2

```
 1              I N D E X
 2   WITNESS                      Page
 3   CLARKE RUSS, M.D.
 4      Examination by:  Ms. Miller      3
 5                       Mr. Wood       109
 6
 7
 8              EXHIBITS
 9
10   No.  Description              Page
11    1   Newsweek Article          14
12    2   Credit Card Receipt       25
13    3   Diagram of Attic          25
14    4   EC&C Sample Record            60
15    5   Environmental Hazards Report    64
16    6   7-15-01 Letter from Mr. Avery   69
17    7   EC&C Quote                72
18    8   EC&C Invoice              73
19    9   9-21-01 Letter from EC&C        77
20   10   Attic Photographs         84
21   11   Attic Photographs         90
22   12   Website Articles          98
23   13   EE&C License and CV          108
24
25
```

Page 3

```
 1              Deposition upon oral examination of
 2   CLARKE RUSS, M.D., taken by and before Cathy D. Aiello,
 3   RPR, a Notary Public in and for the Commonwealth of
 4   Virginia at Large, pursuant to notice and agreement,
 5   commencing at 10:10 a.m., at the Courtyard Marriott,
 6   3737 Atlantic Avenue, Virginia Beach, Virginia; and this
 7   in accordance with the Rules of the Supreme Court of
 8   Virginia, 1950, as amended.
 9
10              ----oOo-----
11
12      CLARKE RUSS, M.D., called as a witness on
13   discovery, having been first duly sworn, was examined
14   and testified as follows:
15
16              EXAMINATION
17
18   BY MS. MILLER:
19      Q.  Good morning, Dr. Russ.  We met a little
20   earlier.  My name is Rosa Copeland Miller, and my firm
21   represents W. R. Grace & Company in this matter.
22          Today I'm going to ask you a series of
23   questions, and I need for you to provide responses to
24   those questions.  If at any time you don't understand the
25   question or if you need for me to repeat it or rephrase
```

Page 4

```
 1   it, just let me know.
 2          If you do provide a response to the
 3   question, then I'm going to assume that you understood it.
 4          Have you had your deposition taken before?
 5      A.  Yes.
 6      Q.  In what regard or matter?
 7      A.  In regard to expert testimony.
 8      Q.  Okay.  And would that be in your field of
 9   specialty?
10      A.  Yes, it was.
11      Q.  And what was that?
12      A.  Orthopedic surgery.
13      Q.  Okay.  How long ago was that, sir?
14      A.  I can't tell you.  I retired the first day
15   of January, 1996, and I gave depositions for several
16   years after that and I went to court for several years
17   after that.
18      Q.  Okay.  All right.  Well, let me just give
19   you some ground rules as kind of a refresher course
20   since it has been a while since you've had your
21   deposition taken.
22          We have a court reporter here, and she's
23   going to take down what's said in this room today.
24   Because it can be difficult for her to record two people
25   talking at the same time, I would ask that you let me
```

Page 37

1   A. I'm talking about continually.
2   Q. Okay.
3   A. Since that stuff went in.
4   Q. But the vermiculite came first, obviously,
5  and then you installed the fiberglass over it; is that
6  what you're saying?
7   A. Yeah. The vermiculite went down between
8  the studs, and then I put -- the fiberglass ran across
9  the studs, the surface of the studs.
10   Q. Uh-huh. Okay. Is there any other place
11  in your home that you have Zonolite Attic Insulation?
12   A. Yeah.
13   Q. Where?
14   A. It's depicted in this diagram here.
15   Q. Okay.
16   A. That when we shoved it back along the
17  ceiling beams, it went down on -- underneath the roof
18  surface, between the face-mounted fiberglass insulation
19  and the dead space between that and the roof plywood. I
20  measured those beams. The ceiling beam is 6 inches and
21  the roof beam is 7 inches. So that potential space
22  is -- I'm not a mathematician, but it's probably halfway
23  between 6 and 7 inches for that fiberglass to get down
24  behind that -- I mean, for that Zonolite to get down
25  behind the fiberglass.

Page 38

1   Q. Okay. And did this occur as you were
2  installing the --
3   A. Yeah. As a matter of fact, when I first
4  installed it, I tried to put it down there because I
5  wanted more insulation down there. I wanted to fill up
6  that space so that -- but I found out after that it
7  became a huge nuisance because every time we would shove
8  a suitcase or a piece of furniture in the walk-in attic
9  into that kraft paper that was on the back of the
10  fiberglass and it tore the kraft paper, the Zonolite
11  would leak into the walk-in attic.
12   Q. So you had it there as well, in the
13  walk-in attic, Zonolite?
14   A. Yeah, yeah.
15   Q. Anywhere else that you have Zonolite, that
16  you had Zonolite in your house?
17   A. Well, it was on the floor in that walk-in
18  attic, so it contaminated our dressing-room rug. My
19  wife and I were constantly sweeping that stuff up off
20  the floor. She vacuumed it up and I -- in the attic,
21  which has a wood floor, I would sweep it up with a
22  dustpan and a broom.
23   Q. How often would you do that?
24   A. I don't know.
25   Q. More than --

Page 39

1   A. Three or four times a year maybe.
2   Q. Okay.
3   A. I don't have any real -- I didn't believe
4  for a long time this stuff was hazardous, so I didn't
5  have any problem handling it.
6   Q. Okay. When you and your sons installed
7  the Zonolite, did you use masks or gloves or any kind of
8  protective gear at all?
9   A. Well, we had old clothes on.
10   Q. Okay. Any masks?
11   A. No, uh-uh.
12   Q. And did you --
13   A. I used masks and -- I was more careful
14  with my clothing and a mask with the fiberglass because
15  that really is irritating, and when we put fiberglass
16  under the house, under the first floor, we used masks
17  when we did that; and in recent years, when I
18  reinstalled -- when I put new fiberglass up after the
19  people took that Zonolite out of the attic, I wore a
20  mask because I didn't want the fiberglass to
21  irritate my lungs.
22   Q. Okay.
23   A. But that's within the last -- well, that's
24  within the last year or two.
25   Q. And we're going to talk about that, too.

Page 40

1  So then most -- or if not most, all of the Zonolite
2  installation was done in the '70s?
3   A. Yeah. I don't believe we put anything in
4  after that. I might have bought one or two bags of it,
5  but I don't have any recollection of that.
6   Q. Okay. Dr. Russ, can you tell me a little
7  bit about how you used -- you and your family use your
8  attic?
9   A. Which attic?
10   Q. The one where the Zonolite was installed.
11   A. It was in two. It was in the walk-in
12  attic and --
13   Q. Yes.
14   A. The walk-in attic you're talking about?
15   Q. Yes.
16   A. Well, we put winter clothes in there, all
17  our suitcases are in there, I have two filing cabinets
18  in there that I keep old business records.
19   Q. So do you use it for storage then?
20   A. And we store furniture in there, old
21  textbooks, quilts, my wife's wedding gown was up there,
22  blankets, winter blankets, old toys.
23   Q. Okay. And how often did you and your
24  family go up to the attic on a yearly basis?
25   A. Oh, we were -- that walk-in attic -- we're

10 (Pages 37 to 40)

01154693-0840-4a3c-969a-6aa8c515b460

Page 41

1  talking about the walk-in attic?
2      Q.  Right now we're just talking about the
3  walk-in attic.
4      A.  Okay.  The walk-in attic has a regular
5  doorway passage that goes right into our dressing room,
6  our closet and dressing room, which is right off of our
7  bedroom.  So we're in there all the time.
8      Q.  When you mean all the time, what do you
9  mean by that?
10     A.  I mean at least three or four times a week
11  getting clothing out.  All kinds of things are in there.
12     Q.  Okay.
13     A.  I don't want to give away family secrets,
14  but you know what an attic is like.
15     Q.  Sure.  And your children also would use
16  the attic?
17     A.  Oh, yeah, sure.
18     Q.  And when you say you go in three or four
19  times a week, obviously, to get clothing out or records
20  or things that you have in there, how long of a period
21  of time would you be in the attic?
22     A.  Well, ordinarily it would be just to
23  retrieve things, but I've spent considerable time in
24  that attic.  After the hurricane in Florida that took
25  all those houses down near that air base, they said that

Page 42

1  if you kept your roof, you would keep your house.  So
2  what I did was I reinforced — after I retired, I
3  reinforced my entire roof.  Not only the walk-in attic,
4  but the attic above the second floor, with 2 x 4s and
5  4-inch lag bolts.  I used between four and 500 4-inch
6  lag bolts, and I also used 5/16ths stove bolts to tie
7  the roof trusses down to the ceiling beams to tie the
8  roof down to the house.
9      Q.  Okay.  And you entered the attic to do
10  some of this work?
11     A.  Oh, I spent probably somewhere between
12  three and 500 hours up there.
13     Q.  And when was this, sir?
14     A.  This was after I retired.  So it would be
15  in the 1996, '97 time frame probably.  It might have
16  been a little longer than that because that was a really
17  hard job.
18     Q.  Now, did you do this yourself or did you
19  hire a contractor to do this for you?
20     A.  No.  I do everything myself I can possibly
21  do.
22     Q.  Sure.  Did your sons help you at this
23  time?  They would have been a little older, a little
24  stronger.
25     A.  No.  They were all gone, unfortunately.

Page 43

1      Q.  And you said that you thought you spent
2  about 300 to 500 hours up in the attic.  Again, I'm
3  going back to this question trying to break that into
4  intervals.  How much time do you think per hour that you
5  spent on this project if you looked at it from a whole
6  300 to 500 hours?  I'm just trying to get an idea —
7      A.  You mean at one time?
8      Q.  — how much time, yes, you spent in the
9  attic.
10     A.  To set that up, first of all, I had to
11  take all the clothes out of my wife's linen closet.  So
12  when I went up there, I went up there to work because —
13  I have a picture of my wife's linen closet, but it holds
14  a lot of linen, and to take it out, it takes 20 to 30
15  minutes just to take the linens out, and then you have
16  to make sure you don't mess it up or she gets upset, and
17  then I have to run extension cords up to the attic to
18  get a power supply up there.
19         So I would tend to work long periods up
20  there just because of the nature of the job.  I had to use
21  two drills at one time.  One to drill the holes in the
22  boards, the pilot holes, and the second to run the lag
23  bolts in; and then I had to hand tighten them with a
24  socket wrench because the power drill wasn't strong enough
25  to run the bolt all the way in.

Page 44

1      Q.  Okay.  Do you think you —
2      A.  And I have a picture of that, too.
3      Q.  Do you think you spent more than two or
4  three hours at a time up in the attic to do this job?
5      A.  Absolutely, yeah.
6      Q.  Less than five?
7      A.  There wouldn't be one time I don't think
8  that I'd go up there for two or three hours.
9      Q.  Less than five, more than three?
10     A.  Sometimes I was up there all day.
11     Q.  Did your wife ever come up during those
12  times that you were reinforcing the roof?
13     A.  I don't recall her coming up, but she
14  might have once or twice, but she didn't physically help
15  with that, but she was in the attic — we had two
16  chimneys on this house, and one of them was a dummy
17  chimney and it was built on a platform in the attic, and
18  the chimney leaked, and they knew about that before they
19  finished the house because there was a galvanized pan up
20  there to catch the water, and when that got full, if
21  we'd have a hard rainstorm, like we had last weekend, my
22  wife would go up to the attic and bail out that pan to
23  keep the water from coming down into Mary's room.  Our
24  daughter Mary's room was right below that, and we had
25  two or three times when the ceiling in Mary's room

11 (Pages 41 to 44)

Page 45

1  collapsed because of water, and the Zonolite came down
2  into her room.
3      Q.  Okay.
4      A.  But it was wet, so...
5      Q.  You mentioned a couple of things, and I'm
6  going to try to break them out a little bit.
7          Your wife would go up from time to time to
8  collect the water -- or to make sure that the water
9  wouldn't leak into --
10     A.  She'd go up there with a five-gallon
11 bucket, and I don't know what she used because I never
12 watched her do it, but I was usually at work. I don't
13 recall -- I only recall one or two times that I did that
14 myself.
15     Q.  How much time would your wife spend up in
16 the attic doing this?  Would she go in and out and make
17 sure that --
18     A.  I don't have a clue, but that was a flat
19 pan. It was only 4 inches deep. To the best of my
20 recollection, it was like 4 x 6 or 8 feet.
21     Q.  And she'd go up to place the pan to make
22 sure the water would collect in that?
23     A.  No. She'd go up there with a sponge.
24     Q.  To wipe the water?
25     A.  To get the water out of that pan, put it

Page 46

1  in a bucket, bring the bucket downstairs, empty it.
2  She'd keep doing that until she got the pan empty.
3      Q.  Okay. When you reinforced the roof, and did
4  you - and you took all that time to do that - did you
5  disturb the Zonolite at all while you were reinforcing
6  the roof?
7      A.  Yeah, sure. I mean, it was part of the
8  environment in the attic.
9      Q.  Okay. Let's talk about that a little bit.
10 How was the Zonolite disturbed?
11     A.  Well, sometimes I'd put my hand down in
12 the stuff or I'd displace the insulation that was over
13 it and that would cause a cloud. Whenever that stuff
14 was exposed on a windy day, it was in the air.
15     Q.  While you were reinforcing the roof, is
16 that what you mean? I'm just talking about while you
17 were --
18     A.  Whenever I was up there. There was big
19 vents on both ends of the attic. On a windy day, you
20 could feel the air coming through that attic from one
21 side to the other when the wind blew in certain
22 directions, and that stuff would be in the air when that
23 happened.
24     Q.  Okay. I just want to concentrate a little
25 bit -- because you spent so much time up there you said

Page 47

1  when you reinforced the roof. So I just want to try to
2  get an idea about the Zonolite and what happened with
3  that while you were up there.
4      A.  Yeah. Well, see, during that time period,
5  I did not believe this material was hazardous, so I
6  wouldn't have paid it any mind.
7      Q.  Okay.
8      A.  Because it was not disclosed to me that
9  this had asbestos in it and it was a hazardous material.
10     Q.  Okay. So the Zonolite -- you said you
11 disturbed it while you were reinforcing the roof, you
12 put your hand in it, that would disturb it.
13     A.  I didn't disturb it as much as when we put
14 it in.
15     Q.  But there was some disturbance?
16     A.  There was some disturbance. I can't
17 quantify it for you.
18     Q.  I know you said you can't quantify it, but
19 the time that you were up there 300 to 500 hours, was
20 the Zonolite always disturbed each time that you worked
21 up there?
22     A.  No. It was, generally speaking, when I
23 made a misstep.
24     Q.  By that, what do you mean?
25     A.  When I put my hand in the wrong place and

Page 48

1  displaced some of the insulation.
2      Q.  Okay. So far we've talked about the
3  walk-in attic, and you talked to me a little bit about,
4  obviously, the usage of that walk-in attic, and we're
5  talking about after the Zonolite was installed, and you
6  mentioned you use it for storage and other things and
7  that you had a project that you did to reinforce the
8  roof and disturbed some of the Zonolite that way.
9          Is there anything else that you did for the
10 walk-in attic that caused disturbed?
11     A.  I put the same reinforcement in the
12 walk-in attic, and I was working right next to that
13 kraft paper fiberglass, and it wasn't uncommon for me to
14 stick my hand into that stuff when my hand would slip on
15 a wrench and for Zonolite to come down into the walk-in
16 attic while I was working.
17     Q.  Okay. Now, what about the attic, the
18 second floor -- the attic above the second floor, let's
19 talk about that. What did you use that attic for?
20     A.  Well, we stored some things up there, but
21 it wasn't the kind of thing that we used regularly.
22     Q.  And when you say "used regularly," you
23 mean you didn't use it as much as you used the walk-in
24 attic?
25     A.  Well, we stored things, like Mason jars

# ATTACHMENT O

```
                                cohen
1: 1                          Volume:    I
   2                          Pages:   1-68
   3                          Exhibits: 1-11
   4
   5              IN THE UNITED STATES BANKRUPTCY COURT
   6                    FOR THE DISTRICT OF DELAWARE
   7
   8                                  Chapter 11
   9                                  No. 01-01139 (JFK)
  10                                  (Jointly Administered)
  11 - - - - - - - - - - - - - - - - - - - - X
  12 In Re:
  13         W.R. GRACE & CO., et al,
  14                          Debtors
  15 - - - - - - - - - - - - - - - - - - - - X
  16
  17                   DEPOSITION OF LEON COHEN
  18              Wednesday, February 26, 2003
  19                         2:01 p.m.
  20                   CASNER & EDWARDS, LLP
  21              303 Congress Street - 2nd Floor
  22                   Boston, Massachusetts
  23                   - - - - - - - - -
  24 Reporter: Maureen J. Manzi, CSR
2: 1 APPEARANCES:
   2 ***  REEDSMITH, LLP
   3          BY ANDREW J. MUHA, ESQ.
   4          435 Sixth Avenue
   5          Pittsburgh, Pennsylvania  15219
   6          (412) 288-7132
   7          Counsel for the Debtors
   8
   9 ***  RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
  10          BY JAMES L. WARD, JR., ESQ.
  11          1037 Chuck Dawley Blvd., Bldg. A
  12          Post Office Box 1007
  13          Mt. Pleasant, South Carolina  29464
  14          (843) 727-6500
  15          Counsel for the Deponent
  16
  17
  18
  19
  20
  21
  22
  23
  24
```

Page 1

cohen
29: 1 but he used to go up there and play, and he used to
2 run -- walk down the center of the -- on the boards
3 that I used to install. He's 38 now.
4       Q. Did you use the section that had the ZAI
5 poured in it for anything?
6       A. No.
7       Q. About how often do you now go into your
8 attic?
9       A. Well, since February of 2000 I have not been
10 up there. I'm afraid to go up.
11      Q. And that's both in the portion that contains
12 the ZAI as well as the portion that doesn't contain
13 the ZAI?
14      A. Yes, because the portion that does not
15 contain the ZAI is adjacent to where the insulation
16 is installed.
17      Q. And you haven't put any barriers between the
18 two sections?
19      A. No, because I don't need to.
20      Q. How often could you estimate you were up in
21 the attic prior to February 2000?
22      A. I would guess once or twice a month. During
23 the spring and fall, probably more often, and during
24 the winter less often. But that's probably the
30: 1 average.
2       Q. What did you store in your attic?
3       A. We have a rolling cot up there we can't use
4 now, sleds for the kids, toys, my son's train set is
5 up there. He's not happy. Extra carpet when we
6 recarpeted the house. Things you put in a cellar.
7 Some records, tax records, that type of thing. Some
8 medical equipment that my mother-in-law used before
9 she died. It's been so long since I've been up
10 there. There's probably stuff up there that I don't
11 remember.
12      Q. And how were these things stored, on shelves
13 or on the ground?
14      A. On the wooden flooring with an aisle down
15 the middle, and I would place the items between the
16 joists but on the floor.
17      Q. When you put in the flooring, was the
18 flooring built on top of the joists or --
19      A. On top. Plywood, 4 x 8 sheets of plywood.
20      Q. Okay. Now, when you would go up into the
21 attic to retrieve things from storage, how long were
22 you usually up there?
23      A. Probably ten minutes.
24      Q. So you could fairly estimate that you were

Page 15

# ATTACHMENT P

1 SUPERIOR COURT OF THE STATE OF WASHINGTON

2    FOR SPOKANE COUNTY

3       – – –

4 MARCO BARBANTI, individually and )
 on behalf of a class of all others )
5 similarly situated, )
        )
6     Plaintiff, )
        )
7    vs. ) No. 00201756-6
        )
8 W.R. GRACE & COMPANY-CONN (a )
 Connecticut corporation); W.R. GRACE )
9 & COMPANY (a Delaware corporation); )
 W.R. GRACE & CO., a/k/a GRACE, an )
10 association of business entities; )
 SEALED AIR CORPORATION (a )
11 Delaware corporation); and WILLIAM )
 V. CULVER, resident of the State of )
12 Washington, )
        )
13    Defendants. )
        )

COPY

14

15     DEPOSITION OF

16     ROBERT PARKS

17    PORT ORCHARD, WASHINGTON

18    NOVEMBER 14, 2000

19

20
 ATKINSON-BAKER, INC.
21 CERTIFIED SHORTHAND REPORTERS
 330 North Brand Boulevard, Suite 250
22 Glendale, California 91203
 (818) 551-7300
23
 REPORTED BY: JEANNE' E. COLE, CA CSR No. 8970;
24      WA CSR No. CO-LE-*J-E367LM

25 File No: 9A07ECA

            1

1        SUPERIOR COURT OF THE STATE OF WASHINGTON

2              FOR SPOKANE COUNTY

3                  - - -

4

MARCO BARBANTI, individually and   )

5  on behalf of a class of all others )
   similarly situated,              )

6                          )
              Plaintiff,     )

7                        )
            vs.           ) No. 00201756-6

8                        )
  W.R. GRACE & COMPANY-CONN (a     )

9  Connecticut corporation); W.R. GRACE )
  & COMPANY (a Delaware corporation); )

10  W.R. GRACE & CO., a/k/a GRACE, an   )
   association of business entities;   )

11  SEALED AIR CORPORATION (a       )
   Delaware corporation); and WILLIAM  )

12  V. CULVER, resident of the State of )
   Washington,                  )

13                        )
             Defendants.     )

14  _____)

15

16

17

18

19

20

21        Deposition of ROBERT PARKS, taken on behalf of

22  Defendants, at 104 Tremont Street, Port Orchard,

23  Washington, commencing at 9:36 a.m., Tuesday,

24  November 14, 2000, before Jeanne' E. Cole, CA CSR #8970;

25  WA CSR #CO-LE-*J-E367LM.

                                                                 2

1    Q.   What portion of the six hours would you say

2    involved moving the copper tubing and electric wiring

3    through the vermiculite?

4    A.   Probably an hour or so.

5    Q.   You describe a project in paragraph 5 of your

6    declaration of installing ceiling fans in the upstairs

7    living room --

8    A.   Right.

9    Q.   -- and dining rooms.  Tell me what that project

10   involved, as you recall.

11   A.   That meant more wiring, installing an electrical

12   box, cutting through the ceiling -- from the attic into

13   the ceiling -- and putting in the fan.  And that fan is

14   inoperable.

15   Q.   Who installed the ceiling fans referenced in

16   paragraph 5 of your declaration?

17   A.   Dean Purdue, I think, installed that.

18   Q.   Did you assist Mr. Purdue --

19   A.   Yes.

20   Q.   -- in any way?

21   A.   Yes.

22   Q.   What did you do?

23   A.   Probably was up there pulling wires or something

24   like that and poking them through to him and holding

25   parts.

87

1    Q.    What in that project disturbed or impacted the

2    vermiculite in any way?

3    A.    Well, you had to cut a hole right up to it, and

4    some of it sifted down.  And if you use that fan to this

5    day, it will still sift through that fan.

6    Q.    Which fan will the vermiculite come through?

7    A.    The one in the living room.

8    Q.    Do you use the ceiling fan in the living room?

9    A.    No.

10   Q.    When did you last use the ceiling fan in the

11   living room?

12   A.    I have no idea.  Karen has not used it since she

13   found out that this stuff sifts down through.

14   Q.    When did you first notice that the vermiculite

15   sifted down through the ceiling fan?

16   A.    She never told me that, so I don't know.  All I

17   know is that when the TV people -- I didn't know until

18   the TV people went up there and that, and they turned

19   the fan on and that, and she was holding it in her hand.

20   Q.    So, while the TV interviewers were there, she

21   demonstrated the fan --

22   A.    Yes.

23   Q.    -- sifting the vermiculite?

24   A.    Yes.

25   Q.    And do you know when she stopped using the

88

# ATTACHMENT Q

1           IN THE UNITED STATES BANKRUPTCY COURT

2              FOR THE DISTRICT OF DELAWARE

3

4    IN RE:              : Chapter 11

5    W. R. GRACE & CO.,

6    et al.,             : No. 01-01139 (JFK)

7           Debtors

8                      -------------------

9

10          Deposition of GLADWIN WORDEN was taken on

11   Thursday, February 27, 2003, at ReedSmith, LLP,

12   1301 K Street, N.W., Suite 1100, Washington,

13   D.C., commencing at 3:30 p.m. before Carol T.

14   Lucic, Notary Public.

15                    -------------------

16

17

18

19

20

21   REPORTED BY:   Carol T. Lucic

1  A.  Yes.
2  Q.  Did the ZAI cover any other insulation
3  material?
4  A.  To a small extent it did.  There was a
5  small portion of some type of insulation.  I
6  would be guessing if I told you what kind it
7  was.  If it's anything like I have in the
8  basement, it's Martinville or Mansville rock
9  wool insulation, but, to be honest with you, I
10  couldn't identify it specifically.  When I say a
11  small portion, I would say probably less than a
12  fourth of the attic had remnants of it laying
13  around, almost as if somebody did a shabby job
14  of trying to remove it before.
15  Q.  So you believe that it was fully
16  insulated, and then someone had taken some
17  portions out?
18  A.  That's just a guess on that.
19      MR. WOOD:  If you don't know, you don't
20  know.
21  Q.  Testify or just tell us what you know.

1  A.  Okay.  I don't know.
2  Q.  And so the depth of the ZAI in the attic
3  varies?
4  A.  It varies.
5  Q.  What is the deepest you think it's poured?
6  A.  The deepest?  I couldn't tell you exactly.
7  Q.  Or the shallowest?
8  A.  The shallowest is probably nonexisting.
9  It doesn't cover the whole attic.
10  Q.  So how much of the attic does the ZAI
11  cover?
12  A.  I would say about 90%.
13  Q.  What portions are covered?  How would you
14  describe how much of the --
15  A.  90% may be high.  If you look in the
16  middle of the walkway --
17  Q.  What picture?
18  A.  Look in 2-A.  That's a walkway that goes
19  down the middle.  I can't vouch for the fact
20  that there is anything under there.  There may
21  be some under there; there may not be.  So to

1  give you a percentage, I guess I shouldn't have
2  stated 90%, but I would say now if I'm looking
3  around the attic, the majority of the attic is
4  covered in ZAI.
5  Q.  What spaces aren't covered?
6  A.  The middle walkway and the whole house
7  fan, the ceiling, and the two ends.
8  Q.  What do you mean by the "two ends"?
9  A.  The vertical end of the attic, the
10  triangle.
11  Q.  Where the slope meets the top of the
12  ceiling beneath?
13  A.  Yes.  Other than the floor of the attic,
14  there is no ZAI on the walls of the attic.
15  Q.  Do you have any ceiling fans or overhead
16  fixtures in the main living space that expose
17  the attic to the rooms beneath?
18  A.  Yes.
19  Q.  Could you describe those?
20  A.  Okay.  That's 2-F.
21  Q.  The attic fan?

1  A.  Yes.  I can't use that fan because if I
2  do, the vermiculite pours through when I turn it
3  on.  But in reference to fans, no, no fans, but
4  definitely there are light fixtures.
5  Q.  Which light fixtures?
6  A.  If you look at 2-G, currently that's the
7  only light fixture that is not attached to the
8  ceiling.  At various times vermiculite will fall
9  through that hole in the light fixture.  It's
10  smaller amounts.  He didn't get a picture of the
11  other bedrooms, but there were light fixtures
12  that were hanging down in the other bedrooms as
13  well.
14  Q.  So what room is this in?
15  A.  This is the smaller bedroom.  If you're
16  looking at the whole house fan on 2-F and you
17  were to take a left in the hall, then that would
18  be that bedroom with the horrendous paneling.
19  Q.  Why are the light fixtures not attached?
20  A.  I wanted to replace them, and for this
21  particular one I would have to redo the wiring

13 (Pages 46 to 49)

# ATTACHMENT R

# COPY OF TRANSCRIPT

**RECEIVED**

MAR 1 4 2003

LUKINS & ANNIS, P.S

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
W.R. GRACE & CO., et al.,

      Debtors.           Case No. 01-01139 (JFK)

DEPOSITION OF KURT SALISBURY
Taken on behalf of the Defendant
TUESDAY, MARCH 11, 2003

-- -- -- -- -- --

BE IT REMEMBERED THAT, pursuant to the Idaho Rules
of Civil Procedure, the deposition of KURT SALISBURY was
taken before Luke Jagot, Certified Shorthand Reporter for
the State of Idaho, on Tuesday, March 11, 2003,
commencing at the hour of 10:00 a.m., at 1516 Pullman
Road, Moscow, Idaho.

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    family arrangement, and I think I only paid $60,000.

2        Q.   How did you come to find out that the ZAI was in

3    your house?

4        A.   I used the attic space, not much for storage

5    anymore but in trying to kill any rodents, and became

6    aware that it was there initially, at that time.  The

7    secondary way was when we began the remodel project and we

8    began to see the stuff kind of pouring out of the walls as

9    we remodeled, as well as in the kids' closets where it was

10   coming through the cracks.

11       Q.   When did you go to try and kill the rodents and

12   make your first assessment?

13       A.   I don't know specifically.

14       Q.   An approximate year?

15       A.   Seven years ago.

16       Q.   And when did you start your remodeling projects?

17       A.   Let's see.  I'm going to say we started our

18   remodeling of that house approximately five years ago.

19       Q.   How were you able to determine that the

20   insulation in your house was ZAI?

21       A.   We determined the location of the production of

22   the Zonolite in our attic, as well as in our house, by the

23   bags that are used as layered insulation in between the

24   Zonolite.  You know, the bags are from Libby, Montana, and

25   Grace Company is listed on the bags, the manufacturer.

## NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204