# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 25, 2003 AT 12:00 P.M.**

**CONTINUED MATTERS**

1.  Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    **Related Documents:**

    a.  [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    **Response Deadline:** Extended through September 5, 2003 at 4:00 p.m. for the Debtors

    **Responses Received:** None as of the date of this Notice of Agenda.

    **Status:** The parties are continuing to work on a resolution to this matter and expect that this matter will be continued to the September omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Adv. Pro. No. 01-771, Docket No. 153)

**Related Documents:**

a. [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against Montana Vermiculate Company (Adv. Pro. No. 01-771, Docket No. 153)

**Response Deadline:** August 8, 2003 at 4:00 p.m. *(extended until September 2, 2003, at 4:00 p.m.)*

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** The parties respectfully request that this matter be continued to the September omnibus hearing.

**UNCONTESTED MATTERS**

3. Motion of the Debtors for the Entry of an Order Approving the Execution of and Performance Under an Administrative Order with the EPA (Docket No. 4087)

**Related Documents:**

a. [Proposed] Order Approving the Execution of and Performance Under an Administrative Order with the EPA (Docket No. 4087)

**Response Deadline:** August 8, 2003 at 4:00 p.m. *(extended until August 12, 2003 at 4:00 p.m. for the Official Committee of Unsecured Creditors)*

**Responses Received:** None as of the date of this Notice of Agenda.

**Status:** This matter will be going forward.

**CONTESTED MATTERS**

4. Debtors' Fifth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 4084)

**Related Documents:**

a. [Proposed] Order Pursuant to 11 U.S.C. §1121(d) Further Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 4084)

**Response Deadline:** August 8, 2003 at 4:00 p.m.

**Responses Received:**

a. Response of the Official Committee of Equity Security Holders in Support of the Debtors' Fifth Motion for an Order Pursuant to 11 U.S.C. Section 1121 (d) Extending Debtors Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon (Docket No. 4171)

b. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Fifth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 4188)

c. Motion for Leave to File Debtors' Reply to the Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Fifth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 4283)

d, Debtors' Reply to the Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Fifth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 4283, Exhibit A)

**Status:** This matter will be going forward.

5. Motion of Yessenia Rodriguez and Carlos Nieves Relief From the Stay Provided By 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3707)

**Related Documents:**

a. [Proposed] Order (Docket No. 3707)

**Response Deadline:** May 11, 2003 at 4:00 p.m. *(Extended until July 11, 2003 at 4:00 p.m.)*

**Responses Received:**

a. Debtor's Objection to Yessenia Rodriguez's and Carlos Nieves' Motion to Lift Automatic Stay (Docket No. 4046)

**Status:** This matter will be going forward.

6. Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3937)

**Related Documents:**

a. [Proposed] Order (Docket No. 3937)

b. Certification of Counsel Regarding Settlement of Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. § 362 of the Bankruptcy Code (Docket No. 4174)

**Response Deadline:** July 11, 2003 at 4:00 p.m.

**Responses Received:**

a. Debtors' Objection to Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. § 362 of the Bankruptcy Code (Docket No. 4055)

b. Motion for Leave to File Reply to Objection *[filed by counsel for Robert Costa and Ronald Thornburg]* (Docket No. 4079)

c. Reply Memorandum in Support of the Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 4080)

d. Appendix for Reply Memorandum in Support of the Motion of Robert Costa and Ronald Thornburg for Relief from Stay Under 11 U.S.C. § 362 of the Bankruptcy Court (Docket No. 4086)

**Status:** This matter will be going forward.

**OMNIBUS CLAIM OBJECTIONS**

7. Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4088)

**Related Documents:**

a. Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4105)

**Response Deadline:** August 8, 2003 at 4:00 p.m.

**Responses Received:** Responses to this matter are listed on the attached Exhibit 1.

**Status:** Exhibit 1 reflects the status of each of the objections included in the Debtors' First Omnibus Objection.

8. Debtors' Second Omnibus Objection to Claims (Non-Substantive) (Docket No. 4089)

**Related Documents:**

a. Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection To Claims (Non-Substantive) (Docket No. 4106)

**Response Deadline:** August 8, 2003 at 4:00 p.m.

**Responses Received:** Responses to this matter are listed on the attached Exhibit 2

**Status:** Exhibit 2 reflects the status of each of the objections included in the Debtors' Second Omnibus Objection.

Dated: August 18, 2003

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Paula A. Galbraith
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

# EXHIBIT 1. A.

**A. The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.**

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pipeline Services Inc. | | 1379 | $15,661.05 | U | No Liability | Expunge | Continued |