# EXHIBIT 1. B.

C:\Documents and Settings\pec\Desktop\slipsheet.doc

B. The Debtors received responses to the following objections. The claimants agreed to the treatment of their claims as set forth below. The Debtors request that an order be entered sustaining the Debtors' objection.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Filed Priority | Modified Claim Amount | Modified Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|---|
| H W Fiori & Son Inc. | | 858 | $58,427.00 | P | $58,427.00 | U | No basis for Priority | Reclassify | Creditor agreed to reclassification to Unsecured |
| Industrial Construction Inc. | | 156 | $8,231.25 | P | $8,231.25 | U | No basis for Priority | Reclassify | Creditor agreed to reclassification to Unsecured |
| Intransco Inc. | | 2638 | $3,233.55 | U | $2,388.00 | U | Debtors' books and records | Reduce and Allow | Creditor agreed to reduction of claim |