# EXHIBIT 1. C.

C.  The Debtors will address the following uncontested claims at the hearing:

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| A-1 Metal Stripping | 2080 | Reclassify Claim | This matter will be going forward. |
| Acme Control Service Inc. | 1080 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Advanced Vacumm Co. Inc. | 1362 | Reduce and Allow Claim | This matter will be going forward. |
| Advanced Waste Services Inc. | 642 | Reduce and Allow Claim | This matter will be going forward. |
| Advanced Waste Services Inc. | 2348 | Reduce and Allow Claim | This matter will be going forward. |
| Alamo Transformer Supply Company | 1324 | Reclassify Claim | This matter will be going forward. |
| AMBU Inc. | 1895 | Reclassify Claim | This matter will be going forward. |
| Arlington Computer Products | 1173 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| AT&T Corp | 1212 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| AT&T Corp | 1221 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| AT&T Corp | 1222 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Beal Industrial Products Inc. | 1962 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Better Built Storage Buildings | 644 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Borgert, John | 3443 | Insufficient Documentation Claim | This matter will be going forward. |
| Camcal Company Inc. | 2791 | Reduce and Allow Claim | This matter will be going forward. |
| Celanese Ltd. | 1547 | Reclassify Claim | This matter will be going forward. |
| Chicagoland-Quad Cities Exp, Inc. | 1387 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Clearfield City Corporation | 1772 | Reclassify Claim | This matter will be going forward. |
| Clearfield City Corporation | 1773 | Reclassify Claim | This matter will be going forward. |
| Compro Painting & Decorating Servies IN | 2190 | Reclassify Claim | This matter will be going forward. |
| Contrarian Capital Trade Claims LP | 8761 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Contrarian Capital Trade Claims LP | 9177 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Crenshaw Corporation | 1155 | Reduce and Allow Claim | This matter will be going forward. |
| Crosible Inc. | 1098 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Crosible Inc. Filtration | 650 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Cross Country Inc. | 1758 | Reduce and Allow Claim | This matter will be going forward. |
| Dow Corning Corporation | 1740 | Reduce and Allow Claim | This matter will be going forward. |
| Emrose Data Inc. | 7199 | Reduce and Allow Claim | This matter will be going forward. |
| Ensign the Florist | 721 | Reclassify Claim | This matter will be going forward. |
| Gaf Corp G-1 Holdings And It's Affiliates | 7824 | Insufficient Documentation Claim | This matter will be going forward. |

Exhibit C
Page 1 of 3

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Gaf Corp G-1 Holdings And It's Affiliates | 7830 | Insufficient Documentation Claim | This matter will be going forward. |
| Gaf Corp G-1 Holdings And It's Affiliates | 7833 | Insufficient Documentation Claim | This matter will be going forward. |
| Gaf Corp G-1 Holdings And It's Affiliates | 7834 | Insufficient Documentation Claim | This matter will be going forward. |
| Gaf Corp G-1 Holdings And It's Affiliates | 7835 | Insufficient Documentation Claim | This matter will be going forward. |
| Gaf Corp G-1 Holdings And It's Affiliates | 7865 | Insufficient Documentation Claim | This matter will be going forward. |
| Hayes Mechanical Inc. | 2404 | Reduce and Allow Claim | This matter will be going forward. |
| Hazmatpac Inc. | 1690 | Reclassify Claim | This matter will be going forward. |
| Herron Value | 1539 | Reclassify Claim | This matter will be going forward. |
| Holman Boiler Works | 418 | Insufficient Documentation Claim | This matter will be going forward. |
| Huffman Laboratories Inc. | 2714 | Reduce and Allow Claim | This matter will be going forward. |
| Imes Engineering Inc. | 1332 | Reclassify Claim | This matter will be going forward. |
| ISCO Inc. | 1541 | Reduce and Allow Claim | This matter will be going forward. |
| J&J Manufacturing Co. | 38 | Reclassify Claim | This matter will be going forward. |
| John H. Carter Co. Inc. | 1933 | Reduce and Allow Claim | This matter will be going forward. |
| Johnsons Brothers Inc. | 1518 | Reduce and Allow Claim | This matter will be going forward. |
| Kenneth Technology | 1250 | Reclassify Claim | This matter will be going forward. |
| Lessard Environmental Inc. | 1086 | Reduce and Allow Claim | This matter will be going forward. |
| McKenzie Pest Control Inc. | 771 | Reduce and Allow Claim | This matter will be going forward. |
| Mid Atlantic Label Inc. | 1109 | Reduce and Allow Claim | This matter will be going forward. |
| Mid-America Dynamics Inc. | 2210 | Reduce and Allow Claim | This matter will be going forward. |
| Molychem LLC | 971 | Reduce and Allow Claim | This matter will be going forward. |
| Monument Environmental LLC | 1235 | Reclassify Claim | This matter will be going forward. |
| Pallet King Inc. | 4091 | Reduce and Allow Claim | This matter will be going forward. |
| Pennoni Associates Inc. | 2776 | Reclassify Claim | This matter will be going forward. |
| Pennsylvania Steel Co. Inc. | 2805 | Reduce and Allow Claim | This matter will be going forward. |
| Perks Welding Co. Inc. | 636 | Reduce and Allow Claim | This matter will be going forward. |
| Pump Specialties Inc. | 941 | Reclassify Claim | This matter will be going forward. |
| Robert Shaun Hughey DBA Technique Lawn M | 15179 | Reclassify Claim | This matter will be going forward. |
| Rutgers Organics Corp. | 772 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Safety House LLC | 2123 | Reduce and Allow Claim | This matter will be going forward. |
| Scot Div Ardox Corp. | 774 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| SE & A Formerly Milltronics Inc. | 2384 | Invalid Transfer of Filed or Scheduled Claim | This matter will be going forward. |
| Senior Products A Div Polydisc Inc. | 889 | Reduce and Allow Claim | This matter will be going forward. |
| Silverson Machines Inc. | 963 | Reclassify Claim | This matter will be going forward. |
| Southern Bag Corporation | 74 | Reclassify Claim | This matter will be going forward. |
| Sparkle Clean | 1538 | Reclassify Claim | This matter will be going forward. |
| Testing Engineers Inc. | 640 | Reduce and Allow Claim | This matter will be going forward. |
| Trans-Coastal Industries Inc. | 1647 | Reduce and Allow Claim | This matter will be going forward. |
| Underwood Air Systems Inc. | 58 | Reduce and Allow Claim | This matter will be going forward. |

Exhibit C
Page 2 of 3

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| US Flow Corp Mutual MFG & Supply | 2069 | No Liability Claim | This matter will be going forward. |
| Williams Scotsman Inc. | 738 | Reclassify Claim | This matter will be going forward. |
| Wilson-Texas Mill Supply | 1803 | Insufficient Documentation Claim | This matter will be going forward. |

Exhibit C
Page 3 of 3