# EXHIBIT 2. B.

C:\Documents and Settings\pec\Desktop\slipsheet.doc

B. The Debtors received responses to the following objections. The Debtors request their objections be withdrawn at this time.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Anderson, Alice Diane | 4225 | 13912 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Balog, Aloys | None | 1726 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Banchiocchi, Candida | 4169 | 429 | $1,000,000.00 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Barker, Larry | 4201 | 11331 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Barko, Jr., Wallace | 4201 | 11332 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Bauer, George James | 4226 | 4712 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Bender, Patsy Ann | 4183 | 1793 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Benefield, Donald | None | 13905 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Braley, Eugene Alfred | 4219 | 4711 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Branch, Sue | 4201 | 11333 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Bundrock, Daniel Arthur | 4232 | 9674 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Burks, Willie B. | 4199 | 12753 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Campeau, Thomas | 4166 | 2128 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Carr, Evelyn Marie | 4227 | 5563 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Carr, Mattie F. | None | 2430 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Cauwels, Scott | 4201 | 11264 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Chase, Adam | 4201 | 11334 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Christensen, Dwight | 4201 | 11336 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Christiansen, David Joseph | 4230 | 13910 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Cisewski, Caroline | 4201 | 11335 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Clemons, John D. | 4235 | 4710 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Cole, Eddy J. | 4233 | 5559 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Craig, James | 4201 | 11337 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Davis, John Robert | 4197 | 10579 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Daystar, Brad | 4201 | 11338 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| DePauw, Mark | 4201 | 11339 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Drake, Heidi Maria | 4234 | 13911 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Elletson, Rodney | 4220 | 5561 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Erickson, Rodney A. | 4236 | 5557 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Errichetti, John | 4169 | 425 | $1,000,000.00 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Fiebiger, David & Gail | 4201 | 11340 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Fineberg, Jordan | 4201 | 11341 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Fletcher, Geraldine M. | 4237 | 5562 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Forland, Jean | 4201 | 11342 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |

Exhibit B
Page 1 of 4

B. The Debtors received responses to the following objections. The Debtors request their objections be withdrawn at this time.

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Foss, Patricia | 4201 | 11343 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Freebury, Danny James | 4231 | 5554 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Fuller, Steven | 4201 | 11344 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Gallagher, Larry | 4201 | 11345 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Garrison, Charlene M. | 4221 | 5564 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Graham, Carol | None | 9649 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Gubbin, Julie | 4186, 4201 | 11346 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Harris, Tobi | 4201 | 11347 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Hedahl, Keith | 4238 | 5558 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Hughes, Patricia | 4201 | 11348 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Johnson, Keith | 4201 | 11349 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Jonk, Trista | 4201 | 11350 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Judkins, Jack Dean | 4239 | 6087 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kelley, Douglas | 4222 | 6092 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kelly, Joseph | 4228 | 9668 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kelly, Lawrence Douglas | 4229 | 4396 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kerr, Edward | 4172 | 1413 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Knauss, Donald | 4185 | 3054 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kouri, Martin | 4201 | 11351 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kouri, Namie & Doris | 4201 | 11352 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kouri, Thomas | 4201 | 11353 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kovensky, Wayne | 4201 | 11354 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kuelbs, Leo | 4201 | 11355 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kuha, Ella | 4201 | 11356 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Kvapil, Celia Jane | 4223 | 6093 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Landry, John | 4201 | 11357 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Leckrone, Dean Bradford | 4242 | 13909 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Lees, Timothy | 4201 | 11358 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Lehnert, Arnold | 4243 | 9662 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Lindsay, Duane Edward | 4240 | 6094 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Martin, Philip | 4201 | 11360 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Martin, Sharon | 4201 | 11361 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Miskowiek, Mike | 4201 | 11362 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Mobley, Erica Michell | | 11359 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |

B. The Debtors received responses to the following objections. The Debtors request their objections be withdrawn at this time.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Munsel, Donald | 4244 | 9667 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Nai Collins, Sharp, & Koella, Inc. | 4142 | 23 | $13,800.00 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Nelson, Pete O. | 4245 | 9669 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Nightlinger, Gerald | None | 12778 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Nordstrom, Robert | 4201 | 11363 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Orr, Howard King | 4246 | 9666 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Ostlund, Chyleen | 4201 | 11364 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Pakirtzis, Zaharias | 4201 | 11365 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Parker, Melvin George | 4251 | 9657 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Patch, Gary | 4201 | 11366 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Paul, Norman | None | 4717 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Paulette, Marcella M. | None | 2361 | $60,337.72 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Piche, Louis | None | 1471 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Rezai, Mahtab | 4201 | 11367 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Rice, Lawrence | None | 12754 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Riewoldt, John Howard | 4224 | 9665 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Roy McMillan PR of Estate of Robert McMillan | 4241 | 9663 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Russinik, John | 4201 | 11368 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Schack, Gail | 4201 | 11369 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Schaefer, William | 4201 | 11370 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Sellers, Carla | 4201 | 11371 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Seymour, Jean | 4201 | 11372 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Smith, John | 4201 | 11373 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Soucek, Albert Jon | 4201 | 11374 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Speidel, Timothy | 4201 | 11375 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Spencer, Barbara A. | 4252 | 9661 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Spingler, Clifford M. | 4167 | 5986 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| St. John's Lutheran Church | 4201 | 11378 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Sydloski, Delores | 4201 | 11376 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Szykulski, Clemens | 4201 | 11377 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Taft, Elizabeth | 4201 | 11380 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Theonnes, Lois | None | 5577 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Treffert, Brian | 4201 | 11379 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |

B. The Debtors received responses to the following objections. The Debtors request their objections be withdrawn at this time.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|
| Tremblay, Thomas | 4169 | 427 | $1,000,000.00 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Unified Government of Wyandotte/ Kansas City, Kansas | None | 11315 | | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Unified Government of Wyandotte/ Kansas City, Kansas | None | 11317 | | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Van Patten, Fred | 4169 | 428 | $1,000,000.00 | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Van Ryswyk, Paul | 4201 | 11381 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Vanderwood, Randy | 4201 | 11382 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Wagner, John Francis | 4248 | 9670 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Wagner, Michael Charles | 4247 | 6089 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Welch, Dennis Albert | 4249 | 6090 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Welch, Robert James | 4250 | 6091 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |
| Worley, William | 4201 | 11383 | Unliquidated; PD | No Supporting Documentation | Expunge claim | Objection withdrawn |