# EXHIBIT 2. C.

C. The Debtors received responses to the following objections. The Debtors request that the relief requested in the Second Omnibus Objection be granted with respect to the following claims.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Bishop, Vester | None | | 15280 | Unliquidated | Late Filed | Expunge claim 15280 | PI claim filed on PD claim form |
| Nelson, Dennis | None | | 2159 | $250,000,000 | No Supporting Documentation | Expunge claim 2159 | PI claim filed on PD claim form |
| Pirtle, Floyd V. | None | | 2440 | Unliquidated | No Supporting Documentation | Expunge claim 2440 | PI claim filed on PD claim form |
| Sullivan, Eugene Paul | None | | 1792 | Unliquidated | No Supporting Documentation | Expunge claim 1792 | PI claim filed on PD claim form |

Exhibit C
Page 1 of 1