# EXHIBIT 2. D.

D. The Debtors received responses to the following objections. The claimants agreed to the treatment of their claims as set forth below. The Debtors request that an order be entered sustaining the Debtors' objection.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| City of Cambridge, MA | 4196 | 674 | $14,829,000.00 | U | Amended | Expunge claim 674 | Creditor and Debtors agreed to expunge claim 674, survived by claims 4720 and 4721 and expunge claim 685, survived by claims 4722 and 4723 |
| City of Cambridge, MA | 4196 | 685 | $14,829,000.00 | U | Amended | Expunge claim 685 | Creditor and Debtors agreed to expunge claim 674, survived by claims 4720 and 4721 and expunge claim 685, survived by claims 4722 and 4723 |
| Fontenot, Lucy | 4198 | 2710 | Unliquidated; at least $1,000,000.00 | U | No Supporting Documentation | Expunge claim 2710 | Creditor agreed to expunge claim 2710 |
| Fontenot, Lucy | 4198 | 2513 | Unliquidated; at least $1,000,000.00 | U | Duplicate | Expunge claim 2513 | Creditor agreed to expunge claim 2513 |
| Franchise Tax Board (State of California) | none | 176 | $6,870.32 | P | Duplicate | Expunge claim 176 | Creditor agreed to expunge claim 176 as survivied by claim 274 |
| Franchise Tax Board (State of California) | | | $250.00 | U | | | Creditor agreed to expunge claim 176 as survivied by claim 274 |
| J.M. Foster | 4168 | 7598 | $157,728.93 | U | Duplicate | Expunge claim 7598 | Creditor agreed to expunge claim 7598 as survivied by claim 7594 |
| Morris, Wayne (Home Savings Termite Control, Inc.) | 4193 | 21 | unknown | U | Duplicate | Expunge claim 21 | Creditor agreed to expunge claim 21 as survivied by claim 386 |
| New York State, Dept. of Taxation and Finance | none | 2242 | $465.83 | S | Amended | Expunge claim 2242 | Creditor agreed to expunge claim 2242 as survivied by claim 2705 |
| Occidental Permian, Ltd. | 4192 | 422 | $318,984.73 | U | Amended | Expunge claim 422 | Creditor agreed to expunge claim 422 as survivied by claim 7018 |
| Process Measurement & Control, Inc. | none | 6437 | $71,905.50 | U | Duplicate | Expunge claim 6437 | Creditor agreed to expunge claim 6437 as survivied by claim 1812 |
| Shanklin Corporation | none | 13102 | $4,811,962,836.55 | U | Duplicate | Expunge claims 13102 and 13103 | Creditor and Debtors agreed to expunge claim 13102 as survived by claim 14356 and claim 13103 as survived by claim 14341 |
| Shanklin Corporation | none | 13103 | $4,811,962,836.55 | U | Duplicate | Expunge claims 13102 and 13103 | Creditor and Debtors agreed to expunge claim 13102 as survived by claim 14356 and claim 13103 as survived by claim 14341 |
| State of New Jersey, Dept. of Taxation | 4137 | 358 | $17,503.74 | A | Amended | Expunge claims 358, 359, 1213 and 1214 | Creditor agreed to expunge claims 358, 359, 1213, and 1214 as survivied by claims 785 and 871 |
| State of New Jersey, Dept. of Taxation | 4137 | 359 | $122,240.11 | P | Amended | Expunge claims 358, 359, 1213 and 1214 | Creditor agreed to expunge claims 358, 359, 1213, and 1214 as survivied by claims 785 and 871 |
| State of New Jersey, Dept. of Taxation | 4137 | 1213 | $116,629.24 | A | Duplicate | Expunge claims 358, 359, 1213 and 1214 | Creditor agreed to expunge claims 358, 359, 1213, and 1214 as survivied by claims 785 and 871 |
| State of New Jersey, Dept. of Taxation | 4137 | 1214 | $149,730.68 | P | Duplicate | Expunge claims 358, 359, 1213 and 1214 | Creditor agreed to expunge claims 358, 359, 1213, and 1214 as survivied by claims 785 and 871 |
| Wachovia Bank | 4116 | 2906 | $49,979,700.00 | U | Amended | Expunge claim 2906 | Creditor agreed to expunge claim 2906 as survivied by claim 3068 |