# EXHIBIT 2. E.

E.    The Debtors will address the following uncontested claims at the hearing:

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| 67th Road Const Corp | 12785 | No Supporting Documentation Claims | This matter will be going forward. |
| Adams Jr, James L | 3063 | No Supporting Documentation Claims | This matter will be going forward. |
| Adams, Alfred Calvin | 14986 | Late Filed Claims | This matter will be going forward. |
| Adams, Eunice M | 3065 | No Supporting Documentation Claims | This matter will be going forward. |
| Advanced Waste Services Inc. | 900 | Amended Claims | This matter will be going forward. |
| Advent Systems Inc. | 384 | Amended Claims | This matter will be going forward. |
| Advent Systems Inc. | 3353 | Duplicate Claims | This matter will be going forward. |
| Advent Systems Inc. | 15188 | Duplicate Claims | This matter will be going forward. |
| AGA Gas Member of Linde Gas Group | 59 | Amended Claims | This matter will be going forward. |
| Agilent Technologies | 365 | Amended Claims | This matter will be going forward. |
| AKZO Nobel Catalysts BV | 13680 | Duplicate Claims | This matter will be going forward. |
| Albany City School District | 12762 | Duplicate Claims | This matter will be going forward. |
| Albany City School District | 12765 | No Supporting Documentation Claims | This matter will be going forward. |
| Albany City Schools | 12763 | No Supporting Documentation Claims | This matter will be going forward. |
| Aldrich, Leo | 3349 | No Supporting Documentation Claims | This matter will be going forward. |
| Alexander, Timothy Christopher | 2396 | No Supporting Documentation Claims | This matter will be going forward. |
| Allen Sr, George W | | Late Filed Claims | This matter will be going forward. |
| Alston, Rose | 1936 | No Supporting Documentation Claims | This matter will be going forward. |
| American Premier Underwriters Inc. | 11305 | Duplicate Claims | This matter will be going forward. |
| American Premier Underwriters Inc. | 11306 | Duplicate Claims | This matter will be going forward. |
| Argyle Central School | 12760 | Duplicate Claims | This matter will be going forward. |
| Arizona Dept of Revenue | 1160 | Duplicate Claims | This matter will be going forward. |
| Arizona Dept. of Revenue | 1 | Amended Claims | This matter will be going forward. |
| Arizona Dept. of Revenue | 861 | Amended Claims | This matter will be going forward. |
| Arlt, Lloyd | 10563 | No Supporting Documentation Claims | This matter will be going forward. |
| AT&T Corp | 1215 | Amended Claims | This matter will be going forward. |
| AT&T Corp | 1222 | Amended Claims | This matter will be going forward. |
| Atlanta Gas Light Company | 89 | Amended Claims | This matter will be going forward. |
| Augusta Inn Inc. | 2264 | No Supporting Documentation Claims | This matter will be going forward. |
| Avaya Communication Lucent Techno | 84 | Amended Claims | This matter will be going forward. |
| Backes, George Albert | 6584 | No Supporting Documentation Claims | This matter will be going forward. |
| Baker, Charity Lynn | 15197 | Late Filed Claims | This matter will be going forward. |
| Baker, Kent Douglas | 7100 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Bankers Trust Company | 333 | Amended Claims | This matter will be going forward. |
| Banks, Tenenee E | 15281 | Late Filed Claims | This matter will be going forward. |
| Banzon, Rey Loanzon | 15219 | Late Filed Claims | This matter will be going forward. |
| Barash, Jacob | 1913 | No Supporting Documentation Claims | This matter will be going forward. |
| Barbanti, Marco | 745 | Duplicate Claims | This matter will be going forward. |
| Barbanti, Marco | 756 | Amended Claims | This matter will be going forward. |
| Barbosa, Geovanni | 15155 | Late Filed Claims | This matter will be going forward. |
| Barker Ttee, Alan M | 2109 | Shareholder – Stock Claims | This matter will be going forward. |
| Barker TTEE, Allan M | 2109 | No Supporting Documentation Claims | This matter will be going forward. |
| Barnes, Amelia | 1087 | No Supporting Documentation Claims | This matter will be going forward. |
| Barnes, Joe Lester | 2745 | No Supporting Documentation Claims | This matter will be going forward. |
| Barris, Albert J | 1305 | No Supporting Documentation Claims | This matter will be going forward. |
| Barris, Albert J | 1305 | Shareholder – Stock Claims | This matter will be going forward. |
| Barwood, Charles Edwin | 15222 | Late Filed Claims | This matter will be going forward. |
| Bath Associates Inc. | 15282 | Late Filed Claims | This matter will be going forward. |
| Baver, George James | 4712 | No Supporting Documentation Claims | This matter will be going forward. |
| Baystate Press | 275 | Amended Claims | This matter will be going forward. |
| Beason, Steve Cass | 14985 | Late Filed Claims | This matter will be going forward. |
| Bellock, Clara M | 2602 | No Supporting Documentation Claims | This matter will be going forward. |
| Bellock, Clara M | 2603 | No Supporting Documentation Claims | This matter will be going forward. |
| Bellock, Wayne | 2593 | No Supporting Documentation Claims | This matter will be going forward. |
| Berry & Berry | 85 | Amended Claims | This matter will be going forward. |
| Beville, Francis & Willie Mae | 9834 | No Supporting Documentation Claims | This matter will be going forward. |
| Black, Rubie Lee | 3889 | No Supporting Documentation Claims | This matter will be going forward. |
| Bland, Donald Nelson | 4380 | No Supporting Documentation Claims | This matter will be going forward. |
| Bleness, Thomas Edward | 6581 | No Supporting Documentation Claims | This matter will be going forward. |
| Blinco, Thomas Jerry | 1464 | No Supporting Documentation Claims | This matter will be going forward. |
| BMW Constructors Inc. | 1380 | Amended Claims | This matter will be going forward. |
| Board of City Comm of Johnson Cty KS | 881 | Duplicate Claims | This matter will be going forward. |
| Bolduc, J P | 9556 | Amended Claims | This matter will be going forward. |
| Boothman, Barry A | 12818 | No Supporting Documentation Claims | This matter will be going forward. |
| Botts, James P | 3901 | No Supporting Documentation Claims | This matter will be going forward. |
| Boyd, Kenneth H | 15158 | Late Filed Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Boyd, Kenneth H | 15158 | No Supporting Documentation | This matter will be going forward. |
| Boyd, Kenneth Harry | 15157 | Late Filed Claims | This matter will be going forward. |
| Bramlett, Ronald M | 2398 | No Supporting Documentation Claims | This matter will be going forward. |
| Braunschweig, Ruth | 1707 | No Supporting Documentation Claims | This matter will be going forward. |
| Braunschweig, Ruth | 1707 | Shareholder – Stock Claims | This matter will be going forward. |
| Bregman, Mark L | 1459 | No Supporting Documentation Claims | This matter will be going forward. |
| Brown, Emory A | 3055 | No Supporting Documentation Claims | This matter will be going forward. |
| Brueggeman, Robert L | 2817 | No Supporting Documentation Claims | This matter will be going forward. |
| Brunelle, Louisette | 1247 | No Supporting Documentation Claims | This matter will be going forward. |
| Bruner, Mervin Eugene | 6583 | No Supporting Documentation Claims | This matter will be going forward. |
| BSFS Equipment Leasing | 865 | Duplicate Claims | This matter will be going forward. |
| Buch, Margaret Ann | 5582 | No Supporting Documentation Claims | This matter will be going forward. |
| Bulk Process Equipment | 26 | Amended Claims | This matter will be going forward. |
| Burrell, Frank Allen | 15217 | Late Filed Claims | This matter will be going forward. |
| Busch, Ralph | 746 | Duplicate Claims | This matter will be going forward. |
| Busch, Ralph | 755 | Amended Claims | This matter will be going forward. |
| Capers Cleveland Design Inc. | 616 | Amended Claims | This matter will be going forward. |
| Caputo, Pasquale J | 15239 | Late Filed Claims | This matter will be going forward. |
| Caputo, Pasquale J | 15239 | No Supporting Documentation Claims | This matter will be going forward. |
| Caputo, Pasquale J | 15240 | Late Filed Claims | This matter will be going forward. |
| Caputo, Pasquale J | 15240 | No Supporting Documentation Claims | This matter will be going forward. |
| Caravello SR, Anthony | 1637 | No Supporting Documentation Claims | This matter will be going forward. |
| Carlbourt Const Corp | 9769 | No Supporting Documentation Claims | This matter will be going forward. |
| Carolina Motel Associates Inc. | 2234 | No Supporting Documentation Claims | This matter will be going forward. |
| Carpenter, Lewis Scott | 5571 | No Supporting Documentation Claims | This matter will be going forward. |
| Carswell, Charlie A | 2203 | No Supporting Documentation Claims | This matter will be going forward. |
| Castillo, Rolando | 2842 | No Supporting Documentation Claims | This matter will be going forward. |
| Cauldwell Terrace Const Corp | 9765 | No Supporting Documentation Claims | This matter will be going forward. |
| CEMEX Inc. | 605 | Amended Claims | This matter will be going forward. |
| Ceneviva, James Joseph | 1794 | No Supporting Documentation Claims | This matter will be going forward. |
| Chakaria, Louis Murad | 3067 | No Supporting Documentation Claims | This matter will be going forward. |

3

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Charlotte Transit Center Inc. | 577 | Amended Claims | This matter will be going forward. |
| Charnon, Timothy H | 5993 | No Supporting Documentation Claims | This matter will be going forward. |
| Charnon, Timothy H | 5994 | No Supporting Documentation Claims | This matter will be going forward. |
| Chemtrade Logistics US Inc. Formerly | 15275 | Late Filed Claims | This matter will be going forward. |
| Christiansen, David Joseph | 13910 | No Supporting Documentation Claims | This matter will be going forward. |
| Christiansen, David Joseph | 13910 | No Supporting Documentation Claims | This matter will be going forward. |
| Cimafranca II, Ramou Aguilar | 2307 | No Supporting Documentation Claims | This matter will be going forward. |
| Cimafranca II, Ramou Aguilar | 2307 | No Supporting Documentation Claims | This matter will be going forward. |
| Cistrunk, Catherine | 5988 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Milwaukee Treasurer 1645 | 1519 | Amended Claims | This matter will be going forward. |
| City of Somerville | 10575 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 10575 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 10582 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 10583 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 10584 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 14988 | Late Filed Claims | This matter will be going forward. |
| City of Somerville | 14988 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 14989 | Late Filed Claims | This matter will be going forward. |
| City of Somerville | 14989 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 14990 | Late Filed Claims | This matter will be going forward. |
| City of Somerville | 14990 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 14991 | Late Filed Claims | This matter will be going forward. |
| City of Somerville | 14991 | No Supporting Documentation Claims | This matter will be going forward. |
| City of Somerville | 14992 | Late Filed Claims | This matter will be going forward. |
| City of Somerville | 14992 | No Supporting Documentation Claims | This matter will be going forward. |
| Clark, Roland B | 9771 | No Supporting Documentation Claims | This matter will be going forward. |
| Clemtex Inc. | 405 | Duplicate Claims | This matter will be going forward. |
| Cofler, Martin H | 1597 | No Supporting Documentation Claims | This matter will be going forward. |
| Cole Parmer Instrument Company Instrument Company | 169 | Amended Claims | This matter will be going forward. |
| Collins, Donald Gregory | 3286 | Duplicate Claims | This matter will be going forward. |
| Comm Air Mechanical Services | 2132 | Duplicate Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Commonwealth of Massachusetts | 282 | Amended Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 283 | Amended Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1486 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1487 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1488 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1489 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1490 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1491 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 1492 | Duplicate Claims | This matter will be going forward. |
| Commonwealth of Massachusetts | 2337 | Amended Claims | This matter will be going forward. |
| Commonwealth of Massachusetts DE | 1479 | Amended Claims | This matter will be going forward. |
| Commonwealth of Massachusetts DE | 1483 | Amended Claims | This matter will be going forward. |
| Commonwealth of Massachusetts DE | 1484 | Amended Claims | This matter will be going forward. |
| Cook County Treasurer | 706 | Amended Claims | This matter will be going forward. |
| Cook County Treasurer | 733 | Amended Claims | This matter will be going forward. |
| Cooperheat-MQS Inc. | 997 | Duplicate Claims | This matter will be going forward. |
| Copy Concepts Inc. | 867 | Duplicate Claims | This matter will be going forward. |
| Corpus Christi Gasket & Fastener Inc. | 1998 | Duplicate Claims | This matter will be going forward. |
| Corrigan, Brian T | 1598 | No Supporting Documentation Claims | This matter will be going forward. |
| Costlow, Dean Harold | 3504 | No Supporting Documentation Claims | This matter will be going forward. |
| Cotner, Robert Eugene | 1979 | No Supporting Documentation Claims | This matter will be going forward. |
| Country Club Associates JV | 2545 | No Supporting Documentation Claims | This matter will be going forward. |
| Courtney, David | 3350 | No Supporting Documentation Claims | This matter will be going forward. |
| Cox III, Samuel A | 1584 | No Supporting Documentation Claims | This matter will be going forward. |
| CPI Packaging Inc. | 13112 | Duplicate Claims | This matter will be going forward. |
| CPI Packaging Inc. | 13113 | Duplicate Claims | This matter will be going forward. |
| Cruzan, Robert Irvin | | No Supporting Documentation Claims | This matter will be going forward. |
| Cryovac Chile Holdings LLC | 12922 | Duplicate Claims | This matter will be going forward. |
| Cryovac Far East Holdings | 12920 | Duplicate Claims | This matter will be going forward. |
| Cryovac Far East Holdings LLC | 13101 | Duplicate Claims | This matter will be going forward. |
| Cryovac Inc. and Certain Affiliates Lis | 12921 | Duplicate Claims | This matter will be going forward. |
| Cryovac Inc. and Certain Affiliates Lis | 12924 | Duplicate Claims | This matter will be going forward. |
| Cryovac International Holdings Inc. | 13099 | Duplicate Claims | This matter will be going forward. |
| Cryovac International Holdings Inc. | 13100 | Duplicate Claims | This matter will be going forward. |
| Cryovac Leasing Corporation | 13096 | Duplicate Claims | This matter will be going forward. |
| Cryovac Leasing Corporation | 13097 | Duplicate Claims | This matter will be going forward. |
| Cryovac Poland Holdings Inc. | 12919 | Duplicate Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Cryovac Poland Holdings Inc. | 13094 | Duplicate Claims | This matter will be going forward. |
| Cummings, Rick G | 12782 | No Supporting Documentation Claims | This matter will be going forward. |
| Cunningham, Vernon Dale | 9828 | No Supporting Documentation Claims | This matter will be going forward. |
| Curlee, Hugh Charles | 2743 | No Supporting Documentation Claims | This matter will be going forward. |
| Dahl, Kenneth Troy | 15293 | Late Filed Claims | This matter will be going forward. |
| Daleen Technologies Inc. | 681 | Amended Claims | This matter will be going forward. |
| Dallas County | 385 | Amended Claims | This matter will be going forward. |
| Dallas County | 1204 | Amended Claims | This matter will be going forward. |
| Daniel, Stephanie M | 2664 | No Supporting Documentation Claims | This matter will be going forward. |
| Danka Financial Systems | 866 | Duplicate Claims | This matter will be going forward. |
| Dann Pecar Newman & Kleiman | 1558 | Duplicate Claims | This matter will be going forward. |
| Dann Pecar Newman & Kleiman | 1559 | Duplicate Claims | This matter will be going forward. |
| Davis, Doris | 15309 | Late Filed Claims | This matter will be going forward. |
| Davis, James | 15308 | Late Filed Claims | This matter will be going forward. |
| Dean, Mary L | 2066 | No Supporting Documentation Claims | This matter will be going forward. |
| Dechiara, Kenneth G | 1427 | No Supporting Documentation Claims | This matter will be going forward. |
| Dekalb County Georgia | 402 | Duplicate Claims | This matter will be going forward. |
| Department of Revenue State of Miss | 3814 | Amended Claims | This matter will be going forward. |
| Dept of Revenue Commonwealth o M | 336 | Amended Claims | This matter will be going forward. |
| Dept of Revenue State of Missouri | 303 | Amended Claims | This matter will be going forward. |
| Dept of Revenue State of Missouri | 304 | Amended Claims | This matter will be going forward. |
| Dept of Revenue State of Missouri | 1918 | Amended Claims | This matter will be going forward. |
| Dewolfe, Dale D | 2150 | No Supporting Documentation Claims | This matter will be going forward. |
| Dewolfe, Dale D | 2151 | No Supporting Documentation Claims | This matter will be going forward. |
| Dickinson Wright PLLC | 737 | Amended Claims | This matter will be going forward. |
| Dillingham-Manson Join Venture | 14743 | Duplicate Claims | This matter will be going forward. |
| Dillingham-Mason Joint Venture | 14744 | Duplicate Claims | This matter will be going forward. |
| Dizon, Brian Dexter Bagui | 15218 | Late Filed Claims | This matter will be going forward. |
| Doherty, James | 1429 | No Supporting Documentation Claims | This matter will be going forward. |
| Dot Rail Service of Indiana Inc. | 2126 | Duplicate Claims | This matter will be going forward. |
| Douglas Technical Services | 1730 | Duplicate Claims | This matter will be going forward. |
| Drew, Sam | 1799 | No Supporting Documentation Claims | This matter will be going forward. |
| Drew, Sam William | 1798 | No Supporting Documentation Claims | This matter will be going forward. |
| Driscoll, Kurt Allen | 4173 | No Supporting Documentation Claims | This matter will be going forward. |
| Dubler, Douglas J | 12824 | No Supporting Documentation Claims | This matter will be going forward. |
| Eagle Restoration & Contracting Inc. | 2081 | Duplicate Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Eleam, Dewanna | 2140 | No Supporting Documentation Claims | This matter will be going forward. |
| Elkem Materials Inc. | 620 | No Supporting Documentation Claims | This matter will be going forward. |
| Elkins, Carl A | 2444 | No Supporting Documentation Claims | This matter will be going forward. |
| Elkins, Phillip Irwin | 2691 | No Supporting Documentation Claims | This matter will be going forward. |
| EMED Co. | 1110 | Duplicate Claims | This matter will be going forward. |
| ENG Trust, H Elaine | 1594 | No Supporting Documentation Claims | This matter will be going forward. |
| Engelhard Corp. | 172 | Amended Claims | This matter will be going forward. |
| Englewood Electric | 1151 | No Supporting Documentation Claims | This matter will be going forward. |
| Entergy Gulf States Inc. | 292 | Amended Claims | This matter will be going forward. |
| Erickson, Walter C | 2278 | No Supporting Documentation Claims | This matter will be going forward. |
| Estate of Lucille Cistrunk Love | 15196 | Late Filed Claims | This matter will be going forward. |
| Estate of Lucille Cistrunk Love | 15196 | No Supporting Documentation Claims | This matter will be going forward. |
| Etonia, David | 1784 | No Supporting Documentation Claims | This matter will be going forward. |
| Evans, Jonnie Frances | 15237 | Late Filed Claims | This matter will be going forward. |
| Evans, Melissa | 1002 | No Supporting Documentation Claims | This matter will be going forward. |
| Evans, Odessa | 15236 | Late Filed Claims | This matter will be going forward. |
| Family Values Inn of Tifton Inc. | 2233 | No Supporting Documentation Claims | This matter will be going forward. |
| Farrell, Kathryn Flanagan | 2788 | No Supporting Documentation Claims | This matter will be going forward. |
| Fellenberg, Ruben A | 1462 | No Supporting Documentation Claims | This matter will be going forward. |
| Fiano, Lore | 5573 | No Supporting Documentation Claims | This matter will be going forward. |
| Firemans Fund Insurance Company | 13467 | Duplicate Claims | This matter will be going forward. |
| Fisher, Barbara | 1269 | No Supporting Documentation Claims | This matter will be going forward. |
| Flemming Zulack Williamson LLP | 351 | Amended Claims | This matter will be going forward. |
| Fletcher, Geraldine M | 5562 | No Supporting Documentation Claims | This matter will be going forward. |
| Flower, Gerald A | 12802 | No Supporting Documentation Claims | This matter will be going forward. |
| Foley Hoaf LLP FKA Foley Hoag & Eliot | 14982 | Duplicate Claims | This matter will be going forward. |
| Foley Hoag LLP KA Foley Hoag & Eliot | 14982 | Late Filed Claims | This matter will be going forward. |
| Foster, Raymond | 2580 | No Supporting Documentation Claims | This matter will be going forward. |
| Foster, Raymond | 2581 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Freed, Cynthia Lynn & Donald Ray | 2976 | No Supporting Documentation Claims | This matter will be going forward. |
| Frey, Steve W | 2974 | No Supporting Documentation Claims | This matter will be going forward. |
| Garcia, Danny | 2736 | No Supporting Documentation Claims | This matter will be going forward. |
| Garrison, Charlene M | 5564 | No Supporting Documentation Claims | This matter will be going forward. |
| Gault, Jennie Elizabeth | 1469 | No Supporting Documentation Claims | This matter will be going forward. |
| GE Capital Corporation | 863 | Duplicate Claims | This matter will be going forward. |
| GE Capital Corporation | 864 | Duplicate Claims | This matter will be going forward. |
| Geomega Inc. | 441 | Amended Claims | This matter will be going forward. |
| Gilman Wallis | 2350 | No Supporting Documentation Claims | This matter will be going forward. |
| Gilman, Wallis | 2350 | Shareholder – Stock Claims | This matter will be going forward. |
| Ginnaty, Jessica A | 6590 | No Supporting Documentation Claims | This matter will be going forward. |
| Ginnaty, Joseph M | 6592 | No Supporting Documentation Claims | This matter will be going forward. |
| GKI Bethlehem Lighting | 15292 | Late Filed Claims | This matter will be going forward. |
| Gonzalez, Mayra and George | 1430 | No Supporting Documentation Claims | This matter will be going forward. |
| Gordon, Clark Edward | 6585 | No Supporting Documentation Claims | This matter will be going forward. |
| Government of The District of Colum | 141 | Duplicate Claims | This matter will be going forward. |
| Greater Cincinnati Water Works | 724 | Amended Claims | This matter will be going forward. |
| Greeley Gas Company | 145 | Duplicate Claims | This matter will be going forward. |
| Greenville County Tax Collector | 1389 | Amended Claims | This matter will be going forward. |
| Griffith, Donn O | 1477 | No Supporting Documentation Claims | This matter will be going forward. |
| Grimm, Patrick T | 6059 | No Supporting Documentation Claims | This matter will be going forward. |
| GTE Operations Support Inc. | 1552 | Duplicate Claims | This matter will be going forward. |
| Guel, Margarita | 2841 | No Supporting Documentation Claims | This matter will be going forward. |
| Gulley, Dean M | 1855 | No Supporting Documentation Claims | This matter will be going forward. |
| Gurney, Joseph J | 1786 | No Supporting Documentation Claims | This matter will be going forward. |
| Guy, Kevin D | 2026 | Shareholder – Stock Claims | This matter will be going forward. |
| Gyumolcs, John Michael | 3183 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2462 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2463 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2464 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| H & G Investments Inc. | 2465 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2467 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2468 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2469 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2470 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2471 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2472 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2473 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2474 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2499 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2500 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2501 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2522 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2523 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2524 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2530 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2531 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2548 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2549 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2550 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2551 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2552 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2555 | No Supporting Documentation Claims | This matter will be going forward. |
| H & G Investments Inc. | 2556 | No Supporting Documentation Claims | This matter will be going forward. |
| H L Blair & Associates Inc. | 136 | Amended Claims | This matter will be going forward. |
| H L Blair & Associates Inc. | 148 | Amended Claims | This matter will be going forward. |
| Hall, William Kingsford | 2163 | No Supporting Documentation Claims | This matter will be going forward. |

9

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Halsey, Donna Mae | 3888 | No Supporting Documentation Claims | This matter will be going forward. |
| Hammer Erickson, Heather Marie | 15200 | Late Filed Claims | This matter will be going forward. |
| Hammer, Angela Rae | 15198 | Late Filed Claims | This matter will be going forward. |
| Hammer, Karla Sean | 15201 | Late Filed Claims | This matter will be going forward. |
| Hammer, Travis William | 15199 | Late Filed Claims | This matter will be going forward. |
| Hammer, William Peter | 15202 | Late Filed Claims | This matter will be going forward. |
| Handford, James Henry | 2485 | No Supporting Documentation Claims | This matter will be going forward. |
| Hanulik Jr., Emil | 3399 | No Supporting Documentation Claims | This matter will be going forward. |
| Harris County City of Houston | 5 | Amended Claims | This matter will be going forward. |
| Harris County City of Houston | 580 | Duplicate Claims | This matter will be going forward. |
| Harris Turano & Mazza | 14686 | Duplicate Claims | This matter will be going forward. |
| Harris, David L | 1969 | No Supporting Documentation Claims | This matter will be going forward. |
| Harris, Harold H | 1725 | No Supporting Documentation Claims | This matter will be going forward. |
| Harris, William P | 744 | Duplicate Claims | This matter will be going forward. |
| Hillery, ADA | 2576 | No Supporting Documentation Claims | This matter will be going forward. |
| Hillery, ADA | 2577 | No Supporting Documentation Claims | This matter will be going forward. |
| Hohbein, Connie R | 3275 | No Supporting Documentation Claims | This matter will be going forward. |
| Hollings, Helen L | 9686 | No Supporting Documentation Claims | This matter will be going forward. |
| Houston ISD | 4 | Amended Claims | This matter will be going forward. |
| Houston ISD | 579 | Duplicate Claims | This matter will be going forward. |
| Hunter, Jan | 727 | Duplicate Claims | This matter will be going forward. |
| Ikon Office Solution Central | 521 | Duplicate Claims | This matter will be going forward. |
| Imperial Technical Services | 1587 | Duplicate Claims | This matter will be going forward. |
| Indiana Dept of Revenue | 876 | Amended Claims | This matter will be going forward. |
| International Union UAW | 1838 | Shareholder – Stock Claims | This matter will be going forward. |
| International Union UAW | 2252 | No Supporting Documentation Claims | This matter will be going forward. |
| International Union UAW | 2252 | Shareholder – Stock Claims | This matter will be going forward. |
| J Cook Administratrix Est of Nathan C | 15168 | Duplicate Claims | This matter will be going forward. |
| Jacksonville Airport Inc. | 2267 | No Supporting Documentation Claims | This matter will be going forward. |
| Jacksonville Golfair Inc. | 2268 | No Supporting Documentation Claims | This matter will be going forward. |
| James T Warring Sons Inc. | 2053 | Duplicate Claims | This matter will be going forward. |
| Jarry, Pierre | 15224 | Late Filed Claims | This matter will be going forward. |
| Jarry, Pierre | 15224 | No Supporting Documentation Claims | This matter will be going forward. |
| Jefferson Associates Ltd. | 3355 | Duplicate Claims | This matter will be going forward. |
| Johansen, George E | 3059 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Johnson Controls Inc. | 9636 | Duplicate Claims | This matter will be going forward. |
| Johnson III, Earl L | 15096 | Late Filed Claims | This matter will be going forward. |
| Johnson, Bobby E | 2727 | No Supporting Documentation Claims | This matter will be going forward. |
| Johnson, Orville Dean | 3056 | No Supporting Documentation Claims | This matter will be going forward. |
| Johnson, Randy J | 2582 | No Supporting Documentation Claims | This matter will be going forward. |
| Johnson, Randy J | 2583 | No Supporting Documentation Claims | This matter will be going forward. |
| Jones, Lavelle | 1797 | No Supporting Documentation Claims | This matter will be going forward. |
| Jones, Michael D | 15209 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael D | 15210 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15203 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15204 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15204 | No Supporting Documentation Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15205 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15206 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15206 | No Supporting Documentation Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15225 | Late Filed Claims | This matter will be going forward. |
| Jones, Michael Darnell | 15225 | No Supporting Documentation Claims | This matter will be going forward. |
| Joseph Mazur & Helen Mazur JT Ten | 1890 | Shareholder – Stock Claims | This matter will be going forward. |
| Julien, Mark V | 1732 | Shareholder – Stock Claims | This matter will be going forward. |
| Kaeding, Rudolph H | 3401 | No Supporting Documentation Claims | This matter will be going forward. |
| Kanjorski, Paul J | 1907 | Shareholder – Stock Claims | This matter will be going forward. |
| Katten Muchin Zavis Roseman FKA Ro | 15166 | Amended Claims | This matter will be going forward. |
| Katten Muchin Zavis Rosenman | 842 | Amended Claims | This matter will be going forward. |
| Kent Holding, LLC | 1846 | Amended Claims | This matter will be going forward. |
| Kerr McGee Pigments Savannah Inc. | 2013 | Duplicate Claims | This matter will be going forward. |
| Klein, Stephen J | 1976 | No Supporting Documentation Claims | This matter will be going forward. |
| Kliman, Morton | 7093 | No Supporting Documentation Claims | This matter will be going forward. |
| Kliman, Morton | 9773 | No Supporting Documentation Claims | This matter will be going forward. |
| Knezic, Leo | 9805 | No Supporting Documentation Claims | This matter will be going forward. |
| Knight, Gary Glen | 14948 | Late Filed Claims | This matter will be going forward. |
| Koogler Whitney, Virginia | 2041 | No Supporting Documentation Claims | This matter will be going forward. |
| Korchak, Thomas Robert | 1911 | No Supporting Documentation Claims | This matter will be going forward. |

11

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Kowalski, Edith Ann | 1458 | No Supporting Documentation Claims | This matter will be going forward. |
| Kujawa, Loren R and Gynell D Kujawa | 3181 | No Supporting Documentation Claims | This matter will be going forward. |
| Labvantage Solutions Inc. | 15189 | Duplicate Claims | This matter will be going forward. |
| Lamont, Alice G | 1763 | Shareholder – Stock Claims | This matter will be going forward. |
| Lane, Benjamin E | 1466 | No Supporting Documentation Claims | This matter will be going forward. |
| Lanier Litigation | 299 | Amended Claims | This matter will be going forward. |
| Lanier Litigation Services Inc. | 1270 | Amended Claims | This matter will be going forward. |
| Lansky, Edward S | 2146 | No Supporting Documentation Claims | This matter will be going forward. |
| Larmont, Alice G | 1763 | No Supporting Documentation Claims | This matter will be going forward. |
| Larson, Joan Lee | 5583 | No Supporting Documentation Claims | This matter will be going forward. |
| Lavender, Brenda Jane | 2937 | Duplicate Claims | This matter will be going forward. |
| Lawrence Lamar Rice West | 12754 | No Supporting Documentation Claims | This matter will be going forward. |
| Lawson Electric Co. Inc. | 856 | Duplicate Claims | This matter will be going forward. |
| Lazaro, Alejandrina | 1696 | No Supporting Documentation Claims | This matter will be going forward. |
| Lemnert, Stacy Vaughn | 7095 | No Supporting Documentation Claims | This matter will be going forward. |
| Leone, Anthony Michael | 5990 | No Supporting Documentation Claims | This matter will be going forward. |
| Leone, Mario Joseph | 5145 | No Supporting Documentation Claims | This matter will be going forward. |
| Lewin, Edith | 2246 | Shareholder – Stock Claims | This matter will be going forward. |
| Lexington 67th Co. | 9767 | No Supporting Documentation Claims | This matter will be going forward. |
| Lincoln Lanes | 9813 | No Supporting Documentation Claims | This matter will be going forward. |
| Lindholm, Edward M. | 731 | Duplicate Claims | This matter will be going forward. |
| Little, Louis | 2566 | No Supporting Documentation Claims | This matter will be going forward. |
| Little, Louis | 2567 | No Supporting Documentation Claims | This matter will be going forward. |
| Little, Mary | 2564 | No Supporting Documentation Claims | This matter will be going forward. |
| Little, Mary | 2565 | No Supporting Documentation Claims | This matter will be going forward. |
| Lockheed Martin Corporation | 15103 | Late Filed Claims | This matter will be going forward. |
| Long, Amelia J | 2541 | No Supporting Documentation Claims | This matter will be going forward. |
| Lopez, Joe Soto | 1787 | No Supporting Documentation Claims | This matter will be going forward. |
| Lyons, Eddie Lee | 7087 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Lyons, Sara Ann | 7088 | No Supporting Documentation Claims | This matter will be going forward. |
| M & H Properties Ltd. | 2455 | No Supporting Documentation Claims | This matter will be going forward. |
| Macawile, Aurora | 5578 | No Supporting Documentation Claims | This matter will be going forward. |
| Maddox, Kevin Cale | 1728 | No Supporting Documentation Claims | This matter will be going forward. |
| Magee, John W | 2903 | No Supporting Documentation Claims | This matter will be going forward. |
| Magee, John Willie | 2904 | No Supporting Documentation Claims | This matter will be going forward. |
| Mancini, Bill | 9777 | No Supporting Documentation Claims | This matter will be going forward. |
| Marcor Remediation Inc. | 15226 | Late Filed Claims | This matter will be going forward. |
| Martin, James R | 1422 | No Supporting Documentation Claims | This matter will be going forward. |
| Martin, Michael Eugene | 15216 | Late Filed Claims | This matter will be going forward. |
| Martin, Michael Eugene | 15216 | Late Filed Claims | This matter will be going forward. |
| Martinez, Albert | 1857 | No Supporting Documentation Claims | This matter will be going forward. |
| Martinez, M Albert | 1599 | No Supporting Documentation Claims | This matter will be going forward. |
| Martinez, Micaela L | 1789 | No Supporting Documentation Claims | This matter will be going forward. |
| Marts, Terry | 1698 | No Supporting Documentation Claims | This matter will be going forward. |
| Massachusetts Dept. of Revenue | 608 | Amended Claims | This matter will be going forward. |
| Mathews, Leslie Alan | 15220 | Late Filed Claims | This matter will be going forward. |
| Mathews, Leslie Alan | 15220 | Late Filed Claims | This matter will be going forward. |
| Mayfield, Arthur | 848 | No Supporting Documentation Claims | This matter will be going forward. |
| Mcalister, Terry James | 1418 | No Supporting Documentation Claims | This matter will be going forward. |
| McCormick, Albert W | 2671 | No Supporting Documentation Claims | This matter will be going forward. |
| McCree, Willie James | 12781 | No Supporting Documentation Claims | This matter will be going forward. |
| McDonald, Ginae B | 1800 | No Supporting Documentation Claims | This matter will be going forward. |
| McGhee SR, Curtis Casvell | 3057 | No Supporting Documentation Claims | This matter will be going forward. |
| McGlory, Hazel Marie | 1727 | No Supporting Documentation Claims | This matter will be going forward. |
| McKenney, James Milton | 4174 | No Supporting Documentation Claims | This matter will be going forward. |
| McMaster Carr Supply | 188 | No Supporting Documentation Claims | This matter will be going forward. |
| McMurchie, James & Doris | 732 | Duplicate Claims | This matter will be going forward. |
| Mellon Investor Services LLC | 883 | Amended Claims | This matter will be going forward. |
| Merrill, Charles Arthur | 4725 | No Supporting Documentation Claims | This matter will be going forward. |

13

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Midtown Acquisitions Inc. | 2466 | No Supporting Documentation Claims | This matter will be going forward. |
| Midtown Acquisitions Inc. | 2554 | No Supporting Documentation Claims | This matter will be going forward. |
| Mikolay, George Harold | 2225 | No Supporting Documentation Claims | This matter will be going forward. |
| Milligan, Gregory Matthew | 12743 | No Supporting Documentation Claims | This matter will be going forward. |
| Mitchell, Doris Ann | 12757 | No Supporting Documentation Claims | This matter will be going forward. |
| Mohler, Jean Delores | 7096 | No Supporting Documentation Claims | This matter will be going forward. |
| Moneta, John Elias | 14950 | Late Filed Claims | This matter will be going forward. |
| Moneta, John Elias | 14950 | Late Filed Claims | This matter will be going forward. |
| Monroe, Dwane P | 2412 | No Supporting Documentation Claims | This matter will be going forward. |
| Mr Jan Magnus Gisslen | 12756 | No Supporting Documentation Claims | This matter will be going forward. |
| MRE PRP Group | 9644 | Duplicate Claims | This matter will be going forward. |
| Mullen, Rubye Annie | 3352 | No Supporting Documentation Claims | This matter will be going forward. |
| Mullis, Roy Mike | 1415 | No Supporting Documentation Claims | This matter will be going forward. |
| Muncie Inn Inc | 2261 | No Supporting Documentation Claims | This matter will be going forward. |
| Munoz, Miguel | 15223 | Late Filed Claims | This matter will be going forward. |
| Munro Logging Construction | 5138 | No Supporting Documentation Claims | This matter will be going forward. |
| Munro, Norma Teresa | 5998 | No Supporting Documentation Claims | This matter will be going forward. |
| N1ghtlinger, Gerald Thomas | 12778 | No Supporting Documentation Claims | This matter will be going forward. |
| Nathalie, Rancourt | 12767 | No Supporting Documentation Claims | This matter will be going forward. |
| Negron, Jose A Rodriguez | 1928 | No Supporting Documentation Claims | This matter will be going forward. |
| Nelson Pete | 9669 | No Supporting Documentation Claims | This matter will be going forward. |
| Neufeld, Darrell Jack | 15215 | Late Filed Claims | This matter will be going forward. |
| Nevins Realty Corp | 2659 | No Supporting Documentation Claims | This matter will be going forward. |
| New England Construction Co. Inc. | 15191 | Duplicate Claims | This matter will be going forward. |
| New England Construction Co. Inc. | 15191 | Late Filed Claims | This matter will be going forward. |
| Newton, Susan Bean | 14946 | Late Filed Claims | This matter will be going forward. |
| Norris, Charles Mayo | 2751 | No Supporting Documentation Claims | This matter will be going forward. |
| Norris, Paul J | 5395 | Amended Claims | This matter will be going forward. |
| North Broward Hospital District | 2007 | Duplicate Claims | This matter will be going forward. |
| Norton, Gary Robert | 15235 | Late Filed Claims | This matter will be going forward. |
| NTFC Capital Corporation | 868 | Duplicate Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Occena, Bobby In Fante | 2783 | No Supporting Documentation Claims | This matter will be going forward. |
| Odwyer, Patrick M | 2453 | No Supporting Documentation Claims | This matter will be going forward. |
| Ommert, Carroll Richard | 1858 | No Supporting Documentation Claims | This matter will be going forward. |
| Omni Supply Inc. | 13110 | Duplicate Claims | This matter will be going forward. |
| Omni Supply Inc. | 13111 | Duplicate Claims | This matter will be going forward. |
| Orourke, Florenceann | 1431 | No Supporting Documentation Claims | This matter will be going forward. |
| P & A Camuso Realty Trust | 1909 | No Supporting Documentation Claims | This matter will be going forward. |
| Pacific Real Estate Partnership Ltd | 12742 | No Supporting Documentation Claims | This matter will be going forward. |
| Palmer, Thomas | 2354 | No Supporting Documentation Claims | This matter will be going forward. |
| Pandian, RAJ | 14955 | Late Filed Claims | This matter will be going forward. |
| Parent, Dale R | 14987 | Late Filed Claims | This matter will be going forward. |
| Parent, Dale R | 14987 | No Supporting Documentation Claims | This matter will be going forward. |
| Parker, Melvin George | 9657 | No Supporting Documentation Claims | This matter will be going forward. |
| Patterson, Myrtle Fornal | 12740 | No Supporting Documentation Claims | This matter will be going forward. |
| Paul, Norman | 4717 | No Supporting Documentation Claims | This matter will be going forward. |
| Paulette, Marcella Mae | 2361 | No Supporting Documentation Claims | This matter will be going forward. |
| Perez, Romeo Pangan | 15221 | Late Filed Claims | This matter will be going forward. |
| Perkins Coie LLP | 400 | Amended Claims | This matter will be going forward. |
| Perkins Coie LLP | 432 | Duplicate Claims | This matter will be going forward. |
| Phillips Goldman & Spence PA | 347 | Duplicate Claims | This matter will be going forward. |
| Phillips Goldman & Spence PA | 1659 | Duplicate Claims | This matter will be going forward. |
| Pickering, Charles Allen | 3896 | No Supporting Documentation Claims | This matter will be going forward. |
| Pitney Hardin Kipp & Szuch LLP | 1275 | Duplicate Claims | This matter will be going forward. |
| Pitts Davis, Doris | 15306 | Late Filed Claims | This matter will be going forward. |
| Pitts, Von | 15307 | Late Filed Claims | This matter will be going forward. |
| Poly Packaging Systems Inc. | 13106 | Duplicate Claims | This matter will be going forward. |
| Poly Packaging Systems Inc. | 13107 | Duplicate Claims | This matter will be going forward. |
| Polypride Inc. | 13108 | Duplicate Claims | This matter will be going forward. |
| Polypride Inc. | 13109 | Duplicate Claims | This matter will be going forward. |
| Potts, Jacquelyn | 8543 | Duplicate Claims | This matter will be going forward. |
| Prebil, John & Margery | 729 | Duplicate Claims | This matter will be going forward. |
| Price, Don David | 1973 | No Supporting Documentation Claims | This matter will be going forward. |
| Price, Paul | 726 | Duplicate Claims | This matter will be going forward. |
| Pricenton Const Corp | 9758 | No Supporting Documentation Claims | This matter will be going forward. |
| Prince Georges County Maryland | 747 | Duplicate Claims | This matter will be going forward. |
| Princeton Embassy Co | 9766 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Princeton Lane Co | 9768 | No Supporting Documentation Claims | This matter will be going forward. |
| Prouty, Carol Carlene | 2815 | No Supporting Documentation Claims | This matter will be going forward. |
| Prouty, Clifton Glenn | 2837 | No Supporting Documentation Claims | This matter will be going forward. |
| Puffer, Michael Andrew | 1461 | No Supporting Documentation Claims | This matter will be going forward. |
| Purdue, Timothy S | 1854 | No Supporting Documentation Claims | This matter will be going forward. |
| Pure Gold Properties Inc | 2456 | No Supporting Documentation Claims | This matter will be going forward. |
| Pure Gold Properties Inc | 2457 | No Supporting Documentation Claims | This matter will be going forward. |
| Quality Carriers | 15035 | Late Filed Claims | This matter will be going forward. |
| Quality Plumbing Supply Inc. | 1234 | Duplicate Claims | This matter will be going forward. |
| Quebec, Camera A | 2186 | No Supporting Documentation Claims | This matter will be going forward. |
| Queens 67 Th Drive Corp | 9764 | No Supporting Documentation Claims | This matter will be going forward. |
| Rabb Sr, Thomas R | 2767 | No Supporting Documentation Claims | This matter will be going forward. |
| Raiffeisenverband Salzburg Red Gen | 1840 | Shareholder – Stock Claims | This matter will be going forward. |
| Rama, Arun | 1859 | No Supporting Documentation Claims | This matter will be going forward. |
| Ramboldt Jr. Donald Victor | 1924 | No Supporting Documentation Claims | This matter will be going forward. |
| Rascon Sr I, Juan Luis | 2405 | No Supporting Documentation Claims | This matter will be going forward. |
| Raucci, Patsy John | 1791 | No Supporting Documentation Claims | This matter will be going forward. |
| Raymus, Glenn Martin | 1697 | No Supporting Documentation Claims | This matter will be going forward. |
| Reflectix Inc. | 12915 | Duplicate Claims | This matter will be going forward. |
| Reflectix Inc. | 12916 | Duplicate Claims | This matter will be going forward. |
| Reichhold Inc. | 1776 | Amended Claims | This matter will be going forward. |
| Richmond County Tax Comissioner | 2006 | Duplicate Claims | This matter will be going forward. |
| Riewoldt, John Howard | 9665 | No Supporting Documentation Claims | This matter will be going forward. |
| Rigelton, Ellen | 2678 | No Supporting Documentation Claims | This matter will be going forward. |
| Rios Vega, Sheila I | 2358 | No Supporting Documentation Claims | This matter will be going forward. |
| Robinson Music, Betty | 987 | No Supporting Documentation Claims | This matter will be going forward. |
| Rosengren, Rosemary Moneta | 14949 | Late Filed Claims | This matter will be going forward. |
| Roy Mcmillan Pr Of Estate Of Robert | 9663 | No Supporting Documentation Claims | This matter will be going forward. |
| Russ, Robert Sayers | 15213 | Late Filed Claims | This matter will be going forward. |
| Russ, Robert Sayers | 15214 | Late Filed Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| S F I of Delaware LLC | 127 | Amended Claims | This matter will be going forward. |
| S H Ltd. | 3298 | No Supporting Documentation Claims | This matter will be going forward. |
| Sacco, Faye | 1226 | No Supporting Documentation Claims | This matter will be going forward. |
| Safety Kleen Corporation | 114 | Amended Claims | This matter will be going forward. |
| Sanchez, Hector R | 1417 | No Supporting Documentation Claims | This matter will be going forward. |
| Sanlar Inc. Co. Polymer Molding Inc. | 2038 | Duplicate Claims | This matter will be going forward. |
| Sanlar Inc. Co. Polymer Molding Inc. | 2039 | Duplicate Claims | This matter will be going forward. |
| Saylor SR, Lionel | 2578 | No Supporting Documentation Claims | This matter will be going forward. |
| Saylor SR, Lionel | 2579 | No Supporting Documentation Claims | This matter will be going forward. |
| SC Hydraulic Engineering Corp | 1082 | Amended Claims | This matter will be going forward. |
| Scaglione, Salvatore | 3351 | No Supporting Documentation Claims | This matter will be going forward. |
| Schneider, John W | 2479 | No Supporting Documentation Claims | This matter will be going forward. |
| Scully, Edward P | 1771 | No Supporting Documentation Claims | This matter will be going forward. |
| Sealed Air Corporation | 13093 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Corporation | 13095 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Corporation | 13098 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Corporation US | 13091 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Corporation US | 13092 | Duplicate Claims | This matter will be going forward. |
| Sealed Air LLC | 12917 | Duplicate Claims | This matter will be going forward. |
| Sealed Air LLC | 12918 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Nevada Holdings Limited | 13104 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Nevada Holdings Limited | 13105 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Trucking Inc. | 13114 | Duplicate Claims | This matter will be going forward. |
| Sealed Air Trucking Inc. | 14856 | Duplicate Claims | This matter will be going forward. |
| SFI of Delaware LLC | 335 | Amended Claims | This matter will be going forward. |
| Shean, Michele P | 12777 | No Supporting Documentation Claims | This matter will be going forward. |
| Shelton, Johnny L | 15111 | Late Filed Claims | This matter will be going forward. |
| Shelton, Johnny Lee | 14947 | Late Filed Claims | This matter will be going forward. |
| Shepard, Jared | 2240 | No Supporting Documentation Claims | This matter will be going forward. |
| Sherman, Paul Donald | 7090 | No Supporting Documentation Claims | This matter will be going forward. |
| Siefke, Trudy Gail | 3898 | No Supporting Documentation Claims | This matter will be going forward. |
| Sigma Aldrich Inc. | 374 | Amended Claims | This matter will be going forward. |
| Simes, William H | 1416 | No Supporting Documentation Claims | This matter will be going forward. |
| Simes, William H | 3109 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Simpson Gumpertz & Heger Inc. | 3252 | Duplicate Claims | This matter will be going forward. |
| Sirkin, Alan | 1595 | No Supporting Documentation Claims | This matter will be going forward. |
| Sloan, Lyle Floyd | 15156 | Late Filed Claims | This matter will be going forward. |
| Sloan, Lyle Floyd | 15156 | No Supporting Documentation Claims | This matter will be going forward. |
| Smith, Brian J | 3027 | Amended Claims | This matter will be going forward. |
| Smith, Lawrence Clifton | 15238 | Late Filed Claims | This matter will be going forward. |
| Smith, Lawrence Clifton | 15238 | No Supporting Documentation Claims | This matter will be going forward. |
| Snow, Christensen & Martineau | 1164 | No Supporting Documentation Claims | This matter will be going forward. |
| South Eastern Machining Inc. | 294 | Amended Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2490 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2491 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2492 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2493 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2494 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2495 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2496 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2497 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2498 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2502 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2503 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2504 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2525 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2526 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2527 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2528 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2529 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2546 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2547 | No Supporting Documentation Claims | This matter will be going forward. |
| Southern Diversified Properties Inc. | 2553 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Southern Diversified Properties Inc. | 2557 | No Supporting Documentation Claims | This matter will be going forward. |
| Spencer, Faith Zollars | 1875 | No Supporting Documentation Claims | This matter will be going forward. |
| SRP Enterprises | 11325 | No Supporting Documentation Claims | This matter will be going forward. |
| St. Paul Properties Inc. | 12783 | No Supporting Documentation Claims | This matter will be going forward. |
| St. Stephens Armenian Postocic Church | 2022 | No Supporting Documentation Claims | This matter will be going forward. |
| Standard Alloys | 892 | Duplicate Claims | This matter will be going forward. |
| Standard Chain Company | 9643 | Duplicate Claims | This matter will be going forward. |
| Stapel, Craig S | 1425 | No Supporting Documentation Claims | This matter will be going forward. |
| State of Florida Depart of Revenue | 453 | Amended Claims | This matter will be going forward. |
| State of Florida Dept of Revenue | 180 | Duplicate Claims | This matter will be going forward. |
| State of Missouri Dept of Revenue | 592 | Amended Claims | This matter will be going forward. |
| State of Ohio | 6097 | Duplicate Claims | This matter will be going forward. |
| Steuber Florist Ltd. | 2021 | No Supporting Documentation Claims | This matter will be going forward. |
| Stever, Hans HK | 14953 | Late Filed Claims | This matter will be going forward. |
| Stever, Peter Michael | 14952 | Late Filed Claims | This matter will be going forward. |
| Stewart, Fanette L | 12750 | No Supporting Documentation Claims | This matter will be going forward. |
| Stewart, Fanette Lloys | 12751 | No Supporting Documentation Claims | This matter will be going forward. |
| Stiverson, Georgia M | 1699 | No Supporting Documentation Claims | This matter will be going forward. |
| Stone Container Corporation | 618 | Amended Claims | This matter will be going forward. |
| Sufnarowski, John | 730 | Duplicate Claims | This matter will be going forward. |
| Sunell, Dewayne R Sunell | 9772 | No Supporting Documentation Claims | This matter will be going forward. |
| Superior Metal Products Inc. | 1301 | Duplicate Claims | This matter will be going forward. |
| Swiniarski, Tracy | 1420 | No Supporting Documentation Claims | This matter will be going forward. |
| Tanner, Tammy Josephine | 14954 | Late Filed Claims | This matter will be going forward. |
| Tavares, Luis M | 14984 | Late Filed Claims | This matter will be going forward. |
| Taylor, Eddie | 2560 | No Supporting Documentation Claims | This matter will be going forward. |
| Taylor, Timothy D | 1975 | No Supporting Documentation Claims | This matter will be going forward. |
| Tennessee Dept of Revenue | 128 | Amended Claims | This matter will be going forward. |
| Terry, Charles Allen | 2271 | No Supporting Documentation Claims | This matter will be going forward. |
| Texas Comptroller of Public Accts | 190 | Amended Claims | This matter will be going forward. |
| Texas Comptroller of Public Accts | 313 | Amended Claims | This matter will be going forward. |
| Texas Properties Inc. | 2458 | No Supporting Documentation Claims | This matter will be going forward. |
| Texas Properties Inc. | 2459 | No Supporting Documentation Claims | This matter will be going forward. |
| Texas Properties Inc. | 2460 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Texas Properties Inc. | 2461 | No Supporting Documentation | This matter will be going forward. |
| The Commonwealth of Massachusett | 284 | Amended Claims | This matter will be going forward. |
| The Commonwealth of Massachusett | 285 | Amended Claims | This matter will be going forward. |
| The Commonwealth of Massachusett | 291 | Amended Claims | This matter will be going forward. |
| The Intown Companies Inc. | 2270 | No Supporting Documentation | This matter will be going forward. |
| The Standard Register Company | 368 | Amended Claims | This matter will be going forward. |
| The Standard Register Company | 743 | Amended Claims | This matter will be going forward. |
| The Standard Register Company | 1223 | Amended Claims | This matter will be going forward. |
| Thompson II, Gene Charles | 6588 | No Supporting Documentation Claims | This matter will be going forward. |
| Tichy, Mark | 15243 | Late Filed Claims | This matter will be going forward. |
| Tichy, Mark | 15244 | Late Filed Claims | This matter will be going forward. |
| Tichy, Mark | 15244 | No Supporting Documentation Claims | This matter will be going forward. |
| Tobin, Norman L | 1596 | No Supporting Documentation Claims | This matter will be going forward. |
| Total Fire & Safety Inc. | 2048 | Duplicate Claims | This matter will be going forward. |
| Towers Perrin | 1985 | Duplicate Claims | This matter will be going forward. |
| Towers Perrin | 2135 | Duplicate Claims | This matter will be going forward. |
| Town Pavilion Inc. | 2543 | No Supporting Documentation Claims | This matter will be going forward. |
| Town Pavilion Inc. | 2544 | No Supporting Documentation Claims | This matter will be going forward. |
| Treviso Trucking Inc. | 2117 | No Supporting Documentation Claims | This matter will be going forward. |
| Turner, John D | 2195 | No Supporting Documentation Claims | This matter will be going forward. |
| Underwood, Calvin | 2093 | No Supporting Documentation Claims | This matter will be going forward. |
| United Distillers Manufacturing Inc. | 9690 | Amended Claims | This matter will be going forward. |
| United Energy | 764 | No Supporting Documentation Claims | This matter will be going forward. |
| United States DOD | 14746 | Duplicate Claims | This matter will be going forward. |
| United States Gypsum Co. | 1228 | Duplicate Claims | This matter will be going forward. |
| US Filter Corp | 76 | Amended Claims | This matter will be going forward. |
| Valerio, Gloria | 15208 | No Supporting Documentation Claims | This matter will be going forward. |
| Valerio, Gloria Jean | 15207 | Late Filed Claims | This matter will be going forward. |
| Valerio, Gloria Jean | 15208 | Late Filed Claims | This matter will be going forward. |
| Valeron Strength Films | 1658 | No Supporting Documentation Claims | This matter will be going forward. |
| Valu-Lodge of Agusta 2 Inc. | 2266 | No Supporting Documentation Claims | This matter will be going forward. |
| Valu-Lodge of El Paso 2 Inc. | 2231 | No Supporting Documentation Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Valu-Lodge of Ft Wayne Inc. | 2269 | No Supporting Documentation Claims | This matter will be going forward. |
| Valu-Lodge of Greenville Inc. | 2232 | No Supporting Documentation Claims | This matter will be going forward. |
| Valu-Lodge of Paducah Inc. | 2263 | No Supporting Documentation Claims | This matter will be going forward. |
| Van Over, James Hobart | 2454 | No Supporting Documentation Claims | This matter will be going forward. |
| Van Wie, Jean | 9770 | No Supporting Documentation Claims | This matter will be going forward. |
| Vancouver Coastal Health Authority | 12649 | No Supporting Documentation Claims | This matter will be going forward. |
| Vans Industrial | 179 | Duplicate Claims | This matter will be going forward. |
| Verizon | 108 | Amended Claims | This matter will be going forward. |
| Villarreal, Olegario | 2340 | No Supporting Documentation Claims | This matter will be going forward. |
| Wachovia Bank National Association | 2906 | Amended Claims | This matter will be going forward. |
| Wagner Brothers Containers Inc. | 1117 | No Supporting Documentation Claims | This matter will be going forward. |
| Wagner, Elizabeth S | 5891 | No Supporting Documentation Claims | This matter will be going forward. |
| Walsh, Stephen B | 728 | Duplicate Claims | This matter will be going forward. |
| Walter, Roy E | 2220 | No Supporting Documentation Claims | This matter will be going forward. |
| Walters, John | 1700 | No Supporting Documentation Claims | This matter will be going forward. |
| Ward Electrical Inc. | 210 | Amended Claims | This matter will be going forward. |
| Ward Electrical Inc. | 211 | Duplicate Claims | This matter will be going forward. |
| Warren, Donnerell | 2617 | No Supporting Documentation Claims | This matter will be going forward. |
| Washington Township Healthcare | 10580 | No Supporting Documentation Claims | This matter will be going forward. |
| Webb, Michael William | 1633 | No Supporting Documentation Claims | This matter will be going forward. |
| Weiss, Delmar Victor | 2521 | No Supporting Documentation Claims | This matter will be going forward. |
| West Group | 614 | Amended Claims | This matter will be going forward. |
| Wheeler, Marrose E | 2194 | No Supporting Documentation Claims | This matter will be going forward. |
| Wichner, Phillip Adam | 5985 | No Supporting Documentation Claims | This matter will be going forward. |
| Wilkinson, Steven Edward | 2718 | No Supporting Documentation Claims | This matter will be going forward. |
| Willey, Rebecca A | 2339 | Shareholder – Stock Claims | This matter will be going forward. |
| Williams, Helen | 2606 | No Supporting Documentation Claims | This matter will be going forward. |
| Williams, Helen | 2607 | No Supporting Documentation Claims | This matter will be going forward. |
| Williams, Jessie Dean | 14951 | Late Filed Claims | This matter will be going forward. |

| Creditor Filing Response | Claim No. Affected | Basis for Objection | Status |
|---|---|---|---|
| Williams, Sandra | 1344 | No Supporting Documentation Claims | This matter will be going forward. |
| Willingham Jr, Dewey Wilson | 3886 | No Supporting Documentation Claims | This matter will be going forward. |
| Willis, Janie M | 1175 | No Supporting Documentation Claims | This matter will be going forward. |
| Willis, Nanette | 1011 | No Supporting Documentation Claims | This matter will be going forward. |
| Winograd, Ira Charles | 1635 | No Supporting Documentation Claims | This matter will be going forward. |
| Wisconsin Dept of Revenue | 431 | Amended Claims | This matter will be going forward. |
| Wisconsin Dept of Revenue | 655 | Amended Claims | This matter will be going forward. |
| Wittenberg, William R | 1724 | No Supporting Documentation Claims | This matter will be going forward. |
| Wolfe, Steven | 10554 | No Supporting Documentation Claims | This matter will be going forward. |
| Wood Hoyt, Theresa L | 9779 | No Supporting Documentation Claims | This matter will be going forward. |
| Wood, Constance Marie | 9825 | No Supporting Documentation Claims | This matter will be going forward. |
| XPEDX | 162 | Duplicate Claims | This matter will be going forward. |
| Young, Philip Albert | 5984 | No Supporting Documentation Claims | This matter will be going forward. |
| Zelie, Doris Mildred | 1877 | No Supporting Documentation Claims | This matter will be going forward. |
| Ziburski, Patricia S | 1929 | No Supporting Documentation Claims | This matter will be going forward. |