IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 18th day of August, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **REPLY OF W. R. GRACE & CO. TO UNITED STATES' STATEMENT REGARDING ASBESTOS ANALYSIS ISSUES IN W.R. GRACE'S MOTION FOR SUMMARY JUDGMENT AND CLAIMANTS' MOTION TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS.**

_____
Tanya Thompson

Sworn to and subscribed before
me this 18th day of August, 2003

_____
Notary Public
My Commission Expires: 2-20-04

**DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2004**

91100-001\DOCS_DE:56527.18