# EXHIBIT D

# COPY OF TRANSCRIPT

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., et al. Bankruptcy No. 01-1139

Debtor. Chapter 11

Related to Dkt. #2193, 2375
Related to July 22, 2002,
Agenda No. 13

DEPOSITION OF JOHN A. KILPATRICK
Taken on behalf of the Debtor
May 6, 2003

\- - -

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of John A. Kilpatrick was taken before Judith Cederblom, a Certified Court Reporter and a Notary Public for the State of Washington, on May 6, 2003, commencing at the hour of 9:05 a.m., the proceedings being reported at 1601 Fifth Avenue, Suite 2100, Seattle, Washington.

NAEGELI REPORTING CORPORATION

Portland, OR (503) 227-1544
Spokane, WA (509) 838-6000
Seattle, WA (206) 622-3376
Coeur d'Alene, ID (208) 667-1163

National: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

2

APPEARANCES

GEORGE R. TALARICO
Wolff & Samson, PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
(973) 530-2045
Appearing on behalf of Debtor

DARRELL W. SCOTT
Lukins & Annis, PS
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201
(509) 455-9555
Appearing on behalf of Claimant

NAEGELI REPORTING CORPORATION

Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163

Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

17

If they mentioned attic insulations, wouldn't you have indicated that in your report, Exhibit 1?

A. I may or may not have specifically brought that in.

Q. Are you aware of any studies concerning the effect that attic insulation may have on residential properties?

A. In general, attic insulation, or specific to zonolite?

Q. In general. Let's start generally, and then we'll work specifically.

A. Certainly there are -- there have been a number of studies done about attic insulation in general over the years. Often these have been done by the Home Builders Institute or the Home Builders Association or groups like Marshall & Swift or Dodge, F.W. Dodge.

I mean, all of these groups opine with respect to the impact of attic insulation in general on residential values. I've not brought any of those in because they tend to be broad background documents and not specific to the case at hand.

Q. And then, more specifically then, you're not aware of any studies specifically concerning Zonolite Attic Insulation and its effect on the value of residential properties?

A. Off the top of my head, no.

NAEGELI REPORTING CORPORATION

Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163

Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

    18

Q. Because you would have included it in your reference material?

A. That's right.

Q. And again if we could turn to the second page of Exhibit 1, the quote -- the first quotated paragraph which says: "The scope of discovery will be limited to what science demonstrates with regard to whether ZAI creates an unreasonable risk of harm."

Do you see where I read that?

A. That's correct.

Q. Once again, the scope of your testimony isn't how any of that relates to harm to the occupants; right?

A. No. Strictly harm to value.

Q. Strictly harm to value. Again on Page 2 of Exhibit 1, you reference that you've relied on other experts whom you have deemed reliable?

A. Yes.

Q. Which experts have you relied on?

A. Oh, I've got a listing of them back in the office. And I have gone through their documents and their CVs to see what they have had to say with respect to zonolite.

I don't have a mental listing of them right now. They are, I think known to both sides in this case.

NAEGELI REPORTING CORPORATION

Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163

Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

36

impacts. Rather, market reactions tend to be generated simply by contamination with a toxic substance, irrespective of the degree of toxicity."

Do you see where I read that?

A. Yes.

Q. When you used the term "not monotonically tuned," what does that mean?

A. The simplest way to think of that is like a dimmer switch on a light. You turn it one way, the light goes up; you turn it back the other way, the light goes down. And the degree of illumination is a function of how far you turn the switch, one way or the other. A volume knob on a radio monotonically controls the decibel level.

Intuitive toxicology, as it's been studied not by toxicologists but by people in the social sciences, finds that perceptions of risk and thus perceptions of unreasonable risk of harm are more like off/on switches: Either something is there or it's not there.

You hear that something is present, and you turn your back and walk away from it.

Q. And just so I'm clear as to what you're saying, you're saying that it's the perception that can affect the value, not necessarily the health risk?

A. Yes. That's a good generalization.

NAEGELI REPORTING CORPORATION

Portland, OR (503) 227-1544

Spokane, WA (509) 838-6000

Seattle, WA (206) 622-3376

Coeur d'Alene, ID (208) 667-1163

Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204