## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W. R. GRACE & CO., et al.,                )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )
        Debtors.                          )

## APPENDIX TO REPLY OF W.R. GRACE & CO.
## TO ZAI CLAIMANTS' RESPONSE TO GRACE'S
## MOTION FOR SUMMARY JUDGMENT

Counsel of Record for this Party:

REED SMITH, LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

SPECIAL ASBESTOS COUNSEL FOR
DEBTORS

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff (Bar No. 3715)
Scotta E. McFarland (Bar No. 5488)
Paula A. Galbraith (Bar No. 4258)
919 Market Street, 16th Floor
Wilmington, DE 19801
Telephone: 302.652.4100
Facsimile: 302.652.4400

CO-COUNSEL FOR DEBTORS

August 18, 2003

## TABLE OF CONTENTS

**EXHIBIT**

Letter of February 14, 1980 from B.R. Williams (W.R. Grace & Co.) to EPA ..............................A

Letter of March 29, 1979 by Henry A. Eschenbach (W.R. Grace & Co.) to George Harris;
Letter of June 1, 1979 by J.S. Titus (W.R. Grace & Co.) to John Piel;  Letter of July 11, 1979
by J.S. Titus (W. R. Grace & Co.) to G.J. Strong; re:  Material Safety Data Sheets (MSDS) ......B

Excerpts from the February 20, 2003 Deposition of Julie Yang; and JulieYang Deposition
Exhibit 3-- July 11, 1983 "W.R. Grace & Co. Discriminatory Counting Procedure for
Airborne Asbestos Dust" .........................................................................................................................C

Excerpts from the May 30, 2003 Depositon of Don Van Cura ......................................................D

NIOSH Update of May 21, 2003 ...................................................................................................E

# EXHIBIT A

WRG05795087

**GRACE**

**Construction Products Division**

Industrial Chemicals Group
W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

February 14, 1980

Mrs. Joni T. Repasch
Record Clerk
Office of Toxic Substances (TS-793)
U.S. Environmental Protection Agency
401 M Street, S.W.
Washington, D.C.  20460

> Re: Commercial and Industrial Use of Asbestos Fibers--
> Advance Notice of Proposed Rulemaking -
> Docket No. OTS-61005 ("EPA ANPR")

Dear Mrs. Repasch:

The Construction Products Division of W. R. Grace & Co. ("Grace") has reviewed the referenced EPA ANPR and herewith submits its comments in response thereto.  You will note that an identical submission was made to CPSC in response to its Advance Notice of Proposed Rulemaking relating to Consumer Products Containing Asbestos (CPSC ANPR).

In its comments Grace addresses the issue of asbestos contamination and its association with minerals such as vermiculite.  This issue is not a new one to EPA and was considered by EPA at the time it established the 1% asbestos dry weight level found in EPA's National Emission Standard for Asbestos applicable to spray fireproofing materials.

None of the Regulatory Control Options set forth in the EPA ANPR which relate to possible prohibitions on manufacture, processing, use, production or importation of commercial asbestos are appropriate to the issue of asbestos contamination.  Accordingly, the issue of asbestos contamination should not be the subject of any rule dealing with commercial asbestos.

WRG05795088

Mrs. Joni T. Repasch        - 2 -        February 14, 1980

Grace believes that the issue of asbestos contamination is a more difficult one than that of commercial asbestos and its uses, and should be separately addressed. If and when EPA chooses to address the contamination issue, Grace will cooperate with EPA and CPSC in an effort to arrive at a contamination level which is consistent with the prevention of unreasonable risks of injury from asbestos fiber exposure.

Very truly yours,

W. R. Grace & Co.
Construction Products Division

By _____

B. R. Williams, Vice President

Enclosure

cc:  Office of the Secretary
     Consumer Product Safety Commission
     Washington, D.C.  20207
     Re:  Asbestos

WRG05795088

WRG05795089

**GRACE**

**Construction Products Division**

Industrial Chemicals Group
W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400
February 14, 1980


Office of the Secretary
Consumer Product Safety Commission
Washington, D.C. 20207

Re: <u>Asbestos</u>

Gentlemen:

There follow comments of the Construction Products Division of W. R. Grace & Co. ("Grace") in response to the Advance Notice of Proposed Rulemaking ("ANPR") relating to Consumer Products Containing Asbestos published in Part VI of the October 17, 1979 issue of the FEDERAL REGISTER ("CPSC ANPR"), as extended by CPSC FEDERAL REGISTER notice published on December 17, 1979. Because of the interrelationship between said CPSC ANPR and the ANPR published simultaneously by the Environmental Protection Agency's Office of Toxic Substances relating to Commercial and Industrial Use of Asbestos Fibers ("EPA ANPR"), these comments are also being forwarded to EPA in response to the EPA ANPR.

Many of the issues which these comments address have previously been explored in considerable detail by various government agencies, including CPSC and EPA, who from time to time have dealt with the issue of human exposure to asbestos fibers, and information relating to said issue may be found in the files of such agencies.

Nevertheless, Grace deems it appropriate to submit these comments in the spirit of the Joint Statement on Coordination of Regulatory Activities which highlighted the desire of CPSC and EPA to avoid inconsistent or needlessly burdensome regulations while addressing the need to reduce unreasonable human health risk from exposure to asbestos fibers.

The purpose of these comments is:

(a)  to address the issue of naturally occurring, inadvertent asbestos contamination as it relates to vermiculite;

WRG05795089

WRG05795090

Office of the Secretary        - 2 -        February 14, 1980

    (b)  to review the uses and importance of vermiculite and Grace's efforts to reduce contamination;

    (c)  to oppose CPSC's proposed regulatory approach as it relates to the asbestos contamination issue;

    (d)  to recommend that to the extent the issue of asbestos contamination is addressed, the resources of EPA be employed; and

    (e)  to comment briefly upon the "generic" approach to the question of asbestos contamination.

### Inadvertent Contamination

    "Rock types in which asbestos minerals might be encountered lie at or near the surface of about 30 to 40 percent of the Continental United States." 1/  Important mineral deposits are sometimes found in areas where asbestos materials occur and include vermiculite, copper, gold, and talc.  The inadvertent mineral contaminant form generally associated with vermiculite is tremolite 2/ which appears in both a fibrous and a non-fibrous

---

1/ Study of Adverse Effects of Solid Wastes from all mining activities on the Environment, prepared by PEDCo Environmental for EPA, Draft dated January 10, 1979, pp. 251 to 257.

2/ This fact is documented in agency files.

    See, e.g., EPA Report No. EPA-650/2-74-087, Battelle Columbus Laboratories "Identification and Assessment of Asbestos Emissions from Incidental Sources of Asbestos", September 1974, pp. A133/8.  This report at page 2 also states that "asbestos is present as an accessory mineral in significant quantity in ores mined in many areas of the United States... ."

    CPSC Office of Program Management Report dated March 14, 1979 containing memorandum "Asbestos in Vermiculite" dated January 24, 1979 from Dale Ray, HICP.

    In addition, the issue of asbestos contamination in vermiculite is known to OSHA and MSHA and was extensively discussed with the EPA staff during the development of the National Emission Standard for Asbestos, U.S., EPA Regulations 40 CFR Chapter 1, Subsection 61:22 promulgated April 5, 1973.

WRG05795090

WRG05795091

form.  Although it appears that only fibrous tremolite with
asbestiform characteristics is a source of concern, the
Government's regulatory approach does not necessarily
distinguish between the two forms, and additional research
has been recommended in this area. 3/

Grace is a producer of vermiculite ore which it mines
near Libby, Montana and in the vicinity of Enoree, South
Carolina.  There is associated with these vermiculite
deposits fibrous tremolite which is subject to regulation
under the Mine Safety and Health Administration's Asbestos
Exposure Standard 30 CFR 55.5 and the OSHA Asbestos Standard
29 CFR 1910.1001.  Mine worker exposure to this tremolite
contamination at Grace's Libby, Montana and Enoree, South
Carolina mills is well below the 2 fiber 8 hour TWA airborne
concentration MSHA standard.

Vermiculite has its greatest utility in its expanded
form, and in addition to its mining and milling operations
Grace operates 30 expanding plants in 26 states.  Grace
vermiculite ore customers also operate vermiculite expanding
plants.  Grace's expanding plants are small and, typically,
the number of employees at any one expanding plant location
is less than 12.  Worker exposure to tremolite fibers at
Grace's vermiculite expanding plants is also well below
the 2 fiber 8 hour TWA exposure limits.  Because of their
specialized nature all vermiculite expanding plants are
generally unsuited to other uses and very few non-vermicu-
lite products are manufactured by Grace at expanding plant
locations.

## Reduction of Contamination

### Mill Operations

Grace believes that the most effective way to reduce
asbestiform mineral contamination is to reduce it at the
source and has directed much of its efforts to this end.
Grace has expended substantial sums for new vermiculite
milling equipment at its Libby, Montana location which
employs new and efficient wet flotation screening, drying,

---

3/ See Bureau of Mines Report of Investigations/1979,
   Relationship of Mineral Habit to Size Characteristics
   for Tremolite Cleavage Fragments and Fibers.

WRG05795091

WRG05795092

Office of the Secretary     - 4 -     February 14, 1980

and handling equipment to separate vermiculite from rock and other worthless materials and contaminants and which produce a vermiculite ore which is free from extraneous matter and contaminants, such as fibrous tremolite, to the maximum extent feasible. Similar methods are utilized at the Enoree, South Carolina milling operation.

Although the amount of contaminant materials may vary with ore size, Grace calculates that the methods which Grace has employed to date at the milling operations have been successful in reducing the amount of fibrous tremolite contaminant in the vermiculite ore shipped to the processing plants to an average approximate range of 1/2 of 1% on a dry weight basis. 4/

Expanding Operations

Grace estimates that fully more than 95% of vermiculite ore produced is ultimately utilized in its expanded form, primarily in commercial and industrial applications.

As part of the expansion process additional rock and other worthless materials and contaminants are removed. The removal process utilizes closed system air elutriation, and final screening of materials as well as cyclones and bag houses to prevent recirculation of airborne contaminants into finished products. Grace calculates that on average the percent fibrous tremolite contamination is further reduced in its expansion process by more than 75%. For expanded vermiculite products the lowest level of reliable detectability for tremolite contamination is 2/10ths of 1% on a dry weight basis. Grace's expanded vermiculite products are on the average at or below this level.

Expenditures

Since 1970 Grace has expended capital costs in excess of $15 million relating to extraction of worthless materials and contamination and/or airborne fiber reductions in its vermiculite mining, milling, and expanding operations. This expenditure represents 60% of the Construction Products Division's calculated after tax profit on its entire vermiculite business during the period 1970 to the present; it also represents 35% of the total gross fixed assets invested in the vermiculite business.

---

4/ Grace utilizes the step scanning X-ray diffraction technique to quantify the amount of fibrous tremolite contamination in vermiculite. For a discussion of the limits of this technique see page 13, infra.

Office of the Secretary      - 5 -      February 14, 1980

Research is continuing into the problem of vermiculite ore contaminant reduction and more expenditures are planned. For example, in 1980 Grace is budgeting in excess of One-Half Million Dollars for a new rock rejection circuit and air purification system at its Libby, Montana mill to further reduce fibrous tremolite contamination.  Experimentation is also in progress utilizing "slot screening" and other vermiculite processing techniques. 5/  Grace believes that these facilities and techniques when operational will further reduce vermiculite ore tremolite contamination by as much as 50%.

Technological Facts, Economic
Costs, and Residual Contamination

In the past several years Grace has made significant strides in the task of reducing fibrous tremolite contamination to the maximum extent feasible.  The problem which Grace now faces is twofold, i.e., technological and economic.

Minerals of the asbestos type appear as trace contaminants in all known commercial vermiculite deposits.  To remove all aspects of fibrous tremolite contaminants from Grace's beneficiated vermiculite ore requires a quantum technological breakthrough which may never be achieved.  The problem is made all the more difficult for Grace because expertise and engineering know-how from other mineral mining activities do not readily lend themselves to the unique problems of fibrous tremolite contamination removal associated with the mining, milling, and processing of vermiculite. Accordingly, Grace must rely almost entirely on its own research and development resources to deal with the problem.

Having expended significant money and effort to accomplish more than a 99% reduction in fibrous tremolite contamination associated with vermiculite ore, Grace is now dealing with the remaining residual contamination in the unexpanded and expanded ore, a task which by its nature will be proportionally more difficult when compared to the results obtained to date.

---

5/ Grace considers certain of its milling and processing methods to be confidential, but is willing to discuss the same with CPSC and EPA staffs once acceptable criteria are developed for treatment of confidential data.

. WRG05795094

Office of the Secretary        - 6 -        February 14, 1980

As indicated above, Grace has invested significant
capital resources and effort in an attempt to remove fibrous
tremolite contaminants from vermiculite ore.  Nonetheless,
there is no process now known which is capable of completely
eliminating all fibrous tremolite contamination from vermicu-
lite.  Therefore, it is probable that some tremolite fibers
may be released during use of some vermiculite and vermiculite-
containing products.  Based on the residual level of fibrous
tremolite contamination in expanded vermiculite which is at
or below the limit of reliable detectability of accepted
detection techniques, Grace judges that any tremolite fiber
release is at extremely low levels.  Grace is attempting to
quantify said fiber release levels and will make the results
of its efforts known to CPSC on a voluntary basis as soon as
practicable.

### Regulatory Proceedings -
### Reduction to the Maximum Extent Feasible

Because of the fibrous tremolite contamination associ-
ated with vermiculite, Grace has noted asbestos regulatory
proceedings initiated by EPA and CPSC, embodied in various
promulgations, viz., 40 CFR Chapter 1, Subsection 61:22, the
National Emission Standard for Asbestos, and 42 FR 63354
(December 15, 1977), the CPSC ban on consumer patching
compounds and artificial emberizing materials containing
respirable free form asbestos.

The National Emission Standard for Asbestos in pertinent
part permits the spraying of asbestos-containing fireproofing
materials containing up to 1% asbestos on a dry weight basis.
Grace believes that this standard has succeeded in eliminating
the intentional addition of commercial asbestos to spray
fireproofing products while at the same time avoiding the
inadvertent banning of products which contain only trace
amounts of asbestos.  As indicated above, the average per-
cent fibrous tremolite contamination of vermiculite sold
is well within said standard.

The CPSC ban on patching compounds containing intention-
ally added free form asbestos defined "intentionally added" as
follows:

            (1)   added deliberately as an ingredient intended
                  to impart specific characteristics, or

WRG05795094

(2) contained in final product as a result of
knowingly using a raw material containing
asbestos. Whenever a manufacturer finds out
that the finished product contains asbestos,
the manufacturer will be considered as
knowingly using a raw material containing
asbestos <u>unless the manufacturer takes steps
to reduce the asbestos to the maximum extent
feasible</u>. (Emphasis added)

Grace supports the approach taken by CPSC in the
patching compounds rule and believes that the matters
detailed above clearly record Grace's efforts to reduce
fibrous tremolite contamination to the maximum extent
feasible.

<u>Vermiculite and its Uses</u>

<u>General Uses</u>

Vermiculite, because of its unique characteristics,
lends itself to many uses. In its unexpanded state it finds
use as a critical component in the manufacture of fire rated
gypsum drywall. In its expanded or exfoliated state it is
converted into a very lightweight, non-combustible, free
flowing, insoluble, chemically inert, resilient, and non-
abrasive material with excellent ion exchange capabilities.
These qualities make expanded vermiculite useful in construc-
tion, horticulture, and insulation applications, and include
consumer type uses such as attic insulation, protection
for the base of vinyl-lined, above ground swimming pools
("pool cushion"), use as a carrier for lawn fertilizer and
as a horticultural mix component in potting soils, and
miscellaneous other applications. The more extensive uses
of vermiculite can be categorized as follows:

(i) <u>Energy Conservation</u>. Today there is great
emphasis being placed on construction methods and
fire safety. Vermiculite is an inorganic insulating
material, and as a natural material its production
is not as energy intensive as most other insulating
products, many of which are made from synthetic
materials or which utilize petroleum derivatives.
Vermiculite has several properties which are
unique in relation to the most commonly used
insulating materials such as mineral fibers,
cellulose fibers, or plastic foam insulating

.WRG05795096

materials.  These are as follows:

A.  Non-combustibility and permanence in most
applications.  Vermiculite is used not only
for its insulating properties, but to pro-
vide fire safety features as well.

B.  Ability to be mixed uniformly with cements
such as gypsum and portland cement.

These unique properties lead to important use in
a number of construction and insulation applica-
tions including the following:

1.  As an aggregate to produce insulating
concrete for use primarily in commercial
roof insulation systems.  These systems
provide good energy saving performance as
well as fire resistance characteristics.

2.  As an effective loose fill insulating
material for attic spaces and masonry
block walls which in both applications
provides long lasting and non-combustible
insulating performance.

(ii) <u>Life Protection</u>.  Vermiculite is used in the
manufacture of a structural fireproofing material
called "Mono-Kote", used to help protect the
structural steel members of high rise buildings.

Vermiculite, a leading material in this
application, is uniquely suited to this purpose
because it combines insulating qualities with
non-combustion characteristics.  Both of these
properties are necessary to protect structural
steel from deforming in the event of fire.
Vermiculite-based structural fireproofing which
is applied in wet slurry form is one of a few
materials which meets fire code requirements, and
in many cases is the structural insulation of
choice.  Its elimination from the market would
have a serious unfavorable impact on the construc-
tion industry in the United States.  Other
vermiculite products are used as fireproofing
coatings on cellular plastic type products used
in the construction industry.  Beyond the impor-
tance of vermiculite as a critical component

WRG05795096

, WRG05795097

Office of the Secretary       - 9 -       February 14, 1980

in Grace's structural steel fireproofing material,
vermiculite is used as a critical component of a
mine sealant which is used for the prevention of
dangerous roof rock spalling in coal mines. As
indicated above, it is also used in fire rated
drywall materials. Drywall is in universal use
in construction today as a low-cost, efficient
building material.

(iii) Horticultural and Agricultural Uses. Vermiculite
is used as an horticultural aggregate and is
unique in that its physical air/water relation-
ships are conducive to optimum plant growth.
Vermiculite due to its intrinsic, unusual chemical
composition contains and slowly releases nutrients
(potassium, magnesium and calcium). Vermiculite
has good pH buffering characteristics, and
supplies cation exchange capacity. In other
applications vermiculite acts as a carrier for
fertilizer and herbicides. It is uniquely suited
for this application in that substitute materials
do not have vermiculite's advantage of being able
to absorb these materials and slowly release them
to the soil. As a soil conditioner vermiculite,
a natural material, provides for ion exchange,
aeration and moisture retention.

Vermiculite is also utilized in greenhouse
growing media as a presterilized substitute for
natural topsoil. Natural topsoil is becoming
increasingly scarce and must itself be sterilized,
a substantially energy intensive process. Further,
harvesting soil for horticultural use is detri-
mental to the environment because it results in
stripping land of fertile soil with consequent
ecological upset. Sterilized growing media are
becoming of greater importance in the need to
increase food production by growing plants and
vegetables under controlled conditions.

Consumer Uses

As indicated above, expanded vermiculite is used in
various consumer type applications. Expected patterns of
use relating to vermiculite directly marketed by Grace for
such applications are as follows:

WRG05795097

WRG05795098

Office of the Secretary      - 10-      February 14, 1980

(i)   Attic Insulation.  In general, the consumer user
of vermiculite as a loose fill attic insulation
will purchase vermiculite in quantities of from
10 to 100, 3 cubic foot size bags.  Small quantities
are purchased for filling voids such as around
water pipes to keep them from freezing.  Larger
quantities are usually used to insulate over
existing insulation.

It is estimated that the average house in
which vermiculite is used for attic insulation
is 30 years old. The application may be completed
in one session or in several.  Typically,
however, the total time which is involved in
actually placing vermiculite over existing
insulation will average two hours.  Once the
insulation is in place it is likely to remain
undisturbed for the remaining life of the house.
It is unlikely that any individual involved in
insulating a home with vermiculite would repeat
the procedure in a subsequently acquired dwelling
more than one or two additional times.

(ii)   Pool Cushion.  Use of vermiculite for protection
of the base of vinyl-lined above ground swimming
pools is carried on out-of-doors and, typically,
involves use of no more than 3 to 12, 4 cubic
foot size bags of vermiculite depending on the
size of the pool.

(iii)   Horticultural Vermiculite.  Use of vermiculite
for preparation of potting soil is typically
carried on out-of-doors or in a potting shed,
and involves mixing peat moss with vermiculite.
Typically, it would be expected that a 16 quart
bag of vermiculite would be utilized by a person
making up his or her own potting soil.  More
often potting soil is purchased in 16 quart or 8
quart bags in which vermiculite has been premixed
with peat moss and plant nutrients.

Alternative Uses

Materials alternate to vermiculite for the foregoing
and other applications (where such materials are available)
are likely to entail higher net cost to the users and, in
many instances, are not effective substitutes.  Also,
responsible authorities have alleged that health risks may

. WRG05795099

Office of the Secretary        - 11 -        February 14, 1980

be associated with substitute materials 6/ such as glass
fiber alternatives to vermiculite-based insulation materials
and sprayed mineral fiber alternatives to Mono-Kote.

### CPSC's Regulatory Approach

#### Vermiculite Mining

    Grace's vermiculite business directly employs 1311
people at locations in over 26 states and accounts for an
annual payroll of approximately $21.5 Million.  It is also
the source of further employment throughout the construction
and horticultural industries.

    Vermiculite is mined in five different size gradations
at the Libby, Montana location varying from coarse to fine
(size 1 down to size 5), and at Enoree, South Carolina in
three sizes, mostly medium to fine (size 3 down to size 5).
The nature of the ore bodies makes it impossible to mine one
ore size and not another.  All ore sizes are not interchange-
able in their use in production of finished product, some
sizes being suitable for one use and not another.  For
example, coarse sizes are better suited to horticultural or
insulation uses than finer sizes, whereas medium sizes are
more suited to use as concrete aggregates or in fireproofing
materials.  Accordingly, the availability of one size ore
for one use such as a fireproofing use is dependent on
Grace's ability to market other sizes for other uses.  With-
out substantial outlets for all sizes of vermiculite an
unmanageable vermiculite ore size imbalance would rapidly
occur at the mines which eventually would have a substantial
and adverse economic impact on the overall ability of Grace
to continue the supply of vermiculite.  In sum, burdening
vermiculite sold with the unavoidable costs of producing
vermiculite not sold could ultimately make the price of
Grace's vermiculite prohibitive, thus rendering it economi-
cally unavailable for all uses.

    Accordingly, if the regulatory approach proposed by
CPSC of eliminating products "from which fibers are released"
is carried forward to its logical conclusion, one could
foresee a situation where any level, however infinitesimal,
of asbestos contamination could result in banning of

_____

6/ See the work of Stanton and Pott cited in the EPA ANPR.

Office of the Secretary        - 12 -        February 14, 1980

vermiculite use, particularly those uses devoted to consumer
type applications. Although less than 10% of all vermiculite
sold by Grace is marketed directly by Grace for consumer
use, a banning of such use, along with the marketing impact
such a ban would have on other uses of vermiculite, would
have a material effect on vermiculite ore balance with its
attendant adverse consequences.

Another troublesome concern presented by CPSC's proposed
regulatory approach to act against uses of asbestos without
benefit of a quantitative assessment is that many mineral
substances contain trace amounts of naturally occurring
mineral fibers which come within the definition of "asbestos."
As has been stated above, "rock types in which asbestos
minerals might be encountered lie at or near the surface of
about 30 to 40 percent of the Continental United States." 7/
Even drinking water may contain asbestos fibers resulting
from natural contamination. Therefore, materials which
contain mineral ingredients may well contain at least trace
amounts of asbestos fibers with the risk that some asbestos
fiber release may occur. Indeed, given CPSC's and EPA's
knowledge that asbestos is a ubiquitous contaminant mater-
ial, CPSC's proposal is at best impractical, and would
make suspect thousands of products, embroiling CPSC in a
regulatory enforcement quagmire.

### Need for Quantitative Assessment

Any rule which did not include a requirement for
quantitative assessment would be of dubious enforceability
and could well result in the unintended outlawing of many
products and materials which contain only trace amounts of
asbestiform minerals. EPA faced this very dilemma in its
formulation of the National Emission Standard for Asbestos
and prudently included a quantitative 1% asbestos content
dry weight basis as the base point for permitting use of
spray applied fire proofing materials.

Insofar as Grace is aware, this action has had the
intended effect of banning the use of commercial asbestos in
spray applied fireproofing materials without banning the use
of other materials containing trace asbestiform mineral con-
taminants. It also provided EPA with an enforceable stand-
ard and industry with a reasonable and achievable standard
while reducing unreasonable risk of injury. The

---

7/ See page 2, supra.

Office of the Secretary      - 13 -      February 14, 1980

quantitative threshold approach clearly lends itself to
dealing with the contamination issue.

If CPSC believes it necessary to go beyond the "inten-
tionally added" standard applicable to consumer patching com-
pounds which requires the reduction of asbestos content in
product component materials "to the maximum extent feasible",
it must adopt a reasonable and achievable quantitative
asbestos contamination level.

### Limits of Asbestiform Mineral Detectability

Grace and others utilize the step scanning X-ray dif-
fraction technique to quantify the amount of fibrous tremo-
lite contamination associated with both vermiculite and
vermiculite-containing products. This accepted and sophisti-
cated technique, which is accurate in quantification of
fibrous tremolite contamination to a level of 1% on a dry
weight basis, becomes subject to error below the 1% level,
and the error factor increases the closer one approaches
the limits of detection of this technique which appear to be
in the range of 2/10ths of 1%.

Grace, by various and detailed analytical procedures,
has been able to assure itself that the percent concentra-
tions of fibrous tremolite contamination associated with its
expanded vermiculite products range from a point substan-
tially below 1% down to the limits of detectability of this
technique. Grace believes, however, that any quantitative
assessment limit less than 1% would be subject to error
factors which would pose enforcement problems for CPSC as
well as impinge upon available CPSC resources.

CPSC has itself recognized the detection problem and
is aware of the extraordinary difficulty and expense
involved with asbestos test methodology. 8/  To date CPSC
has chosen not to acquire a detection capability.  Grace
believes this to be a proper course which should remain
unchanged given the in place resources and capabilities
available at EPA.  This course is also consistent with the
need to avoid duplication in government facilities.

---

8/ See CPSC Staff Memorandum to Chronic Hazards Team from
   Gale D. Wyer, Director, ESHC, Comments on 2/13/78 David
   W. Baker Memo, "Determination of Free Asbestos in Patching
   Formulations and Emberizing Products" and test methodology.

·WRG05795102

Office of the Secretary     - 14 -      February 14, 1980

    To the extent that CPSC would need technical support in
considering an appropriate quantitative contaminant level,
it should look to EPA which by reason of statutory mandate,
resources and available expertise seems better positioned to
provide such support.

### Generic Approach

    When dealing with the issue of naturally occurring
asbestos contamination, a generic approach, in the sense of
establishing a percent contamination level, merits considera-
tion.  Especially is this so where good enforcement practice
as well as social and economic realities rule out a zero
standard and dictate setting a realistic, measurable, and
achievable contaminant standard.

                          Respectfully submitted,

                          W. R. Grace & Co.
                          Construction Products Division

                          By _____
                             B. R. Williams, Vice President

cc/ Mrs. Joni T. Repasch
    Record Clerk
    Office of Toxic Substances (TS-793)
    U.S. Environmental Protection Agency
    401 M Street, S.W.
    Washington, D.C. 20460
    Docket No., OTS-61005

# EXHIBIT B

WRG05107144

**GRACE**

Health, Safety and
Toxicology Department
Industrial Chemicals Group

W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, Mass. 02140

(617) 876-1400

March 29, 1979

Mr. George Harris  215/337-1100 x207
CE Industrial Products
P. O. Box 828
Valley Forge, PA  19482

Subject:  Vermiculite

Sir:

Attached is a Material Safety Data Sheet for our Vermiculite from
Libby, Montana.  As you will note, there may be contamination of this
product by tremolite which is a form of asbestos.  Appropriate air
sampling and control measures should be used to comply with OSHA
regulation 1910.1001.

Vermiculite itself is considered a nuisance dust.  We have examined
bulk samples as well as respirable and total airborne dust sampling
filters from many operations and found no measurable free silica or
other non-nuisance substances other than the tremolite.

As I have indicated on the phone, we have not found a significant
quantity of respirable dust in any Vermiculite operation.  The
particle size is usually much larger.

If you have further questions concerning Vermiculite, please contact
either Robert C. Ericson, the Quality Assurance Manager for this
product, or me.  Ericson is also as this location.

Very truly yours,

*H.A. Eschenbach*

Henry A. Eschenbach
Director of Health,
Safety & Toxicology

HAE:sg

WRG05107144

WRG05107145

## U.S. DEPARTMENT OF LABOR

DATE: June 10, 1977   Occupational Safety and Health Administration

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. | |
|---|---|---|
| W. R. Grace & Company | 1-617-876-1400   X 457 | |
| ADDRESS *(Number, Street, City, State, and ZIP Code)* 62 Whittemore Avenue-Cambridge, MA   02140 | Quality Assurance Manager | |
| CHEMICAL NAME AND SYNONYMS Expanded Libby, Montana Vermiculite | TRADE NAME AND SYNONYMS Industrial Vermiculite-Size #1,#2, & #3 | |
| CHEMICAL FAMILY Magnesium Aluminosilicate Mineral | FORMULA $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)_4(O)_{10}(OH)_2 H_2O$ | |

## SECTION II - HAZARDOUS INGREDIENTS

Contains less than 0.1% by weight of a naturally occurring contaminant tremolite.
OSHA Regulation 1910.1001 defines tremolite as asbestos. Some forms of tremolite
are platy. Other forms can be fibrillated by physical handling to release air-
borne "asbestos fibers". Regulation 1910.1001 places a limit of 2 "asbestos fib-
ers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at
any one time for airborne fiber exposure.

The physical handling given to expanded vermiculite can release both airborne
fibers and nuisance dust. Refer to OSHA Regulation 1910.1001 for approved con-
trol procedures.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY ($H_2O=1$) | NA |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE (_____ =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs./c.f. | 5-7 |
| APPEARANCE AND ODOR   Free flowing dark brown to tan colored particles. | | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)          Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable
but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regula-
tions issued pursuant thereto.

WRG05107145

WRG05107146

## SECTION V - HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE    Dust respirable fraction 5 mgm/M$^3$.   Total dust 15 mgm/M$^3$.

Airborne asbestos fiber 2f/cc T.W.A.-Ceiling 10f/cc at one time.

EMERGENCY AND FIRST AID PROCEDURES          NA

## SECTION VI - REACTIVITY DATA   NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust
within the limits of Section V above.

WASTE DISPOSAL METHOD    Use disposal techniques which control airborne fibers and
dust within the TLV limits of Section V above.   See OSHA Standard 1910.1001,
Paragraph (h) (2) Waste Disposal.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.1001 - Controls such as isolation, enclosure,
exhaust ventilation and dust collection shall be used if
necessary to meet exposure limits.  Also see OSHA Standard
1910.1001 Personal Protective Equipment for dealing with
work environments in excess of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

PAGE (2)
GPO 930-540

Form OSHA-20
Rev. May 72

WRG05107146

WRG05719056

# GRACE

June 1, 1979

Zonolite
**Construction Products Division**

W.R. Grace & Co.
1215 Livingston Ave.
North Brunswick, NJ 08902

(201) 828-5100

Mr. John Piel
Justice Lumber Co., Inc.
Pittman St.
Pensgrove, N.J. 08069

Dear Mr. Piel:

As we discussed June 1, 1979, I am enclosing OSHA 20 Safety Data
Sheets regarding vermiculite.

We have experience with this situation and would be happy to talk
further with your customer if we can be of help.

Very truly yours,

Construction Products Division
W.R. Grace & Co.

J.S. Titus, Manager
Eastern Distributor Products

JST/jp
Encl.

cc:  W.K. Rogers
     G.C. Bauer

P.S.:

George:

Mr. Piel sells material to Dupont.  He thinks Dupont uses it for packaging.
Mr. Piel buys from G.S.W. and someone in Willington.

                          J.S.T.

We hope the information given here will be helpful. It is based on our best knowledge, and we believe it to be true and accurate. Please read all statements, recommendations or suggestions herein in conjunction with our conditions of sale which apply to all goods supplied by us. We assume no responsibility for the use of these statements, recommendations, or suggestions, nor do we intend them as a recommendation for any use which would infringe any patent or copyright.

WRG05719057

**U.S. DEPARTMENT OF LABOR**

DATE: June 10, 1977  Occupational Safety and Health Administration

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| | |
|---|---|
| **MANUFACTURER'S NAME** | **EMERGENCY TELEPHONE NO.** |
| W. R. Grace & Company | 1-617-876-1400    X 457 |
| **ADDRESS** *(Number, Street, City, State, and ZIP Code)* | |
| 62 Whittemore Avenue-Cambridge, MA    02140 | Quality Assurance Manager |
| **CHEMICAL NAME AND SYNONYMS** | **TRADE NAME AND SYNONYMS** |
| Expanded Libby, Montana Vermiculite | Industrial Vermiculite-Size #1,#2, & #3 |
| **CHEMICAL FAMILY** | **FORMULA** |
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)_4(O)_{10}(OH)_2 H_2O$ |

## SECTION II - HAZARDOUS INGREDIENTS

**Contains** less than 0.1% by weight of a naturally occurring contaminant tremolite.
OSHA Regulation 1910.1001 defines tremolite as asbestos. Some forms of tremolite
are platy. Other forms can be fibrillated by physical handling to release air-
borne "asbestos fibers". Regulation 1910.1001 places a limit of 2 "asbestos fib-
ers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at
any one time for airborne fiber exposure.

The physical handling given to expanded vermiculite can release both airborne
fibers and nuisance dust. Refer to OSHA Regulation 1910.1001 for approved con-
trol procedures.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| **BOILING POINT (°F.)** | NA | **SPECIFIC GRAVITY ($H_2O=1$)** | NA |
| **VAPOR PRESSURE (mm Hg.)** | NA | **PERCENT, VOLATILE BY VOLUME (%)** | NA |
| **VAPOR DENSITY (AIR=1)** | NA | **EVAPORATION RATE ( =1)** | NA |
| **SOLUBILITY IN WATER** | Slight, if any | Bulk Density lbs./c.f. | 5-7 |
| **APPEARANCE AND ODOR** | Free flowing dark brown to tan colored particles. | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICABLE

| | | | |
|---|---|---|---|
| **FLASH POINT (Method used)** | | **FLAMMABLE LIMITS** | **Lel**  **Uel** |
| **EXTINGUISHING MEDIA** | | | |
| **SPECIAL FIRE FIGHTING PROCEDURES** | | | |
| **UNUSUAL FIRE AND EXPLOSION HAZARDS** | | | |

GE (1)                    (Continued on reverse side)                    Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable
but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regula-
tions issued pursuant thereto.

WRG05719057

WRG05719058

THRESHOLD LIMIT VALUE   Dust respirable fraction 5 mgm/$M^3$.  Total dust 15 mgm/$M^3$.

Airborne asbestos fiber 2f/cc T.W.A.-Ceiling 10f/cc at one time.

EMERGENCY AND FIRST AID PROCEDURES         NA

## SECTION VI - REACTIVITY DATA  NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |

INCOMPATABILITY *(Materials to avoid)*

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust within the limits of Section V above.

WASTE DISPOSAL METHOD        Use disposal techniques which control airborne fibers and dust within the TLV limits of Section V above.   See OSHA Standard 1910.1001, Paragraph (h)  (2)  Waste Disposal.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.1001 - Controls such as isolation, enclosure, exhaust ventilation and dust collection shall be used if necessary to meet exposure limits.  Also see OSHA Standard 1910.1001 Personal Protective Equipment for dealing with work environments in excess of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

PAGE (2)
GPO 930-540

Form OSHA-
Rev. May 72

WRG05719058

WRG05719059

## U.S. DEPARTMENT OF LABOR

**DATE:** June 10, 1977  Occupational Safety and Health Administration

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

### SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Company | 1-617-876-1400   X 457 |

| ADDRESS (Number, Street, City, State, and ZIP Code) | |
|---|---|
| 62 Whittemore Avenue-Cambridge, MA   02140 | Quality Assurance Manager |

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| Expanded Libby, Montana Vermiculite | Industrial Vermiculite-Size #1,#2, #3 |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)_4(O)_{10}(OH)_2 H_2O$ |

### SECTION II - HAZARDOUS INGREDIENTS

**Contains less than 0.1% by weight of a naturally occurring contaminant tremolite.
OSHA Regulation 1910.1001 defines tremolite as asbestos. Some forms of tremolite
are platy. Other forms can be fibrillated by physical handling to release air-
borne "asbestos fibers". Regulation 1910.1001 places a limit of 2 "asbestos fib-
ers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at
any one time for airborne fiber exposure.**

**The physical handling given to expanded vermiculite can release both airborne
fibers and nuisance dust. Refer to OSHA Regulation 1910.1001 for approved con-
trol procedures.**

### SECTION III - PHYSICAL DATA

| BOILING POINT (°F.) | | NA | SPECIFIC GRAVITY (H₂O=1) | NA |
|---|---|---|---|---|
| VAPOR PRESSURE (mm Hg.) | | NA | PERCENT, VOLATILE BY VOLUME (%) | NA |
| VAPOR DENSITY (AIR=1) | | NA | EVAPORATION RATE (   =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | | Bulk Density lbs./c.f. | 5-7 |

| APPEARANCE AND ODOR | Free flowing dark brown to tan colored particles. |
|---|---|

### SECTION IV - FIRE AND EXPLOSION HAZARD DATA   NOT APPLICABLE

| FLASH POINT (Method used) | | FLAMMABLE LIMITS | Lel | Uel |
|---|---|---|---|---|
| EXTINGUISHING MEDIA | | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | | |

PAGE (1)                    (Continued on reverse side)

Form OSHA-20
Rev. May 72

The information contained herein is based on knowledge believed to be reliable
but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY
ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties
as shall be imposed by the Occupational Safety and Health Act of 1970 and regula-
tions issued pursuant thereto.

WRG05719060

SECTION V - HEALTH HAZARD DATA

| THRESHOLD LIMIT VALUE | Dust respirable fraction 5 mgm/M$^3$. Total dust 15 mgm/M$^3$. |

Airborne asbestos fiber 2f/cc T.W.A.-Ceiling 10f/cc at one time.

EMERGENCY AND FIRST AID PROCEDURES    NA

## SECTION VI - REACTIVITY DATA  NOT APPLICABLE

| STABILITY | UNSTABLE | | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | STABLE | | | |
| INCOMPATABILITY *(Materials to avoid)* | | | | |
| HAZARDOUS DECOMPOSITION PRODUCTS | | | | |
| HAZARDOUS POLYMERIZATION | MAY OCCUR | | CONDITIONS TO AVOID | |
| | WILL NOT OCCUR | | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust within the limits of Section V above.

WASTE DISPOSAL METHOD    Use disposal techniques which control airborne fibers and dust within the TLV limits of Section V above.   See OSHA Standard 1910.1001, Paragraph (h) (2) Waste Disposal.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.1001 - Controls such as isolation, enclosure, exhaust ventilation and dust collection shall be used if necessary to meet exposure limits.  Also see OSHA Standard 1910.1001 Personal Protective Equipment for dealing with work environments in excess of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

Form OSHA-
Rev. May 72

WRG05719060

WRG05719128

**GRACE**



Zonolite
Construction Products Division

W.R. Grace & Co.
1215 Livingston Ave.
North Brunswick, NJ 08902

(201) 828-5100

July 11, 1979

Mr. G.J. Strong
E.I. DuPont DeNemours & Co., Inc.
Energy & Materials Dept.
10th and Market
Willimgton, Del. 19898

Dear Mr. Strong:

I am enclosing a copy of Form OSHA-20 regarding Vermiculite from Libby,
Montana mines.

Please contact me if we can be of further assistance.

Very truly yours,

Construction Products Division
W.R. Grace & Co.

J.S. Titus, Manager
Eastern Distributor Products

JST/jp
Encl.

WRG05719128

WRG05719129

## U.S. DEPARTMENT OF LABOR

DATE: June 10, 1977  Occupational Safety and Health Administrat...

# MATERIAL SAFETY DATA SHEET

Required under USDL Safety and Health Regulations for Ship Repairing
Shipbuilding, and Shipbreaking (29 CFR 1915, 1916, 1917)

## SECTION I

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| W. R. Grace & Company | 1-617-876-1400    X 457 |

| ADDRESS (Number, Street, City, State, and ZIP Code) | |
|---|---|
| 62 Whittemore Avenue-Cambridge, MA    02140 | Quality Assurance Manager |

| CHEMICAL NAME AND SYNONYMS | TRADE NAME AND SYNONYMS |
|---|---|
| Expanded Libby, Montana Vermiculite | Industrial Vermiculite-Size #1,#2, & #3 |

| CHEMICAL FAMILY | FORMULA |
|---|---|
| Magnesium Aluminosilicate Mineral | $(Mg,Ca,K)-(Al,Fe,Mg)-(Si,Al)_4 (O)_{10} (OH)_2 H_2O$ |

## SECTION II - HAZARDOUS INGREDIENTS

**Contains less than 0.1% by weight** of a naturally occurring contaminant tremolite. OSHA Regulation 1910.1001 defines tremolite as asbestos. Some forms of tremolite are platy. Other forms can be fibrillated by physical handling to release airborne "asbestos fibers". Regulation 1910.1001 places a limit of 2 "asbestos fibers"/cc; 8 hour time weighted average and a maximum of 10 "asbestos fibers"/cc at any one time for airborne fiber exposure.

The physical handling given to expanded vermiculite can release both airborne fibers and nuisance dust. Refer to OSHA Regulation 1910.1001 for approved control procedures.

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT (°F.) | NA | SPECIFIC GRAVITY (H₂O=1) | |
| VAPOR PRESSURE (mm Hg.) | NA | PERCENT, VOLATILE BY VOLUME (%) | |
| VAPOR DENSITY (AIR=1) | NA | EVAPORATION RATE (_____ =1) | NA |
| SOLUBILITY IN WATER | Slight, if any | Bulk Density lbs./c.f. | 5-1 |
| APPEARANCE AND ODOR | Free flowing dark brown to tan colored particles. | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA    NOT APPLICAB...

| FLASH POINT (Method used) | FLAMMABLE LIMITS | Lel | |
|---|---|---|---|
| EXTINGUISHING MEDIA | | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | | |

...AGE (1)                    (Continued on reverse side)              Form OSHA-20
                                                                        Rev. May 72

The information contained herein is based on knowledge believed to be reliable but W.R. GRACE & CO. MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR ADEQUACY THEREOF. Nothing herein excuses the recipient hereof from such duties as shall be imposed by the Occupational Safety and Health Act of 1970 and regulations issued pursuant thereto.

WRG05719129

## SECTION V - HEALTH HAZARD DATA

THRESHOLD LIMIT VALUE    Dust respirable fraction 5 mgm/$M^3$.    Total dust 15 mgm/$M^3$.

Airborne asbestos fiber 2f/cc T.W.A.-Ceiling 10f/cc at one time.

EMERGENCY AND FIRST AID PROCEDURES         NA

## SECTION VI - REACTIVITY DATA    NOT APPLICABLE

| STABILITY | ; | UNSTABLE | CONDITIONS TO AVOID | |
|---|---|---|---|---|
| | | STABLE | | |

INCOMPATABILITY (Materials to avoid)

HAZARDOUS DECOMPOSITION PRODUCTS

| HAZARDOUS POLYMERIZATION | MAY OCCUR | CONDITIONS TO AVOID | |
|---|---|---|---|
| | WILL NOT OCCUR | | |

## SECTION VII - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED
Dampen slightly or use other techniques which control airborne fibers and dust within the limits of Section V above.

WASTE DISPOSAL METHOD         Use disposal techniques which control airborne fibers and dust within the TLV limits of Section V above.   See OSHA Standard 1910.1001, Paragraph (h) (2) Waste Disposal.

## SECTION VIII - SPECIAL PROTECTION INFORMATION

See OSHA 1910.1001 - Controls such as isolation, enclosure, exhaust ventilation and dust collection shall be used if necessary to meet exposure limits. Also see OSHA Standard 1910.1001 Personal Protective Equipment for dealing with work environments in excess of exposure limits.

## SECTION IX - SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING

OTHER PRECAUTIONS

Form OSHA-20.
Rev. May 72

WRG05719130

**EXHIBIT C**

Julie Chi-Sun Yang  -  February 20, 2003

Page 1

1                UNITED STATES BANKRUPTCY COURT
2                  FOR THE DISTRICT OF DELAWARE
3
4
5   In re:                    )
                              )
6                             )
                              )
7                             )          No. 01-01139 JKF
                              )
8   W.R. GRACE & CO., et al., )
                              )
9                Debtors.     )
    _____ )
10
11
12                    **VIDEOTAPE**
13
14
15
        VIDEOTAPED DEPOSITION OF JULIE C. YANG, Ph.D.
16
17
18
19
            Date:      Thursday, February 20, 2003
20
            Time:      9:02 a.m.
21
            Location:  Law Office of Reed, Smith, LLP
22                     2 Embarcadero Center, 21st Floor
                       San Francisco, California
23
24
25

Julie Chi-Sun Yang  -  February 20, 2003

Page 2

1                    A P P E A R A N C E S

2

3         For the Claimant:

4         RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
          BY:  JAMES L. WARD, JR.,

5              Attorney at Law
          1037 Chuck Dawley Boulevard, Bldg. A

6         P.O. Box 1007
          Mt. Pleasant, South Carolina 29464

7         (843) 727-6682

8

          For the Debtors:

9

          LAW OFFICES OF REED, SMITH, LLP

10        BY:  DOUGLAS E. CAMERON,
               Attorney at Law

11        435 Sixth Avenue
          Pittsburgh, Pennsylvania 15219

12        (412) 288-4104

13        Also present:  Richard C. Finke
                         Renee Bloomquist, Videographer

14

          Reported By:

15

          CYNDY R. SMITH, CSR No. 5306

16

17

18

19

20

21

22

23

24

25

Julie Chi-Sun Yang  -  February 20, 2003

Page 3

1                          I N D E X
2
3   EXAMINATIONS:                              PAGE:
4
        By Mr. Ward                              4
5
    EXHIBITS:                                 PAGE:
6
7       Deposition Exhibit 1                     56
            (A Quantitative Determination of
8            Asbestos)
9       Deposition Exhibit 2                     77
            (A 2/15/80 memo)
10
        Deposition Exhibit 3                     82
11          (A Discriminatory Counting Procedure)
12      Deposition Exhibit 4                     85
            (A 12/9/76 document)
13
        Deposition Exhibit 5                     87
14          (A memo)
15      Deposition Exhibit 6                    109
            (A distribution document)
16
        Deposition Exhibit 7                    111
17          (An 8/4/78 letter)
18      Deposition Exhibit 8                    121
            (A 1/15/77 memo)
19
        Deposition Exhibit 9                    136
20          (A Final Report on Biologic Test
             of Samples)
21
        Deposition Exhibit 10                   143
22          (A 10/2/80 memo)
23      Deposition Exhibit 11                   145
            (A 12/12/99 request)
24
25

1      A.   Not very frequently.   Maybe once every two

2    years, one year.

3      Q.   Who would you have sent fiber counts out to for

4    independent analysis?

5      A.   There are several sample -- there are several

6    companies in Massachusetts, very close to us.   I don't

7    recall the names of it.   One in Concord, one or two more

8    around.   Two or three around there.

9           They probably will be reported in that because

10   if we send those things out, it's in the report.

11     Q.   Did there come a time during your tenure at

12   Grace, that a procedure referred to as discriminatory

13   counting was used?

14     A.   I wrote -- yes.

15     Q.   When was -- first of all, let me just start by

16   having you tell me what discriminatory counting is?

17     A.   Well, from experience, it takes us a long time

18   to find out, is because the way you collect samples in

19   the filter, since the filter is a loose, porous

20   material, it was under pressure for suction getting into

21   the air.   Thin fiber plates will get caught in the

22   filter at an angle because it doesn't go through.

23          Sometimes it is large, flat, oblong.   It

24   doesn't go through the filter.   If it is the other way,

25   it may go through part of it.   So part of it gets

1    caught.  But if you look at those very same plate on the

2    filter, under the microscope, it looks like a fiber.

3              But if you look very carefully, because when

4    you work with vermiculite samples, I warn my people they

5    have to look very carefully, whether it is a true fiber

6    or not.

7              So they move the stage up and down, up and

8    down.  They can find it shows different color.  Then you

9    can tell it is not a fiber.  It is a plate, gets caught

10   at a certain angle.

11             If you eliminate that, you will find your fiber

12   count will be much less as true fibers.  For that type

13   of sample, we send it out for several places for

14   .electromicroscope to check it.  Which they agree with

15   me, those are not asbestos fibers.  They are thin

16   platelets that get caught in there.

17             So, after several years of experience, we

18   gradually developed the new procedure called

19   discriminatory counting.

20       Q.  Do you recall when -- I apologize, I have a

21   hard time saying that word for some reason -- when

22   discriminatory counting was first used at Grace?

23       A.  Officially it will be in a report after we

24   write down exactly the procedure and everything else.

25   But we have tried that way before, several years to

Page 82

1   accumulate the data.

2           I don't recall the exact years, now.  '70s and

3   '80s all gets lumped together.  I don't remember.  Too

4   long.

5       Q.  Let me get you to look at a couple of

6   documents, if you would.  You mentioned that you -- if I

7   understood you correctly, you drafted or prepared the

8   discriminatory --

9       A.  Barbara wrote it, finally, because she is

10  heading of that group for fiber counting.

11      Q.  Barbara O'Leary?

12      A.  Yes.

13          MR. WARD:  Let me show you what I'm going to

14  mark as Exhibit No. 3.

15          (Whereupon a Discriminatory Counting Procedure

16              document was marked as Claimant's

17              Exhibit No. 3 for identification.)

18          MR. WARD:  Q.  I really only want you to

19  identify this document as the discriminatory counting

20  procedure that Barbara O'Leary drafted.

21      A.  Mm-hmm, okay.

22      Q.  Now, having had a chance to review Exhibit

23  No. 3, is that the discriminatory counting procedure

24  drafted by Barbara O'Leary to which you referred?

25      A.  Yes.

1        Q.   To the best of your recollection, is that the

2    first version of a written discriminatory counting

3    procedure?

4        A.   This is the official, first procedure.

5        Q.   I believe if you look down in the -- there is a

6    highlighted date on the second page?

7        A.   1983.

8        Q.   1983.  Is that consistent with your

9    recollection of when that procedure was written?

10       A.   Yes.

11       Q.   Was there a time at Grace prior to the

12   preparation of this written procedure in 1983, that

13   discriminatory counting was used?

14       A.   We were using it gradually, but I think

15   probably even in '80s we are using it.  But if you read

16   all the data according to our counting report, the fiber

17   counting was way -- at the beginning, we count

18   everything, aspect 3 to 1 ratio, we count it.  Later we

19   change 5 to 1, anything over 5 to 1, we count it.

20           Then we gradually are using this procedure and

21   my people are more experienced to see what they actually

22   see.  So even without writing this in formal form, they

23   start to use it.  The number of fibers present on the

24   filter are down quite a bit.

25       Q.   Would you agree with me that prior to putting

Julie Chi-Sun Yang  -  February 20, 2003

1    this procedure in a written form, that there was some

2    period of time where the analysts in your lab were

3    exercising their own discretion as to whether or not

4    they were going to discriminatory count?

5        A.   A lot of times the few analysts sit together.

6    I have a long microscope, a tube.  Everybody can look

7    under the microscope at the same time to tell what they

8    are seeing.

9            So they will discuss it and looking at it,

10   learn whether it is a plate or it is a fiber.  So

11   gradually we cut it down.  But this is the one making

12   the official, and later we went to Libby to teach the

13   people using this procedure to do it.

14       Q.   Would it be consistent with your recollection

15   for me to say that some form of discriminatory counting

16   was used as early as the mid-1970's?

17           MR. CAMERON:  Objection, form.

18           THE WITNESS:  I don't think so, because at the

19   beginning, we started counting early '70s.  I don't even

20   know there are differences between that, either.

21           So we said we follow the rule of the

22   government, if the OSHA and NIOSH saying that you should

23   count a fiber with aspect ratio 3 to 1, we count

24   everything for that.  Later change to 5 to 1, we count

25   everything for that.

1              MR. WARD:  I want to show you a document that

2    I've marked as deposition Exhibit No. 4.

3              (Whereupon a 12/9/76 document was marked as

4              Claimant's Exhibit No. 4 for identification.)

5              MR. WARD:  Q.  Which is a memo drafted by you

6    to Dr. Duecker dated December 9th, 1976.  It is a

7    lengthy document.  You can take as much time as you want

8    to to read all of it.

9              Once you have had a chance to review it, I want

10   to refer you to a sentence on the second page that is

11   highlighted, that says that -- specifically says that

12   slivers of vermiculite or plates standing on edge should

13   be avoided when counting.  This is in 1976.

14   .   A.  I realize the fact, but I'm not too sure how to

15   do about this.  It takes a while to establish how you

16   are going to differentiate them, you know.

17             So maybe I talked to Dr. Duecker about it, but

18   we started to think this is not the right procedure.  I

19   talked to many microscopists, well-known across the

20   country before.  Anybody will say we don't have that

21   kind of problem.

22             They don't have such thin plates that gets

23   mixed up with fiber like we do.  That's all.  They said

24   do your own counting.  Just count the fibers, that's

25   all.

Page 86

1      Q.   Does the NIOSH counting method include any

2    provision for the concept of discriminatory counting?

3      A.   No, because nobody has the same type of

4    material as we do.

5      Q.   Tell me what Grace facilities used

6    discriminatory counting?  Let me ask you this way, so

7    that I'm clear.

8           You had a lab in Cambridge?

9      A.   Yes.

10     Q.   There was also, if I'm correct, a lab in Libby;

11   is that right?

12     A.   Yes.

13     Q.   I don't really know the best way to do this,

14   because I understand from what you are telling me that

15   this discriminatory counting procedure developed over

16   time.

17           What I want to do is try to get some

18   understanding of when, in time, all of the Grace labs

19   were using discriminatory counting?

20     A.   After we have this article, I sent Barbara

21   O'Leary to Libby to teach the person to do it.  And then

22   we send the same group of sample outside to another

23   laboratory trying to evaluate what we have, okay?

24           The outside laboratory, I thought they should

25   count all the fibers, all the things they read, but

Julie Chi-Sun Yang  -  February 20, 2003

1   actually that lab apparently used some sort of

2   discriminatory counting, too, because the numbers are

3   not that much higher than what we have.  I was

4   surprised.

5          But that means people can sense what is true

6   fiber, what is not.  After she trained this person, they

7   were all using the same procedure.

8          Q.  Dr. Yang, I'm going to show you what I've

9   marked as Exhibit No. 5, which is a memo written by L.A.

10  Vazquez, if I've pronounced that correctly.

11         A.  Vazquez.

12         Q.  To W.J. McCaig.

13         A.  Yeah.

14         MR. WARD:  On which you were listed as a carbon

15  copy recipient.

16         (Whereupon a memo was marked as Claimant's

17          Exhibit No. 5 for identification.)

18         MR. WARD:  This is a memo dated August

19  the 16th, 1982, the subject of which is the Libby fiber

20  counting procedure.  This memo indicates that -- it says

21  with regard to Libby, it says that we have changed our

22  fiber counting procedure to discriminate fibers

23  according to a nondefine concept rather than the NIOSH 3

24  to 1 aspect ratio concept.

25         Take a look at that, if you would.

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

1          MR. CAMERON:  Object to the form, in terms of

2    reading the document.

3          THE WITNESS:  Yes.

4          MR. WARD:  Q.  Based on your reading of that

5    memo, does it appear to you that Libby started using the

6    discriminatory counting method in some time around the

7    summer of 1982?

8          A.  Mm-hmm.

9          Q.  Are you aware of any time that Libby -- after

10   August of 1982, that Libby stopped using the

11   discriminatory counting method and went back to the

12   nondiscriminatory counting method?

13          A.  As I recall, there was that, yes.

14          Q.  Do you know what circumstances led Libby to

15   stop using discriminatory counting and begin using

16   nondiscriminatory counting again?

17          A.  For their purpose, they felt it is safer to

18   follow the government regulations rather than our

19   improved methods.  But these are not microscopists.

20   They can do whatever they said, because they are doing

21   it they felt for the safe reasons.  Maybe they want to

22   do that for their plant.  But I cannot argue with them,

23   our method is much better, a more accurate method.

24          Q.  Do you know who made that decision?

25          A.  The plant manager.

**GRACE**

Construction Products Division

W. R. GRACE & CO.

## DISCRIMINATORY COUNTING PROCEDURE

## FOR

## AIRBORNE ASBESTOS DUST



——— Construction Products Division

**GRACE**

## I.  EQUIPMENT NEEDED FOR SLIDE PREPARATION

1.  Mounting medium – see Appendix for preparation.

2.  Ross Optical Lens Tissue – this lens tissue is preferred because of
    its superior cleaning qualities. It may be purchased from Ladd
    Research Industries, P.O. Box 901, Burlington, Vermont 05401. A
    dozen boxes at 1000 sheets each should last some time.

3.  10 gross of 75 x 25 mm precleaned glass slides with one end frosted.
    Fisher Scientific supplies these as item 12-552.

4.  1 case of 22 x 22 mm no. 1.5 (0.16 to 0.19 mm thick cover glasses)
    Fisher item 12-541B.

5.  2 curved forceps.  Fisher item 8-875.

6.  2 dissecting knife handles with replacement blades.

7.  1 package of 125 mm x 3 mm stirring rods.  Fisher item 11-380A.

8.  Pencil

9.  Small spatula or knife (aside from the one used to cut the filter
    paper) to cut the tape around the cassette.

10. Quarter or nickel for prying open cassette.

11. Pens for marking glass.

B. J. O'Leary
7/11/83

**GRACE**

II.  SLIDE PREPARATION

1.  Place clean lens tissue on desk.

2.  Wipe dissecting knife, forceps, and 1 stirring rod end with another piece of lens tissue using a separate section of the tissue for each instrument. After wiping each instrument, it should be placed on the tissue in step (1). The wiping tissue should be thrown away.

3.  Place a second piece of clean lens tissue on the desk.

4.  Take hold of a glass slide by its edges at the frosted end and hold it up to the light. Remove any visible dirt by wiping with lens tissue. Put the slide down on the clean tissue in step (3) frosted side up, and replace the cover on the box of remaining slides.

5.  Take hold of a cover glass by its edges, hold it up to the light checking for cleanliness and, again, remove any visible dirt by wiping with lens tissue. Place it on the clear edge of the glass slide so that it overhangs enough so that one of its edges is resting on the lens paper. Close the cover on the remaining cover glasses.

6.  Cut the sealing tape on the air sample cassette with a dissecting knife.

7.  Loosen the cassette by prying around the edges with a coin (nickel or quarter should do) but do not remove the cover yet. Do not rotate the cassette top to remove.

8.  Place a drop of mounting medium (see Appendix for preparation) in the center of the slide. This should be done with the stirring rod which comes with the Balsam bottle. The first drop should be permitted to fall back into the bottle; the second drop should fall on the slide (never touch the slide with this rod). Always place the cover on the bottle after you are finished putting the drop on the slide.

    Note: Always store mounting solution in a dark place as light decomposes the solution.

9.  Pull one edge of the drop of mounting fluid on the slide, out so as to get a pear shaped drop. This is done with the clean stirring rod on the tissue from step (2). After doing this, the stirring rod should be wiped dry with the center of another piece of lens tissue and replaced in its original position. Don't discard the cleaning tissue yet.

10. Remove the top of the sample cassette completely.

B. J. O'Leary
7/11/83

# GRACE

11. Holding the cassette containing the filter paper firmly on the desk with one hand, cut a pie shaped segment from the filter paper with an arc of about 1/6 of the filter, using the dissecting knife. The cuts should be made starting from the filter paper's center and extending out to its edge. Wipe both sides of the scalpel blade carefully (with a clean portion of the paper used to wipe the rod in step 9) and replace the knife in its original position. (Wipe the blade pulling the cutting edge toward yourself rather than pushing it toward you. The latter technique results in rather bloody cuts.) Again, don't discard the cleaning tissue.

12. Remove the pie shaped filter segment from the cassette using the curved forceps and place it on the drop of mounting medium so that the drop and segment shapes correspond. The paper should be grasped by its circumferential edge with the forceps, to minimize disturbing the dust on the paper's surface. Replace the cassette cover.

13. Place the cover glass over the sample. Wipe the forceps clean with a clean portion of the paper from step (11), and now discard the latter. After membrane begins to clear (5-10 minutes), apply a gentle pressure on the cover glass using the convex curve of the forceps for a few seconds. Then put the forceps back in their original position. Too heavy of a pressure will make solution flow outside the wedge. (The fibers and dust particles will flow with the solution.) If this happens, remake the slide. Turn the slide over and outline the pie shaped wedge with a glass marker.

14. On the frosted end of the slide write in pencil, using a three-line format, giving sample identification, date of slide preparation, and your initials. Put the slide aside on a piece of black paper to easily watch the progress of the slide.

15. A new lens tissue should be set out for the preparation of each new slide (step 3).

16. The slide is ready for reading 1 hour after preparation. But waiting for 0.5 to 1 day is better, because there is some early graininess to a fresh slide which makes it more difficult to read. The slide should be read within 5 days after preparation to prevent any difficulties from possible crystallization of the mounting medium.

B. J. O'Leary
7/11/83

# GRACE

### III. MICROSCOPE PRELIMINARIES

This section is written in general terms since the procedures are dependent on the make and model of the microscope used.

The Porton reticle should be calibrated against a slide micrometer (for calibration procedures, see section IV Porton Reticle Calibration Procedure). In the Cambridge lab, two microscopes are used:

a)   Bausch & Lomb which has a porton reticle of 0.0027 mm².
b)   Nikon microscope - porton reticle of 0.0055 mm².

The microscope at Libby (Zeiss) has a porton reticle of 0.00593 mm².

Place a sample slide on the stage as for counting. Then:

1.   Focus on some particulates on the filter paper area of the slide.

2.   Adjust the light source for maximum brightness.

3.   Examine the phase rings for correct overlap. Adjust if necessary.

4.   Close the illuminator iris and adjust the substage condenser until the image of the iris opening is sharp and on the verge of changing colors (blue to red or vice versa).

5.   Adjust the fine focus to get the best image.

A single check of the phase rings per day is sufficient unless the objectives are changed to some other power. This usually disrupts ring alignment in our scope (as do the vibrations of a passing freight train) and step 3 above must be repeated. Adjustment of the substage condenser is more variable and should be checked for each slide with our microscopes.

B. J. O'Leary
7/11/83

# GRACE

## IV. PORTON RETICLE CALIBRATION PROCEDURE*

Each eyepiece-objective-reticle combination on the microscope must be calibrated. Should any of the three be changed (disassembly, replacement, zoom adjustment, etc.) the combination must be recalibrated. Calibration may change if interpupillary distance is changed. For proper calibration, the following procedure should be followed closely.

With a 10X objective in place, place the stage micrometer on the mechanical stage, focus the millimeter scale, and center the image. Change to the 40-45X objective and adjust the first millimeter scale division to coincide with the left boundary of the Porton rectangle. Measure the distance between the left and extreme right boundaries of the Porton rectangle, estimating any portion of the final division. This measurement represents 200 L units. The rectangle is 100 L units on the short vertical dimension. The calculated "L" is inserted into the formula $D = L(2^N)^{\frac{1}{2}}$ where "N" is the circle number (indicated on the reticle) and "D" is the circle diameter. Since the circle diameters vary logarithmically, every other circle doubles in diameter. For example, circle number three is twice the diameter of number one; number four is twice the diameter of number two. When the circle sizes have been determined, the counting field area which consists of the left six smaller rectangles, can be calculated from the relation $10,000 \ L^2$. This completes the reticle calibration for this specific objective-eyepiece-reticle combination.

### Example for Porton Reticle (Cambridge Nikon Microscope)

The following calibration was obtained for a pair of 10X Huygenian eyepieces and a 43X objective:

$$200 \ L = 0.148 \ mm = 148 \ micrometers$$
$$100 \ L = 0.074 \ mm = 74 \ micrometers$$
$$One \ L\text{-unit} = 0.74 \ micrometers$$

Thus Circle #1 has a diameter $D = L(2^N)^{\frac{1}{2}} = 0.74 \ (2^1)^{\frac{1}{2}} = 0.74 \ (1.414 = 1.05$ micrometers.

Then our circle diameter calibration table looks like:

$$Diameter \ of \ Circle \quad \#1 = 1.05 \ micrometers$$
$$\#2 = 1.48$$
$$\#3 = 2.09$$
$$\#4 = 2.96$$
$$\#5 = 4.19$$
$$\#6 = 5.92$$

$$Field \ area = (10,000) \ (L^2) = (100 \ L) \ (100 \ L) = (0.074) (0.074) = 0.0055 \ mm^2$$

B. J. O'Leary
7/12/83

**GRACE**

Thus fibers with a length greater than a distance halfway between the diameters of the #5 and #6 circles would be counted.

If a Patterson Globe and Circle reticle is used, a different calculation procedure is required. The circle diameters are related as follows. The #25 circle diameter is (0.1) (reticle length).

Thus circle diameters are proportional to the ratio of their numbers. Thus the #20 circle diameter is (20/50) or 0.8 times the #25 circle diameter.

\* NIOSH Technical Report USPHS/NIOSH Membrane Filter Method for Evaluating Airborne Asbestos Fibers, C. 1979.

B. J. O'Leary
7/12/83

**GRACE**                                              Construction Products Division

V.   COUNTING

After the preliminaries of section III have been completed, the slide is
ready to be counted. We count a minimum of 100 fields, or if no fiber
is counted in the 100 fields, we count until we see a fiber (maximum
300 field) to get a statistically reliable figure. The 100 fields are
selected in five random sweeps having ten
stops, and five vertical sweeps with 10 stops each. We stay away as
best we can from the edges, the arc, and the apex of the original pie
shaped segment.

Tremolite has the appearance of a fine "pine needle", very tapered at
each end with a uniform thickness throughout the fiber.

Only those fibers in the left hand square of the porton reticle are
counted. This square constitutes the counting field.

    a)   Count only those fibers that are greater than 5 micrometers
         in length.
    b)   Count only fibers with a length to width ratio of at least 3:1.
    c)   Bundles of fibers are counted as one fiber unless both ends
         of the fibers are distinguishable.
    d)   Fibers that cross through one side of the porton reticle (both
         ends visible, with only one side of the fiber inside the
         reticle) is counted as ½ fiber.
    e)   DO NOT COUNT any fiber crossing two sides of the porton
         reticle.
    f)   Carefully check all faint fiber images, since most asbestos
         fibers are less than 1u in diameter.

Discriminate Counting (J. C. Yang)

When dust samples were collected on the Millipore filters with a fairly
rough textured surface, some of the vermiculite plates were caught
standing on edge, and did not lay flat as plates. This has been
proven by the observation with a scanning microscope equipped with a
tilted stage at A. D. Little. A report is being prepared by them to
illustrate the difference.

Under the optical microscope, the plate on edge looks very much like a
fiber and falls under the NIOSH specification for fiber counting. Grace
has a unique problem: The Libby deposit is the only one which has
the comparable sizes of platy matrix and tremolite fiber contaminant.
Talc deposits may have tremolite, anthophyllite, and chrysotile
impurities, but talc plates are soft and small in size, which are readily
distinguishable from the fibers.

B. J. O'Leary
7/12/83

# GRACE

Optical techniques in general may be used to identify fibers greater than approximately 0.2 to 0.3 μm in diameter, and about 2 μm or longer in length. A vermiculite plate standing on edge shows a "golden hue" which runs closely parallel to the plate, the ends of the vermiculite will also appear to be "chopped" and/or blunt. Another indication is that the optical density of the true fiber is usually uniform and dense when the stage is moved up and down slightly out of focus, the fiber density remains uneffected.

Therefore, discriminate counting should be exercised to avoid counting vermiculite shreds even though they fall under the NIOSH fiber defination.

The counting steps are:

    a.   count all the fibers with the sizes that meet fiber defination.
    b.   for each fiber observe the end of the fiber and see whether there is a golden hue closely parallel to the fiber.
    c.   move the stage up and down to check the uniformity and change in optical density.
    d.   if the fiber has the characteristics described in b and c, don't count.

B. J. O'Leary
7/11/83

**GRACE**                                    Construction Products Division

## VI. CALCULATION OF RESULTS

The calculation of the number of fibers/ml. of air samples is done as follows:

1) The sampling area of Millipore filter paper AAWP03700 is 855 mm² (we have checked this and found it to be correct).

2) Divide the total sampling surface area of the filter paper (855 mm²) by the area of one counting field to get the total number of possible fields the filter paper may be divided into (for Bausch & Lomb) $\div$ .0027 = 316,667

3) Multiply the result in step (2) by the average number of fibers found per field to get the total number of fibers on the whole filter disc.

4) Multiply the total time air was sampled by the pump (in minutes) by the flow rate through the pump (in ml./minute).

5) Divide the result in (3) by the result of (4) to get the final answer in terms of fibers per ml. of air.

These calculations are summarized by the following formula and example.

$$\text{fibers per ml. of air} = \frac{K \times F}{V \times T}$$

where,   $T$ = sampling time in minutes
$V$ = air flow rate through pump in ml. per min.
$F$ = average number of fibers per field
$K$ = total sampling filter disc surface area divided by area within one counting field (both surface areas should be calculated using the same units, i.e., cm² or mm², etc., and only the actual sampling area of the filter paper should be included and not that covered by the upper plastic rim of the cassette).

Example:  Baush & Lomb Microscope

$T$ = 15 minutes
$V$ = 2 liters/min. or 2000 ml/min.
$F$ = 15 fibers/100 fields = 0.15 fiber/field
$K$ = 855 mm² $\div$ 0027 mm² = 316,667

$$\frac{316,667 \times 0.15}{2000 \times 15} = 1.58 \text{ fibers per ml. of air}$$

B. J. O'Leary
7/12/83

**GRACE**

## APPENDIX

1. Add 10 ml. of dimethyl phthalate to 10 ml. of diethyl oxalate in a Balsam bottle and stir thoroughly to get complete mixing (use very clean equipment throughout to avoid contamination).

2. Weight out 1 g. of Millipore AAWP03700 filters (these are the same as the filters used to collect the dust samples) and add a few filters at a time to the Balsam bottle and stir the contents briefly.

3. Repeat the brief agitation every ½ hour until the filter paper has dissolved, leaving a slightly cloudy solution ready for use as the mounting medium.

4. Always cover the Balsam bottle when not preparing or using its contents and store it in a dark place.

5. A new solution should be made up each month.

************************

B. J. O'Leary
7/12/83

# EXHIBIT D

1         IN THE UNITED STATES BANKRUPTCY COURT

2          FOR THE DISTRICT OF DELAWARE

COPY

3

4    In re:                 )Chapter 11

5    W.R. Grace & Co., et al.,   )

6                     )Case No. 01-01139 (JFK)

7                     )

8

9        The discovery deposition of Don Van Cura,

10   taken in the above-entitled cause, before Deanna

11   Amore, a notary public of Cook County, Illinois, on

12   the 30th day of May, 2003, at 200 East Randolph

13   Street, Chicago, Illinois, pursuant to Notice.

14

15

16   Reported by:  Deanna Amore, CSR

17   License No.:  084-003999

18

19

20

21

22

23

24

25

A. WILLIAM ROBERTS, JR., & ASSOCIATES      1

```
 1              APPEARANCES:

 2              RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, by

 3              MR. ROBERT M. TURKEWITZ

 4              1037 Chuck Dawley Boulevard, Building A

 5              Mt. Pleasant, South Carolina 29464

 6              (843) 727-6500

 7                      Representing the Claimants;

 8              REED SMITH, LLP., by

 9              MR. JAMES W. BENTZ

10              435 Sixth Avenue

11              Pittsburgh, Pennsylvania 15219

12              (412) 288-2048

13                      Representing the Respondents.

14

15       ALSO PRESENT:

16              Richard C. Finke

17              W.R. Grace & Co.

18              Senior Litigation Counsel

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2   WITNESS                        EXAMINATION

 3   Mr. Don Van Cura

 4        By Mr. Turkewitz          4, 104

 5        By Mr. Bentz              87

 6

 7

 8

 9

10

11                    E X H I B I T S

12   NUMBER                         MARKED FOR ID

13   Van Cura Deposition Exhibit

14        No. 1                          10

15        No. 2                          14

16        No. 3                          53

17        No. 4                          57

18        No. 5                          72

19

20

21

22

23

24

25
```

1       Q.   When you do renovation work in homes, do you

2    and your workers use respiratory protection?

3       A.   Yes.

4       Q.   What kind of respiratory protection?

5       A.   Everyone has respirators.  They are assigned

6    dust masks as well if they are doing something outside

7    or not fine particulates.  Everyone is required to

8    have a respirator.

9       Q.   What kind of respirator?

10      A.   I don't know the brand name, but they have

11   Hepa filters.  Are primary use or concern for that is

12   to avoid any lead, breathing any lead.

13      Q.   How long have your workers used respirators

14   in the work, in their renovation work?

15      A.   Quite a few years.  I would say over ten

16   years.

17      Q.   And everybody has their own respirator?

18      A.   Yes.

19      Q.   And you train them how to use a respirator?

20      A.   Yes

21      Q.   And have you trained them how to use

22   respirators?

23      A.   Yes.

24      Q.   Where have you received the training from?

25      A.   Numerous recurrent training programs.  It is

                     A. WILLIAM ROBERTS, JR., & ASSOCIATES        52



1    discussed in NARI certification programs.  We have had

2    representatives from OSHA doing courses.  We have had

3    physicians.  We have had a lot of programs over the

4    years, so people have attended the training groups.

5        Q.   And NARI, you are involved with education

6    with NARI so you are familiar with all of these

7    issues; is that right?

8        A.   Yes, I don't know every issue; but I am

9    pretty much on top of them.

10       Q.   You are certainly familiar with the need for

11   using respiratory protection when you are disturbing

12   dust and use of enclosures when you are disturbing

13   dust?

14       A.   Yes.

15       Q.   How many members does NARI have?

16       A.   I believe there is over 5,000 company

17   members.

18            MR. BENTZ:  Take about a five-minute

19   break.

20            MR. TURKEWITZ:  That's fine.

21                 (A short break was taken.)

22   BY MR. TURKEWITZ:

23       Q.   I found that document by the way.

24                      (Whereupon, Van Cura Deposition

25                       Exhibit No. 3 was marked for

            A. WILLIAM ROBERTS, JR., & ASSOCIATES        53

1       A.    Uh-huh.

2       Q.    What was the purpose for taking the pictures

3   that you took?

4       A.    To have it.  Every time we walk into a house,

5   we take photos.  The objective was also to put things

6   back where they belong.

7            MR. TURKEWITZ:  Let's take a short break.

8   I think I may be done.

9                    (A short break was taken.)

10           MR. TURKEWITZ:  Mr. Van Cura, I appreciate

11  you coming in here today for your deposition; and we

12  don't have any further questions for you at this time.

13           MR. BENTZ:  I have a few questions.

14                    EXAMINATION

15  BY MR. BENTZ:

16      Q.    As you obviously know by now, I am Jim Bentz.

17  I represent the bankruptcy of W.R. Grace.  I don't

18  think I will be long here.  Mr. Turkewitz covered an

19  awful lot of what I typically do, so

20  I will try and not repeat anything.  I am sorry if I

21  repeat a little bit.

22                I think based on your discussion with

23  Mr. Turkewitz you have been in the business of

24  remodeling homes for about 30 years.

25      A.    Yes.

1      Q.    Is that a fair estimate?

2      A.    Yes.

3      Q.    And we also talked about, you talked about

4    being active in NARI.  And can you explain some of the

5    purposes of NARI, the organization?

6            MR. TURKEWITZ:  Asked and answered,

7    objection.

8    BY MR. BENTZ:

9      Q.    Give me a little bit more background than you

10   did before in terms of NARI, what it does in terms of

11   education programs and so forth.

12     A.    NARI is an organization made up of remodeling

13   contractors, manufacturers, anyone associated with the

14   remodeling industry.  The intent is to grow the

15   industry and improve the industry's representation

16   also by education, creating programs that help

17   remodelers act as an ally for the public to help

18   people understand how to go about having contracting

19   done, create a good resource and pool of qualified,

20   responsible people.

21     Q.    Does the organization provide education on

22   potentially hazard building materials?

23     A.    It does.

24     Q.    And remodeling homes is your full-time

25   business now?

                A. WILLIAM ROBERTS, JR., & ASSOCIATES          88



1     A.   Yes.

2     Q.   And when your company is involved on a job,

3   do you visit that job one or more times?

4     A.   Yes.

5     Q.   I don't know whether you gave that estimate

6   or not but approximately how many homes do you work on

7   per year?

8     A.   I would guess at about 400 homes.

9     Q.   I think you testified that could be a very

10   small handyman-type job to a large renovation?

11     A.   Right, and let me qualify that and say 400, I

12   am personally not at 400.  Sometimes I have a

13   production manager, lead carpenter will go out for a

14   very small job.  Those are numerous.

15     Q.   Approximately of the 400, how many would you

16   visit in a typical year?

17     A.   I would say a hundred.

18     Q.   Now of the homes that you remodel in a

19   typical year, how many involve remodeling work that

20   affects the attic in some way?

21     A.   It would be -- I could only give a rough

22   percentage.  I would have to say less than 20 percent.

23     Q.   So 80 percent of the projects you have don't

24   affect the attic whatsoever?

25     A.   Correct.

1       Q.    Of the homes you currently remodel,

2    approximately how many were built before 1985?

3       A.    I would think the majority perhaps, again,

4    wild guess, I would say about 90 percent.

5       Q.    Mostly older homes?

6       A.    Yes.

7       Q.    And typically, again, in percentage terms, if

8    you would do it for me, how many of the jobs that you

9    do actually involve disturbance of insulation of any

10   kind in the attic?

11      A.    It is tough, very few.  It would be -- the

12   only time we would get involved with that would be,

13   insulation on the ceilings and below, perhaps the

14   whole house was remodeled but I would be -- 10 percent

15   might be involved in the attic at all.

16      Q.    In your 30-plus years of remodeling homes in

17   this part of the country, you have encountered attic

18   insulation twice; is that correct?

19              MR. TURKEWITZ:  Objection.

20              THE WITNESS:  There is all sort of attic

21   insulation that I have encountered.

22              MR. BENTZ:  Bad question.  Strike that for

23   a number of reasons.

24   BY MR. BENTZ:

25      Q.    You have come across vermiculite attic
                  A. WILLIAM ROBERTS, JR., & ASSOCIATES        90



1    insulation twice; is that correct?

2        A.    Yes.

3        Q.    First being a couple of years ago installing

4    vats?

5        A.    Two vats.

6        Q.    Do you know whether that was Zonolite attic

7    insulation or another brand?

8        A.    I do not remember.

9        Q.    And the only time that you have encountered

10   it existing on a job in your 30 years of remodeling

11   was in the one instance that you mentioned where you

12   found it upon a home inspection?

13       A.    Yes.

14       Q.    And that was within the last several years?

15       A.    In the last couple of years.

16       Q.    You testified you are aware that ZAI

17   contained asbestos?

18       A.    Yes.

19       Q.    ZAI of course being Zonolite attic

20   insulation?

21       A.    Yes.

22       Q.    How did you become aware of that initially?

23       A.    You know, it is very difficult to say.

24   I had a -- I get approximately 30 publications each

25   month of various trade magazines and Journal of Light

1    Construction, Remodeling, Qualified Remodeler.  I can

2    go on and on.  I read one a day.  If I flip through

3    them, I am doing good.  There is in these publications

4    constant information on building products, safety if

5    the magazine is just dedicated to safety.  Or we are

6    on the internet, my company has a safety committee,

7    people that are exploring things.  So we are getting

8    information from all sorts of -- as to when, I

9    couldn't tell you but it has been quite sometime.  We

10   have all been aware of it.

11       Q.    Did you first learn that Zonolite attic

12   insulation may contain asbestos fibers from a trade

13   publication?

14            MR. TURKEWITZ:  Objection, I think he

15   indicated he doesn't know how he came upon that

16   information.

17   BY MR. BENTZ:

18       Q.    At some point you testified about that, you

19   were contacted by Mr. Running about doing the

20   simulation?

21       A.    Yes.

22       Q.    Do you recall that testimony?

23       A.    Yes.

24       Q.    As of that time did you already know that

25   Zonolite attic insulation could contain asbestos

                A. WILLIAM ROBERTS, JR., & ASSOCIATES        92

1    fibers?

2         A.   Yes.

3         Q.   Are you generally aware that older homes can

4    contain a number of different asbestos-containing

5    materials?

6         A.   Yes.

7         Q.   And how did you become aware of that?

8         A.   Same process, being in the industry, from

9    suppliers to publications, to seminars, OSHA

10   information.  We get material safety data sheets.

11        Q.   And in the course of your work with NARI and

12   perhaps other organizations, do you sit and meet with

13   other contractors from time to time?

14        A.   Regularly.

15        Q.   In your experience are other contractors

16   aware of --

17             MR. TURKEWITZ:  Objection.

18   BY MR. BENTZ:

19        Q.   -- the possible presence of

20   asbestos-containing material in the building?

21             MR. TURKEWITZ:  Objection, lack of

22   foundation.

23             THE WITNESS:  Yes, pretty common

24   knowledge.

25   BY MR. BENTZ:

                 A. WILLIAM ROBERTS, JR., & ASSOCIATES          93

1      Q.    In your experience in dealing with other

2   contractors, are they aware that Zonolite attic

3   insulation contained some asbestos fibers?

4             MR. TURKEWITZ:   Objection, lack of

5   foundation.

6   BY MR. BENTZ:

7      Q.    You can answer the question.

8      A.    Yes.

9      Q.    How did you become aware of that?

10      A.    A variety of meetings with contractors, a

11   group I belong to, constant discussions on -- well,

12   one group I belong to is about six different

13   remodeling companies.  We get together monthly to

14   discuss issues that affect the business.  So we are

15   constantly discussing safety, health issues, employee

16   issues, business conflict.  So that alone is a good

17   source of information.

18      Q.    So word of mouth has been one source of

19   information?

20      A.    Yes.

21      Q.    How about a trade publication, can you

22   describe generally -- you subscribe to a number?

23      A.    Yes.

24      Q.    And I think you might have even said 30.  Did

25   I get the number right?

1       A.    Thirty or more publications.

2       Q.    Will those trade publications typically have

3  sections on safety?

4       A.    Yes.

5       Q.    And have they over the years addressed

6  asbestos-containing products?

7       A.    Frequently.

8       Q.    And do you remember instances where they have

9  dealt with the possible presence of asbestos in

10  Zonolite attic insulation?

11       A.    There was a specific article in the Journal

12  of Light Construction some years ago on vermiculite.

13       Q.    And did that article indicate that

14  vermiculite attic insulation contained asbestos

15  fibers?

16       A.    I don't remember specifically, but it was a

17  pretty thorough article.

18       Q.    Thorough article on that product about attic

19  insulation?

20       A.    Yes.

21       Q.    Is it part of your business practice to go on

22  the internet, government work sites, web sites?

23       A.    Constantly.

24       Q.    And what government web sites do you go to?

25       A.    OSHA, been on -- they are almost too
           A. WILLIAM ROBERTS, JR., & ASSOCIATES        95

1    numerous.  There is a link from one to the other, and

2    you can spend all day linking from one group to the

3    other.  But OSHA we frequent.  We will go to various

4    product companies and look at their material safety

5    data sheets.  There is organizations controlling air

6    quality and off the top of my head -- there is many.

7         Q.   Do you periodically go on the EPA web sites?

8         A.   Yes.

9         Q.   And have you had occasion to see in the past

10   several years what EPA said with regard to vermiculite

11   attic insulation?

12        A.   Yes, we periodically go on.  If there is

13   anything we feel our crew may not be aware of or we

14   don't already have documentation on, we will download

15   and print information and distribute it.

16        Q.   Is there anything that we haven't talked

17   about that you can recall being a source of your

18   information on asbestos-containing products?

19             MR. TURKEWITZ:  Objection.

20             THE WITNESS:  I am not sure what we

21   covered but through other contractors, through

22   manufacturers, web sites, journals.  I think that

23   about covers it.

24   BY MR. BENTZ:

25        Q.   I would like to talk just briefly before we
                  A. WILLIAM ROBERTS, JR., & ASSOCIATES        96



1    wrap up here just a couple of minutes about proper

2    work practices.  I take it you have special work

3    practices that you require of your employees when they

4    are going to encounter an operation that's going to

5    create dust; is that correct?

6        A.    Yes.

7        Q.    What is that, what do you require of your

8    workers when they are going to do a task that requires

9    creating dust?

10       A.    Dust control and containment.

11       Q.    All right and can you give me some specifics

12   of how that all works?

13       A.    Sure, that's probably one of the biggest

14   aspects of what we do because we are working in a home

15   where people are living, so we put a lot of focus on

16   not disturbing the owners.  So we will put down

17   protection on the floor.  There is various products

18   for that, everything from a piece of plastic to felt

19   material to rosin paper and cardboard walls will be

20   covered and protected depending on the circumstances.

21   Objects that are not necessary to be in the location

22   will be moved.  Things are covered with plastic bags

23   or Visqueen.

24            There is a company locally here in the

25   Chicagoland area called Protect.  They produce all



1    sorts of material just for that purpose.  We will put

2    coatings on bathtubs to be applied by brush that will

3    create a protection so it doesn't get chipped or

4    dinged.  We have various curtain walls that will

5    separate areas.  We will put filter material on HVAC

6    supply return guts.  We also create a negative

7    pressures in rooms where we are doing dusty work so

8    that we are sure the dust won't go to other areas of

9    the home.

10        Q.    Now, do you take these precautions regardless

11   of what's in the dust or only when you are, say,

12   cutting a particular item?

13        A.    Standard practice regardless of what it is.

14        Q.    Would that also be true with respect to

15   earlier you had testified about your workers being

16   issued respirators?

17        A.    Yes, every one of our employees has a bucket

18   that has required equipment in it.  There is a list

19   that they have to maintain and that is lots of

20   personal protection, gear, everything from fire

21   extinguishers to first aid kit to respirators, Hepa

22   filters, goggles, Tyvac suits, hats, gloves, hard hat,

23   knee pads.  It is amazing what you can get in that

24   bucket.

25        Q.    I take it you give your employees

                A. WILLIAM ROBERTS, JR., & ASSOCIATES        98



1    instructions on all these precautions to take to

2    preclude a mess from being made in your client's home?

3         A.    Yes.

4         Q.    Now is one precaution determining, for

5    example, if you are going cut into a ceiling,

6    determining what's behind that ceiling before you cut

7    into it?

8         A.    Yes.

9         Q.    How would you typically do that?

10        A.    We have access -- we take the least harmful

11   approach.  We want to know what we are digging into

12   for several reasons aside from dust containment.  Just

13   for practicality we want to know what's in the ceiling

14   or wall.  There is several safety issues involved.  As

15   I mentioned earlier about knob and tube wiring, we

16   certainly don't want to cut into a wall if we don't

17   know if there is a bare wire on the other side.  So in

18   the process of doing one thing, we are doing several

19   things.  So we always examine to the extent possible

20   what we are working with.

21        Q.    Let's take the example of you are cutting

22   into a ceiling.  If there is an attic, an unfinished

23   attic above that that you can access, would you

24   typically go and look and see what's above the ceiling

25   before you cut into it?

A. WILLIAM ROBERTS, JR., & ASSOCIATES          99

1       A.   Always.

2       Q.   Would you initially cut a big hole in it?

3       A.   No.

4       Q.   What would you do?

5       A.   An area that we could not access from above,

6    we would do a very small hole.  We have small cameras.

7    We have a lighted inspection tube about a quarter-inch

8    in diameter that you can stick in a wall cavity to see

9    what's inside the wall.  To the degree possible we see

10   what we are getting into.

11      Q.   And one of the reasons you mentioned is you

12   wouldn't want to hit, for example, knob and tube

13   wiring?

14      A.   Correct.

15      Q.   And is it also, is another goal not to create

16   any more of a mess than is necessary?

17      A.   It is always the goal, for economical

18   reasons, I don't want to make a hole that I have to

19   patch if I don't need that hole there.

20      Q.   I think you told Mr. Turkewitz that you did

21   not have occasion out in the field to move vermiculite

22   attic insulation away from a work area.  Do you recall

23   that testimony?

24      A.   That's correct.

25      Q.   Are there other forms of loose fill

1    insulation that you have encountered?

2        A.    Yes.

3        Q.    What has been your procedure with respect to

4    cutting a hole in a ceiling that's got that loose

5    fill, that other kind of loose fill insulation above

6    it?

7        A.    You would always move the insulation away,

8    bag it, remove it, depending on the hole.

9        Q.    Okay.  Why would you do that?

10       A.    So it won't fall through.  It would be a

11    senseless mess.  Much easier to deal with it from an

12    attic side, whether cable vents and we didn't want

13    dust in the home.

14       Q.    In these dust containment measures, do you

15    use that term in the industry, dust containment?

16       A.    Yes, dust control.

17       Q.    In your experience have you seen other

18    contractors that use the methods that you use?

19       A.    Yes.

20       Q.    In your experience are those things

21    necessary?

22       A.    Yes.

23       Q.    Why?

24       A.    I can't imagine a company surviving in our

25    business if they don't take those measures.

                A. WILLIAM ROBERTS, JR., & ASSOCIATES        101

1      Q.    Why can't you imagine not surviving in the

2    business?

3      A.    Because they would be thrown out by the

4    owners.  The economic repercussions of not being neat

5    and clean, the cost of clean up after a mess is far

6    more expensive than to take the measure and control

7    the dust and just economically why to be neat.  It is

8    also an OSHA requirement.  One of the biggest OSHA

9    violations is poor housekeeping.  If things are strewn

10   about or the site is not kept orderly and clean, it is

11   actually an OSHA violation.

12     Q.    Are you saying then in your business judgment

13   being in this business for 30 years, it is less

14   expensive for you to take the precaution up front than

15   to try to fix the mess later?

16     A.    Without a doubt.

17     Q.    And your employees are trained to do that and

18   in fact do that?

19     A.    Yes.

20     Q.    One other question.  Mr. Turkewitz asked you

21   about the simulation in New York.

22     A.    Yes.

23     Q.    I take it you recall today what that attic

24   physically looks like?

25     A.    Yes.

A. WILLIAM ROBERTS, JR., & ASSOCIATES       102

1       Q.    I take it you have been in quite a few attics

2    in your 30 years?

3       A.    Yes.

4       Q.    Any estimate on how many attics you have been

5    in?

6       A.    Hundreds.

7       Q.    Was the attic used in that New York

8    simulation typical of the hundreds of unfinished

9    attics you have seen in the course of your career?

10              MR. TURKEWITZ:   Objection, I don't think

11   he said hundreds of them were unfinished.

12   BY MR. BENTZ:

13      Q.    Let me ask you the question.   Approximately

14   how many unfinished attics?

15      A.    Hundreds.

16      Q.    Okay.  Was the attic that you did the

17   simulation work in in New York typical of the hundreds

18   of unfinished attics you have seen in the course of

19   your 30-year career?

20      A.    In structure, very typical.  As far as

21   vermiculite, very rare.

22      Q.    In that you haven't encountered very many

23   attics with vermiculite?

24      A.    No.

25      Q.    What do you typically see when you go into an
                A. WILLIAM ROBERTS, JR., & ASSOCIATES      103



1   unfinished attic?

2       A.    I can see the back side of the ceiling

3   framing, see the rafters, see insulation of various

4   types.  You might see some drainway stack, plumbing

5   typically is run up through the attic, possibly the

6   back side of some electrical installation.

7       Q.    Is that essentially what you saw when you

8   went into the attic in Albany?

9       A.    Yes.

10              MR. BENTZ:  That's all the questions I

11   have.  Mr. Turkewitz may want to follow up.

12                      FURTHER EXAMINATION

13   BY MR. TURKEWITZ:

14       Q.    We talked about -- you talked about NARI?

15       A.    Yes.

16       Q.    And that it has an educational component and

17   you are involved in that educational component,

18   correct?

19       A.    I am.

20       Q.    How would you describe yourself -- strike

21   that.

22              Would you describe yourself as being a

23   very knowledgeable contractor?

24       A.    The older I get, the dumber I get.

25              But I would say I am confident in my

A. WILLIAM ROBERTS, JR., & ASSOCIATES          104

# EXHIBIT E





Advanced Search

▸ About NIOSH
▸ Contact Us
▸ Databases
▸ Funding
  Opportunities
▸ Health
  Hazard
  Evaluations
▸ Publications
▸ Safety and
  Health Topics
▸ Training



## NIOSH UPDATE

Contact: Fred Blosser (202) 401-3749
May 21, 2003

### NIOSH Recommends Precautions to Curb Possible Exposures of Workers to Asbestos Linked With Vermiculite From Libby, Montana

The National Institute for Occupational Safety and Health (NIOSH) today issued a fact sheet with recommendations for limiting occupational exposures to asbestos associated with vermiculite from Libby, Montana. NIOSH cautions that, in general, any vermiculite that originated from a mine near Libby should be regarded as potentially contaminated with asbestos.

People may be occupationally exposed to vermiculite in work-related activities involving insulation and other construction or home materials, agricultural and horticultural materials such as potting mixes and soil conditioners, brake shoes and pads, and other products. Available data, including information collected and reported by NIOSH to miners and others in Libby in the 1980s, show that vermiculite ore mined near Libby until 1990 was contaminated with asbestos and asbestos-like fibers.

Much of the vermiculite from the mine near Libby was used in the manufacture of Zonolite™ Attic Insulation, but not all Zonolite™ product was made with vermiculite from that same mine. NIOSH's findings and recommendations in the fact sheet, pending additional research and technical assistance that NIOSH is conducting to answer current questions about occupational exposures to vermiculite, include these:

• As with any asbestos-containing or asbestos-contaminated material, the only way to know the amount of asbestos present is to have the material tested. Negative results from testing can be falsely reassuring when less than 1% of the sample is asbestos. Disturbing contaminated vermiculite with less than 1% asbestos can still result in hazardous concentrations of airborne asbestos fibers.

• When a work activity involves vermiculite known or presumed to be contaminated with asbestos, the Occupational Safety and Health Administration's asbestos standards should be consulted.

• If vermiculite is known or presumed to be contaminated with asbestos, general precautions should be followed to limit potential asbestos exposure: Avoiding the handling or

disturbance of loose vermiculite. Isolating work areas with temporary barriers or enclosures. Using wet control methods if feasible. Avoiding use of compressed air for cleaning. Avoiding dry sweeping or other dry clean-up methods. Using disposable protective clothing or clothing that is left in the workplace. Using proper respiratory protection. Disposing of waste and debris in accordance with OSHA and Environmental Protection Agency standards.

- Workers who have had significant past exposure, or have significant on-going exposure, to asbestos, to vermiculite from Libby, or to other asbestos-contaminated materials should consider getting a medical examination from physician who knows about diseases caused by asbestos.

The full fact sheet, NIOSH Recommendations for Limiting Potential Exposures of Workers to Asbestos Associated with Vermiculite from Libby, Montana," DHHS (NIOSH) Publication No. 2003-141, is available by calling the toll-free NIOSH information number 1-800-35-NIOSH (1-800-356-4674). It is also available on the NIOSH web page at www.cdc.gov/niosh/docs/2003-141

NIOSH Home | NIOSH Search | Site Index | Topic List | Contact Us

Case 01-01139-AMC   Doc 4298-1   Filed 08/18/03   Page 83 of 88

NIOSH / Fact Sheet / What is vermiculite?                                          Page 1 of 4



CDC Home    CDC Search    CDC Health Topics A-Z

## FACT SHEET

## NIOSH Recommendations for Limiting Potential Exposures of Workers to Asbestos Associated with Vermiculite from Libby, Montana

The National Institute for Occupational Safety and Health (NIOSH) is the federal agency responsible for conducting research and making recommendations for the prevention of work-related disease and injury. NIOSH is part of the Centers for Disease Control and Prevention (CDC).

### What is vermiculite?

Vermiculite is a mineral that expands when rapidly heated. Expanded vermiculite is used in construction and consumer materials (e.g., loose-fill insulation, acoustic finishes, spray-on insulation, and concrete mixes for swimming pools), agricultural and horticultural products (e.g., potting mixes

and soil conditioners) and in industrial products (e.g., brake shoes and pads, drilling muds, furnaces, and insulation blocks). Expanded vermiculite granules are shaped like small accordions, and vary in color from silver/gold to gray/brown.

Source: US Environmental Protection Agency. Actual size of vermiculite granules can vary substantially

Vermiculite has been an established commercial commodity for well over 50 years, and is currently used throughout the world. Vermiculite ore mined near Libby, Montana, which accounted for more than half the worldwide production of vermiculite from 1925 to 1990, was contaminated with asbestos and asbestos-like fibers. Workplace exposure to these fibers caused a serious health problem in local miners and millers, as well as some downstream workers.

Mining stopped at the mine near Libby in 1990. However, concerns remain about health effects from environmental and other occupational exposures to asbestos-contaminated vermiculite, especially vermiculite that has been installed as loose-fill insulation in homes and other buildings. Much of the vermiculite from the mine near Libby was used in the manufacture of Zonolite™ Attic Insulation. However, not all Zonolite™ product was made with vermiculite from that same mine.

### What health effects are caused by uncontaminated vermiculite?

Based on available information, there is no clear evidence that dust from vermiculite itself causes any serious health effects. Nevertheless, as with any dust, workers should avoid prolonged, high-level exposures. The observed health effects associated with asbestos-contaminated vermiculite can be attributed to contaminant fibers, rather than to vermiculite itself.

Case 01-01139-AMC   Doc 4298-1   Filed 08/18/03   Page 84 of 88

NIOSH / Fact Sheet / What is vermiculite?                                    Page 2 of 4

## What are the health effects caused by asbestos?

Exposure to asbestos can result in a scarring disease of the lung known as asbestosis, inflammation of the chest cavity (pleuritis) with or without fluid build-up, lung cancer, and another type of cancer known as malignant mesothelioma. The risk of these diseases, which can be disabling or fatal, generally increases with intensity and duration of exposure. The risk of lung cancer from inhaling asbestos fibers is also increased in smokers. Most people who get asbestos-related diseases have been exposed to high levels of asbestos for a long time. Most asbestos-related diseases rarely occur until at least 15 years after first exposure to asbestos.

## How can workers be protected from asbestos-contaminated vermiculite?

In general, any vermiculite that originated from the mine near Libby, Montana, should be regarded as potentially contaminated with asbestos. As with any asbestos-containing or asbestos-contaminated material, the only way to know the amount of asbestos present is to have the material tested. Bulk sampling is reliable only when over 1% of the material is asbestos. Negative results from bulk samples can therefore be falsely reassuring when less than 1% of the sample is asbestos. However, disturbing contaminated vermiculite with less than 1% asbestos can still result in hazardous concentrations of airborne asbestos fibers. NIOSH recommends workers consult Occupational Safety and Health Administration (OSHA) asbestos standards for general industry and construction (29 CFR 1910.1001 and 1926.1101) when work will involve vermiculite that is known or presumed to be contaminated with asbestos. Relevant information is posted on the OSHA web site: http://www.osha.gov/SLTC/asbestos/index.html.

If the vermiculite is known or presumed to be contaminated with asbestos, NIOSH recommends the following general guidelines for limiting asbestos exposure:

- Avoid handling or disturbing loose vermiculite
- Isolate work areas with temporary barriers or enclosures to avoid spreading fibers
- Use wet methods, if feasible, to reduce exposure
- Never use compressed air for cleaning
- Avoid dry sweeping, shoveling, or other dry clean-up methods
- Use disposable protective clothing or clothing that is left in the workplace. Do not launder work clothing with family clothing
- Use proper respiratory protection.
- Dispose of waste and debris contaminated with asbestos in leak-tight containers in accordance with OSHA and EPA standards.

## Which respirators should be selected if the vermiculite contains or is presumed to contain asbestos?

When working with vermiculite that is known or presumed to be contaminated with asbestos, proper respiratory protection should be used. When needed to reduce asbestos exposure below the OSHA 8-hour time-weighted average limit of 0.1 fiber/cubic centimeter or OSHA excursion limit of 1.0 fiber/cc averaged over 30 minutes, respirators equipped with high-efficiency (e.g., N100) filters or supplied air respirators should be used. The type of respirator depends upon the airborne concentration of asbestos or conditions of use. Medical clearance and respirator training are also required (29 CFR 1910.134). Disposable respirators or dust masks are not appropriate for avoiding

Case 01-01139-AMC   Doc 4298-1   Filed 08/18/03   Page 85 of 88

NIOSH / Fact Sheet / What is vermiculite?                                    Page 3 of 4

asbestos exposure.

Further information concerning respirators can be found on the NIOSH and OSHA web sites:
http://www.cdc.gov/ niosh/respinfo.html and
http://www.osha.gov/SLTC/respiratoryprotection/index.html.

### What should be done for workers who have had significant exposure to vermiculite from Libby?

Workers who have had significant past exposure, or have significant ongoing exposure to asbestos, to vermiculite from Libby, or to other asbestos-contaminated materials should consider getting a medical exam from a physician who knows about diseases caused by asbestos. The appendices to the OSHA asbestos standard (http://www.osha.gov/SLTC/ asbestos/compliance.html) describe the types of medical tests routinely done for workers exposed to asbestos. Workers who have been exposed and currently smoke should quit smoking. Employers can assist them by offering smoking cessation programs.

### Is NIOSH involved in research or prevention activities relating to asbestos-contaminated vermiculite?

NIOSH is evaluating the potential for asbestos exposure during work with vermiculite from sources other than the mine near Libby. NIOSH is also updating a study of vermiculite workers originally conducted in the 1980s. That study found significant excesses of asbestosis and lung cancer related to contaminant fiber exposures among workers at the vermiculite operations in and around the mine near Libby.

In addition, NIOSH is providing technical assistance to the U.S. Environmental Protection Agency (EPA) and the Agency for Toxic Substances and Disease Registry (ATSDR), which are the lead Federal government agencies for addressing current concerns about community health risks relating to asbestos-contaminated vermiculite from Libby.

While information continues to be gathered, precautions should be taken to minimize the generation and inhalation of dust during the handling of vermiculite known or presumed to be contaminated by asbestos. As with any dust, workers should avoid prolonged high-level exposures.
For further information on NIOSH research, contact NIOSH toll-free at 1-800-35-NIOSH (1-800-356-4674) or visit: www.cdc.gov/niosh.

For additional information, contact NIOSH:
1-800-35-NIOSH
(1-800-356-4674)
Fax: 513-533-8573
or visit the NIOSH Web site:
www.cdc.gov/niosh

DHHS (NIOSH) Publication Number 2003-141
May 2002

This document also available as 2003-141 PDF
The free Adobe Acrobat Reader is required to view PDF files.

Case 01-01139-AMC    Doc 4298-1    Filed 08/18/03    Page 86 of 88

'NIOSH / Fact Sheet / What is vermiculite?                                    Page 4 of 4



NIOSH Home | NIOSH Search | Site Index | Topic List | Contact Us

Date: August 18, 2003

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff (Bar No. 3715)
Scotta E. McFarland (Bar No. 5488)
Paula A. Galbraith (Bar No. 4258)
919 Market Street
16th Floor
Wilmington, DE 19801
Telephone: 302.652.4100
Facsimile: 302.652.4400

CO-COUNSEL FOR DEBTORS

REED SMITH, LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

SPECIAL ASBESTOS COUNSEL FOR
DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Appendix to Reply of W.R. Grace & Co. To ZAI Claimants' Response to Grace's Motion For Summary Judgment** was served this 18th day of August, 2003, via *UPS Overnight Delivery* to:

Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC 29464

Lead Counsel for ZAI Claimants