**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PACHULSKI, STANG, ZIEHL,**
**YOUNG & JONES P.C. FOR THE EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for the Eighth Interim Period.

**BACKGROUND**

1.  Pachulski, Stang, Ziehl, Young & Jones P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $59,932.00 and costs totaling $58,237.47 for its services from January 1, 2003, through March 31, 2003.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Pachulski an initial report based on our review, and received a response from Pachulski, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. In our initial report, we noted that the Application was generally adequately detailed and the time entries free of lumping.

### Specific Time and Expense Entries

4. We further noted a number of instances throughout the Application totaling 2.9 hours and $581.00 that appear to represent duplications. (See Exhibit A) While these entries may reflect repetitive tasks rather than duplications, that is not clear from the descriptions. U.S. Bankruptcy Code § 330 (4)(A)(i), states, [e]xcept as provided in subparagraph (B), the court shall not allow compensation for – (i) unnecessary duplication of services; . . .". We asked Pachulski to clarify the time entries provided in Exhibit A. Pachulski responded as follows:

> Eleven items were noted on Exhibit A to the Initial Report as potential duplicate entries. The entries for PEC, totaling $273.00, were reviewed and it was determined that these time charges are not duplicative, rather they reflect the same type of task performed at different times during the day. The entries for SEM, totaling $83.00, were reviewed and it was determined that these time charges are not duplicative, rather they reflect calls at different times of the day on two distinct issues relating to the agenda. The entries for WLR were not verified as it was determined that the time necessary to retrieve and review the time keeping records could not be justified as the time in question is immaterial. Accordingly, PSZYJW will voluntarily agree to a reduction in fees of $112.50.

We appreciate the response and thus recommend a reduction of $112.50 in fees.

5.	In our initial report, we noted two meal expenses totaling $99.50 for which there is insufficient detail to assess the reasonableness of the costs. The entries are provided below.

| 01/30/2003 | BM | Business Meal-Zanzibar Blue Rest. (CAH) [E111] | $57.00 |
| 01/27/03 | BM | Business meal-Cavanaugh's (LDJ) [E111] | $42.50 |

In each case, we asked Pachulski to provide the number of diners and indicate whether the meal expense was for breakfast, lunch or dinner. Pachulski responded as follows:

> Two meals, totaling $99.50, were noted in the initial report as containing insufficient detail. The detail for these items is as follows:
>
> 1/30/2003 Business Meal- Zanzibar Blue Restaurant ($57.00). This was a meal brought in to PSZYJW to feed 2 attorneys, S. McFarland and P. Galbraith, who were working through dinner on W.R. Grace matters.
>
> 1/27/2003 Business Meal- Cavanaugh's. This was a catered lunch brought into PSZYJW to feed approximately 3 people (including attorneys J. Baer and P. Galbraith, and a client representative) preparing for the hearing on that date or meeting after such hearing.

We appreciate the response and have no objection to these expenses.

## CONCLUSION

6.	Thus, we recommend approval of fees totaling $59,819.50 ($59,932.00 minus $112.50) and costs totaling $58,237.47 for Pachulski's services from January 1, 2003, through March 31, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 19th day of August, 2003.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Laura Davis Jones
Paula Galbraith
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/03 | PEC | Review daily correspondence and pleadings for daily memo re forwarding to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 01/06/03 | PEC | Review daily correspondence and pleadings for daily memo re forwarding to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 01/09/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 01/09/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 01/27/03 | WLR | Correspondence to Ira D. Kharasch regarding status of December 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 01/27/03 | WLR | Correspondence to Ira D. Kharasch regarding status of December 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 01/28/03 | WLR | Correspondence to Liliana Gardiazabal regarding status of December 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 01/28/03 | WLR | Correspondence to Liliana Gardiazabal regarding status of December 2002 fee application. | 0.20 | 375.00 | $75.00 |
| 01/28/03 | WLR | Correspondence to Liliana Gardiazabal regarding status of December 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 02/06/03 | SEM | Telephone conference with Paula A. Galbraith regarding February 24 agenda. | 0.10 | 415.00 | $41.50 |
| 02/06/03 | SEM | Telephone conference with Paula A. Galbraith regarding February 24 agenda. | 0.10 | 415.00 | $41.50 |