IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., et al., | Case No.  01-01139 (JKF)<br>(Jointly Administered) |
| Debtor | Objection Deadline: To be Determined<br>Hearing Date: To be Determined |

## NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  JUNE 30, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2003 through June 30, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $172,865.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $  1,389.90 |

This is an:  _X____ interim  _____ final application

This is the Ninth Quarterly application filed.  Disclosure for all periods is as follows:

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| | | | | | |
| **Totals First Quarterly** | **April 20, 2001 through June 30, 2001** | **$196,005.50** | **$7,094.17** | **$156,804.40** | **$7,094.17** |
| | | | | | |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| | | | | | |
| **Totals Second Quarterly** | **July 1, 2001 through September 30, 2001** | **$247,231.00** | **$7,992.39** | **197,784.80** | **$7,992.39** |
| | | | | | |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| | | | | | |
| **Totals Third Quarterly** | **October 1, 2001 through December 31, 2001** | **$146,678.00** | **$6,540.87** | **$117,342.40** | **$6,540.87** |
| | | | | | |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| | | | | | |
| **Totals Fourth Quarterly** | **January 1, 2002 through March 31, 2002** | **$197,137.00** | **$6,343.22** | **$157,709.60** | **$6,343.22** |
| | | | | | |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**


**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| May 28, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $ 4,657.40 (less adjustment of $126.55 per Exhibit G) | $81,851.20 (80% of requested fees) | $4,530.85 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 28, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | 1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| **Totals Fifth Quarterly** | **April 1, 2002 through June 30, 2002** | **$195,700.00** | **$8,119.58** | **$156,560.00** | **$8,119.58** |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| **Totals Sixth Quarterly** | **July 1, 2002 through September 30, 2002** | **$145,067.00** | **$1,781.28** | **$116,053.60** | **$1,781.28** |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| | | | | | |
| **Totals Seventh Quarterly** | **October 1, 2002 through December 31, 2002** | **$133,591.00** | **$1,116.41** | **$106,872.80** | **$1,116.41** |
| February 28, 2003 | January 1, 2003 through January 31, 2001 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |
| March 31, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| **Totals Eighth Quarterly** | **January 1, 2003 through March 31, 2003** | **$297,288.50** | **$3,865.37** | **$237,830.80** | **$3,865.37** |
| | | | | | |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)</u>**

**ATTACHMENT A**

| | | | | | |
|---|---|---|---|---|---|
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 24, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| **Totals Ninth Quarterly** | **April 1, 2003 through June 30, 2003** | **$172,865.00** | **$1,389.90** | **$138,292.00** | **$1,389.90** |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  JUNE 30, 2003)**

**ATTACHMENT B**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours during the Quarter | Total Compensation for the Quarter |
|---|---|---|---|
| E. Ordway | $595 | 28.1 | $16,719.50 |
| S. Cunningham | $550 | 74.3 | $40,865.00 |
| C. Whitney | $425 | 91.3 | $38,802.50 |
| L. Hamilton | $375 | 180.2 | $67,575.00 |
| J. Schwendeman | $350 | 12.1 | $4,235.00 |
| M. Hakoun | $165 | 10.2 | $1,683.00 |
| N. Backer | $75 | 39.8 | $2,985.00 |
| | | | |
| Grand Total: | | 436.0 | $172,865.00 |
| Blended Rate: | $396 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours for the Quarter | Total Fees for the Quarter |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 45.3 | $20,930.50 |
| 4 | Data Analysis | 303.9 | $129,114.00 |
| 8 | Case Administration | 15.3 | $1,147.50 |
| 9 | Claims Analysis/Objections/Administration (asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 16.3 | $7,677.00 |
| 12 | Employee Benefits/Pension | 16.1 | $6,595.50 |
| 16 | Fee Applications, Applicant | 39.1 | $7,400.50 |
| | | | |
| | Total | 436.0 | $172,865.00 |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses for the Quarter |
|---|---|
| Copies | $930.90 |
| Facsimile Charges | $2.00 |
| Telecommunications | $451.70 |
| Postage, Express Delivery | $5.30 |
| Travel Expenses | $0.00 |
| | |
| Total | $1,389.90 |

**NINTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment") and Del.Bankr.LR 2016-2, of FTI Policano & Manzo ("FTI P&M"),

Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R.

Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-

possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the

amount of $172,865.00 for professional services rendered by FTI P&M as financial advisors for

the Committee, less $31,848.00 previously paid, and (ii) reimbursement for the actual and

necessary expenses incurred by FTI P&M in rendering such services in the amount of $1,389.90,

less $133.70 previously paid, (the "Ninth Quarterly Fee Application"), in each case for the

interim quarterly period from April 1, 2003 through June 30, 2003 (the "Fee Period").  In support

of this Application, FTI P&M respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1.    Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

       professionals may apply for monthly compensation and reimbursement (each such

       application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3.   Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court order dated June 21, 2001 (the "Retention Order"), FTI P&M was retained as financial advisors for the Committee, nunc pro tunc to April 20, 2001. Since its retention, FTI P&M has continuously and vigorously pursued the Committee's interests in these cases.

4. FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related matters, and is an operating unit of FTI Consulting, Inc. Since being retained by the Committee, FTI P&M has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the

Debtors' estates.  FTI P&M respectfully submits that the professional services that it

rendered on behalf of the Committee were necessary and have directly benefited the creditor

constituents represented by the Committee and have contributed to the effective

administration of these cases.

5.   This is the Ninth Quarterly Fee Application for compensation for services rendered that FTI

P&M has filed with the Bankruptcy Court in connection with the representation of the

Committee in these chapter 11 cases.

6.   FTI P&M has filed the following Monthly Fee Applications for interim compensation during

the Fee Period:

   a.   Twenty-fifth application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from April 1, 2003, through April 30, 2003, filed on or about May 31, 2003,
        (the "Twenty-fifth Fee Application") attached hereto as Exhibit D.

   b.   Twenty-sixth application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from May 1, 2003, through May 31, 2003, filed on or about June 30, 2003,
        (the "Twenty-sixth Fee Application") attached hereto as Exhibit E.

   c.   Twenty-seventh application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from June 1, 2003, through June 30, 2003, filed on or about July 24, 2003,
        (the "Twenty-seventh Fee Application") attached hereto as Exhibit F.

FTI P&M has not filed any other Quarterly Fee Applications or Monthly Fee Applications for

the Fee Period.   FTI P&M has received $31,981.70 from the Debtors in payments for the

applications that are part of this quarterly period.

**Description of Services, Fees and Expenses**

7.   During the Ninth Quarterly Interim Period, the Applicant rendered professional services

aggregating a total of 436.0 hours in the discharge of its duties as financial advisor and

bankruptcy consultant to the Committee.  The Applicant is seeking an interim allowance for

compensation of professional services rendered to the Debtors of $172,865.00, representing

100% of fees incurred, and reimbursement of expenses in connection therewith of $1,389.90.

The Applicant, respectfully, submits the following:

a)   The Applicant believes that the interim fees applied for herein for professional services
     rendered in performing accounting and advisory services for the Committee in this
     proceeding are fair and reasonable in view of the time spent, the extent of work
     performed, the nature of the Debtors' capitalization structure and financial condition, the
     Debtors' financial accounting resources and the results obtained.

b)   All expenses were billed at actual cost, exclusive of amortization of the cost of
     investment, equipment or capital outlay.  Internal charges for outgoing out-of-town
     facsimile transmissions were billed at $1.00 per page for domestic transmissions.
     Photocopy charges were billed at actual cost for external copying and $.15 per page for
     internal copying.  FTI P&M believes that these charges reflect its actual out-of-pocket
     costs.

c)   The disbursements and expenses have been incurred in accordance with FTI P&M's
     normal practice of charging clients for expenses clearly related to and required by
     particular matters.  Such expenses were often incurred to enable FTI P&M to devote time
     beyond normal office hours to matters that imposed extraordinary time demands.  FTI
     P&M has endeavored to minimize these expenses to the fullest extent possible.

d)   FTI P&M expended an aggregate of 436.0 hours, substantially all of which was expended
     by the professional staff of FTI P&M.  The work involved, and thus the time expended,
     was carefully assigned in light of the experience and expertise required for a particular
     task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The
     staff of the Debtors or their advisors has been utilized where practical and prudent.

e)   FTI P&M's approach is to utilize senior, experienced personnel and to encourage the
     Debtors to provide the staff-level support and analysis to minimize total cost.  In addition,
     FTI P&M's per diem rates for professionals of comparable experience are 10% to 15%
     lower than its competitors, the "Big-Four" accounting firms and certain other nationally-
     recognized specialty firms.

f) Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

g) Edwin N. Ordway, Jr., Senior Managing Director in charge of this case, directed the activities of the FTI P&M team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i) FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

j) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

k) Annexed hereto as Exhibit B are summaries of fees and hours by professional and by task during the Ninth Quarterly Interim Period.

l) Annexed hereto as Exhibit C is a summary of expenses for the Ninth Quarterly Interim Period.

m) Annexed hereto as Exhibit D, Exhibit E and Exhibit F are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

n) Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

o) As stated in the Affidavit of Edwin N. Ordway, Jr. annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

8. The detail of services provided by FTI P&M during the Fee Period is included in the monthly fee applications attached as Exhibit D, Exhibit E, and Exhibit F. A brief summary of the services provided by FTI P&M during the Fee Period is provided as follows:

a)     Task Code 2 – Business Analysis (Business Plan) (0.0 Hours)

During the Fee Period, no activities were performed in this category.

b)     Task Code 3 – Corporate Finance (Acquisitions) (45.3 Hours)

During the Fee Period, we analyzed two proposed acquisitions by the Debtors and prepared reports for the Committee.

c)     Task Code 4 – Data Analysis (303.9 Hours)

During the Fee Period, we prepared various analyses including, EPA Proofs of Claim, DIP borrowing requirements, the proposed Hatch asbestos fund legislation and asbestos litigation issues. We analyzed the Debtors' most recent 10K filing. We read and analyzed the Debtors' Q1 reporting package and prepared a report to the Committee thereon. We also analyzed the Debtors' cash performance and anticipated DIP draw requirements. We analyzed certain fraudulent conveyance settlements and industry information regarding asbestos legislation.

d)     Task Code 8 – Case Administration (15.3 Hours)

During the Fee Period approximately 15.3 hours was spent by a paraprofessional to organize and distribute case materials to the Committee, as well as downloading and distributing various docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items.

e)     Task Code 9 – Claims Analysis (asbestos) (0.0 Hours)

During the Fee Period, no activities were performed in this category.

f)     Task Code 11 – Creditors Committee (16.3 Hours)

During the Fee Period, we discussed various case issues with Committee members and counsel including, Q1 results of operations, DIP borrowings, two separate acquisitions

and the implications of an intercompany note with respect to one of the acquisitions, and details of the EPA Proofs of Claim.

We also discussed valuation and preference issues, pension funding and cash repatriation issues.  Additionally, we discussed recent asbestos legislative developments, particularly the Hatch bill, with counsel and Committee members.

g)      Task Code 12 – Employee Benefits/Pension (16.1 Hours)

During the Fee Period, we read and analyzed information including the Debtors' 10K report and Trustee report concerning the Debtors' pension plan.   We also analyzed the Debtors' motion regarding pension funding.

h)      Task Code 16 – Fee Applications, Applicant (39.1 Hours)

During the Fee Period we spent approximately 7.9 hours preparing and presenting information related to the Fee Auditor's reports for the Sixth and Seventh Interim Periods.

Professional timekeepers spent approximately 6.7 hours to prepare and file fee applications for the March, April and May interim periods as well as the 8th interim quarterly fee application.  A paraprofessional spent approximately 24.5 hours assisting in the preparation of various fee applications.


## Relief Requested

9.   By this Ninth Quarterly Fee Application, FTI P&M requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FTI P&M for the Fee Period, and as detailed in

the April to June Monthly Applications, less the amounts previously paid to FTI P&M

pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As

stated above, the full scope of services provided and the related expenses incurred are fully

---

[1]    FTI P&M reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2003 period that are not otherwise included in the relevant April through June Monthly Applications.

described in the April through June Monthly Applications, which are attached hereto as Exhibits D, E and F.

## Disinterestedness

10. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") FTI P&M does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

11. FTI P&M may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. FTI P&M disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. FTI P&M will provide supplemental Affidavits when necessary and when FTI P&M becomes aware of material new information.

WHEREFORE, FTI P&M respectfully requests that the Court enter an order, substantially in the form attached hereto,

a) granting FTI P&M an allowance of (i) $172,865.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $31,848.00 previously paid, and (ii) of $1,389.90 for reimbursement of actual and necessary costs and expenses incurred, less $133.70 previously paid, for a net total of $142,273.20 owing and unpaid, for the Fee period from April 1, 2003 through June 30, 2003;

b) authorizing and directing the Debtors to pay to FTI P&M the outstanding amount of such sums; and

c)  granting such other and further relief as this Court may deem just and proper.

Date: <u>July 30, 2003</u>

FTI Policano & Manzo

By _____
    Edwin N. Ordway, Jr.

FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 843-4900

17

**Index to Exhibits**

**Exhibit A**              **Affidavit**

**Exhibit B**              **Summary Schedules of Fees for the Quarter**

**Exhibit C**              **Summary Schedule of Expenses for the Quarter**

**Exhibit D**              **Fee Application for the Period April 1 – April 30, 2003**

**Exhibit E**              **Fee Application for the Period May 1 –  May 31, 2003**

**Exhibit F**              **Fee Application for the Period June 1 – June 30, 2003**

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) Objection Deadline: To Be Determined |
| | Hearing Date: To Be Determined |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1.  I am a Senior Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Ninth Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from April 1, 2003 through and including June 30, 2003 in the aggregate amount of $174,254.90, of which $142,273.20 has not yet been paid.

3.  All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from April 1, 2003 through and including June 30, 2003 and not on behalf of any other person.

4.  In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.   In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR

Sworn to before me this
30th day of July, 2003

Notary Public

PATRICIA E. FOOSE
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 6, 2006

2

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period April 1, 2003 through June 30, 2003

| TASK CODE | TASK | April | May | June | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $          - | $          - | $          - | $          - |
| 3 | Corporate Finance | 13,086.50 | - | 7,844.00 | 20,930.50 |
| 4 | Data Analysis | 21,848.00 | 62,569.50 | 44,696.50 | 129,114.00 |
| 8 | Case Administration | 592.50 | 300.00 | 255.00 | 1,147.50 |
| 9 | Claims Analysis (asbestos) | - | - | - | - |
| 11 | Creditors Committee | 2,521.50 | 3,272.50 | 1,883.00 | 7,677.00 |
| 12 | Employee Benefits/Pension | - | - | 6,595.50 | 6,595.50 |
| 16 | Fee Applications, Applicant | 1,761.50 | 4,229.00 | 1,410.00 | 7,400.50 |
| | TOTAL | $  39,810.00 | $  70,371.00 | $  62,684.00 | $ 172,865.00 |

1 of 6

**Exhibit B**
W.R. GRACE & CO. ET. AL.
Summary of Hours by Project Category by Month
For the Period April 1, 2003 through June 30, 2003

| TASK CODE | TASK | April | May | June | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | - | - | - | - |
| 3 | Corporate Finance | 29.0 | - | 16.3 | 45.3 |
| 4 | Data Analysis | 53.3 | 149.6 | 101.0 | 303.9 |
| 8 | Case Administration | 7.9 | 4.0 | 3.4 | 15.3 |
| 9 | Claims Analysis (asbestos) | - | - | - | - |
| 11 | Creditors Committee | 5.3 | 7.1 | 3.9 | 16.3 |
| 12 | Employee Benefits/Pension | - | - | 16.1 | 16.1 |
| 16 | Fee Applications, Applicant | 9.3 | 19.8 | 10.0 | 39.1 |
| | TOTAL | 104.8 | 180.5 | 150.7 | 436.0 |

2 of 6

**Exhibit B**

GRACE & CO. ET. AL.
Summary of Hours and Fees by Professional
For the Period April 1, 2003 through June 30, 2003

| Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| E. Ordway | 0.0 | 4.4 | 18.8 | 0.0 | 0.0 | 2.6 | 1.9 | 0.4 | 28.1 |
| S. Cunningham | 0.0 | 17.0 | 52.2 | 0.0 | 0.0 | 4.3 | 0.8 | 0.0 | 74.3 |
| C. Whitney | 0.0 | 0.0 | 86.5 | 0.0 | 0.0 | 4.8 | 0.0 | 0.0 | 91.3 |
| L. Hamilton | 0.0 | 23.9 | 124.1 | 0.0 | 0.0 | 4.6 | 13.4 | 14.2 | 180.2 |
| J. Schwendeman | 0.0 | 0.0 | 12.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.1 |
| M. Hakoun | 0.0 | 0.0 | 10.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.2 |
| N. Backer | 0.0 | 0.0 | 0.0 | 15.3 | 0.0 | 0.0 | 0.0 | 24.5 | 39.8 |
| Totals | 0.0 | 45.3 | 303.9 | 15.3 | 0.0 | 16.3 | 16.1 | 39.1 | 436.0 |

| Rate | | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | E. Ordway | $ - | $ 2,618.00 | $ 11,186.00 | $ - | $ - | $ 1,547.00 | $ 1,130.50 | $ 238.00 | $ 16,719.50 |
| $ 550 | S. Cunningham | - | 9,350.00 | 28,710.00 | - | - | 2,365.00 | 440.00 | - | 40,865.00 |
| $ 425 | C. Whitney | - | - | 36,762.50 | - | - | 2,040.00 | - | - | 38,802.50 |
| $ 375 | L. Hamilton | - | 8,962.50 | 46,537.50 | - | - | 1,725.00 | 5,025.00 | 5,325.00 | 67,575.00 |
| $ 350 | J. Schwendeman | - | - | 4,235.00 | - | - | - | - | - | 4,235.00 |
| $ 165 | M. Hakoun | - | - | 1,683.00 | - | - | - | - | - | 1,683.00 |
| $ 75 | N. Backer | - | - | - | 1,147.50 | - | - | - | 1,837.50 | 2,985.00 |
| | Totals | $ - | $ 20,930.50 | $ 129,114.00 | $ 1,147.50 | $ - | $ 7,677.00 | $ 6,595.50 | $ 7,400.50 | $ 172,865.00 |

**Exhibit B**

**W.R. GRACE & CO. ET. AL.**
Summary of Hours and Fees by Category
For the period April 1, 2003 through April 30, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,332.00 | E. Ordway | 0.0 | 1.7 | 3.5 | 0.0 | 0.0 | 0.2 | 0.0 | 0.2 | 5.6 |
| $ 550 | $ 12,100.00 | S. Cunningham | 0.0 | 10.5 | 8.7 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 22.0 |
| $ 375 | $ 22,012.50 | L. Hamilton | 0.0 | 16.8 | 36.4 | 0.0 | 0.0 | 2.3 | 0.0 | 3.2 | 58.7 |
| $ 350 | $ 1,050.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ 280.50 | M. Hakoun | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 |
| $ 75 | $ 1,035.00 | N. Backer | 0.0 | 0.0 | 0.0 | 7.9 | 0.0 | 0.0 | 0.0 | 5.9 | 13.8 |
| | $ 39,810.00 | Totals | 0.0 | 29.0 | 53.3 | 7.9 | 0.0 | 5.3 | 0.0 | 9.3 | 104.8 |

**Exhibit B**

## W.R. GRACE & CO. ET. AL.
### Summary of Hours and Fees by Category
### For the period May 1, 2003 through May 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 3,629.50 | E. Ordway | | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 1.0 | 0.0 | 0.2 | 6.1 |
| $ 550 | $ 12,925.00 | S. Cunningham | | 0.0 | 0.0 | 22.5 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 23.5 |
| $ 425 | $ 23,672.50 | C. Whitney | | 0.0 | 0.0 | 51.4 | 0.0 | 0.0 | 4.3 | 0.0 | 0.0 | 55.7 |
| $ 375 | $ 26,175.00 | L. Hamilton | | 0.0 | 0.0 | 60.2 | 0.0 | 0.0 | 0.8 | 0.0 | 8.8 | 69.8 |
| $ 350 | $ 2,100.00 | J. Schwendeman | | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 165 | $ 759.00 | M. Hakoun | | 0.0 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.6 |
| $ 75 | $ 1,110.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 10.8 | 14.8 |
| | $ 70,371.00 | Totals | | 0.0 | 0.0 | 149.6 | 4.0 | 0.0 | 7.1 | 0.0 | 19.8 | 180.5 |

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Hours and Fees by Category
For the period June 1, 2003 through June 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 9,758.00 | E. Ordway | | 0.0 | 2.7 | 10.4 | 0.0 | 0.0 | 1.4 | 1.9 | 0.0 | 16.4 |
| $ 550 | $ 15,840.00 | S. Cunningham | | 0.0 | 6.5 | 21.0 | 0.0 | 0.0 | 0.5 | 0.8 | 0.0 | 28.8 |
| $ 425 | $ 15,130.00 | C. Whitney | | 0.0 | 0.0 | 35.1 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 35.6 |
| $ 375 | $ 19,387.50 | L. Hamilton | | 0.0 | 7.1 | 27.5 | 0.0 | 0.0 | 1.5 | 13.4 | 2.2 | 51.7 |
| $ 350 | $ 1,085.00 | J. Schwendeman | | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.1 |
| $ 165 | $ 643.50 | M. Hakoun | | 0.0 | 0.0 | 3.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.9 |
| $ 75 | $ 840.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 7.8 | 11.2 |
| | $ 62,684.00 | Totals | | 0.0 | 16.3 | 101.0 | 3.4 | 0.0 | 3.9 | 16.1 | 10.0 | 150.7 |

6 of 6

**Exhibit C**

**Summary Schedule of Expenses for the Quarter**

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2003 through June 30, 2003

| | April | May | June | TOTAL |
|---|---|---|---|---|
| Copies: | | | | |
| Internal | $ 128.40 | $ 501.00 | $ 301.50 | $ 930.90 |
| External | - | - | - | - |
| Facsimile Charges | - | - | 2.00 | 2.00 |
| Telecommunications: | | | | |
| Telephone | - | 187.82 | 83.00 | 270.82 |
| Toll Charges | - | 158.57 | 22.31 | 180.88 |
| Postage, Federal Express | 5.30 | - | | 5.30 |
| Travel Expenses: | | | | |
| Transportation, lodging, tolls and parking | - | - | - | - |
| Meals | - | - | - | - |
| Total Expenses | $ 133.70 | $ 847.39 | $ 408.81 | $ 1,389.90 |

1 of 4

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2003 through April 30, 2003

| | | |
|---|---|---|
| Copies: | | |
|     Internal | $ | 128.40 |
|     External | | |
| Telecommunications: | | |
|     Telephone | | - |
|     Toll Charges | | - |
|     Facsimile | | - |
| Postage, Federal Express, Airborne | | 5.30 |
| Travel Expenses: | | |
|     Transportation, lodging, tolls, parking, mileage | | - |
|     Meals | | - |
|         Total Expenses | $ | 133.70 |

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period May 1, 2003 through May 31, 2003

| | | | |
|---|---|---:|---:|
| Copies: | | | |
| Internal | | $ | 501.00 |
| External | | | |
| Telecommunications: | | | |
| Telephone | | | 187.82 |
| Toll Charges | Subscriptions and online charges | | 158.57 |
| Facsimile | | | - |
| Postage, Federal Express, Airborne | | | |
| Travel Expenses: | | | |
| Transportation, lodging, tolls, parking, mileage | | | - |
| Meals | | | - |
| Total Expenses | | $ | 847.39 |

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period June 1, 2003 through June 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 301.50 |
| External | | |
| Telecommunications: | | |
| Telephone | | 83.00 |
| Toll Charges | * | - |
| Facsimile | | 2.00 |
| Postage, Federal Express, Airborne Express | | 22.31 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Meals | | - |
| Total Expenses | $ | 408.81 |

**Exhibit D**

**Fee Application for the period**

**April 1 – April 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No.  01-01139 (JKF)
                                                (Jointly Administered)

                        Debtors

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors
Date of Retention:                              June 21, 2001

Period for which compensation and              April 1, 2003 through
reimbursement is sought:                        April 30, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $39,810.00):    $31,848.00
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                 $133.70

This is an: __X___ interim  _____ final application

The total time expended for fee application preparation activities is approximately 9.3
hours and corresponding compensation requested is approximately $1,409.20 (80% of the
fees incurred of $1,761.50).  The time expended included approximately 9.3 hours spent
on preparation of the twenty-fourth monthly interim fee application.

This is the twenty-fifth application filed.  Disclosure for prior periods and current period
is as follows:

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 | $133.70 |

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 5.6 | $3,332.00 |
| S. Cunningham | $550 | 22.0 | $12,100.00 |
| L. Hamilton | $375 | 58.7 | $22,012.00 |
| J. Schwendeman | $350 | 3.0 | $1,050.00 |
| M. Hakoun | $165 | 1.7 | $280.50 |
| N. Backer | $ 75 | 13.8 | $1,035.00 |
|  |  |  |  |
| Grand Total: |  | 104.8 | $39,810.00 |
| Blended Rate: | $    380 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 29.0 | $13,086.50 |
| 4 | Data Analysis | 53.3 | $21,848.00 |
| 8 | Case Administration | 7.9 | $592.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 5.3 | $2,521.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 9.3 | $1,761.50 |
|  |  |  |  |
|  | Total | 104.8 | $39,810.00 |

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $128.40 |
| Facsimiles | $0.00 |
| Telecommunications | $0.00 |
| Postage, Express Delivery | $5.30 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
|  |  |
| Total | $133.70 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period April 1, 2003 through April 30, 2003

|  | Total Hours | Billing Rate | | Amount |
|---|---|---|---|---|
| E. Ordway | 5.6 | $ | 595 | 3,332.00 |
| S. Cunningham | 22.0 | $ | 550 | 12,100.00 |
| L. Hamilton | 58.7 | $ | 375 | 22,012.50 |
| J. Schwendeman | 3.0 | $ | 350 | 1,050.00 |
| M. Hakoun | 1.7 | $ | 165 | 280.50 |
| N. Backer | 13.8 | $ | 75 | 1,035.00 |
| TOTAL | 104.8 | | | $ 39,810.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period April 1, 2003 through April 30, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,332.00 | E. Ordway | $ - | $ 1,011.50 | $ 2,082.50 | $ - | $ - | $ 119.00 | - | $ 119.00 | $ 3,332.00 |
| $ 550 | 12,100.00 | S. Cunningham | - | 5,775.00 | 4,785.00 | - | - | 1,540.00 | - | - | 12,100.00 |
| $ 375 | 22,012.50 | L. Hamilton | - | 6,300.00 | 13,650.00 | - | - | 862.50 | - | 1,200.00 | 22,012.50 |
| $ 350 | 1,050.00 | J. Schwenderman | - | - | 1,050.00 | - | - | - | - | - | 1,050.00 |
| $ 165 | 280.50 | M. Hakoun | - | - | 280.50 | - | - | - | - | - | 280.50 |
| $ 75 | 1,035.00 | N. Backer | - | - | - | 592.50 | - | - | - | 442.50 | 1,035.00 |
| $ | 39,810.00 | Totals | $ - | $ 13,086.50 | $ 21,848.00 | $ 592.50 | $ - | $ 2,521.50 | $ - | $ 1,761.50 | $ 39,810.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period April 1, 2003 through April 30, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,332.00 | E. Ordway | 0.0 | 1.7 | 3.5 | 0.0 | 0.0 | 0.2 | 0.0 | 0.2 | 5.6 |
| $ 550 | $ 12,100.00 | S. Cunningham | 0.0 | 10.5 | 8.7 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 22.0 |
| $ 375 | $ 22,012.50 | L. Hamilton | 0.0 | 16.8 | 36.4 | 0.0 | 0.0 | 2.3 | 0.0 | 3.2 | 58.7 |
| $ 350 | $ 1,050.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ 280.50 | M. Hakoun | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 |
| $ 75 | $ 1,035.00 | N. Backer | 0.0 | 0.0 | 0.0 | 7.9 | 0.0 | 0.0 | 0.0 | 5.9 | 13.8 |
| | $ 39,810.00 | Totals | 0.0 | 29.0 | 53.3 | 7.9 | 0.0 | 5.3 | 0.0 | 9.3 | 104.8 |

# Invoice

W.R. GRACE & CO. ET AL.
Summary Descriptions of Tasks by Category*
For the period April 1, 2003 through April 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0 | No activities were performed in this category during this period |
| Corporate Finance | 3 | 29.0 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition "MOB Squad" and prepared our report thereon for the Committee. |
| Data Analysis | 4 | 53.3 | During the Fee Period we read and analyzed the Debtors most recent 10K filing. We read and analyzed the EPA Proof of Claim court filing and prepared summary schedules for the Committee. We analyzed the Debtors' most recent monthly financial statements. In addition, we analyzed information provided by the Debtors with respect to recent DIP borrowing requirements. We also analyzed the details of an intercompany note and related DIP agreement provisions in connection with a proposed acquisition by the Debtors. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 7.9 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 5.3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the status of operations, DIP borrowings, implications of an intercompany note in connection with an acquisition, and the details of the EPA Proof of Claim filing. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 9.3 | During the Fee Period timekeeper Hamilton spent approximately 3.2 hours preparing the March fee application. Timekeeper Ordway spent approximately .2 hours reading and editing the March fee application. Paraprofessionals spent approximately 5.9 hours assisting in preparation of the fee application. |
| Total | | 104.8 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 14

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 15-Apr | 4 | Read and analyzed Company-provided data regarding proposed acquisition. | 0.5 |
| 15-Apr | 4 | Read and analyzed 10K; summarized items for further investigation by staff. | 0.4 |
| 16-Apr | 3 | Prepared and edited report regarding M&A opportunity. | 1.7 |
| 17-Apr | 4 | Edited and prepared report to the Committee regarding EPA Proof of Claim. | 0.9 |
| 22-Apr | 4 | Read and analyzed monthly financial statements and compared results to budget. | 0.8 |
| 23-Apr | 16 | Prepared fee application. | 0.2 |
| 23-Apr | 11 | Called chair to discuss EPA claim issues. | 0.2 |
| 28-Apr | 4 | Read and analyzed memo prepared by counsel regarding asbestos legislation. | 0.5 |
| 30-Apr | 4 | Prepared and edited report to Committee regarding forecasted DIP borrowings. | 0.4 |
| | | **Total Hours** | 5.6 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 3 | Analyzed ModSquad acquisition model. | 1.6 |
| 1-Apr | 4 | Read and analyzed preference data and preliminary summary. | 1.9 |
| 2-Apr | 3 | Analyzed ModSquad acquisition model. | 1.3 |
| 2-Apr | 4 | Read and analyzed EPA proof of claim filing. | 0.7 |
| 4-Apr | 4 | Read and edited EPA proof of claim data and analysis. | 1.0 |
| 7-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 7-Apr | 3 | Analyzed ModSquad acquisition model. | 1.2 |
| 7-Apr | 3 | Prepared analysis and draft report to Committee regarding the ModSquad acquisition. | 1.9 |
| 8-Apr | 11 | Discuss ModSquad with Committee chair. | 1.1 |
| 8-Apr | 11 | Discuss ModSquad with counsel. | 0.4 |
| 14-Apr | 3 | Read and analyzed intercompany note and documentation regarding ModSquad acquisition. | 0.3 |
| 14-Apr | 11 | Discussed intercompany note and ModSquad acquisition with counse | 0.7 |
| 15-Apr | 3 | Read and edited draft report to Committee regarding the ModSquad acquisition. | 1.7 |
| 15-Apr | 3 | Discussed the ModSquad acquisition with Blackstone. | 0.3 |
| 16-Apr | 3 | Finalized analysis of ModSquad and issued report to the Committee. | 1.8 |
| 22-Apr | 4 | Read and analyzed Debtors' update regarding case activities | 2.1 |
| 23-Apr | 4 | Read and analyzed Q1 plan cash flow and prepared analysis regarding proposed DIP borrowing. | 0.2 |
| 24-Apr | 4 | Prepared DIP borrowing analysis. | 1.3 |
| 24-Apr | 11 | Discussed DIP borrowing requirements with council. | 0.6 |
| 28-Apr | 4 | Updated DIP borrowing analysis. | 1.5 |
| | | **Total Hours** | 22.0 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 3 | Read and analyzed ModSquad acquisition model. | 1.6 |
| 1-Apr | 4 | Read and analyzed Debtors' 10k report. | 0.9 |
| 1-Apr | 4 | Prepared distribution of Debtors' operating report to Committee. | 1.0 |
| 1-Apr | 4 | Read and analyzed EPA proof of claims motion. | 1.6 |
| 1-Apr | 11 | Discussed EPA proof of claims and other issues with counsel. | 0.4 |
| 3-Apr | 4 | Prepared analysis of EPA proof of claims. | 3.9 |
| 4-Apr | 4 | Continued to prepare analysis of EPA proof of claims. | 3.1 |
| 4-Apr | 3 | Prepared analysis of ModSquad acquisition. | 1.9 |
| 7-Apr | 3 | Prepared report to Committee regarding ModSquad acquisition. | 2.7 |
| 7-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 7-Apr | 4 | Read and analyzed Debtors' 10k report. | 2.4 |
| 8-Apr | 3 | Continued to prepare ModSquad acquisition report. | 1.0 |
| 8-Apr | 4 | Read and analyzed recent asbestos litigation news reports. | 3.0 |
| 8-Apr | 16 | Prepared March fee application. | 0.2 |
| 8-Apr | 4 | Read and analyzed revised DIP agreement terms. | 2.1 |
| 8-Apr | 4 | Read and analyzed various court docket items. | 0.3 |
| 8-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.4 |
| 8-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 8-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.7 |
| 9-Apr | 4 | Read and analyzed recent asbestos litigation news reports. | 4.0 |
| 9-Apr | 11 | Discussed restricted transactions with counsel. | 0.3 |

| 9-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.2 |
|-------|---|---|-----|
| 10-Apr | 4 | Read and analyzed various court docket items. | 0.3 |
| 10-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.8 |
| 10-Apr | 4 | Continued to prepare analysis of EPA proof of claims. | 2.3 |
| 10-Apr | 4 | Read and analyzed Debtors' 10k report. | 1.7 |
| 11-Apr | 4 | Read and analyzed various court docket items. | 0.4 |
| 14-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.3 |
| 14-Apr | 3 | Read and analyzed intercompany note regarding ModSquad acquisition. | 0.6 |
| 14-Apr | 3 | Updated ModSquad acquisition report for intercompany note information. | 1.1 |
| 15-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.7 |
| 15-Apr | 3 | Continued to prepare ModSquad acquisition report. | 2.8 |
| 15-Apr | 3 | Discussed ModSquad acquisition with Debtors and Blackstone. | 0.3 |
| 16-Apr | 3 | Finalized and distributed ModSquad report to Committee. | 1.2 |
| 16-Apr | 4 | Prepared report regarding EPA proof of claims. | 4.5 |
| 16-Apr | 16 | Prepared March fee application. | 0.3 |
| 17-Apr | 4 | Continued to prepared report regarding EPA proof of claims. | 1.9 |
| 17-Apr | 3 | Prepared for call with Debtors regarding acquisition pipeline. | 0.5 |
| 17-Apr | 3 | Participated in conference call with Debtors regarding acquisition pipeline. | 0.6 |
| 21-Apr | 16 | Continued to prepare March fee application. | 1.1 |
| 21-Apr | 11 | Discussed ModSquad liabilities with counsel. | 0.2 |
| 23-Apr | 4 | Participated in conference call with Debtors regarding DIP | 0.5 |
| 23-Apr | 16 | Continued to prepare March fee application. | 1.1 |
| 23-Apr | 4 | Prepared memo regarding DIP borrowings. | 2.1 |
| 24-Apr | 4 | Prepared follow-up questions to Debtors regarding DIP borrowings. | 0.4 |
| 24-Apr | 16 | Continued to prepare March fee application. | 0.5 |
| | | **Total Hours** | 58.7 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.2 |
| 8-Apr | 4 | Performed analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors | 1.8 |
| | | **Total Hours** | 3.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Apr | 4 | Gathered peer group analyst reports for Q1 03 results, industry forecasts and specialty chemical pricing forecasts. | 1.7 |
| | | **Total Hours** | 1.7 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 1-Apr | 16 | Processed professional fee application for March. | 0.3 |
| 1-Apr | 8 | Prepared distribution of Debtors' monthly report to Committee. | 0.6 |
| 2-Apr | 8 | Prepared distribution of Debtors' monthly report to Committee. | 0.5 |
| 2-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 2-Apr | 16 | Processed professional fee application for March. | 0.4 |
| 3-Apr | 16 | Processed professional fee application for March. | 0.2 |
| 4-Apr | 8 | Filed documents received by team into database. | 0.2 |
| 4-Apr | 16 | Processed professional fee application for March. | 1.0 |
| 7-Apr | 8 | Filed documents received by team into database. | 0.5 |
| 7-Apr | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.2 |
| 8-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 9-Apr | 16 | Processed professional fee application for March. | 0.5 |
| 10-Apr | 16 | Processed professional fee application for March. | 1.2 |
| 11-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 14-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 14-Apr | 16 | Processed professional fee application for March. | 1.4 |
| 15-Apr | 16 | Processed professional fee application for March. | 0.2 |

| | | | |
|---|---|---|---|
| 17-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.5 |
| 21-Apr | 16 | Processed professional fee application for March. | 0.2 |
| 23-Apr | 16 | Proofread professional fee application for March. | 0.5 |
| 24-Apr | 8 | Filed documents received by team into database. | 0.2 |
| 28-Apr | 8 | Filed documents received by team into database. | 1.6 |
| 29-Apr | 8 | Filed documents received by team into database. | 1.6 |
| 29-Apr | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.4 |
| 30-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| | | **Total hours** | 13.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2003 through April 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 128.40 |
| External | | |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | - |
| Facsimile | | - |
| Postage, Federal Express, Airborne | | 5.30 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Meals | | - |
| Total Expenses | $ | 133.70 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period April 1, 2003 through April 30, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 856 | pages @ $0.15/page: | $ | 128.40 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | | | | - |
| Toll Charges: | | Subscriptions and Online research fees | | - |
| Postage, Federal Express: | 25-Apr | Airborne | | 5.30 |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 133.70 |

14 of 14

**Exhibit E**

**Fee Application for the period**

**May 1 – May 31, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

Debtors

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2003 through May 31, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $70,371.00): | $56,296.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $847.39 |

This is an: __X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 19.8 hours and corresponding compensation requested is approximately $3,383.20 (80% of the fees incurred of $4,229.00). The time expended included approximately 3.9 hours spent on preparation of the twenty-fourth and twenty-fifth monthly interim fee applications and approximately 5.1 hours on preparation of the quarterly fee application. In addition, a paraprofessional spent 10.8 hours assisting in the preparation of the various fee applications.

This is the twenty-sixth application filed. Disclosure for prior periods and current period is as follows:

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

**TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)**
**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH  MAY 31, 2003)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 6.1 | $3,629.50 |
| S. Cunningham | $550 | 23.5 | $12,925.00 |
| C. Whitney | $425 | 55.7 | $23,672.50 |
| L. Hamilton | $375 | 69.8 | $26,175.00 |
| J. Schwendeman | $350 | 6.0 | $2,100.00 |
| M. Hakoun | $165 | 4.6 | $759.00 |
| N. Backer | $ 75 | 14.8 | $1,110.00 |
|  |  |  |  |
| Grand Total: |  | 180.5 | $70,371.00 |
| Blended Rate: | $   390 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 149.6 | $62,569.50 |
| 8 | Case Administration | 4.0 | $300.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 7.1 | $3,272.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 19.8 | $4,229.00 |
|  |  |  |  |
|  | Total | 180.5 | $70,371.00 |

5

TWENTY- SIXTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $501.00 |
| Facsimiles | $0.00 |
| Telecommunications | $346.39 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $847.39 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period May 1, 2003 through May 31, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 6.1 | $ 595 | 3,629.50 |
| S. Cunningham | 23.5 | $ 550 | 12,925.00 |
| C. Whitney | 55.7 | $ 425 | 23,672.50 |
| L. Hamilton | 69.8 | $ 375 | 26,175.00 |
| J. Schwendeman | 6.0 | $ 350 | 2,100.00 |
| M. Hakoun | 4.6 | $ 165 | 759.00 |
| N. Backer | 14.8 | $ 75 | 1,110.00 |
| TOTAL | 180.5 | | $ 70,371.00 |

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period May 1, 2003 through May 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,629.50 | E. Ordway | $ - | $ - | $ 2,915.50 | $ - | $ - | $ 595.00 | $ - | $ 119.00 | $ 3,629.50 |
| $ 550 | $ 12,925.00 | S. Cunningham | - | - | 12,375.00 | - | - | 550.00 | - | - | 12,925.00 |
| $ 425 | $ 23,672.50 | C. Whitney | - | - | 21,845.00 | - | - | 1,827.50 | - | - | 23,672.50 |
| $ 375 | $ 26,175.00 | L. Hamilton | - | - | 22,575.00 | - | - | 300.00 | - | 3,300.00 | 26,175.00 |
| $ 350 | $ 2,100.00 | J. Schwendeman | - | - | 2,100.00 | - | - | - | - | - | 2,100.00 |
| $ 165 | $ 759.00 | M. Hakoun | - | - | 759.00 | - | - | - | - | - | 759.00 |
| $ 75 | $ 1,110.00 | N. Backer | - | - | - | 300.00 | - | - | - | 810.00 | 1,110.00 |
| | $ 70,371.00 | Totals | $ - | $ - | $ 62,569.50 | $ 300.00 | $ - | $ 3,272.50 | $ - | $ 4,229.00 | $ 70,371.00 |

2 of 16

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
### For the period May 1, 2003 through May 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 3,629.50 | E. Ordway | | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 1.0 | 0.0 | 0.2 | 6.1 |
| $ 550 | $ 12,925.00 | S. Cunningham | | 0.0 | 0.0 | 22.5 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 23.5 |
| $ 425 | $ 23,672.50 | C. Whitney | | 0.0 | 0.0 | 51.4 | 0.0 | 0.0 | 4.3 | 0.0 | 0.0 | 55.7 |
| $ 375 | $ 26,175.00 | L. Hamilton | | 0.0 | 0.0 | 60.2 | 0.0 | 0.0 | 0.8 | 0.0 | 8.8 | 69.8 |
| $ 350 | $ 2,100.00 | J. Schwenderman | | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 165 | $ 759.00 | M. Hakoun | | 0.0 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.6 |
| $ 75 | $ 1,110.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 10.8 | 14.8 |
| | $ 70,371.00 | Totals | | 0.0 | 0.0 | 149.6 | 4.0 | 0.0 | 7.1 | 0.0 | 19.8 | 180.5 |

Invoice

W. R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period May 1, 2003 through May 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 149.6 | During the Fee Period we read and analyzed data regarding the global settlement, as well as analyzed information regarding the EPA Proof of Claim, and the Hatch asbestos fund legislation. We prepared a report to the Committee regarding 1st Quarter performance and a variance analysis for 1st Quarter results for filed and non-filed entities. We read and analyzed the Debtors April reporting package and compared results to the prior year. In addition, we analyzed information provided by the Debtors with respect to anticipated DIP draw for Q2. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 7.1 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the global settlement, valuation issues, and preference issues. Additionally, we discussed the Debtors' 1st Quarter 2003 performance, and anticipated DIP draw for Q2. Also discussed was the pending asbestos-related legislation, and EPA Proof of Claim filing. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 19.8 | During the Fee Period timekeeper Hamilton spent approximately 0.9 hours preparing the March fee application, 2.8 hours preparing the April fee application and approximately 5.1 hours preparing the quarterly fee application. Timekeeper Ordway spent approximately .2 hours reading and editing the March fee application. Paraprofessionals spent approximately 10.8 hours assisting in preparation of the fee application. |
| Total | | 180.5 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 16

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-May | 16 | Prepared fee application. | 0.2 |
| 1-May | 11 | Called Committee member to discuss case status. | 0.2 |
| 5-May | 4 | Read and analyzed monthly financial statements and prepared list of follow-up points. | 1.1 |
| 7-May | 4 | Read and analyzed data regarding global settlement. | 1.3 |
| 8-May | 4 | Reviewed settlement data and prepared notes to discuss on conference call. | 0.7 |
| 8-May | 11 | Participated in Committee call to discuss various issues, including global settlement. | 0.5 |
| 9-May | 4 | Prepared analysis of financial global settlement impact to Grace. | 0.8 |
| 13-May | 4 | Called Committee member to discuss global settlement. | 0.1 |
| 16-May | 4 | Read and analyzed memorandum prepared by counsel regarding global settlement. | 0.2 |
| 22-May | 11 | Called counsel to discuss valuation issues. | 0.3 |
| 28-May | 4 | Prepared and edited report to Committee regarding first quarter performance. | 0.2 |
| 29-May | 4 | Continued preparation of first quarter report. | 0.5 |
| | | **Total Hours** | 6.1 |

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-May | 4 | Read and analyzed information regarding EPA Proof of claim. | 1.4 |
| 5-May | 4 | Read and analyzed summary analysis of proof of claims. | 1.1 |
| 8-May | 4 | Read and analyzed information pertaining to Debtors' anticipated DIP draw for Q2. | 1.8 |
| 8-May | 11 | Discussed information pertaining to Debtors' anticipated DIP draw for Q2 with counsel and chair. | 1.0 |
| 9-May | 4 | Read and analyzed preliminary financial information for Q1. | 0.9 |
| 9-May | 4 | Prepared analysis of Q1 performance versus peer companies. | 2.1 |
| 12-May | 4 | Prepared analysis of Q1 results versus plan in preparation for Debtors' conference call. | 3.2 |
| 15-May | 4 | Read and analyzed Debtors' information regarding Q1 earnings shortfall (U.S.) and request for DIP draw. | 1.8 |
| 16-May | 4 | Read and analyzed Q1 sales, income and expense analyses and prepared summary for report to the Committee. | 1.9 |
| 16-May | 4 | Read and analyzed data regarding Preference analysis. | 0.6 |
| 19-May | 4 | Prepared information request regarding additional data for Q1 financials. | 2.0 |
| 20-May | 4 | Prepared variance analysis Q1 results for filed and non filed entities. | 1.6 |
| 28-May | 4 | Read and analyzed information regarding Hatch asbestos fund legislation. | 1.8 |
| 30-May | 4 | Read and analyzed Debtors' April reporting package and compared results to prior year. | 2.3 |
| | | **Total Hours** | 23.5 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-May | 4 | Read and analyzed discussion materials pertaining to pending asbestos litigation. | 2.3 |
| 7-May | 11 | Attended meeting with counsel and Navigant Consulting to discuss the status of pending asbestos-related legislation. | 1.6 |
| 8-May | 4 | Engaged in phone conversations with team members regarding case status. | 0.3 |
| 8-May | 11 | Participated in Committee conference call. | 0.8 |
| 12-May | 4 | Prepared an analysis of 1st quarter 2003 cash flows compared to the Debtors' operating plan. | 1.7 |
| 12-May | 4 | Read the Debtors' 1st quarter 2003 financial statements and related discussion materials. | 4.1 |
| 12-May | 4 | Prepared a list of questions pertaining to first quarter 2003 performance to discuss with the Debtors. | 1.1 |
| 14-May | 11 | Participated in a conference call with the Debtors to discuss 1st quarter 2003 performance. | 1.3 |
| 19-May | 4 | Prepared an outline of the report to the Committee pertaining to 1st quarter 2003 performance and a summary of key messages. | 4.8 |
| 22-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 7.5 |
| 22-May | 11 | Participated in a phone conversation with the Debtors to discuss revisions to the cash flow projections. | 0.6 |
| 23-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 3.6 |
| 27-May | 4 | Read and analyzed 1st quarter 2003 performance data provided by the Debtors. | 6.2 |
| 28-May | 4 | Drafted report to the Committee pertaining to 1st quarter 2003 performance. | 6.9 |

| | | | |
|---|---|---|---|
| 29-May | 4 | Continued to draft report to the Committee pertaining to 1st quarter 2003 performance. | 6.5 |
| 30-May | 4 | Continued to draft report to the Committee pertaining to 1st quarter 2003 performance. | 6.4 |
| | | **Total Hours** | 55.7 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-May | 11 | Discussed EPA Proof of Claim and DIP borrowings with counsel. | 0.5 |
| 2-May | 4 | Read and analyzed EPA Proof of Claim motion detail. | 1.9 |
| 2-May | 16 | Prepared summary worksheet for interim period for fee auditors. | 2.1 |
| 2-May | 4 | Revised EPA Proof of Claim analysis. | 2.3 |
| 2-May | 4 | Read and analyzed various court docket items. | 0.7 |
| 5-May | 16 | Prepared March fee application. | 0.9 |
| 7-May | 4 | Read and analyzed various court docket items. | 1.4 |
| 7-May | 16 | Prepared quarterly fee application. | 2.1 |
| 7-May | 16 | Continued to prepare quarterly fee application. | 0.8 |
| 7-May | 4 | Read and analyzed Q1 financial information provided by Debtors. | 1.7 |
| 13-May | 4 | Prepared for conference call with Debtors regarding Q1 performance. | 0.5 |
| 14-May | 4 | Participated in conference with Debtors regarding Q1 performance. | 1.0 |
| 14-May | 4 | Read and analyzed Q1 financial information provided by Debtors. | 3.3 |
| 14-May | 16 | Finalized and distributed quarterly fee application. | 0.1 |
| 15-May | 4 | Prepared schedules for report regarding Q1, including sales and gross margin bridges. | 5.7 |
| 15-May | 4 | Read and analyzed preference items at request of counsel. | 1.3 |
| 16-May | 11 | Discussed preference items with counsel. | 0.3 |
| 19-May | 4 | Continued to analyze Q1 information and prepare schedules for inclusion in report to the Committee. | 1.9 |
| 21-May | 16 | Prepared April fee application. | 0.7 |

| | | | |
|---|---|---|---|
| 22-May | 16 | Continued to prepare April fee application. | 1.2 |
| 22-May | 4 | Prepared for conference call with Debtors regarding follow-up questions for Q1. | 0.6 |
| 22-May | 4 | Participated in conference call with Debtors regarding Q1. | 0.4 |
| 22-May | 4 | Continued to prepare analyses for Q1 report to the Committee, including Corporate expenses and EBITDA. | 2.8 |
| 23-May | 4 | Continued to prepare analyses for Q1 report. | 3.2 |
| 23-May | 4 | Continued to prepare analyses and commentary for Q1 report. | 5.3 |
| 27-May | 4 | Prepared "sensitized" EBITDA analysis for Q1 report. | 2.1 |
| 27-May | 4 | Updated commentary for Q1 report. | 2.7 |
| 27-May | 4 | Prepared discussion of environmental and asbestos issues for inclusion in Q1 report. | 1.5 |
| 27-May | 16 | Continued to prepare April fee application. | 0.9 |
| 28-May | 4 | Prepared analysis of divisional results for Q1 report. | 7.6 |
| 29-May | 4 | Continued to prepare "sensitized" EBITDA analysis. | 7.0 |
| 30-May | 4 | Continued to prepare schedules and commentary for inclusion in Q1 report to the Committee. | 4.9 |
| 30-May | 4 | Distributed Debtors' April report package to the Committee. | 0.4 |
| | | **Total Hours** | 69.8 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-May | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.9 |
| 9-May | 4 | Analyzed recent economic releases and impact on heavy construction and asbestos-related industries. | 0.8 |
| 9-May | 4 | Analyzed recent analyst reports concerning heavy construction and asbestos-related industries regarding industry growth forecasts. | 1.3 |
| 27-May | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 2.0 |
| | | **Total Hours** | 6.0 |

# Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Matt Hakoun
### For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 28-May | 4 | Researched polyvinyl chloride (PVC) and vinyl chloride (VC) emissions in the United States including determination of top producers. | 1.1 |
| 28-May | 4 | Researched and analyzed various PVC/VC exposure cases and litigation. Gathered informational releases from the EPA and HHS regarding VC. | 1.2 |
| 28-May | 4 | Read and analyzed latest new releases concerning the Debtors. | 0.5 |
| 28-May | 4 | Researched and analyzed EPA warning concerning vermiculite insulation in homes. | 1.8 |
| | | **Total Hours** | 4.6 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period May 1, 2003 through May 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.6 |
| 2-May | 16 | Processed time descriptions for inclusion in March fee application. | 0.4 |
| 5-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 5-May | 16 | Proofread March fee application. | 0.3 |
| 6-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 7-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 8-May | 8 | Prepared distribution of report to Committee. | 0.5 |
| 12-May | 16 | Processed time descriptions for inclusion in April fee application. | 0.3 |
| 13-May | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 14-May | 16 | Processed time descriptions for inclusion in April fee application. | 2.5 |
| 15-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.2 |
| 19-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.2 |
| 20-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.7 |
| 21-May | 16 | Processed time descriptions for inclusion in April fee application. | 2.0 |
| 22-May | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 0.3 |
| 27-May | 16 | Processed time descriptions for inclusion in April fee application. | 1.7 |

| | | | |
|---|---|---|---:|
| 29-May | 8 | Described and filed items received by team members into case database. | 1.1 |
| 29-May | 8 | Photocopied articles for team members. | 0.4 |
| 30-May | 16 | Processed time descriptions for inclusion in April fee application. | 0.7 |
| | | **Total Hours** | 14.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period May 1, 2003 through May 31, 2003

| | | | |
|---|---|---|---|
| Copies: | | | |
| Internal | | $ | 501.00 |
| External | | | |
| Telecommunications: | | | |
| Telephone | | | 187.82 |
| Toll Charges | Subscriptions and online charges | | 158.57 |
| Facsimile | | | - |
| Postage, Federal Express, Airborne | | | |
| Travel Expenses: | | | |
| Transportation, lodging, tolls, parking, mileage | | | - |
| Meals | | | - |
| Total Expenses | | $ | 847.39 |

**Invoice**

\CE & CO. ET. AL.
nses by Type of Expense
1, 2003 through May 31, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 3,340 | pages @ $0.15/page: | $ | 501.00 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | 3/31/03 | E. Ordway  * | 12.02 | |
| | 4/30/03 | E. Ordway  * | 17.52 | |
| | 5/1/03 | E. Ordway | 17.10 | |
| | Telephone | | 141.18 | |
| | | | | 187.82 |
| Toll Charges: | Subscriptions and Online research fees | | | 158.57 |
| Postage, Federal Express: | | | | - |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 847.39 |

\* Telephone charges from prior periods and not previously billed.

**Exhibit F**

**Fee Application for the period**

**June 1 –  June 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                     Chapter 11

W.R. GRACE & Co., et al.,                  Case No.  01-01139 (JKF)
                                           (Jointly Administered)

            Debtors

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

Name of Applicant:                         FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                           Unsecured Creditors
Date of Retention:                         June 21, 2001

Period for which compensation and          June 1, 2003 through
reimbursement is sought:                   June 30, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $62,684.00):      $50,147.20
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                   $408.81

This is an: _X____ interim  _____ final application

The total time expended for fee application preparation activities is approximately 10.0
hours and corresponding compensation requested is approximately $1,128.00 (80% of the
fees incurred of $1,410.00).  The time expended included approximately 10.0 hours spent
on preparation of the twenty-sixth monthly interim fee application, including 7.8 hours
spent by a paraprofessional assisting in the preparation of the fee application.

This is the TWENTY-SEVENTH application filed.  Disclosure for prior periods and
current period is as follows:

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 16.4 | $9,758.00 |
| S. Cunningham | $550 | 28.8 | $15,840.00 |
| C. Whitney | $425 | 35.6 | $15,130.00 |
| L. Hamilton | $375 | 51.7 | $19,387.50 |
| J. Schwendeman | $350 | 3.1 | $1,085.00 |
| M. Hakoun | $165 | 3.9 | $643.50 |
| N. Backer | $ 75 | 11.2 | $840.00 |
| | | | |
| Grand Total: | | 150.7 | $62,684.00 |
| Blended Rate: | $416 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 16.3 | $7,844.00 |
| 4 | Data Analysis | 101.0 | $44,696.50 |
| 8 | Case Administration | 3.4 | $255.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 3.9 | $1,883.00 |
| 12 | Employee Benefits/Pension | 16.1 | $6,595.50 |
| 16 | Fee Applications, Applicant | 10.0 | $1,410.00 |
| | | | |
| | Total | 150.7 | $62,684.00 |

5

TWENTY-SEVENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $301.50 |
| Facsimiles | $2.00 |
| Telecommunications | $83.00 |
| Postage, Express Delivery | $22.31 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $408.81 |

6

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period June 1, 2003 through June 30, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 16.4 | $ 595 | 9,758.00 |
| S. Cunningham | 28.8 | $ 550 | 15,840.00 |
| C. Whitney | 35.6 | $ 425 | 15,130.00 |
| L. Hamilton | 51.7 | $ 375 | 19,387.50 |
| J. Schwendeman | 3.1 | $ 350 | 1,085.00 |
| M. Hakoun | 3.9 | $ 165 | 643.50 |
| N. Backer | 11.2 | $ 75 | 840.00 |
| TOTAL | 150.7 | | $ 62,684.00 |

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period June 1, 2003 through June 30, 2003

| Rate | Fees Per Professional | Professional | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 9,758.00 | E. Ordway | $ - | $ 1,606.50 | $ 6,188.00 | $ - | $ - | $ 833.00 | $ 1,130.50 | $ - | $ 9,758.00 |
| $ 550 | 15,840.00 | S. Cunningham | - | 3,575.00 | 11,550.00 | - | - | 275.00 | 440.00 | - | 15,840.00 |
| $ 425 | 15,130.00 | C. Whitney | - | - | 14,917.50 | - | - | 212.50 | - | - | 15,130.00 |
| $ 375 | 19,387.50 | L. Hamilton | - | 2,662.50 | 10,312.50 | - | - | 562.50 | 5,025.00 | 825.00 | 19,387.50 |
| $ 350 | 1,085.00 | J. Schwendeman | - | - | 1,085.00 | - | - | - | - | - | 1,085.00 |
| $ 165 | 643.50 | M. Hakoun | - | - | 643.50 | - | - | - | - | - | 643.50 |
| $ 75 | 840.00 | N. Backer | - | - | - | 255.00 | - | - | - | 585.00 | 840.00 |
| | $ 62,684.00 | Totals | $ - | $ 7,844.00 | $ 44,696.50 | $ 255.00 | $ - | $ 1,883.00 | $ 6,595.50 | $ 1,410.00 | $ 62,684.00 |

2 of 15

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period June 1, 2003 through June 30, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 9,758.00 | E. Ordway | 0.0 | 2.7 | 10.4 | 0.0 | 0.0 | 1.4 | 1.9 | 0.0 | 16.4 |
| $ 550 | $ 15,840.00 | S. Cunningham | 0.0 | 6.5 | 21.0 | 0.0 | 0.0 | 0.5 | 0.8 | 0.0 | 28.8 |
| $ 425 | $ 15,130.00 | C. Whitney | 0.0 | 0.0 | 35.1 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 35.6 |
| $ 375 | $ 19,387.50 | L. Hamilton | 0.0 | 7.1 | 27.5 | 0.0 | 0.0 | 1.5 | 13.4 | 2.2 | 51.7 |
| $ 350 | $ 1,085.00 | J. Schwendeman | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.1 |
| $ 165 | $ 643.50 | M. Hakoun | 0.0 | 0.0 | 3.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.9 |
| $ 75 | $ 840.00 | N. Backer | 0.0 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 7.8 | 11.2 |
| | $ 62,684.00 | Totals | 0.0 | 16.3 | 101.0 | 3.4 | 0.0 | 3.9 | 16.1 | 10.0 | 150.7 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period June 1, 2003 through June 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 16.3 | During the Fee Period we read and analyzed information pertaining to the Argonaut acquisition, as well as discussed the information with Counsel. We also prepared a report to the Committee regarding the acquisition. |
| Data Analysis | 4 | 101.0 | During the Fee Period we read and analyzed data regarding the draft bill brought by Senator Hatch, Nelson etc. related to proposed establishment of a trust to settle asbestos litigation. In addition we read and analyzed Q1 quarterly report and results of operation versus Plan and prior year. We prepared additional analyses regarding cash flow performance versus plan. During the fee period we read and analyzed the Honeywell settlement and discussed details with the Debtors, as well as read the report regarding Fresenius settlement. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 3.4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 3.9 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the hypothetical recovery analysis, first quarter performance, pension funding motion, and the Argonaut acquisition. |
| Employee Benefits/Pension | 12 | 16.1 | Read and analyzed 10K and Trustee report disclosure regarding Debtor's pension plans. Also, we read and analyzed the Debtors' motion regarding Pension funding and prepared a report thereon. |
| Fee Applications, Applicant | 16 | 10.0 | During the Fee Period timekeeper Hamilton spent approximately 2.2 hours preparing the May fee application. A paraprofessional spent approximately 7.8 hours assisting in preparation of the fee application. |
| Total | | 150.7 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 2-Jun | 4 | Prepared and edited report to the Committee regarding 1st Quarter performance. | 1.1 |
| 3-Jun | 11 | Read and analyzed amended Committee by-laws and called Chair to discuss same. | 0.5 |
| 3-Jun | 4 | Analyzed Honeywell settlement documents and summarized points for follow-up by staff. | 0.3 |
| 6-Jun | 3 | Read data regarding potential acquisition and summarized steps to be performed by staff. | 1.2 |
| 9-Jun | 4 | Prepared and edited report regarding first quarter performance. | 2.6 |
| 9-Jun | 4 | Read, analyzed and edited report regarding asbestos news and recent court actions. | 2.2 |
| 10-Jun | 4 | Read and analyzed Fresenius settlement and quantified impact to creditors' recovery. | 1.6 |
| 10-Jun | 4 | Continued to prepare and edit report on first quarter operating performance. | 1.3 |
| 11-Jun | 4 | Reviewed final draft of report for the Committee regarding the first quarter performance. | 0.9 |
| 18-Jun | 12 | Analyzed pension information and advised staff regarding content of report to Committee on same. | 1.1 |
| 18-Jun | 12 | Read and analyzed 10-K and Trustee report disclosure regarding Debtors' pension plans. | 0.8 |
| 20-Jun | 4 | Read and analyzed report from Navigant regarding Hatch bill. | 0.4 |
| 24-Jun | 3 | Prepared and edited report regarding a potential acquisition. | 0.3 |
| 24-Jun | 11 | Called Committee member to discuss recent operating performance. | 0.2 |

| 25-Jun | 3 | Prepared and edited report to Committee regarding a proposed acquisition. | 1.2 |
| 27-Jun | 11 | Read and analyzed counsel's memo regarding avoidance actions and called the Chair to discuss. | 0.7 |
| | | **Total Hours** | 16.4 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jun | 4 | Read and analyzed draft bill brought by Senator Hatch, Nelson etc, related to proposed establishment of a trust to settle asbestos litigation. | 4.8 |
| 3-Jun | 4 | Read and analyzed Q1 quarterly report and results of operation versus Plan and prior year. | 2.7 |
| 3-Jun | 4 | Read and analyzed Honeywell settlement. | 1.8 |
| 4-Jun | 4 | Revised hypothetical recovery analysis. | 2.2 |
| 4-Jun | 11 | Discussed revised hypothetical recovery analysis with counsel. | 0.5 |
| 5-Jun | 4 | Read Q1 data and prepared analysis for report to the Committee. | 2.2 |
| 6-Jun | 3 | Read and analyzed preliminary information regarding potential acquisition. | 3.3 |
| 11-Jun | 4 | Read report regarding Fresenius settlement. | 1.0 |
| 12-Jun | 4 | Read and edited Q1 operating report to Committee. | 1.6 |
| 12-Jun | 4 | Prepared additional analysis regarding cash flow performance versus plan. | 2.4 |
| 19-Jun | 12 | Read information pertaining to motion to fund pension. | 0.8 |
| 20-Jun | 3 | Read information related to Argonaut acquisition. | 1.4 |
| 23-Jun | 3 | Read draft report to Committee regarding Argonaut acquisition. | 0.9 |
| 23-Jun | 3 | Discussed Argonaut acquisition with counsel. | 0.5 |
| 24-Jun | 3 | Read and edited final report to Committee regarding Argonaut acquisition. | 0.4 |
| 24-Jun | 4 | Read and analyzed Q1 performance data. | 2.3 |
| | | **Total Hours** | 28.8 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jun | 4 | Drafted report to the Committee pertaining to 1st quarter 2003 performance. | 3.2 |
| 4-Jun | 4 | Read Honeywell ruling and discussed with Debtors' management. | 1.3 |
| 5-Jun | 4 | Drafted report to the Committee pertaining to 1st quarter 2003 performance. | 4.8 |
| 6-Jun | 4 | Researched and accumulated information pertaining to other asbestos related bankruptcies. | 6.4 |
| 9-Jun | 4 | Read and analyzed information pertaining to other asbestos-related bankruptcies. | 3.7 |
| 10-Jun | 4 | Updated report to the Committee pertaining to 1st quarter 2003 performance to reflect reviewer comments. | 4.4 |
| 13-Jun | 11 | Discussed report with Committee chair and distributed final report to the Committee. | 0.5 |
| 27-Jun | 4 | Read and analyzed information pertaining to other asbestos-related bankruptcies. | 5.2 |
| 30-Jun | 4 | Read and analyzed information pertaining to other asbestos-related bankruptcies. | 6.1 |
| | | **Total Hours** | 35.6 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 4 | Prepared Q1 quarterly report. | 2.0 |
| 4-Jun | 4 | Analyzed Honeywell settlement (RT. 440) and discussed details with the Debtors. | 1.1 |
| 4-Jun | 4 | Continued to prepare Q1 quarterly report. | 1.2 |
| 4-Jun | 3 | Read preliminary information regarding Argonaut acquisition and prepared questions for the Debtors. | 3.8 |
| 4-Jun | 4 | Read and analyzed various court docket items. | 0.4 |
| 5-Jun | 3 | Continued to analyze information regarding Argonaut acquisition. | 1.2 |
| 5-Jun | 16 | Prepared May fee application. | 0.7 |
| 5-Jun | 4 | Read and analyzed recent asbestos news articles pertaining the the Hatch bill. | 1.4 |
| 5-Jun | 4 | Updated sensitivity analysis section of Q1 report. | 1.1 |
| 9-Jun | 4 | Prepared summary report regarding latest asbestos news and court actions. | 4.1 |
| 10-Jun | 4 | Read and analyzed Stroock memo regarding Fresenius settlement. | 3.8 |
| 10-Jun | 4 | Updated Q1 report for management comments. | 1.7 |
| 11-Jun | 4 | Continued to update Q1 report. | 1.4 |
| 18-Jun | 4 | Read and analyzed various communications from counsel regarding acquisition and pension funding issues. | 0.3 |
| 18-Jun | 4 | Prepared summary of Argonaut acquisition information. | 1.4 |
| 18-Jun | 12 | Read and analyzed draft pension funding motion provided by the Debtors. | 3.9 |
| 18-Jun | 11 | Participated in conference call with Debtors regarding pension motion. | 0.5 |

| Date | | Description | Hours |
|---|---|---|---|
| 18-Jun | 12 | Prepared draft report to Committee regarding pension motion. | 2.4 |
| 19-Jun | 12 | Prepared schedules analyzing proposed pension payments by Debtors for inclusion in report to the Committee. | 4.2 |
| 19-Jun | 4 | Read and analyzed various court docket items. | 0.6 |
| 20-Jun | 12 | Updated pension motion report to Committee. | 1.4 |
| 20-Jun | 16 | Continued to prepare May fee application. | 1.1 |
| 20-Jun | 4 | Read and analyzed additional information regarding Argonaut acquisition and prepared report thereon. | 0.4 |
| 23-Jun | 16 | Continued to prepare May fee application. | 0.4 |
| 23-Jun | 11 | Discussed pension funding motion with counsel. | 0.5 |
| 23-Jun | 12 | Revised pension funding motion report to reflect counsel's comments. | 1.5 |
| 23-Jun | 11 | Discussed Argonaut acquisition with counsel. | 0.3 |
| 24-Jun | 3 | Updated Argonaut acquisition report to reflect counsel's comments. | 2.1 |
| 24-Jun | 11 | Discussed Argonaut report revisions with counsel. | 0.2 |
| 26-Jun | 4 | Read and analyzed Debtors' monthly operations report for April. | 2.8 |
| 30-Jun | 4 | Continued to read and analyze Debtors' monthly operations report for April, including divisional results and cash flow information. | 3.8 |
| | | **Total Hours** | 51.7 |

# Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Jun | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.1 |
| 15-Jun | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos related industry. | 0.8 |
| 30-Jun | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.2 |
| | | **Total Hours** | 3.1 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Jun | 4 | Researched debt capacity for specialty chemical peer group companies.  Prepared leverage multiple analysis. | 1.3 |
| 24-Jun | 4 | Researched asbestos related news & Senate asbestos "fairness" bill. | 0.8 |
| 30-Jun | 4 | Researched leverage ratios on investment grade specialty chemical companies from top tier rating agencies. | 1.8 |
| | | | 3.9 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period June 1, 2003 through June 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jun | 8 | Printed out certain case documents at request of team member. | 0.2 |
| 4-Jun | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 5-Jun | 8 | Prepared distribution of monthly report to Committee. | 0.3 |
| 6-Jun | 16 | Processed time descriptions for inclusion in May fee application. | 2.0 |
| 10-Jun | 16 | Processed time descriptions for inclusion in May fee application. | 1.0 |
| 13-Jun | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 17-Jun | 16 | Processed time descriptions for inclusion in May fee application. | 1.3 |
| 18-Jun | 16 | Processed time descriptions for inclusion in May fee application. | 1.0 |
| 19-Jun | 16 | Proofread and edited professional fee application for May. | 0.9 |
| 19-Jun | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 20-Jun | 16 | Proofread professional fee application for May. | 0.4 |
| 24-Jun | 8 | Described and filed items received by team into case database. | 1.8 |
| 25-Jun | 16 | Began processing quarterly fee application. | 1.2 |
| 26-Jun | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| | | **Total Hours** | 11.2 |

13 of 15

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period June 1, 2003 through June 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 301.50 |
| External | | |
| Telecommunications: | | |
| Telephone | | 83.00 |
| Toll Charges | * | - |
| Facsimile | | 2.00 |
| Postage, Federal Express, Airborne Express | | 22.31 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Meals | | - |
| Total Expenses | $ | 408.81 |

**Invoice**

\CE & CO. ET. AL.
nses by Type of Expense
1, 2003 through June 30, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 2,010 pages @ $0.15/page: | | | $ 301.50 |
| Facsimile Charges: | 2 pages @ $1.00/page: | | | 2.00 |
| Telephone Charges: | 30-Apr-03 | E. Ordway | 40.78 | |
| | 31-May-03 | E. Ordway | 42.22 | |
| | Telephone | * | | 83.00 |
| Toll Charges: | Subscriptions and Online research fees | | | - |
| Postage, Federal Express: | | Airborne Express | 5.32 | |
| | | Airborne Express | 11.67 | |
| | | Airborne Express | 5.32 | |
| | | | | 22.31 |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | | $ 408.81 |

* Telephone charges from prior periods and not previously billed.