**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 30, 2003

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10313

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2003 | WHS | detailed review of IR re Hamilton | 0.10 | 27.50 |
|  | WHS | revise final report re Bilzen 7th | 0.20 | 55.00 |
|  | WHS | receive and review 5 misc pleadings | 0.10 | 27.50 |
|  | JBA | Update database with FTI Rsp 7th Int. 10-12.02 | 0.10 | 4.00 |
|  | SLB | Complete 7th Interim Final Report - Bilzen (1.1) | 1.10 | 121.00 |
|  | JBA | Electronic filing with court of Final Report re: Bilizin 7th Int | 0.20 | 8.00 |
|  | WHS | detailed review of IR re Duane Morris | 0.10 | 27.50 |
| 4/2/2003 | SLB | complete draft of 7th Interim Final Report - Pitney Hardin (1.8) ; complete draft of 7th Interim Final Report - PwC (6.7) | 8.50 | 935.00 |
| 4/3/2003 | LMF | read and respond to email from Kaye, Kramer Levin re:7th Q spreadsheet | 0.10 | 15.00 |

W.R. Grace & Co.                                                                Page   2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/3/2003 | JBA | Electronic filing with court of Final Report re: Richardson 7th Int | 0.20 | 8.00 |
| | SLB | Edit 7th Interim Final Report - PwC (.5) ; e-mail to/from RPWB (.4) ; complete draft of 7th Interim Final Report RPWB (3.8) | 4.70 | 517.00 |
| | WHS | revise final report re Richardson 7th | 0.30 | 82.50 |
| 4/4/2003 | SLB | edit drafts of 7th Interim Final Reports - PwC & Pitney Hardin (.7) ; complete draft of 7th Int. Final Report - P.I. Committee (.6) ; complete draft of 7th Int. Final Report - Steptoe (.8) ; complete draft of 7th Int. Final Report - LAS (.5) ; complete draft of 7th Int. Final Report - Hamilton (.4) ; complete draft of 7th Int. Final Report - Ferry Joseph (.5) ; complete draft of 7th Int. Final Report - Elzufon (.5) | 4.00 | 440.00 |
| | JBA | Update database with Lazard Rsp 7th Int. | 0.10 | 4.00 |
| | JBA | Update database with Lukins Rsp 7th Int. | 0.10 | 4.00 |
| 4/6/2003 | SLB | complete draft of 7th Int. Final Report - FTIPM (2.9) | 2.90 | 319.00 |
| 4/7/2003 | LMF | read and respond to email from Steve, WHS re:Lukins submittal of fee audit requests | 0.10 | 15.00 |
| | SLB | complete draft of 7th Interim Final Report - Lukins (2.6) ; complete draft of 7th Interim Final Report - Klett Rooney (.5) ; edit 7th Int. Final Report - FTIPM (.4) ; edit 7th Int. Final Report - PwC (.6) ; edit 7th Int. Final Report - P.I. Committee (.3) ; multiple e-mails to/from Nelson Mullins re. 7th Int. application- (.6) PACER research for Nelson Mullins app. - (.3) ; complete Nelson Mullins 7th Int. initial report (.4); begin draft of 7th Int. Final Report - Holme Roberts (3.1) | 8.80 | 968.00 |
| | YTG | draft excel chart to track similar Caplin & Drysdale expenses across various cases, including W.R. Grace (allocated total time between 6 cases) | 0.10 | 15.00 |
| | JBA | draft e-mail to Nelson Mullins attaching 7th Int IR in pdf format per request. | 0.10 | 4.00 |

W.R. Grace & Co.                     Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/7/2003 | JBA | Electronic filing with court of Final Reports re: PI Comm. 7th Int. (.2), and PWC 7th Int. (.2). | 0.40 | 16.00 |
| | JBA | Electronic filing with court of Final Reports re: Campbell 7th Int. (.2), Elzufon 7th Int (.2), Ferry 7th Int. (.2), Hamilton 7th Int. (.2), Legal Analysis 7th Int. (.2), Lukins 7th Int. (.2), Pitney 7th Int (.2), and Steptoe 7th Int. (.2). | 1.60 | 64.00 |
| | WHS | revise fee audit letter re Josephs Jack | 0.30 | 82.50 |
| | WHS | detailed review of FR regarding Lukins 7th | 0.10 | 27.50 |
| | WHS | detailed review of FR regarding Pitney 7th | 0.10 | 27.50 |
| | WHS | detailed review of FR regarding Campbell 7th | 0.10 | 27.50 |
| | WHS | detailed review of FR regarding Ferry 7th | 0.10 | 27.50 |
| | WHS | detailed review of FR regarding Hamilton 7th | 0.10 | 27.50 |
| | WHS | detailed review of Legal 7th FR | 0.10 | 27.50 |
| | WHS | detailed review of FR regarding Steptoe 7th | 0.10 | 27.50 |
| | WHS | revise FR re FTI 7th | 0.20 | 55.00 |
| | WHS | revise FR re Klett 7th | 0.20 | 55.00 |
| | WHS | revise FR regarding PWC 7th | 0.20 | 55.00 |
| | WHS | revise FR re PWC 7th | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                                    Page     4

|            |     |                                                                                                                                                                                                                 | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 4/7/2003   | WHS | revise FR regarding PI committee expenses                                                                                                                                                                       | 0.10      | 27.50      |
| 4/8/2003   | JBA | Update database with 7th Int. Response from Bankruptcy Managment Corp. (BMC)                                                                                                                                    | 0.10      | 4.00       |
|            | JBA | Electronic filing with court of Final Reports re: Klett 7th Int (.2), and FTI Policano 7th Int. (.2).                                                                                                           | 0.40      | 16.00      |
|            | SLB | Continue draft of 7th Interim Final Report - Holme Roberts (7.6) ; e-mail to/from Lisa Coggins & Stephanie Jones re. 6th and 7th Interim apps for CDG (.4)                                                      | 8.00      | 880.00     |
|            | LMF | review email and respond to Martha, BMC re:recategorization and feedback for spreadsheet submittal                                                                                                              | 0.40      | 60.00      |
|            | YTG | detailed review of Caplin & Drysdale monthly invoice for January 2003                                                                                                                                           | 0.10      | 15.00      |
| 4/9/2003   | WHS | revise FR re Holme 7th                                                                                                                                                                                          | 0.50      | 137.50     |
|            | JBA | Electronic filing with court of Final Report re: Holme Roberts 7th Int                                                                                                                                          | 0.50      | 20.00      |
|            | SLB | complete draft of 7th Interim Final Report - Holme Roberts (4.6) ; edit 7th Interim Final Report - Holme Roberts (1.1) ; update Grace status chart (.4)                                                         | 6.10      | 671.00     |
| 4/10/2003  | JAW | detailed review of Kirkland & Ellis February, 2003, monthly invoice (3.9); draft summary of same (1.0)                                                                                                          | 4.90      | 661.50     |
|            | JBA | Update database with Conway 6th Interim App. 7-9.02 (.1), Reed Smith 2.03 elctronic detail and PWS 1.03 electronic detail (.1)                                                                                  | 0.20      | 8.00       |
|            | JBA | Update database with Stroock 2.03 electronic detail, FTI Policano 2.03 elec. detail, Chambers 2.03 pdf detail (.1), Reed Smith Response re: 7th Int IR, Kramer 2.03 electronic detail (.1), and Casner Response re: 7th Int IR, and Lukins 1.03 electronic detail (.1). | 0.30      | 12.00      |
|            | SLB | Begin draft of 7th Interim Final Report - BMC (6.8)                                                                                                                                                             | 6.80      | 748.00     |
| 4/11/2003  | LBB | Update database with monthly fee application 2/1-2/28/03 Campbell                                                                                                                                               | 0.20      | 22.00      |

W.R. Grace & Co.                                                                                                                        Page    5

|            |     |                                                                                                                                                     | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/11/2003  | LBB | Update database with monthly fee and expenses 1/1-1/31/03 Pricewaterhouse                                                                           | 0.20  | 22.00  |
|            | SLB | Complete draft of 7th Interim Final Report - BMC (2.3) ; update Grace status chart (.3) ; begin draft of 7th Interim Final Report - Kirkland & Ellis (2.4) | 5.00  | 550.00 |
|            | LBB | Update database with monthly fee application                                                                                                        | 0.20  | 22.00  |
|            | LBB | Update database with monthly fee application 2/1-2/28/03 Caplin                                                                                     | 0.20  | 22.00  |
|            | LBB | Update database with fee application                                                                                                                | 0.10  | 11.00  |
|            | LBB | Update database with monthly fee application                                                                                                        | 0.20  | 22.00  |
|            | LBB | Update database with monthly fee application                                                                                                        | 0.20  | 22.00  |
|            | LBB | Update database with fee & expense application                                                                                                      | 0.20  | 22.00  |
| 4/12/2003  | LMF | draft spreadsheet of project categories for 7th Q fees and expenses                                                                                 | 2.00  | 300.00 |
|            | LMF | draft e-mail to Young, Elzufon re:receipt of spreadsheets for ZAI trial applicants                                                                  | 0.20  | 30.00  |
| 4/14/2003  | JBA | Electronic filing with court of CNO re: Docket # 3537 for Feb 03                                                                                    | 0.10  | 4.00   |
|            | JBA | Electronic filing with court of Final Report re: BMC 7th Int.                                                                                       | 0.20  | 8.00   |
|            | JBA | Update database with 7th Int. IR Responses of Stroock, and Pachulski                                                                                | 0.10  | 4.00   |
|            | SLB | complete draft of 7th Interim Final Report - K&E (3.2) ; complete draft of 7th Interim Final Report - Casner & Edwards (3.4) ; edit 7th interim Final Report - BMC (.8) | 7.40  | 814.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/14/2003 | WHS | revise final report re BMC 7th | 0.40 | 110.00 |
| | WHS | revise final report re K&E 7th | 0.30 | 82.50 |
| | LMF | continue to draft spreadsheet of project categories for 7th Q fees and expenses | 5.40 | 810.00 |
| | LMF | read and respond to e-mail from Andy, Reed re:receipt of PC spreadsheet(.1); draft and respond to email from Paula, Pachulski re:ZA I expenses for 7th A(.1); draft email to Alexandra, Strook re:quarterly application and spreadsheet amounts(.2) | 0.40 | 60.00 |
| | WHS | detailed review of FR re Casner 7th | 0.20 | 55.00 |
| 4/15/2003 | JBA | Electronic filing with court of Final Reports re: Casner 7th Int (.2), and Kirkland 7th Int. (.2). | 0.40 | 16.00 |
| | JBA | Update database with PWC 1.03 monthly invoice (hard copy) | 0.10 | 4.00 |
| | DTW | Conference with S. Bossay regarding Strook (.2). | 0.20 | 27.00 |
| | SLB | edit 7th Interim Final Report - K&E (.4) ; edit 7th Interim Final Report - (.8) ; complete draft of 7th Interim Final Report - Pachulski (2.4) ; begin draft of 7th Interim Final Report - Stroock (2.7) | 6.30 | 693.00 |
| | LMF | continue to draft spreadsheet of project categories for 7th Q fees and expenses | 3.40 | 510.00 |
| | LMF | review voicemails from Alex, Strook re:revision to 7th Q spreadsheet (.2); t/c with Alex, Strook re:request for revisions(.1) | 0.30 | 45.00 |
| | LMF | read and respond to email from Alex, Strook re:revision to 7th Q spreadsheet | 0.10 | 15.00 |
| | LMF | detailed review of 7th Q PWC response to fee auditor IR(.1); review Wallace King and PWC 6th Q and 7th Q totals for reconciliation of requested amounts and fee review amounts with Jeff and Steve(.4) | 0.50 | 75.00 |

W.R. Grace & Co.     Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/16/2003 | JBA | Update database with Wallace King Response re 7th Initial Report | 0.10 | 4.00 |
| | LMF | draft e-mail to Ann, Steptoe re:7th Q spreadsheet receipt and review | 0.10 | 15.00 |
| | LMF | detailed review of monthly invoice for January 2003 submitted by PWC(2.1); continue review of 7th Q (6.7)response to fee auditor's report (.3) | 7.00 | 1,050.00 |
| | SLB | complete draft of 7th Interim Final Report - Stroock (2.6) ; e-mail to/from Wallace King re. 7th Int. response (.6); edit 7th Interim Final Report - Pachulski (.4) ; edit 7th Interim Final Report - Stroock (.4) ; begin draft of 7th Interim Final Report - Reed Smith (2.4) | 6.40 | 704.00 |
| 4/17/2003 | LMF | draft summary of fee application and monthly invoice for January 2003 submitted by PWC | 4.80 | 720.00 |
| | SLB | complete draft of 7th Interim Final Report - Reed Smith (2.7) ; complete draft of 7th Interim Final Report - Wallace King (4.6) | 7.30 | 803.00 |
| | WHS | detailed review of FR re Stroock 7th | 0.20 | 55.00 |
| | JBA | Electronic filing with court of Final Reports re: Pachulski 7th Int (.2), Reed Smith 7th Int (.2), and Stroock 7th Int (.1) | 0.50 | 20.00 |
| | LBB | Update database with 22nd monthly application 2/1-2/28/03 | 0.10 | 11.00 |
| | WHS | revise final report re Wallace King | 0.30 | 82.50 |
| | LMF | continue detailed review of monthly invoice for January 2003 submitted by PWC | 3.30 | 495.00 |
| | WHS | detailed review of Pachulski 7th FR | 0.10 | 27.50 |
| | WHS | detailed review of FR re Reed | 0.10 | 27.50 |

W.R. Grace & Co.  Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/18/2003 | LMF | continue to draft summary of fee application and monthly invoice for January 2003 submitted by PWC(1.9); continue to draft 7th Q spreadsheet(3.1) | 5.00 | 750.00 |
| | LMF | telephone conference with Stephanie, Conway re:request for 7th Q spreadsheet | 0.10 | 15.00 |
| | LBB | Electronic filing with court of monthly invoice March, 2003 | 0.10 | 11.00 |
| | LBB | Update database with 6th interim application of Conway 7/01-9/30/02 | 0.10 | 11.00 |
| | LMF | draft and respond to emails from Stephanie, Conway re:format of Conway 7th Q spreadsheet(.2); read and respond to email from Susan, Holme re:request for 7thQ spreadsheet(.1); email applicants followup email re:7th Q spreadsheets not submitted(.1) | 0.40 | 60.00 |
| 4/21/2003 | JBA | Electronic filing with court of Final Reports re: CBBG 7th Int. (.2), and Wallace King 7th Int. (.1) | 0.30 | 12.00 |
| | JBA | Update database with Carella Rsp. re: 7th Int. | 0.10 | 4.00 |
| | YTG | Update database (Excel chart) with Caplin & Drysdale Feb 2003 charges found in other cases | 0.20 | 30.00 |
| | SLB | edit 7th Interim Final Report - Wallace King (1.2) ; e-mail to/from J. Natt re. PwC 7th Interim Final Report (.5) ; update Grace status chart (.4) ; complete draft of 7th Interim Final Report - Carella (1.8) ; e-mails to Blackstone, Caplin, Conway, Duane Morris, Kramer Levin, Nelson Mullins, Tersigni requesting response status re. 7th Interim (.7) | 4.60 | 506.00 |
| | LMF | read and respond to e-mail from Stephanie, Conway re:7thQ spreadsheet request | 0.10 | 15.00 |
| | LBB | Update database with sixth monthly application of Richardson 2/01-2/28/03 | 0.10 | 11.00 |
| | LBB | Update database with Fifth monthly application Lukins 1/01-1/31/03 | 0.10 | 11.00 |
| | WHS | receive and review FR re Carella 7th | 0.10 | 27.50 |

W.R. Grace & Co.                                       Page   9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/22/2003 | JBA | Update database with PWC 2.03 electronic detail, and CDG 7-9.02 6th Int. App. | 0.10 | 4.00 |
|  | LMF | read emails from Steve, WHS re: status of 7th Q fees for Conway Del Genio | 0.10 | 15.00 |
|  | WHS | receive and review 13 misc pleadings | 0.20 | 55.00 |
|  | SLB | complete draft of 7th Interim Final Report - Duane Morris (2.1) | 2.10 | 231.00 |
|  | SLB | e-mail to/from S. Caban re. Duane Morris 7th Int. response (.4) ; e-mails to/from J. de Almeida re. Blackstone 7th Int. response (.5) ; multiple e-mails to/from S. Jones - CDG and L. Coggins - Ferry Joseph re. CDG 5th, 6th and 7th Int. applications (1.4) ; e-mail to/from E. Strug - Caplin re. 7th Int. response (.3) ; e-mail to/from C. Lipski re. PwC 7th Int. application (.6) | 3.20 | 352.00 |
|  | SLB | telephone conference with R. Sianni re. Duane Morris 7th Interim response (.6) | 0.60 | 66.00 |
| 4/23/2003 | LBB | Update database with monthly interim application Wallace King Marraro January, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with seventeenth monthly application February, 2003 Casner | 0.10 | 11.00 |
|  | SLB | complete summaries and begin initial report for 5th, 6th and 7th Interims - Conway (3.9) ; e-mail S. Jones re. Conway initial report (.4) | 4.30 | 473.00 |
|  | LBB | Update database with thirteenth monthly interim application Carella March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with twenty-second interim fee application Pitney February, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with application of Holme Roberts & Owen interim period March, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with informal response to auditor's Initial report Pachulski 7th interim | 0.10 | 11.00 |

W.R. Grace & Co. Page 10

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/23/2003 | LBB | Update database with application of Woodcock Washburns for compensation January - March, 2003 | 0.10 | 11.00 |
| 4/24/2003 | JBA | Electronic filing with court of Final Report re: Duane Morris 7th Int | 0.10 | 4.00 |
| | SLB | complete draft of 7th Int. Final Report - Nelson Mullins (.8) ; continue revision of 7th Int. initial report - Conway (.8) ; update Grace status chart (.3) | 1.90 | 209.00 |
| | LMF | continue to draft 7th Q spreadsheet | 0.30 | 45.00 |
| | WHS | revise final report re Duane 7th | 0.30 | 82.50 |
| 4/25/2003 | WHS | revise FR re Nelson | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | SLB | complete draft of 7th Interim initial report - Conway (.5) ; update Grace status chart (.3) | 0.80 | 88.00 |
| | WHS | revise FR re Andersen 7th | 0.20 | 55.00 |
| | WHS | revise IR re Conaway 7th | 0.30 | 82.50 |
| | JBA | Electronic filing with court of Final Report re: Nelson Mullins 7th Int | 0.20 | 8.00 |
| 4/28/2003 | LMF | continue to draft 7th Q spreadsheet | 1.30 | 195.00 |
| | LMF | draft e-mail to Susan, Holme re:revision needed for 7th Q spreadsheet(.2); email Kathleen, Kramer re:revision to expenses needed for 7th Q spreadsheet and emailed Jerome, Blackstone re:followup for 7th Q spreadsheet(.2); review and respond to emails from Jerome, Blackstone re:quarterly application and 7th Q spreadsheet(.1) | 0.50 | 75.00 |

W.R. Grace & Co.  Page   11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/28/2003 | SLB | complete draft of 7th Int. Final Report - Blackstone (3.2) ; update Grace status chart (.3) ; e-mails to Caplin, Kramer-Levin and Tersigni requesting status of 7th Int. responses (.7) | 4.20 | 462.00 |
|  | LBB | Update database with twenty-third monthly application Pachulski February, 2003 | 0.10 | 11.00 |
|  | LBB | Update database with Fee application Reed Smith February, 2003 | 0.10 | 11.00 |
| 4/29/2003 | JBA | Electronic filing with court of Final Report re: Blackstone 7th Int. | 0.20 | 8.00 |
|  | LMF | continue to draft 7th Q spreadsheet for revisions for Holme, Kramer, and Blackstone(.4) and draft footnotes and formulas to same(2.1) | 2.50 | 375.00 |
|  | SLB | complete draft of 7th Interim Final Report - Kramer Levin (.8) ; e-mail to K. Mangual re. 7th Interim Kramer Levin response (.3) | 1.10 | 121.00 |
|  | WHS | revise FR re Blackstone 7th | 0.30 | 82.50 |
|  | JAW | detailed review of Wallace King January, 2003, monthly invoice (6.3); draft summary of same (1.5) | 7.80 | 1,053.00 |
| 4/30/2003 | SLB | complete draft of 7th Interim Final Report - Caplin (2.3) ; e-mails to Kramer levin and Caplin re. 7th Int. responses (.6) | 2.90 | 319.00 |
|  | JAW | detailed review of Carella, Bryne March, 2003, monthly invoice (1.6); draft summary of same (.3) | 1.90 | 256.50 |
|  | LMF | continue to draft 7th Q spreadsheet re:revisions for applicants and revisions to footnotes | 2.40 | 360.00 |

**For professional services rendered**  **181.10 $22,519.00**

Additional Charges :

|  | Price |  |
|---|---:|---:|
| Third party copies & document prep/setup. Initial Reports - Hamilton 7th Interim; Duane 7th Interim. Final Report Bilzin 7th Interim. | 19.98 | 19.98 |

W.R. Grace & Co. Page 12

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup. Final Report Richardson 7th Interim. | 33.13 | 33.13 |
| Pacer Research January-March, 2003. | 284.76 | 284.76 |
| Third party copies & document prep/setup. Final Reports 7th Interim. Pitney, PI Committee, PWC, LAS, Nelson, Elzufon, Lukins, Steptoe, Hamilton, Ferry, Campbell | 165.52 | 165.52 |
| Third party copies & document prep/setup. FTIP Final report 7th interim. Lieber final report 7th interim. | 31.58 | 31.58 |
| Third party copies & document prep/setup. Holme Roberts final report 7th interim. 10/01-12/31/02. | 67.82 | 67.82 |
| Final report 7th interim period. 9/1-12/31/02 BMC | 33.13 | 33.13 |
| Third party copies & document prep/setup final report 7th interim 10/1-12/31/02 Kirkland | 29.75 | 29.75 |
| Third party copies & document prep/setup. final report 7th interim 10/1-12/31/02 Casner & Edwards | 26.38 | 26.38 |
| Third party copies & document prep/setup. Final report 7th interim 10/1-12/31/02 Striicj | 35.68 | 35.68 |
| Third party copies & document prep/setup. Final report 7th interim 10/1-12/31/02 Reed Smith | 46.17 | 46.17 |
| Third party copies & document prep/setup. Final report 7th interim 10/1-12/31/02 Pachalski Young | 18.32 | 18.32 |
| Third party copies & document prep/setup.Monthly invoice 3/03 U.S. Bankruptcy Court | 33.86 | 33.86 |
| Third party copies & document prep/setup. Final report Carella 7th interim 10/1-12/31/02 | 24.69 | 24.69 |
| Third party copies & document prep/setup. Final report 7th interim Wallace, King 10/1-12/31/02 | 46.25 | 46.25 |
| Third party copies & document prep/setup. Final report Dune Morris 7th interim period 10/1-12/31/02 | 24.35 | 24.35 |


W.R. Grace & Co.     Page    13

| | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup.  Final Report Nelson Mullins 7th Interim Period 10/1-12/31/02 | 13.79 | 13.79 |
| Third party copies & document prep/setup. Interim Report 5th, 6th, 7th Interim Quarterly Conway 4/1/02-12/31/02 | 1.02 | 1.02 |
| Third party copies & document prep/setup.  Final report Blackstone Group 10/1-12/31/02 | 14.94 | 14.94 |
| **Total costs** | | **$951.12** |
| **Total amount of this bill** | | **$23,470.12** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Doreen T Williams | 0.20 | 135.00 | $27.00 |
| James A Wehrmann | 14.60 | 135.00 | $1,971.00 |
| Jeff B. Allgood | 6.80 | 40.00 | $272.00 |
| Lavern Ferdinand | 40.80 | 150.00 | $6,120.00 |
| Linda Bellamy | 2.90 | 110.00 | $319.00 |
| Stephen L. Bossay | 109.00 | 110.00 | $11,990.00 |
| Warren H Smith | 6.40 | 275.00 | $1,760.00 |
| Yolanda T. Guzman | 0.40 | 150.00 | $60.00 |