**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 30, 2003

In Reference To:	Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #	10386

Professional Services

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/2/2003 | LMF | detailed review of monthly invoice for February 2003 through March 2003 submitted by PWC | 4.30 | 645.00 |
|  | JBA | Update database with Stroock 4.03 e-detail, and FTI 4.03 e-detail. | 0.10 | 4.00 |
| 6/3/2003 | JBA | Update database with Lukins 3.03 e-detail | 0.10 | 4.00 |
|  | WHS | receive and review 7 misc pleadings | 0.10 | 27.50 |
|  | LMF | draft e-mail to Nina, PWC re:e-mail on request for response to 7th Q documents | 0.10 | 15.00 |
|  | LMF | draft summary of fee application and monthly invoice for February 2003 through March 2003 submitted by PWC | 2.30 | 345.00 |
| 6/4/2003 | KRY | continued review of 8th application of BMC and draft summary of same (4.3) | 4.30 | 430.00 |
| 6/5/2003 | JBA | Update database with Kramer 4.03 e-detail | 0.10 | 4.00 |
|  | KRY | detailed review of Lukins Annis fee application and draft summary of same (1.5). | 1.50 | 150.00 |

W.R. Grace & Co.                                                                                                                      Page     2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/5/2003 | KRY | draft summary of Pitney Hardin's 1/03-3/03 fee applications (2.4). | 2.40 | 240.00 |
|  | PGS | Electronic filing with court of WHS Monthly Invoice for 05.03 | 0.30 | 24.00 |
|  | JBA | Update database with Bilzin 4.03 e-detail | 0.10 | 4.00 |
| 6/6/2003 | PGS | Update database with 04.03 Monthly Invoice for Holme (.1); Policano (.1); Stroock (.1); Carella (.1): Woodcock (.1) Kirkland (.1); Ferry (.1) and 8th Interim Period of Ferry for period of 01/01/03 - 03/31/03 (.1); and Quarterly Interim Period for BMC period 01/01/03 - 03/31/03 (.1) | 0.90 | 72.00 |
| 6/9/2003 | LMF | telephone conference with Melissa, FTI Policano re:filing of 8th Quarterly fee application deadline | 0.10 | 15.00 |
|  | SLB | complete 8th Interim summary and initial report - Bilzen (2.2) ; complete 8th Interim summary and initial report - Casner (6.1) | 8.30 | 913.00 |
|  | PGS | Update database with 04.03 Monthly Invoice for Bilzin (.1); Kramer (.1); Hamilton (.1); Tersigni (.1) Caplin (.1); Campbell (.1); and 11th Interim Period for Property period 10/01/02 - 04/30/03 (.1) | 0.70 | 56.00 |
|  | WHS | detailed review of Caplin 8th IR | 0.10 | 27.50 |
| 6/10/2003 | SLB | complete 8th Interim summary and initial report - Caplin (1.9) | 1.90 | 209.00 |
|  | SLB | review of Grace outstanding 8th Interim files (2.8) | 2.80 | 308.00 |
|  | WHS | detailed review of Casner 8th IR | 0.10 | 27.50 |
| 6/11/2003 | SLB | exchange e-mails with Kim Garcia re. corrections from them on RPWB's application in 8th Interim (.8) | 0.80 | 88.00 |
|  | SLB | begin summary and draft of 8th Interim initial report - RPWB (2.5) | 2.50 | 275.00 |
| 6/12/2003 | JBA | Update database with Conway 8th Int. app and e-detail | 0.10 | 4.00 |

W.R. Grace & Co.     Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/12/2003 | SLB | continue summary and draft of 8th Interim initial report - RPWB (4.7) | 4.70 | 517.00 |
| 6/13/2003 | SLB | complete draft of 8th Interim initial report - RPWB (4.8) ; complete summary and draft of 8th Interim initial report - Elzufon (.4) ; complete summary and draft of 8th Interim initial report - Ferry Joseph (.6) ; begin draft of 8th Interim initial report - K&E (1.2) | 7.00 | 770.00 |
| | JBA | Update database with Lukins Project Category 8th Int. | 0.10 | 4.00 |
| | JBA | draft Expense Category Breakdown for WHS 9th Int Fee Application, including draft worksheet re: same | 0.90 | 36.00 |
| | WHS | detailed review of Elzufon 8th Int IR | 0.10 | 27.50 |
| | WHS | detailed review of Ferry Joseph 8th Int IR | 0.10 | 27.50 |
| | WHS | revise Richardson 8th Int IR | 0.10 | 27.50 |
| 6/16/2003 | LMF | telephone conference with Rhonda, Klett Rooney re:7th Q hearing and report; telephone conference with Chris, Kirkland re:transfer of spreadsheet | 0.10 | 15.00 |
| | LMF | draft e-mail to Rhonda, Klett re:7th final report; e-mail Warren, WHS re:process of transfer of spreadsheet function | 0.10 | 15.00 |
| | YTG | detailed review of Stroock & Stroock 8th interim period (Jan-Mar 03) | 1.40 | 210.00 |
| | YTG | draft preliminary initial report for Tersigni Consulting 8th interim period (Jan-Mar 03) | 0.20 | 30.00 |
| | YTG | detailed review of Tersigni Consulting 8th interim period (Jan-Mar 03) | 0.70 | 105.00 |
| | SLB | telephone conference with R. Sianni - Duane Morris re. 8th Interim application (.3) | 0.30 | 33.00 |
| | SLB | complete draft of 8th Interim initial report - K&E (5.6); complete summary and draft of 8th Interim initial report - Legal Analysis (.4); complete summary and draft of 8th Interim initial report - Nelson Mullins (.8); review | 7.90 | 869.00 |

W.R. Grace & Co.     Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | 8th Interim initial report - Tersigni (.2); complete 8th Interim summary and initial report - Kramer Levin (.9) | | |
| 6/16/2003 | WHS | revise K&E 8th Int IR | 0.10 | 27.50 |
| | WHS | telephone conference with James Kapp re spreadsheet | 0.10 | 27.50 |
| 6/17/2003 | SLB | complete draft of 8th Interim initial report - CBBG (.4); complete summary and draft of 8th Interim initial report - Conway (3.2); complete draft of 8th Interim initial report - BMC (2.2); update Grace status chart (.5) | 6.30 | 693.00 |
| | SLB | e-mail to/from Bilzin, Hamilton, CBBG, Casner, Duane Morris, Kramer Levin, Nelson Mullins requesting 8th Interim applications (2.4) | 2.40 | 264.00 |
| | YTG | detailed review of Reed Smith 8th interim application (Jan-Mar03) | 4.10 | 615.00 |
| | YTG | continue w/detailed review of Stroock & Stroock 8th interim application (Jan-Mar03) | 2.30 | 345.00 |
| | WHS | prepare for hearing | 0.50 | 137.50 |
| | WHS | telephone conference with Paula Galbraith re order, spreadsheet | 0.20 | 55.00 |
| | WHS | detailed review of Kramer 8th Int IR | 0.10 | 27.50 |
| | WHS | court appearance by telephone at fee app hearing | 0.30 | 82.50 |
| | WHS | detailed review of Carella 8th Int IR | 0.10 | 27.50 |
| 6/18/2003 | WHS | detailed review of Bilzin 8th Int IR | 0.10 | 27.50 |
| | WHS | detailed review of Hamilton 8th Int IR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                               Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/18/2003 | WHS | revise Stroock 8th Int IR | 0.20 | 55.00 |
|  | YTG | draft preliminary initial report for Stroock & Stroock 8th interim period (Jan-Mar 03) | 1.10 | 165.00 |
|  | YTG | continue w/detailed review of Reed Smith 8th interim application (Jan-Mar03) | 2.40 | 360.00 |
|  | YTG | draft preliminary initial report for Reed Smith 8th interim period (Jan-Mar03) | 1.30 | 195.00 |
|  | WHS | detailed review of BMC 8th Int IR | 0.10 | 27.50 |
|  | JBA | Update database with Hamilton 8th Int App. electronic format, and Bilzin 8th Int. App. electronic format. | 0.10 | 4.00 |
|  | PGS | Draft of the Eight Interim Verified Fee Application of WHS for the period 01/01/03 thru 03/31/03. | 3.00 | 240.00 |
|  | SLB | complete draft of 8th Interim initial report - Bilzin (1.2); complete draft of 8th Interim initial report - Hamilton (.4); e-mail and telephone conference Wachtell re. 8th Interim application (.5); complete draft of 8th Interim initial report - Wachtell (1.3); review and edit draft of 8th Interim initial report - Strook (.3); complete draft of 8th Interim initial report - Property Com. (.4) | 4.10 | 451.00 |
|  | PGS | Update database with 04.03 Monthly Invoice for Reed (.1); 03.03 Monthly Invoice for Lukins; and 8th Interim Period for Carella (.1), Richardson (.1), Elzufon (.1), Lukins (.1), Pitney (.1) and Conway (.1) for the period 01/01/03-03/31/03. | 0.70 | 56.00 |
| 6/19/2003 | YTG | begin detailed review of 8th interim application (Jan-Mar03) for Pitney, Hardin, Kipp & Szuch LLP | 0.80 | 120.00 |
|  | YTG | detailed review of 8th interim application (Jan-Mar03) for Woodcock Washburn LLP | 0.80 | 120.00 |
|  | YTG | begin draft of preliminary initial report for 8th interim period for Steptoe & Johnson | 0.40 | 60.00 |
|  | YTG | detailed review of 8th interim application (Jan-Mar03) of Steptoe & Johnson | 0.80 | 120.00 |

W.R. Grace & Co.                                                                                                         Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2003 | YTG | continue w/draft of preliminary initial report for Reed Smith 8th interim period (Jan-Mar03) | 1.60 | 240.00 |
|  | YTG | draft preliminary initial report for Woodcock Washburn LLP's 8th interim period | 0.50 | 75.00 |
|  | PGS | Update database with 04.03 Monthly Invoice for Wachtell (.1) and Wallace (.1); and the 05.03 Monthly Invoice for Holme (.1) | 0.30 | 24.00 |
|  | WHS | detailed review of Property Comm. 8th Int IR | 0.10 | 27.50 |
| 6/20/2003 | YTG | draft preliminary initial report for Pitney, Hardin, Kipp & Szuch LLP for 8th interim period | 1.10 | 165.00 |
|  | SLB | review and edit drafts of 8th Interim initial reports Reed Smith and Woodcock (.8); update Grace status chart (.3); begin draft of 8th Interim initial report - FTI Policano (2.7) | 3.80 | 418.00 |
|  | ALP | Drafted Eighth Interim Fee Application of Warren H. Smith & Associates, P.C. (1/1/03-3/31/03), including all exhibits (3.3) | 3.30 | 445.50 |
|  | WHS | detailed review of Woodcock 8th Int IR | 0.10 | 27.50 |
|  | WHS | revise Reed Smith 8th Int. IR | 0.20 | 55.00 |
|  | WHS | detailed review of Pitney 8th Int IR | 0.10 | 27.50 |
| 6/23/2003 | PGS | Update database with 03.03 and 04.03 Monthly Invoice of Morris (.2) | 0.20 | 16.00 |
|  | JBA | Update database with e-response of Casner re: 8th Int IR | 0.10 | 4.00 |
|  | SLB | complete draft of 8th Interim initial report - FTI Policano (1.9); e-mail Blackstone, Duane Morris, Pachulski, Campbell & Levine re. 8th Interim applications (.5); complete draft of 8th Interim initial report - Duane Morris (1.3) | 3.70 | 407.00 |
|  | WHS | detailed review of FTI Policano 8th Int IR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                  Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2003 | WHS | detailed review of Nelson Mullins 8th Int IR | 0.10 | 27.50 |
| | ALP | Finalized drafting of Eighth Interim Fee Application of Warren H. Smith & Associates, P.C. (1/1/03-3/31/03), including all exhibits (2.3) | 2.30 | 310.50 |
| | YTG | detailed review of 8th interim application for Lukins & Annis (Jan - Mar 03) | 0.80 | 120.00 |
| 6/24/2003 | JAW | detailed review of Wallace King February, 2003, monthly invoice (2.5) | 2.50 | 337.50 |
| | JAW | detailed review of Wallace King March, 2003, monthly invoice (1.8) | 1.80 | 243.00 |
| | JBA | Update database with PWC 3.03 e-detail | 0.10 | 4.00 |
| | WHS | detailed review of Duane Morris 8th Int IR | 0.10 | 27.50 |
| | YTG | draft preliminary initial report for Lukins & Annis 8th interim period (Jan - Mar 03) | 0.40 | 60.00 |
| | SLB | complete draft of 8th Interim initial report - PwC (5.9); begin draft of 8th Interim initial report - Wallace King (2.4) | 8.30 | 913.00 |
| 6/25/2003 | JAW | draft summary of Wallace King February, 2003, monthly invoice (1.4) | 1.40 | 189.00 |
| | JAW | draft summary of Wallace King March, 2003, monthly invoice (0.4) | 0.40 | 54.00 |
| | WHS | detailed review of PWC 8th Int IR | 0.10 | 27.50 |
| | PGS | Update database with 8th Interim Period of Woodcock (.1), Wachtell (.1), Hamilton (.1), Bilzin (.1), Morris (.1) for the period 01/01/03 - 03/31/03 | 0.50 | 40.00 |
| 6/26/2003 | SLB | continue draft of 8th Interim initial report - Wharton Levin (3.5) | 3.50 | 385.00 |
| | SLB | draft e-mail to BMC, Bilzin, Caplin, CBBG, Casner, Conway, Duane Morris re. 8th Interim initial reports (1.8) | 1.80 | 198.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/27/2003 | PGS | Update database with Monthly Invoice 05.03 for Kramer (.1) | 0.10 | 8.00 |
| | SLB | draft e-mail to FTI Policano, Holme Roberts, K&E, Lukins, Pachulski, PwC, Reed Smith, Steptoe, Stroock, Wachtell, Wallace King, Woodcock re. responses to 8th Interim initial reports (2.2) | 2.20 | 242.00 |
| | SLB | complete draft of 8th Interim Steptoe initial report (.4); complete draft of 8th Interim Casner Final Report (.9); complete draft of 8th Interim Campbell & Levine Final Report (.8) | 2.10 | 231.00 |
| | WHS | revise Wachtell 8th Int IR | 0.20 | 55.00 |
| | WHS | revise Casner 8th Int FR | 0.20 | 55.00 |
| | JBA | Electronic filing with court of Final Reports re: 8th Int for Casner (.1), and Campbell (.1) | 0.20 | 8.00 |
| | KRY | detailed review of Pachulski, Stang, et al.'s 22nd monthly fee application (1.0); draft summary of same (.7). | 1.70 | 170.00 |
| | KRY | detailed review of Pachulski, Stang, et al.'s 23rd monthly fee application (1.1); draft summary of same (.7). | 1.80 | 180.00 |
| | WHS | detailed review of Steptoe 8th Int IR | 0.10 | 27.50 |
| | WHS | detailed review of Campbell 8th Int FR | 0.10 | 27.50 |
| 6/30/2003 | SLB | draft e-mail and telephone conference with G. Levin at Woodcock re. 8th Interim response (.5) ; e-mail Wachtell re. 8th Interim response (.4) | 0.90 | 99.00 |
| | SLB | complete draft of 8th Interim initial report - Wallace King (4.2); complete draft of 8th Interim Final Report - Elzufon (.4); complete draft of 8th Interim Final Report - Ferry Joseph (.4); complete draft of 8th Interim Final Report - Wachtell (.9); update Grace status chart (.5) | 6.40 | 704.00 |
| | PGS | Update database with Monthly Invoice 05.03 for Klett (.1) and 8th Interim Period 01/01/03 - 03/31/03 for Pachulski (.1) | 0.20 | 16.00 |

W.R. Grace & Co. Page 9

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | 145.70 | $17,623.50 |

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup for Monthly Fee Application for WHS for April 2003. | 46.17 | 46.17 |
| Third party copies & document prep/setup of Initial Report for Carella, Tersigni, Kramer and Conway for period 01/01/03 - 03/31/03 | 3.43 | 3.43 |
| Third party copies & document prep/setup of Initial Report for Committee for period 10/01/02 - 04/30/02 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report for BMC, Stroock, Hamilton, Bilzin for period 01/01/03 - 03/31/03 | 12.04 | 12.04 |
| Third party copies & document prep/setup of the Initial Report for Legal, Kirkland, Ferry and Elzufon period 01/01/03 - 03/31/03. | 4.96 | 4.96 |
| Third party copies & document prep/setup of the Initial Report for Richardson period 01/01/03 - 03/31/03. | 2.16 | 2.16 |
| Third party copies & document prep/setup of the Initial Report for Caplin and Casner period 01/01/03 - 03/31/03. | 2.24 | 2.24 |
| Third party copies & document prep/setup of Monthly Invoice for WHS period 05/01/03 - 05/31/03. | 37.50 | 37.50 |
| Long distance charges for May 2003 | 0.47 | 0.47 |
| Third party copies & document prep/setup of Initial Report for FTI, Pitney, Woodcock, Nelson and Reed for period 01/01/03 - 03/31/03 | 9.25 | 9.25 |

| **Total costs** | | **$119.11** |
|---|---|---|

| **Total amount of this bill** | | **$17,742.61** |
|---|---|---|

W.R. Grace & Co.                                                                                                    Page    10

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 5.60 | 135.00 | $756.00 |
| James A Wehrmann | 6.10 | 135.00 | $823.50 |
| Jeff B. Allgood | 2.00 | 40.00 | $80.00 |
| Kristi R. Young | 11.70 | 100.00 | $1,170.00 |
| Lavern Ferdinand | 7.00 | 150.00 | $1,050.00 |
| Priscilla G Stidham | 6.90 | 80.00 | $552.00 |
| Stephen L. Bossay | 81.70 | 110.00 | $8,987.00 |
| Warren H Smith | 4.00 | 275.00 | $1,100.00 |
| Yolanda T. Guzman | 20.70 | 150.00 | $3,105.00 |