# EXHIBIT 2

# Declaration of David B. Siegel in Support of Omni 1 Obj for WR Grace

Total number of parties: 69
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 4628 | A-1 METAL STRIPPING, 4321 KILMER, GOLDEN, CO 80401 |
| 4628 | ACME CONTROL SERVICE INC, 6140 W HIGGINS, CHICAGO, IL 60630 |
| 4628 | ADVANCED VACUUM CO INC, 1215 N BUSINESS PKWY, WESTMINSTER, MD 21157 |
| 4628 | ADVANCED WASTE SERVICES INC, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | ADVANCED WASTE SERVICES INC, ATTN MARY ANN, 1126 S 70TH ST #N508B, WEST ALLIS, WI 53214 |
| 4628 | ALAMO TRANSFORMER SUPPLY COMPANY, 10220 MYKAWA, HOUSTON, TX 77048 |
| 4628 | AMBU INC, 611 N HAMMONDS FERRY RD, LINTHICUM, MD 21090-1356 |
| 4628 | ARLINGTON COMPUTER PRODUCTS, 851 COMMERCE CT, BUFFALO GROVE, IL 60089 |
| 4628 | AT&T CORP, 55 CORPORATE DR, BRIDGEWATER, NJ 08807-1265 |
| 4628 | BEAL INDUSTRIAL PRODUCTS INC, 7513E CONNLLEY DR, HANOVER, MD 21076 |
| 4628 | BETTER BUILT STORAGE BUILDINGS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | BORGERT, JOHN, 690 SE CRESCENT DR, SHELTON, WA 98584 |
| 4628 | CAMCAL COMPANY INC, 1128 4TH AVE N, KENT, WA 98032 |
| 4628 | CELANESE LTD, 1601 W LBJ FREEWAY, ATT MARK CERICOLA, DALLAS, TX 75234 |
| 4628 | CHICAGOLAND-QUAD CITIES EXP, INC, 7715 S. 78TH AVE, BLDG 5, BRIDGEVIEW, IL 60455 |
| 4628 | CLEARFIELD CITY CORPORATION, 55 S STATE, CLEARFIELD, UT 84015 |
| 4628 | COMPRO PAINTING & DECORATING SERVICES IN, 10 S 160 RAMM DR UNIT C, NAPERVILLE, IL 60564 |
| 4628 | CONTRARIAN CAPITAL TRADE CLAIMS LP AS AS, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 000006830 |
| 4628 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 000006830 |
| 4628 | CRENSHAW CORPORATION, 1700 COMMERCE RD, PO BOX 24217, RICHMOND, VA 23224-0217 |
| 4628 | CROSIBLE INC FILTRATION, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | CROSIBLE INC, PO BOX 271, MORAVIA, NY 13118 |
| 4628 | CROSS COUNTRY INC, ATTN RICHARD IVES TREASURER, PO BOX 5028, BOCA RATON, FL 33431-0828 |
| 4628 | DOW CORNING CORPORATION, PO BOX 994 MAIL # CO 1242, MIDLAND, MI 48686-0994 |
| 4628 | EMROSE DATA INC, 25125 DETROIT RD STE 140, WESTLAKE, OH 44145-2500 |
| 4628 | ENSIGN THE FLORIST, 1300 S CREST RD, ROSSVILLE, GA 30741 |
| 4628 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, JOSEPH LUBERTAZZI JR ESQ, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 000007102 |
| 4628 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, JOSEPH LUBERTAZZI JR ESQ, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 000007102 |
| 4628 | H W FIORI & SON INC, 407 JACK ST, BALTIMORE, MD 21225 |
| 4628 | HAYES MECHANICAL INC, 2160 N ASHLAND AVE, CHICAGO, IL 60614 |
| 4628 | HAZMATPAC INC, 5301 POLK BLDG #18, HOUSTON, TX 77023 |
| 4628 | HERRON VALUE, 103 ENTERPRISE DR, ROYERSFORD, PA 19468 |
| 4628 | HOLMAN BOILER WORKS, PO BOX 740, BUFFALO, NY 14217 |
| 4628 | HUFFMAN LABORATORIES INC, 4630 INDIANA ST, GOLDEN, CO 80403 |
| 4628 | IMES ENGINEERING INC, 11843 MARKET PLACE AVE STE A, BATON ROUGE, LA 70816 |
| 4628 | INDUSTRIAL CONSTRUCTION INC, 2929 S 18TH AVE SUITE D, BROADVIEW, IL 60155-4757 |
| 4628 | INTRANSCO INC, PO BOX 239, LYNNFIELD, MA 000001940 |
| 4628 | ISCO INC, 4700 SUPERIOR ST, LINCOLN, NE 68504 |
| 4628 | J&J MANUFACTURING CO, PO BOX 6295, BEAUMONT, TX 77725 |

## Exhibit 2 - WR Grace Mailing

**Svc Lst  Name and Address of Served Party**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 4628 | JOHN H CARTER CO INC, LOBMAN CARNAHAN BATT ANGELLE & NADER, 400 POYDRAS ST STE 2300, NEW ORLEANS, LA 70130 |
| 4628 | JOHNSONS BROTHERS INC, 5498 WALLINGFORD RD, FLEMINGSBURG, KY 41041 |
| 4628 | KENNETH TECHNOLOGY, 9 BACORN RD, FLEMINGTON, NJ 08822 |
| 4628 | LESSARD ENVIRONMENTAL INC, CORPORATE HEADQUARTERS, 46R PRINCE ST, DANVERS, MA 01923 |
| 4628 | MCKENZIE PEST CONTROL INC, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | MID ATLANTIC LABEL INC, 105 INDUSTRY LN, PO BOX 363, FOREST HILL, MD 21050 |
| 4628 | MID-AMERICA DYNAMICS INC, 4513 LINCOLN AVE STE 200, LISLE, IL 60532 |
| 4628 | MOLYCHEM LLC, PO BOX 5063, ROCKFORD, IL 61125-0063 |
| 4628 | MONUMENT ENVIRONMENTAL LLC, PO BOX 514, MONUMENT, CO 80132 |
| 4628 | PALLET KING INC, 1800 NW 22ND ST, POMPANO BEACH, FL 33069 |
| 4628 | PENNONI ASSOCIATES INC, ATTN PETER J COOTE ESQUIRE, ONE DREXEL PLAZA 3001 MARKET ST, PHILADELPHIA, PA 19104-2897 |
| 4628 | PENNSYLVANIA STEEL CO INC, 1717 WOODHAVEN DR, BENSALEM, PA 19020 |
| 4628 | PERKS WELDING CO INC, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | PIPELINE SERVICES INC, PO BOX 331, BRYSON CITY, NC 28713 |
| 4628 | PUMP SPECIALTIES INC, 9428 W 47TH ST, BROOKFIELD, IL 60513 |
| 4628 | ROBERT SHAUN HUGHEY DBA TECHNIQUE LAWN M, 630 PARTON LN, RINGGOLD, GA 30736 |
| 4628 | RUTGERS ORGANICS CORP, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | SAFETY HOUSE LLC, 2010 ENTERPRISE BLVD, LAKE CHARLES, LA 70601 |
| 4628 | SCOT DIV ARDOX CORP, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | SE & A FORMERLY MILLTRONICS INC, 734 W NORTH CARRIER PKWY, GRAND PRAIRIE, TX 75050 |
| 4628 | SENIOR PRODUCTS A DIV POLYDISC INC, PO BOX 342, CROWN POINT, IN 46308 |
| 4628 | SILVERSON MACHINES INC, PO BOX 589, EAST LONGMEADOW, MA 01028 |
| 4628 | SOUTHERN BAG CORPORATION, 25 WOODGREEN PLACE, MADISON, MS 39110 |
| 4628 | SPARKLE CLEAN, PO BOX 1355, SORRENTO, FL 32776 |
| 4628 | TESTING ENGINEERS INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 4628 | TRANS-COASTAL INDUSTRIES INC, PO BOX 88280, ATLANTA, GA 30356 |
| 4628 | UNDERWOOD AIR SYSTMES INC, PO BOX 44261, ATLANTA, GA 30336 |
| 4628 | US FLOW CORP MUTUAL MFG & SUPPLY, 3300 SPRING GROVE AVE, CINCINNATI, OH 45225 |
| 4628 | WILLIAMS SCOTSMAN INC, 8211 TOWN CENTER DRIVE, BALTIMORE, MD 21236 |
| 4628 | WILSON-TEXAS MILL SUPPLY, PO BOX 1492, HOUSTON, TX 77251-1492 |

**Subtotal for this group: 69**