**EXHIBIT 2**

# 2nd Omnibus Objection to Claims for WR Grace

**Total number of parties: 27**
**Preferred Mode of Service: Federal Express Overnight**

### Exhibit 2 - WR Grace Mailing

**Svc Lst Name and Address of Served Party**

| | |
|---|---|
| 4807 | AFSHIN MIRALY, CITY OF SOMERVILLE LAW DEPARTMENT, 93 HIGHLAND AVE, SOMERVILLE, MA 02143 |
| 4807 | ANDRE MERCURE, ANDRE MERCURE, 524 CHEMIN LAC LA GRISE, IVRY-SUR-LE-LAC, QC J8C2Z8CANADA |
| 4807 | BARRY LEVIN, BARRY LEVIN ESQ, 666 OLD COUNTRY RD, GARDEN CITY, NY 11530 |
| 4807 | BENJAMIN STONELAKE JR, BLANK ROME LLP, ONE LOGAN SQUARE, CINCINNATI, OH 45202 |
| 4807 | BO DREW, WELLS JENKINS LUCAS, 155 SUNNYNOLL CT STE 200, WINSTON-SALEM, NC 27106 |
| 4807 | CHARLES SPRINKLE, DOUGLAS LAW FIRM PC, 815 MINNESOTA AVE, LIBBY, MT 59923 |
| 4807 | DONALDSON & BLACK, 208 WEST WENDOVER AVE, GREENSBORO, NC 27401 |
| 4807 | ELLIS DREW, WELLS JENKINS LUCAS, 155 SUNNYNOLL CT STE 200, WINSTON-SALEM, NC 27106 |
| 4807 | EPA, 501 MINERAL AVE, LIBBY, MT 59923 |
| 4807 | FRANK GORMAN, HONIGMAN MILLER SCHWARTZ & COHN LLP, 2290 FIRST NATIONAL BLDG, DETROIT, MI 48226 |
| 4807 | IKE UMEUGO, UMEUGO & ASSOCIATES, 840 ORANGE AVE, WEST HAVEN, CT 06516 |
| 4807 | JAMES DOUGLAS, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, AUBURN, AL 36830 |
| 4807 | JEFFREY RUBIN, KOENIGSBERG & RUBIN LLP ATTORNEYS AT LAW, 15 MAIDEN LN, NEW YORK, NY 10038 |
| 4807 | JOANNE STUTZ, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217 |
| 4807 | JON HERBERLING, MCGARVEY HEBERLING SULLIVAN, 745 SOUTH MAIN, KALISPELL, MT 59901 |
| 4807 | LOREN GROSS, LOREN GROSS, 8609 LYNDALE AVE S, BLOOMINGTON, MN 55420 |
| 4807 | NANCY RUYLE, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERED ESTATES, CARLINVILLE, IL 62626 |
| 4807 | RICHARD BARR, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084 |
| 4807 | RICHARD KLAUER, RICHARD L KLAUER PC, 301 E BETHANY HOME RD STE C250, PHOENIX, AZ 85012 |
| 4807 | ROBERT ASPERGER, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 |
| 4807 | ROBERT GORMAN, CRITCHFIELD CRITCHFIELD & JOHNSTON LTD, 225 N MARKET ST, WOOSTER, OH 44691 |
| 4807 | SAM BURFORD JR, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201 |
| 4807 | STEPHEN ANDERSON, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 02141 |
| 4807 | TAYLOR BELL, BELL LAW CORPORATION, 43213 MISSION BLVDQ, FREMONT, CA 94539 |
| 4807 | TOM LEWIS, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, GREAT FALLS, MT 59403 |
| 4807 | WILLIAM BUTLER, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 05402 |
| 4807 | WILLIAM ODOM JR, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 |

**Subtotal for this group: 27**