# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## Attachments to Claimants' Reply to W.R. Grace's Response to Claimants' Motion for Summary Judgment

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: August 18, 2003

## TABLE OF CONTENTS

1    3250 Wilshire Blvd., Bldg. v. W.R. Grace & Co., No. CV 87-6048-WMB, 1989 WL 260222 at *4 (C.D. Cal. July 24, 1989)

2    B.T. Mossman, et al., Asbestos Scientific Developments and Implications for Public Policy, Science 247:294-301 (Jan. 19, 1990)

3    ATSDR, Year 2000 Med. Testing of Individuals Potentially Exposed to Asbestiform Minerals Associated with Vermiculite in Libby, MT (Aug. 23, 2001)

4    EPA, Background: EPA's Pilot Study to Estimate Asbestos Exposure from Vermiculite Attic Insulation (May 21, 2003)

5    Versar, Inc. Final Draft Pilot Study to Estimate Asbestos Exposure from Vermiculite Attic Insulation, (May 21, 2003)

6    Elizabeth L. Anderson, Assessment of the Potential Risks to Homeowners and Residential Contractors From Asbestos Exposure Associated With Vermiculite Attic Insulation (Apr. 14, 2003)

7    Revised Table E-9

8    Estimated Risks Not Calculated by Dr. Anderson: Activity #5/Removing VAI

9    Excerpts from Deposition of Kevin Kalman (Feb. 26, 2003)

10    Excerpts from Deposition of Ralph Mold (Feb. 28, 2003)

11    Excerpts from Deposition of William Hughson (Jun. 6, 2003)

12    Excerpts from Deposition of Steven Mlynarek (Jun. 19, 2003)

13    Memo from J.H. Wilson to G.E. Hall (Sept. 30, 1980)

14    Fred Eaton, Tremolite Reduction Program Progress Report Sum. (Oct. 17, 1979)

15    Pinchin Environmental, Final Report Site Assessment Vermiculite Removal Building E-12 C.F.B. Shilo, Shilo Manitoba (Apr. 3, 1977)

16    William M. Ewing, Zonolite Attic Insulation Report (Mar. 19, 2003)

17    In re Armstrong World Indus., No. 00-04471 (RJN) (Bankr. D. Del. Nov. 1, 2002)

18   Debtors' Objections and Resps. to ZAI Claimants' Second Set of Reqs. to Admit to Debtors (Dec. 19, 2002)

19   Debtors' Answers and Objections to ZAI Claimants' First Set of Interrogatories to Debtors (Aug. 26, 2002)

20   EPA, "Current Best Practices For Vermiculite Attic Insulation – May 2003"

21   R.H. Locke Binder Development Program (May 17, 1976)

22   Memo from E.S. Wood to C.E. Brookes, et al. (May 24, 1977)