# ATTACHMENT 5

FINAL DRAFT

PILOT STUDY TO ESTIMATE ASBESTOS EXPOSURE
from
VERMICULITE ATTIC INSULATION

Research Conducted in 2001 and 2002

Prepared for:

Fibers and Organics Branch
National Program Chemicals Division
Office of Pollution Prevention and Toxics
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Prepared by:

Versar, Inc.
6850 Versar Center
Springfield, VA 22151

May 21, 2003

**FINAL DRAFT**

the containment system ranged from 0.011 to 0.089 actinolite f/cc. The asbestos concentrations detected during the relevant simulation conducted in the unoccupied Vermont house ranged from 0.0026 to 0.014 actinolite f/cc.

Exposure Scenario 8. *Living in a house where minimal vermiculite attic insulation disturbance (i.e., moving and storage of boxes in the attic) occurs 4 times/year*

Sampling activities from Phase 1 in the simulated attic included moving boxes and digging trenches in vermiculite. No fibers were detected in the simulated living space during or after the simulations. Therefore, the minimum concentration is based on the lowest detection limit of 0.0012 f/cc, and the maximum concentration of 0.071 f/cc is the highest concentration from the stationary monitors in the main containment "attic." It should be noted that this concentration may overestimate the potential exposure from passive activities because it is based on data from a sample collected in relatively close proximity to the actual activity. The concentrations in the living area are assumed to be no higher than this value. No relevant data from the unoccupied Vermont house were available to assess this scenario.

Exposure Scenario 9. *Background Exposure (Living in a house with vermiculite attic insulation)*

No asbestos fibers were detected in the living areas of the occupied houses containing vermiculite attic insulation visited in Vermont during Phase 1. The exposure concentration for residents living in a house with vermiculite attic insulation was estimated using the highest LOD of 0.0016 f/cc encountered during the Phase 1 air monitoring study in Vermont. The vermiculite attic insulation was not disturbed during the air monitoring study (the level of disturbance of the attic insulation prior to the day of sampling is unknown). Background exposure would not be expected to be higher than this level, assuming no attic insulation disturbances occur.

### 6.2  Uncertainties in Cancer Risks from Residential Uses of Vermiculite attic Insulation

There is great uncertainty associated with basing the cancer risk estimates on a limited sampling of vermiculite products that contain only trace amounts of asbestos in the simulations. No detectable amount of actinolite/tremolite was found in the vermiculite in the unoccupied Vermont house. According to the bulk sampling of vermiculite attic insulation in the 5 occupied Vermont houses, the asbestos content in vermiculite may be as high as 2 percent. It therefore appears necessary that more simulations with vermiculite containing higher asbestos contents are necessary

40

## FINAL DRAFT

to assess the upper range of cancer risks associated with residential use of vermiculite attic insulation.

There are also uncertainties associated with the exposure frequencies and durations used in a risk assessment. There are no survey data indicating the number of times residents install wiring or disturb insulation in their attics. Likewise, the exact period over which the settling of fibers (and thus passive exposure) occurs is not known. These types of assumptions are based on best professional judgement and are intended to provide an indication of risk for low frequency (e.g., once in a lifetime) exposures. Because these risk calculations are based on single events, and are linear, risks from multiple exposures may be estimated by simply multiplying by the exposure frequency of interest.