# **ATTACHMENT 7**

Revised Table E-9
WA Study- Contractor
(Using Dr. Lee's Faulty Exposure Concentrations- Including Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Ceiling Penetration | Small area clearance & fan inst. | Typical | Ewing 2003 | .000044 | 0.54 | 5.5 E-06 |
| Ceiling Penetration | Small area clearance & fan inst. | High-end | Ewing 2003 | .00091 | 0.54 | 1.1 E-04 |
| Moving Aside VAI- Grace Method | Large area clearance | Typical | Ewing 2003 | .000015 | 4.48 | 1.5 E-05 |
| Moving Aside VAI- Grace Method | Large area clearance | High-end | Ewing 2003 | .00036 | 4.48 | 3.7 E-04 |
| Moving Aside VAI- Homeowner Method | Large area clearance | Typical | Ewing 2003 | .000015 | 9.57 | 3.3 E-05 |
| Moving Aside VAI- Homeowner Method | Large area clearance | High-end | Ewing 2003 | .00036 | 9.57 | 7.9 E-04 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | Typical | Ewing 2003 | .0000073 | 0.69 | 1.2 E-06 |
| Shop Vac Removal VAI from top perimeter wall cavity | Small area clearance | High-end | Ewing 2003 | .00027 | 0.69 | 4.3 E-05 |

| Aggregate Risk[1] | Scenario | Risk |
|---|---|---|
| | Typical | 4.0 E-05 |
| | High-end | 9.4 E-04 |

[1] Total does not include risk from "Moving Aside- Grace Method," because the higher exposure scenario "Moving Aside VAI- Homeowner Method" was included in the total.