# **ATTACHMENT 8**

## Estimated Risk Not Calculated by Dr. Anderson:
### Activity #5 /Removing VAI

### WA Study- Resident
(Using Dr. Lee's Faulty Exposure Concentrations- Excluding Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .000013 | 0.567360299 | 1.7 E-06 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .00002 | 0.567360299 | 2.6 E-06 |

### WA Study- Resident
(Using Dr. Lee's Faulty Exposure Concentrations- Including Alleged Cleavage Fragments)

| Residential | | | | | Exposure Concentration (fibers per cubic centimeter PCME)/Risk | |
|---|---|---|---|---|---|---|
| Activity | Assumed Exposure Scenario | Scenario | Data | Time Weighting Factor | Worker (f/cc) | Risk |
| Total VAI Removal | Removing VAI | Typical | Ewing 2003 | .000013 | 9.574610874 | 2.9 E-05 |
| Total VAI Removal | Removing VAI | High-end | Ewing 2003 | .00002 | 9.574610874 | 4.4 E-05 |