# <u>ATTACHMENT 9</u>

Page 1

1                UNITED STATES BANKRUPTCY COURT

                 FOR THE DISTRICT OF DELAWARE

2

3      IN RE: W.R. GRACE & CO., ET AL,

4              Debtors,

5                              CASE NO. 01-01139JKF

6

7                                        **CONDENSED**

8                                        **TRANSCRIPT**

9

10     DEPOSITION OF:   KEVIN KALMAN

       DATE:            February 26, 2003

11     TIME:            8:46 a.m.

12     LOCATION:        Richardson, Patrick, Westbrook,
                            & Brickman

13                      1037 Chuck Dawley Blvd., Bldg. A

                        Mt. Pleasant  SC

14

       TAKEN BY:        Counsel for the Plaintiff

15

       REPORTED BY:     CHRISTINE A. ARNOLD

16                      Court Reporter

17

18     Computer-Aided Transcription By:

19          A. WILLIAM ROBERTS, JR., & ASSOCIATES

20     Charleston, SC                    Greenville, SC

       (843) 722-8414                    (864) 234-7030

21

       Columbia, SC                      Charlotte, NC

22     (803) 731-5224                    (704) 573-3919

23

24

25

Kevin Kalman    February 26, 2003

Page 42

1  insulation since we've been here.
2      Q.  So would it be fair to say, sir, that
3  whatever you are testifying to, or whatever you
4  know or think you know with respect to this case
5  and attic insulation, relates to your experience
6  and work in Nantucket and not in South Carolina?
7      A.  That's correct.
8      Q.  Now, there comes a point in time when
9  you get contacted by Mr. Turkewitz, correct?
10     A.  Yes, sir.
11     Q.  About three months ago, two or three
12 months ago?
13     A.  Yes.  A while back.
14     Q.  Telephonically or in some other
15 fashion?
16     A.  By the telephone.
17     Q.  And where are you when you get that
18 call?
19     A.  In my office.
20     Q.  Did you take any notes of that?
21     A.  No, I did not.
22     Q.  What does Mr. Turkewitz say to you in
23 that call?
24     A.  He wants to know if I can give him the
25 numbers to contact Bob Vila.

Page 43

1      Q.  Did you do that?
2      A.  Yes, I did.
3      Q.  Did he contact Bob Vila?
4      A.  Apparently he has.
5      Q.  And what discussions has he had with
6  Bob Vila?
7      A.  I don't know.
8      Q.  Have you talked to Bob Vila about
9  Mr. Turkewitz's contact of him or of you?
10     A.  No.
11     Q.  Is that all that occurs in the first
12 conversation?
13     A.  Yes.
14     Q.  Okay.  Is there -- does there come a
15 point in time when there is a second communication?
16     A.  Yes.
17     Q.  When does that occur?
18     A.  A couple of weeks back.
19     Q.  Beginning of February?
20     A.  No.  Farther back than that.  Probably
21 January.
22     Q.  In January?
23     A.  I guess.  I'm not sure about the date.
24     Q.  It was a telephone call or some other
25 contact?

Page 44

1      A.  Telephone call.
2      Q.  And what does Mr. Turkewitz say at that
3  time?
4      A.  He wants to know if I will -- we
5  started talking about my renovation and experiences
6  in New England, specifically Nantucket, and he
7  wanted to know if I had any dealings with any type
8  of renovation work that would have disturbed any
9  type of product like this.
10     Q.  And what did you tell him?
11     A.  I told him yes, we had.
12     Q.  And what did he say?
13     A.  He wanted to know if I would help to
14 get this -- to get the information out that some of
15 this product has asbestos in it.
16     Q.  Now, do you have any knowledge
17 concerning whether any of this product has asbestos
18 in it?
19     A.  No, sir.  I'm not an engineer.
20     Q.  And prior to this second conversation
21 with Mr. Turkewitz, had you ever heard anything
22 about attic insulation product or products having
23 asbestos in it?
24     A.  That's kind of the weird thing.  I read
25 a lot of trade journals.  I get dozens of them

Page 45

1  every month, and I read them cover-to-cover and
2  I've never read anything about this.
3      Q.  And did you tell Mr. Turkewitz you
4  would help?
5      A.  Yes.
6      Q.  And why did you tell him you would help
7  him?
8      A.  I grew up dealing with this stuff.  My
9  brothers did.  We were all in construction, and
10 there are guys out there now, if this stuff is
11 still out there, they are dealing with it.  They
12 should know.
13     Q.  Did Mr. Turkewitz offer you any
14 compensation for your time and effort in helping
15 him on this matter?
16     A.  Yes.
17     Q.  And what is that?
18     A.  We haven't agreed on anything.  I told
19 him I wanted to be paid just for my time.
20     Q.  And --
21     A.  And actually he didn't offer it to me.
22 I told him I wanted to be paid for my time, whether
23 I'm here or working or doing an estimate some place
24 else, I have an obligation to my company and my
25 family to bill for my time.

12 (Pages 42 to 45)

Kevin Kalman   February 26, 2003

Page 90

1   much anymore. We have carpenter's helpers in the
2   fields, we have laborers in the fields, we have
3   supervisors in the fields, we have master
4   carpenters, we've got a shop gentleman that just
5   builds custom cabinetry. He works on staff. We
6   have an estimator. We have office managers. We
7   have secretaries. We have an interior designer and
8   a kitchen designer.
9        MR. RESTIVO: Mr. Kalman, that's all I
10   have.
11        VIDEOGRAPHER: I need to change the
12   tape, gentlemen. Can we go off the record?
13        MR. TURKEWITZ: Yes.
14        VIDEOGRAPHER: The deposition is off
15   the record at 10:53 a.m.
16        (A recess transpired.)
17        VIDEOGRAPHER: Tape rolling. The
18   deposition is back on the record at 10:58 a.m.
19             EXAMINATION
20   BY MR. TURKEWITZ:
21        Q. Mr. Kalman, you were asked whether you
22   had any conversations with anyone else about the
23   subject matter of this deposition. Have you had
24   any conversations with anyone in your family about
25   the fact that Zonalite attic insulation contains

Page 91

1   asbestos?
2        A. I talked with two of my brothers. One
3   of my brothers works on the Cape, my younger
4   brother, Chris; and my older brother, Michael,
5   lives in Nantucket still and is still in — both of
6   them are in the construction industry still.
7        Q. What did you tell them?
8        A. We talked about this type of product,
9   and I told them that I was helping a local law firm
10   with a case and that the information that I was
11   shown supported that it had asbestos in it.
12        Q. And why did you feel it necessary to
13   contact them?
14        A. They're still up there working in it.
15   We haven't run into it since we've been here. I
16   don't know if it's a regional thing. We haven't
17   run into it at all here, but they're still up there
18   doing the same stuff that we did for 30 or 40
19   years. They're still up there doing the same
20   things.
21        Q. You were asked questions about
22   floorboards in attics. Did you ever have occasion
23   to do any work involving floorboards that involved
24   disturbance of vermiculite insulation?
25        A. Yes.

Page 92

1        Q. And what type of work was that?
2        A. Many times, especially in these old
3   Nantucket houses that -- the floorboards in the
4   main body of the house would be 24 to 30 inches
5   wide, big, wide, pine boards.
6             When these houses were built, they
7   would have used the same boards in the attic just
8   as storage spaces, as storage boards, and when it
9   came time to do additions or renovations, the best
10   source of wood that would match came out of the
11   attics. And so we would always go into the attic
12   and hunt these boards down and denail them and pull
13   them up, drag them downstairs, install them, and
14   then sand them, and they matched beautifully with
15   the existing floors.
16        Q. And was that a dusty job with the
17   vermiculite insulation in the attic?
18        MR. RESTIVO: Objection. I could be
19   convinced otherwise. I thought his testimony on
20   direct was that he viewed the material as granular
21   material. I thought I asked him, do you know
22   whether it was vermiculite, and I politely said,
23   well, I know it was granular. You're now calling
24   it vermiculite. I'm not sure he's identified it as
25   vermiculite. I would ask you to kind of clarify

Page 93

1   that one way or the other, otherwise this whole
2   transcript is going to be off.
3        MR. TURKEWITZ: Well, I think you
4   established in the very beginning that we'll refer
5   to it as vermiculite, if I'm not mistaken.
6        MR. RESTIVO: Then I do stand
7   corrected. Okay. It's understood that when I
8   used — he used granular material and vermiculite.
9   They were the same, and your use of vermiculate
10   means the same thing.
11        MR. TURKEWITZ: Right.
12        MR. RESTIVO: Very good. Thank you.
13        Q. I think the question was, was it dusty
14   when you took the boards up?
15        A. Yes. Sure. It disturbed anything
16   around it and so forth.
17        Q. You mentioned that, and in our meeting
18   I showed you some photographs involving material
19   being taken down. Do you now recall being shown
20   actually a report?
21        A. Yes. The photographs were attached to
22   a report or were in a binder or stapled together in
23   some way.
24        Q. And what was the activity that was
25   being photographed?

24 (Pages 90 to 93)