# **ATTACHMENT 10**

## PAGE 1  SHEET 1

```
                                                         1
      IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE DISTRICT OF DELAWARE

 IN RE                          )  Chapter 11
                                )  Case 01-01139JFK
 W. R. GRACE                    )  (Jointly Administered)


              D-E-P-O-S-I-T-I-O-N
                     -OF-
                  RALPH MOLD

            Taken on February 28, 2003
               at the law offices of
              Downs, Rachlin & Martin
                 90 Prospect Street
                St. Johnsbury, Vermont

 APPEARANCES:

 FOR THE PLAINTIFF:   ROBERT M. TURKEWITZ, ESQ.
                      Richardson, Patrick,
                      Westbrook & Brickman
                      Post Office Box 1007
                      Mt. Pleasant, SC 29464

 FOR THE DEFENDANT:   ROBERT A. MURPHY, ESQ.
                      Casner & Edwards
                      303 Congress Street
                      Boston, Massachusetts 02210


           COURT REPORTER: Kenneth McClure, RMR
                    117 Bank Street
                 Burlington, Vermont 05401
```

## PAGE 2

```
                                                         2
               TABLE OF CONTENTS

          RALPH MOLD, FEBRUARY 28, 2003

              EXAMINATION BY          Page
              MR. MURPHY              5, 82
              MR. TURKEWITZ           60
              EXHIBITS                Page

 1.  Videotape, "MAS Simulations"              49
 2.  Pinchin Environmental Final               49
     Report, Site Assessment,
     Vermiculite Removal
 3.  "How to Install a Bath Fan,"              49
     The Family Handyman Magazine,
     February 1996
 4.  "The Family Handyman Interior             49
     Remodelling," a Reader's Digest
     Book, 2 pages
 5.  "Advanced Home Plumbing" Cowles,          49
     Creative Publishing, 4 pages
 6.  "Home Book, the Ultimate Guide to         49
     Repairs, Improvements and
     Maintenance," Creative Homeowner,
     3 pages
 7.  The Family Handyman Magazine,             49
     May 1993, v43, n5, p68.
 8.  "Step-by-Step Wiring," Better             49
     Homes and Gardens Books, 2 pages
 9.  "How to Install a Skylight --             49
     Preparing the Openings,"
     Do-It-Yourself.com, 3 pages
10.  "Installing Drop-Down Stairs,"            49
     Do-It-Yourself.com, 5 pages
11.  "Folding Attic Stairs," the Family        49
     Handyman Magazine, May 1995, 3 pages
```

## PAGE 3

```
                                                         3
            INDEX TO EXHIBIT (Continued)
              EXHIBITS                         Page
12.  "The Stanley Complete Step-by-Step        49
     Book of Home Repair and Improvement,"
     Round Stone Press, 3 pages
13.  "Home Improvements Encyclopedia,"         49
     Ortho Books, 5 pages
14.  The Family Handyman Magazine,             49
     "Improved Attic Ventilation,"
     2 pages
15.  "How to plan & remodel attics &           49
     basements," Ortho Books, 4 pages
16.  "Finishing Basements and Attics,"         49
     Creative Publishing, 2000
17.  "Converting Garages, Attics and           49
     Basements," Sunset Books
18.  New Remodelling Book, Better              49
     Homes and Gardens
19.  "Home Improvement 1-2-3, Expert           49
     Advice from the Home Depot."
20.  "Home Improvements Manual, A              49
     Do-It-Yourself Guide to Renovating,
     Modernizing and Adding Space to
     Your Home"
21.  "New Complete Do-It-Yourself Manual,      49
     Reader's Digest
22.  "New Complete Guide to Home Repair        49
     and Improvement," Better Homes and
     Gardens

                     oOo
```

## PAGE 4

```
                                                         4
       FEBRUARY 28, 2003; 9:05 a.m.
            THE VIDEOGRAPHER:  Good morning.
       This is the videotaped deposition of
 Ralph H. Mold, taken by the debtor, in the matter of In
 Re W. R. Grace, in the U.S. Bankruptcy Court for the
 District of Delaware, Chapter 11, Case 01-01139 JFK
 (Jointly Administered).  This is taken by the debtor,
 held in offices of Downs, Rachlin & Martin, 90 Prospect
 Street, St. Johnsbury, Vermont, on February 28, 2003.
 The time is 9:15.  My name is Kate Kone.  I am the
 CLVS.  Ken McClure is the court reporter, from Court
 Reporters Associates.
            Counsel, will you now please introduce
 yourselves?
            MR. MURPHY:  My name is Robert Murphy.
 I'm with the law firm of Casner & Edwards, in Boston,
 Mass., and I represent the debtors.
            MR. TURKEWITZ:  Good morning.  My name
 is Rob Turkewitz, and I'm with the law firm of
 Richardson, Patrick, Westbrook & Brickman, and I'm
 representing the interests of the homeowners.
            RALPH MOLD,
 having been sworn to tell the truth, deposes
 and says as follows:
            MR. MURPHY:  Before starting the
```

PAGE 25 SHEET 7

25

1 number happened to be, can you recall what type of
2 renovations you were doing?
3 A. Several -- two entire structure guts -- first
4 floor, second floor, right back to open-stud cavities.
5 Complete rebuilds.
6 Q. How about any others?
7 A. Several kitchen, bathroom renovations, a
8 second-floor gut.
9       (Phone rings)
10           THE VIDEOGRAPHER: Do you want to go off
11 the record?
12           MR. MURPHY: No. It didn't ring again.
13 I guess, if it rings again, we probably ought to, and
14 find out why it's happening.
15 Q. On the complete rebuilds and the second-floor gut,
16 did the attic insulation get removed in a manner
17 similar to what you already described, that is, your
18 tearing out ceilings, floors --
19 A. Yes.
20 Q. -- walls, and it just all goes into a truck and
21 gets taken away?
22 A. Yes.
23 Q. Did that method of removal, if I can use that
24 term, change at all during the ten years that you
25 encountered what you believe to be attic insulation?

PAGE 26

26

1 A. No.
2 Q. Did you wear any sort of protective covering on
3 your face during that ten-year period?
4 A. In the late '70s, I started wearing paper -- I
5 don't know how to describe them other than to say, the
6 ones that there was a little metal band that you can
7 squeeze to fit your nose, what I now understand to be
8 nuisance-dust masks.
9 Q. And you wore the type that had the little metal
10 band; is that right?
11 A. That's correct.
12 Q. And you did that to avoid breathing dust, I
13 assume?
14 A. Yes. Plaster dust.
15 Q. Any kind of dust?
16 A. Any kind of dust.
17 Q. It's a good practice to avoid breathing dust,
18 isn't it?
19 A. Certainly.
20 Q. And did people -- did you employ people in your
21 own business?
22 A. I did.
23 Q. And did any of them wear the kind of mask that you
24 have just described?
25 A. When I started, they started.

PAGE 27

27

1 Q. And did any of your employees wear any different
2 kind of mask?
3 A. No.
4 Q. Up until 1984, did you install Zonolite Attic
5 Insulation?
6 A. I have placed Zonolite. I have never installed it
7 in a new structure. Insulated a -- for instance, a
8 whole attic of a new house with it. There were several
9 times where we, I will say, "drained" enough material
10 out of an attic, or in a couple of cases out of wall
11 cavities, where it was -- since the rest of the attic
12 was still insulated with Zonolite, I bought Zonolite at
13 the lumberyard and replaced the stuff that was lost.
14 Q. Do you recall when you first bought it, what
15 decade or who you were employed by?
16 A. It was in the '70s. I know I bought it on several
17 occasions myself, in business for myself. May have
18 done the same thing when I was working for 7-E, but I
19 couldn't say that for sure.
20 Q. Can you say for sure that it was not before you
21 worked for 7-E?
22 A. Yes, I can.
23 Q. And where did you buy this material?
24 A. Allen Lumber Company.
25 Q. Allen, A-L-L-E-N?

PAGE 28

28

1 A. E-N.
2 Q. What town is that in?
3 A. St. Johnsbury.
4 Q. Anywhere else?
5 A. Conceivably, Northern Lumber Company, which used
6 to be located in Lyndonville, Vermont. It is no longer
7 in business.
8 Q. I'm sorry. I didn't get the name of the town,
9 please?
10 A. Lyndonville.
11 Q. Lyndonville. L-I-N-D --
12 A. L-Y-N-D-O-N-V-I-L-L-E.
13 Q. Anywhere else?
14 A. Conceivably, Larrabee's Building Supply, but I
15 don't know for sure.
16 Q. Is this your former employer?
17 A. Yes.
18 Q. Anywhere else?
19 A. Not that I recall, no.
20 Q. Is the Allen Lumber Company still in business?
21 A. Yes, it is.
22 Q. On these occasions when you bought attic
23 insulation, as you said, to replace attic insulation in
24 these homes that were being renovated, do you remember,
25 have any recollection, of what the largest number of

PAGE 61 SHEET 16

61

1  added to it.
2  Q. And you mentioned you did some work in the attic?
3  A. Yes.
4  Q. And that attic contained Zonolite?
5  A. It did.
6  Q. In the course of that work, did you disturb the
7  Zonolite?
8  A. Incidentally disturbed, yes.
9  Q. How do you incidentally disturb the Zonolite?
10 A. Some of it had to be removed away. It got walked
11 in.
12 Q. Mr. Murphy asked you about ventilation in attics.
13 What has been your observation with respect to the
14 amount of airflow in an attic, in a normal attic?
15           MR. MURPHY: Objection.
16           I can't instruct you. Go ahead and
17 answer. I made an objection. You can proceed with
18 your answer.
19 A. I'm trying to frame this answer correctly, without
20 expounding on physics.
21     The only really effective attic ventilation is
22 either mechanical or continuous soffit-and-ridge
23 ventilation. Continuous soffit-and-ridge ventilation
24 has really only come into widespread use over the last
25 10 or 15 years. Prior to that, what was often done as

PAGE 62

62

1  an attempt to ventilate attics was to ventilate soffits
2  and add gable end vents. Both of those, even the two
3  used together, are very ineffective at ventilating
4  attic spaces.
5  Q. Very --
6  A. -- ineffective.
7  Q. So in that situation, would there be very little
8  air movement inside of an attic?
9  A. There would.
10 Q. You talked about instances where you or your
11 company installed Zonolite --
12 A. Uh-uh.
13 Q. -- in attics. And you mentioned that, at times,
14 you would build dams in areas to prevent the material
15 from going into the walls?
16 A. Uh-uh.
17 Q. In that situation, was there still Zonolite, old
18 Zonolite, still in the attic?
19 A. Often, yes.
20 Q. And in connection with the construction of these
21 dams, would that activity involve in any way disturbing
22 that old material?
23 A. Uh-uh.
24    Yes. I'm sorry.
25 Q. How would the material be disturbed?

PAGE 63

63

1  A. It would be moved away in order to accommodate dam
2  material.
3  Q. And was it dusty when the material was disturbed?
4  A. Yes.
5  Q. Now, when you mentioned that the material could go
6  into the walls, what type of walls are you referring
7  to?
8  A. Many structures locally, and I would say
9  regionally, built in the late 1800s-early 1900s were
10 balloon-framed, which is to say that exterior wall
11 studs run continuously from the sill plate or
12 foundation all the way to the rafter plate, in the case
13 of a two story house, continuous.
14    Floor joists, unlike in platform framing are
15 attached to the faces of studs supported by a ledger.
16 These cavities are often open to the attic space. So
17 that, whatever insulation material were installed, if
18 it were a loose-fill product such as Zonolite or
19 cellulose, if one didn't intend to insulate the wall
20 cavity, one would have to dam it. There are certainly
21 plenty of structures where wall cavities were
22 intentionally insulated by pouring loose fill material
23 down those cavities, and then finishing by capping the
24 attic.
25 Q. Have you been involved in any renovations where

PAGE 64

64

1  holes were made in a wall on a floor below the attic?
2  A. Yes.
3  Q. And have you been involved in such renovations
4  where the walls contained Zonolite?
5  A. Yes. I can't say whether that was, intentional or
6  run-out.
7  Q. Can you describe what happens when you cut a hole
8  into a wall with Zonolite?
9  A. It runs out.
10 Q. And when you have a wall such as a balloon wall,
11 how much would run out?
12           MR. MURPHY: Object.
13 A. That would depend on how much were in the cavity.
14 Q. Was that dusty?
15 A. Yes.
16 Q. And when that happened, what would you do? When
17 that happened, what did you do?
18 A. Clean it up.
19 Q. How would you clean it?
20 A. Sweep it up into a shovel, dump it in a trash can,
21 and remove it from the building. Occasionally, vacuum
22 it up.
23 Q. What would you use to vacuum it?
24 A. I would like to say, always a shop vac, but,
25 occasionally, the homeowner's vacuum cleaner.

1  Q.  And would you then replace the Zonolite in that
2  wall if it was intentionally insulated?
3  A.  Often, not. It's pretty tough to get to that
4  point in the attic where the rafters come down to the
5  floor joists. Late in the '70s, foams became available
6  that could do that job, or it might mean stripping a
7  wall section in order to fill it up with fiberglass.
8  Q.  Had you ever replaced Zonolite in a wall that had
9  come out?
10 A.  I have not replaced walled Zonolite, no.
11 Q.  You mentioned that you had installed Zonolite,
12 that you purchased it from various lumber stores --
13 A.  Uh-uh.
14 Q.  -- and installed it to replace material that had
15 been removed?
16 A.  Uh-uh.
17 Q.  Do you recall ever seeing any kind of an asbestos
18 warning label on any bags of Zonolite?
19 A.  No, I don't recall that.
20 Q.  And you testified that you first learned about
21 asbestos in Zonolite when we first spoke back in the
22 fall. Could it have been late summer-early fall?
23 A.  It's whenever you and I first spoke. I don't
24 recall precisely when you bought the property or when
25 you first called me, but it certainly could have been

1  late summer.
2  Q.  And what was your reaction when I mentioned to you
3  that I was working on a case involving Zonolite?
4      Well, let me ask you this. Do you recall that I
5  mentioned to you that I was working on a case involving
6  Zonolite?
7  A.  Yes, I do.
8  Q.  And you asked me what the case was about, correct?
9  A.  Uh-uh. Yes.
10 Q.  And I mentioned to you that it was a science trial
11 that we were working on in the bankruptcy court; do you
12 recall that?
13 A.  I do.
14 Q.  And I mentioned to you that the issue was --
15 involved asbestos in Zonolite. Do you recall that?
16     MR. MURPHY: Objection.
17 A.  I do.
18 Q.  And what was your reaction when I mentioned to you
19 that there's an issue of asbestos in Zonolite?
20 A.  I was surprised and worried.
21 Q.  Why were you worried?
22 A.  Perhaps "chagrined" is a better term.
23     One doesn't like to -- or I don't -- I don't like
24 to not know about potential hazards, both for myself,
25 employees, and clients.

1  Q.  You mentioned also that you did not want to be
2  compensated for your time relating to this case, for
3  your time that you spent here today and also in our
4  conversations and meeting. Why is that?
5  A.  I do a lot of this sort of thing.
6      Excuse me. Don't misunderstand me. I look at
7  structures for people, often, and I don't charge for
8  that, and I don't see any reason to charge anybody for
9  this. I'm not -- not doing anything that -- I have a
10 job.
11 Q.  Okay. Do you feel that this is information that
12 needs to get out?
13     MR. MURPHY: Objection.
14 A.  I do indeed.
15 Q.  Now, you mentioned that you teach very little
16 about renovations at St. Johnsbury Academy, and that
17 you have not taught your students about Zonolite Attic
18 Insulation per se.
19 A.  That's correct.
20 Q.  Have you mentioned to your students anything about
21 asbestos in Zonolite?
22 A.  I have mentioned to a number of students -- I've
23 have not taught this as part of a course. I have
24 mentioned to a number of students that this was new
25 information I had.

1  Q.  Okay.
2  A.  I -- if I can go a little further, I certainly
3  have mentioned that to a number of fellow builders who
4  are out there still, doing this kind of thing.
5  Q.  Why have you mentioned it to students and to
6  builders?
7  A.  Because I think they need to know it.
8  Q.  Mr. Murphy mentioned to you a number of experts
9  who have testified for W.R. Grace. And one of the
10 individuals he mentioned was a Dr. Morton Corn. Have
11 you ever heard his name before?
12 A.  No, I haven't, until Mr. Murphy mentioned it.
13 Q.  Dr. Corn testified under oath that no one disturbs
14 Zonolite Attic Insulation after the material is
15 installed. Is that true?
16     MR. MURPHY: Objection.
17 A.  In an ideal world, that would be true. But, in my
18 experience, there are any number of ways in which that
19 certainly is not the case.
20 Q.  What is the truth?
21     MR. MURPHY: Objection.
22 A.  That's a big question.
23     The truth -- the truth is that remodelling,
24 renovation, demolition are facts of life in our
25 existing housing stock. And that, when that sort of

PAGE 69  SHEET 18

69

1  work is done, whatever attic insulation is in place is
2  disturbed; in many cases, substantially disturbed.
3  Q.  Now, you were asked about some of the materials --
4  A.  Uh-uh.
5  Q.  -- that I had shown to you.
6  A.  Yes, I was.
7  Q.  And one of the things that you have seen was a
8  videotape containing various activities?
9  A.  Uh-uh.
10 Q.  Do you recall reviewing that last night?
11 A.  I do.
12 Q.  I believe it is marked as Deposition Exhibit 1 for
13 the record. The first scene that you reviewed was a
14 scene showing an individual cleaning up Zonolite with a
15 shop vac. Do you recall that?
16 A.  Yes, I do.
17 Q.  Have you and your employees removed Zonolite using
18 shop vacs?
19 A.  Not from an attic situation, as is shown there,
20 but we have cleaned -- spilled run-out Zonolite,
21 Zonolite that had come down as part of demolition,
22 certainly, with a shop vac.
23 Q.  And the activities depicted on the video, do you
24 have an opinion as to whether that activity understated
25 or overstated the degree of activity that you, as a

PAGE 70

70

1  contractor, have used in cleaning the material?
2         MR. MURPHY:  Objection.
3  A.  As a builder and as a contractor, I would not have
4  chosen to remove Zonolite in that fashion, in that it
5  appears to me to be very time-consuming.
6  Q.  With respect to the vacuuming of the material
7  using a shop vac, that has spilled onto a floor, did
8  that pretty accurately show how the material would be
9  vacuumed using a shop vac?
10        MR. MURPHY:  Objection.
11 A.  Sure.
12 Q.  And I guess my question was:  Do you have an
13 opinion as to whether or not -- would a contractor be
14 using the same amount of force and energy in cleaning
15 up material using a shop vac as from what you saw on
16 the video?
17        MR. MURPHY:  Objection.
18 Q.  How would you describe it or relate it to a
19 contractor -- to the work you did as a contractor?
20        MR. MURPHY:  Could I -- I'm sorry.
21 Would you read that question back, please?
22        MR. TURKEWITZ:  Let me restate it. Let
23 me restate that question.
24 Q.  How would you compare the level of effort and the
25 amount of disturbance that occurred when you cleaned up

PAGE 71

71

1  the material using a shop vac, compared to what was
2  depicted on the video?
3         MR. MURPHY:  Objection.
4  A.  I would want someone working for me to get it over
5  with.
6  Q.  Okay. Would you say that, in the real world, it's
7  done more aggressively and quicker?
8  A.  Yes, I would.
9  Q.  Do you recall also reviewing the part of the video
10 showing removal of the material using a dustpan acting
11 as a small shovel?
12 A.  (The witness nodded.)
13 Q.  And have you done that work yourself in attics
14 with Zonolite?
15 A.  I have not done removal for the sake of removal.
16 We have certainly moved material away from areas that
17 need to be -- have blocking installed in them, dams
18 built, to make space for sistering joists, generally
19 done with a large grain scoop-shovel, as quickly as
20 possible.
21 Q.  And my same question that I asked earlier:  How
22 would you compare the level of effort that you saw in
23 the video of the person shoveling the material into a
24 bag, compared to how you and your employees did it?
25 A.  I would not hire the guy in the video.

PAGE 72

72

1  Q.  Why is that?
2  A.  Time is money.
3  Q.  So would the level of effort that you and your
4  employees used in the real world, was it more
5  aggressive?
6  A.  Yes.
7  Q.  Same question with respect to the third sequence
8  that you viewed involving a ceiling penetration. Do
9  you recall that?
10 A.  Yes, I do.
11 Q.  Did that accurately depict the work that is done
12 to open up a ceiling? Are there any differences in how
13 it is done in the real world?
14 A.  It accurately depicts, certainly, what the scene
15 looks like. Any ceiling penetration like that would be
16 cut with an electric tool, a saws-all (phonetic),
17 reciprocating saw.
18 Q.  By a contractor?
19 A.  Yes.
20 Q.  Do you recall seeing the Zonolite falling down?
21 A.  In the video?
22 Q.  Yes, sir.
23 A.  Yes, I do.
24 Q.  And have you done work with Zonolite where the
25 material came down on you, after cutting a hole in the

PAGE 73   SHEET 19

73

1  ceiling?
2  A.  Uh-uh.
3  Q.  Again, the same question: How would you compare
4  the work that was done the video with work done in the
5  actual real world?
6  A.  The personal protective equipment being worn in
7  the video.
8  Q.  Not worn in the real world?
9  A.  No.
10 Q.  How else would you compare it as far as the level
11 of activity?
12         MR. MURPHY: Objection.
13 A.  It was being done with great care -- I would
14 characterize it as "great care" -- in the video, and
15 that is not typical of the real world.
16 Q.  So would you say, in the real world and in the
17 work that you did, it was done more aggressively?
18 A.  Yes.
19 Q.  I guess, with regard to the part of the video
20 where the individual is removing the material and
21 putting it into bags using a shovel, was that done, in
22 your opinion, with great care?
23 A.  Yes.
24 Q.  You also reviewed a report that was done by
25 Pinchin Environmental?

PAGE 74

74

1  A.  Yes, I did.
2  Q.  And what was -- from your recollection, what type
3  of work was done in that study?
4  A.  Concentration levels of fibers, I believe, is
5  what --
6  Q.  But do you recall that it was studying what
7  happens when you demolish --
8  A.  Yes.
9  Q.  -- barracks, one-story barracks, with Zonolite?
10         MR. MURPHY: Objection.
11 A.  Yes.
12 Q.  Do you recall the method that they used to
13 demolish those barracks?
14 A.  Yes, I do.
15 Q.  You mentioned that you have done full-house gut
16 projects in homes?
17 A.  Yes.
18 Q.  And did that work involve demolishing a ceiling?
19 A.  Yes.
20 Q.  Actually, you mentioned you did two, correct?
21 A.  Yes.
22 Q.  And how did you go about -- oh, by the way, before
23 I do that: Those are ceilings that contain Zonolite on
24 top?
25 A.  That is correct.

PAGE 75

75

1  Q.  And how did you go about demolishing those
2  ceilings?
3  A.  You can work from underneath, you can work from
4  above. We have done both. Lath and plaster lends
5  itself pretty well to standing in the attic and kicking
6  the lath off.
7  Q.  Kicking it down below, kicking it so it falls to
8  the floor?
9  A.  Yes.
10 Q.  Okay.
11 A.  In either case, it falls to the floor. It's a
12 question of whether you're standing under it or
13 standing over it. It is done from below as well, with
14 pry bars and long pieces of lumber used as levers to
15 pry strapping and sheetrock or lath and plaster.
16 Q.  Now, when it is done from below, when people are
17 below doing it, does the material fall all over the
18 people below?
19 A.  Yes, it does.
20 Q.  And with regard to the video that you viewed of an
21 individual cutting a hole in the ceiling, is that the
22 same case, that the material will fall all over that
23 individual?
24 A.  Yes, it is.
25 Q.  And does it get all over that person's head and

PAGE 76

76

1  shoulders?
2  A.  Yes.
3         MR. MURPHY: Objection.
4  Q.  When you did this work, what type of clothing were
5  you wearing? You weren't working tibex (phonetic)
6  suits, were you?
7  A.  No.
8  Q.  What kind of clothing were you wearing?
9  A.  Work clothing. T-shirts, sleeve shirts.
10 Q.  And did you wear any equipment such as tool belts
11 and things of that nature?
12 A.  Yes.
13 Q.  Would the material wind up in your tool belts?
14 A.  Yes. In your clothing.
15 Q.  Would it also get inside your clothes?
16 A.  Yes.
17 Q.  Did the procedures that you saw in this Pinchin
18 Environmental -- or that were described in the Pinchin
19 Environmental report, did it pretty much describe the
20 type of work that you did with Zonolite in demolishing
21 ceilings?
22 A.  Yes, it did.
23 Q.  And then, what did you do with the material after
24 it fell to the floor?
25 A.  Shovel it up. Trash cans. Trash bags don't work

PAGE 77  SHEET 20

77

1  very well, particularly when you have a mix of lath,
2  plaster, insulation material.
3  Q.  What would happen when you shoveled it and put the
4  material into the trash cans?
5  A.  It is very, very dusty.
6  Q.  And then what would you do with that material?
7  A.  Take it outside into a truck or a trailer.  Dump
8  it.  Get the truck or trailer filled.  Take it to the
9  dump.
10 Q.  You also reviewed a number of renovation articles
11 and excerpts from books.  Do you recall that?
12 A.  Yes.
13 Q.  Those are marked as Deposition Exhibits 3 through
14 22?
15 A.  Yes.
16 Q.  Were these pretty much standard do-it-yourself
17 renovation-type articles and books that are out there?
18 A.  Yes.
19 Q.  And this is how you would expect a homeowner, or a
20 contractor even, to do the work as far as the
21 procedures that were used?
22 A.  Yes.
23 Q.  Do you recall these activities, activities that
24 you personally have done in renovating homes?
25 A.  Yes.

PAGE 78

78

1  Q.  And do you recall many of those activities
2  involved homes with Zonolite?
3  A.  Yep.
4  Q.  One of the activities that's depicted in these
5  articles and books is finishing an attic into a room,
6  correct?
7  A.  Yes.
8  Q.  And is there anything that needs to be done in
9  order to -- is there anything that needs to be done to
10 the joists in order to be able to turn an attic into
11 living space?
12 A.  Very often, joists need to be reinforced, if not
13 with the bearing partition underneath, then by
14 something that is called "sistering," which is adding
15 joists of the same depth or greater depth in order to
16 provide the stiffness in that floor-ceiling assembly
17 for -- to bare furniture and people, to bare loads
18 intended for them.
19 Q.  And if Zonolite Attic Insulation is between the
20 joists, is there anything that needs to be done in
21 order to be able to install the reinforcement joists?
22 A.  It has to be moved.  In other words, when that
23 loose fill is in place, it's up against existing
24 ceiling joists.  It has to be moved away from them in
25 order to allow a joist to be placed against it, to

PAGE 79

79

1  reinforce it.
2  Q.  And do you recall doing that kind of work?
3  A.  Uh-uh.  Yes.  I'm sorry.
4  Q.  And when you have to move it, would you take the
5  material and put it in bags?
6  A.  We would often simply shovel it into the adjacent
7  cavity, install the sister joist, and move it back into
8  place.
9  Q.  How long would it take to sister an entire attic
10 doing this procedure?
11 A.  It would depend on the size of the attic.
12 Q.  Do you have a recollection of how long it took you
13 to do the homes where you did this with Zonolite?
14 A.  A day's work.
15 Q.  When you did that work, were you wearing
16 respirators or anything more than just a dust mask?
17 A.  No.
18 Q.  When this type of work is done involving shoveling
19 and cleaning of material like Zonolite, generally, who
20 among the employees were the ones that got tasked with
21 that job?
22 A.  Well, I tried, most of the time, to do -- I have
23 to be careful of my choice of words here -- the less
24 desirable work, along with the people who work for me.
25 But, more often than not, it's new employees, less

PAGE 80

80

1  skilled employees.  They tend to be younger people.
2  Q.  And did you ever have young kids who were working
3  as a summer job, in college or maybe in high school,
4  working for you and doing that work?
5  A.  I never employed any high-school kids, but
6  certainly younger -- people younger than I.
7  Q.  Do you recall doing any projects involving
8  vaulting of ceilings where the ceiling would be
9  demolished in order to vault it, so that the attic roof
10 would be the -- would form the wall --
11 A.  -- where the roof becomes the ceiling.
12 Q.  Yes, sir.
13 A.  Uh-uh.
14 Q.  Did you do this work in homes with Zonolite Attic
15 Insulation?
16 A.  I can't say for sure whether I did or not.
17 Q.  Is that a common renovation, by the way, that
18 people do, vaulting of ceilings?
19 A.  It -- it's in and out of vogue.  It certainly has
20 been common.  I don't know that I can say that it's
21 common right now.  But renovation trends are sort of
22 cyclical.
23 Q.  And if a ceiling contains Zonolite, in order to
24 vault that ceiling, would the ceiling need to be
25 demolished?

PAGE 81  SHEET 21

81

1           MR. MURPHY: Objection.
2  A.  Yes, it would.
3  Q.  You mentioned that you have done renovations of
4  buildings as part of your work at St. Johnsbury
5  Academy.
6  A.  Yes.
7  Q.  And if a building owner approached you at
8  St. Johnsbury and asked that you all do a renovation in
9  his building or her building, and that building
10 contained Zonolite Attic Insulation, what would you do?
11          MR. MURPHY: Objection.
12 A.  I would tell the client -- well, we don't do those
13 things anymore. But, as a hypothetical, I would tell
14 the client that, in my opinion, they needed to have the
15 Zonolite removed. By someone.
16 Q.  Okay.
17 A.  Other than me.
18 Q.  And have it removed in whatever way that would be
19 a safe way of removing it?
20 A.  Yes.
21 Q.  Would that increase the cost of the renovation to
22 the owner?
23          MR. MURPHY: Objection.
24 A.  Yes, it would.
25 Q.  Mr. Mold, Zonolite, if you just don't disturb it,

PAGE 82

82

1  it's not a problem. What does that mean to you as a
2  contractor performing renovations in homes with
3  Zonolite?
4  A.  It's impossible.
5  Q.  And why is that?
6  A.  Let me rephrase that. If the renovation impacts
7  cavities which contained Zonolite insulation, it's
8  impossible for it to be undisturbed.
9  Q.  And you agreed to testify voluntarily; is that
10 correct?
11 A.  Yes, it is.
12 Q.  And why did you agree to testify voluntarily?
13 A.  Because I appeared to have had some experience
14 which was of some value, and because it feels like the
15 right thing to do.
16          MR. TURKEWITZ: No further questions.
17 Thank you.
18 BY MR. MURPHY:
19 Q.  Mr. Mold, the schoolhouse that you worked on when
20 you were working for Larrabee, I think you said it was
21 in West Danville.
22 A.  Correct.
23 Q.  That was not then an operating school, was it?
24 A.  No, it was not.
25 Q.  And you talked about dust in connection with

PAGE 83

83

1  different procedures and operations that you performed.
2  It seems self-evident, but: The amount of dust would
3  depend on the activity, isn't that right?
4  A.  That's correct.
5  Q.  Have you seen -- you were asked several questions
6  about ventilation in attics. Have you seen attics with
7  attic fans in them?
8  A.  Attic fans. There are a variety of attic fans.
9  Some are whole-house fans, some are intended to
10 ventilate the attic. They're -- I have seen them.
11 They're quite uncommon in this part the world. In many
12 parts the world, they're quite common.
13 Q.  You were asked a couple of questions about
14 sistering in an attic. My recollection is that you did
15 one job that involved substantial renovation of an
16 attic area that contained Zonolite Attic Insulation.
17 Is that correct?
18          MR. TURKEWITZ: Objection.
19 A.  I'm not -- can you restate that or --
20 Q.  You told me earlier that you did one gut of an
21 existing second floor where the ceiling surfaces were
22 removed partition by partition; is that right?
23 A.  Well, where partitions were all removed, and then
24 the whole ceiling came down, yes.
25 Q.  In how many of the renovations of attics of homes

PAGE 84

84

1  that had Zonolite Attic Insulation in them did you get
2  involved in the sistering work?
3  A.  That's difficult to answer precisely, but on
4  several occasions.
5  Q.  And you have already said that the length of time
6  for the work depended on the size of the attic, right?
7  A.  Certainly.
8  Q.  Do I understand correctly that the longest time
9  you spent on this was one day? Is that what you said
10 in answer to Mr. Turkewitz?
11 A.  I believe so.
12 Q.  Now, if whatever information Mr. Turkewitz has
13 given you concerning attic insulation and asbestos
14 turns out to be inaccurate --
15 A.  Uh-uh.
16 Q.  -- he has unnecessarily alarmed you, hasn't he?
17 A.  I guess you'd be right.
18          MR. MURPHY: I have no more questions.
19          MR. TURKEWITZ: I don't have any further
20 questions.
21          MR. MURPHY: Thank you again.
22          THE VIDEOGRAPHER: The time is 12:23 and
23 that concludes the deposition of Mr. Mold.
24 ----------------------------------------------------
25 (The deposition of RALPH MOLD was concluded at
   12:23 p.m. on February 28, 2003.)