# **ATTACHMENT 11**

William Hughson, M.D.   June 6, 2003

Page 1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

---

In re:                              )
                                    )   NO. 01-01139 (JKF)
W.R. GRACE & CO., et al.,           )
                                    )
        Debtor.                     )
                                    )
---

*CONDENSED TRANSCRIPT*

DEPOSITION OF:   WILLIAM G. HUGHSON, M.D.

Taken on:        Friday, June 6, 2003

Taken at:        3777 La Jolla Village Drive
                 San Diego, California  92122

Reported by:     Veronica S. Thompson
                 CSR No. 6056, RPR, CRR

A. WILLIAM ROBERTS, JR. & ASSOCIATES (800) 743-DEPO

1   than 5 microns?
2   A    I -- for those particular cases, whatever the
3   table says, I'm -- I find -- this is interesting to see
4   what his conclusions were, but, you know, consistent
5   with Churg's opinions on the subject -- this is from the
6   abstract -- some processed ore workers have longer
7   fibers which might be responsible for higher disease --
8   for disease in certain working groups.
9        So, I mean, I know Dr. Churg's opinion on the
10  subject, and his opinion, which is shared by virtually
11  all experts, is that long fibers are the important ones
12  for the pathogenesis either of cancers or of
13  nonmalignant diseases due to asbestos.
14  Q    What is the relative toxicity between
15  chrysotile and tremolite?
16  A    I sort of place tremolite in the same category
17  as I would place amosite. And so what I've said for
18  years is that if I gave chrysotile a one, I would give
19  amosite a 10, and I would give crocidolite a 100.
20  Roughly orders of magnitude difference.
21       Other authors have different numbers, b[ut I]
22  think we all agree that chrysotile by itself is t[he]
23  least likely to cause disease and that amphibole
24  asbestos is more hazardous in that regard. And I[,]
25  from my perspective, I would consider fibrous tre[molite]

1  asbestos to be similar to amosite in its ability to
2  cause disease.
3  Q    So if chrysotile, if I understood you
4  correctly, was a one, amosite and tremolite would both
5  be 10s?
6  A    Yes.
7  Q    Do you have an opinion as to whether or not
8  pure chrysotile in the absence of any tremolite is
9  capable of causing mesothelioma?
10 A    I think it's unlikely.  I'm not the type of
11 person who is prone to say never or prone to say always.
12 I think the studies that we have say -- from cloth
13 manufacturing indicate that mesothelioma is exceedingly
14 rare.  And the reason I pick cloth is that cloth is a
15 highly processed product and attempts, vigorous attempts
16 to identify tremolite have failed.
17       And Dr. Longo has looked at, he says, about a
18 hundred samples of cloth and has never found a tremolite
19 fiber in there.  So to me that's good evidence.
20       And even in Quebec where the proportionate
21 mortality for mesothelioma is about .3 percent and when
22 you look in the lungs there, you find amosite or
23 crocidolite in many of the mesothelioma cases.
24       So to me I think chrysotile rarely causes
25 mesothelioma, even if it's contaminated with tremolite,

Page 174

1  practical point of view, I mean, I would probably tell
2  them, you know, if it ever came up, if I was asked a
3  question, I said, "Well, don't deliberately disturb this
4  material," but who in their right mind would? Why would
5  you kick around this stuff?
6      You know, if you need to go into your attic to
7  put the Christmas tree up there or move boxes around or
8  to put in some kind of a ceiling fan or whatever, you
9  know, you're going to do that in a way that it minimizes
10 the amount of dust and disturbance because that's what
11 you would do anyway.
12     Q   Would you agree with me the homeowners and
13 contractors would have to know that there's some risk
14 before they would know to take those precautions?
15     A   You know, we talked a little bit about this in
16 Barbanti. First of all, the notion that they don't know
17 now, I think, is a bit specious because warnings have
18 gone out. I think the EPA -- this has already been
19 done.
20     But one of the questions, as I recall, was
21 either at deposition or at the hearing, was, you know,
22 wouldn't I warn? And I'm a great believer in the second
23 part of my oath which is do no harm. And if there is no
24 realistic potential for harm to a person, then I don't
25 necessarily advocate sort of blanket warnings.

Page 175

1      We all get warned about everything. I don't
2  know about in your part of the world, but when I pump
3  gas, I think it's Prop 56 in California which lists a
4  whole host of potential harms that come to me from
5  pumping gas. It's a law. You have to do that.
6      You walk into a grocery store. There's a
7  label saying that, you know, this store contains
8  chemicals that could potentially be harmful.
9      A lot of that is based on risk assessment
10 data, and it has absolutely no impact on my behavior,
11 and I don't think it impacts anybody else's behavior
12 either.
13     I think around a gas tank when you're pumping
14 gas, when you're filling your car, it makes sense not to
15 light a cigarette. That's realistic. But the rest of
16 it is theoretical and has no impact on people at all.
17     Q   Let's go back to the example that we talked
18 about earlier when we were -- the testing that resulted
19 in a finding of 16 fibers greater than 5 microns in
20 length from a large removal of ZAI. Is that the type of
21 exposure that you think would warrant a warning before
22 somebody undertook that work?
23     A   Particularly I would if I thought this was
24 going to be a regular activity, something that was going
25 to be repeated.

Page 176

1      For example, if there was a type of worker
2  that worked as a contractor that was going to do that,
3  required -- required that type of disruption, I would
4  want that person to be informed. But this would be
5  nothing new because, as you well know, the permissible
6  exposure limit for exposure to asbestos is 0.1 as a time
7  weighted average, and the excursion limit is one fiber
8  per CC for 30 minutes.
9      So, I mean, somebody who has to do this on an
10 occupational basis, I mean, they should know all right,
11 and they should be taking the appropriate already
12 mandated and in-place precautions for that type of
13 exposure.
14     Q   You mentioned the EPA warnings. Let me just
15 hand you --
16     (Exhibit 4 was marked.)
17 BY MR. WARD:
18     Q   Dr. Hughson, I'm handing you a document that's
19 been marked as Exhibit 4 to your deposition. It's a
20 document I'll represent to you is printed from the EPA
21 web site, and it's titled "Current Best Practices for
22 Vermiculite Attic Insulation."
23     Let me ask you to look at page 3 of this
24 document, and there's a question. It says "What should
25 I do if I have vermiculite attic insulation?" Take a

Page 177

1  minute, if you would, to look at that question and
2  answer.
3      A   You want me to review all of page 3 or just
4  the middle portion?
5      Q   I mean, you're welcome to look at the whole
6  document.
7      A   No. I've looked at the middle portion.
8      Q   Do you have any basis to disagree with the
9  recommendations that the EPA makes in this document?
10     MR. FLATLEY: Object to the form of the
11 question.
12     THE WITNESS: Well, I don't know if I can
13 answer that question sensibly the way it's phrased. I
14 mean, this is obviously an extremely conservative
15 approach. It doesn't -- it's not quantitative. It
16 doesn't really give any meaningful information as to
17 what the degree of risk is.
18     I mean, if you were to ask me what is the --
19 what is the greater risk to the children, you know, in
20 the home. Try to compare, say, playing in the attic,
21 you know, from time to time, versus riding their
22 skateboard on the street, you know, riding in a car
23 without a seat belt on, those kinds of things, I mean,
24 the risk to the child's health is greater from those
25 everyday activities than it would be from the

Page 178

1  theoretical risk of being up in the attic.
2       So this is — it says what it says.
3  BY MR. WARD:
4    Q   Well, there are, certainly we would all agree,
5  various activities that result in higher or lower risks
6  to your health?
7    A   Right. And the EPA makes no comment on those.
8  It does not quantitate them. There are -- as you know,
9  many risk assessments, that can be done.
10      I happen to have a nephew who likes to rock
11 climb in the Rockies. They grew up and they still live
12 in Alberta. And if you do the risk assessment of his
13 chance of dying while climbing a rock face for a minute
14 and a half, it's about one in a million. And that's
15 sort of the order of magnitude of risks that would be
16 estimated from these kind of exposures in Libby to -- to
17 asbestos.
18      So I guess that's the problem I have with all
19 of this. I mean, this is fine. I'm not going to
20 dispute it or argue with it, but it is -- I look at it
21 in the context of other things that I know to be much
22 greater risks than this -- having this vermiculite in
23 the attic.
24   Q   Let's go back to my example that we keep —
25 that I keep using.

Page 179

1       Assuming exposure to 16 fibers per CC greater
2  than 5 microns in length and taking -- we'll use a
3  homeowner named Jerry Dillon, for example, who
4  removed -- did a large removal of Zonolite Attic
5  Insulation. Took 16 hours.
6       Do you think in that situation that a
7  homeowner -- and this is not a contractor. This is a
8  homeowner. That person has the right to be warned about
9  the potential exposure to asbestos fibers that would
10 result from the removal of Zonolite Attic Insulation?
11      MR. FLATLEY: Object to the form.
12      THE WITNESS: Yeah, I — you know, "has a
13 right to be informed." You're asking me to make a legal
14 conclusion.
15 BY MR. WARD:
16   Q   Let me ask you this. If you had Zonolite
17 Attic Insulation in your house and you were going to
18 remove it yourself and you're a homeowner and you didn't
19 know anything about the existence of tremolite in the
20 Zonolite Attic Insulation, would you want to know before
21 you spent 16 hours removing the stuff from your attic
22 that there was a potential that you'd be exposed to
23 16 fibers per CC longer than five microns?
24   A   You're kind of talking to the wrong guy
25 because, you know, I put a particle mask on when I use

Page 180

1  my power saw in the garage. If I was up in the attic
2  under dusty conditions, I would have some kind of mask
3  or respirator on anyway just because of my background.
4  I think a lot of people would. Not very many people who
5  wouldn't do that kind of dusty work in an enclosed space
6  to protect themselves just from dust because you'd be
7  coughing and your lungs would get irritated from
8  breathing the stuff.
9       But if you're asking me as a scientist and
10 epidemiologist whether I'm worried that Mr. Dillon is
11 going to develop mesothelioma or some other asbestos
12 disease because of 16 hours at 16 fibers per CC, the
13 answer is I'm not because it's not enough.
14      However, if Mr. Dillon was a contractor who
15 was going from house to house to house removing, you
16 know, Zonolite Attic Insulation and on a day in and day
17 out basis exposed to 16 fibers per CC, I would be very
18 concerned because his cumulative dose of exposure is
19 going to be plenty to cause an asbestos-related problem.
20 And we would — you know, no one would disagree with
21 that.
22      But it's kind of a little bit like the
23 Liebsche and Harashe cases. We're talking about a
24 one-time exposure. Cumulative exposure, 20 hours during
25 the lifetime. Now, is that enough to cause disease?

Page 181

1  The answer is no, it's not.
2    Q   We talked a little bit about cleavage
3  fragments, and I want to make sure I understand the
4  scope of either your knowledge or what you expect to
5  testify to with regard to cleavage fragments.
6       Do you — strike that. Let me just ask this
7  question.
8       Are you aware of any evidence that fibrous
9  tremolite and cleavage fragments interact to produce a
10 greater injury than you would find with just fibrous
11 tremolite alone?
12   A   No.
13   Q   Dr. Hughson, we've talked about disturbances,
14 potential disturbances of Zonolite Attic Insulation in
15 attics. Let me ask you this.
16      What would you -- have you — based on your
17 work in this case, can you tell me what you would advise
18 in the event the ZAI spilled into the living space of a
19 home?
20   A   I would probably advise, first of all, to, you
21 know, sweep, if you will, or try to confine the material
22 to a particular area and remove it. Wet methods would
23 be a good way to do it. I mean, I would use a wet paper
24 towel or a wet rag or whatnot to try to minimize the
25 amount of dust that would be generated. Just kind of