# ATTACHMENT 14

# Tremolite Reduction Program
## Progress Report Summary

W. R. Grace & Co.

Construction Products Division

20082189

F.W.E.
10-17-79

I. Background

Prior to 1968 little was known about the health hazards associated with asbestos fibers. The Zonolite Company was aware of the tramp mineral - tremolite - in its Libby Montana Vermiculite deposit and investigated the feasibility of separating and concentrating tremolite as a saleable product. In the late 1960's the Libby Mine & Mill sampled the work place environment by the impinger method for total dust, as this was the acceptable method of sampling for employee exposure to dust including asbestos. The ACGIH had established threshold limit values (TLV) of 20 MPPCF for total nuisance dust and 5 MPPCF for asbestos dust. Typically, 50% of the personnel samples at Libby exceeded the 5 MPPCF TLV.

In 1968, the U.S. Public Health Service and later Johns-Manville Company adopted the recently developed membrane filter method of sampling and Phase Contrast Microscopy Method of analysis. In 1969, CPD adopted the membrane filter method and received training from Johns-Manville. At that time there were no fiber TLV's established but it appeared that the U.S. Public Health Service would establish 12 f/cc as the TWA for asbestos fibers. Johns-Manville and CPD targeted for 6 f/cc. Although OSHA Standards were promugated in 1972 and asbestos TWA limits were 5 f/cc, very little was done by CPD until the standards were lowered to 2.0 f/cc TWA-10 f/cc ceiling in 1976.

In the period 1970-1976 CPD's main fiber exposure reductions efforts centered around CPD's employees at the mine mill and expanding plants. During this period, new plants were built including the Libby Mill and existing facilities upgraded. From CPD's vermiculite product standpoint, little effort was placed on fiber reduction except in the area of Mono Kote, a fire-proofing material. To comply with the National Emission Standards for Hazardous Air Pollutants (NESHAPS), commercial asbestos was removed from the Mono Kote formulation and the product complies with the <1% asbestos limitation.

II. Product Identification - Fiber Exposure

In 1976 CPD assigned, on a full time basis, a person to coordinate fiber reduction activities including liaison with trade associations and regulatory agencies. In order to determine what user exposure to tremolite fibers are when handling Libby and South Carolina expanded vermiculite, CPD conducted extensive product air sampling during the first quarter 1977. In general, these results were very favorable and CPD was able to make the statement that "in normal use, none of our product exceed the present allowance level (as defined by OSHA) for fibrous tremolite and most are well below OSHA limits.

III. Consumer Products

A. Attic Insulation

In the second quarter of 1977, emphasis was placed on reducing fiber exposure to the lowest possible level in all consumer products. Management established fiber exposure targets of 1.0 f/cc TWA and 5 f/cc ceiling by 1/1/78 and .5 f/cc and .5 f/cc by 1/1/79 and a long range target of .2 f/cc and .1 f/cc. With these targets, a concentrated

20082191

effort was placed on attic fill as this was the primary consumer item. The Weedsport, N.Y. expanding plant was selected as the test site and in order to determine results of process changes or modifications, a simulated attic was constructed over the Weedsport office. Simulated attic tests indicated that Libby #1 and #2 screened over a 14 mesh screen and all cyclone fines removed, could achieve the target TWA exposure of .5 f/cc and 5 f/cc ceiling. Because of the need to supply Libby #3 attic, simulated attic tests were conducted to see if screening and pulling the fines would result in the same low values that were determined on Libby #1 and #2. Unfortunately screened #3 TWA and ceiling results were just under the OSHA Standards but exceeded CPD's target of 1 f/cc and 5 f/cc for 1/1/78.

Prior to removing cyclone fines and screening product to remove heavy particles, extensive test work had been conducted on binding expanded vermiculite. Although numerous binder additives were evaluated (oil emulsion, lignin, sodium silicate, potassium silicate, starch and CMC) it was the moisture that suppressed dust and fiber.

The main drawback to bound attic insulation was product shrinkage (15% for #1) and lack of market acceptance when bound with more than 0.30 QTS/CF. In order to meet attic insulation demand in 1977, L-3 was bound with 0.5% CMC at 0.20 QTS/CF. This bound product was acceptable in the market place and simulated attic fiber exposure. Test results met the target goal of 0.5 f/cc TWA and 5 f/cc ceiling.

20082192

I. TWA Fiber Analysis - Simulated and Actual Attic Test

Prior to using the simulated attic as a control test procedure for fiber release/exposure, a controlled drop test procedure was used. Drop test data could be used as an indicator of swings but had little correlation value to user exposure. Approximately 150 drop tests were conducted using test facilities shown in the attached photographs.

Simulated attic test results are listed on the attached summary sheets. The results are an average of all tests of like operating conditions including swings between vermiculite concentrate shipments. Also attached for reference are results for each test which show this swing between test No., test date and concentrate shipments.

Results of actual attic insulation tests indicate user fiber exposure approximately twice the values of simulated attic. The reasons for this difference are as follows:

a. Simulated attic is similar to year 1900 home with walk-in attic.

b. All actual attics were modern ranch type with little head room. Insulation was spread by person on his knees or bent over position.

c. To place insulation in eave area, material had to be pushed generating dust.

d. Most actual attics were hot, difficult to reach and worker attitude was get in - do the job - and get out.

The TWA values are based on a person spreading vermiculite attic insulation only 2 hours in any 8 hour day.

2. Bound L-1&2 Attic Insulation

Starting the week of October 15, 1979, all L-1 & L-2 attic insulation will have cyclone fines removed, screened over a 14 mesh screen and bound with a 0.5% CMD at an addition rate of 0.25 QTS/CF. Based on simulated attic tests (2 each) on September 28, 1979, the TWA fiber exposure for unbound material was 0.105 f/cc and for bound 0.092 f/cc. These results are the lowest achieved to date and may reflect a mining condition rather than a trend. An ongoing program of monthly testing has been initiated.

B. Horticultural Products

Consumer user exposure to tremolite fibers in horticultural vermiculite (Terra-Lite) and potting soils (Redi-Earth) was based on simulated tests per the attached test procedure. In all cases no fibers were observed in the counting fields.

In the test of vermiculite in lightweight fertilizer, approximately 60,000 sq. ft. of lawn area at an apartment complex was spread with Scott's Turf Builder at the regular coverage rate. During the sampling period (350 min.), no fibers were observed in the counting fields.

VI. Fiber Reduction Research

Tremolite fiber reduction research has been carried on by Libby and Cambridge research departments as well as consultants such as the North Carolina University Minerals Research Laboratory. Removal/separation methods investigated are heavy media separation, electrostatic separation, flotation, and air classification. All methods show some potential on lab bench scale but existing technology has not been developed to implement economical removal/separation circuitry in the Libby mill.

There have been certain indicators during the fiber reduction program that indicate that the lower the rock content in the ore concentrate, the lower the user fiber exposure. Also, tests show that screening reduces fiber exposure by reducing heavy particles which are high in Tremolite content. The basic question is how clean is clean and what does the mill have to do to reduce Tremolite fiber exposure to the lowest possible level. With that objective in mind, Libby produced on pilot mill circuitry a sample lot of #1 and #2 super-clean concentrate. Comparing super clean to production L-1&2 concentrate, rock content was reduced 82% and 74% respectively and concentrate Tremolite content reduced 85% and 49%. Making the same comparison for simulated and actual attic tests, the TWA fiber exposure reduction is 57% and 52% respectively. With a product total Tremolite content (fibrous and nonfibrous) of 0.041% and 0.016%, the average fiber exposure is 0.73 f/cc and TWA of 0.18 f/cc.

Research and test data indicate that CPD operating conditions at the mine, mill and expanding plants may be at optimum conditions and any further reduction in fibrous Tremolite may be in the area of product modification such as binding. We are also at that point where fiber exposure levels are the lowest detectable by present sampling/analysis techniques and the potential degree of error will drastically affect results.

20082195

VERMICULITE ATTIC FILL
SIZE (-1)

| | No. TESTS | FIBER ANALYSIS (f/cc) MIN. | MAX. | AVE. | TWA (%) |
|---|---|---|---|---|---|
| A. SIMULATED ATTIC | | | | | |
| 1. UNSCREENED UNBOUND | 3 | 4.36 | 5.96 | 4.91 | 1.229 |
| 2. SCREENED (14M) UNBOUND END OF SILO | 3 | 2.98 | 3.90 | 3.44 | 0.86 |
| 3. SCREENED (14M) UNBOUND | 11 | 1.45 | 2.01 | 1.73 | 0.433 |
| 4. SCREENED (14M) UNBOUND SUPER CLEAN | 3 | 0.617 | 0.843 | 0.73 | 0.183 |
| 5. SCREENED (14M) BOUND 0.92 QTS/CF | 2 | 2.235 | 2.785 | 2.513 | 0.628 |
| 6. SCREENED (14M) BOUND 0.67 QTS/CF | 2 | 1.545 | 1.97 | 1.758 | 0.439 |
| 7. SCREENED (14M) BOUND 0.98 QTS/CF | 2 | 0.92 | 1.43 | 1.175 | 0.294 |
| B. ACTUAL ATTIC | | | | | |
| 1. SCREENED (14M) UNBOUND END OF SILO | 1 | 2.72 | 6.41 | 3.823 | 0.956 |
| 2. UNSCREENED UNBOUND | 1 | 3.62 | 4.28 | 3.95 | 0.989 |
| 3. UNSCREENED BOUND 0.37 QTS/CF | 1 | 1.94 | 2.53 | 2.235 | 0.559 |
| 4. SCREENED (14M) UNBOUND SUPER CLEAN | 2 | 0.78 | 3.32 | 1.47 | 0.369 |

20082196

# VERMICULITE ATTIC FILL

## SIZE 1-2

| | No Tests | Fiber Analysis (F/cc) MIN. | MAX | AVE | TWA (?/8) |
|---|---|---|---|---|---|
| **A. SIMULATED ATTIC** | | | | | |
| 1. UNSCREENED UNBOUND | 4 | 0.74 | 1.35 | 1.04 | 0.261 |
| 2. SCREENED (14M) UNBOUND | 9 | 1.31 | 1.75 | 1.53 | 0.382 |
| 3. SCREENED (14M) UNBOUND SUPER CLEAN | 3 | 0.52 | 0.96 | 0.74 | 0.185 |
| 4. SCREENED (14M) BOUND 0.2 OZ/CF | 1 | 3.13 | 3.70 | 3.415 | 0.854 |
| 5. SCREENED (14M) BOUND 0.4 OZ/CF | 1 | 2.44 | 2.44 | 2.44 | 0.61 |
| **B. ACTUAL ATTIC** | | | | | |
| 1. SCREENED (14M) UNBOUND SUPER CLEAN | 1 | 0.88 | 2.37 | 1.635 | 0.409 |

Z0082197

## VERMICULITE ATTIC FILL

SIZE 1-3

| | No. TESTS | FIBER ANALYSIS (F/cc) MIN. | MAX. | AVE. | TWA (3/8) |
|---|---|---|---|---|---|
| **A. SIMULATED ATTIC** | | | | | |
| 1. SCREENED (14M) UNBOUND | 12 | 4.59 | 6.35 | 5.46 | 1.365 |
| 2. SCREENED (16M) UNBOUND | 4 | 0.77 | 1.01 | 0.89 | 0.223 |
| 3. SCREENED (20M) UNBOUND | 4 | 2.51 | 2.99 | 2.75 | 0.687 |
| 4. SCREENED (14M) BOUND 0.2 QTS/CF | 6 | 1.19 | 1.92 | 1.55 | 0.389 |
| 5. SCREENED (14M) BOUND 0.10 QTS/CF | 4 | 2.70 | [illegible] | 3.17 | 0.793 |
| 6. SCREENED (16M) BOUND 0.10 QTS/CF | 4 | 2.01 | 2.40 | 2.21 | 0.552 |
| 7. SCREENED (20M) BOUND 0.10 QTS/CF | 4 | 2.67 | 3.18 | 2.92 | 0.731 |
| **B. ACTUAL ATTIC** | | | | | |
| 1. SCREENED (14M) UNBOUND | 1 | 7.97 | 11.22 | 8.958 | 2.239 |

20082198

LIBBY #1 SIMULATED ATTIC TESTS — 8/30/77

UNSCREENED — ALL CYCLONE FINES REMOVED — REV #1

| TEST NO. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (F/ml) MIN. | MAX. | AVE | TWA 2/8 |
|---|---|---|---|---|---|---|
| 9A | 5/11 | 5/18 | 4.28 | 5.70 | 4.99 | 1.248 |
| 9A | 5/11 | 6/2 | 5.34 | 6.41 | 5.875 | 1.469 |
| 17A | 5/25 | 5/31 | 3.47 | 4.28 | 3.88 | 0.97 |
| | | AVE. | 4.36 | 5.46 | 4.91 | 1.229 |

20082200

LIBBY #1 SIMULATED ATTIC TESTS 8/31/77

SCREENED (14 MESH) - ALL CYCLONE FINES REMOVED EXP #1

| | TEST No. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (F/ml) MIN. | MAX. | AVE | TWA 1/8 |
|---|---|---|---|---|---|---|---|
| | 12AS | 5/11/77 | 5/18 | 1.43 | 1.66 | 1.545 | 0.386 |
| | 12AS | 5/11 | 6/2 | 2.25 | 2.85 | 2.85 | 0.713 |
| | 17AS2 | 5/25 | 5/31 | 3.42 | 5.70 | 4.56 | 1.14 |
| | 24AS1 | 7/25 | 8/2 | 0.78 | 1.04 | 0.91 | 0.228 |
| | 24AS2 | 7/25 | 8/2 | 1.47 | 1.77 | 1.62 | 0.405 |
| | 24AS3 | 7/25 | 8/2 | 1.04 | 1.81 | 1.425 | 0.356 |
| | 24AS4 | 7/25 | 8/2 | 1.01 | 1.26 | 1.135 | 0.289 |
| | 25AS1 | 7/25 | 8/1 | 0.55 | 1.38 | 0.965 | 0.241 |
| | 25AS2 | 7/25 | 8/1 | 1.76 | 1.76 | 1.76 | 0.44 |
| | 25AS3 | 7/25 | 8/1 | 1.07 | 1.07 | 1.07 | 0.268 |
| | 25AS4 | 7/25 | 8/1 | 0.61 | 1.83 | 1.22 | 0.305 |
| | | | AVE | 1.45 | 2.01 | 1.73 | 0.433 |
| SUPER CLEAN | 1SC-1&2 | 3/28/78 | 4/4/78 | 0.95 | 0.95 | 0.95 | 0.238 |
| SUPER CLEAN | 1SC-3&4 | 3/28 | 4/4 | 0.45 | 0.68 | 0.565 | 0.141 |
| SUPER CLEAN | 1SC-5&6 | 3/28 | 4/4 | 0.45 | 0.90 | 0.675 | 0.169 |
| | | | AVE | 0.67 | 0.843 | 0.73 | 0.183 |
| END OF SILO | 1SA-1&2 | 6/19 | 6/22 | 2.40 | 4.28 | 3.34 | 0.835 |
| END OF SILO | 1SA-3&4 | 6/19 | 6/22 | 3.42 | 3.42 | 3.42 | 0.855 |
| END OF SILO | 1SA-5&6 | 6/19 | 6/22 | 3.13 | 3.99 | 3.56 | 0.890 |
| | | | AVE | 2.98 | 3.90 | 3.44 | 0.86 |

20082201

LIBBY #2 SIMULATED ATTIC TESTS
UNSCREENED - ALL CYCLONE FINES REMOVED

| TEST NO. | DATE PROD. | DATE TESTED | MIN. | FIBER ANALYSIS (f/ml) MAX. | AVE. | TWA |
|---|---|---|---|---|---|---|
| 21A | 7/25 | 7/28 | 1.60 | 2.40 | 2.00 | 0.50 |
| 21A2 | 7/25 | 7/28 | 0.71 | 1.66 | 1.185 | 0.236 |
| 21A3 | 7/25 | 7/28 | 0.21 | 0.64 | 0.425 | 0.106 |
| 21A4 | 7/25 | 7/28 | 0.45 | 0.68 | 0.565 | 0.141 |
| | | AVE. | 0.74 | 1.35 | 1.09 | 0.261 |

20082203

LIBBY #2 SIMULATED ATTIC TESTS
SCREENED (1/4 MESH) - ALL CYCLONE FINE REMOVED

| TEST NO. | DATE PROD. | DATE TESTED | MIN. | MAX. | AVE. | TWA 2/3 |
|---|---|---|---|---|---|---|
| | | | Fiber Analysis (f/ml) | | | |
| 13AS | 5/25/77 | 7/14/77 | 4.78 | 5.78 | 5.28 | 1.32 |
| 22AS1 | 7/25 | 7/27 | 1.34 | 2.14 | 1.74 | 0.435 |
| 22AS2 | 7/25 | 7/27 | 2.00 | 2.57 | 2.285 | 0.571 |
| 22AS3 | 7/25 | 7/27 | 0.45 | 0.90 | 0.675 | 0.169 |
| 22AS4 | 7/25 | 7/27 | 0.50 | 1.01 | 0.755 | 0.189 |
| 23AS1 | 7/25 | 7/26 | 0.68 | 1.37 | 1.025 | 0.256 |
| 23AS2 | 7/25 | 7/26 | 0.68 | 0.68 | 0.68 | 0.170 |
| 23AS3 | 7/25 | 7/26 | 0.46 | 0.46 | 0.46 | 0.115 |
| 23AS4 | 7/25 | 7/27 | 0.86 | 0.86 | 0.86 | 0.215 |
| | | AVE | 1.31 | 1.75 | 1.53 | 0.382 |
| 2SC-1&2 | 3/29/78 | 4/5/78 | 0.22 | 0.45 | 0.335 | 0.084 |
| 2SC-3&4 | 3/29 | 4/5 | 0.21 | 1.07 | 0.64 | 0.160 |
| 2SC-5&6 | 3/29 | 4/5 | 1.13 | 1.35 | 1.24 | 0.31 |
| | | AVE | 0.52 | 0.96 | 0.74 | 0.185 |

20082204

LIBBY – SIMULATED ATTIC TESTS
SCREENED (10 MESH) – ALL CYCLONE FINES REMOVED 8/30/77

| TEST NO. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA 3/8 |
|---|---|---|---|---|---|---|
| 18AS2 | 7/6 | 7/6 | 4.81 | 5.08 | 4.945 | 1.236 |
| 18AS4 | 7/6 | 7/6 | 4.78 | 8.30 | 6.54 | 1.635 |
| 23AS6 | 7/6 | 7/7 | 6.17 | 9.50 | 7.834 | 1.959 |
| 18AS8 | 7/6 | 7/7 | 10.15 | 12.83 | 11.355 | 2.839 |
| 26AS1 | 8/8 | 8/16 | 2.67 | 3.74 | 3.205 | 0.803 |
| 26AS2 | 8/8 | 8/16 | 1.95 | 3.66 | 2.805 | 0.701 |
| 26AS3 | 8/8 | 8/16 | 2.47 | 3.82 | 3.145 | 0.786 |
| 26AS4 | 8/8 | 8/16 | 1.58 | 2.92 | 2.25 | 0.563 |
| OMAHA MAT'L | 11/10 | 1/5/78 | 2.14 | 4.75 | 3.445 | 0.861 |
| TRENTON MAT'L | 10/25 | 1/5 | 4.53 | 4.53 | 4.53 | 1.133 |
| DALLAS MAT'L | 10/18 | 1/5 | 6.84 | 8.55 | 7.695 | 1.924 |
| EASTHAMPTON MAT'L | 10/24 | 1/6 | 6.95 | 8.55 | 7.75 | 1.938 |
| | | AVE. | 4.59 | 6.35 | 5.46 | 1.365 |

20082207

LIBBY A3 SIMULATED ATTIC TESTS 8/25/

SCREENED (16 MESH) - ALL CYCLONE FINES REMOVED

| TEST No. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/cc) MIN. | MAX. | AVE. | TWA 8/ |
|---|---|---|---|---|---|---|
| 27AS1 | 8/8 | 8/10 | 1.07 | 1.28 | 1.175 | 0.294 |
| 27AS2 | 8/8 | 8/10 | 0.75 | 1.01 | 0.88 | 0.22 |
| 27AS3 | 8/8 | 8/10 | 0.75 | 1.01 | 0.88 | 0.22 |
| 27AS4 | 8/8 | 8/10 | 0.50 | 0.75 | 0.625 | 0.156 |
| | | AVE. | 0.77 | 1.06 | 0.89 | 0.223 |

20082208

E/25/7

LIBBY #3 SIMULATED ATTIC TESTS
SCREENED (20 MESH) – AIR CYCLONE FINES REMOVED

| TEST NO. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA 3/8 |
|---|---|---|---|---|---|---|
| 28AS1 | 8/8 | 8/16 | 1.66 | 2.14 | 1.90 | 0.475 |
| 28AS2 | 8/8 | 8/16 | 2.51 | 3.02 | 2.765 | 0.691 |
| 28AS3 | 8/8 | 8/17 | 3.09 | 4.04 | 3.565 | 0.891 |
| 28AS4 | 8/8 | 8/17 | 2.76 | 2.76 | 2.76 | 0.69 |
| | | AVE | 2.59 | 2.99 | 2.75 | 0.687 |

20082209

LIBBY #3 SIMULATED ATTIC TESTS 8/26/7?

SCREENED (14 MESH) - ALL CYCLONE FINES REMOVED - REV. #1

ROUND 0.20 QTS/CF, W/ 0.5% CMC & 0.01% DOWICIL

| TEST NO. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA 2/8 |
|---|---|---|---|---|---|---|
| 14BS | 5/25 | 7/13 | 1.51 | 1.76 | 1.635 | 0.409 |
| 15CS | 5/25 | 7/13 | 1.76 | 2.01 | 1.885 | 0.471 |
| 19BS1 | 7/19 | 7/20 | 2.26 | 2.51 | 2.385 | 0.596 |
| 19BS2 | 7/19 | 7/20 | 0.49 | 0.98 | 0.735 | 0.184 |
| 19BS3 | 7/19 | 7/20 | 0.75 | 1.51 | 1.13 | 0.283 |
| 19BS4 | 7/19 | 7/20 | 0.50 | 2.51 | 1.505 | 0.376 |
| WEEDSPORT COMPOSITE | SEPT 77 | 1/6/78 | 1.07 | 2.14 | 1.605 | 0.401 |
| | | AVE. | 1.19 | 1.92 | 1.55 | 0.387 |

20082210

LIBBY [illegible] SIMULATED [illegible] TESTS

SCREENED (14 MESH) - ALL CYCLONE FINES REMOVED 8/21

BOUND 0.10 QTS/CF W/ 0.5% CMC & 0.01% DOWICIL

| TEST No. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA 2/8 |
|---|---|---|---|---|---|---|
| 26BS1 | 8/8 | 8/15 | 3.13 | 3.70 | 3.415 | 0.854 |
| 26BS2 | 8/8 | 8/15 | 1.81 | 3.63 | 2.72 | 0.68 |
| 26BS3 | 8/8 | 8/15 | 3.47 | 4.01 | 3.74 | 0.935 |
| 26BS4 | 8/8 | 8/15 | 2.40 | 3.21 | 2.805 | 0.701 |
| | | AVE. | 2.70 | 3.64 | 3.17 | 0.793 |

20082211

[illegible] TESTS 12

SCREENED (16 MESH) — ALL CYCLONE FINES REMOVED 8/25/77

ROUND 0.10 QTS/CF W/ 0.5% CMC & 0.01% DOWICIL

| TEST NO. | DATE REC'D. | DATE TESTED | MIN. | FIBER ANALYSIS (f/ml) MAX. | AVE. | TWA-7/8 |
|---|---|---|---|---|---|---|
| 27BS1 | 8/8 | 8/9 | 1.90 | 2.61 | 2.255 | 0.519 |
| 27BS2 | 8/8 | 8/9 | 2.14 | 2.61 | 2.375 | 0.574 |
| 27BS3 | 8/8 | 8/9 | 1.86 | 2.09 | 1.95 | 0.498 |
| 27BS4 | 8/8 | 8/9 | 2.14 | 2.35 | 2.245 | 0.561 |
| | | AVE | 2.01 | 2.40 | 2.21 | 0.552 |

20082212

[illegible] – SIMULATED [illegible] TESTS

SCREENED (20 MESH) – ALL CYCLONE FINES REMOVED

BOUND 0.10 GTS/CF W/ 0.5% CMC & 0.01% DOWICIL

| TEST NO. | DATE PROD. | DATE TESTED | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA 8/8 |
|---|---|---|---|---|---|---|
| 28BS1 | 8/8 | 8/17 | 3.37 | 3.43 | 3.50 | 0.975 |
| 28BS2 | 8/8 | 8/17 | 2.59 | 3.37 | 2.98 | 0.745 |
| 28BS3 | 8/8 | 8/17 | 2.59 | 2.95 | 2.72 | 0.68 |
| 28BS4 | 8/8 | 8/17 | 2.14 | 2.95 | 2.495 | 0.624 |
| | | AVE. | 2.67 | 3.18 | 2.92 | 0.737 |

20082213

FIBER EVALUATION — LIBBY #2

12
7/20/77

| DATE PROD. | MATERIAL IDENTIFICATION | SAMPLING CONDITIONS DATE | LOCATION | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE. | TWA |
|---|---|---|---|---|---|---|---|
| | TEST 13AS | | | | | | |
| 5/25 | SCREENED - 11 MESH | 7/14 | SIMULATED ATTIC | 4.78 | 5.78 | 5.28 | 1.32 |
| | CYC FINES PULLED | | | | | | |
| | TEST: 16BS | | | | | | |
| 5/25 | 0.5% CMC | 7/14 | SIMULATED ATTIC | 3.13 | 3.70 | 3.415 | 0.854 |
| | 0.01% WAR | | | | | | |
| | 0.20 QTS/CF | | | | | | |
| | TEST 16CS | | | | | | |
| 5/25 | 0.5% CMC | 7/14 | SIMULATED ATTIC | 2.44 | 2.44 | 2.44 | 0.61 |
| | 0.01% WAR | | | | | | |
| | 0.40 QTS/CF | | | | | | |

20082206

# FIBER EVALUATION — LIBBY #1

| Date Prod. | Material Identification | Sampling Conditions: Date | Sampling Conditions: Location | Fiber Analysis (f/ml) Min. | Fiber Analysis (f/ml) Max. | Ave/TWA |
|---|---|---|---|---|---|---|
| 5/11 | TEST 12AS | 5/12 | DROP TEST | 5.99 | 23.94 | 11.095/ |
| | CONTROL | 6/2 | | 6.77 | 13.60 | 10.505/ |
| | 14 MESH SCREEN | 5/18 | SIMULATED ATTIC | 1.43 | 1.66 | 1.545/0.386 |
| | | 6/2 | 20 - 4 CF BAGS | 2.85 | 2.85 | 2.85/0.713 |
| 5/11 | TEST 12BS | 5/12 | DROP TEST | 1.28 | 5.99 | 2.923/ |
| | 0.5% CMC | 5/31 | | 0.43 | 2.99 | 1.853/ |
| | 0.01% WAR | 5/18 | SIMULATED ATTIC | 1.34 | 1.87 | 1.605/0.401 |
| | 0.42 QTS/CF | 6/1 | 20 - 4 CF BAGS | 3.13 | 3.70 | 3.42/0.855 |
| | 14 MESH SCREEN | | AVE | 2.235 | 2.785 | 2.513/0.628 |
| 5/11 | TEST 12CS | 5/12 | DROP TEST | 0.43 | 1.71 | 1.284/ |
| | 0.5% CMC | 6/1 | | 0.43 | 0.43 | 0.43/ |
| | 0.01% WAR | 5/18 | SIMULATED ATTIC | 0.95 | 1.19 | 1.07/0.268 |
| | 0.67 QTS/CF | 6/1 | 20 - 4 CF BAGS | 2.14 | 2.75 | 2.445/0.61 |
| | 14 MESH SCREEN | | AVE | 1.545 | 1.97 | [illegible] |
| 5/11 | TEST 12DS | 5/12 | DROP TEST | 0.43 | 2.14 | 1.143/ |
| | 0.5% CMC | 6/1 | | <0.43 | 0.86 | 0.43/ |
| | 0.01% WAR | 5/17 | SIMULATED ATTIC | 0.50 | 1.26 | 0.88/0.22 |
| | 0.98 QTS/CF | 6/2 | 20 - 4 CF BAGS | 1.37 | 1.60 | 1.47/0.368 |
| | 14 MESH SCREEN | | AVE | 0.92 | 1.43 | 1.175/0.294 |
| 5/25 | TEST 17A | 5/27 | DROP TEST | 9.83 | 23.09 | 16.247/ |
| | CONTROL | | | | | |
| | NO SCREEN | 5/31 | SIMULATED ATTIC 20 - 4 CF BAGS | 3.47 | 4.28 | 3.55/0.97 |
| 5/25 | TEST 17AS1 | 5/27 | DROP TEST | 3.42 | 8.12 | 5.455/ |
| | CONTROL OVER | | | | | |
| | 5 MESH SCREEN | 5/31 | SIMULATED ATTIC 20 - 4 CF BAGS | 3.74 | 4.28 | 4.01/1.003 |
| 5/25 | TEST 17AS2 | 5/27 | DROP TEST | 4.28 | 9.41 | 6.845/ |
| | CONTROL OVER | | | | | |
| | 14 MESH SCREEN | 5/31 | SIMULATED ATTIC 20 - 4 CF BAGS | 3.92 | 5.70 | 4.54/1.14 |

20082202

## Fiber Evaluation – Libby #1

4/1/77

| Date Prod. | Material Identification | Sampling Conditions: Date | Location | Fiber Analysis (f/ml): Min. | Max. | Ave / TWA % |
|---|---|---|---|---|---|---|
| 3/23 | Test 4A Control | 3/29 | Drop Test | 1.28 | 3.42 | 2.07/ |
| 3/23 | Test 4B S.S. 0.37 | 3/25 | Drop Test | 0.43 | 0.86 | 0.717/ |
| 3/26 | Inventory No Binder | 3/29 | Drop Test | 3.85 | 5.56 | 4.563/ |
| 3/23 | Test 4A Control | 4/6 | Drop Test Same as A.F. Job | 2.57 | 5.99 | 4.99/ |
| 3/23 | Test 4B S.S. 0.37 | 4/6 | Drop Test Same as A.F. Job | <0.43 | 2.57 | 1.355/ |
| 3/23 | Test 4A Control | 4/6 | Home Sampling Attic Fill | 3.42 | 4.28 | 3.95/0.989 |
| 3/23 | Test 4B S.S. 0.37 | 4/6 | Home Sampling Attic Fill | 1.94 | 2.53 | 2.235/0.559 |
| | | | Yang Binder Tests | | | |
| 5/11 | Test 9A Control | 5/12<br>6/1 | Drop Test | 10.26<br>6.41 | 28.22<br>8.55 | 17.245/<br>7.553/ |
| | | 5/18<br>5/2 | Simulated Attic 20-4 CF Bags | 4.28<br>5.34 | 5.70<br>6.41 | 4.99/1.248<br>5.875/1.469 |
| 5/12 | Test 9B 2.0% Starch | 5/12<br>6/1 | Drop Test | 1.28<br>2.57 | 9.83<br>4.28 | 3.248/<br>3.067/ |
| | 1.0% Pot. Sil. 0.01% WAR 0.30 Gms/CF | 5/17<br>6/1 | Simulated Attic 20-4 CF Bags | 2.92<br>1.60 | 3.15<br>2.14 | 3.035/0.759<br>1.87/0.468 |
| 5/11 | Test 10B 0.5% CMC | 5/12<br>5/31 | Drop Test | 5.13<br>1.28 | 8.55<br>5.99 | 6.271/<br>3.063/ |
| | 1.0% Pot. Sil. 0.01% WAR 0.31 Gms/CF | 5/17<br>6/1 | Simulated Attic 20-4 CF Bags | 2.03<br>2.67 | 2.70<br>3.21 | 2.365/0.591<br>2.94/0.735 |
| 5/11 | Test 11B 0.5% CMC 0.01% WAR 0.30 Gms/CF | 5/12<br>5/31 | Drop Test<br>No Attic Test | 2.14<br>1.28 | 5.99<br>2.14 | 3.780/<br>1.533/ |

20082205

# FIBER - EVALUATION - LIBBY #3

FE [illegible]

| DATE PROD. | MATERIAL IDENTIFICATION | SAMPLING CONDITIONS DATE | LOCATION | FIBER ANALYSIS (f/ml) MIN. | MAX. | AVE/TWA 3/8 |
|---|---|---|---|---|---|---|
| 7/6 | TEST 18AS1 | 7/6 | DROP TEST | 5.56 | 8.55 | 7.913/ |
| 7/6 | TEST 18AS2 | 7/6 | DROP TEST | 2.57 | 8.12 | 5.553/ |
| | | 7/6 | SIMULATED ATTIC | 4.81 | 5.08 | 4.945/1.23[illegible] |
| 7/6 | TEST 18AS3 | 7/6 | DROP TEST | 5.13 | 9.41 | 8.4[illegible]3/ |
| 7/6 | TEST 18AS4 | 7/6 | DROP TEST | 7.70 | 13.25 | 9.335/ |
| | | 7/6 | SIMULATED ATTIC | 4.78 | 8.30 | 6.54/1.635 |
| 7/6 | TEST 18AS5 | 7/7 | DROP TEST | 7.27 | 12.40 | 10.[illegible]/ |
| 7/6 | TEST 18AS6 | 7/7 | DROP TEST | 8.98 | 13.25 | 11.[illegible]/ |
| | | 7/7 | SIMULATED ATTIC | 6.17 | 9.50 | 7.834/1.959 |
| 7/6 | TEST 18AS7 | 7/7 | DROP TEST | 8.12 | 18.81 | 12.54/ |
| 7/6 | TEST 18AS8 | 7/7 | DROP TEST | 8.12 | 23.07 | 13.94/ |
| | | 7/7 | SIMULATED ATTIC | 10.15 | 12.93 | 11.355/2.839 |
| 7/6 | COMPOSITE TEST 18AS2, 18AS4, 18AS6, 18AS8 | 7/7 | ACTUAL HOME ATTIC FILL JOB: SAVANNAH N.Y. 24-7CF BAGS | 7.97 | 11.22 | [illegible]/2.239 |
| | NOTE: TEST SERIES 18AS - ALL CYCLONE FINES REMOVED & PRODUCT SCREENED OVER 14 MESH SCREEN | | | | | |
| 5/25 | TEST 14BS 2.0% STARCH 0.01% WAR - 0.20 QTS/CF | 7/13 | SIMULATED ATTIC | 1.51 | 1.76 | 1.635/0.459 |
| 5/25 | TEST 14CS 2.0% STARCH 0.1% WAR - 0.30 QTS/CF | 7/13 | SIMULATED ATTIC | 1.26 | 1.26 | 1.26/0.315 |
| 5/25 | TEST 15CS 0.5% CMC 0.01% WAR - 0.20 QTS/CF | 7/13 | SIMULATED ATTIC | 1.76 | 2.01 | 1.885/0.471 |
| 5/25 | TEST 15BS 0.5% CMC [illegible] | 7/13 | SIMULATED ATTIC | 0.75 | 2.01 | 1.38/0.345 |

20082214