# **ATTACHMENT 15**

# PINCHIN
## ENVIRONMENTAL

*FINAL REPORT*
*SITE ASSESSMENT*
*VERMICULITE REMOVAL*
*BUILDING E-12*
*C.F.B. SHILO, SHILO, MANITOBA*

Prepared for:

**Department of National Defence**
Base Construction Engineering
Canadian Forces Base Shilo
Shilo, Manitoba
R0K 2A0

Attention: Mr. Charlie Abbot

Pinchin Project No. W7500

April 3, 1997

# APPENDIX II

## DETAILED RESULTS OF PCM ANALYSIS

## PCM AIR MONITORING RESULTS

**PHASE 1**

| Sample No. | Pump No. | Time | Duration (minutes) | Volume (litres) | Sample Description | Results (f/mL) |
|---|---|---|---|---|---|---|
| 75918 | 9706 | 11:00 | 120 | 400 | Perimeter - Room adj. Ceiling demolition | 0.5 |
| 75919 | 8858 | | | | Personal - End of N.W. wing | Void |
| 75920 | 6842 | 11:00 | 120 | 389 | Area - End of N.W. wing | N.A. |
| 75921 | 8858 | 13:00 | 15 | 48 | Personal - End of N.W. wing | 3.5 |
| 75922 | 6842 | 13:05 | 120 | 389 | Area - End of N.W. wing | N.A. |
| 75923 | 8858 | 14:30 | 30 | 97 | Personal - End of N.W. wing | N.A. |
| 73134 | 9706 | 13:10 | 120 | 400 | Perimeter - Centre of North wing | <0.05 |
| 75924 | 8858 | 09:10 | 20/120 | 65 | Personal - Centre of North wing | 5.0 |
| 75925 | 9706 | 09:20 | 20/240 | 67 | Area - Centre of North wing | 5.3 |
| 75926 | 9706 | 09:45 | 120 | 400 | Perimeter - Women's Washroom | Void |
| 75927 | 7827 | 13:05 | 10 | 33 | Personal - Rear of truck while unloading waste | 6.8 |
| 75928 | 6842 | 14:00 | 20/120 | 65 | Area - Centre of North wing | 4.4 |
| 75929 | 9706 | 14:30 | 120 | 400 | Perimeter - Women's Washroom | 0.4 |
| 75930 | 8858 | | 20/180 | 65 | Personal - Centre of North wing | 3.3 |
| 75931 | 9706 | 10:00 | 120 | 400 | Perimeter - Women's washroom | <0.05 |
| 75932 | 7827 | 10:00 | 20/120 | 66 | Area - East end of North wing | 1.2 |
| 75933 | 8858 | 10:05 | 10 | 32 | Personal - 6th room from West end of North wall | N.A. |
| 75934 | 8858 | 11:30 | 10 | 32 | Personal - Rear of truck at dump (not analysed) | N.A. |

N.A. = Sample not analysed due to excessive dust loading.

1

## PCM AIR MONITORING RESULTS

**PHASE 2**

| Sample No. | Pump No. | Time ( | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77952 | 9082 | 13:00 | 120 | 386 | Area - Centre of corridor | <0.05 |
| 77953 | 9082 | 11:00 | 120/180 | 386 | Area - Centre of corridor | <0.05 |
| 77954 | 7827 | 11:00 | 180 | 374 | Area - West end of site | <0.05 |
| 77955 | 7827 | 14:00 | 10/100 | 21 | Personal - during ceiling demolition | 18 |
| 77956 | 9082 | 14:00 | 10/100 | 32 | Area - Centre of corridor 40 feet from demolition | 4.9 |
| 77957 | 7827 | 09:25 | 15/120 | 31 | Area - 30 feet from workers during bulk removal & clean-up | <0.6 |
| 77958 | 9082 | 09:30 | 10/120 | 32 | Personal - Bagging asbestos waste | 0.6 |
| 77959 | 9082 | 13:11 | 10/120 | 32 | Personal - bulk clean-up adj. Bulk removal | <0.6 |
| 77960 | 7827 | 13:03 | 15/120 | 31 | Area - in room during bulk removal | <0.6 |
| 77961 | 7827 | 09:53 | 15/120 | 48 | Personal - corridor adj. bulk removal | <0.6 |
| 77962 | 9082 | 10:04 | 15/60 | 48 | Personal - in ceiling during bulk removal | <0.4 |
| 77963 | 9082 | 13:35 | 10/60 | 32 | Area - in room during bulk and waste clean-up | <0.6 |
| 77964 | 7827 | 13:30 | 20/60 | 41 | Area - adj. Bulk removal in adjoining room | <0.5 |
| 77965 | 7827 | 09:41 | 15/60 | 31 | Area - clean room of waste decon. during waste removal | <0.6 |
| 77966 | 9082 | 09:45 | 15/120 | 48 | Area - corridor adj. waste decon. | <0.4 |
| 77967 | 9082 | 13:51 | 10/60 | 32 | Personal - bagging bulk material | <0.6 |
| 77968 | 7827 | 13:45 | 15/60 | 31 | Area - waste decon. during waste transfer | <0.6 |
| 77969 | 9082 | 10:15 | 10/60 | 32 | Personal - worker removing bulk material | 0.96 |

N.A. = Sample not analysed.

1

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77970 | 7827 | 10:10 | 10/60 | 21 | Area - during bulk removal | 0.87 |
| 77971 | 9082 | 14:03 | 10/60 | 32 | Personal - bagging bulk material | <0.6 |
| 77972 | 7827 | 14:05 | 15/60 | 31 | Area - corridor during ceiling | <0.6 |
| 77973 | 9082 | 09:01 | 15/90 | 48 | Personal - bagging bulk asbestos | <0.4 |
| 77974 | 7827 | 08:55 | 25/120 | 52 | Area - dirty room of waste decon. during transfer | <0.4 |
| 77975 | 9082 | 13:25 | 15/60 | 48 | Personal - demolishing corridor ceiling | 2.32 |
| 77976 | 7827 | 13:27 | 15/60 | 31 | Area - corridor during ceiling demolition | <0.6 |
| 77977 | 7827 | 09:13 | 25/120 | 52 | Area - in room during final cleaning | <0.4 |
| 77978 | 9082 | 09:15 | 15/90 | 48 | Personal - during double bagging | <0.4 |
| 77979 | 9082 | 13:10 | 15/90 | 48 | Area - in room during final cleaning | <0.4 |
| 77980 | 7827 |  | 30/120 | 62 | Area - corridor during bagging of bulk material | <0.3 |
| 77981 | 9082 | 09:46 | 20/60 | 64 | Area - room during final cleaning | <0.3 |
| 77982 | 7827 | 09:49 | 30/60 | 62 | Area - 10' from worker in rafters during final cleaning | <0.3 |
| 77983 | 9082 | 13:12 | 15/60 | 48 | Personal - worker cleaning floor | <0.4 |
| 77984 | 7827 | 13:10 | 15/60 | 31 | Personal - worker vacuuming rafters | <0.6 |
| 77985 | 9082 | 13:07 | 20/60 | 64 | Personal - final cleaning | <0.3 |
| 77986 | 7827 | 13:05 | 30/60 | 62 | Area - in room during final cleaning | <0.3 |
| 77987 | 6268 | 07:25 | 145 | 2192 | Clearance - East end of South wing | <0.01 |
| 77988 | 6270 | 07:27 | 150 | 1859 | Clearance - West end of South wing | <0.01 |
| 77990 | 9082 | 11:10 | 120 | 386 | Perimeter - Phase 2 | <0.05 |

NLA = Sample not analysed

| Sample No. | Pump No. | Time | Duration (Minutes) | Volume (litres) | Sample Description | Result (f/mL) |
|---|---|---|---|---|---|---|
| 77992 | 9082 | 14:30 | 120 | 386 | Perimeter - Phase 2 | <0.05 |
| 77995 | 9082 | 09:40 | 120 | 386 | Perimeter - Phase 2 | Void |
| 77996 | 7827 | 13:10 | 12 | 21 | Area - Phase 3 | 5.7 |
| 77997 | 7827 | 13:40 | 180 | 374 | Perimeter - Phase 2 | <0.05 |
| 77999 | 9082 | 09:00 | 120 | 386 | Perimeter - Phase 2 | <0.05 |
| 78000 | 9082 | 13:45 | 10 | 32 | Area - Phase 3 | <0.6 |
| 76552 | 7827 | 10:55 | 120 | 250 | Area - waste decon. During waste transfer | <0.08 |
| 76553 | 9082 | 13:15 | 20/60 | 64 | Personal - bagging bulk material | <0.3 |
| 76554 | 9082 | 10:11 | 120 | 386 | Area - room during final cleaning | <0.07 |
| 76555 | 9082 | 13:35 | 30 | 96 | Personal - bagging bulk material | 0.63 |
| 76558 | 9082 | 10:31 | 120 | 386 | Perimeter - adj. hall to North wing | <0.05 |
| 76559 | 9082 | 14:35 | 20 | 64 | Personal - worker vacuuming | 0.34 |
| 76560 | 9082 | 10:42 | 20 | 64 | Personal - worker cleaning floor | <0.3 |
| 76561 | 9082 | 13:09 | 120 | 386 | Perimeter - back of North and South link adj. showers | <0.05 |
| 76565 | 9082 | 14:15 | 30 | 96 | Personal - worker vacuuming | <0.2 |
| 76571 | 9082 | 13:10 | 20 | 64 | Personal - vacuuming rafters | <0.3 |
| 76572 | 9082 | 13:37 | 120 | 386 | Area - corridor during cleaning | <0.3 |
| 76574 | 9082 | 14:23 | 20 | 64 | Personal - vacuuming rafters | <0.3 |
| 76577 | 6270 | 08:34 | 155 | 1920 | Clearance - corridor of North wing | <0.01 |
| 76578 | 6268 | 08:38 | 150 | 2268 | Clearance - link between North and South wings | <0.01 |

N A = Sample not analysed.

3