# **ATTACHMENT 17**

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
In re:                        )
                              ) Chapter 11
ARMSTRONG WORLD INDUSTRIES,   ) Case No.
INC., et al.,                 ) 00-04471 (RJN)
                              )
           Debtors.           )
```

- - -

Wilmington, Delaware
Friday, November 1, 2002
2:00 p.m.

- - -

BEFORE: THE HONORABLE RANDALL J. NEWSOME,
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

    MARK COLLINS, ESQ.
    RICHARDS, LAYTON & FINGER
       -and-
    KENNETH BASS, ESQ.
    KIRKLAND & ELLIS
    (Washington, D.C.)
       -and-
    PATRICK HARKINS, ESQ.
    SPRIGGS & HOLLINGSWORTH
    For Armstrong World Industries

    JOANNE WILLS, ESQ.
    RONA ROSEN, ESQ.
    KLEHR, HARRISON, HARVEY,
    BRANZBURG & ELLERS
    (Philadelphia, Pennsylvania)
    For the P.D. Committee

COPY

1   under --

2              THE COURT: I'm giving you the per

3   se case. I'm giving you potential other --

4   potential levels that I've established. That one

5   I'm almost certain you've established your case

6   per se if in fact it exceeds a regulatory level.

7   Whether there's a lesser amount that might also

8   establish your case I think may be the subject of

9   another hearing.

10             MS. WILLS: Certainly we would

11  object to the OSHA PEL being an acceptable level,

12  because we think that the EPA, everything in the

13  EPA that I see --

14             THE COURT: We're talking -- you're

15  not listening to what I'm telling you. I'm

16  trying to give you a free ticket here, and you're

17  not willing to take yes for an answer.

18             MS. WILLS: I want the yes. We need

19  some kind of a hearing whether we do it with

20  pretrial briefs and some sort of oral argument.

21  I'm not sure how do you it, because I haven't

22  examined this in particular, how we establish

23  level of air concentration.

24             Based on the level we've reviewed,