Clerk of Bankruptcy Court
824 Market Street
6th Floor
Wilmington, Delaware 19801

Re: W.R. Grace + Co.
Case # 01-01139 JFK

CLAIMANT: WITTENBERG, WILLIAM R.
6110 PANORAMA DR NE
TACOMA, WA 98422-1219
CASE # 01-01140 - CLAIM # 1724 (84-300)

I oppose the relief requested in the Second Omnibus Objection. All documentation has been previously submitted supporting my claim for relief.

/s/ Wm R. Wittenberg

WM. R. WITTENBERG
6110 PANORAMA DR. NE
TACOMA, WA 98422-1219