## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: September 9, 2003 at 4:00 p.m.**
**Hearing Date: December 15, 2003 at 12:00 p.m.**

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:     *April 1, 2003 through and*
*including June 30, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$27,447.00*

Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,839.08*

This is a(n):    _    monthly       **X**     interim application

KL2:2224391.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - APRIL 1, 2003 THROUGH JUNE 30, 2003

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 6/4/03 3876 | $7,609.00 | $1,594.42 | 6/25/03 3961 | $6,087.20 | $1,594.42 | $9,203.42 |
| 6/26/03 3964 | $9,411.00 | $107.57 | 7/18/03 4073 | $-0- | $-0- | $9,518.57 |
| 5/6/03 3742 | $10,427.00 | $137.09 | Objection Deadline 9/3/03 | $-0- | $-0- | $10,564.09 |
| **Total** | **$27,447.00** | **$1,839.08** | | **$6,087.20** | **$1,594.42** | **$29,286.08** |

Currently Unpaid:    Fees        $ 7,528.80
                         Expenses    $ 107.57

                         TOTAL        $7,636.37


## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 7.50 | $3,937.50 |
| Becker, Gary M. | 455.00 | 26.20 | $11,466.00 |
| Klein, David | 335.00 | 24.50 | $8,207.50 |
| Mangual, Kathleen | 185.00 | 20.00 | $3,700.00 |
| Torres, Anthony | 85.00 | 1.60 | $136.00 |
| **Total** | | **79.80** | **$27,447.00** |

KL2:2224394 1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/1/03 through 06/30/03 | Total Fees for the Period 04/1/03 through 06/30/03 |
|---|---|---|
| Bankruptcy Motions | 5.70 | $2.677.50 |
| Case Administration | 34.20 | $10,018.00 |
| Claims Analysis Objection | 14.10 | $6,686.50 |
| Creditor Committee | 5.90 | $2,747.50 |
| Fee Applications, Applicant | 12.70 | $2,592.50 |
| Fraudulent Conveyance Adv. Proceeding | 0.80 | $268.50 |
| Hearings | 1.00 | $455.00 |
| Travel/Non-Working | 4.00 | $1,365.00 |
| ZAI Science Trial | 1.40 | $637.00 |
| **Total** | **79.80** | **$27,447.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 04/1/03 through 06/30/03 |
|---|---|
| Telecopier | $2.00 |
| Photocopying | $290.40 |
| Research Services | $28.00 |
| Postage | $10.68 |
| Long-Distance Tel. | $457.93 |
| Westlaw On-Line Research | $10.85 |
| Outside Xerox | $926.30 |
| Messenger Service | $86.20 |
| Legal Search Fees | $14.07 |
| Cab Fares | $12.65 |
| **Total** | **$1,839.08** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period April 1, 2003 through June 30, 2003, it be allowed the total amount of fees of $27,447.00 and disbursements $1,839.08, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
     Philip Bentley
     919 Third Avenue
     New York, New York 10022
     (212) 715-9100

     Counsel to the Official Committee of
     Equity Holders

Dated: August 14, 2003

KL2:2224394 1

## CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.50 | 525.00 | 262.50 |
| BECKER, GARY M. | CRED | 0.80 | 455.00 | 364.00 |
| KLEIN, DAVID | CRED | 23.10 | 335.00 | 7,738.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 8.20 | 185.00 | 1,517.00 |
| TORRES, ANTHONY | LEGA | 1.60 | 85.00 | 136.00 |
| | Subtotal | 34.20 | $ | 10,018.00 |

## CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.90 | 525.00 | 472.50 |
| BECKER, GARY M. | CRED | 5.00 | 455.00 | 2,275.00 |
| | Subtotal | 5.90 | $ | 2,747.50 |

## BANKRUPTCY. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 525.00 | 630.00 |
| BECKER, GARY M. | CRED | 4.50 | 455.00 | 2,047.50 |
| | Subtotal | 5.70 | $ | 2,677.50 |

## FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.90 | 455.00 | 409.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 11.80 | 185.00 | 2,183.00 |
| | Subtotal | 12.70 | $ | 2,592.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.90 | 525.00 | 2,572.50 |
| BECKER, GARY M. | CRED | 8.60 | 455.00 | 3,913.00 |
| KLEIN, DAVID | CRED | 0.60 | 335.00 | 201.00 |
| | Subtotal | 14.10 | $ | 6,686.50 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 0.80 | 335.00 | 268.00 |
| | Subtotal | 0.80 | $ | 268.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.00 | 455.00 | 455.00 |
| | Subtotal | 1.00 | $ | 455.00 |

### ZAI SCIENCE TRIAL

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 455.00 | 637.00 |
| | Subtotal | 1.40 | $ | 637.00 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.00 | 455.00 | 1,365.00 |
| | Subtotal | 4.00 | $ | 1,365.00 |
| | Total | 79.80 | $ | 27,447.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 7.50 | 525.00 | 3,937.50 |
| BECKER, GARY M. | ASSOCIATE | 26.20 | 455.00 | 11,466.00 |
| KLEIN, DAVID | ASSOCIATE | 24.50 | 335.00 | 8,207.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 20.00 | 185.00 | 3,700.00 |
| TORRES, ANTHONY | OTHER TKPR | 1.60 | 85.00 | 136.00 |
| | Total | 79.80 | | $27,447.00 |

KL4:2078533:1

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 290.40 |
| RESEARCH SERVICES | 28.00 |
| POSTAGE | 10.68 |
| LONG-DISTANCE TEL. | 457.93 |
| WESTLAW ON - LINE RESEARCH | 10.85 |
| OUTSIDE XEROX | 926.30 |
| MESSENGER SERVICE | 86.20 |
| LEGAL SEARCH FEES | 14.07 |
| CAB FARES | 12.65 |
| Subtotal | $1,839.08 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 154.88 |
| MANUSCRIPT SERVICE | 42.00 |
| MEALS | 20.00 |
| Subtotal | $217.88 |

alp_132c: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:31

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   1

Client No: 056772
Client Name : W.R. GRACE & CO.  EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 06/30/2003 | | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 06/30/2003 | | |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 27,447.00 | 1,839.08 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| DISB RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/30/2003 | |
| CLOSE MATTER/FINAL BILLING?   YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

| | | | | |
|---|---|---|---|---|
| FEES: | 45,727.94 | UNIDENTIFIED RECEIPTS: | 0.00 | |
| DISBURSEMENTS: | 244.66 | PAID FEE RETAINER: | 0.00 | |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 | |
| TOTAL OUTSTANDING: | 61,574.78 | TRUST BALANCE: | | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 07/21/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 584,122.50 |
| LAST BILL THRU DATE: | 06/30/03 | FEES WRITTEN OFF TO DATE: | 545,298.18 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 07/31/2003 16:33:33

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02435 | BENTLEY, PHILIP | PARTNER | 04/02/03 | 06/25/03 | 7.50 | 3,937.50 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 04/07/03 | 06/27/03 | 26.20 | 11,466.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 04/01/03 | 06/27/03 | 24.50 | 8,207.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 04/02/03 | 06/26/03 | 20.00 | 3,700.00 |
| 05304 | TORRES, ANTHONY | OTHER TKPR | 04/30/03 | 05/15/03 | 1.60 | 136.00 |
| | | Total: | | | 79.80 | 27,447.00 |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0815 | TELECOPIER | 05/02/03 | 05/02/03 | 2.00 |
| 0820 | PHOTOCOPYING | 04/03/03 | 06/25/03 | 290.40 |
| 0840 | MANUSCRIPT SERVICE | 04/03/03 | 04/25/03 | 0.00 |
| 0841 | RESEARCH SERVICES | 04/24/03 | 06/16/03 | 28.00 |
| 0880 | POSTAGE | 05/15/03 | 05/15/03 | 10.68 |
| 0885 | LONG-DISTANCE TEL. | 04/28/03 | 06/03/03 | 6.37 |
| 0910 | LONG DIST. TELE. | 04/29/03 | 06/03/03 | 451.56 |
| 0917 | WESTLAW ON - LINE RESEARCH | 06/16/03 | 06/16/03 | 10.85 |
| 0925 | OUTSIDE XEROX | 04/23/03 | 06/23/03 | 926.30 |
| 0930 | MESSENGER/COURIER | 04/07/03 | 04/23/03 | 86.20 |
| 0935 | LEGAL SEARCH FEES | 06/06/03 | 06/06/03 | 14.07 |
| 0940 | CAB FARES | 04/08/03 | 06/27/03 | 12.65 |
| 0942 | MEALS/IN-HOUSE | 04/08/03 | 04/08/03 | 0.00 |
| | Total: | | | 1,839.08 |
| | Grand Total | | | 29,286.08 |

**B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/31/03 16:33:33)**

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|---------------------|-----------------|-------------------|------|-------------|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 138,553.50 | 16,080.63 | | 154,634.13 | 10/30/02 | |
| 01/31/02 | 12/31/01 | 346114 | 30,125.00 | 2,338.23 | | 25,369.08 | 10/30/02 | |
| 02/27/02 | 01/31/02 | 340586 | .00 | .00 | | 32,463.23 | | |
| 03/27/02 | 02/28/02 | 348979 | 23,407.50 | 1,961.58 | | 32,379.94 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 23,782.50 | 2,597.44 | | 30,512.94 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 28,405.00 | 1,107.94 | | 31,463.24 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 28,794.00 | 2,669.24 | | 26,529.61 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 24,232.00 | 2,297.61 | | 20,686.11 | 04/29/03 | |
| 08/19/02 | 07/31/02 | 356269 | 20,297.50 | 388.61 | | 27,622.41 | 12/31/02 | |
| 09/30/02 | 09/30/02 | 358460 | 26,500.82 | 1,121.59 | | 34,184.47 | 04/23/03 | |
| | | | 31,431.00 | 2,753.47 | | | | |

alp_132c: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:34

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/31/03 16:33:34)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 10/31/02 | 09/30/02 | 359721 | 25,584.50 | 1,761.46 | | 27,345.96 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 39,887.50 | 2,124.93 | | 34,034.93 | 02/18/03 | 7,977.50 |
| 12/31/02 | 11/30/02 | 362365 | 18,704.00 | 602.22 | | 15,583.68 | 02/18/03 | 3,722.54 |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | 10,299.62 | 03/25/03 | 2,370.70 |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 9,807.47 | 03/31/03 | 2,220.00 |
| 03/19/03 | 02/28/03 | 367178 | 13,155.50 | 240.08 | | 10,711.98 | 05/27/03 | 2,683.60 |
| 04/29/03 | 03/31/03 | 369310 | 26,969.00 | 452.38 | | 27,421.38 | 07/21/03 | .00 |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 2,287.82 | 07/21/03 | 6,915.60 |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | .00 | | 9,518.57 |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | .00 | | 10,564.09 |
| Total: | | | 556,229.82 | 43,080.78 | | 553,338.00 | | 45,972.60 |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2003 16:33:26

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                     PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:    04/01/2003        TO:   06/29/2003
            UNBILLED DISB FROM:    04/03/2003        TO:   06/27/2003

                                       FEES              COSTS

GROSS BILLABLE AMOUNT:                10,018.00          868.44
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    DISB RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES  OR  NO
EXPECTED DATE OF COLLECTION:                             06/27/2003

BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                     ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                            FEES:                      9,324.60       UNIDENTIFIED RECEIPTS:             0.00
            DISBURSEMENTS:                               240.87       PAID FEE RETAINER:                 0.00
                 FEE RETAINER:                            0.00        PAID DISB RETAINER:                0.00
                 DISB RETAINER:                           0.00        TOTAL AVAILABLE FUNDS:             0.00
            TOTAL OUTSTANDING:                         9,565.47       TRUST BALANCE:
                                                                      BILLING HISTORY

                                                                      LAST PAYMENT DATE:         07/21/03
            DATE OF LAST BILL:       07/24/03           LAST BILL NUMBER:         33811       FEES BILLED TO DATE:     168,414.00
            LAST BILL THRU DATE:     06/30/03           FEES WRITTEN OFF TO DATE:             73,096.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

                    (1) Exceeded Fixed Fee              (6) Summer Associate
                    (2) Late Time & Costs Posted        (7) Fixed Fee
                    (3) Pre-arranged Discount           (8) Premium
                    (4) Excessive Legal Time            (9) Rounding
                    (5) Business Development            (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 07/31/2003 16:33:26

Matter No: 056772-00001          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                         Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                          Total          Total
Emp Id Employee Name              Group          Oldest      Latest      Hours        Amount

02495  BENTLEY, PHILIP            CRED          05/26/03    06/03/03      0.50         262.50
05292  BECKER, GARY M.           CRED          05/16/03    05/16/03      0.80         364.00
05646  KLEIN, DAVID              CRED          06/17/03    06/29/03     23.10       7,738.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN         CRED          04/15/03    06/03/03      8.20       1,517.00
05304  TORRES, ANTHONY           Lega          04/30/03    05/15/03      1.60         136.00

                Total:                                                 34.20      10,018.00

Sub-Total Hours :    0.50 Partners    0.00 Counsels   23.90 Associates    8.20 Legal Assts    1.60 Others

B I L L E D   C O S T S   S U M M A R Y
Code   Description              Oldest      Latest              Total
                               Entry       Entry               Amount

0820   PHOTOCOPYING             06/25/03    06/25/03           262.06
0840   MANUSCRIPT SERVICE       04/03/03    04/03/03             0.00
0841   RESEARCH SERVICES        06/16/03    06/16/03            14.00
0880   POSTAGE                  05/15/03    05/15/03            10.68
0885   LONG-DISTANCE TEL.       06/03/03    06/03/03             6.37
0910   LONG DIST. TELE.         04/29/03    04/29/03           451.56
0917   WESTLAW ON - LINE RESEARCH 06/16/03  06/16/03            10.00
0930   MESSENGER/COURIER        04/07/03    06/25/03            86.20
0935   LEGAL SEARCH FEES        05/06/03    05/06/03            14.07
0940   CAB FARES                04/03/03    06/27/03            12.65
0942   MEALS/IN-HOUSE           04/08/03    04/08/03             0.00

                Total:                                         868.44

Total Billed
Billed Hours    Amount
34.20           10,018.00

Total
10,886.44

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:26)
                                                 ------- Collections -------
Bill Date   Thru Date   Bill#      Fee & OA   Disbursement   Applied   From OA   Total       Date       Balance
                                                                                                        Due

YEAR 2001
01/18/02    12/31/01    354477     71,036.50      8,160.18                       79,196.68
01/31/02    07/31/01    346114      8,017.00      1,134.54                        9,151.54   09/13/02
01/31/02    01/31/01    340586           .00           .00
02/27/02    02/28/02    349079      4,970.00      1,638.70                        6,608.70   10/30/02
03/27/02    02/28/02    348979      1,970.00        612.36                        2,582.36   10/30/02
04/30/02    03/31/02    347464      4,590.00        876.66                        5,466.66   10/30/02
06/10/02    04/30/02    352100     13,974.00      1,489.97                       15,463.97   09/13/02
07/12/02    05/31/02    352980      6,262.00      2,100.07                        8,362.07   10/30/02
08/15/02    06/30/02    357518      3,870.00        332.91                        4,202.91   10/30/02

                Total

                Grand Total

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001            Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                              Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:26)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | From OA | Applied Total | ------ Collections ------ Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|---------|---------------|--------------------------------|-------------|
| 08/15/02 | 07/31/02 | 355269 | 5,976.00 | 367.89 | | 6,342.89 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 5,022.50 | 1,169.59 | | 6,192.09 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 1,255.50 | 1,758.36 | | 3,013.86 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | 5,994.44 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 4,765.00 | 353.77 | | 5,124.21 | 02/28/03 | |
| 01/31/03 | 12/31/02 | 364671 | 4,769.90 | 733.32 | | 5,813.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365804 | 2,081.00 | 904.37 | | 3,168.37 | 04/15/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,264.50 | 176.37 | | 1,901.90 | 04/21/03 | |
| 04/29/03 | 03/31/03 | 369330 | 1,726.50 | 436.90 | | 1,535.50 | 05/27/03 | |
| 05/16/03 | 04/30/03 | 370445 | 4,200.00 | 627.57 | | 4,627.57 | 07/21/03 | 3,327.60 |
| 06/17/03 | 05/31/03 | 371897 | 3,418.50 | 105.57 | | 1,320.97 | 07/21/03 | 3,524.07 |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 133.30 | | .00 | | 2,713.80 |
| | | | | | | .00 | | |

Total:    159,219.00    24,890.77    174,544.30    9,565.47

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 07/31/2003 16:33:26

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 04/01/03 | review pleadings/filings. | 0.20 | 67.00 | 4610561 | 04/04/03 |
| KLEIN, DAVID | 04/02/03 | review pleadings/filings, distr same as necessary; check docket re followup to 2/19 opinion; discussion w/ P.Bentley re open issues. | 2.00 | 670.00 | 4620651 | 04/14/03 |
| KLEIN, DAVID | 04/03/03 | review pleadings/filings. | 0.70 | 234.50 | 4620652 | 04/14/03 |
| KLEIN, DAVID | 04/04/03 | review filings. | 0.10 | 33.50 | 4620653 | 04/14/03 |
| KLEIN, DAVID | 04/07/03 | review pleadings/filings, distr same as | 0.30 | 100.50 | 4628508 | 04/21/03 |
| KLEIN, DAVID | 04/08/03 | review pleadings/filings, distr same as necessary (0.6); review docket/subsequent USG filings re J.Wolin's 2/19/02 opinion(0.8). | 1.40 | 469.00 | 4628509 | 04/21/03 |
| KLEIN, DAVID | 04/09/03 | review pleadings/filings, distr same as necessary (0.4). | 0.40 | 134.00 | 4628510 | 04/21/03 |
| KLEIN, DAVID | 04/10/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4635108 | 04/28/03 |
| KLEIN, DAVID | 04/11/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4635109 | 04/28/03 |
| KLEIN, DAVID | 04/14/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4635110 | 04/28/03 |
| KLEIN, DAVID | 04/15/03 | review pleadings/filings, distr same as necessary (0.2). | 0.20 | 67.00 | 4635111 | 04/28/03 |
| MANGUAL, KATHLEEN | 04/15/03 | organization of files, update index (1.4) | 1.40 | 259.00 | 4640971 | 05/01/03 |
| KLEIN, DAVID | 04/28/03 | review numerous pleadings/filings, distr same as necessary (0.8); discussion w/ PB re settlement agreement in 02-2211, receive and distribute same (0.9). | 1.70 | 569.50 | 4637053 | 04/29/03 |
| KLEIN, DAVID | 04/29/03 | receive voice mail from PB re sealed air status review (0.1); reviewed dockets re same (1.4); review recent filings regarding follow up to J. Wolin's February 19, 2003 Order; drafted emails to PB re the above (0.8); review pleadings/filings, distr same as necessary (0.7); call to K.Mangual re Sealed Air complaint and review of same (0.2). | 3.20 | 1,072.00 | 4648519 | 05/02/03 |
| TORRES, ANTHONY | 04/30/03 | Scanning Fee Attachment | 1.30 | 110.50 | 4645529 | 05/01/03 |
| KLEIN, DAVID | 04/30/03 | review filings (0.1). | 0.10 | 33.50 | 4648520 | 05/02/03 |
| KLEIN, DAVID | 05/01/02 | review pleadings/filings, distr same as | 0.20 | 67.00 | 4673566 | 05/23/03 |
| KLEIN, DAVID | 05/02/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4673567 | 05/23/03 |

```
alp_112r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
Run Date & Time: 07/31/2003 16:33:26                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE
```

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 05/05/03 | review pleadings/filings, distr same as necessary (0.3) | 0.30 | 100.50 | 4673568 | 05/23/03 |
| MANGUAL, KATHLEEN | 05/06/03 | organization of files for purpose of filing and updating index (1.3) | 1.30 | 240.50 | 4670733 | 05/21/03 |
| KLEIN, DAVID | 05/06/03 | review pleadings/filings, distr same as necessary (0.4); review docket/filings re followup on J Wolin's 2/19/03 ruling (0.5). | 0.90 | 301.50 | 4673569 | 05/23/03 |
| KLEIN, DAVID | 05/07/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4673570 | 05/23/03 |
| KLEIN, DAVID | 05/08/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4673571 | 05/23/03 |
| KLEIN, DAVID | 05/10/03 | review filings. | 0.10 | 33.50 | 4673572 | 05/23/03 |
| KLEIN, DAVID | 05/12/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4673573 | 05/23/03 |
| MANGUAL, KATHLEEN | 05/12/03 | update pleadings index and correspondence (2.2); disc/w G.Becker re: Rule 2014 affidavit (.20) | 2.40 | 444.00 | 4678426 | 05/29/03 |
| KLEIN, DAVID | 05/13/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4673574 | 05/23/03 |
| KLEIN, DAVID | 05/14/03 | review pleadings/filings, distr same as necessary (0.1). | 0.10 | 33.50 | 4673575 | 05/23/03 |
| TORRES, ANTHONY | 05/15/03 | Scanning documents for electronic filing. | 0.30 | 25.50 | 4673447 | 05/23/03 |
| KLEIN, DAVID | 05/15/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4673576 | 05/23/03 |
| KLEIN, DAVID | 05/16/03 | review pleadings/filings, distr same as necessary. | 0.40 | 134.00 | 4673577 | 05/23/03 |
| MANGUAL, KATHLEEN | 05/16/03 | draft supplemental aff'd for rule 2014, revise such per GB comments, left NH vmail (1.3) | 1.30 | 240.50 | 4677829 | 05/28/03 |
| BECKER, GARY M. | 05/16/03 | Review and revise supplemental 2014 affidavit and conf. with Mangual re same (0.8) | 0.80 | 364.00 | 4683719 | 06/02/03 |
| KLEIN, DAVID | 05/19/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4687428 | 06/03/03 |
| MANGUAL, KATHLEEN | 05/20/03 | disc. w/NH re: 2014 aff'd (0.2) | 0.20 | 37.00 | 4685752 | 06/02/03 |
| KLEIN, DAVID | 05/20/03 | review pleadings/filings, distr same as necessary. | 0.50 | 167.50 | 4687576 | 06/03/03 |
| KLEIN, DAVID | 05/21/03 | review pleadings/filings, distr same as necessary. | 0.40 | 134.00 | 4689906 | 06/03/03 |
| KLEIN, DAVID | 05/22/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4689907 | 06/03/03 |
| KLEIN, DAVID | 05/23/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4689909 | 06/03/03 |
| KLEIN, DAVID | 05/25/03 | review filings. | 0.10 | 33.50 | 4689909 | 06/03/03 |
| BENTLEY, PHILIP | 05/26/03 | Prepare supplemental Rule 2014 affidavit | 0.30 | 157.50 | 4688107 | 06/03/03 |

alp_13ir: Billed Charges Analysis
Run Date & Time: 07/31/2003 16:33:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 05/27/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4689910 | 06/03/03 |
| KLEIN, DAVID | 05/28/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4689911 | 06/03/03 |
| KLEIN, DAVID | 05/30/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4691193 | 06/03/03 |
| KLEIN, DAVID | 06/02/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4701355 | 06/13/03 |
| KLEIN, DAVID | 06/03/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4701354 | 06/13/03 |
| MANGUAL, KATHLEEN | 06/03/03 | attend to filing of Supplemental declaration pursuant to rule 2014; coordinate w/ local counsel (.40); organization of files and update pleadings index (1.2) | 1.60 | 296.00 | 4703589 | 06/16/03 |
| BENTLEY, PHILIP | 06/03/03 | Review and edit Rule 2014 affidavit, and discs KM re same. | 0.20 | 105.00 | 4721000 | 06/27/03 |
| KLEIN, DAVID | 06/04/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4701351 | 06/13/03 |
| KLEIN, DAVID | 06/05/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4701350 | 06/13/03 |
| KLEIN, DAVID | 06/08/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701352 | 06/13/03 |
| KLEIN, DAVID | 06/09/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701353 | 06/13/03 |
| KLEIN, DAVID | 06/10/03 | review pleadings/filings, distr same as necessary (0.4); review docket/filings re follwup to cancer only bar date order (0.4). | 0.80 | 268.00 | 4701357 | 06/13/03 |
| KLEIN, DAVID | 06/11/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4701356 | 06/13/03 |
| KLEIN, DAVID | 06/12/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4724566 | 07/01/03 |
| KLEIN, DAVID | 06/13/03 | review agenda, pleadings/filings, distr same as necessary. | 0.50 | 167.50 | 4724567 | 07/01/03 |
| KLEIN, DAVID | 06/16/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4724568 | 07/01/03 |
| KLEIN, DAVID | 06/17/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4724569 | 07/01/03 |
| KLEIN, DAVID | 06/18/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4725250 | 07/01/03 |
| KLEIN, DAVID | 06/19/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4725251 | 07/01/03 |
| KLEIN, DAVID | 06/20/03 | review pleadings/filings; email to GMB re M to extend time to bring avoidance actions. | 0.20 | 67.00 | 4725252 | 07/01/03 |

a1p_112r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:28

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 06/24/03 | review pleadings/filings distr same as necessary; review docket re followup to USG "cancel only" opinion of 2/19/03; review dockets/filings re Fresenius settlement w/ committee. | 1.70 | 569.50 | 4727871 | 07/01/03 |
| KLEIN, DAVID | 06/25/03 | review pleadings/filings, distr same as necessary. | 0.70 | 234.50 | 4727872 | 07/01/03 |
| KLEIN, DAVID | 06/26/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4728790 | 07/01/03 |
| KLEIN, DAVID | 06/27/03 | review pleadings/filings, distr same as necessary. | 0.40 | 134.00 | 4731314 | 07/01/03 |
| KLEIN, DAVID | 06/29/03 | review pleadings/filings. | 0.10 | 33.50 | 4731315 | 07/01/03 |

Fee Total

34.20    34.20

10,018.00    10,018.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | BENTLEY, P | 04/03/03 | 16.95 | 6038192 | 96315 | 04/04/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | MANGUAL, KM | 04/07/03 | 16.80 | 6043927 | 96507 | 04/09/03 |
| MANGUAL, KATHLEEN | | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 04/07/03 | 0.30 | 6042943 | 96455 | 04/08/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 04/14/03 | 6.30 | 6050207 | 96793 | 04/15/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 04/21/03 | 2.40 | 6058329 | 97057 | 04/22/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 04/22/03 | 4.05 | 6060025 | 97172 | 04/24/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 04/24/03 | 2.70 | 6061791 | 97202 | 04/25/03 |
| PHOTOCOPYING | | BENTLEY, PHILIP | | | | | |
| PHOTOCOPYING | | MANGUAL, KM | 04/28/03 | 0.60 | 6071025 | 97396 | 04/30/03 |
| MANGUAL, KATHLEEN | | | | | | | |
| PHOTOCOPYING | | KLEIN, D K | 04/28/03 | 25.50 | 6062255 | 97337 | 04/29/03 |
| KLEIN, DAVID | | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 04/28/03 | 0.60 | 6068256 | 97337 | 04/29/03 |
| MANGUAL, KATHLEEN | | | | | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                    PAGE    8
Run Date & Time: 07/31/2003 16:33:28                         *PRIVILEGED AND CONFIDENTIAL*
```

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING KLEIN DAVID | KLEIN, D K | 04/28/03 | 25.50 | 6071024 | 97396 | 04/30/03 |
| PHOTOCOPYING KLEIN DAVID | KLEIN, D K | 04/29/03 | 7.20 | 6071026 | 97396 | 04/30/03 |
| PHOTOCOPYING KLEIN DAVID | KLEIN, D K | 05/02/03 | 6.75 | 6082035 | 97942 | 05/07/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 05/05/03 | 7.50 | 6085469 | 97989 | 05/08/03 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 05/05/03 | 22.50 | 6093665 | 98226 | 05/14/03 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 05/13/03 | 55.80 | 6097360 | 98396 | 05/16/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 05/15/03 | 13.75 | 6123747 | 99557 | 06/10/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 06/03/03 | 0.59 | 6123748 | 99557 | 06/10/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 06/03/03 | 23.55 | 6128131 | 99673 | 06/11/03 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 06/09/03 | 8.07 | 6137683 | 99928 | 06/18/03 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 06/17/03 | 14.65 | 6151721 | 100363 | 06/27/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 06/25/03 | | | | |
| **0820 PHOTOCOPYING Total :** | | | **262.06** | | | |
| MANUSCRIPT SERVICE 04/03/2003 | SEAWRIGHT, J | 04/03/03 | 0.00 | 6041132 | 96399 | 04/07/03 |
| MANUSCRIPT SERVICE 04/03/2003 | SEAWRIGHT, J | 04/03/03 | 0.00 | 6051057 | 96819 | 04/15/03 |
| MANUSCRIPT SERVICE 04/14/2003 | SEAWRIGHT, J | 04/14/03 | 0.00 | 6059494 | 97114 | 04/23/03 |
| MANUSCRIPT SERVICE 04/22/2003 | SEAWRIGHT, J | 04/22/03 | 0.00 | 6063892 | 97278 | 04/28/03 |
| MANUSCRIPT SERVICE 04/23/2003 | SEAWRIGHT, J | 04/23/03 | 0.00 | 6078090 | 97872 | 05/06/03 |
| MANUSCRIPT SERVICE 04/25/2003 | SEAWRIGHT, J | 04/25/03 | 0.00 | | | |
| **0840 MANUSCRIPT SERVICE Total :** | | | **0.00** | | | |
| RESEARCH SERVICES 06/16/2003 | RAPHAEL, D R | 06/16/03 | 14.00 | 6154534 | 100437 | 07/01/03 |
| **0841 RESEARCH SERVICES Total :** | | | **14.00** | | | |
| POSTAGE Wendy Rios | MANGUAL, K M | 05/15/03 | 10.68 | 6057930 | 98426 | 05/16/03 |
| **0880 POSTAGE Total :** | | | **10.68** | | | |

aip.l12r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:28

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

PAGE 9

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. 3120613268 | | BENTLEY, P | 04/28/03 | 5.18 | 6090889 | 98169 | 05/13/03 |
| LONG-DISTANCE TEL. 2146983868 | | MANGUAL, K M | 04/30/03 | 0.30 | 6090890 | 98169 | 05/13/03 |
| LONG-DISTANCE TEL. 2155677688 | | BENTLEY, P | 05/02/03 | 0.30 | 6090891 | 98169 | 05/13/03 |
| LONG-DISTANCE TEL. 3025524238 | | MANGUAL, K M | 06/03/03 | 0.59 | 6125242 | 99599 | 06/12/03 |
| | | **0885 LONG-DISTANCE TEL. Total :** | | **6.37** | | | |
| LONG DIST. TELE. | 0910 | | | | | | |
| DERAVENTURES, INC. | | BENTLEY, P | 04/29/03 | 451.56 | 6068989 | 97343 | 04/29/03 |
| LONG DIST. TELE. - VENDOR-DERAVENTURES, INC. | | **0910 LONG DIST. TELE. Total :** | | **451.56** | | | |
| WESTLAW ON - LINE RE | 0917 | | | | | | |
| WESTLAW ON - LINE RE | | RAPHAEL, D R | 06/16/03 | 10.85 | 6148741 | 100271 | 06/25/03 |
| | | **0917 WESTLAW ON - LINE RE Total :** | | **10.85** | | | |
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 04/07/03 | 10.19 | 6049867 | 96792 | 04/15/03 |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 04/16/03 | 10.09 | 6052640 | 96855 | 04/16/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | MANGUAL, K M | 04/16/03 | 19.35 | 6053528 | 96862 | 04/16/03 |
| FEDERAL EXPRESS CORPORAT | | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | MANGUAL, K M | 05/06/03 | -10.09 | 6078533 | 97871 | 05/06/03 |
| FEDERAL EXPRESS CORPORAT | | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 4/7/03 | | MANGUAL, K M | 05/23/03 | 12.13 | 6104079 | 96645 | 05/23/03 |
| FEDERAL EXPRESS CORPORAT | | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 5/2/03 | | MANGUAL, K M | 06/09/03 | 10.19 | 6122220 | 99580 | 06/09/03 |
| FEDERAL EXPRESS CORPORAT | | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | MANGUAL, K M | 06/10/03 | 12.26 | 6126136 | 99603 | 06/10/03 |
| FEDERAL EXPRESS CORPORAT | | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 5/15/03 | | MANGUAL, K M | 06/16/03 | 12.08 | 6135225 | 99867 | 06/16/03 |