```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE   10
Run Date & Time: 07/31/2003 16:33:28                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code            Employee              Date        Amount      Index#    Batch No  Batch Date
```

LEGAL SEARCH FEES            0935
GLOBAL SECURITIES INFORM
LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES          PELLETIER, D          06/06/03      14.07     6120383    99513     06/06/03
INFORMATION, IN

                        0935 LEGAL SEARCH FEES Total :                                 14.07

```
FEDERAL EXPRESS CORPORAT    0930 MESSENGER/COURIER Total :                            86.20
MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
CORPORATION                                          MANGUAL, K M          06/25/03      10.00     6178885    101417    07/21/03
```

CAB FARES                   0940
MARIANNE FERGUSON, CASHI
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER        BENTLEY, P            04/08/03      11.00     6043781    96473     04/08/03
03/18/03
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER        BENTLEY, P            04/08/03      11.00     6043779    96473     04/08/03
03/19/03
FEDERAL EXPRESS CORPORAT                             MANGUAL, K M          06/27/03     -19.35     6152515    110370    07/01/03
CAB FARES - VENDOR-FEDERAL EXPRESS CORPORATION
4/16/03                                             MANGUAL, K M          06/27/03      10.00     6154235    100370    07/01/03
FEDERAL EXPRESS CORPORAT
CAB FARES - VENDOR-FEDERAL EXPRESS CORPORATION
6/3/03

                        0940 CAB FARES Total :                                         12.65

MEALS/IN-HOUSE              0942
MARIANNE FERGUSON, CASHI
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,           BENTLEY, P            04/08/03       0.00     6043780    96473     04/08/03
CASHIER 03/18/03
MARIANNE FERGUSON, CASHI
MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,           BENTLEY, P            04/08/03       0.00     6043778    96473     04/08/03
CASHIER 03/19/03

                        0942 MEALS/IN-HOUSE Total :                                     0.00

            Costs Total :                                                             868.44

alp_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 07/31/2003 16:33:28

Matter No.: 056772-00001                                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.50 | 262.50 | | | | | |
| BECKER, GARY M. | 0.80 | 364.00 | | | | | |
| KLEIN, DAVID | 23.10 | 7,738.50 | | | | | |
| MANGUAL, KATHLEEN | 8.20 | 1,517.00 | | | | | |
| TORRES, ANTHONY | 1.60 | 136.00 | | | | | |
| **Total:** | **34.20** | **10,018.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 262.06 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0841 | RESEARCH SERVICES | 14.00 | | | | | |
| 0880 | POSTAGE | 10.68 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 6.37 | | | | | |
| 0910 | LONG DIST. TELE. | 451.56 | | | | | |
| 0917 | WESTLAW ON - LINE RESEARC | 10.85 | | | | | |
| 0930 | MESSENGER/COURIER | 86.20 | | | | | |
| 0935 | LEGAL SEARCH FEES | 14.07 | | | | | |
| 0940 | CAB FARES | 12.65 | | | | | |
| 0942 | MEALS/IN-HOUSE | 0.00 | | | | | |

Costs Total :    868.44

```
aip_112r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    12
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/31/2003 16:33:28

Matter No : 056772-00002                    Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP 02495              Bill Frequency: M
Matter Name : CREDITOR COMMITTEE            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:
                                            PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  04/07/2003                   TO: 06/19/2003
UNBILLED DISB FROM:  04/29/2003                   TO: 05/02/2003

                                            FEES                COSTS

GROSS BILLABLE AMOUNT:                       2,747.50                      28.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                       05/02/2003
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:              06/19/2003

BILLING PARTNER APPROVAL:
                                            BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                            ACCOUNTS RECEIVABLE TOTALS              UNIDENTIFIED RECEIPTS:           UNAPPLIED CASH
                         FEES:                       2,747.50                       PAID FEE RETAINER:               0.00
DISBURSEMENTS:                               2.00                                   PAID DISB RETAINER:              0.00
FEE RETAINER:                                0.00                                   TOTAL AVAILABLE FUNDS:           0.00
DISB RETAINER:                               0.00                                   TRUST BALANCE:
TOTAL OUTSTANDING:                           2,749.50

                                            BILLING HISTORY

DATE OF LAST BILL:        07/24/03           LAST PAYMENT DATE:        07/21/03
LAST BILL NUMBER:         373811            FEES BILLED TO DATE:       53,460.50
LAST BILL THRU DATE:      06/30/03   FEES WRITTEN OFF TO DATE:         18,749.00

                    Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:
    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

alp_131r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 13

Matter No: 056772-00002
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name: CREDITOR COMMITTEE
Matter Opened: 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 06/19/03 | 06/19/03 | 0.90 | 472.50 |
| 05292 | BECKER, GARY M. | CRED | 04/07/03 | 06/19/03 | 5.00 | 2,275.00 |
| | | | | Total: | 5.90 | 2,747.50 |

Sub-Total Hours : 0.90 Partners   0.00 Counsels   5.00 Associates   0.00 Legal Assts   0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0815 | TELECOPIER | 05/02/03 | 05/02/03 | 2.00 |
| 0820 | PHOTOCOPYING | 04/07/03 | 04/29/03 | 26.55 |
| | Total | | | 28.55 |

Grand Total   2,776.05

## BILLING & PAYMENT HISTORY (Reflects Payments As of 07/31/03 16:33:28)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| **YEAR 2001** | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 11,113.50 | 1,628.57 | | 12,742.07 | 09/13/02 | |
| 01/31/01 | 07/31/01 | 346114 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 01/31/01 | 07/31/02 | | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 3,602.50 | .00 | | 3,602.50 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 4,045.00 | 1,423.03 | | 5,468.03 | 10/30/02 | |
| 03/27/02 | 03/31/02 | 347464 | 4,167.50 | 93.26 | | 4,260.76 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 04/30/02 | 04/30/02 | 352980 | 3,895.00 | .12 | | 3,895.12 | 10/30/02 | |
| 05/31/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/30/02 | |
| 06/30/02 | 06/30/02 | 356269 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 07/31/02 | 07/31/02 | 358460 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 08/31/02 | 08/31/02 | 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 09/30/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 10/31/02 | 11/30/02 | 362365 | 498.00 | .00 | | 498.00 | 03/25/03 | |
| 11/30/02 | 12/31/02 | 364671 | 1,341.00 | .00 | | 1,341.00 | 03/25/03 | |
| 12/31/02 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 01/31/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | | 2,141.50 | 07/21/03 | |
| 04/29/03 | 03/31/03 | 370445 | 455.00 | .00 | | 455.00 | | 455.00 |
| 05/16/03 | 04/30/03 | 371897 | .00 | 26.55 | | 26.55 | 07/21/03 | |
| 06/17/03 | 05/31/03 | | .00 | 2.00 | | 2.00 | | 2.00 |
| 07/24/03 | 06/30/03 | 373811 | 2,292.50 | .00 | | 2,292.50 | | 2,292.50 |
| | | **Total:** | 53,460.50 | 3,743.11 | | 54,454.11 | | 2,749.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 07/31/2003 16:33:28

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:28)

| Bill Date | Thru Date | Bill# | Fee & OA<br>Billed | Disbursement | Applied<br>From OA | ---- Collections ----<br>Total    Date | Balance<br>Due |
|-----------|-----------|-------|-------------------|--------------|-------------------|----------------------------------------|----------------|

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/31/2003 16:133:28

Matter No: 056772-000002    Orig Prtnr : CRED. RGTS - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001    Status : ACTIVE

## B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/07/03 | Prepare memo for committee re motion to extend deadlines for avoidance actions | 1.00 | 455.00 | 4617308 | 04/10/03 |
| BECKER, GARY M. | 06/10/03 | Review documents and information from equity committee chair regarding Grace business results and asbestos litigation (1.0); research re asbestos litigation in anticipation of committee call (0.9); conf. with Bentley re committee issues (0.2). | 2.10 | 955.50 | 4701041 | 06/13/03 |
| BECKER, GARY M. | 06/11/03 | Review Agenda for June 17 hearing | 0.40 | 182.00 | 4699940 | 06/12/03 |
| BECKER, GARY M. | 06/19/03 | Conf. call with Equity Committee (1.5) | 1.50 | 682.50 | 4712223 | 06/20/03 |
| BENTLEY, PHILIP | 06/19/03 | Committee conf call (0.7), and prep for same (0.2). | 0.90 | 472.50 | 4721001 | 06/27/03 |

Fee Total    5.90    2,747.50

## B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | 0815 | | | | | | |
| TELECOPIER | | BECKER, G M | 05/02/03 | 2.00 | 6083248 | 97946 | 05/07/03 |
| roadcast to 6 pe | | | | | | | |

0815 TELECOPIER Total :    2.00

| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | O'BRIEN, M O | 04/29/03 | 1.05 | 6071027 | 97396 | 04/30/03 |
| O BRIEN MARIEILEEN | | | | | | | |
| PHOTOCOPYING | | O'BRIEN, M O | 04/29/03 | 25.50 | 6071028 | 97396 | 04/30/03 |
| O BRIEN MARIEILEEN | | | | | | | |

0820 PHOTOCOPYING Total :    26.55

Costs Total :    28.55

PAGE 15

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/31/2003 16:31:28                                                                                                              PAGE    16

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.90 | 472.50 | | | | | |
| BECKER, GARY M. | 5.00 | 2,275.00 | | | | | |
| Total: | 5.90 | 2,747.50 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0815 TELECOPIER | 2.00 | | | | | |
| 0820 PHOTOCOPYING | 26.55 | | | | | |
| Costs Total : | 28.55 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/31/2003 16:33:28                                                                PAGE    17

Matter No: 056772-00005          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:

─────────────────────────────────────────────────────────────────────────────────────────
                                      PRE-BILLING SUMMARY REPORT
─────────────────────────────────────────────────────────────────────────────────────────

UNBILLED TIME FROM: 05/01/2003                          TO:                    05/20/2003
UNBILLED DISB FROM:                                     TO:

                          FEES                          COSTS

GROSS BILLABLE AMOUNT:    2,677.50                       0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:          05/20/2003
CLOSE MATTER/FINAL BILLING?     YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

─────────────────────────────────────────────────────────────────────────────────────────
ACCOUNTS RECEIVABLE TOTALS                    UNIDENTIFIED RECEIPTS:          0.00
                                              PAID FEE RETAINER:              0.00
FEES:                    2,677.50             PAID DISB RETAINER:             0.00
DISBURSEMENTS:              0.00              TOTAL AVAILABLE FUNDS:          0.00
FEE RETAINER:               0.00             TRUST BALANCE:
DISB RETAINER:              0.00
TOTAL OUTSTANDING:       2,677.50

                                      BILLING HISTORY
─────────────────────────────────────────────────────────────────────────────────────────
DATE OF LAST BILL:      06/17/03             LAST PAYMENT DATE:     12/31/02
LAST BILL NUMBER:       371897              FEES BILLED TO DATE:    4,127.50
LAST BILL THRU DATE:    05/31/03            FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____          DATE OF BILL:_____          Processed by:_____          FRC:_____          CRC:_____

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE   18
Run Date & Time: 07/31/2003 16:33:28                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE


   B I L L E D   T I M E   S U M M A R Y                    --------------- Total ---------------   ----------- Billed -----------
Emp Id Employee Name                   Group        Oldest       Latest          Billed Hours        Amount

02495   BENTLEY, PHILIP                CRED      05/01/03     05/20/03              1.20               630.00
05292   BECKER, GARY M.                CRED      05/19/03     05/19/03              4.50             2,047.50

                     Total:                                                        5.70             2,677.50


Sub-Total Hours :      1.20 Partners         0.00 Counsels      4.50 Associates         0.00 Legal Assts      0.00 Others


   B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As Of 07/31/03 16:33:28)
                                 ---- Billed ----              ------- Applied -------   ---- Collections ----
Bill Date  Thru Date  Bill#   Fee & OA    Disbursement         From OA         Total        Date       Balance Due

02/20/02   01/31/02  340586     637.50         .00                              637.50    10/30/02
08/13/02   07/31/02  356269                  198.00                             198.00    12/31/02
09/13/02   08/30/02  361261      95.00         .00                               95.00    12/31/02
11/19/02   10/31/02  361261     717.50         .00                              717.50    12/31/02
06/17/03   05/31/03  371897   2,677.50         .00                              .00                   2,677.50

                     Total:    4,127.50      198.00                           1,648.00                2,677.50
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    19

Run Date & Time: 07/31/2003 16:33:28

*PRIVILEGED AND CONFIDENTIAL*

| | |
|---|---|
| Matter No: 056772-00005 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : BANKR. MOTIONS | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

**B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 05/01/03 | Trade emails re tomorrow's response. | 0.10 | 52.50 | 4675794 | 05/27/03 |
| BENTLEY, PHILIP | 05/02/03 | Prepare response to Committee's motion to extend avoidance deadline, and review debtors' response to same. | 0.90 | 472.50 | 4675797 | 05/27/03 |
| BENTLEY, PHILIP | 05/14/03 | Trade voicemails. | 0.10 | 52.50 | 4675795 | 05/27/03 |
| BECKER, GARY M. | 05/19/03 | Travel to Wilmington for hearing on Committee motion to extend Section 546 bar date; prepare during travel (2.0); hearing in Wilmington on motion to extend Section 546 bar date (2.5) | 4.50 | 2,047.50 | 4670449 | 05/21/03 |
| BENTLEY, PHILIP | 05/20/03 | Discs. GB. | 0.10 | 52.50 | 4675796 | 05/27/03 |

Fee Total    5.70    2,677.50

Fee Total    5.70    2,677.50

aip_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.20 | 630.00 | | | | | |
| BECKER, GARY M. | 4.50 | 2,047.50 | | | | | |
| Total: | 5.70 | 2,677.50 | | | | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   21

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | UNBILLED TIME FROM: 04/02/2003 | TO: 06/26/2003 |
|  | UNBILLED DISB FROM: | TO: |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,592.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | 06/26/2003 | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                    BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

| FEES: | 2,592.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,592.50 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 07/21/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 50,442.00 |
| LAST BILL THRU DATE: | 06/30/03 | FEES WRITTEN OFF TO DATE: | 35.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_131r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   22

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**         ------ Total ------         ------ Total ------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 05292 | BECKER, GARY M. | CRED | 05/09/03 | 06/16/03 | 0.90 | 409.50 |
|       | PARAPROFESSIONALS |     |        |        |              |        |
| 05208 | MANGUAL, KATHLEEN | CRED | 04/02/03 | 06/26/03 | 11.80 | 2,183.00 |
|       | **Total:** |       |        |        | 12.70 | 2,592.50 |

Sub-Total Hours :   0.00 Partners   0.00 Counsels   0.90 Associates   11.80 Legal Assts   0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y**   (Reflects Payments As of 07/31/03 16:33:29)

|  |  |  | ------ Billed ------ |  | ----- Applied ----- | --- Collections --- |  |
|--|--|--|--|--|--|--|--|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| YEAR 2001 |  |  | 10,165.00 |  | 191.48 | 10,356.48 |  |  |
| 01/18/02 | 12/31/01 | 345477 | 1,816.50 |  | 29.58 | 1,846.08 | 09/13/02 |  |
| 02/27/02 | 01/31/02 | 340586 | 3,877.50 |  | 94.17 | 3,971.67 | 10/30/02 |  |
| 03/27/02 | 02/28/02 | 348979 | 1,712.50 |  | 3.00 | 1,715.50 | 10/30/02 |  |
| 04/30/02 | 03/31/02 | 347464 | 1,470.00 |  | 3.70 | 1,473.70 | 10/30/02 |  |
| 06/10/02 | 04/30/02 | 352100 | 2,477.50 |  | 29.58 | 2,507.08 | 09/13/02 |  |
| 07/12/02 | 05/31/02 | 352980 | 4,370.00 |  | 21.01 | 4,391.01 | 10/30/02 |  |
| 08/15/02 | 06/30/02 | 357518 | 1,315.00 |  | .00 | 1,315.00 | 10/30/02 |  |
| 08/19/02 | 07/31/02 | 356269 | 1,922.50 |  | .00 | 1,922.50 | 12/31/02 |  |
| 09/30/02 | 08/31/02 | 358460 | 2,910.00 |  | .00 | 2,910.00 | 11/26/02 |  |
| 10/31/02 | 09/30/02 | 355721 | 6,307.00 |  | 2.10 | 6,309.10 | 12/31/02 |  |
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 |  | .00 | 2,917.00 | 12/31/02 |  |
| 12/31/02 | 11/30/02 | 362365 | 2,009.50 |  | .00 | 2,009.50 | 02/18/03 |  |
| 01/31/03 | 12/31/02 | 364677 | 805.50 |  | .00 | 805.50 | 04/11/03 |  |
| 02/20/03 | 01/31/03 | 365684 | 838.00 |  | .00 | 838.00 | 04/25/03 |  |
| 03/19/03 | 02/28/03 | 367178 | 2,266.00 |  | 12.08 | 2,278.08 | 05/27/03 |  |
| 04/29/03 | 03/31/03 | 369330 | 670.00 |  | 13.48 | 683.48 | 07/21/03 |  |
| 05/16/03 | 04/30/03 | 370445 | 851.00 |  | .00 | .00 |  | 851.00 |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 |  | .00 | .00 |  | 1,033.00 |
| 07/24/03 | 06/30/03 | 373811 | 708.50 |  | .00 | .00 |  | 708.50 |
|  |  | **Total:** | 50,442.00 |  | 400.18 | 48,249.68 |  | 2,592.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 04/02/03 | draft Grace monthly fee application, review time details (.80) | 0.80 | 148.00 | 4614632 | 04/08/03 |
| MANGUAL, KATHLEEN | 04/03/03 | draft KL's 7th interim project category spreadsheet, em same to fee auditor (.70) | 0.70 | 129.50 | 4614633 | 04/08/03 |
| MANGUAL, KATHLEEN | 04/07/03 | prepare fee app for filing, send to local counsel (.30) | 0.30 | 55.50 | 4615697 | 04/09/03 |
| MANGUAL, KATHLEEN | 04/10/03 | review time detail for monthly fee app (.20) | 0.20 | 37.00 | 4630803 | 04/29/03 |
| MANGUAL, KATHLEEN | 04/28/03 | final revision of fee auditors response, email exchange w/ GB and SB(WarrenSmith) rei such | 0.90 | 166.50 | 4649972 | 05/01/03 |
| MANGUAL, KATHLEEN | 04/30/03 | attend to fedex (.90) several disc/email exchange /w SB(WarrenSmith) re: KL's response to the initial report (.40) | 0.40 | 74.00 | 4647389 | 05/01/03 |
| MANGUAL, KATHLEEN | 04/30/03 | draft March monthly fee app, attend to distribution of such (1.3) | 1.30 | 240.50 | 4647390 | 05/01/03 |
| MANGUAL, KATHLEEN | 05/09/03 | review time details (.60) | 0.60 | 111.00 | 4670934 | 05/21/03 |
| BECKER, GARY M. | 05/09/03 | Review and revise April invoice. | 0.40 | 182.00 | 4671786 | 05/22/03 |
| MANGUAL, KATHLEEN | 05/13/03 | review time details, 8th draft interim fee application (1.6) | 1.60 | 296.00 | 4682339 | 06/02/03 |
| MANGUAL, KATHLEEN | 05/15/03 | draft memo to committee members and attend to service of KL's interim fee application (.70); convert app to .pdf attend to service of such to local counsel (.60) | 1.30 | 240.50 | 4682338 | 06/02/03 |
| MANGUAL, KATHLEEN | 05/27/03 | draft KL April monthly fee application (1.1) | 1.10 | 203.50 | 4688261 | 06/09/03 |
| MANGUAL, KATHLEEN | 06/03/03 | attend to filing of Kramer's monthly operating report (.40) | 0.40 | 74.00 | 4703550 | 06/16/03 |
| MANGUAL, KATHLEEN | 06/05/03 | review May time detail (.60) | 0.60 | 111.00 | 4702339 | 06/13/03 |
| BECKER, GARY M. | 06/16/03 | Review and revise latest invoice | 0.50 | 227.50 | 4707579 | 06/19/03 |
| MANGUAL, KATHLEEN | 06/23/03 | draft Kramer's Monthly Fee Application, review time detail (1.3) | 1.30 | 240.50 | 4730953 | 07/01/03 |
| MANGUAL, KATHLEEN | 06/26/03 | disc/w local counsel, revision of fee app (.30) | 0.30 | 55.50 | 4730954 | 07/01/03 |

Fee Total    12.70    2,592.50

Fee Total    12.70    2,592.50

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.90 | 409.50 | | | | | |
| MANGUAL, KATHLEEN | 11.80 | 2,183.00 | | | | | |
| Total: | 12.70 | 2,592.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE  25

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

Special Billing Instructions:

---

**PRE-BILLING SUMMARY REPORT**

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 04/02/2003 | TO: | 06/27/2003 |
| UNBILLED DISB FROM: | 04/24/2003 | TO: | 06/25/2003 |

UNBILLED TIME         6,686.50
UNBILLED DISB                        15.79

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:                              06/27/2003

BILLING PARTNER APPROVAL:            BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| FEES: | 8,037.10 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 1.79 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 8,038.89 | | |

**UNAPPLIED CASH**

BILLING HISTORY

DATE OF LAST BILL:         07/24/03           LAST PAYMENT DATE:         07/21/03
LAST BILL NUMBER:          373811             FEES BILLED TO DATE:       162,800.00
LAST BILL THRU DATE:       06/30/03           FEES WRITTEN OFF TO DATE:  4,417.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee                    (6) Summer Associate
(2) Late Time & Costs Posted              (7) Fixed Fee
(3) Pre-Arranged Discount                 (8) Premium
(4) Excessive Legal Time                  (9) Rounding
(5) Business Development                   (10) Client Arrangement

BILL NUMBER:_____          DATE OF BILL:_____          Processed by:_____          FRC:_____          CRC:_____

```
alp_131r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    26
Run Date & Time: 07/31/2003 16:33:29                          *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00012                                                                      Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                              Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                        Status     : ACTIVE
```

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 04/02/03 | 06/25/03 | 4.90 | 2,572.50 |
| 05292 | BECKER, GARY M. | CRED | 05/15/03 | 06/27/03 | 8.60 | 3,913.00 |
| 05646 | KLEIN, DAVID | CRED | 04/09/03 | 05/14/03 | 0.60 | 201.00 |
| | | | | Total: | 14.10 | 6,686.50 |

Sub-Total Hours :   4.90 Partners   0.00 Counsels   9.20 Associates   0.00 Legal Assts   0.00 Others

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|------|-------------|--------------|--------------|---------------------|
| 0820 | PHOTOCOPYING | 06/25/03 | 06/25/03 | 1.79 |
| 0840 | MANUSCRIPT SERVICE | 04/24/03 | 04/24/03 | 0.00 |
| 0841 | RESEARCH SERVICES | 04/09/03 | 04/24/03 | 14.00 |
| | | | Total | 15.79 |
| | | | Grand Total | 6,702.29 |

**BILLING & PAYMENT HISTORY (Reflects Payments As of 07/31/2003 16:33:29)**

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 44,026.00 | 5,710.65 | | 49,736.65 | 11/12/02 | |
| 01/31/02 | 12/31/01 | 346114 | 16,815.00 | 871.96 | | 17,686.96 | 12/31/02 | |
| 02/27/02 | 01/31/02 | 340586 | .00 | .00 | | | | |
| 03/27/02 | 02/28/02 | 434979 | 4,160.00 | 228.71 | | 4,388.71 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 6,957.50 | 559.05 | | 7,516.55 | 10/30/02 | |
| 05/.../02 | 04/30/02 | 352100 | 9,837.50 | 1,134.32 | | 10,971.82 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 335210 | 3,277.50 | 1,123.85 | | 4,401.35 | 09/11/02 | |
| 07/12/02 | 05/31/02 | 332980 | 3,845.00 | 176.41 | | 4,021.41 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | 3,199.40 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | 3,456.00 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | 21,513.24 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359921 | 2,220.00 | .00 | | 2,230.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 1,520.00 | 248.45 | | 1,768.45 | 07/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 1,025.00 | .00 | | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 5,800.60 | 05/27/03 | 476.50 |
| 03/19/03 | 02/28/03 | 367178 | 6,230.00 | 2.70 | | 5,358.60 | 04/11/03 | 874.10 |
| 04/29/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | 19,960.50 | 07/21/03 | |
| 05/16/03 | 04/30/03 | 370445 | | 14.00 | | 14.00 | 07/21/03 | .00 |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | .00 | | 1,659.50 |
| | | | | | | | | 2,181.50 |
| | | | | | | | | 1,659.50 |
```
```

alp_131r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:29)

|  |  | ------- Billed ------- |  | --- Collections --- |  |  |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/24/03 | 06/30/03 | 373811 | 2,845.50 | 1.79 |  | .00 |  | 2,847.29 |

| Total: | 162,677.50 | 11,840.12 |  | 166,478.73 |  | 8,038.89 |

```
alp_1132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                      PAGE    28
Run Date & Time: 07/31/2003 16:33:29                            *PRIVILEGED AND CONFIDENTIAL*
```

*PRIVILEGED AND CONFIDENTIAL*

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

ProForma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 04/02/03 | Discs. w/D. Klein re: current issues. | 0.10 | 52.50 | 4646419 | 05/01/03 |
| BENTLEY, PHILIP | 04/07/03 | Review committee's motion to extend avoidance deadline, and discs GB re: same | 0.30 | 157.50 | 4646444 | 05/01/03 |
| BENTLEY, PHILIP | 04/09/03 | Discs GAh and voicemail re: estimation issues | 0.20 | 105.00 | 4646445 | 05/01/03 |
| KLEIN, DAVID | 04/09/03 | disc. w/ PB re USG filing re 2/19/03 order | 0.20 | 67.00 | 4658365 | 05/12/03 |
| KLEIN, DAVID | 04/15/03 | review USG docket re recent filings following 2/19 opinion by J.Wolin (0.2). | 0.20 | 67.00 | 4658366 | 05/12/03 |
| BENTLEY, PHILIP | 04/22/03 | Discs GB | 0.10 | 52.50 | 4646443 | 05/01/03 |
| BENTLEY, PHILIP | 04/23/03 | Trade emails re: upcoming hearing | 0.10 | 52.50 | 4646446 | 05/01/03 |
| BENTLEY, PHILIP | 04/24/03 | Discs GB and review documents re: asbestos developments | 0.70 | 367.50 | 4646447 | 05/01/03 |
| BENTLEY, PHILIP | 04/28/03 | Review Creditor's Committee's motion to extend avoidance deadline and discs GB and C. Lane re: same | 1.10 | 577.50 | 4646448 | 05/01/03 |
| BENTLEY, PHILIP | 04/30/03 | Prepare two memos to Committee re; Creditors Committee avoidance deadline motion. | 1.30 | 682.50 | 4646449 | 05/01/03 |
| KLEIN, DAVID | 05/14/03 | checked USG docket/filings re followup to 2/19/03 cancer only bar date order (0.2). | 0.20 | 67.00 | 4705719 | 06/17/03 |
| BECKER, GARY M. | 05/15/03 | Attention to new asbestos bill information. | 0.70 | 318.50 | 4671787 | 05/22/03 |
| BECKER, GARY M. | 05/21/03 | Review new asbestos legislation. | 1.00 | 455.00 | 4671794 | 05/22/03 |
| BECKER, GARY M. | 05/22/03 | Research re asbestos legislation (1.5) conf. with Bentley re asbestos legislation (0.3) | 1.80 | 819.00 | 4683720 | 06/02/03 |
| BECKER, GARY M. | 06/06/03 | Research re asbestos legislation (0.5). | 0.50 | 227.50 | 4696464 | 06/10/03 |
| BECKER, GARY M. | 06/11/03 | Research re asbestos legislation | 0.50 | 227.50 | 4699941 | 06/12/03 |
| BENTLEY, PHILIP | 06/17/03 | Discs TW and GB re asbestos developments. | 0.20 | 105.00 | 4721002 | 06/20/03 |
| BECKER, GARY M. | 06/18/03 | Cont. with USG counsel re case management order in that case and potential applicability to Grace | 0.40 | 182.00 | 4712205 | 06/20/03 |
| BENTLEY, PHILIP | 06/18/03 | Discs TW, GB and voicemail re asbestos developments. | 0.60 | 315.00 | 4721003 | 06/27/03 |
| BECKER, GARY M. | 06/20/03 | Prepare memo to equity committee regarding asbestos legislation and proposed amendments | 2.20 | 1,001.00 | 4712224 | 06/20/03 |
| BENTLEY, PHILIP | 06/20/03 | Discs GB. | 0.10 | 52.50 | 4721004 | 06/27/03 |
| BENTLEY, PHILIP | 06/25/03 | Discs GB re asbestos issues. | 0.10 | 52.50 | 4725739 | 07/01/03 |
| BECKER, GARY M. | 06/25/03 | Research re asbestos legislation (1.0) | 1.00 | 455.00 | 4732138 | 07/02/03 |
| BECKER, GARY M. | 06/27/03 | Attention to asbestos legislation | 0.50 | 227.50 | 4732137 | 07/02/03 |

Fee Total                                                                 14.10      6,686.50

Fee Total                                                                 14.10      6,686.50

```
alp_i32r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   29
Run Date & Time: 07/31/2003 16:33:29                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                     Orig Prtnr : CRED. RGTS - 06975          ProForma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 06/25/03 | 1.79 | 6150495 | 100295 | 06/26/03 |
| BENTLEY PHILIP | | | | | | |
| 0820 | | | | | | |
| | 0820 PHOTOCOPYING Total : | | 1.79 | | | |
| MANUSCRIPT SERVICE | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 04/24/03 | 0.00 | 6078091 | 97872 | 05/06/03 |
| 04/24/2003 | | | | | | |
| 0840 | | | | | | |
| | 0840 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| RESEARCH SERVICES | | | | | | |
| RESEARCH SERVICES | DOLAN, E | 04/24/03 | 14.00 | 6060851 | 97181 | 04/24/03 |
| 04/24/2003 | | | | | | |
| 0841 | | | | | | |
| | 0841 RESEARCH SERVICES Total : | | 14.00 | | | |

```
                                        Costs Total :              15.79
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  30

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Cint/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 4.90 | 2,572.50 | | | | |
| BECKER, GARY M. | 8.60 | 3,913.00 | | | | |
| KLEIN, DAVID | 0.60 | 201.00 | | | | |
| Total: | 14.10 | 6,686.50 | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Cint/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 1.79 | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | |
| 0841 | RESEARCH SERVICES | 14.00 | | | | |
| | Costs Total : | 15.79 | | | | |