alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   31

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00013          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING          Sup Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001          Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | FEES | | | COSTS |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 04/30/2003 | | TO: | 05/05/2003 | |
| UNBILLED DISB FROM: | 04/23/2003 | | TO: | 04/23/2003 | |

GROSS BILLABLE AMOUNT:                          268.00                          926.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          05/05/2003          04/23/2003

BILLING COMMENTS:          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 13,906.74 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 13,906.74 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:          06/17/03          LAST PAYMENT DATE:          07/21/03
LAST BILL NUMBER:          371897          FEES BILLED TO DATE:          73,734.00
LAST BILL THRU DATE:          05/31/03          FEES WRITTEN OFF TO DATE:          1,600.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee          (6) Summer Associate
          (2) Late Time & Costs Posted          (7) Fixed Fee
          (3) Pre-arranged Discount          (8) Premium
          (4) Excessive Legal Time          (9) Rounding
          (5) Business Development          (10) Client Arrangement

BILL NUMBER:                    DATE OF BILL:                    Processed by:                    FRC:                    CRC:

```
alp_131r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  32
Run Date & Time: 07/31/2003 16:33:29                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEDING Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status       : ACTIVE


B I L L E D   T I M E   S U M M A R Y -------------- Total ------------ Billed --------------
Emp Id Employee Name            Group        Oldest     Latest      Hours         Amount
                                             -------    -------     -------       -------
05646  KLEIN, DAVID             CRED         04/30/03   05/05/03     0.80         268.00

                    Total:                                           0.80         268.00

Sub-Total Hours :   0.00 Partners      0.00 Counsels     0.80 Associates      0.00 Legal Assts     0.00 Others


B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed -------------
Code  Description             Oldest       Latest        Total
                              Entry        Entry         Amount
                              ------       ------        ------
0925  OUTSIDE XEROX           04/23/03     04/23/03      926.30

                    Total :                              926.30

                    Grand Total                          926.30
                                                       =========

                                                          1,194.30
                                                       =========


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/31/03 16:33:29)
                           ----------- Billed -----------   ---- Applied ----                   ---- Collections ----              Balance
Bill Date Thru Date  Bill#    Fee & OA    Disbursement      From OA         Total                Date                              Due
--------- ----------------   ----------   ------------      ----------      --------             ----------                        -------
  YEAR 2001
03/27/02  02/28/02   348979     2,212.50       389.75           .00         2,602.25            12/31/02                           5,235.00
06/10/02  04/30/02   352100     4,260.00          .00           .00         4,260.00            10/30/02
06/07/02  05/31/02   352980     4,265.00          .00           .00         4,265.00            12/31/02                           3,722.54
07/12/02  05/31/02   352980     1,040.00          .00           .00         1,040.00            12/31/02                           2,370.70
08/15/02  06/30/02   355518     4,037.50         9.80           .00         4,047.30            10/30/02                           1,638.50
08/19/02  07/31/02   356269    11,567.50       541.11           .00        12,108.61            04/29/03                             672.00
10/31/02  09/30/02   359721     9,690.00          .00           .00         9,690.00            04/29/03
11/19/02  10/31/02   361261    21,575.00          .00        16,340.00     16,340.00            12/31/02
12/31/02  11/30/02   362365     9,907.00          .00         6,184.46      6,184.46            02/18/03                           5,235.00
01/31/03  12/31/02   364671     2,601.00         83.50           .00          313.80            03/25/03                           3,722.54
02/20/03  01/31/03   365684     1,638.50          .00           .00            .00                                                 2,370.70
03/19/03  02/28/03   367178       672.00          .00           .00            .00                                                 1,638.50
04/30/03  03/31/03   370445       100.50          .00           .00            .00                                                   672.00
05/16/03  04/30/03   370445       100.50        926.30           .00          926.30            07/21/03                             100.50
06/17/03  05/31/03   371897       167.50          .00           .00            .00                                                   167.50

                    Total:                    73,734.00     1,950.46                           61,777.72                          13,906.74
```

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    33

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 04/30/03 | checked docket in additional adversary re settlement (0.3). | 0.30 | 100.50 | 4658367 | 05/12/03 |
| KLEIN, DAVID | 05/05/03 | receive voice mail from P.Bentley re Sealed Air settlement status; correspondence re same (0.5). | 0.50 | 167.50 | 4705534 | 06/17/03 |
| | | **Fee Total** | **0.80** | **268.00** | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| OUTSIDE XEROX | 0925 | | | | | | |
| DOCUMENT EXPRESS, INC. | | MANGUAL, K M | 04/23/03 | 926.30 | 6059476 | 97113 | 04/23/03 |
| OUTSIDE XEROX - VENDOR-DOCUMENT EXPRESS, INC. | | | | | | | |
| | | **0925 OUTSIDE XEROX Total :** | | **926.30** | | | |
| | | **Costs Total :** | | **926.30** | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   34

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| KLEIN, DAVID | 0.80 | 268.00 | | | | | |
| **Total:** | 0.80 | 268.00 | | | | | |

**BILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0925 OUTSIDE XEROX | 926.30 | | | | | |
| **Costs Total :** | 926.30 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    35

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                          Status    : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                    TO:
              UNBILLED DISB FROM:                    TO:

                                          FEES              COSTS

GROSS BILLABLE AMOUNT:                     0.00                              0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BENTLEY PHILIP - 02495

                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                          FEES
    DISBURSEMENTS:                         1,137.50           UNIDENTIFIED RECEIPTS:      0.00
    FEE RETAINER:                          0.00               PAID FEE RETAINER:          0.00
    DISB RETAINER:                         0.00               PAID DISB RETAINER:         0.00
TOTAL OUTSTANDING:                         0.00               TOTAL AVAILABLE FUNDS:      0.00
                                          1,137.50            TRUST BALANCE:
                                                              BILLING HISTORY

    DATE OF LAST BILL:                     03/19/03           LAST PAYMENT DATE:          03/19/03
    LAST BILL NUMBER:                      367178             FEES BILLED TO DATE:        1,137.50
    LAST BILL THRU DATE:                   02/28/03           FEES WRITTEN OFF TO DATE:   0.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Matter No: 056772-00015                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                   Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 07/31/03 16:33:29)

| Bill Date Thru Date Bill# | ------- Billed ------- | | ---- Collections ---- | |
| | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| 03/19/03 02/28/03 367178 | 1,137.50 | .00 | .00 | .00 | | 1,137.50 |
| Total: | 1,137.50 | .00 | | .00 | | 1,137.50 |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**Special Billing Instructions:**

## PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 06/17/2003 | TO: | 06/17/2003 |
| UNBILLED DISB FROM: | | TO: | 06/17/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 455.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:
                          BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 2,127.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,127.50 | | |

| | | | BILLING HISTORY | | |
|---|---|---|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | | LAST PAYMENT DATE: | 04/29/03 |
| LAST BILL NUMBER: | 373811 | | FEES BILLED TO DATE: | 48,852.50 |
| LAST BILL THRU DATE: | 06/30/03 | | FEES WRITTEN OFF TO DATE: | 5,087.68 |

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    38
Run Date & Time: 07/31/2003 16:33:29                                *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00019                                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                         Status : ACTIVE
```

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------------|--------|
| 05292 | BECKER, GARY M. | CRED | 06/17/03 | 06/17/03 | 1.00 | 455.00 |
| | Total: | | | | 1.00 | 455.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    1.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:29)**

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total Collections | Date | Balance Due |
|-----------|-----------|-------|------------------|---------------------|------------------|--------------------|------|-------------|
| 01/18/02 | 12/31/01 | 345477 | .00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 6,160.00 | .00 | | 6,160.00 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 10,837.50 | .00 | | 10,837.50 | 10/30/02 | |
| 04/03/02 | 03/31/02 | 347464 | 8,340.00 | .00 | | 8,340.00 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 3,200.00 | .00 | | 3,200.00 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | | 4,820.00 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 4,200.00 | .00 | | 4,200.00 | 04/29/03 | |
| 08/19/02 | 07/31/02 | 356269 | 2,292.32 | .00 | | 2,292.32 | 04/29/03 | |
| 09/30/02 | 08/31/02 | 358460 | 1,960.00 | .00 | 58.14 | 2,018.14 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 2,327.50 | .00 | | 2,327.50 | 04/29/03 | |
| 11/19/02 | 10/31/02 | 361261 | 1,567.50 | .00 | | .00 | | 1,567.50 |
| 02/20/03 | 01/31/03 | 365684 | 105.00 | .00 | | .00 | | 105.00 |
| 07/24/03 | 06/30/03 | 373831 | 455.00 | .00 | | .00 | | 455.00 |
| | Total: | | 46,264.82 | | 58.14 | 44,195.46 | | 2,127.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    39

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/17/03 | prepare for and attend omnibus court hearing | 1.00 | 455.00 | 4707580 | 06/19/03 |
| | | Fee Total | 1.00 | 455.00 | | |
| | | Fee Total | 1.00 | 455.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    40

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 03/06/2002                                                                           Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 455.00 | | | | | | |
| Total: | 1.00 | 455.00 | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    41

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     06/18/2003                 TO:              06/25/2003
UNBILLED DISB FROM:                                TO:

                                        FEES                        COSTS

GROSS BILLABLE AMOUNT:                  637.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

                                                 UNIDENTIFIED RECEIPTS:           0.00
DISBURSEMENTS:              637.00               PAID FEE RETAINER:               0.00
FEE RETAINER:                 0.00               PAID DISB RETAINER:              0.00
DISB RETAINER:                0.00               TOTAL AVAILABLE FUNDS:           0.00
TOTAL OUTSTANDING:          637.00               TRUST BALANCE:
                                                 BILLING HISTORY

DATE OF LAST BILL:         07/24/03              LAST PAYMENT DATE:       06/30/03
LAST BILL NUMBER:           373831              FEES BILLED TO DATE:          637.00
LAST BILL THRU DATE:       06/30/03              FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

        (1)  Exceeded Fixed Fee              (6)  Summer Associate
        (2)  Late Time & Costs Posted        (7)  Fixed Fee
        (3)  Pre-arranged Discount           (8)  Premium
        (4)  Excessive Legal Time            (9)  Rounding
        (5)  Business Development            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    42

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00024                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                    ------- Total ------     ------ Billed -------
Emp Id Employee Name           Group          Oldest       Latest      Hours       Amount

05292  BECKER, GARY M.         CRED           06/18/03     06/25/03     1.40        637.00

                   Total:                                               1.40        637.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    1.40 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:29)
                                        ------------ Billed -----------    -------- Applied --------   ---- Collections ----
Bill Date  Thru Date  Bill#        Fee & OA       Disbursement   From OA       Applied       Total     Date      Total        Date

07/24/03   06/30/03   373831       637.00         .00            .00           .00                               637.00       637.00

           Total:                  637.00         .00                          .00                               637.00       637.00

alp_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    43

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/18/03 | Review case filings and call debtors counsel re same | 0.80 | 364.00 | 4712226 | 06/20/03 |
| BECKER, GARY M. | 06/19/03 | Call Reed Smith re ZAI litigation status | 0.10 | 45.50 | 4712227 | 06/20/03 |
| BECKER, GARY M. | 06/25/03 | Attention to letter from special counsel and conf. with special counsel re mediation and expert reports; conf. with Bentley re same (0.5) | 0.50 | 227.50 | 4732139 | 07/02/03 |

Fee Total    1.40    637.00

Fee Total    1.40    637.00

alp_12zr: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    44

Run Date & Time: 07/31/2003 16:33:29

Matter No: 056772-00024                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                              Supp Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                  --------------- Total ---------------

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.40 | 637.00 | | | | | |
| Total: | 1.40 | 637.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    45

Master No: 056772-00026
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : OTHER
Matter Opened : 03/06/2002

Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER, THOMAS MOERS - 03976

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

-------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                              TO:
UNBILLED DISB FROM:                              TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?        YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------

|  | ACCOUNTS RECEIVABLE TOTALS | UNAPPLIED CASH |
|---|---|---|
| FEES: | 890.00 | UNIDENTIFIED RECEIPTS:   0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER:   0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER:   0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS:   0.00 |
| TOTAL OUTSTANDING: | 890.00 | TRUST BALANCE: |
|  |  | BILLING HISTORY |

DATE OF LAST BILL:        11/19/02        LAST PAYMENT DATE:
LAST BILL NUMBER:         361261         FEES BILLED TO DATE:          890.00
LAST BILL THRU DATE:      10/31/02       FEES WRITTEN OFF TO DATE:       0.00

-------------------------------------------------------------------------------

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee           (6) Summer Associate
         (2) Late Time & Costs Posted     (7) Fixed Fee
         (3) Pre-arranged Discount        (8) Premium
         (4) Excessive Legal Time         (9) Rounding
         (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    46

Matter No: 056772-00026                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status   : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:29)

| | | | ----- Billed ----- | | Applied | ---- Collections ---- | |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|-----------|-----------|---------|----------|--------------|---------|-------|------|-------------|
| 11/19/02 | 10/31/02 | 361261 | 890.00 | .00 | | .00 | | 890.00 |
| | | Total: | 890.00 | .00 | | .00 | | 890.00 |

alp_132r: Billed Charges Analysis
Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    47

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME   FROM: 05/19/2003                    TO: 06/17/2003
UNBILLED DISB   FROM:                               TO:

                              FEES                           COSTS

                              1,365.00                       0.00

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
         THRU DATE:
DISB RETAINER:
TOTAL OUTSTANDING:                 1,650.00

CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:              06/17/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:              BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                              FEES                           1,650.00          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                    0.00                                         PAID FEE RETAINER:              0.00
FEE RETAINER:                     0.00                                         PAID DISB RETAINER:             0.00
DISB RETAINER:                    0.00                                         TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                1,650.00                                     TRUST BALANCE:
                                                                              BILLING HISTORY

DATE OF LAST BILL:                07/24/03          LAST PAYMENT DATE:          04/29/03
LAST BILL NUMBER:                 373811           FEES BILLED TO DATE:        7,040.00
LAST BILL THRU DATE:              06/30/03          FEES WRITTEN OFF TO DATE:   5,130.00

FOR ACCT'S USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER:_____          DATE OF BILL:_____          Processed by:_____          FRC:_____          CRC:_____

alp_131r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    48

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Billed Amount |
|--------|---------------|-------|--------|--------|--------------------|---------------|
| 05292 | BECKER, GARY M. | CRED | 05/19/03 | 06/17/03 | 4.00 | 1,365.00 |
| | | Total: | | | 4.00 | 1,365.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    4.00 Associates    0.00 Legal Assts    0.00 Others

## B I L L I N G  &  P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/31/03 16:33:29)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | --- Billed --- From OA | Applied From OA | Collections --- Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|------------------------|-----------------|----------------------|------|-------------|
| 06/10/02 | 04/30/02 | 352100 | 1,000.00 | .00 | .00 | | 1,000.00 | 12/31/02 | |
| 09/30/02 | 09/30/02 | 358460 | 800.00 | .00 | .00 | | 800.00 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 190.00 | .00 | .00 | | 190.00 | 04/29/03 | |
| 11/19/02 | 10/31/02 | 361261 | 285.00 | .00 | .00 | | .00 | | 285.00 |
| 06/17/03 | 05/31/03 | 371897 | 455.00 | .00 | .00 | | .00 | | 455.00 |
| 07/24/03 | 06/30/03 | 373811 | 910.00 | .00 | .00 | | .00 | | 910.00 |
| | Total: | | 3,640.00 | .00 | | | 1,990.00 | | 1,650.00 |

alp_131r: Billed Charges Analysis

Run Date & Time: 07/31/2003 16:33:29

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   49

Matter No: 056772-00028                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                              Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 05/19/03 ;return from Hearing in Wilmington (2.0) | | 2.00 | 455.00 | 4670450 | 05/21/03 |
| BECKER, GARY M. | 06/17/03 Travel time to and from omnibus hearing | | 2.00 | 910.00 | 4707581 | 06/19/03 |
| | Fee Total | | 4.00 | 1,365.00 | | |
| | Fee Total | | 4.00 | 1,365.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    50

Run Date & Time: 07/31/2003 16:33:29

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975        ProForma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status    : ACTIVE

B I L L E D    T I M E    S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 4.00 | 1,365.00 | | | | | |
| Total: | 4.00 | 1,365.00 | | | | | |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 04/01/03 thru 06/30/03

Run Date & Time: 07/31/03 16:33:34
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

PAGE   1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 34.20 | 10,018.00 | 868.44 | 10,886.44 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 5.90 | 2,747.50 | 28.55 | 2,776.05 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 5.70 | 2,677.50 | 0.00 | 2,677.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 12.70 | 2,592.50 | 0.00 | 2,552.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 14.10 | 6,686.50 | 15.79 | 6,702.29 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.80 | 268.00 | 926.30 | 1,194.30 | BENTLEY PHILIP - 02495 | M | | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 1.00 | 455.00 | 0.00 | 455.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00024 | ZAI SCIENCE TRIAL | 1.40 | 637.00 | 0.00 | 637.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 4.00 | 1,365.00 | 0.00 | 1,365.00 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 79.80 | 27,447.00 | 1,839.08 | 29,286.08 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE