IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 11, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON, MULLINS, RILEY & SCARBOROUGH L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                                      May 16, 2003
ATTN: Lydia Duff, Esq.                                                      Invoice 561784 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 04/30/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 04/03/03 | Review and organize correspondence. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 04/30/03 | Review request for information from EPA concerning SEPCO settlement payment with Ms. Duff (0.2); request information available on settlement payment from Bob Marriam (0.4); have information pulled from NMRS files regarding SEPCO settlement (0.4); discuss follow-up activities with Attorney Melchers (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.40 hrs. | 260.00/hr | $364.00 |

**Fees for Legal Services** ........................................................................................................ **$376.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.40 | 260.00 | 364.00 |
| K. BROWN | 0.10 | 125.00 | 12.50 |
| TOTAL | 1.50 | $251.00 | $376.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/30/2003 | Telephone 1-410-531-4210 | 2.33 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$2.33**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.33 |
| TOTAL | $2.33 |

**Net current billing for this Invoice** ................................................................................ **$378.83**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/03

Our Matter # 02399/06000
General

| | | |
|---|---|---|
| Fees for Professional Services | $376.50 | |
| Charges for Other Services Provided/Expenses Incurred | 2.33 | |
| Net current billing for this invoice .................................................................... | | **$378.83** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| | TOTAL A/R BALANCE | | $2,615.31 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 16, 2003
Invoice 561785 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 04/30/03 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 04/09/03 | Provide information to Attorney Hawkins.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 04/22/03 | Discussion with Mr. O'Connell regarding authorization for discharge of water from ponds (0.5); review issues and research questions with Attorney Carlisle (0.5); review historic file (1.1); discuss issues with DHEC with Attorney Carlisle (0.6); discussion with Mr. O'Connell regarding approach and timing (0.4); review additional potential options with Attorney Carlisle (0.3).<br>B.F. HAWKINS, JR. | 3.40 hrs. | 260.00/hr | $884.00 |
| 04/22/03 | Confer with Ms. Ethier, Mr. O'Connell, Mr. Balcer and Attorney Hawkins regarding authorization for release of water (0.6); review pertinent statutes and regulations (1.5); follow-up conference with Mr. Balcer (0.8); follow-up conversations with Ms. Ethier, Mr. O'Connell, Mr. Balcer, Mr. Foy and Attorney Hawkins (0.7); detailed voice mail message to Ms. Vickers regarding issue (0.2).<br>R.T. CARLISLE | 3.80 hrs. | 240.00/hr | $912.00 |
| 04/22/03 | Review documents forwarded by Mr. Balcer (0.4); review information from files on ponds at facility (0.3).<br>R.T. CARLISLE | 0.70 hrs. | 240.00/hr | $168.00 |
| 04/23/03 | Review options for DHEC to authorize discharge (0.6); review approaches with Attorney Carlisle (0.5); review draft Consent Order (0.4).<br>B.F. HAWKINS, JR. | 1.50 hrs. | 260.00/hr | $390.00 |
| 04/23/03 | Confer with Ms. Vickers regarding request for authorization (0.3); conference with Mr. O'Connell regarding same (0.2); confer with Mr. Foy (0.5); follow-up conference with Mr. O'Connell (0.2); conference call with Ms. Ethier, Mr. O'Connell and Mr. Balcer regarding request (0.4); meet with Mr. Foy regarding draft order, review same and provide comments (0.5); confer with Mr. O'Connell regarding summary of terms of draft consent order and need for response to certain questions posed by Mr. Foy (0.3); review and summarize in electronic mail memorandum terms of proposed consent order (1.7); review Mr. O'Connell's comments regarding same (0.3).<br>R.T. CARLISLE | 4.40 hrs. | 240.00/hr | $1,056.00 |

W. R. Grace & Co.

May 16, 2003
Invoice 561785  Page 2

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/24/03 | Review Consent Order to discharge water and comment to Attorney Carlisle.<br>B.F. HAWKINS, JR. | 0.70 hrs. | 260.00/hr | $182.00 |
| 04/24/03 | Review files relating to pond system (0.6); review electronic mail memoranda from Ms. Ethier and Mr. O'Connell regarding comments (0.4); confer with Mr. Foy regarding scheduling meeting to review maps and related information and regarding general issues for client (0.2); confirm with Ms. Ethier and Mr. O'Connell changes to be requested in draft consent order (0.4); meet with Mr. Foy to discuss pond system and requested changes to draft consent order (0.4); follow-up conferences with Mr. O'Connell (0.3); review electronic mail memoranda from Mr. Balcer regarding ponds (0.2).<br>R.T. CARLISLE | 2.50 hrs. | 240.00/hr | $600.00 |
| 04/25/03 | Conferences with Mr. O'Connell regarding status of DHEC's approval and company's implementation (0.3); review electronic mail memoranda from Mr. Balcer regarding status (0.1).<br>R.T. CARLISLE | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/28/03 | Review electonic mail memoranda regarding notice to DHEC and confer with Attorney Hawkins regarding same.<br>R.T. CARLISLE | 0.10 hrs. | 240.00/hr | $24.00 |
| 04/29/03 | Electronic mail memorandum to Ms. Ethier, Mr. O'Connell and other client representatives on issue of signatory to report to DHEC (0.1); confer with Ms. Ethier on comments on reporting letter (0.1).<br>R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |

**Fees for Legal Services** ................................................................................................. **$4,410.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 5.60 | 260.00 | 1,456.00 |
| R.T. CARLISLE | 12.10 | 240.00 | 2,904.00 |
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | 18.10 | $243.65 | $4,410.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|--------|
| 04/22/2003 | Telephone 1-864-969-3353 | 5.02 |
| 04/23/2003 | Telephone 1-617-498-4594 | 0.23 |
| 04/23/2003 | Telephone 1-617-498-4594 | 0.15 |
| 04/23/2003 | Telephone 1-617-680-5261 | 0.55 |
| 04/23/2003 | Telephone 1-864-969-3353 | 0.20 |
| 04/23/2003 | Telephone 1-617-680-5261 | 1.02 |
| 04/24/2003 | Photocopies 5 Page(s) | 0.25 |
| 04/24/2003 | Photocopies 5 Page(s) | 0.25 |
| 04/24/2003 | Telephone 1-617-498-4852 | 0.22 |
| 04/24/2003 | Telephone 1-617-498-4594 | 0.25 |
| 04/24/2003 | Telephone 1-617-498-4594 | 0.32 |
| 04/25/2003 | Telephone 1-617-498-4594 | 0.28 |
| 04/29/2003 | Telephone 1-617-498-4852 | 0.25 |
| **Total Charges for Other Services Provided/Expenses Incurred** ....................................... | | **$8.99** |

W. R. Grace & Co.

May 16, 2003
Invoice 561785  Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.50 |
| Telephone | 8.49 |
| TOTAL | $8.99 |

Net current billing for this invoice ................................................................................... $4,418.99

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
| | | A/R BALANCE | $3,993.07 |

GRAND TOTAL............................................................................................................... $8,412.06

W. R. Grace & Co.

May 16, 2003
Invoice 561785  Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/03

Our Matter # 02399/06011
Enoree Site Management

---

| | | |
|---|---|---|
| Fees for Professional Services | $4,410.00 | |
| Charges for Other Services Provided/Expenses Incurred | 8.99 | |
| **Net current billing for this invoice** ................................................................. | | **$4,418.99** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
| | TOTAL A/R BALANCE | | $3,993.07 |

GRAND TOTAL.................................................................................................................. **$8,412.06**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 16, 2003
Invoice 561786 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 04/30/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| 04/11/03 | Discuss issues with Attorney Carlisle regarding possible deposition. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 04/30/03 | Conference with Attorney Hawkins regarding EPA claim, intent to dispute it, bankruptcy impacts and need for possible deposition. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 04/30/03 | Review strategy for potential deposition with Ms. Duff (0.3); have file information pulled concerning background information relevant to preparing for possible deposition (0.6); discuss deposition strategy with Attorneys Carlisle and Melchers (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.30 hrs. | 260.00/hr | $338.00 |
| 04/30/03 | Review correspondence for substantive information regarding potential witness per Attorney Hawkins' request. | | | |
| | M.V. WADDELL | 2.30 hrs. | 95.00/hr | $218.50 |

**Fees for Legal Services** ................................................................................................. **$706.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 0.30 | 240.00 | 72.00 |
| B.F. HAWKINS, JR. | 1.60 | 260.00 | 416.00 |
| M.V. WADDELL | 2.30 | 95.00 | 218.50 |
| TOTAL | 4.20 | $168.21 | $706.50 |

**Net current billing for this invoice** ..................................................................... **$706.50**

### ACCOUNTS RECEIVABLE RECAP

W. R. Grace & Co.

May 16, 2003
Invoice 561786 Page 2

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| | | A/R BALANCE | $21,066.40 |

GRAND TOTAL............................................................................................................        $21,772.90

W. R. Grace & Co.

May 16, 2003
Invoice 561786  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/03

Our Matter # 02399/06031
LI Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $706.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **Net current billing for this invoice** ............................................................ | | **$706.50** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| | TOTAL A/R BALANCE | | $21,066.40 |

**GRAND TOTAL** ..................................................................................................... **$21,772.90**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

| | |
|---|---|
| W. R. Grace & Co. | May 16, 2003 |
| ATTN: Lydia Duff, Esq. | Invoice 561787 Page 1 |
| Senior Environmental Counsel | |
| 7500 Grace Drive | |
| Columbia, MD 21044 | |

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 04/30/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| 04/09/03 | Provide information to Attorney Hawkins for review. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 04/18/03 | Review issues raised by revised Consent Order to implement oversight costs. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 260.00/hr | $286.00 |
| 04/21/03 | Review information related to implementation of changes to Consent Agreement for oversight costs (0.3); review specific history regarding collection of indirect charges with Attorney Carlisle (0.3); draft and forward e-mails regarding same (0.5); discuss possible changes with Mr. Bucens (0.3). | | | |
| | B.F. HAWKINS, JR. | 1.40 hrs. | 260.00/hr | $364.00 |

**Fees for Legal Services** ........................................................................................ **$725.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.50 | 260.00 | 650.00 |
| K. BROWN | 0.60 | 125.00 | 75.00 |
| TOTAL | 3.10 | $233.87 | $725.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 04/07/2003 | Photocopies 6 Page(s) | 0.30 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.30**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| TOTAL | $0.30 |

**Net current billing for this invoice** ................................................................ **$725.30**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $725.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.30 | |
| Net current billing for this invoice .................................................................... | | **$725.30** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| 553419 | 03/18/2003 | 738.95 | 738.95 |
| 557816 | 04/16/2003 | 861.49 | 861.49 |
| | TOTAL A/R BALANCE | | $18,287.65 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                          May 19, 2003
ATTN: Lydia Duff, Esq.                                          Invoice 561788 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06091                        For Services Through 04/30/03
Name of Matter:     Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/01/03 | Modify database reflecting recent filings and payments.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 04/01/03 | Compile and distribute 6th quarterly fee application packet via Federal Express to Ms. McFarland and Mr. Smith.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/07/03 | Review correspondence from Mr. Bossay inquiring about the status of the 7th interim fee application (0.2); prepare response to Mr. Bossay's inquiry and e-mail to Mr. Bossay and Attorney Cleary (0.2); telephone conference with Mr. Bossay informing attorney change on fee application documents and e-mail same to Mr. Bossay and Attorney Cleary (0.3); review draft fee auditor's initial 7th interim fee application from Mr. Bossay and forward same to Attorney Cleary (0.1).<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 04/17/03 | Review March invoices and convert to electronic documents.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 04/18/03 | Prepare draft March 2003 fee application documents for Attorney Cleary's review.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 04/18/03 | Modify outstanding invoices database including March invoices.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 04/18/03 | Compose transmittal letters to Ms. Duff, Ms. Emmett and Attorney Cleary regarding March invoices for Attorney Cleary's review and approval.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/28/03 | Review docket for confirmation of filings of: February 2003 Fee Application and 6th Interim Fee Application (Oct 02-Dec 02), CNOs for January 2003 and February 2003 fee applications, and Orders entered approving July 2002-September 2002 and October 2002-December 2002 quarterly interim applications.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 04/28/03 | Compile and compose March 2003 fee application documents for Attorney Cleary's review and approval.<br>K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |

| | | | | |
|---|---|---|---|---|
| 04/29/03 | Meet with Attorney Cleary for his review and approval of the final March 2003 fee application (0.3); prepare final document for electronic transmission to Ms. McFarland, Ms. Cuniff, Mr. Smith and Mr. Steirer, Attorneys Cleary and Hawkins and transmit same (0.4); organize and distribution original and copies (0.3). | | | |
| | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

**Fees for Legal Services** ................................................................................................. **$1,650.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 13.20 | 125.00 | 1,650.00 |
| TOTAL | 13.20 | 125.00 | 1,650.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/07/2003 | Telephone 1-214-698-3868 | 0.73 |
| 04/15/2003 | VENDOR: Federal Express; INVOICE#: 647088780; DATE: 4/15/2003 - 03/25/03 | 25.54 |
| 04/16/2003 | VENDOR: Federal Express; INVOICE#: 647088788; DATE: 4/16/2003 - 04/01/03 | 13.50 |
| 04/16/2003 | VENDOR: Federal Express; INVOICE#: 647088788; DATE: 4/16/2003 - 04/01/03 | 13.29 |
| 04/18/2003 | Photocopies 4 Page(s) | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$53.26**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.20 |
| Federal Express | 52.33 |
| Telephone | 0.73 |
| TOTAL | $53.26 |

**Net current billing for this invoice** ................................................................................. **$1,703.26**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 04/30/03

Our Matter # 02399/06091
Fee Applications

---

Fees for Professional Services                                      $1,650.00
Charges for Other Services Provided/Expenses Incurred               $53.26

Net current billing for this invoice ...............................................................    **$1,703.26**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| | TOTAL A/R BALANCE | | $13,780.67 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ___ day of _____, 2003

_____ (L.S.)

Notary Public for South Carolina

My Commission Expires: 7/3/09