IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 11, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                    August 7, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 20609
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   07/31/03

Matter #        734680.1        VS. ALLIED SIGNAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 07/01/03 JMA | Conference with C. Marraro, M. Obradovic, K. Brown re: Work Plan issues | 2.00 | 680.00 |
| 07/01/03 JMA | Phone - Special Master re: financial assurances | .20 | 68.00 |
| 07/01/03 JMA | Letter to Special Master re: financial assurances | .20 | 68.00 |
| 07/01/03 JMA | Receipt and review letter from T. Milch to Special Master re: financial assurances | .40 | 136.00 |
| 07/01/03 JMA | Receipt and review letter from B. Terris to Special Master re: financial assurances | .30 | 102.00 |
| 07/01/03 JMA | RCRA fee application - review Carella Byrne invoices and file re: allocation of RCRA time | 1.80 | 612.00 |
| 07/01/03 JMA | RCRA fee application -  conference call with C. Marraro, MEF, B. Hughes re: RCRA  fee petition issues | 1.00 | 340.00 |
| 07/01/03 JMA | Review file for meeting with Special master and all parties | .60 | 204.00 |
| 07/01/03 JMA | Review K. Brown cost estimate of Year 1 of remediation | .30 | 102.00 |
| 07/01/03 JMA | Phone conference with C. Marraro, R. Senftleben, K. Brown, M. Obradovic re: remediation issues | .40 | 136.00 |
| 07/01/03 JMA | Phone - A. Nagy re: remediation issues | .20 | 68.00 |
| 07/01/03 JMA | Conference with C. Marraro, K. Brown, M. Obradovic re: Work Plan issues | 1.00 | 340.00 |
| 07/01/03 JMA | Attend meeting with Special Master and all parties | 1.70 | 578.00 |
| 07/01/03 MEF | Review emails from B. Hughes re: draft RCRA fee petition. | .50 | 112.50 |

```
W.R. GRACE & COMPANY                                        August 7, 2003
Client No.                    734680              Page         2
INVOICE NO.                   20609
```

07/01/03 MEF Conference with JMA, CHM, WFH (phone) re: RCRA          1.00    225.00
             fee petition.

07/01/03 MEF RCRA fee petition - continue drafting JMA              2.60    585.00
             declaration.

07/01/03 RCS Receipt and review of draft RCRA petition             1.00    210.00
             certification of Chris Marraro, Esq.

07/01/03 RCS Preparation of portions of affidavit of John          1.50    315.00
             Agnello, Esq. in support of RCRA fee petition -
             attorney backgrounds who worked on the case;
             research re: same.

07/01/03 RCS Assist John Agnello, Esq. with issues regarding        .80    168.00
             financial assurances due by Honeywell.

07/02/03 JMA Receipt and review ECARG revised Work Plan            1.30    442.00
             (6/29/03)

07/02/03 JMA Phone - C. Marraro re: Honeywell Work Plan             .20     68.00

07/02/03 JMA Phone - C. Marraro re: Honeywell work Plan             .60    204.00

07/02/03 MEF Continue review of bills for RCRA fee petition.       1.00    225.00

07/03/03 JMA Receipt and review executed Final Judgment to          .50    170.00
             confirm Grace changes and any Honeywell changes

07/03/03 JMA RCRA Fee Petition - review of Carella Byrne           2.90    986.00
             bills for allocation

07/03/03 JMA Appeal - receipt and review Notice from Third          .20     68.00
             Circuit re: Pacer access

07/03/03 JMA Appeal - receipt and review letter from Third          .40    136.00
             Circuit re: initial filings by parties

07/03/03 JMA Phone - C. Marraro re: Final Judgment,                 .50    170.00
             Honeywell Work Plan, potential for stay
             application

07/03/03 JMA Receipt and review email from S. German re:            .20     68.00
             extension to file RCRA Fee Petition

07/03/03 JMA Conference with RCS re: stay research                  .40    136.00

07/03/03 JMA Receipt and review letter from B. Terris to            .20     68.00
             Special Master (Sean Jackson)

07/03/03 JMA Appeal - Receipt and review Corporate                  .20     68.00
             Disclosure Statement

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680              Page     3
INVOICE NO.             20609
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 07/03/03 | JMA | Appeal – receipt and review Appearance of Counsel form | .20 | 68.00 |
| 07/03/03 | JMA | Appeal – memo to C. Marraro re: Grace Corporate Disclosure | .20 | 68.00 |
| 07/03/03 | JMA | Appeal – review file re: Corporate Disclosure | .30 | 102.00 |
| 07/03/03 | RCS | Meeting with John Agnello, Esq. re: Honeywell application for a stay of permanent injunction. | .30 | 63.00 |
| 07/03/03 | RCS | Research re: standard for granting a stay pending appeal of final judgment granting injunctive relief. | 2.00 | 420.00 |
| 07/04/03 | MEF | RCRA fee petition – continue review of bills. | 2.00 | 450.00 |
| 07/07/03 | JMA | Appeal - receipt and review Honeywell Concise Statement of Case for Appellate mediation | .40 | 136.00 |
| 07/07/03 | JMA | Receipt and review letter from K. Coakley with Order | .20 | 68.00 |
| 07/07/03 | JMA | Receipt and review letter to Clerk (District Court) from D. Mairo | .20 | 68.00 |
| 07/07/03 | JMA | Receipt and review Special Master motion to set financial assurance, supporting certification and proposed order | 1.80 | 612.00 |
| 07/07/03 | JMA | Phone – counsel for Special Master re: scheduling | .20 | 68.00 |
| 07/07/03 | JMA | Phone – counsel for Special Master re: Grace estimate of cost of remediation | .20 | 68.00 |
| 07/07/03 | JMA | Phone – Special Master re: financial assurances | .40 | 136.00 |
| 07/07/03 | JMA | Phone – C. Marraro re: Grace Corporate Disclosure Statement | .40 | 136.00 |
| 07/07/03 | JMA | Appeal - phone – C. Marraro re: Honeywell issues on appeal | .30 | 102.00 |
| 07/07/03 | JMA | RCRA Fee Petition - phone – C. Marraro and R. Senftleben | .40 | 136.00 |
| 07/07/03 | JMA | Receipt and review letter from T. Milch to Third Circuit Case Manager | .20 | 68.00 |
| 07/07/03 | JMA | Appeal - receipt and review Honeywell Civil Information Statement | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                    Page       4
INVOICE NO.             20609
```

07/07/03 JMA Appeal – receipt and review Honeywell            .20     68.00
             Appearance of Counsel

07/07/03 JMA Appeal - Receipt and review Honeywell Corporate  .20     68.00
             Disclosure Statement

07/07/03 JMA RCRA Fee Application – conference with MEF re:    .40    136.00
             allocation of Carella Byrne fees

07/07/03 JMA RCRA Fee Application – conference call with C.    .20     68.00
             Marraro, B. Hughes and MEF

07/07/03 JMA Phone - counsel for Special Master re:           .30    102.00
             financial assurance/Honeywell Work Plan

07/07/03 JMA Phone – C. Marraro re: financial assurance       .40    136.00
             issues

07/07/03 JMA Appeal - receipt and review ICO counsel          .30    102.00
             appearances

07/07/03 JMA Appeal – receipt and review letter from S.       .20     68.00
             German to Clerk of Third Circuit

07/07/03 JMA Appeal – receipt and review ICO Corporate        .20     68.00
             Disclosure Statement

07/07/03 JMA Receipt and review letter from S. German         .20     68.00

07/07/03 JMA Appeal – phone – C. Marraro re: corporate        .30    102.00
             ownership of Grace Defendants

07/07/03 MEF Telephone call with JMA, CHM, WFH re: RCRA fee   .20     45.00
             petition.

07/07/03 MEF RCRA fee petition – continue review of bills.   3.70    832.50

07/07/03 MEF Telephone calls with WFH re: RCRA fee petition.  .30     67.50

07/07/03 MEF Appeal – Conference with JMA re: Honeywell       .50    112.50
             appeal.

07/07/03 MEF Appeal – voicemail – A. Laws, Case Manager;      .30     67.50
             telephone call with A. Laws re: filing
             corporate disclosure and appearance of counsel.

07/07/03 MEF Appeal – Review notice of filing and docketing   .40     90.00
             of appeal.

07/07/03 MEF Appeal - Prepare Appearance of Counsel forms     .30     67.50
             for JMA, MEF, CHM, WFH.

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.                734680            '       Page      5
INVOICE NO.               20609
```

07/07/03 MEF Appeal - Prepare Certificate of Service of         .30    67.50
             appearance of counsel and corporate disclosure.

07/07/03 MEF Appeal - draft letter to A. Laws re: appearance    .40    90.00
             of counsel, corporate disclosure, service list.

07/07/03 MEF Appeal - prepare disclosure statements (3).        .70   157.50

07/07/03 RCS Review trial testimony of Dr. Ross re: risk of     .50   105.00
             short term excavation vs. long term
             institutional controls per John Agnello.

07/07/03 RCS Research re: standard for obtaining a stay of     6.50  1365.00
             injunctive relief and stay for monetary relief
             in district and/or appellate court.

07/08/03 JAC Conference with JMA re: letter of credit           .50   165.00

07/08/03 JAC Legal research re: letter of credit                .90   297.00

07/08/03 JMA Phone - C. Marraro re: form of Order setting       .40   136.00
             financial assurance

07/08/03 JMA RCRA Fee Petition - review cases re: fee          1.40   476.00
             applications

07/08/03 JMA RCRA Fee Petition - phone conference with C.       .30   102.00
             Marraro and  R. Senftleben re: Affidavit re:
             legal fee rates, meeting with Grace team

07/08/03 JMA RCRA Fee Application - conference with MEF and     .20    68.00
             RCS re: Supreme Court requirements for fee
             petitions

07/08/03 JMA Receipt and review letter from B. Terris to        .20    68.00
             Judge Cavanaugh

07/08/03 JMA Appeal - phone conference with C. Marraro and      .30   102.00
             MEF re: Grace Corporate Disclosure

07/08/03 JMA Review trial testimony re: Honeywell Work Plan     .50   170.00
             issues - trucking

07/08/03 JMA Appeal -  conference with C. Marraro and MEF       .40   136.00
             re: corporate ownership issues for Corporate
             Disclosure Statement

07/08/03 JMA Receipt and review email from K. Coakley re:       .20    68.00
             7/15/03 meeting; receipt and review email from
             C. Marraro to K. Coakley re: same

07/08/03 JMA Review of and comments to form of Order setting   1.30   442.00
             financial assurance

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680              Page        6
INVOICE NO.             20609
```

07/08/03 JMA Conference with JAC re: excluding letter of          .50    170.00
             credit financial assurance from any Honeywell
             bankruptcy proceeding

07/08/03 MEF Telephone call with B. Hughes re: RCRA fee           .20     45.00
             petition.

07/08/03 MEF Appeal - Telephone call with JMA & CHM re:           .20     45.00
             corporate financial disclosures.

07/08/03 MEF Appeal - Review file re: Grace Ltd. name and         .90    202.50
             ownership.

07/08/03 MEF RCRA fee petition - continued review of bills.      3.60    810.00

07/08/03 MEF Appeal - Finalize Corporate Disclosure.              .50    112.50

07/08/03 RCS Review plaintiff's exhibit 1043 - Long Term          .50    105.00
             Institutional Management of US Dept. of Energy
             Waste Sites per John Agnello, Esq. re:
             clean-up.

07/08/03 RCS Review Dr. Brown's testimony re: clean-up           1.00    210.00
             potential for risk transporting chromium waste
             per John Agnello, Esq.

07/08/03 RCS Prepare memorandum to John Agnello, Esq. re:         .40     84.00
             Dr. Brown's testimony of process for hauling
             waste to treatment facility.

07/08/03 RCS Research re: prevailing party's requirements        2.50    525.00
             for establishing community rates for RCRA fee
             petition.

07/08/03 RCS Prepare memorandum of law re: establishing          1.50    315.00
             community hourly rates for prevailing party
             application for fees under RCRA.

07/08/03 RCS Continued research re: standard to obtain stay      1.00    210.00
             of injunctive relief ordered by district court.

07/09/03 JAC Draft letter of credit memo                          .50    165.00

07/09/03 JAC Legal research re: letter of credit                  .50    165.00

07/09/03 JAC Conference with RKM re: letter of credit             .80    264.00

07/09/03 JMA Phone - counsel for Special Master re:               .30    102.00
             financial assurance/Honeywell Work Plan

07/09/03 JMA Phone - C. Marraro re: financial assurance,          .50    170.00
             Honeywell Work Plan

```
W. R. GRACE & COMPANY                                    August 7, 2003
Client No.                734680              Page         7
INVOICE NO.               20609
```

07/09/03 JMA RCRA Fee Application – receipt and review email    .10    34.00
             from S. German re: RCRA Fee Petition

07/09/03 JMA Receipt and review email from C. Marraro re:       .10    34.00
             7/14 meeting

07/09/03 JMA RCRA Fee Petition – receipt and review email       .20    68.00
             from S. German, phone - S. German's office re:
             prevailing rates

07/09/03 JMA RCRA Fee Petition - Phone – C. Marraro re:         .30   102.00
             Affidavit regarding prevailing rates

07/09/03 JMA RCRA Fee Petition - phone - R. Senftleben re:      .20    68.00
             legal fee rates

07/09/03 JMA Phone – counsel for Special Master                .30   102.00

07/09/03 JMA Phone – R. Senftleben re: RCRA Fee Petition       .20    68.00

07/09/03 JMA RCRA Fee Petition - phone – A. Shahinian re:       .40   136.00
             prevailing rate Affidavit

07/09/03 JMA RCRA Fee Petition - phone – F. Becker re:          .30   102.00
             prevailing rate Affidavit

07/09/03 JMA RCRA Fee Petition - phone – J. Schiavone re:       .40   136.00
             prevailing rate Affidavit

07/09/03 JMA RCRA Fee Application – review memo re: legal       .40   136.00
             fee rates

07/09/03 JMA RCRA Fee Application - phone – R. Senftleben       .40   136.00
             re: legal fee rates

07/09/03 JMA RCRA Fee Petition – preparation of attorney      5.40  1836.00
             Affidavits re: prevailing rates

07/09/03 MEF Conferences with JMA re: RCRA fee petition        .50   112.50

07/09/03 MEF Review case law re: RCRA fee petition –           .50   112.50
             attorneys fees and costs

07/09/03 MEF RCRA fee petition – continue working on          1.00   225.00
             petition

07/09/03 RKM Conference with JAC regarding letter of credit   1.30   338.00
             issues.

07/09/03 RCS Meeting with John Agnello, Esq. re: proofs        .30    63.00
             required to establish community rates for RCRA
             fee petition.

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680            Page    8
INVOICE NO.             20609
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/03 | RCS | Continued preparation of memorandum of law re: proofs required to establish community rates for RCRA fee petition. | 1.20 | 252.00 |
| 07/10/03 | JAC | Conference with JMA re: letter of credit | .40 | 132.00 |
| 07/10/03 | JAC | Revise memo re: letter of credit | .60 | 198.00 |
| 07/10/03 | JAC | Legal research re: letter of credit | 1.30 | 429.00 |
| 07/10/03 | JMA | RCRA Fee Petition - preparation of attorney Affidavits re: prevailing rates | 4.70 | 1598.00 |
| 07/10/03 | JMA | Phone - counsel for Special Master re: financial assurance application | .50 | 170.00 |
| 07/10/03 | JMA | Phone - C. Marraro re: financial assurance application | .20 | 68.00 |
| 07/10/03 | JMA | Phone - C. Marraro and B. Terris re: financial assurance application | .30 | 102.00 |
| 07/10/03 | JMA | Phone - C. Marraro, B. Hughes, B. Terris, K. Millian, C. Pravlik re: prevailing rates | .40 | 136.00 |
| 07/10/03 | JMA | Phone - counsel for Special Master re: financial assurance motion | .20 | 68.00 |
| 07/10/03 | JMA | Conference with JAC re: Honeywell letter of credit bankruptcy issues | .40 | 136.00 |
| 07/10/03 | JMA | Phone - counsel for Special Master re: financial assurance order | .20 | 68.00 |
| 07/10/03 | JMA | Phone - C. Marraro re: Honeywell Work Plan | .30 | 102.00 |
| 07/10/03 | JMA | Phone - C. Marraro re: Honeywell Work Plan | .20 | 68.00 |
| 07/10/03 | JMA | Receipt and review email from R. Senftleben | .10 | 34.00 |
| 07/10/03 | MEF | RCRA fee petition - research re: affidavits in support of petition | .40 | 90.00 |
| 07/10/03 | MEF | RCRA fee petition - conf with JMA re: affidavit in support of petition | .20 | 45.00 |
| 07/10/03 | MEF | RCRA fee petition - continued preparing JMA declaration in support of petition | 1.60 | 360.00 |
| 07/10/03 | RCS | Preparation of memorandum of law re: standards for obtaining stay of injunction and monetary judgments. | 2.50 | 525.00 |

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.               734680                    Page        9
INVOICE NO.              20609
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/03 | LF | Assist in service of ECARG's Work Plan to Special Master and all counsel | 2.00 | 150.00 |
| 07/11/03 | JAC | Revise memo re: letter of credit | 1.90 | 627.00 |
| 07/11/03 | JAC | Legal research re: letter of credit | 1.50 | 495.00 |
| 07/11/03 | JAC | Conference with RKM re: letter of credit | .40 | 132.00 |
| 07/11/03 | JMA | RCRA Fee Petition - revisions to prevailing hourly rate affidavits - Practitioners | 3.10 | 1054.00 |
| 07/11/03 | JMA | RCRA Fee Petition - revisions to prevailing hourly rate affidavit - R. Senftleben | 2.70 | 918.00 |
| 07/11/03 | JMA | Receipt and review analysis of permits required for remediation project | .30 | 102.00 |
| 07/11/03 | JMA | Receipt and review letter from Special Master's counsel to Judge Cavanaugh | .20 | 68.00 |
| 07/11/03 | JMA | Appeal - receipt and review Notice of Appeal from 6/30/03 Judgment | .20 | 68.00 |
| 07/11/03 | MEF | Conferences with JMA re: RCRA fee petition | .50 | 112.50 |
| 07/11/03 | MEF | T/c with WFH re: RCRA fee petition | .20 | 45.00 |
| 07/11/03 | RCS | Continued preparation of memorandum of law re: standard for staying judgment of injunctive and monetary relief. | 5.00 | 1050.00 |
| 07/11/03 | RCS | Additional research re: standard for staying judgment of injunctive and monetary relief. | 2.50 | 525.00 |
| 07/11/03 | RCS | Continued preparation of memorandum of law re: proofs required to establish prevailing market rate in community. | .30 | 63.00 |
| 07/12/03 | JMA | RCRA Fee Petition - review of and comments to JMA Declaration | 2.00 | 680.00 |
| 07/12/03 | JMA | RCRA Fee Petition - conference with MEF re: revisions to JMA Declaration | 1.00 | 340.00 |
| 07/12/03 | JMA | Review Honeywell Work Plan for meeting with Special Master | 2.50 | 850.00 |
| 07/12/03 | MEF | Conf with JMA re: RCRA fee petition - JMA declaration | 1.00 | 225.00 |
| 07/12/03 | MEF | Revise JMA declaration re: RCRA fee petition | 1.00 | 225.00 |

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680                     Page      10
INVOICE NO.             20609
```

| | | | |
|---|---|---|---|
| 07/14/03 JAC Revise memo re: letter of credit | | 1.00 | 330.00 |
| 07/14/03 JAC Legal research re: letter of credit | | 2.00 | 660.00 |
| 07/14/03 JAC Conference with MDM re: letter of credit | | 1.30 | 429.00 |
| 07/14/03 JMA Phone - C. Marraro re: meeting on Honeywell work Plan | | .20 | 68.00 |
| 07/14/03 JMA Phone - M. Golladay - SI Group | | .20 | 68.00 |
| 07/14/03 JMA RCRA Fee Petition - conference with MEF re: revisions to JMA Declaration | | 3.50 | 1190.00 |
| 07/14/03 JMA Receipt and review letter from A. Lascurain to D. Field | | .20 | 68.00 |
| 07/14/03 JMA Receipt and review letter from D. Field to Clerk | | .20 | 68.00 |
| 07/14/03 JMA Receipt and review letter from D. Field to Judge Cavanaugh | | .20 | 68.00 |
| 07/14/03 JMA Appeal - receipt and review application of T. Milch and Mary Sprague for admission in Third Circuit | | .30 | 102.00 |
| 07/14/03 JMA RCRA Fee Petition - phone - F.. Becker re: prevailing rate affidavit | | .20 | 68.00 |
| 07/14/03 JMA RCRA Fee Petition - phone - B. Hughes re: RCRA Fee Petition | | .20 | 68.00 |
| 07/14/03 JMA Phone - A. Shahinian re: prevailing rate affidavit | | .20 | 68.00 |
| 07/14/03 JMA RCRA Fee Petition - phone - A. Shahinian re: prevailing rate affidavit | | .10 | 34.00 |
| 07/14/03 JMA Conference with R. Senftleben re: Honeywell Work Plan | | 1.00 | 340.00 |
| 07/14/03 JMA Review Honeywell Work Plan/submittal for meeting with Special master | | 1.20 | 408.00 |
| 07/14/03 JMA Conference with C. Marraro, R. Senftleben, A. Nagy, M. Obradovic and Langan representatives re: Honeywell Work Plan | | 2.50 | 850.00 |
| 07/14/03 JMA Review K. Brown's presentation critiquing Honeywell Work Plan submittal | | 1.30 | 442.00 |

W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                          Page      11
INVOICE NO.             20609

07/14/03 MEF Conf with JMA re: RCRA fee petition - revisions   3.50    787.50
             to JMA declaration

07/14/03 MEF Revise JMA declaration in support of RCRA fee     1.80    405.00
             petition

07/14/03 MDM Conference with JAC regarding letter of credit,   1.30    227.50
             memo and research

07/14/03 RCS Assist John Agnello, Esq. and Chris Marraro,       .80    168.00
             Esq. with documents for meeting with Rick
             Senftleben and Langan Engineering.

07/14/03 RCS Continued preparation on memorandum of law re:     .70    147.00
             Standard for Stay Pending Appeal of Order
             Granting Injunctive and Monetary Relief.

07/15/03 JAC Revise memo re: letter of credit                  1.10    363.00

07/15/03 JAC Conference with RKM re: letter of credit           .70    231.00

07/15/03 JMA Receipt and review memo from B. Hughes re: RCRA    .40    136.00
             permitting/Honeywell Work Plan

07/15/03 JMA Review of and comments to memo from JAC re:       1.00    340.00
             letter of credit bankruptcy issues

07/15/03 JMA Phone - counsel for Special Master re: JCMUA       .20     68.00
             Permit

07/15/03 JMA Receipt and review Honeywell July Progress         .30    102.00
             Report to Special Master

07/15/03 JMA Appeal - receipt and review letter from S.         .10     34.00
             German to Clerk

07/15/03 JMA Receipt and review letter from D. Mairo            .40    136.00
             enclosing correspondence from NJDEP re: permit
             at JCMUA property

07/15/03 JMA Meeting with C. Marraro, K. Brown, R.             2.70    918.00
             Senftleben, A. Nagy and M. Obradovic re:
             Honeywell Work Plan/Grace Defendants response

07/15/03 JMA Attend meeting with Special Master, all parties   3.00   1020.00
             and consultants

07/15/03 JMA Conference with C. Marraro, R. Senftleben, K.     2.00    680.00
             Brown, A. Nagy and M. Obradovic re: Honeywell
             Work Plan

07/15/03 MEF RCRA fee petition - additional review of bills.   1.90    427.50

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                    Page        12
INVOICE NO.             20609
```

| | | | | |
|---|---|---|---|---|
| 07/15/03 | RCS | Telephone communication from Mike Galloday at SI Group re: changes to Response to Remedial Action Workplan. | .30 | 63.00 |
| 07/15/03 | RCS | Continued preparation of memorandum of law re: standard for stay pending appeal of injunctive and monetary judgments. | .70 | 147.00 |
| 07/15/03 | RCS | Meeting with John Agnello, Esq. re: posting supercedeas bond to stay monetary judgment. | .30 | 63.00 |
| 07/16/03 | JMA | Receipt and review letter from S. German to Clerk | .10 | 34.00 |
| 07/16/03 | JMA | Receipt and review letter from S. German to Judge Cavanaugh | .10 | 34.00 |
| 07/16/03 | JMA | Receipt and review ICO motion to lift stay in Riverkeeper Action, supporting memo, proposed Order and certification of service | .70 | 238.00 |
| 07/16/03 | JMA | RCRA Fee Petition - review of and comments to Grace Defendants' RCRA Fee Petition | 2.90 | 986.00 |
| 07/16/03 | JMA | Conference with R. Senftleben re: Honeywell Work Plan and strategy | 1.00 | 340.00 |
| 07/16/03 | JMA | RCRA Fee Petition - conference with C. Marraro | .50 | 170.00 |
| 07/16/03 | JMA | Appeal - receipt and review letter from M. Schiappa to Clerk | .10 | 34.00 |
| 07/16/03 | JMA | Appeal - receipt and review Roned counsel appearance and application for admission to Third Circuit and certification of service | .40 | 136.00 |
| 07/16/03 | JMA | Appeal - phone - M. Schiappa re: Roned participation in appeal | .30 | 102.00 |
| 07/16/03 | JMA | RCRA Fee Petition - receipt and review memo re: prevailing market rates | .20 | 68.00 |
| 07/16/03 | MEF | RCRA fee petition - review allocated bills. | .40 | 90.00 |
| 07/16/03 | RCS | Continued preparation of memorandum of law re: standards for staying judgment granting injunctive and/or monetary relief. | .40 | 84.00 |
| 07/17/03 | JMA | RCRA Fee Petition - meeting with C. Marraro and W. Hughes re: revisions to Grace RCRA Fee Petition | 5.00 | 1700.00 |

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680                     Page      13
INVOICE NO.             20609
```

| | | | |
|---|---|---|---|
| 07/17/03 JMA Phone - C. Marraro and R. Senftleben | | .40 | 136.00 |
| 07/17/03 JMA RCRA Fee Petition - revisions to JMA Declaration in support of Grace Defendants' RCRA Fee Petition | | 3.60 | 1224.00 |
| 07/17/03 MEF RCRA fee petition - additional allocation analysis of bills. | | 3.20 | 720.00 |
| 07/18/03 JMA RCRA Fee Petition - review Carella Byrne bills, schedules of time, schedules of fees and expenses for April 1999 through May 2003 | | 3.20 | 1088.00 |
| 07/18/03 JMA RCRA Fee Petition - conference with MEF re: revisions to schedule, revisions to JMA Declaration in support of fee petition | | 2.30 | 782.00 |
| 07/18/03 JMA RCRA Fee Petition - revisions to JMA Declaration and Fee Petition | | 1.40 | 476.00 |
| 07/18/03 JMA Letter to Judge Cavanaugh | | .40 | 136.00 |
| 07/18/03 JMA Revisions to letter to Judge Cavanaugh | | .20 | 68.00 |
| 07/18/03 JMA Letter to Special Master with Wall Street Journal article | | .20 | 68.00 |
| 07/18/03 JMA RCRA Fee Petition - revisions to Grace Defendants' Fee Petition | | 1.80 | 612.00 |
| 07/18/03 JMA RCRA Fee Petition - phone - C. Marraro re: Marraro Declaration | | .30 | 102.00 |
| 07/18/03 JMA Receipt and review letter from counsel for Special Master | | .20 | 68.00 |
| 07/18/03 JMA Phone - counsel for Special Master re: financial assurance motion and consultant for Special Master | | .20 | 68.00 |
| 07/18/03 JMA RCRA Fee Petition - phone - C. Marraro re: Marraro Declaration | | .30 | 102.00 |
| 07/18/03 JMA Receipt and review letter from D. Field to Judge Cavanaugh with proposed form of Bond to stay execution | | .50 | 170.00 |
| 07/18/03 MEF RCRA fee petition - continue review of monthly bills for allocation. | | 5.40 | 1215.00 |
| 07/18/03 MEF Conference with JMA re: declaration in support of RCRA fee petition. | | 2.30 | 517.50 |

W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                          Page      14
INVOICE NO.             20609

07/18/03 MEF Revise declaration of JMA in support of RCRA     1.20    270.00
             fee petition.

07/18/03 JKK RCRA fee petition; review and confirm allocated  2.40    336.00
             fees and costs.

07/18/03 RCS Continued preparation of memorandum of law re:    .80    168.00
             Standards for Stay Pending Appeal of Judgment
             Granting Injunctive and/or Monetary Relief.

07/18/03 RCS Research re: forms of surety bond required to    1.20    252.00
             fulfill supersedeas bond requirement of Fed.
             Rule Civ. Pro. 62(d).

07/18/03 RCS RCRA fee application - review and confirm        3.20    672.00
             Carella Byrne allocated fees and costs.

07/18/03 LF  RCRA Fee Petition - revise schedules for JMA     1.00     75.00
             Declaration

07/19/03 JMA RCRA Fee Petition - review of and comments to    1.00    340.00
             Grace Defendants' Fee Petition

07/19/03 JMA RCRA Fee Petition - review of and comments to    2.00    680.00
             Marraro Declaration in support of Fee Petition

07/19/03 JMA RCRA Fee Petition - review of and comments to    1.00    340.00
             JMA Declaration in support of Fee Petition

07/19/03 JMA Receipt and review letter from S. German to       .20     68.00
             Judge Cavanaugh with Order extending filing
             date for Fee Petitions

07/19/03 JMA Receipt and review letter from J. Kyles to        .20     68.00
             Special Master re: Work Plan issues

07/20/03 MEF RCRA fee petition - continue preparation of      7.10   1597.50
             declaration, exhibits, and monthly bill
             allocation.

07/21/03 JMA RCRA Fee Petition - prepare, review, revise and  1.20    408.00
             finalize proposed Order re: Fee Petition

07/21/03 JMA RCRA Fee Petition - revisions to exhibits to     1.70    578.00
             JMA Declaration in support of Fee Petition

07/21/03 JMA RCRA Fee Petition - final revisions to Fee       2.00    680.00
             Petition, Marraro Declaration and JMA
             Declaration

07/21/03 JMA RCRA Fee Petition - review final dollar amounts   .20     68.00
             for ECARG Fee Petition

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680                     Page      15
INVOICE NO.             20609
```

| | | | |
|---|---|---|---|
| 07/21/03 JMA | RCRA Fee Petition - review and execute JMA Declaration and Fee Petition | .40 | 136.00 |
| 07/21/03 JMA | RCRA Fee Petition - phone C. Marraro re: revisions to ECARG Fee Petition | .40 | 136.00 |
| 07/21/03 JMA | RCRA Fee Petition - phone - B. Hughes re: revisions to RCRA Fee Petition | .40 | 136.00 |
| 07/21/03 JMA | RCRA Fee Petition - phone - C. Marraro re: revisions to Marraro Declaration in support of Fee Petition | .50 | 170.00 |
| 07/21/03 JMA | RCRA Fee Petition - conference with MEF re: revisions to ECARG Fee Petition, Marraro Declaration, JMA Declaration in support of Fee Petition | 1.50 | 510.00 |
| 07/21/03 JMA | Phone - C. Marraro re: Special Master's consultant | .40 | 136.00 |
| 07/21/03 JMA | Review Grace trial exhibits 883 and 845 re: Special Master's consultant | 1.00 | 340.00 |
| 07/21/03 JMA | Receipt and review email from B. Hughes re: Hackensack River tour with Special Master | .20 | 68.00 |
| 07/21/03 MEF | RCRA fee petition - revise and finalize all aspects of CBBG/WKMB fee petition documents. | 11.50 | 2587.50 |
| 07/21/03 JKK | File RCRA  fee application | 1.30 | 182.00 |
| 07/21/03 LF | RCRA Fee Petition: preparation for filing of Carella Byrne/Wallace King Fee Petition | 3.50 | 262.50 |
| 07/21/03 OR | Assist with filing of RCRA Fee Petition in US District Court | 1.30 | 97.50 |
| 07/22/03 JMA | RCRA Fee Petition - receipt and review letter from C. Pravlik to Clerk, plaintiffs' Notice of Motion re: attorneys' fees; proposed order | .30 | 102.00 |
| 07/22/03 JMA | RCRA Fee Petition - receipt and review plaintiffs' application for attorneys' fees | 1.00 | 340.00 |
| 07/22/03 JMA | RCRA Fee Petition - letter to client with Petition | .20 | 68.00 |
| 07/22/03 JMA | Phone - C. Marraro re: Special Master's consultant | .30 | 102.00 |
| 07/22/03 JMA | Phone - C. Marraro re: Honeywell's position on immediate action items | .20 | 68.00 |

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680            Page        16
INVOICE NO.             20609
```

| Date | | Description | | |
|---|---|---|---|---|
| 07/22/03 | JMA | Phone - C. Marraro, B. Hughes re: strategy | .50 | 170.00 |
| 07/22/03 | JMA | Phone - counsel for Special Master re: data | .20 | 68.00 |
| 07/22/03 | JMA | RCRA Fee Petition - conference with MEF re: filing of Fee Petition | .20 | 68.00 |
| 07/22/03 | JMA | RCRA Fee Petition - conference with MEF re: summary chart of all fees and costs | .50 | 170.00 |
| 07/22/03 | JMA | RCRA Fee Petition - review summary chart of all fees and costs | .30 | 102.00 |
| 07/22/03 | JMA | Phone - C. Marraro, B. Hughes, R. Senftleben re: strategy | .40 | 136.00 |
| 07/22/03 | JMA | Phone - C. Marraro re: Hackensack River tour with Special Master | .20 | 68.00 |
| 07/22/03 | JMA | Prepare list of issues re: Louis Berger Group | 1.00 | 340.00 |
| 07/22/03 | JMA | Review of and comments to Dr. Brown's summary of response to Honeywell's remedial action work plan | 1.40 | 476.00 |
| 07/22/03 | JMA | Phone - C. Marraro and B. Hughes re: Dr. Brown's summary re: Honeywell Work Plan | .50 | 170.00 |
| 07/22/03 | JMA | Phone - B. Hughes re: Dr. Brown's summary re: Honeywell Work Plan | .20 | 68.00 |
| 07/22/03 | MEF | RCRA fee petition - conference with JMA re: filing. | .20 | 45.00 |
| 07/22/03 | MEF | RCRA fee petition - conference with JMA re: fee petition cost/expense summary. | .50 | 112.50 |
| 07/22/03 | MEF | RCRA fee petition - prepare chart analyzing all fees, costs and expenses of CBBG, WKMB & Terris Pravlik. | .60 | 135.00 |
| 07/23/03 | JMA | Receipt and review email from B. Hughes | .10 | 34.00 |
| 07/23/03 | JMA | Comments to K. Brown memo to Senator Torricelli | .70 | 238.00 |
| 07/23/03 | JMA | Review Honeywell Work Plan re: K. Brown memo to Senator Torricelli | .40 | 136.00 |
| 07/23/03 | JMA | Review and revise letter to Senator Torricelli re; Honeywell proposed activities | .80 | 272.00 |
| 07/23/03 | JMA | Phone - C. Marraro re: Honeywell proposed "activities" | .30 | 102.00 |

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680              Page       17
INVOICE NO.             20609
```

| | | | | |
|---|---|---|---|---|
| 07/23/03 | JMA | Receipt and review Honeywell letter re: proposed activities and Work Plan | .70 | 238.00 |
| 07/23/03 | JMA | Review of and comments to draft response to Honeywell proposed activities | .60 | 204.00 |
| 07/23/03 | JMA | Phone - B. Hughes re: response to Honeywell proposed activities | .40 | 136.00 |
| 07/23/03 | JMA | Phone - C. Marraro, D. Field - briefing schedule for Fee Petition | .20 | 68.00 |
| 07/23/03 | JMA | Phone - B. Hughes re: Hackensack River tour | .20 | 68.00 |
| 07/23/03 | JMA | Phone - C. Marraro re: strategy | .30 | 102.00 |
| 07/23/03 | JMA | Phone - C. Marraro re: briefing schedule for Fee Petition | .30 | 102.00 |
| 07/23/03 | MEF | Appeal - telephone call with CHM re: appearance of counsel. | .20 | 45.00 |
| 07/23/03 | MEF | Appeal - Prepare Appearances of Counsel and Corporate Disclosures. | .60 | 135.00 |
| 07/23/03 | MEF | Appeal - letter to CHM re: Appearance of Counsel. | .20 | 45.00 |
| 07/23/03 | MEF | Appeal - Letter to A. Laws filing Appearances of Counsel and Corporate Disclosures. | .20 | 45.00 |
| 07/23/03 | MEF | Appeal - Prepare Certificate of Service of Appearance of Counsel and Corporate Disclosures. | .30 | 67.50 |
| 07/24/03 | KLW | Meeting with JMA regarding issues of supersedeas bond | 2.00 | 500.00 |
| 07/24/03 | KLW | Preparation of form of supersedeas bond | .80 | 200.00 |
| 07/24/03 | KLW | Preparation of form of justification of surety | .50 | 125.00 |
| 07/24/03 | KLW | Preparation of form of Order for approval of supersedeas bond | .50 | 125.00 |
| 07/24/03 | KLW | Research authority of Federal Insurance Co. to issue bonds in NJ | .50 | 125.00 |
| 07/24/03 | KLW | T/C Jersey City tax collector re taxes on lots | .30 | 75.00 |
| 07/24/03 | KLW | T/C Jersey City tax collector with additional information re lots to ascertain taxes | .30 | 75.00 |

```
W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                    Page        18
INVOICE NO.             20609
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/03 | KLW | Investigate whether Federal Insurance Co. is currently treasury listed | .50 | 125.00 |
| 07/24/03 | KLW | Review federal statutes re surety – 31USC 9301 to 31 USC 9307 | .90 | 225.00 |
| 07/24/03 | JMA | Prepare list of issues re: Supersedeas Bond | .60 | 204.00 |
| 07/24/03 | JMA | Conference with KLW re: all issues relating to Supersedeas Bond | 2.00 | 680.00 |
| 07/24/03 | JMA | Letter to Judge Cavanaugh re: Supersedeas Bond | .40 | 136.00 |
| 07/24/03 | JMA | Review 28USC 1961 re: interest notes | .40 | 136.00 |
| 07/24/03 | JMA | Review Honeywell Supersedeas Bond, Power of Attorney and attachments | 1.00 | 340.00 |
| 07/24/03 | JMA | Review federal and local rules re: supersedeas bonds | 2.30 | 782.00 |
| 07/24/03 | JMA | Review 31 USC 9304, et seq., re: surety filings and authorizations | 1.00 | 340.00 |
| 07/24/03 | JMA | Review supersedeas bond forms, form of Order and Justification of Surety | 1.50 | 510.00 |
| 07/24/03 | JMA | Phone - J. Stewart re: supersedeas bond | .20 | 68.00 |
| 07/24/03 | JMA | Phone - C. Marraro re: Supersedeas Bond, Honeywell Work Plan | .50 | 170.00 |
| 07/24/03 | JMA | Phone - counsel for Special Master | .20 | 68.00 |
| 07/24/03 | JMA | Phone - C. Marraro and M. Williams re: strategy | .40 | 136.00 |
| 07/24/03 | MEF | Letter to CHM re: additional copy of fee petition. | .20 | 45.00 |
| 07/25/03 | KLW | Calculate amounts to be required for bond | .90 | 225.00 |
| 07/25/03 | KLW | Prepare letter to J. Stewart re: deficiencies in Honeywell's proposed bond and Grace's proposed forms and amounts | 3.90 | 975.00 |
| 07/25/03 | JMA | Boat tour of Hackensack River, site inspection with Special Master, Hackensack Riverkeeper and representatives of all parties | 4.50 | 1530.00 |
| 07/25/03 | JMA | Review of and comments to letter to J. Stewart re: Supersedeas Bond | 1.30 | 442.00 |

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680                     Page      19
INVOICE NO.             20609
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/25/03 | JMA | Review of and comments to Grace Defendants' proposed Supersedeas Bond, Order Approving Bond and Affidavit of Justification | 1.50 | 510.00 |
| 07/25/03 | JMA | Phone - R. Senftleben re: status update | .30 | 102.00 |
| 07/25/03 | JMA | Phone - A. Nagy re: real estate taxes on Lots 14H and 14J | .20 | 68.00 |
| 07/25/03 | JMA | Phone - C. Marraro re: strategy | .30 | 102.00 |
| 07/25/03 | JMA | Phone - C. Marraro re: Special Master consultant issues | .30 | 102.00 |
| 07/25/03 | JMA | Appeal - receipt and review case opening information from Third Circuit re: Final Judgment Appeal | .40 | 136.00 |
| 07/25/03 | MEF | Appeal - Receipt and review letter from CHM re: executed Appearance of Counsel on 2d. Appeal. | .20 | 45.00 |
| 07/25/03 | MEF | Appeal - Execute letter to Clerk and Certificate of Service re: Appearance of Counsel and Corporate Disclosures. | .20 | 45.00 |
| 07/26/03 | JMA | Receipt and review letter from K. Coakley re: Financial Assurance recommendation | .20 | 68.00 |
| 07/26/03 | JMA | Receipt and review revised Order re: Special Master Financial Assurances recommendation | .70 | 238.00 |
| 07/26/03 | JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 34.00 |
| 07/26/03 | JMA | Receipt and review Special Master motion for compensation for Special Master and professionals and supporting pleadings | 1.00 | 340.00 |
| 07/26/03 | JMA | Receipt and review letter from S. German to Judge Cavanaugh re: special Master compensation and environmental consultant application | .10 | 34.00 |
| 07/26/03 | JMA | Receipt and review letter from S. German to Judge Cavanaugh | .10 | 34.00 |
| 07/26/03 | JMA | Receipt and review Special Master motion to employ Louis Berger Group and supporting pleadings | .60 | 204.00 |
| 07/26/03 | JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 34.00 |

W.R. GRACE & COMPANY                                      August 7, 2003
Client No.              734680                       Page        20
INVOICE NO.             20609

07/26/03 JMA Receipt and review letter from K. Coakley re:      .10      34.00
             K. Brown meeting with Louis Berger Group

07/26/03 JMA Receipt and review letter from C. Marraro to T.    .10      34.00
             Lewis at Louis Berger Group re: disc with data

07/26/03 JMA Receipt and review letter from C. Marraro to       .10      34.00
             Special Master with Dr. Brown's summary

07/28/03 JMA Phone - C. Marraro re: strategy                    .20      68.00

07/28/03 JMA Revisions to letter to J. Stewart with Grace      1.70     578.00
             Defendants objections to Honeywell's
             Supersedeas Bond

07/28/03 JMA Revisions to Grace Defendants' proposed           1.00     340.00
             Supersedeas Bond, Order and Affidavit of
             Justification

07/28/03 JMA Receipt and review letter from D. Field to         .20      68.00
             Judge Cavanaugh re: Louis Berger Group and
             Special Master's First Application for
             Compensation

07/28/03 JMA Receipt and review letter from S. German to        .10      34.00
             Judge Cavanaugh

07/28/03 JMA Receipt and review letter from S. German to        .10      34.00
             Clerk

07/28/03 JMA Receipt and review plaintiffs' response to         .50     170.00
             Special Master's Financial Assurance
             recommendation

07/28/03 JMA Receipt and review letter from K. Coakley to       .10      34.00
             Clerk

07/28/03 JMA Phone - C. Marraro and B. Hughes re: Grace         .40     136.00
             Defendants' position and pending motions

07/28/03 JMA Receipt and review email from D. Mairo re:         .30     102.00
             Louis Berger Group

07/28/03 JMA Letter to Judge Cavanaugh re: plaintiffs'          .20      68.00
             motion to enter judgment in Hackensack
             Riverkeeper case

07/28/03 JMA RCRA Fee Petition - phone - C. Marraro and B.      .30     102.00
             Hughes re: Scheduling Order

07/28/03 JMA RCRA Fee Petition - phone - C. Marraro, B.         .20      68.00
             Hughes and S. German re: Scheduling Order

W.R. GRACE & COMPANY                                          August 7, 2003
Client No.              734680                        Page        21
INVOICE NO.             20609

07/28/03 JMA RCRA Fee Petition – letter to D. Field and S.       .20      68.00
             German re: Scheduling Order

07/28/03 JMA Letter to Judge Cavanaugh re: Special Master        .20      68.00
             motion – compensation

07/28/03 JMA Letter to Judge Cavanaugh re: Special Master        .20      68.00
             Financial Assurance recommendation

07/28/03 JMA RCRA Fee Petition – receipt and review letter       .40     136.00
             from D. Field with proposed Scheduling Order

07/28/03 JMA RCRA Fee Petition – phone – C. Marraro re:          .20      68.00
             proposed Scheduling Order

07/28/03 JMA RCRA Fee Petition – revisions to proposed           .70     238.00
             Scheduling Order

07/28/03 JMA Receipt and review letter from D. Field re:         .40     136.00
             Roned settlement

07/28/03 JMA Phone – C. Marraro re: Roned settlement             .20      68.00

07/28/03 JMA Phone – C. Marraro and K. Millian re: Roned         .30     102.00
             settlement

07/28/03 JMA Appeal – receipt and review letter from B.          .30     102.00
             Terris to Third Circuit Clerk with appearance
             of counsel forms

07/28/03 JMA Receipt and review letter from D. Field to          .10      34.00
             Clerk

07/28/03 JMA Receipt and review Honeywell opposition to          .50     170.00
             Plaintiffs' motion to enter judgment in
             Riverkeeper case

07/29/03 JMA RCRA Fee Petition – phone – S. German               .20      68.00

07/30/03 JMA Appeal – Phone – Chris Anderson re:                 .30     102.00
             consolidation of pending appeals

07/30/03 JMA Appeal – phone – T. Milch                           .20      68.00

07/30/03 JMA Appeal – review Final Judgment and 5/15/03          .60     204.00
             Order

07/30/03 JMA Phone – B. Hughes                                   .30     102.00

07/30/03 JMA Review and comments to Brief Opposing SJ           2.00     680.00

07/31/03 JMA Receipt and review letter from W. Mueller to        .30     102.00
             Judge Cavanaugh re: consent order

W.R. GRACE & COMPANY                                    August 7, 2003
Client No.              734680                     Page       22
INVOICE NO.             20609

07/31/03 JMA Receipt and review letter from M. Caffrey to      .20    68.00
             Judge Cavanaugh

07/31/03 JMA Appeal - receipt and review letter from T.        .20    68.00
             Milch to Third Circuit

07/31/03 JMA Receipt and review T. Milch Appearance of         .10    34.00
             Counsel - Final Judgment Appeal

07/31/03 JMA Receipt and review Honeywell concise summary of   .30   102.00
             case - Final Judgment Appeal

07/31/03 JMA Receipt and review Honeywell Corp. Disclosure -   .10    34.00
             Final Judgment Appeal

07/31/03 JMA Receipt and review letter from J. Kyles to        .20    68.00
             Special Master with data

07/31/03 JMA Appeal - Receipt and review Honeywell CIS -       .20    68.00
             Final Judgment Appeal

07/31/03 JMA Receipt and review letter from S. German to T.    .20    68.00
             Lewis - LBG re: data

07/31/03 JMA Receipt and review letter from W. Mueller to K.   .20    68.00
             Coakley

07/31/03 JMA Receipt and review letter from B. Terris to       .80   272.00
             Sen. Toricelli re: ICO position on Honeywell
             Work Plan

                                                      ---------------
                                    Subtotal:              92163.50

**Fee Applications, Applicant**

07/02/03 JMA Fee Application - review Fee Auditor Initial       .30   102.00
             Report - 8th Quarterly Fee Application

07/02/03 JMA Fee Application - review of an comments to         .90   306.00
             draft response to Fee Auditor Report - 8th
             Quarterly

07/02/03 JMA Fee Application - Conference with MEF re:          .80   272.00
             revisions to response to Fee Auditor Report

07/02/03 MEF Review June 2003 fee detail to prepare monthly   1.40   315.00
             fee application.

07/02/03 MEF Conference with JMA re: response to Fee Auditor   .80   180.00
             Initial Report re: 8th Quarterly fee
             application.

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680            Page      23
INVOICE NO.             20609
```

| | | | | |
|---|---|---|---|---|
| 07/02/03 | MEF | Revise response to Fee Auditor Initial Report. | .80 | 180.00 |
| 07/03/03 | MEF | Prepare Monthly Fee Application - June 2003. | 2.50 | 562.50 |
| 07/07/03 | JMA | Fee application - review and execute 16th Monthly Fee Application | .70 | 238.00 |
| 07/07/03 | JMA | Fee Application - conference with MEF | .30 | 102.00 |
| 07/07/03 | MEF | Fee Application - Finalize 16th Monthly fee application with letter to Carickhoff. | .40 | 90.00 |
| 07/07/03 | MEF | Fee Application - Email to P. Cuniff re: 15th monthly fee application. | .20 | 45.00 |
| 07/07/03 | MEF | Fee Application - receipt and review Certificate of No Objection re: 14th fee application. | .30 | 67.50 |
| 07/09/03 | MEF | Email to P. Cuniff re: status of 15th monthly fee application | .20 | 45.00 |
| 07/09/03 | MEF | Review docket re: 15th fee application | .20 | 45.00 |
| 07/09/03 | MEF | Finalize response to Fee Auditor initial report on 8th Quarterly Fee Application | .40 | 90.00 |
| 07/09/03 | MEF | Letter to W. Smith serving CBBG response to initial report on 8th Quarterly fee application | .20 | 45.00 |
| 07/10/03 | MEF | Review status of 15th monthly fee application | .20 | 45.00 |
| 07/10/03 | MEF | Fee Application - t/c with S. Bossay re: order approving 7th quarter | .20 | 45.00 |
| 07/10/03 | MEF | Fee application - voice mail - P. Cuniff | .20 | 45.00 |
| 07/11/03 | MEF | Email to/from P. Cuniff re: fee applications | .20 | 45.00 |
| 07/23/03 | MEF | Review Fee Auditor's Final Report regarding CBBG's 8th Quarterly fee application. | .30 | 67.50 |
| 07/24/03 | MEF | Pacer search re: status of monthly fee applications. | .20 | 45.00 |
| 07/24/03 | MEF | Email to P. Cuniff re: filing 16th Monthly Fee Application. | .20 | 45.00 |
| 07/24/03 | MEF | Fee Application - Begin preparing 9th Quarterly Fee Application. | 2.50 | 562.50 |
| 07/25/03 | MEF | Fee Application - Continued preparing 9th Quarterly fee application. | 3.20 | 720.00 |

```
W.R. GRACE & COMPANY                          August 7, 2003
Client No.            734680                   Page      24
INVOICE NO.           20609
```

07/25/03 MEF Fee Application - emails to/from P. Cuniff re:    .20    45.00
             CBBG June Fee Application.

07/26/03 JMA Fee Application - receipt and review fee          .40   136.00
             auditor report - eighth interim period

                                                         ----------------
                                  **Subtotal:**               **4486.00**


**Travel Non-Work**

07/16/03 JMA Travel - Newark, NJ to Washington, DC (train)   4.00   680.00

07/17/03 JMA Travel - Washington, DC to Newark, NJ (plane)   3.00   510.00


                                                         ----------------
                                  **Subtotal:**               **1190.00**


                                                         -------------
Total Fees:                                                  97,839.50

```
W.R. GRACE & COMPANY                          August 7, 2003
Client No.           734680                   Page     26
INVOICE NO.          20609
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
K L WINTERS                      250.00   11.10         2775.00
J A COOPER                       330.00   15.40         5082.00
J M AGNELLO                      340.00  183.80        61302.00
M E FLAX                         225.00   83.00        18675.00
JK KUBERT                        140.00    3.70          518.00
R K MATANLE                      260.00    1.30          338.00
MARC D. MICELI                   175.00    1.30          227.50
RC SCRIVO                        210.00   39.70         8337.00
LAURA FLORENCE                    75.00    6.50          487.50
OLIVER ROGERS                     75.00    1.30           97.50
                         TOTALS          347.10        97839.50
```