# EXHIBIT B

```
W.R. GRACE & COMPANY                              August 7, 2003
Client No.              734680                    Page      25
INVOICE NO.             20609
```

Disbursements

Travel Expense

| | | |
|---|---|---:|
| 07/16/03 | Travel Expense JMA (TRAIN 7/16) | 167.00 |
| 07/16/03 | Travel Expense JMA (driver 7/16) | 50.00 |
| 07/16/03 | Travel Expense JMA (AIR 7/17) | 297.50 |
| 07/16/03 | Travel Expense JMA (driver 7/17) | 75.00 |
| 07/25/03 | Travel Expense JKK 7/21 | 5.85 |
| 07/31/03 | Travel Expense - JMA 7/16/03 Ritz Carlton D.C. | 515.25 |
| | SUBTOTAL: | 1110.60 |

Photocopies - Outside

| | | |
|---|---|---:|
| 07/01/03 | Photocopies Outside - CLERK US DISTRICT COURT 07/01/03 | 200.00 |
| 07/18/03 | Photocopies - Outside DOC EXP 7/15 | 761.66 |
| 07/30/03 | Photocopies - Outside DOC EXP 7/24 | 3137.35 |
| 07/30/03 | Photocopies - Outside DOC EXP 7/24 | 1149.36 |
| | SUBTOTAL: | 5248.37 |

Costs Advanced

| | | |
|---|---|---:|
| 07/31/03 | Messenger | 88.64 |
| 07/31/03 | Photocopies | 672.00 |
| 07/31/03 | Faxes | 127.00 |
| 07/31/03 | Telephone | 444.15 |
| 07/31/03 | Additional Staff Time | 552.46 |
| 07/31/03 | Computer Searches | 804.46 |
| 07/31/03 | Federal Express | 615.23 |
| 07/31/03 | Messenger - In House | 150.00 |

Total Costs                                              9,812.91

Total Due this Matter                                  107,652.41
=============