August 19, 2003

Office of Clerk of US Bankruptcy
Court for District of Delaware
Maine Midland Plaza
824 Market Street
Wilmington, DE 19801

To: The Honorable Judith K. Fitzgerald
    United States Bankruptcy Judge.

Re: District of Delaware Bankruptcy Court
Debtors' Second Omnibus Objection to Claims (Nonsubstantive)
Cases Numbered (2) 01-01139 (JFK)
Debtors': W.R.Grace et.al.

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA 99203-2901
daytime :: [509] 568-3065
before 8 AM and after 7 PM pdt...[509] 747-3395
cellular :: [509] 280-5323

Claim: $1200.00 for Tumwater property and $2880.00 for Spokane property. Total=$4080.00

Enclosed please find documentation in proof of claims for asbestos material at 621 East 40th Avenue, Spokane, WA 99203 and at 901 East Bates St. SE, Tumwater, WA 98501.

I was on vacation when the documents arrived from you and have responded as best as I can. I do not know what kind of documentation you need, but a bill for the encapsulation of asbestos in Tumwater is enclosed and an estimate for removal of asbestos in Spokane is also enclosed.

Doug Sharp owns the construction company that did the work in Tumwater in 1996. He was assisted by his brother, Kenny, who died in a tragic house fire several years ago.

I can send you a piece of the insulation from the furnace ducts in Spokane. That should be final and lasting proof.

I oppose the Second Omnibus Objection because I did have to encapsulate asbestos at the Tumwater property and now have to remove it at my Spokane address. The asbestos in Spokane is fraying on the edges that fold over the ducts even though it has been painted and it has been duct taped at the seams, which are also coming apart and fraying.

Thank you for consideration in this matter. I can be reached at [509] 568-3065 during the day and at [509] 747-3395 until 8 AM and after 7 PM, PDT.

*Fanette L. Stewart*

Fanette L. Stewart

cc: Pachulski et al
    Kirkland & Ellis LLP

*I cannot afford to upgrade old converted coal to oil furnace w/o removal of asbestos.*

# IRS ENVIRONMENTAL

**ASBESTOS * LEAD *MOLD * CLEAN INTERIOR DEMOLITION * FLOOR PREPARATION**
12415 E. TRENT*SPOKANE,WASHINGTON*PH.(509) 927-7867*FAX 928-3933 *www.irsenviro.com

August 14, 2003

Fanette Stewart
621 E. 40th
Spokane, WA   99203

RE:    Removal of asbestos tape and paper, furnace and ductwork.

Dear Fanette,

*Option One:*
Our price to remove asbestos tape from furnace and duct 6' back, in order to facilitate installation of new furnace while leaving existing duct in place. Duct which is left in place will be repaired where damaged. Furnace will be removed:                **$ 1,174.00**

*Option Two:*
Our price to remove asbestos from all accessible duct, registers and returns, and to remove furnace and ductwork completely to facilitate installation of new furnace and duct work:
                                                                **$ 2,880.00**

**Prices Include:**   Air monitoring before during and after asbestos removal. Washington State trained and certified asbestos supervisor and workers. Asbestos liability insurance. Transportation and disposal of asbestos at an EPA approved facility.

**Prices Exclude:**
1.    Sales tax.
2.    Removal of asbestos hidden in or behind walls, above ceilings or under floors that cannot be accessed without demolition.
3.    Replacement of furnace and duct that is removed.

Please let me know if you have any questions Fanette. We appreciate the opportunity to be of service. *If you would like additional information about our company, you will find a qualifications statement at www.irsenviro.com.*

Respectfully,

**Robert Reed**

*[Handwritten annotation: After doing this I will need to replace the ducts. Cannot replace furnace w/o removal]*

ACCEPTANCE
You are hereby authorized to furnish all materials and labor required to complete the work mentioned in the above proposal, for which _____ agrees to pay the amount mentioned in said proposal. Full amount due within 30 days from date of invoice (1 1/2 percent service charge on balances after 30 days).

*[Handwritten: Case # 01-01139 (JFK)  W.R. Grace &Co]*

# INVOICE

Douglas Sharp

| | No. |
|---|---|
| | INVOICE DATE |
| | Sept. 1, 1986 |
| | CUSTOMER'S ORDER NO |

| SOLD TO: | SHIP TO: |
|---|---|
| F. Stewart | |
| 901 East Bates St. | |
| Olympia, Wash. | |

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | Sheetrock Ceiling & Beams in Front room, kitchen & hall to capsulat asspestis | | $1200.00 |

INVOICE

pd in full

Case # 01-01139 (JFK)
WR Grace & Co

August 15, 2003

To Whom It May Concern:

In 1996, I sheetrocked over both the living room and kitchen areas and over all of the open beams in the home of Ms. Fanette L. Stewart at 901 East Bates St SE in Tumwater, WA.

The ceilings were blown-on popcorn style and the open beams were insulated or covered. Both the ceiling material and beam insulation material were tested by the State of Washington in 1995 and found to be of asbestos. Both had been painted, but when the ceiling was dusted with dusting rods or rags, the popcorn parts fell off the ceiling. The painted asbestos insulation on the beams needed to be covered as it was disturbed when the new sheet rock was installed on the ceiling.

In order for her to satisfy the conditions of lending institutions for the sale of her home, she had to permanently cover the areas with asbestos.

The cost of the project was $1200.00.

-----------------------------------------------------------

Doug Sharp,

Witness or notary signature.

*[Handwritten note: Doug is a construction business owner in Olympia. I was unable to turn this in to return it in time and a receipt for payment.]*

*[Handwritten: Case # 01-01139 (JFK) WR Grace Co.]*