**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------x
                                        :
In re:                                  :      Chapter 11
                                        :      Case No. 01-1139 through
W.R. GRACE & CO., et al.                :      01-1200 (JJF)
                                        :      (Jointly Administered)
                                        :
              Debtors.                  :
----------------------------------------------------------x
```

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for the Town of

Acton, Massachusetts, and pursuant to Rules 9010 and 2002 of the Federal Rules of

Bankruptcy Procedure, and 11 U.S.C. § 1109(b), demands that all notices given or required to

be given in this case and all papers served in this case be given to and served upon the

undersigned at the office and address, or e-mail address, as the case may be, set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only

notices and papers referred to in the rules specified above, but also includes without limitation

orders, notices and copies of all applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail delivery, telephone, telegram, telex, e-mail delivery, or

otherwise relating to the above-captioned case.

This Notice of Appearance and Demand for Service of Papers shall not be deemed or

construed to be a waiver of the rights (1) to have final orders in noncore matters entered only

after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable

in this case, or in any case, controversy, or proceeding related to this case, (3) to have the

District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the

above-named entity is or may be entitled, in law or in equity, all of which rights, claims,

actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

/s/ Thomas O. Bean
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2348
Facsimile: (617) 310-9348
e-mail: tbean@nutter.com

Dated:  August 25, 2003

## CERTIFICATE OF SERVICE

I, Peter M. Acton, Jr., hereby certify that on August 25, 2003, I caused the within Notice of Appearance and Demand for Service of Papers to be served by first-class mail, postage prepaid, on the parties listed on the attached Service List.

/s/ Peter M. Acton, Jr.
Peter M. Acton, Jr.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2198
Facsimile: (617) 310-9198

1248439.1