In re: **W.R. GRACE & CO.**
OMNIBUS 1 - EXHIBIT A - CONTINUED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 1  PIPELINE SERVICES INC<br>PO BOX 331<br>BRYSON CITY NC 28713 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1379 | $15,661.05  (U) | EXPUNGE | $0.00 | (U) | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

Page 1 of 1

8/18/2003 10:35:55 AM

In re: **W.R. GRACE & CO.**

## OMNIBUS 1 - EXHIBIT B - RESPONSE FILED, SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01140<br>W.R. GRACE & CO.-CONN. | 858 | $58,427.00 (P) | RECLASSIFY | $58,427.00 | (U) | SUSTAINED |
| 2 | INDUSTRIAL CONSTRUCTION INC<br>2929 S 18TH AVE SUITE D<br>BROADVIEW IL 60155-4757 | 01-01140<br>W.R. GRACE & CO.-CONN. | 156 | $8,231.25 (P) | RECLASSIFY | $8,231.25 | (U) | SUSTAINED |
| 3 | INTRANSCO INC<br>PO BOX 239<br>LYNNFIELD MA 0000001940 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2638 | $3,233.55 (U) | REDUCE AND ALLOW | $2,388.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A-1 METAL STRIPPING<br>4321 KILMER<br>GOLDEN CO 80401 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2080 | $860.00 | (P) | RECLASSIFY | $860.00 | (U) | SUSTAINED |
| 2 | ACME CONTROL SERVICE INC<br>6140 W HIGGINS<br>CHICAGO IL 60630 | 01-01139<br>W.R. GRACE & CO. | 1080 | $180.65 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 3 | ADVANCED VACUUM CO INC<br>1215 N BUSINESS PKWY<br>WESTMINSTER MD 21157 | 01-01139<br>W.R. GRACE & CO. | 1362 | $1,953.41 | (U) | REDUCE AND ALLOW | $1,583.13 | (U) | SUSTAINED |
| 4 | ADVANCED WASTE SERVICES INC<br>ATTN MARY ANN<br>1126 S 70TH ST #N508B<br>WEST ALLIS WI 53214 | 01-01139<br>W.R. GRACE & CO. | 2348 | $3,489.72 | (U) | REDUCE AND ALLOW | $814.72 | (U) | SUSTAINED |
| 5 | ADVANCED WASTE SERVICES INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 642 | $8,561.25 | (U) | REDUCE AND ALLOW | $2,675.00 | (U) | SUSTAINED |
| 6 | ALAMO TRANSFORMER SUPPLY<br>10220 MYKAWA<br>HOUSTON TX 77048 | 01-01139<br>W.R. GRACE & CO. | 1324 | $9,605.34 | (P) | RECLASSIFY | $9,605.34 | (U) | SUSTAINED |
| 7 | AMBU INC<br>611 N HAMMONDS FERRY RD<br>LINTHICUM MD 21090-1356 | 01-01139<br>W.R. GRACE & CO. | 1895 | $264.65 | (P) | RECLASSIFY | $264.65 | (U) | SUSTAINED |
| 8 | ARLINGTON COMPUTER PRODUCTS<br>851 COMMERCE CT<br>BUFFALO GROVE IL 60089 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1173 | $836.11 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 9 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1212 | $1,305,766.04 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 10 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1221 | $1,267,582.46 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1222 | $984,828.69 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 12 | BEAL INDUSTRIAL PRODUCTS INC<br>7513E CONNLLEY DR<br>HANOVER MD 21076 | 01-01139<br>W.R. GRACE & CO. | 1962 | $327.61 | (P) | INVALID TRANSFER EXPUNGE | $0.00 | (P) | SUSTAINED |
| 13 | BETTER BUILT STORAGE BUILDINGS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 644 | $1,691.24 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 14 | BORGERT, JOHN<br>690 SE CRESCENT DR<br>SHELTON WA 98584 | 01-01139<br>W.R. GRACE & CO. | 3443 | $10,134.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 15 | CAMCAL COMPANY INC<br>1128 4TH AVE N<br>KENT WA 98032 | 01-01139<br>W.R. GRACE & CO. | 2791 | $457.63 | (U) | REDUCE AND ALLOW | $332.88 | (U) | SUSTAINED |
| 16 | CELANESE LTD<br>1601 W LBJ FREEWAY<br>ATT MARK CERICOLA<br>DALLAS TX 75234 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1547 | $9,247.49<br>$16,501.33 | (P)<br>(U) | RECLASSIFY | $25,748.82 | (U) | SUSTAINED |
| 17 | CHICAGOLAND-QUAD CITIES EXP.<br>7715 S. 78TH AVE, BLDG 5<br>BRIDGEVIEW IL 60455 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1387 | $308.58 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 18 | CLEARFIELD CITY CORPORATION<br>55 S STATE<br>CLEARFIELD UT 84015 | 01-01139<br>W.R. GRACE & CO. | 1772 | $106.00 | (P) | RECLASSIFY | $106.00 | (U) | SUSTAINED |
| 19 | CLEARFIELD CITY CORPORATION<br>55 S STATE<br>CLEARFIELD UT 84015 | 01-01139<br>W.R. GRACE & CO. | 1773 | $73.87 | (P) | RECLASSIFY | $73.87 | (U) | SUSTAINED |
| 20 | COMPRO PAINTING & DECORATING<br>10 S 160 RAMM DR UNIT C<br>NAPERVILLE IL 60564 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2190 | $9,575.00 | (P) | RECLASSIFY | $9,575.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 21 | CONTRARIAN CAPITAL TRADE<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 0000006830 | 01-01139<br>W.R. GRACE & CO. | 8761 | $16,498.68 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 22 | CONTRARIAN CAPITAL TRADE<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 0000006830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9177 | $16,498.68 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 23 | CRENSHAW CORPORATION<br>1700 COMMERCE RD<br>PO BOX 24217<br>RICHMOND VA 23224-0217 | 01-01139<br>W.R. GRACE & CO. | 1155 | $1,154.58 | (U) | REDUCE AND ALLOW | $1,120.96 | (U) | SUSTAINED |
| 24 | CROSIBLE INC<br>PO BOX 271<br>MORAVIA NY 13118 | 01-01139<br>W.R. GRACE & CO. | 1098 | $5,107.20 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 25 | CROSIBLE INC FILTRATION<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 650 | $5,107.20 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 26 | CROSS COUNTRY INC<br>ATTN RICHARD IVES TREASURER<br>PO BOX 5028<br>BOCA RATON FL 33431-0828 | 01-01139<br>W.R. GRACE & CO. | 1758 | $131,805.94 | (U) | REDUCE AND ALLOW | $128,138.07 | (U) | SUSTAINED |
| 27 | DOW CORNING CORPORATION<br>PO BOX 994 MAIL # CO 1242<br>MIDLAND MI 48686-0994 | 01-01139<br>W.R. GRACE & CO. | 1740 | $16,094.40 | (U) | REDUCE AND ALLOW | $16,094.40 | (U) | SUSTAINED |
| 28 | EMROSE DATA INC<br>25125 DETROIT RD STE 140<br>WESTLAKE OH 44145-2500 | 01-01139<br>W.R. GRACE & CO. | 7199 | $1,090.37 | (U) | REDUCE AND ALLOW | $665.47 | (U) | SUSTAINED |
| 29 | ENSIGN THE FLORIST<br>1300 S CREST RD<br>ROSSVILLE GA 30741 | 01-01139<br>W.R. GRACE & CO. | 721 | $56.71 | (S) | RECLASSIFY | $56.71 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01200 H-G COAL COMPANY | 7824 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 31 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01194 REMEDIUM GROUP, INC. | 7830 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 32 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01191 MRA HOLDINGS CORP. | 7833 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 33 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01190 MONROE STREET, INC. | 7834 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 34 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01189 MONOLITH ENTERPRISES | 7835 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 35 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01158 GN HOLDINGS, INC. | 7865 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 36 | HAYES MECHANICAL INC 2160 N ASHLAND AVE CHICAGO IL 60614 | 01-01139 W.R. GRACE & CO. | 2404 | $2,447.92 | (U) | REDUCE AND ALLOW | $2,272.33 | (U) | | SUSTAINED |
| 37 | HAZMATPAC INC 5301 POLK BLDG #1B HOUSTON TX 77023 | 01-01140 W.R. GRACE & CO.-CONN. | 1690 | $187.34 | (P) | RECLASSIFY | $187.34 | (U) | | SUSTAINED |
| 38 | HERRON VALUE 103 ENTERPRISE DR ROYERSFORD PA 19468 | 01-01139 W.R. GRACE & CO. | 1539 | $3,655.75 | (P) | RECLASSIFY | $3,655.75 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured  (T) - Total
(P) - Priority  (U) - Unsecured

Page 4 of 8

8/18/2003 11:24:23 AM

In re: **W.R. GRACE & CO.**
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*/Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 39 | HOLMAN BOILER WORKS<br>PO BOX 740<br>BUFFALO NY 14217 | 01-01139<br>W.R. GRACE & CO. | 418 | $16,830.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 40 | HUFFMAN LABORATORIES INC<br>4630 INDIANA ST<br>GOLDEN CO 80403 | 01-01139<br>W.R. GRACE & CO. | 2714 | $10,872.03 (U) | REDUCE AND ALLOW | $10,711.00 | (U) | SUSTAINED |
| 41 | IMES ENGINEERING INC<br>11843 MARKET PLACE AVE STE A<br>BATON ROUGE LA 70816 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1332 | $153.45 (P) | RECLASSIFY | $153.45 | (U) | SUSTAINED |
| 42 | ISCO INC<br>4700 SUPERIOR ST<br>LINCOLN NE 68504 | 01-01139<br>W.R. GRACE & CO. | 1541 | $1,429.51 (U) | REDUCE AND ALLOW | $1,425.26 | (U) | SUSTAINED |
| 43 | J&J MANUFACTURING CO<br>PO BOX 8295<br>BEAUMONT TX 77725 | 01-01140<br>W.R. GRACE & CO.-CONN. | 38 | $957.80 (P) | RECLASSIFY | $957.80 | (U) | SUSTAINED |
| 44 | JOHN H CARTER CO INC<br>LOBMAN CARNAHAN BATT ANGELLE & NADER<br>400 POYDRAS ST STE 2300<br>NEW ORLEANS LA 70130 | 01-01139<br>W.R. GRACE & CO. | 1933 | $4,945.67 (U) | REDUCE AND ALLOW | $4,945.67 | (U) | SUSTAINED |
| 45 | JOHNSONS BROTHERS INC<br>5498 WALLINGFORD RD<br>FLEMINGSBURG KY 41041 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1518 | $21,677.83 (U) | REDUCE AND ALLOW | $21,568.12 | (U) | SUSTAINED |
| 46 | KENNETH TECHNOLOGY<br>9 BACORN RD<br>FLEMINGTON NJ 08822 | 01-01139<br>W.R. GRACE & CO. | 1250 | $1,432.00 (P) | RECLASSIFY | $1,432.00 | (U) | SUSTAINED |
| 47 | LESSARD ENVIRONMENTAL INC<br>CORPORATE HEADQUARTERS<br>46R PRINCE ST<br>DANVERS MA 01923 | 01-01139<br>W.R. GRACE & CO. | 1086 | $445.02 (U) | REDUCE AND ALLOW | $392.10 | (U) | SUSTAINED |
| 48 | MCKENZIE PEST CONTROL INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 771 | $1,000.00 (U) | REDUCE AND ALLOW | $500.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority    (S) - Secured (U) - Unsecured    (T) - Total

In re: W.R. GRACE & CO.
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars *Class** | | Relief Requested | Allowed Claim Amount | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | MID ATLANTIC LABEL INC<br>105 INDUSTRY LN<br>PO BOX 363<br>FOREST HILL MD 21050 | 01-01139<br>W.R. GRACE & CO. | 1109 | $5,352.14 | (U) | REDUCE AND ALLOW | $4,396.08 | (U) | | SUSTAINED |
| 50 | MID-AMERICA DYNAMICS INC<br>4513 LINCOLN AVE STE 200<br>LISLE IL 60532 | 01-01139<br>W.R. GRACE & CO. | 2210 | $5,122.86 | (U) | REDUCE AND ALLOW | $4,993.34 | (U) | | SUSTAINED |
| 51 | MOLYCHEM LLC<br>PO BOX 5063<br>ROCKFORD IL 61125-0063 | 01-01139<br>W.R. GRACE & CO. | 971 | $63,211.59 | (U) | REDUCE AND ALLOW | $53,947.91 | (U) | | SUSTAINED |
| 52 | MONUMENT ENVIRONMENTAL LLC<br>PO BOX 514<br>MONUMENT CO 80132 | 01-01139<br>W.R. GRACE & CO. | 1235 | $3,241.05 | (P) | RECLASSIFY | $3,241.05 | (U) | | SUSTAINED |
| 53 | PALLET KING INC<br>1800 NW 22ND ST<br>POMPANO BEACH FL 33069 | 01-01139<br>W.R. GRACE & CO. | 4091 | $2,385.00 | (U) | REDUCE AND ALLOW | $2,250.00 | (U) | | SUSTAINED |
| 54 | PENNONI ASSOCIATES INC<br>ATTN PETER J COOTE ESQUIRE<br>ONE DREXEL PLAZA 3001 MARKET ST<br>PHILADELPHIA PA 19104-2897 | 01-01139<br>W.R. GRACE & CO. | 2776 | $1,232.50 | (P) | RECLASSIFY | $1,232.50 | (U) | | SUSTAINED |
| 55 | PENNSYLVANIA STEEL CO INC<br>1717 WOODHAVEN DR<br>BENSALEM PA 19020 | 01-01139<br>W.R. GRACE & CO. | 2805 | $479.00 | (U) | REDUCE AND ALLOW | $456.19 | (U) | | SUSTAINED |
| 56 | PERKS WELDING CO INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 636 | $2,607.43 | (U) | REDUCE AND ALLOW | $2,509.57 | (U) | | SUSTAINED |
| 57 | PUMP SPECIALTIES INC<br>9428 W 47TH ST<br>BROOKFIELD IL 60513 | 01-01139<br>W.R. GRACE & CO. | 941 | $893.85 | (S) | RECLASSIFY | $893.85 | (U) | | SUSTAINED |
| 58 | ROBERT SHAUN HUGHEY DBA<br>630 PARTON LN<br>RINGGOLD GA 30736 | 01-01139<br>W.R. GRACE & CO. | 15179 | $3,807.73 | (P) | RECLASSIFY | $3,807.73 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: **W.R. GRACE & CO.**
**OMNIBUS 1 - EXHIBIT C - SUSTAINED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 59 | RUTGERS ORGANICS CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 772 | $2,508.00 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 60 | SAFETY HOUSE LLC<br>2010 ENTERPRISE BLVD<br>LAKE CHARLES LA 70601 | 01-01139<br>W.R. GRACE & CO. | 2123 | $17,656.76 | (U) | REDUCE AND ALLOW | $12,997.62 | (U) | SUSTAINED |
| 61 | SCOT DIV ARDOX CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 774 | $1,212.19 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 62 | SE & A FORMERLY MILLTRONICS INC<br>734 W NORTH CARRIER PKWY<br>GRAND PRAIRIE TX 75050 | 01-01139<br>W.R. GRACE & CO. | 2384 | $9,042.00 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 63 | SENIOR PRODUCTS A DIV POLYDISC<br>PO BOX 342<br>CROWN POINT IN 46308 | 01-01139<br>W.R. GRACE & CO. | 889 | $11,853.41 | (U) | REDUCE AND ALLOW | $8,312.80 | (U) | SUSTAINED |
| 64 | SILVERSON MACHINES INC<br>PO BOX 589<br>EAST LONGMEADOW MA 01028 | 01-01139<br>W.R. GRACE & CO. | 963 | $5,367.00 | (P) | RECLASSIFY | $5,367.00 | (U) | SUSTAINED |
| 65 | SOUTHERN BAG CORPORATION<br>25 WOODGREEN PLACE<br>MADISON MS 39110 | 01-01139<br>W.R. GRACE & CO. | 74 | $135,807.58 | (S) | RECLASSIFY | $135,807.58 | (U) | SUSTAINED |
| 66 | SPARKLE CLEAN<br>PO BOX 1355<br>SORRENTO FL 32776 | 01-01139<br>W.R. GRACE & CO. | 1538 | $288.90 | (P) | RECLASSIFY | $288.90 | (U) | SUSTAINED |
| 67 | TESTING ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 640 | $1,274.00 | (U) | REDUCE AND ALLOW | $168.00 | (U) | SUSTAINED |
| 68 | TRANS-COASTAL INDUSTRIES INC<br>PO BOX 88280<br>ATLANTA GA 30356 | 01-01139<br>W.R. GRACE & CO. | 1647 | $35,435.01 | (U) | REDUCE AND ALLOW | $35,434.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

In re: **W.R. GRACE & CO.**

## OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 69 | UNDERWOOD AIR SYSTMES INC<br>PO BOX 44261<br>ATLANTA, GA 30336 | 01-01140<br>W.R. GRACE & CO.-CONN. | 58 | $11,916.93 | (U) | REDUCE AND ALLOW | $11,740.82 | (U) | SUSTAINED |
| 70 | US FLOW CORP MUTUAL MFG &<br>3300 SPRING GROVE AVE<br>CINCINNATI OH 45225 | 01-01139<br>W.R. GRACE & CO. | 2069 | $5,155.74 | (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | SUSTAINED |
| 71 | WILLIAMS SCOTSMAN INC<br>8211 TOWN CENTER DRIVE<br>BALTIMORE MD 21236 | 01-01140<br>W.R. GRACE & CO.-CONN. | 738 | $393.75 | (P) | RECLASSIFY | $393.75 | (U) | SUSTAINED |
| 72 | WILSON-TEXAS MILL SUPPLY<br>PO BOX 1492<br>HOUSTON TX 77251-1492 | 01-01139<br>W.R. GRACE & CO. | 1803 | $10,203.12 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured