IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 4089 and 8/25/03 |

Agenda Item No. 8

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon the Second Omnibus Objection of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Second Omnibus Objection and all responses thereto; and due and proper notice of the Second Omnibus Objection having been given, it is hereby

ORDERED that the Objection to each of the Claims listed on Exhibits A & B to this Order is continued to the September 22, 2003, hearing; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit C to this Order is withdrawn without prejudice to the right of the Debtors to object to such Claim on any grounds in the future; and it is further

ORDERED that the Objection to each Claim listed on Exhibits D & F to this Order is granted and each claim listed is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each Claim listed on Exhibits E & G to this Order as an Expunged Claim is expunged and disallowed for all purposes; and it is

further

ORDERED that each Surviving Claim with relates to a duplicate or amended claim as set forth on <u>Exhibits E & G</u> shall be considered to be timely filed, notwithstanding its actual filing date; and it is further

ORDERED that, to the extent that a claimant whose claim is expunged pursuant to this Order has an asbestos-related personal injury claim (a "PI Claim"), the expunging of the claim pursuant to this Order shall not affect the rights of that claimant to later file a proof of claim for its PI Claim, without leave of Court, and with such PI Claim being subject to applicable defenses of the Debtors once any bar date that may be established by the Court relating to the assertion of PI Claims is so established or any other procedure with respect to the assertion of PI Claims is established in these chapter 11 cases; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August 25, 2003

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge