In re: **W.R. GRACE & CO.**

## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 1 | ADAMS, CHARLES T<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 271 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 2 | ALLEGHENY CENTER ASSOCIATES<br>ALLEGHENY CENTER ASSOCIATES, MALL MGMT<br>PITTSBURGH PA 15212 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9778 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 3 | BARR, CHESTER A<br>11722 31ST DR SE<br>EVERETT WA 98208-6117 | 01-01139<br>W.R. GRACE & CO. | 2230 | $5,434.00 | (S) | SHAREHOLDER - STOCK<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 4 | BOLES, RUTH<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 212 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 5 | BROWN, JAMES H<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 213 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 6 | BROWN, JOSEPH<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 214 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 7 | BRYANT, WILLIAM R<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 215 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 8 | BUFORD, HAROLD<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 216 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 9 | CHAMPINE, FREDDIE<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 217 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 10 | CLARK, GERALD R<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 218 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 11 | CONSTANCE, ALGEA J<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 219 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| # | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 12 | COX, DURWARD<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 220 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 13 | CREEL, L D<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 222 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 14 | CROCHET, GERALDINE<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 223 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 15 | CROCHET, JOHN E<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 221 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 16 | DEAN, CLAUD<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 224 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 17 | DORE, STEVEN<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 225 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 18 | DORR, ANDREW<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 226 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 19 | DOUCET, L J<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 227 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 20 | GARCIA, RUBY<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 228 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 21 | GOODMAN, MASSEY B<br>CO ROXIE VIATOR<br>2728 WESTER AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 230 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured  (T) - Total
(P) - Priority  (U) - Unsecured

8/22/2003 2:55:47 PM

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 22 | GRANGER, LARRY<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 229 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 23 | GRANT, IRELAND<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 231 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 24 | HARRIS, HARVEY<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 232 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 25 | HEUFELDER, SYLVIA<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 233 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 26 | HOELZER, CARL J<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 234 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 27 | HUNSINGER, DONALD<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 235 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 28 | JACKSON, BILLY W<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 236 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 29 | JOHNSON, JOHNNY<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 237 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 30 | KIBODEAUX, PAUL E<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 238 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 31 | LADD, GLENN B<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 240 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 32 | LINSCOMB, ROBERT<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 239 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 33 | LOBB, JOE B<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 241 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 34 | LUCAS, STANLEY B<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 242 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 35 | LUKER, JAMES R<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 243 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 36 | MAY, GEORGE<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 244 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 37 | MCDONALD, RUFUS<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 245 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 38 | MELLO, AVENA<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 246 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 39 | NANCE, ANDREW D<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 247 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 40 | PIGGOTT, TERRELL<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 248 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 41 | PURSER, DONALD<br>C/O ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 249 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 42 | REEVES, EARL<br>ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 250 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 43 | REPPOND, JESSIE<br>CO ROXIE VIATOR<br>2728 WESTERN<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 252 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 44 | RICHARD, LEROY<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 253 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 45 | RICHARDSON SR, RODY L<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 254 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 46 | RYAN, EMORY<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 255 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 47 | SCALES, RICHARD<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 256 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 48 | SCARBOROUGH, WALTER R<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 257 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 49 | SELZER, RAYMOND<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 258 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 50 | STATE OF CALIFORNIA DEPT OF GENERAL SERV<br>707 THIRD STREET, 6TH FLOOR<br>WEST SACRAMENTO CA 95605 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12646 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 51 | TEEL, WELDON<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 270 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.

# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|
| 52 | TERRELL, WILLIS H<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 259 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 53 | THE TAUBMAN COMPANY<br>200 EAST LONG LAKE RD<br>BLOOMFIELD HILLS MI 48303 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5569 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 54 | THOMPSON, DALE<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 260 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 55 | THOMPSON, RUFUS<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 261 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 56 | TRAHAN, JAMES H<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 262 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 57 | TURNER SR, JACK C<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 263 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 58 | TURNER, VERNON<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 264 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 59 | WADE, JOHN<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 265 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 60 | WENDLING, WEBSTER L<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 266 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |
| 61 | WOODCOCK, HELEN<br>CO ROXIE VIATOR<br>2728 WESTERN AVE<br>ORANGE TX 77630 | 01-01140<br>W.R. GRACE & CO.-CONN. | 268 | $500,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\*\*(A) - Administrative     (S) - Secured     (T) - Total
(P) - Priority     (U) - Unsecured

8/22/2003 2:55:48 PM