In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, ALICE DIANE<br>519 EAST 4TH STREET<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13912 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 2 | BACHIOCCHI, CANDIDA<br>C/O STEPHEN C EMBRY ESQ<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 429 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 3 | BALOGA, ALOYS JOSEPH<br>10 HILLCREST DR<br>DALLAS PA 18612 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1726 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 4 | BARKER, LAWRENCE<br>1606 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11331 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 5 | BARKO JR, WALLACE<br>1916 THIRD STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11332 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 6 | BAVER, GEORGE JAMES<br>203 EAST SPRUCE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4712 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 7 | BENDER, PATSY ANN<br>PO BOX 1622<br>BAY SPRINGS MS 39422 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1793 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 8 | BENEFIELD, DONALD CHARLES<br>264 VICKS DRIVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13905 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 9 | BRALEY, EUGENE ALFRED<br>651 QUARTZ ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4711 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 10 | BRANCH, SUE<br>1226 WASHINGTON ST NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11333 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 11 | BUNDROCK, DANIEL ARTHUR<br>1421 UTAH AVENUE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9674 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 12 | BURKS, WILLIE B<br>141 JENKINS DR<br>SAVANNAH GA 31405 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12753 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 13 | CAMPEAU, THOMAS FRANCIS<br>11544 W CTY RD 612<br>FREDERIC MI 49733 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2128 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured     (T) - Total
(P) - Priority              (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 14 | CAROL, GRAHAM A<br>823 F MEADOWLAND DRIVE<br>NAPLES COLLIER FL 34108 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9649 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 15 | CARR, EVELYN MARIE<br>1681 HIGHWAY 2 SOUTH<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5563 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 16 | CARR, MATTIE FEARS<br>PO BOX 4162<br>OPELIKA AL 36803 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2430 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 17 | CAUWELS, SCOTT<br>1915 SIXTH STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11264 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 18 | CHASE, ADAM STEPHEN<br>1427 ADAMS STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11334 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 19 | CHRISTENSEN, DWIGHT<br>681 SUMMER STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11336 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 20 | CHRISTIANSEN, DAVID JOSEPH<br>1033 AARON COURT<br>MISSOULA MT 59804 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13910 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 21 | CISEWSKI, CAROLINE<br>1332 - 1334 MADISON STREET<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11335 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 22 | CLEMONS, JOHN D<br>2268 FARM TO MARKET ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4710 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 23 | COLE, EDDY J<br>2223 SNOWSHOE ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5559 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 24 | CRAIG, JAMES<br>2101 5TH STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11337 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 25 | DAUSTAR, BRAD<br>508 20TH AVENUE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11338 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 26 | DAVIS, DR JOHN ROBERT<br>815 CHILDS STREET<br>CORINTH MS 38834 | 01-01140<br>W.R. GRACE & CO.-CONN. | 10579 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured  (T) - Total
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | DEPAUW, MARK<br>1338 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11339 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 28 | DRAKE, HEIDI MARIA<br>158 FOREST AVENUE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13911 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 29 | ELLETSON, RODNEY<br>500 TAYLOR ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5561 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 30 | ERICKSON, RODNEY A.<br>280 DOLPHIN LANE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5557 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 31 | ERRICHETTI, JOHN<br>C/O STEPHEN C EMBRY ESQ<br>118 POQUONNOCK ROAD<br>GROTON, CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 425 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 32 | FIEBIGER, DAVID & GAIL<br>1316 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11340 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 33 | FINEBERG, JORDAN<br>825 19TH AVE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11341 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 34 | FLETCHER, GERALDINE M<br>377 THOMAS STREET<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5562 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 35 | FORLAND, JEAN<br>1515 FOURTH STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11342 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 36 | FOSS, PATRICIA<br>636 22ND AVENUE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11343 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 37 | FREEBURY, DANNY JAMES<br>1302 AIRTH AVENUE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5554 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 38 | FULLER, STEVEN<br>1212 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11344 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 39 | GALLAGHER, LARRY<br>1417 FIFTH STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11345 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 40 | GARRISON, CHARLENE M<br>12 1 2 GARRISON RD PO BOX 424<br>TROY MT 59935 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5564 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 41 | GUBBIN, JULIE<br>1508 MADISON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11346 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 42 | HARRIS, TOBI CHRISTINE<br>1530 CALIFORNIA STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11347 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 43 | HEDAHL, KEITH<br>94 RAINBOW LANE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5558 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 44 | JOHNSON, KEITH<br>2314 QUINCY STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11349 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 45 | JONK, TRISTA<br>1813 JACKSON STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11350 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 46 | JUDKINS, JACK DEAN<br>2537 BULL LAKE ROAD<br>TROY MT 59935 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6087 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 47 | KELLEY, DOUGLAS<br>3819 US HIGHWAY 2 SOUTH<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6092 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 48 | KELLY, JOSEPH<br>418 INDIANHEAD ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9668 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 49 | KELLY, LAWRENCE DOUGLAS<br>1304 WASHINGTON AVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4396 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 50 | KERR, EDWARD B<br>1308 EVANGELINE<br>DEARBORN HEIGHTS MI 48127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1413 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 51 | KNAUSS, DONALD LEE<br>PO BOX 1443<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3054 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 52 | KOURI, MARTIN<br>1138 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11351 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 53 | KOURI, NAMIE<br>1138 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11352 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 54 | KOURI, THOMAS<br>2000 FOURTH STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11353 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 55 | KOVENSKY, WAYNE<br>1407 ADAMS STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11354 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 56 | KUELBS, LEO<br>33 SOUTH SIXTH STREET, SUITE 4100<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11355 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 57 | KUHA, ELLA<br>2106 4TH STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11356 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 58 | KVAPIL, CELIA JANE<br>182 FARM TO MARKET ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6093 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 59 | LANDRY, JOHN<br>20276 SPOONBILL CT<br>ROGERS MN 55374 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11357 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 60 | LAWRENCE LAMAR RICE WEST MELBOURNE<br>49 PARKHILL BOULEVARD<br>WEST MELBOURNE FL 32904 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12754 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 61 | LECKRONE, DEAN BRADFORD<br>1108 LOUISIANA AVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13909 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 62 | LEES, TIMOTHY<br>1518 MADISON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11358 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 63 | LEHNERT, ARNOLD<br>420 INDIANHEAD ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9662 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 64 | LINDSAY, DUANE EDWARD<br>412 PARMENTER AVENUE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6094 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 65 | MARTIN, PHILIP<br>1610 MADISON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11360 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

8/22/2003 2:59:00 PM

In re: **W.R. GRACE & CO.**
**OMNIBUS 2 - EXHIBIT C - WITHDRAWN**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 66 | MARTIN, SHARON<br>1134 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11361 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 67 | MISKOWIEK, MICHAEL<br>1432 FIFTH STREET NE #3<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11362 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 68 | MOBLEY, ERICA MICHELL<br>317 WEST CHESTNUT<br>COWETA OK 74429 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11359 | | | LATE FILED<br>EXPUNGE | WITHDRAWN |
| 69 | MOBLEY, ERICA MICHELL<br>317 WEST CHESTNUT<br>COWETA OK 74429 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11359 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 70 | MUNSEL, DONALD<br>390 AUTUMN ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9667 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 71 | NAI COLLINS SHARP KOELLA INC<br>900 S GAY ST #1904<br>KNOXVILLE TN 37902 | 01-01140<br>W.R. GRACE & CO.-CONN. | 23 | $13,800.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 72 | NELSON, PETE O<br>506 INDIANHEAD ROAD<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9669 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 73 | NIGHTLINGER, GERALD THOMAS<br>1177 EAST BEAMISH ROAD<br>MIDLAND MI 48642 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12778 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 74 | NORDSTROM, ROBERT<br>690 LOWRY AVENUE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11363 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 75 | ORR, HOWARD KING<br>320 SHALOM DRIVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9666 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 76 | OSTLUND, CHYLEEN<br>1412 MONROE STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11364 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 77 | PAKIETZIS, ZAHARIAS<br>7201 36TH AVENUE N APT 118<br>CRYSTAL MN 55427 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11365 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 78 | PARKER, MELVIN GEORGE<br>472 RIVERVIEW DRIVE<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9657 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 79 | PATCH, GARY<br>33 SOUTH SIXTH STREET SUITE 4100<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11366 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 80 | PAUL, NORMAN<br>CARLINVILLE IL 62626 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4717 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 81 | PAULETTE, MARCELLA MAE<br>287 TOWNSHIP RD 267<br>AMSTERDAM OH 43903 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2361 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 82 | PICHE, LOUIS<br>164 BLVD JUTRAS EST<br>VICTORIAVILLE QC G6P4M1<br>CANADA | 01-01140<br>W.R. GRACE & CO.-CONN. | 1471 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 83 | REZAI, MAHTAB<br>1539 4TH STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11367 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 84 | RIEWOLDT, JOHN HOWARD<br>10853 HIGHWAY 37<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9665 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 85 | ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI<br>1590 EAST FIFTH STREET<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9663 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 86 | RUSSINIK, JOHN<br>429 20TH AVENUE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11368 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 87 | SCHACK, GAIL<br>1210 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11369 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 88 | SCHAEFER, WILLIAM<br>1435 ADAMS STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11370 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 89 | SELLERS, CARLA<br>1732 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11371 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 90 | SEYMOUR, JEAN<br>1812 5 STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11372 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 91 | SMITH, JOHN<br>33 SOUTH SIXTH STREET, SUITE 4100<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11373 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 92 | SOUCEK, ALBERT JON<br>1715 FIFTH STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11374 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 93 | SPEIDEL, TIMOTHY JON<br>1724 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11375 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 94 | SPENCER, BARBARA A<br>2498 HIGHWAY 2 SOUTH<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9681 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 95 | SPINGLER, CLIFFORD M<br>1233 NW 199TH PL<br>SHORELINE WA 98177 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5386 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 96 | ST JOHN'S EVANGELICAL LUTHERAN CHURCH<br>610 BROADWAY STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11378 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 97 | STEWART, FANETTE L<br>621 EAST 40TH AVE<br>SPOKANE WA 99203 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12750 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 98 | STEWART, FANETTE LLOYS<br>621 EAST 40TH AVE.<br>SPOKANE WA 99203 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12751 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 99 | SYDLOSKI, DELORES<br>1431 4 STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11376 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 100 | SZYKULSKI, CLEMENS<br>2407 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11377 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 101 | TAFT, ELIZABETH<br>1718 JEFFERSON STREET NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11380 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 102 | THEONNES, LOIS GLORIA<br>PO BOX 46<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5577 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 103 | TREFFERT, BRIAN<br>33 SOUTH SIXTH STREET SUITE 4100<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11379 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 104 | TREMBLAY, THOMAS<br>C/O STEPHEN C EMBRY ESQ<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01139<br>W.R. GRACE & CO. | 427 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority           (U) - Unsecured

8/22/2003 2:59:01 PM

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 105 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K<br>701 NORTH 7TH STREET SUITE 532<br>KANSAS CITY KS 66101 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11315 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 106 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K<br>701 NORTH 7TH STREET STE 532<br>KANSAS CITY KS 66101 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11317 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 107 | VAN PATTEN, FRED<br>C/O STEPHEN C EMBRY ESQ<br>118 POQUONNOCK ROAD<br>GROTON CT 06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 428 | $1,000,000.00 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 108 | VAN RYSULK, PAUL<br>1927 UNIVERSITY AVENUE NE<br>MINNEAPOLIS MN 55418 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11381 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 109 | VANDERWOOD, RANDY<br>1337 ADAMS STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11382 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 110 | WAGNER, JOHN FRANCIS<br>28000 YAAK RIVER ROAD PO BOX 153<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9670 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 111 | WAGNER, MICHAEL CHARLES<br>3696 SECOND STREET EXTENSION WEST<br>LIBBY MT 59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6089 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 112 | WELCH, DENNIS ALBERT<br>172 ST REGIS ROAD PO BOX 396<br>TROY MT 59935 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6090 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 113 | WELCH, ROBERT JAMES<br>155 ST REGIS HAUL RD<br>TROY MT 59935 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6091 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 114 | WITTENBERG, WILLIAM R<br>6110 PANORAMA DR NE<br>TACOMA WA 98422 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1724 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |
| 115 | WORLEY, WILLIAM<br>1720 SIXTH STREET NE<br>MINNEAPOLIS MN 55413 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11383 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured (T) - Total
(P) - Priority (U) - Unsecured

8/22/2003 2:59:01 PM

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT D - RESPONSE FILED, SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BISHOP, VESTER<br>5840 TRAVIS ST<br>SCOTTSMOOR FL 32775 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15280 | | | LATE FILED<br>EXPUNGE | SUSTAINED |
| 2 | NELSON, DENNIS JOHN<br>PO BOX 149 EXCHANGE ST<br>ATTICA NY 14011 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2159 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 3 | PIRTLE, FLOYD<br>531 1ST AVE SE<br>ARDMORE OK 73401 | 01-01139<br>W.R. GRACE & CO. | 2440 | BLANK | (P) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 4 | SULLIVAN, EUGENE PAUL<br>FEDERAL MEDICAL CENTER<br>PO BOX 14500<br>LEXINGTON KY 40512 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1792 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Page 1 of 1    8/18/2003 12:00:19 PM

# In re: W.R. GRACE & CO.

## OMNIBUS 2 - EXHIBIT E - RESPONSE FILED, SUSTAINED - SURVIVING CLAIM

| | Claims to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CITY OF CAMBRIDGE, MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141<br>Relief Requested: EXPUNGE | 01-01140 | 685 | $14,829,000.00 | (U) | CITY OF CAMBRIDGE MASSACHUSETTS<br>STEPHEN D ANDERSON ESQ<br>43 THORNDIKE ST<br>CAMBRIDGE MA 000002141 | 01-01139 | 4722 | $14,829,000.00 | (U) |
| 2 | CITY OF CAMBRIDGE, MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141<br>Relief Requested: EXPUNGE | 01-01140 | 685 | $14,829,000.00 | (U) | CITY OF CAMBRIDGE MASSACHUSETTS<br>795 MASSACHUSETTS AVENUE<br>CAMBRIDGE MA 000002139 | 01-01140 | 4723 | | (U) |
| 3 | CITY OF CAMBRIDGE, MASSACHUSETTS<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141<br>Relief Requested: EXPUNGE | 01-01139 | 674 | $14,829,000.00 | (U) | CITY OF CAMBRIDGE MASSACHUSETTS<br>STEPHEN D ANDERSON ESQ<br>43 THORNDIKE ST<br>CAMBRIDGE MA 000002141 | 01-01140 | 4720 | $14,829,000.00 | (U) |
| 4 | CITY OF CAMBRIDGE, MASSACHUSETTS<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141<br>Relief Requested: EXPUNGE | 01-01139 | 674 | $14,829,000.00 | (U) | CITY OF CAMBRIDGE MASSACHUSETTS<br>795 MASSACHUSETTS AVENUE<br>CAMBRIDGE MA 000002139 | 01-01140 | 4721 | | (U) |
| 5 | FONTENOT, LUCY<br>RUSSELL L COOK JR<br>1221 LAMAR ST STE 1300<br>HOUSTON TX 77010<br>Relief Requested: EXPUNGE | 01-01139 | 2710 | $1,000,000.00 | (U) | FONTENOT, LUCY<br>RUSSELL L COOK JR<br>1221 LAMAR ST<br>STE 1300<br>HOUSTON TX 77010 | 01-01139 | 2513 | $1,000,000.00 | (U) |
| 6 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952<br>Relief Requested: EXPUNGE | 01-01193 | 176 | $6,870.32<br>$250.00 | (P)<br>(U) | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTIONS<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01-01193 | 274 | $6,870.32<br>$250.00 | (P)<br>(U) |
| 7 | JM FOSTER INC<br>JAMES A LEE PRESIDENT<br>9200 GREENWOOD AVE<br>MUNSTER IN 46321<br>Relief Requested: EXPUNGE | 01-01140 | 7598 | $157,728.93 | (U) | JM FOSTER INC<br>JAMES A LEE PRESIDENT<br>9200 GREENWOOD AVE<br>MUNSTER IN 46321 | 01-01140 | 7594 | $157,728.93 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 3                                                                                                                                                    8/18/2003 12:05:55 PM

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT E - RESPONSE FILED, SUSTAINED - SURVIVING CLAIM

| | Claims to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 8 | MORRIS, WAYNE<br>310 GOLDEN SHORE 4TH FL<br>LONG BEACH CA 90802<br>Relief Requested: EXPUNGE | 01-01139 | 21 | UNKNOWN | (U) | MORRIS, WAYNE<br>310 GOLDEN SHORE 4TH FL<br>LONG BEACH CA 90801 | 01-01139 | 386 | UNKNOWN | (U) |
| 9 | OCCIDENTAL PERMIAN LTD FORMERLY ALT<br>580 WESTLAKE PARK BLVD<br>HOUSTON TX 77079<br>Relief Requested: EXPUNGE | 01-01140 | 422 | $312,552.10 | (U) | OCCIDENTAL PERMIAN LTD FKA ALTURA EN<br>JOHN W HAVINS<br>1001 MCKINNEY STE 500<br>HOUSTON TX 77002 | 01-01140 | 7018 | $318,984.73 | (U) |
| 10 | PROCESS MEASUREMENT & CONTROL INC<br>C/O CRAIG MORRIS<br>PO BOX 75057<br>HOUSTON TX 77234<br>Relief Requested: EXPUNGE | 01-01139 | 6437 | $71,905.50 | (U) | PROCESS MEASUREMENT & CONTROL INC<br>PO BOX 75057<br>HOUSTON TX 77234 | 01-01139 | 1812 | $71,905.50 | (U) |
| 11 | SHANKLIN CORPORATION<br>SEALED AIR CORPORATION<br>PARK 80 E<br>ATTN H KATHERINE WHITE<br>SADDLE BROOK NJ 000007663<br>Relief Requested: EXPUNGE | 01-01140 | 13102 | $4,811,962,836.55 | (U) | SHANKLIN CORPORATION<br>SEALED AIR CORPORATION<br>ATTN H KATHERINE WHITE<br>PARK 80 E<br>SADDLE BROOK NJ 000007663 | 01-01140 | 14356 | $4,811,962,836.55 | (U) |
| 12 | SHANKLIN CORPORATION<br>SEALED AIR CORPORATION<br>PARK 80 E<br>ATTN H KATHERINE WHITE<br>SADDLE BROOK NJ 000007663<br>Relief Requested: EXPUNGE | 01-01140 | 13103 | $4,811,962,836.55 | (U) | SHANKLIN CORPORATION<br>SEALED AIR CORPORATION<br>ATTN H KATHERINE WHITE<br>PARK 80 E<br>SADDLE BROOK NJ 000007663 | 01-01139 | 14341 | $4,811,962,836.55 | (U) |
| 13 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br>Relief Requested: EXPUNGE | 01-01140 | 1213 | $116,629.24 | (A) | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIV OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 785 | $116,629.24 | (A) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT E - RESPONSE FILED, SUSTAINED - SURVIVING CLAIM

| | Claims To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 14 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>Relief Requested: EXPUNGE | 1214 | $149,730.68 | (P) | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 871 | $149,730.68 | (P) |
| 15 | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>Relief Requested: EXPUNGE | 359 | $122,240.11 | (P) | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 871 | $149,730.68 | (P) |
| 16 | STATE OF NEW JERSEY DIV OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON NJ 08646 | 01-01140<br>Relief Requested: EXPUNGE | 358 | $17,503.74 | (A) | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIV OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 785 | $116,629.24 | (A) |
| 17 | STATE OF NEW YORK<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140<br>Relief Requested: EXPUNGE | 2242 | $465.83 | (S) | NEW YORK STATE DEPT OF TAXATION AND<br>BANCKRUPTSY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 2705 | $465.83<br>$10.41<br>$467.00 | (S)<br>(P)<br>(U) |
| 18 | WACHOVIA BANK NATIONAL ASSOCIATION<br>TODD C MEYERS ESQ<br>1100 PEACHTREE ST STE 2800<br>ATLANTA GA 30309 | 01-01139<br>Relief Requested: EXPUNGE | 2906 | $49,979,700.00 | (U) | WACHOVIA BANK NATIONAL ASSOCIATION<br>C/O TODD C MEYERS ESQ<br>1100 PEACHTREE ST STE 2800<br>ATLANTA GA 30309 | 01-01140 | 3068 | $49,979,700.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Page 3 of 3                                                                                       8/18/2003 12:05:55 PM