## **EXHIBIT A**
April Fee Application

4059

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 31, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

### SUMMARY OF THE NINETEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:

September 18, 2001, effective as of September 18, 2001

Period for which compensation and reimbursement is sought:

April 1, 2003 through April 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $30,037.50   (80% = $24,030.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,427.54

This is an:   X monthly    ___ interim    ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 6/27/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | Pending | Pending |

As indicated above, this is the nineteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,110.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 36 | Litigation | $220.00 | 16.00 | $3,520.00 |
| Robert A. Murphy | Senior Counsel | 36 | Litigation | No Charge | .05 | $0.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $200.00 | 2.10 | $420.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $190.00 | 33.70 | $6,403.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $85.00 | 113.70 | $9,664.50 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $85.00 | 1.60 | $136.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $85.00 | 116.40 | $9,894.00 |
| TOTALS | | | | | 283.55 | $30,037.50 |

**Total Fees:** **$30,037.50**

4

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $7.74 | $0.89 |
| Postage | $0.60 | $0.00 |
| Federal Express | $12.31 | $23.85 |
| Travel | $0.00 | $1,234.65 |
| Outside Photocopying | $217.00 | $0.00 |
| Photocopying ($.012/page) | $43.20 | $11.28 |
| Rent Reimbursement | $12,406.32 | $0.00 |
| Miscellaneous | $388.95 | $80.75 |
| SUBTOTAL | $13,076.12 | $1,351.42 |

**Total Expenses:**       **$14,427.54**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 235.80 | $22,249.50 |
| Fee Applications, Applicant | 9.75 | $2,125.00 |
| ZAI Science Trial | 38.00 | $5,663.00 |
| Expenses | N/A | $13,076.12 |
| ZAI Science Trial Expenses | N/A | $1,351.42 |
| TOTALS | 283.55 | $44,465.04 |

5

Dated: June 27, 2003

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/244312

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 31, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number  56259
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through April 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/03 | ARA | Oversee wrap up of document review (1.4). Telephone calls to/from MTM re: boxes to be returned to Recordkeeper (.4). | 1.80 Hrs | $153.00 |
| 04/01/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 7.50 Hrs | $637.50 |
| 04/02/03 | ARA | Telephone calls to and from Terry Duquette (sp) at Grace, Cambridge re: the pick up and return of Recordkeeper boxes (.3); prepare boxes for pick up (.6). Oversee wrap up of document review (1.6). Document control (.3). | 2.80 Hrs | $238.00 |
| 04/02/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 7.50 Hrs | $637.50 |
| 04/03/03 | ARA | Telephone calls to and from Terry at Grace Cambridge re: Recordkeeper box pick up (.4); prepare boxes for pick up (4.7). Oversee wrap up of document review (.8). | 5.90 Hrs | $501.50 |
| 04/03/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (4.0). Prepare boxes of documents for their return to Recordkeeper (3.5). | 7.50 Hrs | $637.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/04/03 | RAM | Read updated entries on bankruptcy court docket to select documents to read. | 0.10 Hrs | $22.00 |
| 04/04/03 | ARA | Telephone calls to and from Terry at Grace Cambridge re: pick up of Recordkeeper boxes (.2); prepare for pick up of boxes (2.3). Assist with inventory of boxes (4.5). | 7.00 Hrs | $595.00 |
| 04/04/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 04/04/03 | EKL | Inventory boxes of documents for pickup by Recordkeeper (6.0); update inventory of other boxes at Winthrop Square (1.0). | 7.00 Hrs | $595.00 |
| 04/07/03 | MTM | Receipt and review of list of Recordkeeper boxes to be returned to that location (.2). Meeting with ARA re: status of preparing master binder of all inventories and lists (1.5); review MTM files for documents to be added to master binder (1.7). Review and revise inventory of miscellaneous boxes in Cambridge (.6). | 4.00 Hrs | $760.00 |
| 04/07/03 | ARA | Work on master inventory project (2.0) and meeting with MTM re: same (1.5). Oversee wrap up of document review (1.0). Organize Recordkeeper and master inventory lists for MTM (1.5). | 6.00 Hrs | $510.00 |
| 04/08/03 | RAM | Conference with MTM re: status of wrap up of document review. | 0.10 Hrs | $22.00 |
| 04/08/03 | MTM | Continue to gather documents from MTM files for inclusion in master binder (.8); work on master binder project at Winthrop Square (4.5); conference with RAM (.1). Review MTM files re: shipment of original Libby documents to Alan Stringer in September 2000 re: master binder project (.1); memo to file re: same (.1). | 5.60 Hrs | $1,064.00 |
| 04/08/03 | ARA | Review files re: inventory project (2.1)Work with MTM on master inventory project (1.2). Review EPA files for master inventory project (3.6). | 6.90 Hrs | $586.50 |
| 04/08/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $68.00 |
| 04/08/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (6.0). Prepare inventory of SOUS and Boulder unscannable boxes (.5). Update inventory of boxes at Winthrop Square (1.0). | 7.50 Hrs | $637.50 |
| 04/09/03 | MTM | Locate and review file re: return of Lason boxes post bankruptcy re: master binder project. | 0.80 Hrs | $152.00 |
| 04/09/03 | ARA | Discussions with temporary paralegal and MB re: consolidated box inventory (.4); work on master inventory project (4.5). | 4.90 Hrs | $416.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/09/03 | EKL | Meeting with ARA to discuss consolidated box inventory (.2) prepare inventory (5.8). | 6.00 Hrs | $510.00 |
| 04/10/03 | ARA | Work on master inventory project. | 6.80 Hrs | $578.00 |
| 04/10/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 4.00 Hrs | $340.00 |
| 04/11/03 | ARA | Work on master inventory project. | 6.50 Hrs | $552.50 |
| 04/11/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 6.00 Hrs | $510.00 |
| 04/14/03 | MTM | Meeting with ARA re: status of master binder project. | 0.80 Hrs | $152.00 |
| 04/14/03 | ARA | Work on master inventory project (5.2); meet with MTM re: same (.8). | 6.00 Hrs | $510.00 |
| 04/14/03 | EKL | Work on master inventory project. | 4.50 Hrs | $382.50 |
| 04/15/03 | MTM | Work on master binder project at Winthrop Square (1.0); work with ARA re: same (2.0). | 3.00 Hrs | $570.00 |
| 04/15/03 | ARA | Work on master inventory project (3.5); work with MTM re: same (2.0); review Holme Roberts' paralegal's inventories for more information re: same (.7). | 6.20 Hrs | $527.00 |
| 04/15/03 | EKL | Work on master inventory project. | 4.00 Hrs | $340.00 |
| 04/16/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 04/16/03 | MTM | Conference with ARA re: master binder project. | 0.20 Hrs | $38.00 |
| 04/16/03 | ARA | Work on master inventory project (5.6); conference with MTM re: project (.2). | 5.80 Hrs | $493.00 |
| 04/16/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.1). | 0.20 Hrs | $17.00 |
| 04/16/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 3.00 Hrs | $255.00 |
| 04/17/03 | RAM | Telephone conference with in-house counsel who wants information re: Vermiculite Intermountain and Robinson Insulation (.1); review binders of documents re: both and re: Intermountain Products (.6); telephone conference with in-house counsel re: what I found (.2); select documents to send to in-house counsel (.1). | 1.00 Hrs | $220.00 |
| 04/17/03 | MTM | Telephone call to ARA re: where to search for licensee binders requested by in-house counsel. | 0.20 Hrs | $38.00 |
| 04/17/03 | ARA | Per RAM's request, search for and locate Robinson Insulation, Vermiculite Intermountain and Intermountain Products binders; prepare copies of documents from same for RAM (2.2). Continue work on master inventory project (3.2). | 5.40 Hrs | $459.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/17/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 6.50 Hrs | $552.50 |
| 04/18/03 | RAM | Read selected documents filed in bankruptcy court (.7). Review Agreements and memos between Grace and licensees and send them to in-house counsel (.3). | 1.00 Hrs | $220.00 |
| 04/18/03 | ARA | Conference with temporary paralegal re: consolidated box inventory (.5). Document control (.5). Oversee wrap up of document review (1.7). Work on master inventory project (2.0). | 4.70 Hrs | $399.50 |
| 04/18/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square. | 4.00 Hrs | $340.00 |
| 04/22/03 | ARA | Work on master inventory project. | 6.00 Hrs | $510.00 |
| 04/22/03 | EKL | Quality control documents in the production set. | 6.00 Hrs | $510.00 |
| 04/23/03 | ARA | Work on master inventory project. | 6.50 Hrs | $552.50 |
| 04/23/03 | EKL | Work on master inventory project (2.5). Quality control documents in the production set (4.0). | 6.50 Hrs | $552.50 |
| 04/24/03 | ARA | Work on master inventory project. | 6.20 Hrs | $527.00 |
| 04/24/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 04/24/03 | EKL | Quality control documents in the production set (6.0). Work on master inventory project (1.0). | 7.00 Hrs | $595.00 |
| 04/25/03 | MTM | Work on master binder project. | 3.20 Hrs | $608.00 |
| 04/25/03 | ARA | Work on master inventory project (2.9); work with MTM re: same (3.2). Conference with temporary paralegal re: status of projects (1.0). | 7.10 Hrs | $603.50 |
| 04/25/03 | EKL | Quality control documents in the production set (7.0). Conference with ARA re: status of projects (1.0). | 8.00 Hrs | $680.00 |
| 04/28/03 | ARA | Work on master inventory project (3.2). Oversee wrap up of document review (2.0). Document control (1.7). | 6.90 Hrs | $586.50 |
| 04/29/03 | RAM | Read updated entries on bankruptcy court docket to select documents to read. | 0.10 Hrs | $22.00 |
| 04/29/03 | ARA | Document control. | 1.00 Hrs | $85.00 |
| 04/30/03 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 04/30/03 | ARA | Document control. | 1.00 Hrs | $85.00 |
| 04/30/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |

David B. Siegel

                                    TOTAL LEGAL SERVICES        $22,249.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.50 Hrs | 220/hr | $550.00 |
| MATTHEW T. MURPHY | 17.80 Hrs | 190/hr | $3,382.00 |
| ANGELA R. ANDERSON | 111.40 Hrs | 85/hr | $9,469.00 |
| MARCI E. VANDERHEIDE | 1.60 Hrs | 85/hr | $136.00 |
| EDWARD K. LAW | 102.50 Hrs | 85/hr | $8,712.50 |
| | 235.80 Hrs | | $22,249.50 |

                                    TOTAL THIS BILL        $22,249.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number 56260
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through April 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/03 | RAM | Work on February fee application (1.7). Draft note to in-house counsels re: review of same (.1). | 1.80 Hrs | $396.00 |
| 04/02/03 | RAM | Finalize February fee application and send it to in-house counsels for review. | 0.20 Hrs | $44.00 |
| 04/04/03 | RAM | Telephone conference with in-house counsel that fee application can be sent to Delaware counsel for filing. | 0.05 Hrs | No charge |
| 04/08/03 | RAM | Work on responses to fee auditor's questions. | 2.50 Hrs | $550.00 |
| 04/08/03 | MTM | Work on responses to fee auditor's questions for October and November applications. | 0.30 Hrs | $57.00 |
| 04/09/03 | RAM | Work on responses to fee auditor's questions. | 2.90 Hrs | $638.00 |
| 04/11/03 | RAM | Finalize February fee application (.2); send it to Delaware counsel for filing (.1). | 0.30 Hrs | $66.00 |
| 04/14/03 | RAM | Review and approve Cumulative Compensation Summary for 7th Interim Period to send to fee auditor. | 0.10 Hrs | $22.00 |
| 04/28/03 | RAM | Work on March fee application. | 1.60 Hrs | $352.00 |

David B. Siegel

TOTAL LEGAL SERVICES          $2,125.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 9.40 Hrs | 220/hr | $2,068.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 0.30 Hrs | 190/hr | $57.00 |
| | 9.75 Hrs | | $2,125.00 |

TOTAL THIS BILL          $2,125.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number  56261
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through April 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/02/03 | MTM | Receipt and review of draft response to plaintiffs' letter re: discovery issues (.3); telephone call to Reed Smith counsel with suggested changes to same (.2). | 0.50 Hrs | $95.00 |
| 04/04/03 | RAM | Read memo/email re: ZAI advertising. | 0.10 Hrs | $22.00 |
| 04/08/03 | RAM | Read emails from in-house and Reed Smith attorneys re: "fines" (.1); conference with MTM re: same (.1). | 0.20 Hrs | $44.00 |
| 04/08/03 | MTM | Receipt of email from in-house counsel and response to same from Reed Smith attorney and in-house counsel re: preparation for deposition of expert (.2); conference with DBM re: document search re: same (.1). | 0.30 Hrs | $57.00 |
| 04/09/03 | RAM | Check resource binders for any reference to "fines". | 0.50 Hrs | $110.00 |
| 04/09/03 | DBM | Search for documents re: bag house fines. | 0.30 Hrs | $60.00 |
| 04/09/03 | MTM | Receipt and review of email from Reed Smith attorney re: issue of recycling cyclone fines. | 0.10 Hrs | $19.00 |
| 04/10/03 | RAM | Review list of documents re: "fines" (.5); conference with MTM re: same (.1); emails from and to in-house counsel re: same (.1). Read letter from E. Westbrook requesting documents (.1); conference with MTM re: same (.1). Read and comment on MTM's memo re: responding to Westbrook's letter re: Wolter boxes and other issues (.3). | 1.20 Hrs | $264.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/10/03 | DBM | Complete search for bag house fines documents (1.3); complete work locating Wolter box of original documents (.5). | 1.80 Hrs | $360.00 |
| 04/10/03 | MTM | Receipt and review of email from in-house counsel re: recycling of cyclone fines issue (.1). Receipt of email from Reed Smith counsel with letter from plaintiffs re: follow-up request for original Wolter boxes) (.3); work on response to same (review prior responses, review 25,000 page inventory items, review list of Wolter boxes) (2.8); conference with RAM re: same (.1). Review list of documents regarding recycling fines re: preparation for deposition of expert (.6); meeting with paralegals at Winthrop Square re: obtaining fines documents re: same (.3); email to Reed Smith attorney re: response to plaintiffs' follow-up request for original boxes (1.7); review documents obtained from Winthrop Square on issue of recycling bag house fines (.7); conference with RAM re: same (.1). | 6.70 Hrs | $1,273.00 |
| 04/10/03 | EKL | Search for and obtain documents re: bag house fines. | 3.00 Hrs | $255.00 |
| 04/11/03 | RAM | Read documents re: "fines"(.6). Conference with MTM re: his memorandum re: document review and plaintiffs' request for Wolter documents (.2). Read and comment on MTM's memo re: "fines" (.1). Read and reply to emails from/to in-house counsel re: exfoliation process and cleansing of vermiculite (.2). | 1.10 Hrs | $242.00 |
| 04/11/03 | MTM | Revise response to email from Reed Smith attorney re: plaintiffs' requests for original Wolter documents at Winthrop Square (.4). Continue review of documents re: bag house fines (.4); conference with RAM re: same (.2); email to in-house counsel re: same (.3); letter to in-house counsel re: same (.1). Continue review of list of documents re: source of origin for various Wolter boxes re: request from plaintiff (1.2). | 2.60 Hrs | $494.00 |
| 04/11/03 | ARA | Locate Zucker deposition binders for RAM; arrange for delivery of same. | 0.50 Hrs | $42.50 |
| 04/11/03 | EKL | Search for and obtain documents re: bag house fines. | 0.50 Hrs | $42.50 |
| 04/12/03 | RAM | Read in-house counsel's emails re: responding to plaintiffs' requests for Wolter documents and re: fines. | 0.10 Hrs | $22.00 |
| 04/14/03 | RAM | Read selected portions of Zucker's deposition transcripts re: testimony re: exfoliation process (.6). Read MTM's memo re: responding to Westbrook's request for Wolter boxes and specific documents (.1). | 0.70 Hrs | $154.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/14/03 | MTM | Read email from in-house counsel re: bag house fines issue (.1) and email from in-house counsel re: plaintiffs' recent discovery request (.2); continue review of list for source of origin for Wolter boxes re: same (2.4); meeting with paralegals at Winthrop Square to identify boxes containing documents from Wolter boxes re: same (.4). | 3.10 Hrs | $589.00 |
| 04/14/03 | ARA | Discussion with MTM re: Wolter documents. | 0.40 Hrs | $34.00 |
| 04/14/03 | EKL | Meeting with MTM to discuss search for Wolter documents per plaintiffs' counsel's request. | 0.40 Hrs | $34.00 |
| 04/15/03 | ARA | Assist temporary paralegal re: locating Wolter documents. | 0.30 Hrs | $25.50 |
| 04/15/03 | EKL | Search for and obtain Wolter documents. | 3.00 Hrs | $255.00 |
| 04/16/03 | RAM | Read MTM's memo re: boxes found in response to Westbrook's request for Wolter documents. | 0.10 Hrs | $22.00 |
| 04/16/03 | MTM | Review list of boxes containing Wolter files re: plaintiff's request (1.1); email to Reed Smith counsel and in-house counsel re: same (.3); conference with ARA re: locating 1 Wolter file (.2). | 1.60 Hrs | $304.00 |
| 04/16/03 | ARA | Assist temporary paralegal re: locating Wolter documents (.5). Per MTM's request, review workers compensation documents for original file (.6). | 1.10 Hrs | $93.50 |
| 04/16/03 | EKL | Search for and obtain Wolter documents. | 4.00 Hrs | $340.00 |
| 04/18/03 | EKL | Quality control documents in Wolter boxes requested by plaintiffs. | 3.00 Hrs | $255.00 |
| 04/23/03 | MTM | Telephone call from in-house counsel re: photos of attic insulation (.1); locate and review file re: photos of bag taken in March 2001 in connection with class action notice re: same (.1). | 0.20 Hrs | $38.00 |
| 04/25/03 | RAM | Telephone call from and to MTM with suggestions re: "fines". | 0.10 Hrs | $22.00 |
| 04/25/03 | MTM | Receipt and review of email and letter from in-house counsel re: request for information re: bag house fines (.1); calls to/from RAM re: same (.1). | 0.20 Hrs | $38.00 |
| 04/28/03 | MTM | Email to in-house counsel re: response to request for information on bag house fines (.2). Receipt and review of letter from copy company re: charges re: transferring ZAI advertising film to video, per plaintiffs' request (.1). | 0.30 Hrs | $57.00 |

David B. Siegel

TOTAL LEGAL SERVICES    $5,663.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 220/hr | $902.00 |
| DONNA B. MACKENNA | 2.10 Hrs | 200/hr | $420.00 |
| MATTHEW T. MURPHY | 15.60 Hrs | 190/hr | $2,964.00 |
| ANGELA R. ANDERSON | 2.30 Hrs | 85/hr | $195.50 |
| EDWARD K. LAW | 13.90 Hrs | 85/hr | $1,181.50 |
| | 38.00 Hrs | | $5,663.00 |

TOTAL THIS BILL    $5,663.00

# **EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number  56262
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2003

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 04/05/03 | MERRILL CORPORATION - copies of 3 personnel files requested by in-house counsel | 66.86 |
| 04/05/03 | MERRILL CORPORATION - copies of 3 Libby personnel files requested by in-house counsel | 30.89 |
| 04/08/03 | MERRILL CORPORATION - copies of 3 Libby personnel files requested by in-house counsel | 30.89 |
| 04/08/03 | MERRILL CORPORATION - copies of 2 personnel files requested by in-house counsel | 66.86 |
| 04/22/03 | MERRILL CORPORATION - copies of shipment receipt tests for Master Binder re wind up of document review | 21.50 |

$217.00

PHOTOCOPYING

| | | |
|---|---|---|
| 04/01/03 | 7 copies. | 0.84 |
| 04/07/03 | 1 copy. | 0.12 |
| 04/07/03 | 54 copies. | 6.48 |
| 04/15/03 | 1 copy. | 0.12 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2003

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 04/16/03 | 2 copies. | 0.24 | |
| 04/17/03 | 33 copies. | 3.96 | |
| 04/17/03 | 1 copy. | 0.12 | |
| 04/17/03 | 81 copies. | 9.72 | |
| 04/17/03 | 32 copies. | 3.84 | |
| 04/17/03 | 2 copies. | 0.24 | |
| 04/18/03 | 22 copies. | 2.64 | |
| 04/18/03 | 2 copies. | 0.24 | |
| 04/30/03 | 7 copies. | 0.84 | |
| | | | $29.40 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 04/17/03 | 308 | 5613621532 | 1.42 | |
| 04/23/03 | 329 | 5613621533 | 0.42 | |
| | | | | $1.84 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 04/01/03 | Rent & Utilities for document repository at One Winthrop Square - March 2003 | 12,406.32 | |
| | | | $12,406.32 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 04/05/03 | RECORDKEEPER ARCHIVE - monthly storage fee (4/03) | 388.95 | |
| | | | $388.95 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $13,043.51 |
| TOTAL THIS BILL | $13,043.51 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number  56263
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through April 30, 2003

EXCESS POSTAGE                                                                   $0.60

FEDERAL EXPRESS

04/09/03   To Scotta McFarland, Esq. from Robert A. Murphy on      12.31
           3/17/03

                                                                                $12.31

PHOTOCOPYING

04/11/03   115 copies.                                              13.80

                                                                                $13.80

TELEPHONE

04/02/03   357   5613621583                                         2.95
04/02/03   357   5613621583                                         2.95

                                                                                 $5.90

Page 1

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $32.61 |
| TOTAL THIS BILL | $32.61 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 25, 2003

Bill Number  56264
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## DISBURSEMENTS

Through April 30, 2003

FEDERAL EXPRESS

| 04/09/03 | To Reed Smith attorney from Robert A. Murphy on 3/10/03 | 23.85 | |
|---|---|---|---|
| | | | $23.85 |

TRAVEL

| 04/09/03 | FLEET BANK N.A. -  Marriott Long Wharf - hotel charges for Jack Wolter for 2/24-26/03 for preparation and deposition in ZAI Science Trial. | 953.98 | |
| 04/22/03 | ROBERT A MURPHY - To St. Johnsbury, VT on 2/27-2/28 to take Mr. Mold's deposition, private auto 400 miles - home to office to St. Johnsbury and return @ .36/mile = $144; $24.77 - meals; $107.90 -  lodging; and $4.00 tolls. | 280.67 | |
| | | | $1,234.65 |

PHOTOCOPYING

| 04/10/03 | 4 copies. | 0.48 |
| 04/10/03 | 2 copies. | 0.24 |
| 04/11/03 | 51 copies. | 6.12 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through April 30, 2003

PHOTOCOPYING

| | | |
|---|---|---|
| 04/14/03 | 17 copies. | 2.04 |
| 04/14/03 | 6 copies. | 0.72 |
| 04/14/03 | 11 copies. | 1.32 |
| 04/16/03 | 2 copies. | 0.24 |
| 04/18/03 | 1 copy. | 0.12 |

$11.28

TELEPHONE

| | | | |
|---|---|---|---|
| 04/02/03 | 329 | 4122883131 | 0.89 |

$0.89

MISCELLANEOUS

| | | |
|---|---|---|
| 04/01/03 | Lunch for 6 (witness, court reporter, in-house and 3 Reed Smith attorneys) during Wolter deposition on 2/26/03 | 53.39 |
| 04/01/03 | Lunch for 4 (witness, in house, Casner & Edwards and Reed Smith attorneys) during Wolter depo prep session | 27.36 |

$80.75

TOTAL DISBURSEMENTS    $1,351.42

TOTAL THIS BILL    $1,351.42