# EXHIBIT C
June Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 2, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE TWENTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

Name of Applicant:                                          Casner & Edwards, LLP

Authorized to Provide Professional Services to:             W. R. Grace & Co., et al., Debtors and
                                                            Debtors-in-Possession

Date of Retention:                                          September 18, 2001,
                                                            effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                    June 1, 2003 through
                                                            June 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                           $9,586.00.00   (80% = $7,668.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                   $13,073.04

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | Pending | Pending |
| 8/8/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | Pending | Pending |

As indicated above, this is the twenty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

3

The total time expended for the preparation of this application is approximately 3.3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $726.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

## Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 36 | Litigation | $220.00 | 10.50 | $2,310.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $190.00 | 6.80 | $1,292.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $85.00 | 69.40 | $5,899.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $85.00 | 1.00 | $85.00 |
| TOTALS | | | | | 87.70 | $9,586.00 |

**Total Fees:**      **$9,586.00**

4

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $20.76 |
| Outside Photocopying | $89.20 |
| Photocopying ($.012/page) | $15.96 |
| Rent Reimbursement | $12,558.32 |
| Miscellaneous | $388.80 |
| TOTAL | $13,073.04 |

**Total Expenses:      $13,073.04**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 48.10 | $4,654.00 |
| Fee Applications, Applicant | 6.10 | $1,342.00 |
| ZAI Science Trial | 33.50 | $3,590.00 |
| Expenses | N/A | $13,073.04 |
| TOTALS | 87.70 | $22,659.04 |

Dated:  August 7, 2003                    CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/246209

**EXHIBIT A**
(Fee Detail)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 2, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## TWENTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 7, 2003

Bill Number  57569
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through June 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/09/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 06/09/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.4). | 0.50 Hrs | $42.50 |
| 06/10/03 | MTM | Telephone call from in-house counsel re: Libby personnel file; telephone call to ARA re: same. | 0.10 Hrs | $19.00 |
| 06/10/03 | ARA | Per MTM's instructions, search for and locate requested Libby personnel files (3.1); arrange to have them copied for in-house counsel (.4). Document control (2.3). | 5.80 Hrs | $493.00 |
| 06/11/03 | MTM | Receipt and review of Libby personnel files requested by in-house counsel; letter to in-house counsel re: same. | 0.10 Hrs | $19.00 |
| 06/11/03 | ARA | Receipt of original Libby personnel files from Merrill Corp. (.2) ; quality control files (.6). Revise table of contents for master inventory binder (1.8). Work on wrap up of document review (1.8). | 4.40 Hrs | $374.00 |
| 06/12/03 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $220.00 |
| 06/12/03 | MTM | Meeting with ARA to review master inventory binder (1.1) and to discuss work product means to locate documents in the repository (.4). | 1.50 Hrs | $285.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/12/03 | ARA | Per telephone call from MTM, organize microfilm tapes and test retrieving documents (3.1). Assemble contents of master inventory binder (.8); conference with MTM re: same (1.1). Discuss work product means to locate documents with MTM (.4). Work on map of the repository (.3). | 5.70 Hrs | $484.50 |
| 06/13/03 | MTM | Conference with ARA re: master inventory binder and other indices to locate various collections of documents at Winthrop Square (1.1) and re: work product means to locate documents (.4). | 1.50 Hrs | $285.00 |
| 06/13/03 | ARA | Assemble master inventory binders according to categories (3.3); conference with MTM re: same (1.1); make note of other inventories to add to Winthrop Square location binder (.4). Discussion with MTM re: work product means to locate documents (.4). Retrieve and organize other microfilm tapes (1.4). | 6.60 Hrs | $561.00 |
| 06/16/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 06/16/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.1). | 0.20 Hrs | $17.00 |
| 06/17/03 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 06/18/03 | ARA | Answer questions re: delivery and pick up of microfilm tapes via Boston Express. | 0.30 Hrs | $25.50 |
| 06/20/03 | ARA | Document control (1.0). Work on master inventory binder (4.7). | 5.70 Hrs | $484.50 |
| 06/23/03 | ARA | Review copy sets of past document productions to determine if they have been inventoried (.5); telephone call to MTM re: same (.2). Locate more microfilm tapes and add them to collection (.7). Document control (.3). | 1.70 Hrs | $144.50 |
| 06/24/03 | ARA | Organize inventories for information binder at Winthrop Square repository. | 5.50 Hrs | $467.50 |
| 06/25/03 | ARA | Work on location list for repository (list will coincide with map of repository) (3.5). Organize information and prepare table of contents for Winthrop Square information binder (3.0). | 6.50 Hrs | $552.50 |
| 06/25/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 06/27/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.20 Hrs | $44.00 |
| 06/27/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $17.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | | Time | Value |
|------|------|-------------|---|------|-------|
| 06/30/03 | RAM | Read selected documents filed in bankruptcy court. | | 0.20 Hrs | $44.00 |
| | | | TOTAL LEGAL SERVICES | | $4,654.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 1.70 Hrs | 220/hr | $374.00 | |
| MATTHEW T. MURPHY | 3.20 Hrs | 190/hr | $608.00 | |
| ANGELA R. ANDERSON | 42.20 Hrs | 85/hr | $3,587.00 | |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 | |
| | 48.10 Hrs | | $4,654.00 | |

TOTAL THIS BILL          $4,654.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 7, 2003

Bill Number  57570
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/03 | RAM | Work on April fee application. | 0.90 Hrs | $198.00 |
| 06/03/03 | RAM | Work on April fee application. | 0.30 Hrs | $66.00 |
| 06/13/03 | RAM | Read fee auditor's initial report for Jan-March quarter. | 0.10 Hrs | $22.00 |
| 06/18/03 | RAM | Work on response to fee auditor's question. | 0.10 Hrs | $22.00 |
| 06/19/03 | RAM | Work on response to fee auditor's question (.2). Work on April fee application (1.1). | 1.30 Hrs | $286.00 |
| 06/20/03 | RAM | Work on April fee application (1.1). Revise response to fee auditor's question (.4). | 1.50 Hrs | $330.00 |
| 06/21/03 | RAM | Work on April fee application. | 0.80 Hrs | $176.00 |
| 06/23/03 | RAM | Finalize response to fee auditor's question (.2). Work on April fee application; send it to in-house counsels for review (.2). | 0.40 Hrs | $88.00 |
| 06/24/03 | RAM | Telephone conference with in-house counsel re: fee application (.1); revise April fee application (.1). | 0.20 Hrs | $44.00 |
| 06/25/03 | RAM | Revise fee application and send it to in-house counsels. | 0.10 Hrs | $22.00 |
| 06/27/03 | RAM | Finalize April fee application (.3); send it to Delaware counsel for filing (.1). | 0.40 Hrs | $88.00 |

David B. Siegel

| | | | TOTAL LEGAL SERVICES | $1,342.00 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 6.10 Hrs | 220/hr | $1,342.00 |
| | 6.10 Hrs | | $1,342.00 |

| | | | TOTAL THIS BILL | $1,342.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 7, 2003

Bill Number 57571
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through June 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/17/03 | MTM | Receipt and review of email from Reed Smith counsel and letter from plaintiffs' counsel re: request for certain Yang materials. | 0.30 Hrs | $57.00 |
| 06/18/03 | RAM | Conference with MTM re: Turkewitz' request to see originals of 2 Yang documents; review the documents. | 0.10 Hrs | $22.00 |
| 06/18/03 | MTM | Telephone call to ARA re: request from plaintiffs' counsel re: J. Yang documents at Winthrop Square (.4); review outstanding discovery issues with plaintiffs' counsel re: anticipated return to Winthrop Square repository (.9); review original Yang documents requested by plaintiffs' counsel at Winthrop Square (1.0); email to Reed Smith counsel re: same (.3). | 2.60 Hrs | $494.00 |
| 06/18/03 | ARA | Per MTM's request, search for and locate documents requested by plaintiffs' counsel (1.1). Quality control production set documents following production of documents (2.8). | 3.90 Hrs | $331.50 |
| 06/19/03 | ARA | Per MB's request, search for and locate removal documents requested by in-house counsel (2.9). Quality control production set documents following production of documents (2.2). | 5.10 Hrs | $433.50 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/23/03 | RAM | Telephone conference with in-house counsel re: developments in science trial preparation. | 0.10 Hrs | $22.00 |
| 06/23/03 | MTM | Receipt and review of email re: draft response from Reed Smith counsel; revise draft response. | 0.30 Hrs | $57.00 |
| 06/24/03 | RAM | Telephone conference with in-house counsel re: developments in litigation. | 0.10 Hrs | $22.00 |
| 06/25/03 | MTM | Telephone call from in-house counsel with request to review ZAI documents. | 0.20 Hrs | $38.00 |
| 06/26/03 | MTM | Telephone call to ARA re: search for documents requested by In-house counsel. | 0.20 Hrs | $38.00 |
| 06/26/03 | ARA | Per telephone call from MTM, review ZAI boxes in production set for documents requested by in-house counsel. | 6.40 Hrs | $544.00 |
| 06/27/03 | ARA | Continue to review documents in production set for documents requested by in-house counsel. | 5.70 Hrs | $484.50 |
| 06/30/03 | RAM | Telephone conference with in-house counsel re: work we did previously re: sales of ZAI (.3); review documents re: same (1.6); select documents and fax them to in-house counsel (.5). | 2.40 Hrs | $528.00 |
| 06/30/03 | ARA | Review production set for documents per in-house counsel's request (5.1); telephone call to MTM re: same (.1). Quality control documents (.8). Telephone call from MB re: abatement binders/documents to be returned to Winthrop Square (.1). | 6.10 Hrs | $518.50 |
| | | | TOTAL LEGAL SERVICES | $3,590.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | | 2.70 Hrs | 220/hr | $594.00 |
| MATTHEW T. MURPHY | | 3.60 Hrs | 190/hr | $684.00 |
| ANGELA R. ANDERSON | | 27.20 Hrs | 85/hr | $2,312.00 |
| | | 33.50 Hrs | | $3,590.00 |

David B. Siegel

TOTAL THIS BILL        $3,590.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 7, 2003

Bill Number  57572
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/16/03 | To in-house counsel from MTM on 5/29/03 | 9.77 | |
| 06/23/03 | To in-house counsel from MTM on 6/11/03 | 10.99 | |
| | | | $20.76 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/03/03 | MERRILL CORPORATION - copies of personnel file requested by in-house counsel | 32.97 | |
| 06/17/03 | MERRILL CORPORATION - copies of personnel files for 2 former Libby employees | 56.23 | |
| | | | $89.20 |

| | | |
|---|---|---|
| PHOTOCOPYING | | $2.64 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 06/02/03 | Rent & Utilities for document repository at One Winthrop Square - May 2003 | 12,558.32 | |
| | | | $12,558.32 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2003

MISCELLANEOUS

| | | |
|---|---|---|
| 06/04/03 | RECORDKEEPER ARCHIVE - monthly storage fee (6/03) | 388.80 |

$388.80

TOTAL DISBURSEMENTS          $13,059.72

TOTAL THIS BILL          $13,059.72

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 7, 2003

Bill Number  57573
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2003

PHOTOCOPYING                                                                $13.32

                                        TOTAL DISBURSEMENTS            $13.32

                                            TOTAL THIS BILL            $13.32