**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:  September 18, 2003 at 4:00 p.m. |

**TWENTY-FIRST MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through July 31, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $17,663.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,392.91 |

This is a(n): ___ interim          ___ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM49226.1

Prior Monthly Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2003 THROUGH JULY 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 21.8 | $9,701.00 |
| Rhonda L.Thomas | $210 | 31.2 | $6,552.00 |
| Francis A. Panchak | $135 | 1.0 | $135.00 |
| Raelena Y. Taylor | $125 | 9.4 | $1,175.00 |
| Melissa Bisaccia | $125 | 0.8 | $100.00 |
| TOTAL | | 64.2 | $17,663.00 |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JULY 1, 2003 THROUGH JULY 31, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.5 | $222.50 |
| Business Operations | 1.1 | $348.50 |
| Case Administration | 16.2 | $3,456.50 |
| Claims Analysis Objections & Resolution(Non-Abestos) | 5.2 | $1,985.00 |
| Employee Benefits/Pensions | 1.1 | $419.00 |
| Fee Applications/Applicant | 6.3 | $1,016.00 |
| Fee Applications/Others | 15.0 | $3,048.00 |

WLM49226.1

3

| Litigation and Litigation Consulting | 0.4 | $178.00 |
|---|---|---|
| Plan and Disclosure Statement | 2.6 | $1,063.00 |
| Relief From Stay Proceedings | 3.2 | $1,212.50 |
| ZAI Science Trial | 12.6 | $4,714.00 |
| **TOTAL** | **64.2** | **$17,663.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### JULY 1, 2003 THROUGH JULY 31, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $60.15 |
| Federal Express | $49.03 |
| Duplicating Services | $1,271.88 |
| Telecopy Expenses | $11.85 |
| **TOTAL** | **$1,392.91** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation


By:/s/ Rhonda Thomas
     Teresa K. D. Currier (No. 3080)
     Rhonda L. P. Thomas (No. 4053)
     1000 West Street, Suite 1410
     Wilmington, DE 19801
     (302) 552-4200

     Co-Counsel to the Official Committee of
     Equity Holders


Dated: August 28, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-000
                                              INVOICE : 161635


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03     T C

     RE:   EXPENSES




           DESCRIPTION OF EXPENSE ADVANCES              AMOUNT
           --------------------------------             ------

06/26/03 REPRODUCTION OF DOCUMENTS                       15.90
06/26/03 REPRODUCTION OF DOCUMENTS                        7.05
06/27/03 REPRODUCTION OF DOCUMENTS                       11.10
06/30/03 TELECOPY EXPENSES                                3.89
07/01/03 TELECOPY EXPENSES                                7.96
07/09/03 REPRODUCTION OF DOCUMENTS                        5.40
07/15/03 REPRODUCTION OF DOCUMENTS                        2.85
07/15/03 REPRODUCTION OF DOCUMENTS                        6.15
07/16/03 REPRODUCTION OF DOCUMENTS                        2.40
07/18/03 REPRODUCTION OF DOCUMENTS                        1.80
07/21/03 FEDERAL EXPRESS  -  4-790-47807 - FEDERAL       38.35
         EXPRESS CORPORATION
07/21/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES  35.00
         - INVOICE 16157
07/21/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES 1236.88
         - INVOICE 16158
07/22/03 FEDERAL EXPRESS - 4-790-84169 - FEDERAL EXPRESS 10.68
         CORPORATION
07/22/03 REPRODUCTION OF DOCUMENTS                        3.15
07/23/03 REPRODUCTION OF DOCUMENTS                        4.35

                           TOTAL EXPENSE ADVANCES :       1,392.91

                           TOTAL DUE   :                  1,392.91
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-002
INVOICE : 161637

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/15/03 | TC | REVIEWED STIPULATION AND ORDER RESOLVING SUMMIT VENTURES ISSUES | .30 |
| 07/25/03 | TC | REVIEWED BSFS LEASING STIPULATION AND ORDER | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .50 | 222.50 |

TOTAL FEES :              222.50

TOTAL DUE  :              222.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-003
INVOICE : 161638

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/12/03 | TC | REVIEWED MONTHLY OPERATING REPORT | .50 |
| 07/15/03 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 | .40 |
| 07/30/03 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY W.R. GRACE & CO. | .20 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 210.00 | .60 | 126.00 |
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | 1.10 | 348.50 |

TOTAL FEES :                    348.50

TOTAL DUE  :                    348.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-004
                                              INVOICE : 161639


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

     RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/24/03 | RLT | REVIEWED LETTER FROM REED SMITH TO JUDGE WESTBROOK RE BEING A FACILITATOR | .20 |
| 06/25/03 | RLT | REVIEWED ORDER AUTHORIZING, APPROVING AND IMPLEMENTING SETTLEMENT AGREEMENT BY AND AMONG PLAINTIFFS THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .30 |
| 07/01/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/07/03 | RLT | REVIEWED CLAIM OF EDDIE CORDISCAL | .20 |
| 07/07/03 | RLT | REVIEWED MOTION IN LIMINE TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS PURSUANT TO FRE 702 FILED BY ZONOLITE ATTIC INSULATION | .20 |
| 07/07/03 | RLT | REVIEWED APPENDIX TO W.R. GRACE AND CO.'S MOTION FOR SUMMARY JUDGMENT VOLUME 1 OF 2 | .20 |
| 07/07/03 | RLT | REVIEWED APPENDIX TO W.R. GRACE & CO.'S MOTION FOR SUMMARY JUDGEMENT (VOLUME 2 OF 2) | .20 |
| 07/08/03 | RLT | REVIEWED EXHIBIT ATTACHMENTS 12 THROUGH 22 OF MOTION TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS FILED BY ZONOLITE ATTIC INSULATION | .30 |
| 07/08/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE : AUGUST 25, 2003
MATTER : W9600-004
INVOICE : 161639

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 07/09/03 RLT | REVIEWED ORDER AWARDING COMPENSATION TO COURT APPOINTED CONSULTANTS DAVID R. GROSS AND FRANCIS R. MCGOVERN | .20 |
| 07/09/03 RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 07/10/03 RLT | REVIEWED NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT OF $324.89. FILED BY FLORIDA DEPARTMENT OF REVENUE | .20 |
| 07/10/03 RTT | DOWNLOAD NOTICE OF APPEARANCE FILED BY CERTAIN PLAINTIFFS | .10 |
| 07/10/03 RTT | REVIEW E-NOTICES | .10 |
| 07/11/03 RTT | REVIEW E-NOTICES | .10 |
| 07/15/03 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING STIPULATION AND AGREED ORDER RESOLVING THE MOTION OF SUMMIT VENTURES, LLC | .10 |
| 07/15/03 RTT | REVIEW SEVERAL EMAIL NOTIFICATIONS | .20 |
| 07/16/03 RTT | REVIEW SEVERAL E NOTICES | .10 |
| 07/17/03 RLT | REVIEWED ARTICLES ON SENATE PANEL AND ASBESTOS TRUSTS | 1.20 |
| 07/17/03 RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 07/21/03 RLT | BRIEFLY REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 28, 2003 AT 12:00 P.M. | .10 |
| 07/21/03 RLT | BRIEFLY REVIEWED MOTION TO APPROVE COMPROMISE MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER APPROVING THE EXECUTION OF AND PERFORMANCE UNDER AN ADMINISTRATIVE ORDER WITH THE EPA | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-004
INVOICE : 161639

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 07/21/03 | RTT | PREPARE HEARING FILE RE 7/28/03 HEARING AND DOWNLOAD RELATIVE PLEADINGS RE SAME | 1.60 |
| 07/21/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 7/28/03 | .30 |
| 07/21/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING 7/28 | .40 |
| 07/22/03 | RTT | DISCUSSION WITH RLT RE MATTERS NEEDED FOR 7/28/03 HEARING | .10 |
| 07/22/03 | RTT | DOWNLOAD ADDITONAL ITEM FOR 7/28/03 HEARING AND INCORPORATE IN HEARING FILE FOR RLT | .20 |
| 07/22/03 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 07/23/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .30 |
| 07/23/03 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 07/24/03 | TC | REVIEWED AGENDA FOR HEARING 7/28 | .40 |
| 07/25/03 | FAP | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 7/28/03 HEARING | .20 |
| 07/25/03 | TC | REVIEWED AMENDED AGENDA LETTER | .40 |
| 07/28/03 | FAP | EMAILS TO/FROM RLT RE: FILING/SERVICE OF KRLS' TWENTIETH FEE APPLICATION | .10 |
| 07/28/03 | MB | CALENDAR DATES | .10 |
| 07/28/03 | RLT | REVIEWED AMENDED AGENDA FOR 7/28 HEARING | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-004
INVOICE : 161639

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 07/28/03 | RLT | TWO HOUR TRAVEL REDUCED TO 1 HOUR (1.0); ATTENDED OMNIBUS HEARING (1.0); PREPARED SUMMARY OF HEARING FOR TC (.5); FORWARDED SAME TO PHIL BENTLEY (.1) | 2.60 |
| 07/28/03 | RLT | REVIEWED ORDER GRANTING STIPULATION BY & AMONG BSFS EQUIPMENT LEASING, DALEEN TECHNOLOGIES, INC. & W.R. GRACE & CO.-CONN | .10 |
| 07/28/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3995 FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |
| 07/28/03 | TC | REVIEWED REPORT OF TODAY'S HEARING FROM RHONDA THOMAS | .30 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) ADRIANO VANZETTI, OWNER OF VANZETTI LAW FIRM FILED BY W.R. GRACE & CO. | .20 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) JAY B. GREEN, THE SHARE-HOLDER OF GREEN & ACKERMAN | .20 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) EDWARD M. CALLAWAY, MEMBER OF WALLER, LANSDEN, DORTCH & DAVIS, PLLC FILED BY W.R. GRACE & CO | .20 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) ALAN J. WEINSCHEL, PARTNER OF WEIL, GOTSHAL & MANGES, LLP FILED BY W.R. GRACE | .20 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) DAVID E. BROOK, PRINCIPAL OF HAMILTON, BROOK, SMITH & REYNOLDS, P.C. | .20 |
| 07/30/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) WILLIAM O. BONIN | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-004
INVOICE : 161639

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 07/31/03 RLT | REVIEWED TWO MEMORANDUMS FROM PENINSULA CAPITAL ADVISORS ON SENATE JUDICIARY COMMITTEE | | .60 |
| 07/31/03 RLT | REVIEWED MEMO DATED 7/31/03 | | .40 |
| 07/31/03 TC | REVIEWED MEMO TO COMMITTEE RE STATUS OF CASE AND PENDING ISSUES | | .60 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 135.00 | .30 | 40.50 |
| M BISACCIA | 125.00 | .10 | 12.50 |
| R L THOMAS | 210.00 | 8.90 | 1869.00 |
| R T TAYLOR | 125.00 | 4.80 | 600.00 |
| T CURRIER | 445.00 | 2.10 | 934.50 |
| TOTALS | | 16.20 | 3456.50 |

TOTAL FEES :                    3,456.50

TOTAL DUE  :                    3,456.50

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-006
INVOICE : 161641

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/15/03 | RLT | REVIEWED NOTICE OF SETTLEMENT /SEVENTH CLAIM SETTLEMENT NOTICE | .20 |
| 07/15/03 | RLT | REVIEWED NOTICE OF SETTLEMENT /SEVENTH CLAIM SETTLEMENT NOTICE | .20 |
| 07/17/03 | TC | REVIEWED 7TH CLAIM SETTLEMENT NOTICE | .40 |
| 07/21/03 | RLT | BRIEFLY REVIEWED OBJECTION TO CLAIM DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY W.R. GRACE & CO.. | .20 |
| 07/21/03 | RLT | BRIEFLY REVIEWED OBJECTION TO CLAIM DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIM | .10 |
| 07/22/03 | TC | REVIEWED FIRST OMNIBUS OBJECTION TO CLAIMS | .70 |
| 07/22/03 | TC | REVIEWED DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS | .60 |
| 07/26/03 | TC | REVIEWED SIEGEL AFFIDAVIT IN SUPPORT OF CLAIMS OBJECTIONS | .40 |
| 07/26/03 | TC | REVIEWED SIEGEL AFFIDAVIT IN SUPPORT OF SECOND CLAIMS OBJECTIONS | .30 |
| 07/28/03 | RLT | REVIEWED AFFIDAVIT SERVICE OF YVETTE HASSMAN, OF BANKRUPTCY MANAGEMENT CORPORATION RE: DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS | .10 |
| 07/28/03 | RLT | REVIEWED AFFIDAVIT DECLARATION OF DAVID B. SIEGEL IN SUPPORT OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .10 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-006
INVOICE : 161641

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03     T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/28/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO CONTRIBUTE FUNDS INTO THE TRUST FUNDING THE DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES | .10 |
| 07/28/03 | RLT | REVIEWED AFFIDAVIT DECLARATION OF DAVID B. SIEGEL IN SUPPORT OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .10 |
| 07/29/03 | RLT | RESPONSE TO (RESPONSE OF WACHOVIA BANK NATIONAL ASSOCIATION TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS | .30 |
| 07/29/03 | TC | REVIEWED WACHOVIA BANK RESPONSE TO CLAIMS OBJECTIONS | .40 |
| 07/30/03 | TC | REVIEWED SECOND NONSUBSTANTIVE OBJECTION TO CLAIMS | .60 |
| 07/30/03 | TC | REVIEWED FIRST OMNIBUS OBJECTION TO CLAIMS | .40 |

```
              T I M E   S U M M A R Y
              -----------------------

                    RATE     HOURS        TOTALS
                    ----     -----        ------

R L THOMAS          210.00    1.40        294.00
T CURRIER           445.00    3.80       1691.00
          TOTALS             5.20       1985.00


              TOTAL FEES :              1,985.00


              TOTAL DUE  :              1,985.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-008
INVOICE : 161642

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

RE: EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/07/03 | RLT | REVIEWED MEMORANDUM ON DEBTORS MOTION TO MAKE PENSION PLAN CONTRIBUTIONS | .30 |
| 07/07/03 | TC | REVIEWED MEMORANDUM SUMMARIZING MOTION FOR AUTHORITY TO MAKE PENSION CONTRIBUTIONS FILED BY THE DEBTORS | .40 |
| 07/09/03 | TC | REVIEWED COMMUNICATIONS FROM COMMITTEE MEMBERS ON PENSION MOTION | .20 |
| 07/26/03 | TC | REVIEWED CNO ON ORDER AUTHORIZING BUT NOT REQUIRING DEBTORS TO COMPLY WITH PENSION PLAN | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 210.00 | .30 | 63.00 |
| T CURRIER | 445.00 | .80 | 356.00 |
| TOTALS | | 1.10 | 419.00 |

TOTAL FEES :                    419.00

TOTAL DUE  :                    419.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-011
                                              INVOICE : 161643


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

    RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/26/03 | RLT | REVIEWED EMAIL FROM RTT RE NINETEENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 | .10 |
| 07/02/03 | RLT | REVIEWED EXAMINERS REPORT RE KRLS EIGTH INTERIM FEE APPLICATION | .20 |
| 07/08/03 | RTT | SORT KRLS PRE-BILLS FOR THE MONTH OF JUNE 2003 | .10 |
| 07/08/03 | RTT | REVIEW/EDIT PRE BILLS FOR THE MONTH OF JUNE 2003 | .60 |
| 07/10/03 | RLT | REVIEWED PREBILLS FOR JUNE 2003 | .70 |
| 07/14/03 | RTT | REVIEW AND COMPARE FINAL BILLS FOR THE MONTH OF JUNE 2003 | .40 |
| 07/15/03 | RTT | DRAFT KRLS TWENTIETH MONTHLY FEE APPLICATION FOR THE PERIOD 6/1/03 THROUGH 6/30/03 | 1.00 |
| 07/21/03 | RTT | DRAFT NO ORDER CERTIFICATE OF NO OBJECTION TO KRLS NINETEENTH MONTHLY FEE APPLICATION | .40 |
| 07/21/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS NINETEENTH MONTHLY FEE APPLICATION | .10 |
| 07/22/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS NINETEENTH MONTHLY FEE APPLICATION | .60 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-011
INVOICE : 161643

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

RE:   FEE APPLICATIONS, APPLICANT

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 07/22/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS NINETEENTH MONTHLY FEE APPLICATION | .10 |
| 07/22/03 | RTT | DISTRIBUTE KRLS TWENTIETH MONTHLY FEE APPLICATION TO RLT | .10 |
| 07/28/03 | FAP | REVIEW ADMINISTRATIVE ORDER TO CONFIRM NOTICE PARTIES (.1); ELECTRONICALLY SERVE KRLS' TWENTIETH FEE APPLICATION ON NOTICE PARTIES (.3) | .40 |
| 07/28/03 | FAP | CONFERENCE WITH MB RE: FILING AND CONVENTIONAL SERVICE OF KRLS' TWENTIETH FEE APPLICATION | .20 |
| 07/28/03 | FAP | REVIEW KRLS' TWENTIETH FEE APPLICATION IN PREPARATION OF FILING/SERVICE OF SAME | .10 |
| 07/28/03 | MB | E-FILE 20TH FEE APP OF KRLS | .30 |
| 07/28/03 | MB | DRAFT AOS RE 20TH FEE APP OF KRLS | .10 |
| 07/28/03 | MB | SERVE 20TH FEE APP OF KRLS | .30 |
| 07/28/03 | RLT | REVIEWED FILED 20TH FEE APPLICATION OF KRLS | .10 |
| 07/28/03 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
                                    DATE  :  AUGUST 25, 2003
                                    MATTER :  W9600-011
                                    INVOICE : 161643
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03     T C

RE:  FEE APPLICATIONS, APPLICANT

### TIME SUMMARY

```
                         RATE     HOURS           TOTALS
                         ----     -----           ------
F A PANCHAK             135.00      .70            94.50
M BISACCIA              125.00      .70            87.50
R L THOMAS              210.00     1.10           231.00
R T TAYLOR              125.00     3.40           425.00
T CURRIER               445.00      .40           178.00
            TOTALS                 6.30          1016.00


            TOTAL FEES :                       1,016.00


            TOTAL DUE  :                       1,016.00
```

---

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/24/03 | RLT | REVIEWED ORDER EXTENDING TIME TO FILE OBJECTIONS TO CERTAIN FEE APPLICATIONS | .10 |
| 06/24/03 | RLT | REVIEWED ORDER SETTING OBJECTION DATES TO CERTAIN FEE APPLICATIONS | .10 |
| 06/25/03 | RLT | REVIEWED 22D APPLICATION OF BILZIN AND SUMBERG | .20 |
| 06/25/03 | RLT | REVIEWED 11TH INTERIM OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .20 |
| 06/26/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION [TWENTY-SECOND MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 06/27/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 06/27/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CASNER & EDWARDS, LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/01/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003 | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER : W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 07/01/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/01/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE AND CO., FOR THE PERIOD APRIL 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/01/03 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003 | .20 |
| 07/01/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/01/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER : W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 07/01/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/01/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF HAMILTON, RABINOVITZ & ALSCHULER, INC. FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/01/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/01/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF L. TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/01/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/01/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION MONTHLY INVOICE APRIL 2003 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 07/01/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-SIXTH) FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003, FILED BY STROOCK & STROOCK & LAVAN LLP | | .20 |
| 07/02/03 RLT | REVIEWED EXAMINERS REPORT RE LEGAL ANALYSIS SYSTEM | | .20 |
| 07/02/03 RLT | REVIEWED EXAMINERS REPORT RE KRAMER LEVIN'S FEES | | .10 |
| 07/02/03 RLT | REVIEWED EXAMINER'S REPORT REGARDING FEE APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR THE EIGHTH INTERIM PERIOD | | .10 |
| 07/02/03 RLT | RREVIEWED EXAMINERS REPORT RE WOODCOCK'S FEES | | .20 |
| 07/02/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL FOR THE TWENTY-THIRD INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003 FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | | .20 |
| 07/02/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF L. TERSIGNI CONSULTING P.C. FOR THE EIGHTH INTERIM PERIOD | | .20 |
| 07/02/03 RLT | REVIEWED MONTHLY APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION (TWENTY-SIXTH) FOR THE PERIOD MAY 1, 2003 THROUGH MAY 31, 2003, FILED BY FTI POLICANO & MANZO | | .20 |
| 07/02/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR THE EIGHTH INTERIM PERIOD | | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 07/02/03 RLT | REVIEWED EXAMINERS REPORT RE WACHTELL, LIPTON, ROSEN & KATZ FOR THE EIGHTH INTERIM PERIOD | .10 |
| 07/03/03 RLT | REVIEWED NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING SUMMARY APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003 | .10 |
| 07/03/03 RLT | REVIEWED NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING FOURTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003 THROUGH APRIL 30, 2003 | .10 |
| 07/03/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3836 TWENTY-FOURTH INTERIM FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIBURSEMENT OF EXPENSES FOR MARCH 1, 2003 THROUGH MARCH 31 | .10 |
| 07/03/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003 | .10 |
| 07/08/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF STEPTOE & JOHNSON, LLP FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/08/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION JUNE 2003 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .10 |
| 07/08/03 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2003 THROUGH AND INCLUDING MAY 31, 2003 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP OBJECTIONS | | .20 |
| 07/09/03 RLT | REVIEWED CNO FILED BY CERTIFICATE FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC. | | .10 |
| 07/09/03 RLT | REVIEWED CNO FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | .10 |
| 07/09/03 RLT | REVIEWED APPLICATION FOR COMPENSATION /SEVENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2003 FILED BY PRICEWATERHOUSECOOPERS LLP | | .20 |
| 07/09/03 RLT | REVIEWED APPLICATION FOR COMPENSATION /EIGHTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MAY 2003 FILED BY PRICEWATERHOUSECOOPERS LLP | | .20 |
| 07/10/03 RLT | REVIEWED THIRD INTERIM ORDER AWARDING FEES TO ADVISOR JOHN E. KEEFE, SR | | .20 |
| 07/10/03 RLT | REVIEWED THIRD INTERIM ORDER AWARDING FEES TO ADVISOR C. JUDSON HAMLIN | | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER : W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---:|
| 07/10/03 | RLT | REVIEWED THIRD INTERIM ORDER AWARDING FEES TO ADVISOR DAVID R. GROSS | .20 |
| 07/10/03 | RLT | REVIEWED THIRD INTERIM ORDER AWARDING FEES TO ADVISOR WILLIAM A. DREIER | .20 |
| 07/10/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF REED SMITH LLP FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 07/10/03 | RLT | REVIEWED CNO TO MAY 2003, MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 07/10/03 | RLT | REVIEWED STATEMENT OF PROFESSIONALS' COMPENSATION (DEBTORS') FOR AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM APRIL 2, 2001 THROUGH JUNE 30, 2003 FILED BY W.R. GRACE & CO. | .20 |
| 07/10/03 | RLT | REVIEWED EXAMINERS REPORT REGARDING FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH, LLP FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 07/10/03 | RLT | REVIEWED EXAMINIERS REPORT REGARDING INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/11/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE FOR THE MONTHLY INTERIM PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003, FOR THE QUARTERLY FEE PERIOD OF APRIL - JUNE 2003 FILED BY WOODCOCK WASHBURN LLP | .20 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/11/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION SEVENTH MONTHLY FEE APPLICATION OF WACHTELL, LIPTON, ROSEN & KATZ FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003 | | .10 |
| 07/11/03 RLT | REVIEWED APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SIXTH MONTHLY INTERIM PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003 FILED BY WALLACE KING MARRARO & BRANSON | | .20 |
| 07/11/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE NINETEENTH MONTHLY PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003 FILED BY CASNER & EDWARDS | | .20 |
| 07/11/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUTPCY COUNSEL TO W. R. GRACE FOR THE SECOND MONTHLY INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003, FOR THE QUARTER OF APRIL - JUNE 2003 | | .20 |
| 07/15/03 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING APPLICATION FOR COMPENSATION SUMMARY COVER SHEET TO TWENTY-FIFTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003 THROUGH APRIL 30, 2003 | | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 07/15/03 RLT | REVIEWED REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR THE EIGHTH INTERIM PERIOD | | .20 |
| 07/15/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR THE EIGHTH INTERIM PERIOD | | .20 |
| 07/15/03 RLT | REVIEWED CNO REGARDING FEE APPLICATION FILED BY HOLME ROBERTS & OWEN LLP | | .10 |
| 07/15/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR THE EIGHTH INTERIM PERIOD | | .20 |
| 07/15/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DUANE MORRIS LLP FOR THE EIGHTH INTERIM PERIOD | | .20 |
| 07/17/03 RTT | REVIEW DOCKET RE OBJECTIONS TO KRAMER LEVIN'S TWENTY SECOND FEE APPLICATION | | .10 |
| 07/17/03 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION RE KRAMER LEVIN'S TWENTY SECOND FEE APPLICATION | | .40 |
| 07/18/03 RLT | REVIEWED AND COMMENTED TO RTT ON KRAMER & LEVIN CNO RE THEIR 22ND FEE APPLICATION | | .30 |
| 07/18/03 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY SECOND MONTHLY FEE APPLICATION | | .60 |
| 07/18/03 RTT | PREPARE EMAIL TO RLT RE CNO TO KRAMER LEVIN'S TWENTY-SECOND FEE APPLICATION | | .10 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE :  161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 07/21/03 RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/21/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003 | .20 |
| 07/28/03 RLT | REVIEWED COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |
| 07/28/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION TO SEVENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSE COOPERS LLP, AUDITORS AND TAX CONSULTANTS TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2003 | .10 |
| 07/28/03 RLT | REVIEW APPLICATION FOR COMPENSATION TWENTY-FIFTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APIL 30, 2003 | .20 |
| 07/28/03 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM JUNE 1, 2003, THROUGH JUNE 30, 2003, FOR THE QUARTER OF APRIL - JUNE, 2003 | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

07/28/03 RLT   REVIEWED CERTIFICATE OF NO OBJECTION TO EIGHTH         .10
               MONTHLY FEE APPLICATION, OF PRICEWATERHOUSE
               COOPERS LLP, FOR ALLOWANCE OF COMPENSATION AND
               REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MAY
               200

07/28/03 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .20
               OF REED SMITH LLP FOR THE TWENTY-FOURTH MONTHLY
               INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE
               30, 2003

07/28/03 RLT   REVIEWED APPLICATION FOR COMPENSATION SUMMARY          .20
               COVERSHEET TO TWENTY-SEVENTH MONTHLY INTERIM
               APPLICATION OF WALLACE KING MARRARO & BRANSON
               PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF
               EXPENSES FOR JUNE 1, 2003 THROUGH JUNE 30, 2003

07/28/03 RLT   REVIEWED CNO TO EIGHTH QUARTERLY FEE                   .10
               APPLICATION FOR THE PERIOD JANUARY 1, 2003
               THROUGH MARCH 31, 2003, FILED BY DUANE MORRIS
               LLP

07/28/03 RLT   REVIEWED CNO CERTIFICATE OF NO OBJECTION - NO         .10
               ORDER REQUIRED - TO TWENTY-SIXTH MONTHLY FEE
               APPLICATION FOR THE PERIOD MAY 1, 2003 THROUGH
               MAY 31, 2003

07/28/03 RLT   REVIEWED NOTICE OF SETTLEMENT DEBTORS' EIGHTH          .20
               QUARTERLY REPORT OF SETTLEMENTS FROM APRIL 1,
               2003 THROUGH JUNE 30, 2003 IN ACCORDANCE WITH
               THAT CERTAIN AMENDED ORDER AUTHORIZING AND
               APPROVING AN OMNIBUS PROCEDURE FOR SETTLING
               CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY
               OR AGAINST THE DEBTORS IN A JUDICIAL,
               ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR
               PROCEEDING

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 07/28/03 RLT | REVIEWED DEBTORS' EIGHTH QUARTERLY REPORT OF ASSET SALES FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 IN ACCORDANCE WITH THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF DE MINIMIS ASSETS | .20 |
| 07/28/03 RLT | REVIEWED APPLICATION FOR COMPENSATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR THE SIXTEENTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .20 |
| 07/28/03 RLT | REVIEWED CNO TO FOURTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003 | .10 |
| 07/28/03 RLT | REVIEWED CNO TO FIFTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003, | .10 |
| 07/28/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE EIGHTH INTERIM PERIOD | .20 |
| 07/30/03 RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JUNE 1, 2003, THROUGH JUNE 30, 2003, FOR THE QUARTERLY FEE PERIOD OF APRIL - JUNE, 2003 | .20 |

---

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-012
INVOICE : 161644

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

    RE:  FEE APPLICATIONS, OTHERS

07/30/03 RLT    REVIEWED APPLICATION FOR COMPENSATION SUMMARY       .20
OF THE TWENTIETH MONTHLY APPLICATION OF CASNER
& EDWARDS, LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS SPECIAL
LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD
FROM MAY 1, 2003 THROUGH MAY 31, 2003

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 13.80 | 2898.00 |
| R T TAYLOR | 125.00 | 1.20 | 150.00 |
| TOTALS | | 15.00 | 3048.00 |

    TOTAL FEES :       3,048.00

    TOTAL DUE  :       3,048.00

**PENNSYLVANIA**    ●    **DELAWARE**    ●    **NEW JERSEY**    ●    **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-015
                                              INVOICE : 161645


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

    RE:  LITIGATION AND LITIGATION CONSULTING



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
----  ----   --------------------------------                    -----

07/29/03 TC  REVIEWED MEMO TO COMMITTEE WITH LEGISLATIVE           .40
             UPDATE ON ASBESTOS LITIGATION LEGISLATION



                  T I M E   S U M M A R Y
                  -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

   T CURRIER          445.00     .40         178.00
                TOTALS           .40         178.00


                TOTAL FEES :                         178.00


                TOTAL DUE  :                         178.00
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-016
INVOICE : 161646

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/08/03 | TC | REVIEWED MEMORANDUM OF LAW ON ISSUES OF CONTAMINATION ET AL | 1.10 |
| 07/15/03 | RLT | REVIEWED CNO REGARDING MOTION TO EXTEND TIME DEBTORS' MOTION FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 9006(B) FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | .10 |
| 07/21/03 | RLT | BRIEFLY REVIEWED DEBTORS' FIFTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .30 |
| 07/21/03 | TC | REVIEWED MOTION TO EXTEND EXCLUSIVITY | .60 |
| 07/30/03 | TC | REVIEWED 5TH MOTION TO EXTEND EXCLUSIVITY | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|-----------|--------|-------|---------|
| R L THOMAS | 210.00 | .40 | 84.00 |
| T CURRIER | 445.00 | 2.20 | 979.00 |
| TOTALS | | 2.60 | 1063.00 |

TOTAL FEES :                              1,063.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 25, 2003
MATTER : W9600-016
INVOICE : 161646


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03   T C

RE:  PLAN AND DISCLOSURE STATEMENT


TOTAL DUE  :                                 1,063.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 25, 2003
MATTER :  W9600-017
INVOICE : 161647


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  RELIEF FROM STAY PROCEEDINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 07/11/03 | RLT | REVIEWED OBJECTION TO MOTION OF ROBERT COSTA AND RONALD THORNBURG FOR RELIEF FROM STAY UNDER 11 U.S.C. ? 362 OF THE BANKRUPTCY CODE (DOCKET NO. 3937) | .30 |
| 07/12/03 | TC | REVIEWED OBJECTION TO RODRIQUEZ' MOTION TO LIFT STAY | .40 |
| 07/16/03 | TC | REVIEWED DEBTORS' OBJECTION TO MOTION OF COSTA AND THORNBURG FOR RELIEF FROM THE STAY | .50 |
| 07/18/03 | TC | REVIEWED REPLY MEMORANDUM OF COSTA AND THORNBURG IN SUPPORT OF RELIEF FROM STAY | .40 |
| 07/21/03 | RLT | BRIEFLY REVIEWED REPLY MEMORANDUM IN SUPPORT OF THE MOTION OF ROBERT COSTA AND RONALD THORNBURG FOR RELIEF FROM STAY UNDER 11 U.S.C. SECTION 362 OF THE BANKRUPTCY CODE | .40 |
| 07/22/03 | TC | REVIEWED MOTION TO COMPLY WITH EPA ARRANGEMENT | .50 |
| 07/28/03 | RLT | REVIEWED STIPULATION AND AGREED ORDER BETWEEN THE DEBTORS AND TIMOTHY KANE ALLOWING PARTIAL RELIEF FROM THE AUTOMATIC STAY FOR CERTAIN | .20 |
| 07/30/03 | TC | REVIEWED DEBTORS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST MONTANA VERMICULITE | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-017
                                              INVOICE : 161647


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

   RE:  RELIEF FROM STAY PROCEEDINGS




                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

R L THOMAS               210.00    .90          189.00
T CURRIER                445.00   2.30         1023.50
                 TOTALS           3.20         1212.50

                 TOTAL FEES :                         1,212.50

                 TOTAL DUE  :                         1,212.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   AUGUST 25, 2003
                                               MATTER :  W9600-022
                                               INVOICE : 161649


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03     T C

     RE:  ZAI SCIENCE TRIAL
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 06/25/03 | RLT | REVIEWED MOTION TO AUTHORIZE /JOINT MOTION OF DEBTORS AND ZAI CLAIMANTS TO INCREASE BUDGET FOR ZAI SCIENCE TRIAL FILED BY W.R. GRACE & CO | .20 |
| 07/07/03 | RLT | REVIEWED MOTION FOR SUMMARY JUDGMENT FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS | .20 |
| 07/07/03 | RLT | REVIEWED DEBTORS' MOTION TO CONSOLIDATE THE ACTIONS OF ZAI CLAIMANTS PURSUANT TO RULE 42 FILED BY W.R. GRACE & CO | .30 |
| 07/07/03 | RLT | REVIEWED MOTION FOR SUMMARY JUDGMENT AND ATTACHMENT BRIEF | .60 |
| 07/07/03 | RLT | BRIEFLY REVIEWED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS FILED BY ZONOLITE ATTIC INSULATION | .20 |
| 07/07/03 | RLT | BRIEFLY REVIEWED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE ISSUES THAT: (1) ZAI CAN CONTAMINATE HOMES/POSE AN UNREASONABLE DANGER UPON DISTURBANCE; AND (2) ZAI CLAIMANTS HAVE VIABLE CLAIMS UNDER TORT AND/OR OTHER LEGAL THEORIES FILED BY ZONOLITE ATTIC INSULATION | .30 |
| 07/07/03 | RLT | REVIEWED MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ANY ALLEGED DAMAGES FROM THE ZAI SCIENCE TRIAL FILED BY W.R. GRACE & CO. | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER : W9600-022
                                              INVOICE : 161649


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

     RE:  ZAI SCIENCE TRIAL


| | | | |
|---|---|---|---|
| 07/07/03 RLT | REVIEWED MOTION FOR SUMMARY JUDGMENT ON THE ISSUES THAT: (1) ZAI CAN CONTAMINATE HOMES/POSE AN UNREASONABLE DANGER UPON DISTURBANCE; AND (2) ZAI CLAIMANTS HAVE VIABLE CLAIMS UNDER TORT AND/OR OTHER LEGAL THEORIES FILED BY ZONOLITE ATTIC INSULATION | .50 |
| 07/07/03 TC | REVIEWED DEBTORS' MOTION TO CONSOLIDATE ACTIONS BY ZAI CLAIMANTS | .60 |
| 07/07/03 TC | REVIEWED ZONOLITE MOTION FOR SUMMARY JUDGMENT | 1.60 |
| 07/07/03 TC | REVIEWED WRGRACE MOTION FOR SUMMARY JUDGEMENT AND EXHIBITS | 1.20 |
| 07/07/03 TC | REVIEWED MOTION FOR SUMMARY JUDGMENT THAT ZONOLITE CAN CONTAMINATE HOMES, AND TORT AND OTHER THEORIES AS ARE APPROPRIATE | .60 |
| 07/07/03 TC | REVIEWED WRGRACE MOTION IN LIMINE TO EXCLUDE EVIDENCE | .50 |
| 07/08/03 RLT | REVIEWED EXHIBIT ATTACHMENTS 23 THROUGH 33 OF MOTION TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS FILED BY ZONOLITE | .10 |
| 07/08/03 RLT | REVIEWED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 4007) FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS | .30 |
| 07/08/03 RLT | REVIEWED ZONALITE EXHIBIT TABLE OF CONTENTS AND ATTACHMENTS 55 THROUGH 94 OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | .40 |
| 07/08/03 RLT | REVIEWED ZONALITE EXHIBIT ATTACHMENTS 28 THROUGH 54 OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | .30 |


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 25, 2003
                                              MATTER :  W9600-022
                                              INVOICE : 161649


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

     RE:  ZAI SCIENCE TRIAL


07/08/03 RLT    REVIEWED MOTION TO EXCLUDE DR. R.J. LEE'S              .20
                OPINION ON CLEAVAGE FRAGMENT FILED BY ZONOLITE
                ATTIC INSULATION CLASS PLAINTIFFS

07/08/03 TC     REVIEWED MOTION IN LIMINE TO EXCLUDE DR. LEE'S         .60
                OPINION ON FRAGMENTATION

07/09/03 TC     REVIEWED ATTIC PLAINTIFF CLASS MOTION FOR             .80
                SUMMARY JUDGEMENT AND CERTAIN ATTACHMENTS

07/09/03 TC     REVIEWED ZONOLITE MEMORANDUM OF LAW IN SUPPORT         .50
                OF PARTIAL SUMMARY JUDGEMENT ON WRGRACE'S
                CONSUMER PROTECTION LIABILITY

07/09/03 TC     REVIEWED MEMORANDUM OF LAW IN SUPPORT OF MOTION        .80
                FOR SUMMARY JUDGMENT, FILED BY ATTIC CLASS
                ACTION PLAINTIFFS

07/09/03 TC     REVIEWED MOTION TO EXCLUDE DR LEE'S OPINION ON         .70
                FRAGMENTS, FILED BY ATTIC CLASS PLAINTIFFS

07/09/03 TC     REVIEWED MEMORANDUM OF LAW IN SUPPORT OF ATTIC         .90
                CLASS PLAINTIFFS


               T I M E   S U M M A R Y
               -----------------------

                        RATE      HOURS         TOTALS
                        ----      -----         ------

   R L THOMAS          210.00     3.80          798.00
   T CURRIER           445.00     8.80         3916.00
                 TOTALS          12.60         4714.00


            TOTAL FEES :                          4,714.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   AUGUST 25, 2003
                                             MATTER : W9600-022
                                             INVOICE : 161649


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

     RE:  ZAI SCIENCE TRIAL




                         TOTAL DUE  :                    4,714.00
```