## EXHIBIT A

## Case Administration (16.90 Hours; $ 3,960.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $710 | 923.00 |
| Peter V. Lockwood | .80 | $625 | 500.00 |
| Rita C. Tobin | 1.20 | $340 | 408.00 |
| Robert C. Spohn | 6.30 | $165 | 1,039.50 |
| Stacie M. Evans | 1.00 | $160 | 160.00 |
| Elyssa J. Strug | 1.60 | $155 | 248.00 |
| Andrew D. Katznelson | 4.70 | $145 | 681.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/03 | EJS | 155.00 | 0.30 | Review and classify documents in order to create a database regarding upcoming hearings and pre-trial and status conferences for EI & PVNL. |
| 07/01/03 | EJS | 155.00 | 0.30 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 07/01/03 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and file and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/30/03 (.2); review and classify all ECF noticed pleadings filed or served via e-mail 6/30/03; review, distribute electronically and forward electronically to file clerk for data entry and electronic image attachment to document database (.2). |
| 07/01/03 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/02/03 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/01/03 (.3); review all ECF noticed pleadings and documents served via e-mail 7/01/03 and annotate for distribution (.1). |

| 07/07/03 | RCS | 165.00 | 0.50 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/02/03 thru 7/03/03 (.3); review all ECF noticed pleadings and documents served via e-mail 7/02/03 thru 7/03/03 and annotate for distribution (.2). |
| --- | --- | --- | --- | --- |
| 07/07/03 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 07/07/03 | ADK | 145.00 | 0.20 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |
| 07/08/03 | EJS | 155.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 07/08/03 | EJS | 155.00 | 0.50 | Review and classify documents in order to create a database regarding upcoming hearings and pre-trial conferences and status conferences for EI & PVNL. |
| 07/08/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/07/03 (.1); review all ECF noticed pleadings and documents served via e-mail 7/07/03 and annotate for distribution (.2). |
| 07/08/03 | ADK | 145.00 | 0.20 | Review, classify and annotate relevant material for TB, and RCT. |
| 07/08/03 | ADK | 145.00 | 0.50 | Perform review of recently received court documents from Judge Wolin for EI. |
| 07/09/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/08/03 (.2); review all ECF noticed pleadings and documents served via e-mail 7/08/03 and annotate for distribution (.1). |
| 07/10/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/09/03 (.3). |
| 07/11/03 | PVL | 625.00 | 0.10 | Teleconference Hurford re pending matters. |

| 07/11/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/10/03 (.3). |
| 07/14/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/11/03 (.2). |
| 07/14/03 | EI | 710.00 | 0.40 | T/c Dave Gross (.2); memo to Committee re: Gross candidacy for futures rep (.2). |
| 07/14/03 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD. |
| 07/15/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/14/03 (.3). |
| 07/16/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/15/03 (.3). |
| 07/16/03 | ADK | 145.00 | 0.30 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/17/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/16/03 (.3). |
| 07/17/03 | SME | 160.00 | 1.00 | Review developments in asbestos tort litigation |
| 07/18/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/17/03  (.3). |
| 07/18/03 | EI | 710.00 | 0.50 | Grace/USG:  Memo to Rice re: status and strategies. [Total time of 1.0 hour divided between Grace and USG.] |
| 07/19/03 | PVL | 625.00 | 0.10 | Memo to EI re status. |
| 07/21/03 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/18/03 (.4). |

| 07/21/03 | ADK | 145.00 | 0.70 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and PVNL. |
| 07/21/03 | ADK | 145.00 | 0.20 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for NDF. |
| 07/22/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/21/03 (.3). |
| 07/22/03 | EI | 710.00 | 0.20 | Correspondence to Bernick re: David Gross as futures rep. |
| 07/22/03 | ADK | 145.00 | 0.60 | Updated NYO Litigation calendar, perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 07/23/03 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 07/23/03 | RCT | 340.00 | 0.30 | Review revised exhibits. |
| 07/23/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/22/03 (.3). |
| 07/25/03 | RCT | 340.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 07/25/03 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/23/03 thru 7/24/03 (.4). |
| 07/28/03 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 07/28/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/25/03 (.2). |
| 07/29/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/28/03  (.3). |

| 07/29/03 | ADK | 145.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT, PVNL, NDF and JWD. |
| 07/30/03 | PVL | 625.00 | 0.20 | Teleconference Baron re status (.1); review Hurford memo and reply (.1). |
| 07/30/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/29/03 (.2). |
| 07/31/03 | PVL | 625.00 | 0.20 | Email Kazan et al re ZAI lit (.1); email Cooney et al re same (.1). |
| 07/31/03 | RCT | 340.00 | 0.70 | Review agenda (.2); email to ADK and TB re: category definition (.5). |
| 07/31/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/30/03 (.3). |
| 07/31/03 | EI | 710.00 | 0.20 | T/c Weitz re: Libby issue. |
| 07/31/03 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and conferences for EI. |

**Total Task Code .04**          **16.90**

## Claim Analysis Objection & Resolution (Asbestos)(5.60 Hours; $ 1,465.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Kimberly N. Brown | .40 | $350 | 140.00 |
| John P. Cunningham | 5.00 | $240 | 1,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/03 | PVL | 625.00 | 0.10 | Review JPC memo. |

| 07/01/03 | JPC | 240.00 | 2.30 | Finish drafting memo analyzing briefs and appendices filed with Supreme Court in Norfolk Railway case. |
|----------|-----|--------|------|------|
| 07/11/03 | JPC | 240.00 | 0.50 | Review developments in asbestos tort litigation. |
| 07/21/03 | JPC | 240.00 | 0.60 | Review developments in asbestos tort litigation. |
| 07/22/03 | KNB | 350.00 | 0.20 | Review pleadings re science trial |
| 07/22/03 | JPC | 240.00 | 1.60 | Review developments in asbestos tort litigation. |
| 07/24/03 | PVL | 625.00 | 0.10 | Review SME memo re ZAI lit. |
| 07/28/03 | KNB | 350.00 | 0.20 | Review Zonolite pleadings |

**Total Task Code .05      5.60**

## Claim Analysis Objection & Resolution (Non Asbestos)(.50 Hours; $ 312.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .50 | $625 | 312.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/16/03 | PVL | 625.00 | 0.10 | Review 7 claims settlement notice. |
| 07/28/03 | PVL | 625.00 | 0.20 | Review 1st and 2d omnibus objections. |
| 07/29/03 | PVL | 625.00 | 0.20 | Confer EI re status (.1); email Hurford re hearing (.1). |

**Total Task Code .06      .50**

## Employee Benefits/Pension (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/08/03 | PVL | 625.00 | 0.10 | Review Eskin email re pension contributions and reply. |
| 07/09/03 | PVL | 625.00 | 0.10 | Review LTC memo re pension funding. |
| **Total Task Code .08** | | **.20** | | |

## Fee Applications, Applicant (4.00 Hours; $ 1,087.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.60 | $340 | 884.00 |
| Andrew D. Katznelson | 1.40 | $145 | 203.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/07/03 | RCT | 340.00 | 0.80 | Review prebills |
| 07/08/03 | RCT | 340.00 | 0.50 | Review exhibits for monthly fee app. |
| 07/16/03 | RCT | 340.00 | 0.20 | Review final reports. |
| 07/22/03 | RCT | 340.00 | 0.50 | Review reports/replies re: EI/PVNL status report. |
| 07/23/03 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 07/24/03 | RCT | 340.00 | 0.50 | Review final fee app. |
| 07/24/03 | ADK | 145.00 | 0.40 | Worked on Fee Application. |
| 07/29/03 | RCT | 340.00 | 0.10 | Review schedules and conference with ADK re: August fee applications. |
| **Total Task Code .12** | | **4.00** | | |

## Plan & Disclosure Statement (.90 Hours; $ 540.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Elihu Inselbuch | .10 | $710 | 71.00 |
| Peter V. Lockwood | .60 | $625 | $375.00 |
| Trevor W. Swett | .20 | $470 | 94.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/10/03 | PVL | 625.00 | 0.60 | Review Baer letter re SA agreement (.1); email CSR re same (.1); confer CSR re same (.3); review CSR email (.1) |
| 07/15/03 | EI | 710.00 | 0.10 | Conference McGovern re: status. |
| 07/29/03 | TWS | 470.00 | 0.20 | Email re opposition to extension of exclusivity (.2). |

**Total Task Code .17**      **.90**


## Relief from Stay Proceedings (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/17/03 | PVL | 625.00 | 0.20 | Review Grace opposition to Costa and Rodriguez motions. |

**Total Task Code .18**      **.20**


## Tax Litigation (.40 Hours; $ 196.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .40 | $490 | 196.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/22/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |

| 07/25/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
|---|---|---|---|---|

**Total Task Code .20**          **.40**


## ZAI Science Trial (5.90 Hours; $ 1,688.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.6 | $625 | 1,000.00 |
| Stacie M. Evans | 4.3 | $160 | 688.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/08/03 | PVL | 625.00 | 1.00 | Teleconference EI re ZAI claims (.1); review ZAI claimants' SJ motions (.9) |
| 07/10/03 | PVL | 625.00 | 0.60 | Review Grace SJ motion re ZAI. |
| 07/23/03 | SME | 160.00 | 3.30 | Review and summarize ZAI claimants motion for summary judgment as per request of KNB |
| 07/24/03 | SME | 160.00 | 1.00 | Review and summarize ZAI claimants' motion for summary judgment as per request of KNB |

**Total Task Code .23**          **5.90**

<u>Other Charges</u>:

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $    6.93 |
| Database Research | 136.18 |
| Long Distance-Equitrac In-House | 0.84 |
| Research Material | 93.17 |
| Telecopier/Equitrac | 19.05 |
| Xeroxing | <u>216.15</u> |
| | $ 472.32 |