**EXHIBIT B**

**Case Administration (16.9 Hours; $ 3,960.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**     16.9

**Claim Analysis Objection & Resolution (Asbestos) (5.6 Hours; $ 1,465.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**     5.6

**Claim Analysis Objection & Resolution (Non-Asbestos) (.5 Hours; $ 312.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**     .5

**Employee Benefits/Pension (.2 Hours; $ 125.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**     .2

**Fee Applications, Applicant (4.0 Hours; $ 1,087.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**     4.0

**Plan & Disclosure Statement (.9 Hours; $ 540.00)**

{D0013311:1 }
DOC#151898

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         .9**


**Relief from Stay Proceedings (.2 Hours; $ 125.00)**

Services rendered in this category pertain the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18         .2**


**Tax Litigation (.4 Hours; $ 196.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .20         .4**


**ZAI Science Trial (5.9Hours; $ 1,688.00)**

Services rendered in this category pertain to the ZAI Science Trial.

**Total Task Code .23         5.9**