EXHIBIT C

Other Charges:

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $    6.93 |
| Database Research | 136.18 |
| Long Distance-Equitrac In-House | 0.84 |
| Research Material | 93.17 |
| Telecopier/Equitrac | 19.05 |
| Xeroxing | <u>216.15</u> |
| | $ 472.32 |

{D0013312:1 }