Page:    1
8/22/2003
Print Date/Time:
08/22/2003
9:08:53AM
Invoice #

Client Number:   4642          **Grace Asbestos Personal Injury Claimants**
Matter       000                    **Disbursements**

Attn:

# PREBILL  / CONTROL  REPORT
Trans Date Range:  5/1/2003  to: 7/31/2003

Matter       000
**Disbursements**
Bill Cycle:      Monthly        Style:       i1       Start:    4/16/2001

Last Billed : 7/25/2003                        13,655

Trust Amount Available

Total Expenses Billed To Date        $225,430.27

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by Employee**

| Empl | Initials | Name | A C T U A L Hours | A C T U A L Amount | B I L L I N G Hours | B I L L I N G Amount |
|---|---|---|---|---|---|---|
| 0018 | DNV | Douglas N. Varley | 0.00 | 0.45 | 0.00 | 0.45 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 12.15 | 0.00 | 12.15 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 6.93 | 0.00 | 6.93 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 20.40 | 0.00 | 20.40 |
| 0207 | PE | Pam  Elias | 0.00 | 13.65 | 0.00 | 13.65 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.20 | 0.00 | 1.20 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 146.85 | 0.00 | 146.85 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 0.45 | 0.00 | 0.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 270.24 | 0.00 | 270.24 |
| | | | **0.00** | **472.32** | **0.00** | **472.32** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | A C T U A L Rate | A C T U A L Hours | Amount | B I L L I N G Rate | B I L L I N G Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | A C T U A L Hours | A C T U A L Amount | Rate | B I L L I N G Hours | B I L L I N G Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1499573 | Photocopy | E | 07/01/2003 | 0199 | ADK | | 0.00 | $12.30 | | 0.00 | $12.30 | 12.30 |
| 1499578 | Photocopy | E | 07/01/2003 | 0199 | ADK | | 0.00 | $8.10 | | 0.00 | $8.10 | 20.40 |
| 1500359 | Federal Express to Marla Eskin from EI on 6/25 | E | 07/07/2003 | 0120 | EI | | 0.00 | $6.93 | | 0.00 | $6.93 | 27.33 |
| 1500597 | Photocopy | E | 07/07/2003 | 0090 | EJS | | 0.00 | $5.85 | | 0.00 | $5.85 | 33.18 |
| 1500611 | Photocopy | E | 07/07/2003 | 0999 | C&D | | 0.00 | $0.60 | | 0.00 | $0.60 | 33.78 |
| 1500695 | Photocopy | E | 07/07/2003 | 0238 | SLG | | 0.00 | $28.05 | | 0.00 | $28.05 | 61.83 |

Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                         Page:    1
Matter      000                                  Disbursements                                                        8/22/2003
                                                                                                              Print Date/Time:
                                                                                                                    08/22/2003
                                                                                                                     9:08:53AM
Attn:                                                                                                                 Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1500990 | Photocopy | E | 07/08/2003 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 62.73 |
| 1501423 | Photocopy | E | 07/09/2003 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 63.93 |
| 1501442 | Photocopy | E | 07/09/2003 | 0238 | SLG | 0.00 | $2.40 | 0.00 | $2.40 | 66.33 |
| 1503794 | Photocopy | E | 07/10/2003 | 0238 | SLG | 0.00 | $31.05 | 0.00 | $31.05 | 97.38 |
| 1503889 | Fax Transmission to 12145239159 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 97.68 |
| 1503890 | Fax Transmission to 12145239157 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 97.98 |
| 1503891 | Fax Transmission to 12145239158 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 98.28 |
| 1503892 | Fax Transmission to 12145991171 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 98.58 |
| 1503894 | Fax Transmission to 12148248100 | E | 07/11/2003 | 0018 | DNV | 0.00 | $0.45 | 0.00 | $0.45 | 99.03 |
| 1503895 | Fax Transmission to 13125516759 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 99.33 |
| 1503899 | Fax Transmission to 18432169450 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 99.63 |
| 1503900 | Fax Transmission to 18432169290 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 99.93 |
| 1503902 | Fax Transmission to 14067527124 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 100.23 |
| 1503903 | Fax Transmission to 13026565875 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 100.53 |
| 1503904 | Fax Transmission to 17136501400 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 100.83 |
| 1503905 | Fax Transmission to 15108354913 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 101.13 |
| 1503906 | Fax Transmission to 12165750799 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 101.43 |
| 1503907 | Fax Transmission to 13053796222 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 101.73 |
| 1503909 | Fax Transmission to 14124718308 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 102.03 |
| 1503910 | Fax Transmission to 12123445461 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 102.33 |
| 1503911 | Fax Transmission to 12123445462 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 102.63 |
| 1503912 | Fax Transmission to 16179510679 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 102.93 |
| 1503915 | Fax Transmission to 12123440994 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 103.23 |
| 1503917 | Fax Transmission to 12024293329 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 103.53 |
| 1503918 | Fax Transmission to 12024293301 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 103.83 |
| 1503920 | Fax Transmission to 14122615066 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 103.98 |
| 1503922 | Fax Transmission to 14122615066 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 104.13 |
| 1503939 | Fax Transmission to 13024269947 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 104.28 |
| 1503941 | Fax Transmission to 13024269947 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 104.43 |
| 1504013 | Photocopy | E | 07/11/2003 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 105.33 |
| 1504046 | Photocopy | E | 07/11/2003 | 0238 | SLG | 0.00 | $19.50 | 0.00 | $19.50 | 124.83 |
| 1504048 | Photocopy | E | 07/11/2003 | 0238 | SLG | 0.00 | $3.00 | 0.00 | $3.00 | 127.83 |
| 1504547 | Equitrac - Long Distance to 8054993572 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 128.13 |
| 1505577 | Equitrac - Long Distance to 2123198799 | E | 07/11/2003 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 128.40 |
| 1504314 | Fax Transmission to 13024269947 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 128.55 |
| 1504316 | Fax Transmission to 14122615066 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 129.00 |
| 1504317 | Fax Transmission to 13024269947 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 129.30 |
| 1504318 | Fax Transmission to 12024293329 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 129.75 |
| 1504319 | Fax Transmission to 12024293301 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 120.20 |
| 1504320 | Fax Transmission to 12145239159 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 130.65 |
| 1504321 | Fax Transmission to 12145239157 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 131.10 |
| 1504322 | Fax Transmission to 12145239158 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 131.55 |
| 1504323 | Fax Transmission to 12145991171 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 132.00 |
| 1504324 | Fax Transmission to 12148248100 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 132.45 |
| 1504325 | Fax Transmission to 17136501400 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 132.90 |
| 1504326 | Fax Transmission to 13125516759 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 133.35 |
| 1504328 | Fax Transmission to 18432169450 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 133.80 |
| 1504329 | Fax Transmission to 18432169290 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 134.25 |
| 1504330 | Fax Transmission to 14067527124 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 134.70 |
| 1504332 | Fax Transmission to 13026565875 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 135.15 |
| 1504333 | Fax Transmission to 15108354913 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 135.60 |
| 1504335 | Fax Transmission to 12165750799 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 136.05 |
| 1504336 | Fax Transmission to 13053796222 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 136.50 |
| 1504337 | Fax Transmission to 14124718308 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 136.95 |
| 1504338 | Fax Transmission to 12123440994 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 137.40 |
| 1504339 | Fax Transmission to 12123445461 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 138.00 |
| 1504340 | Fax Transmission to 12123445462 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 138.45 |
| 1504341 | Fax Transmission to 16179510679 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 138.90 |
| 1504348 | Fax Transmission to 12123445462 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 139.20 |
| 1504349 | Fax Transmission to 12123445462 | E | 07/14/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 139.35 |
| 1504366 | Photocopy | E | 07/14/2003 | 0000 | EJS | 0.00 | $6.30 | 0.00 | $6.30 | 145.65 |
| 1505745 | Photocopy | E | 07/16/2003 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 150.45 |
| 1505860 | Photocopy | E | 07/16/2003 | 0207 | PE | 0.00 | $13.65 | 0.00 | $13.65 | 164.10 |
| 1505986 | Photocopy | E | 07/17/2003 | 0245 | PT | 0.00 | $0.45 | 0.00 | $0.45 | 164.55 |
| 1506515 | Pacer Service Center for April thru June | E | 07/17/2003 | 0999 | C&D | 0.00 | $93.17 | 0.00 | $93.17 | 257.72 |
| 1506513 | Photocopy | E | 07/18/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 258.47 |
| 1507305 | Photocopy | E | 07/21/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 258.92 |
| 1507373 | Photocopy | E | 07/21/2003 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 261.17 |
| 1507383 | Photocopy | E | 07/21/2003 | 0238 | SLG | 0.00 | $29.25 | 0.00 | $29.25 | 290.42 |
| 1507898 | Fax Transmission to 13128612200 | E | 07/22/2003 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 290.72 |
| 1507899 | Fax Transmission to 13125516759 | E | 07/22/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 291.47 |
| 1508048 | Photocopy | E | 07/22/2003 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 292.37 |
| 1508109 | Photocopy | E | 07/23/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 293.12 |

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                                    Page:    1
Matter       000              Disbursements                                                                              8/22/2003
                                                                                                          Print Date/Time:
                                                                                                              08/22/2003
                                                                                                               9:08:53AM
                                                                                                              Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508318 | Photocopy | E | 07/24/2003 | 0238 | SLG | 0.00 | $22.20 | 0.00 | $22.20 | 315.32 |
| 1508352 | Photocopy | E | 07/24/2003 | 0999 | C&D | 0.00 | $9.90 | 0.00 | $9.90 | 325.22 |
| 1508362 | Photocopy | E | 07/24/2003 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 327.47 |
| 1509421 | Photocopy | E | 07/25/2003 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 328.67 |
| 1509546 | Photocopy | E | 07/25/2003 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 329.87 |
| 1507540 | Database Research-Westlaw research by JPC on 7/1 | E | 07/25/2003 | 0999 | C&D | 0.00 | $103.60 | 0.00 | $103.60 | 433.47 |
| 1510304 | Equitrac - Long Distance to 3053756156 | E | 07/29/2003 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 433.74 |
| 1510757 | Photocopy | E | 07/29/2003 | 0238 | SLG | 0.00 | $6.00 | 0.00 | $6.00 | 439.74 |
| 1513907 | Database Research-Westlaw research by LIB on 7/15 | E | 07/31/2003 | 0999 | C&D | 0.00 | $32.58 | 0.00 | $32.58 | 472.32 |
| **Total Expenses** | | | | | | **0.00** | **$472.32** | **0.00** | **$472.32** | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 472.32 | | 472.32 |
| Matter Total | 0.00 | 472.32 | 0.00 | 472.32 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $472.32 | | $472.32 |
| Prebill Total | 0.00 | $472.32 | 0.00 | $472.32 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,704 | 02/22/2003 | 15,009.00 | 3,001.80 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,070 | 03/20/2003 | 10,063.00 | 2,012.60 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,428 | 04/24/2003 | 8,858.00 | 1,771.60 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 12,293.50 | 2,458.70 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,008 | 06/25/2003 | 7,649.16 | 7,649.16 |
| 42,071 | 06/27/2003 | 3,191.00 | 3,191.00 |
| 42,258 | 07/25/2003 | 8,772.04 | 8,772.04 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| | | 1,270,941.95 | 230,939.99 |

Client Number:   4642
Matter       000

Grace Asbestos Personal Injury Claimants
Disbursements

Page:      1
8/22/2003
Print Date/Time:
08/22/2003
9:08:53AM
Invoice #

Attn: