UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., Debtors. | Chapter 11<br>Case Nos. 00-4471, 00-4469, 00-4470 |
| IN RE: W. R. GRACE & CO., et al., Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., Debtors. | Chapter 11<br>Case Nos. 01-10578, et al. |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., Debtors. | Chapter 11<br>Case Nos. 01-2094 through 01-2104 |
| IN RE: OWENS CORNING, et al., Debtors. | Chapter 11<br>Case Nos. 00-3837 through 00-3854 |

IN RE:   GENERAL ASBESTOS

SECOND INTERIM ORDER ALLOWING FEES AND EXPENSES TO
BUDD, LARNER, ROSENBAUM, GREENBERG & SADE, P.C. FOR
SERVICES RENDERED THROUGH AUGUST 31, 2002 IN
CONJUNCTION WITH THE APPOINTMENT OF DAVID R. GROSS
AS AN ADVISOR

This matter having been opened before the Court upon the second application of Budd, Larner, Rosenbaum, Greenberg & Sade, P.C. ("Budd Larner") in conjunction with the appointment of David R. Gross as a Court Advisor; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; Budd Larner having received no opposition to its second application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtors' estates and not duplicative of any other services rendered and for other good cause shown

IT IS on this 19th day of August, 2003,

ORDERED that the revised second application of Budd Larner for services rendered in the amount of $124,319.00 and expenses incurred in the amount of $9,043.94 in conjunction with the appointment of David R. Gross as a Court Advisor is hereby granted; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be allocated among the debtors as follows:

$24,863.80 in fees and $1,808.79 in expenses against Federal Mogul, Inc.;

$24,863.80 in fees and $1,808.79 in expenses against W.R. Grace & Co.;

$24,863.80 in fees and $1,808.79 in expenses against Armstrong World Industries, Inc.;

$24,863.80 in fees and $1,808.79 in expenses against Owens Corning; and

$24,863.80 in fees and $1,808.79 in expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to Budd Larner the amounts as set forth herein; and it is further

ORDERED that amounts received by Budd Larner pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

_____
ALFRED M. WOLIN, U.S.D.J.

460257                                3