```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R Grace & Co.                        Invoice Number      1064952
   One Town Center Road                   Invoice Date       08/28/03
   Boca Raton, FL   33486                 Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              112.00


              TOTAL BALANCE DUE UPON RECEIPT        $ 112.00
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
   W.R Grace & Co.                         Invoice Number    1064952
   One Town Center Road                    Invoice Date      08/28/03
   Boca Raton, FL   33486                  Client Number     172573
                                           Matter Number      60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2003

```
   Date    Name                                           Hours
 -------- -----------                                     -----

 07/10/03 Rea            Letter to R. Finke re:  property    .40
                         damage claims.


                                                 ------
                                 TOTAL HOURS       .40
```

```
TIME SUMMARY              Hours          Rate          Value
------------------------  --------------------         -------
Traci Sands Rea            .40  at  $  280.00  =       112.00

                         CURRENT FEES                              112.00


                                                    ------------
                     TOTAL BALANCE DUE UPON RECEIPT   $ 112.00
                                                    ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number    1064951
  5400 Broken Sound Blvd., N.W.        Invoice Date      08/28/03
  Boca Raton, FL 33487                 Client Number     172573
```

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
    Fees                              197,200.00

                    TOTAL BALANCE DUE UPON RECEIPT      $ 197,200.00
                                                       ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1064951
5400 Broken Sound Blvd., N.W.              Invoice Date      08/28/03
Boca Raton, FL 33487                       Client Number      172573
                                           Matter Number       60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2003

  Date    Name                                                    Hours
-------- -----------                                              -----


07/01/03 Atkinson        Reviewing Motion to Consolidate          12.60
                         Action and Proofs of Claim
                         information for factual background
                         information (2.3); meeting with K.
                         Condo (.4); reviewing Brief In
                         Support of Motion for Summary
                         Judgment (1.2);  assembling
                         Appendix to Motion (8.7).

07/01/03 Bentz           Legal research regarding Rule 42          6.30
                         (.8) and drafting Rule 42 motion
                         (2.1); work on motion in limine to
                         exclude Kilpatrick testimony (.9);
                         work on summary judgment brief
                         (2.2); letter to claimants'
                         counsel regarding discovery issues
                         (.3).

07/01/03 Butcher         Meeting with K. Condo re: brief          9.70
                         (.50); work on Summary Judgment
                         brief (9.20).

07/01/03 Cameron         Continued review and revisions to         5.80
                         draft of summary judgment brief
                         (1.9); e-mail to R. Finke
                         regarding same (.6); multiple
                         e-mails with Reed Smith team
                         regarding strategy and drafting
                         issues with respect to motion for
                         summary judgment (.7); review
                         documents and testimony for
                         inclusion in summary judgment
                         record (1.5); prepare for and
                         participate in telephone call with

```
172573 W. R. Grace & Co.                         Invoice Number  1064951
60028  ZAI Science Trial                         Page   2
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | R. Finke regarding revisions to summary judgment brief (1.1). | |
| 07/01/03 | Condo | Work on Debtors' Motion for Summary Judgment and Brief in support of same. | 5.50 |
| 07/01/03 | Flatley | E-mails re: brief status (.20); call with D. Cameron re: status (.20); reviewing draft brief and comments to J. Butcher (3.70); messages from D. Cameron, et al. re: status of brief (.20). | 4.30 |
| 07/01/03 | Radcliffe | Review documents for historical ZAI pricing information. | 1.70 |
| 07/01/03 | Restivo | Telephone calls re:  possible mediation of Science Trial case (0.5); preparation of summary judgment brief (2.5) and telephone calls and meetings relating thereto (1.8). | 4.80 |
| 07/01/03 | Turkaly | Preparation of brief and appendix in support of motion for summary judgment. | 2.50 |
| 07/02/03 | Atkinson | Continue preparing Appendix to Motion for Summary Judgment (6.0);  cite-checking and shepardizing brief (8.2). | 14.20 |
| 07/02/03 | Bentz | Work on summary judgment brief (2.5); work on Rule 42 motion (.9); work on motion in limine regarding damages (.4). | 3.80 |
| 07/02/03 | Butcher | Work on Summary Judgment Brief. | 8.50 |
| 07/02/03 | Cameron | Review multiple drafts of summary judgment brief and extensive revisions thereto (5.50); research factual support for motion (1.5); review expert reports and deposition testimony for inclusion in summary judgment brief (2.50). | 9.50 |
| 07/02/03 | Condo | Work on Debtors' Motion for Summary Judgment and Brief. | 10.90 |

172573  W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                           Page    3
       August 28, 2003

| Date | Name | | Hours |
|------|------|--|-------|
| 07/02/03 | DeMarchi Sleigh | Begin to review trial transcripts from to prepare exposure chronology in preparation for science trial. | 6.00 |
| 07/02/03 | Flatley | Call with D. Cameron and e-mails re: status (.40); with J. Restivo and D. Cameron re: revisions to the brief (1.00); reviewing new draft of brief and commenting on it with K. Condo and others (7.10). | 8.50 |
| 07/02/03 | Radcliffe | Continue to review documents for ZAI pricing information. | 1.30 |
| 07/02/03 | Restivo | Calls and e-mails re: possible mediation of Science Trial (1.0); work on Grace summary judgment brief (6.0). | 7.00 |
| 07/02/03 | Turkaly | Continued preparation of appendix in support of motion for summary judgment. | 13.50 |
| 07/03/03 | Atkinson | Cite-checking and assembling lengthy Appendix to Motion For Summary Judgment. | 11.20 |
| 07/03/03 | Bentz | Work on summary judgment papers (4.9); work on Rule 42 Motion (.8); work on motion for summary judgment and motion in limine (.8). | 6.50 |
| 07/03/03 | Butcher | Work on Summary Judgment Brief. | 8.60 |
| 07/03/03 | Cameron | Continued drafting and revisions to portions of summary judgment brief (3.90); telephone conference with R. Finke re: additional comments and revisions (.90); e-mails to R. Finke and Reed Smith attorneys working on other portions of brief re: open issues and revisions (.90); review draft motion to exclude Kilpatrick (.60); review draft Rule 42 motion (.40); telephone conference with L. Flatley re: additional comments to sections of brief (.40). | 7.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  1064951
60028  ZAI Science Trial                         Page   4
        August 28, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/03/03 | Condo | Work on Motion for Summary Judgment and Brief in Support of same. | 11.00 |
| 07/03/03 | Flatley | Calls and e-mails re: draft of brief (.50); reviewing latest draft (2.30); call with C. Tarr dictating proposed changes in the brief (.80); call with D. Cameron and messages re: brief (.50). | 4.10 |
| 07/03/03 | Restivo | Work on summary judgment brief and appendix. | 5.00 |
| 07/03/03 | Turkaly | Continued preparation of lengthy appendix in support of motion for summary judgment. | 11.00 |
| 07/04/03 | Cameron | Continued drafting and revisions to summary judgment brief. | 4.50 |
| 07/05/03 | Atkinson | Cite-checking Brief and lengthy Appendix In Support of Motion For Summary Judgment. | 6.10 |
| 07/05/03 | Butcher | Work on Summary Judgment Brief. | 2.20 |
| 07/05/03 | Cameron | Prepare additional riders for summary judgment brief. | 1.20 |
| 07/05/03 | Condo | Work on Debtors' Motion for Summary Judgment and Brief. | 5.00 |
| 07/05/03 | Turkaly | Continued preparation of appendix in support of motion for summary judgment. | 7.00 |
| 07/06/03 | Atkinson | Reviewing Brief In Support of Motion For Summary Judgment against Appendix items (1.7); reviewing Motion In Limine and Motion To Consolidate (.5). | 2.20 |
| 07/06/03 | Cameron | Review final version of draft brief and multiple e-mails concerning review and revisions necessary before filing (.90); telephone call with R. Finke re: same (.30); review draft of appendix and comment (.80); review | 2.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  1064951
60028  ZAI Science Trial                        Page   5
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | draft motions (.40). | |
| 07/06/03 | Flatley | Reviewing brief and e-mails re: comments on same. | 2.50 |
| 07/06/03 | Restivo | Finalize summary judgment briefs and appendices. | 2.00 |
| 07/07/03 | Atkinson | Finalizing copies of Appendix for service copies (2.6); reviewing Table of Authorities (.5). | 3.10 |
| 07/07/03 | Bentz | Review of claimants' motion for partial summary judgment and prior complaints (3.5); preparation for case briefing and outline of tasks to be done going forward (3.1); review of documents regarding quantity of ZAI sold (.8); meeting with L. Flatley regarding trial of historical case (.9); conference with W. Sparks re: same (.2). | 8.50 |
| 07/07/03 | Butcher | Prepare brief for filing and coordinate with local counsel. | 3.40 |
| 07/07/03 | Cameron | Review draft brief and prepare final revisions (2.10); meet with L. Flatley and J. Restivo re: same (.30); multiple e-mails re: final revisions to brief (.60); meet with J. Restivo, J. Bentz and L. Flatley re: preparation for portion of extensive case review meeting with W.R. Grace representatives on 7/8/03 (.90). | 3.90 |
| 07/07/03 | Flatley | Preparation for case review meeting (2.70); final changes to brief and checking on filing status (1.20); with J. Restivo, D. Cameron and J. Bentz re: case review meeting (1.00); with J. Bentz re: review of Grace case facts  (.90). | 5.80 |
| 07/07/03 | Restivo | Final review of briefs with client's in-house counsel (3.0); finalize briefs and appendices (1.5). | 4.50 |

172573 W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                          Page   6
       August 28, 2003

 Date    Name                                                    Hours
-------- -----------                                             -----
07/07/03 Turkaly        Review and digest fact witness           2.00
                        deposition.

07/08/03 Atkinson       Prepare service copies of Motion         1.80
                        For Summary Judgment, Motion In
                        Limine, Motion To Consolidate to
                        E. Westbrook (.8); searches on
                        document database for pricing
                        information (1.0).

07/08/03 Bentz          Preparation for and attend              9.00
                        portions of case briefing meeting
                        with several of Debtors' in-house
                        counsel (5.0); review of
                        plaintiffs' dispositive motions
                        (2.2);  outlining responses to
                        same (1.8).

07/08/03 Butcher        Discussions with local counsel re:       .40
                        service copies (.10); research re:
                        Agent Orange cases (.30).

07/08/03 Cameron        Prepare for and attend portions of      7.30
                        extensive case review meeting in
                        Pittsburgh with R. Finke, W.
                        Sparks and Grace general counsel
                        and chief restructuring officer
                        (4.40); review ZAI Claimants'
                        Motion for partial summary
                        judgment and prepare outline for
                        response (2.90).

07/08/03 DeMarchi Sleigh Continue to review trial               1.50
                        transcripts to prepare exposure
                        chronology in preparation for
                        science trial.

07/08/03 Flatley        Call with D. Cameron (.10);             6.20
                        preparation for case review
                        meeting (1.20); attend portion of
                        case review meeting with Messrs.
                        Siegel, Beber, Finke, Sparks,
                        Senftleben, Restivo, Cameron and
                        Bentz (4.50); with J. Bentz re:
                        plans for response briefs (.20);
                        call with D. Cameron re: plans for
                        response briefs (.20).

172573 W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                          Page   7
       August 28, 2003

   Date   Name                                                      Hours
 -------- -----------                                               -----
 07/08/03 Restivo           Prepare for and attend                  6.00
                            comprehensive ZAI Science Trial
                            case review meeting with Reed
                            Smith attorneys, Debtors' in-house
                            counsel and Debtors' chief
                            restructuring officer.

 07/08/03 Turkaly           Review and digest L. Cohen's            8.00
                            deposition (6.0); review and
                            digest C. Russ's deposition (2.0).

 07/09/03 Atkinson          Reviewing Grace documents and           1.60
                            revising chart of price lists re:
                            Attic Insulation (1.3); reviewing
                            copies made of Summary Judgment
                            filing to D. Cameron (.3).

 07/09/03 Bentz             Meeting with L. Flatley and D.          4.40
                            Cameron regarding responses to
                            Claimants' motions (1.1); review
                            of Claimants' dispositive motions
                            (2.2); preparation of outline of
                            response to Claimants' motions
                            (.8); correspondence with Debtor
                            regarding responses to motions
                            (.3).

 07/09/03 Butcher           Review ZAI Claimants' Motion for         .90
                            Summary Judgment.

 07/09/03 Cameron           Continued review of ZAI Claimants'      3.20
                            briefs (1.70); meet with L.
                            Flatley re: outline for response
                            briefs (.80); telephone call with
                            R. Finke re: same (.40); meet with
                            J. Restivo re: same (.30).

 07/09/03 DeMarchi Sleigh   Continue to review trial               4.00
                            transcripts of to prepare exposure
                            chronology in preparation for
                            science trial.

 07/09/03 Flatley           Review claimants' motion for           3.30
                            summary judgment (1.50); with D.
                            Cameron and J. Bentz re:
                            evaluation of claimants' summary
                            judgment motion (1.00); follow up
                            on meeting, including e-mails,
                            call with K. Condo and call with
                            R. Finke (.80).

```
172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page   8
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/09/03 | Restivo | Telephone call with R. Finke re: responses to Claimants' dispositive and evidentiary motions (0.3);  receipt and review of Claimants' summary judgment/motions in limine papers (2.0). | 2.30 |
| 07/09/03 | Turkaly | Continue to review and digest C. Russ's deposition. | .50 |
| 07/10/03 | Atkinson | Reviewing summation database re: price documents for ZAI. | .60 |
| 07/10/03 | Bentz | Begin to prepare response to claimants' motion for summary judgment and Daubert motion. | 5.20 |
| 07/10/03 | Butcher | Review Claimants' Motion in Limine. | .80 |
| 07/10/03 | Condo | Review claimants' summary judgment papers. | 1.00 |
| 07/10/03 | Flatley | Review J. Restivo memorandum on case review meeting and respond on various issues by e-mail (.60); review Daubert motion on R.J. Lee and do preliminary outline of response (3.30); review Claimants' summary judgment motions and begin outline of response (3.40); call with R. Finke and follow up e-mail (.30). | 7.60 |
| 07/11/03 | Bentz | Research regarding proofs of claims (1.0); work on response to claimants' motion for summary judgment (3.2); review of claimants' motion regarding cleavage fragments (1.5). | 5.70 |
| 07/11/03 | Condo | Review claimants' summary judgment papers. | .50 |
| 07/11/03 | Flatley | Working on outlines of responses to Claimants' Motions (2.7); e-mail to R. Finke, et al., regarding status of outlines (0.2). | 2.90 |

```
172573 W. R. Grace & Co.                      Invoice Number  1064951
60028  ZAI Science Trial                      Page   9
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/14/03 | Atkinson | Reviewing files re: draft comments to Proof of Claim (0.4); reviewing discovery database, files of documents produced for ZAI price lists for pre-1969 and 1969 - 1984 (2.1). | 2.50 |
| 07/14/03 | Bentz | Meeting with L. Flatley regarding responses to dispositive motions filed by claimants (2.0); work on responses in opposition to claimants' dispositive motions (3.7). | 5.70 |
| 07/14/03 | Butcher | Meeting with L. Flatley and J. Bentz regarding research issues (.4); review cases cited in claimants' brief (.7). | 1.10 |
| 07/14/03 | Condo | Review claimants' summary judgment papers. | 1.00 |
| 07/14/03 | Flatley | E-mails regarding status of R. Finke analysis (0.1); reviewing various outlines and analyzing cases relating to response briefs (2.8); with J. Bentz regarding overview of various outlines and research issues to be pursued (2.0); follow-up on J. Bentz meeting with J. Restivo (0.4); follow-up on J. Bentz meeting with A. Muha (0.6). | 5.90 |
| 07/14/03 | Muha | Discuss research assignment re: state consumer protection statutes with L. Flatley and J. Bentz. | .50 |
| 07/14/03 | Restivo | Meeting with L. Flatley (0.4) and continue to review plaintiffs' motions (0.6). | 1.00 |
| 07/14/03 | Turkaly | Continue to review and digest C. Russ's deposition. | 6.00 |
| 07/15/03 | Atkinson | Reviewing Summation database and files re: prices for ZAI 1969-84. | 2.10 |

172573 W. R. Grace & Co.                        Invoice Number  1064951
60028  ZAI Science Trial                        Page  10
        August 28, 2003

  Date   Name                                                      Hours
 -------- -----------                                              -----
07/15/03 Bentz            Meeting with J. Restivo and L.           8.30
                          Flatley regarding briefs in
                          opposition to claimants' summary
                          judgment briefs (.5); work on
                          briefs in opposition to claimants'
                          motion for summary judgment,
                          motion for partial summary
                          judgment and motion to exclude
                          testimony of R. J. Lee (7.8).

07/15/03 Butcher          Research for response to                1.10
                          Claimants' Motion for Summary
                          Judgment.

07/15/03 Condo            Teleconference with J. Restivo re:       .60
                          Debtors' responses to Claimants'
                          briefs.

07/15/03 Flatley          E-mail regarding status of             1.40
                          research on bankruptcy issues
                          (0.2); call with J. Restivo
                          regarding bankruptcy issues (0.3);
                          reviewing issues regarding briefs
                          in response to Claimants' motions
                          with J. Restivo and J. Bentz (0.9).

07/15/03 Muha             Begin to research issues re: ZAI         5.00
                          claimants' consumer protection
                          statute claims under laws of
                          various jurisdictions.

07/15/03 Restivo          Analysis and discussion re:             2.00
                          outlines and process for reply
                          brief.

07/15/03 Turkaly          Continue to review and digest C.        7.00
                          Russ's deposition (3.5); begin to
                          review and digest K. Salisbury's
                          deposition (3.5).

07/16/03 Atkinson         Reviewing Grace storage files for       3.10
                          Motions in Limine (0.7);
                          additional searches on Summation
                          and reviewing, revising listing of
                          ZAI prices 1969 - 1984, and
                          supporting documents (2.4).

07/16/03 Bentz            Conference with L. Flatley              6.20
                          regarding opposition briefs (.5);
                          work on opposition briefs (5.7).

```
172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page  11
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/16/03 | Butcher | Continued research for Response to Claimants' Motion for Summary Judgment. | 2.60 |
| 07/16/03 | Cindrich | Phone call with A. Muha re: document research assignment (0.2); phone call with L. Flatley re: analyzing exhibits attached to motions for summary judgment and for partial summary judgment (0.2). | .40 |
| 07/16/03 | Flatley | Review J. Bentz outline of arguments in opposition briefs and revise detailed outlines into two outlines (4.0); with M. Sampson regarding bankruptcy law interplay with tort issues (0.9); with J. Bentz regarding outlines (0.5); conference call with J. Bentz and A. Muha (0.4); call with S. Cindrich (0.3); with K. Condo regarding brief (0.1); with J. Restivo regarding brief status (0.3). | 6.50 |
| 07/16/03 | Muha | Continued research of consumer protection law issues raised in ZAI Claimants' brief in support of motion for partial summary judgment. | 5.40 |
| 07/16/03 | Radcliffe | Review documents for ZAI pricing information. | 1.50 |
| 07/16/03 | Sampson | Research and analysis re: asbestos trusts, estimation, and speculative damages. | 6.20 |
| 07/16/03 | Turkaly | Continue to review and digest K. Salisbury's deposition (5.0); compile citations and prepare table of authorities for brief in support of motion for summary judgment (3.0). | 8.00 |
| 07/17/03 | Atkinson | Final revisions to Memorandum re: supporting documentation for ZAI prices (1969-84) (1.3); reviewing Motion in Limine files, trial briefs in other property damage | 3.30 |

172573 W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                          Page  12
       August 28, 2003

  Date   Name                                                      Hours
-------- -----------                                               -----
                         cases re: specific legal issues
                         (2.0).

07/17/03 Butcher         Continued legal research for               3.90
                         Response to Claimants' Summary
                         Judgment Brief.

07/17/03 Cameron         Telephone call with J. Restivo and         1.00
                         R. Finke regarding status of
                         Motions and settlement discussions
                         (.4) telephone call with L.
                         Flatley regarding summary judgment
                         motion (.6).

07/17/03 Condo           Work on Debtors' opposition briefs.        4.00

07/17/03 DeMarchi Sleigh Continue to review trial                   1.90
                         transcripts of to prepare exposure
                         chronology in preparation for
                         science trial.

07/17/03 Flatley         Revise summary judgment brief             5.70
                         detailed outlines and arguments
                         (2.1); with J. Restivo and K.
                         Condo regarding outlines (1.9);
                         revisions to outline for response
                         to partial summary judgment motion
                         (1.2); call with J. Restivo
                         regarding status (0.2); call with
                         D. Cameron regarding status (0.3).

07/17/03 Muha            Review case law of various               2.70
                         jurisdictions relating to consumer
                         protection statutes for
                         preparation of response to ZAI
                         Claimants' motion for partial
                         summary judgment.

07/17/03 Restivo         Telephone calls re:  mediation           4.50
                         with Judge's chambers, client, E.
                         Westbrook, F. McGovern, et al.
                         (3.0); meeting re:  reply brief
                         (1.0); calls with R. Lee (0.5).

07/17/03 Sampson         Continued research and analysis          5.90
                         re: asbestos trusts, estimation,
                         and speculative damages.

172573 W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                          Page  13
       August 28, 2003

  Date   Name                                                      Hours
-------- -----------                                               -----
07/17/03 Turkaly          Continue to compile citations and        7.00
                          prepare table of authorites for
                          brief in support of motion for
                          summary judgment.

07/18/03 Bentz            Work on responses to plaintiffs'         4.20
                          motion (3.7); conference with L.
                          Flatley regarding response to CPA
                          motion (.5).

07/18/03 Butcher          Continued research for Response to       7.10
                          Claimants' Motion for Summary
                          Judgment.

07/18/03 Condo            Work on Debtors' opposition briefs.      6.50

07/18/03 DeMarchi Sleigh  Continue to review trial                 4.40
                          transcripts to prepare exposure
                          chronology in preparation for
                          science trial.

07/18/03 Flatley          Review and revise outline re: CPA        2.40
                          brief (1.60); with J. Bentz re:
                          CPA brief (.50); e-mails re:
                          research status and follow up on
                          same (.30).

07/18/03 Muha             Review case law of various               1.80
                          jurisdictions regarding consumer
                          protection statutes, for
                          preparation of response to ZAI
                          Claimants' motion for partial
                          summary judgment.

07/18/03 Sampson          Continued research and analysis          2.30
                          re: asbestos trusts, estimation,
                          and speculative damages.

07/18/03 Turkaly          Continue to compile citations and        7.50
                          prepare table of authorities for
                          brief in support of motion for
                          summary judgment.

07/19/03 Atkinson         Reviewing medical articles                .50
                          collected by library and e-mails
                          re: same.

07/19/03 Bentz            Work on opposition to claimants'         4.50
                          motion for partial summary
                          judgment regarding CPA claims.

172573 W. R. Grace & Co.                          Invoice Number  1064951
60028  ZAI Science Trial                          Page  14
       August 28, 2003

  Date    Name                                                      Hours
--------  -----------                                               -----
07/20/03 Cameron       Review outlines and arguments for            1.60
                       summary judgment motion (1.1);
                       review e-mails relating to same
                       (.5).

07/21/03 Butcher       Begin to draft Memorandum for                1.80
                       Response to Claimants' Motion for
                       Summary Judgment (1.20); meeting
                       with K. Condo and L. Flatley re:
                       research (.60).

07/21/03 Cameron       Review materials for response to             1.70
                       summary judgment brief (.8);
                       prepare for meeting with
                       consultant and R. Finke (.9).

07/21/03 Cindrich      Reviewed Grace historical defense            3.00
                       outline in preparation for
                       analyzing exhibits to Claimants'
                       Motions for Summary Judgment and
                       for Partial Summary Judgment.

07/21/03 Condo         Work on Debtors' opposition briefs.          4.70

07/21/03 Flatley       Review K. Condo revised detailed             3.50
                       outline of summary judgment
                       argument (.80); meeting with K.
                       Condo and legal researchers re:
                       status of research for summary
                       judgment brief (1.40); with M.
                       Sampson re: follow-up research
                       issue (.10); with S. Cindrich re:
                       research status (.30); with A.
                       Muha re: research status (.90).

07/21/03 Muha          Review case law re: consumer                 2.50
                       protection statute claims (1.7);
                       meet with L. Flatley re: same
                       (0.8).

07/21/03 Sampson       Continued research and analysis              3.20
                       re: asbestos trusts, estimation,
                       and speculative damages (0.4);
                       draft research memorandum re:
                       speculative damages, estimation,
                       and asbestos trusts (2.4).

```
172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page   15
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 07/22/03 | Atkinson | Reviewing Dr. Ilgren list re: medical articles (0.3); obtain copies of expert reports cited in Summary Judgment (0.5). | .80 |
| 07/22/03 | Cameron | Prepare for and participate in meeting with R. Finke and testifying consultants regarding Motion to Exclude Testimony (3.4); meet with R. Finke and L. Flatley regarding motions for summary judgment and status of responses (1.0); telephone call with ZAI claimants' counsel (.2). | 4.60 |
| 07/22/03 | Cindrich | Read and analyze claimants' motion for partial summary judgment (1.7); draft memo to L. Flatley re:  analysis of exhibits to claimants' motion (2.3). | 4.00 |
| 07/22/03 | Flatley | Attend part of meeting with R. Finke and R. Lee re: claimants' motion (.50); with R. Finke and D. Cameron re: status of briefing (1.0). | 1.50 |
| 07/22/03 | Muha | Continued research of consumer protection acts and related case law from various jurisdictions for preparation of response to Claimants' motion for partial summary judgment. | 7.50 |
| 07/22/03 | Radcliffe | Review documents to locate medical articles relied upon by expert witnesses. | .50 |
| 07/22/03 | Restivo | Attend part of meeting with R. Lee (0.6); telephone calls with E. Westbrook (0.4). | 1.00 |
| 07/22/03 | Turkaly | Review and digest H. Casler's deposition. | 6.50 |
| 07/23/03 | Butcher | Meeting with J. Restivo re: cleavage fragments issue. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1064951
60028  ZAI Science Trial                        Page  16
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/23/03 | Cameron | Review outlines for summary judgment response briefs and prepare inserts for brief. | 1.20 |
| 07/23/03 | Cindrich | Read and analyze motion for summary judgment (1.2);  draft memo to L. Flatley re: analysis of exhibits (1.8). | 3.00 |
| 07/23/03 | Condo | Work on Debtors' opposition brief. | 1.00 |
| 07/23/03 | Flatley | Review S. Cindrich document analysis chart (1.20); organize re: summary judgment briefs (.30). | 1.50 |
| 07/23/03 | Muha | Attend to issues re: ZAI-related matters arising at July 28 hearing (0.5); research and analyze case law re: consumer protection statutes from various jurisdictions (6.4). | 6.90 |
| 07/23/03 | Sampson | Continue to draft research memorandum re: speculative damages, estimation, and asbestos trusts. | 1.70 |
| 07/23/03 | Turkaly | Continue to review and digest H. Casler's deposition (0.5); review and digest G. Worden's deposition (4.0). | 4.50 |
| 07/24/03 | Butcher | Locate testing materials to review cleavage fragments counted by Claimants' experts. | .30 |
| 07/24/03 | Cameron | Prepare detailed outline and arguments for response to motion to exclude R.J. Lee testimony. | 1.30 |
| 07/24/03 | Cindrich | Continue to draft memo to L. Flatley re: analysis of exhibits to motion for summary judgment (3.9); meet with L. Flatley to discuss memo and analysis for motion for partial summary judgment (1.2). | 5.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page  17
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/24/03 | Flatley | Revisions to brief in opposition to motion for partial summary judgment (5.90); call with A. Muha re: changes in CPA brief and results of his research (.50); with S. Cindrich re: his memo on documents review and further work (1.20). | 7.60 |
| 07/24/03 | Muha | Research case law re: consumer protection statutes from various jurisdictions (2.7); draft passages for brief in response to Claimants' motion for partial summary judgment (6.1). | 8.80 |
| 07/24/03 | Turkaly | Continue to review and digest G. Worden's deposition. | .50 |
| 07/25/03 | Cameron | Telephone call with R. Finke regarding motions (.4); review draft brief and prepare additional inserts regarding same (.7). | 1.10 |
| 07/25/03 | Cindrich | Draft memo to L. Flatley re: analysis of exhibits to motion for partial summary judgment (3.7); read and analyze motion for partial summary judgment (1.2). | 4.90 |
| 07/25/03 | Condo | Work on Debtors' opposition brief. | .40 |
| 07/25/03 | Flatley | Revisions to brief in opposition to motion for partial summary judgment (1.80); call with D. Cameron (.20); review A. Muha memo and call with A. Muha re: memorandum (.60); call with S. Cindrich (.10); review K. Condo draft of summary judgment brief (1.40); e-mails to team re: follow-up needed over the next week (.60). | 4.70 |
| 07/25/03 | Muha | Draft and revise sections of response to ZAI Claimants' consumer protection act claims brief (2.4); research case law re: same (2.6); discuss same with L. Flatley (.2). | 5.20 |

```
172573 W. R. Grace & Co.                      Invoice Number  1064951
60028  ZAI Science Trial                      Page  18
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/28/03 | Atkinson | Reviewing depositions/digests re: amount of insulation in typical attic. | .70 |
| 07/28/03 | Bentz | Meeting with A. Muha and S. Cindrich regarding research (.6); work on brief in opposition to CPA motion (2.1); work on opposition to summary judgment motion (1.4). | 4.10 |
| 07/28/03 | Butcher | Meeting with J. Bentz re: research (.20); research re: special precautions (.40). | .60 |
| 07/28/03 | Cameron | Telephone call with R.J. Lee Group regarding outstanding issues (.3); prepare outline for reply brief (.8). | 1.10 |
| 07/28/03 | Cindrich | Assisted to prepare memo in opposition to motion for partial summary judgment -- inserted document cites into memo (0.8); met with J. Bentz and A. Muha re: responding to partial summary judgment brief (0.6). | 1.40 |
| 07/28/03 | Muha | Review materials for Grace Science Trial budget update (0.6); meet with J. Bentz re: brief in response to Claimants' motion for partial summary judgment (0.7). | 1.30 |
| 07/28/03 | Sampson | Revise memorandum re: asbestos trust, estimation, and speculative damages. | 2.70 |
| 07/29/03 | Atkinson | Memo re: deposition testimony re: amount of ZAI needed for typical home insulation (1.1); reviewing Dr. Ilgren articles requested (0.4). | 1.50 |
| 07/29/03 | Bentz | Work on opposition to Claimants' motion for partial summary judgment regarding Consumer Protection Act claims. | 6.40 |

```
172573 W. R. Grace & Co.                         Invoice Number  1064951
60028  ZAI Science Trial                         Page  19
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 07/29/03 | Butcher | Research re: special precautions for Response to Claimants' Motion for Summary Judgment. | 1.10 |
| 07/29/03 | Cameron | Review FOIA issues and telephone call with R. Finke (.2); review and revise draft briefs (.7). | .90 |
| 07/29/03 | Muha | Further research on consumer protection acts and related case law from various jurisdictions. | 5.80 |
| 07/29/03 | Sampson | Revise and review memorandum re: bankruptcy, asbestos trusts, and estimation. | 2.50 |
| 07/30/03 | Atkinson | Organizing depositions/digests to prepare deposition binders. | .60 |
| 07/30/03 | Bentz | Work on brief in response to claimants' motion for partial summary judgment (2.5); work on brief in opposition to claimants' motion for summary judgment (5.4); review of factual research regarding ZAI sales (.5). | 8.40 |
| 07/30/03 | Butcher | Research re: precautions leading to an unreasonably dangerous product. | 2.10 |
| 07/30/03 | Muha | Research of standing issues relating to consumer protection acts (4.0); meet with J. Bentz re: revisions to brief (0.4); begin review of and revisions to brief (1.1). | 5.50 |
| 07/31/03 | Atkinson | Obtain depositions and digests for S. Cindrich and J. Bentz re: Summary Judgment Response (0.9); review McMurchie deposition digest (0.8); letter to Dr. Ilgren enclosing medical articles (0.5). | 2.20 |
| 07/31/03 | Bentz | Work on opposition to Claimants' Consumer Protection Act claims motion (2.0); conference with D. Cameron regarding opposition to Claimants' summary judgment motion | 8.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page  20
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | (.5); review of documentary evidence, depositions and drafting brief in opposition to summary judgment motion (6.3). | |
| 07/31/03 | Butcher | Research re: EPA precautions (2.90); meeting with J. Bentz re: research (.20); prepare FOIA request letter (.30). | 3.40 |
| 07/31/03 | Cameron | Prepare multiple inserts to draft response to Claimants' summary judgment brief (2.1); prepare and revise outline regarding response to motion to exclude R.J. Lee testimony (1.9); telephone call with E. Westbrook regarding potential settlement negotiations and briefing issues (.2). | 4.20 |
| 07/31/03 | Cindrich | Work on adding document cites to claimants' motion for summary judgment (2.1); review documents and depositions (1.9). | 4.00 |
| 07/31/03 | Muha | Research law for Debtor's brief in response to ZAI Claimants' CPA brief (3.7); draft additional sections of brief (2.7). | 6.40 |

```
                                           ------
                                 TOTAL HOURS  708.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| James J. Restivo Jr. | 40.10 | at $ | 475.00 | = | 19,047.50 |
| Lawrence E. Flatley | 85.90 | at $ | 440.00 | = | 37,796.00 |
| Douglas E. Cameron | 63.60 | at $ | 430.00 | = | 27,348.00 |
| James W Bentz | 106.00 | at $ | 335.00 | = | 35,510.00 |
| Kathy K. Condo | 52.10 | at $ | 385.00 | = | 20,058.50 |
| Scott M. Cindrich | 25.80 | at $ | 200.00 | = | 5,160.00 |
| Lisa D. DeMarchi Sleigh | 17.80 | at $ | 200.00 | = | 3,560.00 |
| Jayme L. Butcher | 60.10 | at $ | 200.00 | = | 12,020.00 |
| Andrew J. Muha | 65.30 | at $ | 200.00 | = | 13,060.00 |
| Michael H. Sampson | 24.50 | at $ | 230.00 | = | 5,635.00 |
| Maureen L. Atkinson | 70.70 | at $ | 125.00 | = | 8,837.50 |
| Robert H Radcliffe | 5.00 | at $ | 95.00 | = | 475.00 |
| Christine H. Turkaly | 91.50 | at $ | 95.00 | = | 8,692.50 |

```
                    CURRENT FEES                    197,200.00
```

172573 W. R. Grace & Co.                    Invoice Number  1064951
60028  ZAI Science Trial                    Page  21
       August 28, 2003

                                                   ------------
                 TOTAL BALANCE DUE UPON RECEIPT     $ 197,200.00
                                                   ============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W. R. Grace                              Invoice Number      1064953
   5400 Broken Sound Blvd., N.W.            Invoice Date      08/28/03
   Boca Raton, FL 33487                     Client Number       172573
                                            Matter Number        60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2003


   Date   Name                                                Hours
 -------- -----------                                         -----


07/01/03 Lord            Review and revise May fee            1.00
                         application (.4); prepare
                         certificate of service and
                         electronic service for same (.5);
                         discuss same with R. Keuler (.1)

07/01/03 Muha            Final review of and revisions to      .30
                         23rd Monthly Fee Application.

07/02/03 Keuler          Reviewed and revised fee              .40
                         application.

07/02/03 Lord            Revise May monthly fee application    1.60
                         (.6); e-file same (.6); perfect
                         paper and electronic service for
                         same (.4).

07/07/03 Muha            Begin revisions to fee and expense    3.40
                         detail for 24th Monthly Fee
                         Application.

07/10/03 Lord            Research and various emails            .40
                         from/to A. Muha re: certain
                         expenses on June invoice.

07/10/03 Muha            Revise fee and expense detail for     2.20
                         24th Monthly Fee Application.

07/16/03 Muha            Detailed revisions to fee and         2.40
                         expense details for 24th Monthly
                         Fee Application.
```

```
172573 W. R. Grace & Co.                        Invoice Number  1064953
60029  Fee Applications-Applicant               Page   2
       August 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/21/03 | Lord | Research docket and prepare CNO/service for May monthly fee application. | .60 |
| 07/23/03 | Keuler | Review document prepared by J. Lord re: fee applications. | .40 |
| 07/23/03 | Lord | Research and various e-mails to A. Muha re: entry of order for Seventh Quarterly Fee Applications. | .60 |
| 07/24/03 | Keuler | Reviewed docket for objections to fee apps. and met with J. Lord re: certificate of no objection. | .20 |
| 07/24/03 | Lord | E-file CNO for May 2003 fee application (.4); perfect service for same (.3). | .70 |
| 07/25/03 | Lord | Prepare correspondence to R. Finke at Grace re: submission of monthly CNO. | .30 |
| 07/28/03 | Muha | Final revisions to 24th Monthly Fee Application. | 1.20 |
| 07/30/03 | Lord | E-mails from to A. Muha re: monthly fee application (.2); revise and prepare same for e-filing (1.1). | 1.30 |
| 07/31/03 | Keuler | Review and revise fee applications (0.6); met with J. Lord regarding finalizing fee applications (0.1). | .70 |
| 07/31/03 | Lord | Discuss edits to Monthly fee application with R. Keuler (.1); calculate summary section totals (.8); e-file application (.3); prepare and perfect hard and electronic service for same (.6). | 1.80 |

```
                                                        ------

                                    TOTAL HOURS   19.50
```

```
172573 W. R. Grace & Co.                    Invoice Number  1064953
60029  Fee Applications-Applicant           Page   2
August 28, 2003
```

```
        TIME SUMMARY                Hours         Rate          Value
    ------------------------    ---------------------       -------
    Andrew J. Muha              9.50  at  $  200.00  =   1,900.00
    Richard A. Jr. Keuler       1.70  at  $  250.00  =     425.00
    John B. Lord                8.30  at  $  145.00  =   1,203.50
                                CURRENT FEES                           3,528.50


                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $ 3,528.50
                                                           =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R Grace & Co.                          Invoice Number      1064954
    One Town Center Road                     Invoice Date       08/28/03
    Boca Raton, FL   33486                   Client Number       172573
                                             Matter Number        60030


==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2003

    Date   Name                                              Hours
  -------- -----------                                       -----


07/23/03 Cameron          Multiple e-mails regarding issues   1.10
                          for 6/28 hearing (.6); review
                          motion and agenda regarding same
                          (.5).

07/26/03 Keuler           Reviewed agenda for Monday's         .30
                          hearing and other recently filed
                          pleadings.

07/28/03 Cameron          Prepare for and telephonically      1.50
                          participate in omnibus hearing
                          (1.2); prepare report regarding
                          same (.3).

                                                  ------
                                      TOTAL HOURS  2.90


TIME SUMMARY              Hours        Rate          Value
------------------------  ----------------------    -------
Douglas E. Cameron        2.60  at $  430.00  =    1,118.00
Richard A. Jr. Keuler      .30  at $  250.00  =       75.00

                          CURRENT FEES                              1,193.00


                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $ 1,193.00
                                                    ============
```