REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1065039
One Town Center Road                     Invoice Date      08/28/03
Boca Raton, FL   33486                   Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                              256.62

              TOTAL BALANCE DUE UPON RECEIPT        $ 256.62
                                                   ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
  W.R Grace & Co.                    Invoice Number      1065039
  One Town Center Road               Invoice Date      08/28/03
  Boca Raton, FL   33486             Client Number       172573
                                     Matter Number        60026
```

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Telephone Expense                        .56
     Duplicating/Printing                  182.80
     Postage Expense                        18.84
     Courier Service                        32.70
     Outside Duplicating                    20.22
     General Expense                         1.50

                    CURRENT EXPENSES                    256.62
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $ 256.62
                                                   =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                      Invoice Number     1065039
One Town Center Road                 Invoice Date       08/28/03
Boca Raton, FL   33486               Client Number       172573
                                     Matter Number        60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/31/02 | Parcels- John Lord- 5/21/02-Service of CNO for April monthly fee application. | 32.70 |
| 06/30/03 | ATTY # 0559: 31 COPIES | 4.65 |
| 06/30/03 | ATTY # 0559: 31 COPIES | 4.65 |
| 06/30/03 | ATTY # 0559: 70 COPIES | 10.50 |
| 07/01/03 | ATTY # 0885: 5 COPIES | .75 |
| 07/01/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/01/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/01/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/01/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 07/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 07/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0718: 14 COPIES | 2.10 |
| 07/01/03 | ATTY # 1911; 61 COPIES | 6.10 |
| 07/02/03 | ATTY # 0885: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                           Invoice Number  1065039
  60026  Litigation and Litigation Consulting        Page   2
         August 28, 2003

07/02/03    ATTY # 0885: 7 COPIES                              1.05

07/02/03    ATTY # 0885: 7 COPIES                              1.05

07/02/03    ATTY # 0718: 7 COPIES                              1.05

07/02/03    ATTY # 0718: 7 COPIES                              1.05

07/02/03    ATTY # 0718; 304 COPIES                           45.60

07/02/03    Postage Expense                                    6.26

07/03/03    ATTY # 0885: 8 COPIES                              1.20

07/03/03    ATTY # 0885: 7 COPIES                              1.05

07/03/03    ATTY # 0885: 8 COPIES                              1.20

07/03/03    ATTY # 0710: 9 COPIES                              1.35

07/04/03    ATTY # 0885: 8 COPIES                              1.20

07/06/03    ATTY # 0885: 8 COPIES                              1.20

07/07/03    Postage Expense                                     .60

07/07/03    ATTY # 0885: 8 COPIES                              1.20

07/07/03    ATTY # 0396: 1 COPIES                               .15

07/07/03    ATTY # 0885: 1 COPIES                               .15

07/07/03    ATTY # 0701: 119 COPIES                           17.85

07/08/03    Postage Expense                                     .98

07/08/03    Postage Expense                                     .60

07/08/03    ATTY # 0885: 1 COPIES                               .15

07/08/03    ATTY # 0885: 2 COPIES                               .30

07/08/03    ATTY # 0396: 3 COPIES                               .45

07/08/03    ATTY # 0885: 8 COPIES                              1.20

07/08/03    ATTY # 0710: 10 COPIES                            1.50

07/08/03    ATTY # 0710: 11 COPIES                            1.65

07/08/03    ATTY # 0710: 11 COPIES                            1.65

```
172573 W. R. Grace & Co.                        Invoice Number  1065039
60026  Litigation and Litigation Consulting     Page   3
       August 28, 2003
```

| | | |
|---|---|---|
| 07/08/03 | ATTY # 0710: 10 COPIES | 1.50 |
| 07/09/03 | ATTY # 0885: 2 COPIES | .30 |
| 07/09/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 07/10/03 | ATTY # 0885: 1 COPIES | .15 |
| 07/10/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 07/10/03 | ATTY # 1398; 4 COPIES | .60 |
| 07/10/03 | ATTY # 1398; 30 COPIES | 4.50 |
| 07/14/03 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL INC TABS--TABS FOR DOCUMENT BINDERS. | 1.50 |
| 07/15/03 | ATTY # 0349: 2 COPIES | .30 |
| 07/16/03 | JOHN LORD-6/26/03-Service of CNO for May monthly fee application. | 20.22 |
| 07/21/03 | ATTY # 0689; 43 COPIES | 6.45 |
| 07/21/03 | ATTY # 0718: 3 COPIES | .45 |
| 07/23/03 | 302-652-4100/WILMINGTON, DE/2 | .17 |
| 07/23/03 | 214-698-3868/DALLAS, TX/3 | .17 |
| 07/23/03 | 214-698-3868/DALLAS, TX/2 | .11 |
| 07/23/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |
| 07/24/03 | ATTY # 0718; 18 COPIES | 2.70 |
| 07/25/03 | Postage Expense | 9.80 |
| 07/25/03 | ATTY # 0396: 2 COPIES | .30 |
| 07/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 07/28/03 | Postage Expense | .60 |
| 07/30/03 | ATTY # 0718: 7 COPIES | 1.05 |
| 07/30/03 | ATTY # 0718: 1 COPIES | .15 |
| 07/31/03 | ATTY # 3593; 289 COPIES | 43.35 |

```
172573 W. R. Grace & Co.                      Invoice Number  1065039
60026  Litigation and Litigation Consulting   Page   4
       August 28, 2003

                          CURRENT EXPENSES                    256.62


                                                        ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $ 256.62
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1065040
5400 Broken Sound Blvd., N.W.            Invoice Date      08/28/03
Boca Raton, FL 33487                     Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


    Expenses                          12,875.95

                      TOTAL BALANCE DUE UPON RECEIPT      $ 12,875.95
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                            Invoice Number      1065040
5400 Broken Sound Blvd., N.W.          Invoice Date      08/28/03
Boca Raton, FL 33487                   Client Number       172573
                                       Matter Number        60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Miscellaneous (Sodas)                    13.10
    Color Printing                          106.92
    Binding Charge                           54.00
    Telephone Expense                       102.60
    Duplicating/Printing                  2,384.45
    Lexis                                   228.00
    Westlaw                               3,664.28
    Postage Expense                           6.27
    Transcript Expense                    1,552.50
    Courier Service - Outside               176.58
    Outside Duplicating                   1,759.11
    Legal Fees                               41.10
    Secretarial Overtime                    180.00
    Air Travel Expense                    1,094.50
    Taxi Expense                             37.00
    Mileage Expense                          77.90
    Meal Expense                            158.68
    General Expense (Articles and research for
                 Science trial; Tabs)      1,238.96

                CURRENT EXPENSES                      12,875.95
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT    $ 12,875.95
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number    1065040
5400 Broken Sound Blvd., N.W.            Invoice Date    08/28/03
Boca Raton, FL 33487                     Client Number     172573
                                         Matter Number      60028

===========================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

05/21/03   Telephone Expense                            28.81

05/21/03   Telephone Expense                            16.11

05/21/03   Telephone Expense                            15.71

06/11/03   BENTZ/JAMES W 18JUN PIT TPA PIT--COACH-CLASS  1094.50
           AIR TRAVEL FOR DEPOSITIONS IN TAMPA.

06/17/03   561-362-1533/BOCA RATON, FL/43                2.45

06/17/03   561-362-1533/BOCA RATON, FL/3                  .23

06/17/03   410-955-3009/BALTIMORE, MD/42                 2.45

06/18/03   Courier Service 54583 UPS                     2.42

06/18/03   561-362-1533/BOCA RATON, FL/2                  .11

06/19/03   Courier Service - 54583 UPS - Shipped to DOUG 12.13
           CAMERON, REED SMITH LLP (PITTSBURGH PA 15219).

06/19/03   410-955-3009/BALTIMORE, MD/2                   .11

06/20/03   Courier Service - 54583 UPS - Shipped from   14.74
           Maureen Atkinson, Reed Smith LLP - Pittsburgh
           to James L. Ward, Jr.,(MOUNT PLEASANT SC
           29464).

06/20/03   Courier Service - 54583 UPS - Shipped from   -14.74
           Maureen Atkinso, Reed Smith LLP - Pittsburgh to
           James L. Ward, Jr. (MOUNT PLEASANT SC 29464).

```
 06/20/03   561-362-1533/BOCA RATON, FL/39                    2.22
172573 W. R. Grace & Co.                      Invoice Number  1065040
60028  ZAI Science Trial                      Page   2
        August 28, 2003


 06/23/03   Courier Service - 54583 UPS - Shipped from        14.74
            Maureen Atkinson, ReedSmith LLP - Pittsburgh to
            James L. Ward, Jr. (MOUNT PLEASANT SC 29464).

 06/24/03   561-362-1533/BOCA RATON, FL/3                       .17

 06/25/03   561-362-1533/BOCA RATON, FL/11                      .63

 06/26/03   Courier Service - 54583 UPS - Shipped from        15.28
            Maureen Atkinson, Reed Smith LLP - Pittsburgh
            to Gary Becker  (NEW YORK NY 10022).

 06/26/03   302-652-5340/WILMINGTON, DE/25                     1.48

 06/26/03   ATTY # 1722: 11 COPIES                             1.65

 06/26/03   ATTY # 1722: 17 COPIES                             2.55

 06/26/03   ATTY # 1722: 18 COPIES                             2.70

 06/27/03   Courier Service - 54583 UPS - Shipped from         8.29
            James Bentz, Reed Smith LLP - Pittsburgh to Ms.
            Sarah Kiplinger (CHARLESTON SC 29401).

 06/27/03   610-526-6264/BRYN MAWR, PA/13                       .81

 06/27/03   Binding Charge                                    30.00

 06/27/03   561-362-1533/BOCA RATON, FL/25                     1.43

 06/28/03   ATTY # 0701: 10 COPIES                             1.50

 06/28/03   ATTY # 0701: 10 COPIES                             1.50

 06/29/03   ATTY # 0701: 120 COPIES                           18.00

 06/29/03   ATTY # 0701: 30 COPIES                             4.50

 06/29/03   ATTY # 0701: 30 COPIES                             4.50

 06/29/03   ATTY # 0701: 30 COPIES                             4.50

 06/30/03   ATTY # 0701: 30 COPIES                             4.50

 06/30/03   ATTY # 0349: 37 COPIES                             5.55

 06/30/03   ATTY # 0396: 3 COPIES                               .45

 06/30/03   ATTY # 0349: 35 COPIES                             5.25
```

```
06/30/03  ATTY # 0349: 54 COPIES                              8.10
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page   3
       August 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 06/30/03 | ATTY # 0396: 2 COPIES | .30 |
| 06/30/03 | ATTY # 0701: 60 COPIES | 9.00 |
| 06/30/03 | ATTY # 0349: 35 COPIES | 5.25 |
| 06/30/03 | ATTY # 0349: 39 COPIES | 5.85 |
| 06/30/03 | ATTY # 0349: 38 COPIES | 5.70 |
| 06/30/03 | ATTY # 0856: 2 COPIES | .30 |
| 06/30/03 | ATTY # 0349: 12 COPIES | 1.80 |
| 06/30/03 | ATTY # 0396: 1 COPIES | .15 |
| 06/30/03 | ATTY # 0349: 44 COPIES | 6.60 |
| 06/30/03 | ATTY # 0349: 27 COPIES | 4.05 |
| 06/30/03 | ATTY # 0349: 4 COPIES | .60 |
| 06/30/03 | ATTY # 0396: 9 COPIES | 1.35 |
| 07/01/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 07/01/03 | ATTY # 0349: 39 COPIES | 5.85 |
| 07/01/03 | ATTY # 0504: 39 COPIES | 5.85 |
| 07/01/03 | ATTY # 0349: 4 COPIES | .60 |
| 07/01/03 | ATTY # 0504: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 07/01/03 | ATTY # 0349: 41 COPIES | 6.15 |
| 07/01/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/01/03 | ATTY # 0349: 83 COPIES | 12.45 |
| 07/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 07/01/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/01/03 | ATTY # 0349: 2 COPIES | .30 |
| 07/01/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |

```
 07/01/03   ATTY # 0856; 41 COPIES                                 6.15
172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page   4
        August 28, 2003
```

```
 07/01/03   ATTY # 0885; 5 COPIES                                   .75

 07/01/03   ATTY # 0885; 3 COPIES                                   .45

 07/01/03   ATTY # 0559; 5 COPIES                                   .75

 07/01/03   ATTY # 0856; 40 COPIES                                 6.00

 07/01/03   ATTY # 0856; 129 COPIES                               19.35

 07/01/03   ATTY # 1911; 319 COPIES                               31.90

 07/01/03   ATTY # 0856; 18 COPIES                                 2.70

 07/01/03   ATTY # 0856; 98 COPIES                                14.70

 07/01/03   ATTY # 0856; 18 COPIES                                 2.70

 07/01/03   ATTY # 0885; 2 COPIES                                   .30

 07/01/03   561-362-1533/BOCA RATON, FL/2                          .11

 07/01/03   843-727-6513/CHARLESTON, SC/2                          .17

 07/01/03   302-652-5340/WILMINGTON, DE/1                          .11

 07/01/03   561-362-1533/BOCA RATON, FL/6                          .34

 07/01/03   Westlaw -Legal research for preparation of         178.02
            motion for summary judgment.

 07/01/03   561-362-1533/BOCA RATON, FL/4                          .29

 07/01/03   561-362-1533/BOCA RATON, FL/50                        2.85

 07/02/03   ATTY # 0559: 1 COPIES                                  .15

 07/02/03   ATTY # 0504: 44 COPIES                                6.60

 07/02/03   ATTY # 0504: 10 COPIES                                1.50

 07/02/03   ATTY # 0885: 12 COPIES                                1.80

 07/02/03   ATTY # 0396: 6 COPIES                                  .90

 07/02/03   ATTY # 0349: 42 COPIES                                6.30

 07/02/03   ATTY # 0349: 42 COPIES                                6.30

 07/02/03   ATTY # 0396: 1 COPIES                                  .15
```

```
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page   5
       August 28, 2003
```

| | | |
|---|---|---:|
| 07/02/03 | ATTY # 0396: 3 COPIES | .45 |
| 07/02/03 | ATTY # 0396: 3 COPIES | .45 |
| 07/02/03 | ATTY # 0349: 42 COPIES | 6.30 |
| 07/02/03 | ATTY # 0396: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0856: 4 COPIES | .60 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/02/03 | ATTY # 0504: 219 COPIES | 32.85 |
| 07/02/03 | ATTY # 0885: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0396: 6 COPIES | .90 |
| 07/02/03 | ATTY # 0396: 3 COPIES | .45 |
| 07/02/03 | ATTY # 0396: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0856: 5 COPIES | .75 |
| 07/02/03 | ATTY # 0856: 5 COPIES | .75 |
| 07/02/03 | ATTY # 0504: 44 COPIES | 6.60 |
| 07/02/03 | ATTY # 0349: 6 COPIES | .90 |
| 07/02/03 | ATTY # 0856: 5 COPIES | .75 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 0504: 40 COPIES | 6.00 |
| 07/02/03 | ATTY # 0504: 88 COPIES | 13.20 |
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |

```
 07/02/03   ATTY # 0559: 1 COPIES                              .15
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page   6
        August 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 07/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/02/03 | ATTY # 1911; 4 COPIES | .60 |
| 07/02/03 | ATTY # 1911; 69 COPIES | 10.35 |
| 07/02/03 | ATTY # 1911; 1 COPIES | .15 |
| 07/02/03 | ATTY # 1911; 48 COPIES | 7.20 |
| 07/02/03 | ATTY # 1911; 28 COPIES | 4.20 |
| 07/02/03 | ATTY # 1911; 7 COPIES | 1.05 |
| 07/02/03 | ATTY # 0559; 45 COPIES | 6.75 |
| 07/02/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 07/02/03 | ATTY # 1911; 16 COPIES | 2.40 |
| 07/02/03 | ATTY # 0856; 114 COPIES | 11.40 |
| 07/02/03 | ATTY # 1911; 35 COPIES | 5.25 |
| 07/02/03 | ATTY # 0856; 40 COPIES | 6.00 |
| 07/02/03 | ATTY # 1911; 5 COPIES | .75 |
| 07/02/03 | ATTY # 0856; 45 COPIES | 4.50 |
| 07/02/03 | ATTY # 1911; 4 COPIES | .60 |
| 07/02/03 | ATTY # 0856; 15 COPIES | 2.25 |
| 07/02/03 | ATTY # 0856; 43 COPIES | 6.45 |
| 07/02/03 | ATTY # 0856; 96 COPIES | 14.40 |
| 07/02/03 | ATTY # 0856; 168 COPIES | 25.20 |
| 07/02/03 | ATTY # 0856; 46 COPIES | 6.90 |
| 07/02/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 07/02/03 | ATTY # 0856; 4 COPIES | .60 |
| 07/02/03 | ATTY # 1911; 2 COPIES | .30 |
| 07/02/03 | ATTY # 1911; 4 COPIES | .60 |

```
07/02/03   302-652-4100/WILMINGTON, DE/1                              .11
172573 W. R. Grace & Co.                              Invoice Number  1065040
60028  ZAI Science Trial                              Page   7
        August 28, 2003
```

| | | |
|---|---|---|
| 07/02/03 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 07/02/03 | 843-727-6513/CHARLESTON, SC/2 | .11 |
| 07/02/03 | 302-778-6463/WILMINGTON, DE/3 | .23 |
| 07/02/03 | ATTY # 1722: 17 COPIES | 2.55 |
| 07/02/03 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 07/03/03 | ATTY # 0504: 45 COPIES | 6.75 |
| 07/03/03 | ATTY # 0856: 6 COPIES | .90 |
| 07/03/03 | ATTY # 0504: 1 COPIES | .15 |
| 07/03/03 | ATTY # 0856: 3 COPIES | .45 |
| 07/03/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/03/03 | ATTY # 0504: 135 COPIES | 20.25 |
| 07/03/03 | ATTY # 0559: 5 COPIES | .75 |
| 07/03/03 | ATTY # 0504: 44 COPIES | 6.60 |
| 07/03/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 07/03/03 | ATTY # 0504: 1 COPIES | .15 |
| 07/03/03 | ATTY # 0856: 12 COPIES | 1.80 |
| 07/03/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 07/03/03 | ATTY # 0504: 45 COPIES | 6.75 |
| 07/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/03/03 | ATTY # 0504: 2 COPIES | .30 |
| 07/03/03 | ATTY # 0856: 3 COPIES | .45 |
| 07/03/03 | ATTY # 0559: 5 COPIES | .75 |
| 07/03/03 | ATTY # 0856: 25 COPIES | 3.75 |
| 07/03/03 | ATTY # 0504: 45 COPIES | 6.75 |
| 07/03/03 | ATTY # 0885: 6 COPIES | .90 |

```
07/03/03  ATTY # 0885: 4 COPIES                              .60
172573 W. R. Grace & Co.                     Invoice Number  1065040
60028  ZAI Science Trial                     Page   8
       August 28, 2003
07/03/03  ATTY # 1911: 15 COPIES                            2.25

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0885: 12 COPIES                            1.80

07/03/03  ATTY # 0504: 1 COPIES                              .15

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0559: 1 COPIES                              .15

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0885: 6 COPIES                              .90

07/03/03  ATTY # 0559: 1 COPIES                              .15

07/03/03  ATTY # 0885: 1 COPIES                              .15

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0504: 31 COPIES                            4.65

07/03/03  ATTY # 0856: 8 COPIES                             1.20

07/03/03  ATTY # 0504: 136 COPIES                          20.40

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0559: 5 COPIES                              .75

07/03/03  ATTY # 0504: 1 COPIES                              .15

07/03/03  ATTY # 0885: 4 COPIES                              .60

07/03/03  ATTY # 0559: 15 COPIES                            2.25

07/03/03  ATTY # 0710; 72 COPIES                           10.80

07/03/03  ATTY # 1911; 1 COPIES                              .15

07/03/03  ATTY # 1911; 3 COPIES                              .45

07/03/03  ATTY # 1911; 6 COPIES                              .90

07/03/03  ATTY # 1911; 4 COPIES                              .60

07/03/03  ATTY # 1911; 1 COPIES                              .15
```

07/03/03   ATTY # 1911; 6 COPIES                                          .90
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page   9
       August 28, 2003


07/03/03   ATTY # 0559; 8 COPIES                                        1.20

07/03/03   ATTY # 0885; 3 COPIES                                         .45

07/03/03   ATTY # 0885; 22 COPIES                                       3.30

07/03/03   ATTY # 1911; 63 COPIES                                       9.45

07/03/03   ATTY # 1911; 2 COPIES                                        .30

07/03/03   ATTY # 0856; 43 COPIES                                       6.45

07/03/03   ATTY # 1911; 11 COPIES                                       1.65

07/03/03   843-722-8414/CHARLESTON, SC/6                                 .34

07/03/03   561-362-1533/BOCA RATON, FL/30                               1.71

07/04/03   ATTY # 0559: 2 COPIES                                        .30

07/04/03   ATTY # 0885: 4 COPIES                                        .60

07/04/03   ATTY # 0559: 1 COPIES                                        .15

07/04/03   ATTY # 0856: 4 COPIES                                        .60

07/04/03   ATTY # 0504: 135 COPIES                                     20.25

07/04/03   ATTY # 0504: 45 COPIES                                       6.75

07/04/03   ATTY # 0559: 10 COPIES                                       1.50

07/04/03   ATTY # 0885: 6 COPIES                                        .90

07/04/03   ATTY # 0504: 88 COPIES                                      13.20

07/04/03   ATTY # 0559; 46 COPIES                                       6.90

07/05/03   ATTY # 0856: 6 COPIES                                        .90

07/05/03   ATTY # 1911; 30 COPIES                                       4.50

07/05/03   ATTY # 1911; 2 COPIES                                        .30

07/05/03   ATTY # 1911; 3 COPIES                                        .45

07/05/03   ATTY # 0856; 43 COPIES                                       6.45

07/05/03   ATTY # 0504; 132 COPIES                                     19.80

07/05/03   ATTY # 1911; 1 COPIES                              .15

```
172573 W. R. Grace & Co.                    Invoice Number  1065040
60028  ZAI Science Trial                    Page  10
       August 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 07/05/03 | ATTY # 1911; 2 COPIES | .30 |
| 07/05/03 | ATTY # 1911; 3 COPIES | .45 |
| 07/05/03 | ATTY # 0856; 86 COPIES | 12.90 |
| 07/05/03 | ATTY # 1911; 2 COPIES | .30 |
| 07/05/03 | ATTY # 0504: 1 COPIES | .15 |
| 07/05/03 | ATTY # 0504: 43 COPIES | 6.45 |
| 07/05/03 | ATTY # 0504: 86 COPIES | 12.90 |
| 07/05/03 | ATTY # 0856: 4 COPIES | .60 |
| 07/05/03 | ATTY # 0856: 3 COPIES | .45 |
| 07/05/03 | ATTY # 0504: 43 COPIES | 6.45 |
| 07/05/03 | ATTY # 0856: 4 COPIES | .60 |
| 07/05/03 | ATTY # 0856: 27 COPIES | 4.05 |
| 07/05/03 | ATTY # 0856: 4 COPIES | .60 |
| 07/05/03 | ATTY # 0504: 43 COPIES | 6.45 |
| 07/05/03 | ATTY # 0856: 8 COPIES | 1.20 |
| 07/05/03 | ATTY # 0856: 14 COPIES | 2.10 |
| 07/05/03 | Secretarial Overtime -Revisions to summary judgment brief. | 180.00 |
| 07/06/03 | ATTY # 0856: 11 COPIES | 1.65 |
| 07/06/03 | ATTY # 0885: 4 COPIES | .60 |
| 07/06/03 | ATTY # 0504: 43 COPIES | 6.45 |
| 07/06/03 | ATTY # 0885: 4 COPIES | .60 |
| 07/06/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/06/03 | ATTY # 0856: 5 COPIES | .75 |
| 07/06/03 | ATTY # 0504: 43 COPIES | 6.45 |
| 07/06/03 | 561-482-2257/BOCA RATON, FL/6 | .34 |
| 07/07/03 | 561-362-1682/BOCA RATON, FL/7 | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  11
       August 28, 2003


07/07/03   ATTY # 0349; 230 COPIES                              34.50

07/07/03   ATTY # 0349; 9 COPIES                                 1.35

07/07/03   ATTY # 0349; 2392 COPIES                            239.20

07/07/03   ATTY # 0885; 16 COPIES                                2.40

07/07/03   ATTY # 0885; 6 COPIES                                  .90

07/07/03   ATTY # 0885; 12 COPIES                                1.80

07/07/03   ATTY # 0856; 10 COPIES                                1.50

07/07/03   ATTY # 0396; 3 COPIES                                  .45

07/07/03   ATTY # 0856; 20 COPIES                                3.00

07/07/03   ATTY # 0885; 18 COPIES                                2.70

07/07/03   ATTY # 0856; 26 COPIES                                3.90

07/07/03   ATTY # 0349; 57 COPIES                                8.55

07/07/03   ATTY # 0856; 30 COPIES                                4.50

07/07/03   ATTY # 0349; 46 COPIES                                6.90

07/07/03   ATTY # 0856; 4 COPIES                                  .40

07/07/03   ATTY # 0349; 20 COPIES                                3.00

07/07/03   ATTY # 0885; 24 COPIES                                3.60

07/07/03   ATTY # 0885; 2 COPIES                                  .30

07/07/03   ATTY # 0885: 4 COPIES                                  .60

07/07/03   ATTY # 0856: 10 COPIES                                1.50

07/07/03   ATTY # 0349: 2 COPIES                                  .30

07/07/03   ATTY # 0885: 4 COPIES                                  .60

07/07/03   ATTY # 0504: 2 COPIES                                  .30

07/07/03   ATTY # 0504: 46 COPIES                                6.90

07/07/03   ATTY # 0885: 1 COPIES                                  .15

07/07/03   ATTY # 0885: 2 COPIES                                  .30

172573 W. R. Grace & Co.                              Invoice Number  1065040
60028  ZAI Science Trial                              Page  12
       August 28, 2003

07/07/03   ATTY # 0885: 1 COPIES                                      .15

07/07/03   ATTY # 0885: 2 COPIES                                      .30

07/07/03   ATTY # 0885: 6 COPIES                                      .90

07/07/03   ATTY # 0504: 46 COPIES                                    6.90

07/07/03   ATTY # 0504: 44 COPIES                                    6.60

07/07/03   ATTY # 0504: 1 COPIES                                      .15

07/07/03   ATTY # 0856: 10 COPIES                                    1.50

07/07/03   ATTY # 0856: 15 COPIES                                    2.25

07/07/03   ATTY # 0504: 2 COPIES                                      .30

07/07/03   ATTY # 0885: 6 COPIES                                      .90

07/07/03   ATTY # 0349: 1 COPIES                                      .15

07/07/03   ATTY # 0396: 1 COPIES                                      .15

07/07/03   ATTY # 0856: 1 COPIES                                      .15

07/07/03   ATTY # 0856: 10 COPIES                                    1.50

07/07/03   ATTY # 0349: 2 COPIES                                      .30

07/07/03   ATTY # 0856: 5 COPIES                                      .75

07/07/03   ATTY # 0349: 1 COPIES                                      .15

07/07/03   302-778-6463/WILMINGTON, DE/1                              .11

07/07/03   Color Printing of materials for insertion in            89.10
           appendix to motion for summary judgment.

07/07/03   302-778-7533/WILMINGTON, DE/12                            .68

07/07/03   302-652-4100/WILMINGTON, DE/1                             .11

07/08/03   Mileage Expense - -SECRETARIAL OVERTIME TRAVEL          24.90
           EXPENSE-- 60 MILES/PARKING-- A. SIRIANNI,
           7/4/03--SECRETARIAL WORK ON BRIEF IN SUPPORT OF
           MOTION FOR SUMMARY JUDGMENT.

07/08/03   ATTY # 0885; 336 COPIES                                  50.40

07/08/03   ATTY # 0885; 1 COPIES                                     .15

172573  W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                           Page  13
        August 28, 2003

07/08/03    ATTY # 0856; 474 COPIES                          47.40

07/08/03    ATTY # 0885; 2 COPIES                              .30

07/08/03    ATTY # 0885; 1 COPIES                              .15

07/08/03    ATTY # 0396; 5 COPIES                              .75

07/08/03    ATTY # 0856; 4 COPIES                              .60

07/08/03    ATTY # 0885; 1 COPIES                              .15

07/08/03    ATTY # 0396: 1 COPIES                              .15

07/08/03    ATTY # 0885: 2 COPIES                              .30

07/08/03    ATTY # 0504: 92 COPIES                           13.80

07/08/03    ATTY # 0349: 2 COPIES                              .30

07/08/03    ATTY # 0885: 1 COPIES                              .15

07/08/03    ATTY # 0885: 6 COPIES                              .90

07/08/03    ATTY # 0885: 4 COPIES                              .60

07/08/03    ATTY # 0349: 8 COPIES                             1.20

07/08/03    ATTY # 0349: 4 COPIES                              .60

07/08/03    ATTY # 0885: 4 COPIES                              .60

07/08/03    ATTY # 0856: 10 COPIES                            1.50

07/08/03    ATTY # 0856: 1 COPIES                              .15

07/08/03    ATTY # 0885: 2 COPIES                              .30

07/08/03    ATTY # 0885: 1 COPIES                              .15

07/08/03    ATTY # 0349: 4 COPIES                              .60

07/08/03    ATTY # 0885: 1 COPIES                              .15

07/08/03    ATTY # 1911: 8 COPIES                             1.20

07/08/03    ATTY # 0349: 4 COPIES                              .60

07/08/03    Courier Service - 54583 UPS - Shipped from       10.28
            Douglas Cameron, Reed Smith LLP - Pittsburgh to
            Robert Beber (Linville Ridge NC 28646).

-22-

172573 W. R. Grace & Co.                                    Invoice Number   1065040
60028   ZAI Science Trial                                   Page  14
        August 28, 2003


07/08/03   Courier Service - 54583 UPS - Shipped from              8.53
           James Bentz, Reed Smith LLP - Pittsburgh to
           Richard Finke, Esq. W.R. Grace & Company (BOCA
           RATON FL 33487).

07/08/03   561-362-1551/BOCA RATON, FL/233                        13.34

07/08/03   312-704-7723/CHICAGO, IL/8                               .51

07/08/03   843-216-6509/MTPLEASANT, SC/9                            .57

07/08/03   312-861-3070/CHICAGO, IL/5                               .29

07/08/03   561-362-1959/BOCA RATON, FL/6                            .40

07/08/03   561-362-1959/BOCA RATON, FL/4                            .29

07/08/03   843-216-6509/MTPLEASANT, SC/11                           .63

07/08/03   Color Printing  of materials for insertion in          17.82
           appendix to motion for summary judgment.

07/08/03   Courier Service 54583 UPS                               2.37

07/09/03   Mileage Expense- -SECRETARIAL OVERTIME TRAVEL          40.40
           EXPENSE NANCY J. LEETE, 7/2-7/3/03--MILEAGE AND
           PARKING RELATING TO SECRETARIAL WORK ON BRIEF
           IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.

07/09/03   SECRETARIAL OVERTIME MEAL EXPENSE--NANCY J.            15.00
           LEETE,  7/2-7/3/03.

07/09/03   Transcript Expense - - MORTON CORN, M.D.             513.25
           5/29/03 DEPOSITION TRANSCRIPT.

07/09/03   Transcript Expense - - TRANSCRIPT FOR               689.25
           DEPOSITION OF STEVEN P. MLYNAREK, PH. D.

07/09/03   ATTY # 0885: 1 COPIES                                    .15

07/09/03   ATTY # 0885: 1 COPIES                                    .15

07/09/03   ATTY # 1911: 4 COPIES                                    .60

07/09/03   ATTY # 1911: 18 COPIES                                  2.70

07/09/03   ATTY # 0349: 2 COPIES                                    .30

07/09/03   ATTY # 0885: 1 COPIES                                    .15

07/09/03   ATTY # 0885: 1 COPIES                                    .15

172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page  15
        August 28, 2003

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0885: 2 COPIES                               .30

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0885: 1 COPIES                               .15

07/09/03    ATTY # 0856: 2 COPIES                               .30

07/09/03    561-362-1682/BOCA RATON, FL/4                       .29

07/09/03    ATTY # 0349; 30 COPIES                             4.50

07/09/03    ATTY # 0349; 84 COPIES                            12.60

07/09/03    ATTY # 0885; 1 COPIES                               .15

07/09/03    ATTY # 0885; 35 COPIES                             5.25

07/09/03    ATTY # 0885; 7 COPIES                              1.05

07/09/03    ATTY # 0885; 1 COPIES                               .15

07/09/03    ATTY # 0885; 338 COPIES                           50.70

07/09/03    ATTY # 0885; 69 COPIES                            10.35

07/09/03    ATTY # 0885; 4 COPIES                               .60

07/09/03    ATTY # 0885; 78 COPIES                            11.70

07/09/03    Courier Service - 54583 UPS - Shipped from        23.81
            James Bentz, Reed Smith LLP - Pittsburgh to
            Richard Finke, Esq., W.R. Grace & Co,mpany
            (BOCA RATON FL 33487).

07/09/03    Courier Service - 54583 UPS - Shipped from         8.53
            James Bentz, Reed Smith LLP - Pittsburgh to
            Richard Finke, Esq., W.R. Grace & Company (BOCA
            RATON FL 33487).

07/09/03    Courier Service - 54583 UPS - Shipped from         7.85
            James Bentz, Reed Smith LLP - Pittsburgh to
            David Siegel, Esq., W.R. Grace (COLUMBIA MD
            21044).

172573  W. R. Grace & Co.                          Invoice Number  1065040
60028   ZAI Science Trial                          Page  16
        August 28, 2003


07/09/03   Courier Service - 54583 UPS - Shipped from        4.85
           James Bentz, Reed Smith LLP - Pittsburgh to
           Peter S.J. Lees (BALTIMORE MD 21205).

07/09/03   Courier Service - 54583 UPS - Shipped from       13.14
           JAMES BENTZ, REED SMITH LLP to DR. RICHARD LEE
           (MONROEVILLE PA 15146).

07/09/03   561-362-1533/BOCA RATON, FL/7                      .40

07/09/03   Courier Service - 54583 UPS - Shipped from       12.88
           James Bentz, Reed Smith LLP - Pittsburgh to
           Richard Finke, Esq., W.R. Grace & Company (BOCA
           RATON FL 33487).

07/09/03   561-362-1533/BOCA RATON, FL/13                     .80

07/09/03   561-362-1533/BOCA RATON, FL/4                      .29

07/10/03   Legal Fees - - OGLETREE, DEAKINS, NASH EXPENSES   41.10
           FOR USE OF OFFICES FOR DEPOSITIONS.

07/10/03   Postage Expense                                   .37

07/10/03   General Expense - - VENDOR: UNIVERSITY OF       1206.00
           PITTSBURGH RESEARCH--RESEARCH AND PRINTING OF
           SCIENTIFIC AND EPIDEMIOLOGICAL ARTICLES FOR
           PREPARATION OF SCIENCE TRIAL BRIEFS.

07/10/03   ATTY # 0856: 2 COPIES                             .30

07/10/03   ATTY # 0396: 4 COPIES                             .60

07/10/03   ATTY # 0396: 4 COPIES                             .60

07/10/03   ATTY # 0396: 4 COPIES                             .60

07/10/03   ATTY # 0885: 5 COPIES                             .75

07/10/03   ATTY # 0885; 974 COPIES                         97.40

07/10/03   Courier Service 54583 UPS                       10.00

07/10/03   561-362-1959/BOCA RATON, FL/1                     .11

07/11/03   SECRETARIAL OVERTIME--NANCY J. LEETE, MILEAGE   12.60
           (35 MILES) . 7/5/03

07/11/03   ATTY # 0396: 4 COPIES                             .60

07/11/03   ATTY # 0885: 15 COPIES                           2.25

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  17
       August 28, 2003

07/11/03   ATTY # 0885: 6 COPIES                              .90

07/11/03   ATTY # 0396: 8 COPIES                             1.20

07/11/03   ATTY # 0885: 6 COPIES                              .90

07/11/03   ATTY # 0396: 3 COPIES                              .45

07/11/03   ATTY # 0396: 12 COPIES                            1.80

07/11/03   ATTY # 0396: 5 COPIES                              .75

07/11/03   ATTY # 0396: 5 COPIES                              .75

07/11/03   ATTY # 0396: 5 COPIES                              .75

07/13/03   ATTY # 0856: 2 COPIES                              .30

07/13/03   ATTY # 0856: 2 COPIES                              .30

07/14/03   SODAS FOR MEETING IN 7A ON 06/05/03.              4.90

07/14/03   ATTY # 0885; 40 COPIES                            6.00

07/14/03   ATTY # 0559; 1 COPIES                              .15

07/14/03   ATTY # 0856; 286 COPIES                          28.60

07/14/03   ATTY # 0856; 17 COPIES                            2.55

07/14/03   ATTY # 0396; 1 COPIES                              .15

07/14/03   ATTY # 0559; 10 COPIES                            1.50

07/14/03   ATTY # 0396; 1 COPIES                              .15

07/14/03   ATTY # 0856; 2 COPIES                              .30

07/14/03   ATTY # 0396; 2 COPIES                              .30

07/14/03   ATTY # 0396; 1 COPIES                              .15

07/15/03   Outside Duplicating - - VENDOR: IKON OFFICE      13.35
           SOLUTIONS, INC. SUPPLEMENTAL DOC. PRODUCTION.

07/15/03   Postage Expense                                   .60

07/15/03   ATTY # 0349; 3 COPIES                              .45

07/15/03   ATTY # 0856; 69 COPIES                            6.90

07/15/03   ATTY # 0856; 138 COPIES                          13.80

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  18
       August 28, 2003

07/15/03   ATTY # 0856; 95 COPIES                          9.50

07/15/03   ATTY # 0349: 2 COPIES                            .30

07/15/03   ATTY # 1911: 44 COPIES                          6.60

07/15/03   ATTY # 0856: 2 COPIES                            .30

07/15/03   ATTY # 0856: 4 COPIES                            .60

07/15/03   ATTY # 0504: 92 COPIES                         13.80

07/15/03   ATTY # 0349: 1 COPIES                            .15

07/15/03   ATTY # 0349: 2 COPIES                            .30

07/15/03   ATTY # 0349: 2 COPIES                            .30

07/15/03   ATTY # 0349: 2 COPIES                            .30

07/15/03   ATTY # 0349: 1 COPIES                            .15

07/15/03   ATTY # 0856: 2 COPIES                            .30

07/15/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF       268.21
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/15/03   Binding Charge                                 24.00

07/16/03   ATTY # 0856; 52 COPIES                          7.80

07/16/03   ATTY # 0856; 912 COPIES                        91.20

07/16/03   ATTY # 1911; 211 COPIES                        21.10

07/16/03   ATTY # 0856; 1 COPIES                            .10

07/16/03   ATTY # 0856; 73 COPIES                         10.95

07/16/03   ATTY # 1911; 102 COPIES                        15.30

07/16/03   ATTY # 0856; 76 COPIES                         11.40

07/16/03   ATTY # 0856; 259 COPIES                        25.90

07/16/03   ATTY # 0856; 21 COPIES                          3.15

07/16/03   ATTY # 0856; 22 COPIES                          3.30

07/16/03   ATTY # 0693; 32 COPIES                          4.80

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  19
       August 28, 2003

07/16/03   ATTY # 0693; 23 COPIES                          3.45

07/16/03   ATTY # 0856; 2 COPIES                            .30

07/16/03   ATTY # 0856; 2 COPIES                            .30

07/16/03   ATTY # 1911: 30 COPIES                          4.50

07/16/03   ATTY # 0856; 2 COPIES                            .30

07/16/03   ATTY # 0885; 5 COPIES                            .75

07/16/03   ATTY # 0885; 5 COPIES                            .75

07/16/03   ATTY # 0885; 4 COPIES                            .60

07/16/03   ATTY # 0856; 2 COPIES                            .30

07/16/03   ATTY # 0885; 5 COPIES                            .75

07/16/03   ATTY # 0856; 2 COPIES                            .30

07/16/03   ATTY # 0693: 59 COPIES                          8.85

07/16/03   ATTY # 0693: 11 COPIES                          1.65

07/16/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF     1013.34
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/16/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF      167.35
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/16/03   561-362-1533/BOCA RATON, FL/6                    .34

07/16/03   561-362-1533/BOCA RATON, FL/4                    .23

07/16/03   302-571-6600/WILMINGTON, DE/1                    .11

07/17/03   Transcript Expense - -TRANSCRIPT FOR DEPOSITION  350.00
           OF PETER S. J. LEES, PH. D.

07/17/03   ATTY # 0856; 34 COPIES                          5.10

07/17/03   ATTY # 4551; 5 COPIES                            .75

07/17/03   ATTY # 0856; 27 COPIES                          4.05

07/17/03   ATTY # 0856; 162 COPIES                        16.20

07/17/03   ATTY # 0856; 25 COPIES                          3.75

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  20
        August 28, 2003

| 07/17/03 | ATTY # 0856; 51 COPIES | 7.65 |
|----------|------------------------|------|
| 07/17/03 | ATTY # 4551; 4 COPIES | .60 |
| 07/17/03 | ATTY # 0856; 67 COPIES | 10.05 |
| 07/17/03 | ATTY # 0349; 4 COPIES | .60 |
| 07/17/03 | ATTY # 0856: 2 COPIES | .30 |
| 07/17/03 | ATTY # 0504: 8 COPIES | 1.20 |
| 07/17/03 | ATTY # 1911: 5 COPIES | .75 |
| 07/17/03 | ATTY # 0504: 7 COPIES | 1.05 |
| 07/17/03 | ATTY # 0856: 2 COPIES | .30 |
| 07/17/03 | ATTY # 0856: 2 COPIES | .30 |
| 07/17/03 | ATTY # 0693: 59 COPIES | 8.85 |
| 07/17/03 | ATTY # 0693: 1 COPIES | .15 |
| 07/17/03 | ATTY # 0693: 21 COPIES | 3.15 |
| 07/17/03 | 434-384-1943/LYNCHBURG, VA/3 | .23 |
| 07/17/03 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 07/17/03 | 843-708-1608/CHARLESTON, SC/3 | .17 |
| 07/17/03 | 610-304-6699/NORRISTOWN, PA/4 | .29 |
| 07/18/03 | Postage Expense | .60 |
| 07/18/03 | ATTY # 0885; 34 COPIES | 5.10 |
| 07/18/03 | ATTY # 1911; 97 COPIES | 14.55 |
| 07/18/03 | ATTY # 0693: 2 COPIES | .30 |
| 07/18/03 | ATTY # 0504: 46 COPIES | 6.90 |
| 07/18/03 | ATTY # 0701: 9 COPIES | 1.35 |
| 07/18/03 | ATTY # 0504: 46 COPIES | 6.90 |
| 07/18/03 | ATTY # 0885: 18 COPIES | 2.70 |
| 07/18/03 | ATTY # 4551: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page  21
        August 28, 2003
```

07/18/03   ATTY # 1911: 6 COPIES                                    .90

07/18/03   ATTY # 0701: 7 COPIES                                   1.05

07/18/03   ATTY # 0504: 10 COPIES                                  1.50

07/18/03   ATTY # 0504: 87 COPIES                                 13.05

07/18/03   ATTY # 1911: 6 COPIES                                    .90

07/18/03   ATTY # 1911: 14 COPIES                                  2.10

07/18/03   ATTY # 0693: 9 COPIES                                   1.35

07/18/03   ATTY # 0693: 25 COPIES                                  3.75

07/18/03   ATTY # 0693: 1 COPIES                                    .15

07/18/03   ATTY # 0693: 9 COPIES                                   1.35

07/18/03   ATTY # 0693: 45 COPIES                                  6.75

07/18/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF              99.34
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/18/03   561-362-1533/BOCA RATON, FL/11                           .68

07/21/03   Courier Service - Outside - - VENDOR: FEDERAL          17.27
           EXPRESS CORP-- J.BENTZ TO E.WESTBROOK.

07/21/03   ATTY # 0559; 60 COPIES                                  9.00

07/21/03   ATTY # 0856; 245 COPIES                                24.50

07/21/03   ATTY # 0349; 12 COPIES                                  1.80

07/21/03   ATTY # 0885: 6 COPIES                                    .90

07/21/03   ATTY # 4551: 3 COPIES                                    .45

07/21/03   ATTY # 0885: 6 COPIES                                    .90

07/21/03   ATTY # 0504: 1 COPIES                                    .15

07/21/03   ATTY # 0701: 55 COPIES                                  8.25

07/21/03   ATTY # 0504: 31 COPIES                                  4.65

07/21/03   ATTY # 4551: 2 COPIES                                    .30

07/21/03   ATTY # 0885: 1 COPIES                                    .15

172573 W. R. Grace & Co.                          Invoice Number  1065040
60028  ZAI Science Trial                          Page  22
       August 28, 2003

| | | |
|---|---|---|
| 07/22/03 | ATTY # 1048; 2 COPIES | .30 |
| 07/22/03 | ATTY # 0559; 4 COPIES | .60 |
| 07/22/03 | ATTY # 0559; 18 COPIES | 2.70 |
| 07/22/03 | ATTY # 0856; 232 COPIES | 34.80 |
| 07/22/03 | ATTY # 0856; 38 COPIES | 5.70 |
| 07/22/03 | ATTY # 0504: 10 COPIES | 1.50 |
| 07/22/03 | ATTY # 0559: 5 COPIES | .75 |
| 07/22/03 | ATTY # 0559: 5 COPIES | .75 |
| 07/22/03 | ATTY # 0856: 2 COPIES | .30 |
| 07/22/03 | Westlaw-LEGAL RESEARCH FOR PREPARATION OF RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS. | 428.42 |
| 07/22/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to William J.A. Sparks, W.R. Grace & Company (WILMINGTON DE 19801). | 4.21 |
| 07/23/03 | Postage Expense | 1.75 |
| 07/23/03 | Postage Expense | .37 |
| 07/23/03 | ATTY # 0559: 2 COPIES | .30 |
| 07/23/03 | ATTY # 0559: 5 COPIES | .75 |
| 07/23/03 | ATTY # 4551: 4 COPIES | .60 |
| 07/23/03 | ATTY # 1911: 24 COPIES | 3.60 |
| 07/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 07/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 07/23/03 | ATTY # 0559: 10 COPIES | 1.50 |
| 07/23/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/23/03 | ATTY # 0349: 3 COPIES | .45 |
| 07/23/03 | ATTY # 0559: 1 COPIES | .15 |
| 07/23/03 | ATTY # 0559; 66 COPIES | 9.90 |

```
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page  23
       August 28, 2003
```

| | | |
|---|---|---|
| 07/23/03 | ATTY # 1911; 175 COPIES | 17.50 |
| 07/23/03 | ATTY # 1911; 24 COPIES | 3.60 |
| 07/23/03 | ATTY # 0559; 33 COPIES | 4.95 |
| 07/23/03 | Westlaw-LEGAL RESEARCH FOR PREPARATION OF RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS. | 91.04 |
| 07/23/03 | Westlaw-LEGAL RESEARCH FOR PREPARATION OF RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS. | 540.03 |
| 07/23/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 07/24/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 07/24/03 | ATTY # 0396: 6 COPIES | .90 |
| 07/24/03 | ATTY # 0396: 6 COPIES | .90 |
| 07/24/03 | ATTY # 0396: 6 COPIES | .90 |
| 07/24/03 | ATTY # 0396: 6 COPIES | .90 |
| 07/24/03 | ATTY # 0701; 435 COPIES | 43.50 |
| 07/24/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 07/24/03 | ATTY # 0396; 8 COPIES | 1.20 |
| 07/24/03 | Lexis | 228.00 |
| 07/24/03 | Westlaw-LEGAL RESEARCH FOR PREPARATION OF RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS. | 418.94 |
| 07/25/03 | Postage Expense | .37 |
| 07/25/03 | ATTY # 0504: 12 COPIES | 1.80 |
| 07/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 07/25/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 07/25/03 | ATTY # 0710: 24 COPIES | 3.60 |
| 07/25/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 07/25/03 | ATTY # 0396: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page  24
       August 28, 2003
```

| Date | Description | Amount |
|------|-------------|-------:|
| 07/25/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 07/25/03 | ATTY # 0396; 242 COPIES | 24.20 |
| 07/25/03 | ATTY # 0701; 2 COPIES | .30 |
| 07/25/03 | ATTY # 0701; 11 COPIES | 1.65 |
| 07/25/03 | ATTY # 0701; 2 COPIES | .30 |
| 07/25/03 | ATTY # 0701; 4 COPIES | .60 |
| 07/25/03 | ATTY # 0701; 4 COPIES | .60 |
| 07/25/03 | ATTY # 0701; 3 COPIES | .45 |
| 07/25/03 | ATTY # 0701; 7 COPIES | 1.05 |
| 07/25/03 | ATTY # 0559; 66 COPIES | 9.90 |
| 07/25/03 | ATTY # 0396; 4 COPIES | .60 |
| 07/25/03 | ATTY # 0559; 84 COPIES | 12.60 |
| 07/25/03 | Westlaw-LEGAL RESEARCH FOR PREPARATION OF RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS. | 361.02 |
| 07/25/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 07/28/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. SUPPLEMENTAL DOC. PRODUCTION/TABS. | 483.53 |
| 07/28/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. SUPPLEMENTAL DOC. PRODUCTION. | 37.71 |
| 07/28/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. SUPPLEMENTAL DOC. PRODUCTION/TABS. | 469.20 |
| 07/28/03 | General Expense - - TABS FOR SUMMARY JUDGMENT BRIEFS APPENDICES. | 32.96 |
| 07/28/03 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC.  SUPPLEMENTAL DOC PRODUCTION. | 111.71 |
| 07/28/03 | 703-684-2223/ARLINGTON, VA/1 | .11 |
| 07/28/03 | ATTY # 0559; 1 COPIES | .15 |
| 07/28/03 | ATTY # 0856; 14 COPIES | 2.10 |

172573 W. R. Grace & Co.                      Invoice Number  1065040
60028  ZAI Science Trial                      Page  25
       August 28, 2003

07/28/03   ATTY # 0856; 46 COPIES                              4.60

07/28/03   ATTY # 0856; 20 COPIES                              3.00

07/28/03   ATTY # 0856; 33 COPIES                              4.95

07/28/03   ATTY # 0856; 247 COPIES                            24.70

07/28/03   ATTY # 0559; 1 COPIES                               .15

07/28/03   ATTY # 0710: 5 COPIES                               .75

07/28/03   ATTY # 0559: 1 COPIES                               .15

07/28/03   ATTY # 0559: 1 COPIES                               .15

07/28/03   ATTY # 1911: 2 COPIES                               .30

07/28/03   ATTY # 0856: 2 COPIES                               .30

07/28/03   ATTY # 1911: 12 COPIES                             1.80

07/28/03   ATTY # 4551: 6 COPIES                               .90

07/28/03   ATTY # 1911: 3 COPIES                               .45

07/28/03   ATTY # 0559: 4 COPIES                               .60

07/28/03   ATTY # 0559: 1 COPIES                               .15

07/28/03   ATTY # 0559: 1 COPIES                               .15

07/28/03   ATTY # 0559: 1 COPIES                               .15

07/28/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF          6.04
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/28/03   843-727-6513/CHARLESTON, SC/4                       .29

07/28/03   724-325-1776/EXPORT, PA/1                           .14

07/28/03   843-727-6513/CHARLESTON, SC/1                       .11

07/29/03   Outside Duplicating - - VENDOR: DITTO DOCUMENT    512.96
           SERVICES, INC. --SUPPLEMENTAL DOC PRODUCTION

07/29/03   Taxi Expense - -  MAUREEN ATKINSON                 19.00
           7/2/03--OVERTIME WORK TRAVEL EXPENSES, 7/1/03

07/29/03   Outside Duplicating - - VENDOR: IKON OFFICE       102.55
           SOLUTIONS, INC.--SUPPLEMENTAL DOC PRODUCTION

172573 W. R. Grace & Co.                        Invoice Number  1065040
60028  ZAI Science Trial                        Page  26
       August 28, 2003


07/29/03   Meal Expense - - VENDOR: ATTACHE' CAFE &          143.68
           CATERING(8 LUNCHES PURCHASED) LUNCH FOR MEETING
           WITH DEBTORS' OFFICERS AND IN-HOUSE COUNSEL.

07/29/03   ATTY # 0710; 1 COPIES                                 .15

07/29/03   ATTY # 0710; 262 COPIES                            39.30

07/29/03   ATTY # 0559; 45 COPIES                             6.75

07/29/03   ATTY # 4551: 12 COPIES                             1.80

07/29/03   ATTY # 0856: 8 COPIES                              1.20

07/29/03   ATTY # 0856: 22 COPIES                             3.30

07/29/03   ATTY # 0396: 10 COPIES                             1.50

07/29/03   ATTY # 0856: 5 COPIES                               .75

07/29/03   ATTY # 0856: 5 COPIES                               .75

07/29/03   ATTY # 0856: 5 COPIES                               .75

07/29/03   ATTY # 0856: 4 COPIES                               .60

07/29/03   Westlaw-LEGAL RESEARCH FOR PREPARATION OF          92.53
           RESPONSES TO CLAIMANTS' SUMMARY JUDGMENT AND
           EVIDENTIARY MOTIONS.

07/30/03   SODAS FOR MEETING IN 1E ON 07/08/03               8.20

07/30/03   ATTY # 0856: 10 COPIES                             1.50

07/30/03   ATTY # 0396: 10 COPIES                             1.50

07/30/03   ATTY # 0856: 2 COPIES                               .30

07/30/03   ATTY # 0856: 5 COPIES                               .75

07/30/03   ATTY # 0396: 10 COPIES                             1.50

07/30/03   ATTY # 0856: 3 COPIES                               .45

07/30/03   ATTY # 0856: 3 COPIES                               .45

07/31/03   Outside Duplicating - - PRINTING BY CALTECH        17.10
           LIBRARY SYSTEM OF ARTICLES FROM INT'L
           SYMPOSIUM ON INHALED PARTICLES.

07/31/03   Postage Expense                                    2.21

```
172573  W. R. Grace & Co.                    Invoice Number  1065040
60028   ZAI Science Trial                    Page  27
        August 28, 2003
```

| | | |
|---|---|---|
| 07/31/03 | Taxi Expense - - M. ATKINSON 7/31/03--OVERTIME WORK TRAVEL EXPENSES, 7/2/03. | 18.00 |
| 07/31/03 | ATTY # 0856; 30 COPIES | 4.50 |
| 07/31/03 | ATTY # 0856; 88 COPIES | 13.20 |
| 07/31/03 | ATTY # 0856; 150 COPIES | 15.00 |
| 07/31/03 | ATTY # 0856; 27 COPIES | 2.70 |
| 07/31/03 | ATTY # 0856; 132 COPIES | 19.80 |
| 07/31/03 | ATTY # 0856; 2 COPIES | .30 |
| 07/31/03 | ATTY # 0856; 102 COPIES | 15.30 |
| 07/31/03 | ATTY # 0856; 374 COPIES | 37.40 |
| 07/31/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 07/31/03 | ATTY # 1911: 15 COPIES | 2.25 |
| 07/31/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 07/31/03 | ATTY # 0856: 10 COPIES | 1.50 |
| 07/31/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/31/03 | ATTY # 0885: 6 COPIES | .90 |
| 07/31/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/03 | ATTY # 0885: 2 COPIES | .30 |
| 07/31/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/03 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 07/31/03 | ATTY # 1911: 14 COPIES | 2.10 |
| 07/31/03 | ATTY # 1911: 11 COPIES | 1.65 |
| 07/31/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 07/31/03 | ATTY # 1911: 10 COPIES | 1.50 |
| 07/31/03 | ATTY # 1911: 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                           Invoice Number  1065040
60028  ZAI Science Trial                           Page  28
       August 28, 2003

07/31/03   ATTY # 1911: 9 COPIES                              1.35

07/31/03   ATTY # 1911: 14 COPIES                             2.10

07/31/03   ATTY # 1911: 12 COPIES                             1.80

07/31/03   ATTY # 1911: 4 COPIES                               .60

07/31/03   ATTY # 1911: 28 COPIES                             4.20

07/31/03   ATTY # 0885: 2 COPIES                               .30

07/31/03   ATTY # 0885: 6 COPIES                               .90

07/31/03   ATTY # 0856: 1 COPIES                               .15

07/31/03   Outside Duplicating - - PRINTING BY SUNY AT       11.00
           STONEY BROOK OF SCIENTIFIC AND EPIDEMIOLOGICAL
           ARTICLES.

                          CURRENT EXPENSES                 12,875.95
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $ 12,875.95
                                                          ============