## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                May 1, 2003 - May 31, 2003

Inv #:        8526

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.60 | 1,299.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.30 | 460.00 |
| B18 | Fee Applications, Others | 2.50 | 325.00 |
| B25 | Fee Applications, Applicant - | 7.80 | 1,105.00 |
| B32 | Litigation and Litigation Consulting - | 2.60 | 520.00 |
| B37 | Hearings - | 0.50 | 100.00 |
| | **Total** | **22.30** | **$3,809.00** |
| | **Grand Total** | **22.30** | **$3,809.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 130.00 | 9.30 | 1,209.00 |
| Rick S. Miller | 200.00 | 1.60 | 320.00 |
| Theodore J. Tacconelli | 200.00 | 11.40 | 2,280.00 |
| **Total** | | **22.30** | **$3,809.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | | 558.74 |
|---|---|---|---|
| | **Total Disbursements** | | **$558.74** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-02-03 | *Case Administration* - Review pleading re: Response of Equity Committee to Unsecured Creditor Committees' Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| May-03-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Bexton Group Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| May-04-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Duane Morris Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Nelson Mullins Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Seventh Quarterly Report of Asset Sales & Deminimus Sales | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Seventh Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Application to Retain Deloitte & Touche | 0.20 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni March 2003 Fee Application | 0.10 | TJT |
| May-05-03 | *Case Administration* - Update and revise service list | 0.20 | LLC |
| | *Case Administration* - Review pleading re: Amended Notice of Motion re: Rodriguez Motion to Lift Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooneys' Quarterly Fee Application December 2002 - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditors Final Report re: Caplin Drysdale Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Kramer Levin Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: L. Tersigni Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| May-06-03 | *Case Administration* - Review pleading re: Debtors Response to Unsecured Creditors Committees' Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Lukens Annis February 2003 Fee Application | 0.10 | TJT |
| May-07-03 | *Case Administration* - Review pleading re: PWC January 2003 fee application | 0.10 | TJT |
| May-09-03 | *Case Administration* - Review pleading re: Notice of Appearance of Thomas Tew | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Notice of Appearance of NL Industries | 0.10 | TJT |
| May-11-03 | *Case Administration* - Review pleading re: Kramer Levin February 2003 fee application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith March 2003 fee application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: summary of Holme Roberts Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| May-12-03 | *Case Administration* - Review pleading re: summary of Reed Smiths Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review monthly operating report for March 2003 | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to P. Cunnif re: resend fee application for Steptoe and Johnson and Nelson Mullins | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Wachtell Lipton March 2003 Fee Application | 0.10 | TJT |
| May-15-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: CDGs Fifth, Sixth & Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| May-16-03 | *Case Administration* - Review e-mail from fee auditor's office re: draft fee application order and spreadsheet | 0.10 | LLC |
| May-17-03 | *Case Administration* - Review pleading re: Campbell Levine quarterly fee application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of K&E Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Approve Settlement with BSFS and Daleen Technologies | 0.10 | TJT |
| May-18-03 | *Case Administration* - Review pleading re: Elzufon Austin March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick March 2003 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Response of Phillips Goldman and Spence to Unsecured Creditors Committees Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| | *Case Administration* - Prepare e-mails (x4) to P. Cunnif re: Wallace King and Steptoe & Johnson Fee Applications | 0.20 | TJT |
| May-19-03 | *Case Administration* - e-mail correspondence with Mr. Sakalo re: hearing | 0.10 | RSM |
| May-20-03 | *Case Administration* - Review pleading re: summary of Legal Analysis Systems Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Caplin Drysdale Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of L. Tersigni Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Campbell Levine Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of FTI Policiano Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Kramer Levin Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| May-21-03 | *Case Administration* - Review pleading re: summary of Stroock Quarterly | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Fee Application January - March 2003 | | |
| | *Case Administration* - Review pleading re: BMC January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: BMC February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: BMC March 2003 Fee Application | 0.10 | TJT |
| May-25-03 | *Case Administration* - Review pleading re: Certification of Counsel re: Order Denying Unsecured Creditor Committees' Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| | *Case Administration* - Review pleading re: BMC Quarterly Fee Application January - March 2003 | 0.10 | TJT |
| May-30-03 | *Case Administration* - Review pleading re: Klett Rooney April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review transcript of 4/28/03 hearing for important dates | 0.10 | TJT |
| May-31-03 | *Case Administration* - Review Order re: Extension of Time to Assume or Reject Unexpired Non-residential Real Property Leases | 0.10 | TJT |
| May-05-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Miller re: 5/1/03 committee telephone conference | 0.10 | TJT |
| May-08-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: weekly committee conference call cancelled | 0.10 | TJT |
| May-14-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: weekly committee conference call canceled | 0.10 | TJT |
| May-29-03 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 1.00 | RSM |
| | *Committee, Creditors', Noteholders' or* - Telephone conference with committee | 1.00 | TJT |
| May-08-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 3677 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3677 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3677 | 0.40 | LLC |
| May-13-03 | *Fee Applications, Others* - Review fee auditor final report re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review docket re: objections to docket no. 3695 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3695 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3695 | 0.30 | LLC |
| May-21-03 | *Fee Applications, Others* - Review docket re: objections to docket nos. 3724 and 3725 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3724 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3724 | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3725 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3725 | 0.30 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| May-01-03 | *Litigation and Litigation Consulting* - Attend Committee Teleconference | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - Memo to T. Tacconelli re: Committee tele | 0.10 | RSM |
| May-09-03 | *Litigation and Litigation Consulting* - Review letter from Jennifer Taylor to Judge Wohlin re: Owens Corning case re: treatment of personal injury claims/542 G trust | 0.10 | TJT |
| May-12-03 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Deloitte and Touche Retention Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from J. Sakalo re: Deloitte and Touche Retention Application | 0.10 | TJT |
| May-19-03 | *Litigation and Litigation Consulting* - Prepare for and attend Bankruptcy Court | 2.00 | TJT |
| May-13-03 | *Hearings* - Review agenda for 5/19/03 hearing | 0.10 | TJT |
| May-14-03 | *Hearings* -Review correspondence re: e-mail from J. Sakalo re: 5/19/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to P. Galbraith re: 5/19/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: 5/19/03 hearing | 0.10 | TJT |
| May-16-03 | *Hearings* - Review Amended Agenda for 5/19/03 hearing | 0.10 | TJT |
| May-01-03 | *Fee Applications, Applicant* - E-mail to Debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| May-08-03 | *Fee Applications, Applicant* -review March time records | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review time details for FJ&P March 2003 fee application | 0.30 | TJT |
| May-13-03 | *Fee Applications, Applicant* - Draft and finalize 23rd Monthly Fee Application | 1.10 | LLC |
| May-14-03 | *Fee Applications, Applicant* - E-file and serve 23rd Monthly Fee Application | 0.40 | LLC |
| | *Fee Applications, Applicant* -Review FJ&P March 2003 Fee Application | 0.10 | TJT |
| May-15-03 | *Fee Applications, Applicant* - Draft 8th quarterly Fee Application | 1.00 | LLC |
| May-19-03 | *Fee Applications, Applicant* - Prepare 8th quarterly Fee Application | 1.20 | LLC |
| May-20-03 | *Fee Applications, Applicant* - Finalize, e-file and serve 8th quarterly Fee Application | 0.80 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P Quarterly Fee Application re: January - March 2003 | 0.20 | TJT |
| May-22-03 | *Fee Applications, Applicant* - Review April, 2003 time entries for accuracy | 0.20 | LLC |
| | *Fee Applications, Applicant* -review time records for April 2003 fee application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review FJ&P time details for April 2003 | 0.30 | TJT |
| May-23-03 | *Fee Applications, Applicant* - Prepare 24th monthly Fee Application | 0.30 | LLC |
| May-27-03 | *Fee Applications, Applicant* - Prepare 24th monthly Fee Application | 0.80 | LLC |
| May-28-03 | *Fee Applications, Applicant* - Finalize, e-file and serve 24th monthly Fee Application | 0.60 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P April 2003 Fee Application | 0.20 | TJT |
| | Totals | 22.30 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| May-05-03 | *Expense* - Parcel's, Inc. | 291.25 |
| May-06-03 | *Expense* -  Tristate Courtie & Carriage - delivery charges | 6.50 |
| May-07-03 | *Expense* - Photocopy charge | 2.40 |
| May-08-03 | *Expense* - Photocopy charge | 13.50 |

|            |                                    |         |
|------------|------------------------------------|---------|
|            | *Expense* - Postage                | 5.40    |
| May-11-03  | *Expense* - Photocopy charge       | 22.05   |
| May-12-03  | *Expense* - Photocopy charge       | 18.00   |
| May-14-03  | *Expense* - Photocopy charge       | 11.70   |
|            | *Expense* - Postage                | 2.58    |
| May-16-03  | *Expense* - Photocopy charge       | 15.15   |
| May-20-03  | *Expense* - Photocopy charge       | 50.25   |
|            | *Expense* - Photocopy charge       | 19.80   |
|            | *Expense* - Postage                | 4.56    |
| May-21-03  | *Expense* - Photocopy charge       | 40.95   |
|            | *Expense* - Photocopy charge       | 27.15   |
|            | *Expense* - Postage                | 5.74    |
| May-28-03  | *Expense* - Photocopy charge       | 12.75   |
|            | *Expense* - Postage                | 2.71    |
| May-30-03  | *Expense* - Photocopy charge       | 6.30    |

Totals     $558.74

**Total Fees & Disbursements**     **$4,367.74**