IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 22, 2003 @ 4:00 p.m.** |

**TWENTY-SECOND MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIALCOMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through July 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,874.40 (80% of $16,093.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $425.69 |

This is a:  __X__ monthly  ____ interim  _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |

{D0013163:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | $24,474.07 | $5,788.90 |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | $18,282.70 | Pending |
| 10/1/02 | 8/1/02 through 8/30/02 | $14,526.40 (80% of $18,158.00) | $2,550.58 | $17,076.98 | Pending |
| 10/31/02 | 9/1/02 through 9/30/02 | $10,077.60 (80% of $12,597.00) | $633.53 | $10,711.13 | Pending |
| 12/3/02 | 10/1/02 through 10/31/02 | $13,730.40 (80% of $17,163.00) | $16723.93 | $13,730.40 | $16,723.93 |
| 12/31/02 | 11/1/02 through 11/30/02 | 12,032.80 (80% of $15,041.00) | $6,502.41 | $12,032.80 | $6,502.41 |
| 1/29/03 | 12/1/02 through 12/31/02 | $7,980.00 (80% of $9,975.00) | $2,590.06 | $7,980.00 | $2,590.06 |
| 2/28/03 | 1/1/03 through 1/31/03 | $12,202.00 (80% of $15,252.50) | $542.81 | $542.81 | $542.81 |
| 3/31/03 | 2/1/03 through 2/28/03 | $12,095.60 (80% of $15,119.50) | $1,473.88 | $12,095.60 | $1,473.88 |
| 4/29/03 | 3/1/03 through 3/31/03 | $9,373.60 (80% of $11,717.00) | $699.16 | Pending | Pending |
| 5/30/01 | 4/1/03 through 4/30/03 | $9,935.20 (80% $12,419.00) | $297.48 | Pending | Pending |
| 7/1/03 | 5/1/03 through 5/31/03 | $8,784.00 (80% of $10,980.00) | $817.21 | Pending | Pending |
| 8/5/03 | 6/1/03 through 6/30/03 | $10,010.40 (80% of $12,513.00) | $866.13 | Pending | Pending |
| **9/2/03** | **7/1/03 through 7/31/03** | **$12,874.40 (80% of $16,093.00)** | **$425.69** | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS**
**FOR BILLING PERIOD JULY 1, 2003 THROUGH JULY 31, 2003**
**CAMPBELL & LEVINE, LLC-DELAWARE**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Marla R. Eskin (MRE), Member, since 2002 | 11.3 | $275.00 | $3,107.50 |
| Mark T. Hurford (MTH), Associate, since 2002 | 28.5 | $265.00 | $7,552.50 |
| Aileen F. Maguire (AFM), Associate, since 2002 | 2.9 | $200.00 | $580.00 |
| Kathleen J. Campbell (KJC), Associate, since 2002 | 6.6 | $150.00 | $990.00 |
| Lauren M. Przybylek (LMP), Paralegal, since 2002 | 6.6 | $95.00 | $627.00 |
| Diane E. Massey (DEM), Paralegal since 2002 | 11.4 | $95.00 | $1,083.00 |
| Denise E. Collett (DEC) Legal Assistant, since 2003 | 2.8 | $95.00 | $266.00 |
| Margaret Landis (MAL), Legal ssistant, Since 2002 | 2.4 | $95.00 | $228.00 |
| **Total/average** | **72.5** | | **$14,434.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS**
**FOR BILLING PERIOD JULY 1, 2003 THROUGH JULY 31, 2003**
**CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 1.9 | $350.00 | $665.00 |
| David B. Salzman (DBS), Member, since | .3 | $350.00 | $105.00 |
| Philip E. Milch (PEM), Member, since 1991 | 3.0 | $290.00 | $870.00 |

| | | | |
|---|---|---|---|
| Michelle Kennedy (MK), Paralegal since | .2 | $95.00 | $19.00 |
| **Total/average** | **5.4** | | **$1,659.00** |
| **Delaware and Pittsburgh Total/average** | **77.9** | | **$16,093.00** |

## **COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 7/01/03 through 7/31/03 | Total Fees for the Period 7/01/03 through 7/31/03 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | 2.4 | $641.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 1.9 | $494.50 |
| Claims Analysis Objection & Resolution (Asbestos) | 2.3 | $302.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 5.3 | $1,411.50 |
| Committee Administration | 29.3 | $5,584.50 |
| Employee Benefits/Pension | 9.5 | $2,602.50 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 3.0 | $491.50 |
| Fee Applications (others) | 10.2 | $1,468.00 |
| Financing | 0 | $0.00 |
| Hearings | 2.8 | $691.00 |
| Litigation | .8 | $189.00 |
| Plan and Disclosure Statement | 1.1 | $293.50 |
| Relief from Stay Proceedings | 2 | $530.00 |
| Tax Issues | .3 | $81.50 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |

| | | |
|---|---|---|
| ZAI Science Trial | 7 | $1,312.50 |
| **Grand totals** | **77.9** | **$16,093.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period July 1, 2003 through July 31, 2003 |
|---|---|---|
| In-House Reproduction ($.10 per copy) | | $0 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $327.71 |
| Facsimile ($0.50 per page) | | $62.00 |
| Document Retrieval/Deliveries | Parcels | $0 |
| Travel | | $0 |
| Long Distance Telephone Calls | AT&T | $5.88 |
| Postage | | $0 |
| PACER | | $30.10 |
| Research | Westlaw | $0 |
| Overnight Courier | Federal Express | $0 |
| **Total:** | | **$425.69** |

CAMPBELL & LEVINE, LLC

*/s/ Aileen F. Maguire*
Aileen F. Maguire (I.D. #3756)
800 North King Street
Suite 300
Wilmington, DE  19899
(302) 426-1900

Delaware and Associated Counsel for the
Official Committee of Asbestos Claimants

Dated:  September 2, 2003