Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      22

Costs and Expenses



        PREVIOUS BALANCE                            -$542.81


        CREDIT BALANCE                              -$542.81
                                                    ========



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                       07/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-01D
                                     STATEMENT NO:     26

Asset Analysis and Recovery


    PREVIOUS BALANCE                              $5,488.80


    BALANCE DUE                                   $5,488.80
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      26


Asset Disposition



        PREVIOUS BALANCE                              $729.30



                                        HOURS
07/03/03
    MTH Reviewing Summit Ventures Motion to
        Compel Assumption of Contract and
        correspondence to MRE re same.          0.20    53.00

07/08/03
    MTH Correspondence to M. Berkin re analysis
        of Summit Motion to Compel assumption of
        contract.                               0.50   132.50

07/09/03
    MTH telephone conference with M. Berkin re
        Summit Ventures Motion to Compel.       0.10    26.50

07/10/03
    MRE Meeting with MTH regarding Summit motion 0.20   55.00
    MTH Reviewing Motion to Compel from Summit
        Ventures and telephone conversation with
        Chris Lane re same.                     0.50   132.50
    MTH Meeting with MRE re analysis re Summit
        Motion to Compel Assumption and
        discussion with C. Lane re same.        0.20    53.00
    MTH telephone conference with M. Berkin re
        Summit Motion to Compel.                0.20    53.00

07/11/03
    MRE Review of e-mail from MTH to PVNL
        regarding Summit motion                 0.10    27.50

07/21/03
    MTH Reviewing COC and Agreed Order re Summit
        Ventures Motion to Compel Assumption.   0.20    53.00

W.R. Grace

Asset Disposition


|  |  | HOURS |  |
|---|---|---|---|
| 07/28/03 |  |  |  |
| MRE | Review of Debtors Eight Quarterly Report of Asset Sales | 0.10 | 27.50 |
| MRE | Review of Debtors report  of action for Eighth Quarterly Report for certain claims | 0.10 | 27.50 |
|  |  | ---- | ------ |
|  | FOR CURRENT SERVICES RENDERED | 2.40 | 641.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $265.00 | $503.50 |
| Marla R. Eskin | 0.50 | 275.00 | 137.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 641.00 |
| BALANCE DUE | $1,370.30 |
|  | ========= |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      21

Business Operations

    PREVIOUS BALANCE                                       $482.90

    BALANCE DUE                                            $482.90
                                                           =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              07/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      26


Case Administration



PREVIOUS BALANCE                                      $1,294.40


                                                HOURS
07/01/03
    PEM Review operating report for May           1.00    290.00

07/10/03
    DEM Retrieval of documents from docket and
        E-mail same to Mike Berkin (D.I. 3943)    0.10      9.50

07/11/03
    MTH Correspondence to MRE re conference with
        B. McGowan.                               0.10     26.50
    MTH Correspondence to PVNL re meeting with WR
        Grace.                                    0.20     53.00

07/15/03
    MK  Attention to document organization        0.10      9.50

07/21/03
    MTH Reviewing Debtors' Statement of Amounts
        Paid to Ordinary Course Professionals.    0.20     53.00

07/22/03
    MTH Reviewing Affdavit of R. Hayley re
        ordinary course retention.                0.10     26.50
    MTH Reviewing Affidavit of Ordinary Course
        Retention of J. Simon and R. Fields.      0.10     26.50
                                                  ----    ------
        FOR CURRENT SERVICES RENDERED             1.90    494.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Philip E. Milch                1.00    $290.00    $290.00
    Michele Kennedy                0.10      95.00       9.50

```
                                                    Page:  2
         W.R. Grace                             07/31/2003
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      26

         Case Administration
```

| | | | |
|---|---|---|---|
| Mark T. Hurford | 0.70 | 265.00 | 185.50 |
| Diane E. Massey | 0.10 | 95.00 | 9.50 |

```
         TOTAL CURRENT WORK                         494.50


         BALANCE DUE                             $1,788.90
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      26

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                    $2,062.70


                                          HOURS
07/11/03
     DAC Review Caplin memo re: PD claims            0.10      35.00

07/14/03
     PEM Review memo re: PD claims to committee      0.10      29.00

07/24/03
     KJC Review Second Omnibus Claims Objection
         for asbestos related claims                 0.40      60.00
     KJC Discussion with MTH re omnibus claims
         objection                                   0.10      15.00

07/28/03
     KJC Review e-mail from MTH re possible
         asbestos claims in second omnibus claims
         objection                                   0.20      30.00

07/31/03
     DEC Review of sample objections and retrieval
         of case law in preparation of objection
         to Debtors' 4th motion to extend
         exclusivity                                 1.40     133.00
                                                     ----     ------
         FOR CURRENT SERVICES RENDERED               2.30     302.00

                       RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Douglas A. Campbell            0.10    $350.00    $35.00
     Philip E. Milch               0.10     290.00     29.00
     Denise E. Collett             1.40      95.00    133.00
     Kathleen J. Campbell          0.70     150.00    105.00

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)


          TOTAL CURRENT WORK                        302.00


          BALANCE DUE                             $2,364.70
                                                  =========


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                           Page: 1
W.R. Grace                                                07/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:      26


Claims Analysis Objection & Resol. (Non-Asbestos)




     PREVIOUS BALANCE                                    -$196.70



                                           HOURS
07/02/03
     MTH Reviewing elements of setoff (.2) and
         Correspondence to PVNL re Bellwood
         stipulation (.2)                    0.40      106.00
     MTH Correspondence to L. Hargrove re Bellwood
         stipulation.                        0.10       26.50

07/11/03
     MRE Review of memorandum summarizing
         pleadings filed on July 10, 2003    0.10       27.50

07/16/03
     MRE Meeting with MTH regarding BIS claim   0.10    27.50
     MTH Reviewing Notice of Settlement with BIS
         (.2), meeting with MRE re same (.1);
         correspondence to C. Lane re same (.1)  0.40  106.00
     MRE Review of e-mail from MTH to Debtor
         regarding BIS claim                 0.10       27.50

07/17/03
     MTH Reviewing correspondence from C. Lane re
         Notice re Claims Settlement (and e-mail
         to MRE re same).                     0.10       26.50

07/22/03
     MTH Begin review of Debtors' First Omnibus
         Objection to Claims.                 0.40      106.00
     MTH Begin review of Debtors' Second Omnibus
         Objection to Claims.                 0.40      106.00
     MTH Correspondence to C. Lane re revisions to
         Debtors' First and Second Omnibus
         Objections to Claims.                0.30       79.50

```
                                                      Page: 2
W.R. Grace                                          07/31/2003
                                       ACCOUNT NO: 3000-06D
                                       STATEMENT NO:      26
Claims Analysis Objection & Resol. (Non-Asbestos)
```

|   |   | HOURS |   |
|---|---|---|---|
| MTH | Meeting with MRE re Debtors' Omnibus Objection to Claims. | 0.10 | 26.50 |
| MRE | Review of first omnibus claims objection | 0.10 | 27.50 |
| MRE | Review of Motion for Entry of Order Approving Administrative Order with EPA | 0.10 | 27.50 |
| MTH | Reviewing correspondence from C. Lane re revisions to proposed Omnibus Claims Objection Order (.1) and Correspondence to PVNL re same (.1) | 0.20 | 53.00 |
| MRE | Meeting with MTH regarding omnibus objections to claims | 0.10 | 27.50 |

07/23/03
| MRE | Review of e-mail from MTH to C. Lane regarding claims objection order | 0.10 | 27.50 |

07/24/03
| MTH | Meeting with KJC re Non-Substantive Omnibus Objection to Claims. | 0.20 | 53.00 |
| MTH | Additional review and analysis of First Substantive Omnibus Claims Objection (.5); Correspondence to C. Lane re ability to review POC's (.1) and response to same (.1) | 0.70 | 185.50 |
| MTH | Additional review and work related to Debtors' First and Second Omnibus Claims Objections. | 0.30 | 79.50 |

07/25/03
| MTH | Reviewing Debtors' Motion re Administrative Order with the EPA. | 0.40 | 106.00 |

07/28/03
| MTH | Reviewing correspondence from PVNL and A. Rich re Debtors' Claims Objections (.1); and response thereto | 0.40 | 106.00 |
| MTH | Reviewing Affidavit of D. Siegel re Claims Objections. | 0.10 | 26.50 |
| MTH | Reviewing Affidavit of Siegel re second Claims Objections. | 0.10 | 26.50 |

```
                                                     ----  --------
         FOR CURRENT SERVICES RENDERED               5.30  1,411.50
```

W.R. Grace
Claims Analysis Objection & Resol. (Non-Asbestos)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.60 | $265.00 | $1,219.00 |
| Marla R. Eskin | 0.70 | 275.00 | 192.50 |

TOTAL CURRENT WORK                            1,411.50


BALANCE DUE                                  $1,214.80
                                             =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-07D
                                      STATEMENT NO:     26

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                          $15,937.30


                                          HOURS
07/01/03
      MAL Organization and distribution of daily
          pleadings                               0.10      9.50
      DEM preparation and distribution of daily
          memo                                    0.30     28.50
      DEM Review Pleadings and electronic filing
          notices filed in adversary proceedings
          (.2); preparation and distribution of
          adversary proceeding daily memo (.1)    0.30     28.50
      MAL Organization and distribution of daily
          adversary pleadings                     0.10      9.50
      MRE Review of memorandum summarizing
          pleadings filed in the adversary matters
          on June 17, 2003 through June 30, 2003  0.10     27.50

07/02/03
      DEM preparation and distribution of daily
          memo                                    0.30     28.50
      DEM prepare weekly recommendation memo      0.20     19.00
      MAL Organization and distribution of daily
          pleadings                               0.10      9.50
      MTH Review of memorandum summarizing
          pleadings filed on 7/1/03               0.10     26.50
      MAL Attention to document organization      0.20     19.00
      DEM Continued prepare weekly recommendation
          memo (adding Fee Apps to calendar)      0.40     38.00
      MRE Review of memorandum summarizing
          pleadings filed on July 1, 2003         0.10     27.50

07/03/03
      DEM prepare weekly recommendation memo      0.10      9.50
      MAL Review Pleadings and electronic filing

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | notices for daily memo | 0.40 | 38.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo | 0.70 | 185.50 |

**07/07/03**

| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
|---|---|---|---|
| MAL | Attention to document organization. | 0.20 | 19.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |

**07/08/03**

| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
|---|---|---|---|
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/7/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/2/03. | 0.10 | 26.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matter | 0.20 | 58.00 |

**07/09/03**

| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
|---|---|---|---|
| DEM | prepare weekly recommendation memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/8/03. | 0.10 | 26.50 |

**07/10/03**

| DEM | preparation and distribution of daily |  |  |
|---|---|---|---|

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |                                                              | HOURS |        |
| --- | ------------------------------------------------------------ | ----- | ------ |
|     | memo                                                         | 0.30  | 28.50  |
| MAL | Organization and distribution of daily pleadings.            | 0.20  | 19.00  |
| MTH | Review of memorandum summarizing pleadings filed on 7/9/03.  | 0.10  | 26.50  |

07/11/03

|     |                                                              | HOURS |        |
| --- | ------------------------------------------------------------ | ----- | ------ |
| MK  | Attention to document organization                          | 0.10  | 9.50   |
| DAC | Review counsel's weekly recommendation memo                 | 0.20  | 70.00  |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| DEM | preparation and distribution of daily memo                  | 0.40  | 38.00  |
| DEM | prepare weekly recommendation memo                          | 0.10  | 9.50   |
| MTH | Discussion with MRE re recommendation memorandum to committee members re ZAI issues. | 0.10 | 26.50 |
| MTH | Correspondence to PVNL and JWD re ZAI issues, memorandum to committee members. | 0.20 | 53.00 |
| MAL | Updating Service List                                       | 0.10  | 9.50   |
| MAL | Organization and distribution of daily pleadings.           | 0.20  | 19.00  |
| MRE | Telephone conference with Debtor regarding pending motions  | 0.20  | 55.00  |
| MRE | Review of memorandum summarizing pleadings filed on July 9, 2003 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding weekly recommendation memo       | 0.10  | 27.50  |
| KJC | Draft weekly recommendation memo                            | 0.50  | 75.00  |
| KJC | Draft e-mail to MTH re weekly recommendation memo           | 0.20  | 30.00  |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo                          | 1.00  | 265.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/10/03. | 0.10 | 26.50 |
| DAC | Review counsel's weekly recommendation memo                 | 0.20  | 70.00  |

07/14/03

|     |                                                              | HOURS |        |
| --- | ------------------------------------------------------------ | ----- | ------ |
| DEM | preparation and distribution of daily memo                  | 0.50  | 47.50  |
| MRE | Review of memorandum summarizing pleadings filed on July 11, 2003 through |  |  |

```
                                                      Page: 4
W.R. Grace                                          07/31/2003
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      26
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| | July 13, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/11/03 through 7/13/03. | 0.10 | 26.50 |
| MRE | Review of memo from EI regarding Future's representative | 0.10 | 27.50 |
| MRE | Review of e-mail from P. Weitz regarding future's representative | 0.10 | 27.50 |
| MRE | Review of e-mail from S. Kazan Future's Representative | 0.10 | 27.50 |
| MRE | Review of e-mail from Committee members regarding future's representative | 0.10 | 27.50 |
| DAC | Review Caplin memo re: futures rep in Grace | 0.20 | 70.00 |
| | | | |
| 07/15/03 | | | |
| PEM | Review memo re: futures rep from counsel to committee | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings | 0.10 | 29.00 |
| MRE | Meeting with MTH regarding upcoming objection deadlines | 0.20 | 55.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 14, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 14, 2003 | 0.20 | 55.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| MRE | Review of memo regarding adversary matters filed July 1, 2003 through July 14, 2002 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/14/03. | 0.10 | 26.50 |
| | | | |
| 07/16/03 | | | |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/15/03. | 0.10 | 26.50 |

```
                                                  HOURS
        MRE Review of memorandum summarizing
            pleadings filed on July 15, 2003        0.10     27.50
        MTH prepare weekly recommendation memo      0.40    106.00

07/17/03
        DEM preparation and distribution of daily
            memo                                    0.20     19.00
        DEM prepare weekly recommendation memo      0.10      9.50

07/18/03
        MTH Reviewing correspondence from EI re
            selection of Futures Rep.               0.10     26.50
        DEM preparation and distribution of daily
            memo                                    0.30     28.50
        DEM Prepare and send out Weekly
            Recommendation Memo to Committee        0.20     19.00
        DEM Update Attorney Binder - Weekly
            Recommendation Memo                     0.10      9.50
        MRE Review of memorandum summarizing
            pleadings filed on July 17, 2003        0.10     27.50
        MTH prepare weekly recommendation memo      0.80    212.00
        DAC Review counsel's weekly recommendation
            memo                                    0.20     70.00
        PEM Review recommendation memo to committee
            re: pending motions and matters         0.30     87.00
        MTH Review of memorandum summarizing
            pleadings filed on 7/17/03.             0.10     26.50

07/21/03
        DEM preparation and distribution of daily
            memo                                    0.30     28.50
        MRE Review of memorandum summarizing
            pleadings filed on July 18, 2003 through
            July 20, 2003                           0.10     27.50
        PEM Review daily memo re: pleadings filed   0.10     29.00
        MTH Review of memorandum summarizing
            pleadings filed on 7/18/03.             0.10     26.50

07/22/03
        MTH Reviewing memorandum regarding events
            scheduled for hearing on 7/28/03 and
            committee positions thereon (.2) and
            Correspondence to PVNL and JWD re same
            (.2)                                    0.40    106.00
        MRE Review of weekly recommendation memo to
```

```
                                                    Page: 6
W.R. Grace                                       07/31/2003
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:       26
Committee, Creditors, Noteholders, Equity Holders
```

```
                                            HOURS
         committee                           0.20     55.00
    MRE Meeting with MTH regarding upcoming
         motions and deadlines               0.20     55.00
    MTH Meeting with MRE re upcoming hearing,
         objection deadlines and pending motions.  0.20   53.00
    DEM preparation and distribution of daily
         memo                                0.50     47.50
    MRE Review of memorandum summarizing
         pleadings filed on July 21, 2003    0.10     27.50
    MTH Review of memorandum summarizing
         pleadings filed on 7/21/03.         0.10     26.50
    MRE Meeting with MTH regarding upcoming
         motions and deadlines               0.20     55.00

07/23/03
    DEM preparation and distribution of daily
         memo                                0.30     28.50
    DEM prepare weekly recommendation memo   0.30     28.50
    MTH Reviewing correspondence from PVNL re
         7/28/03 hearing.                    0.10     26.50
    MRE Review of memorandum summarizing
         pleadings filed on July 22, 2003    0.10     27.50
    MTH Review of memorandum summarizing
         pleadings filed on 7/22/03.         0.10     26.50

07/24/03
    DEM preparation and distribution of daily
         memo                                0.30     28.50

07/25/03
    DEM preparation and distribution of daily
         memo                                0.30     28.50
    DEM Prepare and send out Weekly
         Recommendation Memo to Committee    0.20     19.00
    DEM Update Attorney Binder - Weekly
         Recommendation Memo                 0.10      9.50
    PEM Review weekly recommendation memo re:
         pending motions and matters         0.30     87.00
    MTH Review of memorandum summarizing
         pleadings filed on 7/24/03.         0.10     26.50

07/28/03
    DEM preparation and distribution of daily
         memo                                0.50     47.50
    MRE Review of memorandum summarizing
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on July 24, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 25, 2003 through July 27, 2003 | 0.10 | 27.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/25/03. | 0.10 | 26.50 |

07/29/03

| MRE | Review of weekly recommendation memo | 0.10 | 27.50 |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 28, 2003 | 0.10 | 27.50 |
| MTH | Preparing memorandum to committee re events at July Omnibus Hearing. | 1.20 | 318.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/28/03. | 0.10 | 26.50 |
| MTH | Meeting with MRE re upcoming objections and work in progress. | 0.20 | 53.00 |

07/30/03

| PEM | Review daily memo | 0.10 | 29.00 |
|---|---|---|---|
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 29, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/24/03. | 0.10 | 26.50 |

07/31/03

| MTH | Reviewing correspondence from PVNL re memorandum to committee (.1); revising memorandum (.2) and Correspondence to committee members re same (.2) | 0.50 | 132.50 |
|---|---|---|---|

```
                                                          Page: 8
W.R. Grace                                              07/31/2003
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:       26
Committee, Creditors, Noteholders, Equity Holders
```

```
                                           HOURS
     DEM preparation and distribution of daily
         memo                                0.30      28.50
     MTH prepare weekly recommendation memo  0.20      53.00
                                             -----   --------
         FOR CURRENT SERVICES RENDERED      29.30   5,584.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $350.00 | $420.00 |
| Philip E. Milch | 1.50 | 290.00 | 435.00 |
| Michele Kennedy | 0.10 | 95.00 | 9.50 |
| Mark T. Hurford | 8.60 | 265.00 | 2,279.00 |
| Marla R. Eskin | 3.90 | 275.00 | 1,072.50 |
| Kathleen J. Campbell | 0.70 | 150.00 | 105.00 |
| Margaret A. Landis | 2.20 | 95.00 | 209.00 |
| Diane E. Massey | 11.10 | 95.00 | 1,054.50 |

```
     TOTAL CURRENT WORK                              5,584.50


     BALANCE DUE                                   $21,521.80
                                                   ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-08D
                                       STATEMENT NO:      25


Employee Benefits/Pension



PREVIOUS BALANCE                                 $1,219.40



                                       HOURS
07/01/03
     MRE Telephone conference with M. Berkin and
         Blackstone regarding pension motion (.3);
         meeting with MTH re: same (.1)              0.40      110.00
     MTH Discussion with MRE re Pension Plan
         Motion.                                     0.10       26.50
     MRE Telephone call with M. Berkin regarding
         pension motion                              0.20       55.00
     MRE Drafting e-mail to C&D regarding pension
         motion                                      0.20       55.00

07/02/03
     MTH Reviewing correspondence from MRE re
         pension plan motion conference call (and
         response thereto from PVNL).                0.10       26.50

07/03/03
     MTH telephone conference with M. Berkin re
         Pension Plan Motion.                        0.20       53.00
     MTH Discussion with MRE re pension plan
         issues, notification to employees.          0.10       26.50

07/08/03
     MRE Telephone conference with J. Sakalo
         regarding pension motion                    0.40      110.00
     MRE Drafting e-mails to M. Berkin and PVNL
         regarding pension motion                    0.30       82.50
     MTH telephone conference with J. Sakalo re
         pension plan motion.                        0.40      106.00
     MTH Discussion with MRE re Pension Plan
         Motion.                                     0.30       79.50
     MTH Reviewing correspondence from MRE to PVNL

W.R. Grace

Employee Benefits/Pension

|  |  | HOURS |  |
|---|---|---|---|
|  | re Pension Plan Motion. | 0.10 | 26.50 |
| MRE | Telephone conference with M. Berkin regarding pension motion | 0.20 | 55.00 |
| MRE | Review of e-mail from PVNL regarding pension motion and response to same | 0.20 | 55.00 |
| MTH | Call to C. Lane re pension plan motion, issues re contact with employees. | 0.10 | 26.50 |
| MTH | telephone conference with C. Lane re communications issues. | 0.40 | 106.00 |
| MTH | Discussion with MRE re conversation with C. Lane. | 0.10 | 26.50 |

07/09/03

| MRE | Drafting e-mail to PVNL regarding pension motion | 0.20 | 55.00 |
|---|---|---|---|
| MTH | Reviewing correspondence from MRE to PVNL re Pension Plan Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from PVNL re pension plan motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re additional analysis re pension plan motion, contact with M. Berkin. | 0.10 | 26.50 |
| MRE | Drafting e-mail to PVNL regarding pension motion | 0.30 | 82.50 |
| MRE | Meeting with MTH regarding pension motion | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding pension motion | 0.10 | 27.50 |
| MRE | Review of additional e-mail from PVNL regarding pension motion | 0.10 | 27.50 |
| MTH | telephone conference with J. Sakalo re pension plan motion. | 0.30 | 79.50 |
| MTH | Discussion with MRE re pension plan motion, information from Berkin and contact with J. Sakalo. | 0.20 | 53.00 |
| MTH | Reviewing memorandum from M. Berkin re Pension Plan Motion. | 0.20 | 53.00 |
| MTH | telephone conference with M. Berkin re Pension Plan Motion. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE to PVNL and EI re draft memorandum to committee members. | 0.10 | 26.50 |
| DBS | Telephone conference with MRE re: pension plan | 0.30 | 105.00 |
| MTH | Meeting with MRE re: pension motion | 0.10 | 26.50 |

```
                                                          Page: 3
W.R. Grace                                            07/31/2003
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      25

Employee Benefits/Pension
```

|  |  | HOURS |  |
|---|---|---|---|
| 07/10/03 | | | |
| MTH | Reviewing correspondence from PVNL re review by committee of pension plan motion. | 0.10 | 26.50 |
| MRE | Meeting with MTH regarding pension matters | 0.20 | 55.00 |
| MRE | Drafting e-mail to PVNL regarding communication with Debtors on the pension matter | 0.10 | 27.50 |
| MRE | Review of e-mail from PVNL regarding communicating with Debtor on pension matter | 0.10 | 27.50 |
| MRE | Drafting e-mail to M. Berkin regarding pension motion | 0.20 | 55.00 |
| MTH | Discussion with MRE re pension plan motion, issues re contacting employees. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from EI re pension plan motion, memorandum to committee members. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to committee members re Pension Plan Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re contacting WR Grace re communications with employees (.1) and reviewing response from PVNL re same. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re directions re discussion with C. Lane re communications with employees. | 0.10 | 26.50 |
| MTH | Follow up conversation with C. Lane re discussion regarding communication issues. | 0.10 | 26.50 |
| 07/11/03 | | | |
| MRE | Meeting with MTH regarding pension matters | 0.10 | 27.50 |
| MTH | telephone conference with C. Lane, and B. McGowan re pension matters. | 0.20 | 53.00 |
| MTH | Meeting with MRE re pension matters, communications to employees. | 0.10 | 26.50 |
| MTH | telephone conference with M. Berkin re pension matters, communications with employees. | 0.10 | 26.50 |
| MTH | Preparing for call with C. Lane and B. McGowan re pension issues, communications. | 0.20 | 53.00 |

```
                                                    Page: 4
W.R. Grace                                       07/31/2003
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      25

Employee Benefits/Pension




                                          HOURS
      MTH telephone conference with PVNL re
          conference with C. Lane and G. McGowan re
          pension plan and communication issues.    0.10      26.50
      DAC Review memo re: debtor's pension
          contribution of $40M                      0.30     105.00

07/29/03
      MTH telephone conference with M. Berkin re
          Pension Plan Motion.                       0.30      79.50

07/30/03
      MTH Meeting with M. Berkin re revisions to
          Debtors' Pension Plan Motion, status of
          pension plan.                              0.30      79.50
                                                     ----  --------
          FOR CURRENT SERVICES RENDERED              9.50  2,602.50

                      RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
Douglas A. Campbell             0.30    $350.00    $105.00
David B. Salzman                0.30     350.00     105.00
Mark T. Hurford                 5.50     265.00   1,457.50
Marla R. Eskin                  3.40     275.00     935.00


      TOTAL CURRENT WORK                            2,602.50


      BALANCE DUE                                  $3,821.90
                                                   =========
```

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                07/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-10D
                                       STATEMENT NO:      26

Employment Applications, Others


    PREVIOUS BALANCE                                  $1,346.20


    BALANCE DUE                                       $1,346.20
                                                      =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       07/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-11D
                                     STATEMENT NO:      24


Expenses




     PREVIOUS BALANCE                              $2,571.63




07/02/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 7/01/03 (May monthly fee application)     257.15
07/03/03 FAX to Peter Lockwood with daily memo                  4.00
07/03/03 FAX to Doug Campbell with daily memo                   4.00
07/03/03 FAX to Robert Spohn with daily memo                    4.00
07/03/03 FAX to Elyssa Strug with daily memo                    4.00
07/15/03 FAX to Peter Lockwood with daily memo                  4.00
07/15/03 FAX to Doug Campbell with daily memo                   4.00
07/15/03 FAX to Robert Spohn with daily memo                    4.00
07/15/03 FAX to Andrew Katznelson with daily memo               4.00
07/15/03 FAX to Walter Slocombe with adversary daily memo       7.00
07/15/03 FAX to Peter Lockwood with adversary daily memo        7.00
07/16/03 AT&T Long Distance Phone Calls                         5.88
07/23/03 Icon Office Solutions - Photocopying, Envelopes,
         Postage and Hand Deliveries (C&D, C&L - CNO's May
         Fee Applications)                                      70.56
07/24/03 FAX to Peter Lockwood with daily memo                  4.00
07/24/03 FAX to Doug Campbell with daily memo                   4.00
07/24/03 FAX to Robert Spohn with daily memo.                   4.00
07/24/03 FAX to Andrew Katznelson with daily memo.              4.00
07/31/03 Pacer charges for the month of June, 2003             30.10
                                                             ------
     TOTAL EXPENSES                                          425.69

     TOTAL CURRENT WORK                                      425.69


     BALANCE DUE                                          $2,997.32
                                                         =========

_____

ACCOUNT NO: 3000-11D
STATEMENT NO:        24

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                            412-261-0310
```

```
                                                       Page: 1
        W.R. Grace                                   07/31/2003
        Wilmington  DE                    ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      24
```

        Fee Applications, Applicant

        PREVIOUS BALANCE                              $4,531.70

```
                                            HOURS
07/01/03
     AFM Review and sign fee application for
         Campbell & Levine (Monthly - May)     0.30      60.00
     DEC Preparation of Campbell & Levine's May
         Fee Application                        0.20      19.00
     DEC Filing of Campbell & Levine's May Fee
         Application                            0.20      19.00

07/21/03
     MRE Review of June pre-bill                0.10      27.50
     MTH Reviewing pre-bill.                    0.70     185.50

07/22/03
     LMP Searched docket for Obj to Campbell &
         Levine's May monthly Fee Application
         (.1); Drafted Certificate of No Objection
         re same (.2); Electronic filing and
         service of CNO (.2)                    0.50      47.50
     AFM Review and sign CNO for Campbell & Levine
         (Monthly - May)                        0.20      40.00

07/23/03
     LMP Reviewed Email from D. Seitz containing
         Campbell & Levine's June billing
         statement (.1); Drafted C&L June Fee App
         (.6)                                   0.70      66.50

07/31/03
     MTH Reviewing correspondence from LMP to
         Committee re reimbursement of expenses. 0.10     26.50
                                               ----     ------
         FOR CURRENT SERVICES RENDERED         3.00     491.50
```

W.R. Grace                                     07/31/2003
                                  ACCOUNT NO: 3000-12D
                                  STATEMENT NO:      24

Fee Applications, Applicant


                      RECAPITULATION
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 0.50 | $200.00 | $100.00 |
| Mark T. Hurford | 0.80 | 265.00 | 212.00 |
| Marla R. Eskin | 0.10 | 275.00 | 27.50 |
| Denise E. Collett | 0.40 | 95.00 | 38.00 |
| Lauren M. Przybylek | 1.20 | 95.00 | 114.00 |

       TOTAL CURRENT WORK                           491.50


       BALANCE DUE                              $5,023.20
                                                =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      11


Fee Applications, Others




        PREVIOUS BALANCE                         $8,301.60



                                         HOURS
07/01/03
     AFM Review and sign fee application for LAS
         (Monthly - May)                    0.30      60.00
     AFM Reviw and sign fee application for Caplin
         & Drysdale (Monthly - May)         0.30      60.00
     AFM Review and sign fee application for L.
         Tersigni (Monthly - May)           0.30      60.00
     DEC Preparation of LAS's May fee application   0.10       9.50
     DEC Preparation of Caplin & Drysdale's May
         Fee Application                    0.10       9.50
     DEC Preparation of Tersigni's May fee
         application                         0.20      19.00
     DEC Electronic filing of Caplin & Drysdale's
         May fee application                0.20      19.00
     DEC Electronic filing of LAS's April-May fee
         application                         0.20      19.00
     DEC Electronic filing of Tersigni's May Fee
         Application                         0.20      19.00

07/03/03
     AFM Review Fee Auditor's Report for LAS    0.20      40.00
     AFM Email to D. Relles re: Fee Auditor's
         Final Report for LAS                0.10      20.00
     AFM Review Fee Auditor's Report for L.
         Tersigni                            0.20      40.00
     AFM Email to D. Collins re: Fee Auditor's
         Final Report for L. Tersigni        0.10      20.00
     MRE Review of final fee report for LAS   0.10      27.50
     MRE Review of final fee report for L.
         Tersigni                            0.10      27.50

W.R. Grace

Fee Applications, Others


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/09/03 |  |  |  |  |
|  | MRE | Review of fee auditors final report for Kramer Levin | 0.10 | 27.50 |
|  | MRE | Review of fee auditors final report for Wachtell Lipton | 0.10 | 27.50 |
|  | MRE | Review of fee auditors final report for Woodcock Washburn | 0.10 | 27.50 |
|  | MTH | Reviewing correspondence from MRE (x2) re Fee Applications of W. Smith, possible revisions to compensation. | 0.20 | 53.00 |
| 07/10/03 |  |  |  |  |
|  | MRE | Meeting with LMP regarding LAS fee application | 0.10 | 27.50 |
| 07/11/03 |  |  |  |  |
|  | LMP | Reviewed June Monthly Fee Application of Warren H. Smith & Associates (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of Bilzin Sumberg Baena Price & Axelrod (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed April Monthly Fee Application of PricewaterhouseCoopers (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of PricewaterhouseCoopers (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of FTI Policano & Manzo (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | MRE | Review of Order from J. Wolin regarding compensation for F. McGovern and D. Gross | 0.10 | 27.50 |
| 07/16/03 |  |  |  |  |
|  | LMP | Reviewed May Fee Application of Bilzin Sumberg Baena Price & Axelrod [02-2210] (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Fee Application of Kirkland & Ellis [02-2210] (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Fee Application of Carella |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Woodcock Washburn (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Wallace King Marraro & Branson (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Kirkland & Ellis (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Casner & Edwards (1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| AFM | Review Fee Auditors Report for Caplin & Drysdale (Eighth Interim Period) | 0.30 | 60.00 |
| MTH | Reviewing Fee Auditor's report regarding Caplin & Drysdale. | 0.10 | 26.50 |
| MTH | Reviewing Order re Fees of D. Gross and F. McGovern. | 0.10 | 26.50 |
| MRE | Review of fee auditor's report for L. Fitzpatrick | 0.10 | 27.50 |
| MRE | Review of fee auditor's report for Young Conoway | 0.10 | 27.50 |
| **07/21/03** | | | |
| MTH | Reviewing various Orders re Fees for Court Appointed Advisors. | 0.10 | 26.50 |
| **07/22/03** | | | |
| LMP | Searched docket for Obj to Caplin & Drysdale's May monthly Fee Application (.1); Draft Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |
| LMP | Searched docket for Obj to Legal Analysis Systems April through May monthly Fee Application (.1); Drafted Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |
| LMP | Searched docket for Obj to L Tersigni's May monthly Fee Application (.1); Drafted Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |

```
                                                        Page: 4
W.R. Grace                                             07/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      11

Fee Applications, Others


                                            HOURS
    AFM Review and sign CNO for L. Tersigni
        (Monthly - April through May)          0.20     40.00
    AFM Review and sign CNO for LAS (Monthly -
        April through May)                     0.20     40.00
    AFM Review and sign CNO for Caplin & Drysdale
        (Monthly - May)                        0.20     40.00

07/23/03
    LMP Reviewed April Fee Application of Lukins
        & Annis (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)               0.20     19.00
    LMP Reviewed May Fee Application of
        Richardson Patrick Westbrook & Brickman
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)               0.20     19.00
    LMP Reviewed May Fee Application of Duane
        Morris (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)               0.20     19.00

07/24/03
    LMP Reviewed email from D. Relles containing
        LAS' June Billing statement (.1); Drafted
        LAS' June Fee Application (.4)          0.50     47.50

07/30/03
    LMP Reviewed June Monthly Fee Application of
        Klett Rooney Leiber & Schorling (.1);
        Updated WR Grace Weekly Recommendation
        Memo (.1)                              0.20     19.00
    LMP Reviewed June Monthly Fee Application of
        Carella Bryne Bain Gilfillan Cecchi,
        Stewart & Olstein (.1); Updated WR Grace
        Weekly Recommendation Memo (.1)         0.20     19.00
                                              -----  --------
        FOR CURRENT SERVICES RENDERED         10.20  1,468.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Aileen F. Maguire           2.40    $200.00    $480.00
    Mark T. Hurford             0.50     265.00     132.50
    Marla R. Eskin              0.90     275.00     247.50
    Denise E. Collett           1.00      95.00      95.00
    Lauren M. Przybylek         5.40      95.00     513.00
```

Page: 5
07/31/2003
ACCOUNT NO: 3000-13D
STATEMENT NO:       11

W.R. Grace

Fee Applications, Others


        TOTAL CURRENT WORK                          1,468.00


        BALANCE DUE                                $9,769.60
                                                   =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      24

Financing



        PREVIOUS BALANCE                            $202.90


        BALANCE DUE                                 $202.90
                                                    =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:     26


Hearings


PREVIOUS BALANCE                                   $6,733.75


                                        HOURS
07/22/03
      MRE Review of e-mail from MTH to C&D
          regarding hearing matters              0.10      27.50
      MRE Review of matters for hearing binder   0.10      27.50
      MTH Reviewing Agenda for Hearing on July 28,
          2003.                                  0.20      53.00

07/23/03
      MRE Review of e-mail from PVNL regarding
          attendance at hearing                  0.10      27.50

07/24/03
      DEM Preparation of attorney binder for
          omnibus hearing                        0.20      19.00
      MTH Reviewing Amended Agenda.              0.10      26.50

07/25/03
      MRE Review of amended agenda               0.10      27.50
      MRE Drafting of e-mail to MTH regarding
          hearing coverage and matters           0.10      27.50
      MTH Reviewing correspondence from MRE re July
          Omnibus Hearing (.1) and response to same
          (.1)                                   0.20      53.00
      MTH Reviewing Amended Agenda.              0.10      26.50

07/28/03
      MTH Attending Omnibus Hearing.             1.00     265.00
      MAL Preparation of draft Omnibus Hearing Memo   0.20      19.00

07/29/03
      MRE Additional meeting with MTH regarding
          hearing matters                        0.10      27.50

```
                                                   Page: 2
          W.R. Grace                             07/31/2003
                                    ACCOUNT NO: 3000-15D
                                    STATEMENT NO:       26

          Hearings
```

```
                                              HOURS
07/31/03
     PEM Review omnibus hearing memo to Committee      0.10      29.00
     DAC Review memo re: 7/28 hearing                  0.10      35.00
                                                       ----    ------
         FOR CURRENT SERVICES RENDERED                 2.80    691.00

                       RECAPITULATION
     TIMEKEEPER                  HOURS  HOURLY RATE      TOTAL
     Douglas A. Campbell          0.10    $350.00      $35.00
     Philip E. Milch              0.10     290.00       29.00
     Mark T. Hurford              1.60     265.00      424.00
     Marla R. Eskin               0.60     275.00      165.00
     Margaret A. Landis           0.20      95.00       19.00
     Diane E. Massey              0.20      95.00       19.00


         TOTAL CURRENT WORK                            691.00


         BALANCE DUE                                $7,424.75
                                                   =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                      07/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-16D
                                    STATEMENT NO:      11


Litigation and Litigation Consulting




PREVIOUS BALANCE                                  $943.20



                                         HOURS
07/02/03
    MTH Reviewing correspondence from MRE re
        Judge Wolin Order re Fresenius.            0.10     26.50
    MTH Reviewing proposed Order re National
        Union Briefing Schedule.                   0.10     26.50
    KJC Review Second Amended Stipulation re
        Briefing Schedule for Summary Judgment
        Motions in National Union/ Reaud Morgan
        Adversary for inclusion in adversary memo  0.20     30.00

07/08/03
    MTH Reviewing correspondence from J.
        Cunningham re status of Sealed Air
        settlement.                                0.10     26.50
    MTH Correspondence to J. Cunningham re Sealed
        Air settlement, Fresenius settlement.      0.10     26.50

07/09/03
    MTH Reviewing correspondence from J.
        Cunningham re correspondence to CA3.       0.10     26.50

07/16/03
    MTH Reviewing notice of deposition in Grace
        v. National Union.                         0.10     26.50
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              0.80    189.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford               0.60    $265.00   $159.00
    Kathleen J. Campbell          0.20     150.00     30.00

Page: 2
W.R. Grace                                    07/31/2003
                                    ACCOUNT NO: 3000-16D
                                    STATEMENT NO:      11
Litigation and Litigation Consulting


        TOTAL CURRENT WORK                      189.00


        BALANCE DUE                          $1,132.20
                                             =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      11


Plan and Disclosure Statement




    PREVIOUS BALANCE                              $193.70



                                        HOURS
07/25/03
    MTH Reviewing Debtors' Motion to Extend
        Exclusivity and Solicitation Periods.     0.40   106.00

07/29/03
    MTH Correspondence to PVNL re Comm.'s
        position re Debtors' Motion to Extend
        Exclusivity.                              0.20    53.00
    MRE Review of e-mail from MTH regarding
        motion to extend exclusivity             0.10    27.50

07/30/03
    MRE Review of e-mail from PVNL regarding
        objection to motion to extend exclusivity 0.10    27.50

07/31/03
    MTH Reviewing correspondence from PVNL re
        objection to exclusivity.                 0.10    26.50
    MTH Reviewing correspondence from T. Swett re
        objection to exclusivity.                 0.10    26.50
    MTH Reviewing correspondence from T. Swett re
        additional information re objection to
        exclusivity issue.                        0.10    26.50
                                                  ----   ------
    FOR CURRENT SERVICES RENDERED                 1.10   293.50

                     RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Mark T. Hurford                0.90    $265.00    $238.50
Marla R. Eskin                 0.20     275.00      55.00

```
                                                     Page: 2
W.R. Grace                                         07/31/2003
                                      ACCOUNT NO: 3000-17D
                                      STATEMENT NO:      11
Plan and Disclosure Statement
```

```
     TOTAL CURRENT WORK                              293.50


     BALANCE DUE                                    $487.20
                                                    =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-18D
                                      STATEMENT NO:      11


Relief from Stay Proceedings




    PREVIOUS BALANCE                                    $520.30



                                           HOURS
07/18/03
    MTH Reviewing Debtors' Objection to
        Rodriguez's and Nieves' Stay Relief
        Motion.                             0.40    106.00
    MTH Reviewing Debtor's Objection to Costa and
        Thornburg's Motion for Stay Relief.  0.80   212.00

07/25/03
    MTH Reviewing Costa and Thornburg's Motion to
        Leave to File Reply Brief (.1); reviewing
        Reply memorandum and appendix in support
        of stay relief motion (.7)           0.80   212.00
                                            ----   ------
        FOR CURRENT SERVICES RENDERED        2.00   530.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford            2.00    $265.00    $530.00


    TOTAL CURRENT WORK                               530.00


    BALANCE DUE                                    $1,050.30
                                                   =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                        Pittsburgh, PA  15219
                           412-261-0310




                                                          Page: 1
       W.R. Grace                                       07/31/2003
       Wilmington  DE                         ACCOUNT NO: 3000-19D
                                              STATEMENT NO:       1


       Tax Issues




                                                HOURS
07/10/03
       MRE Review of e-mail from MTH regarding tax
           motion                                0.10     27.50
       MRE Meeting with MTH regarding tax motion  0.10     27.50
       MTH Meeting with MRE re: tax motion       0.10     26.50
                                                 ----     -----
           FOR CURRENT SERVICES RENDERED         0.30     81.50
                         RECAPITULATION
       TIMEKEEPER               HOURS HOURLY RATE      TOTAL
       Mark T. Hurford           0.10    $265.00     $26.50
       Marla R. Eskin            0.20     275.00      55.00


       TOTAL CURRENT WORK                               81.50


       BALANCE DUE                                     $81.50
                                                       ======
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                  07/31/2003
Wilmington   DE                  ACCOUNT NO: 3000-20D
                                 STATEMENT NO:      10


Tax Litigation



    PREVIOUS BALANCE                       $468.80


    BALANCE DUE                            $468.80
                                           =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    07/31/2003
Wilmington  DE                     ACCOUNT NO: 3000-21D
                                   STATEMENT NO:       7

Travel-Non-Working



    PREVIOUS BALANCE                              $52.20


    BALANCE DUE                                   $52.20
                                                  ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                              Page: 1
W.R. Grace                                    07/31/2003
Wilmington   DE                    ACCOUNT NO: 3000-22D
                                   STATEMENT NO:      15

Valuation


    PREVIOUS BALANCE                           $1,226.50


    BALANCE DUE                                $1,226.50
                                               =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      15


ZAI Science Trial



        PREVIOUS BALANCE                          $1,608.40



                                            HOURS
07/08/03
     MTH Discussion with KJC re ZAI Motions
         recently filed.                     0.10     26.50

07/10/03
     KJC Review ZAI Motion for Summary Judgment
         and Memorandum in Support           1.30    195.00

07/11/03
     MRE Review of e-mail from EI regarding
         motions in ZAI and e-mail to MTH
         regarding same                      0.20     55.00
     MRE Meeting with MTH and KJC regarding
         motions filed                       0.10     27.50
     KJC Review ZAI Claimants Motion for Partial
         Summary Judgment and Memorandum in
         Support                             0.80    120.00
     KJC Review W.R. Grace's Motion for Summary
         Judgment, memorandum in support, and
         portions of appendix                2.00    300.00
     MTH Correspondence to EI and PVNL re ZAI
         Science Trial filings.              0.30     79.50
     KJC Review Debtors' Motion in Limine to
         exclude evidence of damages         0.40     60.00
     KJC Review Debtors Motion to Consolidate
         Actions of ZAI Claimants            0.30     45.00
     MTH Reviewing correspondence from PVNL re ZAI
         Science trial pleadings.            0.10     26.50
     MTH Reviewing correspondence from PVNL re
         recommendation to committee re ZAI
         Science Trial.                      0.10     26.50
     KJC Review counsels' correspondence re ZAI

```
                                                    Page: 2
        W.R. Grace                                  07/31/2003
                                        ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      15
        ZAI Science Trial


                                             HOURS
            Science Trial                     0.20    30.00

07/18/03
    MTH Reviewing correspondence from EI re ZAI
        Motions for Summary Judgment.          0.10    26.50

07/24/03
    MRE Review of e-mail from MTH regarding ZAI
        matters                                0.10    27.50

07/31/03
    PEM Review correspondence re: ZAI Science to
        ACC from counsel and responses         0.30    87.00
    DAC Review exchanges regarding the issues
        presented by the ZAI science trial     0.20    70.00
    MRE Review of e-mail from Committee member
        regarding ZAI trial                    0.10    27.50
    MRE Review of e-mail from PVNL regarding ZAI
        trial                                  0.10    27.50
    MRE Review of e-mail from additional
        committee member regarding ZAI trial   0.10    27.50
    MRE Review of additional e-mail from PVNL
        regarding litigation                   0.10    27.50
                                              ----  --------
        FOR CURRENT SERVICES RENDERED          7.00  1,312.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell          0.20    $350.00      $70.00
    Philip E. Milch              0.30     290.00       87.00
    Mark T. Hurford              0.70     265.00      185.50
    Marla R. Eskin               0.80     275.00      220.00
    Kathleen J. Campbell         5.00     150.00      750.00


        TOTAL CURRENT WORK                           1,312.50


        BALANCE DUE                               $2,920.90
                                                  =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      07/31/2003
Wilmington  DE                                ACCOUNT NO      3000D




| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,488.80 | 0.00 | 0.00 | 0.00 | 0.00 | $5,488.80 |
| 3000-02 Asset Disposition | | | | | |
| 729.30 | 641.00 | 0.00 | 0.00 | 0.00 | $1,370.30 |
| 3000-03 Business Operations | | | | | |
| 482.90 | 0.00 | 0.00 | 0.00 | 0.00 | $482.90 |
| 3000-04 Case Administration | | | | | |
| 1,294.40 | 494.50 | 0.00 | 0.00 | 0.00 | $1,788.90 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,062.70 | 302.00 | 0.00 | 0.00 | 0.00 | $2,364.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -196.70 | 1,411.50 | 0.00 | 0.00 | 0.00 | $1,214.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,937.30 | 5,584.50 | 0.00 | 0.00 | 0.00 | $21,521.80 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,219.40 | 2,602.50 | 0.00 | 0.00 | 0.00 | $3,821.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,346.20 | 0.00 | 0.00 | 0.00 | 0.00 | $1,346.20 |
| 3000-11 Expenses | | | | | |
| 2,571.63 | 0.00 | 425.69 | 0.00 | 0.00 | $2,997.32 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,531.70 | 491.50 | 0.00 | 0.00 | 0.00 | $5,023.20 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 8,301.60 | 1,468.00 | 0.00 | 0.00 | 0.00 | $9,769.60 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 6,733.75 | 691.00 | 0.00 | 0.00 | 0.00 | $7,424.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 943.20 | 189.00 | 0.00 | 0.00 | 0.00 | $1,132.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 193.70 | 293.50 | 0.00 | 0.00 | 0.00 | $487.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 520.30 | 530.00 | 0.00 | 0.00 | 0.00 | $1,050.30 |
| 3000-19 Tax Issues | | | | | |
| 0.00 | 81.50 | 0.00 | 0.00 | 0.00 | $81.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,608.40 | 1,312.50 | 0.00 | 0.00 | 0.00 | $2,920.90 |
| --------- | --------- | ------ | ---- | ---- | ---------- |
| 55,176.17 | 16,093.00 | 425.69 | 0.00 | 0.00 | $71,694.86 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.