Date: 08/19/03 Legal Analysis Systems, Inc.
Time: 8:00am 

W. R. Grace, Inc. % Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, New York 10022

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/01/03 #4103 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review Goldman Sachs analysis of alternative processes for paying claims | 0.4 500.00 | 200.00 |
| 07/21/03 #4136 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review materials on Chambers re: allowance of claims | 0.2 500.00 | 100.00 |
| 07/31/03 #4352 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) review Plotsky vu-graphs, review old Goldman Sachs viewgraphs | 0.1 330.00 | 33.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/01/03 #4101 | Peterson / (07) Committee, Creditors' Meet with Inselbuch, Finch and committee members to discuss alternative process for paying claims | 0.4 500.00 | 200.00 |
| 07/01/03 #4102 | Peterson / (07) Committee, Creditors' Work with Finch on alternative processes for paying claims | 0.3 500.00 | 150.00 |
| 07/01/03 #4301 | Relles / (07) Committee, Creditors' summarize liability and send to Finch | 0.1 330.00 | 33.00 |
| 07/02/03 #4107 | Peterson / (07) Committee, Creditors' telephone Relles, Inselbuch, Finch re: design of report | 0.1 500.00 | 50.00 |
| 07/02/03 #4311 | Relles / (07) Committee, Creditors' telephone Peterson, Inselbuch, Finch re: design of report | 0.1 330.00 | 33.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/01/03 #4104 | Peterson / (28) Data Analysis telephone Relles (several) re: Manville data acquisition, computations to support testimony | 0.1 500.00 | 50.00 |
| 07/01/03 #4302 | Relles / (28) Data Analysis telephone Peterson (several) re: Manville data acquisition, computations to support testimony | 0.1 330.00 | 33.00 |
| 07/01/03 #4303 | Relles / (28) Data Analysis telephone Haden re: acquiring Manville data; receive and test database | 0.2 330.00 | 66.00 |
| 07/01/03 #4304 | Relles / (28) Data Analysis email to CRMC analyst Guitierrez concerning need for revised dataset | 0.1 330.00 | 33.00 |
| 07/01/03 #4305 | Relles / (28) Data Analysis receive and examine revised dataset; link with data from seven defendants | 0.2 330.00 | 66.00 |
| 07/01/03 #4306 | Relles / (28) Data Analysis organize data from Peterson notes | 0.1 330.00 | 33.00 |
| 07/01/03 #4307 | Relles / (28) Data Analysis determine new dollar values | 0.1 330.00 | 33.00 |
| 07/01/03 #4308 | Relles / (28) Data Analysis compute total cost of various plans | 0.2 330.00 | 66.00 |
| 07/02/03 #4105 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 1.3 500.00 | 650.00 |
| 07/02/03 #4106 | Peterson / (28) Data Analysis telephone Relles re: cost of plans | 0.1 500.00 | 50.00 |
| 07/02/03 #4108 | Peterson / (28) Data Analysis telephone Relles (several) re: progress on report | 0.1 500.00 | 50.00 |
| 07/02/03 #4309 | Relles / (28) Data Analysis telephone Peterson re: cost of plans | 0.1 330.00 | 33.00 |
| 07/02/03 #4310 | Relles / (28) Data Analysis process ARPC data for input to projection programs | 0.1 330.00 | 33.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/02/03<br>#4312 | Relles / (28) Data Analysis<br>modify projection programs to support new report requirements | 0.4<br>330.00 | 132.00 |
| 07/02/03<br>#4313 | Relles / (28) Data Analysis<br>generate tables for backup documents | 0.2<br>330.00 | 66.00 |
| 07/02/03<br>#4314 | Relles / (28) Data Analysis<br>generate graphics based on report requirements | 0.1<br>330.00 | 33.00 |
| 07/02/03<br>#4315 | Relles / (28) Data Analysis<br>enter tables into report, revise and redesign report as required | 0.2<br>330.00 | 66.00 |
| 07/02/03<br>#4316 | Relles / (28) Data Analysis<br>integrate text, tables, and backup documents; send materials | 0.1<br>330.00 | 33.00 |
| 07/02/03<br>#4317 | Relles / (28) Data Analysis<br>telephone Peterson (several) re: progress on report | 0.1<br>330.00 | 33.00 |
| 07/03/03<br>#4109 | Peterson / (28) Data Analysis<br>Work on analysis of claim eligibility under proposed claims criteria | 1.2<br>500.00 | 600.00 |
| 07/03/03<br>#4110 | Peterson / (28) Data Analysis<br>telephone Relles re: Excel graphics | 0.1<br>500.00 | 50.00 |
| 07/03/03<br>#4111 | Peterson / (28) Data Analysis<br>telephone Relles (several calls) re: production of documents | 0.1<br>500.00 | 50.00 |
| 07/03/03<br>#4318 | Relles / (28) Data Analysis<br>review final Peterson document; telephone Finch and Peterson re: problems with graphics | 0.1<br>330.00 | 33.00 |
| 07/03/03<br>#4319 | Relles / (28) Data Analysis<br>prepare additional tables for report | 0.1<br>330.00 | 33.00 |
| 07/03/03<br>#4320 | Relles / (28) Data Analysis<br>prepare input for Excel graphics; telephone Peterson re: same | 0.1<br>330.00 | 33.00 |
| 07/03/03<br>#4321 | Relles / (28) Data Analysis<br>telephone and email Plotsky re: Excel graphics | 0.1<br>330.00 | 33.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/03/03 #4322 | Relles / (28) Data Analysis review initial drafts of documents and graphics | 0.1 330.00 | 33.00 |
| 07/03/03 #4323 | Relles / (28) Data Analysis telephone Peterson (several calls) re: production of documents | 0.1 330.00 | 33.00 |
| 07/03/03 #4324 | Relles / (28) Data Analysis work on Appendix: organize and format tables, review output | 0.2 330.00 | 66.00 |
| 07/04/03 #4112 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 0.8 500.00 | 400.00 |
| 07/04/03 #4113 | Peterson / (28) Data Analysis telephone Relles (2 calls) re: review of appendix tables | 0.1 500.00 | 50.00 |
| 07/04/03 #4325 | Relles / (28) Data Analysis print and review report + appendix; check all results; reproduce key tables; ensure consistency between report and appendix | 0.3 330.00 | 99.00 |
| 07/04/03 #4326 | Relles / (28) Data Analysis telephone Peterson (2 calls) re: review of appendix tables | 0.1 330.00 | 33.00 |
| 07/05/03 #4114 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 1.3 500.00 | 650.00 |
| 07/05/03 #4115 | Peterson / (28) Data Analysis telephone Relles (several) re: step by step discussion of appendix, plans for revisions | 0.1 500.00 | 50.00 |
| 07/05/03 #4116 | Peterson / (28) Data Analysis telephone Relles (several) re: decisions about revisions | 0.1 500.00 | 50.00 |
| 07/05/03 #4117 | Peterson / (28) Data Analysis telephone Relles (several) re: decisions from conference call, requirement to separate out projections between presents and futures | 0.1 500.00 | 50.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/05/03 #4327 | Relles / (28) Data Analysis telephone Peterson (several calls) re: step by step discussion of appendix, plans for revisions | 0.1 330.00 | 33.00 |
| 07/05/03 #4328 | Relles / (28) Data Analysis revise appendix; telephone Peterson (several) re: decisions about revisions; send to Peterson | 0.3 330.00 | 99.00 |
| 07/05/03 #4329 | Relles / (28) Data Analysis telephone Peterson (several) re: decisions from conference call, requirement to separate out projections between presents and futures | 0.1 330.00 | 33.00 |
| 07/05/03 #4330 | Relles / (28) Data Analysis redo several tables from appendix by presents and futures | 0.2 330.00 | 66.00 |
| 07/06/03 #4118 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 1.4 500.00 | 700.00 |
| 07/06/03 #4119 | Peterson / (28) Data Analysis telephone Relles re: contents of tables | 0.1 500.00 | 50.00 |
| 07/06/03 #4120 | Peterson / (28) Data Analysis telephone Relles (several) re: how we modeled present claims | 0.1 500.00 | 50.00 |
| 07/06/03 #4331 | Relles / (28) Data Analysis assemble and format new appendix tables; telephone Peterson re: contents of tables; send to Peterson | 0.1 330.00 | 33.00 |
| 07/06/03 #4332 | Relles / (28) Data Analysis telephone Peterson (several) re: how we modeled present claims | 0.1 330.00 | 33.00 |
| 07/07/03 #4121 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 1.2 500.00 | 600.00 |
| 07/07/03 #4122 | Peterson / (28) Data Analysis telephone Relles (several) re: law firm findings | 0.1 500.00 | 50.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/07/03 #4333 | Relles / (28) Data Analysis organize settlements data from law firms; summarize settlement averages by firm, number of defendants, and disease | 0.2 330.00 | 66.00 |
| 07/07/03 #4334 | Relles / (28) Data Analysis telephone Peterson (several) re: law firm findings | 0.1 330.00 | 33.00 |
| 07/07/03 #4335 | Relles / (28) Data Analysis evaluate total obligation with law firm averages | 0.1 330.00 | 33.00 |
| 07/08/03 #4123 | Peterson / (28) Data Analysis Work on analysis of claim eligibility under proposed claims criteria | 1.2 500.00 | 600.00 |
| 07/09/03 #4124 | Peterson / (28) Data Analysis Work on analysis of alternative methods for paying asbestos claims | 0.8 500.00 | 400.00 |
| 07/10/03 #4125 | Peterson / (28) Data Analysis Review and send various emails re: alternative methods for paying asbestos claims; review analysis of alternative methods | 0.6 500.00 | 300.00 |
| 07/11/03 #4801 | Brelsford / (28) Data Analysis develop slide presentation | 0.1 200.00 | 20.00 |
| 07/11/03 #4126 | Peterson / (28) Data Analysis Review summaries and comments on alternative methods for paying asbestos claims | 0.3 500.00 | 150.00 |
| 07/11/03 #4127 | Peterson / (28) Data Analysis Work on analyses of alternative methods for paying asbestos claims | 0.6 500.00 | 300.00 |
| 07/12/03 #4128 | Peterson / (28) Data Analysis Correspondence on alternative methods for paying asbestos claims | 0.2 500.00 | 100.00 |
| 07/12/03 #4129 | Peterson / (28) Data Analysis Work on analyses of alternative methods for paying asbestos claims | 0.3 500.00 | 150.00 |
| 07/13/03 #4130 | Peterson / (28) Data Analysis Work on analyses of alternative methods for paying asbestos claims | 0.7 500.00 | 350.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/13/03<br>#4131 | Peterson / (28) Data Analysis<br>review, file, and archive email and other documents | 0.2<br>500.00 | 100.00 |
| 07/13/03<br>#4336 | Relles / (28) Data Analysis<br>develop new parameter sets to explore Goldman Sachs estimates | 0.2<br>330.00 | 66.00 |
| 07/14/03<br>#4132 | Peterson / (28) Data Analysis<br>Work on analysis of alternative methods for paying asbestos claims | 0.3<br>500.00 | 150.00 |
| 07/14/03<br>#4337 | Relles / (28) Data Analysis<br>run projections using new Goldman Sachs numbers; compare with old projections; summarize and send to Peterson | 0.2<br>330.00 | 66.00 |
| 07/15/03<br>#4133 | Peterson / (28) Data Analysis<br>Work on analysis of alternative methods for paying asbestos claims | 0.4<br>500.00 | 200.00 |
| 07/16/03<br>#4134 | Peterson / (28) Data Analysis<br>Work on analysis of alternative methods for paying asbestos claims | 0.8<br>500.00 | 400.00 |
| 07/16/03<br>#4338 | Relles / (28) Data Analysis<br>preparation for Washington trip to CBO | 0.1<br>330.00 | 33.00 |
| 07/17/03<br>#4135 | Peterson / (28) Data Analysis<br>Meetings with Relles, CBO and staff and others about alternative methods for paying asbestos claims | 0.8<br>500.00 | 400.00 |
| 07/17/03<br>#4339 | Relles / (28) Data Analysis<br>meeting with Peterson re: develop presentation for CBO, other congressional staff | 0.3<br>330.00 | 99.00 |
| 07/17/03<br>#4340 | Relles / (28) Data Analysis<br>attend meeting at CBO with Peterson | 0.2<br>330.00 | 66.00 |
| 07/18/03<br>#4802 | Brelsford / (28) Data Analysis<br>work on slide presentation | 0.4<br>200.00 | 80.00 |
| 07/21/03<br>#4137 | Peterson / (28) Data Analysis<br>Telephone conference with Walker re: forecasts of future claims qualifying for payment | 0.1<br>500.00 | 50.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/22/03 #4138 | Peterson / (28) Data Analysis<br>Review materials on alternative methods for paying asbestos claims; send analyses to CBO | 0.3<br>500.00 | 150.00 |
| 07/22/03 #4341 | Relles / (28) Data Analysis<br>produce projections by disease for CBO | 0.2<br>330.00 | 66.00 |
| 07/28/03 #4139 | Peterson / (28) Data Analysis<br>Review proposals for payment of claims; telephone Walker about analysis of proposals | 0.4<br>500.00 | 200.00 |
| 07/29/03 #4140 | Peterson / (28) Data Analysis<br>Compare claims requirements for alternative plans for paying asbestos claims | 0.6<br>500.00 | 300.00 |
| 07/29/03 #4141 | Peterson / (28) Data Analysis<br>Telephone Relles to discuss analysis of alternative methods for paying claims | 0.1<br>500.00 | 50.00 |
| 07/29/03 #4342 | Relles / (28) Data Analysis<br>telephone Peterson re: latest analysis plans | 0.1<br>330.00 | 33.00 |
| 07/29/03 #4343 | Relles / (28) Data Analysis<br>review recent computations to carry out analysis | 0.1<br>330.00 | 33.00 |
| 07/30/03 #4142 | Peterson / (28) Data Analysis<br>Prepare detailed review of claims allowed under alternative analyses for paying claims | 0.7<br>500.00 | 350.00 |
| 07/30/03 #4143 | Peterson / (28) Data Analysis<br>Telephone Relles re: analysis for alternative methods for paying claims | 0.8<br>500.00 | 400.00 |
| 07/30/03 #4344 | Relles / (28) Data Analysis<br>telephone Peterson (several calls) re: status, next steps | 0.1<br>330.00 | 33.00 |
| 07/30/03 #4345 | Relles / (28) Data Analysis<br>update files to include latest Goldman Sachs parameters | 0.1<br>330.00 | 33.00 |
| 07/30/03 #4346 | Relles / (28) Data Analysis<br>update LAS dollar values based on new distributions between ever and never smoked | 0.1<br>330.00 | 33.00 |

W. R. Grace (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/31/03 #4144 | Peterson / (28) Data Analysis<br>Prepare detailed review of claims allowed under alternative analyses for paying claims | 0.9<br>500.00 | 450.00 |
| 07/31/03 #4145 | Peterson / (28) Data Analysis<br>Telephone Relles re: documentation of analysis for claims payment alternatives | 0.1<br>500.00 | 50.00 |
| 07/31/03 #4146 | Peterson / (28) Data Analysis<br>conference call with Relles and Plotsky re: new report | 0.1<br>500.00 | 50.00 |
| 07/31/03 #4347 | Relles / (28) Data Analysis<br>run flow models with LAS and Goldman Sachs parameters | 0.1<br>330.00 | 33.00 |
| 07/31/03 #4348 | Relles / (28) Data Analysis<br>generate tabulations for use in new report | 0.2<br>330.00 | 66.00 |
| 07/31/03 #4349 | Relles / (28) Data Analysis<br>update tables for new report | 0.1<br>330.00 | 33.00 |
| 07/31/03 #4350 | Relles / (28) Data Analysis<br>telephone Peterson (several calls) re: new report; work on report | 0.2<br>330.00 | 66.00 |
| 07/31/03 #4351 | Relles / (28) Data Analysis<br>conference call with Peterson and Plotsky re: new report | 0.1<br>330.00 | 33.00 |

W. R. Grace (continued)

Summary Of Time Charges, By Month and Activity
July 2003 - July 2003

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| July | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.7 | 333.00 |
| July | - (07) Committee, Creditors' | 1.0 | 466.00 |
| July | - (28) Data Analysis | 27.4 | 12326.00 |
| July | - (99) Total | 29.1 | 13125.00 |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.7 | 333.00 |
| Total | - (07) Committee, Creditors' | 1.0 | 466.00 |
| Total | - (28) Data Analysis | 27.4 | 12326.00 |
| Total | - (99) Total | 29.1 | 13125.00 |

W. R. Grace (continued)

Summary Of Time Charges, By Month and Person
July 2003 - July 2003

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| July | - Relles | 7.5 | 2475.00 |
| July | - Peterson | 21.1 | 10550.00 |
| July | - Brelsford | 0.5 | 100.00 |
| July | - Total | 29.1 | 13125.00 |
| Total | - Relles | 7.5 | 2475.00 |
| Total | - Peterson | 21.1 | 10550.00 |
| Total | - Brelsford | 0.5 | 100.00 |
| Total | - Total | 29.1 | 13125.00 |

---

W. R. Grace (continued)

Summary Of Time Charges, By Activity, Month, and Person
July 2003 - July 2003

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| July | - Relles | 0.1 | 330. | 33.00 |
| July | - Peterson | 0.6 | 500. | 300.00 |
| (07) Committee, Creditors' | | | | |
| July | - Relles | 0.2 | 330. | 66.00 |
| July | - Peterson | 0.8 | 500. | 400.00 |
| (28) Data Analysis | | | | |
| July | - Relles | 7.2 | 330. | 2376.00 |
| July | - Peterson | 19.7 | 500. | 9850.00 |
| July | - Brelsford | 0.5 | 200. | 100.00 |