**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:

W.R. GRACE & CO., et al.,

            Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Hearing Date: December 15, 2003 @ 12:00 PM**
**Objections Due:  September 23, 2003**

**SUMMARY OF THE FOURTH INTERIM QUARTERLY APPLICATION OF**
**ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS**
**FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003**

**Name of Applicant:**                      Elzufon Austin Reardon Tarlov & Mondell, P.A.

**Authorized to provide**
**Professional services to:**             Zonolite Attic Insulation Claimants

**Date of retention:**                  July 22, 2002

**Period for which compensation**
**and reimbursement is sought:**       April 1, 2003 through
June 30, 2003

**Amount of compensation sought**
**as actual reasonable and necessary:**    $ 5,937.50

**Amount of expense reimbursement**
**sought as actual reasonable and**
**necessary:**                      $ 4,284.81

This is a:      _____ Monthly    __X__ Quarterly    _____Final Application

**Prior Application Filed:**    Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/19/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 3/5/03 | 10/1/02 through 12/31/02 | $ 7,800.50 | $ 2,547.87 | Approved | Approved |
| 6/2/03 | 1/1/03 through 3/31/03 | $ 7,315.50 | $ 1,876.44 | Pending | Pending |

As indicated above, this is the Fourth quarterly application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases and covers the time period of April 1, 2003 through June 30, 2003.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ 750.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 9.8 | $ 2,156.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | .6 | $ 114.00 |
| TOTALS | | | | | 10.4 | $ 2,270.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 48.9 | $ 3,667.50 |
| TOTALS | | | | | 48.9 | $ 3,667.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | .9 Hours | $ 198.00 |
| 11 and 12-Fee Applications | 58.4 Hours | $ 5,739.50 |
| TOTALS | 59.3 Hours | $ 5,937.50 |

## Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 236.46 |
| Courier & Express Carriers | $ 210.10 |
| In-House Duplicating / Printing ($.15 per page) | $ 3,934.85 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 4,381.41 |

Dated: Wilmington, Delaware
    September 3, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.


    */s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )
W.R. Grace & Co., et al.,                 )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)
        Debtors.                          )
                                          )        **Hearing Date: December 15, 2003 @ 12:00 PM**
                                          )        **Objections Due: September 23, 2003**

## FOURTH INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., ("Applicant" or "EARTM"), Delaware Counsel to the ZAI Claimants, hereby applies for an order allowing it: (i) compensation in the amount of $ 5,937.00 for the reasonable and necessary legal services EARTM has rendered; and (ii) reimbursement for the actual and necessary expenses EARTM has incurred in the amount of $ 4,284.81 (the "Fourth Interim Quarterly Fee Application"), for the interim quarterly period from April 1, 2003 through June 30, 2003 (the "Fee Period"). In support of the Fourth Interim Quarterly Fee Application, EARTM respectfully

states as follows:

## **Background**

### **Retention of EARTM**

1.      On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002. By this Court's order effective as of July 22, 2002, EARTM was appointed as Delaware Counsel on behalf of the ZAI Claimants to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000.00 in expenses for prosecuting the Science Trial. The budget has been exhausted. On July 28, 2003, the Court entered an order approving the Joint Motion of Debtors and ZAI Claimants to Increase Budget for Science Trial (the "Budget Increase Order"). According to the Budget Increase Order the litigation budget is increased $950,000.00 per side for fees and expenses in the course of prosecuting the Science Trial against which EARTM may be compensated for legal services at its regular hourly rates, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.

**Monthly Interim Fee Applications Covered Herein**

3.　　Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.　　Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.　　This is the Fourth Interim Quarterly Fee Application that EARTM has filed with the Bankruptcy Court in connection with these Chapter 11 Cases.

6.     EARTM has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

    1.     The Seventh Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of April 1, 2003 through April 30, 2003 attached hereto as Exhibit A.

    2.     The Eighth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of May 1, 2003 through May 31, 2003 attached as Exhibit B.

    3.     The Ninth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of June 1, 2003 through June 30, 2003 attached as Exhibit C.

7.     The period for objecting to the fees and expense reimbursement requested in the April Fee Application has expired, and a Certificate of No Objection for the April Fee Application has been filed with the court. The period for objecting to the fees and reimbursement requested in the May and June Fee Applications has not yet expired.

8.     During the Fee Period, EARTM has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.    By this Fourth Interim Quarterly Fee Application, EARTM requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by EARTM for the Fee Period as detailed in the Application, less any amounts previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order. The full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

**Disinterestedness**

10.    With the exception of its representation of ZAI claimants and other unrelated parties with matters before this court, EARTM does not hold or represent any interest adverse to the Debtors' estates.

11.    In addition, EARTM may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.    EARTM believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.    EARTM performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14.    During the Fee Period, EARTM has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15.    Pursuant to Fed. R. Bank. P. 2016(b), EARTM has not shared, nor has it agreed to

share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of EARTM; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. EARTM reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, EARTM respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to EARTM in the sum of (i) $5,937.50 as compensation for reasonable and necessary professional services, and (ii) $4,284.81 for reimbursement of actual and necessary costs and expenses incurred (for a total of $10,222.31); (b) that the Debtors be authorized and directed to pay to EARTM the outstanding amount of such sums less any sums previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated: Wilmington, Delaware
September 3, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Ave., Suite 1700
P.O. Bow 1630
Wilmington, DE 19801
(302) 428-3181

Delaware Counsel for ZAl Claimants

## VERIFICATION

STATE OF DELAWARE          )
                          )    SS.
COUNTY OF NEW CASTLE       )

William D. Sullivan, after being duly sworn according to law, deposes and says:

a)     I am a partner with the applicant law firm, Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., and have been admitted to appear before this Court since 1990.

b)     I personally performed many of the legal services rendered by Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. as Delaware Counsel to the ZAI Claimants and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.

c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
William D. Sullivan

SWORN AND SUBSCRIBED
This 3rd day of September, 2003

ROBIN N. ROBINSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 24 2006

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: July 21, 2003**
**Hearing Date: TBD if necessary**

### SUMMARY OF EIGHTH MONTHLY APPLICATION OF ELZUFON
### AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION
### FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
### COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE
### PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                   Zonolite Attic Insulation Claimants

Date of retention:                          July 22, 2002

Period for which compensation               April 1, 2003 through
and reimbursement is sought:                April 30, 2003

Amount of compensation sought
as actual reasonable and necessary:         $ 920.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                  $ 45.00

This is a:    __X__ Monthly      _____Interim      _____Final Application

Prior Application Filed:        Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/3/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |

As indicated above, this is the eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.3 | $ 286.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | .1 | $ 19.00 |
| TOTALS | | | | | 1.4 | $ 305.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 8.2 | $ 615.00 |
| TOTALS | | | | | 8.2 | $ 615.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 9.6 Hours | $ 920.00 |
| TOTALS | 9.6 Hours | $ 920.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 45.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 45.00 |

Dated: Wilmington, Delaware
     July 1, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.


   /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR EIGHTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

Page: 1
04/30/2003

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston  SC  29401

Client No: 220305-11221M
Statement No:        189449

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  | Hours |
|---|---|
| 04/01/03 | |
| MY  review file re: service order | 0.10 |
| | |
| 04/03/03 | |
| WDS Review fee auditor reports. | 0.20 |
| | |
| 04/04/03 | |
| MY  Receive and review Fee Auditor Report re: 7th interim fee app of RPWB | 0.10 |
| | |
| 04/07/03 | |
| MY  Prepare Lukins & Annis Fee Application for filing, draft certificate of service | 1.00 |
| CJB Telephone conference with Lukins and Annis re: handling of fee application. | 0.10 |
| | |
| 04/08/03 | |
| MY  Review docket for objections to January Fee Applications of EARTM and RPWB (.2), Draft Certificates of No Objections for each application (.5 x 2) | 1.20 |
| MY  Prepare February fee Application of RPWB for attorney review | 1.10 |
| WDS Review final report re:  RPWB fees. | 0.20 |
| | |
| 04/09/03 | |
| MY  Final Revision of Lukins and Annis January Fee Application, prepare for filing, e-file and serve (.8) Prepare RPWB Fee Application for filing e-file and serve (.7) | 1.50 |
| WDS Review and finalize Lukins & Annis 5th Monthly Fee application. | 0.30 |
| WDS Review and finalize RPWB 6th Monthly Fee application. | 0.30 |
| WDS Review CNO for EARTM 5th Application. | 0.10 |
| WDS Review CNO for RPWB 5th Application. | 0.10 |

04/10/03
    MY  Review file re: Proper service of

ZAI Plaintiffs

04/30/2003
Client No: 220305-11221M
Statement No:       189449

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | | Hours |
|---|---|---|
| applications, complete e-mail service in accordance with fee auditor order | | |
| e-mail contact to co-counsel re: time sheets | | 1.00 |

**04/11/03**

| | | |
|---|---|---|
| MY | Receive fee auditors reports re: RPWB and EARTM and file, update tracking chart with recent filings | 0.60 |
| WDS | Review Fee Auditor report re: approval. | 0.10 |

**04/14/03**

| | | |
|---|---|---|
| MY | Review e-mail correspondence from Fee Auditor re: Confirmation of project category spreadsheet, download and file | 0.20 |

**04/30/03**

| | | |
|---|---|---|
| MY | Draft Certificate of No Objection for February Fee Applications of Richardson Patrick Westbrook and Brickman | 0.70 |
| MY | Draft Certificate of No Objection for January Fee Application of Lukins and Annis | 0.70 |

|  |  |  |
|---|---|---|
| For Current Services Rendered | 9.60 | 920.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.30 | $220.00 | $286.00 |
| Charles J. Brown | Senior Associat | 0.10 | 190.00 | 19.00 |
| Michael Young | Paralegal | 8.20 | 75.00 | 615.00 |

Advances

| | |
|---|---|
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 04/09/03 Courier fee Tristate Courier & Carriage | 5.00 |

| | |
|---|---|
| Total Advances | 45.00 |
| Total Current Work | 965.00 |
| Balance Due | $965.00 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on July 1, 2003, service of the

foregoing

- **EIGHTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
        July 1, 2003

/s/ *William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**File a Motion:**
01-01139-JKF W.R. Grace & Co.

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 7/1/2003 at 11:33 AM EDT and filed on 7/1/2003

**Case Name:**        W.R. Grace & Co.
**Case Number:**      01-01139-JKF
**Document Number:** 3976

**Docket Text:**
Application for Compensation *of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of April 1, 2003 through April 30, 2003* Filed by Elzufon Austin Reardon Tarlov & Mondell, P.A. Objections due by 7/21/2003. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\MYoung\My Documents\EARTM-April 2003.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/1/2003] [FileNumber=1701704-0]
[18fd2b4fa00977e291626abca355b5d45522901d84fc6e9af5d45bc30af5128125cfc
0975af7d7979ced0e6a6bac9b8ce4cd8425ec6c78006e94b2a8c59d7357]]

**01-01139-JKF Notice will be electronically mailed to:**

James R. Adams    RBGROUP@rlf.com

Elio Battista    battista@blankrome.com

Neil Matthew Berger    neilberger@teamtogut.com,
clagow@teamtogut.com;dperson@teamtogut.com;jibsen@teamtogut.com;gdiconza@teamtogut.com;ms

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

            Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003

Name of Applicant:                     Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:              Zonolite Attic Insulation Claimants

Date of retention:                     July 22, 2002

Period for which compensation          May 1, 2003 through
and reimbursement is sought:           May 31, 2003

Amount of compensation sought
as actual reasonable and necessary:    $ 2,152.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                             $ 2,119.56[1]

This is a:    _X_ Monthly         _____ Interim        _____ Final Application

Prior Application Filed:          Yes.

---

[1] The expenses sought include postage and internal photocopies that date back to February 21, 2003. These expenses have recently been entered into the firm's internal billing program and have not appeared on prior applications.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |

As indicated above, this is the ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.0 | $ 660.00 |
| TOTALS | | | | | 3.0 | $ 660.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 19.9 | $ 1,492.50 |
| TOTALS | | | | | 19.9 | $ 1,492.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 22.9 Hours | $ 2,152.50 |
| TOTALS | 22.9 Hours | $ 2,152.50 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense -- Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $ 122.96 |
| Courier & Express Carriers | $ 68.50 |
| In-House Duplicating / Printing ($.15 per page) | $ 1,928.10 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,119.56 |

Dated: Wilmington, Delaware
     August 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL FOR NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

ZAI Plaintiffs
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:      191492
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  | | Rate | Hours |
|---|---|---|---|
| **05/01/03** | | | |
| MY | E-file and serve Certificate of No Objection re: Lukins and Annis January Fee Application (.4) E-file and serve Certificate of No Objection re: RWPB February Fee Application (.4) | 75.00 | 0.80 |
| WDS | Review CNO's to be filed for February fee applications. | 220.00 | 0.20 |
| **05/03/03** | | | |
| WDS | Review pleadings re:  status of case. | 220.00 | 0.30 |
| **05/06/03** | | | |
| MY | Prepare Lukins and Annis February fee application for filing, e-file and serve Fee Application, complete e-mail service to fee auditor | 75.00 | 1.40 |
| WDS | Review sixth monthly application of Lukins & Annis for fees and expenses. | 220.00 | 0.30 |
| **05/13/03** | | | |
| MY | Update fee application tracking chart with Lukins and Annis' new information | 75.00 | 0.20 |
| **05/14/03** | | | |
| MY | Forward Reed Smith Application to co-counsel , correspondence with co-counsel re: quarterly fee application | 75.00 | 0.30 |
| **05/15/03** | | | |
| MY | Draft notice and prepare quarterly application of EARTM (2.1) Prepare 3rd quarterly app of RPWB for filing (.4), Prepare and draft both January and February fee apps of EARTM (1.8) | 75.00 | 4.30 |

ZAI Plaintiffs

06/30/2003
Client No: 220305-11221M
Statement No:        191492

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Rate | Hours |
|---|---|---|---|

05/16/03
MY  Complete revisions, filing and
service of February and January
Fee Applications of EARTM (1.1),
Complete revisions, filing and
service of March Fee Application
of RPWB (1), begin draft of
project category spreadsheet
(.2), complete first draft of
EARTM's 3rd Quarterly
Application (2.1) and draft
notice (.3), update tracking
chart (.2)                                    75.00    4.80

05/19/03
MY  Review/edit Quarterly app of
EARTM (.4), review file: complete
project spreadsheet for 8th
Quarter (1.4)                                 75.00    1.80
WDS Review agenda for 5/18 Hearing;
no matters affecting clients;
forward agenda to co-counsel.               220.00    0.20

05/27/03
MY  Receive and prepare/edit 8th
quarterly application for filing,
review file and gather exhibits A
through C                                     75.00    1.80
MY  Draft Notice of RPWB 3rd
Quarterly                                     75.00    0.40

05/28/03
MY  Prepare Lukins and Annis March
fee application for filing (.9),
Begin preparation of Lukins and
Annis 3rd Quarterly fee
application for filing (.9),
draft order for L&A 3rd quarterly
and draft certificate of service
(.6), draft notice of quarterly
application of L&A (.4), Revise
notice of application and
application of RPWB (.2), update
tracking chart with recent
information (.3)                               75.00    3.60
MY  review docket for objections to
February fee application of
Lukins and Annis, draft
certificate of no objection                   75.00    0.50

05/30/03
WDS Review and revise Lukins & Annis
March fee applications.                      220.00    0.30
WDS Review and revise CNO for Lukins
& Annis February fee application.           220.00    0.20
WDS Review Notice of Service of
Lukins and Annis Third Quarterly

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Rate | Hours |  |
|---|---|---|---|
| fee application. | 220.00 | 0.10 | |
| WDS Review and revise Lukins and Annis Third Quarterly fee application. | 220.00 | 0.40 | |
| WDS Review and revise RPWB Third Quarterly fee application. | 220.00 | 0.30 | |
| WDS Review Notice of Service for RPWB Third Quarterly fee application. | 220.00 | 0.10 | |
| WDS Review Notice of Service for EART&M Third Quarterly fee application. | 220.00 | 0.10 | |
| WDS Review and revise  EART&M Third Quarterly fee application. | 220.00 | 0.50 | |
| For Current Services Rendered | | 22.90 | 2,152.50 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.00 | $220.00 | $660.00 |
| Michael Young | Paralegal | 19.90 | 75.00 | 1,492.50 |

Expenses

| | |
|---|---|
| 02/21/03 Photocopies (@ $.15) | 75.60 |
| 02/21/03 Photocopies (@ $.15) | 75.60 |
| 03/17/03 Photocopies (@ $.15) | 10.50 |
| 03/17/03 Photocopies (@ $.15) | 7.65 |
| 03/17/03 Photocopies (@ $.15) | 1.65 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/17/03 Postage | 1.75 |
| 03/18/03 Photocopies (@ $.15) | 14.85 |
| 03/18/03 Photocopies (@ $.15) | 89.85 |
| 03/18/03 Photocopies (@ $.15) | 4.35 |
| 03/19/03 Photocopies (@ $.15) | 12.00 |
| 03/20/03 Photocopies (@ $.15) | 12.75 |
| 03/21/03 Photocopies (@ $.15) | 40.50 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 0.83 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Postage | 1.29 |
| 04/05/03 Photocopies (@ $.15) | 92.40 |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | | |
|---|---|---:|
| 04/05/03 | Photocopies (@ $.15) | 99.00 |
| 04/23/03 | Photocopies (@ $.15) | 49.80 |
| 04/26/03 | Postage | 12.92 |
| 04/28/03 | Photocopies (@ $.15) | 0.30 |
| 05/02/03 | Photocopies (@ $.15) | 72.60 |
| 05/02/03 | Photocopies (@ $.15) | 0.15 |
| 05/04/03 | Postage | 6.05 |
| 05/06/03 | Photocopies (@ $.15) | 184.80 |
| 05/06/03 | Postage | 26.84 |
| 05/10/03 | Photocopies (@ $.15) | 36.00 |
| 05/12/03 | Photocopies (@ $.15) | 1.50 |
| 05/21/03 | Photocopies (@ $.15) | 82.50 |
| 05/21/03 | Photocopies (@ $.15) | 21.15 |
| 05/21/03 | Photocopies (@ $.15) | 324.00 |
| 05/21/03 | Photocopies (@ $.15) | 392.85 |
| 05/21/03 | Photocopies (@ $.15) | 184.80 |
| 05/21/03 | Postage | 51.35 |
| 05/29/03 | Photocopies (@ $.15) | 21.15 |
| 05/29/03 | Photocopies (@ $.15) | 19.80 |

Total Expenses                                2,051.06

### Advances

| | | |
|---|---|---:|
| 05/01/03 | Courier fee Tristate Courier & Carriage | 58.50 |
| 05/06/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 05/16/03 | Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                   68.50

Total Current Work                            4,272.06

Balance Due                                 $4,272.06

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on August 15, 2003, service of

the foregoing

- **NINTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
August 15, 2003

/s/ *William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

## File a Motion:
01-01139-JKF W.R. GRACE & CO.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 8/15/2003 at 9:09 AM
EDT and filed on 8/15/2003
**Case Name:**         W.R. GRACE & CO.
**Case Number:**       01-01139-JKF
**Document Number:** 4274

**Docket Text:**
Application for Compensation *OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MAY 1,
2003 THROUGH MAY 31, 2003* Filed by Elzufon Austin Reardon Tarlov & Mondell, P.A. Objections
due by 9/5/2003. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\MYoung\My Documents\EARTM-May.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/15/2003] [FileNumber=1825556-0]
[358f66a7f4485ffe555bb740fd7aa5ada68011753ea91b5a854fcd5b601ed58ec792
5928ada76e51484033fa626c494e2c11a8678e1c469780b3dc6bfd812d91]]

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

        Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003

Name of Applicant:                                  Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                 Zonolite Attic Insulation Claimants

Date of retention:                         July 22, 2002

Period for which compensation        June 1, 2003 through
and reimbursement is sought:         June 30, 2003

Amount of compensation sought
as actual reasonable and necessary:    $ 2,865.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                            $ 2,120.25

This is a:      __X__ Monthly_____Interim      _____Final Application

Prior Application Filed:          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |

As indicated above, this is the tenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|----------------------------|-------------------------------|------------|---------------------|--------------------|--------------------|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 5.5 | $ 1,210.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | .5 | $ 95.00 |
| TOTALS | | | | | 6.0 | $ 1,305.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 20.8 | $ 1,560.00 |
| TOTALS | | | | | 20.8 | $ 1,560.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 25.9 Hours | $ 2,667.00 |
| 22-ZAI Science Trial | .9 Hours | $ 198.00 |
| TOTALS | 25.9 Hours | $ 2,865.00 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 113.50 |
| In-House Duplicating / Printing ($.15 per page) | $ 96.60 |
| Outside Duplicating / Printing | $ 2,006.75 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 2,120.25 |

Dated: Wilmington, Delaware
      August 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

                Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: September 5, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL FOR TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

```
                                                                   Page: 1
ZAI Plaintiffs                                                    06/30/2003
Richardson Patrick Westbrook              Client No: 220305-11221M
174 East Bay Street                       Statement No:      191494
Charleston SC 29401
```

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fee<u>s</u>

                                                    Rate    Hours

06/02/03

MY  Office conference re: fee
    applications (.2), Prepare March
    Fee Application of Lukins and
    Annis for filing, e-file and
    serve (.7), Prepare 3rd Quarterly
    fee application of Lukins and
    Annis for filing, e-file and
    serve (.9), e-file and serve
    Certificate of No Objection of
    Lukins and Annis February Fee
    Application (.3), e-file Notice
    of filing of Lukins and Annis 3rd
    Quarterly Fee Application (.3),
    Complete service of Lukins and
    Annis Quarterly in accordance
    with Judge's orders/procedures
    (e-mail to Rachel Bello and hard
    copy to Judge in Pittsburgh)
    (.5), e-file notice of 3rd
    Quarterly Application of RPWB
    (.3), Prepare 3rd Quarterly Fee
    Application of RPWB for filing,
    e-file and complete service (.9),
    Draft Order and Affidavit re:
    EARTM's 3rd Quarterly Application
    (.8), prepare 3rd Quarterly Fee
    Application of EARTM for filing,
    e-file and serve (.8), e-file
    Notice of Filing of EARTM 3rd
    Quarterly Fee Application (.3),
    arrange for service of three
    Notice of Filings (.2), complete
    service of 3rd Quarterly Fee
    Applications of EARTM and RPWB to
    Judge's Chambers (.2)                          75.00    6.50

06/03/03

MY  Update tracking chart with
    previous filings (.6), e-mail to
    Rachel Bello with Quarterly Fee
    Apps of EARTM and RPWB (.4),

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Rate | Hours |
|---|---|---|---|
| | Complete e-mail service of 3rd quarterly fee applications to entire service list (.8), e-mail March Fee App of Lukins and Annis to fee auditor and request arrangements for quarterly service (.3), office conference re: service and filing of fee applications (.3) | 75.00 | 2.40 |

06/06/03
MY  Draft and prepare April Fee
    Application of EARTM for attorney
    review (WDS)                                         75.00    1.20

06/09/03
MY  Review file re: filings of 3rd
    Quarterly Applications                               75.00    0.20

06/10/03
MY  e-mail with co-counsel re:
    category spreadsheets                                75.00    0.20
MY  Finalize 3rd category spreadsheet
    of L and A, draft Certificates of
    No Objections to February and
    March Fee Applications of EARTM,
    e-file and serve certificates                        75.00    1.60

06/11/03
MY  Review file re: Quarterly
    spreadsheets of RPWB, EARTM and
    L&A                                                  75.00    0.40

06/12/03
MY  Review file re: service of 8th
    quarterly applications                               75.00    0.20

06/13/03
MY  Complete and email project
    category sheet of L&A to fee
    auditor                                              75.00    0.30

06/16/03
WDS Review Certification of Counsel
    regarding interim fee
    applications.                                       220.00    0.30
WDS Review agenda for Hearing; phone
    call to co-counsel re:  no issues
    for Hearing; phone call to
    counsel for Debtors re:  handling
    of fee application.                                 220.00    0.60
MY  Office conference re: 6/17
    hearing (.1), review agenda (.1),
    download certification of counsel
    re: 7th Quarterly Applications
    and Order approving applications
    (.4), review as to status of

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Rate | Hours |
|---|---|---|---|
| | RPWB, L&A and EARTM applications | 75.00 | 1.00 |

06/17/03

WDS Attend Hearing; fees approved;
    reference to be withdrawn.                    220.00   0.80
WDS Phone call to co-counsel re:
    withdrawal of reference.                      220.00   0.30
MY  Review 2nd agenda agenda for
    Today's Hearing re: issues
    related to fee apps                            75.00   0.20
MY  Draft letter to co-counsel (.3)
    re: fee applications, update
    tracking chart (.5), draft Cert
    of No Objection for RPWB March
    Fee Application (.7), e-file and
    serve (.4) forward correspondence
    to co-counsel (.2)                             75.00   2.10

06/18/03

MY  Review file and create summary of
    service requirements                           75.00   0.40
MY  meeting                                        75.00   0.30

06/23/03

WDS Phone call to co-counsel re:
    status of removal; review of
    procedural questions.                         220.00   0.60

06/24/03

WDS Review Fee Auditor Reports for
    Zonolite application.                         220.00   0.20
MY  Review docket for objections to
    L&A March fee application (.2),
    draft and revise certificate of
    no objection (.8), complete
    organization of fee application
    files of EARTM, L&A, and RPWB
    (.7), e-file and service CNO of
    L&A March fee app (.6), update
    tracking chart (.4)                            75.00   2.70

06/25/03

WDS Review status report re:  ZAI
    issues, review docket re:  status
    of removal; phone call to Judge
    Wolin's Chambers re:  removal;
    e-mail to co-counsel re:  same.               220.00   0.70
MY  Review and Revise April 2003 Fee
    app of RPWB for DE filing (.6),
    Receive/review and file fee
    auditor report re: 8th Quarterly
    Fee Apps of EARTM (.1), download
    and forward fee application of
    PSZYJW to co-counsel (.4)                      75.00   1.10

06/27/03

WDS Review and calendar Motion to

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | | Rate | Hours |
|---|---|---|---|
| | Increase Budget. | 220.00 | 0.20 |
| WDS | Review local rules re:  format of briefs for Summary Judgment Motion; forward to co-counsel. | 220.00 | 0.50 |
| WDS | Phone call to co-counsel re: handling Motion for Summary Judgment and Daubert Motion; e-mail re:  same. | 220.00 | 0.70 |
| WDS | Review monthly fee application of RPWB; approve for filing. | 220.00 | 0.30 |
| WDS | Review monthly fee application of EART&M; approve for filing. | 220.00 | 0.30 |
| CJB | Telephone conference with Kim Garcia from E. Westbrooks office. | 190.00 | 0.10 |
| CJB | Conference with WDS and paralegal re:  7/7 filings of Motions. | 190.00 | 0.40 |

For Current Services Rendered                26.80   2,865.00

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 5.50 | $220.00 | $1,210.00 |
| Charles J. Brown | Senior Associat | 0.50 | 190.00 | 95.00 |
| Michael Young | Paralegal | 20.80 | 75.00 | 1,560.00 |

### Expenses

| | |
|---|---|
| 06/02/03 Photocopies (@ $.15) | 5.10 |
| 06/02/03 Photocopies (@ $.15) | 13.80 |
| 06/16/03 Photocopies (@ $.15) | 19.80 |
| 06/17/03 Photocopies (@ $.15) | 0.90 |
| 06/17/03 Photocopies (@ $.15) | 2.70 |
| 06/19/03 Photocopies (@ $.15) | 34.50 |
| 06/21/03 Photocopies (@ $.15) | 19.80 |

Total Expenses                                        96.60

### Advances

| | |
|---|---|
| 06/02/03 Courier fee Reliable Copy Service (9 hand deliveries @ 5.00 each). | 45.00 |
| 06/02/03 Reliable Copy Service - outside photocopying ( 14,570 copies @ .09 cents , and 205 mailings @ postage at 2.67 each and 1 Canadian postage @ 3.10 and 29 hand deliveries @ 5.00 each). | 2,006.75 |
| 06/10/03 Reliable Copy Service - Hand deliveries (9 @ $6.50) | 58.50 |
| 06/17/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 06/24/03 Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                      2,120.25

Total Current Work                                  5,081.85

ZAI Plaintiffs

06/30/2003

Client No: 220305-11221M

Statement No:        191494

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

        Balance Due                            $5,081.85

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on August 15, 2003, service of

the foregoing

- **TENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
         August 15, 2003

*/s/ William D. Sullivan*_____
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**File a Motion:**
01-01139-JKF W.R. GRACE & CO.


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 8/15/2003 at 9:50 AM
EDT and filed on 8/15/2003
**Case Name:**      W.R. GRACE & CO.
**Case Number:**      01-01139-JKF
**Document Number:** 4275


**Docket Text:**
Application for Compensation *OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JUNE 1,
2003 THROUGH JUNE 30, 2003* Filed by Elzufon Austin Reardon Tarlov & Mondell, P.A. Objections
due by 9/5/2003. (Sullivan, William)

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**C:\Documents and Settings\MYoung\My Documents\EARTM-
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/15/2003] [FileNumber=1825713-0]
[a09654360c75a1f49e4f7988e993cae2944dd79559f1bdd96c506f7f2e83be95dc4c
43473522bf5c25df417b0a6e7272a3880913752c07770b47cea4680e787e]]

# ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING THIRD INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to

ZAI Claimants in the above-referenced bankruptcy case, filed the Fourth Quarterly Application

for Allowance of Compensation and Reimbursement of Expenses for April 1, 2003 through June

30, 2003 (the "Fourth Quarterly Application"). The Court has reviewed the Fourth Quarterly

Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth

Quarterly Application, was adequate under the circumstances; and (c) all person with standing

have been afforded the opportunity to be heard on the Fourth Quarterly Application.

Accordingly, it is hereby

ORDERED that the Fourth Quarterly Application is GRANTED as modified herein, on

an interim basis. Debtors shall pay to EARTM the sum of $5,937.50 as compensation and

$4,284.81 as reimbursement of expenses, for a total of $10,222.31 for services rendered and

disbursements incurred by EARTM for the period April 1, 2003 through June 30, 2003, less any

amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2003

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

   I, William D. Sullivan, Esquire, hereby certify that on September 3, 2003 service

of the foregoing:

- **Fourth Interim Quarterly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A., for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Interim Period from April 1, 2003 through June 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
   September 3, 2003

           /s/ William D. Sullivan
           WILLIAM D. SULLIVAN

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING FOURTH INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to

ZAI Claimants in the above-referenced bankruptcy case, filed the Fourth Quarterly Application

for Allowance of Compensation and Reimbursement of Expenses for April 1, 2003 through June

30, 2003 (the "Fourth Quarterly Application"). The Court has reviewed the Fourth Quarterly

Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth

Quarterly Application, was adequate under the circumstances; and (c) all person with standing

have been afforded the opportunity to be heard on the Fourth Quarterly Application.

Accordingly, it is hereby

ORDERED that the Fourth Quarterly Application is GRANTED as modified herein, on

an interim basis. Debtors shall pay to EARTM the sum of $5,937.50 as compensation and

$4,284.81 as reimbursement of expenses, for a total of $10,222.31 for services rendered and

disbursements incurred by EARTM for the period April 1, 2003 through June 30, 2003, less any

amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2003

                                                                The Honorable Judith K. Fitzgerald
                                                                United States Bankruptcy Judge