UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 Cases |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JJF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**<u>NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS</u>**

The Law Firm of Williams & Connolly LLP, as counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies requests that it be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in these proceedings.

Respectfully submitted,

/s/ Francis J. Murphy
Francis J. Murphy
MURPHY SPADARO & LANDON
824 Market Street, Suite 700
Wilmington, DE 19801
Tel: 302-654-4600
Fax: 302-654-4775
E-Mail: Fmurphy@msllaw.com

Victoria R. Rollins
Phillip J. Ward
WIILIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
Attorneys for Certain Underwriters at
Lloyd's, London and Certain London Market
Insurance Companies

00104721.DOC