01-1139 JKF

To Whom it Concerns,                    2003 SEP -3 PM 1:03    8-28-03

My name is Scott Geddes and I am writing on behalf of inmate Dennis Nelson 94B0694 in regard to his claim (No. 2159) against W.R. Grace Co.

Mr. Nelson is severely disturbed and incapacitated and cannot at all respond to the motions for dismissal of his claim. Just last week (8-26-03) he ate two light bulbs and went to the psychiatric unit.

I am contacting a counselor (attorney) for him to aid him. I wanted the court to know Mr. Nelson is not mentally able to answer motions and his claim should not be dismissed due to failure to respond as he is not able to do so.

Thank you,

Sincerely,

Scott Geddes