IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-1139 through 01-1200 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1.      Francis J. Murphy, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 moves the admission pro hac vice of Michael J. Zoeller, Esquire of BAACH ROBINSON & LEWIS PLLC, One Thomas Circle, NW, Suite 200, Washington, DC, 20005 to represent Certain Underwriters at Lloyds, London and Certain London Market Companies in this action.  The Admittee is admitted, practicing and in good standing in the bar of the District of Columbia.

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
824 Market Street, Ste. 700
Wilmington, DE  19801
Tel:  302-654-4600
Fax:  302-654-4775
Fmurphy@msllaw.com

2.      The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

BAACH ROBINSON & LEWIS PLLC

Michael J. Zoeller, Esquire
One Thomas Circle, NW
Suite 200
Washington, DC  20005
Tel:  (202) 833-8900
Fax:  (202) 466-5738
E-Mail:  Michael.Zoeller@baachrobinson.com

00104820.DOC

In The United States Bankruptcy Court
For The District Of Delaware
In re W.R. GRACE & CO., et al., Debtors, Case No. 01-1139 through 01-1200 (JKF)
September 4, 2003
Page 2 of 2

      3.      The motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Michael J. Zoeller, Esquire is granted.

BY THE COURT:

_____
United States Bankruptcy Judge

Dated:

00104820.DOC