IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-1139 through 01-1200 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    1.    Francis J. Murphy, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 moves the admission pro hac vice of Joseph L. Ruby, Esquire of BAACH ROBINSON & LEWIS PLLC, One Thomas Circle, NW, Suite 200, Washington, DC, 20005 to represent Certain Underwriters at Lloyds, London and Certain London Market Companies in this action. The Admittee is admitted to, practicing and in good standing in the bars of the State of New York and the District of Columbia.

                              MURPHY SPADARO & LANDON

                              /s/ Francis J. Murphy
                              Francis J. Murphy, I.D. No. 223
                              824 Market Street, Ste. 700
                              Wilmington, DE 19801
                              Tel: 302-654-4600
                              Fax: 302-654-4775
                              Fmurphy@msllaw.com

    2.    The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                              BAACH ROBINSON & LEWIS PLLC

                              /s/ Joseph L. Ruby
                              Joseph L. Ruby, Esquire
                              One Thomas Circle, NW
                              Suite 200
                              Washington, DC 20005
                              Tel: (202) 833-8900
                              Fax: (202) 466-5738
                              E-Mail: Joseph.Ruby@baachrobinson.com

In The United States Bankruptcy Court
For The District Of Delaware
In re W.R. GRACE & CO., et al., Debtors, Case No. 01-1139 through 01-1200 (JKF)
September 4, 2003
Page 2 of 2

    3.    The motion for admission pro hac vice of Joseph L. Ruby, Esquire is granted.

    BY THE COURT:

    _____
    United States Bankruptcy Judge

Dated: