IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 24, 2003 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2003

Invoice Number  **57557**      **91100**  **00001**      **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | | |
|---|---|---:|
| Balance forward as of last invoice, dated: | May 31, 2003 | $160,324.55 |
| Payments received since last invoice, last payment received -- August 19, 2003 | | $78,561.68 |
| A/R Adjustments | | $-2,774.88 |
| Net balance forward | | $78,987.99 |

Re:   W.R. Grace and Co.

---

| Statement of Professional Services Rendered Through | **06/30/2003** | | |
|---|---|---|---|

| | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | **CASE ADMINISTRATION [B110]** | | | |
| 06/02/03 | ARP | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 06/02/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 06/02/03 | PEC | Update critical dates | 0.80 | 130.00 | $104.00 |
| 06/02/03 | PEC | Review and revise the professional service list | 0.30 | 130.00 | $39.00 |
| 06/03/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/04/03 | PEC | Review daily correspondence received and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 06/04/03 | PEC | Review docket and update critical dates | 0.50 | 130.00 | $65.00 |
| 06/05/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/06/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 06/06/03 | PEC | Update critical dates memo | 0.20 | 130.00 | $26.00 |
| 06/06/03 | PEC | Return calls to various parties regarding case status | 0.30 | 130.00 | $39.00 |
| 06/09/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 06/09/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 06/09/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 06/10/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/10/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |
| 06/10/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |

**Invoice number  57557**          91100    00001                                              **Page    2**

| | | | | | |
|---|---|---|---|---|---|
| 06/11/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 06/11/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 06/12/03 | ARP | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 06/12/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 06/12/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 06/16/03 | CMS | Maintain Document Control. | 5.30 | 55.00 | $291.50 |
| 06/16/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 06/16/03 | PEC | Update critical dates memo | 1.50 | 130.00 | $195.00 |
| 06/16/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 06/17/03 | DCC | Maintain document control. | 3.50 | 70.00 | $245.00 |
| 06/17/03 | PAG | Review correspondence from C. Lane regarding service on Duleen and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 06/17/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/17/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |
| 06/17/03 | PEC | Review docket for updates | 0.10 | 130.00 | $13.00 |
| 06/18/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 06/18/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 06/19/03 | DCC | Maintain document control. | 3.00 | 70.00 | $210.00 |
| 06/19/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 130.00 | $52.00 |
| 06/19/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 06/20/03 | ARP | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 06/20/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/20/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 06/23/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/23/03 | PEC | Update critical dates memo | 1.00 | 130.00 | $130.00 |
| 06/23/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 06/24/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/24/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |
| 06/25/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 130.00 | $26.00 |
| 06/25/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |
| 06/26/03 | MSC | Review documents for critical dates, further handling and distribution | 0.10 | 125.00 | $12.50 |
| 06/26/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/26/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 06/26/03 | PEC | Return calls to various creditors regarding case status | 0.40 | 130.00 | $52.00 |
| 06/27/03 | DCC | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 06/27/03 | ARP | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 06/27/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/27/03 | PEC | Return calls to creditors regarding case status | 0.30 | 130.00 | $39.00 |
| 06/30/03 | CMS | Maintain Document Control. | 2.90 | 55.00 | $159.50 |
| 06/30/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 06/30/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |
| 06/30/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |

**Invoice number 57557**     91100    00001                                    **Page   3**

| | | | | | |
|---|---|---|---|---|---|
| 06/30/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 06/30/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| | | **Task Code Total** | **42.50** | | **$3,900.00** |

**WRG CLAIM ANALYSIS NONASBESTOS**

| | | | | | |
|---|---|---|---|---|---|
| 06/18/03 | PAG | Review correspondence from C. Lane regarding discovery for claims objections. | 0.10 | 235.00 | $23.50 |
| 06/18/03 | PAG | Review correspondence from C. Lane regarding discovery for claims objection.  Review open matters for scheduling. | 0.10 | 235.00 | $23.50 |
| | | **Task Code Total** | **0.20** | | **$47.00** |

**WRG- EMPLOY. APP. , OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 06/02/03 | PAG | Telephone call with C. Lane regarding change to agenda for Deloitte retention. | 0.10 | 235.00 | $23.50 |
| 06/12/03 | PAG | Telephone call with C. Lane regarding retention of trustee for employee benefit plans. | 0.10 | 235.00 | $23.50 |
| 06/18/03 | PAG | Draft email to J. Oneill regarding retention of professional as trustee for benefit plan | 0.40 | 235.00 | $94.00 |
| | | **Task Code Total** | **0.60** | | **$141.00** |

**EMPLOYEE BENEFIT/PENSION- B220**

| | | | | | |
|---|---|---|---|---|---|
| 06/23/03 | PAG | Draft notice regarding Debtors' motion regarding funding of employee benefit plans | 0.30 | 235.00 | $70.50 |
| 06/23/03 | PAG | Review and revise motion regarding employee benefit plan funding and prepare for filing | 0.50 | 235.00 | $117.50 |
| | | **Task Code Total** | **0.80** | | **$188.00** |

**WRG-FEE APPS., APPLICANT**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/03 | LAG | PACER research regarding status of fee application. | 0.20 | 135.00 | $27.00 |
| 06/08/03 | WLR | Correspondence to Scotta E. McFarland regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 06/08/03 | WLR | Correspondence to Liliana Gardiazabal regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 06/09/03 | IDK | E-mails with Bill Ramseyer and Scotta McFarland re 3/03 - 4/03 application status. | 0.10 | 495.00 | $49.50 |
| 06/11/03 | WLR | Review correspondence from Ira D. Kharasch regarding January 203 fee application. | 0.10 | 375.00 | $37.50 |
| 06/11/03 | SEM | Edit bill for March fee application. | 0.70 | 415.00 | $290.50 |
| 06/12/03 | SEM | Follow-up on status of payment for February fees. | 0.10 | 415.00 | $41.50 |
| 06/14/03 | WLR | Review correspondence from Marisol Perez regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 06/15/03 | WLR | Update fee application memo. | 0.10 | 375.00 | $37.50 |
| 06/15/03 | WLR | Draft March 2003 fee application. | 0.40 | 375.00 | $150.00 |
| 06/15/03 | WLR | Correspondence to MaryRitchie Johnson regarding April 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 06/16/03 | WLR | Review correspondence from Ira D. Kharasch regarding March 2003 fee application. | 0.10 | 375.00 | $37.50 |

**Invoice number  57557**          91100    00001                          **Page    4**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/16/03 | PEC | Review docket for Certificate of No Objection filed regarding Pachulski, Stang, Ziehl, Young, Jones & Weintraub February Fee Application (.2); Respond to Scotta regarding same (.1) | 0.30 | 130.00 | $39.00 |
| 06/17/03 | WLR | Review correspondence from MaryRitchie Johnson regarding change of judge and amend fee applications. | 0.20 | 375.00 | $75.00 |
| 06/17/03 | WLR | Correspondence to Liliana Gardiazabal regarding April 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 06/17/03 | PAG | Review correspondence from Laura Davis Jones regarding March 3rd fee application finalization and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 06/17/03 | SEM | Review and sign verification regarding March fee application | 0.10 | 415.00 | $41.50 |
| 06/17/03 | LDJ | Review and finalize interim fee app (March 2003) | 0.20 | 560.00 | $112.00 |
| 06/17/03 | PEC | File and serve Twenty-Fourth Monthly Fee Application of Pachulski, Stang, Ziehl, Young, Jones & Weintraub for Period of March 1, 2003 through March 31, 2003 (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 06/22/03 | LDJ | Review and finalize eighth quarterly fee application | 0.30 | 560.00 | $168.00 |
| 06/26/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 06/26/03 | LAG | Review administrative order, allowed fees and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |

**Task Code Total**          **4.60**                          **$1,487.00**

**WRG-FEE APPLICATIONS, OTHERS**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/02/03 | PAG | Reply to correspondence from R. Strauss regarding fee application process. | 0.20 | 235.00 | $47.00 |
| 06/02/03 | PEC | File and serve certification of counsel regarding Seventh Quarter Project Category Summary and Order Approving Seventh Quarterly Fee Application (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 06/02/03 | PAG | Draft certification of counsel regarding 7th quarter fee order and spreadsheet. | 0.40 | 235.00 | $94.00 |
| 06/03/03 | PEC | File and serve Carella Byrne's Fourteenth Monthly Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 06/03/03 | PEC | File and serve Woodcock Washburn April Monthly Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 06/03/03 | PEC | File and serve Kirkland & Ellis April Monthly Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 06/03/03 | PEC | Draft Certificate of No Objection regarding WKM&B February Monthly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/03/03 | PEC | Draft Certificate of No Objection regarding WKM&B March Monthly Fee Application and Affidavit of Service (.4); File and serve | 0.80 | 130.00 | $104.00 |
| 06/03/03 | PEC | File and serve PHK&S Eighth Quarterly Fee Application (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 06/03/03 | PEC | Draft Notice of PHK&S Eighth Quarterly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/03/03 | PEC | Draft Certificate of No Objection regarding Casner and Edwards March Fee Application Certificate of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/03/03 | PAG | Review and revise CNOs and notices for various fee | 0.40 | 235.00 | $94.00 |

| | | applications. | | | |
|---|---|---|---|---|---|
| 06/06/03 | PAG | Telephone call with C. Lane regarding changes in procedures for fee application. | 0.20 | 235.00 | $47.00 |
| 06/10/03 | PEC | Telephone call with Melissa Flax regarding Eighth Quarterly Fee Application | 0.20 | 130.00 | $26.00 |
| 06/11/03 | PAG | Discuss with P. Cuniff status of June 17th agenda and outstanding fee applications. | 0.20 | 235.00 | $47.00 |
| 06/11/03 | PAG | Telephone call from G. Levin regarding quarterly fee application. | 0.10 | 235.00 | $23.50 |
| 06/11/03 | PAG | Telephone call from K. Jasket regarding appearance at June 17th hearing. | 0.10 | 235.00 | $23.50 |
| 06/11/03 | PAG | Telephone call from M. flax regarding 8th quarterly fee application of Camella Byrne and follow-up on same. | 0.20 | 235.00 | $47.00 |
| 06/11/03 | PEC | Draft Notice of Filing Eighth Quarterly Fee Application of Carella Byrne and Certificate of Service | 0.30 | 130.00 | $39.00 |
| 06/11/03 | PEC | Draft Certificate of Service for Notice of Carella Fee Application | 0.10 | 130.00 | $13.00 |
| 06/11/03 | PEC | Telephone call to Melissa Flax of Carella Byrne to discuss Seventh Quarterly Fee Application | 0.20 | 130.00 | $26.00 |
| 06/11/03 | PAG | Review Carella 8th Quarterly fee application and notice. | 0.10 | 235.00 | $23.50 |
| 06/12/03 | PAG | Telephone call from M. Flax regarding filing of Carrella 8th quarterly fee application. | 0.10 | 235.00 | $23.50 |
| 06/16/03 | PAG | Telephone call with W. Smith regarding preparation of order an spreadsheet for quarterly fee hearings. | 0.10 | 235.00 | $23.50 |
| 06/16/03 | PEC | Telephone call with Mary Boyer of Casner & Edwards regarding Certificate of No Objection for Fee Applications | 0.20 | 130.00 | $26.00 |
| 06/17/03 | PAG | Review Woodcock Washburn quarterly fee application and draft correspondence G. Levin regarding same. | 0.10 | 235.00 | $23.50 |
| 06/17/03 | PAG | Telephone call with W. Sparks regarding letter to professionals regarding late filing of quarterly fee applications. | 0.10 | 235.00 | $23.50 |
| 06/17/03 | PAG | Draft correspondence to P. Cuniff regarding filing of Woodcock Washburn fee application. | 0.10 | 235.00 | $23.50 |
| 06/18/03 | PAG | Exchange correspondence with Y. Guzman regarding Woodcock quarterly fee application. | 0.10 | 235.00 | $23.50 |
| 06/18/03 | PEC | Draft Notice of First Quarterly Fee Application for Woodcock and Washburn and Affidavits of Service (.5); Prepare for e-filing (.3) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Draft Notice of Second Quarterly Fee Application and Affidavits of Service for Wachtell Lipton (.5); Prepare for e-filing (.3) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Draft Certificate of No Objection regarding Casner & Edwards February 2003 Fee Application and Certificate of Service (.4); File and Serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Draft Certificate of No Objection regarding BMC March 2003 Monthly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Draft Certificate of No Objection regarding BMC January 2003 Monthly Fee Application (.4); File and Serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PEC | Draft Certificate of No Objection regarding BMC February 2003 Monthly Fee Application (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/18/03 | PAG | Review and revise notices and fee applications for quarterly applications for Woodcock and Wachtell | 0.20 | 235.00 | $47.00 |
| 06/18/03 | PAG | Review certificates of no objection for various fee applications | 0.40 | 235.00 | $94.00 |
| 06/18/03 | PAG | Call with C. Lane regarding retention of professional as trustee for benefit plan | 0.20 | 235.00 | $47.00 |

**Invoice number  57557**       91100   00001                                    **Page   6**

| Date | Init | Description | | | |
|------|------|-------------|---|---|---|
| 06/19/03 | PAG | Review certificate of no objection for Woodcock & Wachtel fee applications. | 0.10 | 235.00 | $23.50 |
| 06/19/03 | PEC | Draft Certificate of No Objection regarding Woodcock February Fee Application and Affidavit of Service (.4); File & serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/19/03 | PEC | Draft Certificate of No Objection regarding Woodcock March Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/19/03 | PEC | Draft Certificate of No Objection regarding Wachtell March Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/25/03 | PAG | Review correspondence from T. Wood regarding CNO for Kirkland and Ellis April fee applications. | 0.10 | 235.00 | $23.50 |
| 06/26/03 | PAG | Review correspondence from T. Wallace regarding preparation of May fee application for Kirkland and Ellis and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 06/27/03 | PEC | Draft Certificate of No Objection regarding Pitney Hardin March Monthly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/27/03 | PEC | Draft Certificate of No Objection regarding Woodcock Washburn April Monthly Fee Application and Affidavit of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 06/27/03 | PAG | Telephone call with P. Cuniff regarding documents to be sent to fee auditor. | 0.10 | 235.00 | $23.50 |
| | **Task Code Total** | | **19.50** | | **$2,923.50** |
| | **HEARINGS** | | | | |
| 06/02/03 | PEC | Review comments received regarding 6/17/03 Agenda Notice | 0.20 | 130.00 | $26.00 |
| 06/02/03 | PEC | Revise and review Notice of Agenda regarding 6/17/03 hearing | 0.60 | 130.00 | $78.00 |
| 06/02/03 | PAG | Telephone call with P. Cuniff regarding changes to agenda. | 0.10 | 235.00 | $23.50 |
| 06/02/03 | CMS | Prepare Hearing Notebook. | 0.70 | 55.00 | $38.50 |
| 06/03/03 | CMS | Prepare Hearing Notebook. | 0.40 | 55.00 | $22.00 |
| 06/05/03 | PAG | Review correspondence from C. Lane regarding circulation of preliminary agenda and draft reply to same. | 0.10 | 235.00 | $23.50 |
| 06/06/03 | PAG | Telephone call from C. Mason regarding status of DK acquisition motion and call to P. Cuniff regarding changes to agenda for June 17th hearing. | 0.20 | 235.00 | $47.00 |
| 06/10/03 | PEC | Review correspondence received regarding 6/17/03 Agenda (.2); Revise and review accordingly (.5) | 0.70 | 130.00 | $91.00 |
| 06/10/03 | PEC | Prepare service list for 6/17/03 Agenda | 0.60 | 130.00 | $78.00 |
| 06/10/03 | PEC | Draft Affidavit of Service regarding 6/17/03 Agenda | 0.10 | 130.00 | $13.00 |
| 06/10/03 | PEC | File and serve Notice of Agenda regarding 6/17/03 hearing | 0.50 | 130.00 | $65.00 |
| 06/10/03 | PEC | Review hearing binder for 6/17/03 hearing and e-mail Agenda to the Court and various parties | 0.80 | 130.00 | $104.00 |
| 06/12/03 | PAG | Telephone call from R. Bello regarding changes in hearing time for June 12th hearing. | 0.10 | 235.00 | $23.50 |
| 06/12/03 | PEC | Draft Amended Agenda for 6/17/03 hearing (.8); Draft Affidavit of Service (.1) | 0.90 | 130.00 | $117.00 |
| 06/12/03 | PEC | File and serve Amended Agenda for 6/17/03 hearing | 0.50 | 130.00 | $65.00 |
| 06/12/03 | PAG | Review and revise 6/17 agenda. | 0.20 | 235.00 | $47.00 |
| 06/12/03 | CMS | Prepare Hearing Notebook. | 0.30 | 55.00 | $16.50 |

**Invoice number  57557**        91100    00001                              **Page    7**

| | | | | | |
|---|---|---|---|---|---|
| 06/12/03 | PAG | Telephone call with C. Lane regarding status of matters set for hearing on 6/17. | 0.10 | 235.00 | $23.50 |
| 06/16/03 | PAG | Call from B. Sullivan regarding call-in for Grace hearing | 0.10 | 235.00 | $23.50 |
| 06/17/03 | PAG | Attend to post-hearing matters. | 0.20 | 235.00 | $47.00 |
| 06/17/03 | PAG | Draft correspondence to C. Lane regarding outcome of hearing. | 0.10 | 235.00 | $23.50 |
| 06/17/03 | PAG | Prepare for hearing. | 0.90 | 235.00 | $211.50 |
| 06/17/03 | PAG | Attend omnibus hearing. | 0.70 | 235.00 | $164.50 |
| 06/24/03 | PAG | Draft correspondence to R. Bello regarding O/S orders. | 0.10 | 235.00 | $23.50 |

|  | | |
|---|---|---|
| **Task Code Total** | **9.20** | **$1,395.50** |

**LITIGATION (NON-BANKRUPTCY]**

| | | | | | |
|---|---|---|---|---|---|
| 06/04/03 | PAG | Telephone call with C. Lane regarding filing of stipulated order for BSFS Motion. | 0.20 | 235.00 | $47.00 |
| 06/10/03 | SEM | Review and respond to email from P. Cuniff regarding BSFS stipulation and agenda for 6/17. | 0.10 | 415.00 | $41.50 |
| 06/10/03 | SEM | Review and sign agenda for 6/17 hearing. | 0.20 | 415.00 | $83.00 |
| 06/10/03 | PEC | File and serve Certification of Counsel regarding Stipulation regarding BSFS and Daleen Technologies (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 06/10/03 | SEM | Review and sign BSFS stipulation. | 0.10 | 415.00 | $41.50 |
| 06/23/03 | PAG | Review motion to extend removal period and coordinate formatting of same | 0.10 | 235.00 | $23.50 |
| 06/23/03 | PAG | Call from C. Lane regarding filing of motion regarding preliminary injunction regarding Chikarian | 0.20 | 235.00 | $47.00 |
| 06/23/03 | PAG | Review and revise motion for extension of removal period and related notice | 0.50 | 235.00 | $117.50 |
| 06/23/03 | PAG | Telephone call with C. Lane regarding preparation of motion regarding applicability  extension of prelimanary injunction. | 0.40 | 235.00 | $94.00 |
| 06/24/03 | PAG | Telephone call from B. Fallon regarding contact for DK acquisition motion. | 0.10 | 235.00 | $23.50 |
| 06/24/03 | PAG | Review affidavit and prepare for filing. | 0.20 | 235.00 | $47.00 |
| 06/24/03 | PAG | Review correspondence from C. Lane regarding outstanding BSFS order and draft correspondence to R. Bello regarding same. | 0.10 | 235.00 | $23.50 |

|  | | |
|---|---|---|
| **Task Code Total** | **2.70** | **$654.00** |

**WRG-OTHER**

| | | | | | |
|---|---|---|---|---|---|
| 06/26/03 | PAG | Telephone call from C. Lane regarding conflicts wall for committee members and follow up on same. | 0.10 | 235.00 | $23.50 |
| 06/26/03 | PAG | Review correspondence from David W. Carickhoff and Laura Davis Jones regarding precedent for committee wall. | 0.10 | 235.00 | $23.50 |

|  | | |
|---|---|---|
| **Task Code Total** | **0.20** | **$47.00** |

**WRG-ZAI SCIENCE TRIAL**

| | | | | | |
|---|---|---|---|---|---|
| 06/19/03 | PAG | Telephone call with L. Demarko regarding ZAI counsel for debtors. | 0.10 | 235.00 | $23.50 |
| 06/25/03 | MSC | Preparation for and filing of Joint Motion of Debtors and | 0.30 | 125.00 | $37.50 |

**Invoice number  57557**         91100   00001                                **Page   8**

|  |  | ZAI Claimants to Increase Budget for ZAI Science Trial; service of same |  |  |  |
|---|---|---|---|---|---|
| 06/25/03 | PAG | Review correspondence from A. Muha regarding trial budget. Draft correspondence to P. Cuniff regarding service of same. | 0.20 | 235.00 | $47.00 |
| 06/25/03 | SEM | Prepare motion to increase ZAI Trial Budget for filing and service. | 0.40 | 415.00 | $166.00 |
| 06/25/03 | MSC | Draft Affidavit of Service of Joint Motion of Debtors and ZAI Claimants to Increase Budget for ZAI Science Trial | 0.10 | 125.00 | $12.50 |
| 06/25/03 | PEC | Prepare service list for Zonolite filing | 0.20 | 130.00 | $26.00 |
| 06/26/03 | SEM | Respond to email from A. Muha regarding status of ZAI Science Trail budget motion. | 0.10 | 415.00 | $41.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Task Code Total** |  | **1.40** |  | **$354.00** |
|  |  | **Total professional services:** | **81.70** |  | **$11,137.00** |

**Costs Advanced:**

| 06/02/2003 | DC | TriState |  | $90.00 |
|---|---|---|---|---|
| 06/02/2003 | DC | TriState | $15.00 |
| 06/02/2003 | DH | DHL | $15.38 |
| 06/02/2003 | DH | DHL | $13.30 |
| 06/02/2003 | DH | DHL | $12.26 |
| 06/02/2003 | PO | Postage | $52.50 |
| 06/02/2003 | RE | (CORR 264 @0.15 PER PG) | $39.60 |
| 06/02/2003 | RE | (CORR 1447 @0.15 PER PG) | $217.05 |
| 06/02/2003 | RE | (CORR 44 @0.15 PER PG) | $6.60 |
| 06/02/2003 | RE | (CORR 304 @0.15 PER PG) | $45.60 |
| 06/02/2003 | RE | (CORR 144 @0.15 PER PG) | $21.60 |
| 06/02/2003 | RE | (CORR 68 @0.15 PER PG) | $10.20 |
| 06/02/2003 | RE | (CORR 231 @0.15 PER PG) | $34.65 |
| 06/02/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 06/02/2003 | RE | (AGR 44 @0.15 PER PG) | $6.60 |
| 06/02/2003 | RE | (COM 3 @0.15 PER PG) | $0.45 |
| 06/02/2003 | RE | (CORRA 4 @0.15 PER PG) | $0.60 |
| 06/02/2003 | RE | (DOC 24 @0.15 PER PG) | $3.60 |
| 06/02/2003 | RE | (CORR 1517 @0.15 PER PG) | $227.55 |
| 06/03/2003 | DC | TriState | $270.00 |
| 06/03/2003 | DC | TriState | $23.18 |
| 06/03/2003 | DC | TriState | $54.00 |
| 06/03/2003. | DC | TriState | $63.00 |
| 06/03/2003 | DC | TriState | $15.00 |
| 06/03/2003 | DH | DHL | $15.38 |
| 06/03/2003 | DH | DHL | $16.42 |
| 06/03/2003 | DH | DHL | $15.38 |
| 06/03/2003 | DH | DHL | $10.18 |
| 06/03/2003 | PO | Postage | $123.60 |
| 06/03/2003 | PO | Postage | $0.60 |
| 06/03/2003 | PO | Postage | $4.80 |
| 06/03/2003 | PO | Postage | $42.35 |
| 06/03/2003 | RE | (CORR 952 @0.15 PER PG) | $142.80 |
| 06/03/2003 | RE | (CORR 84 @0.15 PER PG) | $12.60 |
| 06/03/2003 | RE | (CORR 1476 @0.15 PER PG) | $221.40 |
| 06/03/2003 | RE | (CORR 4 @0.15 PER PG) | $0.60 |
| 06/03/2003 | RE | (AGR 2707 @0.15 PER PG) | $406.05 |
| 06/03/2003 | RE | (AGR 109 @0.15 PER PG) | $16.35 |

**Invoice number  57557**      91100    00001                                              **Page    9**

| | | | |
|---|---|---|---|
| 06/03/2003 | RE | (CORR 109 @0.15 PER PG) | $16.35 |
| 06/03/2003 | RE | (DOC 36 @0.15 PER PG) | $5.40 |
| 06/03/2003 | RE | (AGR 135 @0.15 PER PG) | $20.25 |
| 06/03/2003 | RE | (DOC 226 @0.15 PER PG) | $33.90 |
| 06/03/2003 | RE | (FEE 92 @0.15 PER PG) | $13.80 |
| 06/03/2003 | RE | (CORR 242 @0.15 PER PG) | $36.30 |
| 06/03/2003 | SO | Secretarial Overtime--V. Preston | $18.97 |
| 06/04/2003 | DC | TriState | $54.00 |
| 06/04/2003 | DC | TriState | $15.00 |
| 06/04/2003 | DH | DHL | $12.26 |
| 06/04/2003 | DH | DHL | $12.26 |
| 06/04/2003 | DH | DHL | $12.26 |
| 06/04/2003 | DH | DHL | $12.26 |
| 06/04/2003 | DH | DHL | $18.50 |
| 06/04/2003 | DH | DHL | $14.34 |
| 06/04/2003 | DH | DHL | $14.34 |
| 06/04/2003 | PO | Postage | $7.70 |
| 06/04/2003 | RE | (CORR 2521 @0.15 PER PG) | $378.15 |
| 06/04/2003 | RE | (CORR 1896 @0.15 PER PG) | $284.40 |
| 06/04/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 06/04/2003 | RE | (AGR 17 @0.15 PER PG) | $2.55 |
| 06/04/2003 | RE | (CORR 141 @0.15 PER PG) | $21.15 |
| 06/04/2003 | RE | (CORR 2032 @0.15 PER PG) | $304.80 |
| 06/04/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 06/04/2003 | RE | (AGR 208 @0.15 PER PG) | $31.20 |
| 06/04/2003 | RE | (CORR 102 @0.15 PER PG) | $15.30 |
| 06/05/2003 | RE | (CORR 12 @0.15 PER PG) | $1.80 |
| 06/05/2003 | RE | (DOC 9 @0.15 PER PG) | $1.35 |
| 06/06/2003 | DC | TriState | $270.00 |
| 06/06/2003 | DC | TriState | $15.00 |
| 06/06/2003 | FX | (AGR 4 @1.00 PER PG) | $4.00 |
| 06/06/2003 | PO | Postage | $123.60 |
| 06/06/2003 | RE | (CORR 714 @0.15 PER PG) | $107.10 |
| 06/06/2003 | RE | (CORR 462 @0.15 PER PG) | $69.30 |
| 06/06/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 06/06/2003 | RE | (CORR 27 @0.15 PER PG) | $4.05 |
| 06/06/2003 | SO | Secretarial Overtime--V. Preston | $37.94 |
| 06/07/2003 | DC | TriState | $23.18 |
| 06/09/2003 | RE | (AGR 242 @0.15 PER PG) | $36.30 |
| 06/09/2003 | RE | (CONT 16 @0.15 PER PG) | $2.40 |
| 06/09/2003 | SO | Secretarial Overtime--V. Preston | $18.97 |
| 06/10/2003 | DC | Parcels | $7.50 |
| 06/10/2003 | DC | TriState | $15.00 |
| 06/10/2003 | DC | TriState | $279.00 |
| 06/10/2003 | DH | DHL | $10.18 |
| 06/10/2003 | DH | DHL | $12.26 |
| 06/10/2003 | DH | DHL | $11.22 |
| 06/10/2003 | DH | DHL | $11.22 |
| 06/10/2003 | FE | Federal Express [E108] | $34.46 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |

**Invoice number  57557**          91100    00001                                          **Page    10**

| | | | |
|---|---|---|---:|
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/10/2003 | PO | Postage | $123.00 |
| 06/10/2003 | RE | (AGR 5 @0.15 PER PG) | $0.75 |
| 06/10/2003 | RE | (AGR 86 @0.15 PER PG) | $12.90 |
| 06/10/2003 | RE | (AGR 45 @0.15 PER PG) | $6.75 |
| 06/10/2003 | RE | (CORR 85 @0.15 PER PG) | $12.75 |
| 06/10/2003 | RE | (DOC 12 @0.15 PER PG) | $1.80 |
| 06/10/2003 | RE | (DOC 24 @0.15 PER PG) | $3.60 |
| 06/10/2003 | RE | (AGR 1920 @0.15 PER PG) | $288.00 |
| 06/10/2003 | SO | Secretarial Overtime--V. Preston | $12.52 |
| 06/11/2003 | DC | TriState | $63.00 |
| 06/11/2003 | DC | TriState | $15.00 |
| 06/11/2003 | PO | Postage | $3.60 |
| 06/11/2003 | PO | Postage | $38.40 |
| 06/11/2003 | PO | Postage | $85.20 |
| 06/11/2003 | PO | Postage | $42.35 |
| 06/11/2003 | RE | (AGR 107 @0.15 PER PG) | $16.05 |
| 06/11/2003 | RE | (CORR 392 @0.15 PER PG) | $58.80 |
| 06/11/2003 | RE | (CORR 312 @0.15 PER PG) | $46.80 |
| 06/11/2003 | RE | (CORR 961 @0.15 PER PG) | $144.15 |
| 06/11/2003 | RE | (CORR 2520 @0.15 PER PG) | $378.00 |
| 06/11/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 06/11/2003 | SO | Secretarial Overtime--V. Preston | $37.94 |
| 06/11/2003 | SO | Secretarial Overtime--C. Miller | $14.82 |
| 06/12/2003 | DH | DHL | $10.18 |
| 06/12/2003 | DH | DHL | $17.46 |
| 06/12/2003 | DH | DHL | $13.30 |
| 06/12/2003 | DH | DHL | $13.30 |
| 06/12/2003 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 06/12/2003 | FX | (AGR 7 @1.00 PER PG) | $7.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |

**Invoice number  57557**          91100    00001                                          Page    **11**

| | | | |
|---|---|---|---|
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | FX | (AGR 8 @1.00 PER PG) | $8.00 |
| 06/12/2003 | RE | Reproduction Expense. [E101] | $6.00 |
| 06/12/2003 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 06/12/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 06/12/2003 | RE | (AGR 30 @0.15 PER PG) | $4.50 |
| 06/12/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 06/12/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 06/12/2003 | RE | (CORR 1695 @0.15 PER PG) | $254.25 |
| 06/12/2003 | RE | (DOC 37 @0.15 PER PG) | $5.55 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 2 @1.00 PER PG) | $2.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |

**Invoice number  57557**    91100    00001                                    **Page    12**

| | | | |
|---|---|---|---|
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/13/2003 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 1 @1.00 PER PG) | $1.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | FX | (AGR 10 @1.00 PER PG) | $10.00 |
| 06/13/2003 | RE | Reproduction Expense. [E101] | $0.45 |
| 06/13/2003 | RE | (CORR 15 @0.15 PER PG) | $2.25 |
| 06/13/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 06/13/2003 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 06/13/2003 | RE | (CORR 93 @0.15 PER PG) | $13.95 |
| 06/14/2003 | RE | Reproduction Expense. [E101] | $6.00 |
| 06/15/2003 | FX | Fax Transmittal. [E104] | $4.00 |
| 06/15/2003 | RE | Reproduction Expense. [E101] | $0.75 |
| 06/15/2003 | RE | Reproduction Expense. [E101] | $0.75 |
| 06/16/2003 | DH | DHL | $10.18 |
| 06/16/2003 | DH | DHL | $10.18 |
| 06/16/2003 | DH | DHL | $11.22 |
| 06/16/2003 | FX | (AGR 6 @1.00 PER PG) | $6.00 |
| 06/16/2003 | RE | (DOC 24 @0.15 PER PG) | $3.60 |
| 06/16/2003 | RE | (DOC 15 @0.15 PER PG) | $2.25 |
| 06/16/2003 | RE | (AGR 32 @0.15 PER PG) | $4.80 |
| 06/16/2003 | RE | (AGR 157 @0.15 PER PG) | $23.55 |
| 06/17/2003 | CC | Conference Call-AT&T-(Judge Judith Fitzgerald) [E105] | $19.68 |
| 06/17/2003 | DH | DHL | $6.95 |
| 06/17/2003 | DH | DHL | $6.95 |
| 06/17/2003 | DH | DHL | $6.95 |
| 06/17/2003 | DH | DHL | $6.95 |
| 06/17/2003 | DH | DHL | $10.18 |
| 06/17/2003 | PO | Postage | $1.20 |
| 06/17/2003 | PO | Postage | $1.66 |
| 06/17/2003 | RE | (AGR 126 @0.15 PER PG) | $18.90 |
| 06/17/2003 | RE | (CORR 62 @0.15 PER PG) | $9.30 |
| 06/17/2003 | RE | (DOC 25 @0.15 PER PG) | $3.75 |
| 06/17/2003 | RE | (CORR 137 @0.15 PER PG) | $20.55 |
| 06/17/2003 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 06/17/2003 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 06/17/2003 | RE | (AGR 119 @0.15 PER PG) | $17.85 |
| 06/17/2003 | RE | (DOC 9 @0.15 PER PG) | $1.35 |
| 06/17/2003 | RE | (AGR 70 @0.15 PER PG) | $10.50 |
| 06/17/2003 | RE | (DOC 20 @0.15 PER PG) | $3.00 |
| 06/17/2003 | RE | (CORR 88 @0.15 PER PG) | $13.20 |

**Invoice number  57557**        91100    00001                                      **Page    13**

| | | | |
|---|---|---|---:|
| 06/17/2003 | RE | (CORR 93 @0.15 PER PG) | $13.95 |
| 06/18/2003 | DC | TriState | $38.63 |
| 06/18/2003 | DC | TriState | $279.00 |
| 06/18/2003 | DC | TriState | $23.18 |
| 06/18/2003 | DC | TriState | $54.00 |
| 06/18/2003 | PO | Postage | $123.00 |
| 06/18/2003 | PO | Postage | $29.37 |
| 06/18/2003 | PO | Postage | $8.48 |
| 06/18/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 06/18/2003 | RE | (CORR 136 @0.15 PER PG) | $20.40 |
| 06/18/2003 | RE | (AGR 12 @0.15 PER PG) | $1.80 |
| 06/18/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 06/18/2003 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 06/18/2003 | RE | (DOC 266 @0.15 PER PG) | $39.90 |
| 06/18/2003 | RE | (CORR 280 @0.15 PER PG) | $42.00 |
| 06/18/2003 | RE | (AGR 1116 @0.15 PER PG) | $167.40 |
| 06/18/2003 | RE | (CORR 1422 @0.15 PER PG) | $213.30 |
| 06/18/2003 | RE | (CORR 169 @0.15 PER PG) | $25.35 |
| 06/19/2003 | DC | TriState | $15.00 |
| 06/19/2003 | DC | TriState | $54.00 |
| 06/19/2003 | DH | DHL | $18.50 |
| 06/19/2003 | DH | DHL | $14.34 |
| 06/19/2003 | DH | DHL | $14.34 |
| 06/19/2003 | PO | Postage | $5.30 |
| 06/19/2003 | RE | (CORR 3 @0.15 PER PG) | $0.45 |
| 06/19/2003 | RE | (CORR 352 @0.15 PER PG) | $52.80 |
| 06/19/2003 | RE | (CORR 69 @0.15 PER PG) | $10.35 |
| 06/19/2003 | RE | (CORR 1856 @0.15 PER PG) | $278.40 |
| 06/19/2003 | RE | (DOC 40 @0.15 PER PG) | $6.00 |
| 06/19/2003 | RE | (CORR 30 @0.15 PER PG) | $4.50 |
| 06/19/2003 | RE | (CORR 210 @0.15 PER PG) | $31.50 |
| 06/20/2003 | RE | (CORR 36 @0.15 PER PG) | $5.40 |
| 06/20/2003 | RE | (AGR 31 @0.15 PER PG) | $4.65 |
| 06/20/2003 | RE | (FEE 6 @0.15 PER PG) | $0.90 |
| 06/20/2003 | RE | (FEE 1 @0.15 PER PG) | $0.15 |
| 06/20/2003 | SO | Secretarial Overtime--R. Stewart | $27.87 |
| 06/23/2003 | DC | TriState | $63.00 |
| 06/23/2003 | DC | TriState | $15.00 |
| 06/23/2003 | DC | TriState | $144.00 |
| 06/23/2003 | DC | TriState | $126.00 |
| 06/23/2003 | PO | Postage | $42.35 |
| 06/23/2003 | PO | Postage | $357.00 |
| 06/23/2003 | PO | Postage | $1.75 |
| 06/23/2003 | PO | Postage | $1.75 |
| 06/23/2003 | RE | (AGR 1862 @0.15 PER PG) | $279.30 |
| 06/23/2003 | RE | (AGR 317 @0.15 PER PG) | $47.55 |
| 06/23/2003 | RE | (DOC 172 @0.15 PER PG) | $25.80 |
| 06/23/2003 | RE | (DOC 22 @0.15 PER PG) | $3.30 |
| 06/23/2003 | RE | (AGR 22 @0.15 PER PG) | $3.30 |
| 06/23/2003 | RE | (AGR 78 @0.15 PER PG) | $11.70 |
| 06/23/2003 | RE | (CORR 157 @0.15 PER PG) | $23.55 |
| 06/23/2003 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 06/23/2003 | RE | (CORR 2592 @0.15 PER PG) | $388.80 |
| 06/23/2003 | RE | (CORR 18 @0.15 PER PG) | $2.70 |
| 06/23/2003 | RE | (CORR 20 @0.15 PER PG) | $3.00 |
| 06/23/2003 | RE | (CORR 31 @0.15 PER PG) | $4.65 |
| 06/23/2003 | RE | (CORR 5192 @0.15 PER PG) | $778.80 |

**Invoice number  57557**        91100    00001                                                **Page    14**

| 06/23/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
|---|---|---|---|
| 06/23/2003 | RE | (CORR 3541 @0.15 PER PG) | $531.15 |
| 06/24/2003 | DC | TriState | $15.00 |
| 06/24/2003 | FE | Federal Express [E108] | $19.69 |
| 06/24/2003 | PO | Postage | $122.40 |
| 06/24/2003 | RE | (DOC 26 @0.15 PER PG) | $3.90 |
| 06/24/2003 | RE | (DOC 7 @0.15 PER PG) | $1.05 |
| 06/24/2003 | RE | (CORR 1807 @0.15 PER PG) | $271.05 |
| 06/24/2003 | RE | (DOC 2 @0.15 PER PG) | $0.30 |
| 06/24/2003 | RE | (DOC 22 @0.15 PER PG) | $3.30 |
| 06/24/2003 | RE | (CORR 730 @0.15 PER PG) | $109.50 |
| 06/24/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 06/25/2003 | DC | TriState | $333.00 |
| 06/25/2003 | DC | TriState | $23.18 |
| 06/25/2003 | DC | TriState | $15.00 |
| 06/25/2003 | PO | Postage | $181.77 |
| 06/25/2003 | RE | (AGR 70 @0.15 PER PG) | $10.50 |
| 06/25/2003 | RE | (CORR 2484 @0.15 PER PG) | $372.60 |
| 06/25/2003 | RE | (CORR 1 @0.15 PER PG) | $0.15 |
| 06/25/2003 | RE | (CORR 155 @0.15 PER PG) | $23.25 |
| 06/25/2003 | RE | (CORR 865 @0.15 PER PG) | $129.75 |
| 06/26/2003 | RE | (CORR 8 @0.15 PER PG) | $1.20 |
| 06/26/2003 | RE | (AGR 221 @0.15 PER PG) | $33.15 |
| 06/26/2003 | RE | (CORR 457 @0.15 PER PG) | $68.55 |
| 06/27/2003 | RE | (CORR 301 @0.15 PER PG) | $45.15 |
| 06/27/2003 | RE | (DOC 60 @0.15 PER PG) | $9.00 |
| 06/27/2003 | RE | (AGR 22 @0.15 PER PG) | $3.30 |
| 06/30/2003 | RE | (AGR 267 @0.15 PER PG) | $40.05 |

**Total Expenses:**                                                                          **$14,033.07**


### Summary:

| | | |
|---|---|---|
| Total professional services | $11,137.00 | |
| Total expenses | $14,033.07 | |
| Less:  Discounts Applied | $1,248.50 | |
| Net current charges | $23,921.57 | |
| Net balance forward | $78,987.99 | |
| **Total balance now due** | $102,909.56 | |


### Billing Summary

| ARP | Paul, Andrea R. | 6.00 | $55.00 | $330.00 |
|---|---|---|---|---|
| CMS | Shaeffer, Christina M. | 9.60 | $55.00 | $528.00 |
| DCC | Crossan, Donna C. | 9.50 | $70.00 | $665.00 |

| | | | | |
|---|---|---|---|---|
| IDK | Kharasch, Ira D. | 0.10 | $495.00 | $49.50 |
| LAG | Gilbert, Laurie A. | 0.60 | $135.00 | $81.00 |
| LDJ | Jones, Laura Davis | 0.50 | $560.00 | $280.00 |
| MSC | Chappe, Marlene S. | 0.50 | $125.00 | $62.50 |
| PAG | Galbraith, Paula A. | 10.70 | $235.00 | $2,514.50 |
| PEC | Cuniff, Patricia E. | 40.90 | $130.00 | $5,317.00 |
| SEM | McFarland, Scotta E. | 1.80 | $415.00 | $747.00 |
| WLR | Ramseyer, William L. | 1.50 | $375.00 | $562.50 |
| | | 81.70 | | $11,137.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | CASE ADMINISTRATION [B110] | 42.50 | $3,900.00 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 0.20 | $47.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 0.60 | $141.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 0.80 | $188.00 |
| FA | WRG-FEE APPS., APPLICANT | 4.60 | $1,487.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 19.50 | $2,923.50 |
| HR | HEARINGS | 9.20 | $1,395.50 |
| LN | LITIGATION (NON-BANKRUPTCY) | 2.70 | $654.00 |
| MS | WRG-OTHER | 0.20 | $47.00 |
| ZA01 | WRG-ZAI SCIENCE TRIAL | 1.40 | $354.00 |
| | | 81.70 | $11,137.00 |

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $19.68 |
| Delivery/Courier Service | $2,484.85 |
| DHL- Worldwide Express | $410.38 |
| Federal Express [E108] | $54.15 |
| Fax Transmittal. [E104] | $1,008.00 |
| Postage [E108] | $1,523.73 |
| Reproduction Expense. [E101] | $8,363.25 |
| Overtime | $169.03 |
| | $14,033.07 |