**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | | **Objection Deadline:** |
| | | **September 24, 2003 at 4:00 p.m.** |
| | | **Hearing date: To be scheduled only** |
| | | **if objections are timely filed and served.** |

**TWENTY-EIGHTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2003 – July 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$79,090.50 (80% - $63,272.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,301.33 (Stroock)** <br> **$14,274.25 (Chambers)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twenty-Seventh Monthly Fee Statement and the Eighth Quarterly Fee Application is approximately 24.5 hours and the corresponding compensation requested is approximately $10,395.00.*

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01-5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

**WR GRACE & CO**
**ATTACHMENT B**
**JULY 1, 2003 - JULY 31, 2003**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 3.6 | $ 725 | $ 2,610.00 | 33 |
| Levy, Mark | 1.2 | 670 | 804.00 | 35 |
| Pasquale, Kenneth | 10.5 | 550 | 5,775.00 | 4 |
| Wintner, Mark | 12.9 | 625 | 8,062.50 | 22 |
| | | | | |
| **Associates** | | | | |
| Brandes, Ronnie H. | 0.3 | 295 | 88.50 | 2 |
| Fitzgerald, Christine | 15.5 | 395 | 6,122.50 | 6 |
| Keppler, Abbey | 3.5 | 495 | 1,732.50 | 16 |
| Krieger, Arlene | 78.8 | 495 | 39,006.00 | 19 |
| Sasson, Moshe | 20.3 | 445 | 9,033.50 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 19.4 | 180 | 3,492.00 | 2 |
| Defreitas, Vaughn | 12.5 | 115 | 1,437.50 | 16 |
| Magzamen, Michael | 4.2 | 180 | 756.00 | |
| Mohamed, David | 0.7 | 115 | 80.50 | 14 |
| Serrette, Rosemarie | 0.5 | 180 | 90.00 | 15 |
| | | | | |
| **Total** | **183.9** | | **$ 79,090.50** | |

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2003 - JULY 31, 2003**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 36.1 | $  17,532.50 |
| 0013 | Business Operations | 6.4 | 3,184.50 |
| 0014 | Case Administration | 29.0 | 5,055.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.4 | 737.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 52.6 | 24,671.00 |
| 0018 | Fee Application, Applicant | 24.5 | 10,395.00 |
| 0020 | Fee Application, Others | 2.5 | 450.00 |
| 0021 | Employee Benefits, Pension | 26.0 | 14,715.00 |
| 0034 | Litigation and Litigation Consulting | 0.1 | 49.50 |
| 0037 | Hearings | 0.4 | 220.00 |
| 0041 | Relief from Stay Proceeding | 2.4 | 1,188.00 |
| 0047 | Tax Issues | 1.5 | 892.50 |
| | | | |
| | **Total** | **183.9** | **$  79,090.50** |

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| DATE | August 29, 2003 |
|---|---|
| INVOICE NO. | 299225 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 79,090.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 2,301.33 |
| TOTAL BILL | $ 81,391.83 |

Please return this page with your remittance and please reference the client/matter number on all related correspondence.

| AMOUNT PAID | $ |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

# STROOCK

| | |
|---|---|
| DATE | August 29, 2003 |
| INVOICE NO. | 299225 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

FOR PROFESSIONAL SERVICES RENDERED and disbursements incurred for the period through July 31, 2003 in connection with the following matters:

| | FEES | DISBURSEMENTS | TOTAL |
|---|---|---|---|
| 0003  Claim Analysis Objection, Resolution & Estimation (Asbestos) | 17,532.50 | 0.00 | 17,532.50 |
| 0013  Business Operations | 3,184.50 | 0.00 | 3,184.50 |
| 0014  Case Administration | 5,055.00 | 0.00 | 5,055.00 |
| 0015  Claims Analysis/Objections/Administration (Non-Asbestos) | 737.50 | 0.00 | 737.50 |
| 0017  Committee, Creditors', Noteholders', or Equity Holders' | 24,671.00 | 0.00 | 24,671.00 |
| 0018  Fee Application, Applicant | 10,395.00 | 0.00 | 10,395.00 |
| 0020  Fee Application, Others | 450.00 | 0.00 | 450.00 |
| 0021  Employee Benefits, Pension | 14,715.00 | 0.00 | 14,715.00 |
| 0024  Expenses | 0.00 | 2,301.33 | 2,301.33 |
| 0034  Litigation and Litigation Consulting | 49.50 | 0.00 | 49.50 |
| 0037  Hearings | 220.00 | 0.00 | 220.00 |
| 0041  Relief from Stay Proceedings | 1,188.00 | 0.00 | 1,188.00 |
| 0047  Tax Issues | 892.50 | 0.00 | 892.50 |
| TOTAL | 79,090.50 | 2,301.33 | 81,391.83 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 29, 2003 |
| INVOICE NO. | 299225 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2003, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2003 | Attention to implications of Durbin amendments upon proposed asbestos legislation (.7); telephone conference R. Carlstrom/Navigant re same (.2). | Pasquale, K. | 0.9 |
| 07/08/2003 | Attended to documentation re: ZAI motion and memorandum of law for summary judgment and motion and brief to exclude certain expert testimony (2.9); exchanged memoranda with KP re: ZAI related pleadings (.2). | Krieger, A. | 3.1 |
| 07/08/2003 | Correspondence re: ZAI motions for summary judgment (.2). | Sasson, M. | 0.2 |
| 07/09/2003 | Exchanged memoranda with KP re: ZAI pleadings (.3); exchanged memoranda with R. Serrette re: ZAI pleadings (.1); reviewed the docket and prepared a memorandum re: ZAI related pleadings filed (.8); attend to memorandum from M. Magzamen re: ZAI | Krieger, A. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings served on Stroock (.1). | | |
| 07/09/2003 | Attention to ZAI claimants' lengthy summary judgment motion submissions, including expert reports, and related motions, and began drafting memo to Committee re same (5.5). | Pasquale, K. | 5.5 |
| 07/09/2003 | Additional correspondence re: ZAI motions for summary judgment (.2); review KP memorandum re: ZAI motion for SJ (.3). | Sasson, M. | 0.5 |
| 07/10/2003 | Memoranda to M. Magzamen re: ZAI pleadings (.2); attend to asbestos reform Legislation memoranda/ articles from Navigant (.4); exchanged memo w/ R. Farrell (Navigant) re: Durbin Amendment inquiry (.2). | Krieger, A. | 0.8 |
| 07/11/2003 | Organize office files in connection with preparing extensive memo for the Committee re: ZAI related pleadings; o/c C. Mariano re: same. | Sasson, M. | 1.5 |
| 07/14/2003 | Review/summarize debtors motion for summary judgment. | Sasson, M. | 2.0 |
| 07/15/2003 | Memo to M. Sasson regarding review of ZAI-related documents (.1). | Krieger, A. | 0.1 |
| 07/15/2003 | Continued review/summarizing motions for summary judgment/in limine. | Sasson, M. | 2.0 |
| 07/16/2003 | Began to review asbestos-reform legislation articles/amendments (.3); exchanged memoranda with M. Sasson re: memo to the Committee re: ZAI pleadings (.1). | Krieger, A. | 0.4 |
| 07/16/2003 | Continued review/summarize ZAI motions in limine. | Sasson, M. | 3.0 |
| 07/21/2003 | Continued review of respective ZAI summary judgment and related motions (2.5). | Pasquale, K. | 2.5 |
| 07/24/2003 | Review motions filed in ZAI trial; outline memo to Creditors' Committee re: same. | Sasson, M. | 2.0 |
| 07/25/2003 | Memo to Creditors' Committee C re: various motions filed in ZAI trial. | Sasson, M. | 2.0 |
| 07/28/2003 | Telephone call with J. Bear regarding selection of future claims representative. | Kruger, L. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/28/2003 | Continued drafting memo to Committee summarizing ZAI claimants motion to exclude expert testimony (4.5). | Sasson, M. | 4.5 |
| 07/29/2003 | Continued drafting memo to Committee summarizing various motions re: ZAI science trial (2.5); t/c K. Pasquale re: same (.1). | Sasson, M. | 2.6 |
| 07/30/2003 | Telephone call with J. Bear regarding future claims representation. | Kruger, L. | 0.2 |
| 07/31/2003 | Telephone call with J. Bear regarding selection of future claims representative. | Kruger, L. | 0.3 |
| 07/31/2003 | Attention to draft memo re ZAI motions (.5). | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 5.7 | $ 495 | $ 2,821.50 |
| Kruger, Lewis | 0.7 | 725 | 507.50 |
| Pasquale, Kenneth | 9.4 | 550 | 5,170.00 |
| Sasson, Moshe | 20.3 | 445 | 9,033.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,532.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,532.50 |
|-----------------------|-------------|

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2003 | Attend to Order issued by the NJ District Court in the ESCARG litigation against Honeywell International and Grace providing complete recovery of all costs already incurred and indemnification from all future costs (.3); telephone call with C. Troyer regarding District Court decision and monetary recovery from Honeywell (.2). | Krieger, A. | 0.5 |
| 07/01/2003 | Telephone call with L. Hamilton regarding Summit Ventures motion and inquiry needed from the Debtors/Blackstone (.2); continue to review Summit Ventures motion/option agreement (1.6). | Krieger, A. | 1.8 |
| 07/02/2003 | Attended to review of Option Agreement (2.1); prepared memorandum to C. Lane regarding questions with respect to the Debtors' position on the Summit Ventures motion and rationale (.5). | Krieger, A. | 2.6 |
| 07/03/2003 | Exchanged memoranda with C. Lane regarding information with respect to Summit Ventures motion (.1). | Krieger, A. | 0.1 |
| 07/08/2003 | T/c C. Lane re: information regarding Summit Ventures Motion (.6); conf/c S. Cunningham and L. Hamilton re: Summit Ventures matter (.3). | Krieger, A. | 0.9 |
| 07/08/2003 | Attended to memorandum from C. Whitney re: advice from Grace representatives that Honeywell decision has not been appealed | Krieger, A. | 0.1 |
| 07/15/2003 | Attended to Stipulation regarding assumption of Summit Ventures-related agreements (.1). | Krieger, A. | 0.1 |
| 07/25/2003 | Attention to Debtors' motion to approve EPA administrative order re Flyway (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 6.1 | $ 495 | $ 3,019.50 |
| Pasquale, Kenneth | 0.3 | 550 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,184.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,184.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2003 | Fee Auditors final report regarding fee applications Bilzin, Sumberg Dunn Baena Price & Axelrod(.2);Elzufon Austin Reardon Tarlov & Mondell(.2); Ferry Joseph & Pearce, P.A.(.2); Holme Roberts & Own LLP(.2). | Defreitas, V. | 0.8 |
| 07/02/2003 | Fee Auditors final report regarding fee applications of  Klett, Rooney Lieber & Schorling(.2); Kramer Levin Faftalis & Frankel(.2); Legal Analysis Systems, Inc.(.2); Nelson Mullings Riley & Scarborough LLP(.2); Wachtell Lipton Rosen & Katz (.2); Richardson Pactrick Westbrook & Brickman(.2); L. Tersigni Consulting P.O.(.2). | Defreitas, V. | 1.4 |
| 07/02/2003 | Review various case documents  received to assign categories in preparation for central database. | Defreitas, V. | 1.5 |
| 07/09/2003 | O/c w/ R. Serrette concerning W.R. Grace (ZAI) recent motions made and service of same (.3); organize and index received documents (3.5); emails to working group re: same (.2). | Magzamen, M. | 4.0 |
| 07/09/2003 | Research case docket no. 01-1139 re: recently filed pleadings (.7). | Mohamed, D. | 0.7 |
| 07/09/2003 | Review of Court docket and obtain motion for summary judgment (.3); Conferences with A. Krieger and M. Magzamen re service of same (.2). | Serrette, R. | 0.5 |
| 07/10/2003 | Assist/prepare response to Fee Auditor's initial report for the 8th Interim Period (3.5); set up Committee conference call per A. Krieger request (.3); various emails to local counsel re receipt of electronic notification (.3). | Caskadon, A. | 4.1 |
| 07/10/2003 | Exchanged memoranda with AC re: conference call of the Committee (.1); o/c AC re: response to Fee Auditor's initial report of SSL's 8th | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | quarterly application (.2). | | |
| 07/10/2003 | O/c w/ A. Caskadon re: findings of docket research and materials served upon Stroock. | Magzamen, M. | 0.2 |
| 07/11/2003 | Assist/prepare response to fee auditor re 8th Quarterly (2.0); email S.Caban re electronic notification (.1). | Caskadon, A. | 2.1 |
| 07/14/2003 | Assist/draft response to fee auditor re 8th quarterly application (2.0); set up committee conference call (.3). | Caskadon, A. | 2.3 |
| 07/15/2003 | Assist/finalize and serve response to fee auditor (.3); email with S. Bossay re same (.1). | Caskadon, A. | 0.4 |
| 07/15/2003 | Fee Auditors' final report regarding fee application re: Caplin & Drydale(.2); Carella, Byrne, Bain, Gilillan, Cecchi, Stewart & Olstein(.2); Duane Morris LLP (.2); notice of seventh claim settlement (.2); Stroock&Stroock Lavan (.4);  Kirkland & Ellis (.2); Lukins & Annis P.S. (.2). | Defreitas, V. | 1.6 |
| 07/15/2003 | Attended to files regarding Debtors' pension payment motion and related documentation (.4); office conferences with V. Defreitas regarding newly docketed matters (.3); review updated docket from local counsel and V. Defreitas, (.3); telephone call with C. Lane regarding pending matters, exclusivity motion and other pleadings to be filed (0.1); attended to numerous certificates of no objection regarding fee applications of other counsel (.2). | Krieger, A. | 1.3 |
| 07/16/2003 | Exchanged memoranda with A. Caskadon re: ZAI-related erroneously entered docket entries and follow up thereon necessary (.2). | Krieger, A. | 0.2 |
| 07/17/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.5 |
| 07/17/2003 | Review Fee Auditor's final report on SSL's 8th Quarterly Fee Application. | Krieger, A. | 0.1 |
| 07/21/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/22/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.5 |
| 07/24/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.5 |
| 07/25/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.5 |
| 07/28/2003 | Review various case documents to assign central file categories in preparation for central database. | Defreitas, V. | 3.5 |
| 07/29/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 07/29/2003 | T/c P. Camuso re: creditor inquiry regarding proof of claim filing. | Krieger, A. | 0.1 |
| 07/30/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 07/31/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 07/31/2003 | O/c(s) A. Caskadon re: Camuso inquiry on proof of claim and follow-up communication with Camuso. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 8.9 | $ 180 | $ 1,602.00 |
| Defreitas, Vaughn | 12.5 | 115 | 1,437.50 |
| Krieger, Arlene | 2.2 | 495 | 1,089.00 |
| Magzamen, Michael | 4.2 | 180 | 756.00 |
| Mohamed, David | 0.7 | 115 | 80.50 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Serrette, Rosemarie | 0.5 | 180 | 90.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,055.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,055.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/25/2003 | Attention to debtors' omnibus objections to claims (.4). | Pasquale, K. | 0.4 |
| 07/29/2003 | Attended to notice of settlement of claims asserted by US Dept of Commerce Bureau of Export Compliance (now Bureau of Industry and Security) (.2); memo to C. Lane re: questions regarding settlement (.2). | Krieger, A. | 0.4 |
| 07/31/2003 | Claims research re Pat Camuso claim (1.3); o/c A. Krieger re same (.2). | Caskadon, A. | 1.5 |
| 07/31/2003 | Exchanged memoranda with C. Lane re: settlement of Bureau of Industry claim. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 1.5 | $ 180 | $ 270.00 |
| Krieger, Arlene | 0.5 | 495 | 247.50 |
| Pasquale, Kenneth | 0.4 | 550 | 220.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 737.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 737.50 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2003 | Prepare memorandum to the Committee regarding status of the ZAI litigation (.2); prepare memorandum to the Committee regarding Debtors' pension payment (.3); exchanged memoranda with T. Maher regarding ZAI expert reports, discovery (.2). | Krieger, A. | 0.7 |
| 07/07/2003 | Prepare correspondence to Committee re: Debtors' motion for authorization to make pension payments. | Krieger, A. | 5.8 |
| 07/08/2003 | Review, revise memorandum for the Committee re: Debtors' motion for pension plan payment authorization (2.6); began to review pension plan-related documentation obtained from Debtors (.6); exchanged memoranda with T. Maher re: pension plan and other memoranda (.1). | Krieger, A. | 3.3 |
| 07/09/2003 | Conference with Arlene Krieger re debtors' motion to accelerate pension fund contributions; review and research A. Krieger Committee memo and motion papers. | Fitzgerald, C. | 2.8 |
| 07/09/2003 | Prepare memorandum to the Committee re: Summit Ventures motion (3.6); revised memorandum on pension motion to the Committee to reflect M. Wintner's comments (.3); memo to T. Maher re: draft Committee memorandum and pension issues (.1); exchanged memoranda with T. Maher re: pension matter (.1); exchanged memoranda with S. Cunningham re: pension matter conference call (.1); conf/c w/ Tom Maher, M. Wintner, S. Cunningham re: pension plan motion and Committee meeting to discuss pension (.7); o/c LK re: recommendation to the Committee re: Debtors' motion (.2); o/c KP, MW re: preparation of objection to motion (.2); o/c C. Fitzgerald re: preparation of objection and background information (.6); memo to C. | Krieger, A. | 7.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Fitzgerald re: necessity doctrine (.2); prepared memorandum to the Committee re: memorandum discussing pension plan motion and conf/c to discuss (.6); exchanged memoranda with F. Monaco re: Committee conference call (.1); follow-up o/c re: argument for Committee objection (.2). | | |
| 07/10/2003 | Meeting with A. Krieger, M. Wintner (.5); researching and drafting objection to pension plan funding motion (7.6). | Fitzgerald, C. | 8.1 |
| 07/10/2003 | Exchanged memoranda with Committee members re: conf/call (.3); attend to reviewing and revising the memorandum to the Committee re Summit Ventures Motion (.8); exchanged memoranda with T. Maher re: Summit Ventures (.2); o/c(s) MW re: Committee response to Debtors' pension motion (.2); meeting w/ M. Wintner, C. Fitzgerald re: same (.4); conf/c MW, M. Levy re: overseas cash position inquiry (.3); exchanged memoranda with L. Hamilton re: overseas cash position inquiry (.2); conf/c L. Hamilton & C. Whitney re: same (.4); o/c(s) LK re: substance of call with FTI (.3); Committee conf/call re: Debtors' pension payment motion (.5); further o/c MW, LK re: Committee position on Debtors' motion (.2); t/c Jay Sakalo re: same (.6); review Hechinger Investment Bank case (.6); memo to Committee re: status of asbestos reform legislation (.5); exchanged memoranda with L. Hamilton re: Summit Ventures information (.1); exchanged memoranda with M. Coventry re: Committee position on pension plan motion (.2). | Krieger, A. | 5.8 |
| 07/10/2003 | Telephone conference with committee regarding pension plan funding. | Kruger, L. | 0.8 |
| 07/11/2003 | Complete initial draft objection to pension funding motion. | Fitzgerald, C. | 4.6 |
| 07/11/2003 | Review AON materials (.6); conf/c LK, D. Siegel re: Committee's position on pension plan motion (.2); exchanged memoranda with C. Fitzgerald re: Committees' position and preparation of objection (.2); o/c MW re: discussion with D. Siegel (.1); conf/c C. Lane, | Krieger, A. | 5.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | B McGrowan re: pension motion and Committee's position thereon (.5); o/c MW, LK re: discussion with Debtors' representatives (.2); exchanged memoranda with C. Lane re: conf/c w/ Debtors' representatives, MW, AGK re: Committee's position (.2); conf/c B. McGrowan, other Grace representatives, MW re: Debtors' pension plan motion, discussion of Committee's position, proposed amendment to relief requested (1.1); follow-up t/c C. Lane re: same (.5); t/c J. Sakalo re: discussion with Debtors and proposal, PD Committee position and discussion with Debtors (.4); review of economic analysis comparing costs of repatriating funds versus drawing funds under the DIP (.1); t/c(s) C. Whitney Troyer re: economic analysis (.4); prepare memorandum for the Committee re: discussions with Debtors' representatives, modified proposal for consideration, 7/14 conf/call to discuss same (.5); o/c(s) MW re: Committee memorandum, economic analysis, draft objection (.2), exchanged memoranda with C. Fitzgerald re: draft objection (.1); revise Committee memorandum and forward same (.2); attended to memorandum from W. Katchen re: case law for Committee objection (.1). | | |
| 07/14/2003 | Memos to M. Wintner regarding mark-up of Committee objection to Debtors' pension payment motion (.2); office conference(s) with A. Keppler regarding above and preparation of final form of objection (.4); office conference(s) with S. Cunningham regarding conversation with P. Zilly regarding repatriation cost analysis and other information requests (.4); conferences with S. Cunningham and T. Maher regarding Company's offer on sourcing of pension payment funding (.3); memorandum to the Committee regarding conference call to discuss Company's offer (.2); review FTI analysis on repatriation of cash (.4); office conference with LK regarding repatriation cash issue (.1); conference call with the Committee regarding Debtors' proposal and Committee's position thereon (.5); follow-up telephone calls with S. Cunningham, A. Keppler regarding information request condition to Committee's position (.3); | Krieger, A. | 4.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | telephone call with C. Lane regarding Committee's position on Debtors' pension payment motion as revised (.3); telephone call with Jay Sakalo regarding same, and PD Committee's position (.3); telephone call with C. Lane regarding Debtors' agreement to proposal and preparation of Order incorporating same (.1); prepared memorandum to LK, MW, others regarding Debtors' acceptance of Committee proposal (.3); exchanged memoranda with M. Wintner regarding Committee proposal (.2). | | |
| 07/15/2003 | Office conference A. Keppler regarding advice regarding the Company's agreement to Committee's proposal (.2); memo to the Committee regarding same (0.2); telephone conference with J. Ellington regarding ex-officio status and asbestos reform legislation (.2); telephone call with C. Lane regarding confirmation of Debtors' agreement to Committee proposal (.1); exchanged memoranda with F. Monaco regarding pension resolution (.1); exchanged memoranda with W. Katchen regarding pension resolution (.1); memorandum from J. Anderson regarding resolution (.1). | Krieger, A. | 1.0 |
| 07/16/2003 | Review form of acknowledgement for J. Ellington re: ex-officio status for the DOJ (.2); review By-Laws re: "representative" point raised by J. Ellington (.3) | Krieger, A. | 0.5 |
| 07/17/2003 | Review By-laws and commonality of interest agreements and prepare form of acknowledgments for USA/DOJ, and revise commonality of interest Agreement (.8); memo to KP, LK re: substance of conversation with J. Ellington and proposed forms of Acknowledgment (.4); revised commonality of interest Agreement. | Krieger, A. | 1.2 |
| 07/18/2003 | Exchanged memoranda with M. Wintner re: proposed revised order (.2); t/c S. Cunningham re: proposed revised order (.2); further revise proposed order (.3); exchanged memo w/ T. Maher clarification on agreement terms (.1); memoranda to LK, MW re: further revised ordered paragraphs (.2); t/c C. Lane re: | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      | comments to order (.4). |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Fitzgerald, Christine | 15.5 | $ 395 | $ 6,122.50 |
| Krieger, Arlene | 36.3 | 495 | 17,968.50 |
| Kruger, Lewis | 0.8 | 725 | 580.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,671.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 24,671.00 |
|-----------------------|-------------|

| RE | Fee Application, Applicant |
|---|---|
|  | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2003 | Prepare and serve May fee statement. | Caskadon, A. | 3.0 |
| 07/11/2003 | Review Fee Auditor's initial statement and prepare response to Fee Auditor's report (3.1); o/c(s) AC re: same (.3). | Krieger, A. | 3.4 |
| 07/12/2003 | Prepare draft of response to Fee Auditor's initial report to SSL's Eighth Quarterly Fee Application. | Krieger, A. | 4.0 |
| 07/13/2003 | Complete draft of response to Fee Auditor's initial report to SSL's Eighth Quarterly Fee Application. | Krieger, A. | 5.6 |
| 07/14/2003 | Continue to complete, review and revise SS&L response to the Fee Auditor's initial report on SSL's 8th Quarterly Fee Application (3.4); office conference (s) AC regarding expense back-up (.3). | Krieger, A. | 3.7 |
| 07/15/2003 | Finalize fee auditor response (.8); office conference with LK regarding same (.1); office conference with AC regarding transmission of same (.1); exchanged memorandum with S. Bourssey regarding response to fee auditor (.1); memo to AC regarding above (.1). | Krieger, A. | 1.2 |
| 07/17/2003 | Review/edit June fee detail. | Caskadon, A. | 2.5 |
| 07/29/2003 | Attended to review of fee statement detail. | Krieger, A. | 1.0 |
| 07/31/2003 | O/c A. Caskadon re: June 2003 time detail. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 5.5 | $ 180 | $ 990.00 |
| Krieger, Arlene | 19.0 | 495 | 9,405.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,395.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,395.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2003 | Prepare and serve FTI's May bill (2.3); t/c local counsel re same (.2). | Caskadon, A. | 2.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 2.5 | $ 180 | $ 450.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 450.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 450.00 |
|-----------------------|----------|

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2003 | Office conference with M. Wintner regarding Debtors' pension payment authorization motion (.5); telephone call with C. Lane regarding request made for actuarial report and other documentation providing information for motion, and for conference call with actuary, counsel, in-house personnel to discuss (.1). | Krieger, A. | 0.6 |
| 07/02/2003 | Telephone conversation(s) with C. Lane regarding conference call with ERISA/Labor personnel, and actuary to discuss motion (.1); review selected portions of memo regarding pension liabilities in bankruptcy (.5); conferences with M. Wintner, reps for the Debtors AON consulting regarding pension plan motion (.6); telephone call with Jay Sakalo regarding Debtors' motion (.4); memorandum to C. Lane regarding documentation for conference call (.1). | Krieger, A. | 1.7 |
| 07/02/2003 | Review Debtors' Motion to authorize funding of Pension Plans (.6); telephone conference call with Arlene Krieger (SSL), Debtor and Debtors' counsel and actuary (Aon) re same. (.6). | Wintner, M. | 1.2 |
| 07/03/2003 | Memo to L. Hamilton regarding conversation with Debtors regarding pension motion (.2); telephone call with Hamilton regarding same (.3); exchanged memo with C. Lane regarding actuary reports (.1). | Krieger, A. | 0.6 |
| 07/08/2003 | T/c C. Lane re: pension plan motion (.1); t/c S. Cunnigham, L. Hamilton re: pension plan motion (.2); t/c Jay Sakalo re: pension plan re: position of PD Committee (.4); memo to M. Wintner, LK re: above (.3); review NY Times Article re: pension plan regulations (.2) | Krieger, A. | 1.2 |
| 07/09/2003 | Review pension related materials received from Grace (.5); o/c MW re: same and draft memorandum to the Committee (.1); t/c Jay | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Sakalo re: pension matter (.1). | | |
| 07/09/2003 | Attention to Debtors' Motion seeking authority to make contributions to the Pension Plan in 2003 and 2004: review actuarial reports and calculations from Aon (1.0); office conference Arlene Krieger re legal and financial concerns of Debtors' proposal (.4), telephone conference call with Arlene Krieger, Tom Maher, Sean Cunningham re same (1.0); office conference with Lewis Kruger and Arlene Krieger re status of issue and arrangements for Creditors Committee conference call (.2); review case law (1.0). | Wintner, M. | 3.6 |
| 07/10/2003 | Office conference Arlene Krieger re Debtors' Motion to Authorize Pension Funding (.2); office conference A. Krieger and re preparation of Objection (.6); review case law and prepare for Creditors Committee conference call (.6); telephone Mark Levy and Arlene Krieger re tax cost of repatriation from overseas subsidiaries (0.2); telephone conference call with Creditors Committee re whether to file Objection to Pension Funding Motion (.6); follow-up with Arlene Krieger and Lewis Kruger re same (.2). | Wintner, M. | 2.4 |
| 07/11/2003 | Discussion with MSW re objection to funding of Debtors' Defined Benefit Plans. | Keppler, A. | 0.3 |
| 07/11/2003 | Conference call/office conference with A. Krieger, D. Siegel and M. Wintner regarding employment issues (.3); Office conference with A. Krieger and M. Wintner re: telephone call with D. Siegel of WR Grace regarding funding of pension contributions, amount required, service of funds and issue of overseas funds. | Kruger, L. | 0.9 |
| 07/11/2003 | Telephone conference Lewis Kruger (Stroock) and David Siegel re Creditors Committee reaction to Debtor's Motion to fund Pension Plans (.2); telephone conference Arlene Krieger, Debtor and Debtor's professionals re pension fund (1.0); telephone conference Arlene Krieger and FTI re same subject (.2); review tax analysis report concerning repatriation of funds from foreign subsidiaries (.6) review and revise status memo to | Wintner, M. | 2.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee (.4). | | |
| 07/13/2003 | Review and revise draft Objection to Debtors' Motion for Authority to fund Retirement Plan (2.0). | Wintner, M. | 2.0 |
| 07/14/2003 | Cite check Committee's objection to Debtors' motion for an order authorizing Debtors to make contributions into the trust funding the defined benefit plans covering Debtors' employees. | Caskadon, A. | 1.0 |
| 07/14/2003 | Conference call A. Krieger, L. Kruger and Committee re accelerated funding of Defined Benefit plans and telephone A. Krieger re Committee decision (2); revise objection to accelerated funding and related research and telephone to MSW (1.2). | Keppler, A. | 3.2 |
| 07/14/2003 | Office conference with A. Krieger regarding issue of repatriation of funds as prelude to pension funding issues (.2); telephone call with T. Maher regarding same (.2); telephone conference with committee regarding debtor's repatriation and funding proposal for pension plan (.5). | Kruger, L. | 0.9 |
| 07/14/2003 | Telephone conference A. Keppler re revisions to draft Objection to Debtor's Motion for Authority to Fund Retirement Plan. | Wintner, M. | 0.2 |
| 07/17/2003 | Exchanged memoranda with C. Lane re: revised order authorizing pension payments (.1); review order and prepare revised provisions (.8); memo to MW, LK re: proposed revised form of order authorizing pension payments (.1); memo to S. Cunningham re: proposed order (.1); t/c S. Cunningham re: revised ordered provisions (.2). | Krieger, A. | 1.3 |
| 07/17/2003 | Office conference with A. Krieger and telephone call with D. Siegel regarding payment of pension funds through use of overseas liquidity. | Kruger, L. | 0.3 |
| 07/17/2003 | Review revised Order re Pension Plan funding. | Wintner, M. | 0.2 |
| 07/23/2003 | Review and revise draft Order to authorize pension plan funding in accordance with | Wintner, M. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Debtor-Creditors Committees compromise (.3). |  |  |
| 07/24/2003 | Review and further revise draft Order Authorizing Pension Plan Funding and e-mail comments to counsel for Debtor and PI Committee (.6). | Wintner, M. | 0.6 |
| 07/25/2003 | T/c M. Wintner re: status of discussions with Debtors' counsel regarding the pension payment authorization order. | Krieger, A. | 0.1 |
| 07/29/2003 | Attended to NY Times article re: pension plan rules under discussion (.2); memoranda to LK, MW re: above (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 1.0 | $ 180 | $ 180.00 |
| Keppler, Abbey | 3.5 | 495 | 1,732.50 |
| Krieger, Arlene | 6.5 | 495 | 3,217.50 |
| Kruger, Lewis | 2.1 | 725 | 1,522.50 |
| Wintner, Mark | 12.9 | 625 | 8,062.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,715.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,715.00 |
|---|---|

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.53 |
| Meals | 17.91 |
| Local Transportation | 23.62 |
| Long Distance Telephone | 73.75 |
| Duplicating Costs-in House | 744.60 |
| Facsimile Charges | 18.00 |
| Westlaw | 1085.92 |
| Word Processing - Logit | 240.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,301.33 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,301.33 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Litigation and Litigation Consulting<br>699843  0034 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/10/2003 | Attend to J. Baer correspondence re: status of Sealed Air settlement and Debtors' position thereon (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 0.1 | $ 495 | $ 49.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 49.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 49.50 |
| --- | --- |

| RE | Hearings<br>699843  0037 |
|----|--------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/25/2003 | Attention to amended agenda and underlying matters for omnibus hearing (.4). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.4 | $ 550 | $ 220.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 220.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 220.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Relief from Stay Proceedings<br>699843  0041 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/08/2003 | Attend to Costa and Thornburg motion for stay relief to prosecute appeal from their dismissal from False Claims Act litigation and pursue recovery for attorneys fees and expenses (.9); t/c C. Lane re: same (.2). | Krieger, A. | 1.1 |
| 07/15/2003 | Attended to Debtors' objection to Rodriguez and Nieves lift stay motion (.2); attended to Debtors' objection to Costa and Thornburg lift stay motion (1.1). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.4 | $ 495 | $ 1,188.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,188.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,188.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1374301v1

| RE | Tax Issues 699843  0047 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/10/2003 | Pulled documents on foreign tax credits for Mark Levy to review (.3). | Brandes, R. | 0.3 |
| 07/10/2003 | Pension contributions - c/c Krieger and Wintner re consequences of distributions from foreign sale to fund pension contributions (.2); review documents, (.5); email Wintner (.1). | Levy, M. | 0.8 |
| 07/14/2003 | Funding of pension plans/DIP vs. distributions from foreign subs - Krieger memo (.1), FTI request for info from Blackstone (.1), re FTI calculations re impact of repatriation vs. DIP financing (.2). | Levy, M. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 0.3 | $ 295 | $ 88.50 |
| Levy, Mark | 1.2 | 670 | 804.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 892.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 892.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 79,090.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,301.33 |
| TOTAL BILL | $ 81,391.83 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2003 - JULY 31, 2003**

| | |
|---|---:|
| Outside Messenger Service | $  97.53 |
| Meals | 17.91 |
| Local Transportation | 23.62 |
| Long Distance Telephone | 73.75 |
| Duplicating Costs-in House | 744.60 |
| Facsimile Charges | 18.00 |
| Westlaw | 1,085.92 |
| Word Processing - Logit | 240.00 |
| | |
| **TOTAL** | **$2,301.33** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1374301v1

# STROOCK

| CLIENT | W R Grace & Co |
|--------|----------------|
|  | 7500 Grace Drive |
|  | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period from July 1, 2003 through
July 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 07/01/2003 | FedEx Log 6/11/03 K Pasquale to The Hon Alfred Wolin | 9.57 |
| 07/31/2003 | FedEx Log 07/02/03 A.CASKADON TO F.PERCH | 9.57 |
| 07/31/2003 | FedEx Log 07/01/03 A.CASKADON TO S.CABAN | 10.92 |
| 07/31/2003 | FedEx Log 07/01/03 A.CASKADON TO D.SIEGAL | 9.57 |
| 07/31/2003 | FedEx Log 7/01/03 A.Caskadon to W.Smith | 17.68 |
| 07/31/2003 | FedEx Log 7/02/03 A.Caskadon to F.Perch | 9.57 |
| 07/31/2003 | FedEx Log 7/02/03 A.Caskadon to D.Siegal | 9.57 |
| 07/31/2003 | FedEx Log 7/02/03 A.Caskadon to S.Caban | 9.57 |
| 07/31/2003 | FedEx Log 7/02/03 A.Caskadon to W.Smith | 11.51 |
| | **Outside Messenger Service Total** | **97.53** |
| | | |
| **Meals** | | |
| 07/10/2003 | VENDOR: Seamless Web; INVOICE#: 25358; DATE: 07/15/03  -  Texas Rotisserie; | 17.91 |
| | **Meals Total** | **17.91** |
| | | |
| **Local Transportation** | | |
| 07/25/2003 | NYC Two Ways Inc. FITZGERALD 07/10/03 21:27 M from 180 MAIDEN to 230    CENTRA | 23.62 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Local Transportation Total** | **23.62** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01/2003 | EXTN.5544, TEL.312-861-2000, S.T.17:55, DUR.03:06 | 1.55 |
| 07/01/2003 | EXTN.5562, TEL.302-657-4942, S.T.18:27, DUR.00:42 | 0.39 |
| 07/01/2003 | EXTN.6495, TEL.302-657-4924, S.T.15:04, DUR.00:54 | 0.39 |
| 07/02/2003 | EXTN.5544, TEL.312-861-3268, S.T.10:41, DUR.01:24 | 0.78 |
| 07/02/2003 | EXTN.5544, TEL.305-375-6156, S.T.14:47, DUR.00:54 | 0.39 |
| 07/08/2003 | EXTN.5544, TEL.312-861-2000, S.T.14:49, DUR.01:36 | 0.78 |
| 07/08/2003 | EXTN.5544, TEL.201-556-4040, S.T.16:09, DUR.27:48 | 10.86 |
| 07/08/2003 | EXTN.5544, TEL.305-375-6156, S.T.18:04, DUR.13:00 | 5.04 |
| 07/09/2003 | EXTN.4020, TEL.201-556-4040, S.T.17:03, DUR.29:36 | 11.64 |
| 07/09/2003 | EXTN.5544, TEL.305-375-6156, S.T.15:38, DUR.00:36 | 0.39 |
| 07/10/2003 | EXTN.3544, TEL.201-556-4021, S.T.14:42, DUR.00:48 | 0.39 |
| 07/10/2003 | EXTN.5544, TEL.201-703-4125, S.T.16:39, DUR.00:30 | 0.39 |
| 07/10/2003 | EXTN.5544, TEL.305-375-6156, S.T.17:54, DUR.00:24 | 0.39 |
| 07/10/2003 | EXTN.5760, TEL.703-273-6165, S.T.13:22, DUR.00:42 | 0.39 |
| 07/11/2003 | EXTN.3544, TEL.312-861-3268, S.T.16:06, DUR.27:48 | 10.86 |
| 07/11/2003 | EXTN.3544, TEL.201-556-4045, S.T.17:18, DUR.02:06 | 1.16 |
| 07/11/2003 | EXTN.5431, TEL.410-531-4170, S.T.10:32, DUR.07:42 | 3.10 |
| 07/11/2003 | EXTN.5544, TEL.305-375-6156, S.T.17:46, DUR.00:18 | 0.39 |
| 07/11/2003 | EXTN.6020, TEL.201-556-4040, S.T.15:48, DUR.02:00 | 0.78 |
| 07/11/2003 | EXTN.6020, TEL.201-556-4040, S.T.15:51, DUR.07:30 | 3.10 |
| 07/14/2003 | EXTN.5544, TEL.302-656-8162, S.T.16:35, DUR.01:00 | 0.39 |
| 07/14/2003 | EXTN.5544, TEL.201-556-4040, S.T.16:50, DUR.10:42 | 4.27 |
| 07/14/2003 | EXTN.5544, TEL.312-861-2000, S.T.17:02, DUR.09:36 | 3.88 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/14/2003 | EXTN.5544, TEL.305-375-6156, S.T.17:15, DUR.07:12 | 3.10 |
| 07/17/2003 | EXTN.5431, TEL.410-531-4000, S.T.15:58, DUR.06:54 | 2.72 |
| 07/24/2003 | EXTN.5430, TEL.201-556-4040, S.T.11:29, DUR.00:24 | 0.39 |
| 07/24/2003 | EXTN.6020, TEL.201-556-4040, S.T.15:39, DUR.02:12 | 1.16 |
| 07/24/2003 | EXTN.6076, TEL.201-556-4040, S.T.15:42, DUR.01:36 | 0.78 |
| 07/24/2003 | EXTN.6076, TEL.201-556-4040, S.T.15:49, DUR.01:06 | 0.78 |
| 07/24/2003 | EXTN.6076, TEL.201-556-4040, S.T.16:58, DUR.00:48 | 0.39 |
| 07/28/2003 | EXTN.5760, TEL.312-861-2162, S.T.16:53, DUR.00:54 | 0.39 |
| 07/29/2003 | EXTN.5544, TEL.508-394-0656, S.T.11:57, DUR.01:42 | 0.78 |
| 07/30/2003 | EXTN.5431, TEL.312-861-2162, S.T.14:46, DUR.00:48 | 0.39 |
| 07/31/2003 | EXTN.6495, TEL.507-333-4396, S.T.11:07, DUR.01:54 | 0.78 |
| 07/31/2003 | EXTN.6495, TEL.508-394-0656, S.T.16:14, DUR.00:30 | 0.39 |

**Long Distance Telephone Total** **73.75**

**Duplicating Costs-in House**

| 07/01/2003 | 9.20 |
|------------|------|
| 07/01/2003 | 14.80 |
| 07/01/2003 | 1.80 |
| 07/02/2003 | 10.40 |
| 07/07/2003 | 24.20 |
| 07/08/2003 | 79.80 |
| 07/09/2003 | 4.90 |
| 07/09/2003 | 10.40 |
| 07/09/2003 | 0.90 |
| 07/09/2003 | 1.20 |
| 07/09/2003 | 211.00 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/09/2003 | | 0.20 |
| 07/10/2003 | | 0.60 |
| 07/10/2003 | | 3.50 |
| 07/10/2003 | | 1.00 |
| 07/10/2003 | | 2.60 |
| 07/10/2003 | | 13.50 |
| 07/11/2003 | | 244.70 |
| 07/11/2003 | | 0.20 |
| 07/17/2003 | | 2.40 |
| 07/21/2003 | | 8.90 |
| 07/22/2003 | | 5.00 |
| 07/22/2003 | | 5.00 |
| 07/22/2003 | | -5.00 |
| 07/24/2003 | | 89.70 |
| 07/24/2003 | | 89.70 |
| 07/24/2003 | | -89.70 |
| 07/25/2003 | | 3.70 |
| 07/25/2003 | | 3.70 |
| 07/25/2003 | | -3.70 |
| **Duplicating Costs-in House Total** | | **744.60** |

**Facsimile Charges**

| 07/13/2003 | FAX # 212-570-1803 | 18.00 |
|------------|--------------------|------:|
| **Facsimile Charges Total** | | **18.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1374301v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Westlaw** | | |
| 07/10/2003 | ; Duration 0:00:00; By KRIEGER ARLENE G | 44.25 |
| 07/10/2003 | ; Duration 1:25:49; By FITZGERALD CHRISTINE R | 668.39 |
| 07/11/2003 | ; Duration 0:20:32; By FITZGERALD CHRISTINE R | 153.20 |
| 07/14/2003 | ; Duration 0:35:24; By CALVO, FERNANDO | 220.08 |
| | **Westlaw Total** | **1,085.92** |
| | | |
| **Word Processing - Logit** | | |
| 07/13/2003 | | 42.00 |
| 07/13/2003 | | 48.00 |
| 07/13/2003 | | 78.00 |
| 07/13/2003 | | 30.00 |
| 07/13/2003 | | 42.00 |
| | **Word Processing - Logit Total** | **240.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.53 |
| Meals | 17.91 |
| Local Transportation | 23.62 |
| Long Distance Telephone | 73.75 |
| Duplicating Costs-in House | 744.60 |
| Facsimile Charges | 18.00 |
| Westlaw | 1085.92 |
| Word Processing - Logit | 240.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,301.33 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



**Chambers Associates Incorporated**

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

A Subsidiary of Navigant Consulting

July 25, 2003

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:    Kenneth Pasquale

---

### *For Services Rendered For*
### *W. R. Grace Creditor's Committee - June 2003*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 6.50 hrs. @ $510 | $3,315.00 |
| MA | 16.60 hrs. @ $280 | 4,648.00 |
| MSL | 1.10 hrs. @ $250 | 275.00 |
| BLB | 3.75 hrs. @ $225 | 843.75 |
| MR | 8.00 hrs. @ $210 | 1,680.00 |
| KZ | 4.00 hrs. @ $190 | 760.00 |
| JA | 22.50 hrs. @ $120 | 2,700.00 |

**Total Professional Fees** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$14,221.75**

**Expenses:**

Federal Express                     $52.50

**Total Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$52.50**

**Total Amount Due for June Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . **$14,274.25**

**Outstanding Invoices:**

| | |
|---|---|
| September 28, 2002 | $5,046.70 |
| October 30, 2002 | 771.50 |
| November 28, 2002 | 1,780.75 |
| March 24, 2003 | 1,077.80 |
| April 28, 2003 | 2,043.00 |
| May 20, 2003 | 3,830.50 |
| June 20, 2003 | 61,775.37 |

**Total Outstanding Invoices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$76,305.62**

**Total Amount Due for June Services, Expenses and Outstanding Invoices** . . . . . . . . . . . **$90,579.87**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ANGUIANO, JAMIE | 6/02/2003 | 8.00 | Pull key information from researched documents and enter them into the site summaries. Three hole punch document s and put them into the binders with corresponding site. Update the requested document with additional information to be requested. Start to look through the Consent Decree for Wells G&H. |
| RULE, MICHELLE | 6/02/2003 | 6.80 | Reviewing ALL Casmalia CDs from California for info. |
| RULE, MICHELLE | 6/02/2003 | 1.20 | Meeting with staff re: progress of site profiles, etc. |
| ZICKERT, KATHLEEN | 6/02/2003 | 0.40 | Discussions with the EPA |
| ZICKERT, KATHLEEN | 6/02/2003 | 1.20 | Team meeting with staff regarding case status and workplan |
| ZICKERT, KATHLEEN | 6/02/2003 | 2.40 | Reviewing index and selecting documents from EPA for OII. |
| ANGUIANO, JAMIE | 6/03/2003 | 2.00 | Read through Consent Decree for Wells G&H and enter any additional information to site. |
| ATLAS, MARK | 6/04/2003 | 7.90 | Analysis of asbestos reform impact on legislation (Pro rata to creditor's bankruptcy committee) |
| CHAMBERS, LETITIA | 6/04/2003 | 2.00 | Monitor asbestos legislation - attend hearing - pro rata - |
| ATLAS, MARK | 6/04/2003 | 0.20 | Memorandum to P. McGrath, M. Rule, and K. Zickert re: descriptions of tasks for proforma |
| ATLAS, MARK | 6/05/2003 | 4.20 | Analysis of asbestos reform impact on legislation (Pro rata to creditor's bankruptcy committee) |
| ATLAS, MARK | 6/06/2003 | 0.30 | Reviewed and edited proforma |
| BAKER, BRUCE | 06/06/2003 | 3.75 | Calibrate Model. |
| ANGUIANO, JAMIE | 6/09/2003 | 0.60 | Start the review of OII cd from EPA. |
| ANGUIANO, JAMIE | 6/10/2003 | 3.20 | Review the CD from the EPA. The CD is for Operating Industries. |
| ATLAS, MARK | 6/11/2003 | 0.20 | Reviewed Stroock memorandum re: Fresenius settlement agreement |
| ANGUIANO, JAMIE | 6/11/2003 | 2.50 | Review printed documents for OII. |
| ANGUIANO, JAMIE | 6/11/2003 | 0.60 | Change summary binder coverpages due to reorganizing the binders. With OIIs new documents from the CD, there needed to be another binder. |
| ANGUIANO, JAMIE | 6/11/2003 | 1.60 | Organize additional information from the documents on the CD and add it to the summary of OII. |
| ANGUIANO, JAMIE | 6/12/2003 | 2.00 | Create an excel file to research tasks completed. |
| ANGUIANO, JAMIE | 6/12/2003 | 1.50 | Read through Lexus Nexus pamphlet to learn how to |

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| | | | search for specified information on sites. |
| ATLAS, MARK | 6/12/2003 | 0.40 | Reviewed revised Grace proforma |
| ATLAS, MARK | 6/12/2003 | 0.30 | Memorandum to M. Rule re: revisions needed in Grace proforma |
| ATLAS, MARK | 6/13/2003 | 0.70 | Edited current proforma |
| CHAMBERS, LETITIA | 6/16/2003 | 1.00 | Monitor Legislation |
| ANGUIANO, JAMIE | 6/16/2003 | 0.50 | Entered additional Superfund Budget information to various sites. |
| CHAMBERS, LETITIA | 6/18/2003 | 1.00 | Pro-rata - monitor and review legislative amendments |
| LYMAN, MARY | 6/18/2003 | 0.40 | Download, read, and print amendments to Hatch bill |
| CHAMBERS, LETITIA | 6/19/2003 | 1.40 | Monitored and review amendments to legislation |
| CHAMBERS, LETITIA | 6/24/2003 | 1.10 | Monitor legislation; update clients (pro rata) |
| LYMAN, MARY | 6/27/2003 | 0.70 | Update Hatch bill |
| ATLAS, MARK | 6/30/2003 | 2.40 | Analysis of asbestos reform impact on legislation (Pro rata to creditor's bankruptcy committee) |

# Proforma

| | |
|---|---|
| Project: | Wr Grace Creditor's Committee |
| Project No.: | 113758 |
| Client: | Stroock & Stroock & Lavan |

Proforma No.: 230309
Proforma Date: 07/24/03
Currency: DO

Date Range: Inception TO 06/30/03

Fee Totals: 58.70    12,880.00

## COST SUMMARY BY CODE

| Code | Description | Amount |
|---|---|---|
| FEDEX | Overnight Delivery/Courier | 52.50 |
| | Disbursements Total: | 52.50 |

## COST DETAIL

**Task Code: 0.00**

| Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative | Task | Check | Status | Index | Voucher | Bill? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL EXPRESS | FEDEX | 0703 | 6/17/2003 | 6/6/2003 | 13.04 | From: SUPERFUND RECORDS CTR ASRC AEROSPACE CORP SAN FRANCISCO, CA 94105 To: KATIE ZICKERT CHICAGO IL 60604 on 06/06/2003 at 0839 Delivery Code: A1 | 0 | 1076765 | B | 2487191 | 1258167 | Y \| H \| W |
| FEDERAL EXPRESS | FEDEX | 0703 | 6/10/2003 | 6/3/2003 | 13.04 | From: SUPER FUND RECORDS CENTER ASRC AEROSPACE SAN FRANCISCO, CA 94105 To: KATIE ZICKERT ATTBI COM CHICAGO IL 60604 on 06/03/2003 at 0917 Delivery Code: A1 | 0 | 1076279 | B | 2484856 | 1257590 | Y \| H \| W |
| SUBTOTAL TASK: 0.00 | | | | | 26.08 | | | | | | | |

**Task Code: 2.00**

| Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative | Task | Check | Status | Index | Voucher | Bill? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL EXPRESS | FEDEX | 0603 | 6/4/2003 | 5/28/2003 | 26.42 | From: CHRIS ALBERT NAVIGANT CONSULTNG INC BOSTON, MA 021101904 To: MICHELLE RULE NAVIGANT CONSULTING CHICAGO IL 60604 on 05/28/2003 at 0838 Delivery Code: A1 | 2 | 1075819 | B | 2461097 | 1255086 | Y \| H \| W |
| SUBTOTAL TASK: 2.00 | | | | | 26.42 | | | | | | | |