# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 25, 2003 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2003 THROUGH JULY 31, 2003

---

[1]   The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#943515 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | July | Total  Comp |
|------|----------|-------------|------|-------------|
| Lund, Kenneth | Partner | $    350.00 | 27.3 | $    9,555.00 |
| McCarthy, Jay | Partner | $    300.00 | 8.5 | $    2,550.00 |
| Neitzel, Charlotte | Partner | $    300.00 | 3.6 | $    1,080.00 |
| Coggon, Katheryn | Sepcial Counsel | $    275.00 | 1.7 | $    467.50 |
| Aberle, Natalie | Paralegal | $    110.00 | 2.6 | $    286.00 |
| Mulholland, Imelda | Law Clerk | $    110.00 | 2.0 | $    220.00 |
| Floyd, Mary Beth | Information Specialist | $    90.00 | 1.0 | $    90.00 |
|  |  |  |  |  |
| **Total** |  |  | **46.70** | **14,248.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 74.25 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.20 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Federal Express | $ - |
| Tab Stock | $ 3.00 |
| Velo Binding | $ 6.00 |
| Other Expense | $ 236.80 |
| Color Copies | $ 70.20 |
| **Total** | **$ 390.45** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 641124 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/02/03 | KWL | (Administrative Order Negotiations) Telephone conference with Bob Emmett re Administrative Order on Consent (.50); review draft Administrative Order on Consent (2.80); telephone conference with Matt Cohn re process and proposed change (.30); telephone conference with Jan Baer re bankruptcy issues (.40). | 4.00 | $ 1,400.00 |
| 07/03/03 | TME | Prep, scan, QC, export and import work files (libby174) (N/C). | 0.00 | 0.00 |
| 07/07/03 | KWL | (Administrative Order Negotiations) Meeting with Matt Cohn and Andrea Madigan re Administrative Order issues (2.00). | 3.00 | 1,050.00 |
| 07/07/03 | JDM | (Administrative Order Negotiations) Review draft Administrative Order on Consent and outline comments. | 3.90 | 1,170.00 |
| 07/07/03 | KJC | (Administrative Order Negotiations) Review draft Administrative Order on Consent re Flyway including telephone conference with JDMcCarthy (0.40). | 0.40 | 110.00 |
| 07/07/03 | MBF | (Administrative Order Negotiations) Obtain copy of EPA Model Consent Decree for JDMcCarthy (.40). | 0.40 | 36.00 |
| 07/08/03 | KWL | (Administrative Order Negotiations) Review revised draft AOC received from EPA (1.50); draft suggested changes (.50). | 2.00 | 700.00 |
| 07/08/03 | JDM | (Administrative Order Negotiations) Compare proposed Administrative Order on Consent to model consent decree, prior UAO, and EPA guidance (1.6); draft comments re Administrative Order on Consent (0.8). | 2.40 | 720.00 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 641124 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/08/03 | KJC | (Administrative Order Negotiations) Review and email comments re proposed Administrative Order for Flyway cleanup (0.90). | 0.90 | 247.50 |
| 07/09/03 | KWL | (Administrative Order Negotiations) Review and revise AOC (1.10);  telephone conference to Matt Cohn re revisions to AOC (.70); telephone conference with JDMcCarthy re proposed consent order (1.20). | 3.00 | 1,050.00 |
| 07/09/03 | JDM | (Administrative Order Negotiations) Revise memo re proposed Administrative Order on Consent (1.0); telephone conference with KWLund re proposed Administrative Order on Consent (1.2). | 2.20 | 660.00 |
| 07/09/03 | KJC | (Administrative Order Negotiations) Review and propose edits to Administrative Order on Consent re Flyway (0.40). | 0.40 | 110.00 |
| 07/10/03 | KWL | (Administrative Order Negotiations) Review and revise AOC (1.0); review draft statement of work (1.0). | 2.00 | 700.00 |
| 07/15/03 | KWL | (Administrative Order Negotiations) Prepare for and participate in conference call with Bill Corcoran and Bob Meddler re Grace work at flyways (2.0). | 2.00 | 700.00 |
| 07/16/03 | KWL | (Administrative Order Negotiations) Telephone conference with B. Emmett re final revisions to Administrative Order on Consent (.50); review final Administrative Order on Consent received from EPA (2.00); telephone conference with Kathy Bradford (EPA) re final revisions (.20). | 2.70 | 945.00 |
| 07/17/03 | KWL | (Administrative Order Negotiations) Telephone conference with B. Meddler re work plan (.50); revise cost estimate received from B. Merriam (.50); telephone conference with B. Corcoran re status of negotiations with EPA (.20). | 1.20 | 420.00 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/18/03 | KWL | (Administrative Order Negotiations) Review motion to bankruptcy court re Administrative Order on Consent (2.60); telephone conference with J. Baer re same (.40); telephone conference with Andrea Madigan (EPA) re draft motion (.20); telephone conference with Kathy Bradford (EPA) re draft motion (.20). | 3.40 | 1,190.00 |
| 07/18/03 | NKA | Review CLNeitzel's ATSDR files and organize relevant materials (.60). | 0.60 | 66.00 |
| 07/21/03 | TME | Prep, scan, QC, export and import correspondence and experts documents (libby175) (N/C). | 0.00 | 0.00 |
| 07/24/03 | KWL | (Administrative Order Negotiations) Telephone conferences with Andrea Madigan re Flyway order (1.00); and review and revise same (1.00). | 2.00 | 700.00 |
| 07/25/03 | KWL | (Administrative Order Negotiations) Telephone conferences with Andrea Madigan re Flyway order (.50); review and revise same (1.50). | 2.00 | 700.00 |
| 07/28/03 | CLN | Telephone conference with Jay Flynn (at the request of D. Kuchinsky) re screening and CT studies (.50); identify document to transmit to Jay Flynn (.80). | 1.30 | 390.00 |
| 07/28/03 | ICM | Search for published copy of July 2003 EHP preprint article by ATSDR and EPA on Libby health effects study as per CLNeitzel's request. | 2.00 | 220.00 |
| 07/28/03 | MBF | Search the Region VIII Libby asbestos web page for recent updates for CLNeitzel. | 0.60 | 54.00 |
| 07/31/03 | CLN | Review of updated screening study (1.00); evaluate whether IRB approved screening study in response to question posed by Jay Flynn (.70); telephone conference with Jay Flynn re same (.30); conference with NKAberle re report (.30). | 2.30 | 690.00 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/31/03 | NKA | Research re "IRB approval" of ATSDR screening study as requested by CLNeitzel. | 2.00 | 220.00 |

**Total Fees Through July 31, 2003:**   46.70   $  14,248.50

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 27.30 | $  9,555.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 8.50 | 2,550.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 3.60 | 1,080.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 1.70 | 467.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 2.60 | 286.00 |
| ICM | Imelda Mulholland | Law Clerk | 110.00 | 2.00 | 220.00 |
| TME | Theresa M Enriquez | Other | 0.00 | 0.00 | 0.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 1.00 | 90.00 |

**Total Fees:**   46.70   $  14,248.50

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/30/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: G822871; DATE: 6/30/2003  -  Document Storage June 2003 | $   196.80 |
| 07/14/03 | | Long Distance Telephone: 2129096455, 2 Mins., TranTime:10:19 | 0.20 |
| 07/23/03 | 60 | Photocopy | 9.00 |
| 07/23/03 | 351 | Photocopy | 52.65 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 641124 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/24/03 | 108 | Color Photocopy | 70.20 |
| 07/24/03 | 60 | Tab Stock | 3.00 |
| 07/24/03 | 6 | Velo Binding | 6.00 |
| 07/28/03 | | Other Expense: VENDOR: Miller, Brad A.; INVOICE#: 072803; DATE: 7/28/2003  -  Subscriptions EHP to procure libby exposure preprint | 40.00 |
| 07/28/03 | 84 | Photocopy | 12.60 |
| | | **Total Disbursements:** | **$    390.45** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 74.25 |
| Long Distance Telephone | | 0.20 |
| Other Expense | | 236.80 |
| Color Photocopy | | 70.20 |
| Velo Binding | | 6.00 |
| Tab Stock | | 3.00 |
| **Total Disbursements:** | **$** | **390.45** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Coggon, Katheryn | Special Counsel | $    275.00 | 1.8 | $    495.00 |
| Aberle, Natalie | Paralegal | $    110.00 | 2.5 | $    275.00 |
|  |  |  |  |  |
| Total |  |  | **4.30** | **$    770.00** |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $         - |
| Photocopies | $       0.30 |
| Facsimiles | $       4.00 |
| Long Distance Telephone | $       9.91 |
| Outside Courier | $         - |
| Travel Expense | $         - |
| Federal Express | $         - |
| Other Meal Expenses | $         - |
| Lexis | $      69.75 |
| Westlaw | $         - |
| Outside Reproduction | $         - |
| Other Expenses | $         - |
| Tab Stock | $         - |
| Color Copies | $         - |
| **Total** | **$      83.96** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/07/03 | KJC | Address billing issues from DTI (0.50). | 0.50 | $ | 137.50 |
| 07/08/03 | KJC | Address billing issues from DTI (0.50). | 0.50 | | 137.50 |
| 07/11/03 | KJC | Address billing issues from vendor (0.20). | 0.20 | | 55.00 |
| 07/14/03 | KJC | Telephone conference with B. Emmett re his pleadings file and missing documents (.20); research and locate same (.40). | 0.60 | | 165.00 |
| 07/14/03 | NKA | Prepare various motions for summary judgement re Defendants' affirmative defenses, as requested by KJCoggon. | 2.50 | | 275.00 |

| | | **Total Fees Through July 31, 2003:** | **4.30** | **$** | **770.00** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 1.80 | $ | 495.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 2.50 | | 275.00 |
| | | **Total Fees:** | | **4.30** | **$** | **770.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/24/03 | | Long Distance Telephone: 4105314751, 23 Mins., TranTime:14:22 | $ | 2.30 |
| 07/01/03 | | Long Distance Telephone: 4105314751, 47 Mins., TranTime:13:18 | | 4.70 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/07/03 | 1 | Lexis | 49.99 |
| 07/08/03 | | Long Distance Telephone: 4105314203, 15 Mins., TranTime:14:20 | 1.50 |
| 07/14/03 | | Long Distance Telephone: 4105314203, 10 Mins., TranTime:15:23 | 1.00 |
| 07/17/03 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:15:13 | 0.20 |
| 07/18/03 | | Long Distance Telephone: 6174265900, 3 Mins., TranTime:10:34 | 0.21 |
| 07/22/03 | 1 | Lexis | 9.88 |
| 07/23/03 | 1 | Lexis | 9.88 |
| 07/28/03 | 2 | Facsimile | 2.00 |
| 07/28/03 | 2 | Facsimile | 2.00 |
| 07/30/03 | 2 | Photocopy | 0.30 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **83.96** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.30 |
| Facsimile | | 4.00 |
| Long Distance Telephone | | 9.91 |
| Lexis | | 69.75 |
| **Total Disbursements:** | **$** | **83.96** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | July | Total  Comp |
|------|----------|-------------|------|-------------|
| Flaagan, Elizabeth K. | Partner | $        275.00 | 0.7 | $        192.50 |
| Haag, Susan | Paralegal | $        105.00 | 0.6 | $          63.00 |
|  |  |  |  |  |
| **Total** |  |  | **1.30** | $        **255.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 2.20 |
| Federal Express | $ 10.11 |
| Tab Stock | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 12.31** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 641124 |
| Client   No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/02/03 | SH | Telephone conference with N. Sessa re filing of fee applications (.40); review fee auditor's final report on eighth interim fee application (.20). | 0.60 | $ | 63.00 |
| 07/07/03 | EKF | Review fee auditor's report on eighth interim fee application (.20); send e-mail to KWLund re same (.10). | 0.30 | | 82.50 |
| 07/09/03 | EKF | Review and revise June 2003 prebills. | 0.40 | | 110.00 |
| | | **Total Fees Through July 31, 2003:** | **1.30** | **$** | **255.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 0.70 | $ | 192.50 |
| SH | Susan Haag | Paralegal | 105.00 | 0.60 | | 63.00 |
| | | | **Total Fees:** | **1.30** | **$** | **255.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/20/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-772-11008; DATE: 6/20/2003  -  Courier, Acct. 0802-0410-8. 06-17; Nichole Sessa Wilmington, De | $ | 10.11 |
| 07/02/03 | | Long Distance Telephone: 3028886909, 23 Mins., TranTime:14:42 | | 2.20 |
| | | **Total Disbursements:** | **$** | **12.31** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 2.20 |
| Federal Express | | 10.11 |
| **Total Disbursements:** | **$** | **12.31** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 12/16/02 | Cash Receipt | | -5,498.82 |
| | 12/23/02 | Cash Receipt | | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | *$* | *1,333.50* |
| 613444 | 11/21/02 | Bill | | 9,057.27 |
| | 01/20/03 | Cash Receipt | | -7,286.47 |
| | *Outstanding Balance on Invoice 613444:* | | *$* | *1,770.80* |
| 618227 | 12/24/02 | Bill | | 5,556.77 |
| | 02/17/03 | Cash Receipt | | -4,575.27 |
| | *Outstanding Balance on Invoice 618227:* | | *$* | *981.50* |
| 621058 | 01/31/03 | Bill | | 3,749.68 |
| | 04/11/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt | | -3,425.88 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | July | Total  Comp |
|------|----------|-------------|------|-------------|
| Street, Loraine | Paralegal | $      85.00 | 2 | $      170.00 |
|  |  |  |  |  |
| **Total** |  |  | **2.00** | **170.00** |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Outside Reproduction | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ -** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/10/03 | LCS | Update Boulder Tracking Database (1.00), prepare letter to Matt Murphy of Casner & Edwards re files being shipped (.30); prepare files for shipping to Casner & Edwards (.70) | 2.00 | $ | 170.00 |
| | | **Total Fees Through July 31, 2003:** | **2.00** | **$** | **170.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| LCS | Loraine C Street | Other | $  85.00 | 2.00 | $ | 170.00 |
| | | **Total Fees:** | | **2.00** | **$** | **170.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 35,414.49 |
| | 12/16/02 | Cash Receipt | -28,354.99 |
| | 12/23/02 | Cash Receipt | -700.21 |
| | 04/14/03 | Cash Receipt Cancellation | 700.21 |
| | | *Outstanding Balance on Invoice 612649:* | *$    7,059.50* |
| 613444 | 11/21/02 | Bill | 129,270.79 |
| | 01/20/03 | Cash Receipt | -103,459.49 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | July | Total  Comp |
|------|----------|-------------|------|-------------|
| Coggon, Katheryn | Special Counsel | $      275.00 | 1.1 | $        302.50 |
| Barry, Georffrey | Associate | $      220.00 | 87.3 | $    19,206.00 |
| Aberle, Natalie | Paralegal | $      110.00 | 16.8 | $      1,848.00 |
|  |  |  |  |  |
| **Total** |  |  | **105.20** | **$    21,356.50** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $        - |
| Photocopies | $        - |
| Facsimile | $        - |
| Long Distance Telephone | $        - |
| Outside Courier | $        - |
| Travel Expense | $        - |
| Lexis | $        - |
| Temporary Services | $        - |
| Meal Expenses | $        - |
| Legal Assostant Overtime | $        - |
| Tab Stock | $        - |
| Velo Binding | $        - |
| **Total** | **$        -** |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

Page            41
Invoice No.:    641124
Client  No.:    04339
Matter  No.:    00420

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/10/03 | KJC | Address issues re appeal (0.30); address billing issues from vendor (0.10); conference with GMBarry re issues for memo (0.40). | 0.80 | $    220.00 |
| 07/10/03 | GMB | Conference with KJCoggon to review comments on draft memo re appeal (.40). | 0.40 | 88.00 |
| 07/15/03 | GMB | Review of pleadings for use in revised memo on appeal (7.30). | 7.30 | 1,606.00 |
| 07/16/03 | GMB | Review of pleadings for use in revised memo on appeal (7.80). | 7.80 | 1,716.00 |
| 07/17/03 | GMB | Review of exhibits to Motion for Summary Judgment for use in revised memo on appeal (4.20). | 4.20 | 924.00 |
| 07/18/03 | NKA | Conferences with MBFloyd and MElisha re research re legislative history of CERCLA section 9613(j)(2), including review various publications re same  per GMBarry request (3.20). | 3.20 | 352.00 |
| 07/21/03 | GMB | Review of Lexis cases involving 113(j)(2) for use in revised memo on appeal (7.60). | 7.60 | 1,672.00 |
| 07/21/03 | NKA | Research legal history of CERCLA 9613(j)(2), including conference with BSperberg re same (6.80). | 6.80 | 748.00 |
| 07/22/03 | GMB | Continue review of Lexis administrative law cases for use in revised memo on appeal (8.40). | 8.40 | 1,848.00 |
| 07/23/03 | GMB | Additional Lexis research on CERCLA Administrative Record cases for use in revised memo on appeal (8.50). | 8.50 | 1,870.00 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 641124 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/23/03 | NKA | Complete review of legal history for CERCLA 9613(j) including review SARA legal history binders re administrative record language (3.50); prepare memo re same as requested by GMBarry (2.30). | 5.80 | 638.00 |
| 07/24/03 | GMB | Conference with NKAberle re legislative history (.50); review of legislative history (1.50); edit revised memo on appeal (6.40). | 8.40 | 1,848.00 |
| 07/24/03 | NKA | Finalize memo and notes for review by GMBarry re legislative history of CERCLA 9613(j) (1.00). | 1.00 | 110.00 |
| 07/25/03 | KJC | Address issues re appeal (0.30). | 0.30 | 82.50 |
| 07/25/03 | GMB | Compare 56(f) facts and original facts for use in revised memo on appeal (6.80). | 6.80 | 1,496.00 |
| 07/27/03 | GMB | Drafting and editing revised memo on issues for appeal (4.6). | 4.60 | 1,012.00 |
| 07/28/03 | GMB | Continued drafting and editing revised memo on issues for appeal (7.6); additional Lexis research on legislative history of 113(j)(2) (2.2). | 9.80 | 2,156.00 |
| 07/29/03 | GMB | Additional Lexis research on admissibility of matters outside the administrative record and of cases where EPA was found to have acted in an arbitrary and capricious manner (3.1); continue drafting and editing revised memo on issues for appeal (10.4). | 13.50 | 2,970.00 |

**Total Fees Through July 31, 2003:**    105.20   $   21,356.50

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 1.10 | $    302.50 |

Holme Roberts & Owen LLP

August 18, 2003

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 641124 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| GMB | Geoffrey M. Barry | Associate | 220.00 | 87.30 | 19,206.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 16.80 | 1,848.00 |
| | | **Total Fees:** | | **105.20** | **$ 21,356.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **21,356.50** |
| **Total Balance Due This Matter** | **$** | **21,356.50** |