IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on September 5, 2003. I certify further that I caused the service of the:

**OBJECTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO APPLICATION OF THE DEBTORS' FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327 (A) AND 328 (A) AND FED. R. BANKR. P. 2014 (A), 2016 AND 5002 AUTHORIZING THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER [RE: D. I. 4299]**

was made on the following parties on the attached list via Facsimile.

Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 5th day of September, 2003.

NOTARY

NOTARIAL SEAL
MELISSA N. BISACCIA
Notary Public - State of Delaware
Date of Appointment: February 12, 2002
My Commission Expires: February 12, 2004

KRLSWIL:17147.1

| NAME | FIRM/COMPANY | FACSIMILE NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| James H. M. Sprayregen, Esq. | Kirkland & Ellis | 312.861.2200 | 312.861.2000 |
| Elihu Inselbuch, Esq. | Caplin & Drysdale, Chartered | 212.644.6755 | 212.319.7125 |
| Scott L. Baena, Esq. Robert W. Turken, Esq. | Bilzin Sumberg Dunn Baena Price & Alexrod LLP | 305.374.7593 | 305.374.7580 |
| Theodore J. Taconelli, Esq. Michael B. Joseph, Esq. | Ferry & Joseph, P.A. | 302.515.1714 | 302.575.1555 |
| Laura Davis Jones, Esq. David W. Carickhoff, Jr. Esq. | Pachulski, Stang, Ziehl, Young & Jones | 302.652.4400 | 302.652.4100 |
| Frank J. Perch, Esq. | Office of the United States Trustee | 302.573.6497 | 302.5736491 |
| Michael R. Lastowski, Esq. | Duane Morris & Heckscher LLP | 302.657.4901 | 302.657.4900 |
| Lewis Kruger, Esq. Kenneth Pasquale, Esq. Moshe Sassoon, Esq. | Strook & Strook & Lavan, LLP | 212.806.6006 | 212.806.5400 |
| Steven M. Yoder, Esq. | The Bayard Firm | 302.658.6395 | |
| J. Douglas Bacon, Esq. | Latham & Watkins | 312.993.9767 | |
| Thomas Mayer, Esq. Phil Bentley, Esq. Gary Becker, Esq. | Kramer Levin Naftalis & Frankel LLP | 212.688.2119 | 212.715.9100 |
| Mark T. Hurford, Esq. | Campbell & Levine | 302.426.1947 | 302.426.1900 |