IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  September 25, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE
## APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/03 | Janet S Baer | .20 | Office conference re Rodriguez stay motion and related matters. |
| 7/01/03 | James W Kapp | .40 | Develop strategy re response to issues raised by Rodriguez motion. |
| 7/01/03 | James W Kapp | 2.90 | Revise objection to Rodriguez automatic stay motion. |
| 7/01/03 | Christian J Lane | 1.00 | Review issues re Baker & Taylor motion for relief. |
| 7/02/03 | James W Kapp | 1.30 | Review revised objection to Rodriguez automatic stay motion. |
| 7/03/03 | James W Kapp | .90 | Revise objection to Rodriguez stay motion. |
| 7/03/03 | Christian J Lane | 1.00 | Research re false claims act issues re Conta motion for relief (.7); office conference re Conta motion for relief (.3). |
| 7/07/03 | Christian J Lane | 6.60 | Research re Costa motion for relief from stay (3.5); draft objection to Costa motion for relief from stay (1.5); office conferences re same (.5); telephone conferences with client and co-counsel re same (.8); correspondence re same (.3). |
| 7/08/03 | Janet S Baer | 1.00 | Office conference re Rodriguez stay motion matter (.2); review draft re same (.8). |
| 7/08/03 | James W Kapp | 3.40 | Review objection to Rodriguez automatic stay motion (1.1); revise objection to Costa/Thornburg automatic stay motion (2.3). |
| 7/08/03 | Christian J Lane | 6.00 | Draft and revise objection to Costa motion for relief from stay (2.8); research re same (1.0); telephone conferences with client and co-counsel re same (1.2); office conferences re same (1.0). |
| 7/09/03 | Janet S Baer | .50 | Office conference re Rodriguez and Baker & Taylor litigation issues and related litigation issues. |
| 7/09/03 | James W Kapp | 3.20 | Revise objection to Costa / Thornburg automatic stay motion. |
| 7/09/03 | Christian J Lane | 6.80 | Draft and revise objection to Costa motion for relief from stay (4.2); office conferences re same (.5); telephone conferences with client and co-counsel re same (.8); correspondence re same (.3); research re same (1.0). |
| 7/10/03 | James W Kapp | 3.40 | Revise objection to Costa/Thornburg stay motion. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/10/03 | Christian J Lane | 5.70 | Revise objection re Baker & Taylor relief from stay (3.8); finalize objection re Y. Rodriguez relief from stay (.5); office conferences re Baker & Taylor relief from stay (.5); telephone conferences with client re same (.4); correspondence re same (.2); Telephone conference with Posner re insurance issues (.2); office conference re same (.1). |
| 7/11/03 | James W Kapp | 2.70 | Revise objection to Costa / Thornberg automatic stay motion. |
| 7/11/03 | Christian J Lane | 3.80 | Revise and finalize objection to Costa motion for relief from stay (2.5); office conferences re same (.5); telephone conferences with client and co-counsel re same (.8). |
| 7/21/03 | James W Kapp | .20 | Review Thornburg motion for leave to file reply to objections. |
| 7/21/03 | James W Kapp | 1.80 | Review reply memo to Debtors objection to Costa automatic stay motion and exhibits. |
| 7/22/03 | Christian J Lane | 1.50 | Review correspondence re Baker & Taylor matter (.3); office conferences re same (.5); review and analyze Costa response to objection (.7). |
| 7/23/03 | Christian J Lane | 2.00 | Office conferences re Baker & Taylor matter (.5); analyze issues re Costa response to objection (.7); prepare for and participate in telephone conferences with client re same (.8). |
| 7/24/03 | James W Kapp | 1.90 | Review memo re legal theories re Thornberg/Costa motion for relief from stay. |
| 7/24/03 | Christian J Lane | 2.60 | Analyze and research issues re Costa response to objection (1.0); prepare for and participate in telephone conferences with client and co-counsel re same (1.2); review correspondence re same (.4) |
| 7/25/03 | Christian J Lane | 4.30 | Office conferences re Baker & Taylor matter (.9); analyze issues and prepare summary re Costa response to objection (2.6); prepare for and participate in telephone conferences with client re same (.8). |
| 7/28/03 | James W Kapp | 2.00 | Conference with W. Sparks re issues pertaining to Costa/Thornberry motion arising from omnibus hearing (1.0); readdress strategy re approach to litigation matters arising from court's comments at 7/28/03 hearing (1.0). |
| 7/28/03 | Christian J Lane | 2.50 | Confer with client and local counsel re Conta motion for relief (1.8); confer with client re Rodriguez motion for relief (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/29/03 | James W Kapp | .30 | Review correspondence re stay impact on Solow litigation (.1); review correspondence from W. Sparks re False Claims Acts and Costa/Thornburg motion (.2). |
| 7/29/03 | Christian J Lane | 1.40 | Review correspondence re Baker & Taylor matter (.3); office conferences re same (.6); prepare for and participate in telephone conferences with client re same (.5). |
| 7/30/03 | James W Kapp | .50 | Telephone conference with W. Sparks re Rodriguez motion for relief from stay. |
| 7/30/03 | Christian J Lane | 2.30 | Review correspondence re Baker & Taylor matter (.5); office conferences re same (.3); prepare for and participate in telephone conferences with client and co-counsel re same (1.5). |
| 7/31/03 | James W Kapp | .60 | Address response to Rodriguez motion. |
| 7/31/03 | Christian J Lane | 1.00 | Review correspondence re Baker & Taylor matter (.5); office conferences re same (.3); telephone conferences with client re same (.2). |
| | Total hours: | 75.70 | |

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/30/03 | Tiffany J Wood | 2.00 | Assist with preparation of omnibus objection to claims and follow up re same. |
| 7/01/03 | Rhonda Lopera | 2.50 | Review and analyze exhibits re omnibus objections to claims. |
| 7/02/03 | Christian J Lane | 2.00 | Office conferences re claims objections (.5); review materials prepared by BMC re claims objections (1.5). |
| 7/03/03 | Rhonda Lopera | 2.00 | Review and analyze claims re classification (1.5); interoffice conference re same (.3); telephone conference with BMC re same (.2). |
| 7/04/03 | Rhonda Lopera | 2.50 | Review and analyze exhibits re claim objections (1.0); prepare omnibus objection re non-substantive claims (1.5). |
| 7/06/03 | Rhonda Lopera | 1.50 | Review and analyze claim rejection reports (1.0); locate and identify duplicate claims (.5). |
| 7/07/03 | Rhonda Lopera | 2.00 | Review and analyze reports re claim classifications and objections (1.5); interoffice conference re same (.5). |
| 7/07/03 | Christian J Lane | 1.00 | Telephone conferences with client re claims objections and related issues (.4); office conferences re same (.4); telephone conferences with BMC re same (.2). |
| 7/08/03 | Tiffany J Wood | 2.00 | Assist with preparation of omnibus objection to claims. |
| 7/08/03 | Christian J Lane | 1.30 | Review draft claims objections (.8); office conferences re same (.5). |
| 7/09/03 | Rhonda Lopera | 3.00 | Review and analyze claim reports (1.2); interoffice conference re objection to property damage claims (.8); review and analyze claims re same (1.0). |
| 7/09/03 | Tiffany J Wood | 1.00 | Revise omnibus objection to claims. |
| 7/09/03 | Christian J Lane | .70 | Telephone conferences re claims objection process and preparations (.2); office conferences re same (.2); review and respond to correspondence re same (.3). |
| 7/10/03 | Tiffany J Wood | 1.50 | Revise omnibus objection to claims re attorney notes. |
| 7/10/03 | James W Kapp | .20 | Office conference re objection to claims. |
| 7/11/03 | Tiffany J Wood | 2.50 | Assist with preparation of omnibus objection to claims and follow up re same. |
| 7/11/03 | Christian J Lane | 1.00 | Telephone conferences re claims objection preparations (.2); office conferences re same (.3); review materials re same (.5). |
| 7/12/03 | Rhonda Lopera | 1.00 | Review and analyze case precedent re invalid claims. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/12/03 | Rhonda Lopera | 3.00 | Review and analyze case precedent re property damage claims (2.0); prepare claim objections re same (1.0). |
| 7/13/03 | Rhonda Lopera | 2.50 | Review and analyze claim reports (1.2); review and analyze exhibits re claim objections (1.3). |
| 7/14/03 | Rhonda Lopera | 2.00 | Review and analyze exhibits re claim objection (1.5); interoffice conference re same (.5). |
| 7/14/03 | Tiffany J Wood | 1.00 | Review attorney notes re property damage claims and revise omnibus objections re same. |
| 7/14/03 | James W Kapp | 1.90 | Review materials for call with company re objection to claims (.6); participate in telephone conference with claims objection with R. Fink, F. Zarembi, J. McFarland, B. Torrali, S. Ahern, M. Shelnitz and S. Farnsworth (1.3). |
| 7/14/03 | Christian J Lane | 1.50 | Prepare for and participate in telephone conferences re claims objection process and preparations (1.2); office conferences re same (.3). |
| 7/15/03 | Rhonda Lopera | 2.00 | Revise claim objections re non-substantive claims (1.5); interoffice conference re same (.5). |
| 7/15/03 | James W Kapp | .70 | Review settlement of claim procedures order (.2); attend to issues re omnibus objection to claims (.5). |
| 7/16/03 | Rhonda Lopera | 3.00 | Review and revise claim objection (1.5); interoffice conference re same (.5); telephone conference with BMC re exhibits of claim objections (1.0). |
| 7/16/03 | Rhonda Lopera | 1.50 | Review and analyze case precedent re asbestos claim and claim objections. |
| 7/16/03 | Tiffany J Wood | 4.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); update central files with current pleadings (1.0); analyze new correspondence and enter same into electronic filing database (1.0); review and prepare asbestos case precedent for attorney review (2.0). |
| 7/16/03 | James W Kapp | 1.40 | Review schedules to claim objections (.6); develop strategy re omnibus objection to claims (.2); revise omnibus objection notice (.6). |
| 7/16/03 | Christian J Lane | 3.50 | Review and revise claims objections and notices (2.2); office conferences re same (.8); telephone conferences with co-counsel and BMC re objections (.5). |
| 7/17/03 | Rhonda Lopera | 3.00 | Review and revise claim objections (1.5); review and analyze exhibits re same (1.0); interoffice conference re same (.5). |
| 7/17/03 | Janet S Baer | .30 | Office conference re Omnibus Objection issues. |

A-5

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/17/03 | Tiffany J Wood | 5.00 | Review attorney notes and new exhibits and revise omnibus objections re same. |
| 7/17/03 | James W Kapp | 3.80 | Revise debtors' first omnibus non-substantive objection to claims (1.7); revise debtors' second omnibus substantive objections to claims (2.1). |
| 7/17/03 | Christian J Lane | 6.50 | Review and revise omnibus claim objections and exhibits (4.); office conferences re same (1.8); telephone conferences with BMC and local counsel re same (.7). |
| 7/18/03 | Tiffany J Wood | 1.50 | Review attorney notes and revise omnibus objections re same. |
| 7/18/03 | James W Kapp | .80 | Revise modified non-substantive objections to claims (.4); revise modified substantive objections to claims (.4). |
| 7/18/03 | Christian J Lane | 4.00 | Review and revise first and second omnibus claims objections (2.5); office conferences re same (.7); telephone conferences with local counsel and BMC re same (.8). |
| 7/21/03 | James W Kapp | 1.00 | Review revised schedules to omnibus objections to claims. |
| 7/21/03 | Christian J Lane | 7.30 | Revise and finalize first and second omnibus claims objections (3.8); office conferences re same (1.7); telephone conferences with local counsel and BMC re same (1.8). |
| 7/22/03 | Rhonda Lopera | 1.00 | Return creditor call (.3); arrange logistics re voice mail box designated for creditor calls (.2); interoffice conference re same (.5). |
| 7/22/03 | James W Kapp | .40 | Office coference re omnibus objections. |
| 7/22/03 | Christian J Lane | 2.40 | Telephone conferences re claims objection process (.4); office conferences re same (.7); review correspondence re same (.5); prepare additional materials re same (.8). |
| 7/23/03 | Janet S Baer | .70 | Conference with R. Finke re letter to late claim filers (.2); conference with St. Paul re status of Solow case, claim and stay issues (.3); office conference re PI claim objection issues (.2). |
| 7/23/03 | Christian J Lane | 2.30 | Telephone conferences re claims objections (.8); office conferences re same (.7); prepare additional materials re same (.8);. |
| 7/24/03 | Janet S Baer | 1.40 | Prepare "form" letter re late and other defective claims (.5); review Bar Date materials re same (.3); prepare transmittal re bar date/claims letter (.3); office conference re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/24/03 | Tiffany J Wood | .50 | Prepare call log re responses to omnibus objection to claims. |
| 7/24/03 | James W Kapp | .30 | Review letter to claimants re invalid proofs of claim (.2); develop strategy re same (.1). |
| 7/24/03 | Christian J Lane | 2.50 | Telephone conferences re claims objections (.4); office conferences re same (1.3); prepare additional materials re same (.8). |
| 7/25/03 | Tiffany J Wood | 1.00 | Review docket re responses to omnibus objections and follow up re same (.5); retrieve various proofs of claim and prepare same for attorney review (.5). |
| 7/25/03 | Christian J Lane | 1.60 | Review responses to claims objections (.5); office conferences re same (.7); office conferences re process of responding to objection responses (.4). |
| 7/28/03 | Rhonda Lopera | 1.50 | Respond to creditor calls re omnibus objection (.5); interoffice conference re preparation of creditor call log (.5); review and analyze claims re creditor calls (.5). |
| 7/28/03 | Janet S Baer | .30 | Conference with J. Watts re claim issue. |
| 7/28/03 | Tiffany J Wood | .50 | Review messages re omnibus objection to claims and record same in call log. |
| 7/29/03 | Rhonda Lopera | 1.50 | Respond to creditor calls re omnibus objection (.5); review and analyze claims re omnibus objection (.7); revise and update creditor call log (.3). |
| 7/29/03 | Tiffany J Wood | 1.50 | Review messages re omnibus objection to claims and record same in call log. |
| 7/29/03 | Tiffany J Wood | .50 | Review claims re omnibus objections and prepare same for attorney review. |
| 7/29/03 | James W Kapp | .20 | Review Wachovia response to claim objection. |
| 7/29/03 | Christian J Lane | 3.70 | Review claim responses (.8); office conferences re handling responses (2.2); respond to claimants (.7). |
| 7/30/03 | Rhonda Lopera | 2.00 | Interoffice conference re status of creditor responses to omnibus objections (.5); respond to creditor calls re same (1.0); update and revise creditor call log (.5). |
| 7/30/03 | Janet S Baer | .40 | Office conference re claim objection response issues and protocol. |
| 7/30/03 | Tiffany J Wood | 2.00 | Review messages re omnibus objection to claims and record same in call log. |
| 7/30/03 | Tiffany J Wood | .50 | Review docket re responses to omnibus objections and prepare same for attorney review. |
| 7/30/03 | James W Kapp | .20 | Review response of NAI Collins to claim objection. |
| 7/30/03 | Christian J Lane | 3.50 | Review claim responses (1.3); office conferences re handling responses (1.5); respond to claimants (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/03 | Rhonda Lopera | 1.50 | Respond to creditor calls re omnibus hearing (1.0); update call log re same (.5). |
| 7/31/03 | Tiffany J Wood | 1.50 | Review messages re omnibus objection to claims and record same in call log. |
| 7/31/03 | Christian J Lane | 4.20 | Review additional claims objection responses (1.0); office conferences re claims (1.5); telephone conferences with creditors re claims objections (1.); telephone conferences with clients re claims issues (.7). |
| | Total hours: | 131.00 | |

A-8

### Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/30/03 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (.5); review docket re newly filed orders and update indices and central files re same (1.0); review docket re status of motions and update status chart re same (.8); review docket re CNO's and follow up re same (1.2); analyze new correspondence and enter same into electronic filing database (.5). |
| 7/01/03 | Rhonda Lopera | 1.50 | Review and analyze docket re fee applications (.7); review and analyze certificates of no objection re same (.5); return creditor calls (.3). |
| 7/01/03 | Tiffany J Wood | 2.00 | Assist with preparation of motion and follow up re same. |
| 7/01/03 | James W Kapp | .30 | Review pleadings and correspondence. |
| 7/02/03 | Rhonda Lopera | 1.50 | Review and analyze adversary docket re stipulation and signed order (.5); review and analyze docket re adversary critical dates (1.0). |
| 7/02/03 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re newly filed pleadings and prepare same for attorney review (.5); review docket re CNO's and follow up re same (.5). |
| 7/02/03 | James W Kapp | .30 | Review article re asbestos bonds in Daily Bankruptcy Review (.1); review dockets (.1); review pleadings and correspondence (.1). |
| 7/03/03 | Rhonda Lopera | .50 | Review and analyze central file re appointment of examiner documents. |
| 7/03/03 | Rhonda Lopera | 1.00 | Review and analyze central file re quarterly fee applications (.7); review and analyze certificates of no objection re same (.3). |
| 7/03/03 | Janet S Baer | 3.50 | Review and organize documents from all outstanding matters (1.8); preserve and designate documents re ZAI, PI case management and PI, ZAI Bar Date issues (1.7). |
| 7/03/03 | Tiffany J Wood | 2.00 | Update central files with current pleadings (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 7/03/03 | James W Kapp | .10 | Review docket. |
| 7/07/03 | Rhonda Lopera | 1.00 | Review and analyze docket re adversary cases (.7); interoffice conference re signed order in adversary case (.3). |
| 7/07/03 | Rhonda Lopera | 1.50 | Return creditor calls (.5); review and analyze pleadings re incorporation into central file (1.0). |

A-9

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/07/03 | Tiffany J Wood | 5.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update status chart re same (.5); review docket re CNO's and follow up re same (1.0); review affidavits re casewide conflicts list and follow up re same (3.0). |
| 7/07/03 | Christian J Lane | 1.00 | Review filed pleadings (.3); review and comment on critical dates (.4); office conferences re overall case status issues (.3). |
| 7/07/03 | Shirley A Pope | 2.30 | Review docket for newly filed pleadings and download same (1.3); review and organize pleadings for litigation support database entry (1.0). |
| 7/08/03 | Rhonda Lopera | 1.50 | Review and analyze adversary docket re critical dates (.7); update and revise critical dates (.5); return creditor calls (.3). |
| 7/08/03 | Rhonda Lopera | 2.00 | Review and analyze docket re signed orders (1.0); review and analyze orders re hearing dates (.5); interoffice conference re same (.5). |
| 7/08/03 | Tiffany J Wood | .50 | Update central files with current pleadings. |
| 7/08/03 | James W Kapp | .60 | Review pleadings and correspondence (.4); review docket (.1); review Daily Bankruptcy Review article re insurance support for asbestos legislation (.1). |
| 7/08/03 | Christian J Lane | .70 | Review filed pleadings (.4); office conferences re various case management issues (.3). |
| 7/09/03 | Rhonda Lopera | 2.00 | Review and analyze docket re certificate of no objection (.7); interoffice conference re same (.3); review and analyze docket re signed orders re professionals (1.0). |
| 7/09/03 | Tiffany J Wood | .50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review. |
| 7/09/03 | James W Kapp | .30 | Review pleadings and correspondence (.2); review dockets (.1). |
| 7/09/03 | Christian J Lane | .50 | Review exhibit for quarterly OCP report (.3); office conferences re case status issues (.2). |
| 7/09/03 | Shirley A Pope | 2.00 | Review correspondence and forward to responsible attorney for action (1.0); review docket for newly filed pleadings and download same (1.0). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/10/03 | Christian J Lane | 2.20 | Prepare 9th quarterly OCP report (.3); telephone conference with committee counsel re Summit Ventures (.2); telephone conference with counsel re Summit Ventures (.2); revise stipulation re same (.5); Telephone conference with local counsel re case status issues (.3); review filed pleadings (.2); office conference re case status (.2); review critical dates (.3). |
| 7/11/03 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (1.0); interoffice conference re same (.3); review and analyze adversary docket re critical dates (.7). |
| 7/11/03 | Rhonda Lopera | 2.00 | Review and analyze pleadings re incorporation into central file (1.2); return creditor calls (.3); review and analyze adversary docket re objection deadline (.5). |
| 7/11/03 | Tiffany J Wood | 2.50 | Review docket and adversary dockets re newly filed pleadings and update critical dates chart re same (.5); review docket re status of motions and update status chart re same (.5); analyze new correspondence and enter same into electronic filing database (1.0); review current pleadings and update central files re same (.5). |
| 7/11/03 | James W Kapp | .30 | Review pleadings and correspondence (.2); review docket (.1). |
| 7/11/03 | Christian J Lane | 1.30 | Prepare for and participate in telephone conference with PI committee counsel and client re case issues and communications (.8); office conference re critical dates (.5). |
| 7/11/03 | Shirley A Pope | 4.00 | Review and revise litigation support database re Gerard appeal briefs (2.0); review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (.5). |
| 7/13/03 | Rhonda Lopera | .50 | Review and analyze docket re professional fee applications. |
| 7/14/03 | Rhonda Lopera | 1.50 | Review and analyze docket re signed order and certificate of no objection (.5); telephone conference with local counsel re filing of certificate of no objection (.3); interoffice conference re same (.2); return creditor calls (.5). |
| 7/14/03 | Rhonda Lopera | 1.50 | Interoffice conference re new matter numbers (.3); review and analyze docket re critical dates (.7); update and revise critical dates (.5). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/14/03 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update chart re same (.5); review adversary docket re CNO's (1.0); review and prepare asbestos case precedent for attorney review (1.5). |
| 7/14/03 | James W Kapp | .60 | Review pleadings and correspondence (.3); review docket (.1); review Daily Bankruptcy Review re article on insurance opposition to asbestos legislation (.1); review critical date list (.1). |
| 7/14/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (.5); search database and organize CMO documents for attorney use (1.0). |
| 7/15/03 | Rhonda Lopera | 2.00 | Research re asbestos case precedent (1.5); return creditor calls (.5). |
| 7/15/03 | Tiffany J Wood | 3.50 | Review docket re motion for summary judgment and prepare same for attorney review (1.0); retrieve, review and prepare asbestos case precedent for attorney review (2.5). |
| 7/15/03 | Christian J Lane | .70 | Telephone conferences with local counsel re case administration issues. |
| 7/15/03 | Shirley A Pope | 4.50 | Review correspondence and forward to responsible attorney for action (.5); search litigation support database re CMO briefs and prepare for attorney use (1.0); review docket for newly filed pleadings and download same (1.0); review RJR Nabisco docket and compare to litigation support database to ensure completeness of Grace files (1.0); review docket for newly filed pleadings and download same (1.0). |
| 7/16/03 | Tiffany J Wood | 4.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); update central files with current pleadings (1.0); analyze new correspondence and enter same into electronic filing database (1.0); review and prepare asbestos case precedent for attorney review (2.0). |
| 7/16/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/16/03 | Christian J Lane | 1.50 | Correspondence with local counsel re various open issues (.3); office conferences re same (.5); correspondence with committee counsel re filed notices (.2); review and comment on critical dates (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/16/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation database entry (1.5); prepare documents for attorney use (.5); review and revise litigation database entries (1.0). |
| 7/17/03 | Rhonda Lopera | 1.00 | Review and analyze docket re adversary cases (.7); update and revise critical dates re same (.3). |
| 7/17/03 | Sorah Kim | 4.00 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/17/03 | James W Kapp | .30 | Review pleadings and correspondence (.2); review docket (.1). |
| 7/17/03 | Christian J Lane | .30 | Review filed pleadings. |
| 7/17/03 | Shirley A Pope | 2.00 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and download (1.0); review and organize pleadings for litigation database entry (.5). |
| 7/18/03 | Tiffany J Wood | 1.00 | Review and revise quarterly reports and follow up re same. |
| 7/18/03 | Sorah Kim | 3.00 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/18/03 | James W Kapp | .30 | Review pleadings and correspondence. |
| 7/18/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and down load same (1.0); review and revise litigation database entries (1.0); prepare expert documents for attorney use (1.0). |
| 7/20/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.7); review and analyze docket re signed orders (.3). |
| 7/21/03 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); update and revise critical dates (.5); return creditor calls (.3); retrieve signed order re adversary case (.5). |
| 7/21/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.7); interoffice conference re status of certificate of no objection (.3). |
| 7/21/03 | Tiffany J Wood | 2.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re motion for summary judgment and prepare same for attorney review (1.0); analyze new correspondence and enter same into electronic filing database (.5). |
| 7/21/03 | Sorah Kim | 4.50 | Review and catalog pleadings for Concordance Litigation Support System. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/03 | Christian J Lane | 1.20 | Finalize quarterly reports on sales and settlements (.5); office conference re issues regarding professional retentions (.7). |
| 7/21/03 | Shirley A Pope | 7.00 | Review docket for newly filed pleadings and download (2.0); review and organize pleadings for litigation support database entry (1.0); prepare CMO documents for attorney use (2.0); prepare documents re July 28 Agenda for attorney use (2.0). |
| 7/22/03 | Tiffany J Wood | 4.00 | Review docket re list of top creditors and distribute same for attorney review (.5); update central files with current pleadings (1.5); review docket re professional information and update central files re same (2.0). |
| 7/22/03 | Sorah Kim | 2.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/22/03 | James W Kapp | 1.20 | Review pleadings and correspondence (.2); review docket (.2); review 10-Q disclosure re proofs of claim (.4); telephone conference with M. Shelnitz re same (.4). |
| 7/22/03 | Christian J Lane | .90 | Review filed pleadings (.5); review and comment on critical dates (.4). |
| 7/22/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download (2.0); review and organize pleadings for litigation support database entry (1.0); review correspondence and forward to responsible attorney for action (1.0). |
| 7/23/03 | Tiffany J Wood | 3.00 | Review docket re hearing agenda and prepare related documents for attorney review (1.5); research case precedent re asbestos litigation and prepare same for attorney review (1.5). |
| 7/23/03 | Sorah Kim | 2.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/23/03 | James W Kapp | .10 | Review pleadings and correspondence. |
| 7/23/03 | Shirley A Pope | 7.00 | Review correspondence and forward to responsible attorney for action (1.0); prepare Gerard pleadings for attorney use (1.0); review docket for newly filed pleadings and download same (2.0); review and organize pleadings for litigation support database entry (1.0); revise litigation support system database (2.0). |
| 7/24/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); prepare and revise critical dates (.5); return creditor call (.3). |
| 7/24/03 | Rhonda Lopera | 1.50 | Review and analyze case precedent re asbestos cases (1.0); review and analyze court dockets re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/24/03 | Tiffany J Wood | 5.50 | Retrieve claims and prepare same for attorney review (.5); review docket re status of motions and update status chart re same (.5); update central files with current pleadings (1.0); review docket re professionals retained and update central files re same (1.0); research case precedent re asbestos litigation and prepare same for attorney review (2.5). |
| 7/24/03 | Sorah Kim | 3.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/24/03 | James W Kapp | .30 | Review pleadings and correspondence (.2); review docket (.1). |
| 7/24/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (1.0); review Gerard docket for newly filed pleadings and compare with litigation support database to ensure completeness (.5); review correspondence and forward to responsibile attorney for action (1.0); organize documents forwarded by attorney for inclusion in Grace subject files (1.0). |
| 7/25/03 | Rhonda Lopera | 1.50 | Review and analyze docket re retained professionals (.7); research background of retained professionals re adversary case (.5); return creditor calls (.3). |
| 7/25/03 | Tiffany J Wood | 2.50 | Review docket re Kinsella motion and order (.5); research case precedent re asbestos litigation and prepare same for attorney review (2.0). |
| 7/25/03 | Sorah Kim | .80 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/25/03 | Shirley A Pope | 4.30 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support database entry (.5); review and revise litigation support database (2.0); review and organize Gerard appellate briefs for attorney use (.8). |
| 7/28/03 | Tiffany J Wood | 1.00 | Review docket re newly filed order and update indices and order binders re same. |
| 7/28/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support database entry (.5); review correspondence and forward to responsible attorney for action (.5); review and revise litigation support pleadings database re Chakarian adversary proceeding (1.0). |
| 7/29/03 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); revise and update critical dates (.5); review and analyze case precedent re asbestos case (.8). |
| 7/29/03 | James W Kapp | .60 | Review dockets (.2); review pleadings and correspondence (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/29/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support database entry (1.0); review adversarial proceedings dockets for newly filed pleadings and download same (.5); organize adversarial pleadings and compare to litigation support database to ensure completeness (.5). |
| 7/30/03 | James W Kapp | 1.30 | Review pleadings and correspondence (.2); attend internal status meeting re outstanding issues (1.0); review docket (.1). |
| 7/31/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); interoffice conference re same (.3); review and analyze pleadings re incorporation into central file (.5). |
| 7/31/03 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update status chart re same (1.0); analyze new correspondence and enter same into electronic filing database (1.0); review central files re case precedent and follow up re same (1.0). |
| 7/31/03 | James W Kapp | .10 | Review Daily Bankruptcy Review re Grace exclusivity motion. |
| 7/31/03 | Christian J Lane | 1.00 | Review filed pleadings (.3); office conferences re case management including upcoming critical dates (.3); review and respond to committee counsel inquiry re settlement notice (.4). |
| | Total hours: | 186.90 | |

### Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/03 | Christian J Lane | 1.00 | Draft and revise stipulation re Summit Ventures (.8); office conferences re same (.2). |
| 7/02/03 | James W Kapp | .50 | Revise stipulation with Summit Venture re assumption of contract. |
| 7/02/03 | Christian J Lane | .70 | Review committee queries re Summit Ventures motion (.3); telephone conference with client re same (.2); correspondence re same (.2). |
| 7/07/03 | Christian J Lane | .50 | Review correspondence re Summit Venture contract. |
| 7/10/03 | Christian J Lane | .30 | Telephone conference with counsel re Caterpillar payment issues (.2); office conference re same (.1). |
| 7/16/03 | Janet S Baer | .30 | Respond to inquiry on liability re potential sale of Vermiculite business. |
| 7/22/03 | Janet S Baer | .40 | Conference re Vermiculite business sale issues. |
| 7/22/03 | James W Kapp | .70 | Telephone conference with M. Shelnitz re potential acquisition. |
| 7/22/03 | James W Kapp | .30 | Develop strategy re potential licensing transaction. |
| 7/23/03 | Janet S Baer | .80 | Conference with representatives of Grace re potential sale of vermiculite business. |
| 7/23/03 | James W Kapp | .90 | Telephone conference with B. Tarula, M. Shelnitz, P. Handlon and B. Pettachi re potential sale transaction. |
| 7/25/03 | James W Kapp | .10 | Review executed order re Daleen stipulation. |
| 7/29/03 | James W Kapp | .70 | Telephone conference with M. Shelnitz and C. Cross re potential acquisition. |
| 7/29/03 | Christian J Lane | 2.00 | Prepare for and participate in telephone conferences with client re patent licenses (1.2); correspondence with Blackstone re same (.5); telephone conferences with local counsel re same (.3). |
| | Total hours: | 9.20 | |

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/03 | Christian J Lane | 2.00 | Prepare for and participate in telephone conferences re pension funding (1.5); office conferences re same (.5). |
| 7/03/03 | Christian J Lane | 1.20 | Review actuarial materials (.5); telephone conferences re same (.5); correspondence re same (.2). |
| 7/07/03 | Christian J Lane | 1.50 | Telephone conferences with PD committee counsel and client re pension funding motion issues (1.0); correspondence re same (.5). |
| 7/08/03 | Christian J Lane | 1.80 | Prepare for and participate in telephone conferences with PD committee counsel and client re pension funding motion issues (1.5); correspondence re same (.3). |
| 7/09/03 | Christian J Lane | 1.30 | Telephone conferences with committee counsel re pension funding motion (.6); telephone conferences with client re same (.4); review and respond to correspondence re same (.3). |
| 7/10/03 | James W Kapp | .40 | Respond to inquiries from committee re pension motion. |
| 7/10/03 | Christian J Lane | 1.30 | Telephone conferences with client re pension funding motion (.5); telephone conferences with committee counsel re same (.5); office conferences re same (.3). |
| 7/11/03 | Vicki V Hood | .20 | Telephone conference re creditors committee challenge to pension funding motion. |
| 7/11/03 | Christian J Lane | 2.50 | Prepare for and participate in telephone conferences with client, Blackstone and committees re pension funding (1.8); correspondence re same (.7). |
| 7/14/03 | Christian J Lane | 1.90 | Prepare for and participate in several telephone conferences with client, Blackstone and committees re pension funding (1.2); correspondence re same (.7). |
| 7/16/03 | Christian J Lane | 1.20 | Prepare for and participate in several telephone conferences with client, Blackstone and committees re pension funding (.7); revise order (.3); correspondence re same (.2). |
| 7/17/03 | Christian J Lane | 2.00 | Revise pension funding order (.5); telephone conferences with client and Blackstone re same (.8); telephone conferences with committee counsel re revisions to order (.4); office conferences re same (.3). |
| 7/22/03 | Christian J Lane | 1.50 | Prepare for and participate in several telephone conferences with client and committees re pension funding (.8); correspondence re same (.7). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/23/03 | Christian J Lane | 2.00 | Prepare for and participate in several telephone conferences with client and committees re pension funding (.7); correspondence re same (3); review comments to order (.6); revise order (.4). |
| 7/24/03 | James W Kapp | .20 | Address issues re negotiation of pension benefit order with committees. |
| 7/24/03 | Christian J Lane | 2.60 | Prepare for and participate in several telephone conferences with client and committees re pension funding (.7); correspondence re same (3); review comments to order (.6); revise order (.6); office conferences re same (.4). |
| 7/25/03 | James W Kapp | .60 | Address strategic issues re revisions to pension benefit order. |
| 7/28/03 | Christian J Lane | .50 | Telephone conference with client re pension funding (.3); conference with local counsel re same (.2). |
| 7/29/03 | Christian J Lane | .20 | Correspondence re pension funding order. |
| | Total hours: | 24.90 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/03 | Janet S Baer | 1.90 | Conference with W. Sparks re Grumman lawsuit and stay issues (.5); conference with K. Lund and R. Emmett re Libby issues (.3); office conference re status of various outstanding issues (.2); review materials re MDEQ matter (.2); review and organize various litigation materials for storage and maintenance (.4); review comments re EAIC/Gerling settlement agreement (.3). |
| 7/01/03 | James W Kapp | .60 | Telephone conference with W. Sparks re Cablevision litigation and bankruptcy implications. |
| 7/02/03 | Janet S Baer | .90 | Respond to R. Emmett re MDEQ issue (.3); review further materials re EAIC/Gerling settlement (.6). |
| 7/02/03 | Mark E Grummer | .30 | Review emails re various environmental sites and organize files re same. |
| 7/03/03 | Janet S Baer | .50 | Review revised version of motion re Montana Vermiculate Company (.4); office conference re same (.1). |
| 7/03/03 | Mark E Grummer | .20 | Review materials re environmental claims. |
| 7/03/03 | Christian J Lane | .80 | Draft and revise stipulation re Smolker litigation not involving debtors. |
| 7/07/03 | Janet S Baer | .70 | Review draft documents re Libby consent orders on certain clean-up (.3); prepare response re same (.2); follow up re same (.2). |
| 7/07/03 | Mark E Grummer | 1.30 | Review draft EPA administrative order re Libby Flyway site (1.0); prepare email to team evaluating bankruptcy issues re same (.3). |
| 7/07/03 | Christian J Lane | 1.00 | Correspondence re Hughes deposition re National Union adversary proceeding (.4); review materials in preparation for same (.6). |
| 7/08/03 | Janet S Baer | 1.00 | Review correspondence re EAIG/Gerling agreement (.5); review most recent draft of Montana Vermiculite matter (.3); follow up re BIS Settlement (.2). |
| 7/09/03 | Christian J Lane | .70 | Telephone conferences re French patent litigation (.2); finalize affidavit for French patent litigation (.3); correspondence re same (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/10/03 | Janet S Baer | 3.00 | Review draft EPA Flyway Administrative Order (.5); telephone conference re fee issue in Honeywell litigation (.5); confer with K. Lund and R. Emmett re Flyway Order (.3); revise same (.5); office conference re Flyway Motion and National Union deposition of J. Hughes (.5); review comments from M. Shelnitz and J. Posner re EAIG/Gerling agreement (.3); conference with M. Shelnitz and C. Marrero re Marrero fee issue (.4). |
| 7/10/03 | Mark E Grummer | 1.30 | Review revised draft EPA consent order re Libby "Flyway" site (.9); correspondence and telephone conferences re same (.4). |
| 7/10/03 | James W Kapp | .30 | Office conference re potential Flyway project. |
| 7/11/03 | Mark E Grummer | .10 | Prepare for telephone conference re proofs of claim. |
| 7/11/03 | Christopher Landau | 2.00 | Review district court summary judgment opinion and other materials (1.5); office conferences re same (.5). |
| 7/12/03 | Christian J Lane | 2.00 | Review documents produced in National Union adversary (.7); draft correspondence to National Union counsel re same (.5); analyze issues re Hughes deposition (.8). |
| 7/13/03 | Christian J Lane | 1.50 | Prepare for deposition of Jay Hughes re National Union adversary proceeding. |
| 7/14/03 | Janet S Baer | 1.00 | Follow up re Environmental claims meeting (.2); review critical dates list (.2); review revised EAIC/Gerling settlement agreement and J. Posner comments re same (.6). |
| 7/14/03 | Brett H McGurk | 1.50 | Office conference re Libby matter (.5); review materials and background study (1.0). |
| 7/14/03 | Christopher Landau | 2.00 | Review materialsre Libby (1.5); telephone conference re same (.5). |
| 7/14/03 | Christian J Lane | 3.00 | Review materials in preparation for deposition of Jay Hughes re National Union adversary proceeding (2.3); telephone conferences re same (.7). |
| 7/15/03 | Brett H McGurk | 3.50 | Research on CERCLA and EPA issues, focusing on removal and remedial actions (2.3); analyze litigation strategies on appeal (1.2). |
| 7/15/03 | Christian J Lane | 4.50 | Prepare for and defend deposition of Jay Hughes re National Union adversary proceeding. |
| 7/16/03 | Brett H McGurk | 2.50 | Research and reading of treatise including Grad's Treatise of Environmental Law substantial section on point (1.8); factual research in to the history of Libby (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/16/03 | Christian J Lane | 3.00 | Review settlement agreement with EPA (.8); Draft motion re settlement with EPA (1.4); office conferences re same (.8). |
| 7/17/03 | Janet S Baer | 1.40 | Conference with K. Lund re Flyway motion (.4); conference with R. Maggio and S. Ahern re Patent Infringement matter and potential for settlement (.4); conference with new appellate counsel re Libby appeal (.3); begin review of Flyway motion (.3). |
| 7/17/03 | Christopher Landau | 6.30 | Review materials in preparation for Ninth Circuit appeal re Libby. |
| 7/18/03 | Janet S Baer | 5.40 | Conference with D. Bernick re Montana Vermiculite motion (.3); confer with A. Madigan re Flyway motion (.3); review and revise Flyway motion (1.5); review new Administrative Order and confer with K. Lund re same (.5); further revise Motion on Flyway order (1.0); revise Montana Vermiculite motion (1.0); conference with K. Lund re Flyway motion (.3); further revise Flyway Motion and circulate to relevant parties (.5). |
| 7/18/03 | Brett H McGurk | 2.50 | Caselaw research and review related materials re appeal re Libby. |
| 7/18/03 | James W Kapp | .40 | Attend to issues re Montana Vermiculite motion. |
| 7/18/03 | James W Kapp | .90 | Review motion approving administrative order with the EPA. |
| 7/18/03 | Christopher Landau | 3.00 | Review materials in preparation for Ninth Circuit appeal. |
| 7/18/03 | Christian J Lane | 3.00 | Review and revise motion to approve settlement with EPA (1.5); office conferences re same (.5); revise motion re Montana Vermiculite Company (.8); telephone conferences with local counsel re same (.2). |
| 7/20/03 | Brett H McGurk | 2.30 | Research for Ninth Circuit Appeal. |
| 7/21/03 | Janet S Baer | 1.10 | Review comments on Libby Flyway matter and finalize same for filing (.5); confer re Baker & Taylor lift stay motion and response (.2); review Flyway and Montana Vermiculite Orders and revise same for filing (.4). |
| 7/21/03 | Brett H McGurk | 1.80 | Factual and legal research (1.0); draft summary of research (.8). |
| 7/21/03 | Bibliographic Research | .50 | Bibliographic Research EPA action memorandum and Libby, MT superfund. |
| 7/21/03 | Christian J Lane | 3.50 | Revise and finalize motion and draft order to approve settlement with EPA (1.9); office conferences re same (.6); finalize motion re Montana Vermiculite Company (.8); telephone conferences with local counsel re same (.2). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/22/03 | Janet S Baer | 2.80 | Review Libby Flyway order and provide additional comments re same (.8); conference with W. Sparks re Retrograd discovery issues (.3); review Gerard appellate opinion (.8); conference with J. Wisler re same (.3); office conference re patent matter and claim disclosures (.3); review and revise Flyway order (.3). |
| 7/22/03 | Christian J Lane | 1.00 | Review and analyze issues re National Union adversary. |
| 7/23/03 | Janet S Baer | .30 | Confer re Gerard opinion and related matters. |
| 7/24/03 | Christopher Landau | 1.00 | Review articles/cases re relevant CERCLA issues in preparation for Ninth Circuit appeal. |
| 7/25/03 | Janet S Baer | 1.10 | Conference with D. Siegel re Gerard opinion and appeal issues plus status re other outstanding matters (.3); follow up re appeal questions (.3); review Gerard opinion on Indemnity issue raised by client (.5). |
| 7/28/03 | Janet S Baer | .40 | Prepare correspondence re St. Paul's counsel and Solow case. |
| 7/30/03 | Janet S Baer | .80 | Conference re status of various stay related matters (.3); conference with J. Wissler re potential Maryland Casualty/Gerard appeal (.3); conference re BIS settlement issues (.2). |
|  | Total hours: | 80.60 |  |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/03 | James W Kapp | .40 | Review July omnibus agenda (.3); prepare correspondence to P. Cuniff re same (.1). |
| 7/21/03 | James W Kapp | .20 | Review final agenda for 7/28 hearing. |
| 7/23/03 | Christian J Lane | 1.50 | Review materials in preparation for hearing (.7); office conferences re preparations for hearing (.8). |
| 7/28/03 | James W Kapp | 6.90 | Review pleadings in preparation for 7/28/03 omnibus hearing (5.6); attend omnibus hearing (1.3). |
| 7/28/03 | Christian J Lane | 2.00 | Prepare for and attend hearing. |
|  | Total hours: | 11.00 |  |

A-24

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/03 | Toni L Wallace | .30 | Finalize May fee application (.2); forward to local counsel for filing and service (.1). |
| 7/07/03 | Christian J Lane | 1.50 | Draft and revise response to Fee auditor report. |
| 7/08/03 | Toni L Wallace | .10 | Office conference interim compensation motion and order. |
| 7/09/03 | Christian J Lane | 1.50 | Draft and revise response to fee auditor's initial report (1.0); confer with Grace team members re relevant sections of same (.5). |
| 7/10/03 | Toni L Wallace | .80 | Search docket for filing information re fee applications and CNOs (.3); update tracking charts of fees and expenses with May fee application numbers for use with quarterly fee applications (.5). |
| 7/10/03 | Janet S Baer | .50 | Review Fee Examiners Report for 8th period and comment on draft response re same. |
| 7/10/03 | James W Kapp | 1.00 | Revise response to Fee Auditor re eighth interim period. |
| 7/10/03 | Christian J Lane | .80 | Office conference re fee auditor response (.3); revise response (.5). |
| 7/11/03 | Christian J Lane | .60 | Office conference re fee auditor response (.2); revise response (.4). |
| 7/13/03 | Christian J Lane | 1.00 | Revise response to fee auditor report for Eighth interim period. |
| 7/14/03 | James W Kapp | .60 | Review response to fee auditors initial report for eighth period. |
| 7/14/03 | Christian J Lane | 1.00 | Prepare June fee detail. |
| 7/15/03 | Christian J Lane | 2.00 | Prepare June fee detail (1.0); Finalize Fee Auditor Response (1.0). |
| 7/17/03 | James W Kapp | .30 | Review fee auditors final report for eighth period. |
| 7/18/03 | Christian J Lane | 1.30 | Prepare June fee detail. |
| 7/21/03 | Christian J Lane | 1.00 | Prepare June fee detail. |
| 7/22/03 | Toni L Wallace | 2.00 | Revise June fee application (.4); prepare exhibits to same (1.6). |
| 7/23/03 | Toni L Wallace | .90 | Revise exhibits to June fee application. |
| 7/24/03 | Toni L Wallace | .70 | Revise June monthly fee statement and exhibits to same. |
| 7/28/03 | Toni L Wallace | 1.00 | Final revisions to June fee summary application and exhibits (.9); forward same to local counsel for filing and service (.1). |
| 7/30/03 | Toni L Wallace | 1.50 | Prepare draft of ninth quarterly fee application. |
|  | Total hours: | 20.40 |  |

A-25

## Matter 37 – Plan and Disclosure Statement

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/03 | Christian J Lane | .70 | Review motion to extend exclusivity. |
| 7/18/03 | Janet S Baer | .60 | Review/revise draft motion re exclusivity (.3); office conference re same (.3). |
| 7/18/03 | James W Kapp | 1.00 | Revise exclusivity extension motion. |
| 7/18/03 | Christian J Lane | 1.00 | Revise motion to extend exclusivity (.7); telephone conference with local counsel re same (.3). |
| 7/21/03 | Christian J Lane | .50 | Finalize motion to extend exclusivity (.2); telephone conference with local counsel re same (.3). |
| 7/22/03 | James W Kapp | .30 | Review correspondence from M. Shelnitz re plan exclusivity. |
| 7/22/03 | Christian J Lane | .60 | Correspondence and office conferences re exclusivity extension. |
| 7/25/03 | Janet S Baer | .70 | Conference with various parties re Futures Rep. issues (.5); review material re D. Gross (.2). |
| 7/31/03 | Janet S Baer | .70 | Conference with L .Krueger re futures rep issue (.3); prepare correspondence re same (.2); conference with S. Baena re same (.2). |
| | Total hours: | 6.10 | |

A-26

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/14/03 | Christian J Lane | 3.00 | Travel from Boston to Chicago re Hughes deposition (billed at one-half time). |
| 7/15/03 | Christian J Lane | 3.00 | Travel from Boston to Chicago re Hughes deposition (billed at one-half time). |
| 7/27/03 | Christian J Lane | 3.20 | Travel from Chicago to Wilmington for hearing (weather delay) (billed at one-half time). |
| 7/28/03 | Christian J Lane | 2.50 | Travel from Wilmington to Chicago (billed at one-half time). |
| | Total hours: | 11.70 | |

A-27

## Matter 51 – ZAI Science Trial – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/11/03 | David M Bernick, P.C. | .80 | Conduct telephone conference with D. Siegel re ZAI. |
| 7/07/03 | Rhonda Lopera | 1.50 | Review and analyze pleadings re ZAI litigation and incorporate same into central file (1.0); review and analyze docket re ZAI hearing dates (.5). |
| 7/07/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (2.0); review and organize pleadings and attachments for litigation support database entry (1.0). |
| 7/08/03 | Rhonda Lopera | 2.00 | Review and analyze ZAI pleadings re incorporation into central file (1.5); review and analyze exhibits re same (.5). |
| 7/08/03 | James W Kapp | .30 | Review ZAI objection to summary judgment motion. |
| 7/08/03 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings and download same (1.5); review and organize summary judgment briefs and attachments for litigation support database entry (3.0). |
| 7/09/03 | Rhonda Lopera | 2.00 | Review and analyze ZAI pleadings re incorporation into central file (1.5); interoffice conference re same (.5). |
| 7/09/03 | Janet S Baer | .80 | Briefly review Summary Judgment pleadings and determine appropriate circulation re same (.5); conference prepare appropriate memo re same (.3). |
| 7/09/03 | Tiffany J Wood | 1.00 | Prepare memo and documents re ZAI litigation for attorney review. |
| 7/09/03 | Shirley A Pope | 2.00 | Review correspondence and forward to responsible attorney for action (1.0); review docket for newly filed pleadings and download same (1.0). |
| 7/10/03 | Rhonda Lopera | 2.00 | Review and organize ZAI pleadings and exhibits (1.0); interoffice conference re distribution of same (.3); prepare correspondence re distribution of ZAI pleadings and exhibits (.7). |
| 7/10/03 | Janet S Baer | .50 | Review further pleadings on ZAI litigation and revise memo circulating same. |
| 7/10/03 | Tiffany J Wood | 2.00 | Revise memo re ZAI litigation (1.5); office conference re preparation of case precedent (.5). |
| 7/10/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (2.5); review and organize pleadings for litigation support system database (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review and organize ZAI summary judgment motions for litigation support database entry (1.0). |
| 7/14/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (.5). |
| 7/17/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/18/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and down load same (2.0); review and organize pleadings for litigation database entry (1.0). |
| 7/22/03 | Sorah Kim | 2.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/23/03 | Sorah Kim | .50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/24/03 | Sorah Kim | 2.00 | Review and catalog pleadings for Concordance Litigation Support System. |
|  | Total hours: | 39.40 |  |