# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $752.15 |
| Airfare | $2,969.86 |
| Transportation to/from airport | $380.36 |
| **Total** | **$4,102.37** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/13/03 | 77.42 | Janet Baer, Transportation, To/From Airport, New York, 05/13/03, (Meeting), supplement |
| 5/20/03 | 68.88 | Janet Baer, Transportation, To/From Airport, Philadelphia PA, 05/20/03, (Hearing), supplement |
| 5/20/03 | 128.66 | Janet Baer, Transportation, To/From Airport, Philadelphia PA, 05/20/03, (Hearing), supplement |
| 6/19/03 | 70.40 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 7/14/03 | 257.51 | Christian Lane, Hotel, Chicago, IL, 07/14/03, (Deposition Preparation) |
| 7/14/03 | 1,261.06 | Christian Lane, Airfare, Chicago, IL, 07/14/03 to 07/15/03, (Deposition Preparation) |
| 7/14/03 | 17.00 | Christian Lane, Transportation, To/From Airport, Chicago, IL, 07/14/03, (Deposition Preparation) |
| 7/15/03 | 18.00 | Christian Lane, Transportation, To/From Airport, Chicago, IL, 07/15/03, (Deposition Preparation) |
| 7/27/03 | 247.32 | Christian Lane, Hotel, Wilmington, DE, 07/27/03, (Meeting) |
| 7/27/03 | 247.32 | James Kapp III, Hotel, Wilmington, DE, 07/27/03, (Hearing) |
| 7/27/03 | 1,128.80 | Christian Lane, Airfare, Philadelphia, PA, 07/27/03 to 07/28/03, (Meeting) |
| 7/27/03 | 580.00 | James Kapp III, Airfare, Philadephia, PA, 07/27/03 to 07/28/03, (Hearing) |
| Total: | 4,102.37 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $239.15 |
| Fax Telephone Charge | $5.62 |
| Fax Charge | $66.75 |
| Standard Copies | $1,733.70 |
| Tabs/Indexes/Dividers | $1.80 |
| Scanned Images | $69.90 |
| Overnight Delivery | $115.76 |
| Transportation to/from airport | $63.60 |
| Travel Meals | $25.86 |
| Other Travel Expenses | $7.00 |
| Court Reporter Fee/Deposition | $602.17 |
| Working Meals/K&E and Others | $54.00 |
| Information Broker Doc/Svcs | $142.00 |
| Computer Database Research | $1,862.86 |
| Overtime Transportation | $107.25 |
| Word Processing Overtime | $35.54 |
| **Total** | **$5,132.96** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/12/03 | 41.19 | West Publishing-TP,Database Usage  5.03 |
| 5/13/03 | 2.86 | West Publishing-TP,Database Usage  5.03 |
| 5/14/03 | 20.36 | West Publishing-TP,Database Usage  5.03 |
| 5/16/03 | 10.77 | West Publishing-TP,Database Usage  5.03 |
| 5/27/03 | 2.70 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 5/27/03 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 5/28/03 | 1.04 | Telephone call to:  SE PART,FL 954-590-3454 |
| 5/28/03 | .62 | Telephone call to:  SE PART,FL 954-590-3454 |
| 5/28/03 | 5.20 | Telephone call to:  NORTH WEST,NJ 973-966-8211 |
| 5/28/03 | 1.25 | Telephone call to:  STATE OF,DE 302-622-4206 |
| 5/29/03 | 1.66 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 5/29/03 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 5/29/03 | .83 | Telephone call to:  SOUTHERN,MN 507-333-4396 |
| 5/30/03 | 3.74 | Telephone call to:  WASHINGTON,DC 202-371-0150 |
| 5/30/03 | 3.12 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 5/30/03 | .83 | Telephone call to:  STATE OF,DE 302-252-2900 |
| 5/30/03 | 142.00 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs, Court Documents re: HIllsbourough Holdings v. USA, N. Keller |
| 6/04/03 | 1.66 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 6/05/03 | 6.24 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 6/05/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-492-3850 |
| 6/05/03 | 2.08 | Telephone call to:  NEWYORKCTY,NY 212-808-7424 |
| 6/05/03 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 6/06/03 | 1.87 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 6/09/03 | 8.07 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 6/11/03 | 1.66 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 6/11/03 | 2.70 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 6/11/03 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4601 |
| 6/11/03 | 7.71 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 6/12/03 | 2.49 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 6/12/03 | .62 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 6/12/03 | 24.00 | EUREST - Working Meals/K&E and Others, 05/29/03, C. Lane, for ZAI Deposition |
| 6/13/03 | 1.66 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 6/13/03 | .83 | Telephone call to:  CENTRAL,MN 320-356-2365 |
| 6/13/03 | 5.40 | Telephone call to:  SE PART,FL 954-961-1400 |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/13/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-238-8607 |
| 6/13/03 | 18.49 | Fed Exp to: ,PLANTATION,FL from:MAILROOM |
| 6/15/03 | 63.60 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 6/16/03 | 2.08 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 6/16/03 | 7.48 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 6/16/03 | .62 | Telephone call to: SE PART,FL 954-961-1400 |
| 6/16/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 6/16/03 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 6/16/03 | 8.73 | Telephone call to: STATE OF,DE 302-778-6463 |
| 6/16/03 | .83 | Telephone call to: WASHINGTON,DC 202-307-6493 |
| 6/16/03 | .60 | Standard Copies |
| 6/16/03 | 23.90 | Standard Copies |
| 6/17/03 | 6.30 | Standard Copies |
| 6/17/03 | 17.40 | Standard Copies |
| 6/17/03 | 3.00 | Standard Copies |
| 6/17/03 | 39.90 | Standard Copies |
| 6/17/03 | 1.00 | Standard Copies |
| 6/18/03 | 18.20 | Standard Copies |
| 6/18/03 | 1.60 | Standard Copies |
| 6/18/03 | 30.00 | EUREST - Working Meals/K&E and Others, 05/30/03, C. Lane, for ZAI Deposition |
| 6/19/03 | .62 | Telephone call to: STATE OF,MS 601-985-4576 |
| 6/19/03 | 1.87 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 6/19/03 | .90 | Standard Copies |
| 6/19/03 | .20 | Standard Copies |
| 6/19/03 | .10 | Standard Copies |
| 6/19/03 | .40 | Standard Copies |
| 6/20/03 | 2.08 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 6/20/03 | 2.08 | Telephone call to: BOSTON,MA 617-570-1874 |
| 6/20/03 | 1.25 | Telephone call to: EASTERN,MD 410-336-0713 |
| 6/20/03 | 1.04 | Telephone call to: EASTERN,MD 410-336-0713 |
| 6/20/03 | 2.70 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 6/20/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 6/20/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 6/20/03 | 1.87 | Telephone call to: BOSTON,MA 617-570-1930 |
| 6/21/03 | 10.39 | VIRTUALDOCKET.COM - TA(9.80) Computer Database Research, 5/29/03 Documents Downloaded |

| Date | Amount | Description |
|------|--------|-------------|
| 6/23/03 | 1.45 | Telephone call to: STATE OF,CT 860-547-5582 |
| 6/23/03 | .80 | Standard Copies |
| 6/23/03 | 2.50 | Standard Copies |
| 6/23/03 | 9.20 | Standard Copies |
| 6/24/03 | 3.33 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 6/24/03 | 8.07 | Fed Exp to: ,DEERFIELD BEACH,FL from:MAILROOM |
| 6/25/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 6/25/03 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 6/25/03 | 1.90 | Standard Copies |
| 6/25/03 | 1.50 | Standard Copies |
| 6/25/03 | 21.20 | Standard Copies |
| 6/25/03 | 1.30 | Standard Copies |
| 6/25/03 | 1.00 | Standard Copies |
| 6/25/03 | 1.05 | Scanned Images |
| 6/25/03 | .60 | Scanned Images |
| 6/26/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4284 |
| 6/26/03 | 1.66 | Telephone call to: WASHINGTON,DC 202-482-1070 |
| 6/26/03 | 4.50 | Fax page charge to 302-652-5338 |
| 6/26/03 | 4.50 | Fax page charge to 561-362-1970 |
| 6/26/03 | .30 | Standard Copies |
| 6/27/03 | 11.80 | Standard Copies |
| 6/27/03 | 8.80 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 6/30/03 | .50 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 6/30/03 | .80 | Standard Copies |
| 6/30/03 | 17.80 | Standard Copies |
| 6/30/03 | 16.54 | VIRTUALDOCKET.COM - TA(15.60) Computer Database Research, 6/19 and 6/23/03 Documents Downloaded |
| 7/01/03 | 3.33 | Fax phone charge to 410-531-4604 |
| 7/01/03 | 2.29 | Fax phone charge to 561-362-1323 |
| 7/01/03 | 17.25 | Fax page charge to 410-531-4604 |
| 7/01/03 | 28.50 | Fax page charge to 561-362-1323 |
| 7/01/03 | .80 | Standard Copies |
| 7/01/03 | 3.10 | Standard Copies |
| 7/01/03 | .50 | Standard Copies |
| 7/01/03 | 1.60 | Standard Copies |
| 7/01/03 | 6.75 | Scanned Images |
| 7/01/03 | .75 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/01/03 | 1.05 | Scanned Images |
| 7/01/03 | 9.16 | Fed Exp to: ,BALTIMORE,MD from:MAILROOM |
| 7/02/03 | 1.60 | Standard Copies |
| 7/02/03 | 3.60 | Standard Copies |
| 7/02/03 | 17.00 | Christian Lane, Transportation, Overtime Transportation, Chicago, IL, 07/02/03, (Overtime Transportation) |
| 7/03/03 | .60 | Scanned Images |
| 7/03/03 | 25.08 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 7/03/03 | 6.40 | Overtime Transportation, T. Wood, 6/4/03 |
| 7/07/03 | .62 | Telephone call to: SE PART,FL 954-713-7950 |
| 7/07/03 | 3.75 | Fax page charge to 302-652-5338 |
| 7/07/03 | 3.75 | Fax page charge to 561-362-1583 |
| 7/07/03 | .40 | Standard Copies |
| 7/07/03 | 1.90 | Standard Copies |
| 7/07/03 | .70 | Standard Copies |
| 7/07/03 | 1.20 | Standard Copies |
| 7/07/03 | .20 | Standard Copies |
| 7/07/03 | .30 | Standard Copies |
| 7/07/03 | 6.70 | Standard Copies |
| 7/07/03 | 35.50 | Standard Copies |
| 7/07/03 | 2.40 | Standard Copies |
| 7/07/03 | 1.50 | Scanned Images |
| 7/07/03 | 6.15 | Scanned Images |
| 7/07/03 | 26.70 | Scanned Images |
| 7/07/03 | 17.00 | Christian Lane, Transportation, Overtime Transportation, Chicago, IL, 07/07/03, (Overtime Transportation) |
| 7/08/03 | 3.90 | Standard Copies |
| 7/08/03 | 101.00 | Standard Copies |
| 7/08/03 | 6.70 | Standard Copies |
| 7/08/03 | 35.50 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 7/08/03 | 3.60 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 4.60 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 4.30 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | 1.00 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 1.30 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |

B-8

| Date | Amount | Description |
|------|--------|-------------|
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | 5.90 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 10.90 | Standard Copies |
| 7/08/03 | 1.10 | Standard Copies |
| 7/08/03 | 1.00 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 9.60 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 1.40 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 2.70 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | 1.00 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | 2.60 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 2.30 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | 1.10 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | 2.70 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | 1.20 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | 1.30 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | 1.00 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .50 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | .70 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .90 | Standard Copies |
| 7/08/03 | 1.60 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 1.80 | Standard Copies |
| 7/08/03 | 1.10 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | 1.60 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 3.70 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | .30 | Standard Copies |
| 7/08/03 | 6.40 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | 16.40 | Standard Copies |
| 7/08/03 | 6.00 | Standard Copies |
| 7/08/03 | 2.00 | Standard Copies |
| 7/08/03 | 11.00 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | 2.20 | Standard Copies |
| 7/08/03 | 16.80 | Standard Copies |
| 7/08/03 | 1.80 | Standard Copies |
| 7/08/03 | 1.00 | Standard Copies |
| 7/08/03 | 16.20 | Standard Copies |
| 7/08/03 | 8.40 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | .60 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 2.80 | Standard Copies |
| 7/08/03 | .40 | Standard Copies |
| 7/08/03 | 6.80 | Standard Copies |
| 7/08/03 | 7.80 | Standard Copies |
| 7/08/03 | .80 | Standard Copies |
| 7/08/03 | 3.60 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/08/03 | 13.60 | Standard Copies |
| 7/08/03 | 1.60 | Standard Copies |
| 7/08/03 | 14.00 | Standard Copies |
| 7/08/03 | 4.00 | Standard Copies |
| 7/08/03 | 5.80 | Standard Copies |
| 7/08/03 | 16.80 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 143.50 | Standard Copies |
| 7/08/03 | 5.00 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | .20 | Standard Copies |
| 7/08/03 | 4.50 | Standard Copies |
| 7/08/03 | .10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 4.10 | Standard Copies |
| 7/08/03 | 2.40 | Scanned Images |
| 7/08/03 | 2.40 | Scanned Images |
| 7/08/03 | .30 | Scanned Images |
| 7/08/03 | 1.50 | Standard Copies NY |
| 7/08/03 | 16.00 | Christian Lane, Transportation, Overtime Transportation, Chicago, IL, 07/08/03, (Overtime Transportation) |
| 7/08/03 | 17.77 | Rhonda J Birdwell – Document revisions |
| 7/09/03 | 27.60 | Standard Copies |
| 7/09/03 | 40.20 | Standard Copies |
| 7/09/03 | .20 | Standard Copies |
| 7/09/03 | 8.40 | Standard Copies |
| 7/09/03 | 17.20 | Standard Copies |
| 7/09/03 | 2.00 | Standard Copies |
| 7/09/03 | 15.60 | Standard Copies |
| 7/09/03 | 4.80 | Standard Copies |
| 7/09/03 | .20 | Standard Copies |
| 7/09/03 | 1.40 | Standard Copies |
| 7/09/03 | 3.80 | Standard Copies |
| 7/09/03 | .10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 7/09/03 | .10 | Standard Copies |
| 7/09/03 | .30 | Standard Copies |
| 7/09/03 | .80 | Standard Copies |
| 7/09/03 | .40 | Standard Copies |
| 7/09/03 | .60 | Standard Copies |
| 7/09/03 | .20 | Standard Copies |
| 7/09/03 | 2.80 | Standard Copies |
| 7/09/03 | .40 | Standard Copies |
| 7/09/03 | 6.80 | Standard Copies |
| 7/09/03 | 7.80 | Standard Copies |
| 7/09/03 | .80 | Standard Copies |
| 7/09/03 | 3.60 | Standard Copies |
| 7/09/03 | 13.60 | Standard Copies |
| 7/09/03 | 1.60 | Standard Copies |
| 7/09/03 | 14.00 | Standard Copies |
| 7/09/03 | 4.00 | Standard Copies |
| 7/09/03 | 5.80 | Standard Copies |
| 7/09/03 | 16.80 | Standard Copies |
| 7/09/03 | 13.60 | Standard Copies |
| 7/09/03 | 1.60 | Standard Copies |
| 7/09/03 | 14.00 | Standard Copies |
| 7/09/03 | 4.00 | Standard Copies |
| 7/09/03 | 5.80 | Standard Copies |
| 7/09/03 | 16.80 | Standard Copies |
| 7/09/03 | .10 | Standard Copies |
| 7/09/03 | 9.60 | Scanned Images |
| 7/09/03 | 204.68 | PACER SERVICE CENTER - Computer Database Research, Pacer svc. chgs thru 6/30/03 |
| 7/09/03 | 76.65 | PACER SERVICE CENTER - Computer Database Research, Pacer svc. chgs. thru 6/30/03 |
| 7/09/03 | 41.51 | PACER SERVICE CENTER - Computer Database Research, Pacer Usage for 4/1/03 to 6/30/03 |
| 7/09/03 | 243.79 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 4/1/03 to 6/30/03 |
| 7/09/03 | 1,194.12 | PACER SERVICE CENTER - Telephone |
| 7/09/03 | 17.77 | Helen G Goodyear – Document revisions |
| 7/10/03 | 39.80 | Standard Copies |
| 7/10/03 | 2.40 | Standard Copies |

B-13

| Date | Amount | Description |
|------|-------:|-------------|
| 7/10/03 | 8.40 | Standard Copies |
| 7/10/03 | 39.80 | Standard Copies |
| 7/10/03 | 1.90 | Standard Copies |
| 7/10/03 | .30 | Scanned Images |
| 7/11/03 | 213.30 | Standard Copies |
| 7/11/03 | 4.35 | Scanned Images |
| 7/11/03 | 1.35 | Scanned Images |
| 7/11/03 | .75 | Scanned Images |
| 7/11/03 | .30 | Scanned Images |
| 7/11/03 | .45 | Scanned Images |
| 7/12/03 | .30 | Standard Copies |
| 7/12/03 | 30.38 | UNITED PARCEL SERVICE - Overnight Delivery to Michel Thinat from Christian Lane on 7/9/03. |
| 7/14/03 | 1.74 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 7/14/03 | 2.80 | Standard Copies |
| 7/14/03 | .70 | Standard Copies |
| 7/14/03 | .60 | Scanned Images |
| 7/14/03 | 6.61 | Christian Lane, Meals, Travel Meals, Chicago, IL, 07/14/03, (Deposition Preparation) |
| 7/15/03 | 1.25 | Telephone call to:  STATE OF,CT 860-547-5582 |
| 7/15/03 | 9.60 | Standard Copies |
| 7/15/03 | 1.00 | Standard Copies |
| 7/15/03 | .50 | Standard Copies |
| 7/15/03 | .50 | Standard Copies |
| 7/15/03 | 3.10 | Standard Copies |
| 7/15/03 | .50 | Standard Copies |
| 7/15/03 | 4.70 | Standard Copies |
| 7/15/03 | .90 | Standard Copies |
| 7/15/03 | 3.80 | Standard Copies |
| 7/15/03 | 1.50 | Standard Copies |
| 7/15/03 | 5.90 | Standard Copies |
| 7/15/03 | 4.70 | Standard Copies |
| 7/15/03 | 1.35 | Scanned Images |
| 7/15/03 | .60 | Scanned Images |
| 7/15/03 | 1.50 | Standard Copies NY |
| 7/15/03 | 10.50 | Christian Lane, Meals, Travel Meals, Chicago, IL, 07/15/03, (Deposition Preparation) |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 7/15/03 | 4.00 | Christian Lane, Transportation, Local Cabfares, Chicago, IL, 07/15/03, (Deposition Preparation) |
| 7/15/03 | 3.00 | Christian Lane, Other, Other, 07/15/03, (Deposition Preparation) |
| 7/16/03 | 1.45 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 7/16/03 | .50 | Telephone call to:  CHICAGO,IL 312-861-3400 |
| 7/16/03 | .75 | Telephone call to:  CHICAGO,IL 312-861-2185 |
| 7/16/03 | 2.91 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 7/16/03 | .30 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .30 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |
| 7/16/03 | .20 | Standard Copies |
| 7/16/03 | .70 | Standard Copies |
| 7/16/03 | .20 | Standard Copies |
| 7/16/03 | 16.60 | Standard Copies |
| 7/16/03 | 1.70 | Standard Copies |
| 7/16/03 | 1.40 | Standard Copies |
| 7/16/03 | 1.20 | Standard Copies |
| 7/16/03 | .10 | Standard Copies |

B-15

| Date | Amount | Description |
|------|-------:|-------------|
| 7/16/03 | 2.40 | Standard Copies |
| 7/16/03 | 1.40 | Standard Copies |
| 7/16/03 | 17.00 | Christian Lane, Transportation, Overtime Transportation, Chicago, IL, 07/16/03, (Overtime Transportation) |
| 7/17/03 | 2.49 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 7/17/03 | .83 | Telephone call to:  DENVER,CO 303-866-0409 |
| 7/17/03 | 2.25 | Fax page charge to 561-362-1323 |
| 7/17/03 | 2.25 | Fax page charge to 410-531-4226 |
| 7/17/03 | 5.20 | Standard Copies |
| 7/17/03 | .20 | Standard Copies |
| 7/17/03 | .20 | Standard Copies |
| 7/17/03 | .70 | Standard Copies |
| 7/17/03 | 602.17 | O'BRIEN & LEVINE - Court Reporter Fee/Deposition, Transcript of Jay Hughes, 7/15/03 |
| 7/18/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-790-0325 |
| 7/18/03 | 14.50 | Standard Copies |
| 7/18/03 | .90 | Standard Copies |
| 7/18/03 | 9.70 | Standard Copies |
| 7/21/03 | 7.30 | Standard Copies |
| 7/21/03 | 1.40 | Standard Copies |
| 7/21/03 | .20 | Standard Copies |
| 7/21/03 | .60 | Standard Copies |
| 7/21/03 | 4.20 | Standard Copies |
| 7/21/03 | 36.70 | Standard Copies |
| 7/21/03 | 70.00 | Standard Copies |
| 7/21/03 | 1.80 | Tabs/Indexes/Dividers |
| 7/22/03 | 4.40 | Standard Copies |
| 7/22/03 | .50 | Standard Copies |
| 7/22/03 | 1.90 | Standard Copies |
| 7/22/03 | .20 | Standard Copies |
| 7/22/03 | 4.00 | Standard Copies |
| 7/23/03 | .30 | Standard Copies |
| 7/23/03 | .20 | Standard Copies |
| 7/23/03 | .20 | Standard Copies |
| 7/23/03 | 11.40 | Standard Copies |
| 7/23/03 | 4.60 | Standard Copies |
| 7/24/03 | 60.08 | Janet Baer, Telephone, Cellular Service, 07/24/03 (Cellular Telephone) |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 7/24/03 | 3.20 | Standard Copies |
| 7/24/03 | .10 | Standard Copies |
| 7/24/03 | 2.90 | Standard Copies |
| 7/24/03 | 2.00 | Standard Copies |
| 7/25/03 | .10 | Standard Copies |
| 7/25/03 | 1.60 | Standard Copies |
| 7/25/03 | .80 | Standard Copies |
| 7/25/03 | .20 | Standard Copies |
| 7/28/03 | 60.28 | James Kapp III, Telephone, Telephone While Traveling, 07/28/03, (Telephone Charges) |
| 7/28/03 | .10 | Standard Copies |
| 7/28/03 | 2.00 | Standard Copies |
| 7/28/03 | 8.75 | James Kapp III, Meals, Travel Meals, 07/28/03, (Hearing) |
| 7/28/03 | 15.00 | Overtime Transportation, C. Lane, 7/10/03 |
| 7/28/03 | 7.00 | Overtime Transportation, T. Wood, 7/7/03 |
| 7/28/03 | 11.85 | Overtime Transportation, T. Wallace, 6/24/03 |
| 7/30/03 | 3.00 | Standard Copies NY |
| 7/31/03 | 1.50 | Standard Copies NY |
| Total: | 5,132.96 | |