**EXHIBIT B**

# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

July 17, 2003  
Invoice 572212 Page 1

Our Matter #     02399/06003                        For Services Through 06/30/03  
WR Grace #      063-KL-721490-01-501270  
Name of Matter: Beaco Road Site

| | | | |
|---|---|---|---|
| 06/16/03 | Review assignment with Ms. Duff regarding evaluation of claim from PRP group. | | |
| | B.F. HAWKINS, JR. | 0.30 hrs.   260.00/hr | $78.00 |

**Fees for Legal Services** .................................................................................... **$78.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 260.00 | 78.00 |
| TOTAL | 0.30 | $260.00 | $78.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/16/2003 | Photocopies 26 Page(s) | 1.30 |
| 06/16/2003 | Photocopies 1 Page(s) | 0.05 |
| Total Charges for Other Services Provided/Expenses Incurred | | $1.35 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| TOTAL | $1.35 |

**Net current billing for this invoice** ....................................................................... **$79.35**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|

W. R. Grace & Co.

July 17, 2003
Invoice 572212  Page 2

| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| | | A/R BALANCE | $293.20 |

**GRAND TOTAL**.................................................................................................... **$372.55**

W. R. Grace & Co.

July 17, 2003
Invoice 572212  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $78.00 |
| Charges for Other Services Provided/Expenses Incurred | 1.35 |
| Net current billing for this invoice | **$79.35** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| | TOTAL A/R BALANCE | | $293.20 |

**GRAND TOTAL** ................................................................................... **$372.55**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC