**EXHIBIT C**



# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

August 1, 2003  
Invoice 573763  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 06/30/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

06/09/03  Review e-mail from PRP requesting information on contracts (0.3); follow-up on information request (0.2); review request for conference call on site issues (0.4); report to Ms. Duff regarding developments (0.2); review items relevant to potential response (0.5).
B.F. HAWKINS, JR.          1.60 hrs.   260.00/hr          $416.00

06/09/03  Review memo regarding request for documents and respond (0.2); review memo from PRP counsel regarding developments in clean-up and TDY's case against federal PRPs (0.2); review memo from Ms. Duff regarding claims (0.1); review and respond to memos regarding Ms. Duff's request (0.2); review bankruptcy claim from PRP (0.6); prepare for conference call (0.3).
J.M. MELCHERS          1.60 hrs.   240.00/hr          $384.00

06/10/03  Analyze case developments and impacts of same (0.7); review contracts identified for site (0.9); review and respond to memos regarding conference to address site issues (0.2).
J.M. MELCHERS          1.80 hrs.   240.00/hr          $432.00

06/11/03  Review site history issues and provide input to Attorney Melchers in preparation for call with Ms. Duff.
B.F. HAWKINS, JR.          0.40 hrs.   260.00/hr          $104.00

06/11/03  Locate historical information and provide to Attorney Melchers.
B.F. HAWKINS, JR.          0.50 hrs.   260.00/hr          $130.00

06/11/03  Discussion with Ms. Duff regarding background information and potential responses to claims.
B.F. HAWKINS, JR.          0.40 hrs.   260.00/hr          $104.00

06/11/03  Provide assignments to be completed on updating research and preparing identification outline.
B.F. HAWKINS, JR.          0.30 hrs.   260.00/hr          $78.00

06/11/03  Review documents regarding site activities and contractual arrangements (1.8); prepare for conference call with Ms. Duff (0.4); confer with Attorneys Hawkins and Carlisle regarding site issues (0.4); participate in conference call with Ms. Duff regarding issues (0.4); follow-up review regarding site issues (0.2).

W. R. Grace & Co.
August 1, 2003
Invoice 573763  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |

06/11/03  Confer with PRP and Attorney Carlisle regarding status of Li Tungsten site, notes on same (0.7); confer with additional PRP counsel and Attorney Carlisle regarding Li Tungsten site status (0.2); review notes and prepare memo to Ms. Duff regarding information (0.3); prepare for group conference call (0.7).
J.M. MELCHERS                   1.90 hrs.   240.00/hr   $456.00

06/11/03  Review files in preparation for conference call (0.3); confer with Attorneys Melchers and Hawkins regarding claims analysis (0.4); confer with PRP counsel and Attorney Melchers regarding status of Li Tungsten site to provide material input (0.7); confer with additional PRP counsel and Attorney Melchers regarding Li Tungsten site status and site history (0.2).
R.T. CARLISLE                   1.60 hrs.   240.00/hr   $384.00

06/12/03  Review results from conference call with PRPs and provide input on preparing to respond to possible claims issues.
B.F. HAWKINS, JR.               0.30 hrs.   260.00/hr   $78.00

06/12/03  Locate historical information on case and fact analysis and provide to Attorney Melchers.
B.F. HAWKINS, JR.               0.50 hrs.   260.00/hr   $130.00

06/12/03  Prepare for (1.2) and participate in group conference call (1.3); prepare notes on same (0.3); review site action items with Attorney Carlisle (0.2); obtain historic information from Attorney Hawkins (0.2).
J.M. MELCHERS                   3.20 hrs.   240.00/hr   $768.00

06/12/03  Analysis of file research and memoranda evaluating alleged site liabilities.
J.M. MELCHERS                   1.10 hrs.   240.00/hr   $264.00

06/12/03  Review memo and outline from Ms. Duff.
J.M. MELCHERS                   0.10 hrs.   240.00/hr   $24.00

06/12/03  Participate in portion of conference call with other group members regarding site issues
R.T. CARLISLE                   0.50 hrs.   240.00/hr   $120.00

06/13/03  Review notes and begin preparation discussion issues.
J.M. MELCHERS                   0.60 hrs.   240.00/hr   $144.00

06/16/03  Review memo regarding site issues (0.1); review notes and respond (0.1).
J.M. MELCHERS                   0.20 hrs.   240.00/hr   $48.00

06/17/03  Review and analyze memos and correspondence regarding site issues (2.4); on-line and hard-copy research on site issues (1.8).
J.M. MELCHERS                   4.20 hrs.   240.00/hr   $1,008.00

06/17/03  Prepare for conference call with Ms. Duff and outside counsel regarding various site issues (1.9); confer with Attorney Carlisle regarding preparations for conference call (0.2); review site information (0.2).
J.M. MELCHERS                   2.30 hrs.   240.00/hr   $552.00

06/17/03  Confer with Attorney Melchers regarding preparations for tomorrow's call (0.2); review site information (0.2).
R.T. CARLISLE                   0.40 hrs.   240.00/hr   $96.00

06/17/03  Update research evaluating alleged site liabilities.
J. A'HERN                       3.40 hrs.   75.00/hr    $255.00

W. R. Grace & Co.
August 1, 2003
Invoice 573763 Page 3

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/03 | Review initial research concerning alleged claim issues and carry out follow-up research (1.7); confer with Attorney Carlisle regarding research issues and issues for conference call with client (0.4); review Li Tungsten documents in preparation for conference call (0.6); participate in conference call (1.1); confer with Attorney Carlisle regarding Ms. Duff's follow-up instructions and assignments and additional sources for documents (0.6). | J.M. MELCHERS | 4.40 hrs. | 240.00/hr | $1,056.00 |
| 06/18/03 | Prepare for conference call to address alleged claim analysis issues (0.7); discussion with Ms. Duff, and defense counsel to review various aspects of Li Tungsten issues (0.4); follow-up on review assignments and analysis of what additional information may be needed for defense (0.8). | B.F. HAWKINS, JR. | 1.90 hrs. | 260.00/hr | $494.00 |
| 06/18/03 | Discussion with Ms. Duff regarding action items (0.2); review memo from Attorney Hawkins regarding attached response letter to EPA (0.2). | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 06/18/03 | Review results of research on alleged claims issues. | R.T. CARLISLE | 1.50 hrs. | 240.00/hr | $360.00 |
| 06/20/03 | Discussions with Ms. Duff concerning claim options or responses. | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/22/03 | Review research on alleged claim issues (2.1); pull from file information relevant to research issues (0.4). | R.T. CARLISLE | 2.50 hrs. | 240.00/hr | $600.00 |
| 06/23/03 | Locate historical information relevant to alleged claims analysis. | B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |
| 06/23/03 | Review several incoming memos regarding upcoming conference call (0.2); review memo from Ms. Duff and prepare response regarding position for call (0.4). | J.M. MELCHERS | 0.60 hrs. | 240.00/hr | $144.00 |
| 06/23/03 | Review complete file index and records for evaluation of alleged claims issues. | J.M. MELCHERS | 2.30 hrs. | 240.00/hr | $552.00 |
| 06/24/03 | Review memo regarding case review prior to conference call (0.1); review and analyze case regarding appellate issues (0.9); review client position on request for participation from PRP and prepare for conference call (0.4). | J.M. MELCHERS | 1.40 hrs. | 240.00/hr | $336.00 |
| 06/25/03 | Review background information and provide information to Ms. Duff for analysis and input. | B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 06/25/03 | Review various responses to EPA for further analysis. | B.F. HAWKINS, JR. | 1.10 hrs. | 260.00/hr | $286.00 |
| 06/25/03 | Review contracts and document summaries (2.3); clarify contract issues (0.3). | J.M. MELCHERS | 2.60 hrs. | 240.00/hr | $624.00 |
| 06/25/03 | Review analysis of contracts (0.4) and prepare memo regarding PRP litigation and other case issues (0.9); telephone conferences with Attorney Carlisle for historic input case analysis (0.4); finalize memo and prepare attachments (0.5). | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |

W. R. Grace & Co.
August 1, 2003
Invoice 573763  Page 4

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/03 | Review memo regarding contract and prepare response (0.2); review follow-up memos from Ms. Duff (0.1); review memo from Attorney Hawkins regarding sources for discovery information and memos from Attorney Carlisle regarding additional sources for same (0.2); assignments to Paralegal Jennings regarding access to court records for PRP case (0.2); review documents and memos from her regarding filings and parameters of access to specific filings and costs of same (0.5). | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |
| 06/25/03 | Prepare for and participate in conference call with PRPs (1.4); prepare memo regarding analysis from same (0.3); conference with Attorney Hawkins regarding site documents (0.2); review documents and prepare memo regarding need for client review (0.4); review memo from Attorney Hawkins (0.1); telephone conference with Attorney Carlisle regarding document sources (0.3); review document sources and prepare message regarding document needs (0.4). | J.M. MELCHERS | 3.10 hrs. | 240.00/hr | $744.00 |
| 06/25/03 | Confer with Attorney Melchers regarding follow-up items from PRP discussion (0.1); confer with Attorney Melchers regarding contracts and with Paralegal Jennings and Attorney Melchers regarding obtaining documents from court on PRP case against federal agencies (0.4). | R.T. CARLISLE | 0.50 hrs. | 240.00/hr | $120.00 |
| 06/25/03 | Review file materials to gather contracts (0.6); review correspondence to provide correspondence requested by Attorney Melchers (0.3); review same with Attorney Melchers and Attorney Hawkins, then provide information separating same from all correspondence as requested by counsel (0.2); research PACER for all documents filed in relation to litigation, then copy list of same to Attorney Melchers (0.3). | L.J. JENNINGS | 1.40 hrs. | 110.00/hr | $154.00 |
| 06/26/03 | Review and analyze Grace's responses to various letters at Li Tungsten and evaluate content (1.3); review draft memo on research issues from Mr. A'Hern (0.6). | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 06/26/03 | Review memo from Paralegal Jennings regarding EPA correspondence. | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 06/26/03 | Provide summary of information from contracts. | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 06/27/03 | Review and analyze documents regarding PRP complaint and research issues (1.4); telephone conference with Attorney Carlisle regarding issues to address in preparation for conference call with Ms. Duff (0.2). | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |
| 06/28/03 | Review and analyze documents in preparation for conference call on research issues. | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 06/30/03 | Review issues with Attorney Melchers surrounding history of various items and case and approach for dealing with various legal issues. | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/30/03 | Review memos from Attorney Carlisle, Ms. Johnson and Mr. A'Hern regarding issues for conference call and respond (0.4); confer with Attorney Carlisle regarding follow-up on research Mr. A'Hern (0.5); review cited cases and perform follow-up research (1.8); review and revise memo (0.8). | J.M. MELCHERS | 3.50 hrs. | 240.00/hr | $840.00 |

W. R. Grace & Co.
August 1, 2003
Invoice 573763  Page 5

| Date | Description | | | |
|---|---|---|---|---|
| 06/30/03 | Analyze contract issues (0.9); conference call with Ms. Duff and outside counsel regarding issues in Li Tungsten (1.1); prepare notes on meeting (0.2); telephone conference with Attorney Carlisle regarding defense issues and follow-up research needed (0.3); review case analysis in light of same (0.2). | | | |
| | J.M. MELCHERS | 2.70 hrs. | 240.00/hr | $648.00 |
| 06/30/03 | Review research on claims analysis and provide input to Attorney Melchers. | | | |
| | R.T. CARLISLE | 1.10 hrs. | 240.00/hr | $264.00 |

**Fees for Legal Services** .................................................................................... **$16,419.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 48.60 | 240.00 | 11,664.00 |
| B.F. HAWKINS, JR. | 8.90 | 260.00 | 2,314.00 |
| R.T. CARLISLE | 8.10 | 240.00 | 1,944.00 |
| L.J. JENNINGS | 2.20 | 110.00 | 242.00 |
| J. A'HERN | 3.40 | 75.00 | 255.00 |
| TOTAL | 71.20 | $230.60 | $16,419.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 06/11/2003 | Photocopies 5 Page(s) | 0.25 |
| 06/11/2003 | Photocopies 7 Page(s) | 0.35 |
| 06/11/2003 | Telephone 1-410-531-4210 | 0.20 |
| 06/11/2003 | Telephone 1-410-531-4210 | 0.30 |
| 06/11/2003 | Telephone 1-443-803-5751 | 1.62 |
| 06/11/2003 | Telephone 1-518-438-9907 | 2.64 |
| 06/11/2003 | Telephone 1-202-789-6000 | 0.69 |
| 06/16/2003 | Photocopies 18 Page(s) | 0.90 |
| 06/17/2003 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 7.00 | 50.11 |
| 06/17/2003 | Service: LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 0.65 |
| 06/17/2003 | Photocopies 11 Page(s) | 0.55 |
| 06/17/2003 | Photocopies 45 Page(s) | 2.25 |
| 06/17/2003 | Photocopies 45 Page(s) | 2.25 |
| 06/17/2003 | Westlaw | 99.77 |
| 06/18/2003 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 13.55 |
| 06/18/2003 | Photocopies 189 Page(s) | 9.45 |
| 06/18/2003 | Photocopies 9 Page(s) | 0.45 |
| 06/18/2003 | Telephone 1-410-531-4210 | 1.65 |
| 06/18/2003 | Westlaw | 81.24 |
| 06/23/2003 | Photocopies 153 Page(s) | 7.65 |
| 06/23/2003 | Photocopies 6 Page(s) | 0.30 |
| 06/24/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.00 | 2.04 |
| 06/24/2003 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 0.52 |
| 06/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 06/25/2003 | Photocopies 28 Page(s) | 1.40 |

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 6

| Date | Description | Amount |
|---|---|---|
| 06/25/2003 | Photocopies 3 Page(s) | 0.15 |
| 06/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 06/25/2003 | Telephone 1-215-963-5000 | 0.21 |
| 06/25/2003 | Telephone 1-631-712-6000 | 0.14 |
| 06/25/2003 | Telephone 1-803-539-2900 | 1.15 |
| 06/26/2003 | Photocopies 64 Page(s) | 3.20 |
| 06/30/2003 | Photocopies 38 Page(s) | 1.90 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$288.73**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 32.25 |
| Lexis | 66.87 |
| Telephone | 8.60 |
| Westlaw | 181.01 |
| TOTAL | $288.73 |

**Net current billing for this invoice** ................................................................ **$16,707.73**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
|  |  | A/R BALANCE | $5,065.17 |

**GRAND TOTAL** ................................................................................................... **$21,772.90**

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 7

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $16,419.00 | |
| Charges for Other Services Provided/Expenses Incurred | 288.73 | |
| Net current billing for this invoice ................................................................... | | $16,707.73 |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| | TOTAL A/R BALANCE | | $5,065.17 |

**GRAND TOTAL**.......................................................................................................... **$21,772.90**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC