IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: September 25, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

**EXHIBIT A**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

August 19, 2003  
Invoice 577206  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 07/31/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | | | |
|---|---|---|---|---|
| 07/10/03 | Identify recent information on NSPS applicability determination and provide information to Ms. Duff. B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/10/03 | Sort mail for filing (1.0); discuss Extranet materials with AA Johnson (0.2); update file with recently received correspondence (0.2). L.J. JENNINGS | 1.40 hrs. | 110.00/hr | $154.00 |
| 07/15/03 | Discussion with Ms. Duff regarding EPA evaluation of additional aspects of 40 CFR Part 63, Subpart U. B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/17/03 | Review issues concerning EPA site visits associated with residual risk analysis and communicate results to Ms. Duff. B.F. HAWKINS, JR. | 0.90 hrs. | 260.00/hr | $234.00 |

**Fees for Legal Services** .................................................................................................... $492.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.30 | 260.00 | 338.00 |
| L.J. JENNINGS | 1.40 | 110.00 | 154.00 |
| TOTAL | 2.70 | $182.22 | $492.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/07/2003 | To: Federal Express for shipping charge on 06/13/03 | 72.70 |
| 07/17/2003 | Telephone 1-410-531-4210 | 0.15 |

W. R. Grace & Co.

August 19, 2003
Invoice 577206  Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... $72.85

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 72.70 |
| Telephone | 0.15 |
| TOTAL | $72.85 |

**Net current billing for this invoice** ........................................................................ $564.85

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| | | A/R BALANCE | $4,793.77 |

**GRAND TOTAL**............................................................................................................. **$5,358.62**

W. R. Grace & Co.

August 19, 2003
Invoice 577206  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06000
General

| | |
|---|---:|
| Fees for Professional Services | $492.00 |
| Charges for Other Services Provided/Expenses Incurred | 72.85 |
| **Net current billing for this invoice** | **$564.85** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| | TOTAL A/R BALANCE | | $4,793.77 |

**GRAND TOTAL** ............... **$5,358.62**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC