**EXHIBIT B**

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

August 19, 2003  
Invoice 577207 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 07/31/03 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | |
|---|---|---|---|
| 07/07/03 | Review background information relevant to evaluation of PRP Group claim. B.F. HAWKINS, JR. | 0.50 hrs. 260.00/hr | $130.00 |
| 07/10/03 | Discuss Extranet materials with AA Johnson and locate materials for file use. L.J. JENNINGS | 0.60 hrs. 110.00/hr | $66.00 |

Fees for Legal Services .................................................................................. $196.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 260.00 | 130.00 |
| L.J. JENNINGS | 0.60 | 110.00 | 66.00 |
| TOTAL | 1.10 | $178.18 | $196.00 |

Net current billing for this invoice ........................................................... $196.00

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| | A/R BALANCE | | $372.55 |

GRAND TOTAL.................................................................................. $568.55

W. R. Grace & Co.

August 19, 2003
Invoice 577207  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $196.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| Net current billing for this invoice | $196.00 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| | TOTAL A/R BALANCE | | $372.55 |

GRAND TOTAL ............................................................................................. $568.55

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC