**EXHIBIT C**



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

August 29, 2003  
Invoice 578253   Page 1

Our Matter #        02399/06031                         For Services Through 07/31/03  
WR Grace #          001-KL-721490-01-501560  
Name of Matter:     Li Tungsten

07/01/03   Review and revise draft memorandum on claims analysis (0.8); analyze relevant caselaw regarding evaluation of claims (1.7); confer with Mr. Stafford regarding several research assignments and issues for expansion of draft memo (0.6); prepare memo to him regarding contractual issues and review response (0.3).  
J.M. MELCHERS                        3.40 hrs.    240.00/hr           $816.00

07/02/03   Telephone conference with Ms. Duff regarding communication from PRP concerning intent to disclose documents (0.2); locate documents and review same (0.5); review areas to consider and research with Attorney Melchers (0.4).  
B.F. HAWKINS, JR.                    1.10 hrs.    260.00/hr           $286.00

07/02/03   Review memo from PRP counsel regarding planned release of documents in discovery (0.1); review attached confidentiality order and note concerns regarding same (0.3); review file regarding identification of documents referenced by PRP (0.3); review document provisions (0.6).  
J.M. MELCHERS                        1.30 hrs.    240.00/hr           $312.00

07/02/03   Prepare for and telephone conference with PRP regarding perceived need for disclosure of documents and concerns about terms of Court's order (0.3); prepare message to PRP counsel regarding documents at issue (0.1); telephone conference with Attorney Carlisle regarding circumstances of preparation of document and witness issues (0.3); prepare for (0.7) and telephone conference with potential witness (0.3); prepare notes from call and determine actions for follow-up (0.2).  
J.M. MELCHERS                        1.90 hrs.    240.00/hr           $456.00

07/02/03   Confer with Attorney Melchers regarding confidentiality issues relevant to PRP's plan to produce the document.  
R.T. CARLISLE                        0.20 hrs.    240.00/hr           $48.00

07/03/03   Review confidentiality issues for prior documents with Attorney Melchers.  
B.F. HAWKINS, JR.                    0.30 hrs.    260.00/hr           $78.00

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/03/03 | Review phone message and incoming memo from PRP counsel regarding challenge to disclosure of the document (0.2); analysis of his position and possible responses (0.4); confer with Attorney Hawkins regarding position of PRPs regarding disclosure (0.2); review memo from Ms. Duff regarding disclosure of correspondence and prepare memo to Attorney Hawkins regarding same (0.2); analysis of contract documents of PRP in response to Ms. Duff's request (0.7); and prepare message to her regarding PRP disclosure statement (0.1). J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 07/03/03 | Review document language and research disclosure issues (1.1); telephone conference with PRP counsel regarding PRP's rights under document (0.2). J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 07/04/03 | Continue to revise memo and update research regarding allegations on liability. D. STAFFORD | 1.20 hrs. | 75.00/hr | $90.00 |
| 07/07/03 | Review and respond on issues surrounding potential objections to disclosure by PRP. B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 07/07/03 | Review and analyze PRP documents (1.8); prepare draft memorandum regarding impacts of disclosure (0.5); review and respond to memo from Attorney Carlisle regarding same (0.1); telephone conference with Attorney Hawkins regarding potential impacts (0.2); several memos and responses regarding litigation documents requested by Ms. Duff (0.3); review memos from PRPs regarding disclosure issues (0.2). J.M. MELCHERS | 3.10 hrs. | 240.00/hr | $744.00 |
| 07/07/03 | Revise and send out memo to Ms. Duff regarding recommendation on document disclosure issues (0.3); review legal analysis memo from Mr. Stafford regarding supporting authority for alleged liability analysis (0.3); review memo from Research Specialist Swaby regarding needed court documents (0.2); review response from Ms. Duff and follow-up regarding terms of document (0.3); review memo from PRP counsel regarding disclosure issues (0.1); analyze legal memoranda from Mr. Stafford regarding material identification issues (0.6); review memo from Attorney Hawkins regarding positions of PRPs on disclosure issues, review notes and prepare response (0.4). J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 07/07/03 | Research regarding allegations of liability issues, revise memo and update research regarding same. D. STAFFORD | 2.70 hrs. | 75.00/hr | $202.50 |
| 07/07/03 | Research to locate online briefs filed in case for claims analysis. M. SWABY | 1.30 hrs. | 95.00/hr | $123.50 |
| 07/08/03 | Review issues concerning issue of production of various documents and respond to same. B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |
| 07/08/03 | Prepare memo regarding strategy issues in regard to document disclosure (0.3); review PRP's responses regarding proposed disclosure of documents (0.2); review memo from Attorney Hawkins regarding client position on production (0.1); prepare for and telephone conference with Ms. Duff regarding lodging of objection (0.2); review document and prepare draft memo regarding interpretation of same (0.5). J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 07/08/03 | Review and analyze incoming memo from PRP regarding negotiations, discovery status and document requests (0.2); review memo from PRP in response (0.1); confer with Attorney Hawkins regarding past strategy with EPA (0.1); review of relevant terms of document (0.6) and prepare draft response to PRP's memo on document requests (0.7); prepare memo to Ms. Duff regarding proposed response (0.2). J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 07/08/03 | Continue to revise memo and work on research regarding CERCLA analysis. D. STAFFORD | 2.00 hrs. | 75.00/hr | $150.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/03 | Locate information on prior discussions of potential resolution and provide input on same to Attorney Melchers. | B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |
| 07/09/03 | Review memo from Ms. Duff (0.1); revise draft rebuttal and send to PRPs (0.3); review memo from PRP regarding agreement on client's position (0.1); review file documents regarding proposal to mediate and categorization of parties (0.7); research on CERCLA issues (1.8); further assignment to Mr. Stafford regarding research issues (0.2). | J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |
| 07/09/03 | Review agency documents - ROD, summaries, and orders (2.4); review documents on settlement issues with agency (0.7); assignment to Paralegal Jennings regarding indexing of documents and review memo from her regarding changes to same (0.3). | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |
| 07/09/03 | Confer with Attorney Melchers and Mr. Stafford regarding various cases based on prior analysis. | R.T. CARLISLE | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/09/03 | Review correspondence from EPA to get Index Numbers for UAO's per request of Attorney Melchers (0.2); file review for UAO's (0.3); search file materials for documents saved to system (0.2); discuss same with Attorney Melchers (0.2); telephone call regarding file name changes on system (0.4); prepare correspondence to Attorney Melchers with instructions for same (0.1). | L.J. JENNINGS | 1.40 hrs. | 110.00/hr | $154.00 |
| 07/09/03 | Review file documents per instruction of Attorney Melchers and memo to him regarding same. | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 07/09/03 | Continue to revise memo and work on updating research regarding CERCLA analysis (2.1); meet with Attorney Hawkins (0.2). | D. STAFFORD | 2.30 hrs. | 75.00/hr | $172.50 |
| 07/10/03 | Review information on identification of documents and provide input on issues to Attorney Melchers. | B.F. HAWKINS, JR. | 0.70 hrs. | 260.00/hr | $182.00 |
| 07/10/03 | Review documents regarding PRP activity at site at Ms. Duff's instructions on issues to address (1.3); prepare draft memo to PRP counsel (0.5); review memo from PRP counsel (0.1); review references in document (0.2). | J.M. MELCHERS | 2.10 hrs. | 240.00/hr | $504.00 |
| 07/10/03 | Review site documents from different sources and 104(e) response (2.7); finalize memo to PRP's counsel and get out (0.4). | J.M. MELCHERS | 3.10 hrs. | 240.00/hr | $744.00 |
| 07/10/03 | Review documents from PRPs and EPA regarding allocation and posture of settlement negotiations. | J.M. MELCHERS | 0.90 hrs. | 240.00/hr | $216.00 |
| 07/11/03 | Review follow-up information from PRP concerning plan to produce documents. | B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/15/03 | Discussion with Attorney Melchers regarding defense of claims. | B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |

| Date | Description | | |
|---|---|---|---|
| 07/15/03 | Review correspondence from EPA regarding progress on Administrative Orders, need for additional funding, and settlement posture (0.2); review correspondence from PRPs and attachments regarding alleged liability and clean-up issues at site (0.1); telephone conference with Attorney Hawkins regarding EPA letter (0.2); prepare message to Ms. Duff regarding need for discussion of EPA letter (0.1); prepare memo to Attorney Hawkins (0.1). J.M. MELCHERS | 0.70 hrs. 240.00/hr | $168.00 |
| 07/16/03 | Review claims analysis questions and discuss with Attorney Melchers. B.F. HAWKINS, JR. | 0.40 hrs. 260.00/hr | $104.00 |
| 07/16/03 | Evaluation of PRP and agency positions and contributions (2.6); review and analyze proposals and discuss possible negotiation issue with Attorney Hawkins (0.7); prepare memo to Ms. Duff regarding agency letter (0.1); review memo from PRP regarding hearing issues and prepare follow-up memo to Attorney Carlisle (0.2); prepare and respond to series of memos to counsel for PRP (0.3). J.M. MELCHERS | 3.90 hrs. 240.00/hr | $936.00 |
| 07/17/03 | Discussion with Attorney Melchers and Ms. Duff regarding defense of claims. B.F. HAWKINS, JR. | 0.90 hrs. 260.00/hr | $234.00 |
| 07/17/03 | Review documents (0.8); prepare correspondence to potential witness regarding same (0.4). J.M. MELCHERS | 1.20 hrs. 240.00/hr | $288.00 |
| 07/17/03 | Review memos from PRPs regarding hearing and document issues and follow-up (0.3); telephone conference with Attorney Hawkins and Ms. Duff regarding claim issues (0.9). J.M. MELCHERS | 1.20 hrs. 240.00/hr | $288.00 |
| 07/17/03 | File review for correspondence with EPA and PRPs in order to create timeline of events. L.J. JENNINGS | 2.40 hrs. 110.00/hr | $264.00 |
| 07/18/03 | Review memo from PRP counsel regarding document request (0.1); review memo from Attorney Hawkins regarding identification of site entity and prepare response (0.2). J.M. MELCHERS | 0.30 hrs. 240.00/hr | $72.00 |
| 07/18/03 | Update master index with additional correspondence to support charted entries in time. L.J. JENNINGS | 0.10 hrs. 110.00/hr | $11.00 |
| 07/21/03 | Review and analyze site documents for conference call with client (2.3); review draft timeline and summary of EPA documents (0.7); review relevant site history (0.6); review and analyze evaluation of alleged liabilities and previously proposed allocation by PRP (1.7). J.M. MELCHERS | 5.30 hrs. 240.00/hr | $1,272.00 |
| 07/21/03 | Begin creation of draft timeline from chart of Li Tungsten information. L.J. JENNINGS | 2.80 hrs. 110.00/hr | $308.00 |
| 07/22/03 | Continue review of information relevant to evaluation of potential claims issues. B.F. HAWKINS, JR. | 0.40 hrs. 260.00/hr | $104.00 |
| 07/22/03 | Review file materials regarding possible deposition of witness (0.6); research expected parameters of discovery (0.4); telephone conference with Attorney Carlisle regarding evaluation of defense of claims information obtained in investigation (0.3); analyze history of site activities (0.8); review draft timeline prepared by Paralegal Jennings and provide additional instruction on preparation of same (0.2); review memo regarding hearing (0.1); analyze discovery position taken by PRP (0.5); give assignment to Mr. Stafford regarding need for analysis of document and discovery positions (0.2). J.M. MELCHERS | 3.10 hrs. 240.00/hr | $744.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 07/22/03 | Review memo from Paralegal Jennings regarding EPA correspondence and reply to same (0.1); review and reply to series of memos regarding planned telephone meeting with Ms. Duff and Messrs. Corcoran and Seigel and preparation for same (0.3); review memo from Attorney Hawkins regarding issues needing to be researched for same (0.1); review information for timeline of EPA activities at site (0.1); evaluate correspondence for same (0.2).<br>J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 07/22/03 | Continue preparation of timeline (2.4); update chart with additional correspondence to support timeline (0.2); provide various correspondence between counsel for further review by Attorney Melchers (0.2); discuss format of timeline with Attorney Melchers (0.2).<br>L.J. JENNINGS | 3.00 hrs. | 110.00/hr | $330.00 |
| 07/22/03 | Continue to revise memo and update research regarding claim defenses (1.3); meet with Attorney Melchers regarding document issue (1.2); write memo regarding same.<br>D. STAFFORD | 2.40 hrs. | 75.00/hr | $180.00 |
| 07/23/03 | Review legal memo from Mr. Stafford regarding analysis of documents and potential responses to PRP (0.4); review and analyze document and evaluate legal positions on same (1.2); confer with Mr. Stafford regarding findings and conclusions (0.2); telephone conference with PRP counsel regarding positions on document issue (0.4); prepare memo to Ms. Duff regarding evaluation of document and recommendations regarding response to document issues (0.5).<br>J.M. MELCHERS | 2.70 hrs. | 240.00/hr | $648.00 |
| 07/23/03 | Review site and agency documents in preparation for conference call regarding claim analysis.<br>J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |
| 07/23/03 | Create and revise timeline from chart previously created.<br>L.J. JENNINGS | 2.40 hrs. | 110.00/hr | $264.00 |
| 07/24/03 | Review response on document issue from Ms. Duff and respond (0.1); evaluate costs for court documents needed from closed case and prepare memo regarding same (0.3); review docket details from case and determine documents needed for case evaluation (0.6); review and analyze interim allocation memorandum (0.6); analyze site historical information (0.3); review memos from PRP counsel regarding discovery issues (0.3).<br>J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 07/25/03 | Research regarding claims (1.7); telephone conference with Research Specialist Swaby regarding information needs and additional resources available (0.2); review historical documents for timeline preparation (0.7).<br>J.M. MELCHERS | 2.60 hrs. | 240.00/hr | $624.00 |
| 07/25/03 | Continue revisions on Li Tungsten timeline, and discuss same with Attorney Melchers.<br>L.J. JENNINGS | 0.40 hrs. | 110.00/hr | $44.00 |
| 07/26/03 | Analysis of contracts (4.3); research on contracts (0.5).<br>J.M. MELCHERS | 4.80 hrs. | 240.00/hr | $1,152.00 |
| 07/26/03 | Review memo and agency action analysis from Paralegal Jennings and respond to same.<br>J.M. MELCHERS | 0.50 hrs. | 240.00/hr | $120.00 |
| 07/26/03 | Review draft timeline and supporting agency documents.<br>J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |
| 07/26/03 | Finalize timeline and forward to Attorneys Carlisle and Melchers, then forward chart to Attorneys Carlisle, Melchers and Hawkins.<br>L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |
| 07/28/03 | Review information on defense of claims and provide input to Attorneys Melchers and Carlisle. | | | |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | B.F. HAWKINS, JR. | 5.60 hrs. | 260.00/hr | $1,456.00 |
| 07/28/03 | Review documents in preparation for claim analysis discussion (2.3); telephone conference with PRP counsel regarding results of court conference and next steps (0.3); prepare memo regarding same (0.2). | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |
| 07/28/03 | Research and evaluation regarding allocation analysis and provide input on claims defense. | J.M. MELCHERS | 4.70 hrs. | 240.00/hr | $1,128.00 |
| 07/28/03 | Analysis of claims issues. | R.T. CARLISLE | 6.80 hrs. | 240.00/hr | $1,632.00 |
| 07/29/03 | Review additional information for defense of claims to provide input to client. | B.F. HAWKINS, JR. | 1.30 hrs. | 260.00/hr | $338.00 |
| 07/29/03 | Prepare memo regarding issues for PRP discussion (0.3); prepare for PRP discussion (0.2); participate in same (0.9); prepare notes (0.3); review and analyze court documents for claims analysis (1.5). | J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |
| 07/29/03 | Prepare for (0.6) and conference call with Ms. Duff and outside counsel regarding defense analysis (0.9); telephone conference with Ms. Duff regarding analysis and results of PRP discussion (0.3); review memo from Ms. Duff (0.1); follow-up research on negotiation options (2.2); follow-up telephone conference with Ms. Duff regarding items for agenda (0.1); confer with Attorney Hawkins regarding strategy for claims defense (1.1); prepare memo to Attorney Carlisle regarding issues for conference call with Ms. Duff and Mr. Corcoran (0.1). | J.M. MELCHERS | 5.40 hrs. | 240.00/hr | $1,296.00 |
| 07/29/03 | Additional analysis of claims issues and compilation of results of review (1.3); strategize with client and other outside counsel regarding claims issues (1.4). | R.T. CARLISLE | 2.70 hrs. | 240.00/hr | $648.00 |
| 07/29/03 | Discuss chart with Attorney Carlisle (0.1); fill in chart with information as set out by Attorney Carlisle (0.6); review documents regarding allocation (0.2). | L.J. JENNINGS | 0.90 hrs. | 110.00/hr | $99.00 |
| 07/29/03 | Follow up on request to obtain briefs from document service provider for Attorney Melchers. | M. SWABY | 0.50 hrs. | 95.00/hr | $47.50 |
| 07/30/03 | Continue analysis of current and historical information for input on further support for defenses. | B.F. HAWKINS, JR. | 2.60 hrs. | 260.00/hr | $676.00 |
| 07/30/03 | Provide input to Mr. Corcoran and Ms. Duff concerning assessment of Li Tungsten and possible action forward. | B.F. HAWKINS, JR. | 1.40 hrs. | 260.00/hr | $364.00 |
| 07/30/03 | Analyze documents and carry out investigation of potential avenues for resolution in preparation for conference call with Mr. Corcoran and Ms. Duff. | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |
| 07/30/03 | Provide evaluation to Mr. Corcoran and Ms. Duff concerning assessment of Li Tungsten and possible action forward. | J.M. MELCHERS | 1.40 hrs. | 240.00/hr | $336.00 |
| 07/30/03 | Review memos regarding allocation and prepare memo regarding same (0.4); review memo from Ms. Duff and prepare memo to Attorney Hawkins regarding same (0.1); review article regarding clean-up levels (0.2). | J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 07/30/03 | Revise chart summarizing features relevant to claims issues (0.3); review pleadings (1.2); analysis of claims issues (0.9); confer with client regarding potential strategies to employ (1.4); additional analysis of strategic issues (0.3). | | | |
| | R.T. CARLISLE | 4.10 hrs. | 240.00/hr | $984.00 |
| 07/30/03 | File review to locate materials for Attorney Hawkins' preparation for meeting with client. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 07/31/03 | Telephone conference with Mr. Garland's office regarding information sought (0.1); review memos from counsel and Ms. Duff regarding planned consultation and respond (0.2); review incoming materials for case analysis (0.3). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 240.00/hr | $144.00 |
| 07/31/03 | Review site documents and analyze next steps based on discussions from claims defense conference call (0.8); review documents from legal search on same (0.3). | | | |
| | J.M. MELCHERS | 1.10 hrs. | 240.00/hr | $264.00 |
| 07/31/03 | Review and respond to memos regarding upcoming call on court issues (0.1); review documents for same (0.3). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/31/03 | Review documents relating to claims issues (0.2); ascertain completeness of review of information relevant to claims issues (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/31/03 | Receive and review correspondence setting date and time for conference call between counsel and update calendar with same. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |

Fees for Legal Services ............................................................................................ $31,381.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 87.40 | 240.00 | 20,976.00 |
| B.F. HAWKINS, JR. | 16.70 | 260.00 | 4,342.00 |
| R.T. CARLISLE | 14.50 | 240.00 | 3,480.00 |
| L.J. JENNINGS | 14.70 | 110.00 | 1,617.00 |
| D. STAFFORD | 10.60 | 75.00 | 795.00 |
| M. SWABY | 1.80 | 95.00 | 171.00 |
| TOTAL | 145.70 | $215.38 | $31,381.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 07/02/2003 | Photocopies 42 Page(s) | 2.10 |
| 07/02/2003 | Photocopies 14 Page(s) | 0.70 |
| 07/02/2003 | Photocopies 10 Page(s) | 0.50 |
| 07/02/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/03/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/09/2003 | Photocopies 3 Page(s) | 0.15 |
| 07/17/2003 | Photocopies 26 Page(s) | 1.30 |
| 07/17/2003 | Photocopies 124 Page(s) | 6.20 |
| 07/25/2003 | Photocopies 14 Page(s) | 0.70 |

| Date | Description | Amount |
|---|---|---|
| 07/29/2003 | Photocopies 14 Page(s) | 0.70 |
| 07/30/2003 | Service: FINANCIAL INFORMATION SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 3.00 | 4.45 |
| 07/30/2003 | Service: FINANCIAL INFORMATION SERVICE; Charge Type: SEARCHES; Quantity: 5.00 | 13.66 |
| 07/30/2003 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 3.00 | 16.21 |
| 07/30/2003 | Photocopies 41 Page(s) | 2.05 |

**Total Charges for Other Services Provided/Expenses Incurred .......................... $48.92**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 14.60 |
| Lexis | 34.32 |
| TOTAL | $48.92 |

Net current billing for this invoice ................................................................ $31,429.92

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
|  |  | A/R BALANCE | $21,772.90 |

**GRAND TOTAL ...................................................................................... $53,202.82**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $31,381.00 |
| Charges for Other Services Provided/Expenses Incurred | 48.92 |
| Net current billing for this invoice | $31,429.92 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| | TOTAL A/R BALANCE | | $21,772.90 |

GRAND TOTAL .................................................................................... $53,202.82

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC