**EXHIBIT D**

# NELSON MULLINS

### Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 19, 2003
Invoice 577208  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 07/31/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

07/09/03  Review schedule for activities at Charleston site and discuss with Mr. Bucens.
B.F. HAWKINS, JR.          0.50 hrs.   260.00/hr          $130.00

07/10/03  Sort mail for filing (0.9); discuss Extranet materials with AA Johnson (0.1); update billing file with fee application information and update correspondence (0.7).
L.J. JENNINGS              1.70 hrs.   110.00/hr          $187.00

Fees for Legal Services ................................................................. $317.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 260.00 | 130.00 |
| L.J. JENNINGS | 1.70 | 110.00 | 187.00 |
| TOTAL | 2.20 | $144.09 | $317.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/09/2003 | Telephone 1-978-952-6847 | 0.28 |
| 07/22/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/22/2003 | Photocopies 108 Page(s) | 5.40 |
| 07/22/2003 | Photocopies 84 Page(s) | 4.20 |

Total Charges for Other Services Provided/Expenses Incurred ................ $9.98

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 9.70 |
| Telephone | 0.28 |

W. R. Grace & Co.

August 19, 2003
Invoice 577208  Page 2

| Description | Dollars |
|---|---|
| TOTAL | $9.98 |

Net current billing for this invoice ................................................................................... $326.98

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| | | A/R BALANCE | $14,580.89 |

**GRAND TOTAL**................................................................................................................. **$14,907.87**

W. R. Grace & Co.

August 19, 2003
Invoice 577208  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $317.00 | |
| Charges for Other Services Provided/Expenses Incurred | 9.98 | |
| Net current billing for this invoice | | **$326.98** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| | TOTAL A/R BALANCE | | $14,580.89 |

**GRAND TOTAL** .................................................................... **$14,907.87**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC