**EXHIBIT E**

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

August 19, 2003
Invoice 577209 Page 1

Our Matter #         02399/06091                             For Services Through 07/31/03
Name of Matter:      Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/08/03 | Review memo from Attorney Hawkins regarding status of Fee Applications, prepare recommendation (0.3); review memorandum regarding recommendation and respond (0.1). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/10/03 | Discuss Extranet materials with AA Johnson and locate materials for review. | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |
| 07/15/03 | Review memo from Attorney Hawkins regarding fee application and respond. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 07/16/03 | Review of files and documents regarding monthly and quarterly fee applications (3.7); confer with Attorney Hawkins regarding past filings (0.4); prepare memorandum regarding open issues (0.4); telephone conference with Attorney Cauthen regarding fee application filing issues (0.2). | | | |
| | J.M. MELCHERS | 4.70 hrs. | 240.00/hr | $1,128.00 |
| 07/17/03 | Review memo from Ms. Vernon regarding Fee Application meeting. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 07/18/03 | Review file documents for preparation of fee application. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/22/03 | Review files regarding fee applications, court filings and responses to same (2.4); assignments to Paralegal Jennings regarding organization and review of fee application materials and PACER review (0.3); confer with Attorney Cauthen regarding bankruptcy filing procedures and status (0.6); prepare memo to Attorney Burn regarding assignment on fee applications (0.2); prepare phone message to Mr. Cleary (0.1); review memo from Attorney Burn regarding assignment and reply to same (0.2). | | | |
| | J.M. MELCHERS | 3.80 hrs. | 240.00/hr | $912.00 |
| 07/22/03 | Assist Attorney Melchers in beginning to organize Fee Application materials sent from Charleston office. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 07/23/03 | Review memo from Paralegal Jennings regarding docket and respond, review reply (0.2), review documents in preparation for meeting with Bankruptcy Attorney Burn (0.7). | | | |

W. R. Grace & Co.
August 19, 2003
Invoice 577209  Page 2

|          |                                                                                                                                                                                          |           |            |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|----------|
|          | J.M. MELCHERS                                                                                                                                                                            | 0.90 hrs. | 240.00/hr  | $216.00  |
| 07/23/03 | PACER research to print entire docket for case no. 01-01139.                                                                                                                             |           |            |          |
|          | L.J. JENNINGS                                                                                                                                                                            | 0.70 hrs. | 110.00/hr  | $77.00   |
| 07/24/03 | Review court correspondence and invoices for filing (0.6); review edits (0.1); assignment to Attorney Burn regarding contact with local counsel and fee application work needed (0.4).   |           |            |          |
|          | J.M. MELCHERS                                                                                                                                                                            | 1.10 hrs. | 240.00/hr  | $264.00  |
| 07/24/03 | Meet with Attorney Melchers to discuss fee application process (0.3); begin review of current outstanding fee apps and other information to determine status of file (0.5).              |           |            |          |
|          | B.J. BURN                                                                                                                                                                                | 0.80 hrs. | 180.00/hr  | $144.00  |
| 07/24/03 | Meet with Attorneys Hawkins and Burn regarding status of fee applications file, as well as strategy to update same.                                                                      |           |            |          |
|          | L.J. JENNINGS                                                                                                                                                                            | 0.50 hrs. | 110.00/hr  | $55.00   |
| 07/28/03 | Review files and court filings for preparation of fee applications (1.9); prepare memo to Attorney Burn regarding status and work needed (0.3).                                          |           |            |          |
|          | J.M. MELCHERS                                                                                                                                                                            | 2.20 hrs. | 240.00/hr  | $528.00  |
| 07/28/03 | Contact local counsel regarding fee application status and process (0.2); review billing for information needed to complete April fee application (0.3).                                 |           |            |          |
|          | B.J. BURN                                                                                                                                                                                | 0.50 hrs. | 180.00/hr  | $90.00   |
| 07/29/03 | Follow up with co-counsel regarding fee application package.                                                                                                                             |           |            |          |
|          | B.J. BURN                                                                                                                                                                                | 0.10 hrs. | 180.00/hr  | $18.00   |
| 07/30/03 | Review database for documentation on monthly applications (0.4); review memo regarding revisions to same (0.1); review memo from Attorney Burn regarding edits (0.1).                    |           |            |          |
|          | J.M. MELCHERS                                                                                                                                                                            | 0.60 hrs. | 240.00/hr  | $144.00  |

Fees for Legal Services ............................................................................................................. $3,935.00

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars  |
|----------------|-------|---------|----------|
| J.M. MELCHERS  | 14.20 | 240.00  | 3,408.00 |
| B.J. BURN      | 1.40  | 180.00  | 252.00   |
| L.J. JENNINGS  | 2.50  | 110.00  | 275.00   |
| TOTAL          | 18.10 | 217.40  | 3,935.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/02/2003 | Fed Ex                                                              | 13.17 |
| 07/02/2003 | VENDOR: Federal Express; INVOICE#: 477617639; DATE: 7/2/2003-06/13/03 | 49.52 |
| 07/02/2003 | Photocopies 1 Page(s)                                               | 0.05  |
| 07/07/2003 | To: Federal Express for shipping charge on 06/13/03                 | 39.85 |
| 07/22/2003 | Photocopies 17 Page(s)                                              | 0.85  |
| 07/22/2003 | Photocopies 24 Page(s)                                              | 1.20  |
| 07/22/2003 | Photocopies 10 Page(s)                                              | 0.50  |
| 07/24/2003 | Photocopies 90 Page(s)                                              | 4.50  |

W. R. Grace & Co.

August 19, 2003
Invoice 577209  Page 3

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$109.64**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 7.10 |
| Federal Express | 89.37 |
| Fed Ex | 13.17 |
| TOTAL | $109.64 |

**Net current billing for this invoice** ................................................................. **$4,044.64**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| | | A/R BALANCE | $17,922.02 |

**GRAND TOTAL** .................................................................................................... **$21,966.66**

W. R. Grace & Co.

August 19, 2003
Invoice 577209 Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $3,935.00 |
| Charges for Other Services Provided/Expenses Incurred | $109.64 |
| Net current billing for this invoice | **$4,044.64** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| | TOTAL A/R BALANCE | | $17,922.02 |

**GRAND TOTAL** ............................................................................................ **$21,966.66**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me this 29 day of August, 2003

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: 2/3/09