IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                              Chapter 11

W.R. GRACE & Co., et al.,                           Case No. 01-01139 (JKF)
                                                    (Jointly Administered)

                    Debtors

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through July 31, 2003 |

Amount of Compensation sought
as actual, reasonable and necessary (80% of $61,294.00):     $49,035.20
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                  $780.87

This is an: __X__ interim _____ final application

The total time expended for fee application preparation activities is approximately 25.4 hours and corresponding compensation requested is approximately $5,820.00 (80% of the fees incurred of $7,275.00). The time expended included approximately 10.1 hours spent on preparation of the twenty-sixth, twenty-seventh and twenty-eighth monthly interim fee applications including 6.3 hours spent by a paraprofessional assisting in the preparation of the fee applications. In addition, 10.3 hours were spent preparing the Ninth quarterly fee application and related summary schedules for the Fee Auditor. Also, 5.0 hours were spent preparing a response to the Fee Auditor regarding the audit of the Eighth Interim Period.

This is the TWENTY-EIGHTH application filed. Disclosure for prior periods and current period is as follows:

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

**ATTACHMENT A
TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 20.0 | $11,900.00 |
| S. Cunningham | $550 | 20.5 | $11,275.00 |
| C. Whitney | $425 | 25.7 | $10,922.50 |
| L. Hamilton | $375 | 63.9 | $23,962.50 |
| J. Schwendeman | $350 | 3.0 | $1,050.00 |
| M. Hakoun | $165 | 7.6 | $1,254.00 |
| N. Backer | $ 75 | 12.4 | $930.00 |
| | | | |
| Grand Total: | | 153.1 | $61,294.00 |
| Blended Rate: | $400 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 97.9 | $41,768.50 |
| 8 | Case Administration | 4.9 | $367.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 11.3 | $5,227.00 |
| 12 | Employee Benefits/Pension | 13.6 | $6,656.00 |
| 16 | Fee Applications, Applicant | 25.4 | $7,275.00 |
| | | | |
| | Total | 153.1 | $61,294.00 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)</u>

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $486.00 |
| Facsimiles | $17.00 |
| Telecommunications | $236.57 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $0.00 |
| Tolling Charges | $41.30 |
| | |
| Total | $780.87 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period July 1, 2003 through July 31, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 20.0 | $ 595 | 11,900.00 |
| S. Cunningham | 20.5 | $ 550 | 11,275.00 |
| C. Whitney | 25.7 | $ 425 | 10,922.50 |
| L. Hamilton | 63.9 | $ 375 | 23,962.50 |
| J. Schwendeman | 3.0 | $ 350 | 1,050.00 |
| M. Hakoun | 7.6 | $ 165 | 1,254.00 |
| N. Backer | 12.4 | $ 75 | 930.00 |
| TOTAL | 153.1 | | $ 61,294.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period July 1, 2003 through July 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Task Code | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 11,900.00 | E. Ordway | $ - | $ - | $ 9,282.00 | $ - | $ - | $ 357.00 | $ 2,261.00 | $ - | $ 11,900.00 |
| $ 550 | 11,275.00 | S. Cunningham | - | - | 7,370.00 | - | - | 2,145.00 | 1,760.00 | - | 11,275.00 |
| $ 425 | 10,922.50 | C. Whitney | - | - | 8,075.00 | - | - | 1,487.50 | 1,360.00 | - | 10,922.50 |
| $ 375 | 23,962.50 | L. Hamilton | - | - | 14,737.50 | - | - | 1,237.50 | 1,275.00 | 6,712.50 | 23,962.50 |
| $ 350 | 1,050.00 | J. Schwendeman | - | - | 1,050.00 | - | - | - | - | - | 1,050.00 |
| $ 165 | 1,254.00 | M. Hakoun | - | - | 1,254.00 | - | - | - | - | - | 1,254.00 |
| $ 75 | 930.00 | N. Backer | - | - | - | 367.50 | - | - | - | 562.50 | 930.00 |
| | $ 61,294.00 | Totals | $ - | $ - | $ 41,768.50 | $ 367.50 | $ - | $ 5,227.00 | $ 6,656.00 | $ 7,275.00 | $ 61,294.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period July 1, 2003 through July 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 11,900.00 | E. Ordway | | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 0.6 | 3.8 | 0.0 | 20.0 |
| $ 550 | $ 11,275.00 | S. Cunningham | | 0.0 | 0.0 | 13.4 | 0.0 | 0.0 | 3.9 | 3.2 | 0.0 | 20.5 |
| $ 425 | $ 10,922.50 | C. Whitney | | 0.0 | 0.0 | 19.0 | 0.0 | 0.0 | 3.5 | 3.2 | 0.0 | 25.7 |
| $ 375 | $ 23,962.50 | L. Hamilton | | 0.0 | 0.0 | 39.3 | 0.0 | 0.0 | 3.3 | 3.4 | 17.9 | 63.9 |
| $ 350 | $ 1,050.00 | J. Schwendeman | | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ 1,254.00 | M. Hakoun | | 0.0 | 0.0 | 7.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.6 |
| $ 75 | $ 930.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 0.0 | 7.5 | 12.4 |
| | $ 61,294.00 | Totals | | 0.0 | 0.0 | 97.9 | 4.9 | 0.0 | 11.3 | 13.6 | 25.4 | 153.1 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period July 1, 2003 through July 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 97.9 | During the Fee Period we read and analyzed data regarding the latest version of the Hatch bill related to proposed establishment of a trust for asbestos litigation settlements. In addition we read and analyzed the May monthly operating report and Treasury report prepared by the Debtors, and prepared a report to the Committee thereon. We also prepared additional analyses regarding cash balances and cash repatriation issues and prepared a report to the Committee thereon. During the fee period we read and analyzed the Summit Ventures motion, discussed details with the Debtors and prepared a report summarizing our observations. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 4.9 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 11.3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the Summit Ventures motion, cash repatriation issues, the Debtors' pension funding motion and May operating results. |
| Employee Benefits/Pension | 12 | 13.6 | During the fee period, we read and analyzed the Debtors' pension funding motion and prepared a report to the Committee thereon. |
| Fee Applications, Applicant | 16 | 25.4 | During the Fee Period timekeeper Hamilton spent approximately 17.9 hours preparing the May, June and July fee applications, the Ninth Quarterly fee application and a response to the Fee Auditor regarding the audit of the Eighth Interim Period. A paraprofessional spent approximately 7.5 hours assisting in preparation of the fee application. |
| Total | | 153.1 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Jul | 4 | Read and analyzed memorandum from Navigent regarding asbestos bill and summarized items for consideration in our valuation and recovery analysis. | 1.2 |
| 7-Jul | 4 | Reviewed valuation data based on current claim information. | 1.1 |
| 8-Jul | 4 | Read and analyzed memorandum from counsel regarding ZAI and summarized items for consideration in our recovery analysis. | 2.1 |
| 8-Jul | 11 | Called chair to discuss ZAI claims. | 0.3 |
| 9-Jul | 12 | Read Debtors' motion regarding pension funding. | 1.1 |
| 9-Jul | 12 | Analyzed impact to liquidity of Debtors' proposal regarding pension funding. | 1.2 |
| 9-Jul | 12 | Read counsel's memorandum regarding pension funding. | 0.8 |
| 11-Jul | 4 | Analyzed Summit motion regarding property agreement assumption. | 0.8 |
| 14-Jul | 4 | Read data regarding status of Hatch bill. | 0.9 |
| 15-Jul | 12 | Analyzed impact to liquidity of various pension funding methods. | 0.7 |
| 17-Jul | 4 | Researched tax issues related to repatriation of cash from overseas. | 1.3 |
| 18-Jul | 4 | Updated debt capacity analysis assuming repatriation of offshore cash at various levels. | 2.1 |
| 21-Jul | 4 | Analyzed 1st quarter performance and compared to peer group for trends and variances from prior year. | 1.6 |
| 22-Jul | 4 | Read and analyzed monthly operating report and summarized items for further investigation by staff. | 1.7 |
| 22-Jul | 11 | Called chair to discuss current operating results. | 0.3 |

| | | | |
|---|---|---|---|
| 22-Jul | 4 | Compared operating results to Plan and identified major variances for further investigation. | 0.6 |
| 23-Jul | 4 | Prepared and edited analyses regarding offshore cash. | 0.8 |
| 30-Jul | 4 | Updated near-term work plan for staff. | 0.8 |
| 31-Jul | 4 | Read and analyzed articles concerning Hatch bill. | 0.6 |
| | | **Total Hours** | 20.0 |

## Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Jul | 4 | Reviewed analysis regarding Summit motion. | 1.1 |
| 8-Jul | 11 | Participated in call with counsel regarding Summit motion. | 0.4 |
| 8-Jul | 4 | Analyzed change in cash reflected in the May operating report. | 1.0 |
| 9-Jul | 11 | Participated in conference call with Committee regarding pension motion. | 0.7 |
| 9-Jul | 4 | Read and analyzed May operating report provided by Debtors. | 0.8 |
| 10-Jul | 11 | Participated in conference call with counsel and Committee regarding pension contributions and overseas cash balance. | 1.0 |
| 14-Jul | 4 | Read excepts of Hatch Asbestos bill. | 2.6 |
| 15-Jul | 12 | Read and analyzed draft pension funding motion. | 1.9 |
| 15-Jul | 11 | Discussed pension, cash balances and other issues with counsel. | 0.5 |
| 16-Jul | 4 | Read and edited report to Committee regarding results of May operations. | 0.9 |
| 17-Jul | 12 | Read and analyzed language for proposed pension funding. | 1.3 |
| 17-Jul | 11 | Discussed with counsel the language for proposed pension funding. | 0.3 |
| 22-Jul | 4 | Prepared analysis regarding offshore cash and potential repatriation issues. | 1.8 |
| 22-Jul | 4 | Read and analyzed various articles regarding recent developments in asbestos cases. | 0.7 |
| 23-Jul | 4 | Read and analyzed Hatch report and dissenting views. | 2.2 |
| 24-Jul | 11 | Participated in conference call with Debtors and counsel regarding cash balance repatriation. | 1.0 |
| 29-Jul | 4 | Reviewed various asbestos industry updates and articles. | 2.3 |
| | | **Total Hours** | 20.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Christina Whitney
### For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Jul | 4 | Read and summarized issues pertaining to pending asbestos-related legislation discussed in a memo prepared by Navigant Consulting. | 4.1 |
| 6-Jul | 4 | Prepared an update regarding the status of the Babcock and Wilcox bankruptcy. | 2.9 |
| 10-Jul | 12 | Prepared for call with the Committee regarding pension funding motion. | 0.9 |
| 10-Jul | 11 | Participated in a call with the Committee regarding pension funding motion. | 1.0 |
| 11-Jul | 4 | Reviewed and analyzed cost/benefit repatriation analysis prepared by the Debtors. | 1.8 |
| 11-Jul | 4 | Read and analyzed asbestos-related articles pertaining to the ABB prepackaged bankruptcy and the pending Hatch bill. | 2.2 |
| 14-Jul | 12 | Prepared a discussion document pertaining to the proposed pension funding issues for distribution to Committee chairman and counsel. | 2.3 |
| 14-Jul | 4 | Prepared and distributed an information request pertaining to the impact of repatriating cash from non-filing entities. | 0.7 |
| 14-Jul | 11 | Participated in discussions with counsel and the Committee chairman regarding pension funding motion. | 1.0 |
| 14-Jul | 11 | Participated in discussions the Debtors' financial advisors regarding pension funding motion and request for additional information. | 0.5 |
| 23-Jul | 4 | Read and analyzed 2nd quarter press release. | 2.4 |
| 24-Jul | 4 | Read and analyzed June 2003 treasury report. | 2.1 |
| 24-Jul | 11 | Participated in a discussion with Debtors regarding the June 2003 treasury report and repatriation of excess cash. | 1.0 |
| 25-Jul | 4 | Prepared draft report to Committee regarding repatriation of excess cash from non-filing entities. | 2.8 |
| | | **Total Hours** | 25.7 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 16 | Prepared May fee application | 0.1 |
| 1-Jul | 4 | Read and analyzed Summit Ventures motion. | 4.1 |
| 1-Jul | 11 | Discussed Summit Ventures motion with counsel. | 0.2 |
| 3-Jul | 11 | Discussed Summit Ventures motion and Pension Funding motion with counsel. | 0.5 |
| 3-Jul | 12 | Read and analyzed Pension Funding motion. | 0.2 |
| 3-Jul | 4 | Read counsel's memo regarding status of ZAI claimants. | 0.3 |
| 3-Jul | 16 | Prepared response to Fee Auditor regarding the 8th Interim period. | 5.0 |
| 8-Jul | 4 | Read and analyzed cash balance detail contanin in Debtor's Treasury report. | 1.9 |
| 8-Jul | 4 | Analyzed information regarding Summit Ventures motion and prepared report thereon. | 5.9 |
| 8-Jul | 11 | Discussed Summit Ventures and pension funding motions with counsel. | 0.5 |
| 9-Jul | 4 | Read and analyzed Debtors' May operating statements. | 4.6 |
| 9-Jul | 4 | Prepared report regarding Debtors' May operating statements. | 3.8 |
| 9-Jul | 11 | Discussed Pension funding and Summit Ventures motions with counsel. | 0.7 |
| 10-Jul | 12 | Read and analyzed pension information provided by Debtors. | 0.9 |
| 10-Jul | 12 | Continued to read and analyze information regarding Pension Funding. | 0.4 |
| 10-Jul | 4 | Continued to prepare report regarding Debtors' May operating statements. | 5.7 |

| | | | |
|---|---|---|---|
| 10-Jul | 11 | Discussed with counsel the repatriation of cash from Debtors' overseas entities. | 0.4 |
| 10-Jul | 4 | Read counsel's memo regarding Summit Ventures motion. | 0.6 |
| 10-Jul | 11 | Participated in conference call regarding Pension Funding. | 1.0 |
| 11-Jul | 16 | Prepared June fee application. | 0.4 |
| 11-Jul | 4 | Continued to prepare report regarding Debtors' May operating | 2.4 |
| 11-Jul | 4 | Read and analyzed recent updates to Hatch bill. | 1.0 |
| 14-Jul | 4 | Continued to read and analyze updates to Hatch bill. | 0.2 |
| 14-Jul | 16 | Continued to prepare June fee application. | 0.5 |
| 14-Jul | 12 | Read and analyzed emails, memos and schedules regarding Pension | 1.6 |
| 16-Jul | 4 | Read and analyzed recent asbestos news reports. | 2.6 |
| 18-Jul | 12 | Read revised proposed order regarding Pension Funding. | 0.3 |
| 18-Jul | 16 | Continued to prepare June fee application. | 0.9 |
| 21-Jul | 4 | Continued to prepare report to Committee regarding Debtors' May operating report. | 0.9 |
| 22-Jul | 16 | Continued to prepare June fee application. | 0.8 |
| 23-Jul | 4 | Continued to prepare report to Committee regarding Debtors' May operating report. | 0.9 |
| 24-Jul | 4 | Read and analyzed Q2 quarterly press release from Debtors. | 2.0 |
| 28-Jul | 16 | Prepared 9th quarterly fee application. | 4.6 |
| 29-Jul | 16 | Continued to prepare 9th quarterly fee application. | 2.9 |
| 30-Jul | 16 | Prepared summary quarterly fee schedules for Fee Auditor. | 1.6 |
| 31-Jul | 4 | Read and analyzed recent court docket items including EPA | 2.4 |
| 31-Jul | 16 | Prepared July fee application. | 1.1 |
| | | **Total Hours** | 63.9 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Jeffrey E. Schwendeman
### For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jul | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.8 |
| 16-Jul | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.2 |
| 31-Jul | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.0 |
| | | **Total Hours** | 3.0 |

# Invoice

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jul | 4 | Researched and analyzed specifics in the "Fairness Asbestos Injury Resolution 2003" and distributed findings to case team members. | 1.7 |
| 10-Jul | 4 | Monitored asbestos litigation news and distributed results to case team members. | 0.8 |
| 14-Jul | 4 | Researched amendments made to the "Fairness in Asbestos Injury Resolution 2003." | 0.5 |
| 29-Jul | 4 | Researched and analyzed selected specialty chemical peer companies second quarter earnings. | 0.8 |
| 29-Jul | 4 | Prepared an analysis of operating results compared to prior year and year-to-date. | 1.6 |
| 30-Jul | 4 | Continued peer group analysis incorporating analyst comments and outlooks for third quarter and full year. | 1.4 |
| 31-Jul | 4 | Researched new amendments made to the "Fairness in Asbestos Resolution Act of 2003" or "FAIR Act 2003;" obtained marked-up version and distributed materials to case team members. | 0.8 |
| **Total Hours** | | | 7.6 |

# Invoice

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.5 |
| 2-Jul | 16 | Processed professional fee application for June. | 0.4 |
| 7-Jul | 16 | Processed professional fee application for June. | 0.4 |
| 7-Jul | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 8-Jul | 16 | Processed professional fee application for June. | 0.8 |
| 9-Jul | 16 | Processed professional fee application for June. | 1.0 |
| 10-Jul | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.5 |
| 11-Jul | 16 | Processed professional fee application for June. | 0.9 |
| 11-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.2 |
| 14-Jul | 16 | Proofread and edited professional fee application for June. | 1.0 |
| 15-Jul | 16 | Processed professional fee application for June. | 1.2 |
| 21-Jul | 8 | Prepared monthly operating report for distribution to Committee. | 1.2 |
| 22-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 1.4 |
| 28-Jul | 16 | Proofread Ninth Quarterly Fee Application | 0.5 |
| 29-Jul | 16 | Continued to proofread Ninth Quarterly Fee Application | 0.7 |
| 29-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.5 |
| 30-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.3 |
| 30-Jul | 16 | Proofread  professional fee application for June. | 0.6 |
| | | **Total Hours** | 12.4 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2003 through July 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 486.00 |
| External | | |
| Telecommunications: | | |
| Telephone | | 236.57 |
| Toll Charges | Subscriptions and online charges | - |
| Facsimile | | 17.00 |
| Postage, Federal Express, Airborne Express | | |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Subscriptions and online research fees | | 41.30 |
| Total Expenses | $ | 780.87 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period July 1, 2003 through July 31, 2003

| | | | |
|---|---|---|---|
| Copies, Internal | 3,420 pages @ $0.15/page: | | $ 486.00 |
| Facsimile Charges: | 17 pages @ $1.00/page: | | 17.00 |
| Telephone Charges: | S. Cunningham | 45.92 | |
| | Saddle Brook Office | 190.65 | |
| | Telephone | | 236.57 |
| Toll Charges: | Subscriptions and Online research fees | | 41.30 |
| Postage, Federal Express: | | | |
| | | | - |
| Transportation, lodging, tolls, parking and mileage: | | | - |
| Meals: | | | - |
| Total | | | $ 780.87 |