## Attachment B
## To Fee Application

### Summary of PwC's Fees By Professional
### July 2003

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 24.40 | 18,129 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 3.00 | 4,650 |
| Douglas Tanner | Audit Partner | 20+ | 1213 | 1.00 | 1,213 |
| Joseph Divito | GRMS Partner | 20+ | 821 | 0.50 | 411 |
| Todd Hutcherson | Audit Senior Manager | 8 | 569 | 15.80 | 8,990 |
| Sandra David | Audit Manager | 6 | 487 | 28.70 | 13,977 |
| William Choi | Audit Manager | 6 | 342 | 50.20 | 17,168 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 75.50 | 25,821 |
| Nina Govic | Audit Senior Associate | 4 | 307 | 10.20 | 3,131 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 13.70 | 4,781 |
| Aimee Stickley | Audit Associate | 3 | 232 | 42.70 | 9,906 |
| Maureen Yeager | Audit Associate | 2 | 197 | 95.50 | 18,814 |
| Renee Anderson | Audit Associate | 2 | 256 | 5.90 | 1,510 |
| Katie Storrs | Audit Intern | N/A | 157 | 11.30 | 1,774 |
| Elaine Lamacchia | Administrative Assistant | N/A | 110 | 1.50 | 165 |
|  | Total |  |  | 379.90 | 130,441 |

| | |
|---|---|
| Total at Standard Rate | $ 130,441.30 |
| 55 % Accrual Rate Adjustment | $ (71,742.72) |
| Total at 45% Accrual Rate | $ 58,698.59 |

July 2003 Sarbanes-Oxley 404 Time:

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| William Choi | Audit Manager | 6 | 342 | 2.70 | 923 |
| Todd Hutcherson | Audit Senior Manager | 8 | 569 | 2.00 | 1,138 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 1.50 | 761 |
| Joseph Divito | GRMS Partner | 20+ | 821 | 0.50 | 411 |
|  |  | TOTAL |  | 6.70 | 3,232 |

| | |
|---|---|
| Total at Standard Rate | $ 3,232.40 |
| 35 % Accrual Rate Adjustment | $ (1,131.34) |
| Total at 65% Accrual Rate | $ 2,101.06 |

{MCM8064.DOC}

**Summary of PwC's Fees By Project Category:**
                    **July 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | **386.60** | **$60,799.65** |
| 26-Business Analysis | | |

| | | |
|---|---|---|
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **386.60** | **$60,799.65** |

## Expense Summary
## July 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$1,191.98** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | |
| **Business Meals** | **N/A** | |
| **TOTAL:** | | **$1,191.98** |

{MCM8064.DOC}