**EXHIBIT A**

**Professional Profiles**
**Grace time tracking**
**July 2003**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | **Audit Partner** | **34** | **743** | **24.40** | 18,129 |
| **Raymond Bromark** | **Audit Partner** | **30+** | **1550** | **3.00** | 4,650 |
| **Douglas Tanner** | **Audit Partner** | **20+** | **1213** | **1.00** | 1,213 |
| **Joseph Divito** | **GRMS Partner** | **20+** | **821** | **0.50** | 411 |
| **Todd Hutcherson** | **Audit Senior Manager** | **8** | **569** | **15.80** | 8,990 |
| **Sandra David** | **Audit Manager** | **6** | **487** | **28.70** | 13,977 |
| **William Choi** | **Audit Manager** | **6** | **342** | **50.20** | 17,168 |
| **Cheryl Frick** | **Audit Senior Associate** | **4** | **342** | **75.50** | 25,821 |
| **Nina Govic** | **Audit Senior Associate** | **4** | **307** | **10.20** | 3,131 |
| **Jonelle Lippolis** | **Audit Senior Associate** | **4** | **349** | **13.70** | 4,781 |
| **Aimee Stickley** | **Audit Associate** | **3** | **232** | **42.70** | 9,906 |
| **Maureen Yeager** | **Audit Associate** | **2** | **197** | **95.50** | 18,814 |
| **Renee Anderson** | **Audit Associate** | **2** | **256** | **5.90** | 1,510 |
| **Katie Storrs** | **Audit Intern** | **N/A** | **157** | **11.30** | 1,774 |
| **Elaine Lamacchia** | **Administrative Assistant** | **N/A** | **110** | **1.50** | 165 |
| | **Total** | | | **379.90** | **130,441** |

| | |
|---|---|
| Total at Standard Rate | $ 130,441.30 |
| 55 % Accrual Rate Adjustment | $ (71,742.72) |
| Total at 45% Accrual Rate | $ 58,698.59 |

Work performed for Sarbanes-Oxley 404:

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **William Choi** | **Audit Manager** | **6** | **342** | **2.70** | 923 |
| **Todd Hutcherson** | **Audit Senior Manager** | **8** | **569** | **2.00** | 1,138 |
| **Craig Cleaver** | **GRMS Manager** | **6** | **507** | **1.50** | 761 |
| **Joseph Divito** | **GRMS Partner** | **20+** | **821** | **0.50** | 411 |
| | | | **TOTAL** | **6.70** | **3,232** |

| | |
|---|---|
| Total at Standard Rate | $ 3,232.40 |
| 35 % Accrual Rate Adjustment | $ (1,131.34) |
| Total at 65% Accrual Rate | $ 2,101.06 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|
| **Name: Larry Farmer** | | | | | | |
| 7/8/03 | 0.4 | Review of FAS 52 issue on the phone with Dave Ryan, PwC Senior Manager | $ | 743 | $ | 297 |
| | 0.2 | Discussion with Grace Management regarding the Public Accounting Oversite Board workpaper review | $ | 743 | $ | 149 |
| | 0.1 | Conference call with Dana Guzzo, Director of Grace Internal Audit, in regards to the upcoming audit committee meeting | $ | 743 | $ | 74 |
| 7/9/03 | 0.8 | Telephone call with Dana Guzzo and Bob Tarola, CFO, regarding the audit committee meeting and LIFO calculation | $ | 743 | $ | 594 |
| | 1.5 | Complete PwC required audit continuance documentation. | $ | 743 | $ | 1,115 |
| | 0.2 | Telephone call with PwC HR - Baltimore office regarding staffing schedules for the Grace engagement | $ | 743 | $ | 149 |
| 7/10/03 | 1.3 | Discuss scheduling issues with Mary Beth Stalter in relation to the WR Grace engagement personnel for the 2nd quarter interim review | $ | 743 | $ | 966 |
| 7/11/03 | 0.4 | Discussion with Todd Hutcherson regarding the audit transition due to change in engagement team personnel. | $ | 743 | $ | 297 |
| 7/14/03 | 0.2 | Discussion with legal counsel the outcome of the period 8 filing. | $ | 743 | $ | 149 |
| | 0.9 | Planning for second quarter audit review work. | $ | 743 | $ | 669 |
| | 0.8 | Discuss Chicago inventory with Bill Docman and Tim Delbruggae. | $ | 743 | $ | 594 |
| | 0.8 | Meeting with Bob Tarola, CFO, and Larry Farmer to discuss PwC's management transition on the WR Grace account. | $ | 743 | $ | 594 |
| | 0.9 | Meeting with Bob Tarola, Dana Guzzo and Tim Delbrugge to discuss Protiviti | $ | 743 | $ | 669 |
| 7/15/03 | 0.8 | Call with Dave Ryan regarding the German loan repayment | $ | 743 | $ | 594 |
| 7/16/03 | 1.1 | Discussion and research with Tim Delbrugge regarding the German Loan Repayment | $ | 743 | $ | 817 |
| 7/17/03 | 0.4 | Meeting with Cheryl Frick in order to discuss the 2nd quarter interim review and status of the audit work performed. | $ | 743 | $ | 297 |
| | 0.2 | Call with Cheryl Frick regarding the results of the second quarter review of Grace Performance Chemicals. | $ | 743 | $ | 149 |
| | 1.9 | Review Davison Quarterly earnings call material. | $ | 743 | $ | 1,412 |
| 7/18/03 | 0.2 | Telephone call with Cheryl Frick regarding the 2nd quarter update to audit procedures / testing performed. | $ | 743 | $ | 149 |
| | 0.6 | Call with Bob Tarola to update him on the 2nd quarter review procedures. | $ | 743 | $ | 446 |
| | 0.4 | Review of Grace second quarter press release. | $ | 743 | $ | 297 |
| 7/21/03 | 0.2 | Discussion of the 2nd quarter press release with Cheryl Frick. | $ | 743 | $ | 149 |
| | 0.6 | Discussion with Ray Bromark, concurring partner, on the press release and adjustments to be made. | $ | 743 | $ | 446 |
| 7/22/03 | 0.8 | Meeting with Bob Tarola to discuss second quarter results | $ | 743 | $ | 594 |
| | 0.7 | Phone conversation with Cheryl Frick regarding issues in relation to the 2nd quarter interim review and their impact on the 3rd quarter review procedures. | $ | 743 | $ | 520 |
| | 0.4 | Review of the second quarter press release and the audit committee meeting. | $ | 743 | $ | 297 |
| | 0.7 | Miscellenelous discussion regarding the 2nd quarter audit results with Tim Delbrugge, Dana Guzzo and Michael Brown | $ | 743 | $ | 520 |
| 7/23/02 | 1.5 | Participate in audit committee call | $ | 743 | $ | 1,115 |
| 7/27/03 | 1.7 | Review and revise client continuance documentation as required to be performed on all PwC audits. | $ | 743 | $ | 1,263 |
| 7/30/03 | 0.7 | Discussion with Bob Tarola and Tim Delbrugge regarding the minimum pension liability | $ | 743 | $ | 520 |
| | 0.9 | Review of second quarter audit work performed and database work / documentation. | $ | 743 | $ | 669 |
| 7/31/03 | 1.3 | Review of the Form 10Q SEC Filing. | $ | 743 | $ | 966 |
| | 0.8 | Discuss my changes, issues and adjustments in relation to the Form 10Q Filing with Cheryl Frick. | $ | 743 | $ | 594 |
| | **24.4** | | | | **$** | **18,129** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Ray Bromark** | | | | |
| 7/21/03 | 0.4 | Review of the 2nd quarter Press Release. | $ 1,550 | $ 620 |
|  | 0.6 | Discussion with Larry Farmer, Engagement Partner, on the press release and adjustments to be made. | $ 1,550 | $ 930 |
| 7/25/03 | 0.8 | Completion of the Concurring Review Partner Checklist with Cheryl Frick in preparation for the Form 10Q Filing. | $ 1,550 | $ 1,240 |
| 7/30/03 | 0.7 | Review of the 2nd quarter Form 10Q Filing. | $ 1,550 | $ 1,085 |
|  | 0.5 | Provide comments via phone conversation to Cheryl Frick in relation to the filing of the 2nd quarter Form 10Q and adjustment to be made. | $ 1,550 | $ 775 |
|  | **3.00** | | | **$ 4,650** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Douglas Tanner** | | | | |
| 07/11/2003 | 1.00 | Review of Fraudulent Conveyance issues at WR Grace in conjunction with the 2nd quarter interim review procedures. | $ 1,213 | $ 1,213 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July, 31 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Joseph Divito** | | | | |
| 7/14/03 | 0.5 | Planning for the interim review of WR Grace - this time includes addressing staffing needs for the testing of computer controls related to the audit. | $ 821 | $ 411 |
| **Sarbanes-Oxley Time:** | | | | |
| 7/14/03 | 0.5 | Discussion with Craig Cleaver in relation to the documentation of the Sarbanes Oxley 404 Review procedures. | $ 821 | $ 411 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Todd Hutcherson** | | | | |
| 7/11/03 | 0.4 | Discussion with Larry Farmer regarding the audit transition due to change in engagement team personnel. | $ 569 | $ 228 |
| 7/14/03 | 0.8 | Meeting with Bob Tarola, CFO, and Larry Farmer to discuss PwC's management transition on the WR Grace account. | $ 569 | $ 455 |
| | 3.2 | Planning for the upcomming Audit Committee Meeting including review of the Form 10-K, Annual Report, and analyst reports for WR Grace. | $ 569 | $ 1,821 |
| 7/15/03 | 2.8 | Consultation and research with Tim Delbrugge, Grace, on the idle facilities transaction. | $ 569 | $ 1,593 |
| | 2.3 | Consultation and discussions with William Choi, PwC Manager, on the Malalysia capitalization/dividend structuring | $ 569 | $ 1,309 |
| 7/23/03 | 1.5 | Participate in the Audit Committee Call in order to discuss the results of the 2nd quarter interim review. | $ 569 | $ 854 |
| | 2.1 | Consultation and research in regards to the Grace pension plan transaction with Tim Delbrugge. | $ 569 | $ 1,195 |
| 7/24/03 | 1.3 | Research and consult on revenue recognition issue (conference call with Tim Delbrugge, William Choi and Bill Dockman) | $ 569 | $ 740 |
| 7/25/03 | 1.8 | Research and consult on revenue recognition issue (conference call with Tim Delbrugge, William Choi and Bill Dockman) | $ 569 | $ 1,024 |
| | **15.80** | | | **$ 8,990** |

**Sarbanes-Oxley Time**

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Craig Cleaver** | | | | |
| **Sarbanes-Oxley Time:** | | | | |
| 7/14/03 | 0.5 | Discussion with Joe Divito in relation to the documentation of the Sarbanes Oxley 404 Review procedures. | $ 507 | $ 254 |
| | 1.0 | Reading / review of prior audit committee presentations to prepare for the Sarbanes Oxley 404 meeting. | $ 507 | $ 507 |
| | **1.5** | | | **$ 761** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Sandra David** | | | | |
| 07/05/03 | 4.8 | Discussions with WR Grace Performance Chemical's Management regarding audit work performed and a detailed review of Darex Puerto Rico's Financial Statements. | $487 | $2,338 |
| 07/08/03 | 1.2 | Discussion with engagement team and the management of Performance Chemicals regarding Darex Puerto Rico's tax provision | $487 | $584 |
| 07/09/03 | 1.5 | Review of the audit request list to be distributed to the client in conjunction with our 2nd quarter interim review at Performance Chemicals. | $487 | $731 |
| 07/14/03 | 1.1 | Discussions with Jonelle Lippolis in relation to the analytical procedures performed and the results of our testing in the 2nd quarter interim review. | $487 | $536 |
| 07/15/03 | 0.9 | Planning and preparation for the work to be performed in the 2nd Quarter Interim Review. | $487 | $438 |
| 07/16/03 | 7.2 | Attendance the Performance Chemicals Earnings Call Meeting. | $487 | $3,506 |
| 07/17/03 | 3.4 | Based upon the 2nd quarter fluctuation analysis of performance chemicals, meeting with the management of Performance Chemicals (Doug Hughes and Rick Brown) in order to discuss accounts that fell within our scope limitations for further inquiry. | $487 | $1,656 |
| | 4.2 | Documentation of the results of our inquiry in relation to the fluctuation analysis. | $487 | $2,045 |
| 07/18/03 | 2.4 | Follow-up with the management at Performance Chemicals in relation to the open items from the Audit Request List. | $487 | $1,169 |
| 07/29/03 | 1.2 | Discussion of the results of the interim review at Performance Chemicals with Cheryl Frick, Baltimore Team Lead Senior on the engagement. | $487 | $584 |
| 07/30/03 | 0.8 | Follow-up with Cheryl Frick in relation to issues resolved / questions answered in relation to the discussion held on 7/29/03. | $487 | $390 |
| | **28.70** | | | **$13,977** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Choi** | | | | |
| 7/10/03 | 1.7 | Research and consult on Last In First Out (LIFO) inventory issue (transfer of LIFO inventory to subsidiaries using First In First Out (FIFO)) | $ 342 | $ 581 |
|  | 4.2 | Research and consult on 3 supply contracts - derivative analysis (determination of normal purchases and sales) | $ 342 | $ 1,436 |
| 7/14/03 | 4.3 | Meeting with Michael Brown to discuss potential closure of Chicago plant and related accounting implications - FAS 144 and FAS 146. | $ 342 | $ 1,471 |
| 7/15/03 | 2.3 | Consultation and discussions with Todd Hutcherson, PwC Senior Manager, on the Malalysia capitalization/dividend structuring | $ 342 | $ 787 |
| 7/16/03 | 2.2 | Research and consult on accounting treatment of dividend income (from equity investee) | $ 342 | $ 752 |
| 7/17/03 | 7.0 | As part of 2nd quarter review procedures, attended Grace Davison 2nd quarter internal earnings call | $ 342 | $ 2,394 |
| 7/18/03 | 1.1 | Reviewed 2nd quarter audit workpapers to ensure procedures have been performed properly | $ 342 | $ 376 |
| 7/18/03 | 1.5 | Research and consult on Brazil plant issue - FAS 144's treatment of assets held for disposal other than by sale. | $ 342 | $ 513 |
| 7/21/03 | 0.5 | Review of inventory obsolesense | $ 342 | $ 171 |
|  | 0.4 | Research and advise on applicability of FAS 146 and EITF 95-3 | $ 342 | $ 137 |
|  | 1.8 | Review of Davison LIFO Reserve calculation | $ 342 | $ 616 |
|  | 0.7 | Review of Environmental Reserve calculation | $ 342 | $ 239 |
|  | 0.2 | Review of Libby reserve calculation | $ 342 | $ 68 |
|  | 0.3 | Review of FAS 123 calculation | $ 342 | $ 103 |
|  | 0.4 | Review of analytical procedures performed on Advanced Refining Technologies (ART) for the purpose of consolidation within the Grace Financials. | $ 342 | $ 137 |
| 7/22/03 | 3.5 | Preparation and review of significant accounting and reporting matters to be discussed with L.Farmer and T. Hutcherson. | $ 342 | $ 1,197 |
|  | 1.2 | Review of effective tax rate calculation | $ 342 | $ 410 |
|  | 1.7 | Review of analytical procedures performed on Davison. | $ 342 | $ 581 |
|  | 1.8 | Review of 2nd quarter draft press release | $ 342 | $ 616 |
| 7/24/03 | 1.3 | Research and consult on revenue recognition issue (conference call with Tim Delbrugge, Todd Hutcherson and Bill Dockman) | $ 342 | $ 445 |
| 7/25/03 | 1.8 | Research and consult on revenue recognition issue (conference call with Tim Delbrugge, Todd Hutcherson and Bill Dockman) | $ 342 | $ 616 |
| 7/28/03 | 2.9 | Drafted revenue recognition matrix containing analysis (under SAB 101) of all scenarios | $ 342 | $ 992 |
| 7/29/03 | 3.2 | Reviewed 2nd Quarter Form 10Q Filing | $ 342 | $ 1,094 |
| 7/30/03 | 0.3 | Conference call with Tim Delbrugge, Michael Brown, and Bill Dockman to discuss revenue recognition issue. | $ 342 | $ 103 |
| 7/31/03 | 1.2 | Reviewed 2nd Quarter Form 10Q Filing | $ 342 | $ 410 |
|  | 0.6 | Discussed changes to 302 certification with Michael Brown and Grace SEC counsel | $ 342 | $ 205 |
|  | 0.4 | Prepared 2nd Quarter management representation letter to be signed by the CFO, Bob Tarola | $ 342 | $ 137 |
|  | 1.7 | Provided PwC's comments on 2nd Quarter Form 10Q to Michael Brown | $ 342 | $ 581 |
|  | **50.2** | | | **$ 17,168** |
| **Sarbanes-Oxley Time:** | | | | |
| 7/14/03 | 1.5 | Kick-off meetings with Bob Tarola, CFO, Dana Guzzo, Internal audit manager, and Protivity team members to discuss Sarbanes Oxley 404 work. | $ 342 | $ 513 |
|  | 1.2 | Reading prior audit committee presentations to prepare for the Sarbanes Oxley 404 meeting. | $ 342 | $ 410 |
|  | **2.7** | | | **$ 923** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|

**Name: Cheryl Frick**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|
| 07/01/2003 | 0.2 | Discussion w/ GRMS Team on the setup of the codes for the 2003 engagement. | $ | 342 | $ | 68 |
| | 0.3 | Discussion w/ Boston Team on the setup of the codes for the 2003 engagement. | $ | 342 | $ | 103 |
| | 0.9 | Intern evaluation for Lauren Misler. | $ | 342 | $ | 308 |
| | 1.3 | Revised July Audit Committee Report for Bob Tarola's changes and presentation of these changes to Larry Farmer. | $ | 342 | $ | 445 |
| | 0.7 | Review of coorespondence from our Korean and South African teams in regards to the significant change in the audit fees from the prior year (in preparation for the Audit Committee meeting). | $ | 342 | $ | 239 |
| 07/02/2003 | 3.2 | Preparation of the May 2003 time for Bankruptcy Reporting. | $ | 342 | $ | 1,094 |
| | 1.4 | Draft engagement letter for the 2003 audit. | $ | 342 | $ | 479 |
| | 1.8 | Review of Davison inventory obsolesence for the 2nd quarter and discussions with management surrounding this. | $ | 342 | $ | 616 |
| | 1.0 | Documentation of work surrounding the Davison inventory obsolesence | $ | 342 | $ | 342 |
| 07/03/2003 | 0.7 | Drafting message to international teams on the new requirements of reporting services to our engagement team prior to the start of the engagement, such that the Audit Committee can approve. | $ | 342 | $ | 239 |
| | 0.3 | Correspondence w/ Dana Guzzo on discussion w/ international teams in regards to the new independence requirements. | $ | 342 | $ | 103 |
| | 1.2 | Drafting of 2002 & 2001 fee information for the engagement registration with our national office. | $ | 342 | $ | 410 |
| | 1.1 | Obtaining Peiri goodwill information from our prior year files and Michael Brown to assist our French engagement team in finishing up their statutory work. | $ | 342 | $ | 376 |
| | 0.2 | Follow up w/ engagement team on the 2003 Grace codes. | $ | 342 | $ | 68 |
| 07/10/2003 | 1.5 | Preparation and discussion with Dana Guzzo, Internal Audit, and Tim Delbruggae in order to transition in the new management on the engagement. | $ | 342 | $ | 513 |
| | 0.4 | Discussion w/ Marybeth Stalter on conflicts in Maureen Yeager's schedule. | $ | 342 | $ | 137 |
| | 0.3 | Presentation of draft Grace engagement letter to Dana Guzzo. | $ | 342 | $ | 103 |
| | 0.4 | Coorespondence w/ Carol Pace on the Davison Curtis Bay Plant Tour. | $ | 342 | $ | 137 |
| | 0.4 | Discusssion w/ Dana Guzzo and Ryan Heaps to obtain current information for the upcoming meeting w/ PwC partner & manager. | $ | 342 | $ | 137 |
| | 1.0 | Communication w/ French team on the Peiri goodwill information received for their statutory work. | $ | 342 | $ | 342 |
| | 0.3 | Coorespondence w/ Michael Brown on additional items requested for the 2nd quarter 2003 review. | $ | 342 | $ | 103 |
| | 0.5 | Preparation / distribution of the Q2 2003 engagement responsibility matrix (planning for the Q2 2003 review). | $ | 342 | $ | 171 |
| | 0.7 | Documentation of signfiicant accounting issues for Davison. | $ | 342 | $ | 239 |
| 07/14/2003 | 2.1 | Review of the Company 32 (Davison) Trial Balance for the 2nd quarter 2003 review and coorespondence w/ John Reilly on unusual and signficant fluxes. | $ | 342 | $ | 718 |
| | 0.7 | Preparation of rate & fees information for Larry Farmer to present to Jack Murphy. | $ | 342 | $ | 239 |
| | 0.6 | Review of document (prepared by William Choi) on the current issues facing Grace and their accounting treatment. | $ | 342 | $ | 205 |
| | 0.3 | Coorespondence w/ Boston Team in regards to the Performance Chemicals Internal Earnings Call. | $ | 342 | $ | 103 |
| | 1.2 | Meeting w/ Carol Pace and John Reilly to discuss the results of the 2nd quarter | $ | 342 | $ | 410 |
| | 0.8 | Review of documents (ie - inventory information and A/R information) rec'd from Carol Pace, as a follow up to our previous meeting. | $ | 342 | $ | 274 |
| | 0.3 | Documentation of key issue noted within the Davison Internal Earnings Call. | $ | 342 | $ | 103 |
| | 0.9 | Preparation of document on the PwC offices and partners for the engagement registration. | $ | 342 | $ | 308 |
| | 0.8 | Review of the 2nd quarter 2003 stock option and Earnings per share (EPS) information, in preparation for meeting to discuss w/ Aimee Stickley. | $ | 342 | $ | 274 |
| | 1.5 | Completion of the Davison analytical procedures on the Balance Sheet and Income Statement. | $ | 342 | $ | 513 |
| 7/15/03 | 0.6 | Discussion with Aimee Stickley related to the EPS Calculation and updating of previous documentation. | $ | 342 | $ | 205 |
| | 0.9 | Call w/ Tim Delbrugge on the potential transaction between Grace US and Grace Malaysia | $ | 342 | $ | 308 |
| | 0.6 | Discussion w/ John Reilly on the open items from the 2nd quarter 2003 review. | $ | 342 | $ | 205 |
| | 0.4 | Coorespondence w/ Andrew Blume on the conflicts in Aimee Stickley's scheule. | $ | 342 | $ | 137 |
| | 0.5 | Planning for the remainder of the quarterly review - work to be completed / responsible parties. | $ | 342 | $ | 171 |
| | 0.8 | Review of various Q2 2003 planning steps that were completed by Aimee Stickley and/or Maureen Yeager. | $ | 342 | $ | 274 |
| | 0.3 | Review of EPS work completed by Aimee Stickley. | $ | 342 | $ | 103 |

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| | 0.4 | Review / documentation of the 2nd quarter 2003 effective tax rate calculation. | $ 342 | $ 137 |
| | 0.4 | Review / documentation of any complex accounting transactions during Q2 2003. | $ 342 | $ 137 |
| | 0.6 | Review / documentation of the client's FAS 123 calculations for Q2 2003. | $ 342 | $ 205 |
| | 0.3 | Review of the equity rollforward work prepared by / documented by Maureen Yeager for Q2 2003. | $ 342 | $ 103 |
| | 0.5 | Review / documentation of the client's pension expense compared to AON assumptions. | $ 342 | $ 171 |
| | 0.4 | Review of the Long Term Incentive Plan (LTIP) and incentive compensation work for Q2 2003 performed by Aimee Stickley. | $ 342 | $ 137 |
| | 0.3 | Review of the Officer's Life Insurance and Cash Surrender Value (COLI) work prepared by / documented by Maureen Yeager for Q2 2003. | $ 342 | $ 103 |
| | 0.3 | Review of the Chapter 11 Reorganziation expense prepared by / documented by Maureen Yeager for Q2 2003. | $ 342 | $ 103 |
| | 0.3 | Review of the Interest Expense work prepared by / documented by Maureen Yeager for Q2 2003. | $ 342 | $ 103 |
| | 0.4 | Review of the environmental work prepared by / documented by Maureen Yeager for Q2 2003. | $ 342 | $ 137 |
| 7/16/03 | 0.3 | Status update meeting with Aimee Stickley and Maureen Yeager | $ 342 | $ 103 |
| | 1.7 | Review of noncore charts prepared by management and documentation of our related work. | $ 342 | $ 581 |
| | 1.6 | Additional review of the Davison Chemicals Trial Balance in order to document significant fluctuations in the various accounts per the Trial Balance. | $ 342 | $ 547 |
| | 3.2 | Documentation of the results of the inquiry of John Reilly in relation to unusual fluctuations in the Davison Chemicals Trial Balance | $ 342 | $ 1,094 |
| 7/17/03 | 0.4 | Meeting with Larry Farmer in order to discuss the 2nd quarter interim review and status of the audit work performed. | $ 342 | $ 137 |
| | 0.2 | Call with Larry Farmer regarding the results of the second quarter review of Grace Performance Chemicals. | $ 342 | $ 68 |
| | 7.0 | Davision Internal Earnings call headed by Paul Norris. | $ 342 | $ 2,394 |
| | 0.3 | Coorespondence w/ SEC reviewer on the quarter. | $ 342 | $ 103 |
| | 0.5 | Review of Grace's methodology on Last In First Out Inventory and Inventory Capitalization calculations for the our quarterly procedures. | $ 342 | $ 171 |
| | 0.4 | Coorespondence w/ tax team on the standard quarterly review procedures for tax sign off. | $ 342 | $ 137 |
| 7/18/03 | 0.2 | Telephone call with Larry Farmer regarding the 2nd quarter update to audit procedures / testing performed. | $ 342 | $ 68 |
| | 0.5 | Follow up on recent board minutes with Mark Shelnitz. | $ 342 | $ 171 |
| | 0.7 | Review of Davison quarterly inquiry questionairre w/ Carol Pace and John Reilly. | $ 342 | $ 239 |
| | 1.5 | Complete review & documenation on PwC's review of the Davison LIFO and Inventory Cap calculations. | $ 342 | $ 513 |
| | 1.9 | Review handouts for the Davison internal earnings call and complete documentation. | $ 342 | $ 650 |
| 7/21/03 | 0.2 | Discussion of the 2nd quarter press release with Larry Farmer. | $ 342 | $ 68 |
| | 1.0 | Review of the Grace Q2 2003 press release | $ 342 | $ 342 |
| | 1.1 | Preparation of the quarterly review procedures status report to be provided to William Choi. | $ 342 | $ 376 |
| 7/22/03 | 0.7 | Phone conversation regarding issues in relation to the 2nd quarter interim review and their impact on the 3rd quarter review procedures. | $ 342 | $ 239 |
| | 1.4 | Review of June 2003 ART reporting package - review for the Grace Q2 2003 quarterly procedures, as ART is now consolidated. | $ 342 | $ 479 |
| | 2.9 | Preparation of my June 2003 time for Bankruptcy Reporting. | $ 342 | $ 992 |
| | 0.4 | Granting database access to Grace intern. | $ 342 | $ 137 |
| 7/25/03 | 0.3 | Discussion w/ Nina Govic on the remainder of the work to be completed prior to the release of the Grace Form 10Q. | $ 342 | $ 103 |
| | 0.1 | Correspondence w/ Carol Pace on the change in plans for the Curtis Bay Plant Tour. | $ 342 | $ 34 |
| | 0.2 | Review of scheduling to plan to meeting the engagement needs for the Elkridge, Curtis Bay and Lake Charles inventory counts. | $ 342 | $ 68 |
| | 0.6 | Revenue recognition call w/ Grace. | $ 342 | $ 205 |
| | 0.8 | Completion of the Concurring Review Partner Checklist with Ray Bromark in preparation for the Form 10Q Filing. | $ 342 | $ 274 |
| 7/28/03 | 0.3 | Tie-out of the cash flow worksheet for the press release. | $ 342 | $ 103 |
| 07/29/03 | 1.2 | Review of the results of the interim review at Performance Chemicals performed by the Boston Team for significant, complex issues noted. | $ 342 | $ 410 |
| | 0.4 | Correspondence w/ Dana Guzzo and review of scheduling for the upcoming Chicago inventory. | $ 342 | $ 137 |
| 07/30/03 | 0.8 | Follow-up with Glenn Herndon in relation to issues noted based on our review of the Performance Chemicals quarterly procedures. | $ 342 | $ 274 |
| | 0.5 | Call w/ Ray Bromark to receive his comments on the Form 10Q. | $ 342 | $ 171 |
| | 0.3 | Obtaining / faxing pension information to Tim Delbrugge. | $ 342 | $ 103 |
| | 0.5 | Completion / update of the 2nd quarter management rep letter. | $ 342 | $ 171 |
| | 0.4 | Follow up on inquiry from our Hong Kong team on the Audit Committee pre-approvale of services. | $ 342 | $ 137 |
| | 3.2 | Q2 2003 Automated Disclosure Checklist for purposes of the Form 10Q. | $ 342 | $ 1,094 |
| 7/31/03 | 0.8 | Discuss with Larry Farmer changes, issues and adjustments in relation to the Form 10Q Filing. | $ 342 | $ 274 |
| | **75.5** | | | **$ 25,821** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 07/10/03 | 0.90 | Review calculation of FAS 123 and tie out Grace documentation | $ 307 | $ 276 |
| | 0.40 | Discuss FAS 123 calc with Grace preparer Shelly Joy. | $ 307 | $ 123 |
| | 1.70 | Document the results of the quarterly divestiture reserve meeting | $ 307 | $ 522 |
| 7/17/03 | 0.3 | Follow up conversation with Aimee Stickley in relation to Route 440. | $ 307 | $ 92 |
| | 0.8 | Compare final divestiture reserves with the information obtained during the 2003 DV meeting | $ 307 | $ 246 |
| 7/25/03 | 0.3 | Discussion with Cheryl Frick on the remainder of the work to be completed prior to the release of the Grace Form 10Q. | $ 307 | $ 92 |
| | 0.1 | Correspondence w/ Carol Pace on the change in plans for the Curtis Bay Plant Tour. | $ 307 | $ 31 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Jonelle Lippolis** | | | | |
| 7/11/03 | 2.7 | Completion of the audit request list and distribution of the list to Doug Hughes, Rick Brown and Montel McDowell, Performance Chemicals Management - Phone conversations with Montel and Rick in further detail as to what we will need and finalization of documentation from 1st quarter interim review work in the database. | $ | 349 |
| 7/14/03 | 1.1 | Discussions with Sandy David in relation to the analytical procedures performed and the results of our testing in the 2nd quarter interim review. | $ | 349 |
| 7/17/03 | 1.7 | Meeting with Rick Brown to discuss follow-up items from 2002 fiscal year end and the 1st quarter interim review - issues discussed included: status of dispenser inventory, status of nvestigation of large cash reconciling item at year-end, update on any unusual subsequent events activity since the 1st review | $ | 349 |
|  | 3.8 | Review of Balance Sheet and Income Statement Flux for worldwide Construction and Container Performance Chemicals - Received schedules from Montell McDowell and reviewed flux analysis thru interview to gain a better understanding of the activity through out the 2nq quarter of 2003. | $ | 349 |
|  | 1.7 | Meeting with Rick Brown in order to address and discuss each item with the audit request list that had not yet been received. | $ | 349 |
| 7/21/03 | 1.9 | Follow-up discussions with Rick Brown from 2nd quarter fieldwork open items. Reviewed additional schedules that were received on Monday, 7/21/03. | $ | 349 |
| 7/25/03 | 0.8 | Final completion of the documentation of 2nd quarter review in the database. | $ | 349 |
|  | **13.7** | | | # |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Aimee Stickley** | | | | |
| 7/14/03 | 0.6 | Planning and reviewing of 2nd quarter interim information | $ 232 | $ 139 |
| | 2.2 | Review of Interim Advanced Refining Technologies (ART) analytics for the purposes of consolidation in the WR Grace Financial Statements. | $ 232 | $ 510 |
| | 0.5 | Review of planning steps within the 2nd quarter interim review section of the database with Maureen Yeager in order to divide the steps accordingly | $ 232 | $ 116 |
| | 0.4 | Review of press releases and news articles related to Grace for the completion of the planning steps | $ 232 | $ 93 |
| | 0.4 | Obtaining the Earning per Share (EPS) quarter rates from Knowledge Curve | $ 232 | $ 93 |
| | 1.3 | Review of all items assigned for the 2nd quarter review and rolling forward prior year / quarter schedules | $ 232 | $ 302 |
| | 2.3 | Completion of the Reorganization Trend Analysis | $ 232 | $ 534 |
| 7/15/03 | 0.3 | Tie out and review of the Reorganization and Deptartmental accrual for the 2nd quarter of 2003. | $ 232 | $ 70 |
| | 0.4 | Provide guidance to Maureen Yeager on the Reorganization and Equity Rollforward | $ 232 | $ 93 |
| | 1.8 | Options Rollforward/ EPS Calculation - tieing out the schedules and recalculating the basic and diluted earnings per share | $ 232 | $ 418 |
| | 2.2 | Review of ART Trial Balance for the purpose of consolidation in the WR Grace Financial Statements. | $ 232 | $ 510 |
| | 0.6 | Discussion with Cheryl Frick related to the EPS Calculation and updating of previous documentation. | $ 232 | $ 139 |
| | 1.1 | Documentation of EPS work performed | $ 232 | $ 255 |
| | 2.0 | Discussion with John Reilly and Billy Gardner on Davison fluxes and accrued commissions. | $ 232 | $ 464 |
| 7/16/03 | 1.1 | Finishing EPS Documentation | $ 232 | $ 255 |
| | 0.5 | Reviewing Asbestos Reserve in order to provide guidance to Maureen Yeager | $ 232 | $ 116 |
| | 0.8 | Testing of the Environmental Reserve | $ 232 | $ 186 |
| | 1.5 | Documentation of the Divested Reserves | $ 232 | $ 348 |
| | 0.3 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of June. | $ 232 | $ 70 |
| | 1.2 | Additional quarterly review of ART Analytics for the purpose of consolidation in the WR Grace Financial Statements. | $ 232 | $ 278 |
| | 0.9 | Libby Reserve Analysis | $ 232 | $ 209 |
| | 0.3 | Status update meeting with Cheryl Frick and Maureen Yeager | $ 232 | $ 70 |
| | 0.3 | Meeting with Glenn (client) to discuss outstanding items from Audit Request List | $ 232 | $ 70 |
| | 1.1 | Review of the Long-Term Incentive Compensation Plan (LTIP) | $ 232 | $ 255 |
| 7/17/03 | 0.7 | Installation of the Automated Disclosure Checklist Program | $ 232 | $ 162 |
| | 1.1 | Review of the LTIP Accrual for the periods 2002-2004 and 2003-2005 | $ 232 | $ 255 |
| | 2.5 | Testing of the WR Grace Incentive Compensation | $ 232 | $ 580 |
| | 0.3 | Follow up with Nina Govic in relation to the Route 440 explanation | $ 232 | $ 70 |
| | 0.3 | Discussion of the 2nd quarter incentive compensation with Cheryl Frick | $ 232 | $ 70 |
| | 0.3 | Review of the 2nd quarter planning steps in order to complete their documentation. | $ 232 | $ 70 |
| | 0.5 | Documentation, review and completion of the 1st quarter working Summary of Unadjusted Difference (SUD) | $ 232 | $ 116 |
| | 0.4 | Review of the self-insurance tie out with Maureen Yeager | $ 232 | $ 93 |
| | 0.8 | Review of the ART Sales equation for the purpose of consolidation in the Grace 2nd quarter financials. | $ 232 | $ 186 |
| | 0.9 | Assisting Maureen Yeager in the review of the subsequent journal entries | $ 232 | $ 209 |
| | 0.4 | Completion of the SUD entry spreadsheet in order to incorporate differences noted in the 2nd quarter interim review. | $ 232 | $ 93 |
| | 0.6 | Tie out and agreement of the ART Sales entries in conjunction with the ART Sales Reconciliation for the purpose of consolidation in the Grace financial statements. | $ 232 | $ 139 |
| 7/18/03 | 0.3 | Updating the documentation of the audit review step. | $ 232 | $ 70 |
| | 0.7 | Printing and reviewing the Automated Disclosure Checklist (ADC). | $ 232 | $ 162 |
| | 0.3 | Reviewing of the Accounts Payable Reconciliation | $ 232 | $ 70 |
| | 0.4 | Discussion with Nettie Fausto, Grace Accounting, on LTIP and Incentive Compensation. | $ 232 | $ 93 |
| | 1.9 | Documenting results of discussion with Nettie Fausto on LTIP | $ 232 | $ 441 |
| | 0.9 | Assistance provided to Maureen Yeager on the interest schedules and calculation. | $ 232 | $ 209 |
| | 0.4 | Posting of SUD entries for the second quarter of 2003. | $ 232 | $ 93 |
| | 0.4 | Review of the Core Operations detail provided by Jen Pan, Accounting | $ 232 | $ 93 |
| | 1.5 | Review of the ART Accounts Payable / Accounts Receivable schedule.  Based upon review of this noted schedule, preparation of questions for John Reilly and Billie Gardner in relation to a possible SUD entry.  This is necessary in conjunction with the consolidation of the Grace Financial Statements. | $ 232 | $ 348 |
| | 1.9 | Completion of the ART analytical procedures for the purpose of consolidation of the financials. | $ 232 | $ 441 |
| 7/21/03 | 0.3 | Email Maureen Yeager guidance related to the tie out of the Form 10Q Filing.  In addition, this time includes review of the database for coaching notes in order to update our documentation of the 2nd quarter review. | $ 232 | $ 70 |
| 7/28/03 | 0.5 | Reviewing items completed for for the WR Grace Automated Disclosure Checklist and sending an email to Cheryl Frick for outstanding items for the ADC Checklist. | $ 232 | $ 116 |
| 7/29/03 | 0.3 | Compilation of the stock price for WR Grace through review of Yahoo.com | $ 232 | $ 70 |
| **Total** | **42.7** | | | **$ 9,906** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Maureen Yeager** | | | | |
| 7/14/03 | 1.2 | Planning and reviewing of 2nd quarter interim information | $ 197 | $ 236 |
| | 0.5 | Review of planning steps within the 2nd quarter interim review section of the database with Maureen Yeager in order to divide the steps accordingly | $ 197 | $ 99 |
| | 3.8 | Completion of the following Planning Steps within the database: (1) Compile and update list of client related entities (2) Consider nonaudit services and business arrangements and alliances (3) Consider employment by client of formere PwC partners and employees (4) Inquire about changes in internal control (5) Update Plan for client management and audit committee communication (6) Consider assigning Independent Reviewing Partner (7) Consult when information indicated fraud has or may have occurred (8) Perform analytical procedures (9) Perform subsequent events procedures | $ 197 | $ 749 |
| | 0.8 | Prepare and document the 2nd quarter responsibility matrix | $ 197 | $ 158 |
| | 1.1 | Prepare and document the Davison Chemicals and Corporate Q2 2003 Audit Request List | $ 197 | $ 217 |
| | 1.6 | Update the Independence Database and send out confirmations based on review of the WIPS. | $ 197 | $ 315 |
| 7/15/03 | 0.4 | Guidance from Aimee Stickley on the tie out of the Reorganization Accrual and Equity Rollforward | $ 197 | $ 79 |
| | 0.8 | Meeting with April Marx in order to set-up / obtain call in information for the Audit Committee Call | $ 197 | $ 158 |
| | 3.1 | Tie out of the 2nd quarter Reorganization Analysis and Departmental Accrual | $ 197 | $ 611 |
| | 1.2 | Inquiry of Nettie Fausto, Grace Accountant, as to the calculation of the Chapter 11 Reorganization Accrual. | $ 197 | $ 236 |
| | 0.3 | Update tie out of Reorganization Analysis based on inquiry of Nettie Fausto above. | $ 197 | $ 59 |
| | 0.9 | Documentation of the Reorganization and Departmental Accrual | $ 197 | $ 177 |
| | 2.0 | Perform and document the Pre-tax Trend Analysis | $ 197 | $ 394 |
| 7/16/03 | 2.4 | Testing of the Asbestos Reserve | $ 197 | $ 473 |
| | 0.6 | Inquiry / review of the Asbestos Reserve with Cheryl Frick | $ 197 | $ 118 |
| | 1.2 | Documentation of the Asbestos Reserve | $ 197 | $ 236 |
| | 2.7 | Review of the Corporate Trial Balance in order to determine which accounts we will need to perform fluctuation analyses for in relation to our 2nd quarter interim review. | $ 197 | $ 532 |
| | 0.3 | Status update meeting with Cheryl Frick and Maureen Yeager | $ 197 | $ 59 |
| | 0.8 | Draft the 2nd quarter Management Rep Letter based on the update to Template Manager and the prior year 2nd quarter management rep letter | $ 197 | $ 158 |
| 7/17/03 | 0.4 | Review of the self-insurance tie out with Aimee Stickley | $ 197 | $ 79 |
| | 2.3 | Review / Tie Out of Self-Insurance | $ 197 | $ 453 |
| | 0.9 | Documentation of Self-Insurance tie out | $ 197 | $ 177 |
| | 0.9 | Assistance from Aimee Stickley in the review of the subsequent journal entries | $ 197 | $ 177 |
| | 1.8 | Run nonstandard journal entries from SAP for each of the WR Grace Entities. This time includes creating a word document that lists all journal entries for each respective company code. | $ 197 | $ 355 |
| | 0.9 | Review of the nonstandard journal entries. | $ 197 | $ 177 |
| | 0.8 | Documentation of the step to "Review material nonstandard journal entries." | $ 197 | $ 158 |
| 7/18/03 | 1.3 | Additional review of the Corporate Trial Balance in preparation for the meeting with Glenn Herndon to discuss variation that met our scope. | $ 197 | $ 256 |
| | 3.4 | Meeting with Glenn Herndon in order to obtain explanations in relation to variances in the Corporate Trial Balance. | $ 197 | $ 670 |
| | 0.9 | Assistance provided by Aimee Stickley on the interest schedules and calculation. | $ 197 | $ 177 |
| | 1.1 | Review of the interest expense calculation. | $ 197 | $ 217 |
| | 0.6 | Inquiry of Nettie Fausto in relation to support for the interest expense calculation and the methodology employed in its calculation. | $ 197 | $ 118 |
| | 0.7 | Documentation of the step to "Review Interest Expense" | $ 197 | $ 138 |
| 7/21/03 | 3.1 | Review / Tie out of Officers' Life Insurance and Cash Surrender Values (COLI). | $ 197 | $ 611 |
| | 0.9 | Inquiry of Nettie Fausto related to the tie out of COLI in order to obtain additional support. | $ 197 | $ 177 |
| | 0.7 | Additional tie out of COLI based upon additional support provided by Nettie Fausto. | $ 197 | $ 138 |
| | 1.2 | Documentation of the step to "Test Officers' Life Insurance and Cash Surrender Values" | $ 197 | $ 236 |
| | 2.1 | Read the first draft of the 2nd quarter press release. Foot and cross foot the document. | $ 197 | $ 414 |
| 7/22/03 | 1.4 | Trace and agree all prior year / quarter numbers per the press release to the prior year / quarter filings. | $ 197 | $ 276 |
| | 4.7 | Tie out of the press release. This includes a detailed tie out and documentation of the Consolidated Balance Sheet, Consolidated Statement of Operations, Consolidated Statement of Cash Flows, etc. | $ 197 | $ 926 |
| | 0.9 | Inquiry of Michael Brown in relation to variations / adjustments to prior year numbers. | $ 197 | $ 177 |
| | 1.0 | Obtained, reviewed and tied out support for the Statement of Cash Flows from Nettie Fausto. | $ 197 | $ 197 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 7/23/03 | 1.7 | Meeting with Michael Brown to discuss the adjustments made to the prior year numbers per the Press Release. | $ 197 | $ 335 |
|  | 1.4 | Tie out of the prior year numbers based on support provided by Michael Brown for the various adjustments. | $ 197 | $ 276 |
|  | 0.7 | Discussion with Cheryl Frick in relation to comments to be provided by PwC to Michael Brown in relation to the Press Release. | $ 197 | $ 138 |
|  | 1.1 | Blue tick the final draft of the Press Release in order to ensure that all numbers are consistent and that PwC comments have been incorporate appropriately. | $ 197 | $ 217 |
|  | 0.4 | Document the step to "Review the Press Release" | $ 197 | $ 79 |
|  | 1.9 | Review of the Equity Rollforward. This time includes a detailed tie out of this rollforward. | $ 197 | $ 374 |
|  | 0.8 | Documentation of the step to "Review the equity rollforward." | $ 197 | $ 158 |
| 7/24/03 | 1.8 | Rerun nonstandard journal entries from SAP for the period ended 7/23/03, the date of the Press Release. This time includes the preparation of a word document, summarizing the journal entries for each entity. | $ 197 | $ 355 |
|  | 3.2 | Documentation of the fluctuation explanations provided by Glenn Herndon in conjunction with our review of the Corporate Trial Balance. | $ 197 | $ 630 |
|  | 0.4 | Documentation of the step to "Review the Corporate Trial Balance." | $ 197 | $ 79 |
|  | 1.2 | Review of the Core Trend Analysis provided by Jen Pan, Grace Accountant. | $ 197 | $ 236 |
|  | 0.8 | Documentation of the step to "Review Core Operating Costs." | $ 197 | $ 158 |
| 7/29/03 | 1.1 | Draft the 2nd quarter Interim Review Report. | $ 197 | $ 217 |
|  | 0.6 | Draft the 2nd quarter Letter to the CFO, Bob Tarola. | $ 197 | $ 118 |
|  | 0.7 | Draft the 2nd quarter Accountants Awareness Letter. | $ 197 | $ 138 |
|  | 1.8 | Completion of the following completion steps in the database:<br>(1) Consult, as needed, and document<br>(2) Confirm work done in each area<br>(3) Resolve critical matters and other significant issues<br>(4) Report findings, issues and concerns to management.<br>(5) Communicate with the Audit Committee | $ 197 | $ 355 |
|  | 3.8 | Read the 1st draft of the 2nd quarter Form 10Q. This time includes agreeing the numbers per the Consolidated Statement of Operations, Statement of Cash Flows and Balance Sheet to the Press Release. | $ 197 | $ 749 |
| 7/30/03 | 3.7 | Tie out of the footnotes to the Form 10Q based on support provided in conjunction with our 2nd quarter interim review. | $ 197 | $ 729 |
|  | 2.5 | Tie out of the Management Discussion and Analysis section of the Form 10Q. | $ 197 | $ 493 |
|  | 1.2 | Meeting with Nettie Fausto in order to discuss items open for support for the Form 10Q. | $ 197 | $ 236 |
|  | 0.4 | Review and documentation of the support provided by Nettie Fausto for the Form 10Q. | $ 197 | $ 79 |
|  | 0.2 | Meeting with Michael Brown in order to provide PwC's comments in relation to changes to be made to the Filing. | $ 197 | $ 39 |
|  | 1.8 | Blue tick the 2nd draft of the Form 10Q received from Michael Brown. | $ 197 | $ 355 |
|  | 0.8 | Documentation of the step to "Read the interim financial information." | $ 197 | $ 158 |
|  | 3.2 | Transfer tick marks from the 1st draft of the 10Q to the new draft. | $ 197 | $ 630 |
|  | 0.6 | Address coaching notes in the database in relation to the review of the asbestos reserve. | $ 197 | $ 118 |
| **Total** | **95.5** |  |  | **$ 18,814** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Renee Anderson** | | | | |
| 07/01/03 | 0.7 | Prepare the Darex Puerto Rico external file. This also includes verifying that all external workpapers in the database are included in the external file. | $ 256 | $ 179 |
| 07/01/03 | 3.3 | Foot, cross foot and tie out of the Darex Puerto Rico Financial Statements. | $ 256 | $ 845 |
| 07/07/03 | 0.5 | Documentation of the tie out of the Darex Puerto Rico Financial Statements in the database. | $ 256 | $ 128 |
| 07/10/03 | 0.8 | Final review of the Darex Puerto Rico Financial Statements. This time includes faxing comments on the statements to Darex Management for review. | $ 256 | $ 205 |
| 07/11/03 | 0.6 | Addressing and clearing coaching notes left in the database by Jonelle Lippolis. | $ 256 | $ 154 |
| | **5.9** | | | **$ 1,510** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Katie Storrs** | | | | |
| 7/21/03 | 3.30 | Read the Form 10Q Filing in order to familiarize mysely with WR Grace.  In addition, foot and cross foot the Form 10Q . | $ 157 | $ 518 |
| 7/22/03 | 0.70 | Preparation of the 2nd quarter interim review binder.  This time includes ensuring that each external workpaper in the database had been appropriately included in the external file. | $ 157 | $ 110 |
| | 3.20 | Trace and agree all prior year numbers per the Form 10Q to the respective Form 10Q (1st quarter 2003 10Q and 2nd quarter of 2002) and 2002 Form 10K. | $ 157 | $ 502 |
| | 4.10 | Preparation of a critical matters summary in conjunction with the PCAOB Review.  This time includes printing out all critical matters and documenting a 2-3 sentence explanation for each of the critical matters. | $ 157 | $ 644 |
| | **11.30** | | | **$ 1,774** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended July 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Elaine Lamacchia** | | | | |
| 7/11/03 | 1.5 | Prepare the Darex Puerto Rico Financial Statements as requested by Renee Anderson, Grace Performance Chemicals Engagement Team Member. | $ 110 | $ 165 |