**EXHIBIT B**

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - JULY 2003**

| Name | Date | Title | Total | Description |
|---|---|---|---|---|
| **Nina Govic** | 07/07/2003 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 07/10/2003 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 07/31/2003 | Audit Senior Associate | 289.50 | Purchase airfare from Baltimore to Chicago for Grace Davison Inventory observation there. |
| | | | **$ 351.42** | |
| **Sandy David** | 07/16/2003 | Audit Manager | 4.32 | Mileage in excess of normal office commute (12 Miles), from home to client site in Cambridge, MA |
| | 07/17/2003 | Audit Manager | 4.32 | Mileage in excess of normal office commute (12 Miles), from home to client site in Cambridge, MA |
| | | | **$ 8.64** | |
| **Larry Farmer** | 07/14/2003 | Audit Partner | 23.40 | Mileage in excess of normal office commute (65 Miles), from home to client site in Columbia, MD |
| | 07/17/2003 | Audit Partner | 23.40 | Mileage in excess of normal office commute (65 Miles), from home to client site in Columbia, MD |
| | 07/21/2003 | Audit Partner | 23.40 | Mileage in excess of normal office commute (65 Miles), from home to client site in Columbia, MD |
| | | | **$ 70.20** | |
| **Katie Storrs** | 07/21/2003 | Audit Intern | 16.50 | Mileage in excess of normal office commute (45.83 Miles), from home to client site in Columbia, MD |
| | 07/22/2003 | Audit Intern | 16.50 | Mileage in excess of normal office commute (45.83 Miles), from home to client site in Columbia, MD |
| | | | **$ 33.00** | |
| **Maureen Yeager** | 07/14/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/15/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/16/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/17/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/18/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/21/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/22/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/23/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/24/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/29/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/30/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | 07/31/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (80 Miles), from home to client site in Columbia, MD |
| | | | **$ 345.60** | |
| **Aimee Stickley** | 07/14/2003 | Audit Associate | 26.64 | Mileage in excess of normal office commute (74 Miles), from home to client site in Columbia, MD |
| | 07/15/2003 | Audit Associate | 26.64 | Mileage in excess of normal office commute (74 Miles), from home to client site in Columbia, MD |
| | 07/16/2003 | Audit Associate | 26.64 | Mileage in excess of normal office commute (74 Miles), from home to client site in Columbia, MD |
| | 07/17/2003 | Audit Associate | 26.64 | Mileage in excess of normal office commute (74 Miles), from home to client site in Columbia, MD |
| | 07/18/2003 | Audit Associate | 26.64 | Mileage in excess of normal office commute (74 Miles), from home to client site in Columbia, MD |
| | | | **$ 133.20** | |
| **William Choi** | 7/10/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 7/14/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/17/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/28/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/21/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/29/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/22/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | 07/31/2003 | Audit Manager | 27.37 | Mileage in excess of normal office commute (76.03 Miles), from home to client site in Columbia, MD |
| | | | **$ 218.96** | |
| **Todd Hutcherson** | 07/14/2003 | Audit Senior Manager | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | | | **$ 30.96** | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - July 31, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Nina Govic** | 07/07/2003 | 30.96 | | | | Excess Mileage |
| **Nina Govic** | 07/10/2003 | 30.96 | | | | Excess Mileage |
| **Nina Govic** | 07/31/2003 | 289.50 | | | | Flight from Baltimore to Chicago |
| **Sandy David** | 07/16/2003 | 4.32 | | | | Excess Mileage |
| **Sandy David** | 07/17/2003 | 4.32 | | | | Excess Mileage |
| **Larry Farmer** | 07/14/2003 | 23.40 | | | | Excess Mileage |
| **Larry Farmer** | 07/17/2003 | 23.40 | | | | Excess Mileage |
| **Larry Farmer** | 07/21/2003 | 23.40 | | | | Excess Mileage |
| **Katie Storrs** | 07/21/2003 | 16.50 | | | | Excess Mileage |
| **Katie Storrs** | 07/22/2003 | 16.50 | | | | Excess Mileage |
| **Maureen Yeager** | 07/14/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/15/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/16/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/17/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/18/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/19/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/21/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/22/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/23/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/29/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/30/2003 | 28.80 | | | | Excess Mileage |
| **Maureen Yeager** | 07/31/2003 | 28.80 | | | | Excess Mileage |
| **Aimee Stickley** | 07/14/2003 | 26.64 | | | | Excess Mileage |
| **Aimee Stickley** | 07/15/2003 | 26.64 | | | | Excess Mileage |
| **Aimee Stickley** | 07/16/2003 | 26.64 | | | | Excess Mileage |
| **Aimee Stickley** | 07/17/2003 | 26.64 | | | | Excess Mileage |
| **Aimee Stickley** | 07/18/2003 | 26.64 | | | | Excess Mileage |
| **William Choi** | 7/10/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 7/14/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/17/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/28/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/21/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/29/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/22/2003 | 27.37 | | | | Excess Mileage |
| **William Choi** | 07/31/2003 | 27.37 | | | | Excess Mileage |
| **Todd Hutcherson** | 07/14/2003 | 30.96 | | | | Excess Mileage |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 1,191.98 | 1,191.98 | - | - | - | |