**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due:  March 23, 2003 at 4:00 p.m. |
| | | Hearing date:  To be scheduled, only if objections are timely filed and served. |

**SUMMARY APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL.,
FOR THE FIRST INTERIM PERIOD,
FROM JANUARY 1 THROUGH JANUARY 31, 2003,
FOR THE QUARTER OF JANUARY, 2003 – MARCH, 2003**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **January 1, 2003 through January 31, 2003** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$4,821.20 (80% of $6,026.50)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$24.91 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__1,025.00__.

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002-January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002-March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002- December 31, 2002 | $9,298.50 | $97.20 | Pending | Pending |

2

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Attorney/Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Cleary | Partner | 21 years | Environmental | $295.00 | 5.20 | $1,534.00 |
| Bernard F. Hawkins, Jr. | Partner | 12 years | Environmental | $260.00 | 10.30 | $2,678.00 |
| Newman Jackson Smith | Partner | 24 years | Environmental | $260.00 | .20 | $52.00 |

Grand Total for Fees: $4,264.00
Blended Rate:        $271.59

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 14 years | Environmental | $125.00 | 14.10 | $1,762.50 |
|---|---|---|---|---|---|---|

Grand Total for Fees:  $1,762.50
Blended Rate:           $ 125.00

| Matter Number | Name | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 5.20 | 1,527.00 |
| 02399/06032 | Charleston | 10.30 | 2,678.00 |
| 02399/06091 | Fee Applications | 14.30 | 1,821.50 |
| TOTAL | | 29.80 | $6,026.50 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $  .68 |
| Standard Copies | 1.35 |
| Federal Express | 22.88 |
| Total | $ 24.91 |

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

2.    I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

David M. Cleary

SWORN to and subscribed before me

this 27th day of February , 2003

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 2/21/2012

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 21, 2003
Invoice 549779 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 01/31/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 01/17/03 | Draft audit letter for Grace's auditor, PriceWaterhouseCoopers, LLP. | | | |
| | D.M. CLEARY | 4.60 hrs. | 295.00/hr | $1,357.00 |
| 01/17/03 | Review audit letter regarding site in Charleston, disclosure text compliance with rules. | | | |
| | N.J. SMITH | 0.20 hrs. | 260.00/hr | $52.00 |
| 01/21/03 | Finalize Auditor's Letter. | | | |
| | D.M. CLEARY | 0.40 hrs. | 295.00/hr | $118.00 |

**Fees for Legal Services** ...................................................................................................... **$1,527.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20 | 260.00 | 52.00 |
| D.M. CLEARY | 5.00 | 295.00 | 1,475.00 |
| TOTAL | 5.20 | $293.65 | $1,527.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/21/2003 | Telephone 1-410-531-4711 | 0.68 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.68**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.68 |
| TOTAL | $0.68 |

**Net current billing for this invoice** ............................................................................................... **$1,527.68**

W. R. Grace & Co.

February 21, 2003
Invoice 549779 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,527.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.68 |

Net current billing for this invoice ................................................................. **$1,527.68**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 493884 | 03/20/2002 | 8,099.83 | 0.32 |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| | TOTAL A/R BALANCE | | $2,116.13 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          February 21, 2003
ATTN: Lydia Duff, Esq.                            Invoice 549780  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 01/02/03 | Review information in preparation for meeting on implementation of ROD. | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 260.00/hr | $234.00 |
| 01/03/03 | Review notes and materials in preparation for meeting on implementation of ROD (0.6); travel to Greenville for meeting (one-half travel time billed) (0.9); attend meeting with Grace and RMT representatives to address implementation of ROD (5.1); return to Columbia (one-half travel time billed) (1.1); review information regarding Natural Resource Damage Trustee and forward information to Ms. Duff (0.5). | | | |
| | B.F. HAWKINS, JR. | 8.20 hrs. | 260.00/hr | $2,132.00 |
| 01/09/03 | Review and revise proposed letter to DHEC on execution of ROD (0.5); review and revise schedule for implementing ROD (0.3); forward to client with notes on proposed revisions (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.20 hrs. | 260.00/hr | $312.00 |

**Fees for Legal Services** .................................................................................................... **$2,678.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 10.30 | 260.00 | 2,678.00 |
| TOTAL | 10.30 | $260.00 | $2,678.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/31/2003 | Photocopies 11 Page(s) | 0.55 |
| 01/31/2003 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.65**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.65 |
| TOTAL | $0.65 |

**Net current billing for this invoice** ................................................................................. **$2,678.65**

W. R. Grace & Co.

February 21, 2003
Invoice 549780 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $2,678.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.65 | |
| **Net current billing for this invoice** ............................................................... | | **$2,678.65** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 1,553.30 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| | TOTAL A/R BALANCE | | $20,422.16 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 24, 2003
Invoice 549990  Page 1

| Our Matter # | 02399/06091 | For Services Through 01/31/03 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/07/03 | Review correspondence from Ms. McKinnon regarding initial fee auditor's report and project category report.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/17/03 | Request input regarding 6th Quarterly Fee Auditor Report.<br>D.M. CLEARY | 0.20 hrs. | 295.00/hr | $59.00 |
| 01/29/03 | Review correspondence and invoices required for project category report, quarterly fee application and monthly fee application.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 01/30/03 | Review PACER for recent filings (December 1, 2002 through January 30, 2003); retrieve, review and organize filings.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 01/30/03 | Review invoices and prepare draft fee application for December 2002.<br>K. BROWN | 4.30 hrs. | 125.00/hr | $537.50 |
| 01/31/03 | Continue to prepare draft monthly fee application documents for December 2002(4.0); meet with Attorney Cleary for his review and comments on the documents (0.3); update Project Category Summary Report for the Quarterly Period (July 1, 2002 through September 30, 2002)(1.0); e-mail Project Category Summary Report to Ms. Ferdinand and Attorney Cleary (0.2).<br>K. BROWN | 5.50 hrs. | 125.00/hr | $687.50 |
| 01/31/03 | Prepare Sixth Quarterly Verified Application documents (October 1, 2002-December 31, 2002).<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |

Fees for Legal Services ..................................................................................... **$1,821.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 295.00 | 59.00 |
| K. BROWN | 14.10 | 125.00 | 1,762.50 |
| TOTAL | 14.30 | 127.38 | 1,821.50 |

W. R. Grace & Co.

February 24, 2003
Invoice 549990  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/07/2003 | VENDOR: Federal Express; INVOICE#: 647088682; DATE: 01/07/2003 - 12/20/02 | 22.88 |
| 01/22/2003 | Photocopies 14 Page(s) | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$23.58**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Federal Express | 22.88 |
| TOTAL | $23.58 |

**Net current billing for this invoice** .................................................................................  **$1,845.08**

W. R. Grace & Co.

February 24, 2003
Invoice 549990 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06091
Fee Applications

---

Fees for Professional Services                          $1,821.50
Charges for Other Services Provided/Expenses Incurred      $23.58

**Net current billing for this invoice** ..............................................................  **$1,845.08**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 3,562.00 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| | TOTAL A/R BALANCE | | $13,616.86 |