**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: April 15, 2003 at 4:00 p.m. Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM FEBRUARY 1 THROUGH FEBRUARY 28, 2003, FOR THE QUARTER OF JANUARY, 2003 – MARCH, 2003**

| | |
|---|---|
| Name of Applicant: | Nelson Mullins Riley & Scarborough, L.L.P. |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2003 through February 28, 2003 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $4,378.80 (80% of $5,473.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $52.58 for the period |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ __1,025.00__ .

Prior fee applications:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002-January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002-March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| February 6, 2003 | December 1, 2002-December 31, 2002 | $9,298.50 | $97.20 | Pending | Pending |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Cleary | Partner | 21 years | Environmental | $295.00 | 8.40 | $2,478.00 |
| Bernard F. Hawkins, Jr. | Partner | 12 years | Environmental | $260.00 | 8.90 | $2,314.00 |
| Mary Ellen Ternes | Of Counsel | 6 years | Environmental | $240.00 | .60 | $144.00 |

Grand Total for Fees: $4,936.00
Blended Rate: $275.75

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 14 years | Environmental | $125.00 | 4.30 | $537.50 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $537.50
Blended Rate: $125.00

| | Name | Total Hours | Amount Requested |
|---|---|---|---|
| 02399/06011 | Enoree | 11.10 | 3,115.50 |
| 02399/06012 | Owensboro Site Management | 2.50 | 650.00 |
| 02399/06032 | Charleston | 2.80 | 728.00 |
| 02399/06091 | Fee Applications | 5.80 | 980.00 |
| TOTAL | | 22.20 | $5,473.50 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ .71 |
| Standard Copies | 10.55 |
| Federal Express | 23.96 |
| Outside Services | 17.36 |
| Total | $ 52.58 |

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

~Doc# 5199843.01 - 3/25/2003 12:02 PM ~

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this 25th day of March, 2003

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: August 3, 2010
NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires August 3, 2010

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553417 Page 1

Our Matter #   02399/06011  
WR Grace #    001-KL-721200-00-400107  
Name of Matter:   Enoree Site Management

For Services Through 02/28/03

| Date | Description | | | |
|---|---|---|---|---|
| 02/11/03 | Review and prepare comments on Title V Compliance Certification for Enoree facility (2.4); conference call to address outstanding issues (0.5). B.F. HAWKINS, JR. | 2.90 hrs. | 260.00/hr | $754.00 |
| 02/11/03 | Review Title V certification issue and documents and propose language to add to certification regarding partial test of baghouse in February 2002. M.E. TERNES | 0.60 hrs. | 240.00/hr | $144.00 |
| 02/13/03 | Review revisions to Title V compliance certification and compare comments to prior documents. B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 02/26/03 | Discussion with Attorney Cleary regarding South Carolina requirements that might impact sale of Enoree property. B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 02/26/03 | Discuss mine property real estate sale issues and status of sale with Grace attorneys (0.5); research disclosure rules (1.2) and request confirmation and assistance from Attorney Barnhill of findings (0.3). D.M. CLEARY | 2.00 hrs. | 295.00/hr | $590.00 |
| 02/27/03 | Complete research, draft, and transmit draft sale contract language to Grace (2.3); review e-mails from Grace attorneys and respond (0.4); review draft disclosure statement (0.4); research and re-draft disclosure statement (1.8) and transmit to Mr. Emmett. D.M. CLEARY | 4.90 hrs. | 295.00/hr | $1,445.50 |

**Fees for Legal Services** .................................................................................................. **$3,115.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 3.60 | 260.00 | 936.00 |
| D.M. CLEARY | 6.90 | 295.00 | 2,035.50 |
| M.E. TERNES | 0.60 | 240.00 | 144.00 |
| TOTAL | 11.10 | $280.68 | $3,115.50 |

**Net current billing for this invoice** ..................................................................... **$3,115.50**

W. R. Grace & Co.
                                                     March 18, 2003
                                       Invoice 553417  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $3,115.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$3,115.50** |

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| | | TOTAL A/R BALANCE | $28.80 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

## MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0216445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553418  Page 1

| Our Matter # | 02399/06012 | For Services Through 02/28/03 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

02/08/03  Review information concerning projected final rule date and date for Part 2 application for MACT MON (0.2); forward information concerning dates to Attorney Duff (0.2).  
B.F. HAWKINS, JR.           0.40 hrs.   260.00/hr           $104.00

02/11/03  Review request for documentation from Mr. Jack Bender on EPA response to issue of when MACT standard goes into effect so that a company cannot reduce emissions to avoid the applicability of the standard, particularly in light of 112(j) issues (0.2); locate information for Mr. Bender (0.9); forward information to Mr. Bender with message regarding use of same (0.4).  
B.F. HAWKINS, JR.           1.50 hrs.   260.00/hr           $390.00

02/25/03  Review recent information concerning Grace position on application of "once-in-always-in rule" in Kentucky (0.3); provide additional information to Attorney Bender (0.4).  
B.F. HAWKINS, JR.           0.60 hrs.   260.00/hr           $156.00

**Fees for Legal Services** ...................................................................................................... **$650.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.50 | 260.00 | 650.00 |
| TOTAL | 2.50 | $260.00 | $650.00 |

**Net current billing for this invoice** .................................................................... **$650.00**

W. R. Grāce & Co.

March 18, 2003
Invoice 553418  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $650.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this Invoice** | **$650.00** |

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 499689 | 04/19/2002 | 6,869.35 | 4,479.00 |
| 523727 | 09/18/2002 | 312.00 | 62.40 |
| | TOTAL A/R BALANCE | | $4,541.40 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553419  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 02/28/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | | | |
|---|---|---|---|---|
| 02/06/03 | Review information on re-classification of groundwater with counsel for Rhodia to determine interest level in participating in effort to reclassify. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 02/10/03 | Review and prepare comments on Remedial Design Workplan. | | | |
| | B.F. HAWKINS, JR. | 1.80 hrs. | 260.00/hr | $468.00 |
| 02/21/03 | Review information with Mr. Bucens regarding Remedial Design Work Plan and make notes concerning same. | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |

**Fees for Legal Services** ............................................................................................... **$728.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.80 | 260.00 | 728.00 |
| TOTAL | 2.80 | $260.00 | $728.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/03/2003 | Telephone 1-609-860-3432 | 0.24 |
| 02/10/2003 | Photocopies 39 Page(s) | 1.95 |
| 02/10/2003 | Photocopies 78 Page(s) | 3.90 |
| 02/20/2003 | Telephone 1-617-498-2667 | 0.16 |
| 02/24/2003 | Photocopies 94 Page(s) | 4.70 |

**Total Charges for Other Services Provided/Expenses Incurred** .......................... **$10.95**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 10.55 |
| Telephone | 0.40 |
| TOTAL | $10.95 |

**Net current billing for this invoice** ............................................................................................... **$738.95**

W. R. Grace & Co.

March 18, 2003
Invoice 553419  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $728.00 |
| Charges for Other Services Provided/Expenses Incurred | $10.95 |
| Net current billing for this invoice | **$738.95** |

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| | TOTAL A/R BALANCE | | $19,172.06 |

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 700-2000

W. R. Grace & Co.                                           March 18, 2003
ATTN: Lydia Duff, Esq.                                      Invoice 553420  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06091                    For Services Through 02/28/03
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/05/03 | E-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary Nelson Mullins' December 2002 fee application (0.3); review correspondence from Mr. Bossay inquiring about the 6th Interim fee's auditor report (0.1); review files for response (0.3); forward Mr. Bossay's correspondence to Attorney Cleary (0.1).<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 02/07/03 | Review Mr. Bossay's correspondence regarding 6th interim fee's auditor report (0.2); e-mail Attorney Cleary regarding same (0.1).<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/10/03 | Review audit letter and prepare response to Fee Auditor.<br>D.M. CLEARY | 1.10 hrs. | 295.00/hr | $324.50 |
| 02/14/03 | Review bankruptcy docket for recent filings.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Review January 2003 invoices and prepare correspondence to Ms. Duff regarding January 2003 invoices for Attorney Cleary's review.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Review bankruptcy docket for recent filings from February 13, 2003 through February 25, 2003.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Meet with Attorney Cleary for review of correspondence to Ms. Duff and January 2003 fee application documents.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 02/26/03 | Prepare correspondence to Ms. Indoe, Ms. Raulerson, Ms. Johnson, Attorneys Cleary and Hawkins regarding payment.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/26/03 | Review files to determine payment allocation.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/27/03 | Review and sign monthly fee application.<br>D.M. CLEARY | 0.40 hrs. | 295.00/hr | $118.00 |
| 02/27/03 | Review docket for current filings February 26-27, 2003 (0.2); update files and database (0.3).<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

March 18, 2003
Invoice 553420 Page 2

Fees for Legal Services .................................................................................................... $980.00

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.50 | 295.00 | 442.50 |
| K. BROWN | 4.30 | 125.00 | 537.50 |
| TOTAL | 5.80 | 168.97 | 980.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/04/2003 | VENDOR: PACER Service Center; INVOICE#: 010903; DATE: 02/04/2003 | 17.36 |
| 02/10/2003 | Telephone 1-214-722-0081 | 0.31 |
| 02/27/2003 | VENDOR: Federal Express; INVOICE#: 647088723; DATE: 2/27/2003 - 02/03/03 | 23.96 |

Total Charges for Other Services Provided/Expenses Incurred ........................................ $41.63

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 23.96 |
| Outside Services | 17.36 |
| Telephone | 0.31 |
| TOTAL | $41.63 |

Net current billing for this invoice ................................................................................ $1,021.63

W. R. Grace & Co.

March 18, 2003
Invoice 553420  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $980.00 |
| Charges for Other Services Provided/Expenses Incurred | $41.63 |
| Net current billing for this invoice ................................................................. | **$1,021.63** |

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| | TOTAL A/R BALANCE | | $10,759.96 |