**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ). | Objections due: May 20, 2003 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are |
| | | timely filed and served. |

**SUMMARY APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL.,
FOR THE THIRD INTERIM PERIOD,
FROM MARCH 1 THROUGH MARCH 31, 2003,
FOR THE QUARTER OF JANUARY, 2003 – MARCH, 2003**

Name of Applicant:    **Nelson Mullins Riley & Scarborough,
L.L.P.**

Authorized to Provide Professional Services to:    **W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession**

Date of Retention:    **July 19, 2001**

Period for which compensation and
reimbursement is sought:    **March 1, 2003 through March 31, 2003**

Amount of Compensation sought as actual,
reasonable, and necessary:    **$4,339.20 (80% of $5,424.00)**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary: **$64.16 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __7.0__
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $__1,025.00__ .

Prior fee applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002-January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002-March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |

2

| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002-November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002-December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1, 2003-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| David M. Cleary | Partner | 21 years | Environmental | $295.00 | 2.70 | $796.50 |
| Bernard F. Hawkins, Jr. | Partner | 12 years | Environmental | $260.00 | 1.20 | $312.00 |
| Newman Jackson Smith | Partner | 24 years | Environmental | $260.00 | 3.10 | $806.00 |
| Edward D. Bernhill, Jr. | Partner | 30 years | Real Estate | $275.00 | 4.70 | $1,292.50 |

Grand Total for Fees: $3,399.00 *3207*
Blended Rate: $271.92

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 14 years | Environmental | $125.00 | 16.2 | $2,025.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $2,025.00
Blended Rate: $125.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 1.70 | 477.00 |
| 02399/06032 | Charleston | 3.50 | 854.00 |
| 02399/06065 | Libby Expansion – Enoree, SC | 7.70 | 2,118.00 |
| 02399/06091 | Fee Applications | 15.80 | 1,975.00 |
| TOTAL | | 28.70 | $5,424.00 |

3

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 30.78 |
| Standard Copies | 3.30 |
| Federal Express | 24.08 |
| Outside Services | 6.00 |
| Total | $ 64.16 |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          ) Chapter 11
                                                )
W. R. GRACE & CO., et al.,[1]                   ) Case No. 01-01139(JKF)
                                                ) (Jointly Administered)
                                                )
Debtors.                                        )

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

        1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

        2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

David M. Cleary

SWORN to and subscribed before me

this 29th day of _April_ , 2003

_____ (L.S.)

Notary Public for South Carolina

My Commission Expires: _August 3, 2010_

NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires August 3, 2010

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 14, 2003
Invoice 557441 Page 1

| Our Matter # | 02399/06000 | For Services Through 03/31/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| 03/17/03 | Discussion with Grace personnel regarding historical Remedium matters. | | | |
| | D.M. CLEARY | 1.00 hrs. | 295.00/hr | $295.00 |
| 03/25/03 | Review research assignment with Attorney Carlisle regarding specific aspects of S.C. Reg. 61-71 and/or 61.72 addressing reporting of bore hole samples (0.3); review results of research and report to Mr. Buccns (0.4). | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 260.00/hr | $182.00 |

Fees for Legal Services ................................................................................. **$477.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.70 | 260.00 | 182.00 |
| D.M. CLEARY | 1.00 | 295.00 | 295.00 |
| TOTAL | 1.70 | $280.59 | $477.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/26/2003 | Telephone 1-410-531-4795 | 9.41 |
| 03/17/2003 | Telephone 1-561-362-1302 | 13.09 |

Total Charges for Other Services Provided/Expenses Incurred ..................................... **$22.50**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 22.50 |
| TOTAL | $22.50 |

Net current billing for this invoice ................................................................. **$499.50**

W. R. Grace & Co.

April 14, 2003
Invoice 557441  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/03

Our Matter # 02398/06000
General

| | |
|---|---|
| Fees for Professional Services | $477.00 |
| Charges for Other Services Provided/Expenses Incurred | $22.50 |
| **Net current billing for this invoice** | **$499.50** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 493884 | 03/20/2002 | 8,099.83 | 0.32 |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| | TOTAL A/R BALANCE | | $2,615.63 |

# NELSON

*Nelson Mullins Riley & Scarborough, L.L.P.*

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215443
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2003
Invoice 557816 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 03/31/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/07/03 | Review information provided by Mr. Bucens on revised Consent Order and addressing prior oversight costs by DHEC (0.3); call to Mr. Bucens regarding same (0.2).<br>B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 03/11/03 | Call from Mr. Tecklenburg regarding interest of real estate investment trust in Charleston property, discuss basic information about same, use issues, clean up and status of same (0.2); office conference with Attorney Cleary regarding additional information requested, review ROD for clean up, send with comments to Mr. Tecklenburg (0.3).<br>N.J. SMITH | 0.50 hrs. | 260.00/hr | $130.00 |
| 03/19/03 | Office conference with Mr. Tecklenburg and Attorney Cleary regarding interest of REIT in property.<br>N.J. SMITH | 0.90 hrs. | 260.00/hr | $234.00 |
| 03/19/03 | Relay information concerning a potential buyer to Mr. Nagy.<br>D.M. CLEARY | 0.40 hrs. | 295.00/hr | $118.00 |
| 03/25/03 | Review R.61-72.I.3 regarding need to report results of analysis of soil samples taken for environmental assessment (0.2); confer with Mr. Hess (DHEC) regarding same (0.2); confer with Attorney Hawkins regarding outcome of research (0.1); confer with Mr. Bucens and Attorney Hawkins regarding same (0.1); transmit to Mr. Bucens contact information for submission of water well form for reporting results of soil sampling (0.1); review electronic mail memorandum from Mr. Bucens reporting analytical results showing no detectable concentrations (0.1).<br>R.T. CARLISLE | 0.80 hrs. | 240.00/hr | $192.00 |
| 03/27/03 | Review and organize correspondence.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

Fees for Legal Services ...................................................................................................        **$854.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.40 | 260.00 | 364.00 |
| B.F. HAWKINS, JR. | 0.50 | 260.00 | 130.00 |
| D.M. CLEARY | 0.40 | 295.00 | 118.00 |
| R.T. CARLISLE | 0.80 | 240.00 | 192.00 |

W. R. Grace & Co.

April 16, 2003
Invoice 557816 Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | 3.50 | $244.00 | $854.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/05/2003 | Photocopies 4 Page(s) | 0.20 |
| 03/07/2003 | Telephone 1-617-498-2667 | 0.13 |
| 03/14/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 022803-1; DATE: 3/14/2003 | 6.00 |
| 03/21/2003 | Telephone 1-617-498-2667 | 1.16 |

Total Charges for Other Services Provided/Expenses Incurred .......................................   $7.49

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 6.00 |
| Photocopies | 0.20 |
| Telephone | 1.29 |
| TOTAL | $7.49 |

Net current billing for this invoice .................................................................................   **$861.49**

W. R. Grace & Co.

April 18, 2003
Invoice 557816  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $854.00 |
| Charges for Other Services Provided/Expenses Incurred | $7.49 |

Net current billing for this invoice ................................................................. **$861.49**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| 553419 | 03/18/2003 | 738.95 | 738.95 |
| | TOTAL A/R BALANCE | | $19,911.01 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                                          April 14, 2003
ATTN: Robert A. Emmett, Esq.                                                  Invoice 557442 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06065                                    For Services Through 03/31/03
Name of Matter:     Libby Expansion Plants - Enoree, SC

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/28/03 | Review correspondence regarding real estate disclosure (0.2); discuss situation with Attorney Barnhill and seek his input regarding real property transfers (0.3). | | | |
| 02/28/03 | Office conference with Attorney Cleary regarding possible sale of land in Enoree, South Carolina. | | | |
| | E.D. BARNHILL | 0.30 hrs. | 275.00/hr | $82.50 |
| 03/01/03 | Brief review of South Carolina statute possibly applicable to Enoree tract sale (0.7); email response to Attorney Cleary (0.2); memorandum to Paralegal Harley (0.1). | | | |
| | E.D. BARNHILL | 1.00 hrs. | 275.00/hr | $275.00 |
| 03/04/03 | Review emails from Attorney Cleary (0.3); work on suggested changes in Contract of Sale (1.1). | | | |
| | E.D. BARNHILL | 1.40 hrs. | 275.00/hr | $385.00 |
| 03/05/03 | Review emailed correspondence; research. | | | |
| | E.D. BARNHILL | 0.80 hrs. | 275.00/hr | $220.00 |
| 03/06/03 | Preparation of email to Attorney Cleary. | | | |
| | E.D. BARNHILL | 1.20 hrs. | 275.00/hr | $330.00 |
| 03/06/03 | Discuss environmental insurance potential in real estate sale, mining issue; contact Mr. Duff and set up conference call with Attorney Cleary, discuss basic scope of project. | | | |
| | N.J. SMITH | 0.20 hrs. | 260.00/hr | $52.00 |
| 03/06/03 | Discussions with clients regarding Tigerville property sale (0.4); discussion with Attorney Smith and Mr. Duff regarding potential purchase of and requirements for environmental liability insurance (0.4). | | | |
| | D.M. CLEARY | 0.80 hrs. | 295.00/hr | $236.00 |
| 03/07/03 | Conference call with Attorney Cleary and Mr. Duff regarding environmental insurance and basic products for closed mining sites, potentially other properties with perceived or actual environmental liabilities | | | |
| | N.J. SMITH | 0.70 hrs. | 260.00/hr | $182.00 |
| 03/11/03 | Conference call with Mr. Burrell, Mr. Duff and Attorney Cleary regarding environmental insurance products, information needed for quote on mine property, alternative products for risk transfer. | | | |
| | N.J. SMITH | 0.80 hrs. | 260.00/hr | $208.00 |

Fees for Legal Services ........................................................................................................ **$2,118.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.70 | 260.00 | 442.00 |
| D.M. CLEARY | 1.30 | 295.00 | 383.50 |
| E.D. BARNHILL | 4.70 | 275.00 | 1,292.50 |
| TOTAL | 7.70 | $275.06 | $2,118.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2003 | Photocopies 3 Page(s) | 0.15 |
| 03/03/2003 | Telephone 1-410-531-4601 | 0.13 |
| 03/04/2003 | Photocopies 18 Page(s) | 0.90 |
| 03/04/2003 | Photocopies 28 Page(s) | 1.40 |
| 03/04/2003 | Photocopies 9 Page(s) | 0.45 |
| 03/05/2003 | Photocopies 4 Page(s) | 0.20 |
| 03/06/2003 | Telephone 1-410-531-4795 | 6.86 |

Total Charges for Other Services Provided/Expenses Incurred ...................................... **$10.09**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 3.10 |
| Telephone | 6.99 |
| TOTAL | $10.09 |

Net current billing for this invoice ........................................................................... **$2,128.09**

REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/03

Our Matter # 02399/06065
Libby Expansion Plants - Enoree, SC

| | |
|---|---|
| Fees for Professional Services | $2,118.00 |
| Charges for Other Services Provided/Expenses Incurred | $10.09 |

Net current billing for this invoice .................................................................... **$2,128.09**

## WIRING INSTRUCTIONS

Account Name:  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#:  053200666
Account #:  04032 24077 01
Bank:  National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 557442 | 04/14/2003 | 2,128.09 | 2,128.09 |
| | TOTAL A/R BALANCE | | $2,128.09 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 16, 2003
Invoice 557815 Page 1

Our Matter #          02399/06091                      For Services Through 03/31/03
Name of Matter:       Fee Applications

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 03/04/03 | Review correspondence from Ms. Ferdinand regarding the attached draft 6th project category summary they plan to file on March 6 (0.3); compare Ms. Ferdinand's document with our project category summary report for accuracy (0.2); and organize documents (0.2). | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 03/17/03 | Edit draft quarterly filing documents for the period October-December 2002. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 03/17/03 | Review correspondence from Mr. Bossay regarding 7th interim application (0.2); review docket for filing of CNO for December 2002 fee application (Docket #3343) (0.3). | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 03/18/03 | Review docket for filing of CNO for Docket # 3343 (0.4); discuss with Attorney Cleary the status of the 7th interim application (0.3); prepare correspondence to Ms. McFarland, Ms. Cuniff and Attorney Cleary requesting filing of CNO for Docket #3343 (0.3); review correspondence regarding outstanding 2001 balances (0.2); prepare correspondence to Mr. Bossay regarding status of 7th interim application pending filing of CNO for Docket # 3343 (0.3) | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 03/24/03 | Prepare transmittal letters to Mr. Emmett and Ms. Duff regarding February 2003 invoices and meet with Attorney Cleary for his review and approval (0.3), modify invoices to electronic format (0.2); review docket for March 18 through 23, 2003 for filing of CNO for Docket # 3343 (0.3); review docket from February 6 through March 17 for CNO filing for Docket # 3343 (.03); prepare draft February 2003 fee application (1.9). | | | |
| | K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 03/25/03 | Review, modify and finalize February 2003 fee application documents for Attorney Cleary's review and approval (2.5); meet with Attorney Cleary for his review and approval of final February 2003 fee application documents (0.5); modify database (0.7). | | | |
| | K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |
| 03/25/03 | Convert executed February 2003 fee application documents to pdf and prepare correspondence containing same to Ms. McFarland, Ms. Cuniff and Attorney Cleary for filing (0.8); convert February 2003 invoices into Word format and prepare correspondence containing same to Messrs. Smith and Steiner and Attorney Cleary (0.7). | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |

W. R. Grace & Co.

April 16, 2003
Invoice 557815 Page 2

| | | | | |
|---|---|---|---|---|
| 03/26/03 | Review correspondence from Mr. Bossay regarding 7th interim quarterly filing and inquiring on the status of the CNO filing for docket # 3343 (0.2); review docket from January 14, 2003 through March 25, 2003 for filing of CNO for docket #3343 (December 2002 fee application) (0.4); prepare and e-mail correspondence to Ms. McFarland, Ms. Cuniff, Mr. Bossay and Attorney Cleary requesting a copy of the CNO for docket #3343 and to file a CNO for docket # 3458 (January 2003 fee application - objection period expired 3/24/03) in response to Mr. Bossay's inquiry (0.4). | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 03/27/03 | Review and organize correspondence. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 03/28/03 | Review docket for filing of CNOs for docket # 3343 and # 3358. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 03/31/03 | Modify the 6th quarterly interim fee application documents in preparation for Attorney Cleary's review and approval. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 03/31/03 | Meet with Attorney Cleary for his review of final 6th quarterly interim fee application documents (0.4); convert final executed documents into electronic version (0.2); compose correspondence to Ms. McFarland, Mc. Cuniff, Attorney Cleary and Attorney Hawkins containing final 6th quarterly interim fee application documents for filing (0.3); e-mail same (0.1). | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 03/31/03 | Review docket for current filings, i.e., February 2003 fee application, CNO for docket # 3343 and #3358. | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

Fees for Legal Services ................................................................................. $1,975.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 15.80 | 125.00 | 1,975.00 |
| TOTAL | 15.80 | 125.00 | 1,975.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/17/2003 | VENDOR: Federal Express; INVOICE#: 647088757; DATE: 3/17/2003 - 03/03/03 | 11.83 |
| 03/17/2003 | VENDOR: Federal Express; INVOICE#: 647088757; DATE: 3/17/2003 - 03/03/03 | 12.25 |

Total Charges for Other Services Provided/Expenses Incurred ................................. $24.08

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 24.08 |
| TOTAL | $24.08 |

Net current billing for this invoice ...................................................................... $1,999.08

W. R. Grace & Co.

April 16, 2003
Invoice 557815  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 03/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,975.00 |
| Charges for Other Services Provided/Expenses Incurred | $24.08 |

Net current billing for this Invoice ................................................................. **$1,999.08**

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545881 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| | TOTAL A/R BALANCE | | $11,781.59 |