**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM MAY 1 THROUGH MAY 31, 2003, FOR THE QUARTER OF APRIL 2003 – JUNE 2003**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2003 through May 31, 2003** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$6,514.80 (80% of $8,143.50)** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:           **$88.14 for the period**

This is a _x_ monthly _ interim ___ final application.

The total time expended for the preparation of this application is approximately _12.0_
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $_1,960.00_.

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001 – August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001 – June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001– October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001– November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001– December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002– January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002– February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001– September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002–April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002– March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002–May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002– September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |

| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
|---|---|---|---|---|---|
| December 26, 2002 | November 1, 2002-November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003-March 31, 2003 | $5,424.00 | $64.16 | Pending | Pending |
| August 22, 2003 | April 1, 2003-April 30, 2003 | $7,868.00 | $64.88 | Pending | Pending |
| Emailed for filing on August 22, 2003[2] | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name | Position | Years | Department | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $240.00 | 7.50 | $1800.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $260.00 | 5.30 | $1378.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $240.00 | 13.60 | $3264.00 |
| David M. Cleary | Partner | 21 Years | Environmental | $295.00 | .60 | $177.00 |

Grand Total for Fees: $6,619.00
Blended Rate:          $245.15

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name | Position | Years | Department | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Karen Brown | Paralegal | 14 years | Environmental | $125.00 | 11.00 | $1375.00 |
| Maureen D. Collett | Paralegal | 9 years | Environmental | $115.00 | 1.30 | $149.50 |

Grand Total for Fees: $1,524.50
Blended Rate:          $123.95

---

[2] The Eighth Quarterly Fee Application was emailed to local counsel on 8/22/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

Grand Total for Fees:    $1,524.50
Blended Rate:            $123.95

| Matter Number | Matter | Total Hours | Total Fees |
|---|---|---|---|
| 02399/06000 | General | 6.30 | $ 1,362.00 |
| 02399/06011 | Enoree Site Management | 3.60 | 847.50 |
| 02399/06031 | Li Tungsten | 19.30 | 4,338.00 |
| 02399/06091 | Fee Applications | 10.10 | 1,596.00 |
| TOTAL | | 39.30 | $8,143.50 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 6.75 |
| Standard Copies | 30.30 |
| Federal Express | 41.83 |
| Lexis | 3.45 |
| Outside Services | 5.81 |
| Total | $ 88.14 |

4

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 13, 2003
Invoice 575616   Page 1

| | | | For Services Through 05/31/03 |
|---|---|---|---|
| Our Matter # | 02399/06000 | | |
| WR Grace # | 063-KL-721490-01-501251 | | |
| Name of Matter: | General | | |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/29/03 | Telephone conferences with counsel for EPA regarding obtaining evidence of payment of settlement funds by WR Grace in 1997 (0.3); confer with Attorney Willis regarding same and action taken to date (0.4); retrieval file from offsite and review of file for information on settlement and payment by WR Grace in 1997 and forward to Attorney Hawkins in Columbia office (0.6). | | | | |
| | M.D. COLLETT | | 1.30 hrs. | 115.00/hr | $149.50 |
| 04/30/03 | Conference with Attorney Hawkins regarding issue of payment being re-raised by EPA, history of payment in 1997 and attempts at resolution to outstanding question on payment (0.2); review file documents (0.1). | | | | |
| | J.M. MELCHERS | | 0.30 hrs. | 240.00/hr | $72.00 |
| 05/01/03 | Review e-mail and attachments from Grace regarding historical issues; respond to Grace inquiry regarding attachments. | | | | |
| | D.M. CLEARY | | 0.60 hrs. | 295.00/hr | $177.00 |
| 05/01/03 | Telephone conference with Attorney Melchers to discuss procedures for proof of payment in SEPCO. | | | | |
| | B.F. HAWKINS, JR. | | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/01/03 | Review and analyze memo regarding EPA request and incoming file documents from Messrs. Marriam and Cleary and Ms. Collett regarding collection, payment and follow-up inquiries regarding settlement by wire transfer to EPA in 1997 (1.0), telephone conference with Attorney Hawkins regarding contacts to make with EPA Region IV to resolve question concerning historic payment to EPA (0.1). | | | | |
| | J.M. MELCHERS | | 1.10 hrs. | 240.00/hr | $264.00 |
| 05/02/03 | Review and analyze records for telephone conference with Ms. Haire (Region IV) (0.5), telephone conference with Ms. Haire regarding question over Grace's payment in 1997 notes on same (0.3), prepare fax to her demonstrating payment in 1997 (0.5), prepare memo regarding conference call and documents found (0.3). | | | | |
| | J.M. MELCHERS | | 1.60 hrs. | 240.00/hr | $384.00 |

W. R. Grace & Co.

August 13, 2003
Invoice 575616  Page 2

| | | | |
|---|---|---|---|
| 05/14/03 | Telephone conference with Ms. Haire (Region IV) regarding SEPCO payment (0.1), review documents and prepare memo regarding basis of EPA's confusion on payment issue and next steps (0.1). | | |
| | J.M. MELCHERS | 0.20 hrs.    240.00/hr | $48.00 |
| 05/15/03 | Review and locate information for use by Attorney Hawkins. | | |
| | K. BROWN | 0.30 hrs.    125.00/hr | $37.50 |
| 05/27/03 | Telephone conference with Ms. Stacy Haire (Region IV) regarding status of promised correspondence concerning dispute over Grace's payment. | | |
| | J.M. MELCHERS | 0.20 hrs.    240.00/hr | $48.00 |
| 05/30/03 | Discussion with Ms. Duff regarding environmental reviews and approaches to same. | | |
| | B.F. HAWKINS, JR. | 0.40 hrs.    260.00/hr | $104.00 |

Fees for Legal Services ............................................................................. **$1,362.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.40 | 240.00 | 816.00 |
| B.F. HAWKINS, JR. | 0.70 | 260.00 | 182.00 |
| D.M. CLEARY | 0.60 | 295.00 | 177.00 |
| M.D. COLLETT | 1.30 | 115.00 | 149.50 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 6.30 | $216.19 | $1,362.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/30/2003 | Photocopies 26 Page(s) | 3.90 |
| 04/30/2003 | Telephone 1-901-820-2023 | 0.66 |
| 05/01/2003 | Photocopies 110 Page(s) | 5.50 |
| 05/01/2003 | Photocopies 2 Page(s) | 0.10 |
| 05/01/2003 | Photocopies 84 Page(s) | 4.20 |
| 05/01/2003 | Photocopies 2 Page(s) | 0.10 |
| 05/01/2003 | Photocopies 14 Page(s) | 0.70 |
| 05/01/2003 | Telephone 1-410-531-4789 | 0.10 |
| 05/02/2003 | Photocopies 97 Page(s) | 4.85 |
| 05/02/2003 | Photocopies 9 Page(s) | 0.45 |
| 05/02/2003 | Telephone 1-404-562-9486 | 0.15 |
| Total Charges for Other Services Provided/Expenses Incurred ................................. | | **$20.71** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 19.80 |
| Telephone | 0.91 |
| TOTAL | $20.71 |

Net current billing for this invoice ......................................................................... **$1,382.71**

W. R. Grace & Co.

August 13, 2003
Invoice 575616  Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| | | A/R BALANCE | $3,411.06 |

GRAND TOTAL................................................................................................................ **$4,793.77**

W. R. Grace & Co.

August 13, 2003
Invoice 575616  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06000
General

---

| | |
|---|---|
| Fees for Professional Services | $1,362.00 |
| Charges for Other Services Provided/Expenses Incurred | 20.71 |
| Net current billing for this invoice ............................................................. | **$1,382.71** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| | TOTAL A/R BALANCE | | $3,411.06 |

GRAND TOTAL...................................................................................................... **$4,793.77**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                    June 12, 2003
ATTN: Robert A. Emmett, Esq.                               Invoice 566105 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 05/31/03 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 05/15/03 | Review and locate information for use by Attorney Hawkins. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/21/03 | Confer with Mr. O'Connell regarding what will be required for water plan and DHEC's expectations with respect to same (0.2); review consent agreement to identify requirements (0.2); electronic mail memorandum to Mr. O'Connell regarding same (0.1). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 240.00/hr | $120.00 |
| 05/22/03 | Review letter to DHEC addressing water management plans in ponds and provide comments to Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |
| 05/22/03 | Review draft report to DHEC on water management plan (0.2); detailed voice mail messages to Messrs. O'Connell and Balcer regarding comments (0.2); draft revisions to proposed letter (0.2); electronic mail memorandum to Mr. Balcer regarding recommended changes (0.1); confer with Attorney Hawkins regarding his thoughts on implications of plan (0.1); review electronic mail memorandum from Ms. Ethier regarding comments (0.1); reply electronic mail memorandum to Ms. Ethier (0.1). | | | |
| | R.T. CARLISLE | 1.00 hrs. | 240.00/hr | $240.00 |
| 05/23/03 | Review letter to DHEC regarding pond water management plan and review issues with Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/23/03 | Review revised plan (0.2); confer with Mr. Balcer and Ms. Ethier regarding extent of detail in plan (0.2); minor revisions to draft plan (0.2); transmit same to Mr. Balcer with electronic mail memorandum regarding same (0.2). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 240.00/hr | $192.00 |
| 05/29/03 | Review Mr. Foy's response to Grace's plan for water management at Enoree facility and forward same to Attorney Hawkins. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 240.00/hr | $24.00 |

Fees for Legal Services ................................................................................................        $847.50

W. R. Grace & Co.

June 12, 2003
Invoice 566105  Page 2

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.90 | 260.00 | 234.00 |
| R.T. CARLISLE | 2.40 | 240.00 | 576.00 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 3.60 | $235.42 | $847.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/02/2003 | Photocopies 1 Page(s) | 0.05 |
| 05/22/2003 | Photocopies 6 Page(s) | 0.30 |
| 05/22/2003 | Telephone 1-864-969-3353 | 0.20 |
| 05/22/2003 | Telephone 1-617-498-4594 | 0.33 |
| 05/22/2003 | Telephone 1-617-680-5261 | 0.16 |
| 05/22/2003 | Telephone 1-864-871-1677 | 0.23 |

Total Charges for Other Services Provided/Expenses Incurred ....................................  $1.27

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.35 |
| Telephone | 0.92 |
| TOTAL | $1.27 |

Net current billing for this invoice ................................................................................  $848.77

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| | | A/R BALANCE | $7,563.29 |

GRAND TOTAL..................................................................................................................  $8,412.06

W. R. Grace & Co.

June 12, 2003
Invoice 566105  Page 3

## REMITTANCE COPY

·Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $847.50 |
| Charges for Other Services Provided/Expenses Incurred | 1.27 |
| Net current billing for this Invoice ............................................. | $848.77 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| | TOTAL A/R BALANCE | | $7,563.29 |

GRAND TOTAL.................................................................................................... $8,412.06

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 12, 2003
Invoice 566106 Page 1

Our Matter #          02399/06031                    For Services Through 05/31/03
WR Grace #          001-KL-721490-01-501560
Name of Matter:     Li Tungsten

| | | | | |
|---|---|---|---|---|
| 05/08/03 | Review documents and confer with Attorneys Hawkins and Melchers in preparation for conference call with Ms. Duff (0.9); participate in conference call with Attorney Melchers and Ms. Duff (0.8); follow-up discussion with Attorney Melchers (0.1). | | | |
| | R.T. CARLISLE | 1.80 hrs. | 240.00/hr | $432.00 |
| 05/08/03 | Review correspondence from Attorney Carlisle regarding preparation for conference call and research files for all contracts and documents relating to potential witness (2.2); sort and organize materials (1.0). | | | |
| | K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 05/09/03 | Review file materials in preparation for meeting with Attorney Melchers on historic information surrounding Li Tungsten site (1.1); meet with Attorneys Melchers and Carlisle to provide background information on history of Li Tungsten matter (1.4); follow-up on issue of potential avenues for pursuing evidence (0.4). | | | |
| | B.F. HAWKINS, JR. | 2.90 hrs. | 260.00/hr | $754.00 |
| 05/09/03 | Review documents and confer with Attorneys Hawkins and Carlisle in preparation for conference call with Ms. Duff (1.7); participate in conference call with Attorney Carlisle and Ms. Duff (0.8); follow-up discussion with Attorney Carlisle (0.1), prepare memo to Ms. Duff (0.1). | | | |
| | J.M. MELCHERS | 2.70 hrs. | 240.00/hr | $648.00 |
| 05/16/03 | Review information addressing Li Tungsten site and review specific facts with Attorney Melchers. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 05/20/03 | Review memo from Ms. Duff regarding conference call for deposition discussion. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 05/27/03 | Conference with Attorney Carlisle regarding notes from interview and prepare for telephone conference (0.4); review Attorney Carlisle's resulting summary of interview notes (0.2). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 240.00/hr | $144.00 |
| 05/27/03 | Review notes and other information on Li Tungsten history and draft summary of same. | | | |
| | R.T. CARLISLE | 1.30 hrs. | 240.00/hr | $312.00 |

W. R. Grace & Co.

June 12, 2003
Invoice 566106  Page 2

05/28/03  Provide input to Attorneys Melchers and Carlisle regarding history in Li Tungsten matter.
B.F. HAWKINS, JR.                              0.30 hrs.    260.00/hr         $78.00

05/28/03  Review file documents and contracts (2.4); prepare for and telephone conference with Ms.
Duff regarding issues and next steps, prepare notes on same (0.4); obtain information from
Attorney Carlisle regarding prior interviews and review of documents and review next steps
outlined by Ms. Duff (1.1).
J.M. MELCHERS                                 3.90 hrs.    240.00/hr        $936.00

05/28/03  Provide Attorney Melchers with information regarding details of prior discussions with
individuals with respect to Li Tungsten and review Ms. Duff's directions as to proceeding with
work (1.1); review documents and highlight those pertinent issues raised by Ms. Duff (0.9).
R.T. CARLISLE                                 2.00 hrs.    240.00/hr        $480.00

Fees for Legal Services ........................................................................................    $4,338.00

## BILLING SUMMARY

|                   | Hours | Rate/Hr | Dollars  |
|-------------------|-------|---------|----------|
| J.M. MELCHERS     | 7.30  | 240.00  | 1,752.00 |
| B.F. HAWKINS, JR. | 3.70  | 260.00  | 962.00   |
| R.T. CARLISLE     | 5.10  | 240.00  | 1,224.00 |
| K. BROWN          | 3.20  | 125.00  | 400.00   |
| TOTAL             | 19.30 | $224.77 | $4,338.00|

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/02/2003 | Telephone 1-410-531-4210 | 1.62 |
| 05/08/2003 | Photocopies 121 Page(s) | 6.05 |
| 05/08/2003 | Telephone 1-410-531-4210 | 0.11 |
| 05/09/2003 | Photocopies 8 Page(s) | 0.40 |
| 05/09/2003 | Photocopies 7 Page(s) | 0.35 |
| 05/09/2003 | Telephone 1-410-531-4210 | 2.54 |
| 05/12/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.33 |
| 05/12/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 0.36 |
| 05/12/2003 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 1.00 | 2.76 |
| 05/16/2003 | Photocopies 21 Page(s) | 1.05 |
| 05/17/2003 | Photocopies 1 Page(s) | 0.05 |
| 05/28/2003 | Telephone 1-443-803-5751 | 0.65 |

Total Charges for Other Services Provided/Expenses Incurred ....................................    $16.27

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Photocopies | 7.90 |
| Lexis | 3.45 |

W. R. Grace & Co.

June 12, 2003
Invoice 566106  Page 3

| Description | Dollars |
|---|---|
| Telephone | 4.92 |
| TOTAL | $16.27 |

Net current billing for this invoice .................................................................. **$4,354.27**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| | | A/R BALANCE | $710.90 |

GRAND TOTAL ......................................................................................... **$5,065.17**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $4,338.00 | |
| Charges for Other Services Provided/Expenses Incurred | 16.27 | |
| Net current billing for this invoice ............................................................ | | $4,354.27 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| | TOTAL A/R BALANCE | | $710.90 |

GRAND TOTAL ............................................................................................................ $5,065.17

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                                    June 9, 2003
ATTN: Lydia Duff, Esq.                                                    Invoice 566107  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06091                          For Services Through 05/31/03
Name of Matter:       Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 05/03/03 | Review draft 7th quarter category project summary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/12/03 | Modify billing report reflecting recent filings of March 2003 fee application and CNO for February 2003 fee application.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/16/03 | Review the final 7th Quarterly Fee Application and Order Approving the 7th Quarterly Fee Application and organize.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/19/03 | Review materials for fee application procedures (0.4); prepare invoices for same (0.4).<br>J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 05/21/03 | Compile and convert April invoices into electronic format (0.4); draft correspondence regarding April invoices for Attorney Melchers' review and approval (0.3); review and compile information from invoices for use in preparing monthly fee application (1.3).<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 05/22/03 | Review memo from Paralegal Brown regarding fee application materials.<br>J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 05/22/03 | Prepare April Fee application documents for review and approval by Attorney Melchers (1.5); compose correspondence regarding April fee application documents and e-mail to Attorney Melchers (0.3).<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 05/22/03 | Revise draft transmittal letters to Ms. Duff and Mr. Emmett regarding April invoices for Attorney Melchers' review and approval (0.3); draft verification for monthly fee application for Attorney Melchers' review and approval (0.3); review and organize documents relating to April monthly fee application (0.4).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 05/22/03 | Review and edit outstanding invoices database.<br>K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |

W. R. Grace & Co.

June 9, 2003
Invoice 566107  Page 2

| | | | | |
|---|---|---|---|---|
| 05/23/03 | Conferences with Paralegal Brown and Attorney Hawkins regarding fee application procedures. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 05/30/03 | Work on fee application. | | | |
| | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |

Fees for Legal Services ................................................................................................ **$1,596.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.90 | 240.00 | 696.00 |
| K. BROWN | 7.20 | 125.00 | 900.00 |
| TOTAL | 10.10 | 158.02 | 1,596.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/08/2003 | To: Federal Express for shipping charge on 04/29/03 | 27.05 |
| 05/08/2003 | To: Federal Express for shipping charge on 04/01/03 | 14.78 |
| 05/08/2003 | To: Pacer Service Center for payment of invoice | 5.81 |
| 05/19/2003 | Photocopies 14 Page(s) | 0.70 |
| 05/19/2003 | Photocopies 29 Page(s) | 1.45 |
| 05/19/2003 | Photocopies 2 Page(s) | 0.10 |

Total Charges for Other Services Provided/Expenses Incurred ................................... **$49.89**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.25 |
| Federal Express | 41.83 |
| Outside Services | 5.81 |
| TOTAL | $49.89 |

Net current billing for this invoice .......................................................................... **$1,645.89**

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |

W. R. Grace & Co.

| | | | |
|---|---|---|---|
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| | | A/R BALANCE | $15,483.93 |

GRAND TOTAL................................................................................................................................  **$17,129.82**

W. R. Grace & Co.

June 9, 2003
Invoice 566107  Page 4

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,596.00 |
| Charges for Other Services Provided/Expenses Incurred | $49.89 |

Net current billing for this Invoice ................................................................. **$1,645.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| | TOTAL A/R BALANCE | | $15,483.93 |

GRAND TOTAL ..................................................................................................... **$17,129.82**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              )    Chapter 11
                                    )
W. R. GRACE & CO., et al.,[1]       )    Case No. 01-01139(JKF)
                                    )    (Jointly Administered)
                                    )
Debtors.                            )
                                    )


## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard F. Hawkins, Jr._
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 26 day of August, 2003

_(signature)_ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09