**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM JUNE 1 THROUGH JUNE 30, 2003, FOR THE QUARTER OF APRIL 2003 – JUNE 2003

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **June 1, 2003 through June 30, 2003** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$14,164.00 (80% of $17,705.00)** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$291.20 for the period**

This is a __x__ monthly _ interim ___ final application.

The total time expended for the preparation of this application is approximately __6.8__
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $__1210.00__.

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001– August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |

| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
|---|---|---|---|---|---|
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | Pending | Pending |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | Pending | Pending |
| Emailed for filing on 8/22/2003[2] | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | Pending | Pending |
| Emailed for filing on 8/28/2003[3] | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| | | | | | | |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19years | Environmental | $240.00 | 8.10 | 1944.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $260.00 | 10.80 | 2808.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $240.00 | 51.90 | 12,456.00 |

Grand Total for Fees: $17,208.00
Blended Rate:          $ 225.24

---

[2] The Eighth Quarterly Fee Application was emailed to local counsel on 8/22/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.
[3] The Summary Application period from May 1, 2003 through May 31, 2003 was emailed to local counsel on 8/28/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $110.00 | 2.20 | $242.00 |
|---|---|---|---|---|---|---|
| J. A'Hern | Summer Associate | | | $75.00 | 3.40 | $255.00 |

Grand Total for Fees:  $497.00
Blended Rate:  $88.75

| Matter Number | Description | Total Hours | Total Compensation |
|---|---|---|---|
| 02399/06000 | General | 1.60 | $ 416.00 |
| 02399/06003 | Beaco Road | .30 | $ 78.00 |
| 02399/06031 | Li Tungsten | 71.20 | 16,419.00 |
| 02399/06091 | Fee Applications | 3.30 | 792.00 |
| TOTAL | | 76.40 | $17,705.00 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 9.52 |
| Standard Copies | 33.80 |
| Westlaw | 181.01 |
| Lexis | 66.87 |
| Total | $ 291.20 |

Two new timekeepers appear during this interim period. John M. A'Hern, Summer Associate billing at $75.00 per hour and Laurie J. Jennings, Paralegal, billing at $110.00 per hour.

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

## MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              July 17, 2003
ATTN: Lydia Duff, Esq.                               Invoice 572211 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 06/30/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

06/18/03   Discussion with Ms. Duff concerning potentially applicability of NESHAP provisions to area sources.

B.F. HAWKINS, JR.                          0.40 hrs.    260.00/hr          $104.00

06/19/03   Research status of potential applicability of NESHAP provisions to area sources and seek to clarify status with EPA (0.9); locate information on general coverage of NESHAP standards for area sources (0.3).

B.F. HAWKINS, JR.                          1.20 hrs.    260.00/hr          $312.00

Fees for Legal Services ................................................................................          $416.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.60 | 260.00 | 416.00 |
| TOTAL | 1.60 | $260.00 | $416.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/19/2003 | Telephone 1-919-541-5402 | 0.10 |
| 06/20/2003 | Telephone 1-410-531-4210 | 0.82 |
| Total Charges for Other Services Provided/Expenses Incurred ................................. | | $0.92 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.92 |
| TOTAL | $0.92 |

W. R. Grace & Co.

July 17, 2003
Invoice 572211  Page 2

Net current billing for this invoice ................................................................. $416.92

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 566104 | 06/12/2003 | 334.65 | 334.65 |
| | | A/R BALANCE | $3,328.79 |

GRAND TOTAL ................................................................................................ $3,745.71

W. R. Grace & Co.

July 17, 2003
Invoice 572211  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06000
General

| | | |
|---|---|---|
| Fees for Professional Services | $416.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.92 | |
| Net current billing for this invoice ................................................................. | | $416.92 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 566104 | 06/12/2003 | 334.65 | 334.65 |
| | TOTAL A/R BALANCE | | $3,328.79 |

GRAND TOTAL ............................................................................................... $3,745.71

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

July 17, 2003
Invoice 572212 Page 1

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

For Services Through 06/30/03

Our Matter #          02399/06003
WR Grace #           063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| | | | | |
|---|---|---|---|---|
| 06/16/03 | Review assignment with Ms. Duff regarding evaluation of claim from PRP group. B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

Fees for Legal Services .......................................................................................   $78.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 260.00 | 78.00 |
| TOTAL | 0.30 | $260.00 | $78.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/16/2003 | Photocopies 26 Page(s) | 1.30 |
| 06/16/2003 | Photocopies 1 Page(s) | 0.05 |
| Total Charges for Other Services Provided/Expenses Incurred ..................................... | | $1.35 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| TOTAL | $1.35 |

Net current billing for this invoice .................................................................   $79.35

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|

W. R. Grace & Co.

July 17, 2003
Invoice 572212  Page 2

| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| | A/R BALANCE | | $293.20 |

GRAND TOTAL......................................................................................... **$372.55**

W. R. Grace & Co.

July 17, 2003
Invoice 572212  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $78.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.35 | |
| Net current billing for this invoice ............................................ | | $79.35 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| | TOTAL A/R BALANCE | | $293.20 |

GRAND TOTAL................................................................................................ $372.55

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 1, 2003
Invoice 573763  Page 1

For Services Through 06/30/03

Our Matter #        02399/06031
WR Grace #         001-KL-721490-01-501560
Name of Matter:    Li Tungsten

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 06/09/03 | Review e-mail from PRP requesting information on contracts (0.3); follow-up on information request (0.2); review request for conference call on site issues (0.4); report to Ms. Duff regarding developments (0.2); review items relevant to potential response (0.5).<br>B.F. HAWKINS, JR. | 1.60 hrs. | 260.00/hr | $416.00 |
| 06/09/03 | Review memo regarding request for documents and respond (0.2); review memo from PRP counsel regarding developments in clean-up and TDY's case against federal PRPs (0.2); review memo from Ms. Duff regarding claims (0.1); review and respond to memos regarding Ms. Duff's request (0.2); review bankruptcy claim from PRP (0.6); prepare for conference call (0.3).<br>J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |
| 06/10/03 | Analyze case developments and impacts of same (0.7); review contracts identified for site (0.9); review and respond to memos regarding conference to address site issues (0.2).<br>J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 06/11/03 | Review site history issues and provide input to Attorney Melchers in preparation for call with Ms. Duff.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/11/03 | Locate historical information and provide to Attorney Melchers.<br>B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 06/11/03 | Discussion with Ms. Duff regarding background information and potential responses to claims.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/11/03 | Provide assignments to be completed on updating research and preparing identification outline.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/11/03 | Review documents regarding site activities and contractual arrangements (1.8); prepare for conference call with Ms. Duff (0.4); confer with Attorneys Hawkins and Carlisle regarding site issues (0.4); participate in conference call with Ms. Duff regarding issues (0.4); follow-up review regarding site issues (0.2). | | | |

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 2

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |

06/11/03    Confer with PRP and Attorney Carlisle regarding status of Li Tungsten site, notes on same (0.7); confer with additional PRP counsel and Attorney Carlisle regarding Li Tungsten site status (0.2); review notes and prepare memo to Ms. Duff regarding information (0.3); prepare for group conference call (0.7).

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |

06/11/03    Review files in preparation for conference call (0.3); confer with Attorneys Melchers and Hawkins regarding claims analysis (0.4); confer with PRP counsel and Attorney Melchers regarding status of Li Tungsten site to provide material input (0.7); confer with additional PRP counsel and Attorney Melchers regarding Li Tungsten site status and site history (0.2).

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 1.60 hrs. | 240.00/hr | $384.00 |

06/12/03    Review results from conference call with PRPs and provide input on preparing to respond to possible claims issues.

| | | | |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

06/12/03    Locate historical information on case and fact analysis and provide to Attorney Melchers.

| | | | |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |

06/12/03    Prepare for (1.2) and participate in group conference call (1.3); prepare notes on same (0.3); review site action items with Attorney Carlisle (0.2); obtain historic information from Attorney Hawkins (0.2).

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |

06/12/03    Analysis of file research and memoranda evaluating alleged site liabilities.

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 1.10 hrs. | 240.00/hr | $264.00 |

06/12/03    Review memo and outline from Ms. Duff.

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |

06/12/03    Participate in portion of conference call with other group members regarding site issues

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 0.50 hrs. | 240.00/hr | $120.00 |

06/13/03    Review notes and begin preparation discussion issues.

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 0.60 hrs. | 240.00/hr | $144.00 |

06/16/03    Review memo regarding site issues (0.1); review notes and respond (0.1).

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |

06/17/03    Review and analyze memos and correspondence regarding site issues (2.4); on-line and hard-copy research on site issues (1.8).

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 4.20 hrs. | 240.00/hr | $1,008.00 |

06/17/03    Prepare for conference call with Ms. Duff and outside counsel regarding various site issues (1.9); confer with Attorney Carlisle regarding preparations for conference call (0.2); review site information (0.2).

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 2.30 hrs. | 240.00/hr | $552.00 |

06/17/03    Confer with Attorney Melchers regarding preparations for tomorrow's call (0.2); review site information (0.2).

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 0.40 hrs. | 240.00/hr | $96.00 |

06/17/03    Update research evaluating alleged site liabilities.

| | | | |
|---|---|---|---|
| J. A'HERN | 3.40 hrs. | 75.00/hr | $255.00 |

W. R. Grace & Co.

August 1, 2003
Invoice 573763 Page 3

06/18/03   Review initial research concerning alleged claim issues and carry out follow-up research
(1.7); confer with Attorney Carlisle regarding research issues and issues for conference call
with client (0.4); review Li Tungsten documents in preparation for conference call (0.6);
participate in conference call (1.1); confer with Attorney Carlisle regarding Ms. Duff's follow-
up instructions and assignments and additional sources for documents (0.6).
     J.M. MELCHERS                  4.40 hrs.    240.00/hr        $1,056.00

06/18/03   Prepare for conference call to address alleged claim analysis issues (0.7); discussion with
Ms. Duff, and defense counsel to review various aspects of Li Tungsten issues (0.4); follow-
up on review assignments and analysis of what additional information may be needed for
defense (0.8).
     B.F. HAWKINS, JR.              1.90 hrs.    260.00/hr         $494.00

06/18/03   Discussion with Ms. Duff regarding action items (0.2); review memo from Attorney Hawkins
regarding attached response letter to EPA (0.2).
     J.M. MELCHERS                  0.40 hrs.    240.00/hr         $96.00

06/18/03   Review results of research on alleged claims issues.
     R.F. CARLISLE                  1.50 hrs.    240.00/hr        $360.00

06/20/03   Discussions with Ms. Duff concerning claim options or responses.
     B.F. HAWKINS, JR.              0.40 hrs.    260.00/hr         $104.00

06/22/03   Review research on alleged claim issues (2.1); pull from file information relevant to research
issues (0.4).
     R.F. CARLISLE                  2.50 hrs.    240.00/hr        $600.00

06/23/03   Locate historical information relevant to alleged claims analysis.
     B.F. HAWKINS, JR.              0.60 hrs.    260.00/hr         $156.00

06/23/03   Review several incoming memos regarding upcoming conference call (0.2); review memo
from Ms. Duff and prepare response regarding position for call (0.4).
     J.M. MELCHERS                  0.60 hrs.    240.00/hr        $144.00

06/23/03   Review complete file index and records for evaluation of alleged claims issues.
     J.M. MELCHERS                  2.30 hrs.    240.00/hr        $552.00

06/24/03   Review memo regarding case review prior to conference call (0.1); review and analyze case
regarding appellate issues (0.9); review client position on request for participation from PRP
and prepare for conference call (0.4).
     J.M. MELCHERS                  1.40 hrs.    240.00/hr        $336.00

06/25/03   Review background information and provide information to Ms. Duff for analysis and input.
     B.F. HAWKINS, JR.              0.50 hrs.    260.00/hr         $130.00

06/25/03   Review various responses to EPA for further analysis.
     B.F. HAWKINS, JR.               1.10 hrs.    260.00/hr         $286.00

06/25/03   Review contracts and document summaries (2.3); clarify contract issues (0.3).
     J.M. MELCHERS                  2.60 hrs.    240.00/hr        $624.00

06/25/03   Review analysis of contracts (0.4) and prepare memo regarding PRP litigation and other
case issues (0.9); telephone conferences with Attorney Carlisle for historic input case
analysis (0.4); finalize memo and prepare attachments (0.5).
     J.M. MELCHERS                  2.20 hrs.    240.00/hr        $528.00

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 4

| | | | |
|---|---|---|---|
| 06/25/03 | Review memo regarding contract and prepare response (0.2); review follow-up memos from Ms. Duff (0.1); review memo from Attorney Hawkins regarding sources for discovery information and memos from Attorney Carlisle regarding additional sources for same (0.2); assignments to Paralegal Jennings regarding access to court records for PRP case (0.2); review documents and memos from her regarding filings and parameters of access to specific filings and costs of same (0.5). | | |
| | J.M. MELCHERS | 1.20 hrs.   240.00/hr | $288.00 |
| 06/25/03 | Prepare for and participate in conference call with PRPs (1.4); prepare memo regarding analysis from same (0.3); conference with Attorney Hawkins regarding site documents (0.2); review documents and prepare memo regarding need for client review (0.4); review memo from Attorney Hawkins (0.1); telephone conference with Attorney Carlisle regarding document sources (0.3); review document sources and prepare message regarding document needs (0.4). | | |
| | J.M. MELCHERS | 3.10 hrs.   240.00/hr | $744.00 |
| 06/25/03 | Confer with Attorney Melchers regarding follow-up items from PRP discussion (0.1); confer with Attorney Melchers regarding contracts and with Paralegal Jennings and Attorney Melchers regarding obtaining documents from court on PRP case against federal agencies (0.4). | | |
| | R.T. CARLISLE | 0.50 hrs.   240.00/hr | $120.00 |
| 06/25/03 | Review file materials to gather contracts (0.6); review correspondence to provide correspondence requested by Attorney Melchers (0.3); review same with Attorney Melchers and Attorney Hawkins, then provide information separating same from all correspondence as requested by counsel (0.2); research PACER for all documents filed in relation to litigation, then copy list of same to Attorney Melchers (0.3). | | |
| | L.J. JENNINGS | 1.40 hrs.   110.00/hr | $154.00 |
| 06/26/03 | Review and analyze Grace's responses to various letters at Li Tungsten and evaluate content (1.3); review draft memo on research issues from Mr. A'Hern (0.6). | | |
| | J.M. MELCHERS | 1.90 hrs.   240.00/hr | $456.00 |
| 06/26/03 | Review memo from Paralegal Jennings regarding EPA correspondence. | | |
| | J.M. MELCHERS | 0.10 hrs.   240.00/hr | $24.00 |
| 06/26/03 | Provide summary of information from contracts. | | |
| | L.J. JENNINGS | 0.80 hrs.   110.00/hr | $88.00 |
| 06/27/03 | Review and analyze documents regarding PRP complaint and research issues (1.4); telephone conference with Attorney Carlisle regarding issues to address in preparation for conference call with Ms. Duff (0.2). | | |
| | J.M. MELCHERS | 1.60 hrs.   240.00/hr | $384.00 |
| 06/28/03 | Review and analyze documents in preparation for conference call on research issues. | | |
| | J.M. MELCHERS | 0.40 hrs.   240.00/hr | $96.00 |
| 06/30/03 | Review issues with Attorney Melchers surrounding history of various items and case and approach for dealing with various legal issues. | | |
| | B.F. HAWKINS, JR. | 0.40 hrs.   260.00/hr | $104.00 |
| 06/30/03 | Review memos from Attorney Carlisle, Ms. Johnson and Mr. A'Hern regarding issues for conference call and respond (0.4); confer with Attorney Carlisle regarding follow-up on research Mr. A'Hern (0.5); review cited cases and perform follow-up research (1.8); review and revise memo (0.8). | | |
| | J.M. MELCHERS | 3.50 hrs.   240.00/hr | $840.00 |

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 5

| | | | |
|---|---|---|---|
| 06/30/03 | Analyze contract issues (0.9); conference call with Ms. Duff and outside counsel regarding issues in Li Tungsten (1.1); prepare notes on meeting (0.2); telephone conference with Attorney Carlisle regarding defense issues and follow-up research needed (0.3); review case analysis in light of same (0.2). | | |
| | J.M. MELCHERS | 2.70 hrs.   240.00/hr | $648.00 |
| 06/30/03 | Review research on claims analysis and provide input to Attorney Melchers. | | |
| | R.T. CARLISLE | 1.10 hrs.   240.00/hr | $264.00 |

Fees for Legal Services ............................................................................ $16,419.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 48.60 | 240.00 | 11,664.00 |
| B.F. HAWKINS, JR. | 8.90 | 260.00 | 2,314.00 |
| R.T. CARLISLE | 8.10 | 240.00 | 1,944.00 |
| L.J. JENNINGS | 2.20 | 110.00 | 242.00 |
| J. A'HERN | 3.40 | 75.00 | 255.00 |
| TOTAL | 71.20 | $230.60 | $16,419.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/11/2003 | Photocopies 5 Page(s) | 0.25 |
| 06/11/2003 | Photocopies 7 Page(s) | 0.35 |
| 06/11/2003 | Telephone 1-410-531-4210 | 0.20 |
| 06/11/2003 | Telephone 1-410-531-4210 | 0.30 |
| 06/11/2003 | Telephone 1-443-803-5751 | 1.62 |
| 06/11/2003 | Telephone 1-518-438-9907 | 2.64 |
| 06/11/2003 | Telephone 1-202-789-6000 | 0.69 |
| 06/16/2003 | Photocopies 18 Page(s) | 0.90 |
| 06/17/2003 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 7.00 | 50.11 |
| 06/17/2003 | Service: LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 0.65 |
| 06/17/2003 | Photocopies 11 Page(s) | 0.55 |
| 06/17/2003 | Photocopies 45 Page(s) | 2.25 |
| 06/17/2003 | Photocopies 45 Page(s) | 2.25 |
| 06/17/2003 | Westlaw | 99.77 |
| 06/18/2003 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 13.55 |
| 06/18/2003 | Photocopies 189 Page(s) | 9.45 |
| 06/18/2003 | Photocopies 9 Page(s) | 0.45 |
| 06/18/2003 | Telephone 1-410-531-4210 | 1.65 |
| 06/18/2003 | Westlaw | 81.24 |
| 06/23/2003 | Photocopies 153 Page(s) | 7.65 |
| 06/23/2003 | Photocopies 6 Page(s) | 0.30 |
| 06/24/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.00 | 2.04 |
| 06/24/2003 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 0.52 |
| 06/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 06/25/2003 | Photocopies 28 Page(s) | 1.40 |

W. R. Grace & Co.

August 1, 2003
Invoice 573763  Page 6

| 06/25/2003 | Photocopies 3 Page(s) | 0.15 |
| 06/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 06/25/2003 | Telephone 1-215-963-5000 | 0.21 |
| 06/25/2003 | Telephone 1-631-712-6000 | 0.14 |
| 06/25/2003 | Telephone 1-803-539-2900 | 1.15 |
| 06/26/2003 | Photocopies 64 Page(s) | 3.20 |
| 06/30/2003 | Photocopies 38 Page(s) | 1.90 |

Total Charges for Other Services Provided/Expenses Incurred ..................................... **$288.73**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 32.25 |
| Lexis | 66.87 |
| Telephone | 8.60 |
| Westlaw | 181.01 |
| TOTAL | $288.73 |

Net current billing for this invoice ............................................................ **$16,707.73**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| | | A/R BALANCE | $5,065.17 |

GRAND TOTAL................................................................................................... **$21,772.90**

W. R. Grace & Co.

August 1, 2003<br>Invoice 573763 Page 7

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $16,419.00 |
| Charges for Other Services Provided/Expenses Incurred | 288.73 |
| Net current billing for this invoice ................................................................. | **$16,707.73** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| | TOTAL A/R BALANCE | | $5,065.17 |

GRAND TOTAL ...................................................................................................... **$21,772.90**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 17, 2003
Invoice 572213  Page 1

| Our Matter # | 02399/06091 | For Services Through 06/30/03 |
| Name of Matter: | Fee Applications | |

| | | | | |
|---|---|---|---|---|
| 06/05/03 | Discuss fee applications with Attorney Hawkins. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 06/06/03 | Review previous Fee Application documents and current draft filing and supporting information (1.4); several telephone conferences regarding draft application from Ms. Brown and follow-up (0.3). | | | |
| | J.M. MELCHERS | 1.70 hrs. | 240.00/hr | $408.00 |
| 06/13/03 | Review memo regarding database documents and review index for same. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 06/16/03 | Analysis of bills for Fee Application. | | | |
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 06/30/03 | Review documents for fee application. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |

Fees for Legal Services ............................................................................... $792.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.30 | 240.00 | 792.00 |
| TOTAL | 3.30 | 240.00 | 792.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/20/2003 | Photocopies 4 Page(s) | 0.20 |
| Total Charges for Other Services Provided/Expenses Incurred ...................................... | | $0.20 |

## DISBURSEMENT SUMMARY

W. R. Grace & Co.

July 17, 2003
Invoice 572213  Page 2

| Description | Dollars |
|---|---|
| Photocopies | 0.20 |
| TOTAL | $0.20 |

Net current billing for this invoice ................................................................................ $792.20

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,664.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| | | A/R BALANCE | $17,129.82 |

GRAND TOTAL .................................................................................................................... $17,922.02

W. R. Grace & Co.

July 17, 2003
Invoice 572213  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I IOO6
COLUMBIA, SOUTH CAROLINA  2921 I-1070
TELEPHONE (803) 799-2000

For Services Through 06/30/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $792.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.20 |

Net current billing for this Invoice ................................................................................. $792.20

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| | TOTAL A/R BALANCE | | $17,129.82 |

GRAND TOTAL.......................................................................................................... $17,922.02

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC