**EXHIBIT A**



# NELSON
#### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELLORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 700-2000

W. R. Grace & Co.  August 13, 2003
ATTN: Lydia Duff, Esq.  Invoice 575616 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 05/31/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

04/29/03   Telephone conferences with counsel for EPA regarding obtaining evidence of payment of settlement funds by WR Grace in 1997 (0.3); confer with Attorney Willis regarding same and action taken to date (0.4); retrieval file from offsite and review of file for information on settlement and payment by WR Grace in 1997 and forward to Attorney Hawkins in Columbia office (0.6).
M.D. COLLETT                    1.30 hrs.    115.00/hr          $149.50

04/30/03   Conference with Attorney Hawkins regarding issue of payment being re-raised by EPA, history of payment in 1997 and attempts at resolution to outstanding question on payment (0.2); review file documents (0.1).
J.M. MELCHERS                   0.30 hrs.    240.00/hr           $72.00

05/01/03   Review e-mail and attachments from Grace regarding historical issues; respond to Grace inquiry regarding attachments.
D.M. CLEARY                     0.60 hrs.    295.00/hr          $177.00

05/01/03   Telephone conference with Attorney Melchers to discuss procedures for proof of payment in SEPCO.
B.F. HAWKINS, JR.               0.30 hrs.    260.00/hr           $78.00

05/01/03   Review and analyze memo regarding EPA request and incoming file documents from Messrs. Marriam and Cleary and Ms. Collett regarding collection, payment and follow-up inquiries regarding settlement by wire transfer to EPA in 1997 (1.0), telephone conference with Attorney Hawkins regarding contacts to make with EPA Region IV to resolve question concerning historic payment to EPA (0.1).
J.M. MELCHERS                   1.10 hrs.    240.00/hr          $264.00

05/02/03   Review and analyze records for telephone conference with Ms. Haire (Region IV) (0.5), telephone conference with Ms. Haire regarding question over Grace's payment in 1997 notes on same (0.3), prepare fax to her demonstrating payment in 1997 (0.5), prepare memo regarding conference call and documents found (0.3).
J.M. MELCHERS                   1.60 hrs.    240.00/hr          $384.00

W. R. Grace & Co.
August 13, 2003
Invoice 575616  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 05/14/03 | Telephone conference with Ms. Haire (Region IV) regarding SEPCO payment (0.1), review documents and prepare memo regarding basis of EPA's confusion on payment issue and next steps (0.1). | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 05/15/03 | Review and locate information for use by Attorney Hawkins. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/27/03 | Telephone conference with Ms. Stacy Haire (Region IV) regarding status of promised correspondence concerning dispute over Grace's payment. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 05/30/03 | Discussion with Ms. Duff regarding environmental reviews and approaches to same. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

**Fees for Legal Services** .................................................................................... **$1,362.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.40 | 240.00 | 816.00 |
| B.F. HAWKINS, JR. | 0.70 | 260.00 | 182.00 |
| D.M. CLEARY | 0.60 | 295.00 | 177.00 |
| M.D. COLLETT | 1.30 | 115.00 | 149.50 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 6.30 | $216.19 | $1,362.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 04/30/2003 | Photocopies 26 Page(s) | 3.90 |
| 04/30/2003 | Telephone 1-901-820-2023 | 0.66 |
| 05/01/2003 | Photocopies 110 Page(s) | 5.50 |
| 05/01/2003 | Photocopies 2 Page(s) | 0.10 |
| 05/01/2003 | Photocopies 84 Page(s) | 4.20 |
| 05/01/2003 | Photocopies 2 Page(s) | 0.10 |
| 05/01/2003 | Photocopies 14 Page(s) | 0.70 |
| 05/01/2003 | Telephone 1-410-531-4789 | 0.10 |
| 05/02/2003 | Photocopies 97 Page(s) | 4.85 |
| 05/02/2003 | Photocopies 9 Page(s) | 0.45 |
| 05/02/2003 | Telephone 1-404-562-9486 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$20.71**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 19.80 |
| Telephone | 0.91 |
| TOTAL | $20.71 |

**Net current billing for this invoice** ........................................................................... **$1,382.71**

W. R. Grace & Co.

August 13, 2003
Invoice 575616  Page 3

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| | | A/R BALANCE | $3,411.06 |

**GRAND TOTAL**.................................................................................................................... **$4,793.77**

W. R. Grace & Co.

August 13, 2003
Invoice 575616  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06000
General

| | |
|---|---:|
| Fees for Professional Services | $1,362.00 |
| Charges for Other Services Provided/Expenses Incurred | 20.71 |
| Net current billing for this invoice | $1,382.71 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| | TOTAL A/R BALANCE | | $3,411.06 |

**GRAND TOTAL** ......... **$4,793.77**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC