**EXHIBIT B**



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

June 12, 2003  
Invoice 566105 Page 1

Our Matter #         02399/06011                         For Services Through 05/31/03
WR Grace #           001-KL-721200-00-400107
Name of Matter:      Enoree Site Management

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/15/03 | Review and locate information for use by Attorney Hawkins.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/21/03 | Confer with Mr. O'Connell regarding what will be required for water plan and DHEC's expectations with respect to same (0.2); review consent agreement to identify requirements (0.2); electronic mail memorandum to Mr. O'Connell regarding same (0.1);<br>R.T. CARLISLE | 0.50 hrs. | 240.00/hr | $120.00 |
| 05/22/03 | Review letter to DHEC addressing water management plans in ponds and provide comments to Attorney Carlisle.<br>B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |
| 05/22/03 | Review draft report to DHEC on water management plan (0.2); detailed voice mail messages to Messrs. O'Connell and Balcer regarding comments (0.2); draft revisions to proposed letter (0.2); electronic mail memorandum to Mr. Balcer regarding recommended changes (0.1); confer with Attorney Hawkins regarding his thoughts on implications of plan (0.1); review electronic mail memorandum from Ms. Ethier regarding comments (0.1); reply electronic mail memorandum to Ms. Ethier (0.1).<br>R.T. CARLISLE | 1.00 hrs. | 240.00/hr | $240.00 |
| 05/23/03 | Review letter to DHEC regarding pond water management plan and review issues with Attorney Carlisle.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/23/03 | Review revised plan (0.2); confer with Mr. Balcer and Ms. Ethier regarding extent of detail in plan (0.2); minor revisions to draft plan (0.2); transmit same to Mr. Balcer with electronic mail memorandum regarding same (0.2).<br>R.T. CARLISLE | 0.80 hrs. | 240.00/hr | $192.00 |
| 05/29/03 | Review Mr. Foy's response to Grace's plan for water management at Enoree facility and forward same to Attorney Hawkins.<br>R.T. CARLISLE | 0.10 hrs. | 240.00/hr | $24.00 |

**Fees for Legal Services** ............................................................................................ **$847.50**

W. R. Grace & Co.
June 12, 2003
Invoice 566105  Page 2

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.90 | 260.00 | 234.00 |
| R.T. CARLISLE | 2.40 | 240.00 | 576.00 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| TOTAL | 3.60 | $235.42 | $847.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/02/2003 | Photocopies 1 Page(s) | 0.05 |
| 05/22/2003 | Photocopies 6 Page(s) | 0.30 |
| 05/22/2003 | Telephone 1-864-969-3353 | 0.20 |
| 05/22/2003 | Telephone 1-617-498-4594 | 0.33 |
| 05/22/2003 | Telephone 1-617-680-5261 | 0.16 |
| 05/22/2003 | Telephone 1-864-871-1677 | 0.23 |

Total Charges for Other Services Provided/Expenses Incurred .................................. $1.27

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.35 |
| Telephone | 0.92 |
| TOTAL | $1.27 |

Net current billing for this Invoice ....................................................................... $848.77

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
|  |  | A/R BALANCE | $7,563.29 |

**GRAND TOTAL**............................................................................................................. **$8,412.06**

W. R. Grace & Co.

June 12, 2003
Invoice 566105  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $847.50 |
| Charges for Other Services Provided/Expenses Incurred | 1.27 |
| Net current billing for this invoice | **$848.77** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| | TOTAL A/R BALANCE | | $7,563.29 |

**GRAND TOTAL** .................................................................................................. **$8,412.06**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC