**EXHIBIT C**

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57 0015445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

June 12, 2003  
Invoice 566106 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 05/31/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

05/08/03 Review documents and confer with Attorneys Hawkins and Melchers in preparation for conference call with Ms. Duff (0.9); participate in conference call with Attorney Melchers and Ms. Duff (0.8); follow-up discussion with Attorney Melchers (0.1).
R.T. CARLISLE        1.80 hrs.   240.00/hr        $432.00

05/08/03 Review correspondence from Attorney Carlisle regarding preparation for conference call and research files for all contracts and documents relating to potential witness (2.2); sort and organize materials (1.0).
K. BROWN             3.20 hrs.   125.00/hr        $400.00

05/09/03 Review file materials in preparation for meeting with Attorney Melchers on historic information surrounding Li Tungsten site (1.1); meet with Attorneys Melchers and Carlisle to provide background information on history of Li Tungsten matter (1.4); follow-up on issue of potential avenues for pursuing evidence (0.4).
B.F. HAWKINS, JR.    2.90 hrs.   260.00/hr        $754.00

05/09/03 Review documents and confer with Attorneys Hawkins and Carlisle in preparation for conference call with Ms. Duff (1.7); participate in conference call with Attorney Carlisle and Ms. Duff (0.8); follow-up discussion with Attorney Carlisle (0.1), prepare memo to Ms. Duff (0.1).
J.M. MELCHERS        2.70 hrs.   240.00/hr        $648.00

05/16/03 Review information addressing Li Tungsten site and review specific facts with Attorney Melchers.
B.F. HAWKINS, JR.    0.50 hrs.   260.00/hr        $130.00

05/20/03 Review memo from Ms. Duff regarding conference call for deposition discussion.
J.M. MELCHERS        0.10 hrs.   240.00/hr        $24.00

05/27/03 Conference with Attorney Carlisle regarding notes from interview and prepare for telephone conference (0.4); review Attorney Carlisle's resulting summary of interview notes (0.2).
J.M. MELCHERS        0.60 hrs.   240.00/hr        $144.00

05/27/03 Review notes and other information on Li Tungsten history and draft summary of same.
R.T. CARLISLE        1.30 hrs.   240.00/hr        $312.00

W. R. Grace & Co.
June 12, 2003
Invoice 566106  Page 2

| Date | Description | | |
|---|---|---|---|
| 05/28/03 | Provide input to Attorneys Melchers and Carlisle regarding history in Li Tungsten matter.<br>B.F. HAWKINS, JR.     0.30 hrs.    260.00/hr | | $78.00 |
| 05/28/03 | Review file documents and contracts (2.4); prepare for and telephone conference with Ms. Duff regarding issues and next steps, prepare notes on same (0.4); obtain information from Attorney Carlisle regarding prior interviews and review of documents and review next steps outlined by Ms. Duff (1.1).<br>J.M. MELCHERS     3.90 hrs.    240.00/hr | | $936.00 |
| 05/28/03 | Provide Attorney Melchers with information regarding details of prior discussions with individuals with respect to Li Tungsten and review Ms. Duff's directions as to proceeding with work (1.1); review documents and highlight those pertinent issues raised by Ms. Duff (0.9).<br>R.T. CARLISLE     2.00 hrs.    240.00/hr | | $480.00 |

**Fees for Legal Services** ................................................................................................ **$4,338.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 7.30 | 240.00 | 1,752.00 |
| B.F. HAWKINS, JR. | 3.70 | 260.00 | 962.00 |
| R.T. CARLISLE | 5.10 | 240.00 | 1,224.00 |
| K. BROWN | 3.20 | 125.00 | 400.00 |
| TOTAL | 19.30 | $224.77 | $4,338.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 05/02/2003 | Telephone 1-410-531-4210 | 1.62 |
| 05/08/2003 | Photocopies 121 Page(s) | 6.05 |
| 05/08/2003 | Telephone 1-410-531-4210 | 0.11 |
| 05/09/2003 | Photocopies 8 Page(s) | 0.40 |
| 05/09/2003 | Photocopies 7 Page(s) | 0.35 |
| 05/09/2003 | Telephone 1-410-531-4210 | 2.54 |
| 05/12/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.33 |
| 05/12/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 0.36 |
| 05/12/2003 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 1.00 | 2.76 |
| 05/16/2003 | Photocopies 21 Page(s) | 1.05 |
| 05/17/2003 | Photocopies 1 Page(s) | 0.05 |
| 05/28/2003 | Telephone 1-443-803-5751 | 0.65 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$16.27**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 7.90 |
| Lexis | 3.45 |

W. R. Grace & Co.

June 12, 2003
Invoice 566106  Page 3

| Description | Dollars |
|---|---|
| Telephone | 4.92 |
| TOTAL | $16.27 |

Net current billing for this invoice ............................................................... $4,354.27

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| | | A/R BALANCE | $710.90 |

GRAND TOTAL.................................................................................................. $5,065.17

W. R. Grace & Co.

June 12, 2003
Invoice 566106  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $4,338.00 |
| Charges for Other Services Provided/Expenses Incurred | 16.27 |
| Net current billing for this invoice | $4,354.27 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| | TOTAL A/R BALANCE | | $710.90 |

**GRAND TOTAL** .................................................................................................. **$5,065.17**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC