**EXHIBIT D**



# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

June 9, 2003  
Invoice 566107  Page 1

Our Matter #         02399/06091                    For Services Through 05/31/03  
Name of Matter:    Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 05/03/03 | Review draft 7th quarter category project summary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/12/03 | Modify billing report reflecting recent filings of March 2003 fee application and CNO for February 2003 fee application.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/16/03 | Review the final 7th Quarterly Fee Application and Order Approving the 7th Quarterly Fee Application and organize.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/19/03 | Review materials for fee application procedures (0.4); prepare invoices for same (0.4).<br>J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 05/21/03 | Compile and convert April invoices into electronic format (0.4); draft correspondence regarding April invoices for Attorney Melchers' review and approval (0.3); review and compile information from invoices for use in preparing monthly fee application (1.3).<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 05/22/03 | Review memo from Paralegal Brown regarding fee application materials.<br>J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 05/22/03 | Prepare April Fee application documents for review and approval by Attorney Melchers (1.5); compose correspondence regarding April fee application documents and e-mail to Attorney Melchers (0.3).<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 05/22/03 | Revise draft transmittal letters to Ms. Duff and Mr. Emmett regarding April invoices for Attorney Melchers' review and approval (0.3); draft verification for monthly fee application for Attorney Melchers' review and approval (0.3); review and organize documents relating to April monthly fee application (0.4).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 05/22/03 | Review and edit outstanding invoices database.<br>K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |

W. R. Grace & Co.
June 9, 2003
Invoice 566107  Page 2

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05/23/03 | Conferences with Paralegal Brown and Attorney Hawkins regarding fee application procedures. J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 05/30/03 | Work on fee application. J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |

**Fees for Legal Services** .................................................................................... **$1,596.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.90 | 240.00 | 696.00 |
| K. BROWN | 7.20 | 125.00 | 900.00 |
| TOTAL | 10.10 | 158.02 | 1,596.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 05/08/2003 | To: Federal Express for shipping charge on 04/29/03 | 27.05 |
| 05/08/2003 | To: Federal Express for shipping charge on 04/01/03 | 14.78 |
| 05/08/2003 | To: Pacer Service Center for payment of invoice | 5.81 |
| 05/19/2003 | Photocopies 14 Page(s) | 0.70 |
| 05/19/2003 | Photocopies 29 Page(s) | 1.45 |
| 05/19/2003 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$49.89**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.25 |
| Federal Express | 41.83 |
| Outside Services | 5.81 |
| TOTAL | $49.89 |

**Net current billing for this invoice** ........................................................................... **$1,645.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |

W. R. Grace & Co.

June 9, 2003
Invoice 566107 Page 3

| | | | |
|---|---|---|---|
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| | | A/R BALANCE | $15,483.93 |

**GRAND TOTAL**................................................................................................................  **$17,129.82**

W. R. Grace & Co.
June 9, 2003
Invoice 566107  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 05/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,596.00 |
| Charges for Other Services Provided/Expenses Incurred | $49.89 |
| **Net current billing for this invoice** | **$1,645.89** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| | TOTAL A/R BALANCE | | $15,483.93 |

**GRAND TOTAL**................................................................................................ **$17,129.82**

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC