# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## JUNE 1, 2003 THROUGH JUNE 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 06/04/03 14 | Call to F. Biehl on case issues and schedule for final hearing.<br>W. Hatfield | 0.2 | 55.00 |
| 06/05/03 04 | Attend to case issues on final hearing.<br>W. Hatfield | 0.2 | 55.00 |
| 06/06/03 04 | Follow up regarding issues with W. Hatfield.<br>A. Marchetta | 0.2 | 90.00 |
| 06/09/03 04 | Review materials for Weja case.<br>W. Hatfield | 0.3 | 82.50 |
| 06/10/03 14 | Attend to case issues and schedule for final hearing.<br>W. Hatfield | 0.3 | 82.50 |
| 06/12/03 14 | Attend to case issues on hearing.<br>W. Hatfield | 0.2 | 55.00 |
| 06/13/03 04 | E-mails and follow up regarding hearing date.<br>A. Marchetta | 0.3 | 135.00 |
| 06/13/03 14 | Prepare for hearing and arguments on fees and interest applications by Grace and supplemental fee application for 2003 period with letter to court.<br>W. Hatfield | 3.8 | 1,045.00 |
| 06/13/03 14 | Prepare letter to court on hearing and issue related to interest application.<br>W. Hatfield | 0.4 | 110.00 |
| 06/13/03 14 | Discuss court hearing on motions for prejudgment interest and attorneys' fees with B. Hatfield.<br>R. Rose | 0.4 | 154.00 |
| 06/13/03 14 | Review motion papers for prejudgment interest and attorneys' fees in preparation for hearing.<br>R. Rose | 1.0 | 385.00 |
| 06/13/03 | Review file for briefs as requested by W. Hatfield. | | |

| 14 | S. Purrington | 0.4 | 44.00 |

06/16/03    Prepare and argue application for Grace before Judge McLaughlin on prejudgment interest and trial and post trial attorneys fees in Jersey City New Jersey.

| 14 | W. Hatfield | 2.6 | 715.00 |

06/16/03    Memos with A. Nagy on argument for fee/interest hearing and status of case.

| 14 | W. Hatfield | 0.4 | 110.00 |

06/16/03    Attend and argue at hearing on prejudgment interest and attorneys' fees before Judge McLaughlin.

| 14 | R. Rose | 3.1 | 1,193.50 |

06/23/03    Call with C. Tsentas on case issues on cleanup.

| 4 | W. Hatfield | 0.4 | 110.00 |

06/23/03    Discuss status with DEP and proposed meeting to discuss groundwater issues.

| 4 | W. Hatfield | 0.4 | 110.00 |

06/23/03    Forward information to URS.

| 4 | W. Hatfield | 0.4 | 110.00 |

06/23/03    Call to client on matter.

| 4 | W. Hatfield | 0.4 | 110.00 |

06/25/03    Review transcript of 5/1/03 hearing received.

| 14 | S. Purrington | 0.3 | 33.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 10.00 | 275.00 | 2,750.00 |
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| R. Rose | 4.50 | 385.00 | 1,732.50 |
| S. Purrington | 0.70 | 110.00 | 77.00 |
| TOTALS | 15.70 | | 4,784.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 4.5 | 385.00 | 1,732.50 |
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| W. Hatfield | 4 | 2.1 | 275.00 | 577.50 |
| | 14 | 7.9 | 275.00 | 2,172.50 |
| S. Purrington | 14 | 0.7 | 110.00 | 77.00 |
| TOTAL | | 15.7 | | 4,784.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 06/06/03 | Drafted fee application for April 2003. | | |
| 11 | K. Jasket | 2.4 | 432.00 |
| 06/11/03 | Review and updated docket. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 06/11/03 | Reviewed agenda for 6/17 hearing. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 06/11/03 | Revised April 2003 fee application. | | |
| 11 | K. Jasket | 0.4 | 72.00 |
| 06/11/03 | Correspondence to P. Galbraith regarding filing April 2003 fee application. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 06/27/03 | Review Fee Auditor's Initial Report and confer with M. Waller regarding same. | | |
| 14 | B. Moffitt | 0.3 | 84.00 |
| 06/28/03 | Correspondence to P. Galbraith regarding CNOs and Order approving fees for the 7th Interim Period. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 06/28/03 | Receipt and review of fee auditor's objections for 8th Interim Period. | | |
| 11 | K. Jasket | 0.3 | 54.00 |
| 06/30/03 | Receipt and review of Fee Auditors Initial Report Regarding PHK&S's Eighth Interim Fee Application. | | |

4

| | | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 102.00 |

06/30/03    Discuss with A. Marchetta PHK&S's response to Fee Auditors Initial Report Regarding PHK&S's Eighth Interim Fee Application.

| | | | |
|---|---|---|---|
| 11 | S. Zuber | 0.2 | 68.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.50 | 340.00 | 170.00 |
| K. Jasket | 3.90 | 180.00 | 702.00 |
| B. Moffitt | 0.30 | 280.00 | 84.00 |
| TOTALS | 4.70 | | 956.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.5 | 340.00 | 170.00 |
| K. Jasket | 11 | 3.9 | 180.00 | 702.00 |
| B. Moffitt | 14 | 0.3 | 280.00 | 84.00 |
| TOTAL | | 4.7 | | 956.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues

06/19/03    Work with S. Parker regarding information needed for claim defense by client.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 315.00 |

06/19/03    Worked with A. Marchetta regarding request from client for historical documents pertaining to the Curtis Bay facility regarding response to claim.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 42.00 |

06/19/03    Worked with D. Florence and General Services department regarding retrieval of all responsive files.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 42.00 |

| 06/19/03 | Began reviewing files regarding identification of all documents evidencing the development of the facility and the relationship with governmental agencies. | | |
| 4 | S. Parker | 2.0 | 210.00 |

| 06/20/03 | Worked with D. Florence regarding retrieval of additional files. | | |
| 4 | S. Parker | 0.2 | 21.00 |

| 06/20/03 | Continued reviewing files regarding identification of all documents evidencing the development of the facility and the relationship with governmental agencies regarding response to claim. | | |
| 4 | S. Parker | 2.0 | 210.00 |

| 06/23/03 | Follow up with S. Parker regarding issues for client. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/23/03 | Follow up regarding information on Prudential claim for client. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/23/03 | Reviewed file documents as requested by client regarding confirmation regarding litigation status of specific buildings in the Prudential matter. | | |
| 4 | S. Parker | 0.3 | 31.50 |

| 06/23/03 | Worked with client regarding results of document review regarding litigation status of specific buildings in the Prudential matter. | | |
| 4 | S. Parker | 0.2 | 21.00 |

| 06/24/03 | Continued file review regarding identification of all relevant documents evidencing the development of the Curtis Bay facility, the relationship with governmental entities, and legal research memoranda on related issues. | | |
| 4 | S. Parker | 3.7 | 388.50 |

| 06/30/03 | Follow up regarding client request for information. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/30/03 | Conducted database searches and reviewed file documents as requested by client regarding identification and retrieval of requested documents pertaining to the Prudential matter. | | |
| 4 | S. Parker | 0.8 | 84.00 |

| 06/30/03 | Attention to transmittal to client of requested documents from the Prudential matter. | | |
| 4 | S. Parker | 0.2 | 21.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.80 | 450.00 | 810.00 |
| S. Parker | 10.20 | 105.00 | 1,071.00 |
| TOTALS | 12.00 | | 1,881.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.8 | 450.00 | 810.00 |
| S. Parker | 4 | 10.2 | 105.00 | 1,071.00 |
| TOTAL | | 12.0 | | 1,881.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 06/02/03 | Conference with client and follow up regarding issues concerning settlement agreement and eviction action. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 06/03/03 | Work with J. Scordo regarding issues for eviction and landlord issues. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 06/03/03 | E-mails with V. Finkelstein regarding treatment of settlement check. | | |
| 14 | J. Scordo | 0.3 | 96.00 |
| 06/04/03 | E-mails with V. Finkelstein regarding settlement agreement. | | |
| 14 | J. Scordo | 0.2 | 64.00 |
| 06/04/03 | Telephone call from V. Finkelstein on issue of demand on landlord and cashing check. | | |
| 14 | J. Scordo | 0.5 | 160.00 |
| 06/05/03 | Telephone calls with client regarding handling of matter. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/05/03 | Follow up with J. Scordo regarding handling of matter. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/05/03 | Telephone calls with Boubol and attorneys and client regarding demand to quit and receipt of settlement proceeds. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/05/03 | Revise letter to Tahari and forward by e-mail to Grace and Pitney Hardin team. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.5 | 160.00 |

| 06/05/03 | Work with B. Benjamin and A. Marchetta on sending letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/05/03 | Draft proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.5 | 160.00 |

| 06/05/03 | Telephone call with C. Boulbol regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/06/03 | Telephone call regarding letter to Tahari. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/06/03 | E-mail to C. Boulbol regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/06/03 | Draft and revise proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Telephone call with A. Nagy and V. Finkelstein regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Telephone call with A. Marchetta regarding letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Phone call with A. Nagy and V. Finkelstein regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/06/03 | Telephone call with A. Marchetta regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/06/03 | Work on proposed letter to Tahari with A. Marchetta. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/07/03<br>4 | Follow up re issues on settlement check.<br>A. Marchetta | 0.3 | 135.00 |
|---|---|---|---|
| 06/09/03<br>4 | Follow up regarding correspondence to Tahari.<br>A. Marchetta | 0.2 | 90.00 |
| 06/09/03<br>14 | Review letter from V. Finkelstein.<br>J. Scordo | 0.1 | 32.00 |
| 06/09/03<br>14 | E-mail to V. Finkelstein with revisions to letter.<br>J. Scordo | 0.1 | 32.00 |
| 06/09/03<br>14 | E-mails on letter to Tahari and check.<br>J. Scordo | 0.2 | 64.00 |
| 06/12/03<br>4 | Follow up with J. Scordo regarding civil action and response.<br>A. Marchetta | 0.3 | 135.00 |
| 06/16/03<br>14 | E-mails regarding eviction suit.<br>J. Scordo | 0.2 | 64.00 |
| 06/17/03<br><br>4 | Work with B. Benjamin and J. Scordo regarding answer and counterclaim and telephone calls regarding same.<br>A. Marchetta | 0.3 | 135.00 |
| 06/17/03<br>4 | Review of e-mail regarding letter to Tahari.<br>J. Scordo | 0.1 | 32.00 |
| 06/17/03<br><br>14 | Confer with A. Marchetta regarding drafting of Answer to Complaint of 1114 TrizecHahn-Swig.<br>B. Moffitt | 0.1 | 28.00 |
| 06/18/03<br>4 | Follow-up regarding answer and counterclaim.<br>A. Marchetta | 0.3 | 135.00 |
| 06/18/03<br>14 | Preparation of Answer to Complaint of 1114 TrizecHahn.<br>B. Moffitt | 4.0 | 1,120.00 |
| 06/18/03<br><br>14 | Confer with J. Scordo and B. Benjamin regarding preparation of Answer to Complaint of 1114 TrizecHahn.<br>B. Moffitt | 0.3 | 84.00 |
| 06/18/03<br>14 | Review client documents to prepare Answer to Complaint.<br>B. Moffitt | 1.0 | 280.00 |
| 06/19/03 | Work with B. Moffitt regarding Answer to Complaint and Crossclaim. | | |

| 4 | A. Marchetta | 0.6 | 270.00 |
|---|---|---|---|

| 06/19/03 | Review of e-mails regarding preparation of answer. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.2 | 64.00 |

| 06/19/03 | Review and revise answer. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/19/03 | Review and revise Answer and Counterclaim to Complaint of Trizec/Landlord. | | |
|---|---|---|---|
| 14 | B. Benjamin | 0.7 | 224.00 |

| 06/19/03 | Telephone conference with C. Boubol, Trizec/Landlord Attorney regarding Answer and Counterclaim. | | |
|---|---|---|---|
| 14 | B. Benjamin | 0.3 | 96.00 |

| 06/19/03 | Draft correspondence to C. Boubol regarding review of Answer and Counterclaim | | |
|---|---|---|---|
| 14 | B. Benjamin | 0.3 | 96.00 |

| 06/19/03 | Confer with A. Marchetta regarding preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.4 | 112.00 |

| 06/19/03 | Continued preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims. | | |
|---|---|---|---|
| 14 | B. Moffitt | 2.0 | 560.00 |

| 06/19/03 | Review Sublease and Consent Agreement and draft cross claim for contractual indemnification against Tahari, including conferring with B. Benjamin regarding same. | | |
|---|---|---|---|
| 14 | B. Moffitt | 1.0 | 280.00 |

| 06/19/03 | Confer with J. Scordo and draft cross-claim for breach of contract against Tahari. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.8 | 224.00 |

| 06/20/03 | Work with B. Moffitt regarding preparation of answer. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 315.00 |

| 06/20/03 | Review/revise Answer with Affirmative Defenses and Cross Claim for indemnification against Tahari | | |
|---|---|---|---|
| 14 | B. Benjamin | 0.4 | 128.00 |

| 06/20/03 | Continued preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims, including conferring with | | |
|---|---|---|---|

A. Marchetta, J. Scordo, and B. Benjamin regarding same and attention to faxing proposed exhibit to A. Nagy and B. Benjamin.

| | | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.7 | 184.00 |

6/20/03    Revise Answer in response to comments from plaintiff's counsel.

| | | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.3 | 96.00 |

06/23/03    Telephone calls with client regarding filing of answer and issues.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

06/23/03    Review e-mail from V. Finkelstein regarding third-party agreement.

| | | | |
|---|---|---|---|
| 14 | J. Scordo | 0.3 | 96.00 |

06/23/03    Review e-mail from T. Bloom regarding stipulation of dismissal.

| | | | |
|---|---|---|---|
| 14 | J. Scordo | 0.2 | 64.00 |

06/23/03    Finalize and serve Answer with Affirmative Defenses and Cross Claim for indemnification against Tahari

| | | | |
|---|---|---|---|
| 14 | B. Benjamin | 0.2 | 64.00 |

06/23/03    Confer with A. Marchetta regarding finalizing Answer and Cross-claims, including telephone calls with client regarding same.

| | | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.2 | 56.00 |

06/23/03    Review letter agreement forwarded by client and revise Answer to reflect same, including telephone calls with A. Marchetta and B. Benjamin regarding filing Answer.

| | | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.3 | 84.00 |

06/24/03    E-mails with V. Finkelstein regarding fax to A. Nagy.

| | | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.10 | 450.00 | 2,295.00 |
| J. Scordo | 6.60 | 320.00 | 2,112.00 |
| B. Benjamin | 1.90 | 320.00 | 608.00 |
| B. Moffitt | 11.10 | 280.00 | 3,108.00 |
| TOTALS | 24.70 | | 8,123.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 5.1 | 450.00 | 2,295.00 |
| J. Scordo | 4 | 0.1 | 320.00 | 32.00 |
|  | 14 | 6.5 | 320.00 | 2,080.00 |
| B. Benjamin | 14 | 1.9 | 320.00 | 608.00 |
| B. Moffitt | 14 | 11.1 | 280.00 | 3,108.00 |
| TOTAL |  | 24.7 |  | 8,123.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 03/10/03 | Telephone call from J. Posner regarding finalizing 10K summary regarding environmental insurance coverage cases and send memo regarding draft 10K disclosure. | | |
|---|---|---|---|
| 14 | M. Waller | 0.3 | 96.00 |

| 04/03/03 | Follow up regarding court docket. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

| 06/13/03 | Telephone call with court. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/13/03 | Review and forward Second Circuit Court of Appeals' opinion with correspondence. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/13/03 | Confer with M. Waller and B. Moffitt regarding Second Circuit Court of Appeals' opinion. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/13/03 | Confer with A. Marchetta and B. Moffitt regarding decision by Second Circuit Court of Appeals. | | |
|---|---|---|---|
| 14 | M. Waller | 0.4 | 128.00 |

| 06/13/03 | Reviewing and analyzing decision by Second Circuit Court of Appeals. | | |
|---|---|---|---|
| 14 | M. Waller | 0.7 | 224.00 |

| 06/13/03 | Review draft summary prepared by B. Moffitt and working with same to prepare summary and letter to client regarding Second Circuit Court of Appeals decision and result of same. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 14 | M. Waller | 0.7 | 224.00 |
| 06/13/03 | Review Second Circuit decision. | | |
| 14 | B. Moffitt | 0.8 | 224.00 |
| 06/13/03 | Work with A. Marchetta and M. Waller regarding implications of Second Circuit ruling regarding 1983/1984 policy. | | |
| 14 | B. Moffitt | 0.4 | 112.00 |
| 06/13/03 | Analyze and digest Second Circuit opinion and preparation of letter to client regarding same, including working with M. Waller regarding revisions to same. | | |
| 14 | B. Moffitt | 3.5 | 980.00 |
| 06/14/03 | Consider issues as a result of court opinion. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |
| 06/15/03 | Draft memorandum to A. Marchetta regarding research required concerning allocating among policy periods under NY law, including review of response to same. | | |
| 14 | M. Waller | 0.2 | 64.00 |
| 06/16/03 | Telephone call with client and follow up regarding handling of case in light of opinion, including following up regarding allocation issues. | | |
| 4 | A. Marchetta | 1.3 | 585.00 |
| 06/16/03 | Follow up with L. Jordan regarding allocation research under NY law | | |
| 14 | M. Waller | 0.2 | 64.00 |
| 06/16/03 | Confer with B. Moffitt regarding allocation research. | | |
| 14 | M. Waller | 0.2 | 64.00 |
| 06/16/03 | Reviewing New York case law regarding triggering multiple policies and allocation of defense costs among multiple triggered policies. | | |
| 14 | M. Waller | 0.7 | 224.00 |
| 06/16/03 | Confer with A. Marchetta regarding research regarding allocation issues as discussed with J. Posner. | | |
| 14 | M. Waller | 0.2 | 64.00 |
| 06/16/03 | Discussed assignment regarding allocation research with M. Waller. | | |
| 14 | L. Jordan | 0.1 | 16.00 |
| 06/16/03 | Researched New York case law regarding how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 0.9 | 144.00 |

| 06/16/03 | Confer with A. Marchetta regarding follow up with District Court regarding further proceedings consistent with Second Circuit ruling. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.1 | 28.00 |
| 06/17/03 | Researched New York case law regarding how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 2.8 | 448.00 |
| 06/18/03 | Follow up with M. Waller regarding potential conference with Magistrate, including review of discovery and allocation issues. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |
| 06/18/03 | Confer with L. Jordan regarding research regarding allocation of liability among multiple triggered policies, including review of case law regarding same. | | |
| 14 | M. Waller | 1.2 | 384.00 |
| 06/18/03 | Confer with A. Marchetta regarding discovery and allocation issues. | | |
| 14 | M. Waller | 0.5 | 160.00 |
| 06/18/03 | Researched New York case law on how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 5.9 | 944.00 |
| 06/18/03 | Discussed research assignment regarding allocation among multiple triggered policies with M. Waller. | | |
| 14 | L. Jordan | 0.6 | 96.00 |
| 06/19/03 | Follow up regarding factual and legal issues to be addressed on remand to District Court. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 06/19/03 | Developing list of fact and legal issues that require resolution or additional discovery in preparation for District Court conference following appellate ruling. | | |
| 14 | M. Waller | 0.9 | 288.00 |
| 06/19/03 | Continuing to review cases regarding allocation of liability among multiple triggered policies in attempting to maximize allocation of liability to last CNA policy per appellate ruling. | | |
| 14 | M. Waller | 1.8 | 576.00 |
| 06/19/03 | Continue researching New York law regarding how liability is allocated among several insurance policies and began drafting memorandum. | | |
| 14 | L. Jordan | 4.1 | 656.00 |

| | | | |
|---|---|---|---|
| 06/20/03 | Finished researching and drafting memorandum regarding how New York allocates liability among several insurance policies in New York. | | |
| 14 | L. Jordan | 2.3 | 368.00 |
| 06/21/03 | Reviewing research memorandum prepared by L. Jordan regarding New York law regarding allocation of liability among numerous triggered policies, including review of case law regarding same. | | |
| 14 | M. Waller | 2.2 | 704.00 |
| 06/23/03 | Follow up regarding issues on remand to District Court and allocation research. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |
| 06/23/03 | Work with B. Moffitt regarding submission of Bill of Costs pursuant to FRAP and time period to file. | | |
| 14 | M. Waller | 0.3 | 96.00 |
| 06/23/03 | Confer with M. Waller and work with S. Parker re: assembling information necessary to support Itemized and Verified Bill of Costs to be submitted to Second Circuit Court of Appeals to recoup costs incurred in prosecuting appeal, including review of Fed. R. App. P. 39 regarding appropriate scope of request. | | |
| 14 | B. Moffitt | 0.3 | 84.00 |
| 06/23/03 | Worked with B. Moffitt regarding submission of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.4 | 42.00 |
| 06/23/03 | Reviewed FRAP and Second Circuit Local Rules regarding submission of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.3 | 31.50 |
| 06/23/03 | Worked with the SDNY Clerk of the Court as requested by A. Marchetta regarding case status and procedures related to remanded action | | |
| 4 | S. Parker | 0.2 | 21.00 |
| 06/24/03 | Follow up regarding news article reporting retirement of Judge Martin. | | |
| 4 | A. Marchetta | 0.6 | 270.00 |
| 06/24/03 | Confer with B. Moffitt regarding preparation of Bill of Costs in connection with appeal and review rules and forms in connection with same. | | |
| 14 | M. Waller | 0.5 | 160.00 |
| 06/24/03 | Work with M. Waller regarding submission of Bill of Costs to Second Circuit Court of Appeals regarding attempting to recoup costs incurred with | | |

| | | | |
|---|---|---|---|
| | respect to appeal. | | |
| 14 | B. Moffitt | 0.1 | 28.00 |
| 06/24/03 | Revised memorandum per M. Waller's instructions. | | |
| 14 | L. Jordan | 0.7 | 112.00 |
| 06/24/03 | Discussed the results contained in the research memorandum with M. Waller. | | |
| 14 | L. Jordan | 0.5 | 80.00 |
| 06/25/03 | Working with S. Parker and B. Moffitt regarding verified bill of costs. | | |
| 14 | M. Waller | 0.6 | 192.00 |
| 06/25/03 | Develop list of files required for case moving forward and send to S. Parker regarding same. | | |
| 14 | M. Waller | 0.5 | 160.00 |
| 06/25/03 | Review news article regarding resignation of Judge Martin and follow up with A. Marchetta regarding same. | | |
| 14 | M. Waller | 0.2 | 64.00 |
| 06/25/03 | Drafting final version of memorandum regarding allocation of liability among multiple triggered policies. | | |
| 14 | L. Jordan | 1.1 | 176.00 |
| 06/25/03 | Confer with A. Marchetta and M. Waller regarding filing of Itemized and Verified Bill of Costs. | | |
| 14 | B. Moffitt | 0.2 | 56.00 |
| 06/25/03 | Work with S. Parker regarding assembling documentation in support of filing of Itemized and Verified Bill of Costs, including telephone calls with printer regarding same. | | |
| 14 | B. Moffitt | 0.6 | 168.00 |
| 06/25/03 | Worked with B. Moffitt and M. Waller regarding preparation of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.5 | 52.50 |
| 06/25/03 | Worked with Accounting Department regarding identification and retrieval of invoices and supporting documentation regarding preparation of itemized and verified bill of costs, including drafting memo regarding same. | | |
| 4 | S. Parker | 0.7 | 73.50 |
| 06/26/03 | Follow up with B. Moffitt regarding preparation of itemized bill of costs in connection with appeal, including review of draft of same following comments with B. Moffitt. | | |

| 14 | M. Waller | 0.7 | 224.00 |
|---|---|---|---|

| 06/26/03 | Preparation of Itemized and verified Bill of Costs. | | |
|---|---|---|---|
| 14 | B. Moffitt | 2.0 | 560.00 |

| 06/26/03 | Work with S. Parker regarding preparation of Itemized and verified Bill of Costs, including telephone calls with printer regarding same. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.4 | 112.00 |

| 06/26/03 | Reviewed FRAP and Local Rules of the Second Circuit and identified all rules relevant to submission of itemized and verified bill of costs. | | |
|---|---|---|---|
| 4 | S. Parker | 0.8 | 84.00 |

| 06/26/03 | Reviewed file documents and compiled all briefs, joint appendix and related correspondence and certifications regarding preparation of itemized and verified bill of costs. | | |
|---|---|---|---|
| 4 | S. Parker | 0.7 | 73.50 |

| 06/26/03 | Worked with Accounting Department regarding compilation of additional documentation needed to prepare itemized and verified bill of costs. | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 42.00 |

| 06/26/03 | Worked B. Moffitt regarding review of all documents compiled and prepared itemized and verified bill of costs and corresponding documents regarding submission of same. | | |
|---|---|---|---|
| 4 | S. Parker | 0.7 | 73.50 |

| 06/26/03 | Attention to service of Itemized and Verified Bill of Costs and corresponding documents to Second Circuit Court of Appeals and to adversary. | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 31.50 |

| 06/27/03 | Follow up regarding cost submissions and remand. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/27/03 | Review draft of verified bill of costs and prepare revisions to same, including conferring with B. Moffitt regarding same. | | |
|---|---|---|---|
| 14 | M. Waller | 0.8 | 256.00 |

| 06/27/03 | Continued preparation of Itemized and Verified Bill of Costs, including working with M. Waller regarding same. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.5 | 140.00 |

| 06/27/03 | Worked with Library staff regarding SDNY docket alert regarding docket reactivation/case remand. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 21.00 |

| 06/30/03 | Telephone call from court and follow up regarding issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

| 06/30/03 | Review CNA's application for costs in connection with second circuit appeal and confer with B. Moffitt regarding preparation of objections. | | |
|---|---|---|---|
| 14 | M. Waller | 0.3 | 96.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.40 | 450.00 | 2,430.00 |
| M. Waller | 14.10 | 320.00 | 4,512.00 |
| L. Jordan | 19.00 | 160.00 | 3,040.00 |
| B. Moffitt | 8.90 | 280.00 | 2,492.00 |
| S. Parker | 5.20 | 105.00 | 546.00 |
| TOTALS | 52.60 | | 13,020.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 5.4 | 450.00 | 2,430.00 |
| M. Waller | 14 | 14.1 | 320.00 | 4,512.00 |
| L. Jordan | 14 | 19.0 | 160.00 | 3,040.00 |
| B. Moffitt | 14 | 8.9 | 280.00 | 2,492.00 |
| S. Parker | 4 | 5.2 | 105.00 | 546.00 |
| TOTAL | | 52.6 | | 13,020.00 |