# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD
JUNE 1, 2003 THROUGH JUNE 30, 2003**

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 06/04/03 | Paid NJ Law Journal #10501 S#4455[2] | 23.32 |
| 06/20/03 | Paid Kemco Trans, Inc. for services rendered #10501; S#4415[3] | 7.00 |
| | Duplicating | 159.54 |
| | Postage | 4.52 |
| | Telephone | 2.60 |
| | Matter Total Engagement Cost | 196.98 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 03/17/03 | PD AMEX FOR TRAVEL EXPENSES TO NEWARK NJ; SAZ; CK# 246786[4] | 14.00 |
| 05/27/03 | PD UPS TO WILMINGTON DE; KMJ; INV. # 81207223 | 9.84 |
| 06/30/03 | PD AMEX FOR TRAVEL EXPENSES TO WASHINGTON DC; SAZ; CK# 246786[5] | 198.00 |
| | Duplicating | 10.08 |
| | Matter Total Engagement Cost | 231.92 |

Engagement Costs - Tahari, Ltd.

| | | |
|---|---|---:|
| 06/13/03 | Pd Fedex to Columbia MD; bmb; ck# 249558[6] | 20.18 |
| | Duplicating | 15.12 |
| | Telephone | 3.69 |
| | Matter Total Engagement Cost | 38.99 |

---

[2] See New Jersey Law Journal Daily Decision Service Invoice No. 238714 dated 6/4/03 attached hereto as Exhibit 1.
[3] See Kemco Trans, Inc. Statement dated 6/20/03 attached hereto as Exhibit 2.
[4] See American Express statement dated 4/2/03 attached hereto as Exhibit 3.
[5] See American Express statement dated 3/14/03 attached hereto as Exhibit 4.
[6] See Invoice No. 4-764-53014 dated June 23, 2003 attached hereto as Exhibit 5.

19

Engagement Costs -- NY Superfund Action

| Date | Description | Amount |
|---|---|---|
| 03/31/03 | DOCUMENT ACCESS FACILITY--ANNEX--MARCH 2003 | 2148.00 |
| 04/30/03 | DOCUMENT ACCESS FACILITY--ANNEX--APRIL 2003 | 2148.00 |
| 05/30/03 | DOCUMENT ACCESS FACILITY--ANNEX--MAY 2003 | 2148.00 |
| 06/13/03 | PD UPS TO BOCA RATON, FL; AJM; INV 81207243 | 9.71 |
| 06/13/03 | PD UPS TO COLUMBIA, MD; AJM; INV 81207243 | 7.74 |
| 06/13/03 | PD UPS TO BOCA RATON, FL; AJM; INV 81207243 | 9.71 |
| 06/13/03 | PD UPS TO MARGATE, FL; AJM; INV 81207243 | 9.71 |
| 06/30/03 | DOCUMENT ACCESS FACILITY--ANNEX--JUNE 2003 | 2148.00 |
| | Computer Assisted Research | 332.71 |
| | Duplicating | 20.40 |
| | Telephone | 22.83 |
| | **Matter Total Engagement Cost** | **9,004.81** |