# EXHIBIT 1


# FAX COVER PAGE & INVOICE

## FOLLOWING ARE THE CASES YOU REQUESTED

**New Jersey Law Journal**
**DDS ALERT** "Daily Decision Service"
Post Office Box 18229
Newark, NJ 07191-8229
(973) 642-0075

PAID..........
APPROVED..........
VENDOR NO. 04464
CHECK NO. 248781
CHARGE 10501

Invoice Date   06/04/2003
Invoice No.    238714
Customer No.   PITNE1
Salesperson No.

LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ   07962-1945

LIBRARY
PITNEY, HARDIN, KIPP & S.
200 CAMPUS DRIVE
MORRISTOWN, NJ   07932

Hatfield
0829l0
06566

Ordered By: BETH GREENFIELD  Terms: NET 30 DAYS          Order No. 118691

16-2-3852     -6-EQUIVA SERVICES, L.L.C. V. GOTHAM CORP.
Your File No. Is
                              This Item Consists Of 6 Pages

PAGE CHARGE   $1.15 Per Page; $22.00 Minmun + 6% Sales Tax             22.00

**This fax consists of  6 pages excluding this sheet.**
This is your only invoice.
Please Make payment promptly to ensure uninterrupted service.

|  |  |
|---|---|
| Sales Total | 22.00 |
| Trade Discount | 0.00 |
| Freight | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 1.32 |
| **Invoice Total** | **23.32** |

| 238847 | Jun 05/03 | 55549 | FP/713JVS | 082910.065656 | Paid NJ Law Journal #10501 S#4455 Books, Pubs., etc - Other | $23.32 | $23.32 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $23.32 | $23.32 |
|  |  |  |  |  | Invoice Totals: | $69.96 | $69.96 |