# EXHIBIT 2

**KEMCO TRANS, INC.**
P.O. Box 900
Clark, New Jersey 07066

(732) 382-8500

# STATEMENT

ACCOUNT NO.          DATE

W.R. Grace
MM  000           6/20/03

AMOUNT DUE

$7.00

AMOUNT REMITTED

$

Ms. Sandy Purrington
Pitney, Hardin, Kipp & Szuch
200 Campus Drive
Florham Park, New Jersey  07932

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| DATE | INVOICE NO. | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|------|-------------|-------------|---------|----------|---------|
| 6/20/03 | | Transcript Re: W.R. Grace v. Weja, Inc. Superior Court of New Jersey Law Division - Hudson County 5/1/03 - Original & 1 copy 42 pages @ $3.50 per page | | | |
| | | Pickup & delivery of tapes | | | $ 147.00 |
| | | | | | 10.00 |
| | | | | | $ 157.00 |
| | | Deposit received | | | 150.00 |
| | | **BALANCE DUE** | | | $ 7.00 |

PAID ............ [signature]
APPROVED ............
VENDOR NO. 01225
CHECK NO. 249703
CHARGE 1001

082910.065656
oil + pty
ws4
6/25/03

**TOTAL AMOUNT DUE**
$7.00

**KEMCO TRANS, INC.**  **THANK YOU**