# EXHIBIT 3

| Closing Date | Page 23 OF 31 | AMERICAN EXPRESS | |
|---|---|---|---|
| 04-02-03 | BCD01001 4236 | | S1 |

ITEM      92
EDISON PLAZA CORP    NEWARK        NJ        $14.00

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3782-906600-72860 | 03/17/03 | 000007351 | 50 |

Service Establishment and Location
EDISON PLAZA CORP    NEWARK        NJ

Record of Charge

PARKING

S/E #   2296643851

TOTAL CHARGE AMOUNT        $14.00

ITEM    94                    $120.00