# EXHIBIT 4

| ITEM | 89 | | | $198.00 |
|---|---|---|---|---|
| AMTRAK RESERVATION SALES WASHINGTON DC | | | | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3782-906600-72860 | 03/14/03 | 076039410 | 19 |

Service Establishment and Location

AMTRAK            BENSALEM        PA

Record of Charge
        ADV
    TICKET-ID 0736153144448

        PMT

S/E #    7992300319

| TOTAL CHARGE AMOUNT | $198.00 |
|---|---|

CHARGE PURPOSE

CHARGE PURPOSE