# EXHIBIT A

# Exhibit A

| Category | Wachtell, Lipton, Rosen & Katz | |
| --- | --- | --- |
| | April 1, 2003 through June 30, 2003 | Cumulative through June 30, 2003 |
| 01 – Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 – Asset Disposition | 0.00 | 0.00 |
| 03 – Business Operations | 0.00 | 0.00 |
| 04 – Case Administration | 0.00 | 0.00 |
| 05 – Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 – Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 – Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 – Employee Benefits/Pension | 0.00 | 0.00 |
| 09 – Employment Applications, Applicant | 0.00 | 1,120.00 |
| 10 – Employment Applications, Others | 0.00 | 0.00 |
| 11 – Fee Applications, Applicant | 1,698.75 | 4,705.00 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 13 – Financing | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 15 – Litigation and Litigation Consulting | 945.00 | 130,885.50 |
| 16 – Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 – Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 – Tax Issues | 00.00 | 54,579.50 |
| 19 – Tax Litigation | 0.00 | 0.00 |
| 20 – Travel – Non-working | 0.00 | 0.00 |
| 21 – Valuation | 0.00 | 0.00 |
| 22 – ZAI Science Trial | 0.00 | 0.00 |
| 23 – ZAI Science Trial – Expenses | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| 25 – Accounting/Auditing | 0.00 | 0.00 |
| 26 – Business Analysis | 0.00 | 0.00 |
| 27 – Corporate Finance | 0.00 | 0.00 |
| 28 – Data Analysis | 0.00 | 0.00 |