# EXHIBIT B

## Exhibit B

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Harold S. Novikoff | Creditors Rights Partner since 1981/ 28 years at Applicant/ Admitted to Bar in 1976 | $675 | 1.70 | $1,147.50 |
| Beth M. Polebaum | Independent Contractor[1]/ admitted to Bar in 1984 | $300 | 3.80 | $1,140.00 |
| Robinson Strauss | Creditors' Rights Paralegal/ 3 years at Applicant/NA | $125 | 2.85 | $356.25 |
|  | Total: |  | 8.35 | $2,643.75 |

## Fee Applications—Applicant

| Partner | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Harold S. Novikoff | 0.30 | $675 | $202.50 |
| **Independent Contractor** |  |  |  |
| Beth M. Polebaum | 3.80 | $300 | $1,140.00 |
| **Paralegal** |  |  |  |
| Robinson Strauss | 2.85 | $125 | $356.25 |
| **TOTAL** | **6.95** |  | **$1,698.75** |

---

[1] Ms. Polebaum was formerly associated with Applicant for 3 years and has been employed on a matter by matter basis for an additional 3 years.

B - 1

## Litigation and Litigation Counseling

| Partner | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Harold S. Novikoff | 1.40 | $675 | $945.00 |
| **TOTAL** | **1.40** | | $945.00 |