# EXHIBIT C

## Exhibit C

## Summary of Disbursements for the Period
## April 1, 2003 through June 30, 2003

| Duplicating/Scanning Imaging | 1.80 |
|---|---|
| Duplicating | 5.55 |
| Duplicating/Doc Boundries | 0.40 |
| Meals—Paralegals | 11.22 |
| O/S Obtain Court Documents | 94.75 |
| TOTAL | $113.72 |

C - 1