# EXHIBIT D

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 04/25/2003 | 0224 | Harold S. Novikoff | 0.60 | 405.00 | Review D&O insurance issues. | 03901-1005 | 1829159 |
| 06/18/2003 | | Invoice=311070 | 0.60 | 405.00 | | | |
| 04/28/2003 | 0224 | Harold S. Novikoff | 0.80 | 540.00 | Conf. call re indemnification issues. | 03901-1005 | 1829168 |
| 06/18/2003 | | Invoice=311070 | 0.80 | 540.00 | | | |
| | | BILLED TOTALS:  WORK: | 1.40 | 945.00 | 2 records | | |
| | | BILLED TOTALS:  BILL: | 1.40 | 945.00 | | | |
| | | GRAND TOTALS:  WORK: | 1.40 | 945.00 | 2 records | | |
| | | GRAND TOTALS:  BILL: | 1.40 | 945.00 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 04/01/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | Follow-up on fee applications. | 03901-0007 | 1816228 |
| 06/18/2003 | | Invoice=311070 | 0.30 | 90.00 | | | |
| 04/01/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | continued Editing & revising of 10/02 to 2/02 | 03901-0007 | 1825601 |
| 06/18/2003 | | Invoice=311070 | 0.30 | 37.50 | Fee apps/exhibits. | | |
| 04/02/2003 | 2258 | Robinson Strauss | 0.50 | 62.50 | emails to SD re: HSN changes to 10/02 through | 03901-0007 | 1831076 |
| 06/18/2003 | | Invoice=311070 | 0.50 | 62.50 | 2/02 Fee apps/exhibits (.1); edited,reviewed | | |
| | | | | | time entry charts/fee app descriptions per HSN | | |
| | | | | | and distributed revised copies for HSN's | | |
| | | | | | signature (.4). | | |
| 04/07/2003 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | Review fee apps. | 03901-0007 | 1829074 |
| 06/18/2003 | | Invoice=311070 | 0.30 | 202.50 | | | |
| 04/07/2003 | 2258 | Robinson Strauss | 0.65 | 81.25 | Organized and revised time/expense exhibits | 03901-0007 | 1841359 |
| 06/18/2003 | | Invoice=311070 | 0.65 | 81.25 | with executed Fee Applications; prepartion of | | |
| | | | | | documents and distribution of fee apps (and | | |
| | | | | | email) to co-counsel for filing. Review of | | |
| | | | | | docket. Organized case files. | | |
| 04/11/2003 | 2258 | Robinson Strauss | 0.10 | 12.50 | Review of docket; email to co-counsel. | 03901-0007 | 1841361 |
| 06/18/2003 | | Invoice=311070 | 0.10 | 12.50 | | | |
| 04/15/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Request time details for March fee application. | 03901-0007 | 1819653 |
| 06/18/2003 | | Invoice=311070 | 0.10 | 30.00 | | | |
| 04/18/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Reviewed docket; acquired case filings; Edited | 03901-0007 | 1841365 |
| 06/18/2003 | | Invoice=311070 | 0.30 | 37.50 | electronic versions of fee apps. | | |
| 04/19/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | March fee application. | 03901-0007 | 1819658 |
| 06/18/2003 | | Invoice=311070 | 0.10 | 30.00 | | | |
| 04/21/2003 | 0663 | Beth Polebaum | 1.00 | 300.00 | Draft March fee application. | 03901-0007 | 1819664 |
| 06/18/2003 | | Invoice=311070 | 1.00 | 300.00 | | | |
| 04/22/2003 | 0663 | Beth Polebaum | 2.30 | 690.00 | Draft March fee application. | 03901-0007 | 1824280 |
| 06/18/2003 | | Invoice=311070 | 2.30 | 690.00 | | | |
| 04/22/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Reviewed docket; Edited and reviewed March Fee | 03901-0007 | 1841368 |
| 06/18/2003 | | Invoice=311070 | 0.30 | 37.50 | application. | | |
| 04/25/2003 | 2258 | Robinson Strauss | 0.20 | 25.00 | Revised and distributed March Fee application | 03901-0007 | 1841372 |
| 06/18/2003 | | Invoice=311070 | 0.20 | 25.00 | to HSN for approval. | | |
| 04/30/2003 | 2258 | Robinson Strauss | 0.50 | 62.50 | organization and distribution of March Fee | 03901-0007 | 1841373 |
| 06/18/2003 | | Invoice=311070 | 0.50 | 62.50 | application to co-counsel; email to S.D., B.P., | | |
| | | | | | co-counsel. Edited electronic version of fee | | |
| | | | | | application for auditor. | | |
| | | BILLED TOTALS: WORK: | 6.95 | 1,698.75 | 14 records | | |
| | | BILLED TOTALS: BILL: | 6.95 | 1,698.75 | | | |
| | | GRAND TOTALS: WORK: | 6.95 | 1,698.75 | 14 records | | |
| | | GRAND TOTALS: BILL: | 6.95 | 1,698.75 | | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 10th day of September 2003, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. **NOTICE OF FILING OF QUARTERLY FEE APPLICATION; AND**

2. **SUMMARY OF VERIFIED APPLICATION OF WACHTELL, LIPTON, ROSEN & KATZ FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL TO THE DEBTORS FOR THE NINTH QUARTERLY INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003.**

*/s/ Paula A. Galbraith*
Paula A. Galbraith (DE Bar No. 4258)

91100-001\DOCS_DE:62570.14

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
07 – Hand Delivery
11 – First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*First Class Mail*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Counsel to Official Committee of Equity Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*First Class Mail*
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D.PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219