## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

August 22, 2003

WR Grace-The Official Committee
of Property Damage Claimants

Invoice #   69169

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH July 31, 2003

Atty - SLB
RE:   01- Case Administration                                                                                      Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/03 | JMS | 0.60 | 162.00 | Emails with Hass and Boyer regarding valuation meeting. |
| 07/01/03 | AH | 1.50 | 255.00 | Status update on S.1125 and research on bill status/amendments to date. |
| 07/01/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant proceedings. |
| 07/02/03 | JMS | 0.60 | 162.00 | Multiple emails with G. Boyer, J. Hass regarding valuation meeting (.4); email to committee regarding committee meeting (.2). |
| 07/02/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/03/03 | JMS | 0.30 | 81.00 | Review docket. |
| 07/03/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 07/03/03 | AJ | 1.50 | 150.00 | Review related case dockets and update status reports. |
| 07/07/03 | SLB | 0.30 | 150.00 | Debriefing by J. Sakalo on meeting with experts (.3). |
| 07/07/03 | JMS | 5.30 | 1,431.00 | Prepare for and attend meeting with J. Hass, G. Boyer regarding valuation issues. |
| 07/07/03 | AH | 4.60 | 782.00 | Status update; research legislative proceedings; read research in preparation for hearing. |
| 07/07/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 07/08/03 | NW | 1.50 | 150.00 | Review case dockets and assemble relevant documents. |
| 07/09/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant documents. |
| 07/10/03 | JMS | 0.50 | 135.00 | Telephone conference with A. Hughes regarding status of Senate hearings (.5). |
| 07/10/03 | AH | 13.00 | 2,210.00 | Attend Senate Judiciary Committee hearing on S. 1125. |
| 07/10/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant documents. |
| 07/11/03 | JMS | 0.50 | 135.00 | Review multiple news articles regarding Asbestos trust (1/2 time with USG). |
| 07/11/03 | AH | 7.50 | 1,275.00 | Review of articles and notes on Judiciary Committee hearing; status conference regarding hearing outcome. |
| 07/11/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant documents. |
| 07/14/03 | JMS | 0.30 | 81.00 | Email to D. Scott responding to information request. |
| 07/14/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/14/03 | AJ | 0.50 | 50.00 | Review related case dockets and update status reports. |
| 07/15/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/16/03 | JMS | 0.80 | 216.00 | Review memo regarding legislation (1/2 time with USG). |
| 07/16/03 | NCP | 0.50 | 155.00 | Review memorandum, conference regarding same (S. 1125). |
| 07/16/03 | AH | 7.30 | 1,241.00 | Phone conferences with Hill staffers regarding S. 1125; analysis of amendments; research on position of trial lawyers and Goldman Sachs analysis; draft and edit memorandum. |
| 07/16/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/16/03 | AJ | 1.00 | 100.00 | Review related case dockets and update status reports |
| 07/17/03 | JMS | 0.70 | 189.00 | Review memo regarding legislation. |
| 07/17/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/17/03 | AJ | 1.50 | 150.00 | Review related case dockets and update status reports |
| 07/18/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/18/03 | AJ | 4.80 | 480.00 | Continue update of status reports. |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/21/03 | JMS | 0.60 | 162.00 | Review docket (.3); telephone conference with E. Taylor regarding status of case (.3). |
| 07/21/03 | AJ | 1.50 | 150.00 | review related case dockets and update status reports. |
| 07/22/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant documents. |
| 07/23/03 | JMS | 1.10 | 297.00 | Review motion to extend exclusivity (.3); review motion for order approving execution of and performance under administrative order with EPA (.4); review preliminary agenda and compare to internal list (.4). |
| 07/23/03 | NW | 1.70 | 170.00 | Review case dockets and assemble relevant documents. |
| 07/24/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant documents. |
| 07/24/03 | AJ | 0.50 | 50.00 | review related case dockets and update status reports. |
| 07/25/03 | NW | 1.50 | 150.00 | Review case dockets and assemble relevant documents. |
| 07/25/03 | AJ | 1.50 | 150.00 | review related case dockets and update status reports. |
| 07/27/03 | JMS | 0.40 | 108.00 | Review memo from T. Tacconelli regarding Local Rule 3007. |
| 07/28/03 | SLB | 0.40 | 200.00 | Voice mail from J. Baer regarding selection of futures rep and email to PD committee regarding same (.4). |
| 07/28/03 | JMS | 0.30 | 81.00 | Emails regarding futures' representative. |
| 07/28/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/28/03 | AJ | 1.00 | 100.00 | review related case dockets and update status reports. |
| 07/29/03 | JMS | 0.40 | 108.00 | Review fax from Eddie Taylor. |
| 07/29/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 07/30/03 | JMS | 3.20 | 864.00 | Telephone conference with E. Taylor regarding claims (.5); telephone conference with E. Westbrook regarding insurance questions and research thereon (2.7). |
| 07/30/03 | AH | 0.70 | 119.00 | Status check; report on non-action on S. 1125. |
| 07/30/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 07/31/03 | JMS | 0.30 | 81.00 | Emails regarding futures' representative. |
| 07/31/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |

**PROFESSIONAL SERVICES**                                                                                    $13,590.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 04/29/03 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 06/06/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0306069447; DATE: 6/30/03 - Lexis Nexis | 32.34 |
| 06/12/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3061529117; DATE: 6/15/03 - Acct.#BILZIN01 | 8.21 |
| 06/18/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0306069447; DATE: 6/30/03 - Lexis Nexis | 9.31 |
| 06/19/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3062229349; DATE: 6/22/03 - Acct.#BILZIN01 | 27.75 |
| 06/26/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3062929583; DATE: 6/29/03 - Acct.#BILZIN01 | 27.67 |
| 06/30/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0306069447; DATE: 6/30/03 - Lexis Nexis | 5.36 |
| 06/30/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/03-06/30/03; DATE: 7/9/03 - Pacer | 664.51 |
| 06/30/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/03-06/30/03; DATE: 7/9/03 - Pacer | 2.45 |
| 07/01/03 | Long Distance Telephone(302) 575-1555 | 3.33 |
| 07/01/03 | Long Distance Telephone(212) 813-1703 | 0.83 |
| 07/02/03 | Long Distance Telephone(202) 225-3121 | 1.66 |
| 07/02/03 | Long Distance Telephone(212) 806-5400 | 1.66 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/02/03 | Long Distance Telephone(212) 806-5544 | 15.80 |
| 07/02/03 | Long Distance Telephone(803) 943-4444 | 10.81 |
| 07/03/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 07/07/03 | Long Distance Telephone(312) 861-2000 | 0.83 |
| 07/08/03 | Long Distance Telephone(202) 225-3121 | 0.83 |
| 07/08/03 | Long Distance Telephone(202) 225-3121 | 1.66 |
| 07/08/03 | Long Distance Telephone(202) 225-3121 | 2.50 |
| 07/08/03 | Long Distance Telephone(202) 225-3121 | 0.83 |
| 07/08/03 | Long Distance Telephone(202) 225-3661 | 1.66 |
| 07/08/03 | Long Distance Telephone(212) 806-5544 | 0.83 |
| 07/08/03 | Long Distance Telephone(302) 426-1900 | 19.13 |
| 07/09/03 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 07/09/03 | Long Distance Telephone(302) 573-6493 | 11.64 |
| 07/09/03 | Long Distance Telephone(302) 426-1900 | 1.66 |
| 07/09/03 | Long Distance Telephone(212) 806-5400 | 0.83 |
| 07/09/03 | Long Distance Telephone(212) 806-5400 | 2.50 |
| 07/09/03 | Long Distance Telephone(302) 426-9910 | 14.97 |
| 07/09/03 | Long Distance Telephone(509) 455-9555 | 5.82 |
| 07/09/03 | Long Distance Telephone(507) 333-4599 | 1.66 |
| 07/09/03 | AirfareTravel to Washington, DC - VENDOR: Continental Travel; INVOICE#: 292888; DATE: 7/9/03  -  Client - 15537 | 2,018.00 |
| 07/10/03 | Long Distance Telephone(212) 806-5544 | 19.96 |
| 07/10/03 | Long Distance Telephone(312) 861-2000 | 1.66 |
| 07/10/03 | Long Distance Telephone(212) 813-1703 | 1.66 |
| 07/10/03 | Long Distance Telephone(212) 813-9774 | 3.33 |
| 07/10/03 | Long Distance Telephone(212) 813-9774 | 5.82 |
| 07/11/03 | Photocopies  2413.00pgs @ .15/pg | 361.95 |
| 07/11/03 | Long Distance Telephone(212) 806-5544 | 0.83 |
| 07/11/03 | Long Distance Telephone(409) 883-7136 | 4.99 |
| 07/11/03 | Long Distance Telephone(813) 301-1000 | 1.12 |
| 07/11/03 | Long Distance Telephone(212) 806-5544 | 11.64 |
| 07/14/03 | Long Distance Telephone(201) 665-4279 | 2.50 |
| 07/15/03 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 07/15/03 | Long Distance Telephone(509) 455-9555 | 3.33 |
| 07/15/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478552533 DATE: 7/18/03 | 12.34 |
| 07/16/03 | Photocopies  68.00pgs @ .15/pg | 10.20 |
| 07/16/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 07/16/03 | Long Distance Telephone(202) 707-5000 | 2.50 |
| 07/16/03 | Long Distance Telephone(202) 225-3801 | 7.49 |
| 07/16/03 | Long Distance Telephone(202) 225-3121 | 1.66 |
| 07/16/03 | Long Distance Telephone(202) 225-3121 | 1.66 |
| 07/16/03 | Long Distance Telephone(202) 225-3801 | 0.83 |
| 07/16/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 07/17/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3072031080; DATE: 7/20/03  -  Acct.#BILZIN01 | 25.38 |
| 07/21/03 | Long Distance Telephone(713) 977-3366 | 1.66 |
| 07/23/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 07/23/03 | Long Distance Telephone(310) 645-9000 | 0.83 |
| 07/24/03 | Long Distance Telephone(302) 575-1555 | 2.50 |
| 07/25/03 | Long Distance Telephone(202) 225-3801 | 0.83 |
| 07/28/03 | Long Distance Telephone(713) 977-3366 | 3.33 |
| 07/28/03 | Long Distance Bilephone(202) 862-5000 | 1.66 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/29/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 07/29/03 | Long Distance Telephone(202) 225-3121 | 2.50 |
| 07/29/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 07/30/03 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 07/30/03 | Long Distance Telephone(843) 727-6513 | 3.33 |

**TOTAL COSTS ADVANCED** $3,409.72

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | 500.00 | $350.00 |
| Sakalo, Jay M | 15.90 | 270.00 | $4,293.00 |
| Powell, Norman | 0.50 | 310.00 | $155.00 |
| Hughes, Alicia | 34.60 | 170.00 | $5,882.00 |
| Wong, Nichole | 15.30 | 100.00 | $1,530.00 |
| Josephs, Adam | 13.80 | 100.00 | $1,380.00 |
| *TOTAL* | *80.80* | | *$13,590.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Airfare | $2,018.00 |
| Photocopies | $373.65 |
| Telecopies | $10.00 |
| Federal Express | $12.34 |
| Long Distance Telephone | $192.38 |
| Long Distance Telephone-Outside Services | $89.01 |
| Lexis - Online Legal Research | $47.01 |
| Pacer - Online Services | $666.96 |
| TOTAL | $3,409.72 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  $16,999.72

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 02 - Debtors' Business Operations |  |  | Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/03 | JMS | 1.50 | 405.00 | Review memo regarding pension payments and conference with T. Woodard thereon. |
| 07/01/03 | MDS | 0.30 | 97.50 | Interoffice conference with J. Sakalo regarding issues relating to funding of defined benefit pension plan. |
| 07/01/03 | TQW | 6.40 | 1,184.00 | (6/30/03) Research and draft memorandum regarding the classification of claims for liability under an employment trust. |
| 07/01/03 | TQW | 6.30 | 1,165.50 | Conference with J. Sakalo regarding memorandum; additional research and edit memorandum. |
| 07/02/03 | JMS | 2.10 | 567.00 | Email to/from P. Lockwood regarding motion to pay trust fund liabilities (.3); telephone conference with A. Krieger regarding same (.4); continue review of research regarding applicable standards of payment of trust fund liabilities (1.4). |
| 07/03/03 | JMS | 0.80 | 216.00 | Continue analysis of motion to pay pension deficiencies. |
| 07/07/03 | JMS | 1.80 | 486.00 | Review motion of Summit Ventures LLC to compel debtor to assume executory contract (.6); telephone conference with C. Lane regarding questions regarding debtor's pension motion (.6); conference with T. Woodard regarding objection (.3); conference with S. Baena regarding same (.3). |
| 07/07/03 | TQW | 0.70 | 129.50 | Draft objection to debtors motion for authority to contribute to pension plans. |
| 07/08/03 | JMS | 1.80 | 486.00 | Prepare for and conduct telephone conference with C. Lane, B. McGowan and J. Forgarsh regarding pension motion (1.3); telephone conference with T. Woodard, M. Eskin, M. Hurford regarding same (.5). |
| 07/08/03 | TQW | 5.00 | 925.00 | Draft objection to debtor's motion for authority to contribute to pension plans and conference with Jay Sakalo thereon. |
| 07/09/03 | JMS | 2.70 | 729.00 | Conference with S. Baena regarding objection to pension motion (.2); various telephone conferences with M. Hurford, A. Krieger, C. Lane regarding pension motion (1.3); review and revise draft objection (1.2). |
| 07/09/03 | TQW | 4.10 | 758.50 | Draft objection to Debtor's motion for authority to contribute to pension plans. |
| 07/10/03 | JMS | 3.50 | 945.00 | Revise objection to pension motion (1.8); telephone conference with A. Krieger regarding unsecured creditors committee position on pension motion (.5); telephone conference with C. Lane regarding position on motion (.2); telephone conference with S. Jones regarding cash issue (.2); review documents thereon (.8). |
| 07/10/03 | TQW | 3.40 | 629.00 | Draft objection to Debtor's motion for authority to contribute to pension plans. |
| 07/11/03 | JMS | 2.40 | 648.00 | Review and revise draft objection to pension motion (.5); multiple telephone conferences with A. Krieger and C. Lane regarding debtors' positions and unsecured creditor's position on motion (1.5); review DIP cash v. foreign cash analysis in connection therewith (.4). |
| 07/11/03 | TQW | 4.00 | 740.00 | Draft objection to debtor's motion for authority to contribute to pension plans. |
| 07/13/03 | JMS | 1.60 | 432.00 | Continue analysis and review of pension motion issues (1.3); email to S. Jones, G. Boyer regarding cash issues (.3). |
| 07/14/03 | SLB | 0.30 | 150.00 | Conference with J. Sakalo regarding settlement reached on contributions to employee plans (.3). |
| 07/14/03 | JMS | 4.60 | 1,242.00 | Telephone conference with G. Boyer regarding analysis of uses |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | of cash to pay pension liabilities (.2); continue revisions to objection (3.1); telephone conferences with A. Krieger and C. Lane regarding Committee's and Debtors' positions (.5); conference with S. Baena regarding same (.3); follow-up call with G. Boyer regarding Committee position and review file on same (.5). |
| 07/15/03 | JMS | 0.80 | 216.00 | Review statement of amounts paid to ordinary course professionals (.3); review May, 2003 operating report and letter to G. Boyer thereon (.4); telephone conference with C. Lane regarding status (.1). |
| 07/21/03 | JMS | 0.60 | 162.00 | Revise draft order and email to C. Lane thereon. |
| 07/23/03 | JMS | 0.30 | 81.00 | Emails with C. Lane regarding status. |
| 07/24/03 | JMS | 0.40 | 108.00 | finalize proposed order regarding pension funding motion and review debtors' and unsecureds' comments thereon. |
| 07/29/03 | JMS | 0.80 | 216.00 | Review 10-Q for 2nd quarter (.4); review news article regarding proposed modifications to pension rules and email to A. Krieger thereon (.4). |

**PROFESSIONAL SERVICES** $12,718.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 500.00 | $150.00 |
| Seese, Michael D | 0.30 | 325.00 | $97.50 |
| Sakalo, Jay M | 25.70 | 270.00 | $6,939.00 |
| Woodard,TerRance Q | 29.90 | 185.00 | $5,531.50 |
| *TOTAL* | *56.20* | | *$12,718.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $12,718.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 03 - Creditors Committee |  | Client No. 74817/15539 |

| | | | | |
|---|---|---|---|---|
| 07/17/03 | JMS | 1.20 | 324.00 | Prepare for and conduct committee conference call. |
| 07/24/03 | JMS | 0.70 | 189.00 | prepare for and conduct committee conference call. |
| 07/31/03 | JMS | 0.60 | 162.00 | Prepare for and conduct committee call. |

**PROFESSIONAL SERVICES** $675.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.50 | 270.00 | $675.00 |
| *TOTAL* | *2.50* |  | *$675.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $675.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:   07 - Applicant's Fee Application

Atty - SLB
Client No. 74817/15543

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/03 | LMF | 0.80 | 88.00 | Email local counsel regarding final fee applications (.2); review copies of applications for forms (.6). |
| 07/01/03 | JMS | 0.20 | 54.00 | Finalize response to W. Smith. |
| 07/02/03 | LMF | 0.70 | 77.00 | Update and finalize notice and summary for fees (.7). |
| 07/08/03 | LMF | 0.40 | 44.00 | Revise notices for fees for district court and bankruptcy court and attend to submitting to local counsel for filing and serving (.4). |
| 07/14/03 | JMS | 0.40 | 108.00 | Revise bill. |
| 07/15/03 | LMF | 0.80 | 88.00 | Attention to revisions to fourth quarterly application (.3); prepare notice and summary for June fees for fraudulent transfer and for bankruptcy statements (.5). |
| 07/15/03 | JMS | 0.30 | 81.00 | Revise quarterly fee application (.3). |
| 07/17/03 | LMF | 0.30 | 33.00 | Prepare notice and summary for June fees for fraudulent transfer matter (.3). |

**PROFESSIONAL SERVICES**                                                                                     $573.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | 270.00 | $243.00 |
| Flores, Luisa M | 3.00 | 110.00 | $330.00 |
| *TOTAL* | *3.90* | | *$573.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                                   **$573.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 08 - Hearings |  | Client No. 74817/15544 |

| | | | | |
|---|---|---|---|---|
| 07/28/03 | JMS | 1.20 | 324.00 | Prepare for and attend omnibus hearing telephonically. |

**PROFESSIONAL SERVICES** $324.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | 270.00 | $324.00 |
| *TOTAL* | *1.20* |  | *$324.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$324.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/03 | JMS | 0.40 | 108.00 | Telephone conference from S. Batorson and email to S. Batorson regarding PD claims data. |
| 07/09/03 | JMS | 0.60 | 162.00 | Email from S. Batorson and telephone conference with D. Scott regarding PD claims analysis. |
| 07/10/03 | NW | 0.20 | 20.00 | Contact Rust Consulting to obtain master updated claim matrixes. |
| 07/14/03 | JMS | 0.40 | 108.00 | Emails from/to J. Hass regarding PD claims issues. |
| 07/16/03 | JMS | 0.70 | 189.00 | Review memorandum from J. Hass regarding PD claim values. |
| 07/23/03 | JMS | 1.50 | 405.00 | Review 1st and 2nd omnibus objections to claims. |
| 07/24/03 | JMS | 1.90 | 513.00 | Memo to committee regarding 1st and 2nd omnibus objections to claims. |
| 07/28/03 | JMS | 0.30 | 81.00 | Telephone conference with E. Taylor (claimant) regarding receipt of second objection to claims. |

**PROFESSIONAL SERVICES** $1,586.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 5.80 | 270.00 | $1,566.00 |
| Wong, Nichole | 0.20 | 100.00 | $20.00 |
| *TOTAL* | *6.00* | | *$1,586.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,586.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 10 - Travel |  |  | Client No. 74817/15546 |

| | | | | |
|---|---|---|---|---|
| 07/09/03 | AH | 4.00 | 680.00 | Travel to Washington for hearing on S. 1125 (8.0). |

**PROFESSIONAL SERVICES** $680.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Hughes, Alicia | 4.00 | 170.00 | $680.00 |
| *TOTAL* | *4.00* |  | *$680.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$680.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) | | Client No. 74817/15548 |

| | | | | |
|---|---|---|---|---|
| 07/16/03 | JMS | 0.20 | 54.00 | Review notice of settlement of Bureau of Industry and Security claim. |

**PROFESSIONAL SERVICES** $54.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | 270.00 | $54.00 |
| *TOTAL* | *0.20* | | *$54.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$54.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 27 - Litigation Consulting | | Client No. 74817/15563 |

| 07/28/03 | JMS | 0.40 | 108.00 | Review motion to extend preliminary injunction to Montana Vermiculite. |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $108.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 270.00 | $108.00 |
| *TOTAL* | *0.40* | | *$108.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$108.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 28 - Relief from Stay |  | Client No. 74817/15564 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/25/03 | JMS | 1.60 | 432.00 | Review Rodriguez & Nieves motion for relief from stay and objections thereto (.8); review Costa and Thornburg motion for relief from stay and objections thereto (.8). |

**PROFESSIONAL SERVICES** $432.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | 270.00 | $432.00 |
| *TOTAL* | *1.60* |  | *$432.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $432.00

# Bilzin Sumberg Baena Price & Axelrod LLP

Atty - SLB
Client No. 74817/17781

RE: 30 - Fee Application of Others

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/03 | JMS | 0.30 | 81.00 | Review 5 final reports. |
| 07/10/03 | JMS | 0.30 | 81.00 | Telephone conferences with S. Jones and G. Boyer regarding fee application response to fee auditor. |
| 07/15/03 | JMS | 1.10 | 297.00 | Prepare response of PD Committee (.4); telephone conference with D. Scott regarding same (.2); review five final reports (.5). |
| 07/16/03 | JMS | 0.20 | 54.00 | Finalize response of PD committee to fee auditor. |
| 07/23/03 | JMS | 0.60 | 162.00 | Review 6 final reports (.4); email to S. Jones thereon (.2). |

**PROFESSIONAL SERVICES** $675.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sakalo, Jay M | 2.50 | 270.00 | $675.00 |
| *TOTAL* | *2.50* | | *$675.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $675.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 38 - ZAI Science Trial |  |  | Client No. 74817/17905 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/03 | JMS | 0.70 | 189.00 | Review ZAI claimant's motion for partial summary judgment. |
| 07/08/03 | JMS | 4.00 | 1,080.00 | Review debtor's motion for summary judgment (1.4); continue review of ZAI claimants' motion for partial summary judgment (.6); review ZAI claimants' motion for summary judgment (1.2); review ZAI motion to strike R.J. Lee report(.8). |
| 07/10/03 | JMS | 3.00 | 810.00 | Conference with N. Wong regarding memo and compendium of ZAI summary judgment and related motions (.3); review memo thereon (.4); continue review of position papers of Grace/ZAI counsel (2.3) |
| 07/10/03 | NW | 2.80 | 280.00 | Draft two memos to JMS re ZAI pleadings and hearings. |
| 07/15/03 | JMS | 2.10 | 567.00 | Begin preparation of summaries of summary judgment pleadings. |
| 07/17/03 | JMS | 0.70 | 189.00 | Continue revising memo regarding ZAI filing. |
| 07/21/03 | JMS | 0.60 | 162.00 | Conference with A. Josephs regarding summaries of summary judgment pleadings. |
| 07/23/03 | JMS | 0.30 | 81.00 | Review amended notices of debtors' motions. |

**PROFESSIONAL SERVICES** $3,358.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 11.40 | 270.00 | $3,078.00 |
| Wong, Nichole | 2.80 | 100.00 | $280.00 |
| *TOTAL* | *14.20* |  | *$3,358.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,358.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| **Baena, Scott L** | **1.00** | $500.00 |
| *Flores, Luisa M* | *3.00* | $330.00 |
| Sakalo, Jay M | 68.10 | $18,387.00 |
| *Powell, Norman* | *0.50* | $155.00 |
| *Seese, Michael D* | *0.30* | $97.50 |
| *Hughes, Alicia* | *38.60* | $6,562.00 |
| *Wong, Nichole* | *18.30* | $1,830.00 |
| *Josephs, Adam* | *13.80* | $1,380.00 |
| *Woodard, TerRance Q* | *29.90* | $5,531.50 |

***TOTAL PROFESSIONAL FEES THIS PERIOD***   ***$34,773.00***

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$2,018.00* |
| *Photocopies* | *$373.65* |
| *Telecopies* | *$10.00* |
| *Federal Express* | *$12.34* |
| *Long Distance Telephone* | *$192.38* |
| *Long Distance Telephone-Outside Services* | *$89.01* |
| *Lexis - Online Legal Research* | *$47.01* |
| *Meals* | *$0.00* |
| *Pacer - Online Services* | *$666.96* |
| *Postage* | *$0.37* |

***TOTAL COSTS ADVANCED THIS PERIOD***   ***$3,409.72***

***TOTAL AMOUNT DUE THIS PERIOD***   ***$38,182.72***

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF- 07/31/03** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 13,590.00 | 3,409.72 | 16,999.72 |
| 02 - Debtors' Business Operations/15538 | 12,718.00 | 0.00 | 12,718.00 |
| 03 - Creditors Committee/15539 | 675.00 | 0.00 | 675.00 |
| 07 - Applicant's Fee Application/15543 | 573.00 | 0.00 | 573.00 |
| 08 - Hearings/15544 | 324.00 | 0.00 | 324.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,586.00 | 0.00 | 1,586.00 |
| 10 - Travel/15546 | 680.00 | 0.00 | 680.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | 54.00 | 0.00 | 54.00 |
| 27 - Litigation Consulting/15563 | 108.00 | 0.00 | 108.00 |
| 28 - Relief from Stay/15564 | 432.00 | 0.00 | 432.00 |
| 30 - Fee Application of Others/17781 | 675.00 | 0.00 | 675.00 |
| 38 - ZAI Science Trial/17905 | 3,358.00 | 0.00 | 3,358.00 |
| Client Total | $34,773.00 | $3,409.72 | $38,182.72 |