## EXHIBIT B

**Affidavit of Monet T. Ewing**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF MONET T. EWING IN SUPPORT OF THE DEBTORS'
RESPONSE TO THE OBJECTIONS OF (A) THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND (B) THE OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS TO THE APPLICATION OF THE DEBTORS
FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§327(A) AND 328(A)
AND FED. R. BANKR. P. 2014(A), 2016 AND 5002 AUTHORIZING, BUT NOT
REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET
BANK AND TRUST COMPANY TO ACT AS INVESTMENT MANAGER AND
FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS &
INVESTMENT PLAN**

I, Monet T. Ewing, being duly sworn, depose and state:

1.    I am a Principal of State Street Global Advisors, a division of State Street Bank

and Trust Company (hereinafter "State Street"), which has an office located at One Lincoln

Place, Boston, Massachusetts 02110.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I am over the age of twenty-one, under no disability and am competent to make the averments contained in this affidavit (the "Affidavit"). The facts set forth herein are based upon my personal knowledge or upon inquiries made by myself or on my behalf in support of its application to be engaged as investment manager and fiduciary of the Grace Stock within the Company's stock fund under the Grace Savings & Investment Plan and in response to the objections of the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders.

3.    During my employment at State Street over the past 9 years, I have participated in numerous engagements where State Street acted as an investment manager and independent fiduciary for ERISA plans.

4.    The standard practice in the independent fiduciary industry is for the company or plan sponsor to pay the fees and expenses of an independent fiduciary. It is rare for an independent fiduciary's fees and expenses (including its financial and legal advisors' fees and expenses) to be paid from plan assets. An independent fiduciary is generally hired to perform a fiduciary function that was previously the responsibility of the company, its board of directors, or a board-designated committee of officers, when these fiduciaries are conflicted or are otherwise unable to fulfill their ERISA responsibilities. Because the independent fiduciary performs necessary services ordinarily performed by the corporate sponsor, it is not inequitable that the corporate sponsor also pay for those services.

2

5.      In substantially all the cases in which State Street has been engaged as an investment manager and independent fiduciary during my tenure at State Street, State Street has been paid by the company or plan sponsor.

6.      Based upon my knowledge of the independent fiduciary industry, State Street's fees and expenses are reasonable.  For investment manager and independent fiduciary services in bankruptcy cases, State Street's annual fee ranges between $500,000 and $1,500,000, plus fees and expenses of its advisors.  In this matter, State Street has agreed to an annual fee of $530,000 which is well within the range of fees normally charged by State Street for similar engagements.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2003

Monet T. Ewing

3