# EXHIBIT A

# EXHIBIT A. 1.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Allegheny Center Associates | None | 9778 | Unliquidated; PD | | No Supporting Documentation | Expunge claim | Continued |
| Barr, Chester A. | None | 2230 | $5,434.00 | | Shareholder- stock | Expunge claim | Continued |
| Estate of Rosario Rapisardi | None | 2820 | $2,000,000.00 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 2236 | $196,111.84 | S | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 306 | $37,306,458.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 306 | $6,656,792.96 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 324 | $35,517,680.55 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 324 | $5,887.05 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 325 | $138,121.15 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 327 | $35,517,680.55 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 327 | $5,887.05 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 346 | $14,534.93 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 353 | $37,306,458.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 353 | $6,656,792.96 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 356 | $37,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 356 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 357 | $14,534.93 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 366 | $56,660.69 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 366 | $175,199.07 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 395 | $56,660.69 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 395 | $175,199.07 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 455 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 456 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 457 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 458 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 459 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 460 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 461 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 462 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 464 | $133,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 465 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 466 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 467 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 468 | $84,000,000.00 | P | Amended | Expunge claim | Continued |

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 469 | $121,306,458.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 469 | $6,656,792.96 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 470 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 471 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 472 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 473 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 474 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 475 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 476 | $31,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 477 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 478 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 478 | $14,534.93 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 479 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 480 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 481 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 482 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 483 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 484 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 485 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 486 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 488 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 489 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 490 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 491 | $172,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 492 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 493 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 494 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 495 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 496 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 497 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 498 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 499 | $182,760,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 500 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 502 | $53,000,000.00 | P | Amended | Expunge claim | Continued |

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 503 | $172,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 503 | $138,121.15 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 504 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 505 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 506 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 507 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 517 | $37,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 517 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 519 | $77,484,675.40 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 519 | $5,887.05 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 523 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 524 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 525 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 526 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 527 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 528 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 529 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 530 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 530 | $14,534.93 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 531 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 532 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 533 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 534 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 535 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 536 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 537 | $182,760,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 538 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 539 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 540 | $53,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 541 | $172,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 541 | $138,121.15 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 542 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 543 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 544 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 545 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 546 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 547 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 548 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 549 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 550 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 551 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 552 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 553 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 554 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 555 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 556 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 557 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 558 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 559 | $172,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 560 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 561 | $31,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 562 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 563 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 564 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 565 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 566 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 567 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 568 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 569 | $121,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 569 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 570 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 571 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 572 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 573 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 574 | $133,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 575 | $198,765,753.35 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 575 | $34,411.52 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 786 | $232,467.84 | S | Amended | Expunge claim | Continued |

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 838 | $246,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 843 | $232,467.84 | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1642 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1643 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1644 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1645 | unknown | S | Duplicate | Expunge claim | Continued |

# EXHIBIT A. 2.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Adams, Charles | 4195 | 271 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Boles, Ruth | 4195 | 212 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Brown, James H. | 4195 | 213 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Brown, Joseph | 4195 | 214 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Bryan, William R. | 4195 | 215 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Buford, Harold | 4195 | 216 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Champine, Freddie | 4195 | 217 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Clark, Gerald R. | 4195 | 218 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Constance, A. J. | 4195 | 219 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Cox, Durward | 4195 | 220 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Creel, L. D. | 4195 | 222 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Crochet, Geraldine | 4195 | 223 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Crochet, John E. | 4195 | 221 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Dean, Claud | 4195 | 224 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Dore, Steven | 4195 | 225 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Dorr, Andrew | 4195 | 226 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Doucet, L. J. | 4195 | 227 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Garcia, Ruby | 4195 | 228 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Goodman, Massey B. | 4195 | 230 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Granger, Larry | 4195 | 229 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Grant, Ireland | 4195 | 231 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Harris, Harvey | 4195 | 232 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Heufelder, Sylvia | 4195 | 233 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Hoelzer, Carl J. | 4195 | 234 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Hunsinger, Donald | 4195 | 235 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Jackson, Billy W. | 4195 | 236 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Johnson, Johnny | 4195 | 237 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Kibodeaux, Paul E. | 4195 | 238 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Ladd, Glenn B. | 4195 | 240 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Linscomb, Robert | 4195 | 239 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Lobb, Joe B. | 4195 | 241 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Lucas, Stanley B. | 4195 | 242 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Luker, James R. | 4195 | 243 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| May, George | 4195 | 244 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| McDonald, Rufus | 4195 | 245 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Mello, Avena | 4195 | 246 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Nance, Andrew | 4195 | 247 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Piggott, Terrell | 4195 | 248 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Purser, Donald | 4195 | 249 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Reeves, Earl | 4195 | 250 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Reppond, Jessie | 4195 | 252 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Richard, Leroy | 4195 | 253 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Richardson, Rody L. | 4195 | 254 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Ryan, Emory | 4195 | 255 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Scales, Richard | 4195 | 256 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Scarborough, Walter R. | 4195 | 257 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Selzer, Raymond | 4195 | 258 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Teel, Weldon | 4195 | 270 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Terrell, Willis H. | 4195 | 259 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Thompson, Dale | 4195 | 260 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Thompson, Rufus | 4195 | 261 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Trahan, James H. | 4195 | 262 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Turner, Jack C. | 4195 | 263 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Turner, Vernon | 4195 | 264 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Wade, John | 4195 | 265 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Wendling, Webster | 4195 | 266 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| Woodcock, Helen | 4195 | 268 | $500,000.00 | | No Supporting Documentation | Expunge claim | Objection Withdrawn |

# EXHIBIT A. 3.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| The Taubman Company | None | 5569 | Unliquidated; PD | | No Supporting Documentation | Expunge claim | Objection Sustained by agreement of parties |