UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) <br><br> **Objection Deadline: October 6, 2003** <br> **Hearing Date: TBD if necessary** |

**SUMMARY OF ELEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through July 31, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 4,393.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 295.24 |
| This is a: __X__ Monthly _____ Interim _____ Final Application | |
| Prior Application Filed: | Yes. |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |

As indicated above, this is the tenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.6 | $ 792.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 9.6 | $ 1,824.00 |
| TOTALS | | | | | 13.2 | $ 2,616.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 23.7 | $ 1,777.50 |
| TOTALS | | | | | 23.7 | $ 1,777.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 10 Hours | $ 1,912.00 |
| 22-ZAI Science Trial | 26.9 Hours | $ 2,481.50 |
| TOTALS | 36.9 Hours | $ 4,393.50 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 118.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 75.90 |
| Outside Duplicating / Printing | $ 101.34 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 295.24 |

Dated: Wilmington, Delaware
       September 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 6, 2003<br>Hearing Date: TBD if necessary |

**FEE DETAIL OF ELEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2003 <u>THROUGH JULY 31, 2003</u>**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston  SC  29401

Page: 1
07/31/2003
Client No: 220305-11221M
Statement No:      192095

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

| | | Hours |
|---|---|---|
| 07/01/03 | | |
| MY | Prepare April fee application of RWPB (.4), e-file and complete service (.9), Prepare EARTM fee application for filing, e-file and complete service (1) | 2.30 |
| MY | Office conference, fulfil service requirements with regards to e-mail service, update tracking chart and forward information to William Sparks | 1.10 |
| 07/02/03 | | |
| WDS | Review docket re:  status of withdrawal of reference. | 0.20 |
| WDS | Review letter re:  request for Settlement Facilitation. | 0.10 |
| WDS | Review Fee Auditor final report regarding EART&M 8th Quarterly Application. | 0.10 |
| MY | Review file re: service order, follow up to ensure proper service | 0.40 |
| 07/03/03 | | |
| MY | Review fee auditors report re: 8th quarter of EARTM (.3), Review case information re: order re withdrawal of reference (.1), review fee auditor report re: RPWB (.2) | 0.60 |
| 07/07/03 | | |
| MY | Office conference re: Summary Judgment Motions to be filed, Prepare Motion of L&A and exhibits 1-24 for filing (2.1), e-file motion with exhibits and prepare for service (1.2) | 3.30 |
| CJB | Telephone conference with co-counsel. | 0.10 |
| CJB | Review and revise Doabert Motion; review and revise 1st Motion for Summary Judgment; review and revise 2nd Motion for Summary Judgment. | 6.00 |

```
ZAI Plaintiffs                                              07/31/2003
                                          Client No: 220305-11221M
                                       Statement No:         192095
W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771
```

|  |  | Hours |
|---|---|---|
| 07/08/03 | | |
| MY | Review documents provided by RPWB re: motions for filing (.3), prepare motion and exhibits 1-94 for filing (2.4), e-file and serve (.8) prepare motion to exclude Dr. Lee's Opinion and Memo and attachments 1-34 for filing (1.7), e-file and serve (.7) | 5.90 |
| CJB | Conference with D. Scott's office re: corrected filing; review exhibits of Daubert Motion; review exhibits of Westbrook's summary judgment motion; confirm filing with paralegal. | 1.50 |
| 07/09/03 | | |
| MY | Review docket concerning Motions for Summary Judgment (.2), prepare amended memo for filing, (.3), e-file and serve (.3) | 0.80 |
| CJB | Review Debtor's Motion for Summary Judgment. | 1.50 |
| 07/10/03 | | |
| MY | Creation of summary judgment file and document organization | 1.00 |
| CJB | Exchange correspondence with Debtor re: deadlines imposed by Notice and compared to those on Scheduling Order. | 0.30 |
| 07/11/03 | | |
| MY | Review docket re: recent summary judgment filings, draft notice re: docket nos. 4014, 4015, 4016 and 4017, e-file notice | 0.50 |
| 07/14/03 | | |
| WDS | Review final report of fee auditor for RPWB's fees. | 0.10 |
| 07/15/03 | | |
| CJB | Exchange correspondence with Lukins and Annis re: need to file response to fee auditor's reports. | 0.20 |
| 07/16/03 | | |
| MY | Review fee auditors reports regarding all fee applications, continue review for order re: withdrawal of reference | 0.40 |
| 07/17/03 | | |
| MY | Prepare RPWB May Fee Application for filing, prepare certificate of service and insert service list, correspondence with co-counsel re: update of fees | 1.10 |
| 07/21/03 | | |
| WDS | Review, revise and approve RPWB fee application for filing fee application | |

ZAI Plaintiffs                                              07/31/2003
                                              Client No: 220305-11221M
                                              Statement No:     192095

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
|  | for April, 2003. | 0.30 |  |
| WDS | Review, revise and approve for filing the L & A fee application for April, 2003. | 0.30 |  |
| MY | Prepare L&A fee (April) application for filing (.6), revise May fee application of RPWB and April fee application of L&A and prepare for service and filing, e-file and serve both applications (2.5) | 3.10 |  |

07/22/03
| MY | Correspondence with co-counsel regarding telephonic appearances, contact court and obtain information re same | 0.40 |

07/23/03
| WDS | Review agenda for 7/28 Hearing; forward to co-counsel. | 0.20 |
| WDS | Review Debtor's Motion to Extend Plan Period. | 0.20 |
| WDS | Review docket re: service and filing of ZAI related pleadings. | 0.40 |

07/24/03
| MY | Receive and forward call-in information re: 7/2803 hearing to co-counsel | 0.20 |
| MY | Review docket and download documents related to summary judgment motions (.3), correspondence with Debtors' counsel regarding those approved for telephonic appearances at 7/28 hearing (.2), office conference re: upcoming hearing (.2) | 0.70 |

07/25/03
| MY | Prepare May Fee Application of Lukins & Annis for Attorney review | 0.60 |
| MY | E-mail correspondence with co-counsel re: 7/28/03 hearing | 0.20 |

07/28/03
| WDS | Review agenda; attend Hearing on ZAI Motion for Increased Fees. | 1.40 |

07/30/03
| WDS | Review and approve Lukis & Annis fee application for filing (May). | 0.30 |

07/31/03
| MY | Prepare May Fee Application of L&A for filing and service (.6), e-file and serve (.5) | 1.10 |

                For Current Services Rendered              36.90    4,393.50

                        Recapitulation
| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.60 | $220.00 | $792.00 |
| Charles J. Brown | Senior Associat | 9.60 | 190.00 | 1,824.00 |

ZAI Plaintiffs                                          07/31/2003
                                    Client No: 220305-11221M
                              Statement No:       192095
W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


Michael Young           Paralegal         23.70      75.00    1,777.50

                             Expenses

07/01/03 Photocopies (@ $.15)                                    75.90
                                                              --------
         Total Expenses                                          75.90

                             Advances

07/01/03 Courier fee Tristate Courier & Carriage                  5.00
07/07/03 Reliable Copy Service - outside photocopying (
         807 copies @ .12 cents each and 2 velobind @
         2.25)                                                  101.34
07/08/03 Courier fee Tristate Courier & Carriage                 63.00
07/21/03 Courier fee Tristate Courier & Carriage                 45.00
07/31/03 Courier fee Tristate Courier & Carriage                  5.00
                                                              --------
         Total Advances                                         219.34

         Total Current Work                                   4,688.74


         Balance Due                                         $4,688.74
                                                              ========

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on September 15, 2003, service of the foregoing

- **Eleventh Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of July 1, 2003 through July 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
        September 15, 2003

/s/ William D. Sullivan
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202