# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: October 6, 2003** |
|  |  | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

Name of Applicant:

Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:

Zonolite Attic Insulation Claimants

Date of Appointment:

July 22, 2002

Period for which compensation and
Reimbursement is sought:

July 1, 2003 through
July 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:

$ 126,035.00

Amount of Expenses Reimbursement:

$ 25,802.60

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | Approved | Approved |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | Approved | Approved |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | Approved | Approved |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | Pending | Pending |

This is the eleventh RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 64.8 | $41,242.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 32.9 | $13,160.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 137.5 | $36,437.50 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 90.0 | $21,600.00 |
| TOTALS | | | | | 325.2 | $112,440.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 23.5 | $2,937.50 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 21.4 | $2,675.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 38.5 | $4,812.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 14.8 | $1,850.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 3.8 | $285.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 15.3 | $1,035.00 |
| TOTALS | | | | | 117.3 | $13,595.00 |

\* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 6.5 | $1,162.50 |
| 20-Travel—Non-working | | |
| 22-ZAI Science Trial | 436.0 | $124,872.50 |
| TOTALS | 442.5 | $126,035.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $1,296.44 |
| Outside Duplicating | $6,668.22 |
| Lodging | $813.78 |
| Working Meals | $192.04 |
| Expert Services | $13,107.67 |
| Court Reporter | $3,700.00 |
| General / Miscellaneous | $24.45 |
| Total | $25,802.60 |

Dated:   September 15, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181

FAX: (302) 777-7244
LOCAL COUNSEL FOR ZAI CLAIMANTS

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA   )
                                    )
COUNTY OF CHARLESTON      )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                    Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of Sept. , 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: October 6, 2003** |
|  |  | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003</u>

09/12/2003

# Time report

### 07/01/2003 - 07/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **07/01/2003** | | | | |
| 07/01/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue entering/Verifying Lee data for Motion to exclude, calculated fiber counts (3.1) | $75.00 | 3.10 | $232.50 |
| 07/01/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and revise summary judgment brief (8.3); multiple telephone conferences with Mr. Westbrook regarding same (0.3); review and revise motion to exclude Lee testimony (0.3) | $265.00 | 8.90 | $2,358.50 |
| 07/01/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone call regarding comments on Dr. Lee exclusion brief (.3); review summary judgment brief (4.7); finding citations and checking consistency (1.0) | $240.00 | 6.00 | $1,440.00 |
| 07/01/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents for ZAI sales documents | $125.00 | 2.00 | $250.00 |
| 07/01/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Motion for Summary Judgment | $125.00 | 4.00 | $500.00 |
| 07/01/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conversations with Jay Ward regarding summary judgment brief (.3); work on revisions to motion for summary judgment (2.0) | $650.00 | 2.30 | $1,495.00 |
| **Day:** | | **07/02/2003** | | | | |
| 07/02/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Jay Ward and Bobby Frederick regarding Longo affidavit and Lee brief | $75.00 | 0.40 | $30.00 |
| 07/02/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Additional revisions to motion for summary judgment | $650.00 | 2.00 | $1,300.00 |
| 07/02/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Motion for Summary Judgment | $125.00 | 3.00 | $375.00 |
| 07/02/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review of summary judgment brief (1.8); review citations and cross-check on Dr. Lee brief (1.6) | $240.00 | 3.40 | $816.00 |
| 07/02/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Longo affidavit and recalculated data (0.2); multiple conferences | $265.00 | 6.80 | $1,802.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | with Messrs. Lorenz and Frederick regarding same and tasks necessary for completion of Longo affidavit and Lee brief (0.4); draft e-mail message to team regarding same (0.1); continue researching and revising summary judgment brief (5.6); telephone conference with Mr. Sullivan regarding strategy for filing briefs (0.1); review materials regarding Canadian ZAI studies (0.2); coordinate preparation of Lee documents for filing (0.2) | | | |
| **Day:** | | **07/03/2003** | | | | |
| 07/03/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 11.40 | $3,021.00 |
| | | | Continue researching and revising summary judgment brief (8.8); telephone conference with Mr. Turkewitz regarding Lee brief and collection of ZAI bulk sample (0.2); draft instructions for collection of same and letter indemnifying homeowners for damages caused by the collection (0.3); review Ilgren deposition transcript revisions (0.2); conference with Mr. Wood regarding proposed changes to Lee brief (0.1); multiple telephone conferences with Mr. Westbrook regarding necessary revisions to summary judgment brief (1.0); telephone conference with Compass regarding inhalation calculations (0.2); draft letter to Mr. Sullivan forwarding summary judgment exhibits (0.1); draft memo regarding changes to summary judgment exhibits (0.1); draft memo to Mr. Westbrook regarding status of summary judgment and Lee briefs (0.4) | | | |
| 07/03/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 2.40 | $576.00 |
| | | | Phone call to Dr. Longo regarding affidavit (.2); phone call regarding comments on Dr. Lee exclusion brief (.6); review draft Dr. Lee brief and edit (1.5); conversation with Jay Ward regarding revisions to Lee brief (.1) | | | |
| 07/03/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
| | | | Conversation with Jay Ward regarding Lee brief and collection of Goltz bulk sample | | | |
| 07/03/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 3.00 | $1,950.00 |
| | | | Multiple conversations with Jay Ward regarding necessary revisions to summary judgment brief (1.0); review and revise motion for summary judgment (2.0) | | | |
| 07/03/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 1.70 | $212.50 |
| | | | Review Grace documents for ZAI sales documents | | | |
| **Day:** | | **07/07/2003** | | | | |
| 07/07/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.30 | $787.50 |
| | | | Compiling and organizing documents to be used as attachments for Motion for Summary Judgment and Motion to Exclude Lee (4.0); coordinating with copy service for scanning and copying of motions (1.0); packing and shipping to members on service list copies of Motion for Summary Judgment and Motion to Exclude Lee (1.0); multiple conversations with Jay Ward regarding exhibits for motions (.3) | | | |
| 07/07/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.40 | $160.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Multiple conversations with Jay Ward regarding Lee brief and calculations supporting Longo affidavit | | | |
| 07/07/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Review and edit draft summary judgment memorandum (2.5); review and edit draft Daubert motion for Dr. Lee opinions (.8); check citation accuracy on drafts (.5) | $240.00 | 3.80 | $912.00 |
| 07/07/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Continue researching and revising Lee brief and summary judgment brief (6.8); draft motion to exclude Lee testimony (0.2); finalize documents to accompany Lee motion (0.2); multiple conferences with Ms. Carr regarding exhibits for summary judgment and Lee motions (0.3); conference with Mr. Westbrook regarding status of motions (0.2); multiple telephone conferences with Mr. Brown regarding Delaware procedural issues and strategy for filing motions (0.4); multiple conferences with Mr. Westbrook regarding revisions needed to summary judgment brief and Lee brief (0.4); multiple telephone conferences with Mr. Turkewitz regarding status of Lee brief and verification of calculations supporting Long affidavit (0.4); multiple telephone conferences with expert regarding same (0.2) | $265.00 | 9.10 | $2,411.50 |
| 07/07/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Final revisions and corrections to ZAI's Claimants' Motion for Summary Judgement and Motion to Exclude Dr. Lee's "cleavage fragment" testimony (8.3), numerous conferences with Jay Ward regarding revisions to both briefs (.6) | $650.00 | 8.90 | $5,785.00 |
| **Day:** | | **07/08/2003** | | | | |
| 07/08/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Telephone conversation with Mr. Westbrook regarding Grace motions (0.1); review Grace motions (1.3); review Lee brief and exhibits and make notes for our response brief (1.4) | $265.00 | 2.80 | $742.00 |
| 07/08/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Telephone conversation with Jay Ward regarding Grace motions | $650.00 | 0.10 | $65.00 |
| **Day:** | | **07/09/2003** | | | | |
| 07/09/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Telephone conversation with Mr. Turkewitz regarding Grace motions (0.2); conference with Mr. Turkewitz regarding completion of Lee motion and memo (0.1) | $265.00 | 0.30 | $79.50 |
| 07/09/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review and revise Summaries Chart (.6); Email PD Attorneys re: Original Depos (.2) | $125.00 | 0.80 | $100.00 |
| 07/09/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace Summary Judgment papers (2.3); research cases from national Law Journal article on causation (2.4) | $240.00 | 4.70 | $1,128.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 07/09/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 1.80 | $720.00 |
| | | | Received and reviewed Grace's Motions for Summary Judgment, Consolidation and to Exclude Kilpatrick as an Expert (1.5); conversation with Jay Ward regarding Grace motions (.2); conversation with Jay Ward regarding completion of Lee memorandum (.1) | | | |
| **Day:** | | **07/10/2003** | | | | |
| 07/10/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 2.10 | $840.00 |
| | | | Meeting with Ed Westbrook, Jay Ward and Bobby Wood regarding Responses to Grace's Motions and strategy for hearing (1.2); Received and reviewed information from consultant (.5); Telephone conversation with asbestos consultant regarding results of testing with ZAI (.4) | | | |
| 07/10/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 1.90 | $456.00 |
| | | | Meeting with Mr. Westbrook, Mr. Turkewitz and Mr. Ward regarding responsive briefs and research (1.2); meeting with Mr. Frederick to discuss research for responsive briefs (.7) | | | |
| 07/10/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 6.40 | $1,696.00 |
| | | | Conference with Messrs, Westbrook, Turkewitz and Wood regarding strategy for responding to Grace motions (1.2); continue researching and drafting dust sampling brief (5.2) | | | |
| 07/10/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| | | | Meeting with attorneys regarding responsive brief strategies and assignments | | | |
| **Day:** | | **07/11/2003** | | | | |
| 07/11/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 1.80 | $477.00 |
| | | | Research and begin drafting response to Grace summary judgment motion | | | |
| 07/11/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| | | | Search all Concordance databases for mention of Canada; review 282 documents for sale figures and plant locations, review Libby database search and highlight pertinent documents for Rob Turkewitz (4.0) | | | |
| 07/11/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 4.00 | $300.00 |
| | | | Search documents to research issues on Canadian ZAI plants and product sold in country (4.0) | | | |
| 07/11/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 5.40 | $1,296.00 |
| | | | Review Grace's motions and memoranda regarding excluding damages evidence and summary judgment (2.0); legal research for responsive briefs (1.2); review and compile testimony from Dr. Anderson deposition for claimants' responsive briefs (2.2) | | | |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **07/14/2003** | | | | |
| 07/14/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 6.20 | $1,488.00 |
| | | | Gather quotes from Dr. Anderson deposition to support response brief assertions (.3); review memo from Mr. Westbrook on response brief (.2); research issues on toxic torts addressed in Mr. Westbrook's memo (3.5); discussion with Mr. Ward regarding response brief contents (.2); review Mr. Scott's briefs (1.5); research on Daubert issue (.5) | | | |
| 07/14/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
| | | | Received and reviewed ZAI homeowner questionnaire (.2). | | | |
| 07/14/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 2.50 | $662.50 |
| | | | Review ZAI exposure questionnaire (0.1); multiple conferences with Mr. Frederick regarding research issues for response to Grace summary judgment motion (0.2); research local procedural rules regarding responses to motions and draft e-mail message to team regarding same (0.2); continue researching and drafting response to Grace summary judgment motion (1.8); conference with Bobby Wood regarding response brief (.2) | | | |
| **Day:** | | **07/15/2003** | | | | |
| 07/15/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 7.30 | $1,934.50 |
| | | | Draft memo to team assigning tasks for response to Grace summary judgment motion (0.3); multiple conferences with Messrs. Wood and Frederick regarding same (0.4); review deposition transcripts for Grace testimony regarding fines (0.2); multiple conferences with Ms. Bakst regarding same (0.2); conference with Mr. Turkewitz regarding status of collection of Goltz bulk sample and preparation of response to Grace summary judgment motion (0.2); exchange e-mail messages with Mr. Turkewitz regarding Lee dust sampling in the Sparta environmental matter (0.1); research and draft response to Grace summary judgment motion (2.5); participate in ZAI counsel conference call (0.3); research and draft memo regarding collateral estoppel issues (2.1); review and compile prior deposition testimony for use in response to Grace summary judgment motion (0.8); conversation with Ed Westbrook regarding response brief to Grace's motion for summary judgment and contamination cases to use in brief (.2) | | | |
| 07/15/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 1.50 | $187.50 |
| | | | Review Wolter, Wood and Yang depos for testimony re reintroduction of fines (1.5) | | | |
| 07/15/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| | | | Review research on Canada ZAI, calculate sales volumes and identify plants, sales offices, and processing offices, prepare memo to Rob Turkewitz with figures and Canadian locations (3.0) | | | |
| 07/15/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 2.90 | $217.50 |
| | | | Input/Verify Libby Documents in Concordance | | | |
| 07/15/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.90 | $585.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| ewestbrook | 0000 | | Review correspondence from Grace submitting courtesy copies of pleadings to Judge Fitzgerald, prepare correspondence submitting ZAI Claimants copies (.2); discussions with Jay Ward regarding response brief to Grace's motion for summary judgment and cases involving contamination to be used in brief (.2); memos to staff regarding thoughts on response briefs (.3); correspondence to respective witness regarding ZAI (.2) | | | |
| 07/15/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.20 | $1,280.00 |
| rturkewitz | 0000 | | Received and reviewed memo from Jay Ward regarding Summary Judgment brief (.2); Conference with Jay Ward regarding ZAI testing and Summary Judgment Response (.2); Conference with ZAI co-counsel regarding status of ZAI Science Trial and strategy (.3); Began drafting Response to Grace's Summary Judgment Motion on various issues (2.5). | | | |
| 07/15/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.90 | $696.00 |
| bwood | 0000 | | Meeting with Mr. Frederick regarding research assignment on epidemiology and contamination (.8); meeting with Mr. Frederick regarding CERCLA applicability (.5); research on risk assessments and criticisms (1.6) | | | |
| 07/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Review and analyze EPA spreadsheets | | | |
| Day: | | 07/16/2003 | | | | |
| 07/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Organizing ZAI testing files (3.0); Continue reviewing Dr. Ilgren reliance on medical articles for information regarding substances subjects were exposed to and fiber size of material used in studies (3.5) | | | |
| 07/16/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 7.50 | $1,800.00 |
| bwood | 0000 | | Review memo from Dr. Anderson response regarding CERCLA standard's applicability (.7); review cited cases regarding CERCLA (2.4); review and critique section of response brief regarding property damage versus personal injury (2.9); research on risk assessments and criticisms (1.5) | | | |
| 07/16/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.60 | $1,840.00 |
| rturkewitz | 0000 | | Continued drafting Response to Grace's Summary Judgment Motion on various issues (3.5); Conferences with Janet Bakst regarding exhibits to Summary Judgment Response (.3); Received and reviewed memo from Jay Ward on collateral estoppel (.5); conversation with Ed Westbrook regarding ZAI (.2); exchange emails with Jay Ward regarding EPA comparison of indirect and direct methods (.1) | | | |
| 07/16/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.20 | $130.00 |
| ewestbrook | 0000 | | Telephone conversation with Rob Turkewitz regarding ZAI | | | |
| 07/16/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 7.60 | $2,014.00 |
| jward | 0000 | | Draft memo to Ms. Bakst outlining deposition testimony and expert report excerpts needed for response to Grace summary judgment motion (0.3); | | | |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | multiple conferences with Ms. Bakst regarding same (0.2); review court's order setting parameters of science trial (0.1); multiple conferences with Mr. Frederick regarding property damage research issues (0.3); telephone conference with Techtron Engineering regarding Goltz vermiculite sample (0.1); telephone conference with Mr. Hatfield regarding same (0.1); exchange e-mail messages with Mr. Turkewitz regarding EPA comparison of indirect and direct methods of sample preparation (0.1); draft e-mail message to Ms. Bakst outlining research assistance needed regarding same (0.1); continue researching and drafting response to Grace summary judgment motion (4.8); draft summary of Grace fiber counting rules (0.2); review deposition transcripts for testimony to be included in response to Grace summary judgment motion (1.2); draft e-mail message to Ms. Bakst regarding assistance needed identifying testimony on cleavage fragment issues (0.1) | | | |
| 07/16/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Hamilton & Yang depos re discriminatory testing, review Hays depo re: K factor and flag critical issues, search for anecdotal testimony pleadings (2); Review Hughson, Ilgren, Mlynarek, Corn and Ewing depos and reports flagging critical issues related to contractors exposure, epidemiological studies, underreporting of ZAI exposure and % of asbestos found in ZAI samples referring to dust rather than air. (3.5); Review Ilgren and Hughson depos re ZAI epidemiological studies (1.0); Conversations with Jay Ward regarding excerpts needed for responses (.3) | $125.00 | 6.80 | $850.00 |
| 07/16/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Further search and review of Canadian sales figures; prepare memo to Rob Turkewitz with names and addresses of available Canadian sales offices and names of Canadian plants (3.0) | $125.00 | 3.00 | $375.00 |
| **Day:** | **07/17/2003** | | | | | |
| 07/17/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Search Concordance databases for mention of number of houses with ZAI installed (2.0); research January, 2003 memo from K. Berglund showing number of houses estimated to have ZAI therein (.5); Search depositions for costs of removal (.5) | $125.00 | 3.00 | $375.00 |
| 07/17/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Anderson and Lees depos and flag testimony re reliance on Dr. Lee for analysis (1.0); Review TEM science article and flag critical issues related to precision and bias for direct v. indirect (1.0). Review Wood and Hamilton depos re settled dust/disturbances (.8) | $125.00 | 2.80 | $350.00 |
| 07/17/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Grace counsel regarding proposed mediation with court and rescheduling of mediation due to court's reentry into matter as presiding judge (.2); memos regarding same (.1); review recent articles on pace of remodeling in homes and discussions with staff concerning same (.5); work on thoughts for reply brief (1.2) | $650.00 | 2.00 | $1,300.00 |
| 07/17/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued drafting Response to Grace's Summary Judgment Motion on | $400.00 | 2.50 | $1,000.00 |

09/12/2003

# Time report

### 07/01/2003 - 07/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | various issues (2.5). | | | |
| 07/17/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Research on risk assessments and criticisms continued (2.2); detailed review of Dr. Anderson's risk assessment formula and calculationis with emphasis on showing weaknesses in assumptions through deposition testimony and back-up data and recalculating risk estimates (5.6) | $240.00 | 7.80 | $1,872.00 |
| **Day:** | | **07/18/2003** | | | | |
| 07/18/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize charts for recalculated risk estimates (1.1); took notes from review of relevant orders from other bankruptcies (.6); review EPA documents on WTC and conflicts (.5); research on National Contingency Plan and risk ranges (2.7) | $240.00 | 4.90 | $1,176.00 |
| 07/18/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Proofread and revised Response to Grace's Summary Judgment Motion on various issues and forwarded to Jay Ward (4.0). | $400.00 | 4.00 | $1,600.00 |
| 07/18/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search for and organize exhibits for draft of claimants' response to Motion for summary judgment; review and correct response (4). | $125.00 | 4.00 | $500.00 |
| **Day:** | | **07/19/2003** | | | | |
| 07/19/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research and draft response to Grace summary judgment motion (7.6); telephone conference with Mr. Wood regarding property damage issues involved in same (0.3) | $265.00 | 7.90 | $2,093.50 |
| 07/19/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with Mr. Ward regarding response briefs and property damage issues | $240.00 | 0.30 | $72.00 |
| **Day:** | | **07/20/2003** | | | | |
| 07/20/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Mr. Ward regarding response briefs (.4); research on EPA risk estimates and ranges (1.4); draft portion of response brief regarding Dr. Anderson and risk assessments, including charts and formulas (6.2) | $240.00 | 8.00 | $1,920.00 |
| 07/20/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research and draft response to Grace summary judgment motion (11.7); conference with Mr. Wood regarding same (0.4) | $265.00 | 12.10 | $3,206.50 |
| **Day:** | | **07/21/2003** | | | | |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 07/21/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Research and draft response to Grace summary judgment motion (8.5); multiple conferences with Mr. Wood regarding legal and factual issues involved in same (0.6) | $265.00 | 9.10 | $2,411.50 |
| 07/21/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on ZAI Claimants' response to Grace's motion for summary judgment, review and revise draft section (2.2); conversations with Francis McGovern regarding proposed mediation and further discussions regarding same (.2); discussion with Bobby Wood regarding Dr. Anderson portion of response brief (.7) | $650.00 | 3.10 | $2,015.00 |
| 07/21/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Multiple conferences with Mr. Ward regarding response briefs (.6); finalize Dr. Anderson portion of response brief and shorten to fit page requirements (1.5); discussion with Mr. Westbrook regarding Dr. Anderson portion of response brief and risk assessment calculations (.7); review and edit initial draft of response brief (2.0) | $240.00 | 4.80 | $1,152.00 |
| **Day:** | **07/22/2003** | | | | | |
| 07/22/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Multiple conferences with Mr. Ward regarding response briefs (.6); review and edit of initial draft of response brief continued (2.2); conversation with Ed Westbrook regarding revisions to draft brief (.2) | $240.00 | 3.00 | $720.00 |
| 07/22/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Continue work on draft brief, making numerous revisions, checking scientific articles, adding language (5.4); conversation with Jay Ward regarding same (.1)correspondence with Grace counsel regarding hearing (.1); conversation with Bobby Wood regarding revisions (.2) | $650.00 | 5.80 | $3,770.00 |
| 07/22/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Research and draft response to Grace summary judgment motion (10.3); multiple conferences with Mr. Wood regarding legal and factual issues involved in same (0.6); conversation with Ed Westbrook regarding draft brief (.1) | $265.00 | 11.00 | $2,915.00 |
| 07/22/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review Hughson and Mlynarek depos and pull critical testimony re reenttrainment (.8). | $125.00 | 0.80 | $100.00 |
| 07/22/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Continue reviewing Dr. Ilgren reliance on medical articles for information regarding substances subjects were exposed to and fiber size of material used in studies (3.0); Searching for Grace government submissions stating that tremolite is asbestiform and drafting memo showing that cleavage fragments are formed when nonasbestiform minerals are broken up (4.0). | $125.00 | 7.00 | $875.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **07/23/2003** | | | | |
| 07/23/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment (3.0); conversation with Jay Ward regarding exhibits for brief (.2). | $125.00 | 3.20 | $400.00 |
| 07/23/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research and draft response to Grace summary judgment motion (2.2); draft memo to Mr. Westbrook regarding same (0.2); multiple conferences with Mr. Wood regarding revisions to same (0.4); review Grace bankruptcy pleadings regarding asbestiform nature of tremolite (0.2); review and respond to memo from Ms. Kerrison regarding cleavage fragment issues (0.2); revise citations in table of authorities (0.2); multiple telephone conferences with Mr. Westbrook regarding brief (0.2) | $265.00 | 3.60 | $954.00 |
| 07/23/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on response to Grace's motion for summary judgment reviewing and redrafting sections (2.4); various conversations with Jay Ward regarding brief (.2) | $650.00 | 2.60 | $1,690.00 |
| 07/23/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and edit updated response brief (1.8); add and check citations to response brief (.8); various conversations with Mr. Ward regarding revisions to response to W.R. Grace's motion for summary judgment (.4) | $240.00 | 3.00 | $720.00 |
| 07/23/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search Com depo for do-it yourself testimony, Search bankruptcy docket and obtain copy of motion (1.2) | $125.00 | 1.20 | $150.00 |
| **Day:** | | **07/24/2003** | | | | |
| 07/24/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research needed exhibits for response brief (0.6); multiple conferences with Mr. Frederick regarding same (0.2); draft memo to Ms. Carr regarding assistance needed with same (0.1); review memo and documents identifying Libby tremolite as asbestiform (0.1); research governing law in bankruptcy action (2.2); research dust testing issues for inclusion in response brief (0.5); draft memo to Mr. Frederick regarding research assistance needed (0.2); multiple conferences with Mr. Frederick regarding same (0.2) | $265.00 | 4.10 | $1,086.50 |
| 07/24/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Proofread draft Response Grace's Motion for Summary Judgment (1.2); Message from Volpe Center regarding status of FOIA request (.2). | $400.00 | 1.40 | $560.00 |
| 07/24/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search omnibus hearing transcripts and pull critical testimony re parameter of issues for science trial (.6). | $125.00 | 0.60 | $75.00 |
| 07/24/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.60 | $4,940.00 |

# Time report

### 07/01/2003 - 07/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| ewestbrook | 0000 | | Continue work on revisions to reponse to Grace's motion for summary judgment, reviewing prior transcripts and scientific articles, numerous language revisions (7.6) | | | |
| 07/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| kcarr | 0000 | | Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment. | | | |
| 07/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Memo regarding documents showing that Grace identified Libby tremolite as asbestiform (2.0); Continue reviewing Dr. Ilgren reliance on medical articles for information regarding substances subjects were exposed to and fiber size of material used in studies (2.0); Reviewing Grace documents for documents showing tremolite was brittle and had low tensile strength (2.5) | | | |
| **Day:** | | **07/25/2003** | | | | |
| 07/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| kcarr | 0000 | | Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment. | | | |
| 07/25/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 5.60 | $1,484.00 |
| jward | 0000 | | Research and draft memo regarding governing law in bankruptcy action (1.8); research burden of proof in personal injury, fear of cancer and medical monitoring actions (1.8); review personal injury cases cited by Grace (1.6); revise response brief attachments and compile supporting documents (0.2); multiple conferences with Mr. Westbrook regarding research issues (0.2) | | | |
| 07/25/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.70 | $4,355.00 |
| ewestbrook | 0000 | | Further work on response to Grace's motion for summary judgment, review Supreme Court opinions and opinions from other states for incorporation into brief, numerous rewrites of brief sections (6.5); multiple conversations with Jay Ward regarding research issues (.2). | | | |
| 07/25/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.20 | $528.00 |
| bwood | 0000 | | Review Mr. Westbrook's draft response brief (2.2) | | | |
| **Day:** | | **07/28/2003** | | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 3.30 | $792.00 |
| bwood | 0000 | | Continue review of updated draft response brief circulated by Mr. Westbrook (1.8); charts, formulas, and data for risk assessment comparison with Mr. Lorenz (1.5) | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $0.00 | 1.50 | $0.00 |
| alorenz | 0000 | | Conference with Bobby Wood regarding risk assessment comparisons | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.80 | $1,272.00 |
| jward | 0000 | | Continue researching and revising response brief (2.1); research dust testing cases (0.6); multiple e-mails and conferences with Mr. Frederick | | | |

# Time report

**07/01/2003 - 07/31/2003**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | regarding research assistance needed for response brief (0.4); review file documents and deposition transcripts for inclusion in response brief (1.7) | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.10 | $840.00 |
| rturkewitz | 0000 | | Received and reviewed memo from Ed Westbrook regarding Response to Grace's Motion to Consolidate (.2); Drafted Response to Consolidation Motion (1.5); Received and reviewed email from Jay Ward regarding Lamar County (.1); Telephone conference with EPA regarding ZAI science issues (.3). | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.10 | $5,265.00 |
| ewestbrook | 0000 | | Prepare for and attend telephonically Grace monthly status conference (1.0); continue work on ZAI response brief, revisions and redrafting, checking cited materials (7.1) | | | |
| 07/28/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.20 | $150.00 |
| jbakst | 0000 | | Research Lee depos re critical testimony, research ANSI approval of ASTM D5755 (1.2) | | | |
| **Day:** | | **07/29/2003** | | | | |
| 07/29/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 | $520.00 |
| ewestbrook | 0000 | | Discussions with Jay Ward regarding status of brief (.4); work on ZAI legal issues (.4) | | | |
| 07/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.80 | $850.00 |
| lkerrison | 0000 | | Searching Grace documents for documents showing that tremolite could not be used commercially (6.5); conversation with Rob Turkewitz regarding EPA documents (.3) | | | |
| 07/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| jbakst | 0000 | | Research number of homes with ZAI (.5) | | | |
| 07/29/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.30 | $1,720.00 |
| rturkewitz | 0000 | | Proofread and revised Response to Grace's Motion to Consolidate (1.0); Telephone conference with Darrell Scott regarding consolidation (.3); Telephone conference with expert regarding Lamar County Orders (.5); Email to Jay Ward regarding telephone conference with expert (.2); Telephone conference with Joel Kupferman regarding dust testing (.5); Email to Joel Kupferman regarding dust testing (.3); Received and reviewed EPA documents (1.0); Conference with Lizzie Kerrison regarding EPA documents (.3); conversation with Jay Ward regarding response to motion for consolidation (.2) | | | |
| 07/29/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 5.30 | $1,404.50 |
| jward | 0000 | | Review and compile data on number of ZAI homes and draft memo to Mr. Westbrook regarding same (1.1); research dust testing coefficient of variation (0.7); continue researching and revising response brief (2.9); conference with Mr. Turkewitz regarding response to motion for consolidation (0.2); discussion with Ed Westbrook regarding status of brief (.4) | | | |

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 07/29/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 3.10 | $232.50 |
| | | | Meetings with Bobby Wood re: Tables of exposures. (1.0) Make Table of Exposures (response to Grace motion) (2.1) | | | |
| 07/29/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 4.70 | $1,128.00 |
| | | | Continue review of revisions of draft response brief (1.5); continue refining charts and estimated risks for Dr. Anderson comparison (2.2); conversation with Adam Lorenz regarding exposure tables (1.0) | | | |
| **Day:** | | **07/30/2003** | | | | |
| 07/30/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 1.20 | $288.00 |
| | | | Check citations and edits for consistency (.8); discussion with Ed Westbrook and Jay Ward regarding status of response brief (.3); conversation with Jay Ward regarding risk assessment charts (.1) | | | |
| 07/30/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 0.30 | $22.50 |
| | | | Make changes on Table of Exposures (0.3) | | | |
| 07/30/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 3.50 | $927.50 |
| | | | Review and revise response to motion for consolidation (0.2); continue researching and revising response brief (2.7); conference with Mr. Wood regarding risk assessment charts (0.1); work on video affidavit (0.2); conference with Messrs. Westbrook and Wood regarding response brief (0.3) | | | |
| 07/30/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.40 | $160.00 |
| | | | Telephone conference with Darrell Scott regarding status of briefing and mediation (.4). | | | |
| 07/30/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| | | | Conversation with Jay Ward and Bobby Wood regarding response brief | | | |
| **Day:** | | **07/31/2003** | | | | |
| 07/31/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 2.50 | $312.50 |
| | | | Finish searching for brittle tremolite documents and documents showing tremolite could not be used commercially (1.5); attend meeting regarding ZAI status, etc. (1.0). | | | |
| 07/31/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| | | | Meeting with attorneys and staff re: preparation for hearing. | | | |
| 07/31/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 5.70 | $2,280.00 |
| | | | Telephone conference with counsel regarding briefing of science issues (.8); Memo to Ed Westbrook regarding ZAI (.5); Memo to Ed Westbrook regarding Darrell Scott's ideas on mediation (.3); Meeting with property | | | |

# Time report

## 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | damage ZAI team regarding status and strategy (1.0); Telephone conference with expert regarding issues (.5); Letter to experts regarding scheduling (.5); Drafted language for Response to Grace's Summary Judgment Motion (1.2); Conference with Ed Westbrook regarding additional language (.3); Received comments from Darrell Scott regarding Motion to Consolidate and incorporated into Response (.4); discussion with Bobby Wood and Jay Ward regarding risk, etc. (.2) | | | |
| 07/31/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 5.60 | $1,484.00 |
| | | | Research legal and factual issues for inclusion in response brief (3.9); conference with ZAI team regarding case status, preparation of brief, video affidavits, and trial preparation (1.0); review and compile cases applying risk doubling standard (0.2); review cases regarding property damage burden of proof (0.2); review Delaware local rules (0.1); discussion with Bobby Wood and Rob Turkewitz regarding doubling of risk (.2) | | | |
| 07/31/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 2.60 | $624.00 |
| | | | Review proposed language from Mr. Turkewitz on doubling of risk and review cases (1.1); discuss same issue with Mr. Turkewitz and Mr. Ward (.2); review outline for proposed brief forwarded by Mr. Turkewitz (.3); meeting with ZAI team to discuss strategy, briefs and upcoming events (1.0) | | | |
| 07/31/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| | | | Research re ambient air levels and risk(1.0); ZAI science trial team conference re preparation for hearing (1.0). | | | |
| 07/31/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| | | | Attend strategic meeting w/PD attorneys and paralegals regarding status and preparation (1.0) | | | |
| 07/31/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 6.50 | $4,225.00 |
| | | | Review and revise Claimants response to Grace's motion for summary judgment (5.2); meeting with attorneys and paralegals regarding status and strategy (1.0); conversation with Rob Turkewitz regarding additional language to brief (.3) | | | |

**Transaction:**          **L150**

**Day:**                          **07/24/2003**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 07/24/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Begin work on June monthly application | $75.00 | 0.80 | $60.00 |

**Day:**                          **07/29/2003**

| 07/29/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on June monthly application | $75.00 | 3.00 | $225.00 |

**Day:**                          **07/31/2003**

09/12/2003

15

# Time report

### 07/01/2003 - 07/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 07/31/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 2.70 | $877.50 |
| ewestbrook | 0000 | | Review and revise June monthly application (billed at half rate) | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$126,035.00** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$126,035.00** |
| **Total Hours/Report:** | | **442.50** |
| **Count:** | | **117** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on September 15, 2003 service

of the foregoing:

- **Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2003 through July 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      September 15, 2003

                              */s/ William D. Sullivan* _____
                              WILLIAM D. SULLIVAN

# SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899