IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 4310)

On August 21, 2003, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2003 through June 30, 2003 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 11, 2003. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                            KLETT ROONEY LIEBER & SCHORLING
                                            A Professional Corporation

                                            By: /s/ Rhonda Thomas
                                                   Teresa K. D. Currier (No. 3080)
                                                   Rhonda L. Thomas (No. 4053)
                                                   The Brandywine Building
                                                   1000 West St. - Suite 1410
                                                   Wilmington, DE 19801

                                                   -and-

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                    Philip Bentley, Esquire
                    Robert T. Schmidt, Esquire
                    919 Third Avenue
                    New York, NY 10022
                    (212) 715-9100
                    Counsel to the Official Committee of
                    Equity Holders

Dated: September 15, 2003       Co-Counsel to the Official Committee
                                          of Equity Holders

WLM 49659.1