IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: Docket No 4420**

### NOTICE OF FILING OF EXHIBIT A TO THE DEBTORS' RESPONSE TO THE OBJECTIONS OF (A) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (B) THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST COMPANY TO ACT AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN

**PLEASE TAKE NOTICE** that on September 12, 2003 the above captioned debtors and debtors in possession filed and served the *Debtors' Response To The Objections Of (A) The Official Committee Of Unsecured Creditors And (B) The Official Committee Of Equity Security Holders To The Application Of The Debtors For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(A) And 328(A) And Fed. R. Bankr. P. 2014(A), 2016 And 5002 Authorizing, But Not Requiring, The Employment And Retention Of State Street Bank And Trust Company To Act As Investment Manager And Fiduciary Of The Grace Stock Within The Grace Savings & Investment Plan* (the "Reply").

**PLEASE TAKE FURTHER NOTICE** that Exhibit A to the Reply was incorrectly filed and served. A correct and complete copy of Exhibit A to the Reply is being served on those

parties originally served with the Reply.

Dated: September 16, 2003

         KIRKLAND & ELLIS LLP
         James H.M. Sprayregen
         Janet S. Baer
         James W. Kapp III
         Christian J. Lane
         200 East Randolph Drive
         Chicago, Illinois 60601
         (312) 861-2000

             and

         PACHULSKI, STANG, ZIEHL, YOUNG, JONES
          & WEINTRAUB P.C.

         */s/ Paula A. Galbraith*
         Laura Davis Jones (Bar No. 2436)
         Scotta E. McFarland (Bar No. 4184)
         Paula A. Galbraith (Bar No. 4258)
         919 North Market Street, 16th Floor
         P.O. Box 8705
         Wilmington, Delaware 19899-8705 (Courier 19801)
         Telephone: (302) 652-4100
         Facsimile: (302) 652-4400

         Co-Counsel for the Debtors and Debtors in Possession