Supplemental Service List
(W.R. Grace Professional Service list)
Case No. 01-01139
02 - First Class Mail

***First Class Mail***
Gary H. Levin, Esquire
David R. Bailey, Esquire
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103

***First Class Mail***
Harold S. Novikoff, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York, 10019