**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: September 16, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date:  Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 4345**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Amended Twenty-second Interim Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1, 2003 through April 30, 2003 ("the Amended Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Amended Application has been filed.  Pursuant to the Notice of Amended Application, objections to the Amended Application were to be filed and served no later than September 16, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $15,090.40 which represents 80% of the fees ($18,863.00) and $2,062.12, which represents 100% of the expenses requested in the Amended Application for the period April 1, 2003 through April 30, 2003, upon the filing of this certification and without

the need for entry of a Court order approving the Amended Application.

                                            FERRY, JOSEPH & PEARCE, P.A.

                                            /s/ Lisa L. Coggins
                                            Michael B. Joseph (#392)
                                            Theodore J. Tacconelli (#2678)
                                            Lisa L. Coggins (#4234)
                                            824 Market Street, Suite 904
                                            P.O. Box 1351
                                            Wilmington, DE. 19899
                                            (302) 575-1555
                                            Local Counsel to the Official Committee of
                                            Asbestos Property Damage Claimants

                                            -and-

                                            Bilzin Sumberg Baena Price & Axelrod LLP
                                            Scott L. Baena, Esq.
                                            Jay M. Sakalo, Esq.
                                            2500 First Union Financial Center
                                            200 South Biscayne Boulevard
                                            Miami, FL 33131-2336
                                            Counsel to the Official Committee of Asbestos
                                            Property Damage Claimants

Dated: September 17, 2003