IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 22, 2003 AT 12:00 P.M.

**CONTINUED MATTERS**

1. Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Related Documents:**

   a. [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

   **Response Deadline:** Extended through October 10, 2003 at 4:00 p.m. for the Debtors

   **Responses Received:** None as of the date of this Notice of Agenda.

   **Status:** The parties are continuing to work on a resolution to this matter and respectfully request that the matter will be continued to the omnibus hearing on October 27, 2003 at 12:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**UNCONTESTED MATTERS**

2. Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Adv. Pro. No. 01-771, Docket No. 153)

    **Related Documents:**

    a. [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against Montana Vermiculate Company (Adv. Pro. No. 01-771, Docket No. 153)

    **Response Deadline:** August 8, 2003 at 4:00 p.m. *(extended until September 9, 2003 for the litigation plaintiffs)*

    **Responses Received:**

    a. Opposition of Carol Gerard, et al. to Debtors; Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Adv. Pro. No. 01-771, Docket No. 156)

    b. Debtors' Reply in Support of its Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Adv. Pro. No. 01-771, Docket No. 160)

        (i) Motion for Leave to File Debtors' Reply in Support of its Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Adv. Pro. No. 01-771, Docket No. 160)

    **Status:** This matter is contested and will be going forward.

3. Eighth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2003 Through March 31, 2003.

    **Related Documents:**

    a. Certification of Counsel Regarding Eighth Quarter Project Category Summary for the Eighth Interim Period and Certain Prior Amounts (Docket No. 4415)

    b. **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Eighth Period and Certain Prior Amounts (Docket No. 4429)**

    **Status:** This matter will be going forward.

**CONTESTED MATTERS**

4.  Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§327(a) and Fed. R. Bankr. P. 2014(A), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4299)

**Related Documents:**

a.  [Proposed] Order Authorizing the Debtors to Retain State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4299)

**Response Deadline:** September 5, 2003 at 4:00 p.m. *(extended until September 9, 2002 for the Creditors' Committee and the Personal Injury Committee)*

**Responses Received:**

a.  Objection of Official Committee of Equity Security Holders to Application of the Debtors' for Entry of an Order Pursuant to 11 U.S.C. Sections 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of State Street Bank and Trust Company as Investment Manager (Docket No. 4383)

b.  Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors for Entry of an Order Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4401)

c.  Debtors' Response to the Objections of (A) The Official Committee of Unsecured Creditors and (B) The Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4420)

   (i.)  Motion for Leave to File Debtors' Reply to the Objections of (A) The Official Committee of Unsecured Creditors and (B) The Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4420)

d.  **Notice of Filing of Exhibit A to the Debtors' Response to the Objections of (a) the Official Committee of Unsecured Creditors and (b) the Official Committee of Equity Security Holders to the Application of the Debtors for**

**Entry of an Order Authorizing, But Not Requiring, the Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4430)**

**Status:** This parties have agreed to continue this matter until October 27, 2003 at 12:00 p.m.

5. Eighth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2003 Through March 31, 2003.

    **Related Documents:**

    a. Certification of Counsel Regarding Eighth Quarter Project Category Summary for the Eighth Interim Period and Certain Prior Amounts (Docket No. 4415)

    b. **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Eighth Period and Certain Prior Amounts (Docket No. 4429)**

    **Responses Received:** None as of the date of this Notice of Agenda. The Debtors anticipate that any professionals who have not resolved their issues with the Fee Auditor, will file replies to the Fee Auditor's recommendations in the Final Reports within twenty days after the date of the respective Final Report.

    **Status:** This matter will be going forward.

## OMNIBUS CLAIM OBJECTIONS

6. Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4088)

    **Related Documents:**

    a. Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4105)

    **Response Deadline:** August 8, 2003 at 4:00 p.m.

    **Responses Received:** The response of Pipeline Services Inc. is the only response that has not been resolved by previous order of the Court.

    **Status:** The Court has previously entered an order resolving the claim objections included in the Debtors' First Omnibus Objection to Claims, with the exception of the claim of Pipeline Services Inc. This claim objection will be continued to the omnibus hearing on October 27, 2003 at 12:00 p.m.

7. Debtors' Second Omnibus Objection to Claims (Non-Substantive) (Docket No. 4089)

   **Related Documents:**

   a. Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection To Claims (Non-Substantive) (Docket No. 4106)

   **Response Deadline:** August 8, 2003 at 4:00 p.m.

   **Responses Received:** Unresolved Responses to this matter are listed on the attached Exhibit A.

   **Status:** The status of each claim is indicated in the charts attached as Exhibit A.

## OTHER

8. Status on Debtors' discussions with the Court appointed Committees.

Dated: September 17, 2003

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*Paula A. Galbraith*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession