## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date:  October 8, 2003 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

### SEVENTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2003 – June 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$7,691.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$756.70** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the seventeenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Seventeenth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WLM\188845.1

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | The Hearing to Approve Compensation for these fees and expenses is scheduled for September 22, 2003 at 12:00 p.m. | |

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 16, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 958482                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.40 | hrs. at | $445.00 | /hr. = | $2,403.00 |
| WS KATCHEN | PARTNER | 3.00 | hrs. at | $510.00 | /hr. = | $1,530.00 |
| RN SIANNI | ASSOCIATE | 3.10 | hrs. at | $285.00 | /hr. = | $883.50 |
| DM SPEERS | PARALEGAL | 3.10 | hrs. at | $165.00 | /hr. = | $511.50 |
| SA CABAN | PARALEGAL | 14.60 | hrs. at | $145.00 | /hr. = | $2,117.00 |
| R LAGRAVENIS | PARALEGAL | 1.70 | hrs. at | $145.00 | /hr. = | $246.50 |
| | | | | | | $7,691.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| DOCUMENT RETRIEVAL | 17.50 |
| MESSENGER SERVICE | 303.00 |
| OVERNIGHT MAIL | 27.89 |
| PRINTING & DUPLICATING | 381.16 |
| PRINTING & DUPLICATING - INTERNAL | 12.90 |
| TELECOPY | 14.25 |
| TOTAL DISBURSEMENTS | $756.70 |

BALANCE DUE THIS INVOICE                            $8,448.20


PREVIOUS BALANCE                                   $38,244.21

TOTAL BALANCE DUE                                  $46,692.41

File # K0248-00001                                        INVOICE # 958482
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/5/2003 | 003 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORTS | 0.30 | $133.50 |
| 6/5/2003 | 003 | MR LASTOWSKI | REVIEW FTI POLICANO'S ANALYSIS OF THE DEBTOR'S OPERATING RESULTS IN APRIL 2003 | 0.50 | $222.50 |
| 6/24/2003 | 003 | MR LASTOWSKI | REVIEW SUMMIT VENTURES MOTION FOR AN ORDER COMPELLING THE DEBTOR TO ASSUME AND EXECUTORY CONTRACT | 0.20 | $89.00 |
| | | | Code Total | 1.00 | $445.00 |

File # K0248-00001                                           INVOICE #  958482
          W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2003 | 004 | DM SPEERS | REVIEWING 6/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/2/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 6/3/2003 | 004 | DM SPEERS | REVIEWING 6/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/3/2003 | 004 | SA CABAN | OBTAIN TRANSCRIPT FROM 5/19/03 HEARING; FORWARD COPY TO COURT, DEBTOR'S COUNSEL, AND A. KRIEGER. | 0.20 | $29.00 |
| 6/4/2003 | 004 | DM SPEERS | REVIEWING 6/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/5/2003 | 004 | DM SPEERS | REVIEWING 6/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $49.50 |
| 6/9/2003 | 004 | DM SPEERS | REVIEWING 6/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/9/2003 | 004 | DM SPEERS | REVIEWING 6/9/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/9/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 6/10/2003 | 004 | DM SPEERS | REVIEWING 6/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/11/2003 | 004 | DM SPEERS | REVIEWING 6/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/12/2003 | 004 | DM SPEERS | REVIEWING 6/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/13/2003 | 004 | DM SPEERS | REVIEWING 6/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/16/2003 | 004 | DM SPEERS | REVIEWING 6/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                    INVOICE # 958482
   W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/16/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 6/18/2003 | 004 | DM SPEERS | REVIEWING 6/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 6/19/2003 | 004 | DM SPEERS | REVIEWING 6/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $49.50 |
| 6/20/2003 | 004 | DM SPEERS | REVIEWING 6/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/23/2003 | 004 | DM SPEERS | REVIEWING 6/23/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/23/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 6/24/2003 | 004 | DM SPEERS | REVIEWING 6/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/24/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 6/25/2003 | 004 | DM SPEERS | REVIEWING 6/25/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/25/2003 | 004 | SA CABAN | ASSIST M. BRAKE IN REVIEWING CASE FILE AND PREPARING ITEMS FOR ARCHIVING/STORAGE. | 0.50 | $72.50 |
| 6/26/2003 | 004 | DM SPEERS | REVIEWING 6/26/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 6/26/2003 | 004 | R LAGRAVENIS | REVIEW AND REVISE INDEX OF PLEADINGS, REVIEW FILING WORK OF FILE CLERK. REMOVE AND REFILE MATERIALS FOR OFF-SITE STORAGE. | 0.80 | $116.00 |
| 6/26/2003 | 004 | SA CABAN | REVIEW DOCKET; RETRIEVE ORDER DENYING MOTION TO EXTEND TIME FOR AVOIDANCE ACTIONS AND FORWARD TO M. LASTOWSKI, A. CASKADON AND A. KRIEGER. | 0.30 | $43.50 |
| 6/27/2003 | 004 | DM SPEERS | REVIEWING 6/27/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |

File # K0248-00001                                              INVOICE # 958482
    W.R. GRACE & CO.

| 6/27/2003 004 | SA CABAN | DISCUSS STORAGE/ARCHIVING PROCEDURES W/ M. BRAKE FOR CASE FILE MAINTENANCE. | 0.10 | $14.50 |
|---|---|---|---|---|
| | | Code Total | 6.30 | $975.50 |

File # K0248-00001                                    INVOICE #  958482
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/4/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH K. PASQUALE. | 0.40 | $204.00 |
| 6/4/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH M. GRIFFINGER. | 0.40 | $204.00 |
| 6/4/2003 | 005 | WS KATCHEN | REVIEW DRAFT LETTER TO JUDGE WOLIN. | 0.10 | $51.00 |
| 6/11/2003 | 005 | MR LASTOWSKI | REVIEW BSFS SETTLEMENT | 0.10 | $44.50 |
| 6/12/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. GRIFFINGER. | 0.10 | $51.00 |
| 6/12/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.20 | $102.00 |
| 6/12/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COURT CHAMBERS RE: SCHEDULING. | 0.20 | $102.00 |
| 6/13/2003 | 005 | WS KATCHEN | REVIEW MEMO TO COMMITTEE. | 0.30 | $153.00 |
| 6/27/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO ON APPEAL ISSUE. | 0.10 | $51.00 |
| 6/27/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.10 | $51.00 |
| 6/27/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.10 | $51.00 |
| 6/27/2003 | 005 | WS KATCHEN | REVIEW MCGOWAN AFFIDAVIT RE: PENSION FUNDING. | 0.10 | $51.00 |
| 6/30/2003 | 005 | WS KATCHEN | REVIEW LEGISLATION - RE: LIBBY MONTANA CLAIMS, FUNDING, BANKRUPTCY TIERS AND MEDICAL CRITERIA. | 0.80 | $408.00 |
| 6/30/2003 | 005 | WS KATCHEN | REVIEW MOTION RE:  BUDGET FOR ZAI TRIAL. | 0.10 | $51.00 |
| | | | Code Total | 3.10 | $1,574.50 |

File # K0248-00001                                          INVOICE # 958482
    W.R. GRACE & CO.

| 6/12/2003 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 7/17/03 HEARING | 0.10 | $44.50 |
|---|---|---|---|---|
| 6/12/2003 007 | MR LASTOWSKI | REVIEW DOCKETS FOR 6/17/03 HEARING | 0.60 | $267.00 |
| | | Code Total | 0.70 | $311.50 |

File # K0248-00001                                          INVOICE # 958482
     W.R. GRACE & CO.

| 6/24/2003 008 | MR LASTOWSKI | REVIEW MCGOWAN AFFIDAVIT RE: DEBTOR'S CONTRIBUTION INTO DEFINED BENEFIT PLANS | 0.20 | $89.00 |
|---|---|---|---|---|
| 6/24/2003 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER GRANTING AUTHORITY TO MAKE CONTRIBUTIONS INTO A DEFINED BENEFIT PLAN | 0.20 | $89.00 |
| | | Code Total | 0.40 | $178.00 |

File # K0248-00001                                            INVOICE #  958482
    W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2003 | 009 | RN SIANNI | CALLS TO/FROM FEE AUDITOR RE: FEE APPLICATION ISSUES. | 0.50 | $142.50 |
| | | | Code Total | 0.50 | $142.50 |

File # K0248-00001                                        INVOICE # 958482
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/4/2003 | 010 | MR LASTOWSKI | REVIEW KRAMER LEVIN SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $44.50 |
| 6/5/2003 | 010 | MR LASTOWSKI | REVIEW RETENTION AFFIDAVIT OF TERRY ENGEL | 0.10 | $44.50 |
| 6/12/2003 | 010 | MR LASTOWSKI | REVIEW ISSUES RE: DELOITTE & TOUCE RETENTION | 0.30 | $133.50 |
| 6/30/2003 | 010 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: CASNER & EDWARDS EIGHTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| | | | Code Total | 0.60 | $267.00 |

File # K0248-00001                                                    INVOICE # 958482
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/5/2003 | 012 | SA CABAN | EMAIL TO M. LASTOWSKI RE: REVISIONS TO MARCH/APRIL INVOICES. | 0.10 | $14.50 |
| 6/10/2003 | 012 | RN SIANNI | REVIEW APRIL INVOICE RE: FEE APPLICATION PREPARATION ISSUES. | 0.40 | $114.00 |
| 6/10/2003 | 012 | RN SIANNI | REVIEW MARCH INVOICE RE: FEE APPLICATION PREPARATION ISSUES. | 0.40 | $114.00 |
| 6/12/2003 | 012 | SA CABAN | REVIEW REVISIONS TO MARCH/APRIL 2003 BILLS BY W. KATCHEN AND M. LASTOWSKI; FORWARD TO J. PALO. | 0.20 | $29.00 |
| 6/16/2003 | 012 | RN SIANNI | REVIEW DOCKET RE: FEE APPLICATIONS AND CALL TO FEE AUDITOR RE: STATUS. | 0.60 | $171.00 |
| 6/16/2003 | 012 | SA CABAN | PREPARE EMAIL DISTRIBUTION LIST FOR ALL NOTICE PARTIES FOR SERVICE OF FEE APPLICATIONS. | 0.20 | $29.00 |
| 6/18/2003 | 012 | SA CABAN | REVIEW INVOICES AND DISCUSS WRITE-OFFS FOR MARCH AND APRIL BILLING W/ R. SIANNI. | 0.20 | $29.00 |
| 6/18/2003 | 012 | SA CABAN | PREPARE MONTHLY FEE APPLICATION FOR MARCH 2003 FOR REVIEW BY M. LASTOWSKI. | 0.50 | $72.50 |
| 6/18/2003 | 012 | SA CABAN | PREPARE MONTHLY FEE APPLICATION FOR APRIL 2003 FOR REVIEW BY M. LASTOWSKI. | 0.50 | $72.50 |
| 6/19/2003 | 012 | MR LASTOWSKI | REVIEW AND APPROVE AND DUANE MORRIS LLP MARCH 2003 FEE APPLICATION | 0.30 | $133.50 |
| 6/19/2003 | 012 | MR LASTOWSKI | REVIEW AND APPROVE AND DUANE MORRIS LLP APRIL 2003 FEE APPLICATION | 0.30 | $133.50 |
| 6/19/2003 | 012 | SA CABAN | PREPARE MEMO TO W. KATCHEN AND M. LASTOWSKI RE: REVIEW BILLS FOR MAY 2003. | 0.10 | $14.50 |
| 6/19/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE MARCH 2003 MONTHLY FEE APPLICATION FOR DM. | 0.40 | $58.00 |
| 6/19/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE APRIL 2003 MONTHLY FEE APPLICATION FOR DM. | 0.40 | $58.00 |
| 6/19/2003 | 012 | SA CABAN | PREPARE MARCH AND APRIL 2003 FEE APPLICATIONS FOR SERVICE VIA HAND DELIVERY/OVERNIGHT MAIL. | 0.20 | $29.00 |
| 6/20/2003 | 012 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR DM MARCH AND APRIL FEE APPLICATIONS. | 0.10 | $14.50 |
| 6/20/2003 | 012 | SA CABAN | PREPARE DRAFT EIGHTH QUARTERLY FEE APPLICATION FOR JANUARY - MARCH 2003 FOR REVIEW BY M. LASTOWSKI. | 3.10 | $449.50 |

File # K0248-00001                                          INVOICE # 958482
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/23/2003 | 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 8TH QUARTERLY FEE APPLICATION | 0.40 | $178.00 |
| 6/23/2003 | 012 | SA CABAN | REVISIONS TO DM 8TH QUARTERLY FEE APPLICATION PER M. LASTOWSKI. | 0.20 | $29.00 |
| 6/23/2003 | 012 | SA CABAN | ATTEMPT TO CONVERT FEE DETAIL TO RICH TEXT FORMAT FOR S. BOSSAY. | 0.40 | $58.00 |
| 6/23/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM 8TH QUARTERLY FEE APPLICATION; SERVE VIA EMAIL ON NOTICE PARTIES. | 0.50 | $72.50 |
| 6/23/2003 | 012 | SA CABAN | PREPARE NOTICE OF DM 8TH QUARTERLY FEE APPLICATION FOR SERVICE ON 2002 LIST BY DLS. | 0.20 | $29.00 |
| 6/23/2003 | 012 | SA CABAN | PREPARE 8TH QUARTERLY FEE APPLICATION FOR SERVICE BY PARCELS FM FOR HAND DELIVERY TO TRUSTEE AND OVERNIGHTS TO JUDGE FITZGERALD AND FEE AUDITOR. | 0.20 | $29.00 |
| 6/24/2003 | 012 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR DM 8TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 6/26/2003 | 012 | SA CABAN | CONVERT FEE AUDITOR'S INITIAL REPORT TO 8TH QUARTERLY FEE APPLICATION TO WORD; PRINT FOR REVIEW BY M. LASTOWSKI. | 0.20 | $29.00 |
| 6/26/2003 | 012 | SA CABAN | REVIEW RESPONSE TO 7TH QUARTERLY FEE APPLICATION FOR DM; FORWARD TO M. LASTOWSKI. | 0.10 | $14.50 |
| 6/26/2003 | 012 | SA CABAN | REVIEW FEE AUDITORS INITIAL REPORT TO DM 8TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 6/27/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S INITIAL REPORT RE: EIGHTH INTERIM PERIOD | 0.10 | $44.50 |
| 6/27/2003 | 012 | SA CABAN | REVIEW MAY 2003 BILLS AND MARK REVISIONS FOR W. KATCHEN, M. LASTOWSKI AND S. CABAN ON ONE INVOICE; CONVERT TO PDF FORMAT AND FORWARD TO J. PALO FOR REVISION/FINALIZE. | 0.50 | $72.50 |
| | | | Code Total | 11.00 | $2,121.00 |

File # K0248-00001                                           INVOICE # 958482
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 6/2/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK'S 25TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 6/2/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI'S 25TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 6/2/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR FTI APRIL FEE APPLICATION. | 0.10 | $14.50 |
| 6/2/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK APRIL FEE APPLICATION. | 0.10 | $14.50 |
| 6/16/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK MARCH 2003 FEE APPLICATION. | 0.30 | $43.50 |
| 6/16/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK 8TH QUARTER FEE APPLICATION. | 0.30 | $43.50 |
| 6/16/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI MARCH 2003 FEE APPLICATION. | 0.30 | $43.50 |
| 6/16/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 8TH QUARTER FEE APPLICATION. | 0.30 | $43.50 |
| 6/17/2003 | 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK'S TWENTY FOURTH INTERIM MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 6/17/2003 | 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION TO FTI POLICANO'S TWENTY FOURTH INTERIM MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 6/17/2003 | 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION TO FTI POLICANO'S EIGHTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 6/17/2003 | 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK'S EIGHTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 6/17/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 8TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |

File # K0248-00001                                           INVOICE # 958482
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/17/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 24TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 6/17/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 24TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 6/17/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 8TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 6/18/2003 | 013 | SA CABAN | FORWARD CERTIFICATES OF NO OBJECTION TO J. PORT FOR PAYMENT PROCESSING FOR STROOCK AND FTI'S 24TH MONTHLY FEE APPLICATIONS AND STROOCK & FTI'S 8TH QUARTERLY FEE APPLICATIONS. | 0.20 | $29.00 |
| 6/26/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK 25TH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 6/26/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO FTI POLICANO 25TH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 6/26/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK APRIL 2003 MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 6/26/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI APRIL 2003 MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 6/27/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO SSL 25TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| 6/27/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 25TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| | | | Code Total | 5.20 | $934.00 |

File # K0248-00001                                          INVOICE # 958482
     W.R. GRACE & CO.

| 6/17/2003 | 015 | RN SIANNI | REVIEW DOCKET AND AGENDA, AND ATTEND OMNIBUS HEARING. | 1.20 | $342.00 |
|---|---|---|---|---|---|
| | | | Code Total | 1.20 | $342.00 |

File # K0248-00001                                    INVOICE # 958482
  W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2003 016 | MR LASTOWSKI | REVIEW BAENA AFFIDAVIT RE: SETTLEMENT OF FRESENIUS LITIGATIONI | 0.30 | $133.50 |
| 6/24/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER EXTENDING THE TIME TO REMOVE ACTIONS | 0.20 | $89.00 |
| | | Code Total | 0.50 | $222.50 |

September 16, 2003
Page 17

File # K0248-00001                                      INVOICE # 958482
     W.R. GRACE & CO.

| 6/26/2003 018 | MR LASTOWSKI | REVIEW COSTA MOTION FOR RELIEF FROM STAY | 0.20 | $89.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $89.00 |

File # K0248-00001                                          INVOICE #  958482
    W.R. GRACE & CO.

| 6/26/2003 | 023 | MR LASTOWSKI | REVIEW JOINT MOTION OF ZAI CLAIMANTS AND THE DEBTORS TO INCREASE THE BUDGET FOR THE ZAI SCIENCE TRIAL | 0.20 | $89.00 |
|---|---|---|---|---|---|
| | | | Code Total | 0.20 | $89.00 |

File # K0248-00001                                        INVOICE #  958482
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 30.90 | $7,691.50 |
| --- | --- | --- | --- |

File # K0248-00001                                    INVOICE # 958482
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/23/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO THE HONORABLE JUDITH K FITGERA AT U.S. BANKRUPTCY COURT, WESTERN - PITTSBURGH, PA FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790327491203) | | 11.59 |
| 6/23/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO WARREN H SMITH AT WARREN H SMITH & ASSOCIARES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790327480537) | | 16.30 |
| | | Total: | $27.89 |
| 6/30/2003 | MESSENGER SERVICE | | 5.00 |
| 6/30/2003 | MESSENGER SERVICE | | 298.00 |
| | | Total: | $303.00 |
| 6/30/2003 | PRINTING & DUPLICATING - INTERNAL | | 12.90 |
| | | Total: | $12.90 |
| 6/30/2003 | TELECOPY | | 14.25 |
| | | Total: | $14.25 |
| 6/30/2003 | DOCUMENT RETRIEVAL | | 17.50 |
| | | Total: | $17.50 |
| 6/30/2003 | PRINTING & DUPLICATING | | 121.65 |
| 6/30/2003 | PRINTING & DUPLICATING | | 259.51 |
| | | Total: | $381.16 |
| | TOTAL DISBURSEMENTS | | $756.70 |