# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date:  October 8, 2003 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are timely filed and served**

### EIGHTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2003 – July 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,784.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$87.89** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the eighteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Eighteenth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | None approved at this time; objection deadline runs 10/8/03 at 4pm. | None approved at this time; objection deadline runs 10/8/03 at 4pm. |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | The Hearing to Approve Compensation for these fees and expenses is scheduled for September 22, 2003 at 12:00 p.m. | |

# DUANE MORRIS

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 16, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 958485                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.80 hrs. at | $445.00 /hr. = | $6,141.00 | |
| WS KATCHEN | PARTNER | 13.70 hrs. at | $510.00 /hr. = | $6,987.00 | |
| DM SPEERS | PARALEGAL | 1.60 hrs. at | $165.00 /hr. = | $264.00 | |
| CB FOX | PARALEGAL | 2.00 hrs. at | $145.00 /hr. = | $290.00 | |
| SA CABAN | PARALEGAL | 4.40 hrs. at | $145.00 /hr. = | $638.00 | |
| R LAGRAVENIS | PARALEGAL | 3.20 hrs. at | $145.00 /hr. = | $464.00 | |
| | | | | | $14,784.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| DOCUMENT RETRIEVAL | 17.82 | |
| MESSENGER SERVICE | 5.00 | |
| POSTAGE | 14.11 | |
| PRINTING & DUPLICATING | 22.65 | |
| PRINTING & DUPLICATING - INTERNAL | 1.65 | |
| TELEPHONE | 26.66 | |
| TOTAL DISBURSEMENTS | | $87.89 |

BALANCE DUE THIS INVOICE                              $14,871.89

PREVIOUS BALANCE                                     $46,692.41

TOTAL BALANCE DUE                                    $61,564.30

File # K0248-00001                                    INVOICE # 958485
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/31/2003 | 002 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: ORDER AUTHORIZING, BUT NOT REQUIRING, PAYMENTS INTO DEFINED BENEFIT PLAN | 0.20 | $89.00 |
| 7/31/2003 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S REPORT OF ASSET SALES (4/1/03 TO 6/30/03) | 0.10 | $44.50 |
| | | | Code Total | 0.30 | $133.50 |

File # K0248-00001                                          INVOICE # 958485
    W.R. GRACE & CO.

| 7/11/2003 003 | MR LASTOWSKI | REVIEW MAY 2003 MONTHLY OPERATING REPORTS | 0.90 | $400.50 |
|---|---|---|---|---|
| 7/14/2003 003 | MR LASTOWSKI | REVIEW STIPULATION RESOLVING SUMMIT VENTURES DISPUTE (RELATING TO EXECUTORY CONTRACT) | 0.20 | $89.00 |
| 7/23/2003 003 | MR LASTOWSKI | REVIEW FTI CONSULTING'S ANALYSIS OF THE DEBTOR'S MAY 2003 OPERATIONS | 0.40 | $178.00 |
| | | Code Total | 1.50 | $667.50 |

File # K0248-00001                                          INVOICE # 958485
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|-----------|-------------|-------|--------|
| 7/1/2003 | 004 | DM SPEERS | REVIEWING 7/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/2/2003 | 004 | DM SPEERS | REVIEWING 7/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/7/2003 | 004 | SA CABAN | REVIEW INCOMING MAIL FROM M. LASTOWSKI AND SORT FOR MAINTENANCE OF INTEROFFICE PLEADINGS. | 0.20 | $29.00 |
| 7/8/2003 | 004 | DM SPEERS | REVIEWING 7/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/8/2003 | 004 | DM SPEERS | REVIEWING 7/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/8/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 7/9/2003 | 004 | DM SPEERS | REVIEWING 7/9/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/10/2003 | 004 | DM SPEERS | REVIEWING 7/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 7/10/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND FILE PLEADINGS, CORRESPONDENCE, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 7/14/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 7/16/2003 | 004 | DM SPEERS | REVIEWING 7/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/17/2003 | 004 | DM SPEERS | REVIEWING 7/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/18/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 7/21/2003 | 004 | DM SPEERS | REVIEWING 7/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                          INVOICE # 958485
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 7/21/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 7/22/2003 | 004 | DM SPEERS | REVIEWING 7/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 7/23/2003 | 004 | DM SPEERS | REVIEWING 7/23/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/23/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.50 | $72.50 |
| 7/24/2003 | 004 | DM SPEERS | REVIEWING 7/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/25/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 7/28/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD DAILY UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 7/30/2003 | 004 | DM SPEERS | REVIEWING 7/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 7/31/2003 | 004 | DM SPEERS | REVIEWING 7/31/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| | | | Code Total | 5.40 | $815.00 |

Duane Morris
September 16, 2003
Page 6

File # K0248-00001                                        INVOICE # 958485
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE DATED JUNE 30, 2003 RE: ZAI LITIGATION. | 0.10 | $51.00 |
| 7/8/2003 | 005 | WS KATCHEN | REVIEW ZAI MOTION TO EXCLUDE OPINION. | 0.70 | $357.00 |
| 7/8/2003 | 005 | WS KATCHEN | REVIEW SUMMARY JUDGMENT PAPERS ON ZAI LITIGATION. | 2.40 | $1,224.00 |
| 7/9/2003 | 005 | WS KATCHEN | ADDITIONAL WORK ON ZAI CLAIMS MOTION. | 1.00 | $510.00 |
| 7/10/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE RE: PENSION SHORTFALL FUNDING ISSUES. | 0.30 | $153.00 |
| 7/10/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.10 | $51.00 |
| 7/10/2003 | 005 | WS KATCHEN | REVIEW FTI MEMO ON Z ACQUISITION. | 0.20 | $102.00 |
| 7/10/2003 | 005 | WS KATCHEN | REVIEW HECHANGER INVESTMENT CASE 298 F3D 219 (3 CIR.). | 0.30 | $153.00 |
| 7/10/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION (I) IN LIMINE; (II) FOR SUMMARY JUDGMENT; (III) EXHIBITS; (IV) MEMO OPINION BARBANTI V. W. R. GRACE; (V) ANDERSON REPORT; AND (VI) ANDERSON DEPOSITION. | 2.50 | $1,275.00 |
| 7/10/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE ON MOTION OF SUMMIT VENTURES, LLC. | 0.20 | $102.00 |
| 7/10/2003 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL AND TELEPHONE CONFERENCE WITH L. KRUGER. | 0.50 | $255.00 |
| 7/10/2003 | 005 | WS KATCHEN | UPDATE LEGISLATION STATUS. | 0.20 | $102.00 |
| 7/10/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 0.50 | $255.00 |
| 7/11/2003 | 005 | WS KATCHEN | E-MAIL TO A. KRIEGER. | 0.10 | $51.00 |
| 7/11/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION IN LIMINE. | 0.20 | $102.00 |
| 7/11/2003 | 005 | WS KATCHEN | ADDITIONAL RESEARCH ON FIENVILLE ISSUE RAISED RE: PBGC. | 0.70 | $357.00 |
| 7/14/2003 | 005 | WS KATCHEN | ADDITIONAL RESEARCH ON OBJECTION TO PENSION FUNDING (FRENVILLE ISSUE). | 0.80 | $408.00 |
| 7/14/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH A. KRIEGER RE: SECOND COMMITTEE CONFERENCE CALL. | 0.20 | $102.00 |
| 7/14/2003 | 005 | WS KATCHEN | REVIEW STROOCK E-MAIL TO COMMITTEE. | 0.10 | $51.00 |
| 7/14/2003 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL ON PENSION FUNDING WITH EXPATRIATED FUNDS - ACCOUNTING TO FTI. | 0.30 | $153.00 |
| 7/15/2003 | 005 | WS KATCHEN | REVIEW E-MAIL TO COMMITTEE RE: STATUS OF OBJECTION RESOLUTION. | 0.10 | $51.00 |
| 7/15/2003 | 005 | WS KATCHEN | REPLY TO A. KRIEGER. | 0.10 | $51.00 |

File # K0248-00001                                    INVOICE # 958485
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|---|---|---|---|
| 7/21/2003 | 005 | WS KATCHEN | REVIEW OBJECTION TO §362(D) MOTION BY COSRA (FALSE CLAIMS ACT ACTION). | 0.30 | $153.00 |
| 7/21/2003 | 005 | WS KATCHEN | REVIEW STIPULATION/ORDER RE: SUMMIT VENTURES, LLC MOTION. | 0.10 | $51.00 |
| 7/21/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION ON §362(D) MOTION BY RODRIGUEZ & NIEVES. | 0.10 | $51.00 |
| 7/24/2003 | 005 | WS KATCHEN | REVIEW MOTION TO EXPAND PRELIMINARY INJUNCTION TO MONTANA VERMICULETE CO. | 0.20 | $102.00 |
| 7/24/2003 | 005 | WS KATCHEN | REVIEW MOTION TO DEBTOR'S RE: EPA ADMIN. ORDER. | 0.20 | $102.00 |
| 7/24/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S §1121(D) MOTION. | 0.10 | $51.00 |
| 7/24/2003 | 005 | WS KATCHEN | REVIEW FINANCIAL REPORT (MAY 2003)/FTI POLICANO MANZO MEMO. | 0.40 | $204.00 |
| 7/28/2003 | 005 | WS KATCHEN | REVIEW D. SIEGEL DECLARATIONS RE: FIRST AND SECOND OMNIBUS CLAIMS OBJECTIONS. | 0.20 | $102.00 |
| 7/28/2003 | 005 | WS KATCHEN | REVIEW 126 F3D 811 (6 CIR. 1997) ON ERISA ADMIN. EXPENSE DENIED. | 0.40 | $204.00 |
| 7/28/2003 | 005 | WS KATCHEN | E-MAIL TO A. KRIEGER. | 0.10 | $51.00 |
| | | | Code Total | 13.70 | $6,987.00 |

Duane Morris
September 16, 2003
Page 8

File # K0248-00001                                             INVOICE # 958485
    W.R. GRACE & CO.

| 7/22/2003 006 | MR LASTOWSKI | REVIEW DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS | 0.10 | $44.50 |
|---|---|---|---|---|
| 7/22/2003 006 | MR LASTOWSKI | REVIEW DEBTOR'SSECOND OMNIBUS OBJECTION TO CLAIMS | 0.10 | $44.50 |
| | | Code Total | 0.20 | $89.00 |

DUANE MORRIS LLP

File # K0248-00001                                          INVOICE # 958485
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/14/2003 | 012 | SA CABAN | PREPARE SECRETARIAL SERVICES REQUEST FORM FOR CONVERSION OF FEE AUDITOR REPORT ON DM 8TH INTERIM FROM WP TO WORD. | 0.20 | $29.00 |
| 7/14/2003 | 012 | SA CABAN | DISCUSS FEE AUDITOR REPORT FOR 8TH INTERIM APPLICATION W/ M. LASTOWSKI AND RESPOND TO S. BOSSAY. | 0.20 | $29.00 |
| 7/16/2003 | 012 | SA CABAN | TELEPHONE CALL TO J. PALO RE: FINAL BILLS FOR MAY 2003. | 0.10 | $14.50 |
| 7/16/2003 | 012 | SA CABAN | EMAIL TO J. PALO REQUESTING JUNE 2003 INVOICES. | 0.10 | $14.50 |
| 7/18/2003 | 012 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR DM 16TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 7/18/2003 | 012 | SA CABAN | PREPARE DM SIXTEENTH (MAY) MONTHLY FEE APPLICATION FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.50 | $72.50 |
| 7/21/2003 | 012 | SA CABAN | REVISIONS/FINALIZE MONTHLY FEE APPLICATION FOR DM FOR MAY 2003. | 0.20 | $29.00 |
| 7/21/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE 16TH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.20 | $29.00 |
| 7/21/2003 | 012 | SA CABAN | SERVE DM MAY 2003 FEE APPLICATION VIA EMAIL ON NOTICE PARTIES. | 0.10 | $14.50 |
| 7/21/2003 | 012 | SA CABAN | PREPARE DM 16TH MONTHLY FEE APPLICATION FOR MAIL SERVICE BY PARCELS FM. | 0.10 | $14.50 |
| 7/22/2003 | 012 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR DM MAY 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 7/22/2003 | 012 | SA CABAN | REVIEW CONFIRMATION OF SERVICE FOR DM MAY 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 7/22/2003 | 012 | SA CABAN | FORWARD DETAILS OF MAY 2003 FEE APPLICATION IN TEXT FORMAT TO FEE AUDITOR PER ORDER. | 0.10 | $14.50 |
| 7/23/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR DUANE MORRIS EIGHTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 7/23/2003 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 8TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 7/24/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 8TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 7/25/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CAN (DUANE MORRIS 15TH INTERIM FEE APPLIATION) | 0.10 | $44.50 |

File # K0248-00001                                               INVOICE # 958485
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/25/2003 012 | MR LASTOWSKI | REVIEW AND EXECUTE CAN (DUANE MORRIS 16TH INTERIM FEE APPLIATION) | 0.10 | $44.50 |
| 7/25/2003 012 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO DM MARCH 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 7/25/2003 012 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO DM APRIL 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 7/28/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION FOR DM MARCH 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 7/28/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION FOR DM APRIL 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| | | Code Total | 3.60 | $612.00 |

File # K0248-00001                                        INVOICE # 958485
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2003 | 013 | CB FOX | EMAILS FROM/TO ALEXANDRA CASKADON AND PREPARATION AND EFILING OF MAY MONTHLY FEE APPLICATION FOR STROOCK & STROOCK | 1.00 | $145.00 |
| 7/2/2003 | 013 | CB FOX | EMAILS FROM/TO ALEXANDRA CASKADON AND PREPARATION AND EFILING OF MAY MONTHLY FEE APPLICATION FOR FTI POLICANO & MANZO | 1.00 | $145.00 |
| 7/9/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT (EIGHT INTERIM PERIOD) OF FEE APPLICATION OF BILZIN SUMBERG; HOILMES ROBERTS AND OWENS; HAMILTON RABINOWITZ; FERRY JOSEPH & PEARCE; ELZUFON AUSTIN; WACHTELL LIPTON; LTERSIGNINI; KRAMER LEVIN; AND KLETT ROONEY | 0.30 | $133.50 |
| 7/9/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE TO FTI 26TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 7/10/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT (EIGHT INTERIM PERIOD) OF FEE APPLICATION OF WOODCOCK WASHBURN; LEGAL ANALYSIS SYSTEMS, INC.; NELSON MULLINS; STEPTOE AND JOHNSON; AND CAMPBELL AND LEVINE | 0.30 | $133.50 |
| 7/14/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: EIGHTH INTERIM APPLICATION OF FTI POLICANO; REED SMIOTH LLP; AND PRICEWATERHOUSE COOPERS LLP | 0.20 | $89.00 |
| 7/21/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: EIGHTH INTERIM FEE APPLICATIONS | 0.40 | $178.00 |
| 7/23/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR FTI POLICANO TWENTY SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 7/23/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI MAY 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 7/24/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 26TH MONTHLY FEE APPLICATION; FORWARD FOR PAYMENT. | 0.20 | $29.00 |
| | | | Code Total | 3.80 | $941.00 |

File # K0248-00001                                    INVOICE #  958485
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/21/2003 015 | MR LASTOWSKI | REVIEW JULY OMNIBUS AGENDA NOTICE3 | 0.20 | $89.00 |
| 7/25/2003 015 | MR LASTOWSKI | REVIEW 7/28/03 AGENDA NOTICE AND ITEMS IDENTIFIED THEREON | 0.50 | $222.50 |
| 7/28/2003 015 | MR LASTOWSKI | REVIEW DOCKET ITEMS FOR 7/28/03 HEARING | 0.90 | $400.50 |
| 7/28/2003 015 | MR LASTOWSKI | RATTEND 7/28/03 HEARING | 0.90 | $400.50 |
| 7/28/2003 015 | MR LASTOWSKI | MEMO TO KEN PASQUALE AND A. KRIEGER RE: 7/28/03 OMNIBUS HEARING | 0.30 | $133.50 |
| 7/29/2003 015 | MR LASTOWSKI | TELEPHONE CALL TO AND E-MAIL TO AND FROM K. PASQUALE RE: OMNIBUS HEARING | 0.10 | $44.50 |
| | | Code Total | 2.90 | $1,290.50 |

File # K0248-00001                                    INVOICE # 958485
     W.R. GRACE & CO.

| 7/8/2003 | 016 | MR LASTOWSKI | REVIEW ZAI PLAINTIFFS MOTION FOR SUMMARY JUDGMENT | 2.10 | $934.50 |
|---|---|---|---|---|---|
| 7/8/2003 | 016 | MR LASTOWSKI | REVIEW W.R. GRACE'S MOTION FOR SUMMARY JUDGMENT | 2.80 | $1,246.00 |
| 7/8/2003 | 016 | MR LASTOWSKI | REVIEW ZAI PLAINTIFFFS MOTION TO EXCLUDE R.J. LEE'S OPINION TESTIMONY | 0.90 | $400.50 |
| 7/9/2003 | 016 | MR LASTOWSKI | REVIEW ZONOLITE PLAINTIFFS' CORRECTED MOTION FOR SUMMARY JUDGMENT | 0.70 | $311.50 |
| 7/22/2003 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPAND THE CHAKARIAN INJUNCTION TO INCLUDE THE MONTANA VERMICULITE COMPANY | 0.10 | $44.50 |
| 7/22/2003 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO ADMINISTRATIVE ORDER WITH THE EPA | 0.20 | $89.00 |
| | | | Code Total | 6.80 | $3,026.00 |

File # K0248-00001                                      INVOICE #  958485
    W.R. GRACE & CO.

| 7/22/2003 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S FIFTH MOTION TO EXTEND EXCLUSIVITY | 0.10 | $44.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.10 | $44.50 |

Case 01-01139-AMC

File # K0248-00001                                          INVOICE # 958485
        W.R. GRACE & CO.

| 7/14/2003 | 018 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO COSTA AND THORNBURGH MOTIONS FOR RELIEF FROM STAY | 0.20 | $89.00 |
|-----------|-----|--------------|---|------|--------|
| 7/14/2003 | 018 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO RODRIGUEZ AND NIEVSES MOTION FOR RELIEF FROM THE STAY | 0.20 | $89.00 |
| | | | Code Total | 0.40 | $178.00 |

File # K0248-00001                                         INVOICE #  958485
    W.R. GRACE & CO.

TOTAL SERVICES

|       |             |
|-------|-------------|
| 38.70 | $14,784.00  |

Duane Morris
September 16, 2003
Page 17

File # K0248-00001                                    INVOICE #  958485
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|-------|--------|
| 7/31/2003 | TELEPHONE | | 26.66 |
| | | Total: | $26.66 |
| 7/31/2003 | POSTAGE | | 14.11 |
| | | Total: | $14.11 |
| 7/31/2003 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 7/31/2003 | PRINTING & DUPLICATING - INTERNAL | | 1.65 |
| | | Total: | $1.65 |
| 7/31/2003 | DOCUMENT RETRIEVAL | | 12.50 |
| 7/31/2003 | DOCUMENT RETRIEVAL | | 5.32 |
| | | Total: | $17.82 |
| 7/31/2003 | PRINTING & DUPLICATING | | 22.65 |
| | | Total: | $22.65 |
| | TOTAL DISBURSEMENTS | | $87.89 |