IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: October 8, 2003 at 4:00 p.m.<br>Hearing Date: To be scheduled, only if objections are timely filed and served |

NINETEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2003 – August 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$10,760.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1.50** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the nineteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Nineteenth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WLM\188849.1

# Attachment A

**Monthly Interim Fee Applications**

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

WLM\188849.1

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | None approved at this time; objection deadline runs 10/8/03 at 4pm. | None approved at this time; objection deadline runs 10/8/03 at 4pm. |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | None approved at this time; objection deadline runs 10/8/03 at 4pm. | None approved at this time; objection deadline runs 10/8/03 at 4pm. |

WLM\188849.1

**Quarterly Fee Applications**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | The Hearing to Approve Compensation for these fees and expenses is scheduled for September 22, 2003 at 12:00 p.m. | |

WLM\188849.1

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 16, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 958479                                 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.70 | hrs. at | $445.00 | /hr. = | $6,096.50 |
| RW RILEY | PARTNER | 2.70 | hrs. at | $350.00 | /hr. = | $945.00 |
| WS KATCHEN | PARTNER | 5.00 | hrs. at | $510.00 | /hr. = | $2,550.00 |
| DM SPEERS | PARALEGAL | 2.10 | hrs. at | $165.00 | /hr. = | $346.50 |
| SA CABAN | PARALEGAL | 4.10 | hrs. at | $145.00 | /hr. = | $594.50 |
| R LAGRAVENIS | PARALEGAL | 1.30 | hrs. at | $145.00 | /hr. = | $188.50 |
| K SHANNON | PARALEGAL | 0.30 | hrs. at | $130.00 | /hr. = | $39.00 |

                                                                          $10,760.00

DISBURSEMENTS
PRINTING & DUPLICATING                                    1.50
TOTAL DISBURSEMENTS                                                           $1.50

BALANCE DUE THIS INVOICE                                                  $10,761.50

PREVIOUS BALANCE                                                          $27,482.71

TOTAL BALANCE DUE                                                         $38,244.21

File # K0248-00001                                                                   INVOICE # 958479
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2003 | 003 | MR LASTOWSKI | REVIEW JUNE 2003 MONTHLY OPERATING REPORTS | 0.80 | $356.00 |
| 8/11/2003 | 003 | MR LASTOWSKI | REVIEW FTI' ANALYSIS OF THE DEBTOR'S JUNE 2003 MONTHLY OPERATING RESULTS | 0.40 | $178.00 |
| | | | Code Total | 1.20 | $534.00 |

File # K0248-00001                                                              INVOICE # 958479
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2003 | 004 | DM SPEERS | REVIEWING 8/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $49.50 |
| 8/4/2003 | 004 | DM SPEERS | REVIEWING 8/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/4/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 8/5/2003 | 004 | DM SPEERS | REVIEWING 8/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/6/2003 | 004 | DM SPEERS | REVIEWING 8/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/7/2003 | 004 | DM SPEERS | REVIEWING 8/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/8/2003 | 004 | DM SPEERS | REVIEWING 8/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/11/2003 | 004 | DM SPEERS | REVIEWING 8/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/12/2003 | 004 | DM SPEERS | REVIEWING 8/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/12/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 8/13/2003 | 004 | DM SPEERS | REVIEWING 8/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/14/2003 | 004 | DM SPEERS | REVIEWING 8/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/14/2003 | 004 | SA CABAN | RETRIEVE 2002 SERVICE LIST FROM R. STEWART AND PREPARE REQUEST FORM FOR SECRETARIAL SERVICES FOR LABELS. | 0.20 | $29.00 |

File # K0248-00001                                              INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/15/2003 | 004 | DM SPEERS | REVIEWING 8/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/18/2003 | 004 | DM SPEERS | REVIEWING 8/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/18/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 8/19/2003 | 004 | DM SPEERS | REVIEWING 8/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/21/2003 | 004 | DM SPEERS | REVIEWING 8/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 8/22/2003 | 004 | DM SPEERS | REVIEWING 8/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/22/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX LEGAL RESEARCH, CORRESPONDENCE, PLEADINGS, AGREEMENTS, DEPOSITIONS AND MEMORANDA. | 0.40 | $58.00 |
| 8/25/2003 | 004 | DM SPEERS | REVIEWING 8/25/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/25/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 8/26/2003 | 004 | DM SPEERS | REVIEWING 8/26/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/27/2003 | 004 | DM SPEERS | REVIEWING 8/27/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 8/27/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, INDEX, AND FILE CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 8/28/2003 | 004 | RW RILEY | REVIEWING DOCKET AND RECENT MOTIONS AND PLEADINGS | 0.40 | $140.00 |
| | | | Code Total | 4.40 | $762.00 |

File # K0248-00001                                                                  INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT. | 0.10 | $51.00 |
| 8/4/2003 | 005 | WS KATCHEN | REVIEW ORDER RETAINING DELOITE & TOUCHE. | 0.10 | $51.00 |
| 8/4/2003 | 005 | WS KATCHEN | REVIEW ORDER ON DEFINED BENEFIT PLAN. | 0.10 | $51.00 |
| 8/5/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.20 | $102.00 |
| 8/14/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.20 | $102.00 |
| 8/15/2003 | 005 | WS KATCHEN | VARIOUS TELEPHONE CONFERENCES AND DRAFT LETTER. | 0.40 | $204.00 |
| 8/19/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK. | 0.20 | $102.00 |
| 8/19/2003 | 005 | WS KATCHEN | REVIEW SECOND MEMO RE: ZAI. | 0.50 | $255.00 |
| 8/20/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE'S OBJECTION. | 0.20 | $102.00 |
| 8/20/2003 | 005 | WS KATCHEN | E-MAIL TO A. KRIEGER. | 0.10 | $51.00 |
| 8/20/2003 | 005 | WS KATCHEN | CONFERENCE WITH E. BOND RE: FUTURES' REP. | 0.70 | $357.00 |
| 8/20/2003 | 005 | WS KATCHEN | E-MAIL L. KRUGER. | 0.10 | $51.00 |
| 8/20/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION AND REPLY TO ASBESTOS COMMITTEE'S OBJECTION ON §1121(D) MOTION. | 0.10 | $51.00 |
| 8/21/2003 | 005 | WS KATCHEN | REPLY TO L. KRUGER E-MAIL ON FUTURES' REP. | 0.10 | $51.00 |
| 8/21/2003 | 005 | WS KATCHEN | PREPARE FOR CONFERENCE CALL WITH L. KRUGER ON O/S ISSUES. | 0.80 | $408.00 |
| 8/22/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER RE: STATUS. | 0.20 | $102.00 |
| 8/27/2003 | 005 | WS KATCHEN | PREPARE AND E-MAIL CONFIDENTIAL MEMO TO L. KRUGER RE: POTENTIAL AVOIDANCE OF SETTLEMENTS. | 0.30 | $153.00 |
| 8/27/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ASSISTANT UST. | 0.10 | $51.00 |
| 8/28/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.30 | $153.00 |
| 8/28/2003 | 005 | WS KATCHEN | REVIEW E-MAIL AND REPLY TO E-MAIL. | 0.10 | $51.00 |
| 8/28/2003 | 005 | WS KATCHEN | REVIEW ARTICLE ON EPA CLEAN UP ORDER $33MM. | 0.10 | $51.00 |
| | | | Code Total | 5.00 | $2,550.00 |

File # K0248-00001                                                                     INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO RETAIN STATE STREET BANK | 0.60 | $267.00 |
| | | | Code Total | 0.60 | $267.00 |

File # K0248-00001                                              INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/29/2003 | 012 | SA CABAN | REVIEW STATUS OF FEE APPLICATIONS AND SEND EMAIL TO J. PALO REQUESTING MONTHLY INVOICES. | 0.20 | $29.00 |
| 8/30/2003 | 012 | SA CABAN | REVIEW STATUS OF FEE APPLICATIONS; SEND EMAIL TO J. PALO REQUESTING INVOICES FOR PREPARATION OF MONTHLY/QUARTERLY FEE APPLICATIONS. | 0.50 | $72.50 |
| | | | Code Total | 0.70 | $101.50 |

Duane Morris    Case 01-01139-AMC    Doc 4441    Filed 09/18/03    Page 12 of 19
September 16, 2003
Page 8

File # K0248-00001                                                                  INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/5/2003 | 013 | MR LASTOWSKI | REVIEW ORDER GRANTING SEVENTH INITERIM FEE APPLICATION | 0.20 | $89.00 |
| 8/5/2003 | 013 | SA CABAN | FORWARD CONFIRMATIONS OF FILING FOR FTI AND STROOCK JUNE 2003 FEE APPLICATIONS TO A. CASKADON. | 0.10 | $14.50 |
| 8/5/2003 | 013 | SA CABAN | REVIEW JUNE 2003 FEE APPLICATION OF STROOCK; SAVE TO SYSTEM AND E-FILE. | 0.20 | $29.00 |
| 8/5/2003 | 013 | SA CABAN | REVIEW JUNE 2003 FEE APPLICATION FOR FTI POLICANO; SAVE TO SYSTEM AND E-FILE. | 0.20 | $29.00 |
| 8/11/2003 | 013 | SA CABAN | REVIEW DOCKET AND RESPOND TO INQUIRY OF A. CASKADON RE: ORDER APPROVING INTERIM FEE APPLICATIONS FOR 7TH QUARTER. | 0.20 | $29.00 |
| 8/14/2003 | 013 | SA CABAN | REVIEW NOTICE OF QUARTERLY FEE APPLICATION FOR A. CASKADON FOR FTI AND RESPOND WITH APPROVAL OF SAME. | 0.10 | $14.50 |
| 8/14/2003 | 013 | SA CABAN | REQUEST UPDATED 2002 SERVICE LIST FOR SERVICE OF NOTICE OF 9TH QUARTERLY FEE APPLICATIONS. | 0.10 | $14.50 |
| 8/15/2003 | 013 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK MAY 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 8/15/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK MAY 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 8/20/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR FTI 9TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 8/25/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT RE: PACHULSKI STANG EIGHTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 8/25/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S NINTH INTERIM FEE REPORT | 0.10 | $44.50 |
| 8/28/2003 | 013 | SA CABAN | REVIEW DOCKET FOR RESPONSES AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK JUNE 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 8/28/2003 | 013 | SA CABAN | REVIEW DOCKET FOR RESPONSES AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI JUNE 2003 FEE APPLICATION. | 0.20 | $29.00 |
| 8/28/2003 | 013 | SA CABAN | TELEPHONE CALL FROM A. CASKADON RE: STROOCK 9TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |

File # K0248-00001                                                      INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/28/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK JUNE 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 8/28/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI POLICANO JUNE 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 8/29/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE STROOCK 9TH QUARTERLY FEE APPLICATION; PREPARE NOTICE FOR SERVICE BY DLS. | 0.50 | $72.50 |
| | | | Code Total | 3.20 | $584.00 |

File # K0248-00001 　　　　　　　　　　　　　　　　　　　　　　INVOICE # 958479
　　W.R. GRACE & CO.

| Date | Code | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2003 | 015 | MR LASTOWSKI | REVIEW JULY 28, 2003 ORDERS | 0.40 | $178.00 |
| 8/4/2003 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 7/28/03 | 0.20 | $89.00 |
| 8/25/2003 | 015 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING | 2.30 | $805.00 |
| | | | Code Total | 2.90 | $1,072.00 |

File # K0248-00001                                                              INVOICE # 958479
   W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/8/2003 | 016 | MR LASTOWSKI | REVIEW GRACE'S OPPOSITION TO THE ZAI CLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT | 1.10 | $489.50 |
| 8/11/2003 | 016 | MR LASTOWSKI | REVIEW GRACE OPPOSITION TO ZAI CLAIMANTS' MOTION FOR SUMMARY JUDGMENT | 0.90 | $400.50 |
| 8/11/2003 | 016 | MR LASTOWSKI | REVIEW GRACE OPPOSITION TO ZAI CLAIMANTS' MOTION TO EXCLUDE DR. LEE'S OPINION | 0.90 | $400.50 |
| 8/16/2003 | 016 | MR LASTOWSKI | REVIEW RESPONSE OF ZAI CLAIMANTS TO DEBTOR'S MOTION IN LIMINE | 1.60 | $712.00 |
| 8/19/2003 | 016 | MR LASTOWSKI | REVIEW REPLY OF W.R. GRACE & CO. TO THE ZAI CLAIMANTS' RESPONSE TO GRACE'S MOTION FOR SUMMARY JUDGMENT | 1.60 | $712.00 |
| 8/19/2003 | 016 | MR LASTOWSKI | REVIEW REPLY OF W.R. GRACE & CO. IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF DAMAGES FROM THE ZAI SCIENCE TRIAL | 0.60 | $267.00 |
| 8/19/2003 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY TO U.S. STATEMENT RE: DR. LEE'S OPINIONI | 0.10 | $44.50 |
| 8/20/2003 | 016 | MR LASTOWSKI | REVIEW ZAI CLAIMANT'S RESPONSE TO DEBTOR'S MOTION FOR SUMMARY JUDGMENT, TOGETHER WITH APPENDIX THERETO | 3.60 | $1,602.00 |
| | | | Code Total | 10.40 | $4,628.00 |

File # K0248-00001                                                                INVOICE # 958479
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/6/2003 | 017 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE STATEMENT IN SUPPORT OF EXTENSION OF EXCLUSIVITY | 0.20 | $89.00 |
| 8/11/2003 | 017 | MR LASTOWSKI | REVIEW GRACE MOTION TO EXTEND EXCLUSIVITY | 0.10 | $44.50 |
| 8/12/2003 | 017 | MR LASTOWSKI | REVIEW THE ASBESTOS PROPERTY DAMAGE COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $89.00 |
| | | | Code Total | 0.50 | $222.50 |

File # K0248-00001                                                                    INVOICE # 958479
    W.R. GRACE & CO.

| 8/20/2003 | 025 | K SHANNON | SEARCH LEXIS FOR OPINION. | 0.30 | $39.00 |
|---|---|---|---|---|---|
| | | | Code Total | 0.30 | $39.00 |

File # K0248-00001                                                INVOICE # 958479
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 29.20 | $10,760.00 |

File # K0248-00001                                                              INVOICE # 958479
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 8/31/2003 | PRINTING & DUPLICATING | | 1.50 |
| | | Total: | $1.50 |
| | TOTAL DISBURSEMENTS | | $1.50 |