IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Oct. 8 , 2003 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. GRACE & COMPANY                     September 9, 2003
5400 BROKEN SOUND BLVD., N.W.            Invoice No. 20910
BOCA RATON, FL  33487                    Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   08/31/03

Matter #        734680.1      VS. ALLIED SIGNAL


## Litigation and Litigation Consulting

| | | |
|---|---:|---:|
| 08/01/03 JMA Phone - J. Stewart re: Supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Phone - R. Senftleben re: status | .20 | 68.00 |
| 08/01/03 JMA Phone - A. Nagy re: status | .10 | 34.00 |
| 08/01/03 JMA RCRA Fee Petition - phone - K. Millian re: Scheduling Order | .30 | 102.00 |
| 08/01/03 JMA Phone - B. Hughes re: meeting with Special Master | .30 | 102.00 |
| 08/01/03 JMA Receipt and review email from J. Stewart re: supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Receipt and review email from B. Hughes re: meeting with Special Master | .10 | 34.00 |
| 08/01/03 JMA Review all prior correspondence and motions re: Honeywell/Roned settlement | 2.00 | 680.00 |
| 08/01/03 JMA Letter to Judge Cavanaugh re: Honeywell/Roned settlement | 1.60 | 544.00 |
| 08/01/03 JMA Revisions to letter to Judge Cavanaugh re: Honeywell/Roned settlement | .90 | 306.00 |
| 08/01/03 JMA Phone - K. Coakley re: cleanup standards | .30 | 102.00 |
| 08/01/03 JMA Appeal - letter to Third Circuit Case Manager - Final Judgment Appeal | .60 | 204.00 |
| 08/01/03 JMA Appeal - conference with MEF re: dismissal of first appeal | 1.00 | 340.00 |
| 08/01/03 JMA Appeal - Revisions to letter to Case Manager - Final Judgment Appeal | .40 | 136.00 |
| 08/01/03 MEF Conference with JMA re: dismissal of 1st appeal | 1.00 | 225.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                734680               Page        2
INVOICE NO.               20910
```

08/01/03 MEF Review correspondence re: Roned/Honeywell          .50     112.50
             proposed consent orders in connection with
             letter to Judge Cavanaugh

08/01/03 MEF Review and revise letter to Judge Cavanaugh re:    .40      90.00
             Roned/Honeywell settlement and proposed consent
             orders

08/04/03 JMA Conference with B. Hughes re: financial            .40     136.00
             assurance, suersedeas bond, meeting with
             Special Master

08/04/03 JMA Review of K. Brown analysis of soil mix wall       .80     272.00
             vs. sheet piling

08/04/03 JMA Preliminary review of draft bid documents for     1.00     340.00
             transportation, treatment and disposal;
             groundwater, wastewater treatment plant;
             demolition, excavation, backfill; operations
             and management; sheet piling

08/04/03 JMA Receipt and review letter from K. Coakley          .20      68.00

08/04/03 JMA Receipt and review letter from B. Terris to        .70     238.00
             Judge Cavanaugh and attachments re:
             Roned/Honeywell settlement

08/04/03 JMA RCRA Fee Petition - receipt and review letter      .30     102.00
             from D. Field to Judge Cavanaugh with proposed
             Scheduling Order

08/04/03 JMA Receipt and review letter from D. Mairo to         .10      34.00
             Judge Cavanaugh

08/04/03 JMA Receipt and review First Progress Report of        .40     136.00
             Special Master

08/04/03 JMA Receipt and review letter from J. Stewart to       .80     272.00
             Clerk with Honeywell opposition to Financial
             Assurance Recommendation

08/04/03 JMA Appeal - Conference with MEF re:                   .60     204.00
             consolidation/dismissal issue

08/04/03 JMA Review Supersedeas Bond correspondence and         .60     204.00
             documents for conference call

08/04/03 JMA Conference call with J. Stewart re: Supersedeas    .40     136.00
             Bond

08/04/03 MEF Review Honeywell's motion to consolidate           .20      45.00
             appeals

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                  734680              Page        3
INVOICE NO.                 20910
```

| | | | |
|---|---|---:|---:|
| 08/04/03 MEF | Research premature appeals, consolidate, dismissal | 1.50 | 337.50 |
| 08/04/03 MEF | Appeal – t/c with A. Laws re: consolidation motion | .30 | 67.50 |
| 08/04/03 MEF | Begin drafting response to motion to consolidate and motion to dismiss | 1.80 | 405.00 |
| 08/04/03 MEF | Conf with JMA re: appeal/consolidation motion | .30 | 67.50 |
| 08/04/03 RCS | Review and compare differences between May 15 Opinion and June 30 Final Judgment; meeting with JMA re: same | .70 | 147.00 |
| 08/05/03 JMA | Review correspondence and submission re: Honeywell work Plan for meeting with Special Master | 1.50 | 510.00 |
| 08/05/03 JMA | Meeting with Grace representatives and B. Hughes in preparation for meeting with Special Master | 2.00 | 680.00 |
| 08/05/03 JMA | Attend meeting with Special Master and representatives of all parties | 6.00 | 2040.00 |
| 08/05/03 JMA | Meeting with Grace representatives and B. Hughes re: issues presented at 8/5/03 meeting with Special Master and all parties | 2.00 | 680.00 |
| 08/05/03 MEF | Appeal - Continue drafting response in opposition to Honeywell's motion to consolidate and in support of motion to dismiss | 3.50 | 787.50 |
| 08/05/03 MEF | T/cs with Alyssa at Judge Cavanaugh's re: 8/11/03 hearing | .40 | 90.00 |
| 08/05/03 MEF | T/c with JMA re: 8/11/03 hearing | .20 | 45.00 |
| 08/05/03 RCS | Site visit to ECARG Property to accompany representatives from Lewis Berger & Assoc. (Senator Torricelli's environmental consultants) and James Wong | 3.40 | 714.00 |
| 08/06/03 JMA | Review Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 JMA | Draft memo/list re: Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 JMA | Meeting with Grace representatives and B. Hughes re: preparation for meeting with Special Master | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680              Page      4
INVOICE NO.             20910
```

| | | | |
|---|---|---|---|
| 08/06/03 JMA | Attend meeting with Special Master and representatives of all parties | 5.20 | 1768.00 |
| 08/06/03 JMA | Meeting with Grace representatives and B. Hughes re: issues raised at Special Master meeting | 1.00 | 340.00 |
| 08/06/03 JMA | Conference with B. Hughes re: Honeywell motion to stay | .50 | 170.00 |
| 08/06/03 MEF | Email to all counsel re: 8/11/03 hearing | .20 | 45.00 |
| 08/06/03 MEF | Email from D. Field re: issue on for hearing | .20 | 45.00 |
| 08/06/03 MEF | Email to D. Field re: issues on for hearing | .30 | 67.50 |
| 08/06/03 MEF | Review letter from D. Field re: additional info for RCRA fee petition | .40 | 90.00 |
| 08/06/03 RCS | Meeting with JMA re: Honeywell motion for partial stay | .20 | 42.00 |
| 08/06/03 RCS | T/cs with Mike Williams, Esq. re: assignment to respond to Honeywell motion for partial stay | .80 | 168.00 |
| 08/06/03 RCS | Review and analyze Honeywell's brief and affidavit in support of motion for partial stay of injunctive relief pending appeal | 2.50 | 525.00 |
| 08/06/03 RCS | Research to oppose Honeywell's motion for partial stay | 3.50 | 735.00 |
| 08/07/03 JMA | Review Honeywell Work Plan re: letter to Judge Cavanaugh re: Roned/Honeywell settlement | 1.00 | 340.00 |
| 08/07/03 JMA | Letter to Judge Cavanaugh re: Roned/Honeywell settlement | 1.20 | 408.00 |
| 08/07/03 JMA | Revisions to letter to Judge Cavanaugh re: Roned/Honeywell settlement | .80 | 272.00 |
| 08/07/03 JMA | Appeal - review Honeywell motion to consolidate | .40 | 136.00 |
| 08/07/03 JMA | Phone - R. Senftleben re: Honeywell motion to stay | .30 | 102.00 |
| 08/07/03 JMA | Appeal - review of and comments to opposition to consolidate and motion to dismiss appeal | 1.40 | 476.00 |
| 08/07/03 JMA | Conference with MEF re: revisions to opposition to consolidate and motion to dismiss appeal | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                    734680             Page        5
INVOICE NO.                   20910
```

08/07/03 MEF Appeal - Conf. with JMA re: opposition to       1.00    225.00
             Honeywell motion to consolidate and motion to
             dismiss appeal 03-2670

08/07/03 MEF Appeal - revise and finalize motion papers re:  2.20    495.00
             Honeywell motion to consolidate and Grace
             motion to dismiss

08/07/03 MEF Email to/from CHM re: 8/11/03 hearing            .30     67.50

08/07/03 MEF RCRA Fee App - begin review of itemized         .50     112.50
             expenses re: Honeywell's request

08/08/03 JMA Review notes of August 5 and August 6 meetings  1.00    340.00
             with Special Master re: Honeywell letter on
             expedited items

08/08/03 JMA Phone - C. Marraro re: status update            .60     204.00

08/08/03 JMA Phone - counsel for Special Master              .40     136.00

08/08/03 JMA Phone - J. Stewart re: Supersedeas Bond         .20     68.00

08/08/03 JMA Review of and comments to letter from Honeywell 1.00    340.00
             with proposed expedited items

08/08/03 JMA Receipt and review letter from S. German to     .10     34.00
             Clerk

08/08/03 JMA Receipt and review letter from S. German to     .10     34.00
             Judge Cavanaugh

08/08/03 JMA Receipt and review Riverkeeper reply brief re:  1.20    408.00
             motion to enter judgment in Riverkeeper and
             Supreme Court case cited in reply brief

08/08/03 JMA Receipt and review letter from D. Field to      .10     34.00
             Clerk

08/08/03 JMA Receipt and review Honeywell Supplemental       1.00    340.00
             response re: Financial Assurances

08/08/03 JMA RCRA Fee Petition - review Honeywell request    .40     136.00
             for supplemental information

08/08/03 JMA Review Berger Group resumes and materials       .60     204.00

08/08/03 JMA RCRA Fee Petition - receipt and review executed .20     68.00
             Scheduling Order

08/08/03 MEF Email from WFH re: electronic version of        .20     45.00
             Findings of Fact and Conclusions of Law

```
W.R. GRACE & COMPANY                                        September 9, 2003
Client No.                    734680              Page         6
INVOICE NO.                   20910
```

| | | | | |
|---|---|---|---|---|
| 08/08/03 | MEF | Email to WFH re: electronic version of Findings of Facts and Conclusions of Law | .20 | 45.00 |
| 08/08/03 | MEF | RCRA Fee Petition - review detailed expenses | 1.00 | 225.00 |
| 08/11/03 | JMA | Review pleadings and correspondence for hearing before Judge Cavanaugh | 1.50 | 510.00 |
| 08/11/03 | JMA | Attend hearing before Judge Cavanaugh on Financial Assurance, Riverkeeper Judgment and Honeywell/Roned RCRA claim settlement | 3.50 | 1190.00 |
| 08/11/03 | JMA | Appeal - conference with C. Marraro re: status of motion practice, potential motion to stay/expedited appeal | 1.50 | 510.00 |
| 08/11/03 | JMA | RCRA Fee Petition - conference with C. Marraro and MEF re: Honeywell supplemental information request | 2.00 | 680.00 |
| 08/11/03 | JMA | Conference with C. Marraro re: status of remedial activities and strategy for Work Plan | 2.50 | 850.00 |
| 08/11/03 | JMA | Conference call with R. Senftleben and C. Marraro | .50 | 170.00 |
| 08/11/03 | MEF | RCRA Fee Petition - t/c with JMA re: response to D. Field request for back up | .30 | 67.50 |
| 08/11/03 | MEF | RCRA Fee Petition - work on response to D. Field request for back-up | .50 | 112.50 |
| 08/11/03 | MEF | RCRA Fee Petition - conf with RSC re: Wallace King response to D. Field request for back-up | .30 | 67.50 |
| 08/11/03 | MEF | Review Rules 29 and 29.1 re: amicus curiae | .50 | 112.50 |
| 08/11/03 | MEF | Memo to JMA and CHM re: amicus curiae | .50 | 112.50 |
| 08/11/03 | MEF | Conference with CHM re: results of hearing | .40 | 90.00 |
| 08/11/03 | MEF | RCRA Fee Petition - Conference with CHM and JMA re: response to D. Field request for back up | .60 | 135.00 |
| 08/11/03 | MEF | Review Honeywell's proposed supersedeas bond, affidavit of justification and order approving supersedeas bond | .60 | 135.00 |
| 08/11/03 | MEF | Voicemail - C. McGuire re: transcript of hearing | .20 | 45.00 |
| 08/11/03 | MEF | T/c with M. Caffrey re: Supersedeas Bond, Affidavit and Order | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                      734680           Page        7
INVOICE NO.                     20910
```

| | | | |
|---|---|---|---|
| 08/11/03 RCS RCRA fee petition - meetings with MEF re: coordinating document production with Wallace King | | .30 | 63.00 |
| 08/11/03 RCS RCRA fee petition - t/c with Tamara Parker at Wallace King re: document production | | .30 | 63.00 |
| 08/11/03 RCS Receipt and review of memorandum of law from Mike Williams, Esq. | | .70 | 147.00 |
| 08/11/03 RCS Review Court's Amended Opinion in conjunction with rebutting Honeywell's position that injunctive relief unavailable under strict liability cause of action | | .70 | 147.00 |
| 08/11/03 RCS Research whether injunctive relief available under strict liability cause of action | | 2.50 | 525.00 |
| 08/11/03 RCS Start drafting outline re: rebutting Honeywell's motion for partial stay pending appeal | | 1.00 | 210.00 |
| 08/12/03 JMA Letter to L Walsh re: Grace Defendants' response to Honeywell proposed expedited items | | 2.30 | 782.00 |
| 08/12/03 JMA Receipt and review email from R. Senftleben | | .20 | 68.00 |
| 08/12/03 JMA Appeal - receipt and review memo from MEF re: amicus issues | | .20 | 68.00 |
| 08/12/03 JMA Receipt and review letter from J. Kyles at Parsons with 2003 groundwater data, boring logs, storm water data | | .50 | 170.00 |
| 08/12/03 JMA Phone - C. Marraro re: groundwater data, etc. | | .30 | 102.00 |
| 08/12/03 JMA Letter to C. Marraro and K. Brown | | .20 | 68.00 |
| 08/12/03 JMA Receipt and review email from B. Terris and K. Millian with chromium sediment distribution NY/NJ harbor | | .40 | 136.00 |
| 08/12/03 JMA Receipt and review TCLP and pH chart from K. Brown | | .30 | 102.00 |
| 08/12/03 JMA RCRA Fee Petition - phone - C. Marraro re: supplemental information demand | | .30 | 102.00 |
| 08/12/03 JMA RCRA Fee Petition - phone - C. Marraro and D. Field re: supplemental information demand | | .30 | 102.00 |
| 08/12/03 JMA Receipt and review letter from M. Daneker re: deposition of Riverkeeper | | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                  September 9, 2003
Client No.              734680                        Page      8
INVOICE NO.             20910
```

| | | | | |
|---|---|---|---|---|
| 08/12/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: supplemental information from experts | .20 | 68.00 |
| 08/12/03 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh with proposed  Order re: Honeywell/Roned settlement | .30 | 102.00 |
| 08/12/03 | JMA | Review Honeywell/Roned motion file | .40 | 136.00 |
| 08/12/03 | JMA | Phone - C. Marraro re: Honeywell/Roned Order dismissing claims against each other | .30 | 102.00 |
| 08/12/03 | JMA | Letter to Judge Cavanaugh re: Honeywell/Roned Order | .30 | 102.00 |
| 08/12/03 | JMA | Revisions to letter to Judge Cavanaugh | .30 | 102.00 |
| 08/12/03 | MEF | Voice mail - M. Caffrey re: supersedeas bond | .20 | 45.00 |
| 08/12/03 | MEF | T/c with M. Caffrey re: documentation for bond | .20 | 45.00 |
| 08/12/03 | RCS | Continued research re: injunctive relief granted for strict liability claims in order to oppose Honeywell's motion for partial stay | 3.00 | 630.00 |
| 08/12/03 | RCS | RCRA - Fee Petition - telephone communications with Tamara Parker re: coordinating production of documents requested by Honeywell | .20 | 42.00 |
| 08/13/03 | JMA | Receipt and review Order granting Special Master's 1st Fee Application | .20 | 68.00 |
| 08/13/03 | JMA | Receipt and review Order approving retention of L. Berger Group | .20 | 68.00 |
| 08/13/03 | JMA | Revisions to letter to counsel for Special Master re: Honeywell expedited items | 2.00 | 680.00 |
| 08/13/03 | JMA | Phone - C. Marraro re: letter re: Honeywell expedited items | .40 | 136.00 |
| 08/13/03 | JMA | Phone - counsel for Special Master | .30 | 102.00 |
| 08/13/03 | JMA | RCRA Fee Petition - preliminary review of draft response to Honeywell request for supplemental information on RCRA Fee Petition | .60 | 204.00 |
| 08/13/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: Honeywell request for supplemental information | .40 | 136.00 |
| 08/13/03 | RCS | T/c with Rebecca Shuller, Esq. re: production of documents in response to Honeywell's requests for back up data | .30 | 63.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                734680              Page        9
INVOICE NO.               20910
```

08/13/03 RCS Continued research re: injunctive relief          1.50    315.00
             granted upon claim of New Jersey common law
             strict liability

08/13/03 RCS Preparation of draft memorandum of law re:        6.50   1365.00
             availability of injunctive relief upon
             successful claim under strict liability in
             response to Honeywell's motion for partial stay
             pending appeal

08/14/03 JMA Phone - C. Marraro re: Honeywell immediate         .30    102.00
             action items

08/14/03 JMA RCRA Fee Petition - phone - A. Shahinian re:       .20     68.00
             Affidavit of Market Rates

08/14/03 JMA Receipt and review letter from K. Coakley with     .20     68.00
             proposed Stipulation

08/14/03 JMA Review file documents in connection with review   1.70    578.00
             and comments to Special Master proposed
             Stipulation as to immediate action items

08/14/03 JMA Receipt and review letter from B. Mueller to       .20     68.00
             Judge Cavanaugh

08/14/03 JMA Phone - B. Mueller and C. Marraro re: form of      .40    136.00
             Order dismissing Roned/Honeywell crossclaims

08/14/03 JMA Phone - C. Marraro re: form of Order dismissing    .20     68.00
             Roned/Honeywell crossclaims

08/14/03 JMA Phone - L. Walsh, T. Lewis, C. Marraro re:         .80    272.00
             Proposed Stipulation on immediate action items

08/14/03 JMA RCRA Fee Petition - comments to Grace draft       1.50    510.00
             response to Honeywell request for supplemental
             information

08/14/03 JMA Phone - C. Marraro re: finalize Grace's request   1.70    578.00
             to Honeywell request for supplemental
             information

08/14/03 JMA Phone  - D. Field and C. Marraro                   .20     68.00

08/14/03 JMA Phone - B. Mueller's secretary                     .10     34.00

08/14/03 JMA Phone - C. Marraro re: Supersedeas Bond            .20     68.00

08/14/03 RCS Continued draft of memorandum of law in          5.00   1050.00
             opposition to Honeywell's motion for partial
             stay

```
W.R. GRACE & COMPANY                                          September 9, 2003
Client No.                734680                       Page       10
INVOICE NO.               20910
```

08/14/03 RCS Meeting with JMA re: response to Honeywell's      .20    42.00
             motion to consolidate appeals

08/14/03 RCS Research re: motion to consolidate the appeals   1.50   315.00
             - response to Honeywell's motion to consolidate
             - caselaw and Fed. Rules of Appellate Procedure

08/15/03 JMA Receipt and review Order approving Special        .30   102.00
             Master and professional fees

08/15/03 JMA Receipt and review letter from L. Walsh           .10    34.00

08/15/03 JMA Receipt and review Order approving of L. Berger   .20    68.00

08/15/03 JMA Receipt and review Honeywell Third Progress       .40   136.00
             Report

08/15/03 JMA Receipt and review email from M. Obradovic with   .40   136.00
             letter from DEP

08/15/03 JMA Receipt and review Order re: Honeywell/Roned      .20    68.00
             Settlement

08/15/03 JMA Receipt and review letter from L. Walsh to T.     .10    34.00
             Milch

08/15/03 JMA Review transcript of hearing on 8/11/03 re:       .50   170.00
             financial Assurance issue

08/15/03 JMA Receipt and review letter from D. Field to K.     .10    34.00
             Millian

08/15/03 JMA Receipt and review letter from J. Kyles           .20    68.00

08/15/03 JMA Receipt and review reports, contracts and field  1.00   340.00
             data from Parsons

08/15/03 JMA Phone - M. Caffrey re: Supersedeas Bond           .20    68.00

08/15/03 JMA Phone - C. Marraro re: Honeywell motion to stay   .20    68.00

08/15/03 JMA Receipt and review Honeywell notice of motion     .20    68.00
             to stay judgment

08/15/03 JMA Receipt and review Honeywell memorandum in       2.80   952.00
             support of motion to stay and selected cases
             cited therein

08/15/03 JMA Receipt and review Declaration of T. Fischer in  1.10   374.00
             support of motion to stay

08/15/03 JMA Receipt and review proposed stay order           .10    34.00

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                   734680            Page         11
INVOICE NO.                  20910
```

08/15/03 RCS Meeting with JMA re: reply to Honeywell's          .20      42.00
             response on motion to consolidate appeals

08/15/03 RCS Continued research re: replying to Honeywell's    2.00     420.00
             response on motion to consolidate

08/15/03 RCS Preparation of legal memorandum replying to       2.50     525.00
             Honeywell's response on motion to consolidate
             appeals

08/16/03 JMA Receipt and review letter from T. Milch to         .10      34.00
             Third Circuit Clerk

08/16/03 JMA Review of Honeywell reply to Grace motion to       .40     136.00
             dismiss Appeal 03-2760

08/16/03 JMA Review cases cited by Honeywell in reply          1.40 .   476.00

08/16/03 JMA Preparation of Grace reply - Grace motion to      2.70     918.00
             dismiss

08/16/03 JMA Letter to Clerk of Third Circuit                   .30     102.00

08/18/03 JMA Receipt and review letter from Parsons to          .10      34.00
             Special Master

08/18/03 JMA Receipt and review Honeywell Geophysical Work     1.00     340.00
             Plan

08/18/03 JMA Receipt and review letter from Special Master      .20      68.00
             re: Work Plan

08/18/03 JMA Receipt and review letter from W. Mueller to       .20      68.00
             Judge Cavanaugh

08/18/03 JMA Receipt and review letter from S. German to M.     .10      34.00
             Haneker

08/18/03 JMA RCRA Fee Petition - receipt and review letter      .30     102.00
             from C. Marraro to D. Field in response to
             demand for information

08/18/03 JMA Receipt and review letter from C. Marraro to K.    .50     170.00
             Coakley with revisions to Stipulation -
             Immediate Action Items

08/18/03 JMA Receipt and review letter from K. Coakley to       .10      34.00
             Clerk

08/18/03 JMA Receipt and review notice of motion re: Special    .20      68.00
             Master Second Fee Application

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.             734680                  Page      12
INVOICE NO.            20910
```

| | | | | |
|---|---|---|---|---|
| 08/18/03 | JMA | Receipt and review Special Master's Second Fee Application | .40 | 136.00 |
| 08/18/03 | JMA | Receipt and review proposed order | .10 | 34.00 |
| 08/18/03 | RCS | T/c with JMA re: obtaining Honeywell-Roned Settlement Order | .40 | 84.00 |
| 08/18/03 | RCS | T/c to clerk's office re: Honeywell-Roned Settlement Order | .20 | 42.00 |
| 08/18/03 | RCS | Receipt and review of Honeywell-Roned Settlement Order; annex to reply | .20 | 42.00 |
| 08/19/03 | JMA | Phone - C. Marraro re: Grace opposition to Honeywell motion to stay | .30 | 102.00 |
| 08/19/03 | RCS | T/c with Kim Harris at NJ Lawyer's Fund for Client Protection re: updating pro hac vice admissions of Bill Hughes, Esq. and Rick Wallace, Esq. | .20 | 42.00 |
| 08/19/03 | RCS | Memorandum to MEF re: NJ Lawyer's Fund for Client Protection to update pro hac vice admission form W. Hughes and R. Wallace | .30 | 63.00 |
| 08/20/03 | JMA | Receipt and review letter from M. Daneker to D. Mairo re: site data | .30 | 102.00 |
| 08/20/03 | JMA | Receipt and review letter from B. Terris to counsel for Special Master re: changes to stipulation - immediate action items | .30 | 102.00 |
| 08/20/03 | JMA | Receipt and review letter from M. Daneker to K. Coakley re: changes to stipulation - immediate action items | .40 | 136.00 |
| 08/20/03 | JMA | Receipt and review letter from M. Daneker to Special Master's counsel re: ICO comments to stipulation - immediate action items | .20 | 68.00 |
| 08/20/03 | JMA | Receipt and review letter from S. German to Special Master with groundwater data (intermediate zone) | .70 | 238.00 |
| 08/20/03 | JMA | RCRA Fee Petition - receipt and review ICO letter response to Honeywell request for additional information | .60 | 204.00 |
| 08/20/03 | JMA | Receipt and review letter from S. German to counsel for Special Master re: Financial Assurance Order | .40 | 136.00 |

```
W.R. GRACE & COMPANY                                      September 9, 2003
Client No.              734680                   Page         13
INVOICE NO.             20910
```

08/20/03 JMA Receipt and review letter from S. German to M.        .10      34.00
             Daneker

08/20/03 JMA Receipt and review ICO response to Honeywell          .40     136.00
             RPD - Riverkeeper

08/20/03 RCS Correspondence from Mike Williams, Esq. re:           .20      42.00
             draft response to Honeywell's motion for
             partial stay

08/20/03 RCS Continued prep of response to Honeywell's            2.00     420.00
             motion for partial stay, revise and edit same

08/21/03 JMA Receipt and review letter from S. German to           .20      68.00
             Judge Cavanaugh re: extension of time for ICO
             opposition to motion to stay

08/21/03 RCS Continued prep of brief in support of response       1.50     315.00
             to Honeywell's motion for partial stay

08/22/03 JMA Phone - counsel for Special Master                    .20      68.00

08/22/03 JMA Review and revise Grace opposition to Honeywell      4.50    1530.00
             motion to stay

08/22/03 JMA Phone - C. Marraro re: ICO time extension            .30     102.00
             request

08/22/03 JMA Phone - C. Marraro and S. German re: ICO time        .30     102.00
             extension request

08/22/03 JMA Receipt and review email from D. Field re: ICO        .10      34.00
             extension request

08/22/03 JMA Phone - S. German re: ICO extension request          .20      68.00

08/22/03 JMA Receipt and review letter from M. Daneker to K.       .30     102.00
             Coakley

08/22/03 JMA Phone - C. Marraro re: Grace opposition to           .50     170.00
             motion to stay

08/22/03 JMA Receipt and review email from S. German re:          .20      68.00
             motion to stay - extension for ICO

08/22/03 JMA Receipt and review letter from M. Daneker to         .40     136.00
             Special Master re: intermediate groundwater
             issues

08/22/03 JMA Receipt and review email from counsel for            .50     170.00
             Special Master and revised stipulation re:
             immediate action items

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.                    734680          Page         14
INVOICE NO.                   20910
```

| | | | |
|---|---|---|---|
| 08/22/03 MEF | Prepare notices of change of address (3) | .30 | 67.50 |
| 08/25/03 JMA | Review cases cited in Honeywell motion to stay | 1.20 | 408.00 |
| 08/25/03 JMA | Revise and finalize Grace brief in opposition to motion to stay | 1.30 | 442.00 |
| 08/25/03 JMA | Execute Grace brief in opposition to Honeywell motion to stay | .20 | 68.00 |
| 08/25/03 JMA | Review and revise proposed order denying Honeywell motion to stay | .30 | 102.00 |
| 08/25/03 JMA | Revisions to Grace opposition to motion to stay | 3.20 | 1088.00 |
| 08/25/03 JMA | Phone conference with C. Marraro re: Grace opposition to motion to stay | 1.80 | 612.00 |
| 08/25/03 JMA | Phone conference with C. Marraro and M. Williams re: Grace opposition to motion to stay | .40 | 136.00 |
| 08/25/03 MEF | Letters (3) to clerk filing Notice of Address Change | .50 | 112.50 |
| 08/25/03 MEF | Prepare Certificate of Service regarding opposition to Honeywell Motion for Partial Stay | .20 | 45.00 |
| 08/25/03 MEF | Letter to clerk and letter to Judge Cavanaugh regarding Grace's Opposition to Motion to Stay | .30 | 67.50 |
| 08/25/03 MEF | Research United States of America v. Fort Pitt case | .30 | 67.50 |
| 08/25/03 MEF | Prepare proposed Order denying Honeywell Motion for Partial Stay pending appeal | .40 | 90.00 |
| 08/25/03 MEF | Finalize opposition to Honeywell Motion for Partial Stay pending appeal | .60 | 135.00 |
| 08/25/03 RCS | Meetings with John Agnello, Esq. regarding James Wong's testimony regarding 240 ppm cleanup standard. | .40 | 84.00 |
| 08/25/03 RCS | Review James Wong's trial testimony regarding cleanup standard and viability of cap as a permanent remedy to oppose Honeywell's motion for partial stay. | 1.00 | 210.00 |
| 08/25/03 RCS | Preparation of memorandum to John Agnello, Esq. regarding synopsis of Wong's testimony. | .30 | 63.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                  Page      15
INVOICE NO.             20910
```

| | | | | |
|---|---|---|---|---|
| 08/25/03 | RCS | Review James Wong's trial testimony as ICO witness regarding cleanup standard and viability of cap as permanent remedy to oppose Honeywell's motion for partial stay. | 1.00 | 210.00 |
| 08/25/03 | LF | Hand delivery of brief to opposing counsel | .30 | 22.50 |
| 08/26/03 | JMA | Phone – C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/26/03 | JMA | Phone – M. Caffrey re: Supersedeas Bond and deposition of B. Sheehan | .30 | 102.00 |
| 08/26/03 | JMA | Receipt and review letter from L. Walsh to T. Milch re: item specific work plan – geophysical testing | .40 | 136.00 |
| 08/27/03 | JMA | Letter to C. Marraro re: reports, etc. from Parsons | .20 | 68.00 |
| 08/27/03 | JMA | Letter to C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/27/03 | JMA | Receipt and review email from W. Mueller re: stipulation | .10 | 34.00 |
| 08/27/03 | JMA | Appeal – receipt and review letter from D. Field to District Court Clerk with Notice of Appeal | .30 | 102.00 |
| 08/27/03 | JMA | Appeal – receipt and review letter from D. Field with "Filed" Notice of Appeal | .10 | 34.00 |
| 08/27/03 | JMA | Appeal – receipt and review information statement from District Court re: third appeal | .20 | 68.00 |
| 08/27/03 | JMA | Appeal – letter to C. Marraro with information statement | .10 | 34.00 |
| 08/27/03 | JMA | Receipt and review letter from J. Kyles to Special Master re: Roned property fence and soil cover | .30 | 102.00 |
| 08/27/03 | JMA | Receipt and review letter from J. Kyles to Special Master with list of permits | .40 | 136.00 |
| 08/28/03 | JMA | Phone – K. Coakley's secretary | .10 | 34.00 |
| 08/28/03 | JMA | Receipt and review letter from K. Coakley with revised stipulation re: immediate action items | .40 | 136.00 |
| 08/28/03 | JMA | Receipt and review email from counsel for Special Master re: revised stipulation | .10 | 34.00 |

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680              Page        16
INVOICE NO.             20910
```

08/28/03 JMA RCRA Fee Petition - Receipt and review letter      .20      68.00
             from B. Terris to D. Field

08/28/03 JMA Receipt and review letter from L. Walsh to T.      .40     136.00
             Milch re: work plan - geophysical investigation

08/28/03 JMA Phone - K. coakley re: stipulation - immediate     .10      34.00
             action items

08/28/03 JMA Appeal - receipt and review Order from Third       .20      68.00
             Circuit re: consolidation

08/28/03 JMA Receipt and review letter from J. Kyles to         .40     136.00
             Special Master re: Honeywell contracting
             strategy

08/28/03 JMA Receipt and review letter from J. Kyles to         .10      34.00
             Special Master

08/28/03 JMA Receipt and review Honeywell documents re: IMs     .80     272.00
             and utility plan

08/28/03 JMA Phone - C. Marraro re: Honeywell Workplan          .40     136.00

08/28/03 JMA Receipt and review letter from M. Caffrey re:      .30     102.00
             Supersedeas Bond

08/28/03 JMA Review revised and executed Supersedeas Bond       .90     306.00
             and Affidavit of Justification and proposed
             Order

08/28/03 JMA Phone - M. Caffrey re: Supersedeas Bond            .40     136.00

08/28/03 JMA Phone - M. Golloday - SI Group re: Honeywell       .20      68.00
             data and geophysical plan

08/28/03 JMA Receipt and review memo from RCS re: trial         .20      68.00
             testimony on 240 ppm standard

08/28/03 JMA Receipt and review email from M. Obradovic re:     .20      68.00
             Site 157

08/28/03 JMA Receipt and review letter from K. Coakley re:      .70     238.00
             stipulation and order - immediate action items
             with redlined stipulation and order

08/28/03 JMA Receipt and review letter from K. Coakley to       .20      68.00
             Judge Cavanaugh re: financial assurance order

08/28/03 JMA Receipt and review proposed order re: financial    .80     272.00
             assurances

W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680              Page       17
INVOICE NO.             20910


08/28/03 JMA Receipt and review Local Rule 67 re: deposit of    .50    170.00
             LOC proceeds

08/29/03 JMA RCRA Fee Application - Receipt and review          .20     68.00
             letter from S. German to District Court Clerk
             with executed Terris Affidavit

08/29/03 JMA Receipt and review letter from M. Caffrey to       .30    102.00
             Judge Cavanaugh with Order and Supersedeas Bond
                                                               -------------
                                       Subtotal:                  57,665.00

**Fee Applications, Applicants**

08/01/03 MEF Fee Application - review docket re: status of      .30     67.50
             CNOs

08/01/03 MEF Fee Applications - Email to P. Cuniff re: CNO      .20     45.00
             for May Fee Application

08/04/03 MEF Email to P. Cuniff re: 7/28/03 hearing            .20     45.00

08/06/03 MEF Fee Application - review July 2003 fee detail     1.80    405.00

08/06/03 MEF Fee Application - revise 9th Quarterly App.       .60    135.00

08/07/03 MEF Review July Bill (revised)                       1.00    225.00

08/07/03 MEF Emails (2) to/from L. Ferdinand re: 8th          .40     90.00
             Quarterly spreadsheets

08/07/03 MEF Prepare 17th Monthly Fee Application             2.30    517.50

08/08/03 JMA Fee Application - review and execute Ninth        .50    170.00
             Quarterly Fee Application

08/08/03 JMA Fee Application - review and execute 17th         .50    170.00
             Monthly Fee Application

08/08/03 MEF Continue preparing 17th Monthly Fee Application  2.00    450.00

08/08/03 MEF Finalize 9th Quarterly Fee Application           .40     90.00

08/11/03 MEF Fee Application - revise 17th Monthly Fee        2.00    450.00
             Application

08/12/03 MEF Pacer search - Certificate of No Objection re:   .30     67.50
             May 2003 fee application

08/12/03 MEF Review Certificate of No Objection re: May 2003  .20     45.00
             fee application

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680            Page        18
INVOICE NO.             20910
```

08/12/03 MEF Review transcript of 7/28/03 hearing before          .40      90.00
             Judge Fitzgerald

08/20/03 MEF Review file re: analysis of payments re:             .80     180.00
             monthly and quarterly fee applications

08/25/03 MEF Review e-mail from L. Ferdinand regarding draft      .20      45.00
             spreadsheet for 8th quarterly

08/25/03 MEF Review draft spreadsheet for 8th quarterly           .20      45.00

08/25/03 MEF E-mail to L. Ferdinand regarding no objections       .20      45.00
             to 8th quarterly spreadsheet

08/27/03 MEF Fee Application - Pacer search regarding CNO         .30      67.50

08/27/03 MEF Review CNO for June 2003 Fee Application            .20      45.00
                                                                      -------------
                              Subtotal:                               3,490.00

**Travel Non-Work**

08/11/03 JKK Traveled to and from court in Newark to deliver    1.30      91.00
             additional documents for motion hearing
                                                                      -------------
                              Subtotal:                                  91.00


                                                                      -------------
Total Fees:                                                          61,246.00

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680                    Page    19
INVOICE NO.             20910
```

          Disbursements


Travel Expense

```
08/31/03 Travel Expense  JMA (7/16 TRAIN )              (45.00)
08/31/03 Travel Expense JKK 8/11                         14.80

                                    SUBTOTAL:           (30.20)
```

Costs Advanced

```
08/21/03 Costs Advanced - MCGUIRE, CHARLES P 8/21/03    61.60

                                    SUBTOTAL:            61.60

08/31/03 Photocopies                                   375.45
08/31/03 Faxes                                         128.00
08/31/03 Telephone                                     160.38
08/31/03 Additional Staff Time                         186.70
08/31/03 Computer Searches                             578.47
08/31/03 Federal Express                               475.60
                                                      -------------
Total Costs                                             1,936.00
                                                      -------------
Total Due this Matter                                    63,182.00
=============
```

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.            734680                       Page      20
INVOICE NO.           20910
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*      RATE    HOURS              FEES
J M AGNELLO                        340.00   125.70         42738.00
M E FLAX                           225.00    37.70          8482.50
JK KUBERT                          140.00     1.30            91.00
RC SCRIVO                          210.00    47.20          9912.00
LAURA FLORENCE                      75.00      .30            22.50
                          TOTALS           212.20         61246.00
```