IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: October 8, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

*Intercat v. Nol-Tec*
**Civil Action No.: 2:02CV408JM**
**United States District Court**
**Northern District of Indiana**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/02/03 | DRB | Correspondence drafted and sent to Intercat regarding revisions to draft protective order | 0.50 |
| 07/09/03 | DRB | Preparation of protective order | 0.70 |
| 07/11/03 | DRB | Preparation of protective order | 0.50 |
| 07/11/03 | DRB | Communication with Noltec's counsel regarding document production | 0.50 |
| 07/14/03 | DRB | Coordination with Grace for production of documents in response to discovery requests | 0.70 |
| 07/14/03 | DRB | Preparation of objections and responses to Intercat's discovery requests | 4.50 |
| 07/15/03 | DRB | Preparation of response and objections to Intercat's discovery request | 4.50 |
| 07/15/03 | DRB | Coordination with Grace for product of documents | 0.50 |
| 07/16/03 | DRB | Advice to Grace technical representatives regarding collection of documents for production to Intercat | 0.50 |
| 07/16/03 | DRB | Preparation of responses and objections to Intercat's discovery request | 0.80 |
| 07/17/03 | LL | Attendance and assistance to the organization of discovery documents to be scanned into our system for the preparation files and set up of the intra-net | 3.50 |
| 07/18/03 | LL | Attendance and assistance to the organization of discovery documents to be scanned into system for internal case management. | 4.00 |
| 07/21/03 | DRB | Strategy with co-defense counsel regarding motion to transfer | 0.50 |
| 07/21/03 | FTC | Reviewed and edited Grace's Responses to Plaintiffs' First Set of Requests for Production of Documents and Things in preparation for filing said responses. | 1.00 |
| 07/21/03 | DRB | Finalization and service of Grace's objections to Intercat's document requests | 0.50 |
| 07/23/03 | DRB | Travel to and back from Indiana to attend Court hearing on Nol-Tec's motion to transfer. | 3.00 |
| 07/23/03 | DRB | Preparation for and attendance to Court hearing on 7/23/03 regarding Nol Tec's Motion to Transfer | 4.90 |
| 07/23/03 | FTC | Reviewed and considered the conclusions of the opinion of non-infringement issued by Ratner Prestia relating to U.S. patent no. 5,389,236 and the Nol Tec catalyst injection systems. | 1.40 |
| 07/23/03 | DRB | Analysis of non-infringement positions | 1.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/24/03 | DRB | Analysis of Nol-Tec production documents | 2.50 |
| 07/29/03 | GHL | Fee application, Applicant -- preparation of fee application and expense detail for June 2003 | 0.80 |
| 07/29/03 | BAC | Research and memorandum on infringement issues as advanced by Intercat. | 4.50 |
| 07/29/03 | GHL | Review of notes of interviews with refinery operators regarding operation of catalyst loaders; | 0.50 |
| 07/29/03 | GHL | Review of Intercat's responses to Grace's First Rule 34 Requests; | 0.30 |
| 07/31/03 | FTC | Conducted on-line search for information relating to bulk weighing systems. | 1.50 |
| 07/31/03 | FTC | Reviewed prior-art references. | 3.50 |
| 07/31/03 | GHL | Development of defenses to Intercat's infringement charges; associated review of patent in suit and information on refinery use of Nol-Tec loaders; | 1.50 |
| 07/31/03 | FTC | Reviewed trip report concerning details of field operation of Nol-Tec loaders. | 0.30 |

                           SERVICES                      $       14,157.50

| Code | Name | Hours | | Rate |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 3.10 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 26.90 | hours at $ | 360.00 |
| FTC | FRANK T. CARROLL | 7.70 | hours at $ | 250.00 |
| LL | LARRY LABELLA | 7.50 | hours at $ | 120.00 |
| BAC | BRIAN A. COCCA | 2.00 | hours at $ | 150.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 25.34 |
| PHOTOCOPYING | 179.55 |
| COMPUTER SEARCH | 124.50 |
| TRAVEL & EXPENSES (See attached detail) | 1,505.45 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 1,834.84 |
| SERVICE TOTAL | $ | 14,157.50 |
| **INVOICE TOTAL** | $ | 15,992.34 |

Travel and Expense: Vendor David Bailey

| | | |
|---|---|---:|
| 7/23/03 | Travel and Expense: Vendor David Bailey | |
| | **Transportation:** Purpose of trip: Attend Court hearing regarding Motion to Transfer Venue in the Northern District of Indiana | |
| | 7/23/03   USAir Flight 1775 (coach travel)<br>Philadelphia to Chicago<br>USAir Flight 970<br>Chicago to Philadelphia (coach travel) | $1,348.00 |
| | **Car Rental** – Transportation from airport to Courthouse | $ 91.25 |
| | **Tolls:** | $ 5.00 |
| | **Parking:** | $ 16.00 |
| | **Gas:** | $ 14.62 |
| | **Meals:** | |
| |    Breakfast | $ 5.50 |
| |    Lunch | $ 9.50 |
| |    Dinner | $ 15.58 |
| | TOTAL EXPENSE: | $1,505.45 |