IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Oct. 8 , 2003 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. GRACE & COMPANY                     September 9, 2003
5400 BROKEN SOUND BLVD., N.W.            Invoice No. 20910
BOCA RATON, FL  33487                    Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


          For Professional Services Rendered through   08/31/03

Matter #          734680.1      VS. ALLIED SIGNAL


## Litigation and Litigation Consulting

| | | |
|---|---:|---:|
| 08/01/03 JMA Phone - J. Stewart re: Supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Phone - R. Senftleben re: status | .20 | 68.00 |
| 08/01/03 JMA Phone - A. Nagy re: status | .10 | 34.00 |
| 08/01/03 JMA RCRA Fee Petition - phone - K. Millian re: Scheduling Order | .30 | 102.00 |
| 08/01/03 JMA Phone - B. Hughes re: meeting with Special Master | .30 | 102.00 |
| 08/01/03 JMA Receipt and review email from J. Stewart re: supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Receipt and review email from B. Hughes re: meeting with Special Master | .10 | 34.00 |
| 08/01/03 JMA Review all prior correspondence and motions re: Honeywell/Roned settlement | 2.00 | 680.00 |
| 08/01/03 JMA Letter to Judge Cavanaugh re: Honeywell/Roned settlement | 1.60 | 544.00 |
| 08/01/03 JMA Revisions to letter to Judge Cavanaugh re: Honeywell/Roned settlement | .90 | 306.00 |
| 08/01/03 JMA Phone - K. Coakley re: cleanup standards | .30 | 102.00 |
| 08/01/03 JMA Appeal - letter to Third Circuit Case Manager - Final Judgment Appeal | .60 | 204.00 |
| 08/01/03 JMA Appeal - conference with MEF re: dismissal of first appeal | 1.00 | 340.00 |
| 08/01/03 JMA Appeal - Revisions to letter to Case Manager - Final Judgment Appeal | .40 | 136.00 |
| 08/01/03 MEF Conference with JMA re: dismissal of 1st appeal | 1.00 | 225.00 |

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680              Page        2
INVOICE NO.             20910
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/03 | MEF | Review correspondence re: Roned/Honeywell proposed consent orders in connection with letter to Judge Cavanaugh | .50 | 112.50 |
| 08/01/03 | MEF | Review and revise letter to Judge Cavanaugh re: Roned/Honeywell settlement and proposed consent orders | .40 | 90.00 |
| 08/04/03 | JMA | Conference with B. Hughes re: financial assurance, suersedeas bond, meeting with Special Master | .40 | 136.00 |
| 08/04/03 | JMA | Review of K. Brown analysis of soil mix wall vs. sheet piling | .80 | 272.00 |
| 08/04/03 | JMA | Preliminary review of draft bid documents for transportation, treatment and disposal; groundwater, wastewater treatment plant; demolition, excavation, backfill; operations and management; sheet piling | 1.00 | 340.00 |
| 08/04/03 | JMA | Receipt and review letter from K. Coakley | .20 | 68.00 |
| 08/04/03 | JMA | Receipt and review letter from B. Terris to Judge Cavanaugh and attachments re: Roned/Honeywell settlement | .70 | 238.00 |
| 08/04/03 | JMA | RCRA Fee Petition - receipt and review letter from D. Field to Judge Cavanaugh with proposed Scheduling Order | .30 | 102.00 |
| 08/04/03 | JMA | Receipt and review letter from D. Mairo to Judge Cavanaugh | .10 | 34.00 |
| 08/04/03 | JMA | Receipt and review First Progress Report of Special Master | .40 | 136.00 |
| 08/04/03 | JMA | Receipt and review letter from J. Stewart to Clerk with Honeywell opposition to Financial Assurance Recommendation | .80 | 272.00 |
| 08/04/03 | JMA | Appeal - Conference with MEF re: consolidation/dismissal issue | .60 | 204.00 |
| 08/04/03 | JMA | Review Supersedeas Bond correspondence and documents for conference call | .60 | 204.00 |
| 08/04/03 | JMA | Conference call with J. Stewart re: Supersedeas Bond | .40 | 136.00 |
| 08/04/03 | MEF | Review Honeywell's motion to consolidate appeals | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680            Page        3
INVOICE NO.             20910
```

| | | | |
|---|---|---|---|
| 08/04/03 MEF | Research premature appeals, consolidate, dismissal | 1.50 | 337.50 |
| 08/04/03 MEF | Appeal – t/c with A. Laws re: consolidation motion | .30 | 67.50 |
| 08/04/03 MEF | Begin drafting response to motion to consolidate and motion to dismiss | 1.80 | 405.00 |
| 08/04/03 MEF | Conf with JMA re: appeal/consolidation motion | .30 | 67.50 |
| 08/04/03 RCS | Review and compare differences between May 15 Opinion and June 30 Final Judgment; meeting with JMA re: same | .70 | 147.00 |
| 08/05/03 JMA | Review correspondence and submission re: Honeywell work Plan for meeting with Special Master | 1.50 | 510.00 |
| 08/05/03 JMA | Meeting with Grace representatives and B. Hughes in preparation for meeting with Special Master | 2.00 | 680.00 |
| 08/05/03 JMA | Attend meeting with Special Master and representatives of all parties | 6.00 | 2040.00 |
| 08/05/03 JMA | Meeting with Grace representatives and B. Hughes re: issues presented at 8/5/03 meeting with Special Master and all parties | 2.00 | 680.00 |
| 08/05/03 MEF | Appeal – Continue drafting response in opposition to Honeywell's motion to consolidate and in support of motion to dismiss | 3.50 | 787.50 |
| 08/05/03 MEF | T/cs with Alyssa at Judge Cavanaugh's re: 8/11/03 hearing | .40 | 90.00 |
| 08/05/03 MEF | T/c with JMA re: 8/11/03 hearing | .20 | 45.00 |
| 08/05/03 RCS | Site visit to ECARG Property to accompany representatives from Lewis Berger & Assoc. (Senator Torricelli's environmental consultants) and James Wong | 3.40 | 714.00 |
| 08/06/03 JMA | Review Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 JMA | Draft memo/list re: Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 JMA | Meeting with Grace representatives and B. Hughes re: preparation for meeting with Special Master | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                     September 9, 2003
Client No.                734680              Page         4
INVOICE NO.               20910
```

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/03 | JMA | Attend meeting with Special Master and representatives of all parties | 5.20 | 1768.00 |
| 08/06/03 | JMA | Meeting with Grace representatives and B. Hughes re: issues raised at Special Master meeting | 1.00 | 340.00 |
| 08/06/03 | JMA | Conference with B. Hughes re: Honeywell motion to stay | .50 | 170.00 |
| 08/06/03 | MEF | Email to all counsel re: 8/11/03 hearing | .20 | 45.00 |
| 08/06/03 | MEF | Email from D. Field re: issue on for hearing | .20 | 45.00 |
| 08/06/03 | MEF | Email to D. Field re: issues on for hearing | .30 | 67.50 |
| 08/06/03 | MEF | Review letter from D. Field re: additional info for RCRA fee petition | .40 | 90.00 |
| 08/06/03 | RCS | Meeting with JMA re: Honeywell motion for partial stay | .20 | 42.00 |
| 08/06/03 | RCS | T/cs with Mike Williams, Esq. re: assignment to respond to Honeywell motion for partial stay | .80 | 168.00 |
| 08/06/03 | RCS | Review and analyze Honeywell's brief and affidavit in support of motion for partial stay of injunctive relief pending appeal | 2.50 | 525.00 |
| 08/06/03 | RCS | Research to oppose Honeywell's motion for partial stay | 3.50 | 735.00 |
| 08/07/03 | JMA | Review Honeywell Work Plan re: letter to Judge Cavanaugh re: Roned/Honeywell settlement | 1.00 | 340.00 |
| 08/07/03 | JMA | Letter to Judge Cavanaugh re: Roned/Honeywell settlement | 1.20 | 408.00 |
| 08/07/03 | JMA | Revisions to letter to Judge Cavanaugh re: Roned/Honeywell settlement | .80 | 272.00 |
| 08/07/03 | JMA | Appeal – review Honeywell motion to consolidate | .40 | 136.00 |
| 08/07/03 | JMA | Phone – R. Senftleben re: Honeywell motion to stay | .30 | 102.00 |
| 08/07/03 | JMA | Appeal – review of and comments to opposition to consolidate and motion to dismiss appeal | 1.40 | 476.00 |
| 08/07/03 | JMA | Conference with MEF re: revisions to opposition to consolidate and motion to dismiss appeal | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                  September 9, 2003
Client No.                  734680              Page      5
INVOICE NO.                 20910
```

| | | | |
|---|---|---|---|
| 08/07/03 MEF | Appeal - Conf. with JMA re: opposition to Honeywell motion to consolidate and motion to dismiss appeal 03-2670 | 1.00 | 225.00 |
| 08/07/03 MEF | Appeal - revise and finalize motion papers re: Honeywell motion to consolidate and Grace motion to dismiss | 2.20 | 495.00 |
| 08/07/03 MEF | Email to/from CHM re: 8/11/03 hearing | .30 | 67.50 |
| 08/07/03 MEF | RCRA Fee App - begin review of itemized expenses re: Honeywell's request | .50 | 112.50 |
| 08/08/03 JMA | Review notes of August 5 and August 6 meetings with Special Master re: Honeywell letter on expedited items | 1.00 | 340.00 |
| 08/08/03 JMA | Phone - C. Marraro re: status update | .60 | 204.00 |
| 08/08/03 JMA | Phone - counsel for Special Master | .40 | 136.00 |
| 08/08/03 JMA | Phone - J. Stewart re: Supersedeas Bond | .20 | 68.00 |
| 08/08/03 JMA | Review of and comments to letter from Honeywell with proposed expedited items | 1.00 | 340.00 |
| 08/08/03 JMA | Receipt and review letter from S. German to Clerk | .10 | 34.00 |
| 08/08/03 JMA | Receipt and review letter from S. German to Judge Cavanaugh | .10 | 34.00 |
| 08/08/03 JMA | Receipt and review Riverkeeper reply brief re: motion to enter judgment in Riverkeeper and Supreme Court case cited in reply brief | 1.20 | 408.00 |
| 08/08/03 JMA | Receipt and review letter from D. Field to Clerk | .10 | 34.00 |
| 08/08/03 JMA | Receipt and review Honeywell Supplemental response re: Financial Assurances | 1.00 | 340.00 |
| 08/08/03 JMA | RCRA Fee Petition - review Honeywell request for supplemental information | .40 | 136.00 |
| 08/08/03 JMA | Review Berger Group resumes and materials | .60 | 204.00 |
| 08/08/03 JMA | RCRA Fee Petition - receipt and review executed Scheduling Order | .20 | 68.00 |
| 08/08/03 MEF | Email from WFH re: electronic version of Findings of Fact and Conclusions of Law | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                734680              Page        6
INVOICE NO.               20910
```

08/08/03 MEF Email to WFH re: electronic version of Findings    .20    45.00
             of Facts and Conclusions of Law

08/08/03 MEF RCRA Fee Petition - review detailed expenses      1.00   225.00

08/11/03 JMA Review pleadings and correspondence for hearing   1.50   510.00
             before Judge Cavanaugh

08/11/03 JMA Attend hearing before Judge Cavanaugh on          3.50  1190.00
             Financial Assurance, Riverkeeper Judgment and
             Honeywell/Roned RCRA claim settlement

08/11/03 JMA Appeal - conference with C. Marraro re: status    1.50   510.00
             of motion practice, potential motion to
             stay/expedited appeal

08/11/03 JMA RCRA Fee Petition - conference with C. Marraro    2.00   680.00
             and MEF re: Honeywell supplemental information
             request

08/11/03 JMA Conference with C. Marraro re: status of         2.50   850.00
             remedial activities and strategy for Work Plan

08/11/03 JMA Conference call with R. Senftleben and C.          .50   170.00
             Marraro

08/11/03 MEF RCRA Fee Petition - t/c with JMA re: response      .30    67.50
             to D. Field request for back up

08/11/03 MEF RCRA Fee Petition - work on response to D.         .50   112.50
             Field request for back-up

08/11/03 MEF RCRA Fee Petition - conf with RSC re: Wallace      .30    67.50
             King response to D. Field request for back-up

08/11/03 MEF Review Rules 29 and 29.1 re: amicus curiae        .50   112.50

08/11/03 MEF Memo to JMA and CHM re: amicus curiae             .50   112.50

08/11/03 MEF Conference with CHM re: results of hearing        .40    90.00

08/11/03 MEF RCRA Fee Petition - Conference with CHM and JMA   .60   135.00
             re: response to D. Field request for back up

08/11/03 MEF Review Honeywell's proposed supersedeas bond,    .60   135.00
             affidavit of justification and order approving
             supersedeas bond

08/11/03 MEF Voicemail - C. McGuire re: transcript of          .20    45.00
             hearing

08/11/03 MEF T/c with M. Caffrey re: Supersedeas Bond,         .20    45.00
             Affidavit and Order

```
W.R. GRACE & COMPANY                                   September 9, 2003
Client No.                    734680            Page        7
INVOICE NO.                   20910
```

08/11/03 RCS RCRA fee petition - meetings with MEF re:           .30    63.00
             coordinating document production with Wallace
             King

08/11/03 RCS RCRA fee petition - t/c with Tamara Parker at       .30    63.00
             Wallace King re: document production

08/11/03 RCS Receipt and review of memorandum of law from        .70   147.00
             Mike Williams, Esq.

08/11/03 RCS Review Court's Amended Opinion in conjunction        .70   147.00
             with rebutting Honeywell's position that
             injunctive relief unavailable under strict
             liability cause of action

08/11/03 RCS Research whether injunctive relief available        2.50   525.00
             under strict liability cause of action

08/11/03 RCS Start drafting outline re: rebutting               1.00   210.00
             Honeywell's motion for partial stay pending
             appeal

08/12/03 JMA Letter to L Walsh re: Grace Defendants'             2.30   782.00
             response to Honeywell proposed expedited items

08/12/03 JMA Receipt and review email from R. Senftleben          .20    68.00

08/12/03 JMA Appeal - receipt and review memo from MEF re:        .20    68.00
             amicus issues

08/12/03 JMA Receipt and review letter from J. Kyles at           .50   170.00
             Parsons with 2003 groundwater data, boring
             logs, storm water data

08/12/03 JMA Phone - C. Marraro re: groundwater data, etc.        .30   102.00

08/12/03 JMA Letter to C. Marraro and K. Brown                    .20    68.00

08/12/03 JMA Receipt and review email from B. Terris and K.       .40   136.00
             Millian with chromium sediment distribution
             NY/NJ harbor

08/12/03 JMA Receipt and review TCLP and pH chart from K.         .30   102.00
             Brown

08/12/03 JMA RCRA Fee Petition - phone - C. Marraro re:           .30   102.00
             supplemental information demand

08/12/03 JMA RCRA Fee Petition - phone - C. Marraro and D.        .30   102.00
             Field re: supplemental information demand

08/12/03 JMA Receipt and review letter from M. Daneker re:        .20    68.00
             deposition of Riverkeeper

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                   Page       8
INVOICE NO.             20910
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: supplemental information from experts | .20 | 68.00 |
| 08/12/03 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh with proposed  Order re: Honeywell/Roned settlement | .30 | 102.00 |
| 08/12/03 | JMA | Review Honeywell/Roned motion file | .40 | 136.00 |
| 08/12/03 | JMA | Phone - C. Marraro re: Honeywell/Roned Order dismissing claims against each other | .30 | 102.00 |
| 08/12/03 | JMA | Letter to Judge Cavanaugh re: Honeywell/Roned Order | .30 | 102.00 |
| 08/12/03 | JMA | Revisions to letter to Judge Cavanaugh | .30 | 102.00 |
| 08/12/03 | MEF | Voice mail - M. Caffrey re: supersedeas bond | .20 | 45.00 |
| 08/12/03 | MEF | T/c with M. Caffrey re: documentation for bond | .20 | 45.00 |
| 08/12/03 | RCS | Continued research re: injunctive relief granted for strict liability claims in order to oppose Honeywell's motion for partial stay | 3.00 | 630.00 |
| 08/12/03 | RCS | RCRA - Fee Petition - telephone communications with Tamara Parker re: coordinating production of documents requested by Honeywell | .20 | 42.00 |
| 08/13/03 | JMA | Receipt and review Order granting Special Master's 1st Fee Application | .20 | 68.00 |
| 08/13/03 | JMA | Receipt and review Order approving retention of L. Berger Group | .20 | 68.00 |
| 08/13/03 | JMA | Revisions to letter to counsel for Special Master re: Honeywell expedited items | 2.00 | 680.00 |
| 08/13/03 | JMA | Phone - C. Marraro re: letter re: Honeywell expedited items | .40 | 136.00 |
| 08/13/03 | JMA | Phone - counsel for Special Master | .30 | 102.00 |
| 08/13/03 | JMA | RCRA Fee Petition - preliminary review of draft response to Honeywell request for supplemental information on RCRA Fee Petition | .60 | 204.00 |
| 08/13/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: Honeywell request for supplemental information | .40 | 136.00 |
| 08/13/03 | RCS | T/c with Rebecca Shuller, Esq. re: production of documents in response to Honeywell's requests for back up data | .30 | 63.00 |

```
W.R. GRACE & COMPANY                                      September 9, 2003
Client No.                 734680               Page        9
INVOICE NO.                20910
```

08/13/03 RCS Continued research re: injunctive relief          1.50    315.00
             granted upon claim of New Jersey common law
             strict liability

08/13/03 RCS Preparation of draft memorandum of law re:        6.50   1365.00
             availability of injunctive relief upon
             successful claim under strict liability in
             response to Honeywell's motion for partial stay
             pending appeal

08/14/03 JMA Phone - C. Marraro re: Honeywell immediate         .30    102.00
             action items

08/14/03 JMA RCRA Fee Petition - phone - A. Shahinian re:       .20     68.00
             Affidavit of Market Rates

08/14/03 JMA Receipt and review letter from K. Coakley with     .20     68.00
             proposed Stipulation

08/14/03 JMA Review file documents in connection with review   1.70    578.00
             and comments to Special Master proposed
             Stipulation as to immediate action items

08/14/03 JMA Receipt and review letter from B. Mueller to       .20     68.00
             Judge Cavanaugh

08/14/03 JMA Phone - B. Mueller and C. Marraro re: form of      .40    136.00
             Order dismissing Roned/Honeywell crossclaims

08/14/03 JMA Phone - C. Marraro re: form of Order dismissing    .20     68.00
             Roned/Honeywell crossclaims

08/14/03 JMA Phone - L. Walsh, T. Lewis, C. Marraro re:         .80    272.00
             Proposed Stipulation on immediate action items

08/14/03 JMA RCRA Fee Petition - comments to Grace draft       1.50    510.00
             response to Honeywell request for supplemental
             information

08/14/03 JMA Phone - C. Marraro re: finalize Grace's request   1.70    578.00
             to Honeywell request for supplemental
             information

08/14/03 JMA Phone  - D. Field and C. Marraro                   .20     68.00

08/14/03 JMA Phone - B. Mueller's secretary                     .10     34.00

08/14/03 JMA Phone - C. Marraro re: Supersedeas Bond            .20     68.00

08/14/03 RCS Continued draft of memorandum of law in           5.00   1050.00
             opposition to Honeywell's motion for partial
             stay

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.                    734680          Page        10
INVOICE NO.                   20910
```

08/14/03 RCS Meeting with JMA re: response to Honeywell's        .20     42.00
             motion to consolidate appeals

08/14/03 RCS Research re: motion to consolidate the appeals     1.50    315.00
             - response to Honeywell's motion to consolidate
             - caselaw and Fed. Rules of Appellate Procedure

08/15/03 JMA Receipt and review Order approving Special          .30    102.00
             Master and professional fees

08/15/03 JMA Receipt and review letter from L. Walsh             .10     34.00

08/15/03 JMA Receipt and review Order approving of L. Berger     .20     68.00

08/15/03 JMA Receipt and review Honeywell Third Progress         .40    136.00
             Report

08/15/03 JMA Receipt and review email from M. Obradovic with     .40    136.00
             letter from DEP

08/15/03 JMA Receipt and review Order re: Honeywell/Roned        .20     68.00
             Settlement

08/15/03 JMA Receipt and review letter from L. Walsh to T.       .10     34.00
             Milch

08/15/03 JMA Review transcript of hearing on 8/11/03 re:         .50    170.00
             financial Assurance issue

08/15/03 JMA Receipt and review letter from D. Field to K.       .10     34.00
             Millian

08/15/03 JMA Receipt and review letter from J. Kyles             .20     68.00

08/15/03 JMA Receipt and review reports, contracts and field    1.00    340.00
             data from Parsons

08/15/03 JMA Phone - M. Caffrey re: Supersedeas Bond             .20     68.00

08/15/03 JMA Phone - C. Marraro re: Honeywell motion to stay     .20     68.00

08/15/03 JMA Receipt and review Honeywell notice of motion       .20     68.00
             to stay judgment

08/15/03 JMA Receipt and review Honeywell memorandum in         2.80    952.00
             support of motion to stay and selected cases
             cited therein

08/15/03 JMA Receipt and review Declaration of T. Fischer in    1.10    374.00
             support of motion to stay

08/15/03 JMA Receipt and review proposed stay order             .10     34.00

```
W.R. GRACE & COMPANY                                      September 9, 2003
Client No.                  734680              Page         11
INVOICE NO.                 20910
```

08/15/03 RCS Meeting with JMA re: reply to Honeywell's          .20    42.00
             response on motion to consolidate appeals

08/15/03 RCS Continued research re: replying to Honeywell's    2.00   420.00
             response on motion to consolidate

08/15/03 RCS Preparation of legal memorandum replying to       2.50   525.00
             Honeywell's response on motion to consolidate
             appeals

08/16/03 JMA Receipt and review letter from T. Milch to         .10    34.00
             Third Circuit Clerk

08/16/03 JMA Review of Honeywell reply to Grace motion to       .40   136.00
             dismiss Appeal 03-2760

08/16/03 JMA Review cases cited by Honeywell in reply          1.40   476.00

08/16/03 JMA Preparation of Grace reply - Grace motion to      2.70   918.00
             dismiss

08/16/03 JMA Letter to Clerk of Third Circuit                   .30   102.00

08/18/03 JMA Receipt and review letter from Parsons to          .10    34.00
             Special Master

08/18/03 JMA Receipt and review Honeywell Geophysical Work     1.00   340.00
             Plan

08/18/03 JMA Receipt and review letter from Special Master      .20    68.00
             re: Work Plan

08/18/03 JMA Receipt and review letter from W. Mueller to       .20    68.00
             Judge Cavanaugh

08/18/03 JMA Receipt and review letter from S. German to M.     .10    34.00
             Haneker

08/18/03 JMA RCRA Fee Petition - receipt and review letter      .30   102.00
             from C. Marraro to D. Field in response to
             demand for information

08/18/03 JMA Receipt and review letter from C. Marraro to K.    .50   170.00
             Coakley with revisions to Stipulation -
             Immediate Action Items

08/18/03 JMA Receipt and review letter from K. Coakley to       .10    34.00
             Clerk

08/18/03 JMA Receipt and review notice of motion re: Special    .20    68.00
             Master Second Fee Application

08/18/03 JMA Receipt and review Special Master's Second Fee    .40    136.00
             Application

08/18/03 JMA Receipt and review proposed order                .10     34.00

08/18/03 RCS T/c with JMA re: obtaining Honeywell-Roned        .40     84.00
             Settlement Order

08/18/03 RCS T/c to clerk's office re: Honeywell-Roned         .20     42.00
             Settlement Order

08/18/03 RCS Receipt and review of Honeywell-Roned            .20     42.00
             Settlement Order; annex to reply

08/19/03 JMA Phone - C. Marraro re: Grace opposition to        .30    102.00
             Honeywell motion to stay

08/19/03 RCS T/c with Kim Harris at NJ Lawyer's Fund for       .20     42.00
             Client Protection re: updating pro hac vice
             admissions of Bill Hughes, Esq. and Rick
             Wallace, Esq.

08/19/03 RCS Memorandum to MEF re: NJ Lawyer's Fund for        .30     63.00
             Client Protection to update pro hac vice
             admission form W. Hughes and R. Wallace

08/20/03 JMA Receipt and review letter from M. Daneker to D.   .30    102.00
             Mairo re: site data

08/20/03 JMA Receipt and review letter from B. Terris to       .30    102.00
             counsel for Special Master re: changes to
             stipulation - immediate action items

08/20/03 JMA Receipt and review letter from M. Daneker to K.   .40    136.00
             Coakley re: changes to stipulation - immediate
             action items

08/20/03 JMA Receipt and review letter from M. Daneker to      .20     68.00
             Special Master's counsel re: ICO comments to
             stipulation - immediate action items

08/20/03 JMA Receipt and review letter from S. German to       .70    238.00
             Special Master with groundwater data
             (intermediate zone)

08/20/03 JMA RCRA Fee Petition - receipt and review ICO        .60    204.00
             letter response to Honeywell request for
             additional information

08/20/03 JMA Receipt and review letter from S. German to       .40    136.00
             counsel for Special Master re: Financial
             Assurance Order

```
W.R. GRACE & COMPANY                                  September 9, 2003
Client No.                 734680              Page        13
INVOICE NO.                20910
```

08/20/03 JMA Receipt and review letter from S. German to M.     .10    34.00
             Daneker

08/20/03 JMA Receipt and review ICO response to Honeywell       .40   136.00
             RPD - Riverkeeper

08/20/03 RCS Correspondence from Mike Williams, Esq. re:        .20    42.00
             draft response to Honeywell's motion for
             partial stay

08/20/03 RCS Continued prep of response to Honeywell's         2.00   420.00
             motion for partial stay, revise and edit same

08/21/03 JMA Receipt and review letter from S. German to        .20    68.00
             Judge Cavanaugh re: extension of time for ICO
             opposition to motion to stay

08/21/03 RCS Continued prep of brief in support of response    1.50   315.00
             to Honeywell's motion for partial stay

08/22/03 JMA Phone - counsel for Special Master                 .20    68.00

08/22/03 JMA Review and revise Grace opposition to Honeywell   4.50  1530.00
             motion to stay

08/22/03 JMA Phone - C. Marraro re: ICO time extension          .30   102.00
             request

08/22/03 JMA Phone - C. Marraro and S. German re: ICO time      .30   102.00
             extension request

08/22/03 JMA Receipt and review email from D. Field re: ICO     .10    34.00
             extension request

08/22/03 JMA Phone - S. German re: ICO extension request        .20    68.00

08/22/03 JMA Receipt and review letter from M. Daneker to K.    .30   102.00
             Coakley

08/22/03 JMA Phone - C. Marraro re: Grace opposition to         .50   170.00
             motion to stay

08/22/03 JMA Receipt and review email from S. German re:        .20    68.00
             motion to stay - extension for ICO

08/22/03 JMA Receipt and review letter from M. Daneker to       .40   136.00
             Special Master re: intermediate groundwater
             issues

08/22/03 JMA Receipt and review email from counsel for          .50   170.00
             Special Master and revised stipulation re:
             immediate action items

W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680              Page        14
INVOICE NO.             20910

08/22/03 MEF Prepare notices of change of address (3)          .30      67.50

08/25/03 JMA Review cases cited in Honeywell motion to stay   1.20     408.00

08/25/03 JMA Revise and finalize Grace brief in opposition    1.30     442.00
             to motion to stay

08/25/03 JMA Execute Grace brief in opposition to Honeywell    .20      68.00
             motion to stay

08/25/03 JMA Review and revise proposed order denying          .30     102.00
             Honeywell motion to stay

08/25/03 JMA Revisions to Grace opposition to motion to stay  3.20    1088.00

08/25/03 JMA Phone conference with C. Marraro re: Grace       1.80     612.00
             opposition to motion to stay

08/25/03 JMA Phone conference with C. Marraro and M.           .40     136.00
             Williams re: Grace opposition to motion to stay

08/25/03 MEF Letters (3) to clerk filing Notice of Address     .50     112.50
             Change

08/25/03 MEF Prepare Certificate of Service regarding          .20      45.00
             opposition to Honeywell Motion for Partial Stay

08/25/03 MEF Letter to clerk and letter to Judge Cavanaugh     .30      67.50
             regarding Grace's Opposition to Motion to Stay

08/25/03 MEF Research United States of America v. Fort Pitt    .30      67.50
             case

08/25/03 MEF Prepare proposed Order denying Honeywell Motion   .40      90.00
             for Partial Stay pending appeal

08/25/03 MEF Finalize opposition to Honeywell Motion for       .60     135.00
             Partial Stay pending appeal

08/25/03 RCS Meetings with John Agnello, Esq. regarding        .40      84.00
             James Wong's testimony regarding 240 ppm
             cleanup standard.

08/25/03 RCS Review James Wong's trial testimony regarding    1.00     210.00
             cleanup standard and viability of cap as a
             permanent remedy to oppose Honeywell's motion
             for partial stay.

08/25/03 RCS Preparation of memorandum to John Agnello, Esq.   .30      63.00
             regarding synopsis of Wong's testimony.

```
W.R. GRACE & COMPANY                            September 9, 2003
Client No.            734680              Page      15
INVOICE NO.           20910
```

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 08/25/03 | RCS | Review James Wong's trial testimony as ICO witness regarding cleanup standard and viability of cap as permanent remedy to oppose Honeywell's motion for partial stay. | 1.00 | 210.00 |
| 08/25/03 | LF | Hand delivery of brief to opposing counsel | .30 | 22.50 |
| 08/26/03 | JMA | Phone - C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/26/03 | JMA | Phone - M. Caffrey re: Supersedeas Bond and deposition of B. Sheehan | .30 | 102.00 |
| 08/26/03 | JMA | Receipt and review letter from L. Walsh to T. Milch re: item specific work plan - geophysical testing | .40 | 136.00 |
| 08/27/03 | JMA | Letter to C. Marraro re: reports, etc. from Parsons | .20 | 68.00 |
| 08/27/03 | JMA | Letter to C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/27/03 | JMA | Receipt and review email from W. Mueller re: stipulation | .10 | 34.00 |
| 08/27/03 | JMA | Appeal - receipt and review letter from D. Field to District Court Clerk with Notice of Appeal | .30 | 102.00 |
| 08/27/03 | JMA | Appeal - receipt and review letter from D. Field with "Filed" Notice of Appeal | .10 | 34.00 |
| 08/27/03 | JMA | Appeal - receipt and review information statement from District Court re: third appeal | .20 | 68.00 |
| 08/27/03 | JMA | Appeal - letter to C. Marraro with information statement | .10 | 34.00 |
| 08/27/03 | JMA | Receipt and review letter from J. Kyles to Special Master re: Roned property fence and soil cover | .30 | 102.00 |
| 08/27/03 | JMA | Receipt and review letter from J. Kyles to Special Master with list of permits | .40 | 136.00 |
| 08/28/03 | JMA | Phone - K. Coakley's secretary | .10 | 34.00 |
| 08/28/03 | JMA | Receipt and review letter from K. Coakley with revised stipulation re: immediate action items | .40 | 136.00 |
| 08/28/03 | JMA | Receipt and review email from counsel for Special Master re: revised stipulation | .10 | 34.00 |

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680              Page       16
INVOICE NO.             20910
```

08/28/03 JMA RCRA Fee Petition – Receipt and review letter          .20     68.00
             from B. Terris to D. Field

08/28/03 JMA Receipt and review letter from L. Walsh to T.          .40    136.00
             Milch re: work plan – geophysical investigation

08/28/03 JMA Phone – K. coakley re: stipulation - immediate         .10     34.00
             action items

08/28/03 JMA Appeal – receipt and review Order from Third           .20     68.00
             Circuit re: consolidation

08/28/03 JMA Receipt and review letter from J. Kyles to             .40    136.00
             Special Master re: Honeywell contracting
             strategy

08/28/03 JMA Receipt and review letter from J. Kyles to             .10     34.00
             Special Master

08/28/03 JMA Receipt and review Honeywell documents re: IMs         .80    272.00
             and utility plan

08/28/03 JMA Phone – C. Marraro re: Honeywell Workplan              .40    136.00

08/28/03 JMA Receipt and review letter from M. Caffrey re:          .30    102.00
             Supersedeas Bond

08/28/03 JMA Review revised and executed Supersedeas Bond           .90    306.00
             and Affidavit of Justification and proposed
             Order

08/28/03 JMA Phone - M. Caffrey re: Supersedeas Bond                .40    136.00

08/28/03 JMA Phone - M. Golloday - SI Group re: Honeywell           .20     68.00
             data and geophysical plan

08/28/03 JMA Receipt and review memo from RCS re: trial             .20     68.00
             testimony on 240 ppm standard

08/28/03 JMA Receipt and review email from M. Obradovic re:         .20     68.00
             Site 157

08/28/03 JMA Receipt and review letter from K. Coakley re:          .70    238.00
             stipulation and order - immediate action items
             with redlined stipulation and order

08/28/03 JMA Receipt and review letter from K. Coakley to           .20     68.00
             Judge Cavanaugh re: financial assurance order

08/28/03 JMA Receipt and review proposed order re: financial        .80    272.00
             assurances

W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680              Page       17
INVOICE NO.             20910

08/28/03 JMA Receipt and review Local Rule 67 re: deposit of      .50      170.00
             LOC proceeds

08/29/03 JMA RCRA Fee Application - Receipt and review            .20       68.00
             letter from S. German to District Court Clerk
             with executed Terris Affidavit

08/29/03 JMA Receipt and review letter from M. Caffrey to         .30      102.00
             Judge Cavanaugh with Order and Supersedeas Bond
                                                              -------------
                                       Subtotal:                  57,665.00

**Fee Applications, Applicants**

08/01/03 MEF Fee Application - review docket re: status of        .30       67.50
             CNOs

08/01/03 MEF Fee Applications - Email to P. Cuniff re: CNO        .20       45.00
             for May Fee Application

08/04/03 MEF Email to P. Cuniff re: 7/28/03 hearing              .20       45.00

08/06/03 MEF Fee Application - review July 2003 fee detail      1.80      405.00

08/06/03 MEF Fee Application - revise 9th Quarterly App.          .60      135.00

08/07/03 MEF Review July Bill (revised)                         1.00      225.00

08/07/03 MEF Emails (2) to/from L. Ferdinand re: 8th             .40       90.00
             Quarterly spreadsheets

08/07/03 MEF Prepare 17th Monthly Fee Application              2.30      517.50

08/08/03 JMA Fee Application - review and execute Ninth          .50      170.00
             Quarterly Fee Application

08/08/03 JMA Fee Application - review and execute 17th           .50      170.00
             Monthly Fee Application

08/08/03 MEF Continue preparing 17th Monthly Fee Application   2.00      450.00

08/08/03 MEF Finalize 9th Quarterly Fee Application              .40       90.00

08/11/03 MEF Fee Application - revise 17th Monthly Fee         2.00      450.00
             Application

08/12/03 MEF Pacer search - Certificate of No Objection re:      .30       67.50
             May 2003 fee application

08/12/03 MEF Review Certificate of No Objection re: May 2003     .20       45.00
             fee application

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.              734680                Page       18
INVOICE NO.             20910
```

| Date | | Description | | |
|---|---|---|---|---|
| 08/12/03 | MEF | Review transcript of 7/28/03 hearing before Judge Fitzgerald | .40 | 90.00 |
| 08/20/03 | MEF | Review file re: analysis of payments re: monthly and quarterly fee applications | .80 | 180.00 |
| 08/25/03 | MEF | Review e-mail from L. Ferdinand regarding draft spreadsheet for 8th quarterly | .20 | 45.00 |
| 08/25/03 | MEF | Review draft spreadsheet for 8th quarterly | .20 | 45.00 |
| 08/25/03 | MEF | E-mail to L. Ferdinand regarding no objections to 8th quarterly spreadsheet | .20 | 45.00 |
| 08/27/03 | MEF | Fee Application - Pacer search regarding CNO | .30 | 67.50 |
| 08/27/03 | MEF | Review CNO for June 2003 Fee Application | .20 | 45.00 |
| | | Subtotal: | | 3,490.00 |

**Travel Non-Work**

| Date | | Description | | |
|---|---|---|---|---|
| 08/11/03 | JKK | Traveled to and from court in Newark to deliver additional documents for motion hearing | 1.30 | 91.00 |
| | | Subtotal: | | 91.00 |

```
Total Fees:                                                  61,246.00
```

```
W.R. GRACE & COMPANY                        September 9, 2003
Client No.              734680              Page    19
INVOICE NO.             20910
```

Disbursements


Travel Expense

```
08/31/03 Travel Expense  JMA (7/16 TRAIN )            (45.00)
08/31/03 Travel Expense JKK 8/11                       14.80

                                  SUBTOTAL:           (30.20)
```

Costs Advanced

```
08/21/03 Costs Advanced - MCGUIRE, CHARLES P 8/21/03   61.60

                                  SUBTOTAL:            61.60

08/31/03 Photocopies                                  375.45
08/31/03 Faxes                                        128.00
08/31/03 Telephone                                    160.38
08/31/03 Additional Staff Time                        186.70
08/31/03 Computer Searches                            578.47
08/31/03 Federal Express                              475.60
                                                 -------------
Total Costs                                           1,936.00
                                                 -------------
Total Due this Matter                               63,182.00
=============
```

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.            734680                       Page      20
INVOICE NO.           20910
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
J M AGNELLO                      340.00  125.70          42738.00
M E FLAX                         225.00   37.70           8482.50
JK KUBERT                        140.00    1.30             91.00
RC SCRIVO                        210.00   47.20           9912.00
LAURA FLORENCE                    75.00     .30             22.50
                        TOTALS           212.20          61246.00
```