IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
W.R. GRACE & CO., et al. ) Chapter 11
) Case Nos. 01-1139 through 01-1200
Debtors. )
)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Ian Connor Bifferato, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of James Donovan of Wilson, Elser, Moskowitz, Edleman & Dicker, LLP located at 150 East 42nd Street, New York, NY 10017-5639 to represent Royal Insurance in this action. The Admittee is admitted, practicing, and in good standing in the State of New York.

By: _____
Ian Connor Bifferato, I.D.# 3273
**BIFFERATO, BIFFERATO & GENTILOTTI**
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900 Telephone
(302) 429-8600 Telecopier

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
James Donovan
Wilson Elser Moskowitz Edleman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Motion Granted.

Date: _____

BY THE COURT:

_____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2003, a copy of the foregoing Motion and Order for Admission Pro Hac Vice was caused to be served by first class mail, postage prepaid upon the following:

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Richard Allen Keuler, Jr., Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

By: _____
Ian Connor Bifferato (#3273)
Megan N. Harper (#4103)
**BIFFERATO, BIFFERATO & GENTILOTTI**
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900 Telephone