IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO TWENTY-FIRST MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003
<u>[RE: DOCKET NO. 4351]</u>**

On August 28, 2003, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-First Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 4351] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 18, 2003. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Klett Rooney $14,130.40 which represents eighty percent (80%) of the total fees ($17,663.00), and $1,392.91, which represents 100% of the expenses requested in the Application

KRLSWLM: #49857 v1 - W.R. Grace: No Order CNO to KLRS 21st Fee App

upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                         **KLETT ROONEY LIEBER & SCHORLING**
                         **A Professional Corporation**

By: _/s/ Rhonda L. Thomas_
                         Teresa K. D. Currier (No. 3080)
                         Rhonda L. Thomas (No. 4053)
                         The Brandywine Building
                         1000 West St., Suite 1410
                         Wilmington, DE 19801

                         Co-Counsel to the Official Committee of
                         Equity Holders

Dated: September 22, 2003