IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 22nd day of September, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. Notice of Debtor's Motion for an Order Approving the Privileged and Confidential Settlement Agreement and Release with the Kwelmb Companies;

2. Motion for an Order Approving the Privileged and Confidential Settlement Agreement and Release with the Kwelmb Companies;

3. [Proposed] Order Approving the Privileged and Confidential Settlement Agreement and Release with the Kwelmb Companies;

Tanya Thompson

Sworn to and subscribed before
me this 22nd day of September, 2003

Notary Public
My Commission Expires: 2-20-04

**DIANE K. POTTS**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires Feb. 20, 2004

91100-001\DOCS_DE:56527.26