W. R. Grace Special Service List
for KWELB Settlement Motion
Case No. 01-1139 (JKF)
Document Number: 79265
01 – First Class Mail

First Class Mail
Christopher W. Reichow
U.S. Legal Counsel
KWELM Management Services, Ltd.
599 Lexington Avenue
Suite 1803
New York, NY 10022