## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., <u>et al.</u>[1] | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

## <u>AFFIDAVIT UNDER 11 U.S.C. 327(e)</u>
### (Potter Anderson & Corroon LLP)

| | | |
|---|---|---|
| **STATE OF DELAWARE** | ) | |
| | ) | **ss:** |
| **COUNTY OF NEW CASTLE** | ) | |

**Michael D. Goldman**, being duly sworn, upon his oath, deposes and says:

1.     I am a partner of Potter Anderson & Corroon LLP, located at 1313 N. Market Street, Wilmington, Delaware 19801 (the "Firm").

2.     The Debtors have requested that the Firm provide legal services and advice to the Debtors, and the Firm has consented to provide such services.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Interdemco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.      In connection with the representation, Debtors have supplied the Firm with a list of parties-in-interest, which is attached hereto as Exhibit A.  I caused a computer based conflict search to be run on the Debtors and these parties-in-interest.  The computer based conflict search is designed to include all matters on which Potter Anderson & Corroon LLP is presently, or has in the past been, engaged.

4.      Based upon the conflict search performed, I have determined that the Firm currently represents Norfolk Southern Railway Company in the Debtors' chapter 11 bankruptcy cases in connection with a claim based on or arising out of , *inter alia,*  (i) freight services provided to the Debtors, (ii) Debtors' kaolin manufacturing business located in Natka, South Carolina, and (iii) certain environmental liability claims related to property in Chattanooga, Tennessee, all as more fully set forth in a proof of claim filed by Norfolk Southern Railway Corporation.  Aside from its representation of Norfolk Southern Railway Company, the Firm is not currently representing any other party-in-interest in the Debtors' chapter 11 cases.   None of the services that the Firm will provide to the Debtors are related to Norfolk Southern Railway Company.  The Firm will continue to represent Norfolk Southern Railway Company in these cases.  Both Norfolk Southern Railway Company and the Debtors have consented to the concurrent representation.

5.      Based on the conflict search performed, it appears that Potter Anderson & Corroon LLP has represented or currently represents the entities listed in Exhibit B in matters wholly unrelated to the instant chapter 11 cases.

6.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

7.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates, other than as set forth in paragraph 4, above.

8.      Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

9.      Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates other than as set forth herein.

10.     The Debtors owe the Firm $-0- for prepetition services.

Executed on September 18, 2003

_Michael D. Goldman_
Michael D. Goldman

Sworn to and subscribed before me
this 18 day of September, 2003
_Ange D. Antonnen_
Notary Public
My Commission expires: 10/31/04
599862v2

3

# EXHIBIT A

A.    Debtors

The Debtors consist of the following 62 entities:

W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)
W.R. Grace & Co.-Conn.,
A-1 Bit & Tool Co., Inc., Alewife Boston Ltd.,
Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.),
CCHP, Inc., Coalgrace, Inc.,
Coalgrace II, Inc.
Creative Food 'N Fun Company
Darex Puerto Rico, Inc.,
Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company),
Ecarg, Inc.,
Five Alewife Boston Ltd.,
G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.),
G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
GEC Management Corporation,
GN Holdings, Inc.,
GPC Thomasville Corp.,
Glouserter New Communities Company, Inc.,
Grace A-B Inc.,
Grace A-B II Inc.,
Grace Chemical Company of Cuba,
Grace Culinary Systems, Inc.,
Grace Drilling Company,
Grace Energy Corporation,
Grace Environmental, Inc.,
Grace Europe, Inc.,
Grace H-G Inc.,
Grace H-G II Inc.,
Grace Hotel Services Corporation
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company,
Grace PAR Corporation,
Grace Petroleum Libya Incorporated,
Grace Tarpon Investors, Inc.,
Grace Ventures Corp.,
Grace Washington, Inc.,
W. R. Grace Capital Corporation,
W.R. Grace Land Corporation,

Gracoal, Inc.,
Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation,
Hanover Square Corporation,
Homco International, Inc.,
Kootenai Development Company,
L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, inc.),
Grace JVH, Inc.,
Asbestos Management, Inc.),
Monolith Enterprises, Incorporated,
Monroe Street, Inc.,
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.),
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.),
E&C Liquidating Corp., Emerson & Cuming, Inc.),
Southern Oil, Resin & Fiberglass, Inc.,
Water Street Corporation,
Axial Basin Ranch Company
CC Partners (f/k/a Cross Country Staffing),
Hayden-Gulch West Coal Company,
H-G Coal Company

B.     Debtors' Attorneys (general counsel and special bankruptcy counsel)

Kirkland & Elis
Pachulski, Stang, Ziehl, Young, & Jones

C.     Debtors' Other Professionals (e.g. investment banker, financial advisor, real estate
consultant, etc.) retained in connection with the Chapter 11 proceeding

Blackstone Group, L.P.
R.R. Donnelley & Sons Company
Kekst and Company Incorporated
Wachtell, Lipton, Rosen & Katz
Legal Analysis Systems, Inc.
Pitney, Hardin, Kipp & Szuch LLP
Wallace King Marraro & Branson PLLC
Nelson Mullins Riley & Scarborough, LLP
Holmes Roberts & Owen LLP
Reed Smith LLP
Kinsella Communications
Casner & Edwards, LLP
Rust Consulting, Inc.
Steptoe & Johnson

PriceWaterhouseCoopers LLP
W.D. Hilton Jr.
Carella, Byrne, Bain, Gilfillan, Cecchi, Steward & Olstein
Peter J. Solomon Co.
Bankruptcy Management Corporation

D.    Special Masters

Special Master William A. Dreier

E.    Debtors' Affiliates

Grace Asia Pacific, Inc
Grace Collections, Inc.
Grace Management Services, Inc.
Grace Foundation, Inc.
The Separations Group
Grace Receivables Purchasing, Inc.
Ichiban Chemical Co., Inc.
Advanced Refining Technologies Management, Inc.
Advanced Refining Technologies LLC
Grace Germany Holdings, Inc.
Carbon-Dioxide Slurry Systems, L.P.
Advanced Refining Technologies LP
Construction Products Dubai, Inc.
Grace Chemicals, Inc.
Paramount Coal Co.
Grace Offshore Turnkey

F.    Debtors' Officers, including a crisis manager holding an officer title

O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon
R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambe
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher

Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

G.    Debtors' Directors

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D.F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hue Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox
Michael A. Miller
Michael N. Piergossi

H.    Debtors' Major Shareholders

CEDE & CO
W R GRACE & CO BOOK ENTRY MEMO A/C
LORIOT & CO
JEANETTE L VACHON TR UA
PAUL J NORRIS
CHARLES H ERHART JR
BOB ROBERT SUNNESS
WACHOVIA BANK OF NORTH CAROLINA
M EVELYN BOWMAN
PHYLLIS SCHRIGER
JOHN W AUSTIN JR & PATSY W AUSTIN TR UA
QUENTIN ALEXANDER
PATRICIA STANLEY
ELLEN R SAXL

4

ANGUS W MERCER
RONALD C CAMBRE
JOYCE M MERCER
WAYNE T SMITH
ROSE M JOHNSTON
JOHN A SANTILLO & ROSE SANTILLO
EDNA M LOOS
JOANNA M FOLEY & JOSEPH P FOLEY
JOSEPH A RIGHTMYER
SIMON ATLAS
ALANNA FORSHAY FENSKE
FRED P BRANDT & CATHERINE A. BRANDT
GEORGE R PERRIN
R RONALD KLEIMAN
JOANNA M FOLEY & JOSEPH P FOLEY
MERLE REPPERT
DAVID B SIEGEL
WILLIAM M CORCORAN
ANN G FITZGERALD
W BRIAN MC GOWAN
HARRY S RINKER TR
RAYMOND E SMILEY
JANET L FARR & EDWARDS S. FARR
HOLMES OIL COMPANY
LACK & LINDSAY
WILLIAM A MAUDE
WILLIAM L MONROE
GERALD W HALMO
DAISY SALZO CASILLA
FRED P BRANDT
DOROTHY G KLEIMAN
JAMES G SCHAEFER
EDMUND F GUARALDI REVOCABLE TRUST
JOHN O FLENDER
MAGDALEN SLEEMAN
ROBERT BENDHEIM
RUDOLF B PEEST
ROBERT E ANDERSON & MARY F ANDERSON
SYLVIA M ERHART
PHYLLIS SCHRIGER & WILLIAM D ROGER
EILEEN MARGARET GRIMSDITCH
RICHARD J SCHOOFS
NOEL A LEE
BETTY D GREEN
DOROTHY F SELLERS
LAWRENCE M PUCCI

HILDA SALZO
BONNIE NAGAI
CMSS AS EXCHANGE AGENT FOR UNEXCHANGED HOLDERS OF
CHOMERICS, INC
GOERGE T FUKUI & KATHERINE K FUKUI
LILLIAN BERMAN
LEONARD L BROWN
JOHNNY P FOREHAND JR
KATHRYN C MATTINGLY
GREGORY E POLING
DOUBLAS V REYNOLDS
OLAF B SCHUBBE
THE SMILEY BBN FANILY PARTNERSHIP
DAVID LAWRENCE
THOMAS ARLEN EVANS & DOTZIE KAY EVANS
FREDA E STRAHL
MARIA O DE SALZ
HAROLD A ECHMANN
THE ABRAHAM FAMILY TRUST
BARBARA CATES BAYNARD
WILLIE H BLANTON
CELWYN COMPANY INC
RAE C HEIPLE
BURREL LEONARD
MARY C KODIS TR
JOAN MCKAY YOUNG
MALECH 1989 FAMILY TRUST
MARGARET M. SOKOL
HAIG TORIGIAN
QUENTIN L THELEN
ROBERT L COX JR
LOUISE LOFFREDO
ELYSE B NAPOLI
RICHARD J NOZEMACK
STEVEN S PALOUMBIS
MARK A SHELNITZ
GERY H TESKA
ROBERT H & JOAN P BEBER
LAUREY MERCER RIGSBEE
GEORGE MONTGOMERY
P S DE BEAUMONT

I.    All Secured Lenders, including DIP lenders

The Chase Manhattan Bank (agent)
The Depository Trust Company

6

Bank of America, N.A.
J.P. Morgan & Chase Co.
First Union Bank
Credit Suisse First Boston Corp.
Dresdner Bank A.G.
Bank of Nova Scotia
ABN Amro Bank N.V.
Bank of New York
Northern Trust Bank
Wachovia Bank and Trust Company, N.A.
Hapoalim
Barclays Bank PLC
Citibank, N.A.
Commerzbank A.G.
Credit Lyonnais
HSBC/Marine Midland
Lloyds Bank, Dubai

J.    All substantial Unsecured Bondholders or Lenders

Chase Manhattan Bank
First Union National Bank
Dresdner Bank
Northern Trust Bank
Barclays Bank P.L.C.
HSBC/Marine Midland
ABN AMRO Bank N.V.
Wachovia Bank and Trust Company
Bank of America

K.    All Indenture Trustees

CEDE & Co.
Deposit Guaranty Corp.

L.    Official Statutory Committee members (All Committees)

*Unsecured Creditors' Committee*

Zhagrus Environmental, Inc.
The Bank of New York
Bankers Trust Company
Sealed Air Corporation
ABN Amro Bank N.V.
First Union National Bank
J.P. Morgan Chase & Co.

7

Bank of America, N.A.
Wachovia Bank & Trust Co., N.A.

### Property Damage Committee

Marco Barbenti
Pacific Freeholds
The Trustees of Princeton University
The Prudential Insurance Company of America
Anderson Memorial Hospital
Catholic Archdiocese of New Orleans
Paul Price

### Bodily Injury Committee (Asbestos Personal Injury Committee)

John J. Russell
Thomas J. Jones
John Smutko
Jennette Parent, representative of estate of Thomas Parent
Steven Jones, representative of estate of Barbara Ellen Hammack
Royce N. Ryan
Roberta Jeffrey, Esq., representative of estate of Frank Jeffrey
Anthony Angiuli
Beverly Maulden, representative of John Wesley Maulden
Harvey Bair
Nathan O. Philips, Jr.

### Equity Committee

Peninsula Partners, LP
Dinensional Fund Advisors
Angus W. Mercer
Raymond E. Smiley

M.    Official Statutory Committees' Attorneys (for each Official Committee)

Stroock & Stroock & Lavan LLP (unsecured)
Bilzin Sumberg Dunn Baena Price & Axelrod (PD)
Caplin & Drysdale (PI)
Campbell & Levine
Kramer Levin Naftalis & Frankel LLP

N.    Official Statutory Committees' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) by each Official Committee

L. Tersigni Consulting P.C.

8

Duane, Morris & Hechscher LLP
Ferry & Joseph, P.A
FTI Policano & Manzo
Legal Analysis Systems, Inc.
Conway, Del Genio, Gries, & Co. (local counsel PD Committee)
Ashby & Geddes, P.A. (local counsel PI Committee)
Klett Rooney Lieber & Schorling, P.C. (co-counsel to official committee of equity
        holders)

O.      Official Statutory Committees Members' Attorneys retained in connection with the
Chapter 11 proceeding.

*Creditor's Committee*

Walsh, Monzack, and Monaco
Moses & Singer LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Simpson Thatcher Bartlett
The Bayard Firm
Kilpatrick Stockton LLP

*Property Damage Committee*

Ness, Motley, Loadhold, Richardson & Poole
McGarvey, Heberling, Sullivan & McGarvey PC
Speight & Runyan
Martin Dies, Esquire

*Personal Injury Committee*

Jacobs & Crumplar P.A.
Kelley & Ferraro
Cooney & Conway
Ness, Motley, Loadhold, Richardson, & Poole
Baron & Budd
McGarvey, Heberling, Sullivan & McGarvey
Kazan, McClain, Edises, Simon & Abrams
Weitz & Luxenberg
Silber Pearlman
Goldberg, Persky, Jennings & White P.C.
Robins, Cloud, Greenwood & Lubel LLP

P.      Attorneys to Committees

Cozen O'Connor and McKool Smith (Certification of counsel filed 1/10/02 –
docket 1489) – Co-special Counsel to PD Committee

9

Stroock & Stroock & Lavan LLP
Caplin & Drysdale, Chartered
L. Tersigni Consulting P.C.
FTI Policano & Manzo
Duane, Morris & Heckscher LLP
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Ferry & Joseph
Ashby & Geddes, P.A.
Campbell & Levine, LLC
Conway, Del Genio, Gries & Co.
Kramer Levin Naftalis & Frankel LLP
Professor Elizabeth Warren
Klett Rooney Liebert & Schorling, a Professional Corporation
Hamilton, Rabinovitz & Alschuler, Inc.
Hilsoft Notifications

Q.      Special Counsel to handle objections to ZAI claims

Lukins & Annis, PS
Lieff, Cabraser, Heimann & Bernstein, LLP
Richardson, Patrick, Westbrook, Brickman
Ness, Motley, Loadholt, Richardson & Pole
McGarvey, Heberling, Sullivan & McGarvey, P.C.

AB.     Twenty Largest Unsecured Creditors (as of the date of filing)

The Chase Manhattan Bank
The Depository Trust Company
DEDE & Co.
Los Angeles Unified School District
Huntsman Corporation
Zhagrus Environmental, Inc.
DCP-Lohja Inc.
PCS Nitrogen Fertilizer, L.P.
Dupont Dow Elastomers
Cass Logistics Temporary
Union Carbide Corp
Southern Ionics, Inc.
BASF
SNA Insurance
Radian International
Stone Packaging System
Valeron Strength Firms
Ingersoll-Rand Fluid Products
Delta Chemicals

10

AD.    Parties to the Debtors' Significant Executory Contracts and Leases

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments ThroughPeople, Inc.
AIP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American Unitied Life Insurance Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family Trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builers Empourium (East), Inc.
Byer Properties
C & S, Inc.

11

Cabernet Company, N.V.
Cuburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General partnership
CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanoooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco – Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest – Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H.C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitions, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
ElTorito
El Toro Properties/Corp & Ludo and Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Company, N.V.

Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd
Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P./Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries of Greater New York Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe – Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investical Develop Co.
Investical Realty
J & J Rentals
J.E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III

John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee; Elinor L. Forney; James B. Davis and R.C. Bennett,
    Trustee
Keg Restaurants
Keystone Realty Company
Kravco Company; Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Haiao-Ming Chen Sun
La Jolla Village Professional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank – Trust#100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Development Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.
Marshall's of Wayne
Marshall's Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership

14

Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargain Outlet, Inc.
Orchard Supply Building Co.
Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Pechman, Peter H. & Nancy M., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates /Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathy Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.

Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack, Inc.
Soll Trust
Sota Bento Land Company, N.V.
South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac – Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp,Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium
The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys – Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison – New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry,
Inc. Employees Profit Sharing Trust

16

Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H.C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.
Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

AF.    Other Significant Parties-in-Interest

Issuers of the Debtors' Outstanding Surety Bonds:
American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

Letter of Credit Issuers:
ABN AMRO Bank N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

**EXHIBIT B**

The Chase Manhattan Bank
First Union National Bank
Bank of America
Wachovia Trust Company
Bank of Nova Scotia
ABN Amro Bank N.V.
J.P. Morgan Chase & Co.
Bank of New York
Citibank, N.A.
DuPont Dow Elastomers
General Mills
MARS, Inc.
Paragon Steakhouse Restaurants, Inc.
BPG Properties LLC
Safeway Stores of Delaware, Inc.
Wal-Mart Stores, Inc.