IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 22nd day of September, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **Notice of Motion for Entry of an Order Authorizing the Debtors to Settle New York State Tax Audit and for Repayment of the Resulting Tax Refund in Accordance with the Fresenius Settlement Agreement;**

2. **Motion for Entry of an Order Authorizing the Debtors to Settle New York State Tax Audit and for Repayment of the Resulting Tax Refund in Accordance with the Fresenius Settlement Agreement;**

3. **[Proposed] Order Authorizing the Debtors to Settle New York State Tax Audit and for Repayment of the Resulting Tax Refund in Accordance with the Fresenius Settlement Agreement;**

_____
Tanya Thompson

Sworn to and subscribed before
me this 22nd day of September, 2003

_____
Notary Public
My Commission Expires: 2-20-04

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2004

91100-001\DOCS_DE:56527.25