IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 22nd day of September, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **Notice of Motion for Entry of an Order Authorizing the Debtors to Pay Certain Amounts Due Under the Florida Intangible Personal Property Tax Act for the Tax Years 1993 through 1996;**

2. **Motion for Entry of an Order Authorizing the Debtors to Pay Certain Amounts Due Under the Florida Intangible Personal Property Tax Act for the Tax Years 1993 through 1996;**

3. **[Proposed] Order Authorizing the Debtors to Pay Certain Amounts due Under the Florida Intangible Personal Property Tax Act for the Tax Years 1993 through 1996.**

_____
Tanya Thompson

Sworn to and subscribed before
me this 22nd day of September, 2003

_____
Notary Public
My Commission Expires: 2-20-04

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2004

91100-001\DOCS_DE:56527.24