**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., *et. al.* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: October 27, 2003 @ 12:00 PM |
| _____ ) | Objections Due: October 10, 2003 |

### RE-NOTICE OF MOTION OF OLDCASTLE APG NORTHEAST, INC. D/B/A FOSTER-SOUTHEASTERN FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [D.I. 4458]

PLEASE TAKE NOTICE that on September 22, 2003 Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern filed a Motion for Relief from Stay Under Section 362 of the Bankruptcy Code (the "Motion"). The Motion was incorrectly scheduled for hearing on October 21, 2003 at 12:00 PM. This Re-notice amends the hearing and objection dates as indicated.

HEARING ON THE MOTION will be on **OCTOBER 27, 2003 at 12:00 P.M.**

OBJECTIONS to the relief requested herein must be filed by **OCTOBER 10, 2003.**

At the time of filing any objection, you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| William D. Sullivan, Esquire | Charles Callahan, Esquire |
| Charles J. Brown, III, Esquire | Connarton, Wood & Callahan |
| Renee D. Veney, Esquire | 150 Federal Street, 12th Floor |
| Elzufon, Austin, Reardon, | Boston, MA  02110 |
| Tarlov & Mondell, P.A. | |
| 300 Delaware Ave., Suite 1700 | |
| P.O. Box 1630 | |
| Wilmington, DE  19899-1630 | |

**IF YOU FAIL TO RESPOND TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

DATED: September 23, 2003                ELZUFON, AUSTIN, REARDON,
                                         TARLOV & MONDELL, P.A.

                                         /s/ *Renee D. Veney*
                                         Renee D. Veney, Esq. (No. 4317)
                                         300 Delaware Avenue, 17th Floor
                                         P.O. Box 1630
                                         Wilmington, DE  19899
                                         (302) 428-3181

**CERTIFICATE OF SERVICE**

  I, Renee D. Veney, Esq., certify that on September 23, 2003 I did serve the foregoing ***Re-Notice of Motion of Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code*** upon all parties on the attached service list.

Laura Davis Jones, Esq.
David Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones.P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*Counsel to Debtors and Debtors in Possession*

James H.M. Sprayregen, P.C.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*Counsel to Debtor*

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Boulevard
Los Aneles, CA  90067-4100
*Counsel to Debtors and Debtors in Possession*

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801
*United States Trustee*

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044
*Debtors and Debtors in Possession*

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
300 Park Avenue, 36th Floor
New York, NY  10022
*Official Committee of Personal Injury Claimants*

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
*Official Committee of Unsecured Creditors*

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131
*Official Committee of Property Damage Claimants*

William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102
*Counsel to Official Committee of Unsecured Creditors*

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022
*Counsel to Official Committee of Equity Holders*

Michael B. Joseph, Esq.
Ferry & Joseph, Esq.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
*Counsel for Property Damage Claimants*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  September 23, 2003

 /s/ *Renee D. Veney*
Renee D. Veney, Esq.