**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

# FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR THE NINTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Caplin & Drysdale, Chartered for the Ninth Interim Period (the "Application").

## BACKGROUND

1. Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin seeks approval of fees totaling $27,930.00 and costs totaling $6,177.83 for its services from April 1, 2003, through June 30, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Caplin an initial report based on our review, and received a response from Caplin, portions of which response are quoted herein.

**DISCUSSION**

Specific Time and Expense Entries

3. In our initial report, we noted three entries by EI which relate to a PALS (Plaintiff Liability Asbestos Seminar) conference. The entries total $177.50 in fees and are provided below.

| | | | | |
|---|---|---|---|---|
| 5/5/2003 | EI | 710.00 | 0.10 | Draft report on all case status for PALS meeting. [Total time of 1.2 hours divided among 12 cases.] |
| 6/1/2003 | EI | 710.00 | 0.10 | Prepared report on all conference (on train to Philadelphia). [Total time of 1.4 hours divided among 14 cases.] |
| 6/2/2003 | EI | 355.00 | 0.10 | Return to NY from Philadelphia. [Total time of 1.4 Hours divided among 14 cases.] |

At an August 26, 2002, hearing in In re W.R. Grace & Co., et al., the Court stated "...[t]here is one thing that I am not going to permit as compensable fees or expenses for any professional in this Estate. And that is attendance at professional seminars of any kind, whether to do with asbestos or not." See Transcript of August 26, 2002 hearing, p. 101, In re W.R. Grace & Co., et al. We asked Caplin to explain why the bankruptcy estate should be charged for the activities described in the cited time entries. Caplin responded as follows:

> You have inquired about $177.50 in fees relating to Caplin & Drysdale attorney Elihu Inselbuch's reports to plaintiffs' counsel at a PALS meeting in Philadelphia on May 5, 2003 and a Mealey's conference held on June 1-2, 2003. These reports concerned the status of a number of 14 ongoing asbestos-related bankruptcy cases. While many of the attorneys to whom Mr. Inselbuch reported were also participating in the PALS

> meeting and Mealey's conferences, Mr. Inselbuch did not attend either symposium, but rather took the opportunity to report to the asbestos constituency at a time when many asbestos attorneys were gathered together in one place, thus avoiding the higher costs that would have been incurred had such reports been provided separately to each lawyer in each bankruptcy matter.

We appreciate the response, but we do not believe that it satisfied the burden of showing why the activity was reasonable, necessary and beneficial to the estate. Thus, we recommend a reduction of $177.50 in fees.

## CONCLUSION

4. Thus, we recommend approval of fees totaling $27,752.50 ($27,930.00 minus $177.50) and costs totaling $6,177.83 for Caplin's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:______________________________

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 23rd day of September, 2003.

Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801