## Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/21/2003     3824 | $229,500.25 | $9,928.31 | $229,061.75 | $9,863.94 |
| Total: | $229,500.25 | $9,928.31 | $229,061.75 | $9,863.94 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/18/2003     3914 | $36,088.00 | $7,097.65 | $36,088.00 | $7,097.65 |
| Total: | $36,088.00 | $7,097.65 | $36,088.00 | $7,097.65 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003     3790 | $42,089.00 | $2,715.85 | $42,089.00 | $2,715.85 |
| Total: | $42,089.00 | $2,715.85 | $42,089.00 | $2,715.85 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003     3788 | $33,930.00 | $5,256.45 | $33,930.00 | $5,256.45 |
| Total: | $33,930.00 | $5,256.45 | $33,930.00 | $5,256.45 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/11/2003     3893 | $413,932.00 | $28,040.43 | $413,932.00 | $28,040.43 |
| Total: | $413,932.00 | $28,040.43 | $413,932.00 | $28,040.43 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003   3802 | $109,454.00 | $31,857.05 | $109,454.00 | $31,857.05 |
| Total: | $109,454.00 | $31,857.05 | $109,454.00 | $31,857.05 |

| OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/4/2003   3876 | $0.00 | $1,880.35 | 0.00 | $1,813.94 |
| Total: | $0.00 | $1,880.35 | 0.00 | $1,813.94 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/11/2003   3892 | $173,154.00 | $838.02 | $173,154.00 | $838.02 |
| Total: | $173,154.00 | $838.02 | $173,154.00 | $838.02 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested[4] | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/23/2003   3939 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| Total: | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/2/2003   3853 | $7,315.50 | $1,876.44 | $7,315.50 | $1,876.44 |
| Total: | $7,315.50 | $1,876.44 | $7,315.50 | $1,876.44 |

| FERRY & JOSEPHS, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/20/2003   3811 | $11,570.00 | $2,710.56 | $11,570.00 | $2,710.56 |
| Total: | $11,570.00 | $2,710.56 | $11,570.00 | $2,710.56 |

---

[4] Duane Morris originally requested fees in the amount of $34,586.00 in its eighth quarterly fee application, but voluntarily discounted its fees by $1,681.50.

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/16/2003     3809 | $297,288.50 | $3,865.37 | $297,288.50 | $3,865.37 |
| Total: | $297,288.50 | $3,865.37 | $297,288.50 | $3,865.37 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/18/2003     3915 | $14,625.00 | $54.36 | $14,625.00 | $54.36 |
| Total: | $14,625.00 | $54.36 | $14,625.00 | $54.36 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/7/2003     3749 | $519,196.00 | $53,414.58 | $519,091.00 | $53,414.58 |
| Total: | $519,196.00 | $53,414.58 | $519,091.00 | $53,414.58 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003     3798 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| Total: | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/2/2003     3737 | $17,140.50 | $634.36 | $17,140.50 | $634.36 |
| Total: | $17,140.50 | $634.36 | $17,140.50 | $634.36 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003     3791 | $51,487.00 | $1,619.93 | $51,487.00 | $1,619.93 |
| Total: | $51,487.00 | $1,619.93 | $51,487.00 | $1,619.93 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003 | 3787 | $2,239.00 | $0.00 | $2,239.00 | $0.00 |
| Total: | | $2,239.00 | $0.00 | $2,239.00 | $0.00 |

| LUKINS & ANNIS, P.S. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/2/2003 | 3848 | $105,390.00 | $12,923.70 | $105,390.00 | $12,923.70 |
| Total: | | $105,390.00 | $12,923.70 | $105,390.00 | $12,923.70 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/9/2003 | 4402 | $16,924.00 | $141.65 | $16,924.00 | $141.65 |
| Total: | | $16,924.00 | $141.65 | $16,924.00 | $141.65 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/23/2003 | 3941 | $59,932.00 | $58,237.47 | $59,819.50 | $58,237.47 |
| Total: | | $59,932.00 | $58,237.47 | $59,819.50 | $58,237.47 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/3/2003 | 3864 | $120,028.00 | $10,873.52 | $118,379.00 | $10,873.52 |
| Total: | | $120,028.00 | $10,873.52 | $118,379.00 | $10,873.52 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/13/2003      3782 | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |
| Total: | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/9/2003      3758 | $482,101.50 | $57,715.40 | $482,068.00 | $55,326.31 |
| Total: | $482,101.50 | $57,715.40 | $482,068.00 | $55,326.31 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/2/2003      3852 | $608,141.50 | $166,979.50 | $608,141.50 | $166,979.50 |
| Total: | $608,141.50 | $166,979.50 | $608,141.50 | $166,979.50 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/23/2003      3938 | $102,962.00 | $1,631.18 | $102,962.00 | $1,631.18 |
| Total: | $102,962.00 | $1,631.18 | $102,962.00 | $1,631.18 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2003      4268 | $78,744.50 | $2,822.27 | $78,744.50 | $2,822.27 |
| Total: | $78,744.50 | $2,822.27 | $78,744.50 | $2,822.27 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/20/2003      3815 | $224,358.50 | $10,501.84 | $224,033.50 | $10,410.22 |
| Total: | $224,358.50 | $10,501.84 | $224,033.50 | $10,410.22 |

| L. TERSIGNI CONSULTING, P.C. ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003 | 3789 | $48,699.00 | $1,281.83 | $48,699.00 | $1,281.83 |
| Total: || $48,699.00 | $1,281.83 | $48,699.00 | $1,281.83 |

| WACHTELL, LIPTON, ROSEN & KATZ [5] ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/18/2003 | 3922 | $41,304.75 | $1,803.52 | $41,304.75 | $1,803.52 |
| Total: || $41,304.75 | $1,803.52 | $41,304.75 | $1,803.52 |

| WALLACE KING MARRARO & BRANSON PLLC ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5/15/2003 | 3800 | $609,371.10 | $196,098.94 | $608,979.60 | 190,477.88 |
| Total: || $609,371.10 | $196,098.94 | $608,979.60 | 190,477.88 |

| WOODCOCK & WASHBURN ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6/18/2003 | 3920 | $54,990.25 | $1,515.75 | $54,990.25 | $1,515.75 |
| Total: || $54,990.25 | $1,515.75 | $54,990.25 | $1,515.75 |

---

[5] The amounts for Wachtell, Lipton, Rosen & Katz are for fees and expenses incurred from the Seventh Interim Fee Quarter through the Eighth Interim Fee Quarter.