IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 14, 2003 |

**TWENTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003**

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:      *Official Committee of Equity Holders*

Date of Retention:      *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *July 1, 2003 through and
                              including July 31, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$9,272.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$32.30*

This is a(n):   **x**   monthly      __   interim application

KL2:2227023.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

- 2 -

KL2:2227023.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | pending |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | pending |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2003 THROUGH JULY 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 0.60 | $315.00 |
| Becker, Gary M. | 455.00 | 11.30 | $5,141.50 |
| Klein, David | 335.00 | 7.60 | $2,546.00 |
| Mangual, Kathleen | 185.00 | 5.70 | $1,054.50 |
| Cotto, Lisa | 185.00 | 0.80 | $148.00 |
| Shea, James | 75.00 | 0.90 | $67.50 |
| **Total** | | **26.90** | **$9,272.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>7/1/03 through 7/31/03 | Total Fees for the Period<br>7/1/03 through 7/31/03 |
|---|---|---|
| Case Administration | 12.50 | $3,533.50 |
| Claim Analysis Objection & | 1.10 | $535.50 |

- 3 -

KL2:222702\ 1

| | | | |
|---|---|---|---|
| Resolution(Asbestos) | | | |
| Creditor Committee | 8.30 | | $3,567.50 |
| Fee Applications, Applicant | 1.10 | | $203.50 |
| ZAI Science Trial | 3.90 | | $1,432.50 |
| **Total** | **26.90** | | **$9,272.50** |

### EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/03 through 7/31/03 |
|---|---|
| Photocopying | $15.75 |
| Postage | $4.55 |
| Cab Fares | $12.00 |
| **Total** | **$32.30** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley

Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: September 22, 2003

- 4 -

KL2:2227023.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.30 | 455.00 | 136.50 |
| KLEIN, DAVID | CRED | 7.60 | 335.00 | 2,546.00 |
| **PARAPROFESSIONAL** | | | | |
| MANGUAL, KATHLEEN | CRED | 4.60 | 185.00 | 851.00 |
| | Subtotal | 12.50 | $ | 3,533.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 525.00 | 52.50 |
| BECKER, GARY M. | CRED | 7.40 | 455.00 | 3,367.00 |
| **PARAPROFESSIONAL** | | | | |
| COTTO, LISA | CRED | 0.80 | 185.00 | 148.00 |
| | Subtotal | 8.30 | $ | 3,567.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 1.10 | 185.00 | 203.50 |
| | Subtotal | 1.10 | $ | 203.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.50 | 525.00 | 262.50 |
| BECKER, GARY M. | CRED | 0.60 | 455.00 | 273.00 |
| | Subtotal | 1.10 | $ | 535.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003

***ZAI SCIENCE TRIAL***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.00 | 455.00 | 1,365.00 |
| PARAPROFESSIONALS | | | | |
| SHEA, JAMES | CRED | 0.90 | 75.00 | 67.50 |
| | Subtotal | 3.90 | $ | 1,432.50 |
| | Total | 26.90 | $ | 9,272.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 0.60 | 525.00 | 315.00 |
| BECKER, GARY M. | ASSOCIATE | 11.30 | 455.00 | 5,141.50 |
| KLEIN, DAVID | ASSOCIATE | 7.60 | 335.00 | 2,546.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 5.70 | 185.00 | 1,054.50 |
| COTTO, LISA | PARALEGAL | 0.80 | 185.00 | 148.00 |
| SHEA, JAMES | PARALEGAL | 0.90 | 75.00 | 67.50 |
| | Total | 26.90 | | $9,272.50 |

KL4:2080138.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 15.75 |
| POSTAGE | 4.55 |
| CAB FARES | <u>12.00</u> |
| Subtotal | <u>$32.30</u> |

KL4:2080138.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 8.40 |
| MANUSCRIPT SERVICE | <u>33.00</u> |
| Subtotal | $<u>41.40</u> |

KL4:2080138.1