alp_132c: Client Summary                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
Run Date & Time: 08/27/2003 12:30:47                                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

-------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  01/01/1901          TO: 07/31/2003
UNBILLED DISB FROM:  01/01/1901          TO: 07/31/2003

                                FEES                              COSTS
                              --------                          --------
GROSS BILLABLE AMOUNT:        9,272.50                            32.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    07/31/2003                        07/31/2003
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                                        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------------

                                 ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

         FEES:                         24,128.43          UNIDENTIFIED RECEIPTS:            0.00
DISBURSEMENTS:                            137.09          PAID FEE RETAINER:                0.00
FEE RETAINER:                               0.00          PAID DISB RETAINER:               0.00
DISB RETAINER:                              0.00          TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:                     39,867.70          TRUST BALANCE:

                                              BILLING HISTORY

DATE OF LAST BILL:      07/24/03                   LAST PAYMENT DATE:       08/19/03
LAST BILL NUMBER:        373811                    FEES BILLED TO DATE:    584,122.50
LAST BILL THRU DATE:    06/30/03                   FEES WRITTEN OFF TO DATE: 545,298.18

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee            (6) Summer Associate
           (2) Late Time & Costs Posted      (7) Fixed Fee
           (3) Pre-arranged Discount         (8) Premium
           (4) Excessive Legal Time          (9) Rounding
           (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

```
alp_132c: Client Summary                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
Run Date & Time: 08/27/2003 12:30:50                       *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y  ---------------- Total Unbilled ----------------
Emp Id Employee Name          Group          Oldest       Latest       Hours       Amount
                                             -------      -------      -------     --------
02495  BENTLEY, PHILIP        PARTNER        07/07/03     07/28/03      0.60         315.00
05292  BECKER, GARY M.        ASSOCIATE      07/01/03     07/31/03     11.30       5,141.50
05646  KLEIN, DAVID           ASSOCIATE      07/01/03     07/31/03      7.60       2,546.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN      PARALEGAL      07/09/03     07/25/03      5.70       1,054.50
05623  COTTO, LISA            PARALEGAL      07/07/03     07/07/03      0.80         148.00
05798  SHEA, JAMES            PARALEGAL      07/15/03     07/15/03      0.90          67.50

                              Total:                                   26.90       9,272.50


U N B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Unbilled ----------------
Code Description                             Oldest       Latest       Total
                                             Entry        Entry        Amount
                                             -------      -------      -------
0820  PHOTOCOPYING                           07/03/03     07/31/03     15.75
0880  POSTAGE                                07/10/03     07/10/03      4.55
0940  CAB FARES                              07/09/03     07/09/03     12.00

                              Total                                    32.30


                              Grand Total                           9,304.80
                                                                   =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/27/03 12:30:50)
                                                        Applied  ---- Collections ----     Balance
Bill Date Thru Date  Bill#      Fee & OA  Disbursement  From OA     Total       Date          Due
                                --------  ------------  -------     -----       ----          ---
  YEAR 2001                   138,553.50    16,080.63                154,634.13
01/18/02 12/31/01   345477     30,125.00     2,338.23                 32,463.23
01/31/02 07/31/01   346114           .00           .00                      .00
02/27/02 01/31/02   340586     23,407.50     1,961.58                 25,369.08  10/30/02
03/27/02 02/28/02   348979     29,782.50     2,597.44                 32,379.94  10/30/02
04/30/02 03/31/02   347464     28,405.00     2,107.94                 30,512.94  10/30/02
06/10/02 04/30/02   352100     28,794.00     2,669.24                 31,463.24  12/31/02
07/12/02 05/31/02   352980     24,232.00     2,297.61                 26,529.61  12/31/02
08/15/02 06/30/02   357518     20,297.50       388.61                 20,686.11  10/30/02
09/30/02 07/31/02   356269     26,500.82     1,121.59                 27,622.41  12/31/02
09/30/02 08/31/02   358460     31,431.00     2,753.47                 34,184.47  11/26/02
10/31/02 09/30/02   359721     25,584.50     1,761.46                 27,345.96  12/31/02
11/19/02 10/31/02   361261     38,997.50     2,124.93                 41,122.43  12/31/02
12/31/02 11/30/02   362365     18,704.00       602.22                 19,306.22  02/18/03
01/31/03 12/31/02   364671     11,853.50       816.82                 12,670.32  03/25/03
02/20/03 01/31/03   365684     11,100.00       927.47                  9,807.47                2,220.00
03/19/03 02/28/03   367178     13,155.50       240.08                 10,711.98  05/27/03      2,683.60
04/29/03 03/31/03   366930     26,969.00       452.38                 27,421.38  07/21/03
05/16/03 04/30/03   370445      7,609.00     1,594.42                  2,287.82  07/21/03      6,915.60
06/17/03 05/31/03   371897      9,411.00       107.57                  7,636.34  08/19/03      1,882.23
```

alp_132c: Client Summary                                                                                                   PAGE    3
Run Date & Time: 08/27/2003 12:30:50

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/27/03 12:30:50)
                                       ------- Billed -------       Applied      ----- Collections -----       Balance
Bill Date Thru Date Bill#              Fee & OA    Disbursement     From OA      Total          Date           Due
------------------- -----              --------    ------------     -------      -----          ----           -------
07/24/03 06/30/03 373811              10,427.00         137.09                     .00                         10,564.09

         Total:                      555,339.82      43,080.78                574,155.08                       24,265.52

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 08/27/2003 12:30:46            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                           PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:  07/01/2003                           TO:    07/31/2003
            UNBILLED DISB FROM:  07/03/2003                           TO:    07/31/2003

                                  FEES                                    COSTS
                                  ----                                    -----

         GROSS BILLABLE AMOUNT:   3,533.50                                13.06
         AMOUNT WRITTEN DOWN:
                      PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:            07/31/2003                           07/31/2003
      CLOSE MATTER/FINAL BILLING?   YES OR NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                         FEES:             6,589.80            UNIDENTIFIED RECEIPTS:       0.00
                DISBURSEMENTS:               135.30            PAID FEE RETAINER:            0.00
                 FEE RETAINER:                 0.00            PAID DISB RETAINER:           0.00
                DISB RETAINER:                 0.00            TOTAL AVAILABLE FUNDS:        0.00
             TOTAL OUTSTANDING:             6,725.10           TRUST BALANCE:
                                                               BILLING HISTORY
                                                               ---------------
                DATE OF LAST BILL:          07/24/03           LAST PAYMENT DATE:       08/19/03
                LAST BILL NUMBER:           373811             FEES BILLED TO DATE:     168,414.00
                LAST BILL THRU DATE:        06/30/03           FEES WRITTEN OFF TO DATE: 73,096.50

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____    FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2003 12:30:46

Matter No: 056772-00001                                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y
                                                 ----------- Total Unbilled -----------
Emp Id Employee Name            Group            Oldest         Latest         Hours          Amount
                                                 -------        -------        -------        -------
05292  BECKER, GARY M.          CRED             07/11/03       07/11/03       0.30           136.50
05646  KLEIN, DAVID             CRED             07/01/03       07/31/03       7.60           2,546.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN        CRED             07/09/03       07/24/03       4.60           851.00

                        Total:                                                 12.50          3,533.50

Sub-Total Hours :    0.00 Partners       0.00 Counsels    7.90 Associates   4.60 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ----- Total Unbilled -----
Code Description                              Oldest          Latest         Total
                                              Entry           Entry          Amount
                                              -------         -------        -------
0820  PHOTOCOPYING                            07/03/03        07/31/03       13.06

                             Total                                           13.06

                        Grand Total                                          3,546.56
                                                                             ========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/27/03 12:30:46)
                             ------- Billed --------       ---- Applied ----  -- Collections --        Balance
Bill Date  Thru Date  Bill#  Fee & OA       Disbursement   From OA    Total   Amount      Date         Due
---------  ---------  -----  --------       ------------   -------    -----   --------    ----         -------

YEAR 2001            71,036.50        8,160.18                         79,196.68
01/18/02  12/31/01  345477    8,017.00     1,134.54                     9,151.54  09/13/02
01/31/02  07/31/01  346114          .00          .00                          .00
02/27/02  01/31/02  340586    4,970.00     1,638.70                     6,608.70  10/30/02
03/27/02  02/28/02  348979    1,970.00       612.36                     2,582.36  10/30/02
04/30/02  03/31/02  347464    4,590.00       876.66                     5,466.66  10/30/02
06/10/02  04/30/02  352100   13,974.00     1,489.97                    15,463.97  09/13/02
07/12/02  05/31/02  352980    6,262.00     2,100.07                     8,362.07  10/30/02
08/15/02  06/30/02  357518    3,870.00       332.91                     4,202.91  10/30/02
08/19/02  07/31/02  356269    5,975.00       367.89                     6,342.89  12/31/02
09/30/02  08/31/02  358460    4,022.50     1,169.59                     5,192.09  11/26/02
10/31/02  09/30/02  359721    1,255.50     1,759.36                     3,014.86  12/31/02
11/19/02  10/31/02  361261    4,217.00     1,777.44                     5,994.44  12/31/02
12/31/02  11/30/02  362365    4,769.50       353.77                     5,123.27  02/18/03
01/31/03  12/31/02  364671    6,081.00       733.32                     6,814.32  03/25/03
02/20/03  01/31/03  365684    2,264.50       904.37                     3,168.87  04/11/03
03/19/03  02/28/03  367178    1,726.50       175.30                     1,901.80  05/27/03
04/29/03  03/31/03  369330    4,200.00       435.90                     4,635.90  07/21/03
05/16/03  04/30/03  370445    4,021.00       627.57                     4,648.57  07/21/03  3,327.60
06/17/03  05/31/03  371897    3,418.50       105.57                     1,320.97  08/19/03    683.70
07/24/03  06/30/03  373811    2,578.50       135.30                     2,840.37              2,713.80
                                                                                                     .00
```

```
alp_132r: Matter Detail                                                                                         PAGE   3
Run Date & Time: 08/27/2003 12:30:46

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/27/03 12:30:46)
                                 ------- Billed --------     ---- Applied ---- Collections ----           Balance
Bill Date  Thru Date  Bill#      Fee & OA     Disbursement   From OA       Total         Date             Due
----------------------------     ---------    ------------   -------       -----         ----             -------

                      Total:     159,219.00   24,890.77                    177,384.67                     6,725.10
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE       4
Run Date & Time: 08/27/2003 12:30:46                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITEE                                       Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name             Work Date   Description                                                         Hours      Amount       Index#    Batch Date
---------------------------------------------------------------------------------------------------------------------------------------------------------

KLEIN, DAVID              07/01/03    review pleadings/filings, distr same as                              0.20        67.00     4767225 08/01/03
                                      necessary.
KLEIN, DAVID              07/02/03    review pleadings/filings, distr same as                              1.10       368.50     4767226 08/01/03
                                      necessary (0.1); review docket re followup to
                                      2/19 cancer only order (0.2); review
                                      dockets/filings re sealed air settlement, disc.
                                      w/ GMB re same (0.4).
KLEIN, DAVID              07/03/03    review pleadings/filings, distr same as                              0.30       100.50     4767227 08/01/03
                                      necessary.
KLEIN, DAVID              07/07/03    review pleadings/filings.                                            0.20        67.00     4769699 08/01/03
KLEIN, DAVID              07/08/03    review pleadings/filings, distr same as                              0.70       234.50     4769700 08/01/03
                                      necessary.
MANGUAL, KATHLEEN         07/09/03    retrieval of pleadings regarding Summary                             1.20       222.00     4771379 08/01/03
                                      Judgment per G. Becker (1.2)
KLEIN, DAVID              07/09/03    review pleadings/filings, distr same as                              0.80       268.00     4772046 08/01/03
                                      necessary.
KLEIN, DAVID              07/10/03    review pleadings/filings, distr same as                              0.10        33.50     4772047 08/01/03
                                      necessary.
MANGUAL, KATHLEEN         07/15/03    Organization of corresp, pleadings and other                         2.00       370.00     4771378 08/01/03
                                      related docs., retrieval of various pleadings
                                      via Pacer.
BECKER, GARY M.           07/11/03    Attention to coverage for 7/28 hearing and                           0.30       136.50     4761038 07/30/03
                                      exchange various emails re same
KLEIN, DAVID              07/11/03    review filings.                                                      0.10        33.50     4773636 08/04/03
KLEIN, DAVID              07/14/03    review pleadings/filings, distr same as                              0.60       201.00     4773637 08/04/03
                                      necessary.
KLEIN, DAVID              07/16/03    review pleadings/filings, distr same as                              0.50       167.50     4773639 08/04/03
                                      necessary (0.1); review USG filings re followup
                                      (0.1); review filings re sealed air settlement
                                      (0.2); email to/from PB re same (0.1).
KLEIN, DAVID              07/17/03    review pleadings/filings, distr same as                              0.10        33.50     4773640 08/04/03
                                      necessary.
KLEIN, DAVID              07/15/03    review pleadings/filings, distr same as                              0.10        33.50     4772638 08/04/03
                                      necessary.
KLEIN, DAVID              07/21/03    review filings, distribute as necessary.                             0.10        33.50     4773641 08/04/03
KLEIN, DAVID              07/22/03    review pleadings/filings, distr same as                              1.10       368.50     4773642 08/04/03
                                      necessary (0.5); review dockets/filings re
                                      followup to settlement disc. in Sealed Air
                                      (0.3); review docket filings re cancer only
                                      bar-date in USG (0.3).
KLEIN, DAVID              07/23/03    review pleadings/filings, distr same as                              0.20        67.00     4773643 08/04/03
                                      necessary.
```

```
alp_132r: Matter Detail                                                                                                           PAGE   5
Run Date & Time: 08/27/2003 12:30:46
                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr  : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date      Description                                             Hours         Amount       Index#   Batch Date
------------------------ -------------- ---------------------------------------------- ------------- -------------- ------------- -------------
MANGUAL, KATHLEEN        07/24/03       organization of files and update pleadings              1.40         259.00       4771380  08/01/03
                                        index (1.4)
KLEIN, DAVID             07/24/03       review pleadings/filings, distr same as                 0.20          67.00       4773644  08/04/03
                                        necessary (0.1); call/email to R.Clancy re same
                                        (0.1).
KLEIN, DAVID             07/25/03       review filings.                                         0.20          67.00       4773645  08/04/03
KLEIN, DAVID             07/28/03       review filings.                                         0.10          33.50       4773646  08/04/03
KLEIN, DAVID             07/29/03       review pleadings/filings, distr same as                 0.50         167.50       4773647  08/04/03
                                        necessary.
KLEIN, DAVID             07/30/03       review filings, distribute as necessary (0.1);          0.30         100.50       4773648  08/04/03
                                        email to L.Curney re distrib. (0.2).
KLEIN, DAVID             07/31/03       review filings.                                         0.10          33.50       4773649  08/04/03
                                                                                        -------------- --------------
                                                                          Fee Total            12.50        3,533.50

U N B I L L E D    C O S T S    D E T A I L
Description/Code                         Employee                     Date                Amount       Index#   Batch No  Batch Date
------------------------------           -------------------------    ----------  --------------  -------------  -------  ----------
PHOTOCOPYING
      PHOTOCOPYING       0820            KLEIN, D K                   07/03/03              2.24       6162706   100931   07/08/03
      KLEIN DAVID
      PHOTOCOPYING                       CURNEY, L C                  07/31/03             10.82       6197976   101879   08/04/03
      CURNEY LUEANN
                                                           0820 PHOTOCOPYING Total :        13.06

                                                                        Costs Total :       13.06
```

```
alp_132r: Matter Detail                                                                                                        PAGE    6
Run Date & Time: 08/27/2003 12:30:46

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   TIME   SUMMARY
Employee Name            Hours      Amount        Bill      W/o / W/u      Transfer To         Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.           0.30      136.50
KLEIN, DAVID              7.60    2,546.00
MANGUAL, KATHLEEN         4.60      851.00
                       -------  ----------
           Total:        12.50    3,533.50

BILLING   INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description                    Amount        Bill      W/o / W/u      Transfer To         Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                    13.06
                                  --------
              Costs Total :          13.06
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   7
Run Date & Time: 08/27/2003 12:30:46           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:   07/07/2003                           TO:  07/31/2003
        UNBILLED DISB FROM:                                        TO:

                                                       FEES                      COSTS
                                                       ----                      -----
        GROSS BILLABLE AMOUNT:                      3,567.50                      0.00
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
        ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
                 THRU DATE:              07/31/2003
        CLOSE MATTER/FINAL BILLING?         YES OR NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------------------------
                                          ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                       FEES:               2,747.50
              DISBURSEMENTS:                   0.00              UNIDENTIFIED RECEIPTS:          0.00
              FEE RETAINER:                    0.00              PAID FEE RETAINER:              0.00
             DISB RETAINER:                    0.00              PAID DISB RETAINER:             0.00
          TOTAL OUTSTANDING:               2,747.50              TOTAL AVAILABLE FUNDS:          0.00
                                                                 TRUST BALANCE:
                                                                 BILLING HISTORY
                                                                 ---------------
        DATE OF LAST BILL:           07/24/03            LAST PAYMENT DATE:           08/19/03
        LAST BILL NUMBER:             373811             FEES BILLED TO DATE:        53,460.50
        LAST BILL THRU DATE:         06/30/03            FEES WRITTEN OFF TO DATE:   18,749.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee             (6)  Summer Associate
        (2) Late Time & Costs Posted       (7)  Fixed Fee
        (3) Pre-arranged Discount          (8)  Premium
        (4) Excessive Legal Time           (9)  Rounding
        (5) Business Development          (10)  Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    8
Run Date & Time: 08/27/2003 12:30:46                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP  - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  -------------------- Total Unbilled -------------------
Emp Id  Employee Name                    Group           Oldest         Latest          Hours         Amount
-----   -------------                    -----           ------         ------          -----         ------
02495   BENTLEY, PHILIP                  CRED          07/07/03       07/07/03           0.10          52.50
05292   BECKER, GARY M.                  CRED          07/07/03       07/31/03           7.40       3,367.00
                                         PARAPROFESSIONALS
05623   COTTO, LISA                      CRED          07/07/03       07/07/03           0.80         148.00
                                                                              Total:     8.30       3,567.50

Sub-Total Hours :  0.10 Partners    0.00 Counsels    7.40 Associates    0.80 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/27/03 12:30:46)
                                           ---------- Billed ----------     ---- Applied ----    ---- Collections ----        Balance
Bill Date   Thru Date  Bill#              Fee & OA     Disbursement          From OA    Total             Date                  Due
---------   ---------  -----              --------     ------------          -------    -----             ----                  ---

YEAR 2001
01/18/02    12/31/01   345477           11,113.50           1,628.57                  12,742.07       10/30/02
01/31/02    07/31/01   346114            3,476.50             302.15                   3,778.65       09/13/02
01/31/02    07/31/01                          .00                .00                        .00
02/27/02    01/31/02   340586            3,602.50                .00                   3,602.50       10/30/02
03/27/02    02/28/02   348979            4,045.00           1,423.03                   5,468.03       10/30/02
04/30/02    03/31/02   347464            4,167.50              93.26                   4,260.76       10/30/02
06/10/02    04/30/02   352100              600.00              25.84                     625.84       09/13/02
07/12/02    05/31/02   352980            3,895.00                .12                   3,895.12       10/30/02
08/15/02    06/30/02   357518            3,717.50               4.00                   3,721.50       10/30/02
08/19/02    07/31/02   356259            1,287.50              14.59                   1,302.09       12/31/02
09/30/02    08/31/02   358460            1,630.00             121.00                   1,751.00       11/26/02
10/31/02    09/30/02   359721            3,489.50                .00                   3,489.50       12/31/02
11/19/02    10/31/02   361261            4,587.50              49.00                   4,636.50       12/31/02
12/31/02    11/30/02   362365              498.00                .00                     498.00       02/18/03
01/31/03    12/31/02   364671            1,341.00                .00                   1,341.00       03/25/03
03/19/03    02/28/03   367178            1,123.50              50.00                   1,173.50       05/27/03
04/29/03    03/31/03   369330            2,138.50               3.00                   2,141.50       07/21/03
05/16/03    04/30/03   370445              455.00                                        455.00                                455.00
06/17/03    05/31/03   371897                 .00              26.55                      26.55       07/21/03
07/24/03    06/30/03   373811            2,292.50               2.00                       2.00       08/19/03
                                                                                            .00                              2,292.50
                                         ---------          ---------                                                        ---------
                              Total:    53,460.50           3,743.11                  54,456.11                              2,747.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   9
Run Date & Time: 08/27/2003 12:30:46                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name       Work Date   Description                                              Hours      Amount       Index#   Batch Date
-------------       ---------   -----------                                              -----      ------       ------   ----------

BECKER, GARY M.     07/07/03    Prepare memo to committee re pension funding              1.40      637.00     4736687   07/09/03
                                issues (1.0); exchange email with Committee
                                Chair Weschler re same (0.3); conf. with
                                Bentley re same (0.1).
COTTO, LISA         07/07/03    pacer, review claim deadline, draft proof of              0.80      148.00     4740499   07/14/03
                                claim.
BENTLEY, PHILIP     07/07/03    Review memo to Committee re PBGC motion                   0.10       52.50     4770234   08/01/03
BECKER, GARY M.     07/09/03    Review additional motions for summary judgment            3.00    1,365.00     4738324   07/10/03
                                and prepare memo to Equity Committee re same;
                                conf. with P. Bentley re summary judgment
                                motions (0.3); directions to K. Mangual re
                                transmission of motions to committee (0.2).
BECKER, GARY M.     07/10/03    Revise and send memo to committee re ZAI                  0.70      318.50     4761039   07/30/03
                                summary judgment motions (0.7)
BECKER, GARY M.     07/29/03    Begin report to Equity Committee re various new           0.60      273.00     4765638   07/31/03
                                case issues (0.6).
BECKER, GARY M.     07/30/03    Work on memo to committee re recent events                1.00      455.00     4765637   07/31/03
BECKER, GARY M.     07/31/03    Finalize and distribute memo to committee                 0.70      318.50     4767767   08/01/03

                                                                   Fee Total              8.30    3,567.50

                                                                   Fee Total              8.30    3,567.50
```

```
alp_132r: Matter Detail                                                                                              PAGE    10
Run Date & Time: 08/27/2003 12:30:46

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours      Amount    Bill    W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP             0.10        52.50
BECKER, GARY M.             7.40     3,367.00
COTTO, LISA                 0.80       148.00

        Total:              8.30     3,567.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   11
Run Date & Time: 08/27/2003 12:30:46                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                           TO:
           UNBILLED DISB FROM:                           TO:

                                        FEES                          COSTS
                                        ----                          -----
       GROSS BILLABLE AMOUNT:           0.00                          0.00
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
             ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                                FEES:            535.50
                       DISBURSEMENTS:               0.00     UNIDENTIFIED RECEIPTS:       0.00
                         FEE RETAINER:              0.00     PAID FEE RETAINER:           0.00
                        DISB RETAINER:              0.00     PAID DISB RETAINER:          0.00
                     TOTAL OUTSTANDING:           535.50     TOTAL AVAILABLE FUNDS:       0.00
                                                             TRUST BALANCE:
                                                             BILLING HISTORY
                  DATE OF LAST BILL:     06/17/03           LAST PAYMENT DATE:       08/19/03
                  LAST BILL NUMBER:        371897            FEES BILLED TO DATE:     4,127.50
                  LAST BILL THRU DATE:   05/31/03           FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
                  (1) Exceeded Fixed Fee       (6) Summer Associate
                  (2) Late Time & Costs Posted (7) Fixed Fee
                  (3) Pre-arranged Discount    (8) Premium
                  (4) Excessive Legal Time     (9) Rounding
                  (5) Business Development    (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   12
                                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2003 12:30:46

Matter No: 056772-00005                                                                           Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                   Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                      Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/27/03 12:30:46)
                                         ------- Billed --------         ---- Collections ----         Balance
Bill Date Thru Date Bill#      Fee & OA   Disbursement   From OA   Total    Date                         Due
---------- ---------- -----    --------   ------------   -------   -----    ----                        -----
02/27/02   01/31/02  340586      637.50          .00                       637.50 10/30/02
08/19/02   07/31/02  356269         .00       198.00                       198.00 12/31/02
10/31/02   09/30/02  359721       95.00          .00                        95.00 12/31/02
11/19/02   10/31/02  361261      717.50          .00                       717.50 12/31/02
06/17/03   05/31/03  371897    2,677.50          .00                     2,142.00 08/19/03      535.50

           Total:              4,127.50       198.00                     3,790.00               535.50
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   13
Run Date & Time: 08/27/2003 12:30:46

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITEE                                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status      : ACTIVE

Special Billing Instructions:

                                                 PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:         07/25/2003                                   TO:    07/25/2003
     UNBILLED DISB FROM:                                                      TO:

                                                 FEES                                COSTS

GROSS BILLABLE AMOUNT:                            203.50                              0.00
 AMOUNT WRITTEN DOWN:
            PREMIUM:
DEDUCTED FROM PAID RETAINER:
   ON ACCOUNT BILLED:
       AMOUNT BILLED:
          THRU DATE:              07/25/2003

CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                                ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

                 FEES:                       1,766.10                    UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                           0.00                    PAID FEE RETAINER:           0.00
         FEE RETAINER:                           0.00                    PAID DISB RETAINER:          0.00
        DISB RETAINER:                           0.00                    TOTAL AVAILABLE FUNDS:       0.00
     TOTAL OUTSTANDING:                      1,766.10                    TRUST BALANCE:
                                                                         BILLING HISTORY

     DATE OF LAST BILL:             07/24/03                 LAST PAYMENT DATE:           08/19/03
     LAST BILL NUMBER:                 373811                FEES BILLED TO DATE:       50,442.00
     LAST BILL THRU DATE:            06/30/03                FEES WRITTEN OFF TO DATE:     35.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee             (6) Summer Associate
   (2) Late Time & Costs Posted       (7) Fixed Fee
   (3) Pre-arranged Discount          (8) Premium
   (4) Excessive Legal Time           (9) Rounding
   (5) Business Development          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2003 12:30:46

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE
```

```
UNBILLED TIME SUMMARY                         ------------ Total Unbilled ------------
Emp Id Employee Name              Group           Oldest      Latest       Total Unbilled Hours        Amount

05208  MANGUAL, KATHLEEN           CRED          07/25/03    07/25/03        1.10               203.50

                  Total:                                                     1.10               203.50

Sub-Total Hours :    0.00 Partners      0.00 Counsels    0.00 Associates   1.10 Legal Assts   0.00 Others
```

```
BILLING & PAYMENT HISTORY (Reflects Payments As of 08/27/03 12:30:46)
                           ----------- Billed ----------      Applied     ---- Collections ----   Balance
Bill Date Thru Date Bill#  Fee & OA     Disbursement   Total  From OA     Amount      Date        Due

    YEAR 2001              10,165.00      191.48   10,356.48
01/18/02 12/31/01 345477    1,816.50       29.58    1,846.08              09/13/02
02/27/02 01/31/02 340586    3,877.50       94.17    3,971.67              10/30/02
03/27/02 02/28/02 348979    1,712.50        3.00    1,715.50              10/30/02
04/30/02 03/31/02 347464    1,470.00        3.70    1,473.70              10/30/02
06/10/02 04/30/02 352100    2,477.50       29.58    2,507.08              09/13/02
07/12/02 05/31/02 352980    4,370.00       21.01    4,391.01              10/30/02
08/15/02 06/30/02 357518    1,315.00         .00    1,315.00              10/30/02
08/19/02 07/31/02 356269    1,922.50         .00    1,922.50              12/31/02
09/30/02 08/31/02 358460    2,910.00         .00    2,910.00              11/26/02
10/31/02 09/30/02 359721    6,307.00        2.10    6,309.10              12/31/02
11/19/02 10/31/02 361261    2,917.00         .00    2,917.00              12/31/02
12/31/02 11/30/02 362365    2,009.50         .00    2,009.50              02/18/03
01/31/03 12/31/02 364671      805.50         .00      805.50              03/25/03
02/20/03 01/31/03 365684      838.00         .00      838.00              04/11/03
03/19/03 02/28/03 367178    2,266.00       12.08    2,278.08              05/27/03
04/29/03 03/31/03 369330      670.00       13.48      683.48              07/21/03
05/16/03 04/30/03 370445      851.00         .00                                                      851.00
06/17/03 05/31/03 371897    1,033.00         .00      826.40 08/19/03                                 206.60
07/24/03 06/30/03 373811      708.50         .00         .00                                          708.50

             Total:        50,442.00      400.18   49,076.08                                        1,766.10
```

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 15

Matter No: 056772-00008                                Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                  Hours       Amount    Index#   Batch Date

MANGUAL, KATHLEEN        07/25/03      draft monthly fee application (1.1)           1.10       203.50    4771383  08/01/03

                                                              Fee Total              1.10       203.50

                                                                    Fee Total        1.10       203.50