alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS.  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status  : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 1.10 | 203.50 | | | | | | |
| Total: | 1.10 | 203.50 | | | | | | |

```
alp_132r: Matter Detail                                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                           PAGE    17
                                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/2003 12:30:46

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status    : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

                                         FEES                                    COSTS

UNBILLED TIME FROM: 07/10/2003               TO: 07/28/2003
UNBILLED DISB FROM: 07/11/2003               TO: 07/11/2003

GROSS BILLABLE AMOUNT:         535.50                                               2.69
AMOUNT WRITTEN DOWN:
           PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
    THRU DATE:                                        07/11/2003
CLOSE MATTER/FINAL BILLING?      YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



ACCOUNTS RECEIVABLE TOTALS                     UNIDENTIFIED RECEIPTS:      0.00
                    FEES:        6,709.53      PAID FEE RETAINER:          0.00
             DISBURSEMENTS:          1.79      PAID DISB RETAINER:         0.00
            FEE RETAINER:            0.00      TOTAL AVAILABLE FUNDS:      0.00
           DISB RETAINER:           0.00       TRUST BALANCE:
        TOTAL OUTSTANDING:       6,711.32


                                           BILLING HISTORY

DATE OF LAST BILL:       07/24/03            LAST PAYMENT DATE:       08/19/03
LAST BILL NUMBER:          373811           FEES BILLED TO DATE:   162,800.00
LAST BILL THRU DATE:     06/30/03           FEES WRITTEN OFF TO DATE:  4,417.50

                    ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH


FOR ACCTS USE ONLY:          Write Down/Up Reason Codes:
      (1) Exceeded Fixed Fee       (6) Summer Associate
      (2) Late Time & Costs Posted (7) Fixed Fee
      (3) Pre-arranged Discount    (8) Premium
      (4) Excessive Legal Time     (9) Rounding
      (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

a1p_112r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 04495 |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Total Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 07/12/03 | 07/28/03 | 0.50 | 262.50 |
| 05292 | BECKER, GARY M. | CRED | 07/10/03 | 07/10/03 | 0.60 | 273.00 |
| | | Total: | | | 1.10 | 535.50 |

Sub-Total Hours :   0.50 Partners   0.00 Counsels   0.60 Associates   0.00 Legal Assts   0.00 Others

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/11/03 | 07/11/03 | 2.69 |
| | Total | | | 2.69 |
| | Grand Total | | | 538.19 |

## BILLING & PAYMENT HISTORY (Reflects Payments As of 08/27/03 12:30:46)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| **YEAR 2001** | | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 44,026.00 | 5,710.55 | | 49,736.65 | 49,736.65 | 12/31/02 | |
| 01/31/02 | 12/31/01 | 346114 | 16,815.00 | 871.96 | | 17,806.96 | 17,806.96 | 12/31/02 | |
| 02/27/02 | 01/31/02 | 340586 | 4,160.00 | 228.71 | | 4,388.71 | 4,388.71 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 6,957.50 | 559.05 | | 7,516.55 | 7,516.55 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 9,837.50 | 1,134.32 | | 10,971.82 | 10,971.82 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 3,277.50 | 1,123.85 | | 4,401.35 | 4,401.35 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352580 | 3,845.00 | 176.41 | | 4,021.41 | 4,021.41 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | 3,199.40 | 3,199.40 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | 3,456.00 | 3,456.00 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | 21,513.24 | 21,513.24 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 2,230.00 | .00 | | 2,230.00 | 2,230.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 3,131.00 | 298.49 | | 3,429.49 | 3,429.49 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 1,520.00 | 248.45 | | 1,768.45 | 1,768.45 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 1,025.00 | .00 | | 1,025.00 | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 6,277.10 | 5,800.60 | 04/11/03 | 476.50 |
| 03/19/03 | 02/28/03 | 367178 | 6,230.00 | 2.70 | | 6,232.70 | 5,358.60 | 05/27/03 | 874.10 |
| 04/23/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | 19,960.50 | 17,779.00 | 07/21/03 | 2,181.50 |
| 05/16/03 | 04/30/03 | 370445 | .00 | 14.00 | | 14.00 | 14.00 | 07/21/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | 1,659.50 | 1,327.57 | 08/19/03 | 331.93 |
| 07/24/03 | 06/30/03 | 373811 | 2,845.00 | 1.79 | | 2,846.79 | .00 | | 2,847.29 |
| | | **Total:** | 162,677.50 | 11,840.12 | | 167,806.30 | | | 6,711.32 |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  19

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/27/03 12:30:46)

| Bill Date | Thru Date | Bill# | ------- Billed ------- | | Applied | ---- Collections ---- | |
| | | | Fee & OA | Disbursement | From OA | Total | Date |
| --------- | --------- | ----- | -------- | ------------ | ------- | ----- | ---- |
| | | | | | | | Balance Due |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   20

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/10/03 | Research re asbestos bill progress | 0.60 | 273.00 | 4761040 | 07/30/03 |
| BENTLEY, PHILIP | 07/12/03 | Review articles re pending legislation | 0.30 | 157.50 | 4770235 | 08/01/03 |
| BENTLEY, PHILIP | 07/23/03 | Trade emails | 0.10 | 52.50 | 4770236 | 08/01/03 |
| BENTLEY, PHILIP | 07/28/03 | Trade voicemails | 0.10 | 52.50 | 4770237 | 08/01/03 |

Fee Total                    1.10        535.50

                             1.10        535.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 07/11/03 | 2.69 | 6170634 | 101171 | 07/15/03 |
| BENTLEY PHILIP 0820 | | | | | | |

0820 PHOTOCOPYING Total :        2.69

Costs Total :                    2.69

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Matter No: 056772-00012                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.50 | 262.50 | | | | |
| BECKER, GARY M. | 0.60 | 273.00 | | | | |
| Total: | 1.10 | 535.50 | | | | |

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 2.69 | | | | |
| | Costs Total : | 2.69 | | | | |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Matter No: 056772-00013                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

Special Billing Instructions:

                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:                          TO:

                        FEES                          COSTS

GROSS BILLABLE AMOUNT:              0.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                        ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                        FEES:          2,444.50    UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                                0.00    PAID FEE RETAINER:             0.00
FEE RETAINER:                                 0.00    PAID DISB RETAINER:            0.00
DISB RETAINER:                                0.00    TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                         2,444.50    TRUST BALANCE:
                                                      BILLING HISTORY

DATE OF LAST BILL:          06/17/03    LAST PAYMENT DATE:         08/19/03
LAST BILL NUMBER:            371897     FEES BILLED TO DATE:       73,734.00
LAST BILL THRU DATE:        05/31/03    FEES WRITTEN OFF TO DATE:   1,600.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

                        (1) Exceeded Fixed Fee          (6) Summer Associate
                        (2) Late Time & Costs Posted    (7) Fixed Fee
                        (3) Pre-arranged Discount       (8) Premium
                        (4) Excessive Legal Time        (9) Rounding
                        (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

| | | |
|---|---|---|
| Matter No: 056772-00013 | Orig Prtnr : CRED. RGTS. - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 08/27/03 12:30:46)

| Bill Date | Thru Date | Bill# | Billed — Fee & OA | Billed — Disbursement | Applied From OA | Collections — Total | Collections — Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 03/27/02 | 02/28/02 | 348979 | 2,212.50 | 389.75 | | 2,602.25 | 10/10/02 | |
| 06/10/02 | 04/30/02 | 352100 | 4,260.00 | .00 | | 4,260.00 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 4,265.00 | .00 | | 4,265.00 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 1,040.00 | .00 | | 1,040.00 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 1,037.50 | 9.80 | | 1,047.30 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 11,567.50 | 541.11 | | 12,108.61 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359921 | 9,596.00 | .00 | | 9,590.00 | 04/29/03 | |
| 10/31/02 | 10/31/02 | 361521 | 21,575.00 | .00 | | 21,575.00 | 08/19/03 | |
| 11/19/02 | 11/30/02 | 362365 | 9,907.00 | .00 | | 9,907.00 | 08/19/03 | |
| 12/31/02 | 12/31/02 | 362295 | 2,601.50 | 83.50 | | 2,684.50 | 08/19/03 | |
| 01/31/03 | 12/31/02 | 363671 | 2,601.00 | .00 | | 2,684.50 | 08/19/03 | |
| 02/20/03 | 01/31/03 | 365684 | 1,638.50 | .00 | | | | 1,638.50 |
| 03/19/03 | 02/28/03 | 367178 | 672.00 | .00 | | | | 672.00 |
| 05/16/03 | 04/30/03 | 370445 | 100.50 | 926.30 | | 926.30 | 07/21/03 | 100.50 |
| 06/17/03 | 05/31/03 | 371897 | 167.50 | .00 | | 134.00 | 08/19/03 | 33.50 |
| Total: | | | 73,734.00 | 1,950.46 | | 73,239.96 | | 2,444.50 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   24

Run Date & Time: 08/27/2003 12:30:46

Matter No: 056772-00015                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT   Supv Prtnr : MAYER THOMAS MOERS - 03976   Status     : ACTIVE
Matter Opened : 09/28/2001

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

                          FEES                         COSTS

GROSS BILLABLE AMOUNT:        0.00                         0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                    FEES:        1,137.50   UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:                          0.00   PAID FEE RETAINER:          0.00
FEE RETAINER:                           0.00   PAID DISB RETAINER:         0.00
DISB RETAINER:                          0.00   TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                  1,137.50   TRUST BALANCE:
                                               BILLING HISTORY

DATE OF LAST BILL:          03/19/03   LAST PAYMENT DATE:          1,137.50
LAST BILL NUMBER:             367178   FEES BILLED TO DATE:        1,137.50
LAST BILL THRU DATE:        02/28/03   FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (6) Summer Associate
     (2) Late Time & Costs Posted   (7) Fixed Fee
     (3) Pre-arranged Discount      (8) Premium
     (4) Excessive Legal Time       (9) Rounding
     (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   25

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                              Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/27/03 12:30:46)

| Bill Date | Thru Date | Bill# | ---- Billed ---- | | Applied | ---- Collections ---- | Balance |
| | | | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|-------|------------------|--------------|---------|-------|------|---------|
| 03/19/03  | 02/28/03  | 367178 | 1,137.50 | .00 | | | | 1,137.50 |
| **Total:** | | | **1,137.50** | **.00** | | **.00** | | **1,137.50** |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Matter No: 056772-00019            Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP 02495        Bill Frequency: M
Matter Name : HEARINGS                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                TO:
UNBILLED DISB FROM: 07/09/2003            TO: 07/09/2003

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 12.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 07/09/2003 |
| CLOSE MATTER/FINAL BILLING?     YES     OR     NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 560.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 560.00 | TRUST BALANCE: | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 07/24/03 | LAST PAYMENT DATE: | 08/19/03 |
| LAST BILL NUMBER: | 373811 | FEES BILLED TO DATE: | 48,852.50 |
| LAST BILL THRU DATE: | 06/30/03 | FEES WRITTEN OFF TO DATE: | 5,087.68 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount        (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_122r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   27

| | |
|---|---|
| Matter No: 056772-00019 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP 02495 | Bill Frequency: M |
| Matter Name : HEARINGS | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | Status    : ACTIVE |

U N B I L L E D   C O S T S   S U M M A R Y   -------------- Total Unbilled --------------
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0940 | CAB FARES | 07/09/03 | 07/09/03 | 12.00 |
| | Total | | | 12.00 |
| | Grand Total | | | 12.00 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 08/27/03 12:30:46)

| | | ------- Billed ------- | | --- Applied From OA --- | ---- Collections ---- | |
|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total | Date | Balance Due |
| 01/18/02 | 12/31/01 | 345677 | .00 | .00 | 6,160.00 | 10/30/02 | |
| 02/27/02 | 01/31/02 | 340596 | 6,160.00 | .00 | 10,837.50 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 349959 | 10,837.50 | .00 | 8,340.00 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 349974 | 8,340.00 | .00 | 3,200.00 | 12/31/02 | |
| 05/30/02 | 04/30/02 | 352100 | 3,200.00 | .00 | 4,820.00 | 12/31/02 | |
| 06/10/02 | 05/31/02 | 352980 | 4,820.00 | .00 | 4,200.00 | 04/29/03 | |
| 07/15/02 | 06/30/02 | 357518 | 4,200.00 | .00 | 2,292.32 | 04/29/03 | |
| 08/15/02 | 07/31/02 | 356269 | 2,292.32 | .00 | 2,018.14 | 11/26/02 | |
| 09/30/02 | 08/31/02 | 358460 | 1,960.00 | 58.14 | 2,327.50 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 2,327.50 | .00 | 1,567.50 | 08/19/03 | |
| 11/19/02 | 10/31/02 | 361261 | 1,567.50 | .00 | .00 | | 105.00 |
| 02/20/03 | 01/31/03 | 365864 | 105.00 | .00 | | | 455.00 |
| 07/24/03 | 06/30/03 | 373811 | 455.00 | .00 | | | |
| | Total: | | 46,264.82 | 58.14 | 45,762.96 | | 560.00 |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   28

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | | | | | | |
| 0940 | | | | | | |
| GARY M. BECKER | BECKER, G M | 07/09/03 | 6.00 | 6165602 | 100983 | 07/09/03 |
| CAB FARES - VENDOR-GARY M. BECKER CAB | | | | | | |
| GARY M. BECKER | BECKER, G M | 07/09/03 | 6.00 | 6165603 | 100983 | 07/09/03 |
| CAB FARES - VENDOR-GARY M. BECKER CAB | | | | | | |
| | | 0940 CAB FARES Total : | 12.00 | | | |

                                        Costs Total :        12.00

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    29

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                          Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0940 | CAB FARES | 12.00 | | | | | |
| | Costs Total : | 12.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Matter No: 056772-00024                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                             Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/01/2003                   TO:   07/15/2003
UNBILLED DISB FROM:   07/10/2003                   TO:   07/10/2003

                    FEES                          COSTS

GROSS BILLABLE AMOUNT:           1,432.50              4.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                         07/10/2003
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:          07/15/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:              BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                      UNIDENTIFIED RECEIPTS:        0.00
                                                PAID FEE RETAINER:            0.00
FEES:                    637.00                 PAID DISB RETAINER:           0.00
DISBURSEMENTS:             0.00                 TOTAL AVAILABLE FUNDS:        0.00
FEE RETAINER:              0.00                 TRUST BALANCE:
DISB RETAINER:             0.00
TOTAL OUTSTANDING:       637.00

                              BILLING HISTORY

DATE OF LAST BILL:       07/24/03               LAST PAYMENT DATE:        07/15/2003
LAST BILL NUMBER:        373811                 FEES BILLED TO DATE:        637.00
LAST BILL THRU DATE:     06/30/03    FEES WRITTEN OFF TO DATE:             0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

                         (1) Exceeded Fixed Fee         (6) Summer Associate
                         (2) Late Time & Costs Posted   (7) Fixed Fee
                         (3) Pre-arranged Discount      (8) Premium
                         (4) Excessive Legal Time       (9) Rounding
                         (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____   Processed by: _____   FRC: _____        CRC: _____

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    31
Run Date & Time: 08/27/2003 12:30:46                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                     Orig Prtnr : CRED. RGTS  - 06975          ProForma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status   : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   --------------- Total Unbilled ---------------
Emp Id Employee Name                    Group        Oldest       Latest        Hours         Amount
                                                     -------      -------      -------      -------
05292  BECKER, GARY M.                  CRED         07/01/03     07/08/03       3.00       1,365.00
05798  SHEA, JAMES                      CRED         07/15/03     07/15/03       0.90          67.50
                                        Total:                                  3.90       1,432.50

Sub-Total Hours :   0.00 Partners     0.00 Counsels     3.00 Associates     0.90 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   --------------- Total Unbilled ---------------
Code   Description                              Oldest       Latest       Total        Total
                                                Entry        Entry        Amount
                                                                          -------      -------
0880   POSTAGE                                  07/10/03     07/10/03        4.55

                                        Total                                4.55

                                        Grand Total                      1,437.05
                                                                         =========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/27/03 12:30:46)
                                            ------ Billed ------      Applied  ---- Collections ----        Balance
Bill Date Thru Date Bill#     Fee & OA       Disbursement   From OA        Total    Date                    Due
                                             -------        -------        -------  -------                 -------
07/24/03 06/30/03 373811        637.00           .00           .00          .00                            637.00

                    Total:      637.00           .00                        .00                            637.00
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  32

Run Date & Time: 08/27/2003 12:30:46

| | |
|---|---|
| Matter No: 056772-00024 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : ZAI SCIENCE TRIAL | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | Status : ACTIVE |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/01/03 | Attention to expert reports from Restivo. | 0.30 | 136.50 | 4733710 | 07/04/03 |
| BECKER, GARY M. | 07/03/03 | Review motion to enlarge budget and email to Bentley re same (0.5). | 0.50 | 227.50 | 4736688 | 07/09/03 |
| BECKER, GARY M. | 07/07/03 | Review expert reports. | 1.20 | 546.00 | 4736689 | 07/09/03 |
| BECKER, GARY M. | 07/08/03 | Review expert reports | 1.00 | 455.00 | 4736416 | 07/09/03 |
| SHEA, JAMES | 07/15/03 | Organized files of Expert Reports in Science Trial matter (0.9) | 0.90 | 67.50 | 4757635 | 07/28/03 |

| | | | | |
|---|---|---|---|---|
| | Fee Total | | 3.90 | 3.90 |
| | | | | 1,432.50 |

| | | | | |
|---|---|---|---|---|
| | Fee Total | | 3.90 | 1,432.50 |

UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| POSTAGE | 0880 | BECKER, G M | 07/10/03 | 4.55 | 6170158 | 101170 | 07/15/03 |
| Wendy Rios | | | | | | | |

| | | | |
|---|---|---|---|
| | 0880 POSTAGE Total : | | 4.55 |

| | | |
|---|---|---|
| Costs Total : | | 4.55 |

```
alp_112r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   33
Run Date & Time: 08/27/2003 12:30:46                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975          ProForma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours      Amount           Bill      W/o / W/u      Transfer To     Clnt/Mtr      Carry Forward
-------------           -----      ------           ----      ---------      -----------     --------      -------------
BECKER, GARY M.          3.00    1,365.00           ____        ____           ____            ____            ____
SHEA, JAMES              0.90       67.50           ____        ____           ____            ____            ____
      Total:             3.90    1,432.50           ____        ____           ____            ____            ____

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount                  Bill      W/o / W/u      Transfer To     Clnt/Mtr      Carry Forward
---- -----------             ------                  ----      ---------      -----------     --------      -------------
0880 POSTAGE                   4.55                  ____        ____           ____            ____            ____

      Costs Total :            4.55                  ____        ____           ____            ____            ____
```

alp_132r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 34

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                      TO:
UNBILLED DISB FROM:                      TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: |  |  |
| CLOSE MATTER/FINAL BILLING?  YES  OR  NO |  |  |
| EXPECTED DATE OF COLLECTION: |  |  |

BILLING PARTNER APPROVAL:
BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNIDENTIFIED RECEIPTS:        0.00
                                                     PAID FEE RETAINER:            0.00
DISBURSEMENTS:                  1,001.00             PAID DISB RETAINER:           0.00
  FEES:                             0.00             TOTAL AVAILABLE FUNDS:        0.00
  FEE RETAINER:                     0.00             TRUST BALANCE:
  DISB RETAINER:                    0.00
TOTAL OUTSTANDING:              1,001.00             UNAPPLIED CASH

BILLING HISTORY

DATE OF LAST BILL:       07/24/03          LAST PAYMENT DATE:        08/19/03
LAST BILL NUMBER:          373811          FEES BILLED TO DATE:      7,040.00
LAST BILL THRU DATE:     06/30/03          FEES WRITTEN OFF TO DATE: 5,130.00

FOR ACCT'G USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_112r: Matter Detail

Run Date & Time: 08/27/2003 12:30:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   35

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 08/27/03 12:30:46)

| | | ---- Billed ---- | | Applied | ----- Collections ----- | |
|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date |
| 06/10/02 | 04/30/02 | 352100 | 1,000.00 | .00 | | 1,000.00 | 12/31/02 |
| 09/30/02 | 09/30/02 | 358460 | 800.00 | .00 | | 800.00 | 04/29/03 |
| 10/31/02 | 09/30/02 | 359721 | 190.00 | .00 | | 190.00 | 04/29/03 |
| 11/19/02 | 10/31/02 | 361261 | 285.00 | .00 | | 285.00 | 08/19/03 |
| 06/17/03 | 05/31/03 | 371897 | 455.00 | .00 | | 364.00 | 08/19/03 |
| 07/24/03 | 06/30/03 | 373811 | 910.00 | .00 | | .00 | |

| | | | | | | | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | 91.00 |
| | | | | | | | 910.00 |
| Total: | | | 3,640.00 | .00 | | 2,639.00 | 1,001.00 |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 07/31/03

Run Date & Time: 08/27/03 12:30:51
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

PAGE   1

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 12.50 | 3,533.50 | 13.06 | 3,546.56 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 8.30 | 3,567.50 | 0.00 | 3,567.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 1.10 | 203.50 | 0.00 | 203.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 1.10 | 535.50 | 2.69 | 538.19 | BENTLEY PHILIP - 02495 | M | B | |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 0.00 | 0.00 | 12.00 | 12.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00024 | ZAI SCIENCE TRIAL | 3.90 | 1,432.50 | 4.55 | 1,437.05 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 26.90 | 9,272.50 | 32.30 | 9,304.80 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE