IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  October 15, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
09/25/03 2:34 PM



**Wallace King Marraro & Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 23, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      1080

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 08/01/03 | MLW | Research regarding potential discovery/compliance proceedings regarding RCRA attorneys' fees before District Court (7.5). | 7.50 |
| 08/01/03 | WFH | Review case law on stay issue in anticipation of Honeywell's stay motion and confer with Mr. Williams re same (.8); review recent case correspondence and filings (.6); conference with paralegals re status of projects (.3). | 1.70 |
| 08/01/03 | BJB | Continue incorporation of post-trial filings, new correspondence and documents re site remediation into electronic and indexed case files and create new files as appropriate (9.5). | 9.50 |
| 08/01/03 | RLS | Research RCRA/CERCLA cases re standard of review (7.6). | 7.60 |
| 08/04/03 | MLW | Research regarding potential discovery/compliance proceedings regarding RCRA attorneys' fees before District Court (7.3). | 7.30 |
| 08/04/03 | WFH | Review Honeywell's papers re consolidation of appeals | 1.90 |

before the Third Circuit (.3); conference with Mr. Agnello re same and strategies in response thereto (.5); research re dismissal of appeal and confer with Mr. Williams re same (.5); review parties' papers re Roned settlement and entry of judgment in Riverkeepers case and confer with Mr. Agnello re same (.6).

| | | | |
|---|---|---|---|
| 08/04/03 | RLS | Research RCRA/CERCLA standard of review on appeal, level of analysis required for clearly erroneous standard on factual issues (8.0). | 8.00 |
| 08/05/03 | MLW | Research regarding potential discovery/compliance proceedings regarding RCRA attorneys' fees before District Court  (7.6) | 7.60 |
| 08/05/03 | MLW | Analysis of Honeywell's motion for partial stay of May 15, 2003 injunction (2.6). | 2.60 |
| 08/05/03 | WFH | Review Honeywell's stay motion and selected cases and evidence cited therein (2.0). | 2.00 |
| 08/06/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (8.8). | 8.80 |
| 08/06/03 | WFH | Conferences with client, Dr. Brown and Messrs. Agnello and Williams re Honeywell's stay motion and projects/assignments in connection with opposing same (1.2); review Honeywell's discovery request re Grace's RCRA fee petition and confer with Mr. Agnello and Wallace King staff re responding to same (1.0). | 2.20 |
| 08/06/03 | TRP | Phone conference with B. Hughes re Honeywell request for information and plan to respond (.2). | 0.20 |
| 08/06/03 | NAB | Search production database and trial exhibits for documents regarding piping, foundation, etc. at Valley Fair Site (2.5). | 2.50 |
| 08/06/03 | RLS | Research discretion of judge re injunction (8.2). | 8.20 |
| 08/07/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (9.4). | 9.40 |

| 08/07/03 | WFH | Legal and factual research re opposing Honeywell's stay motion (4.2); conferences with Mr. Williams and Ms. Schuller re research projects in connection with same (.8); multiple conferences with Ms. Parker and staff re collecting information responsive to Honeywell's discovery request re ECARG's RCRA fee petition (1.3). | 6.30 |
|---|---|---|---|
| 08/07/03 | RLS | Research discretion of judge to order remedy under RCRA (8.1). | 8.10 |
| 08/07/03 | TRP | Office conferences with P. Rupp, A. Morgan re obtaining backup documentation for expenses in response to Honeywell's request for information to support fee petition (.9); prepare list of information and documentation needed for each expert based on letter received from Honeywell and calls to expert witnesses to discuss what they need to produce (4.1); review relevant documents (3.4); multiple email to Mr. Hughes re discussions with experts and status of obtaining information related to expenses (1.5). | 9.90 |
| 08/08/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (8.5). | 8.50 |
| 08/08/03 | WFH | Legal and factual research re opposing Honeywell's stay motion (2.3); conferences with Mr. Williams and Ms. Schuller re research projects in connection with same (.6); review memorandum from Ms. Schuller re RCRA issue (.4); multiple conferences with Ms. Parker and staff re collecting invoices and other information responsive to Honeywell's discovery request re ECARG's RCRA fee petition (1.2); conference with Mr. Marraro re meetings with Special Master and status of projects (.4); review new case correspondence (.4). | 5.30 |
| 08/08/03 | NAB | Search production database and trial exhibits for documents regarding piping, foundation, etc. at Valley Fair Site (3.4). | 3.40 |
| 08/08/03 | RLS | Draft/assemble documents for fee audit document requests (6.4). | 6.40 |
| 08/08/03 | TRP | Continued review of documents, redacting portions related to other clients (3.4); office conference with R. Schuller re response to Honeywell's letter and obtaining job titles and description of work (.4); review materials in WKMB files | 9.30 |

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                 |       |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |     | already produced by experts and determine what else is needed (2.8); follow-up calls with experts regarding status of production (1.9); discussions with Balmar regarding copying instructions (.8).                                                                                                                                                                                              |       |
| 08/09/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (4.4).                                                                                                                                                                                                                                                                          | 4.40  |
| 08/09/03 | CHM | Conference with Mr. Agnello (1.5).                                                                                                                                                                                                                                                                                                                                                               | 1.50  |
| 08/09/03 | WFH | Legal and factual research re opposing Honeywell's stay motion (1.2).                                                                                                                                                                                                                                                                                                                            | 1.20  |
| 08/09/03 | RLS | Draft memo distinguishing RCRA cases for Honeywell motion for stay (4.0).                                                                                                                                                                                                                                                                                                                        | 4.00  |
| 08/09/03 | TRP | Supervise and assist Ms. Bynum, Mrs. Kelly in review of expert invoices for response to Honeywell's request for information to support fee petition (6.0); email to Dr. Belsito to confirm that he had no additional documentation (.1).                                                                                                                                                           | 6.10  |
| 08/10/03 | NAB | Search production database and trial exhibits for documents regarding piping, foundation, etc. at Valley Fair Site (6.0).                                                                                                                                                                                                                                                                         | 6.00  |
| 08/10/03 | TRP | Supervise and assist Ms. Bynum, Mrs. Kelly and Ms. Joslin in review and redacting invoices for response to Honeywell's request for information to support fee petition (6.4).                                                                                                                                                                                                                      | 6.40  |
| 08/10/03 | CHM | Prepare for hearing on various motions (3.5).                                                                                                                                                                                                                                                                                                                                                    | 3.50  |
| 08/11/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (9.8).                                                                                                                                                                                                                                                                          | 9.80  |
| 08/11/03 | BJB | Research case records, collect and prepare pertinent expert documents re Honeywell's request for additional documentation re Grace experts' RCRA claim (1.4); assist Ms. Parker with review  and preparation of case documents re response to Honeywell's request re Grace RCRA Claim (7.8); Review, sort, organize, coordinate new letters to Court new correspondence and prepare for incorporation into case files (3.3). | 12.50 |

| | | | |
|---|---|---|---:|
| 08/11/03 | CHM | Travel to Newark Court House from DC (2.5). (Note: Travel time billed at 50%; 10% here or 2.2; 40% at end of statement.) | 2.20 |
| 08/11/03 | CHM | Attend hearing on various motions (2.5); conference call with client (.5); meeting with Mr. Agnello re various strategy issues re remediation (2.5); meeting with Mr. Agnello re appeal (1.5); prepare letter to Arnold & Porter (1.0). | 8.00 |
| 08/11/03 | CHM | Travel to D.C (1.8).   (Note:  Travel time billed at 50%; 10% here or 1.6; 40% at end of statement.) | 1.60 |
| 08/11/03 | LS | Review documents re preparation of response to Honeywell's request for supporting documents (7.2). | 7.20 |
| 08/11/03 | WFH | Work on outline of opposition brief to Honeywell's stay motion and confer with Mr. Williams re same (2.7); review cases cited by Honeywell and prepare points to distinguish same (2.4); review trial testimony and prepare memorandum to file re selected record cites for use in opposing Honeywell stay motion (2.6); review new case correspondence, pleadings, etc. (.4); multiple conferences with Ms. Parker and staff re collecting information responsive to Honeywell's request re fee petition (1.3). | 9.40 |
| 08/11/03 | NAB | Search production database and trial exhibits for documents regarding piping, foundation, etc. at Valley Fair Site (4.0). | 4.00 |
| 08/11/03 | RLS | Gather expert qualifications information for fee audit document requests (2.5); research Court's RCRA statute re injunctions (5.8). | 8.30 |
| 08/11/03 | TRP | Phone calls with expert witnesses to clarify and discuss status of production of their documentation (1.2); office conference with A. Morgan re his review of WKMB records to try to locate receipts and invoices (.1); email with Mrs. Rupp re availability of searchable invoices (.3); email and phone call with Mr. Hughes and R. Schuller re response to Honeywell's request for information and strategy for response (.6); compare copied documents with flagged set and copied those missed by copy staff (3.1). | 5.30 |
| 08/12/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 | 8.30 |

(8.3).

| 08/12/03 | WFH | Conferences with Mr. Williams re preparing opposition to Honeywell's stay motion (1.2); review additional trial testimony and revise memorandum to file re selected record cites for use by Mr. Williams in opposing stay motion (5.5); conferences with Mr. Marraro and Ms. Schuller re responding to Honeywell's discovery request and follow-up with staff re same (1.4); conference call with experts re preparing summary of qualifications (.5); prepare model of expert qualifications for use by Ms. Schuller (.5); prepare draft of response to Honeywell's discovery request (.6). | 9.70 |
| --- | --- | --- | --- |
| 08/12/03 | BJB | Continue to assist Ms. Parker with review and preparation of case documents in response to Honeywell's 8/6/03 request re Grace's RCRA claim application (1.8); research case records, collect and prepare pertinent documents re same for Mr. Hughes and Ms. Schuller (1.8); review, sort organize and incorporate new letters to the court and case correspondence into indexed case files and create new case files (3.6 ). | 7.20 |
| 08/12/03 | RLS | Gather expert qualifications information for fee audit document requests (8.8). | 8.80 |
| 08/12/03 | CHM | Conference with Mr. Agnello re response to Honeywell's document request (1.2); conference with D. Field (.5); review Honeywell stay motion (1.3); conference with Hughes re production to Honeywell (1.8); review correspondence with Special Master (1.0); conference with Dr. Brown (.5). | 6.30 |
| 08/12/03 | TRP | Review materials sent by experts and make calls to those who have not yet sent all information (1.5); office conference with R. Schuller on status of obtaining job titles and descriptions of work (.4); prepare chart to check off items as received and begin organizing documents by category (1.9); office conference with Messrs. Hughes and Marraro re strategy and status of gathering information for responding to Honeywell's request for additional information on fee petition, and meeting with staff re same (.6); organize and label documents (3.4); review electronic data files sent by experts (.2); call to J. Agnello re plans for production (.1). | 8.10 |
| 08/13/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 | 8.70 |

(8.7).

| 08/13/03 | BJB | Research Summation, analyze trial testimony re site remediation health risks and excavation issues for Grace response to Honeywell's 8/6/03 letter request re RCRA claim application and prepare results for Mr. Hughes (5.5): collect, prepare and organize pertinent testimony re RCRA claim for Mr. Hughes (1.6); conference with Mr. Hughes re Findings on same (.3); collect pertinent document for Mr. Marraro re RCRA claim application (.3). | 7.70 |

| 08/13/03 | MM | Office conference with Ms. Parker re producing WKMB's fee and expense spreadsheet submitted to the Court in our Fee Petition in electronic form to Ms. Schuller to be forwarded to Honeywell as requested (.2); search and forward stated document to Ms. Schuller (.3); follow-up office conference with Ms. Schuller re assuring stated spreadsheet was not altered since the filing of the fee petition (.4). | 0.90 |

| 08/13/03 | RLS | Draft response to fee audit document requests; compile response documents for fee audit document requests (8.0). | 8.00 |

| 08/13/03 | WFH | Conferences with Mr. Williams re preparing opposition to Honeywell's stay motion (.8); review selected cases on stay issue provided by Mr. Williams (1.0); review trial testimony and provide bullets to Mr. Williams re court's injunctive order for use in opposing stay motion (6.5); conferences with Mr. Marraro and Ms. Schuller re response to Honeywell discovery request (.5); conference with Dr. Goad and staff re supplying information requested by Honeywell (.8). | 9.60 |

| 08/13/03 | CHM | Review and edit responses to document request re fee (2.5); conference with ICO attorneys (.5); conference with Mr. Agnello re Roned cross-claim (.5); meeting with Mr. Williams re response to stay (1.0); conference with client (.5). | 5.00 |

| 08/13/03 | TRP | Review and organize materials sent by experts, follow-up call and email re Anderson documents (.3); office conference with R. Schuller re documents received and organized and those outstanding (.3); draft email to Mr. Hughes on status of all experts' response (.8); review and organize documents received (5.2); calls to experts to confirm that all information available to support fee petition has been | 7.60 |

produced (.9); email to R. Scrivos re plans for production (.1).

| 08/14/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (4.6). | 4.60 |
|---|---|---|---|
| 08/14/03 | WFH | Review relevant RCRA and other injunction cases and prepare inserts re same for use by Mr. William in opposition brief (4.2); conference with Mr. Williams re same (.3); conferences with Mr. Marraro and Ms. Kelley re collecting information responsive to Honeywell's discovery request (.3). | 4.80 |
| 08/14/03 | BJB | Continue review, sort organize and incorporate new letters to the court and case correspondence into indexed case files and create new case files (4.0); coordinate, organize and prepare production of documents in response to Honeywell's 8/6/03 letter re Grace's RCRA claim application (3.4). | 7.40 |
| 08/14/03 | MM | Office conference with Mr. Marraro re contacting all Grace experts re determining if surcharges were established (.2); telephone conferences with all Grace experts re stated matter (2.3); forward several emails to Mr. Marraro, Mr. Hughes and Ms. Schuller re status of same and final results (.4); office conferences with Ms. Schuller re review and assisting with the organization of all documents to be submitted to Honeywell (.4). | 3.30 |
| 08/14/03 | RLS | Compile responsive documents for fee audit document requests (9.2). | 9.20 |
| 08/14/03 | CHM | Work on document request to Honeywell (1.5); conference with D. Field (.5); review e-mail from Obradovic and conference call re same (.7); conference with Agnello re Roned and conference with Roned (1.0). | 3.70 |
| 08/15/03 | MM | Office conferences with Ms. Schuller and Ms. Banks re review, organizing and preparing various documents to be sent out to Honeywell as requested (.3); review, organize and assist with preparing documents to be sent to Honeywell (.3); review email from Mr. Hughes and responded accordingly re expert surcharges (.2); forward response email to Ms. Schuller re review (.2); follow-up telephone conferences with various experts re same (.9); review and | 2.60 |

incorporate into files miscellaneous case documents (.7).

| 08/15/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (8.8). | 8.80 |

| 08/15/03 | BJB | Conference with Ms. Schuller re preparation of production documents responsive to Honeywell's 8/6/03 request re Grace's RCRA claim application (.3); prepare and finalize revised organization of production documents and prepare FedEx shipment of same (5.3); make telephone calls to U.S. Court of Appeals for the 3rd Circuit and National Archives Record Center re pertinent case documents re stay of injunction for Mr. Williams (.5); research case filings for pertinent documents re stay of injunction, collect and prepare for Mr. Williams (.4); assist Ms. Schuller with coordination and organization of response letter and exhibits to Honeywell's 8/6/03 request and prepare for FedEx shipment (1.8). | 8.30 |

| 08/15/03 | RLS | Edit responses to fee audit document requests; compile response documents for fee audit document requests (8.2). | 8.20 |

| 08/15/03 | CHM | Review documents to be produced to Honeywell (1.2); prepare letter to Field re documents (1.6). | 2.80 |

| 08/16/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 (6.2). | 6.20 |

| 08/18/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003, regarding brief to be submitted to District Court on 8/25/03 (8.1). | 8.10 |

| 08/18/03 | MM | Review and incorporate into files miscellaneous case material previously pulled re fee petition (.8); received follow-up telephone calls from various Grace experts re recent request for any surcharges established on their expenses (.4). | 1.20 |

| 08/18/03 | BJB | Respond to return call from U.S. Court of Appeals for the 3rd Circuit re stay injunction for Mr. Williams (.3); review, coordinate, organize and prepare new case correspondence | 1.80 |

for incorporation into case files (1.5).

| 08/18/03 | RLS | Research standard on appeal for judge's order of injunctive relief (6.1). | 6.10 |
| 08/18/03 | CHM | Review draft of opposition to stay (1.5); conference with M. Williams re same (.5); conference with ICO attorney re stay and extension of time request (.5). | 2.50 |
| 08/18/03 | TRP | Confer with R. Schuller and review materials sent out in response to Honeywell's request for information to support fee petition (.7); gather materials related to WKMB fees for future reference (1.0). | 1.70 |
| 08/19/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003, regarding brief to be submitted to District Court regarding brief to be submitted to district court on 8/25/03  (9.3). | 9.30 |
| 08/19/03 | RLS | Reseach aspects of appeal (5.0). | 5.00 |
| 08/20/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003, regarding brief to be submitted to District Court on 8/25/03 (7.4). | 7.40 |
| 08/20/03 | BJB | Make follow up calls to U.S. Appeals Court for 3rd Circuit and Federal Records Center for Mid-Atlantic Region for pertinent archived case file documents in re stay of injunctions in 3rd Circuit for Mr. Williams (8); conference with Mr. Williams re assignment (.1); research PACER for pertinent docket information re injunction for Mr. Williams (.4); finalize arrangements for document retrieval service re same (.3); continue review, coordination, preparation and organization of new post-trial and appeals correspondence and court filings and create post-trial files (8.2). | 9.80 |
| 08/20/03 | RLS | Research issues for appeal (6.3). | 6.30 |
| 08/21/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003, regarding brief to be submitted to District Court on 8/25/03 (8.3) | 8.30 |

| 08/21/03 | BJB | Incorporate district court and 3rd Circuit Appeals filings into indexed case files and electronic files (5.1). | 5.10 |
|---|---|---|---|
| 08/21/03 | CHM | Review Williams' second draft of opposition to stay (1.0); conference with client (.5). | 1.50 |
| 08/22/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003, regarding brief to be submitted to District Court on 8/25/03 (7.2). | 7.20 |
| 08/22/03 | CHM | Revise opposition to stay (1.3); conference call with Agnello re same (1.0); conference call with ICO counsel re various issues (.5); conference with client (.5); review correspondence re appeal (.5); revise car wash submission (.6). | 4.40 |
| 08/25/03 | MLW | Preparation of the Grace Defendants' response brief to Honeywell's motion to stay injunction entered May 15, 2003 and teleconference regarding same with C. Marraro and J. Agnello (7.1). | 7.10 |
| 08/25/03 | BJB | Incorporate new correspondence and court filings re Special Master and Special Master's consultant Berger Group, Honeywell site remediation plan, immediate action items, Financial Assurances and Roned Settlement into indexed post-trial files and create new files as appropriate (7.4); collect and prepare pertinent document re 8/26/03 deposition for Mr. Williams (.3); make follow up telephone call to Third Circuit Court of Appeals re court procedures for Messrs. Hughes and Williams (.3). | 8.00 |
| 08/25/03 | MM | Office conference with Mr. Williams re searching case files and producing various documents in preparation for the deposition of William Sheehan (.2); search case files and produce all requested material (i.e., testimony at trial, notice of deposition, etc.) and forward copies of same to Mr. Williams for review (.8); forward email to Ms. Banks re status of same (.2); office conference with Ms. Banks re same (.1); follow-up office conference with Mr. Williams re producing copy of Plaintiffs' (i.e., Riverkeepers response to production of documents filed on 8.12.03 (.2); search case files and produce requested response to Mr. Williams (.4). | 1.90 |
| 08/25/03 | CHM | Conference with Mr. Agnello re various issues (.5); | 1.00 |

conference with Mr. Nagy re status update (.5).

| 08/25/03 | MLW | Preparation for deposition of Captain William Sheehan scheduled for 8/26/03 (6.7). | 6.70 |
|---|---|---|---|
| 08/26/03 | BJB | Make follow up call to Federal Records Center in Philadelphia re pertinent records re stay of injunctions and make arrangements with Parcels Document Service to collect same (.5); continue incorporate new correspondence and filings into indexed case files and electronic files (.3); continue create new files re Special Master, Berger Group, Honeywell site remediation plan, immediate action items, and Roned Settlement and Financial Assurances (8.5). | 9.30 |
| 08/26/03 | CHM | Review correspondence (1.5); legal research re appeal issues (2.0); conference with Mr. Agnello (.5). | 4.00 |
| 08/26/03 | WFH | Review Mr. Williams' draft of opposition to stay motion and conferences with him re same (1.8); review case correspondence and other submissions from Aug. 14-24 and confer with Mr. Marraro, Mr. Williams and paralegals re issues raised by same (1.4). | 3.20 |
| 08/26/03 | MLW | Deposition of Captain William Sheehan in Roseland, New Jersey, including additional preparation for deposition, conference and meeting with Captain Sheehan and counsel for ICO (13.2). (Note: Travel time billed at 100% since work on plane up and back on deposition preparation and memorandum re deposition.) | 13.20 |
| 08/27/03 | MLW | Preparation of memorandum regarding deposition of Captain William Sheehan, taken 8/26/03 (1.7). | 1.70 |
| 08/27/03 | MLW | Preparation for hearing on Honeywell's motion for stay of Court's injunction, scheduled for 9/8/03, regarding authority cited by Honeywell (5.6). | 5.60 |
| 08/27/03 | BJB | Make follow up calls to Parsons re retrieval of pertinent archived Document regarding the stay for Mr. Williams (.3); conference with Mr. Hughes re new assignment re RCRA site work permits (.3); continue create new post-trial case files re site work plan, immediate action items and site permits, proposed stipulation, and special master files (6.5). | 7.10 |

| 08/27/03 | WFH | Conference with Mr. Marraro re additional issues likely to be raised by Honeywell on appeal and conduct review of trial record for points addressing same (5.1); prepare file memorandum summarizing key record cites (2.2). | 7.30 |
|---|---|---|---|
| 08/27/03 | CHM | Update re Sheehan deposition from M. Williams (.7). | 0.70 |
| 08/28/03 | WFH | Conduct review of trial record re issues on injunction likely to be raised by Honeywell and supplement file memorandum re same (3.1). | 3.10 |
| 08/29/03 | MLW | Preparation of supplemental memorandum regarding deposition of Captain William Sheehan, taken 8/26/03 (1.6). | 1.60 |
| 08/29/03 | CHM | Conference with Agnello re various issues (.5); legal research re stay issues (1.5). | 2.00 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total Fees | | 580.60 | $137,888.50 |

Disbursements:

| | |
|---|---|
| B. Hughes - Working lunch with Mr. Zacaroli and Ms. Schuller on 5/16/03 (3 people) | 31.84 |
| B. Hughes - Working lunch with Ms. Schuller and Mr. Willaims re assignments on 5/29/03 (3 people) | 32.60 |
| B. Hughes - Working lunch with Mr. Williams and Ms. Schuller on 6/11/03 (3 people) | 29.09 |
| Car Service for John Agnello on 7/16/03 from Union Station to Marriot Hotel | 74.75 |
| C. Marraro - Working lunch on 7/21/03 (1 person) | 11.37 |
| C. Marraro - Lunch with Mr. Hughes and Mr. Angello on 7/17/03 (3 people) | 20.93 |
| J. Kelley - Overtime Meal on 8/11/03 re Grace recovery project | 4.22 |
| J. Kelley - Overtime meal on 8/10/03 working on Grace recovery project | 2.71 |
| K. Campbell - Overtime Meal re indexing correspondence files on 7/31/03 (1 person) | 12.98 |
| K. Campbell - Overtime Meal while indexing correspondence files on 7/23/03 (1 person) | 25.00 |
| K. Campbell - Overtime Meal while indexing correspondence files on 7/21/03 (1 person) | 25.75 |
| K. Campbell - Overtime Meal for preparation for meeting with Mr. Angello on 7/17/03 (1 person) | 16.22 |
| T. Parker - Overtime Meal while working on Grace cost recovery project for Ms Parker, Ms. Bynum, Mr. Queen, Mr. George and Ms. Kelly on 8/09/03 (5 people) | 59.02 |

| | |
|---|---|
| N. Bynum - Overtime Transportation on 8/8/03 while working on Grace recovery project | 14.70 |
| J. Joslin - Overtime transportation on 8/10/03 while working on Grace recovery project | 26.16 |
| J. Kelley - Overtime Transportation on 8/9/03 while working on Grace cost recovery project | 11.76 |
| K. Campbell - Overtime transportation on 7/30/03 re indexing correspondence files | 14.76 |
| K. Campbell - Overtime transportation on 7/24/03 for indexing correspondence files | 14.76 |
| J. Kelley - Overtime transportation on 8/11/03 while working on Grace recovery projfect | 26.36 |
| J. Kelley - Overtime transportation on 8/10/03 while working on Grace recovery project | 40.56 |
| K. Campbell - Overtime transportation on 7/31/03 while re indexing correspondence files | 14.76 |
| K. Campbell - Overtime transportation on 7/21/03 for  indexing correspondence files | 12.76 |
| K. Campbell -  Overtime transportation on 7/21/03 for indexing correspondence files | 12.76 |
| T. Parker - Overtime meal while working on Honeywell's request for additional information for Ms. Parker, Mr. Queen, Mr. Lightly, Ms. Kelly, Ms. Bynum and Ms. Joslin on 8/08/03 (6 people) | 174.62 |
| Copying | 3,639.97 |
| Facsimile | 116.50 |
| Telephone | 460.86 |
| Online research | 10,791.96 |
| Delivery services/messengers | 69.57 |
| Postage | 4.98 |
| Federal Express | 382.34 |
| | |
| Total Disbursements | $16,176.62 |
| | |
| Total Amount Of This Bill | $154,065.12 |
| Less Deduction of 40% of Fees Per Agreement | $55,155.40 |
| | |
| Balance Due | $98,909.72 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 93.70 | 135.00 |
| Bynum, Natasha A. | Legal Clerk | 15.90 | 100.00 |
| Hughes, William F. | Counsel | 67.70 | 350.00 |
| Marraro, Christopher H. | Partner | 50.70 | 440.00 |

| Name | Title | | |
|---|---|---|---|
| Moasser, Mahmoude | Paralegal | 9.90 | 135.00 |
| Parker, Tamara R. | Associate | 54.60 | 290.00 |
| Schuller, Rebecca L. | Associate | 102.20 | 180.00 |
| Sneed, Letta | Associate | 7.20 | 260.00 |
| Williams, Michael L. | Associate | 178.70 | 225.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

September 23, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      1081

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 08/22/03 | CHM | Review correspondence from client (.5). | 0.50 |

|  |  | | **Amount** |
|---|---|---|---|
| Total Fees | 0.50 | | $220.00 |
| Total Amount Of This Bill | | | $220.00 |
| Balance Due | | | $220.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 0.50 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

September 23, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#       1082

For Professional Services Rendered in Connection with Waterloo - Brewer
Road Site - Mater 4

Professional Services:

|            |     |                                       | **Hours** |
|------------|-----|---------------------------------------|-----------|
| 08/28/03   | CHM | Conference with Mr. Hughes re status (.6). | 0.60      |

|                       |      | **Amount** |
|-----------------------|------|------------|
|                       | 0.60 |            |
| Total Fees            |      | $264.00    |

Disbursements:

| Copying            | 6.00   |
|--------------------|--------|
| Postage            | 2.90   |
| Total Disbursements | $8.90 |

| Total Amount Of This Bill | $272.90 |
|---------------------------|---------|

| Balance Due | $272.90 |
|-------------|---------|

Timekeeper Summary

| Name                    |         | Hours | Rate   |
|-------------------------|---------|-------|--------|
| Marraro, Christopher H. | Partner | 0.60  | 440.00 |


**Wallace King & Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 23, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1083

For Professional Services Rendered in Connection with Remediation
Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 08/01/03 | WFH | Conferences with Dr. Brown and co-counsel re meeting with Special Master and status of projects related to same (1.2); review Honeywell's Work Plan and other Honeywell submissions to the Special Master in preparation for meeting (1.4); review and revise Dr. Brown's five proposed Scopes of Work for the remediation of the site and confer with SI Group staff re same (3.3); review RCRA land ban standards and related regulations/Federal Registers in preparation for meeting with Special Master (1.5). | 7.40 |
| 08/04/03 | WFH | Meeting with Mr. Agnello in New Jersey in preparation for meeting with Special Master on Aug. 5 and 6 (3.5); meeting with Mr. Scrivo re his site visit on 8/5 and related background issues (0.7); meeting with Dr. Brown re his meeting with Louis Berger on 8/4, Honeywell's proposed slurry wall, and other issues in preparation for meeting with the Special Master (3.4). | 7.60 |
| 08/05/03 | WFH | Meeting with Special Master in New Jersey re site remediation issues (6.0 hrs); pre-meeting and post-meeting | 9.00 |

conferences with the client, Dr. Brown and Mr. Agnello re
same (3.0 hrs).

| | | | |
|---|---|---|---|
| 08/05/03 | RLS | Research NJ regulations whether require permit/Notice and Comment when remediating via consent order (2.0). | 2.00 |
| 08/06/03 | WFH | Meeting with Special Master in New Jersey re site remediation issues (6.0 hrs); pre-meeting and post-meeting conferences with the client, Dr. Brown and Mr. Agnello re same (1.8 hrs). | 7.80 |
| 08/07/03 | WFH | Conferences with Dr. Brown and staff re collecting previous TCLP data and other assignments in connection with Special Master meeting (.8); conferences with paralegals re searching for data, design drawings and other information requested by Special Master (1.1); review recent correspondence and other submittals to Special Master (.5). | 2.40 |
| 08/15/03 | CHM | Work with Dr. Brown on various issues and prepare outline of changes to stipulation (1.2); conference with L. Walsh re same (.8). | 2.00 |
| 08/15/03 | CHM | Prepare final letter to Coakley re stipulation on remediation activities (1.0); conference with Dr. Brown re sampling activity (.5). | 1.50 |
| 08/22/03 | CHM | Review correspondence (.8); conference re revised immediate action items (.5). | 1.30 |
| 08/26/03 | WFH | Conference with Mr. Golladay at Dr. Brown's office re pending projects (.5); review various work plans, proposals and other documents submitted by Honeywell to the Special Master during the Aug. 14-24 time period and confer with Mr. Marraro and Ms. Banks re issues raised by same (1.1). | 1.60 |
| 08/28/03 | BJB | Research Westlaw, Lexis, and Internet download, coordinate and organize pertinent NJ and Federal regulations and statutes re site remediation permits identified by Honeywell expert Parsons (NJDEP, NJDOT, NJDOA, and USEPA) for Mr. Hughes (9.5). | 9.50 |
| 08/28/03 | CHM | Conference with client (.5); conference with Dr. Brown's | 2.50 |

office re assignments (1.0); review final Immediate Action Items (.5); conference with client (.5).

| | | | |
|---|---|---|---:|
| 08/29/03 | BJB | Continue collection and coordination of collected statutes and regulations identified by Honeywell's site remediation expert Parsons and organize into binders for Mr. Hughes (5.0). | 5.00 |
| 08/29/03 | CHM | Review Parsons documents on geophysical work plan and conference with Dr. Brown re same (1.0). | 1.00 |
| 08/29/03 | WFH | Review Honeywell's submittal to the Special Master re site permitting requirements and conduct legal research re same (2.4). | 2.40 |

| | | | **Amount** |
|---|---|---:|---:|
| Total Fees | | 63.00 | $19,339.50 |
| Total Amount Of This Bill | | | $19,339.50 |
| Balance Due | | | $19,339.50 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Banks, Barbara J. | Paralegal | 14.50 | 135.00 |
| Hughes, William F. | Counsel | 38.20 | 350.00 |
| Marraro, Christopher H. | Partner | 8.30 | 440.00 |
| Schuller, Rebecca L. | Associate | 2.00 | 180.00 |