IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 15, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

EXHIBIT A

Professional services rendered in April, 2003

| | | | |
|---|---|---|---|
| 04/01/03 | A.E. Moran | COLI: Read and consider use of recently released Dow case in settlement. | 1.50 |
| 04/01/03 | J.W. Johnson | Review of COLI closing argument | 2.00 |
| 04/03/03 | A.L. Bailey | Analysis of impact of Dow on Grace COLI issue. | 1.50 |
| 04/04/03 | A.E. Moran | Consider settlement options in light of Dow Case | 0.20 |
| 04/07/03 | J.W. Johnson | Teleconference with Grace lawyers re impact of Dow case on Grace's COLI issue and meeting with Grace management. | 4.50 |
| 04/08/03 | A.L. Bailey | Prepare for witness interview at Grace office in Columbia, Maryland, regarding 351 Company issue. | 2.30 |
| 04/08/03 | J.W. Johnson | Review Remedium documents in preparation for Grace witness interviews. | 3.00 |
| 04/08/03 | A.L. Bailey | Review impact of Dow decision on Grace "COLI" issue; look at Grace's issue illustrations for facts in Dow; prepare one-pager for discussion with Mr. Tarola, Chief Financial Officer on same. | 2.00 |
| 04/09/03 | A.L. Bailey | Meeting at Grace Columbia, Maryland, office for review of 351 issue and witness interview. | 3.00 |
| 04/09/03 | A.E. Moran | COLI: Followup on settlement discussions and outstanding issues. | 0.40 |
| 04/09/03 | A.L. Bailey | Participate in COLI meeting with CFO Tarola regarding Dow opinion and impact on Grace. | 1.50 |
| 04/09/03 | A.L. Bailey | Travel to meeting in Columbia MD remedium. (1/2 billed) | 1.00 |
| 04/09/03 | A.L. Bailey | Prepare for meeting on Remedium. | 1.50 |
| 04/09/03 | J.W. Johnson | Travel to Columbia for meeting re Grace issues re remedium. (1/2 billed) | 1.00 |
| 04/09/03 | J.W. Johnson | Witness interviews regarding the Remedium transaction. | 3.00 |
| 04/09/03 | J.W. Johnson | Prepare for and have meeting or COLI. | 1.50 |
| 04/10/03 | A.E. Moran | COLI: Review current status of COLI settlement proposals. | 0.20 |

| | | | |
|---|---|---|---|
| 04/10/03 | A.E. Moran | BILLS: Work on bills for January-March 2003. | 1.00 |
| 04/10/03 | J.W. Johnson | Review Remedium materials received from Grace in preparation for IRS presentation. | 3.50 |
| 04/11/03 | J.W. Johnson | Review materials re COLI insurable interest issue. | 2.00 |
| 04/11/03 | A.L. Bailey | Further analysis of insurable interest memorandum from South Carolina law firm; advice to client regarding completeness of analysis and possible COLI issue as in Dow. | 2.00 |
| 04/14/03 | A.L. Bailey | Review insurable insterest memorandum regarding COLI. | 1.70 |
| 04/15/03 | A.L. Bailey | Remedium: Review presentation to IRS regarding Section 351. | 1.20 |
| 04/15/03 | A.E. Moran | Billing: follow-up on required report to accountant. | 0.30 |
| 04/17/03 | J.W. Johnson | Review Remedium IRS presentation and revise same; review remedium factual materials related to IRS presentation. | 2.00 |
| 04/18/03 | J.W. Johnson | Prepare Remedium presentation and analyze Remedium files, memos and documents. | 3.50 |
| 04/21/03 | J.W. Johnson | Review Remedium files and materials in preparation for IRS presentation and additional witness interviews. | 3.50 |
| 04/21/03 | A.L. Bailey | Prepare for call with client regarding 351 Company factual development. | 0.50 |
| 04/22/03 | A.E. Moran | BILLS: Work on bills. | 1.80 |
| 04/22/03 | J.W. Johnson | Teleconference with Grace employees for fact development interviews. | 2.00 |
| 04/22/03 | J.W. Johnson | Revise IRS Remedium presentation. | 2.80 |
| 04/22/03 | A.L. Bailey | Telephone call with potential witnesses. | 2.00 |
| 04/23/03 | A.L. Bailey | Review and revise Remedium Company PowerPoint presentation for IRS meeting. | 1.50 |
| 04/23/03 | J.W. Johnson | Review draft powerpoint presentation to IRS re Remedium and add Code requirement section to presentation: review proof of claim re Remedium. | 5.00 |
| 04/24/03 | A.E. Moran | Review bills for January through March 2003. | 2.40 |

| | | | |
|---|---|---|---|
| 04/24/03 | J.W. Johnson | Revisions to IRS presentation, including draft talking points for IRS presentation and draft Form 2848. | 6.50 |
| 04/24/03 | A.L. Bailey | Review PowerPoint drafts received from Grace and review proof of claim. | 3.70 |
| 04/25/03 | A.L. Bailey | Review Grace tax department revisions to IRS meeting outline; and consider adding to documents to provide to IRS. | 1.20 |
| 04/28/03 | J.W. Johnson | Non-working travel to Grace for Remedium presentation. (half-time billed) | .50 |
| 04/25/03 | J.W. Johnson | Prepare talking points for IRS presentation re Remedium transaction. | 4.80 |
| 04/28/03 | A.E. Moran | Review new COLI appeals court decision. | 1.00 |
| 04/28/03 | A.L. Bailey | Prepare for, and participate in meeting with client to review presentation to IRS on company issue. | 6.50 |
| 04/28/03 | A.L. Bailey | Non-working travel to Grace for Remedium presentation. (1/2 billed) | .50 |
| 04/28/03 | J.W. Johnson | Prepare for IRS Remedium presentation with client. | 5.50 |
| 04/28/03 | A.E. Moran | Review bills for January through March 2003. | 1.00 |
| 04/29/03 | J.W. Johnson | Return travel to DC (non-working travel). (1/2 billed) | 1.20 |
| 04/29/03 | A.L. Bailey | Return to DC (non-working travel). (1/2 billed) | 1.20 |
| 04/29/03 | J.W. Johnson | IRS Remedium presentation. | 4.10 |
| 04/29/03 | A.L. Bailey | Prepare for and have meeting with IRS regarding Reg. 351 company issue. | 6.10 |
| 04/30/03 | J.W. Johnson | Teleconference re IRS information requests re Remedium. | 0.50 |
| 04/30/03 | J.W. Johnson | Review factual materials re IRS information requests. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 49.90 | 495.00 | 20,245.50 |
| J.W. Johnson | 63.40 | 495.00 | 31,383.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 9.80 | 395.00 | 3,871.00 |
| Total | 114.10 | | 55,499.50 |

                                      Total Fees        $55,499.50