# EXHIBIT B

Exhibit B

Disbursements:

| | |
|---|---:|
| Overnight Messenger | 44.90 |
| Duplicating | 998.55 |
| Duplicating Supplies | 94.50 |
| Postage | 37.45 |
| Long Distance Telephone | 55.61 |
| Parking - ARTHUR L. BAILEY | 30.00 |
| Air Fare - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 | 774.50 |
| Hotel - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 | 182.28 |
| Meals - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 | 18.00 |
| Parking - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 | 30.00 |
| Rental Car - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 | 139.16 |
| Air Fare - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 | 774.50 |
| Hotel - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 | 148.50 |
| Meals - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 | 2.00 |
| Parking - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 | 40.00 |

Total Disbursements              $3,369.95

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 265734

RUN DATE: 09/17/2003
RUN TIME: 14:42:28
PAGE: 1

*April*

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| DLFD | 04/23/03 | 00206 | Moran, Anne E. | 1.00 | 13.00 | 13.00 | | | Federal Express FROM A MORAN TO P GALBRAITH ESQ ON 03/27/03 |
| DLFD | 04/23/03 | 00206 | Moran, Anne E. | 1.00 | 12.30 | 12.30 | | | Federal Express FROM J JOHNSON TO JUDY RILEY ON 03/27/03 |
| DLFD | 04/23/03 | 00206 | Moran, Anne E. | 1.00 | 19.60 | 19.60 | | | Federal Express FROM J JOHNSON TO C FINKE ON 04/02/03 |
| DLFD | 04/23/03 Total : | | | 44.90 | | | | | |
| DUPLDC | 04/01/03 | 07450 | Arroyo, Ella H. | 66.00 | 0.15 | 9.90 | | | 66 PHOTOCOPIES MADE BY 07450 |
| DUPLDC | 04/01/03 | 07450 | Arroyo, Ella H. | 66.00 | 0.20 | 13.20 | | | |
| DUPLDC | 04/10/03 | 00101 | Johnson, J. Walker | 45.00 | 0.15 | 6.75 | | | |
| DUPLDC | 04/10/03 | 00101 | Johnson, J. Walker | 45.00 | 0.20 | 9.00 | | | 45 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 04/21/03 | 09066 | Merrill, | 2940.00 | 0.15 | 441.00 | | | |
| DUPLDC | 04/21/03 | 09066 | Merrill, | 2940.00 | 0.20 | 588.00 | | | 2940 PHOTOCOPIES MADE BY 09066 |
| DUPLDC | 04/24/03 | 00101 | Johnson, J. Walker | 18.00 | 0.15 | 2.70 | | | |
| DUPLDC | 04/24/03 | 00101 | Johnson, J. Walker | 18.00 | 0.20 | 3.60 | | | 18 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 04/25/03 | 00101 | Johnson, J. Walker | 2.00 | 0.15 | 0.30 | | | |
| DUPLDC | 04/25/03 | 00101 | Johnson, J. Walker | 2.00 | 0.20 | 0.40 | | | 2 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 04/25/03 | 09066 | Merrill, | 2714.00 | 0.15 | 407.10 | | | |
| DUPLDC | 04/25/03 | 09066 | Merrill, | 2714.00 | 0.20 | 542.80 | | | 2714 PHOTOCOPIES MADE BY 09066 |
| DUPLDC | 04/25/03 Total : | | | 407.40 | | | | | |
| DUPLDC | 04/28/03 | 09066 | Merrill, | 15.00 | 0.15 | 2.25 | | | |
| DUPLDC | 04/28/03 | 09066 | Merrill, | 15.00 | 0.20 | 3.00 | | | 15 PHOTOCOPIES MADE BY 09066 |
| DUPLDC | 04/29/03 | 07592 | Ward, Brenda A. | 118.00 | 0.15 | 17.70 | | | |
| DUPLDC | 04/29/03 | 07592 | Ward, Brenda A. | 118.00 | 0.20 | 23.60 | | | 118 PHOTOCOPIES MADE BY 07592 |
| DUPLDC | 04/30/03 | 00101 | Johnson, J. Walker | 3.00 | 0.15 | 0.45 | | | |
| DUPLDC | 04/30/03 | 00101 | Johnson, J. Walker | 3.00 | 0.20 | 0.60 | | | 3 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 04/30/03 | 09066 | Merrill, | 526.00 | 0.15 | 78.90 | | | |
| DUPLDC | 04/30/03 | 09066 | Merrill, | 526.00 | 0.20 | 105.20 | | | 526 PHOTOCOPIES MADE BY 09066 |
| DUPLDC | 04/30/03 | 00101 | Johnson, J. Walker | 8.00 | 0.15 | 1.20 | | | |
| DUPLDC | 04/30/03 | 00101 | Johnson, J. Walker | 8.00 | 0.20 | 1.60 | | | 8 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 04/30/03 Total : | | | 80.55 | | | | | |
| | Total : | | | 968.25 | | | | | |
| DUSPDC | 04/21/03 | 09066 | Merrill, | 1.00 | 4.50 | 4.50 | | | |
| DUSPDC | 04/21/03 | 09066 | Merrill, | 1.00 | 4.50 | 4.50 | | | DISBURSEMENTS BY 09066 |
| DUSPDC | 04/28/03 | 09066 | Merrill, | 1.00 | 37.50 | 37.50 | | | |
| DUSPDC | 04/28/03 | 09066 | Merrill, | 1.00 | 37.50 | 37.50 | | | DISBURSEMENTS BY 09066 |
| DUSPDC | 04/28/03 | 09066 | Merrill, | 1.00 | 52.50 | 52.50 | | | DISBURSEMENTS BY 09066 |

```
                                                       STEPTOE & JOHNSON LLP                           RUN DATE: 09/17/2003
                                                        Detail Cost Report                             RUN TIME: 14:42:29
                                                        Proforma: 265734                                          PAGE: 2

012046.00001 TAX LITIGATION

Cost       Timekeeper
Code  Date   Number   Name              Quantity  Rate  Amount  Ext.  Phone Number  Description
====  ====   ======   ====              ========  ====  ======  ====  ============  ===========

DUSPDC  04/28/03  09066  Merrill,                    1.00          90.00              DISBURSEMENTS BY 09066

DUSPDC  04/28/03 Total :                            90.00          52.50

LASR  04/01/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/01/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Johnson, Walker
LASR  04/01/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/01/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Johnson, Walker

LASR  04/01/03 Total :                   0.30

LASR  04/09/03  00206  Moran, Anne E.    2.00  0.15   0.30                             PC/Network Printing
LASR  04/09/03  00206  Moran, Anne E.    2.00  0.20   0.40                             PC LASER 2 Pages Johnson, Walker
LASR  04/09/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/09/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Johnson, Walker
LASR  04/09/03  00206  Moran, Anne E.    6.00  0.15   0.90                             PC/Network Printing
LASR  04/09/03  00206  Moran, Anne E.    6.00  0.20   1.20                             PC LASER 6 Pages Johnson, Walker

LASR  04/09/03 Total :                   1.35

LASR  04/16/03  00206  Moran, Anne E.   11.00  0.15   1.65                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.   11.00  0.20   2.20                             PC LASER 11 Pages Moran, Anne
LASR  04/16/03  00206  Moran, Anne E.   11.00  0.15   1.65                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.   11.00  0.20   2.20                             PC LASER 11 Pages Moran, Anne
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Moran, Anne
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Moran, Anne
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Ward, Brenda
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Ward, Brenda
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.15   0.15                             PC/Network Printing
LASR  04/16/03  00206  Moran, Anne E.    1.00  0.20   0.20                             PC LASER 1 Pages Ward, Brenda
```

```
                                                                STEPTOE & JOHNSON LLP                         RUN DATE: 09/17/2003
                                                                  Detail Cost Report                          RUN TIME: 14:42:29
                                                                  Proforma: 265734                            PAGE: 3

012046.00001 TAX LITIGATION

  Cost        Timekeeper
  Code  Date  Number   Name                 Quantity Rate    Amount Ext. Phone Number    Description
  ===== ===== ======== ==================== ======== ======= ====== ==== ============  ================================================
  LASR  04/16/03 00206 Moran, Anne E.          4.00   0.15    0.60                     PC/Network Printing
  LASR  04/22/03 00206 Moran, Anne E.          4.00   0.20    0.80                     PC LASER 4 Pages Moran, Anne
  LASR  04/22/03 00206 Moran, Anne E.          5.00   0.15    0.75                     PC/Network Printing
  LASR  04/22/03 00206 Moran, Anne E.          5.00   0.20    1.00                     PC LASER 5 Pages Moran, Anne
  LASR  04/22/03 00206 Moran, Anne E.          8.00   0.15    1.20                     PC/Network Printing
  LASR  04/22/03 00206 Moran, Anne E.          8.00   0.20    1.60                     PC LASER 8 Pages Moran, Anne
  LASR  04/22/03 00206 Moran, Anne E.         11.00   0.15    1.65                     PC/Network Printing
  LASR  04/22/03 00206 Moran, Anne E.         11.00   0.20    2.20                     PC LASER 11 Pages Moran, Anne
  LASR  04/22/03 00206 Moran, Anne E.          7.00   0.15    1.05                     PC/Network Printing
  LASR  04/22/03 00206 Moran, Anne E.          7.00   0.20    1.40                     PC LASER 7 Pages Moran, Anne
  LASR  04/22/03 Total :                       4.05
  LASR  04/23/03 00206 Moran, Anne E.          1.00   0.15    0.15                     PC/Network Printing
  LASR  04/23/03 00206 Moran, Anne E.          1.00   0.20    0.20                     PC LASER 1 Pages McAlister, Pamela
  LASR  04/23/03 00206 Moran, Anne E.          5.00   0.15    0.75                     PC/Network Printing
  LASR  04/23/03 00206 Moran, Anne E.          5.00   0.20    1.00                     PC LASER 5 Pages Moran, Anne
  LASR  04/23/03 00206 Moran, Anne E.          7.00   0.15    1.05                     PC/Network Printing
  LASR  04/23/03 00206 Moran, Anne E.          7.00   0.20    1.40                     PC LASER 7 Pages Moran, Anne
  LASR  04/23/03 Total :                       1.95
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.15    0.90                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.20    1.20                     PC LASER 6 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.          7.00   0.15    1.05                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          7.00   0.20    1.40                     PC LASER 7 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.15    0.90                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.20    1.20                     PC LASER 6 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.          7.00   0.15    1.05                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          7.00   0.20    1.40                     PC LASER 7 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.15    0.90                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          6.00   0.20    1.20                     PC LASER 6 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.          9.00   0.15    1.35                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.          9.00   0.20    1.80                     PC LASER 9 Pages Johnson, Teresa
  LASR  04/24/03 00206 Moran, Anne E.         10.00   0.15    1.50                     PC/Network Printing
  LASR  04/24/03 00206 Moran, Anne E.         10.00   0.20    2.00                     PC LASER Printing
```

```
                                                       STEPTOE & JOHNSON LLP                              RUN DATE: 09/17/2003
                                                       Detail Cost Report                                 RUN TIME: 14:42:30
                                                       Proforma: 265734                                   PAGE:    4

012046.00001 TAX LITIGATION

Cost     Timekeeper
Code     Date       Number   Name                Quantity   Rate    Amount   Ext.   Phone Number   Description
=====    ========   ======   =================   ========   =====   ======   ====   ============   ===========
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 10 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/24/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Teresa
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Walker
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.15     0.15                          PC LASER 1 Pages Johnson, Walker
LASR     04/25/03   00206    Moran, Anne E.         1.00    0.20     0.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         6.00    0.15     0.90                          PC LASER 6 Pages McAlister, Pamela
LASR     04/25/03   00206    Moran, Anne E.         6.00    0.20     1.20                          PC/Network Printing
LASR     04/25/03   00206    Moran, Anne E.         6.00    0.15     0.90                          PC LASER 6 Pages Johnson, Walker
LASR     04/25/03   00206    Moran, Anne E.         6.00    0.20     1.20                          PC/Network Printing
                             04/24/03 Total :                        7.65                          Bill 1156
```

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 265734

RUN DATE: 09/17/2003
RUN TIME: 14:42:30
PAGE: 5

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 04/25/03 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 | | | PC/Network Printing |
| LASR | 04/25/03 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | | | PC LASER 6 Pages Johnson, Walker |
| | 04/25/03 Total : | | | 3.45 | | | | | |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PC LASER 8 Pages Ballentine, Mary Lou |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PC LASER 8 Pages Ballentine, Mary Lou |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 | | | PC LASER 10 Pages Ballentine, Mary Lou |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | | | PC LASER 6 Pages Ballentine, Mary Lou |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ballentine, Mary Lou |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 04/28/03 Total : | | | 5.25 | | | | | |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 265734

RUN DATE: 09/17/2003
RUN TIME: 14:42:31
PAGE: 6

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 04/29/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ballentine, Mary Lou |
| LASR | 04/29/03 Total : | | | 1.05 | | | | | |
| PARKX | 04/09/03 | 00074 | Bailey, Arthur L. | 1.00 | 30.00 | 30.00 | | | Parking - ARTHUR L. BAILEY- FT LAUDERDALE FL 3/12-13/03 CLIENT MEETING |
| | Total : | | | 30.30 | | | | | |
| POST | 03/18/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | 27.55 | 27.55 | | | Postage |
| POST | 03/18/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | 21.65 | 21.65 | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| POST | 04/30/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | 9.90 | 9.90 | | | Postage |
| POST | 04/30/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | 9.90 | 9.90 | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| | Total : | | | 37.45 | | | | | |
| TELEDC | 04/01/03 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | X006225561362130 | | DC Telephone |
| TELEDC | 04/01/03 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | X006225561362130 | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 04/07/03 | 00206 | Moran, Anne E. | 1.00 | 21.65 | 21.65 | X006225561362130 | | DC Telephone |
| TELEDC | 04/07/03 | 00206 | Moran, Anne E. | 1.00 | 21.65 | 21.65 | X006225561362130 | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 04/07/03 | 00206 | Moran, Anne E. | 1.00 | 13.93 | 13.93 | X006409561362130 | | DC Telephone |
| TELEDC | 04/07/03 | 00206 | Moran, Anne E. | 1.00 | 13.93 | 13.93 | X006409561362130 | | TELEDC 5613621300 FROM EXT. 006409 |
| TELEDC | 04/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.46 | 0.46 | X006225312583685 | | DC Telephone |
| TELEDC | 04/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.46 | 0.46 | X006225312583685 | | TELEDC 3125836859 FROM EXT. 006225 |
| TELEDC | 04/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 | X006225312583685 | | DC Telephone |
| TELEDC | 04/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 | X006225312583685 | | TELEDC 3125836859 FROM EXT. 006225 |
| | Total : | | | 35.58 | | | | | |
| TELEDC | 04/11/03 | 00206 | Moran, Anne E. | 1.00 | 1.52 | 1.52 | X006409561362130 | | DC Telephone |
| TELEDC | 04/11/03 | 00206 | Moran, Anne E. | 1.00 | 1.52 | 1.52 | X006409561362130 | | TELEDC 5613621300 FROM EXT. 006409 |
| TELEDC | 04/14/03 | 00206 | Moran, Anne E. | 1.00 | 12.31 | 12.31 | X006409561362130 | | DC Telephone |
| TELEDC | 04/14/03 | 00206 | Moran, Anne E. | 1.00 | 12.31 | 12.31 | X006409561362130 | | TELEDC 5613621300 FROM EXT. 006409 |
| TELEDC | 04/23/03 | 00206 | Moran, Anne E. | 1.00 | 1.12 | 1.12 | | | DC Telephone |
| TELEDC | 04/23/03 | 00206 | Moran, Anne E. | 1.00 | 1.12 | 1.12 x | | | TELEDC 5613621300 FROM EXT. 006409 |
| TELEDC | 04/25/03 | 00206 | Moran, Anne E. | 1.00 | 3.40 | 3.40 | | | DC Telephone TELEDC (561) 368-9500 FROM EXT. 622 |

```
                                              STEPTOE & JOHNSON LLP                    RUN DATE: 09/17/2003
                                              Detail Cost Report                       RUN TIME: 14:42:32
                                              Proforma: 265734                         PAGE: 7

012046.00001 TAX LITIGATION

Cost      Timekeeper
Code    Date      Number    Name              Quantity  Rate   Amount  Ext.  Phone Number  Description
=====   ========  ======    ================  ========  =====  ======  ====  ============  ===========================================
TELEDC  04/25/03  00206     Moran, Anne E.      1.00            3.40   X                   DC Telephone TELEDC (561) 362-1551 FROM EXT. 622
TELEDC  04/29/03  00206     Moran, Anne E.      1.00    0.33    0.33   X                   DC Telephone TELEDC (561) 362-1551 FROM EXT. 622
TELEDC  04/29/03  00206     Moran, Anne E.      1.00            0.33   X                   DC Telephone TELEDC (561) 362-1300 FROM EXT. 643
TELEDC  04/30/03  00206     Moran, Anne E.      1.00            0.13   X                   DC Telephone TELEDC (561) 362-1300 FROM EXT. 643
TELEDC  04/30/03  00206     Moran, Anne E.      1.00    0.13    0.13   X                   DC Telephone TELEDC (212) 213-7060 FROM EXT. 643

TELEDC                     Total :                             55.61

Total : 012046.00001 TAX LITIGATION                         1,261.01

Report Total :                                              1,261.01
```

*plus 2673 of Travel expenses reported on May time sheets but incurred in April*