IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 15, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

EXHIBIT A

Professional services rendered through: May 31, 2003

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/03 | J.W. Johnson | Review documents related to IRS presentation and request for information. | 2.50 |
| 05/02/03 | J.W. Johnson | Review materials to be disclosed to IRS re Remedium. | 3.30 |
| 05/03/03 | A.L. Bailey | COLI: Review AEP opinion as it pertains to W. R. Grace. | 1.50 |
| 05/05/03 | A.E. Moran | COLI: Review issues involved in state law insurance cases. | 1.20 |
| 05/05/03 | A.E. Moran | BILL: Review chart as requested by auditor. | 0.10 |
| 05/05/03 | A.E. Moran | COLI: Telephone conference with C. Finke involved in state law insurance cases. | 0.30 |
| 05/06/03 | A.E. Moran | Review state law and insurance issues. | 0.60 |
| 05/06/03 | J.W. Johnson | REspond to information requests re COLI developments. | 0.50 |
| 05/13/03 | J.W. Johnson | Review Remedium materials received from Grace. | 1.30 |
| 05/15/03 | A.L. Bailey | Attention to power of attorney issues. | 0.70 |
| 05/16/03 | A.E. Moran | BILLING: Check order. | 0.20 |
| 05/21/03 | J.W. Johnson | Teleconference with PWC re Grace remedium files. | 0.50 |

Professional services rendered through:  May 2003 -- matter 46

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 2.20 | 495.00 | 1,089.00 |
| J.W. Johnson | 8.10 | 495.00 | 4,009.50 |
| A.E. Moran | 2.10 | 395.00 | 829.50 |
| Total | 12.40 | | 5,928.00 |

Total Fees          $5,928.00

Professional services rendered through: May 2003 -- matter 32

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | .30 | 395.00 | 118.50 |
| Total | 12.40 | | 5,928.00 |

Professional services rendered in May 2003 -- all matters total -- $6,046.50