# EXHIBIT B

Exhibit B

Disbursements:

| | |
|---|---:|
| Overnight Messenger | 54.52 |
| Duplicating | 4.20 |
| Duplicating Supplies | 7.50 |
| Facsimile | 53.00 |
| Long Distance Telephone | 1.58 |
| Total | 120.80 |

```
                                              STEPTOE & JOHNSON LLP              RUN DATE: 09/17/2003
                                              Detail Cost Report                 RUN TIME: 14:44:41
                                              Proforma: 265734                   PAGE: 1
```

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| AIRFARX | 05/01/03 | 00101 | Johnson, J. Walker | 1.00 | 774.50 | 774.50 | | | Air Fare - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 |
| AIRFARX | 05/07/03 | 00074 | Bailey, Arthur L. | 1.00 | 774.50 | 774.50 | | | Air Fare - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 |
| AIRFARX | | Total : | | 1,549.00 | | | | | |
| DLFD | 05/08/03 | 00206 | Moran, Anne E. | 1.00 | 43.75 | 43.75 | | | Federal Express FROM WALKER JOHNSON - |
| DLFD | 05/19/03 | 00206 | Moran, Anne E. | 1.00 | 10.77 | 10.77 | | | Federal Express FROM ANNE E MORAN - |
| DLFD | | Total : | | 54.52 | | | | | |
| DUPLDC | 05/01/03 | 09066 | Merrill, | 3.00 | 0.15 | 0.45 | | | 3 PHOTOCOPIES MADE BY 09066 |
| DUPLDC | 05/01/03 | 09066 | Merrill, | 3.00 | 0.20 | 0.60 | | | |
| DUPLDC | 05/02/03 | 00101 | Johnson, J. Walker | 13.00 | 0.15 | 1.95 | | | 13 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 05/02/03 | 00101 | Johnson, J. Walker | 13.00 | 0.20 | 2.60 | | | |
| DUPLDC | 05/28/03 | 07934 | Nelson, Diane | 9.00 | 0.15 | 1.35 | | | 9 PHOTOCOPIES MADE BY 07934 |
| DUPLDC | 05/28/03 | 07934 | Nelson, Diane | 9.00 | 0.20 | 1.80 | | | |
| DUPLDC | | Total : | | 3.75 | | | | | |
| DUSPDC | 05/01/03 | 09066 | Merrill, | 1.00 | 7.50 | 7.50 | | | DISBURSEMENTS BY 09066 |
| DUSPDC | 05/01/03 | 09066 | Merrill, | 1.00 | 7.50 | 7.50 | | | |
| FAXDC | 05/21/03 | 09066 | Merrill, | 15.00 | 1.00 | 15.00 | | | DC FAX 15 pages sent to 15613621323 |
| FAXDC | 05/21/03 | 09066 | Merrill, | 15.00 | 1.15 | 17.25 | | | |
| FAXDC | 05/21/03 | 07450 | Arroyo, Ella H. | 4.00 | 1.00 | 4.00 | | | DC FAX 4 pages sent to 15613621323 |
| FAXDC | 05/21/03 | 07450 | Arroyo, Ella H. | 4.00 | 1.15 | 4.60 | | | |
| FAXDC | 05/21/03 | 07450 | Arroyo, Ella H. | 7.00 | 1.00 | 7.00 | | | DC FAX 7 pages sent to 15613621323 |
| FAXDC | 05/21/03 | 07450 | Arroyo, Ella H. | 7.00 | 1.15 | 8.05 | | | |
| FAXDC | 05/21/03 | 09066 | Merrill, | 11.00 | 1.00 | 11.00 | | | DC FAX 11 pages sent to 15613621323 |
| FAXDC | 05/21/03 | 09066 | Merrill, | 11.00 | 1.15 | 12.65 | | | |
| FAXDC | | Total : | | 37.00 | | | | | |
| FAXDC | 05/30/03 | 07450 | Arroyo, Ella H. | 8.00 | 1.00 | 8.00 | | | DC FAX 8 pages sent to 18016203906 |
| FAXDC | 05/30/03 | 07450 | Arroyo, Ella H. | 8.00 | 1.15 | 9.20 | | | |
| FAXDC | 05/30/03 | 07450 | Arroyo, Ella H. | 8.00 | 1.00 | 8.00 | | | DC FAX 8 pages sent to 15613621323 |
| FAXDC | 05/30/03 | 07450 | Arroyo, Ella H. | 8.00 | 1.15 | 9.20 | | | |
| FAXDC | | Total : | | 16.00 | | | | | |
| FAXDC | | | | 53.00 | | | | | |
| HOTELX | 05/01/03 | 00206 | Moran, Anne E. | 1.00 | 182.28 | 182.28 | | | Hotel - J. WALKER JOHNSON BOCA RATON FOR |

handwritten notes: "may", "april", "APRIL"

```
Case 01-01139-AMC    Doc 4488-2    Filed 09/25/03
```

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 265734

RUN DATE: 09/17/2003
RUN TIME: 14:44:42
PAGE: 2

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| HOTELX | 05/07/03 | 00074 | Bailey, Arthur L. | 1.00 | 148.50 | 148.50 | | | Hotel - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 |
| HOTELX | | | Total : | 330.78 | | | | | |
| LASR | 05/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 05/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 05/30/03 | Total : | | 0.30 | | | | | |
| MEALX | 05/07/03 | 00074 | Bailey, Arthur L. | 1.00 | 2.00 | 2.00 | | | Meals - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 |
| MEALX | 05/01/03 | 00101 | Johnson, J. Walker | 1.00 | 18.00 | 18.00 | | | Meals - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 |
| MEALX | | | Total : | 20.00 | | | | | |
| PARKX | 05/01/03 | 00101 | Johnson, J. Walker | 1.00 | 30.00 | 30.00 | | | Parking - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 |
| PARKX | 05/07/03 | 00074 | Bailey, Arthur L. | 1.00 | 40.00 | 40.00 | | | Parking - ARTHUR L. BAILEY FT LAUDERDALE, FL FOR MEETINGS WITH CLIENT AND IRS ON 04/28-29/03 |
| PARKX | | | Total : | 70.00 | | | | | |
| RNTCARX | 05/01/03 | 00101 | Johnson, J. Walker | 1.00 | 139.16 | 139.16 | | | Rental Car - J. WALKER JOHNSON BOCA RATON FOR REMEDIUM PRESENTATION TO THE IRS ON 04/28/03 |
| TELEDC | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 1.02 | 1.02 x | | | DC Telephone TELEDC 8016203906 FROM EXT. 3660 |
| TELEDC | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.56 | 0.56 | | | |
| TELEDC | 05/30/03 | 00206 | Moran, Anne E. | 1.00 | 0.56 | 0.56 x | | | DC Telephone TELEDC 5613621323 FROM EXT. 3660 |
| TELEDC | 05/30/03 | Total : | | 1.58 | | 1.58 | | | |

Total : 012046.00001 TAX LITIGATION    2,229.74

*[handwritten annotations: "April" with bracket spanning several entries]*

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 265734

RUN DATE: 09/17/2003
RUN TIME: 14:44:43
PAGE: 3

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|

Report Total : 2,229.74