# EXHIBIT B

Exhibit B

Disbursements -- matter 46:

| | |
|---|---:|
| Duplicating | 9.45 |
| On-Line Research/Information Retrieval | 2.59 |
| Long Distance Telephone | 3.10 |
| Total Disbursements | $15.14 |

```
                                                    STEPTOE & JOHNSON LLP                              RUN DATE: 09/17/2003
                                                    Detail Cost Report                                 RUN TIME: 14:46:01
                                                    Proforma: 265734                                   PAGE: 1
```

June

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| INFO | 06/26/03 | 00206 | Moran, Anne E. | 1.00 | 2.59 | 2.59 | | | On-Line Research/Information Retrieval For use of the Pacer database for First Quarter 2003. |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC LASER 11 Pages Moran, Anne |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | PC LASER 2 Pages Moran, Anne |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC LASER 11 Pages Ward, Brenda |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/20/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| AASR | 06/24/03 Total : | | | 4.50 | | | | | |
| AASR | 06/24/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | PC/Network Printing |
| AASR | 06/24/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | PC LASER 2 Pages Templ4, DC_Secretari |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 | | | PC/Network Printing |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC LASER 11 Pages Ward, Brenda |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ward, Brenda |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 06/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |

```
                                                  STEPTOE & JOHNSON LLP                              RUN DATE: 09/17/2003
                                                   Detail Cost Report                                RUN TIME: 14:46:02
                                                    Proforma: 265734                                      PAGE: 2

012046.00001 TAX LITIGATION

Cost           Timekeeper
Code    Date   Number   Name                  Quantity   Rate    Amount  Ext.  Phone Number   Description
=====  ======  ======   ====================  ========  ======  =======  ====  ============   ===========
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.15     0.15                         PC LASER 1 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.20     0.20                         PC/Network Printing

LASR   06/25/03 00206   Moran, Anne E.           1.00    0.15     0.15                         PC LASER 1 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.20     0.20                         PC/Network Printing

LASR   06/25/03 00206   Moran, Anne E.           1.00    0.15     0.15                         PC LASER 1 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.20     0.20                         PC/Network Printing

LASR   06/25/03 00206   Moran, Anne E.           1.00    0.15     0.15                         PC LASER 1 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.20     0.20                         PC/Network Printing

LASR   06/25/03 00206   Moran, Anne E.          11.00    0.15     1.65                         PC LASER 11 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.          11.00    0.20     2.20                         PC/Network Printing

LASR   06/25/03 00206   Moran, Anne E.           1.00    0.15     0.15                         PC LASER 1 Pages Ward, Brenda
LASR   06/25/03 00206   Moran, Anne E.           1.00    0.20     0.20                         PC/Network Printing

LASR   06/25/03 Total :                                           4.65

LASR            Total :                                           9.45

TELEDC 06/18/03 00206   Moran, Anne E.           1.00    2.90     2.90  X                      DC Telephone TELEDC 5613621300 FROM EXT. 6409
TELEDC 06/18/03 00206   Moran, Anne E.           1.00    2.90     2.90  X
TELEDC 06/18/03 00206   Moran, Anne E.           1.00    0.20     0.20
TELEDC 06/18/03 00206   Moran, Anne E.           1.00    0.20     0.20  X                      DC Telephone TELEDC 5613621551 FROM EXT. 6409
TELEDC 06/18/03 Total :                                           3.10

TELEDC          Total :                                           3.10

Total : 012046.00001 TAX LITIGATION                              15.14

Report Total :                                                   15.14
```