UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR THE NINTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Ninth Interim Quarterly Fee Application of Campbell & Levine, LLC (the "Application").

BACKGROUND

1. Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $35,912.00 and costs totaling $1,980.82 for its services from April 1, 2003, through June 30, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. §330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Campbell an initial report based on our review, and received a response from Campbell, portions of which response are quoted herein.

## DISCUSSION

### Specific Time and Expense Entries

3. In our initial report, we noted four instances in which AFM ($200) and MRE ($275) have what appears to be duplicate time entries for an overcharge totaling 0.80 hours and $175.00. The questioned entries are provided below:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/03 | AFM | Review and sign fee application for Campbell & Levine (Monthly Fee Application - March) | 0.30 | 60.00 |
| 04/29/03 | AFM | Review and sign fee application for Campbell & Levine (Monthly Fee Application - March) | 0.30 | 60.00 |
| 04/29/03 | AFM | Review and sign fee application for Caplin & Drysdale (Monthly Fee Application - March) | 0.30 | 60.00 |
| 04/29/03 | AFM | Review and sign fee application for Caplin & Drysdale (Monthly Fee Application - March) | 0.30 | 60.00 |
| 06/22/03 | MRE | Review of memorandum summarizing pleadings filed on June 16, 2003 | 0.10 | 27.50 |
| 06/22/03 | MRE | Review of memorandum summarizing pleadings filed on June 16, 2003 | 0.10 | 27.50 |
| 06/30/03 | MRE | Review of memorandum summarizing pleadings filed on June 27, 2003 | 0.10 | 27.50 |
| 06/30/03 | MRE | Review of memorandum summarizing pleadings filed on June 27, 2003. | 0.10 | 27.50 |

We asked Campbell to verify that these time entries have not been improperly duplicated. Campbell responded as follows.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Campbell 9int 4-6.03.wpd

> The tasks listed are duplicate entries. As such, we will accept a reduction in the amount of $175.00.

We appreciate the response and thus recommend a reduction of $175.00 in fees.

4. We noted four instances in which DEM ($95), MAL ($95) and MTH ($265) have what appears to be substantively duplicate time entries totaling 3.20 hours and $542.00. The questioned entries are provided below:

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/13/03 | DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| 05/13/03 | MAL | Review Pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.5) | 0.30 | 28.50 |
| 06/13/03 | DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| 06/13/03 | MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| 06/25/03 | DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| 06/25/03 | MTH | prepare weekly recommendation memo | 0.30 | 79.50 |
| 06/27/03 | MTH | Prepare weekly recommendation memo | 0.80 | 212.00 |
| 06/27/03 | DEM | prepare weekly recommendation memo | 0.20 | 19.00 |

The U.S. Bankruptcy Code § 330 (4)(A)(i), provides, "[e]xcept as provided in subparagraph (B), the court shall not allow compensation for – (i) unnecessary duplication of services; . . ." We asked Campbell to verify that these time entries have not been substantively duplicated. Campbell's response is provided below.

> Regarding the first task listed for DEM and MAL, we will accept a reduction in the amount of $28.50. However, the tasks performed by DEM, a paralegal, and attorney MTH, are different functions. Each week our office prepares a recommendation memorandum to our committee setting forth a description of pending motions, as well as other relevant information. For the sake of efficiency and to reduce expenses, timekeeper DEM, in her role as a paralegal, often assists MTH in listing certain information in the memorandum, such as the description and due date. However, most of the information must be completed by an attorney, as it requires legal knowledge. Although the tasks performed by both timekeepers were described in the same manner, they are actually different functions involving the same project.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Campbell 9int 4-6.03.wpd

We accept the explanation and thus recommend a reduction of $28.50 in fees.

## CONCLUSION

5.   Thus, we recommend approval of fees totaling $35,708.50 ($35,912.00 minus $203.50) and costs totaling $1,980.82 for Campbell's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 26th day of September, 2003.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801