**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Apr-Jun 2003 Hours | Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 9.3 | 345.9 |
| 11 | Fee Applications, Applicant | 95.6 | 518.5 |
| 14 | Hearings | 0.0 | 27.9 |
| 20 | Travel - Non-working | 8.0 | 115.1 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 24.2 | 763.7 |
| 27 | Corporate Finance (for financial advisors) | 158.5 | 1263.6 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
|   | **TOTAL** | **295.6** | **3616.7** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 0.0 |
| Gregory Boyer, Managing Director | 58.2 |
| Stephanie Jones, Associate | 161.3 |
| Jay Suh, Analyst | 60.1 |
| Jackie Siegel | 8.0 |
| Omar Haynes | 8.0 |
| **TOTAL** | **295.6** |

## Bankruptcy Time Reporting Log

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/01/03 | 11 | 1.1 | Compile/review time detail for 7th Interim fee application |
| WR Grace | S. Jones | 04/01/03 | 11 | 0.8 | Conversation with GB re: 6th Interim fee application |
| WR Grace | G. Boyer | 04/01/03 | 11 | 0.8 | Conversation with SJ re: 6th Interim fee application |
| WR Grace | S. Jones | 04/01/03 | 11 | 3.1 | Correspondence with LCand SB re: 6th Interim fee application; finalize and submit fee application to LC for filing with the court |
| WR Grace | S. Jones | 04/03/03 | 11 | 0.3 | Correspondence with LC re: filing of fee applications; request for electronic copies |
| WR Grace | S. Jones | 04/07/03 | 11 | 0.5 | Correspondence with RC re: detailed expenses for 8th Interim of fee application |
| WR Grace | S. Jones | 04/08/03 | 11 | 0.5 | Conversation with GB re: 7th Interim fee application |
| WR Grace | G. Boyer | 04/08/03 | 11 | 0.5 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/08/03 | 11 | 0.6 | Correspondence with LC and SB re: 7th Interim fee application and deadline for June 17th fee hearing |
| WR Grace | G. Boyer | 04/08/03 | 11 | 1.1 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/09/03 | 11 | 0.1 | Receive email from WHS re: 7th interim fee application deadline |
| WR Grace | G. Boyer | 04/10/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 04/10/03 | 7 | 0.3 | Correspondence with JS re: meeting in Miami |
| WR Grace | S. Jones | 04/10/03 | 11 | 3.5 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/10/03 | 26 | 0.1 | Review email from DB re: Grace's 1Q03 Earnings Call |
| WR Grace | G. Boyer | 04/11/03 | 7 | 2.5 | Attend meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | S. Jones | 04/11/03 | 11 | 4.0 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/11/03 | 20 | 4.0 | Travel from NYC to meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | G. Boyer | 04/11/03 | 20 | 4.0 | Travel to NYC from meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | G. Boyer | 04/12/03 | 11 | 0.9 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/12/03 | 11 | 1.3 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/13/03 | 11 | 6.7 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/13/03 | 11 | 0.4 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/14/03 | 11 | 2.4 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/14/03 | 27 | 1.5 | Meeting with JH re: Valuation of claims |
| WR Grace | S. Jones | 04/14/03 | 27 | 1.5 | Meeting with JH re: Valuation of claims |
| WR Grace | G. Boyer | 04/14/03 | 26 | 0.1 | Review email from DB re: Grace 1Q Earnings Call |
| WR Grace | S. Jones | 04/15/03 | 11 | 5.5 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/15/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/16/03 | 11 | 0.2 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/16/03 | 11 | 0.2 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/16/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Conversation with GB re: 7th Interim fee application |
| WR Grace | G. Boyer | 04/17/03 | 11 | 0.5 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Correspondence with LC and SB re: 7th monthly fee application; finalize and submit fee application to LC for filing with the court |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.9 | Correspondence with LC re: filing of fee applications; request for electronic copies |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/18/03 | 11 | 2.9 | Emails to/from WHS re: 7th Q spreadsheets; review and revise spreadsheets as requested by WHS |
| WR Grace | G. Boyer | 04/19/03 | 11 | 0.4 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/19/03 | 11 | 0.4 | Conversation with GB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/19/03 | 11 | 1.3 | Correspondence with LC and SB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/21/03 | 11 | 0.2 | Correspondence with LC re: filing of fee applications |
| WR Grace | S. Jones | 04/21/03 | 11 | 0.2 | Emails to/from WHS re: 7th Q spreadsheets; review and revise spreadsheets as requested by WHS |
| WR Grace | G. Boyer | 04/22/03 | 11 | 0.3 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/22/03 | 11 | 0.3 | Conversation with GB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/22/03 | 11 | 1.4 | Correspondence with LC and SB re: 7th Interim fee application; finalize and submit fee application to LC for filing with the |
| WR Grace | G. Boyer | 04/22/03 | 27 | 0.3 | Review email from Grace re: DIP Borrowings |
| WR Grace | S. Jones | 04/22/03 | 27 | 0.6 | Review email from Grace re: DIP Borrowings |
| WR Grace | S. Jones | 04/22/03 | 27 | 0.5 | Review email from JH re: valuation of claims |
| WR Grace | G. Boyer | 04/22/03 | 27 | 0.7 | Review email from JH re: valuation of claims |
| WR Grace | S. Jones | 04/23/03 | 11 | 0.1 | Correspondence with WHS re: address confirmation |
| WR Grace | S. Jones | 04/23/03 | 11 | 4.0 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/24/03 | 11 | 3.7 | Draft/revise 8th Interim Fee Application; discuss expenses with RC |
| WR Grace | S. Jones | 04/25/03 | 11 | 0.1 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/25/03 | 11 | 0.1 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/25/03 | 11 | 1.4 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/28/03 | 11 | 1.8 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/29/03 | 11 | 0.1 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/29/03 | 11 | 0.1 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/29/03 | 11 | 2.0 | Draft/revise 8th Interim Fee Application |
| WR Grace | G. Boyer | 04/29/03 | 11 | 0.8 | Review/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/30/03 | 11 | 0.6 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 05/01/03 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 05/01/03 | 11 | 2.4 | Draft response to WHS initial report re: 5th, 6th, and 7th interim fee applications |
| WR Grace | S. Jones | 05/01/03 | 11 | 0.3 | Receive and review WHS initial report re: 5th, 6th, and 7th interim fee applications |

## Bankruptcy Time Reporting Log

**Client Name:** WR Grace
**Professional:** All
**Date:** For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 05/01/03 | 11 | 0.5 | Receive and review WHS spreadsheet re: 5th, 6th, and 7th interim fee applications; email SJ re: follow-up to initial report |
| WR Grace | G. Boyer | 05/05/03 | 27 | 2.8 | Preparation of information request and supporting schedules and send the request and information to Blackstone |
| WR Grace | S. Jones | 05/05/03 | 11 | 0.3 | Receive and review financial information from DB |
| WR Grace | G. Boyer | 05/05/03 | 27 | 0.7 | Receive and review recent settlement agreement |
| WR Grace | S. Jones | 05/06/03 | 11 | 2.7 | Receive and follow-up on email from GB re: emails from WHS and DB; draft email to WHS re: initial report |
| WR Grace | G. Boyer | 05/06/03 | 11 | 1.1 | Receive and review emails from WHS and DB; draft email to SJ re: same |
| WR Grace | S. Jones | 05/06/03 | 11 | 2.4 | Revise response to WHS initial report re: 5th, 6th, and 7th interim fee applications |
| WR Grace | G. Boyer | 05/07/03 | 27 | 1.4 | Review financial information provided to CDG by Grace per CDG's information request |
| WR Grace | G. Boyer | 05/08/03 | 27 | 1.5 | Receive and review claims estimation information from JH |
| WR Grace | S. Jones | 05/08/03 | 26 | 1.8 | Receive and review presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/08/03 | 26 | 2.7 | Receive and review presentation materials related to Grace 1Q earnings call |
| WR Grace | S. Jones | 05/09/03 | 26 | 0.6 | Receive and review revised/additional presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/09/03 | 26 | 0.9 | Receive and review revised/additional presentation materials related to Grace 1Q earnings call |
| WR Grace | S. Jones | 05/12/03 | 11 | 4.1 | Discuss response to WHS initial report re: 5th, 6th, and 7th interim fee applications with GB; revise same |
| WR Grace | S. Jones | 05/12/03 | 11 | 0.6 | Receive and respond to emails from WHS re: 5th, 6th, and 7th interim fee application/WHS initial report |
| WR Grace | G. Boyer | 05/12/03 | 11 | 1.8 | Review draft and discuss comments to response to WHS initial report re: 5th, 6th, and 7th interim fee applications with SJ |
| WR Grace | S. Jones | 05/12/03 | 11 | 1.1 | Submit response to WHS initial report re: 5th, 6th, and 7th Interim fee application; submit revisions to WHS spreadsheet |
| WR Grace | S. Jones | 05/13/03 | 11 | 1.6 | Receive and respond to emails from WHS re: 5th, 6th, and 7th interim fee application/WHS spreadsheet |
| WR Grace | G. Boyer | 05/13/03 | 26 | 0.5 | Receive and review memo from Grace |
| WR Grace | G. Boyer | 05/14/03 | 26 | 1.5 | Call with Grace re: 1st quarter operating results |
| WR Grace | S. Jones | 05/14/03 | 26 | 1.5 | Call with Grace re: 1st quarter operating results |
| WR Grace | S. Jones | 05/14/03 | 26 | 2.7 | Receive additional presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/14/03 | 27 | 1.3 | Review recent research re: corporate asbestos litigation |
| WR Grace | G. Boyer | 05/15/03 | 26 | 0.5 | Receive and review revised cash flow schedules from Grace |
| WR Grace | S. Jones | 05/15/03 | 26 | 2.7 | Receive revised cash flow schedules from Grace |
| WR Grace | G. Boyer | 05/16/03 | 11 | 0.4 | Receive and review draft order from WHS re: 5th, 6th and 7th period fees |
| WR Grace | G. Boyer | 05/18/03 | 11 | 0.1 | Email from SJ re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/18/03 | 11 | 0.1 | Email to GB re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/19/03 | 11 | 0.1 | Email from SJ re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/19/03 | 11 | 0.1 | Email to GB re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/20/03 | 11 | 0.4 | Correspondence with GB re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/20/03 | 11 | 0.4 | Correspondence with SJ re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/21/03 | 26 | 0.8 | Receive and review revised financial presentation from Grace |
| WR Grace | S. Jones | 05/22/03 | 27 | 6.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/23/03 | 27 | 5.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/26/03 | 27 | 7.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/27/03 | 27 | 5.7 | Comparable company analysis and precedent transaction analyses |
| WR Grace | G. Boyer | 05/27/03 | 27 | 0.4 | Correspondence to/from JH re: claims valuation |
| WR Grace | O. Haynes | 05/28/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/28/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | G. Boyer | 05/29/03 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 05/29/03 | 7 | 1.0 | Committee Conference Call |
| WR Grace | J. Siegel | 05/29/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/29/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/29/03 | 7 | 1.0 | Receive and review DIP term sheet |
| WR Grace | J. Suh | 05/30/03 | 27 | 0.5 | Discuss assignment and timing of the presentation with GB |
| WR Grace | G. Boyer | 05/30/03 | 27 | 0.5 | Discuss assignment and timing of the presentation with J Suh |
| WR Grace | J. Suh | 05/30/03 | 27 | 5.0 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | J. Suh | 05/31/03 | 27 | 0.1 | Discussed valuation terms with GB |
| WR Grace | G. Boyer | 05/31/03 | 27 | 0.1 | Discussed valuation terms with J Suh |
| WR Grace | J. Suh | 05/31/03 | 27 | 8.2 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | S. Jones | 06/02/03 | 27 | 1.5 | Meeting with J Suh re: Comparable Company trading comps |
| WR Grace | J. Suh | 06/02/03 | 27 | 1.5 | Reviewed trading comparable analysis with Stephanie |
| WR Grace | J. Suh | 06/02/03 | 27 | 7.0 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | J. Suh | 06/03/03 | 27 | 1.0 | Discussed presentation with GB |
| WR Grace | G. Boyer | 06/03/03 | 27 | 1.0 | Discussed presentation with J Suh |
| WR Grace | S. Jones | 06/03/03 | 27 | 2.6 | Meeting with J Suh re: Comparable Company trading comps |
| WR Grace | J. Suh | 06/03/03 | 27 | 2.6 | Meeting with SJ re: Comparable Company trading comps |
| WR Grace | G. Boyer | 06/03/03 | 26 | 1.0 | Receive and review memorandum from Grace |
| WR Grace | S. Jones | 06/03/03 | 27 | 1.1 | Receive and review presentation materials related to Project Mob Squad (Grace acquisition) |
| WR Grace | G. Boyer | 06/03/03 | 27 | 1.7 | Receive and review presentation materials related to Project Mob Squad (Grace acquisition) |
| WR Grace | J. Suh | 06/03/03 | 27 | 7.5 | Worked on Debt Capacity presentation |
| WR Grace | J. Suh | 06/04/03 | 27 | 1.0 | Discussed presentation with GB |
| WR Grace | G. Boyer | 06/04/03 | 27 | 1.0 | Discussed presentation with J Suh |
| WR Grace | S. Jones | 06/04/03 | 27 | 4.0 | Precedent transaction analyses |
| WR Grace | J. Suh | 06/04/03 | 27 | 5.0 | Worked on Debt Capacity presentation |

## Bankruptcy Time Reporting Log

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/05/03 | 27 | 1.5 | Review debt capacity and valuation analyses |
| WR Grace | S. Jones | 06/05/03 | 27 | 7.0 | Precedent transaction analyses |
| WR Grace | J. Suh | 06/05/03 | 27 | 6.0 | Worked on Debt Capacity presentation |
| WR Grace | G. Boyer | 06/06/03 | 27 | 1.1 | Receive and review revised settlement agreement for Sealed Air litigation; review First Amended Fresenius Settlement Agreement |
| WR Grace | S. Jones | 06/06/03 | 27 | 5.0 | Precedent transaction analyses |
| WR Grace | S. Jones | 06/10/03 | 11 | 2.9 | Fee application - finalize and submit 8th Interim fee application to LC for filing with the court |
| WR Grace | G. Boyer | 06/12/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 06/12/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 06/16/03 | 27 | 0.4 | Review slides sent from Blackstone regarding potential acquisition |
| WR Grace | G. Boyer | 06/17/03 | 26 | 3.1 | Review of pension funding motion and related documents sent by Blackstone |
| WR Grace | G. Boyer | 06/18/03 | 26 | 1.6 | Call with Grace management re: pensions |
| WR Grace | S. Jones | 06/18/03 | 27 | 0.4 | Discuss precedent transaction analysis with J Suh |
| WR Grace | J. Suh | 06/18/03 | 27 | 0.4 | Discuss precedent transaction analysis with SJ |
| WR Grace | S. Jones | 06/18/03 | 11 | 3.0 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | S. Jones | 06/19/03 | 11 | 2.2 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/19/03 | 26 | 0.8 | Review follow-up materials sent by Blackstone concerning pensions |
| WR Grace | G. Boyer | 06/20/03 | 26 | 0.2 | Correspondence to/from DB re: Grace pension motion |
| WR Grace | G. Boyer | 06/20/03 | 27 | 0.6 | Receive revised model from DB re: IRR calculation |
| WR Grace | J. Suh | 06/23/03 | 27 | 2.3 | Reviewed old precedent transaction comps |
| WR Grace | S. Jones | 06/24/03 | 11 | 0.7 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/24/03 | 26 | 0.2 | Receive and review memo from Grace |
| WR Grace | G. Boyer | 06/25/03 | 26 | 0.9 | Receive and review memo from Grace |
| WR Grace | S. Jones | 06/25/03 | 11 | 1.9 | Review previous CDG fee applications and WHS fee application spreadsheets; revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | J. Suh | 06/25/03 | 27 | 4.0 | Reviewed old precedent transaction comps |
| WR Grace | S. Jones | 06/26/03 | 11 | 0.3 | Calls to/from JS re: WHS initial report to CDG 8th Interim Fee Application |
| WR Grace | S. Jones | 06/26/03 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/26/03 | 11 | 0.2 | Emails to GB re: Response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/26/03 | 11 | 0.1 | Review email from SJ re: Response to WHS initial report on 8th Interim Fee Application; forward comments on same |
| WR Grace | S. Jones | 06/27/03 | 11 | 0.2 | Emails to GB re: Response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/27/03 | 11 | 0.3 | Review email from SJ re: Response to WHS initial report on 8th Interim Fee Application; forward comments on same |
| WR Grace | S. Jones | 06/27/03 | 11 | 2.7 | Revise response to WHS initial report re: 8th interim fee application and forward to WHS |
| WR Grace | J. Suh | 06/30/03 | 27 | 8.0 | Revised precedent transaction comps |
| | | | | 295.6 | Total Hours |

|      | LEGEND |
| ---- | ------ |
| DB   | David Blechman, Associate--Blackstone |
| GB   | Gregory Boyer, Managing Director -- CDG |
| JS   | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| LC   | Lisa Coggins, Associate -- Ferry & Joseph PA |
| PZ   | Pam Zilly, Managing Director--Blackstone |
| RC   | Ro Cusanelli, Chief Financial Officer and Office Manager -- CDG |
| SB   | Stephen Bossay, Associate with WHS |
| SJ   | Stephanie Jones, Associate -- CDG |
| WHS  | Warren Smith Associates, fee examiner: includes Stephen Bossay, LaVern Ferdinand, and W |
| JH   | James Hass, Committee Asbestos Expert |
| J Suh | Jay Suh, Analyst--CDG |

/arren Smith

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 470.43 | 1,407.00 | 0.00 | 0.00 | 1,877.43 |
| S. Jones | 37.01 | 0.00 | 115.76 | 0.00 | 0.00 | 0.00 | 152.77 |
| J. Suh | 45.60 | 0.00 | 149.16 | 0.00 | 0.00 | 0.00 | 194.76 |
| Sub-Total | 82.61 | 0.00 | 735.35 | 1,407.00 | 0.00 | 0.00 | 2,224.96 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.11 | 19.11 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 993.06 | 993.06 |
| **Total** | **82.61** | **0.00** | **735.35** | **1,407.00** | **0.00** | **1,012.17** | **3,237.13** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through April 30, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| G. Boyer | 0.00 | 0.00 | 373.17 | 1,407.00 | 0.00 | 0.00 | 1,780.17 |
| S. Jones | 11.30 | 0.00 | 50.92 | 0.00 | 0.00 | 0.00 | 62.22 |
| Sub-Total | 11.30 | 0.00 | 424.09 | 1,407.00 | 0.00 | 0.00 | 1,842.39 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.45 | 14.45 |
| **Total** | **11.30** | **0.00** | **424.09** | **1,407.00** | **0.00** | **14.45** | **1,856.84** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of May 1, 2003 through May 31, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 97.26 | 0.00 | 0.00 | 0.00 | 97.26 |
| S. Jones | 25.71 | 0.00 | 27.85 | 0.00 | 0.00 | 0.00 | 53.55 |
| J. Suh | 21.75 | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 111.75 |
| Sub-Total | 47.46 | 0.00 | 215.11 | 0.00 | 0.00 | 0.00 | 262.56 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.92 | 288.92 |
| **Total** | **47.46** | **0.00** | **215.11** | **0.00** | **0.00** | **288.92** | **551.48** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of June 1, 2002 through June 30, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| S. Jones | 0.00 | 0.00 | 37.00 | 0.00 | 0.00 | 0.00 | 37.00 |
| J. Suh | 23.85 | 0.00 | 59.16 | 0.00 | 0.00 | 0.00 | 83.01 |
| Sub-Total | 23.85 | 0.00 | 96.16 | 0.00 | 0.00 | 0.00 | 120.01 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.66 | 4.66 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 704.14 | 704.14 |
| **Total** | **23.85** | **0.00** | **96.16** | **0.00** | **0.00** | **708.80** | **828.81** |

9/24/2003

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (car to Newark Airport) | 4/11/2003 | | | 93.84 | 1,407.00 | | | 1,500.84 |
| G. Boyer (car from Newark Airport) | 4/11/2003 | | | 109.14 | | | | 109.14 |
| G. Boyer (cabs in Miami) | 4/11/2003 | | | 25.00 | | | | 25.00 |
| G. Boyer (car from Miami Airport to meeting) | 4/11/2003 | | | 102.35 | | | | 102.35 |
| G. Boyer | 4/14/2003 | | | 42.84 | | | | 42.84 |
| G. Boyer | 4/15/2003 | | | | | | | 0.00 |
| G. Boyer | 5/6/2003 | | | 42.84 | | | | 42.84 |
| G. Boyer | 5/12/2003 | | | 21.42 | | | | 21.42 |
| G. Boyer | 5/18/2003 | | | 33.00 | | | | 33.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 470.43 | 1,407.00 | 0.00 | 0.00 | **1,877.43** |
| S. Jones | 3/16/2003 | 10.00 | | 17.00 | | | | 27.00 |
| S. Jones | 3/19/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 3/25/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/1/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/15/2003 | | | 9.69 | | | | 9.69 |
| S. Jones | 4/22/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 4/27/2003 | 12.60 | | 10.00 | | | | 22.60 |
| S. Jones | 5/3/2003 | 13.85 | | 18.00 | | | | 31.85 |
| S. Jones | 5/17/2003 | | | 10.00 | | | | 10.00 |
| S. Jones | 5/18/2003 | 37.56 | | 18.00 | | | | 55.56 |
| S. Jones | 5/19/2003 | | | 9.69 | | | | 9.69 |
| S. Jones | 6/3/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 6/4/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 6/28/2003 | | | 17.00 | | | | 17.00 |
| S. Jones | 6/30/2003 | | | 6.00 | | | | 6.00 |
| **S. Jones Total** | | 74.01 | 0.00 | 194.52 | 0.00 | 0.00 | 0.00 | **268.53** |
| J. Suh | 5/31/2003 | 21.75 | | 90.00 | | | | 111.75 |
| J. Suh | 6/3/2003 | 23.85 | | 59.16 | | | | 83.01 |
| **J. Suh Total** | | 45.60 | 0.00 | 149.16 | 0.00 | 0.00 | 0.00 | **194.76** |
| Federal Express | 4/8/2003 | | | | | | 14.45 | 14.45 |
| Federal Express | 4/21/2003 | | | | | | 14.45 | 14.45 |
| Federal Express | 6/10/2003 | | | | | | 9.32 | 9.32 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.22 | **38.22** |
| Domestic M&A | 5/29/2003 | | | | | | 259.89 | 259.89 |
| Dow Jones | 5/31/2003 | | | | | | 29.03 | 29.03 |
| International M&A | 6/3/2003 | | | | | | 54.31 | 54.31 |
| Domestic M&A | 6/3/2003 | | | | | | 361.33 | 361.33 |
| International M&A | 6/24/2003 | | | | | | 108.63 | 108.63 |
| Dow Jones | 6/30/2003 | | | | | | 179.87 | 179.87 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 993.06 | **993.06** |
| **Grand Total** | | 119.61 | 0.00 | 814.11 | 1,407.00 | 0.00 | 1,031.28 | **3,372.00** |