**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

**Summary of Services Rendered by Project Category**

| *Category Code* | *Category Description* | *Apr-Jun 2003 Hours* | *Cumulative Hours* |
|---|---|---|---|
| 7 | Committee (All) | 9.3 | 345.9 |
| 11 | Fee Applications, Applicant | 95.6 | 518.5 |
| 14 | Hearings | 0.0 | 27.9 |
| 20 | Travel - Non-working | 8.0 | 115.1 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 24.2 | 763.7 |
| 27 | Corporate Finance (for financial advisors) | 158.5 | 1263.6 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
| | **TOTAL** | **295.6** | **3616.7** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 0.0 |
| Gregory Boyer, Managing Director | 58.2 |
| Stephanie Jones, Associate | 161.3 |
| Jay Suh, Analyst | 60.1 |
| Jackie Siegel | 8.0 |
| Omar Haynes | 8.0 |
| **TOTAL** | **295.6** |

## Bankruptcy Time Reporting Log

Client Name:  WR Grace
Professional: All
Date:         For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/01/03 | 11 | 1.1 | Compile/review time detail for 7th Interim fee application |
| WR Grace | S. Jones | 04/01/03 | 11 | 0.8 | Conversation with GB re: 6th Interim fee application |
| WR Grace | G. Boyer | 04/01/03 | 11 | 0.8 | Conversation with SJ re: 6th Interim fee application |
| WR Grace | S. Jones | 04/01/03 | 11 | 3.1 | Correspondence with LC and SB re: 6th Interim fee application; finalize and submit fee application to LC for filing with the court |
| WR Grace | S. Jones | 04/03/03 | 11 | 0.3 | Correspondence with LC re: filing of fee applications; request for electronic copies |
| WR Grace | S. Jones | 04/07/03 | 11 | 0.5 | Correspondence with RC re: detailed expenses for 8th Interim of fee application |
| WR Grace | S. Jones | 04/08/03 | 11 | 0.5 | Conversation with GB re: 7th Interim fee application |
| WR Grace | G. Boyer | 04/08/03 | 11 | 0.5 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/08/03 | 11 | 0.6 | Correspondence with LC and SB re: 7th Interim fee application and deadline for June 17th fee hearing |
| WR Grace | G. Boyer | 04/08/03 | 11 | 1.1 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/09/03 | 11 | 0.1 | Receive email from WHS re: 7th interim fee application deadline |
| WR Grace | G. Boyer | 04/10/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 04/10/03 | 7 | 0.3 | Correspondence with JS re: meeting in Miami |
| WR Grace | S. Jones | 04/10/03 | 11 | 3.5 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/10/03 | 26 | 0.1 | Review email from DB re: Grace's 1Q03 Earnings Call |
| WR Grace | G. Boyer | 04/11/03 | 7 | 2.5 | Attend meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | S. Jones | 04/11/03 | 11 | 4.0 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/11/03 | 20 | 4.0 | Travel from NYC to meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | G. Boyer | 04/11/03 | 20 | 4.0 | Travel to NYC from meeting with Committee and Committee Counsel in Miami re: case strategy |
| WR Grace | G. Boyer | 04/12/03 | 11 | 0.9 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/12/03 | 11 | 1.3 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/13/03 | 11 | 6.7 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/13/03 | 11 | 0.4 | Review/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/14/03 | 11 | 2.4 | Draft/revise 7th Interim Fee Application |
| WR Grace | G. Boyer | 04/14/03 | 27 | 1.5 | Meeting with JH re: Valuation of claims |
| WR Grace | S. Jones | 04/14/03 | 27 | 1.5 | Meeting with JH re: Valuation of claims |
| WR Grace | G. Boyer | 04/14/03 | 26 | 0.1 | Review email from DB re: Grace 1Q Earnings Call |
| WR Grace | S. Jones | 04/15/03 | 11 | 5.5 | Draft/revise 7th Interim Fee Application |
| WR Grace | S. Jones | 04/15/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/16/03 | 11 | 0.2 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/16/03 | 11 | 0.2 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/16/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Conversation with GB re: 7th Interim fee application |
| WR Grace | G. Boyer | 04/17/03 | 11 | 0.5 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Correspondence with LC and SB re: 7th monthly fee application; finalize and submit fee application to LC for filing with the court |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.9 | Correspondence with LC re: filing of fee applications; request for electronic copies |
| WR Grace | S. Jones | 04/17/03 | 11 | 0.5 | Review and revise time detail |
| WR Grace | S. Jones | 04/18/03 | 11 | 2.9 | Emails to/from WHS re: 7th Q spreadsheets; review and revise spreadsheets as requested by WHS |
| WR Grace | G. Boyer | 04/19/03 | 11 | 0.4 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/19/03 | 11 | 0.4 | Conversation with GB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/19/03 | 11 | 1.3 | Correspondence with LC and SB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/21/03 | 11 | 0.2 | Correspondence with LC re: filing of fee applications |
| WR Grace | S. Jones | 04/21/03 | 11 | 0.2 | Emails to/from WHS re: 7th Q spreadsheets; review and revise spreadsheets as requested by WHS |
| WR Grace | G. Boyer | 04/22/03 | 11 | 0.3 | Conversation with SJ re: 7th Interim fee application |
| WR Grace | S. Jones | 04/22/03 | 11 | 0.3 | Conversation with GB re: 7th Interim fee application |
| WR Grace | S. Jones | 04/22/03 | 11 | 1.4 | Correspondence with LC and SB re: 7th Interim fee application; finalize and submit fee application to LC for filing with the |
| WR Grace | G. Boyer | 04/22/03 | 27 | 0.3 | Review email from Grace re: DIP Borrowings |
| WR Grace | S. Jones | 04/22/03 | 27 | 0.6 | Review email from Grace re: DIP Borrowings |
| WR Grace | S. Jones | 04/22/03 | 27 | 0.5 | Review email from JH re: valuation of claims |
| WR Grace | G. Boyer | 04/22/03 | 27 | 0.7 | Review email from JH re: valuation of claims |
| WR Grace | S. Jones | 04/23/03 | 11 | 0.1 | Correspondence with WHS re: address confirmation |
| WR Grace | S. Jones | 04/23/03 | 11 | 4.0 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/24/03 | 11 | 3.7 | Draft/revise 8th Interim Fee Application; discuss expenses with RC |
| WR Grace | S. Jones | 04/25/03 | 11 | 0.1 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/25/03 | 11 | 0.1 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/25/03 | 11 | 1.4 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/28/03 | 11 | 1.8 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/29/03 | 11 | 0.1 | Conversation with GB re: fee application |
| WR Grace | G. Boyer | 04/29/03 | 11 | 0.1 | Conversation with SJ re: fee application |
| WR Grace | S. Jones | 04/29/03 | 11 | 2.0 | Draft/revise 8th Interim Fee Application |
| WR Grace | G. Boyer | 04/29/03 | 11 | 0.8 | Review/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 04/30/03 | 11 | 0.6 | Draft/revise 8th Interim Fee Application |
| WR Grace | S. Jones | 05/01/03 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 05/01/03 | 11 | 2.4 | Draft response to WHS initial report re: 5th, 6th, and 7th interim fee applications |
| WR Grace | S. Jones | 05/01/03 | 11 | 0.3 | Receive and review WHS initial report re: 5th, 6th, and 7th interim fee applications |

## Bankruptcy Time Reporting Log

Client Name:   WR Grace
Professional:  All
Date:          For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 05/01/03 | 11 | 0.5 | Receive and review WHS spreadsheet re: 5th, 6th, and 7th interim fee applications; email SJ re: follow-up to initial report |
| WR Grace | G. Boyer | 05/05/03 | 27 | 2.8 | Preparation of information request and supporting schedules and send the request and information to Blackstone |
| WR Grace | S. Jones | 05/05/03 | 11 | 0.3 | Receive and review financial information from DB |
| WR Grace | G. Boyer | 05/05/03 | 27 | 0.7 | Receive and review recent settlement agreement |
| WR Grace | S. Jones | 05/06/03 | 11 | 2.7 | Receive and follow-up on email from GB re: emails from WHS and DB; draft email to WHS re: initial report |
| WR Grace | G. Boyer | 05/06/03 | 11 | 1.1 | Receive and review emails from WHS and DB; draft email to SJ re: same |
| WR Grace | S. Jones | 05/06/03 | 11 | 2.4 | Revise response to WHS initial report re: 5th, 6th, and 7th interim fee applications |
| WR Grace | G. Boyer | 05/07/03 | 27 | 1.4 | Review financial information provided to CDG by Grace per CDG's information request |
| WR Grace | G. Boyer | 05/08/03 | 27 | 1.5 | Receive and review claims estimation information from JH |
| WR Grace | S. Jones | 05/08/03 | 26 | 1.8 | Receive and review presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/08/03 | 26 | 2.7 | Receive and review presentation materials related to Grace 1Q earnings call |
| WR Grace | S. Jones | 05/09/03 | 26 | 0.6 | Receive and review revised/additional presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/09/03 | 26 | 0.9 | Receive and review revised/additional presentation materials related to Grace 1Q earnings call |
| WR Grace | S. Jones | 05/12/03 | 11 | 4.1 | Discuss response to WHS initial report re: 5th, 6th, and 7th interim fee applications with GB; revise same |
| WR Grace | S. Jones | 05/12/03 | 11 | 0.6 | Receive and respond to emails from WHS re: 5th, 6th, and 7th interim fee application/WHS initial report |
| WR Grace | G. Boyer | 05/12/03 | 11 | 1.8 | Review draft and discuss comments to response to WHS initial report re: 5th, 6th, and 7th interim fee applications with SJ |
| WR Grace | S. Jones | 05/12/03 | 11 | 1.1 | Submit response to WHS initial report re: 5th, 6th, and 7th Interim fee application; submit revisions to WHS spreadsheet |
| WR Grace | S. Jones | 05/13/03 | 11 | 1.6 | Receive and respond to emails from WHS re: 5th, 6th, and 7th interim fee application/WHS spreadsheet |
| WR Grace | G. Boyer | 05/13/03 | 26 | 0.5 | Receive and review memo from Grace |
| WR Grace | G. Boyer | 05/14/03 | 26 | 1.5 | Call with Grace re: 1st quarter operating results |
| WR Grace | S. Jones | 05/14/03 | 26 | 1.5 | Call with Grace re: 1st quarter operating results |
| WR Grace | S. Jones | 05/14/03 | 26 | 2.7 | Receive additional presentation materials related to Grace 1Q earnings call |
| WR Grace | G. Boyer | 05/14/03 | 27 | 1.3 | Review recent research re: corporate asbestos litigation |
| WR Grace | G. Boyer | 05/15/03 | 26 | 0.5 | Receive and review revised cash flow schedules from Grace |
| WR Grace | S. Jones | 05/15/03 | 26 | 2.7 | Receive revised cash flow schedules from Grace |
| WR Grace | G. Boyer | 05/16/03 | 11 | 0.4 | Receive and review draft order from WHS re: 5th, 6th and 7th period fees |
| WR Grace | G. Boyer | 05/18/03 | 11 | 0.1 | Email from SJ re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/18/03 | 11 | 0.1 | Email to GB re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/19/03 | 11 | 0.1 | Email from SJ re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/19/03 | 11 | 0.1 | Email to GB re: revisions to 8th Interim fee application |
| WR Grace | S. Jones | 05/20/03 | 11 | 0.4 | Correspondence with GB re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/20/03 | 11 | 0.4 | Correspondence with SJ re: revisions to 8th Interim fee application |
| WR Grace | G. Boyer | 05/21/03 | 26 | 0.8 | Receive and review revised financial presentation from Grace |
| WR Grace | S. Jones | 05/22/03 | 27 | 6.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/23/03 | 27 | 5.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/26/03 | 27 | 7.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/27/03 | 27 | 5.7 | Comparable company analysis and precedent transaction analyses |
| WR Grace | G. Boyer | 05/27/03 | 27 | 0.4 | Correspondence to/from JH re: claims valuation |
| WR Grace | O. Haynes | 05/28/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/28/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | G. Boyer | 05/29/03 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 05/29/03 | 7 | 1.0 | Committee Conference Call |
| WR Grace | J. Siegel | 05/29/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/29/03 | 27 | 8.0 | Comparable company analysis and precedent transaction analyses |
| WR Grace | S. Jones | 05/29/03 | 7 | 1.0 | Receive and review DIP term sheet |
| WR Grace | J. Suh | 05/30/03 | 27 | 0.5 | Discuss assignment and timing of the presentation with GB |
| WR Grace | G. Boyer | 05/30/03 | 27 | 0.5 | Discuss assignment and timing of the presentation with J Suh |
| WR Grace | J. Suh | 05/30/03 | 27 | 5.0 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | J. Suh | 05/31/03 | 27 | 0.1 | Discussed valuation terms with GB |
| WR Grace | G. Boyer | 05/31/03 | 27 | 0.1 | Discussed valuation terms with J Suh |
| WR Grace | J. Suh | 05/31/03 | 27 | 8.2 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | S. Jones | 06/02/03 | 27 | 1.5 | Meeting with J Suh re: Comparable Company trading comps |
| WR Grace | J. Suh | 06/02/03 | 27 | 1.5 | Reviewed trading comparable analysis with Stephanie |
| WR Grace | J. Suh | 06/02/03 | 27 | 7.0 | Worked on trading comparable analysis for Valuation and Debt Capacity presentation |
| WR Grace | J. Suh | 06/03/03 | 27 | 1.0 | Discussed presentation with GB |
| WR Grace | G. Boyer | 06/03/03 | 27 | 1.0 | Discussed presentation with J Suh |
| WR Grace | S. Jones | 06/03/03 | 27 | 2.6 | Meeting with J Suh re: Comparable Company trading comps |
| WR Grace | J. Suh | 06/03/03 | 27 | 2.6 | Meeting with SJ re: Comparable Company trading comps |
| WR Grace | G. Boyer | 06/03/03 | 26 | 1.0 | Receive and review memorandum from Grace |
| WR Grace | S. Jones | 06/03/03 | 27 | 1.1 | Receive and review presentation materials related to Project Mob Squad (Grace acquisition) |
| WR Grace | G. Boyer | 06/03/03 | 27 | 1.7 | Receive and review presentation materials related to Project Mob Squad (Grace acquisition) |
| WR Grace | J. Suh | 06/03/03 | 27 | 7.5 | Worked on Debt Capacity presentation |
| WR Grace | J. Suh | 06/04/03 | 27 | 1.0 | Discussed presentation with GB |
| WR Grace | G. Boyer | 06/04/03 | 27 | 1.0 | Discussed presentation with J Suh |
| WR Grace | S. Jones | 06/04/03 | 27 | 4.0 | Precedent transaction analyses |
| WR Grace | J. Suh | 06/04/03 | 27 | 5.0 | Worked on Debt Capacity presentation |

## Bankruptcy Time Reporting Log

Client Name:   WR Grace
Professional:  All
Date:          For the Period of April 1, 2003 through June 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/05/03 | 27 | 1.5 | Review debt capacity and valuation analyses |
| WR Grace | S. Jones | 06/05/03 | 27 | 7.0 | Precedent transaction analyses |
| WR Grace | J. Suh | 06/05/03 | 27 | 6.0 | Worked on Debt Capacity presentation |
| WR Grace | G. Boyer | 06/06/03 | 27 | 1.1 | Receive and review revised settlement agreement for Sealed Air litigation; review First Amended Fresenius Settlement Agreement |
| WR Grace | S. Jones | 06/06/03 | 27 | 5.0 | Precedent transaction analyses |
| WR Grace | S. Jones | 06/10/03 | 11 | 2.9 | Fee application - finalize and submit 8th Interim fee application to LC for filing with the court |
| WR Grace | G. Boyer | 06/12/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 06/12/03 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 06/16/03 | 27 | 0.4 | Review slides sent from Blackstone regarding potential acquisition |
| WR Grace | G. Boyer | 06/17/03 | 26 | 3.1 | Review of pension funding motion and related documents sent by Blackstone |
| WR Grace | G. Boyer | 06/18/03 | 26 | 1.6 | Call with Grace management re: pensions |
| WR Grace | S. Jones | 06/18/03 | 27 | 0.4 | Discuss precedent transaction analysis with J Suh |
| WR Grace | J. Suh | 06/18/03 | 27 | 0.4 | Discuss precedent transaction analysis with SJ |
| WR Grace | S. Jones | 06/18/03 | 11 | 3.0 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | S. Jones | 06/19/03 | 11 | 2.2 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/19/03 | 26 | 0.8 | Review follow-up materials sent by Blackstone concerning pensions |
| WR Grace | G. Boyer | 06/20/03 | 26 | 0.2 | Correspondence to/from DB re: Grace pension motion |
| WR Grace | G. Boyer | 06/20/03 | 27 | 0.6 | Receive revised model from DB re: IRR calculation |
| WR Grace | J. Suh | 06/23/03 | 27 | 2.3 | Reviewed old precedent transaction comps |
| WR Grace | S. Jones | 06/24/03 | 11 | 0.7 | Draft/revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/24/03 | 26 | 0.2 | Receive and review memo from Grace |
| WR Grace | G. Boyer | 06/25/03 | 26 | 0.9 | Receive and review memo from Grace |
| WR Grace | S. Jones | 06/25/03 | 11 | 1.9 | Review previous CDG fee applications and WHS fee application spreadsheets; revise response to WHS initial report on 8th Interim Fee Application |
| WR Grace | J. Suh | 06/25/03 | 27 | 4.0 | Reviewed old precedent transaction comps |
| WR Grace | S. Jones | 06/26/03 | 11 | 0.3 | Calls to/from JS re: WHS initial report to CDG 8th Interim Fee Application |
| WR Grace | S. Jones | 06/26/03 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/26/03 | 11 | 0.2 | Emails to GB re: Response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/26/03 | 11 | 0.1 | Review email from SJ re: Response to WHS initial report on 8th Interim Fee Application; forward comments on same |
| WR Grace | S. Jones | 06/27/03 | 11 | 0.2 | Emails to GB re: Response to WHS initial report on 8th Interim Fee Application |
| WR Grace | G. Boyer | 06/27/03 | 11 | 0.3 | Review email from SJ re: Response to WHS initial report on 8th Interim Fee Application; forward comments on same |
| WR Grace | S. Jones | 06/27/03 | 11 | 2.7 | Revise response to WHS initial report re: 8th interim fee application and forward to WHS |
| WR Grace | J. Suh | 06/30/03 | 27 | 8.0 | Revised precedent transaction comps |
| | | | | **295.6** | **Total Hours** |

LEGEND

| | |
|---|---|
| DB | David Blechman, Associate--Blackstone |
| GB | Gregory Boyer, Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RC | Ro Cusanelli, Chief Financial Officer and Office Manager -- CDG |
| SB | Stephen Bossay, Associate with WHS |
| SJ | Stephanie Jones, Associate -- CDG |
| WHS | Warren Smith Associates, fee examiner: includes Stephen Bossay, LaVern Ferdinand, and W |
| JH | James Hass, Committee Asbestos Expert |
| J Suh | Jay Suh, Analyst--CDG |

/arren Smith