9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| G. Boyer | 0.00 | 0.00 | 470.43 | 1,407.00 | 0.00 | 0.00 | 1,877.43 |
| S. Jones | 37.01 | 0.00 | 115.76 | 0.00 | 0.00 | 0.00 | 152.77 |
| J. Suh | 45.60 | 0.00 | 149.16 | 0.00 | 0.00 | 0.00 | 194.76 |
| Sub-Total | 82.61 | 0.00 | 735.35 | 1,407.00 | 0.00 | 0.00 | 2,224.96 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.11 | 19.11 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 993.06 | 993.06 |
| **Total** | **82.61** | **0.00** | **735.35** | **1,407.00** | **0.00** | **1,012.17** | **3,237.13** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through April 30, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 373.17 | 1,407.00 | 0.00 | 0.00 | 1,780.17 |
| S. Jones | 11.30 | 0.00 | 50.92 | 0.00 | 0.00 | 0.00 | 62.22 |
| Sub-Total | 11.30 | 0.00 | 424.09 | 1,407.00 | 0.00 | 0.00 | 1,842.39 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.45 | 14.45 |
| **Total** | **11.30** | **0.00** | **424.09** | **1,407.00** | **0.00** | **14.45** | **1,856.84** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of May 1, 2003 through May 31, 2003**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | 0.00 | 0.00 | 97.26 | 0.00 | 0.00 | 0.00 | 97.26 |
| S. Jones | 25.71 | 0.00 | 27.85 | 0.00 | 0.00 | 0.00 | 53.55 |
| J. Suh | 21.75 | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 111.75 |
| Sub-Total | 47.46 | 0.00 | 215.11 | 0.00 | 0.00 | 0.00 | 262.56 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.92 | 288.92 |
| **Total** | **47.46** | **0.00** | **215.11** | **0.00** | **0.00** | **288.92** | **551.48** |

9/24/2003

**WR Grace**
**Expense Summary - Conway, Del Genio, Gries & Co., LLC**
**For the Period of June 1, 2002 through June 30, 2002**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| S. Jones | 0.00 | 0.00 | 37.00 | 0.00 | 0.00 | 0.00 | 37.00 |
| J. Suh | 23.85 | 0.00 | 59.16 | 0.00 | 0.00 | 0.00 | 83.01 |
| Sub-Total | 23.85 | 0.00 | 96.16 | 0.00 | 0.00 | 0.00 | 120.01 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.66 | 4.66 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 704.14 | 704.14 |
| **Total** | **23.85** | **0.00** | **96.16** | **0.00** | **0.00** | **708.80** | **828.81** |

9/24/2003

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2003 through June 30, 2003**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (car to Newark Airport) | 4/11/2003 | | | 93.84 | 1,407.00 | | | 1,500.84 |
| G. Boyer (car from Newark Airport) | 4/11/2003 | | | 109.14 | | | | 109.14 |
| G. Boyer (cabs in Miami) | 4/11/2003 | | | 25.00 | | | | 25.00 |
| G. Boyer (car from Miami Airport to meeting) | 4/11/2003 | | | 102.35 | | | | 102.35 |
| G. Boyer | 4/14/2003 | | | 42.84 | | | | 42.84 |
| G. Boyer | 4/15/2003 | | | | | | | 0.00 |
| G. Boyer | 5/6/2003 | | | 42.84 | | | | 42.84 |
| G. Boyer | 5/12/2003 | | | 21.42 | | | | 21.42 |
| G. Boyer | 5/18/2003 | | | 33.00 | | | | 33.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 470.43 | 1,407.00 | 0.00 | 0.00 | **1,877.43** |
| S. Jones | 3/16/2003 | 10.00 | | 17.00 | | | | 27.00 |
| S. Jones | 3/19/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 3/25/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/1/2003 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/15/2003 | | | 9.69 | | | | 9.69 |
| S. Jones | 4/22/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 4/27/2003 | 12.60 | | 10.00 | | | | 22.60 |
| S. Jones | 5/3/2003 | 13.85 | | 18.00 | | | | 31.85 |
| S. Jones | 5/17/2003 | | | 10.00 | | | | 10.00 |
| S. Jones | 5/18/2003 | 37.56 | | 18.00 | | | | 55.56 |
| S. Jones | 5/19/2003 | | | 9.69 | | | | 9.69 |
| S. Jones | 6/3/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 6/4/2003 | | | 7.00 | | | | 7.00 |
| S. Jones | 6/28/2003 | | | 17.00 | | | | 17.00 |
| S. Jones | 6/30/2003 | | | 6.00 | | | | 6.00 |
| **S. Jones Total** | | 74.01 | 0.00 | 194.52 | 0.00 | 0.00 | 0.00 | **268.53** |
| J. Suh | 5/31/2003 | 21.75 | | 90.00 | | | | 111.75 |
| J. Suh | 6/3/2003 | 23.85 | | 59.16 | | | | 83.01 |
| **J. Suh Total** | | 45.60 | 0.00 | 149.16 | 0.00 | 0.00 | 0.00 | **194.76** |
| Federal Express | 4/8/2003 | | | | | | 14.45 | 14.45 |
| Federal Express | 4/21/2003 | | | | | | 14.45 | 14.45 |
| Federal Express | 6/10/2003 | | | | | | 9.32 | 9.32 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.22 | **38.22** |
| Domestic M&A | 5/29/2003 | | | | | | 259.89 | 259.89 |
| Dow Jones | 5/31/2003 | | | | | | 29.03 | 29.03 |
| International M&A | 6/3/2003 | | | | | | 54.31 | 54.31 |
| Domestic M&A | 6/3/2003 | | | | | | 361.33 | 361.33 |
| International M&A | 6/24/2003 | | | | | | 108.63 | 108.63 |
| Dow Jones | 6/30/2003 | | | | | | 179.87 | 179.87 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 993.06 | **993.06** |
| **Grand Total** | | 119.61 | 0.00 | 814.11 | 1,407.00 | 0.00 | 1,031.28 | **3,372.00** |