# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: October 16, 2003 at 4:00 p.m. |
| | Hearing Date: December 15, 2003 at 4:00 p.m. |

## SUMMARY COVERSHEET TO NINTH QUARTERLY FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003 THROUGH JUNE 30, 2003

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc* to April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **April 1, 2003 – June 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$72,456.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$10,707.52** |

This is a: __ monthly  X  quarterly interim __ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED Fees | REQUESTED Expenses | APPROVED Fees | APPROVED Expenses |
|---|---|---|---|---|---|
| November 27, 2002 #3084 & #3087 Order filed 3/14/03; #3511 | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order singed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 (Objections due 6/23/03) | 1/1/03 – 3/31/03 | $102,028.00 | $10,873.52 | Pending | Pending |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 # | 5/1/03 – | $22,184.50 | $864.72 | Pending | Pending |

5

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 8/7/03 (Objections due 8/29/03) | 5/31/03 | | | | |
| September 9, 2003 #4407 (Objections due 9/29/03) | 6/1/03 – 6/30/03 | $28,764.50 | $9,472.70 | Pending | Pending |
| Pending | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Pending | Pending |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD**
**APRIL 1, 2003 THROUGH JUNE 30, 2003**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 450.00 | 20.3 | $9,135.00 |
| Robert G. Rose | 1974 | 385.00 | 26.7 | $10,279.50 |
| Scott A. Zuber | 1987 | 340.00 | 3.3 | $1,122.00 |
| John P. Scordo | 1988 | 320.00 | 11.9 | $3.808.00 |
| Michael E. Waller | 1990 | 320.00 | 14.1 | $4,512.00 |
| William S. Hatfield | 1993 | 275.00 | 82.4 | $22,660.00 |
| COUNSEL | | | | |
| Barry M. Benjamin | 1993 | 320.00 | 2.7 | $864.00 |
| ASSOCIATES | | | | |
| Brian E. Moffitt | 1992 | 280.00 | 20.3 | $5,684.00 |
| Kristen M. Jasket | 2000 | 180.00 | 16.4 | $2,952.00 |
| Sunny S. Kim | 2003 | 160.00 | 11.2 | $1,792.00 |
| Lori A. Jordan | 2003 | 160.00 | 19.0 | $3,040.00 |
| PARAPROFESSIONALS | | | | |
| Sandra Purrington | N/A | 110.00 | 42.7 | $4,697.00 |
| Susan Parker | N/A | 105.00 | 18.2 | $1,911.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period April 1, 2003 through June 30, 2003** | | | 289.2 Total Hours | **$72,456.50** |

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## APRIL 1, 2003 THROUGH JUNE 30, 2003

| TYPE OF EXPENSE | |
|---|---|
| Duplicating | $851.80 |
| Postage | $35.99 |
| Computer Assisted Research | $414.90 |
| Telephone | $29.12 |
| PD UPS TO WILMINGTON DE; KM; Inv. No. 00000A319E113 | $7.74 |
| PD TRAVEL EXPENSES TO DELAWARE; SAZ; CK# 248430 | $26.76 |
| PD MEAL EXPENSES; SAZ; CK# 248430 | $10.50 |
| PD TRAVEL EXPENSES TO WILMINGTON DE; SAZ; CK# 248430 | $21.76 |
| PD UPS TO WILMINGTON DE; KMJ; INV NO. 81207203 | $7.74 |
| PD GEN MESS TO JERSEY CITY NJ; CK# 247885 | $54.75 |
| PD GEN MESS TO JERSEY CITY NJ; CK# 247885 | $26.50 |
| PD GEN MESS TO ROSELAND NJ; CK# 247885 | $24.25 |
| PD GEN MESS TO JERSEY CITY NJ; CK# 247885 | $27.50 |
| PD TRAVEL EXPENSES TO JERSEY CITY NJ; WSS; CK# 248347 | $30.00 |
| Paid Kemco Transcription Srvc. Inc. for deposit for motion hearing transcript on 5/1/03 Docket L-7908-95 #10501; S#4362 | $150.00 |
| PD GEN MESS TO JERSEY CITY NJ; CK# 248554 | $54.75 |
| PD GEN MESS TO ROSELAND NJ; CK# 248554 | $32.25 |
| Paid NJ Law Journal #10501 S#4455 | $23.32 |
| Paid Kemco Trans, Inc. for services rendered #10501; S#4415 | $7.00 |
| PD AMEX FOR TRAVEL EXPENSES TO NEWARK NJ; SAZ; CK# 246786 | $14.00 |
| PD UPS TO WILMINGTON DE; KMJ; INV. # 81207223 | $9.84 |
| PD AMEX FOR TRAVEL EXPENSES TO WASHINGTON DC; SAZ; CK# 246786 | $198.00 |
| Pd Fedex to Columbia MD; bmb; ck# 249558 | $20.18 |
| DOCUMENT ACCESS FACILITY--ANNEX--MARCH 2003 | $2,148.00 |
| DOCUMENT ACCESS FACILITY--ANNEX--APRIL 2003 | $2,148.00 |
| DOCUMENT ACCESS FACILITY--ANNEX--MAY 2003 | $2,148.00 |
| PD UPS TO BOCA RATON, FL; AJM; INV 81207243 | $9.71 |
| PD UPS TO COLUMBIA, MD; AJM; INV 81207243 | $7.74 |
| PD UPS TO BOCA RATON, FL; AJM; INV 81207243 | $9.71 |

| | |
|---|---:|
| PD UPS TO MARGATE, FL; AJM; INV 81207243 | $9.71 |
| DOCUMENT ACCESS FACILITY--ANNEX--JUNE 2003 | $2,148.00 |
| **Grand Total Expenses for the Fee Period April 1, 2003 through June 30, 2003** | **$10,707.52** |

| PROJECT CATEGORIES | COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD | | | |
| --- | --- | --- | --- | --- |
| | Total of April 1, 2003 - April 30, 2003 | Total of May 1, 2003 - May 31, 2003 | Total of June 1, 2003 - June 30, 2003 | Total of April 2, 2001 - June 30, 2003 |
| 01 - Asset Analysis and Recovery | | | | $ 3,888.50 |
| 02 - Asset Disposition | | | | $ 13,881.00 |
| 03 - Business Operations | | | | $ 88,658.50 |
| 04 - Case Administration | $ 4,307.00 | $ 4,939.00 | $ 7,986.50 | $ 191,798.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | | | |
| 09 - Employment Applications, Applicant | | | | |
| 10 - Employment Applications, Others | | | | |
| 11 - Fee Applications, Applicant | $ 450.00 | $ 2,004.00 | $ 872.00 | $ 56,940.50 |
| 12 - Fee Applications, Others | | | | $ 1,179.00 |
| 13 - Financing | | | | $ 201.00 |
| 14 - Hearings | | | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting | $ 16,750.50 | $ 15,241.50 | $ 19,906.00 | $ 890,077.60 |
| 16 - Plan and Disclosure Statement | | | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | | | $ 185.50 |
| 18 - Tax Issues | | | | $ 4,247.00 |
| 19 - Tax Litigation | | | | |
| 20 - Travel – Non Working | | | | |
| 21 - Valuation | | | | |
| 22 - ZAI Science Trial | | | | |
| 23 - ZAI Science Trial – Expenses | | | | |
| 24 - Other | | | | $ 5,490.00 |
| 25 - Accounting/Auditing | | | | |
| 26 - Business Analysis | | | | |
| 27 - Corporate Finance | | | | |
| 28 - Data Analysis | | | | |
| TOTAL - FEES | $ 21,507.50 | $ 22,184.50 | $ 28,764.50 | $ 1,378,544.70 |
| TOTAL - EXPENSES | $ 370.10 | $ 864.72 | $ 9,472.70 | $ 192,588.28 |
| TOTAL FEES AND EXPENSES | $ 21,877.60 | $ 23,049.22 | $ 38,237.20 | $ 1,571,132.98 |