# EXHIBIT B

## EXHIBIT B

### FEES FOR THE FEE PERIOD
### APRIL 1, 2003 THROUGH JUNE 30, 2003

### FEES FOR THE FEE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 04/01/03 | Attend to site issues and forward information to client. | | | |
| 4 | W. Hatfield | | 0.3 | 82.50 |
| 04/04/03 | Address and review new case on attorneys fees issues for Grace application for trial and post trial fees. | | | |
| 15 | W. Hatfield | | 0.5 | 137.50 |
| 04/07/03 | Follow up with W. Hatfield regarding issues and hearing. | | | |
| 4 | A. Marchetta | | 0.2 | 90.00 |
| 04/08/03 | Address post-trial issues. | | | |
| 4 | W. Hatfield | | 0.2 | 55.00 |
| 04/10/03 | Fax information to client on cleanup. | | | |
| 4 | W. Hatfield | | 0.4 | 110.00 |
| 04/11/03 | Call to Weja counsel on motion for reconsideration response. | | | |
| 4 | W. Hatfield | | 0.2 | 55.00 |
| 04/14/03 | Address site cleanup issues and forward information to client. | | | |
| 4 | W. Hatfield | | 0.4 | 110.00 |
| 04/15/03 | Address case issues regarding pending motions. | | | |
| 4 | W. Hatfield | | 0.4 | 110.00 |
| 04/15/03 | Memos to R. Rose on scheduling issues and motion papers. | | | |
| 4 | W. Hatfield | | 0.3 | 82.50 |
| 04/15/03 | Call with and address W. Crowther, Esq., counsel for defendant, on Weja's request for copies of trial exhibits and motion issues. | | | |
| 4 | W. Hatfield | | 0.5 | 137.50 |
| 04/15/03 | Memo to and direct S. Purrington on trial exhibits and motion issues. | | | |
| 4 | W. Hatfield | | 0.2 | 55.00 |

| 04/15/03 4 | Review file for documents as requested by W. Hatfield.<br>S. Purrington | 0.5 | 55.00 |
|---|---|---|---|
| 04/16/03 4 | Address UST registration issues.<br>W. Hatfield | 0.4 | 110.00 |
| 04/17/03 15 | Address Weja request for trial exhibits and prepare letter to Wendy Crowther on same.<br>W. Hatfield | 0.7 | 192.50 |
| 04/23/03 15 | Review and analyze Weja opposition to Grace's motion for reconsideration.<br>W. Hatfield | 2.6 | 715.00 |
| 04/23/03 4 | Emails regarding meeting.<br>A. Marchetta | 0.3 | 135.00 |
| 04/23/03 15 | Research work in response to Weja opposition motion on reconsideration.<br>W. Hatfield | 2.4 | 660.00 |
| 04/24/03 4 | Attend to research and outline response to Weja opposition on motion for reconsideration.<br>W. Hatfield | 1.3 | 357.50 |
| 04/24/03 15 | Review Weja brief in opposition to motion for reconsideration and discuss reply brief with B. Hatfield.<br>R. Rose | 2.8 | 1,078.00 |
| 04/24/03 15 | Work on brief and reply to Motion for Reconsideration.<br>W. Hatfield | 3.0 | 825.00 |
| 04/24/03 4 | Work with W. Hatfield regarding reconsideration motion issues.<br>A. Marchetta | 0.5 | 225.00 |
| 04/24/03 4 | Review file for trial exhibits as requested by W. Hatfield.<br>S. Purrington | 0.8 | 88.00 |
| 04/25/03 15 | Address and draft reply brief for motion for reconsideration.<br>W. Hatfield | 8.9 | 2,447.50 |
| 04/25/03 4 | Call with Grace counsel on status of litigation and Jersey City site and discuss motion for reconsideration issues.<br>W. Hatfield | 0.4 | 110.00 |
| 04/25/03 15 | Review and edit initial draft of reply brief.<br>R. Rose | 3.8 | 1,463.00 |

| 04/25/03 | Research and review New Jersey case law regarding underground storage tanks as trade fixtures. | | |
| 15 | S. Kim | 9.3 | 1,488.00 |

| 04/25/03 | Confer with W. Hatfield regarding reply to Defendant's Brief in opposition to motion for reconsideration. | | |
| 4 | S. Purrington | 0.5 | 55.00 |

| 04/25/03 | Review trial testimony and exhibits for cites requested by W. Hatfield for preparation of reply brief. | | |
| 4 | S. Purrington | 3.7 | 407.00 |

| 04/26/03 | Discuss revisions to reply brief with W. Hatfield. | | |
| 15 | R. Rose | 0.5 | 192.50 |

| 04/26/03 | Revise reply brief for motion for reconsideration. | | |
| 15 | W. Hatfield | 6.5 | 1,787.50 |

| 04/26/03 | Prepare W. Hatfield Certification and exhibits for reply brief in support of motion for reconsideration as requested by W. Hatfield. | | |
| 4 | S. Purrington | 4.5 | 495.00 |

| 04/27/03 | Attend to reply brief arguments, citations and certification for reply brief. | | |
| 15 | W. Hatfield | 6.0 | 1,650.00 |

| 04/27/03 | Review, edit and revise second draft of reply brief. | | |
| 15 | R. Rose | 2.3 | 885.50 |

| 04/27/03 | Prepare W. Hatfield Certification and exhibits for reply brief in support of motion for reconsideration as requested by W. Hatfield. | | |
| 4 | S. Purrington | 2.8 | 308.00 |

| 04/27/03 | Prepare cites for reply brief in support of motion for reconsideration as requested by W. Hatfield. | | |
| 4 | S. Purrington | 1.2 | 132.00 |

| 04/28/03 | Attend to final revisions of reply brief and certification and filing of same. | | |
| 15 | W. Hatfield | 3.9 | 1,072.50 |

| 04/28/03 | Review, edit and revise final draft of reply brief and discuss same with W. Hatfield. | | |
| 15 | R. Rose | 2.3 | 885.50 |

| 04/28/03 | Finalize W. Hatfield Certification and exhibits. | | |
| 4 | S. Purrington | 3.2 | 352.00 |

| 04/28/03 | Prepare reply brief and papers in support of motion for reconsideration for filing. | | |
|----------|------|------|------|
| 4 | S. Purrington | 2.7 | 297.00 |

| 04/29/03 | Prepare outline for oral argument on Grace's Motion for Reconsideration. | | |
|----------|------|------|------|
| 15 | W. Hatfield | 0.9 | 247.50 |

| 04/30/03 | Review papers and prepare outline for reconsideration argument. | | |
|----------|------|------|------|
| 15 | W. Hatfield | 1.2 | 330.00 |

| 04/30/03 | Review motion papers for reconsideration in preparation for hearing. | | |
|----------|------|------|------|
| 15 | R. Rose | 1.8 | 693.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| W. Hatfield | 41.60 | 275.00 | 11,440.00 |
| A. Marchetta | 1.00 | 450.00 | 450.00 |
| R. Rose | 13.50 | 385.00 | 5,197.50 |
| S. Kim | 9.30 | 160.00 | 1,488.00 |
| S. Purrington | 19.90 | 110.00 | 2,189.00 |
| TOTALS | 85.30 | | 20,764.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| R. Rose | 15 | 13.5 | 385.00 | 5,197.50 |
| A. Marchetta | 4 | 1.0 | 450.00 | 450.00 |
| W. Hatfield | 4 | 5.0 | 275.00 | 1,375.00 |
|  | 15 | 36.6 | 275.00 | 10,065.00 |
| S. Kim | 15 | 9.3 | 160.00 | 1,488.00 |
| S. Purrington | 4 | 19.9 | 110.00 | 2,189.00 |
| TOTAL | | 85.3 | | 20,764.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 04/01/03 | Receipt and review of CNO for December 2002 and forwarded same to R. Rosen and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 36.00 |
| 04/02/03 | Follow up with K. Jasket regarding invoices to client. | | |
| 14 | A. Marchetta | 0.2 | 90.00 |
| 04/02/03 | Review docket. | | |
| 18 | K. Jasket | 0.2 | 36.00 |
| 04/02/03 | Revised February 2003 fee application to reflect recent docket activity. | | |
| 18 | K. Jasket | 0.3 | 54.00 |
| 04/02/03 | Reviewed correspondence to J. Port and conferred with R. Rosen regarding same. | | |
| 18 | K. Jasket | 0.3 | 54.00 |
| 04/03/03 | Revised February 2003 fee application. | | |
| 18 | K. Jasket | 1.0 | 180.00 |
| 04/08/03 | Follow up regarding fee issues and backup. | | |
| 14 | A. Marchetta | 0.3 | 135.00 |
| 04/08/03 | Receipt and review of fee auditor's final report regarding 7th Interim Period and forward to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.3 | 54.00 |
| 04/09/03 | Review Fee Auditor's final report regarding PHK&S's Seventh Interim fee application. | | |
| 14 | S. Zuber | 0.2 | 68.00 |
| 04/18/03 | Receipt and review of CNO for January 2003 fee application and forwarded same to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 36.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| S. Zuber | 0.20 | 340.00 | 68.00 |
| K. Jasket | 2.50 | 180.00 | 450.00 |

TOTALS   3.20                                743.00


## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| S. Zuber | 4 | 0.2 | 340.00 | 68.00 |
| K. Jasket | 11 | 2.5 | 180.00 | 450.00 |
| TOTAL | | 3.2 | | 743.00 |

## FEES FOR THE FEE PERIOD
## MAY 1, 2003 THROUGH MAY 31, 2003

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)


| 03/04/03 | Call with client on GNCC landfill issues and gas monitoring for buffer zone. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

| 05/07/03 | Review incoming report from Pennoni on methane gas sampling at landfill for buffer zone regarding Gahrs Landfill issues. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.60 | 275.00 | 165.00 |
| TOTALS | 0.60 | | 165.00 |


## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|:---------:|:-----:|:----:|----:|
| W. Hatfield | 4 | 0.6 | 275.00 | 165.00 |
| TOTAL | | 0.6 | | 165.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 05/05/03 | Reviewed draft statement of damages and replied to email of L. Ferdinand regarding same. | | |
|----------|-------------------------|-----|--------|
| 11 | K. Jasket | 0.2 | 36.00 |

| 05/05/03 | Reviewed and updated docket. | | |
|----------|------------------------------|-----|-------|
| 11 | K. Jasket | 0.3 | 54.00 |

| 05/05/03 | Drafted March 2003 fee application | | |
|----------|------------------------------------|-----|--------|
| 11 | K. Jasket | 0.6 | 108.00 |

| 05/06/03 | Drafted March 2003 fee application. | | |
|----------|-------------------------------------|-----|--------|
| 11 | K. Jasket | 1.7 | 306.00 |

| 05/12/03 | Review and revise March, 2003 monthly fee application. | | |
|----------|--------------------------------------------------------|-----|--------|
| 11 | S. Zuber | 0.3 | 102.00 |

| 05/14/03 | Revised March 2003 fee application. | | |
|----------|-------------------------------------|-----|--------|
| 11 | K. Jasket | 0.7 | 126.00 |

| 05/16/03 | Review of prior fee applications and final reports from the fee auditor to determine amounts outstanding. | | |
|----------|--------------------------|-----|--------|
| 11 | K. Jasket | 1.0 | 180.00 |

| 05/16/03 | Review of proposed order and fee summary from fee auditor. | | |
|----------|-----------------------------------------------------------|-----|-------|
| 11 | K. Jasket | 0.5 | 90.00 |

| 05/16/03 | Reviewed CNO for February 2003 and forwarded same to A. Marchetta and S. Zuber. | | |
|----------|--------------------------|-----|-------|
| 11 | K. Jasket | 0.2 | 36.00 |

| 05/20/03 | Drafted Quarterly Fee Application for January - March 2003. | | |
|----------|------------------------------------------------------------|-----|--------|
| 11 | K. Jasket | 1.6 | 288.00 |

| 05/21/03 | Drafted Quarterly fee application for January - March 2003 and forwarded to S. Zuber for review. |
|----------|--------------------------------------------------------------------------------------------------|

| 11 | K. Jasket | 1.6 | 288.00 |

| 05/23/03 | Review and revise Quarterly Fee Application for first quarter of 2003. | | |
| 11 | S. Zuber | 0.3 | 102.00 |

| 05/23/03 | Reviewed quarterly fee applications and final reports from the fee auditor regarding reductions and drafted memo to S. Bruinooge regarding same. | | |
| 11 | K. Jasket | 1.0 | 180.00 |

| 05/27/03 | Reviewed and updated docket. | | |
| 11 | K. Jasket | 0.3 | 54.00 |

| 05/27/03 | Revised Quarterly fee application and attention to sending same to S. McFarland for filing. | | |
| 11 | K. Jasket | 0.3 | 54.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.60 | 340.00 | 204.00 |
| K. Jasket | 10.00 | 180.00 | 1,800.00 |
| TOTALS | 10.60 | | 2,004.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 340.00 | 204.00 |
| K. Jasket | 11 | 10.0 | 180.00 | 1,800.00 |
| TOTAL | | 10.6 | | 2,004.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 05/23/03 | Discuss lease rejection and damage issues with A. Marchetta and J. Scordo. | | |
| 4 | S. Zuber | 0.4 | 136.00 |

| 05/23/03 | Review and analysis of impact of rejection of prime lease on sublease, and |

|         | prime lessor's damage claims, including Sec. 502(b) (6) cap issues. | | |
|---------|---------------------------------------------------------------------|------|--------|
| 4       | S. Zuber                                                            | 0.7  | 238.00 |
| 05/23/03 | Telephone calls with J. Scordo regarding lease issue and review regarding same. | | |
| 4       | A. Marchetta                                                       | 0.4  | 180.00 |
| 05/23/03 | Telephone call with A. Nagy and V. Finkelstein on tenant's threat to holdover. | | |
| 15      | J. Scordo                                                          | 0.3  | 96.00  |
| 05/23/03 | Legal research in New York on holdover subtenant. | | |
| 15      | J. Scordo                                                          | 0.6  | 192.00 |
| 05/23/03 | Conference call with A. Nagy, V. Finkelstein and C. Lane regarding holdover subtenant. | | |
| 15      | J. Scordo                                                          | 0.3  | 96.00  |
| 05/23/03 | Confer with A. Marchetta and S. Zuber regarding holdover subtenant. | | |
| 15      | J. Scordo                                                          | 0.2  | 64.00  |
| 05/25/03 | E-mail to A. Marchetta on open issues, including holdover subtenant. | | |
| 15      | J. Scordo                                                          | 0.1  | 32.00  |
| 05/28/03 | Continued analysis of lease and bankruptcy issues, including discussions with J. Scordo and A. Marchetta regarding whether Grace should seek to reject lease (and sublease) and consequences of rejection. | | |
| 4       | S. Zuber                                                           | 0.6  | 204.00 |
| 05/28/03 | Work with J. Scordo and S. Zuber regarding lease issues. | | |
| 4       | A. Marchetta                                                       | 0.6  | 270.00 |
| 05/28/03 | Confer with S. Zuber regarding eviction action. | | |
| 15      | J. Scordo                                                          | 0.2  | 64.00  |
| 05/28/03 | Telephone call with Grace and C. Lane on holdover issues. | | |
| 15      | J. Scordo                                                          | 0.4  | 128.00 |
| 05/28/03 | Telephone call with C. Lane on bankruptcy issues. | | |
| 15      | J. Scordo                                                          | 0.3  | 96.00  |
| 05/29/03 | Further analysis of whether Grace should reject lease and sublease and consequences of same. | | |
| 4       | S. Zuber                                                           | 0.3  | 102.00 |
| 05/29/03 | Review issue of lease rejection and eviction proceeding. | | |

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.0 | 450.00 |

05/29/03    Telephone calls to client and Kirkland & Ellis regarding lease rejection and eviction proceeding.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

05/29/03    Work with B. Benjamin and J. Scordo regarding lease rejection and eviction proceeding.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

05/29/03    Discuss issues of rejecting and holdover with A. Marchetta and S. Zuber.

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.5 | 160.00 |

05/29/03    Conference calls with landlord's attorney.

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

05/29/03    Update B. Benjamin on outstanding issues and review e-mail from B. Benjamin regarding his review of file.

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

05/29/03    Exchange e-mails with V. Finkelstein regarding rent payment.

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

05/29/03    Review and analyze lease and settlement agreements.

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 1.0 | 320.00 |

05/29/03    Per A. Marchetta, review Master Lease between Weiler and Grace regarding confirming whether letter of credit given to secure lease obligations.

| | | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

05/29/03    Telephone conference with A. Marchetta regarding acceptance of service of Petition, admitting allegations in petition, and strategy regarding ejecting subtenant from space.

| | | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

05/29/03    Reviewed file documents as requested by J. Scordo regarding identification and retrieval of settlement agreement, leases and related documentation regarding preparation of eviction notice to Tahari.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 42.00 |

05/29/03    Worked with J. Scordo regarding documents compiled regarding preparation of eviction notice to Tahari.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 21.00 |

05/30/03    Review e-mails from B. Benjamin and A. Marchetta regarding letter of

|  |  |  |  |
|---|---|---|---|
|  | credit and work with A. Marchetta regarding same. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |
| 05/30/03 | Telephone calls with landlord's attorney. |  |  |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 05/30/03 | Follow up with J. Scordo and client regarding issues. |  |  |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 05/30/03 | Telephone conference with C. Bauble regarding letter of credit from Tahari and draft correspondence to A. Marchetta and J. Scordo regarding same. |  |  |
| 15 | B. Benjamin | 0.2 | 64.00 |
| 05/31/03 | Review e-mail from A. Nagy. |  |  |
| 15 | J. Scordo | 0.1 | 32.00 |
| 05/31/03 | E-mail to A. Marchetta regarding e-mail received from A. Nagy. |  |  |
| 15 | J. Scordo | 0.1 | 32.00 |
| 05/31/03 | Review settlement agreement and draft e-mail to A. Marchetta regarding same. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.50 | 450.00 | 1,575.00 |
| J. Scordo | 5.30 | 320.00 | 1,696.00 |
| S. Zuber | 2.00 | 340.00 | 680.00 |
| B. Benjamin | 0.80 | 320.00 | 256.00 |
| S. Parker | 0.60 | 105.00 | 63.00 |
| TOTALS | 12.20 |  | 4,270.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.5 | 450.00 | 1,575.00 |
| S. Zuber | 4 | 2.0 | 340.00 | 680.00 |

| | | | | |
|---|---|---|---|---|
| J. Scordo | 15 | 5.3 | 320.00 | 1,696.00 |
| B. Benjamin | 15 | 0.8 | 320.00 | 256.00 |
| S. Parker | 4 | 0.6 | 105.00 | 63.00 |
| TOTAL | | 12.2 | | 4,270.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

05/20/03    Conducted database searches and reviewed file documents as requested by A. Marchetta regarding identification and retrieval of documents detailing the status of all buildings in the litigation, including those buildings included in the Prince George Center settlement
4           S. Parker                                    2.2              231.00

05/21/03    Follow up regarding client request for information on buildings.
4           A. Marchetta                                 0.3              135.00

05/21/03    Telephone call to client regarding request for information on buildings.
4           A. Marchetta                                 0.3              135.00

05/21/03    Work with S. Parker regarding client request for information on buildings.
4           A. Marchetta                                 1.1              495.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.10 | 450.00 | 495.00 |
| S. Parker | 2.20 | 105.00 | 231.00 |
| TOTALS | 3.30 | | 726.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.1 | 450.00 | 495.00 |
| S. Parker | 4 | 2.2 | 105.00 | 231.00 |
| TOTAL | | 3.3 | | 726.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 05/01/03 | Appearance and argument of Motion for Reconsideration in Hudson County Court before Judge McLaughlin. | | |
|---|---|---|---|
| 15 | W. Hatfield | 3.0 | 825.00 |

| 05/01/03 | Contact client on court decision. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 55.00 |

| 05/01/03 | Address follow up regarding schedule for reply on attorney's fees and interest. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 82.50 |

| 05/01/03 | Follow up regarding motion and review issues with R. Rose. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

| 05/01/03 | Attend hearing on motion for reconsideration. | | |
|---|---|---|---|
| 15 | R. Rose | 3.5 | 1,347.50 |

| 05/05/03 | Call with A. Nagy on post-trial case issues and motion for reconsideration. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 110.00 |

| 05/08/03 | Phone calls to Hudson County Court House regarding requesting transcript from motion hearing on May 1, 2003 as requested by W. Hatfield. | | |
|---|---|---|---|
| 15 | S. Purrington | 0.5 | 55.00 |

| 05/09/03 | Review letter and proposed order from Weja. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

| 05/11/03 | Research and draft reply brief on attorneys fees and costs for trial and post trial. | | |
|---|---|---|---|
| 15 | W. Hatfield | 3.0 | 825.00 |

| 05/12/03 | Address reply brief issues on prejudgment interest and attorneys fees. | | |
|---|---|---|---|
| 15 | W. Hatfield | 4.8 | 1,320.00 |

| 05/13/03 | Research and revise reply brief sections on prejudgment interest application issues. | | |
|---|---|---|---|
| 15 | W. Hatfield | 3.8 | 1,045.00 |

| 05/13/03 | Draft reply brief on trial and post trial attorneys fees and costs. | | |
|---|---|---|---|
| 15 | W. Hatfield | 3.9 | 1,072.50 |

| 05/13/03 | Review and edit chart in response to Weja's Appendix "A" on reply for attorney fees and costs certification. | | |
|---|---|---|---|
| 15 | W. Hatfield | 1.0 | 275.00 |

| 05/13/03 | Follow up regarding appeal. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 05/13/03 | Review initial draft reply brief on pre-judgment interest issue and discuss with B. Hatfield. | | |
|---|---|---|---|
| 15 | R. Rose | 0.8 | 308.00 |

| 05/13/03 | Prepare chart outlining trial and post trial attorneys fees as requested by W. Hatfield. | | |
|---|---|---|---|
| 15 | S. Purrington | 2.6 | 286.00 |

| 05/14/03 | Complete final revisions to reply briefs on Grace's right to prejudgment interest and attorney's fees. | | |
|---|---|---|---|
| 15 | R. Rose | 4.4 | 1,694.00 |

| 05/14/03 | Address reply brief issues. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 110.00 |

| 05/14/03 | Prepare chart outlining trial and post trial attorney's fees in preparation for filing as requested by W. Hatfield. | | |
|---|---|---|---|
| 15 | S. Purrington | 4.8 | 528.00 |

| 05/15/03 | Address reply brief issues and certification/attachments. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.5 | 137.50 |

| 05/15/03 | Prepare chart outlining trial and post trial attorney's fees in preparation for filing as requested by W. Hatfield. | | |
|---|---|---|---|
| 15 | S. Purrington | 4.9 | 539.00 |

| 05/15/03 | Draft W. Hatfield Certification for reply brief regarding attorneys fees and costs. | | |
|---|---|---|---|
| 15 | S. Purrington | 1.3 | 143.00 |

| 05/15/03 | Prepare exhibits for W. Hatfield Certification for reply brief regarding attorneys fees and costs. | | |
|---|---|---|---|
| 15 | S. Purrington | 1.5 | 165.00 |

| 05/16/03 | Review and finalize prejudgment interest reply brief and file same. | | |
|---|---|---|---|
| 15 | W. Hatfield | 1.3 | 357.50 |

| 05/16/03 | Review and finalize attorneys' fees and costs reply brief and certification. | | |
|---|---|---|---|
| 15 | W. Hatfield | 2.9 | 797.50 |

| 05/16/03 | Call on site remediation issues with A. Marchetta, R. Rose, and client. | | |
| 15 | W. Hatfield | 0.5 | 137.50 |

| 05/16/03 | Conference with W. Hatfield regarding Interfaith decision and effect on case. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 05/16/03 | Shepardize and cite check brief regarding prejudgment interest. | | |
| 15 | S. Kim | 1.9 | 304.00 |

| 05/16/03 | Prepare chart outlining trial and post trial attorney's costs in preparation for filing as requested by W. Hatfield. | | |
| 15 | S. Purrington | 5.1 | 561.00 |

| 05/16/03 | Draft introduction to trial and post trial attorney's fees and costs charts as requested by W. Hatfield. | | |
| 15 | S. Purrington | 1.4 | 154.00 |

| 05/18/03 | Follow up regarding court decision in Interfaith as it affects site cleanup. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 05/19/03 | Address site cleanup issues. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |

| 05/20/03 | Follow up and review order and opinion from court on related case and issues for Weja matter. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 05/21/03 | Address site cleanup issues. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |

| 05/21/03 | Call to adversary and address hearing date for final post trial motions. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |

| 05/23/03 | Address hearing date for final applications. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |

| 05/30/03 | Review decision and opinion in Interfaith case regarding Route 440 site. | | |
| 4 | W. Hatfield | 3.0 | 825.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 30.20 | 275.00 | 8,305.00 |

| | | | |
|---|---|---|---|
| A. Marchetta | 1.40 | 450.00 | 630.00 |
| R. Rose | 8.70 | 385.00 | 3,349.50 |
| S. Kim | 1.90 | 160.00 | 304.00 |
| S. Purrington | 22.10 | 110.00 | 2,431.00 |
| TOTALS | 64.30 | | 15,019.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 8.7 | 385.00 | 3,349.50 |
| A. Marchetta | 4 | 1.4 | 450.00 | 630.00 |
| W. Hatfield | 4 | 4.0 | 275.00 | 1,100.00 |
| | 15 | 26.2 | 275.00 | 7,205.00 |
| S. Kim | 15 | 1.9 | 160.00 | 304.00 |
| S. Purrington | 15 | 22.1 | 110.00 | 2,431.00 |
| TOTAL | | 64.3 | | 15,019.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 06/04/03 | Call to F. Biehl on case issues and schedule for final hearing. | | |
| 14 | W. Hatfield | 0.2 | 55.00 |
| 06/05/03 | Attend to case issues on final hearing. | | |
| 04 | W. Hatfield | 0.2 | 55.00 |
| 06/06/03 | Follow up regarding issues with W. Hatfield. | | |
| 04 | A. Marchetta | 0.2 | 90.00 |
| 06/09/03 | Review materials for Weja case. | | |
| 04 | W. Hatfield | 0.3 | 82.50 |
| 06/10/03 | Attend to case issues and schedule for final hearing. | | |
| 14 | W. Hatfield | 0.3 | 82.50 |
| 06/12/03 | Attend to case issues on hearing. | | |
| 14 | W. Hatfield | 0.2 | 55.00 |

| 06/13/03 04 | E-mails and follow up regarding hearing date. A. Marchetta | 0.3 | 135.00 |

| 06/13/03 14 | Prepare for hearing and arguments on fees and interest applications by Grace and supplemental fee application for 2003 period with letter to court. W. Hatfield | 3.8 | 1,045.00 |

| 06/13/03 14 | Prepare letter to court on hearing and issue related to interest application. W. Hatfield | 0.4 | 110.00 |

| 06/13/03 14 | Discuss court hearing on motions for prejudgment interest and attorneys' fees with B. Hatfield. R. Rose | 0.4 | 154.00 |

| 06/13/03 14 | Review motion papers for prejudgment interest and attorneys' fees in preparation for hearing. R. Rose | 1.0 | 385.00 |

| 06/13/03 14 | Review file for briefs as requested by W. Hatfield. S. Purrington | 0.4 | 44.00 |

| 06/16/03 14 | Prepare and argue application for Grace before Judge McLaughlin on prejudgment interest and trial and post trial attorneys fees in Jersey City New Jersey. W. Hatfield | 2.6 | 715.00 |

| 06/16/03 14 | Memos with A. Nagy on argument for fee/interest hearing and status of case. W. Hatfield | 0.4 | 110.00 |

| 06/16/03 14 | Attend and argue at hearing on prejudgment interest and attorneys' fees before Judge McLaughlin. R. Rose | 3.1 | 1,193.50 |

| 06/23/03 4 | Call with C. Tsentas on case issues on cleanup. W. Hatfield | 0.4 | 110.00 |

| 06/23/03 4 | Discuss status with DEP and proposed meeting to discuss groundwater issues. W. Hatfield | 0.4 | 110.00 |

| 06/23/03 4 | Forward information to URS. W. Hatfield | 0.4 | 110.00 |

| 06/23/03 | Call to client on matter. | | |

| | | | | |
|---|---|---|---|---|
| 4 | W. Hatfield | | 0.4 | 110.00 |

| | | | | |
|---|---|---|---|---|
| 06/25/03 | Review transcript of 5/1/03 hearing received. | | | |
| 14 | S. Purrington | | 0.3 | 33.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 10.00 | 275.00 | 2,750.00 |
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| R. Rose | 4.50 | 385.00 | 1,732.50 |
| S. Purrington | 0.70 | 110.00 | 77.00 |
| TOTALS | 15.70 | | 4,784.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 4.5 | 385.00 | 1,732.50 |
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| W. Hatfield | 4 | 2.1 | 275.00 | 577.50 |
| | 14 | 7.9 | 275.00 | 2,172.50 |
| S. Purrington | 14 | 0.7 | 110.00 | 77.00 |
| TOTAL | | 15.7 | | 4,784.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | | |
|---|---|---|---|---|
| 06/06/03 | Drafted fee application for April 2003. | | | |
| 11 | K. Jasket | | 2.4 | 432.00 |

| | | | | |
|---|---|---|---|---|
| 06/11/03 | Review and updated docket. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |

| | | | | |
|---|---|---|---|---|
| 06/11/03 | Reviewed agenda for 6/17 hearing. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |

| 06/11/03 | Revised April 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.4 | 72.00 |

| 06/11/03 | Correspondence to P. Galbraith regarding filing April 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 06/27/03 | Review Fee Auditor's Initial Report and confer with M. Waller regarding same. | | |
|---|---|---|---|
| 14 | B. Moffitt | 0.3 | 84.00 |

| 06/28/03 | Correspondence to P. Galbraith regarding CNOs and Order approving fees for the 7th Interim Period. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 06/28/03 | Receipt and review of fee auditor's objections for 8th Interim Period. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 06/30/03 | Receipt and review of Fee Auditors Initial Report Regarding PHK&S's Eighth Interim Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 102.00 |

| 06/30/03 | Discuss with A. Marchetta PHK&S's response to Fee Auditors Initial Report Regarding PHK&S's Eighth Interim Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.2 | 68.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.50 | 340.00 | 170.00 |
| K. Jasket | 3.90 | 180.00 | 702.00 |
| B. Moffitt | 0.30 | 280.00 | 84.00 |
| TOTALS | 4.70 | | 956.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.5 | 340.00 | 170.00 |
| K. Jasket | 11 | 3.9 | 180.00 | 702.00 |

| B. Moffitt | 14 | 0.3 | 280.00 | 84.00 |
| | TOTAL | 4.7 | | 956.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues

| 06/19/03 | Work with S. Parker regarding information needed for claim defense by client. | | |
| 4 | A. Marchetta | 0.7 | 315.00 |

| 06/19/03 | Worked with A. Marchetta regarding request from client for historical documents pertaining to the Curtis Bay facility regarding response to claim. | | |
| 4 | S. Parker | 0.4 | 42.00 |

| 06/19/03 | Worked with D. Florence and General Services department regarding retrieval of all responsive files. | | |
| 4 | S. Parker | 0.4 | 42.00 |

| 06/19/03 | Began reviewing files regarding identification of all documents evidencing the development of the facility and the relationship with governmental agencies. | | |
| 4 | S. Parker | 2.0 | 210.00 |

| 06/20/03 | Worked with D. Florence regarding retrieval of additional files. | | |
| 4 | S. Parker | 0.2 | 21.00 |

| 06/20/03 | Continued reviewing files regarding identification of all documents evidencing the development of the facility and the relationship with governmental agencies regarding response to claim. | | |
| 4 | S. Parker | 2.0 | 210.00 |

| 06/23/03 | Follow up with S. Parker regarding issues for client. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/23/03 | Follow up regarding information on Prudential claim for client. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/23/03 | Reviewed file documents as requested by client regarding confirmation regarding litigation status of specific buildings in the Prudential matter. | | |
| 4 | S. Parker | 0.3 | 31.50 |

| 06/23/03 | Worked with client regarding results of document review regarding litigation status of specific buildings in the Prudential matter. | | |
| 4 | S. Parker | 0.2 | 21.00 |

| 06/24/03 | Continued file review regarding identification of all relevant documents evidencing the development of the Curtis Bay facility, the relationship with governmental entities, and legal research memoranda on related issues. | | |
|---|---|---|---|
| 4 | S. Parker | 3.7 | 388.50 |

| 06/30/03 | Follow up regarding client request for information. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/30/03 | Conducted database searches and reviewed file documents as requested by client regarding identification and retrieval of requested documents pertaining to the Prudential matter. | | |
|---|---|---|---|
| 4 | S. Parker | 0.8 | 84.00 |

| 06/30/03 | Attention to transmittal to client of requested documents from the Prudential matter. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 21.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.80 | 450.00 | 810.00 |
| S. Parker | 10.20 | 105.00 | 1,071.00 |
| TOTALS | 12.00 | | 1,881.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.8 | 450.00 | 810.00 |
| S. Parker | 4 | 10.2 | 105.00 | 1,071.00 |
| TOTAL | | 12.0 | | 1,881.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 06/02/03 | Conference with client and follow up regarding issues concerning settlement agreement and eviction action. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/03/03 | Work with J. Scordo regarding issues for eviction and landlord issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/03/03 | E-mails with V. Finkelstein regarding treatment of settlement check. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/04/03 | E-mails with V. Finkelstein regarding settlement agreement. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.2 | 64.00 |

| 06/04/03 | Telephone call from V. Finkelstein on issue of demand on landlord and cashing check. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.5 | 160.00 |

| 06/05/03 | Telephone calls with client regarding handling of matter. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/05/03 | Follow up with J. Scordo regarding handling of matter. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/05/03 | Telephone calls with Boubol and attorneys and client regarding demand to quit and receipt of settlement proceeds. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 06/05/03 | Revise letter to Tahari and forward by e-mail to Grace and Pitney Hardin team. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.5 | 160.00 |

| 06/05/03 | Work with B. Benjamin and A. Marchetta on sending letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/05/03 | Draft proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.5 | 160.00 |

| 06/05/03 | Telephone call with C. Boulbol regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/06/03 | Telephone call regarding letter to Tahari. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/06/03 | E-mail to C. Boulbol regarding proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/06/03 | Draft and revise proposed letter to Tahari. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Telephone call with A. Nagy and V. Finkelstein regarding proposed letter to Tahari. | | |
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Telephone call with A. Marchetta regarding letter to Tahari. | | |
| 14 | J. Scordo | 0.4 | 128.00 |

| 06/06/03 | Phone call with A. Nagy and V. Finkelstein regarding proposed letter to Tahari. | | |
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/06/03 | Telephone call with A. Marchetta regarding proposed letter to Tahari. | | |
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/06/03 | Work on proposed letter to Tahari with A. Marchetta. | | |
| 14 | J. Scordo | 0.3 | 96.00 |

| 06/07/03 | Follow up re issues on settlement check. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/09/03 | Follow up regarding correspondence to Tahari. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 06/09/03 | Review letter from V. Finkelstein. | | |
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/09/03 | E-mail to V. Finkelstein with revisions to letter. | | |
| 14 | J. Scordo | 0.1 | 32.00 |

| 06/09/03 | E-mails on letter to Tahari and check. | | |
| 14 | J. Scordo | 0.2 | 64.00 |

| 06/12/03 | Follow up with J. Scordo regarding civil action and response. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/16/03 | E-mails regarding eviction suit. | | |
| 14 | J. Scordo | 0.2 | 64.00 |

| 06/17/03 | Work with B. Benjamin and J. Scordo regarding answer and counterclaim and telephone calls regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/17/03 | Review of e-mail regarding letter to Tahari. | | |
| 4 | J. Scordo | 0.1 | 32.00 |

| 06/17/03 | Confer with A. Marchetta regarding drafting of Answer to Complaint of | | |

| | | | |
|---|---|---|---|
| 14 | 1114 TrizecHahn-Swig.<br>B. Moffitt | 0.1 | 28.00 |
| 06/18/03<br>4 | Follow-up regarding answer and counterclaim.<br>A. Marchetta | 0.3 | 135.00 |
| 06/18/03<br>14 | Preparation of Answer to Complaint of 1114 TrizecHahn.<br>B. Moffitt | 4.0 | 1,120.00 |
| 06/18/03<br>14 | Confer with J. Scordo and B. Benjamin regarding preparation of Answer to Complaint of 1114 TrizecHahn.<br>B. Moffitt | 0.3 | 84.00 |
| 06/18/03<br>14 | Review client documents to prepare Answer to Complaint.<br>B. Moffitt | 1.0 | 280.00 |
| 06/19/03<br>4 | Work with B. Moffitt regarding Answer to Complaint and Crossclaim.<br>A. Marchetta | 0.6 | 270.00 |
| 06/19/03<br>14 | Review of e-mails regarding preparation of answer.<br>J. Scordo | 0.2 | 64.00 |
| 06/19/03<br>14 | Review and revise answer.<br>J. Scordo | 0.4 | 128.00 |
| 06/19/03<br>14 | Review and revise Answer and Counterclaim to Complaint of Trizec/Landlord.<br>B. Benjamin | 0.7 | 224.00 |
| 06/19/03<br>14 | Telephone conference with C. Boubol, Trizec/Landlord Attorney regarding Answer and Counterclaim.<br>B. Benjamin | 0.3 | 96.00 |
| 06/19/03<br>14 | Draft correspondence to C. Boubol regarding review of Answer and Counterclaim<br>B. Benjamin | 0.3 | 96.00 |
| 06/19/03<br>14 | Confer with A. Marchetta regarding preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims.<br>B. Moffitt | 0.4 | 112.00 |
| 06/19/03<br>14 | Continued preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims.<br>B. Moffitt | 2.0 | 560.00 |
| 06/19/03 | Review Sublease and Consent Agreement and draft cross claim for | | |

|  |  |  |  |
|---|---|---|---|
| | contractual indemnification against Tahari, including conferring with B. Benjamin regarding same. | | |
| 14 | B. Moffitt | 1.0 | 280.00 |
| 06/19/03 | Confer with J. Scordo and draft cross-claim for breach of contract against Tahari. | | |
| 14 | B. Moffitt | 0.8 | 224.00 |
| 06/20/03 | Work with B. Moffitt regarding preparation of answer. | | |
| 4 | A. Marchetta | 0.7 | 315.00 |
| 06/20/03 | Review/revise Answer with Affirmative Defenses and Cross Claim for indemnification against Tahari | | |
| 14 | B. Benjamin | 0.4 | 128.00 |
| 06/20/03 | Continued preparation of Answer to Complaint of 1114 TrizecHahn including affirmative defenses and cross claims, including conferring with A. Marchetta, J. Scordo, and B. Benjamin regarding same and attention to faxing proposed exhibit to A. Nagy and B. Benjamin. | | |
| 14 | B. Moffitt | 0.7 | 184.00 |
| 6/20/03 | Revise Answer in response to comments from plaintiff's counsel. | | |
| 14 | B. Moffitt | 0.3 | 96.00 |
| 06/23/03 | Telephone calls with client regarding filing of answer and issues. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 06/23/03 | Review e-mail from V. Finkelstein regarding third-party agreement. | | |
| 14 | J. Scordo | 0.3 | 96.00 |
| 06/23/03 | Review e-mail from T. Bloom regarding stipulation of dismissal. | | |
| 14 | J. Scordo | 0.2 | 64.00 |
| 06/23/03 | Finalize and serve Answer with Affirmative Defenses and Cross Claim for indemnification against Tahari | | |
| 14 | B. Benjamin | 0.2 | 64.00 |
| 06/23/03 | Confer with A. Marchetta regarding finalizing Answer and Cross-claims, including telephone calls with client regarding same. | | |
| 14 | B. Moffitt | 0.2 | 56.00 |
| 06/23/03 | Review letter agreement forwarded by client and revise Answer to reflect same, including telephone calls with A. Marchetta and B. Benjamin regarding filing Answer. | | |
| 14 | B. Moffitt | 0.3 | 84.00 |

| 06/24/03 | E-mails with V. Finkelstein regarding fax to A. Nagy. | | |
|---|---|---|---|
| 14 | J. Scordo | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.10 | 450.00 | 2,295.00 |
| J. Scordo | 6.60 | 320.00 | 2,112.00 |
| B. Benjamin | 1.90 | 320.00 | 608.00 |
| B. Moffitt | 11.10 | 280.00 | 3,108.00 |
| TOTALS | 24.70 | | 8,123.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 5.1 | 450.00 | 2,295.00 |
| J. Scordo | 4 | 0.1 | 320.00 | 32.00 |
| | 14 | 6.5 | 320.00 | 2,080.00 |
| B. Benjamin | 14 | 1.9 | 320.00 | 608.00 |
| B. Moffitt | 14 | 11.1 | 280.00 | 3,108.00 |
| TOTAL | | 24.7 | | 8,123.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 03/10/03 | Telephone call from J. Posner regarding finalizing 10K summary regarding environmental insurance coverage cases and send memo regarding draft 10K disclosure. | | |
|---|---|---|---|
| 14 | M. Waller | 0.3 | 96.00 |

| 04/03/03 | Follow up regarding court docket. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

| 06/13/03 | Telephone call with court. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 06/13/03 | Review and forward Second Circuit Court of Appeals' opinion with | | |

|          |                                                                                                                                                                      |     |        |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|          | correspondence.                                                                                                                                                      |     |        |
| 4        | A. Marchetta                                                                                                                                                          | 0.3 | 135.00 |
| 06/13/03 | Confer with M. Waller and B. Moffitt regarding Second Circuit Court of Appeals' opinion.                                                                             |     |        |
| 4        | A. Marchetta                                                                                                                                                          | 0.4 | 180.00 |
| 06/13/03 | Confer with A. Marchetta and B. Moffitt regarding decision by Second Circuit Court of Appeals.                                                                       |     |        |
| 14       | M. Waller                                                                                                                                                             | 0.4 | 128.00 |
| 06/13/03 | Reviewing and analyzing decision by Second Circuit Court of Appeals.                                                                                                 |     |        |
| 14       | M. Waller                                                                                                                                                             | 0.7 | 224.00 |
| 06/13/03 | Review draft summary prepared by B. Moffitt and working with same to prepare summary and letter to client regarding Second Circuit Court of Appeals decision and result of same. |     |        |
| 14       | M. Waller                                                                                                                                                             | 0.7 | 224.00 |
| 06/13/03 | Review Second Circuit decision.                                                                                                                                      |     |        |
| 14       | B. Moffitt                                                                                                                                                            | 0.8 | 224.00 |
| 06/13/03 | Work with A. Marchetta and M. Waller regarding implications of Second Circuit ruling regarding 1983/1984 policy.                                                     |     |        |
| 14       | B. Moffitt                                                                                                                                                            | 0.4 | 112.00 |
| 06/13/03 | Analyze and digest Second Circuit opinion and preparation of letter to client regarding same, including working with M. Waller regarding revisions to same.          |     |        |
| 14       | B. Moffitt                                                                                                                                                            | 3.5 | 980.00 |
| 06/14/03 | Consider issues as a result of court opinion.                                                                                                                        |     |        |
| 4        | A. Marchetta                                                                                                                                                          | 0.5 | 225.00 |
| 06/15/03 | Draft memorandum to A. Marchetta regarding research required concerning allocating among policy periods under NY law, including review of response to same.          |     |        |
| 14       | M. Waller                                                                                                                                                             | 0.2 | 64.00  |
| 06/16/03 | Telephone call with client and follow up regarding handling of case in light of opinion, including following up regarding allocation issues.                         |     |        |
| 4        | A. Marchetta                                                                                                                                                          | 1.3 | 585.00 |
| 06/16/03 | Follow up with L. Jordan regarding allocation research under NY law                                                                                                  |     |        |
| 14       | M. Waller                                                                                                                                                             | 0.2 | 64.00  |

| 06/16/03 | Confer with B. Moffitt regarding allocation research. | | |
| 14 | M. Waller | 0.2 | 64.00 |

| 06/16/03 | Reviewing New York case law regarding triggering multiple policies and allocation of defense costs among multiple triggered policies. | | |
| 14 | M. Waller | 0.7 | 224.00 |

| 06/16/03 | Confer with A. Marchetta regarding research regarding allocation issues as discussed with J. Posner. | | |
| 14 | M. Waller | 0.2 | 64.00 |

| 06/16/03 | Discussed assignment regarding allocation research with M. Waller. | | |
| 14 | L. Jordan | 0.1 | 16.00 |

| 06/16/03 | Researched New York case law regarding how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 0.9 | 144.00 |

| 06/16/03 | Confer with A. Marchetta regarding follow up with District Court regarding further proceedings consistent with Second Circuit ruling. | | |
| 14 | B. Moffitt | 0.1 | 28.00 |

| 06/17/03 | Researched New York case law regarding how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 2.8 | 448.00 |

| 06/18/03 | Follow up with M. Waller regarding potential conference with Magistrate, including review of discovery and allocation issues. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |

| 06/18/03 | Confer with L. Jordan regarding research regarding allocation of liability among multiple triggered policies, including review of case law regarding same. | | |
| 14 | M. Waller | 1.2 | 384.00 |

| 06/18/03 | Confer with A. Marchetta regarding discovery and allocation issues. | | |
| 14 | M. Waller | 0.5 | 160.00 |

| 06/18/03 | Researched New York case law on how liability is allocated among several insurance policies. | | |
| 14 | L. Jordan | 5.9 | 944.00 |

| 06/18/03 | Discussed research assignment regarding allocation among multiple triggered policies with M. Waller. | | |
| 14 | L. Jordan | 0.6 | 96.00 |

| 06/19/03 | Follow up regarding factual and legal issues to be addressed on remand to District Court. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 06/19/03 | Developing list of fact and legal issues that require resolution or additional discovery in preparation for District Court conference following appellate ruling. | | |
| 14 | M. Waller | 0.9 | 288.00 |

| 06/19/03 | Continuing to review cases regarding allocation of liability among multiple triggered policies in attempting to maximize allocation of liability to last CNA policy per appellate ruling. | | |
| 14 | M. Waller | 1.8 | 576.00 |

| 06/19/03 | Continue researching New York law regarding how liability is allocated among several insurance policies and began drafting memorandum. | | |
| 14 | L. Jordan | 4.1 | 656.00 |

| 06/20/03 | Finished researching and drafting memorandum regarding how New York allocates liability among several insurance policies in New York. | | |
| 14 | L. Jordan | 2.3 | 368.00 |

| 06/21/03 | Reviewing research memorandum prepared by L. Jordan regarding New York law regarding allocation of liability among numerous triggered policies, including review of case law regarding same. | | |
| 14 | M. Waller | 2.2 | 704.00 |

| 06/23/03 | Follow up regarding issues on remand to District Court and allocation research. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |

| 06/23/03 | Work with B. Moffitt regarding submission of Bill of Costs pursuant to FRAP and time period to file. | | |
| 14 | M. Waller | 0.3 | 96.00 |

| 06/23/03 | Confer with M. Waller and work with S. Parker re: assembling information necessary to support Itemized and Verified Bill of Costs to be submitted to Second Circuit Court of Appeals to recoup costs incurred in prosecuting appeal, including review of Fed. R. App. P. 39 regarding appropriate scope of request. | | |
| 14 | B. Moffitt | 0.3 | 84.00 |

| 06/23/03 | Worked with B. Moffitt regarding submission of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.4 | 42.00 |

| 06/23/03 | Reviewed FRAP and Second Circuit Local Rules regarding submission of itemized and verified bill of costs. | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 31.50 |
| | | | |
| 06/23/03 | Worked with the SDNY Clerk of the Court as requested by A. Marchetta regarding case status and procedures related to remanded action | | |
| 4 | S. Parker | 0.2 | 21.00 |
| | | | |
| 06/24/03 | Follow up regarding news article reporting retirement of Judge Martin. | | |
| 4 | A. Marchetta | 0.6 | 270.00 |
| | | | |
| 06/24/03 | Confer with B. Moffitt regarding preparation of Bill of Costs in connection with appeal and review rules and forms in connection with same. | | |
| 14 | M. Waller | 0.5 | 160.00 |
| | | | |
| 06/24/03 | Work with M. Waller regarding submission of Bill of Costs to Second Circuit Court of Appeals regarding attempting to recoup costs incurred with respect to appeal. | | |
| 14 | B. Moffitt | 0.1 | 28.00 |
| | | | |
| 06/24/03 | Revised memorandum per M. Waller's instructions. | | |
| 14 | L. Jordan | 0.7 | 112.00 |
| | | | |
| 06/24/03 | Discussed the results contained in the research memorandum with M. Waller. | | |
| 14 | L. Jordan | 0.5 | 80.00 |
| | | | |
| 06/25/03 | Working with S. Parker and B. Moffitt regarding verified bill of costs. | | |
| 14 | M. Waller | 0.6 | 192.00 |
| | | | |
| 06/25/03 | Develop list of files required for case moving forward and send to S. Parker regarding same. | | |
| 14 | M. Waller | 0.5 | 160.00 |
| | | | |
| 06/25/03 | Review news article regarding resignation of Judge Martin and follow up with A. Marchetta regarding same. | | |
| 14 | M. Waller | 0.2 | 64.00 |
| | | | |
| 06/25/03 | Drafting final version of memorandum regarding allocation of liability among multiple triggered policies. | | |
| 14 | L. Jordan | 1.1 | 176.00 |
| | | | |
| 06/25/03 | Confer with A. Marchetta and M. Waller regarding filing of Itemized and Verified Bill of Costs. | | |
| 14 | B. Moffitt | 0.2 | 56.00 |

| | | | |
|---|---|---|---|
| 06/25/03 | Work with S. Parker regarding assembling documentation in support of filing of Itemized and Verified Bill of Costs, including telephone calls with printer regarding same. | | |
| 14 | B. Moffitt | 0.6 | 168.00 |
| 06/25/03 | Worked with B. Moffitt and M. Waller regarding preparation of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.5 | 52.50 |
| 06/25/03 | Worked with Accounting Department regarding identification and retrieval of invoices and supporting documentation regarding preparation of itemized and verified bill of costs, including drafting memo regarding same. | | |
| 4 | S. Parker | 0.7 | 73.50 |
| 06/26/03 | Follow up with B. Moffitt regarding preparation of itemized bill of costs in connection with appeal, including review of draft of same following comments with B. Moffitt. | | |
| 14 | M. Waller | 0.7 | 224.00 |
| 06/26/03 | Preparation of Itemized and verified Bill of Costs. | | |
| 14 | B. Moffitt | 2.0 | 560.00 |
| 06/26/03 | Work with S. Parker regarding preparation of Itemized and verified Bill of Costs, including telephone calls with printer regarding same. | | |
| 14 | B. Moffitt | 0.4 | 112.00 |
| 06/26/03 | Reviewed FRAP and Local Rules of the Second Circuit and identified all rules relevant to submission of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.8 | 84.00 |
| 06/26/03 | Reviewed file documents and compiled all briefs, joint appendix and related correspondence and certifications regarding preparation of itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.7 | 73.50 |
| 06/26/03 | Worked with Accounting Department regarding compilation of additional documentation needed to prepare itemized and verified bill of costs. | | |
| 4 | S. Parker | 0.4 | 42.00 |
| 06/26/03 | Worked B. Moffitt regarding review of all documents compiled and prepared itemized and verified bill of costs and corresponding documents regarding submission of same. | | |
| 4 | S. Parker | 0.7 | 73.50 |
| 06/26/03 | Attention to service of Itemized and Verified Bill of Costs and corresponding documents to Second Circuit Court of Appeals and to | | |

|  |  | | |
|---|---|---|---|
| 4 | adversary.<br>S. Parker | 0.3 | 31.50 |

| 06/27/03<br>4 | Follow up regarding cost submissions and remand.<br>A. Marchetta | 0.4 | 180.00 |
|---|---|---|---|

| 06/27/03<br><br>14 | Review draft of verified bill of costs and prepare revisions to same,<br>including conferring with B. Moffitt regarding same.<br>M. Waller | 0.8 | 256.00 |
|---|---|---|---|

| 06/27/03<br><br>14 | Continued preparation of Itemized and Verified Bill of Costs, including<br>working with M. Waller regarding same.<br>B. Moffitt | 0.5 | 140.00 |
|---|---|---|---|

| 06/27/03<br><br>4 | Worked with Library staff regarding SDNY docket alert regarding docket<br>reactivation/case remand.<br>S. Parker | 0.2 | 21.00 |
|---|---|---|---|

| 06/30/03<br>4 | Telephone call from court and follow up regarding issues.<br>A. Marchetta | 0.2 | 90.00 |
|---|---|---|---|

| 06/30/03<br><br>14 | Review CNA's application for costs in connection with second circuit<br>appeal and confer with B. Moffitt regarding preparation of objections.<br>M. Waller | 0.3 | 96.00 |
|---|---|---|---|

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.40 | 450.00 | 2,430.00 |
| M. Waller | 14.10 | 320.00 | 4,512.00 |
| L. Jordan | 19.00 | 160.00 | 3,040.00 |
| B. Moffitt | 8.90 | 280.00 | 2,492.00 |
| S. Parker | 5.20 | 105.00 | 546.00 |
| TOTALS | 52.60 | | 13,020.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 4 | 5.4 | 450.00 | 2,430.00 |
| M. Waller | 14 | 14.1 | 320.00 | 4,512.00 |
| L. Jordan | 14 | 19.0 | 160.00 | 3,040.00 |
| B. Moffitt | 14 | 8.9 | 280.00 | 2,492.00 |
| S. Parker | 4 | 5.2 | 105.00 | 546.00 |
| TOTAL | | 52.6 | | 13,020.00 |