IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 26th day of September 2003, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

1.    **NOTICE OF FILING OF QUARTERLY FEE APPLICATION
[NINTH QUARTERLY FEE APPLICATION OF PITNEY,
HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003
THROUGH JUNE 30, 2003].**

Paula A. Galbraith (DE Bar No. 4258)

91100-001\DOCS_DE:62570.14