Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      23

Costs and Expenses


    PREVIOUS BALANCE                              -$542.81


    CREDIT BALANCE                                -$542.81
                                                  =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-01D
                                       STATEMENT NO:      27

Asset Analysis and Recovery



    PREVIOUS BALANCE                             $5,488.80



08/20/03 Payment - Thank you.  (November, 2002 - 20%)      -11.00
08/20/03 Payment - Thank you.  (April, 2003 - 80%)    -3,303.60
                                                      ---------
    TOTAL PAYMENTS                              -3,314.60

    BALANCE DUE                                  $2,174.20
                                                 =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      27

Asset Disposition



PREVIOUS BALANCE                                    $1,370.30



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $37.30 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                      0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -58.50
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -63.60
                                                       -------
         TOTAL PAYMENTS                                -122.10

         BALANCE DUE                                 $1,248.20
                                                     =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      22


Business Operations




     PREVIOUS BALANCE                              $482.90



08/20/03 Payment - Thank you.  (October, 2002 - 20%)      -5.50
08/20/03 Payment - Thank you.  (November, 2002 - 20%)    -84.60
08/20/03 Payment - Thank you.  (April, 2003 - 80%)        -7.60
                                                         ------
     TOTAL PAYMENTS                                      -97.70

     BALANCE DUE                                        $385.20
                                                       =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      27


Case Administration



PREVIOUS BALANCE                                    $1,788.90


                                               HOURS
08/04/03
     PEM Review June MOR                        1.10    319.00
                                                ----    ------
          FOR CURRENT SERVICES RENDERED         1.10    319.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Philip E. Milch               1.10   $290.00     $319.00


     TOTAL CURRENT WORK                                 319.00



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $21.40 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                       0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)   -63.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -426.40
                                                       -------
     TOTAL PAYMENTS                                    -490.20

     BALANCE DUE                                     $1,617.70
                                                     =========



     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          08/31/2003
Wilmington   DE                      ACCOUNT NO: 3000-05D
                                     STATEMENT NO:       27

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                    $2,364.70


                                          HOURS
08/01/03
    MTH telephone conference with M. Salter, Esq.
        re asbestos related PI questions.          0.30      79.50

08/04/03
    KJC Review of e-mail from MTH re omnibus
        claims objections status and ongoing
        review of claims for asbestos inclusion    0.20      30.00

08/06/03
    MTH Correspondence to C. Lane re Omnibus
        Claims Objections.                         0.10      26.50
    MRE Review of e-mail from MTH regarding
        objection to claims                        0.10      27.50

08/07/03
    DEC Draft of Committee response to Debtors'
        1st and 2nd Omnibus Claims Objections      0.80      76.00
    MTH telephone conference with L. Arney re
        asbestos creditor claims.                  0.40     106.00
    MTH telephone conference with C. Lane (follow
        up) re asbestos PI Claims, issue re
        incorrect claim forms (.4) and discussion
        with MRE re same (.1)                      0.50     132.50
    MTH telephone conference with C. Lane re
        language to include in Omnibus Claims
        Objections re Asbestos Personal Injury
        claims (x3).                               0.20      53.00
    MRE Meeting with MTH regarding extension to
        objection to claims objection              0.10      27.50
    MRE Review of e-mail from MTH to C. Lane
        regarding extension of time for claims

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| | objections | 0.10 | 27.50 |
| **08/08/03** | | | |
| MRE | Meeting with MTH regarding objection to omnibus claims motion | 0.10 | 27.50 |
| MTH | Meeting with MRE re: objection to omnibus claims objection | 0.10 | 26.50 |
| **08/09/03** | | | |
| MRE | Review of response to claims objection of M. Olson | 0.10 | 27.50 |
| **08/11/03** | | | |
| KJC | Review responses to second omnibus claims objections | 0.30 | 45.00 |
| KJC | Review of Lucy Fontenot's response to second omnibus objection to claims (asbestos P.I. claim) | 0.20 | 30.00 |
| KJC | Discussion with MRE re status of response to second omnibus claims objection | 0.10 | 15.00 |
| MRE | Review of response to omnibus objection filed by certain claimants | 0.10 | 27.50 |
| MRE | Review of response to omnibus objection of L. Fontenot | 0.10 | 27.50 |
| MRE | Telephone conference with C. Lane regarding claims objections | 0.10 | 27.50 |
| MRE | Drafting e-mail to KJC regarding omnibus objection to claims | 0.10 | 27.50 |
| MRE | Meeting with KJC regarding response to omnibus objection to claims | 0.10 | 27.50 |
| **08/13/03** | | | |
| MRE | Drafting e-mail to C. Lane regarding order for omnibus objection to claims | 0.20 | 55.00 |
| MRE | Review of e-mail from C. Lane regarding omnibus claims objections | 0.10 | 27.50 |
| **08/15/03** | | | |
| MRE | Additional review of language in order for omnibus claims objection and e-mail to C. Lane regarding same | 0.30 | 82.50 |
| MRE | Review of e-mail from C. Lane regarding omnibus objection order | 0.10 | 27.50 |
| MRE | Review of e-mail from C. Lane regarding first omnibus objection to claims order | 0.10 | 27.50 |

```
                                                      Page: 3
     W.R. Grace                                     08/31/2003
                                      ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      27
     Claims Analysis Objection & Resolution (Asbestos)
```

```
                                               HOURS
08/20/03
     MRE Drafting e-mail to C. Lane regarding
         Order for claims objections              0.10     27.50
     MRE Review of e-mail from C. Lane regarding
         omnibus order                            0.10     27.50

08/26/03
     KJC Review letter to court re second omnibus
         objection to claims from Fanette Stewart 0.10     15.00
                                                  ----  --------
         FOR CURRENT SERVICES RENDERED            5.30  1,185.00

                       RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Mark T. Hurford                1.60  $265.00      $424.00
     Marla R. Eskin                 2.00   275.00       550.00
     Denise E. Collett              0.80    95.00        76.00
     Kathleen J. Campbell           0.90   150.00       135.00


         TOTAL CURRENT WORK                             1,185.00


08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $5.30 was not credited because of a
         $1,766.00 discrepancy in the expense portion of
         this bill)                                        0.00


         BALANCE DUE                                  $3,549.70
                                                     =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-06D
                                     STATEMENT NO:     27


Claims Analysis Objection & Resol. (Non-Asbestos)



        PREVIOUS BALANCE                         $1,214.80



                                         HOURS
08/01/03
        MTH Meeting with DEM re Debtors' Omnibus
            Claims Objection, review of POC's.      0.10    26.50
        MTH Correspondence to PVNL and A. Rich re
            status of work on Debtors' two Omnibus
            Claims Objections.                      0.20    53.00
        MTH Reviewing Response of Wachovia to
            Debtors' Second Omnibus Claims Objection.  0.20    53.00

08/05/03
        DEM Search of WR Grace Website for POCs     1.00    95.00

08/11/03
        KJC Review various responses to second
            omnibus claims objection                0.30    45.00

08/13/03
        KJC Review various responses to Debtors
            second omnibus claims objection filed on
            8/12/03                                 0.30    45.00

08/14/03
        MRE Review of proposed order expunging
            omnibus objection to claim              0.30    82.50

08/15/03
        KJC Review various pro se responses to claims
            objections                             0.20    30.00

08/29/03
        MRE Review of e-mail from EI                0.10    27.50
        MTH Reviewing Response of USA to Debtors'

```
                                                        Page: 2
W.R. Grace                                          08/31/2003
                                            ACCOUNT NO: 3000-06D
                                            STATEMENT NO:      27
Claims Analysis Objection & Resol. (Non-Asbestos)
```

```
                                          HOURS
        Claims Objection.                 0.10    26.50
MTH Reviewing response of the State of New
        Jersey to Debtors' Omnibus Claims
        Objection.                        0.10    26.50
MTH Reviewing Response to Claims Objection of
        F. Stewart.                       0.10    26.50
MTH Reviewing Response of Collins Sharp to
        Debtors' Claims Objection.        0.20    53.00
MTH Reviewing Orders entered re Debtors First
        and Second Omnibus Claims Objections
                                          0.10    26.50
                                          ----   ------
        FOR CURRENT SERVICES RENDERED     3.30   616.50
```

```
                    RECAPITULATION
TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
Mark T. Hurford              1.10    $265.00     $291.50
Marla R. Eskin               0.40     275.00      110.00
Kathleen J. Campbell         0.80     150.00      120.00
Diane E. Massey              1.00      95.00       95.00


    TOTAL CURRENT WORK                            616.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
        20% amount of $5.30 was not credited because of a
        $1,766.00 discrepancy in the expense portion of
        this bill)                                  0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)   -5.30
08/20/03 Payment - Thank you.  (April, 2003 - 80%)    -127.20
                                                   -------
        TOTAL PAYMENTS                             -132.50

        BALANCE DUE                             $1,698.80
                                                =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:     27

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                         $21,521.80



                                             HOURS
08/01/03
        DEM prepare weekly recommendation memo        0.10      9.50
        DEM Preparation of daily memo                 0.30     28.50
        DEM prepare weekly recommendation memo        0.20     19.00
        DEM Prepare and send out Weekly
            Recommendation Memo to Committee          0.20     19.00
        DEM Update Attorney Binder                    0.10      9.50
        MTH prepare weekly recommendation memo        0.40    106.00
        MRE Review of memorandum summarizing
            pleadings filed on July 31, 2003          0.10     27.50
        PEM Review daily memo of pleadings            0.10     29.00
        MTH Review of memorandum summarizing
            pleadings filed on 7/31/03                0.10     26.50

08/03/03
        DAC Review counsel's weekly recommendation
            memo                                      0.20     70.00

08/04/03
        DEM Preparation of daily memo                 0.30     28.50
        PEM Review weekly recommendation memo to
            committee re: pending motions and matters 0.30     87.00
        MTH Review of memorandum summarizing
            pleadings filed on 8/1/03                 0.10     26.50
        MRE Review of memorandum summarizing
            pleadings filed on August 1, 2003 through
            August 3, 2003                            0.10     27.50

08/05/03
        DEM Preparation of daily memo                 0.30     28.50
        MRE Review of memorandum summarizing
            pleadings filed on August 4, 2003         0.10     27.50

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review of memorandum summarizing pleadings filed on 8/4/03. | 0.10 | 26.50 |
| MTH | Reviewing various Orders signed 7/28/03. | 0.10 | 26.50 |

08/06/03

|  |  |  |  |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MAL | Updating Service List | 0.20 | 19.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MRE | Meeting with MTH regarding upcoming objections and deadlines | 0.20 | 55.00 |
| KJC | Meeting with MRE and MTH re upcoming objection deadlines | 0.20 | 30.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/5/03 | 0.10 | 26.50 |
| MTH | Meeting with MRE and KJC re: upcoming objections and deadlines | 0.20 | 53.00 |

08/07/03

|  |  |  |  |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| KJC | Review daily pleadings memo dated 8/7/03 | 0.10 | 15.00 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| KJC | Review e-mail from DEC re weekly recommendation memo | 0.20 | 30.00 |
| KJC | Discussion with MTH re weekly recommendation memo | 0.20 | 30.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 6, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/6/03 | 0.10 | 26.50 |
| MTH | Discussion with KJC re: weekly recommendation memo | 0.10 | 26.50 |

08/08/03

|  |  |  |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.50 | 47.50 |
| KJC | Review daily pleadings memo dated 8/8/03 | 0.20 | 30.00 |
| DEM | prepare weekly recommendation memo | 0.30 | 28.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee | 0.20 | 19.00 |

```
                                                     Page: 3
W.R. Grace                                         08/31/2003
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      27
Committee, Creditors, Noteholders, Equity Holders
```

```
                                           HOURS
    DEM Update Attorney Binder              0.10       9.50
    KJC Draft weekly recommendation memo    0.80     120.00
    MTH Review of memorandum summarizing
        pleadings filed on 8/7/03           0.10      26.50

08/10/03
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters   0.30    87.00

08/11/03
    DAC Review counsel's recommendation memo         0.20    70.00
    DEM preparation and distribution of daily
        memo                                         0.70    66.50
    KJC Review daily pleadings memo dated 8/11/03    0.10    15.00
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and distribution of adversary
        proceeding daily memo                        0.50    47.50
    MAL Organization and distribution of daily
        pleadings                                    0.20    19.00
    KJC Prepare weekly recommendation memo           0.20    30.00
    MRE Review of memorandum summarizing
        pleadings filed on August 8, 2003            0.10    27.50
    MTH Review of memorandum summarizing
        pleadings filed on 8/8/03                    0.10    26.50

08/12/03
    MAL Organization and distribution of daily
        pleadings                                    0.10     9.50
    DEM Preparation of daily memo                    0.30    28.50
    DEM prepare weekly recommendation memo           0.40    38.00
    KJC Review daily pleadings memo dated 8/12/03    0.10    15.00
    MAL Attention to document organization           0.30    28.50
    KJC Review adversary proceeding pleadings
        memo dated 8/11/03                           0.10    15.00
    MRE Review of memorandum summarizing
        pleadings filed on July 30, 2003 to
        August 8, 2003 in the adversary matters      0.10    27.50
    MRE Review of memorandum summarizing
        pleadings filed on August 11, 2003           0.10    27.50
    PEM Review daily memo of pleadings               0.10    29.00
    MTH Review of memorandum summarizing
        pleadings filed on 8/11/03                   0.10    26.50
```

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| 08/13/03 |  |  |  |
| DEM | Preparation and distribution of daily memo | 0.60 | 57.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| KJC | Review daily pleadings memo dated 8/13/03 | 0.10 | 15.00 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| 08/14/03 |  |  |  |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings. | 0.10 | 9.50 |
| KJC | Review daily pleadings memo dated 8/14/03 | 0.10 | 15.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 13, 2003 | 0.10 | 27.50 |
| MRE | Review of e-mail from Debtor regarding contact list | 0.10 | 27.50 |
| 08/15/03 |  |  |  |
| KJC | Review daily memo dated 8/15/03 | 0.10 | 15.00 |
| DEM | Preparation and distribution of daily memo | 0.50 | 47.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Meeting with KJC regarding weekly recommendation memo and revisions to same | 0.30 | 82.50 |
| KJC | Meeting with MRE re recommendations and upcoming objection deadlines | 0.30 | 45.00 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| KJC | Review and revise weekly recommendation memo | 0.30 | 45.00 |
| MAL | Attention to document organization | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 14, 2003 | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.20 | 58.00 |
| 08/18/03 |  |  |  |
| MTH | Meeting with MRE re events of last week, including Omnibus Claims Objection issues, exclusivity objection. | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


|  |  | HOURS |  |
|---|---|---|---|
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 15th through August 17, 2003 | 0.10 | 27.50 |
| KJC | Discussion with MTH re status of motions and upcoming deadlines | 0.10 | 15.00 |
| PEM | Review daily memo of pleadings filed | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/12/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/14/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/13/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/15/03 through 8/17/03 | 0.10 | 26.50 |
| MRE | Meeting with MTH re: resolution of omnibus claims objection, exclusivity objection | 0.10 | 27.50 |
| MTH | Review of memorandum of pleadings filed 8/13/03 | 0.10 | 26.50 |
| MTH | Review of memorandum of pleadings filed 8/14/03 | 0.10 | 26.50 |
| MTH | Meeting with KJC re: status of motion and up coming objection | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 15th through August 17, 2003 | 0.10 | 26.50 |
| 08/19/03 |  |  |  |
| MAL | Attention to document organization | 0.10 | 9.50 |
| MRE | Meeting with MTH regarding upcoming hearing | 0.20 | 55.00 |
| DEM | preparation and distribution of daily memo | 0.50 | 47.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | prepare weekly recommendation memo | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 18, 2003 | 0.10 | 27.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |     | HOURS |     |
|-----|-----|-------|-----|
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/18/03 | 0.10 | 26.50 |
| **08/20/03** | | | |
| MAL | Attention to document organization | 0.20 | 19.00 |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 19, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/19/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 19, 2003 | 0.10 | 26.50 |
| **08/21/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 20, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/20/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 20, 2003 | 0.10 | 26.50 |
| **08/22/03** | | | |
| MAL | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Correspondence to Committee re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo | 1.00 | 265.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/21/03 | 0.10 | 26.50 |
| **08/25/03** | | | |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 21, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 22, 2003 through August 24, 2003 | 0.10 | 27.50 |

08/26/03

|  |  |  |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re pending motions and upcoming objections. | 0.20 | 53.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Drafting hearing memo to the committee and e-mail to PVNL regarding same | 0.50 | 137.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/25/03 | 0.10 | 26.50 |

08/27/03

|  |  |  |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Updating Service List | 0.20 | 19.00 |
| DEM | Continued prepare weekly recommendation memo (Fee Apps) | 0.20 | 19.00 |
| MAL | Attention to document organization | 0.10 | 9.50 |
| DEM | preparation and e-mail of hearing memorandum to committee. | 0.20 | 19.00 |
| KJC | Review daily pleadings memo dated 8/27/03 | 0.10 | 15.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

                                                        HOURS

MTH Review of memorandum summarizing
    pleadings filed on 8/26/03                           0.10      26.50

08/28/03
    MAL Organization and distribution of daily
        pleadings                                        0.20      19.00
    DEM prepare weekly recommendation memo               0.10       9.50
    DEM preparation and distribution of daily
        memo                                             0.30      28.50
    KJC Review daily pleadings memo dated 8/28/03        0.10      15.00
    MTH Reviewing memorandum re August Omnibus
        Hearing.                                         0.10      26.50
    MTH Review of memorandum summarizing
        pleadings filed on 8/27/03                       0.10      26.50

08/29/03
    MAL Organization and distribution of daily
        pleadings                                        0.10       9.50
    DEM preparation and distribution of daily
        memo                                             0.30      28.50
    MRE Review of memorandum summarizing
        pleadings filed on August 26, 2003               0.10      27.50
    MTH Correspondence to Committee re weekly
        recommendation memorandum.                       0.20      53.00
    MTH prepare weekly recommendation memo               0.80     212.00
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters        0.30      87.00
    DAC Review counsel's weekly recommendation
        memo                                             0.20      70.00
                                                        -----   --------
        FOR CURRENT SERVICES RENDERED                   31.90   5,472.50

                            RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell              1.00    $350.00    $350.00
    Philip E. Milch                  1.80     290.00     522.00
    Mark T. Hurford                  6.10     265.00   1,616.50
    Marla R. Eskin                   3.40     275.00     935.00
    Kathleen J. Campbell             3.40     150.00     510.00
    Margaret A. Landis               4.20      95.00     399.00
    Diane E. Massey                 12.00      95.00   1,140.00


        TOTAL CURRENT WORK                              5,472.50

```
                                                       Page: 9
W.R. Grace                                           08/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      27
Committee, Creditors, Noteholders, Equity Holders
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%)         -785.30
08/20/03 Payment - Thank you.  (November, 2002 - 20%)        -494.10
08/20/03 Payment - Thank you.  (December, 2002 - 20%)        -831.70
08/20/03 Payment - Thank you.  (April, 2003 - 80%)         -3,693.60
                                                           ---------
         TOTAL PAYMENTS                                     -5,804.70

         BALANCE DUE                                      $21,189.60
                                                          ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-08D
                                         STATEMENT NO:      26

Employee Benefits/Pension



    PREVIOUS BALANCE                                  $3,821.90



08/20/03 Payment - Thank you.  (October, 2002 - 20%)      -164.30


    BALANCE DUE                                       $3,657.60
                                                      =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         08/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-10D
                                     STATEMENT NO:      27


Employment Applications, Others



    PREVIOUS BALANCE                              $1,346.20



                                          HOURS
08/22/03
    MTH Begin review of Debtors' Motion to Retain
        State Street Bank (.5) and Correspondence
        to M. Berkin re review and thoughts re
        same (.2)                               0.70    185.50
    MTH Correspondence to PVNL re Debtors Motion
        re State Street Bank and response
        thereto.                                0.10     26.50

08/23/03
    MRE Review of e-mail from MTH to PVNL
        regarding retention of State Street Bank 0.10     27.50

08/29/03
    MTH Reviewing Verified Statement of Willkie
        Farr & Gallagher                        0.10     26.50
    MTH Reviewing Verified Statement of Klehr,
        Harrison                                0.10     26.50
    MTH Reviewing seven Affidavits under Section
        327.                                    0.20     53.00
                                                ----    ------
        FOR CURRENT SERVICES RENDERED           1.30    345.50

                     RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             1.20    $265.00     $318.00
    Marla R. Eskin             0.10     275.00       27.50


    TOTAL CURRENT WORK                                 345.50

```
                                                        Page: 2
W.R. Grace                                            08/31/2003
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       27
Employment Applications, Others
```

```
08/20/03 Payment - Thank you.  (December, 2002 - 20%)         -5.50
08/20/03 Payment - Thank you.  (April, 2003 - 80%)          -36.40
                                                            ------
         TOTAL PAYMENTS                                      -41.90

         BALANCE DUE                                     $1,649.80
                                                         =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      25


Expenses



PREVIOUS BALANCE                                       $2,997.32



08/04/03 FAX to Peter Lockwood - daily memo                  4.00
08/04/03 FAX to Doug Campbell - daily memo                   4.00
08/04/03 FAX to Robert Spohn - daily memo                    4.00
08/04/03 FAX to Andrew Katznelson - daily memo               4.00
08/06/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&D, LAS, LTC and C&L -
         June, 2003 Fee Applications)                      246.50
08/11/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Delivery on 8/8/03 (Objection to
         the Debtor's Fifth Motion for an Order )          368.66
08/13/03 FAX to Peter Lockwood - daily memo                  8.00
08/13/03 FAX to Doug Campbell - daily memo                   8.00
08/13/03 FAX to Robert Spohn - daily memo                    8.00
08/13/03 FAX to Andrew Katznelson - daily memo               8.00
08/14/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Delivery on 8/11/03 (LAS, LTC, and
         C&L interim fee application)                      423.45
08/16/03 AT&T Long Distance Phone Calls                      6.51
08/18/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 8/15/03 (interim fee
         application)                                      122.10
08/25/03 FAX to Peter Lockwood - daily memo                  6.00
08/25/03 FAX to Doug Campbell - daily memo                   6.00
08/25/03 FAX to Robert Spohn - daily memo                    6.00
08/25/03 FAX to Andrew Katznelson - daily memo               6.00
08/25/03 FAX to Peter Lockwood - Adversary Memorandum        2.00
08/27/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&L and C&D Seal Air
         June CNO)                                           70.56
08/27/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&L, LTC, C&D and LAS
         June 2003 Certificate of No OBjections)            71.04

```
                                                        Page: 2
         W.R. Grace                                   08/31/2003
                                          ACCOUNT NO: 3000-11D
                                          STATEMENT NO:      25
         Expenses
```

```
08/28/03 Postage - Fee App C&D - 13 @ 1.29                16.77
08/29/03 Westlaw Charges for August, 2003                147.63
08/31/03 Pacer Charges for the month of July, 2003        43.82
                                                        --------
         TOTAL EXPENSES                                 1,591.04

         TOTAL CURRENT WORK                             1,591.04


08/20/03 Payment - Thank you.  (April, 2003 - 100%)      -297.48


         BALANCE DUE                                  $4,290.88
                                                      =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                         08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      25


Fee Applications, Applicant



PREVIOUS BALANCE                                   $5,023.20



                                        HOURS
08/05/03
    LMP Preparation of Campbell & Levine's June
        Fee Application for filing (.2);
        Electronic filing of Application (.2);
        Electronic and Hard copy service to
        Notice Parties (.1)                 0.50     47.50
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - June)   0.30     60.00

08/07/03
    AFM Email from L. Ferdinand re: 8th Interim
        Fee Application Spreadsheet
        Categorization                       0.20     40.00

08/08/03
    LMP Telephone call to L. Ferdinand of WHS &
        Associates regarding Campbell & Levine's
        billing categories for the Eighth Interim
        Fee Application                       0.10      9.50

08/13/03
    AFM Review and sign fee application for
        Campbell & Levine (Interim - April
        through June)                         0.30     60.00
    LMP Electronic filing of Campbell & Levine's
        Ninth Interim Fee Application for April
        through June 2003 (.2); Electronic
        service to Notice parties (.1); Update
        Fee Application status chart (.1)     0.40     38.00

08/20/03
    MTH Begin reviewing pre-bill.             0.50    132.50

```
                                             Page: 2
     W.R. Grace                          08/31/2003
                                ACCOUNT NO: 3000-12D
                                STATEMENT NO:     25

     Fee Applications, Applicant
```

```
                                       HOURS
08/21/03
     MTH Complete review of pre-bill.        0.50     132.50
     MRE Review of July pre-bill             0.40     110.00

08/26/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly - June)                    0.20      40.00
     DEM preparation of documents and e-filing of
         CNOs (6)                            1.00      95.00

08/29/03
     LMP Drafted Campbell & Levine's July monthly
         fee application                     1.00      95.00
                                             ----     ------
         FOR CURRENT SERVICES RENDERED       5.40     860.00
```

```
                     RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE     TOTAL
     Aileen F. Maguire        1.00   $200.00    $200.00
     Mark T. Hurford          1.00    265.00     265.00
     Marla R. Eskin           0.40    275.00     110.00
     Lauren M. Przybylek      2.00     95.00     190.00
     Diane E. Massey          1.00     95.00      95.00


         TOTAL CURRENT WORK                      860.00
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $455.20 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                   0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)    -367.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)    -254.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)       -672.80
                                                     ---------
         TOTAL PAYMENTS                              -1,295.00

         BALANCE DUE                               $4,588.20
                                                   =========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    08/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      12


Fee Applications, Others




PREVIOUS BALANCE                                       $9,769.60



                                              HOURS
08/01/03
    LMP Reviewed Fourth Interim Fee Application
        of Milberg Weiss Bershad Hynes & Lerach
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)                 0.20      19.00

08/05/03
    LMP Preparation of L Tersigni's June Fee
        Application for filing (.2); Electronic
        filing of Application (.2); Electronic
        and Hard copy service to Notice Parties
        (.1)                                     0.50      47.50
    LMP Preparation of Legal Analysis Systems
        June Fee Application for filing (.2);
        Electronic filing of Application (.2);
        Electronic and Hard copy service to
        Notice Parties (.1)                      0.50      47.50
    LMP Preparation of Caplin & Drysdale's June
        Fee Application for filing (.2);
        Electronic filing of Application (.2);
        Electronic and Hard copy service to
        Notice Parties (.1)                      0.50      47.50
    AFM Review and sign fee application for L.
        Tersigni (Monthly - June)                0.30      60.00
    AFM Review and sign fee application for LAS
        (Monthly - June)                         0.30      60.00
    AFM Review and sign fee application for
        Caplin & Drysdale (Monthly - June)       0.30      60.00

08/06/03
    LMP Drafted Legal Analysis Systems Sixth
        Interim Fee Application for April through

                                                      Page: 2
W.R. Grace                                          08/31/2003
                                     ACCOUNT NO: 3000-13D
                                     STATEMENT NO:      12

Fee Applications, Others


                                           HOURS
          June 2003                         0.50      47.50
      LMP Drafted L Tersigni's Ninth Interim Fee
          Application for April through June 2003
                                            1.00      95.00
      LMP Reviewed April 2003 Fee Application of
          PSZYJ&W (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)          0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Kirkland & Ellis (.1); Updated WR Grace
          Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Wallace King Marraro & Branson(.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)                         0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Reed Smith (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)          0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Lukins & Annis (.1); Updated WR Grace
          Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Woodcock Washburn (.1); Updated WR Grace
          Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed May 2003 Fee Application of
          Casner & Edwards (.1); Updated WR Grace
          Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed June 2003 Fee Application of FTI
          Policano & Manzo (.1); Updated WR Grace
          Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed June 2003 Fee Application of
          Stroock Stroock & Lavan (.1); Updated WR
          Grace Weekly Recommendation Memo (.1)   0.20      19.00
      LMP Reviewed May 2003 Fee Application of
          Ferry Joseph & Pearce (.1); Updated WR
          Grace Weekly Recommendation Memo (.1)   0.20      19.00

08/08/03
      LMP Reviewed June Monthly Fee Application of
          Wallace King Marraro & Branson (.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)
      LMP Reviewed May and June Monthly Fee
          Application of Hamilton Rabinovitz &
          Alschuler (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)          0.20      19.00
      LMP Reviewed May Monthly Fee Application of

                                                        Page: 3
W.R. Grace                                            08/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      12

Fee Applications, Others


                                        HOURS

      Pitney Hardin Kipp & Szuch (.1); Updated
      WR Grace Weekly Recommendation Memo (.1)       0.20      19.00

08/13/03
   AFM Review and sign fee application for L.
      Tersigni (Interim - April through June)        0.30      60.00
   AFM Review and sign fee application for LAS
      (Interim - April through June)                 0.30      60.00
   LMP Electronic filing of L Tersigni's Ninth
      Interim Fee Application for April through
      June 2003 (.2); Electronic service to
      Notice parties (.1); Update Fee
      Application status chart (.1)                   0.40      38.00
   LMP Electronic filing of Legal Analysis
      Systems Sixth Interim Fee Application for
      April through June 2003 (.2); Electronic
      service to Notice parties (.1); Update
      Fee Application status chart (.1)               0.40      38.00

08/14/03
   LMP Reviewed June Monthly Fee Application of
      Kirkland & Ellis for 02-2210 (.1);
      Updated Wr Grace Weekly Recommendation
      Memo (.1)
   LMP Reviewed April through June Monthly Fee
      Application of Milberg Bershad Hynes &
      Lerach for 02-2210 (.1); Updated Wr Grace
      Weekly Recommendation Memo (.1)                 0.20      19.00
   LMP Reviewed May Monthly Fee Application of
      Ferry Joseph & Pearce for 02-2210 (.1);
      Updated Wr Grace Weekly Recommendation
      Memo (.1)                                       0.20      19.00
   LMP Reviewed Interim Fee Application
      (Jan-March) of Bilzin Sumberg Baena Price
      & Axelrod for 02-2210 (.1); Updated Wr
      Grace Weekly Recommendation Memo (.1)           0.20      19.00
   LMP Reviewed June Monthly Fee Application of
      Canser & Edwards (.1); Updated Wr Grace
      Weekly Recommendation Memo (.1)                 0.20      19.00
   LMP Reviewed May Monthly Fee Application of
      PSZYJ&W (.1); Updated Wr Grace Weekly
      Recommendation Memo (.1)                        0.20      19.00
   LMP Reviewed July Monthly Fee Application of
      Warren H. Smith & Assoc (1); Updated Wr
      Grace Weekly Recommendation Memo (.1)           0.20      19.00

```
                                                    Page: 4
W.R. Grace                                        08/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:       12

Fee Applications, Others




                                          HOURS
08/15/03
    AFM Review and sign fee application for
        Caplin & Drysdale (Interim - April
        through June)                        0.30      60.00
    LMP Electronic filing of Caplin & Drysdale's
        Ninth Interim Fee Application (.2);
        Electronic service to Notice Parties
        (.1); Updated Fee Application status
        chart (.1)                           0.40      38.00

08/18/03
    LMP Reviewed facsimile from D. Collins re 7th
        Interim holdback payment from Grace (.2);
        Telephone call to LTC re explanation of
        amount received (.1)                 0.30      28.50

08/20/03
    LMP Reviewed Interim Fee Application
        (April-June) of FTI Policano & Manzo
        (.1); Updated WR Grace Weekly
        Recommendation Memo (.1)             0.20      19.00
    MRE Review of fee auditors final report for
        PSZYJ                                0.10      27.50

08/21/03
    LMP Reviewed Ninth Interim Fee Application of
        Warren H. Smith & Associates (.1);
        Updated Wr Grace Weekly Recommendation
        Memo (.1)                            0.20      19.00

08/25/03
    AFM Review Fee Application Spreadsheet for
        the 8th Interim Period               0.40      80.00

08/26/03
    AFM Email to L. Ferdinand re: Fee Application
        Spreadsheet for the 8th Interim Period   0.10      20.00
    AFM Review and sign CNO for Caplin & Drysdale
        (Monthly - June)                     0.20      40.00

08/28/03
    AFM Email from A. Katznelson re: C&D Fee
        Application                          0.10      20.00
    AFM Review and sign fee application for
        Caplin & Drysdale (Monthly - July)   0.50     100.00
```

```
                                                    Page: 5
        W.R. Grace                                08/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:      12

        Fee Applications, Others




                                    HOURS
        DEM preparation of documents and filing of
            Fee Application for Caplin & Drysdale      0.30    28.50
                                                     -----  --------
            FOR CURRENT SERVICES RENDERED            12.20  1,502.50

                        RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
        Aileen F. Maguire             3.10   $200.00    $620.00
        Marla R. Eskin                0.10    275.00      27.50
        Lauren M. Przybylek           8.70     95.00     826.50
        Diane E. Massey               0.30     95.00      28.50


            TOTAL CURRENT WORK                         1,502.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $609.20 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                        0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -1,451.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)    -709.60
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -1,026.00
                                                       ---------
         TOTAL PAYMENTS                                -3,187.00

         BALANCE DUE                                   $8,085.10
                                                       =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                  08/31/2003
Wilmington  DE                   ACCOUNT NO: 3000-14D
                                 STATEMENT NO:      25


Financing



    PREVIOUS BALANCE                             $202.90


    BALANCE DUE                                  $202.90
                                                 =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      27


Hearings



        PREVIOUS BALANCE                          $7,424.75



                                        HOURS
08/19/03
     DEM Preparation of attorney binder for
         omnibus hearing                    0.50      47.50
     MRE Review of e-mail from PVNL regarding
         attendance at hearing              0.10      27.50

08/20/03
     MRE Begin preparation for hearing      0.20      55.00

08/21/03
     MTH Reviewing Agenda (.2); reviewing and
         revising memorandum regarding issues on
         for August Omnibus Hearing (.3);
         Correspondence to PVNL re same (.1)  0.60    159.00

08/23/03
     MRE Review of e-mail from PNVL regarding
         hearing                            0.10      27.50

08/24/03
     MRE Preparation for hearing            1.00     275.00

08/25/03
     MRE Meeting with DEM regarding matters for
         hearing                            0.20      55.00
     DEM Further preparation of attorney binder
         for omnibus hearing                0.20      19.00
     MRE Drafting e-mail to Debtor regarding
         hearing                            0.10      27.50
     MRE Drafting e-mail to PEM regarding hearing  0.10   27.50
     MRE Court appearance                   1.20     330.00

```
                                                      Page: 2
     W.R. Grace                                    08/31/2003
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      27

     Hearings



                                          HOURS
08/27/03
     PEM Review 8/25 omnibus hearing memo        0.10     29.00
                                                 ----  --------
         FOR CURRENT SERVICES RENDERED           4.40  1,079.50

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
     Philip E. Milch               0.10   $290.00     $29.00
     Mark T. Hurford               0.60    265.00     159.00
     Marla R. Eskin                3.00    275.00     825.00
     Diane E. Massey               0.70     95.00      66.50


     TOTAL CURRENT WORK                             1,079.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $30.70 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                    0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -148.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)   -59.70
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -238.80
                                                      -------
     TOTAL PAYMENTS                                   -446.90

     BALANCE DUE                                   $8,057.35
                                                   =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-16D
                                         STATEMENT NO:      12

Litigation and Litigation Consulting



    PREVIOUS BALANCE                              $1,132.20



08/20/03 Payment - Thank you.  (October, 2002 - 20%)      -711.20
08/20/03 Payment - Thank you.  (November, 2002 - 20%)     -238.70
08/20/03 Payment - Thank you.  (December, 2002 - 20%)      -91.30
08/20/03 Payment - Thank you.  (April, 2003 - 80%)        -296.80
                                                       ---------
    TOTAL PAYMENTS                                     -1,338.00

    CREDIT BALANCE                                      -$205.80
                                                       ========








    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                08/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-17D
                                            STATEMENT NO:      12

Plan and Disclosure Statement

PREVIOUS BALANCE                                            $487.20

                                                 HOURS
08/01/03
    DEC  Review of sample objections to debtors'
         motion for extension of exclusivity and
         research of related case law.              1.70    161.50

08/04/03
    KJC  Discussion with MTH re objection to
         motion to extend exclusivity period        0.20     30.00
    KJC  Review motion to extend exclusivity and
         related cases                              0.70    105.00
    MRE  Meeting with KJC regarding opposition to
         extension of exclusivity motion            0.10     27.50
    KJC  Research re extension of exclusivity
         (.8); meeting with MRE re: same (.1)       0.90    135.00
    KJC  Draft objection to exclusivity motion      2.00    300.00

08/05/03
    MRE  Meeting with D. Elliot regarding research
         for exclusivity motion                     0.20     55.00
    KJC  Further drafting of objection to motion
         to extend exclusivity                      1.70    255.00
    MRE  Additional meeting with D. Elliot
         regarding research for objection to
         motion to extend exclusivity               0.10     27.50
    KJC  Revisions and further drafting of
         objection to exclusivity motion            2.80    420.00
    KJC  Draft e-mail to MRE re draft of objection
         to extension of exclusivity period         0.20     30.00

08/06/03
    MTH  Reviewing and revising draft Objection to
         Extend Exclusivity.                        0.40    106.00

Plan and Disclosure Statement


                                                    HOURS

08/07/03
      KJC Further revisions to objection to
          exclusivity                                0.20      30.00
      KJC Draft e-mail to Lockwood re objection to
          exclusivity motion                         0.20      30.00
      MRE Review of e-mail from KJC regarding
          objection to exclusivity motion            0.10      27.50
      KJC Review e-mail from Lockwood re objection
          to exclusivity motion                      0.20      30.00
      MTH Reviewing and revising Objection to
          Debtors' Exclusivity Motion.               0.50     132.50
      MTH Reviewing correspondence from PVNL re
          objection re exclusivity.                  0.10      26.50


08/08/03
      KJC Final review and sign objection to
          exclusivity motion                         0.10      15.00
      DEM Preparation of documents and e-filing of
          Objection of the Committee to 5th Motion
          to Extend Periods to file Plan and
          Solicit Votes                              0.30      28.50


08/09/03
      MRE Review of Equity Holders Response in
          Support of Motion to Extend Exclusivity    0.10      27.50


08/18/03
      MRE Review of Debtors Motion for Leave to
          File Reply to the Objection of the PI
          committee to Extend Exclusivity and
          e-mail to MTH and KJC regarding same       0.30      82.50
      KJC Review e-mail from MRE re Debtor's motion
          to file a reply to committee's objection
          to extension of exclusivity period         0.10      15.00
      KJC Review e-mail from MTH re motion re reply
          to committee's objection to extension of
          exclusivity                                0.10      15.00
      MRE Response to e-mail from MTH regarding
          Debtors motion to file a reply to
          committee's opposition to extend
          exclusivity                                0.10      27.50
      MTH Correspondence to MRE re Debtors' Motion
          for Reply to Objection to Exclusivity
          Motion.                                    0.10      26.50
      MTH Reviewing Debtors' Reply to ACC Objection

```
                                                   Page: 3
W.R. Grace                                      08/31/2003
                                     ACCOUNT NO: 3000-17D
                                     STATEMENT NO:      12
Plan and Disclosure Statement
```

|  |  | HOURS |  |
|---|---|---|---|
|  | to exclusivity. | 0.20 | 53.00 |
| MTH | Correspondence to and from MRE re Debtors' Reply to ACC Objection re Exclusivity Extension Motion. | 0.20 | 53.00 |

08/19/03

| | | HOURS | |
|---|---|---|---|
| MTH | Correspondence to PVNL re Debtors' Motion for Authority to file reply to ACC Objection to Exclusivity. | 0.30 | 79.50 |
| MRE | Review of e-mail from MTH to PVNL regarding request for reply for motion to extend exclusivity | 0.10 | 27.50 |
| MRE | Review of e-mail from PNVL regarding Debtors request to file reply to objection to exclusivity | 0.10 | 27.50 |
| MTH | Reviewing correspondence from PVNL re Debtors' Reply to ACC Objection and follow up correspondence to PVNL re hearing on issue. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE re August Omnibus hearing, exclusivity issue. | 0.10 | 26.50 |
| MRE | Review of e-mail from MTH regarding hearing on Motion to Extend Exclusivity | 0.10 | 27.50 |

```
                                            -----  --------
          FOR CURRENT SERVICES RENDERED     14.70  2,487.50

                    RECAPITULATION
TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
Mark T. Hurford              2.00    $265.00    $530.00
Marla R. Eskin               1.30     275.00     357.50
Denise E. Collett            1.70      95.00     161.50
Kathleen J. Campbell         9.40     150.00   1,410.00
Diane E. Massey              0.30      95.00      28.50


        TOTAL CURRENT WORK                      2,487.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $21.00 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                 0.00
```

```
                                                        Page: 4
W.R. Grace                                            08/31/2003
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:        12

Plan and Disclosure Statement




         BALANCE DUE                             $2,974.70
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-18D
                                    STATEMENT NO:      12

Relief from Stay Proceedings



    PREVIOUS BALANCE                        $1,050.30



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $101.30 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                    0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)    -79.70
08/20/03 Payment - Thank you.  (December, 2002 - 20%)    -31.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)       -42.40
                                                     -------
    TOTAL PAYMENTS                                   -153.90

    BALANCE DUE                              $896.40
                                            =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:      2


Tax Issues



        PREVIOUS BALANCE                                $81.50


                                          HOURS
08/05/03
     MTH Reviewing Debtors' Report of Settlement
         with PA Dept. of Revenue                0.10     26.50
                                                 ----    -----
         FOR CURRENT SERVICES RENDERED           0.10     26.50
                        RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Mark T. Hurford                0.10    $265.00     $26.50


        TOTAL CURRENT WORK                               26.50


        BALANCE DUE                                    $108.00
                                                       =======






        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-20D
                                    STATEMENT NO:      11


Tax Litigation




    PREVIOUS BALANCE                                 $468.80




08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $468.80 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                     0.00


    BALANCE DUE                                      $468.80
                                                     =======












    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-21D
                                     STATEMENT NO:       8

Travel-Non-Working



    PREVIOUS BALANCE                                $52.20


    BALANCE DUE                                     $52.20
                                                    ======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      16

Valuation


PREVIOUS BALANCE                                      $1,226.50


BALANCE DUE                                           $1,226.50
                                                     ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                            08/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-23D
                                         STATEMENT NO:      16


     ZAI Science Trial




     PREVIOUS BALANCE                              $2,920.90



                                         HOURS
08/09/03
     MRE Review of Debtors' Memo in Opposition to
         Summary Judgement by ZAI Claimants          0.20     55.00

08/11/03
     KJC Review Grace's memorandum in opposition
         to ZAI claimants' motion for partial
         summary judgment                            0.30     45.00
     KJC Review US statement regarding asbestos
         issues in Grace's motion for summary
         judgment and claimant's motion to exclude
         Dr. Lee's opinion                           0.30     45.00
     MRE Meeting with DEM regarding briefs filed
         in ZAI litigation                           0.10     27.50
                                                     ----   ------
         FOR CURRENT SERVICES RENDERED               0.90    172.50

                        RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE      TOTAL
     Marla R. Eskin            0.30    $275.00      $82.50
     Kathleen J. Campbell      0.60     150.00       90.00


     TOTAL CURRENT WORK                              172.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $10.50 was not credited and $.30
         was credited because of a $1,766.00 discrepancy
         in the expense portion of this bill)           -0.30
08/20/03 Payment - Thank you.  (November, 2002 - 20%)   -5.30

```
                                                    Page: 2
          W.R. Grace                              08/31/2003
                                       ACCOUNT NO: 3000-23D
                                       STATEMENT NO:      16
          ZAI Science Trial
```

```
08/20/03 Payment - Thank you.  (December, 2002 - 20%)        -10.60
                                                            ------
          TOTAL PAYMENTS                                     -16.20

          BALANCE DUE                                     $3,077.20
                                                          =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                        ACCOUNT NO     3000D

PREVIOUS BALANCE      FEES   EXPENSES   ADVANCES     PAYMENTS     BALANCE

3000-00 Costs and Expenses
    -542.81      0.00       0.00       0.00         0.00     -$542.81

3000-01 Asset Analysis and Recovery
   5,488.80      0.00       0.00       0.00    -3,314.60    $2,174.20

3000-02 Asset Disposition
   1,370.30      0.00       0.00       0.00      -122.10    $1,248.20

3000-03 Business Operations
     482.90      0.00       0.00       0.00       -97.70      $385.20

3000-04 Case Administration
   1,788.90    319.00       0.00       0.00      -490.20    $1,617.70

3000-05 Claims Analysis Objection & Resolution (Asbestos)
   2,364.70  1,185.00       0.00       0.00         0.00    $3,549.70

3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
   1,214.80    616.50       0.00       0.00      -132.50    $1,698.80

3000-07 Committee, Creditors, Noteholders, Equity Holders
  21,521.80  5,472.50       0.00       0.00    -5,804.70   $21,189.60

3000-08 Employee Benefits/Pension
   3,821.90      0.00       0.00       0.00      -164.30    $3,657.60

3000-10 Employment Applications, Others
   1,346.20    345.50       0.00       0.00       -41.90    $1,649.80

3000-11 Expenses
   2,997.32      0.00   1,591.04       0.00      -297.48    $4,290.88

3000-12 Fee Applications, Applicant
   5,023.20    860.00       0.00       0.00    -1,295.00    $4,588.20

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 9,769.60 | 1,502.50 | 0.00 | 0.00 | -3,187.00 | $8,085.10 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 7,424.75 | 1,079.50 | 0.00 | 0.00 | -446.90 | $8,057.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,132.20 | 0.00 | 0.00 | 0.00 | -1,338.00 | -$205.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 487.20 | 2,487.50 | 0.00 | 0.00 | 0.00 | $2,974.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,050.30 | 0.00 | 0.00 | 0.00 | -153.90 | $896.40 |
| 3000-19 Tax Issues | | | | | |
| 81.50 | 26.50 | 0.00 | 0.00 | 0.00 | $108.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,920.90 | 172.50 | 0.00 | 0.00 | -16.20 | $3,077.20 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 71,694.86 | 14,067.00 | 1,591.04 | 0.00 | -16,902.48 | $70,450.42 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.