**EXHIBIT A**

**Case Administration (5.60 Hours; $ 1,269.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $710 | 284.00 |
| Peter V. Lockwood | .30 | $625 | 187.50 |
| Stacie M. Evans | .10 | $160 | 16.00 |
| Robert C. Spohn | 4.30 | $165 | 709.50 |
| Andrew D. Katznelson | .50 | $145 | 72.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/04/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/31/03 thru 8/01/03 (.3). |
| 08/05/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/04/03 (.3). |
| 08/06/03 | PVL | 625.00 | 0.10 | Review 5 miscellaneous orders. |
| 08/06/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/05/03 (.3). |
| 08/07/03 | PVL | 625.00 | 0.10 | Review excl. oppo. |
| 08/07/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/06/03 (.3). |
| 08/08/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/07/03 (.2). |
| 08/11/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/8/03 (.3). |
| 08/12/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/11/03 (.3). |

| | | | | |
|---|---|---|---|---|
| 08/13/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/12/03 (.2). |
| 08/14/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/13/03 (.3). |
| 08/14/03 | SME | 160.00 | 0.10 | Review developments in asbestos tort litigation |
| 08/15/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/14/03 (.2). |
| 08/18/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/15/03 (.2). |
| 08/19/03 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 08/19/03 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/18/03 (.1). |
| 08/19/03 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 08/20/03 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/19/03 (.1). |
| 08/21/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/20/03 (.2). |
| 08/22/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/21/03 (.2). |
| 08/25/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/22/03 (.2). |
| 08/25/03 | EI | 710.00 | 0.20 | Memo to PVNL/NDF re: fees. |
| 08/26/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/25/03 (.2). |
| 08/27/03 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and |

| | | | | correspondence received 8/26/03 (.1). |
|---|---|---|---|---|
| 08/28/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/27/03 (.2). |
| 08/29/03 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/28/03 (.1). |
| 08/29/03 | EI | 710.00 | 0.20 | Memo to Weitz/Rice re: meeting. |

**Total Task Code .04** **5.60**

**Claim Analysis Objection & Resolution (Asbestos)(5.40 Hours; $ 2,580.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.20 | $625 | 1,375.00 |
| Nathan D. Finch | 1.90 | $240 | 750.50 |
| Kimberly N. Brown | 1.30 | $350 | 455.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/04/03 | NDF | 395.00 | 0.30 | Review materials re: Selikoff for asbestos liability estimation hearing purposes (.3). |
| 08/05/03 | NDF | 395.00 | 0.40 | Review medical evidence studies (.4). |
| 08/11/03 | PVL | 625.00 | 0.40 | Review ZAI cls. SJ oppo. |
| 08/12/03 | PVL | 625.00 | 0.40 | Review ZAT pls. response re damages (.2); review Grace opp. Re SJ motion of CPA (.2). |
| 08/12/03 | NDF | 395.00 | 0.80 | Read briefs and exhibits from ZAI summary judgment issues (.8). |
| 08/13/03 | NDF | 395.00 | 0.40 | Conf. Weitz re: settlement strategy (.4). |
| 08/21/03 | PVL | 625.00 | 1.10 | Review 5 Grace and ZAI cls. briefs re SJ issues. |
| 08/22/03 | PVL | 625.00 | 0.30 | Review 3 Grace resps to ZAI cls SJ oppos. |

| | | | | |
|---|---|---|---|---|
| 08/25/03 | KNB | 350.00 | 1.10 | Review ZAI pleadings on summary judgment (.9); review SME memo re same (.2) |
| 08/26/03 | KNB | 350.00 | 0.20 | Review ZAI pleadings |

**Total Task Code .05 5.40**

**Fee Applications, Applicant (4.60 Hours; $ 881.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $340 | 374.00 |
| Andrew D. Katznelson | 3.50 | $145 | 507.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/11/03 | RCT | 340.00 | 0.50 | Review prebills |
| 08/11/03 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 08/12/03 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 08/14/03 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 08/22/03 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 08/25/03 | RCT | 340.00 | 0.50 | Review exhibits and final fee app. |
| 08/25/03 | RCT | 340.00 | 0.10 | Telecons and e-mails to ADK re: monthly fee app. |
| 08/25/03 | ADK | 145.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12 4.60**

**Fee Applications, Others (.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/12/03 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 08/19/03 | PVL | 625.00 | 0.10 | Review 10 fee applications. |

**Total Task Code .13 .20**

**<u>Hearings (1.40 Hours; $ 875.00)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.40 | $625 | $875.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/25/03 | PVL | 625.00 | 1.40 | Attend omnibus hearing. |

**Total Task Code .15 1.40**

**<u>Plan & Disclosure Statement (.30 Hours; $ 204.50)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $710 | 142.00 |
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/19/03 | PVL | 625.00 | 0.10 | Review exclusivity reply. |
| 08/19/03 | EI | 710.00 | 0.20 | Memo to PVNL re: exclusivity. |

**Total Task Code .17 .30**

**Travel – Non Working (3.30 Hours; $ 1,031.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 3.30 | $312.50 | 1,031.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/25/03 | PVL | 312.50 | 3.30 | Travel to and from Wilmington for hearing. |

**Total Task Code .21** **3.30**

Other Charges:

Other Charges

| | |
|---|---|
| Air Freight & Express Mail | $ 63.32 |
| Database Research | 118.01 |
| Local Transporation - NY | 9.94 |
| Long Distance-Equitrac In-House | 0.53 |
| Telecopier/Equitrac | 0.90 |
| Travel Expenses - Ground Transportation | 18.00 |
| Xeroxing | 154.50 |
| | $ 365.20 |