**EXHIBIT B**

**Case Administration (5.6 Hours; $ 1,269.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04** 5.6

**Claim Analysis Objection & Resolution (Asbestos) (5.4 Hours; $ 2,580.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05** 5.4

**Fee Applications, Applicant (4.6 Hours; $ 881.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12** 4.6

**Fee Applications, Others (.2 Hours; $ 125.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13** .2

**Hearings (1.4 Hours; $ 875.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15** 1.4

**Plan & Disclosure Statement (.3 Hours; $ 204.50)**

{D0014187:1 }
DOC#151898

- 2 -

       Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**     .3

**Travel – Non-Working (3.3 Hours; $ 1,031.25)**

       Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**     3.3