## EXHIBIT C

Other Charges:

Other Charges

| | |
|---|---:|
| Air Freight & Express Mail | $ 63.32 |
| Database Research | 118.01 |
| Local Transporation - NY | 9.94 |
| Long Distance-Equitrac In-House | 0.53 |
| Telecopier/Equitrac | 0.90 |
| Travel Expenses - Ground Transportation | 18.00 |
| Xeroxing | <u>154.50</u> |
| Total | $ 365.20 |

{D0014188:1 }