```
Client Number:  4642                Grace Asbestos Personal Injury Claimants                                    Page:    1
Matter      000                     Disbursements                                                             9/23/2003
                                                                                                         Print Date/Time:
                                                                                                              09/23/2003
                                                                                                               3:22:14PM
Attn:                                                                                                           Invoice #

                                                  PREBILL  / CONTROL  REPORT
                                                     Trans Date Range:  1/1/1950  to: 8/31/2003

Matter      000
Disbursements
Bill Cycle:      Monthly         Style:      i1         Start:   4/16/2001
                                                              Last Billed : 8/28/2003                           13,655
```

Trust Amount Available

Total Expenses Billed To Date        $225,902.59

```
                                                        Billing Empl:       0120      Elihu Inselbuch
                                                        Responsible Empl:   0120      Elihu Inselbuch
                                                        Alternate Empl:     0120      Elihu Inselbuch
                                                        Originating Empl:   0120      Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 18.00 | 0.00 | 18.00 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 55.89 | 0.00 | 55.89 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.73 | 0.00 | 7.73 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.90 | 0.00 | 0.90 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 5.55 | 0.00 | 5.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 35.55 | 0.00 | 35.55 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 241.58 | 0.00 | 241.58 |
|  |  |  | **0.00** | **365.20** | **0.00** | **365.20** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1515213 | Photocopy | E | 08/01/2003 | 0238 | SLG | 0.00 |  | $7.50 | 0.00 |  | $7.50 | 7.50 |
| 1515292 | Photocopy | E | 08/04/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 7.95 |
| 1515378 | Photocopy | E | 08/04/2003 | 0238 | SLG | 0.00 |  | $2.70 | 0.00 |  | $2.70 | 10.65 |
| 1515387 | Photocopy | E | 08/04/2003 | 0238 | SLG | 0.00 |  | $4.05 | 0.00 |  | $4.05 | 14.70 |
| 1513847 | Federal Express to Marla Eskin from EI on 7/24 | E | 08/04/2003 | 0120 | EI | 0.00 |  | $2.31 | 0.00 |  | $2.31 | 17.01 |
| 1514158 | Charge & Ride for Francis McGovern on 7/15 to LaGuardia airport after meeting with EI on several client matters (cost split between four client) | E | 08/06/2003 | 0999 | C&D | 0.00 |  | $9.94 | 0.00 |  | $9.94 | 26.95 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 9/23/2003 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 09/23/2003 |
| | | | | | | | | | | 3:22:14PM |
| Attn: | | | | | | | | | | Invoice # |
| 1514178 | Federal Express to Dan Chon from RCS on 7/11 | | E | 08/06/2003 | 0101 | RCS | 0.00 | $26.26 | 0.00 | $26.26 | 53.21 |
| 1514193 | Federal Express to Dan Chon and Steven Kazan from RCS on 7/17 | | E | 08/06/2003 | 0101 | RCS | 0.00 | $29.33 | 0.00 | $29.33 | 82.54 |
| 1514790 | Equitrac - Long Distance to 5613621302 | | E | 08/06/2003 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 82.65 |
| 1515701 | Photocopy | | E | 08/06/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 83.40 |
| 1515897 | Photocopy | | E | 08/07/2003 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 84.30 |
| 1515988 | Photocopy | | E | 08/07/2003 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 87.30 |
| 1518680 | Photocopy | | E | 08/11/2003 | 0999 | C&D | 0.00 | $22.50 | 0.00 | $22.50 | 109.80 |
| 1518774 | Photocopy | | E | 08/11/2003 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 111.15 |
| 1518791 | Photocopy | | E | 08/11/2003 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 115.05 |
| 1518804 | Photocopy | | E | 08/11/2003 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 118.65 |
| 1518805 | Photocopy | | E | 08/11/2003 | 0238 | SLG | 0.00 | $8.10 | 0.00 | $8.10 | 126.75 |
| 1518935 | Photocopy | | E | 08/12/2003 | 0237 | SRB | 0.00 | $5.55 | 0.00 | $5.55 | 132.30 |
| 1519164 | Photocopy | | E | 08/13/2003 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 136.80 |
| 1519205 | Photocopy | | E | 08/13/2003 | 0238 | SLG | 0.00 | $0.75 | 0.00 | $0.75 | 137.55 |
| 1520340 | Photocopy | | E | 08/14/2003 | 0999 | C&D | 0.00 | $21.30 | 0.00 | $21.30 | 158.85 |
| 1522556 | Photocopy | | E | 08/18/2003 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 160.35 |
| 1520957 | Photocopy | | E | 08/19/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 160.95 |
| 1520971 | Photocopy | | E | 08/19/2003 | 0999 | C&D | 0.00 | $23.40 | 0.00 | $23.40 | 184.35 |
| 1521016 | Photocopy | | E | 08/19/2003 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 186.45 |
| 1521117 | Photocopy | | E | 08/20/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 186.75 |
| 1520801 | Equitrac - Long Distance to 2125945300 | | E | 08/20/2003 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 186.96 |
| 1521247 | Photocopy | | E | 08/21/2003 | 0101 | RCS | 0.00 | $0.30 | 0.00 | $0.30 | 187.26 |
| 1521763 | Equitrac - Long Distance to 3024261900 | | E | 08/22/2003 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 187.47 |
| 1522275 | Photocopy | | E | 08/22/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 188.07 |
| 1522328 | Fax Transmission to 12024293329 | | E | 08/25/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 188.52 |
| 1522329 | Fax Transmission to 12024293301 | | E | 08/25/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 188.97 |
| 1522422 | Photocopy | | E | 08/25/2003 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 203.97 |
| 1522423 | Photocopy | | E | 08/25/2003 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 209.37 |
| 1522428 | Photocopy | | E | 08/25/2003 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 210.27 |
| 1522446 | Photocopy | | E | 08/25/2003 | 0999 | C&D | 0.00 | $9.30 | 0.00 | $9.30 | 219.57 |
| 1522822 | Petty Cash  PVNL travel expenses to Wilmington on 8/23 | | E | 08/27/2003 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 237.57 |
| 1522955 | Database Research - Westlaw by csr on 8/21 | | E | 08/28/2003 | 0999 | C&D | 0.00 | $118.01 | 0.00 | $118.01 | 355.58 |
| 1524794 | Federal Express to Marla Eskin from EI on 8/18 | | E | 08/29/2003 | 0120 | EI | 0.00 | $5.42 | 0.00 | $5.42 | 361.00 |
| 1525725 | Photocopy | | E | 08/29/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 361.60 |
| 1525776 | Photocopy | | E | 08/29/2003 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 365.20 |
| **Total Expenses** | | | | | | | **0.00** | **$365.20** | **0.00** | **$365.20** | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 365.20 | 365.20 |
| Matter Total | 0.00 | 365.20 | 0.00 | 365.20 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $365.20 | $365.20 |
| Prebill Total | 0.00 | $365.20 | 0.00 | $365.20 |

**Previous Billings**

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants              Page:    1
Matter       000                   Disbursements                                          9/23/2003
                                                                                   Print Date/Time:
                                                                                        09/23/2003
                                                                                         3:22:14PM
Attn:                                                                                    Invoice #
InvoiceNo        InvoiceDate          InvoiceTotal          OpenTotal


36,593           07/26/2002             121,163.25           13,975.99
36,950           08/22/2002             231,722.75           24,660.40
37,197           09/25/2002             246,726.25           35,891.10
37,665           10/31/2002             153,308.00           30,661.60
37,961           11/30/2002              36,076.50              542.50
37,962           11/30/2002             137,754.50           27,550.90
38,223           12/26/2002             155,061.50           31,012.30
40,704           02/22/2003              15,009.00            3,001.80
40,965           03/11/2003              31,418.00            6,283.60
40,966           03/11/2003              43,961.50            8,792.30
41,070           03/20/2003              10,063.00            2,012.60
41,071           03/20/2003              27,076.50            5,415.30
41,428           04/24/2003               8,858.00            1,771.60
41,429           04/24/2003              12,991.50           12,991.50
41,744           05/22/2003              12,293.50            2,458.70
41,745           05/22/2003               4,425.50              885.10
42,008           06/25/2003               7,075.50            1,415.10
42,071           06/27/2003               3,191.00              638.20
42,258           07/25/2003               8,561.00            1,712.20
42,259           07/25/2003               3,420.50            3,420.50
42,620           08/28/2003               9,970.82            9,970.82
42,639           08/28/2003               1,935.50            1,935.50
                                      1,282,063.57          226,999.61
```