```
Date: 09/21/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                          HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------------
08/01/03   Peterson  / (28) Data Analysis                              0.7   350.00
#5101      Prepare materials demonstrating alternative methods      500.00
           for paying claims

08/04/03   Peterson  / (28) Data Analysis                              0.2   100.00
#5102      Review forecasts of claims and claim rates under         500.00
           alternative claims procedures

08/06/03   Peterson  / (28) Data Analysis                              0.1    50.00
#5103      Work on analysis of alternative procedures for          500.00
           paying claims

08/07/03   Peterson  / (28) Data Analysis                              0.3   150.00
#5104      Review analysis by others on the effects of             500.00
           alternative procedures for paying asbestos claims;
           work on analysis

08/11/03   Peterson  / (28) Data Analysis                              0.4   200.00
#5105      Work on analysis of alternative procedures for          500.00
           paying asbestos claims

08/12/03   Peterson  / (28) Data Analysis                              0.2   100.00
#5106      Work on materials to describe alternative treatments    500.00
           of asbestos claims

08/28/03   Peterson  / (28) Data Analysis                              0.6   300.00
#5107      Work on analysis for new report on alternative          500.00
           methods for paying asbestos claims

08/29/03   Peterson  / (28) Data Analysis                              0.6   300.00
#5108      Work on new analysis of costs of alternative methods   500.00
           for paying asbestos claims

08/30/03   Peterson  / (28) Data Analysis                              0.1    50.00
#5109      telephone Relles re: report on liability for            500.00
           upcoming hearings

08/30/03   Peterson  / (28) Data Analysis                              0.3   150.00
#5110      Work on documentation of effects of alternative         500.00
           methods for paying asbestos claims
```

{D0014079:1 }

```
Date: 09/21/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 08/30/03  Relles    / (28) Data Analysis                          0.1     33.00
 #5301     telephone Peterson re: alternative methods for        330.00
           paying asbestos claims

 08/30/03  Relles    / (28) Data Analysis                          0.1     33.00
 #5302     clean up data input for examination of alternative    330.00
           methods for paying asbestos claims

 08/31/03  Peterson  / (28) Data Analysis                          0.6    300.00
 #5111     Work on analysis of effects of alternative methods    500.00
           for paying asbestos claims; prepare report

 08/31/03  Relles    / (28) Data Analysis                          0.2     66.00
 #5303     run initial analyses on alternative methods for       330.00
           paying asbestos claims

--------------------------------------------------------------------------------
```

{D0014079:1 }

```
Date: 09/21/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                       August 2003 - August 2003

   MONTH      ACTIVITY                                         HOURS    AMOUNT
   ---------------------------------------------------------------------------
   August    - (28) Data Analysis                                4.5    2182.00
   August    - (99) Total                                        4.5    2182.00

   Total     - (28) Data Analysis                                4.5    2182.00
   Total     - (99) Total                                        4.5    2182.00


-------------------------------------------------------------------------------
```

{D0014079:1 }

```
Date: 09/21/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                             Page 4

                     W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     August 2003 - August 2003

 MONTH       PERSON                                            HOURS    AMOUNT
 ----------------------------------------------------------------------------
 August    - Relles                                              0.4    132.00
 August    - Peterson                                            4.1   2050.00
 August    - Total                                               4.5   2182.00

 Total     - Relles                                              0.4    132.00
 Total     - Peterson                                            4.1   2050.00
 Total     - Total                                               4.5   2182.00


-----------------------------------------------------------------------------
```

{D0014079:1 }

```
Date: 09/21/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                         W. R. Grace (continued)

             Summary Of Time Charges, By Activity, Month, and Person
                           August 2003 - August 2003

 MONTH       PERSON                                   HOURS    RATE     AMOUNT
 ------------------------------------------------------------------------------
 (28) Data Analysis

 August    - Relles                                     0.4    330.     132.00
 August    - Peterson                                   4.1    500.    2050.00

 ------------------------------------------------------------------------------
```

{D0014079:1 }