## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:   October 20, 2003 at 4:00 p.m.**

## TWENTY-SECOND MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD AUGUST 1, 2003 THROUGH AUGUST 31, 2003

Name of Applicant:                     Klett Rooney Lieber & Schorling,
                                       a Professional Corporation

Authorized to Provide
Professional Services to:              The Official Committee of Equity Holders

Date of Retention:                     October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:           August 1, 2003 through August 31, 2003

Amount of fees to be approved
as actual, reasonable and necessary:   $12,893.50

Amount of expenses sought as
actual, reasonable and necessary:      $244.39

This is a(n): ___ interim        ____ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 9.3 | $4,138.50 |
| Mary F. Caloway | $350 | 0.2 | $70.00 |
| Rhonda L. Thomas | $210 | 29.4 | $6,174.00 |
| Francis A. Panchak | $135 | 1.1 | $148.50 |
| Raelena Y. Taylor | $125 | 18.9 | $2,362.50 |
| TOTAL | | 58.9 | $12,893.50 |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.5 | $222.50 |
| Case Administration | 7.8 | $1,319.50 |
| Claims Analysis Objections & Resolution(Asbestos) | 1.3 | $256.00 |
| Claims Analysis Objections & Resolution(Non-Asbestos) | 11.8 | $3,441.50 |
| Employee Benefits/Pension | 0.4 | $131.00 |

KRLSWLM: #49842 v1 - W.R. Grace: Klett Rooney's 22nd Fee App

| Employment Applications/Others | 0.5 | $105.00 |
|---|---|---|
| Fee Applications/Applicant | 13.7 | $1,995.00 |
| Fee Applications/Others | 13.1 | $2,448.50 |
| Relief From Stay Proceedings | 0.5 | $175.50 |
| Travel/Non-Working | 1.0 | $210.00 |
| ZAI Science Trial | 8.3 | $2,589.00 |
| **TOTAL** | **58.9** | **$12,893.50** |

### SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $51.30 |
| Federal Express | $32.29 |
| Messenger Services | $7.50 |
| Telecopy Expenses | $98.50 |
| Parking/Mileage | $54.80 |
| **TOTAL** | **$244.39** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: /s/ Rhonda Thomas
    Teresa K. D. Currier (No. 3080)
    Rhonda L. P. Thomas (No. 4053)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

    Co-Counsel to the Official Committee of
    Equity Holders

Dated: September 29, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   SEPTEMBER 18, 2003
                                            MATTER : W9600-000
                                            INVOICE : 163036


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03   T C

     RE:  EXPENSES
```

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 08/07/03 | TELECOPY EXPENSES | 6.47 |
| 08/07/03 | TELECOPY EXPENSES | 6.57 |
| 08/07/03 | TELECOPY EXPENSES | 6.79 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 6.54 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 6.47 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 6.00 |
| 08/07/03 | TELECOPY EXPENSES | 16.50 |
| 08/07/03 | TELECOPY EXPENSES | 6.79 |
| 08/07/03 | TELECOPY EXPENSES | 6.37 |
| 08/12/03 | FEDERAL EXPRESS - 4-838-06408 - FEDERAL EXPRESS CORPORATION | 15.19 |
| 08/13/03 | REPRODUCTION OF DOCUMENTS | 31.50 |
| 08/22/03 | PARKING - 07/28/03 TRAVEL FOR HEARING - RHONDA THOMAS | 26.00 |
| 08/22/03 | MILEAGE - 07/24/03 TRAVEL FOR HEARING IN WILMINGTON - RHONDA THOMAS | 28.80 |
| 08/25/03 | MESSENGER SERVICES - 17861 -   PARCELS, INC.-D D R | 7.50 |
| 08/25/03 | FEDERAL EXPRESS - 4-838-43847 -   FEDERAL EXPRESS CORPORATION | 17.10 |
| 08/28/03 | REPRODUCTION OF DOCUMENTS | 19.80 |

```
                         TOTAL EXPENSE ADVANCES :      244.39

                         TOTAL DUE  :                  244.39
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   SEPTEMBER 18, 2003
MATTER :   W9600-003
INVOICE :  163037

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/01/03 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .50 | 222.50 |

TOTAL FEES :        222.50

TOTAL DUE  :        222.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-004
INVOICE : 163038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/03 | RLT | REVIEWED MEMORANDUM FOR EQUITY COMMITTEE DATED 7/31/03 | .40 |
| 08/04/03 | RTT | DOWNLOAD AND REVIEW NOTICE OF ADDRESS CHANGE FILED BY PRESTION GATTIS AND ELLIS AND UPDATE 2002 RE SAME | .30 |
| 08/04/03 | RTT | REVIEW E-NOTICES | .10 |
| 08/04/03 | TC | COORDINATED HEARING COVERAGE | .20 |
| 08/05/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 08/05/03 | RTT | DOWNLOAD SEVERAL NOTICE OF ADDRESS CHANGE AND UPDATE 2002 SERVICE LIST | .40 |
| 08/05/03 | RTT | REVIEW AND RESPOND TO EMAIL FROM LAVERN RE EIGHTH QUARTERLY PERIOD | .10 |
| 08/06/03 | RTT | REVIEW NOTICE OF ADDRESS CHANGE AND UPDATE 2002 | .20 |
| 08/07/03 | RLT | REVIEWED TRANSCRIPT OF 7/28 HEARING | .20 |
| 08/07/03 | RLT | REVIEWED LETTER RE REQUESTING AN EXTENTION OF TIME FOR EPA | .10 |
| 08/07/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS               DATE :   SEPTEMBER 18, 2003
                                                   MATTER : W9600-004
                                                   INVOICE : 163038


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

     RE:  CASE ADMINISTRATION


| | | | |
|---|---|---|---|
| 08/08/03 RLT | REVIEWED OBJECTION TO THE DEBTORS' FIFTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | .20 |
| 08/08/03 RLT | REVIEWED RESPONSE TO OBJECTION : NO SUPPORTING DOCUMENTATION, CLAIM #11346 FILED BY JULIE A GUBBIN | | .20 |
| 08/11/03 RLT | REVIEWED ADDITIONAL EXHIBIT (RELATED DOCUMENT(S)[4204, [4215 ) FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS | | .30 |
| 08/11/03 RTT | REVEIW SEVERAL E-NOTICES | | .20 |
| 08/11/03 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | | 1.00 |
| 08/15/03 RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 25, 2003 AT 12:00 P.M. | | .20 |
| 08/19/03 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 8/25/03 HEARING TO RLT | | .30 |
| 08/21/03 RLT | REVIEWED AGENDA AND EXHIBITS FOR AUGUST 25 HEARING (.5); DISCUSSED SAME WITH RTT (.1) | | .60 |
| 08/21/03 RTT | REVIEW SEVERAL E-NOTICES | | .10 |
| 08/22/03 RTT | REVIEW SEVERAL E-NOTICES | | .20 |
| 08/25/03 RLT | REVIEWED ORDER APPROVING THE EXECUTION OF AN PERFORMANCE UNDER AN ADMINISTRATIVE ORDER WITH THE EPA | | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-004
INVOICE : 163038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 08/25/03 RLT | ATTENDED OMNIBUS HEARING | 1.00 |
| 08/26/03 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .30 |
| 08/26/03 RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 08/27/03 RTT | REVIEW SEVERAL E-NOTICES | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 3.30 | 693.00 |
| R T TAYLOR | 125.00 | 4.30 | 537.50 |
| T CURRIER | 445.00 | .20 | 89.00 |
| TOTALS | | 7.80 | 1319.50 |

TOTAL FEES :          1,319.50

TOTAL DUE  :          1,319.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-005
INVOICE : 163039

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 08/05/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 08/07/03 | RLT | REVIEWED STATEMENT UNITED STATES' STATEMENT REGARDING ASBESTOS ANALYSIS ISSUES IN W.R. GRACE'S MOTION FOR SUMMARY JUDGMENT AND CLAIMANTS' MOTION TO EXCLUDE DR. R.J. LEE'S OPINION ON CLEAVAGE FRAGMENTS | .20 |
| 08/07/03 | RLT | RETRIEVING ORDER TO APPROVE SEVENTH QUARTERLY FEES (.4); COMMUNICATION WITH JACK BEAMON AND TERRI CURRIER (.2); COMMUNICATION WITH RTT (.2); CHECKING DOCKET FOR ORDERS APPROVING 4TH, 5TH AND 6TH QUARTERLY FEE APPLICATION (.1) | .90 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 210.00 | 1.10 | 231.00 |
| R T TAYLOR | 125.00 | .20 | 25.00 |
| TOTALS | | 1.30 | 256.00 |

TOTAL FEES :                     256.00

TOTAL DUE  :                     256.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/04/03 | RLT | REVIEWED RESPONSE TO NO OBJECTION TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS | .10 |
| 08/04/03 | RLT | REVIEWED RESPONSE TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY NAI COLLINS | .20 |
| 08/04/03 | TC | REVIEWED NAI COLLINS RESPONSE TO CLAIMS OBJECTION | .30 |
| 08/05/03 | TC | REVIEWED USA RESPONSE TO CLAIMS OBJECTION | .40 |
| 08/06/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' SEVENTH CLAIM SETTLEMENT NOTICE | .10 |
| 08/07/03 | RLT | REVIEWED RESPONSE TO OBJECTION TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY THOMAS TREMBLAY | .20 |
| 08/07/03 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIMS. CLAIM #1413 FILED BY EDWARD D. KERR | .10 |
| 08/07/03 | RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIMS FILED BY PASTY ANN BENDER | .20 |
| 08/07/03 | TC | REVIEWED TREMBLAY ET AL RESPONSE TO CLAIMS | .30 |
| 08/07/03 | TC | REVIEWED FOSTER RESPONSE TO CLAIMS | .20 |
| 08/07/03 | TC | REVIEWED CAMPEAU RESPONSE TO CLAIMS | .30 |
| 08/07/03 | TC | REVIEWED SPINGLER RESPONSE TO CLAIMS | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :     SEPTEMBER 18, 2003
MATTER :   W9600-006
INVOICE :  163040
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 08/08/03 RLT | REVIEWED RESPONSE TO RE CLAIMANT RESPONSE TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS #422 (NON-SUBSTANTIVE) FILED BY OCCIDENTAL PERMIAN, LTD. | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO THE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY CITY OF CAMBRIDGE, MASSACHUSETTS | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS FILED BY CLAIMANT'S | | .10 |
| 08/08/03 RLT | REVIEWED LIMITED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY HOME SAVINGS TERMITE CONTROL, INC. AND WAYNE-MORRIS | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO DEBTOR SECOND OMNIBUS OBJECTION TO CLAIM FILED BY DONALD KNAUSS | | .20 |
| 08/08/03 RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJEC TION TO CLAIM FILED BY CLIFFORD M. SPINGLER | | .20 |
| 08/08/03 RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIM (NON SUBSTANTIVE)AND MOTION FOR ADDITIONAL TIME FILED BY JOHN ROBERT DAVIS | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIM FILED BY INDUSTRIAL CONSTRUCTION, INC. | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIM FILED BY WILLIE B. BURKS | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIM FILED BY LUCY FONTENOT | | .10 |
| 08/08/03 RLT | REVIEWED RESPONSE TO OMNIBUS OBJECTION TO CLAIM FILED BY NORTHEAST, MINNEAPOLIS | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 08/11/03 | TC | REVIEWED HOME SAVINGS RESPONSE TO CLAIMS OBJECTION | .30 |
| 08/11/03 | TC | COMMUNICATED RE HEARING TOMORROW | .30 |
| 08/11/03 | TC | REVIEWED BENDER RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/11/03 | TC | REVIEWED KNAUSS RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/11/03 | TC | REVIEWED GUBBINS RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/11/03 | TC | REVIEWED CITY OF CAMBRIDGE RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/11/03 | TC | REVIEWED JOHN DAVIS RESPONSE TO CLAIM OBJECTION | .20 |
| 08/11/03 | TC | REVIEWED FONETNOT RESPONSE TO CLAIM OBJECTION | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY HEIDI MARIA DRAKE | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY RODNEY ELLETSON | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY JOHN D. CLEMONS | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DANNY JAMES FREEBURY | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DANIEL ARTHUR BUNDROCK | .20 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY GEORGE JAMES BAUER | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY EVELYN MARIE CARR | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY RODNEY ERICKSON | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY CHARLENE M. GARRISON | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DAVID JOSEPH CHRISTIANSEN | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY EDDY J. COLE | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY LAWRENCE DOUGLAS KELLY | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS FILED BY JOSEPH KELLY | .20 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY ALICE DIANE ANDERSON | .10 |
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY MICHAEL CHARLES WAGNER | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY JOHN FRANCIS WAGNER | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY HOWARD KING ORR | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DONALD MUNSEL | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY PETE O. NELSON | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY BARBARA A. SPENCER | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY EUGENE ALFRED BRALEY | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DENNIS ALBERT WELCH | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY MELVIN GEORGE PARKER | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY ROBERT JAMES WELCH | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DUANE EDWARD LINDSAY | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY JOHN HOWARD RIEWOLDT | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY GERALDINE M. FLETCHER | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY KEITH HEDAHL | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY JACK DEAN JUDKINS | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DEAN BRADFORD LECKRONE | | .10 |
| 08/12/03 RLT | REVIEWED ESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY ARNOLD LEHNERT | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY ROY MCMILLIAN | | .10 |
| 08/12/03 RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY DOUGLAS KELLEY | | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 18, 2003
MATTER :  W9600-006
INVOICE : 163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 08/12/03 | RLT | REVIEWED RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY CELIA JANE KVAPIL | .10 |
| 08/12/03 | TC | REVIEWED NORTHEAST RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/12/03 | TC | REVIEWED INDUSTRIAL CONSTRUCTIONS' RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/12/03 | TC | REVIEWED BURKS RESPONSE TO CLAIMS OBJECTION | .20 |
| 08/13/03 | RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) FILED BY JON HERBERLING | .10 |
| 08/13/03 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIMS FILED BY CHESTER A. BARR | .10 |
| 08/15/03 | RLT | REVIEWED RESPONSE TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS FILED BY ALOYS JOSEPH BALOGA | .20 |
| 08/15/03 | RLT | REVIEWED MOTION OF DISAGREEEMENT WITH CLAIM TREATMENT BY EUGENE SULLIVAN | .20 |
| 08/19/03 | RLT | REVIEWED RESPONSE TO SECOND OMNIBUS OBJECTION TO CLAIMS FILED BY LOUIS PICH E | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :   W9600-006
INVOICE :  163040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 7.70 | 1617.00 |
| T CURRIER | 445.00 | 4.10 | 1824.50 |
| TOTALS | | 11.80 | 3441.50 |

TOTAL FEES :            3,441.50

TOTAL DUE   :            3,441.50


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2003
                                              MATTER :  W9600-008
                                              INVOICE : 163041


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

   RE:  EMPLOYEE BENEFITS / PENSION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/04/03 | TC | REVIEWED ORDER AUTHORIZING CONTRIBUTION TO BENEFIT PLAN | .20 |
| 08/06/03 | RLT | REVIEWED ORDER AUTHORIZING, BUT NOT REQUIRING, THE DEBTORS TO CONTRIBUTE FUNDS INTO THE TRUST FUNDING THE DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLOYEES | .20 |

```
                   T I M E   S U M M A R Y
                   -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------
   R L THOMAS          210.00    .20          42.00
   T CURRIER           445.00    .20          89.00
                TOTALS           .40         131.00


              TOTAL FEES :                   131.00


              TOTAL DUE  :                   131.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 18, 2003
MATTER : W9600-010
INVOICE : 163042

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/08/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. SECTION 327(E) OF EARL F. GLOCK, SHAREHOLDER OF O'CONNELL & GLOCK, P.C. FILED BY W.R. GRACE & CO | .30 |
| 08/18/03 | RLT | REVIEWED DEBTOR'S APPLICATION FOR ORDER AUTHORIZING, BUT NOT REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK | .20 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 210.00 | .50 | 105.00 |
| TOTALS | | .50 | 105.00 |

TOTAL FEES :                105.00

TOTAL DUE  :                105.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :     SEPTEMBER 18, 2003
                                                    MATTER :   W9600-011
                                                    INVOICE : 163043

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:   FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/07/03 | RTT | EMAIL TO AND FROM RLT RE FEE AUDITOR'S FINAL REPORT RE KRLS FEES FOR FOURTH, FIFTH AND SIXTH INTERIM PERIODS | .10 |
| 08/07/03 | RTT | DOWNLOAD AND DISTRIBUTE FEE REPORTS RE KRLS FOURTH, FIFTH AND SIXTH INTERIM PERIODS | .20 |
| 08/08/03 | RTT | DRAFT NOTICE OF KRLS NINTH QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL 2003 THROUGH JUNE 2003 | .40 |
| 08/11/03 | FAP | E-MAILS TO/FROM TKC REGARDING REVISIONS TO KRLS' TASK CODES TO COMPLY WITH AUDITOR'S REQUIREMENTS | .10 |
| 08/11/03 | FAP | CONFERENCE WITH RT REGARDING REVISIONS TO KRLS' TASK CODES TO COMPLY WITH AUDITOR'S REQUIREMENTS | .20 |
| 08/11/03 | FAP | REVIEW AUDITOR'S EMAIL AND TASK CODES FOR KRLS' FEE APPLICATIONS | .10 |
| 08/11/03 | RTT | EMAIL TO RLT RE PREPARATION OF NINTH QUARTERLY FEE APPLICATION | .10 |
| 08/11/03 | RTT | REVIEW SEVERAL EMAILS FROM F.PANCAHK RE KRLS FEE APPLICATION CATEGORIES | .20 |
| 08/11/03 | RTT | GATHER AND REVIEW RELATIVE FEE APPLICATIONS FOR KLETT ROONEY'S NINTH QUARTERLY PERIOD | .60 |
| 08/12/03 | RLT | REVIEWED NINTH INTERIM FEE APPLICATION AND RESPONSED TO RTT RE THE SAME. | .50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :   W9600-011
INVOICE :  163043

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03     T C

RE:  FEE APPLICATIONS, APPLICANT

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 08/12/03 | RTT | EMAIL TO AND FROM RLT RE KRLS NINTH QUARTERLY FEE APPLICATION | .10 |
| 08/12/03 | RTT | DRAFT KRLS NINTH QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL 1,2003 THROUGH JUNE 30, 2003 | 1.80 |
| 08/13/03 | RLT | OBTAINING FEE ORDERS FOR JACK BEAMON | .50 |
| 08/13/03 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .40 |
| 08/14/03 | RTT | REVIEW EMAIL FROM F.PANCHAK RE QUARTERLY FEE ORDERS FROM BEGINNING OF CASE (.1); DOWNLOAD, REVIEW AND DISTRIBUTE SAME TO J.BEAMON (.5) | .60 |
| 08/15/03 | RTT | CALENDAR OBJECTION DEADLINE OF KRLS NINTH QUARTERLY FEE APPLICATION | .10 |
| 08/15/03 | RTT | E-FILE AND SERVE NINTH QUARTERLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003 | .80 |
| 08/18/03 | FAP | REVIEW AND CONFIRM AUDITOR'S REQUIREMENTS FOR BILLING TASK CODES (.1); EMAIL EXCHANGES WITH ACCOUNTING TO COMPLY WITH AUDITOR'S REQUIREMENTS (.2) | .30 |
| 08/19/03 | FAP | CORRESPONDENCE FROM ACCOUNTING REGARDING NEW BILLING TASK CODES TO COMPLY WITH AUDITOR'S REQUIREMENTS (.1); REVIEW SAME TO CONFIRM (.1) | .20 |
| 08/21/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTIETH FEE APPLICATION | .60 |
| 08/21/03 | RTT | REVIEW/EDIT PRE BILLS FOR THE MONTH OF JULY 2003 | 1.50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2003
                                              MATTER :  W9600-011
                                              INVOICE : 163043
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

     RE:   FEE APPLICATIONS, APPLICANT
```

| Date | | Description | Hours |
|------|---|-------------|-------|
| 08/25/03 | RLT | REVIEWED PREBILLS AND COMPARED SAME TO CATEGORIES SET UP BY FEE AUDITOR | .70 |
| 08/25/03 | RTT | REVIEW/EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF JULY 2003 (.8); DISTRIBUTE SAME TO ACCOUNTING FOR EDITS (.2) | 1.00 |
| 08/26/03 | RTT | DRAFT KRLS TWENTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD 7/1/03 THROUGH 7/31/03(1.5); DISTRIBUTE SAME TO RLT(.1) | 1.60 |
| 08/28/03 | RTT | E-FILE AND SERVE KRLS TWENTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003 | .80 |
| 08/28/03 | RTT | CALENDER OBJECTION DEADLINE RE KRLS TWENTY-FIRST MONTHLY FEE APPLICATION | .10 |
| 08/29/03 | FAP | ASSIST RT WITH SERVICE OF KRLS' FEE APPLICATION | .10 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

   F A PANCHAK          135.00      1.00           135.00
   R L THOMAS           210.00      1.70           357.00
   R T TAYLOR           125.00     10.60          1325.00
   T CURRIER            445.00       .40           178.00
                 TOTALS             13.70          1995.00


               TOTAL FEES :                      1,995.00


               TOTAL DUE  :                      1,995.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE :  163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-SEVENTH) FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003, FILED BY FTI POLICANO & MANZO | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAPLIN & DRYSDALE | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY L. TERSIGNI CONSULTING | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAMPBELL & LEVINE, LLC | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | .20 |
| 08/06/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES (JUNE 1, 2003 - JUNE 30, 2003) FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC | .20 |
| 08/06/03 | RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE SEVENTH INTERIM FEE PERIOD AND CERTAIN PRIOR AMOUNTS. | .20 |
| 08/06/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES (MAY 1, 2003 - MAY 31, 2003) FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC. | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-SEVENTH) FOR THE PERIOD JUNE 1, 2003 THROUGH JUNE 30, 2003, FILED BY FTI POLICANO & MANZO | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAPLIN & DRYSDALE | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY L. TERSIGNI CONSULTING | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAMPBELL & LEVINE, LLC | .20 |
| 08/04/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | .20 |
| 08/06/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES (JUNE 1, 2003 - JUNE 30, 2003) FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC | .20 |
| 08/06/03 | RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE SEVENTH INTERIM FEE PERIOD AND CERTAIN PRIOR AMOUNTS. | .20 |
| 08/06/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES (MAY 1, 2003 - MAY 31, 2003) FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC. | .20 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 18, 2003
MATTER : W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/07/03 | RLT | REVIEWED DEBTORS SECOND OMNIBUS OBJECTION TO CLAIMS | .20 |
| 08/07/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION RE APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., [SUMMARY APPLICATION FOR THE MONTHLY INTERIM PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003, FOR THE QUARTERLY FEE PERIOD OF APRIL - JUNE 2003 | .10 |
| 08/07/03 | RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL FOR THE NINTH QUARTERLY INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY WALLACE KING MARRARO & BRANSON | .20 |
| 08/07/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION RE APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUTPCY COUNSEL TO W. R. GRACE & CO., FOR THE SECOND MONTHLY INTERIM PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003, FOR THE QUARTER OF APRIL - JUNE 2003 | .10 |
| 08/07/03 | RLT | REVIEWED CNO REGARDING FIFTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 1, 2003 THROUGH MAY 31, 2003 | .10 |
| 08/07/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION RE APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., FOR THE MONTHLY INTERIM PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003, FOR THE QUARTERLY FEE PERIOD OF APRIL - JUNE 2003 | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/08/03 RLT | REVIEWED SECOND INTERIM ORDER ALLOWING FEES AND EXPENSES TO BUDD LARNER SIGNED BY JUDGE WOLIN | .10 |
| 08/11/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION TO JUNE 2003 MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |
| 08/11/03 RLT | REVIEWED QUARTERLY APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION OF HOLME ROBERTS & OWEN, LLP, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/11/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDINGAPPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003 | .10 |
| 08/11/03 RLT | REVIEWED INTERIM APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/11/03 RTT | EMAIL TO AND FROM K.MANGUAL RE NINTH QUARTERLY FEE APPLICATION | .10 |
| 08/12/03 RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003 | .10 |
| 08/12/03 RTT | EMAIL TO K.MANGUAL AT KRAMER LEVIN RE HEARING DATE REGARDING NINTH QUARTERLY FEE HEARING | .10 |
| 08/13/03 RLT | REVIEWING INTERIM APPLICATION FOR COMPENSATION FOR APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  FEE APPLICATIONS, OTHERS


08/13/03 RLT    REVIEWING INTERIM APPLICATION FOR COMPENSATION        .20
                FOR APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED
                BY L. TERSIGNI CONSULTING, P.C.

08/13/03 RLT    REVIEWED EMAIL FROM RTT RE VARIOUS FEE                .20
                APPLICATIONS FILED BY KRLS TODAY

08/13/03 RLT    REVIEWED CNO REGARDING THE NINTH MONTHLY              .10
                APPLICATION OF RICHARDSON PATRICK WESTBROOK &
                BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND
                REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
                COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2003
                THROUGH MAY 31, 2003

08/13/03 RLT    REVIEWED CNO THE EIGHTH MONTHLY APPLICATION OF        .10
                RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
                FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
                OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE
                INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL
                30, 2003

08/13/03 RLT    REVIEWED CNO REGARDING THE EIGHTH MONTHLY             .10
                APPLICATION OF LUKINS AND ANNIS, P.S. FOR
                COMPENSATION FOR SERVICES RENDERED AND
                REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
                ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE
                PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003

08/13/03 RLT    APPLICATION FOR COMPENSATION FOR SERVICES AND         .20
                REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
                COUNSEL TO DEBTORS FOR THE TWENTY-FIRST MONTHLY
                PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003
                FILED BY CASNER & EDWARDS


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03     T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/13/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE TWENTY-SIXTH MONTHLY PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003 FILED BY PACHULSKI, STANG | .10 |
| 08/13/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/13/03 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAMPBELL & LEVINE | .20 |
| 08/13/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION JULY 2003 FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 08/13/03 RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY-THIRD MONTHLY FEE APPLICATION (.7); PREPARE AFFIDAVIT OF SERVICE RE SAME (.1) | .80 |
| 08/14/03 FAP | DISCUSSIONS WITH RT RE: KRAMER LEVIN'S MONTHLY FEE APPLICATION AND AUDITOR'S REQUIREMENTS FOR FORMATTING SAME | .10 |
| 08/14/03 RLT | REVIEWED QUARTERLY APPLICATION OF STEPTOE & JOHNSON LLP FOR THE EIGHTH QUARTERLY INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003 | .20 |
| 08/14/03 RLT | REVIEWED NINTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE, 2003 | .20 |

---

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03     T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/14/03 | RLT | REVIEWED AFFIDAVIT /CERTIFICATION OF W. LARRY FARMER TO THE NINTH MONTHY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE, 2003 | .10 |
| 08/14/03 | RLT | REVIEWED NINTH QUARTERLY VERIFIED APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/14/03 | RLT | REVIEWED QUARTERLY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR THE NINTH QUARTERLY INTERIM PERIOD APRIL - JUNE, 2003 | .20 |
| 08/14/03 | RTT | DISCUSSIONS WITH F.PANCHAK RE CONVERTING KRAMER'S 23RD FEE APP IN WORD FORMAT | .20 |
| 08/14/03 | RTT | COORDINATING FORMATTING OF KRAMER'S 23RD FEE APPLICATION TO DISTRIBUTE TO FEE AUDITOR | .70 |
| 08/15/03 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 08/15/03 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF REED SMITH LLP FOR COMPENSATION FOR THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/15/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) MARK J. WHITE, PARTNER OF BAKER BOTTS LLP | .10 |
| 08/15/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003 | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 18, 2003
MATTER :  W9600-012
INVOICE : 163044


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03     T C

RE:   FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 08/15/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION JUNE 1, 2003 THROUGH JUNE 30, 2003 | .20 |
| 08/15/03 | RLT | REVIEWED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3768 | .10 |
| 08/15/03 | RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY LUKINS & ANNIS, P.S. | .20 |
| 08/15/03 | RLT | REVIEWED VERIFIED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .20 |
| 08/15/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S NINTH QUARTERLY FEE APPLICATION | .10 |
| 08/15/03 | RTT | DISTRIBUTE KRAMER LEVIN'S TWENTY-THIRD FEE APPLICATION TO W.SMITH IN WORD FORMAT | .10 |
| 08/19/03 | MFC | REVIEW EMAIL FROM POLICANO RE THEIR QUARTERLY FEE APPLICATION. | .20 |
| 08/19/03 | RLT | REVIEWED VERIFIED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR THE PERIOD OF APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 08/19/03 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (NINTH) FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003, FILED BY FTI POLICANO & MANZO | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 18, 2003
MATTER :   W9600-012
INVOICE :  163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 08/19/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR THE EIGHTH INTERIM PERIOD | .20 |
| 08/20/03 | RTT | DRAFT NOTICE OF KRAMER LEVIN'S NINTH QUARTERLY FEE APPLICATION | .40 |
| 08/21/03 | RLT | REVIEWED CNO FOR KRAMER LEVIN | .10 |
| 08/21/03 | RLT | REVIEWED NOTICE OF KRAMER LEVIN NINTH QUARTERLY FEE APPLICATION (.2) AND COMMUNICATION WITH RTT TO FILE SAME (.1) | .30 |
| 08/21/03 | RTT | E-FILE AND SERVE NINTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003 | .80 |
| 08/22/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY OF APPLICATION OF NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM APRIL 1, 2003 THROUGH APRIL 30, 2003, FOR THE QUARTER OF APRIL 2003 - JUNE 2003 | .20 |
| 08/22/03 | RLT | REVIEWED CNO REGARDING DOCKET NO. 4135 (RELATED DOCUMENT(S)[4135 ) FILED BY PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | .10 |
| 08/22/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY COVERSHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSMENT OF EXPENSES FOR JULY 1, 2003 THROUGH JULY 31, 2003 | .20 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 18, 2003
MATTER :   W9600-012
INVOICE :  163044

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03     T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/25/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF BANKRUPTCY MANAGMENT CORPORATION FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | .20 |
| 08/26/03 RTT | FOLLOW-UP EMAIL TO K.MANGUAL AT KRAMER RE KRAMER'S TWENTY-FOURTH MONTHLY FEE APPLICATION | .10 |
| 08/26/03 RTT | EMAIL TO AND FROM LAVERN RE SPREADSHEET FOR EIGHTH QUARTERLY PERIOD (.1); VERIFY FEES AND EXPENSES FOR KLETT AND KRAMER LEVIN RE SAME (.3) | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 135.00 | .10 | 13.50 |
| M F CALOWAY | 350.00 | .20 | 70.00 |
| R L THOMAS | 210.00 | 9.00 | 1890.00 |
| R T TAYLOR | 125.00 | 3.80 | 475.00 |
| TOTALS | | 13.10 | 2448.50 |

TOTAL FEES :          2,448.50

TOTAL DUE  :          2,448.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 18, 2003
MATTER :   W9600-017
INVOICE :  163047

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 08/07/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING SETTLEMENT OF MOTION OF ROBERT COSTA AND RONALD THORNBURG FOR RELIEF FROM STAY UNDER 11 U.S.C. SECTION 362 OF THE BANKRUPTCY CODE | .20 |
| 08/07/03 | TC | REVIEWED STIPULATION WITH TIMOTHY KANE RE RELIEF FROM THE STAY TO ALLOW PARTIAL DISCOVERY | .30 |

### TIME SUMMARY

|              | RATE   | HOURS | TOTALS |
| ------------ | ------ | ----- | ------ |
| R L THOMAS   | 210.00 | .20   | 42.00  |
| T CURRIER    | 445.00 | .30   | 133.50 |
| TOTALS       |        | .50   | 175.50 |

TOTAL FEES :        175.50

TOTAL DUE  :        175.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : SEPTEMBER 18, 2003
MATTER : W9600-020
INVOICE : 163048

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03   T C

RE: TRAVEL / NON-WORKING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/25/03 | RLT | 2 HR TRAVEL TIME REDUCED TO ONE | 1.00 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 210.00 | 1.00 | 210.00 |
| TOTALS | | 1.00 | 210.00 |

TOTAL FEES :                     210.00

TOTAL DUE  :                     210.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 18, 2003
MATTER :  W9600-022
INVOICE : 163049

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/03    T C

RE:  ZAI SCIENCE TRIAL

08/22/03 RLT    REVIEWED PLEADINGS FILED BY SPECIAL ASBESTOS          .10
                PRODUCTS LIABILITY DEFENSE COUNSEL


TIME SUMMARY
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| R L THOMAS   | 210.00 | 4.70  | 987.00  |
| T CURRIER    | 445.00 | 3.60  | 1602.00 |
| TOTALS       |        | 8.30  | 2589.00 |


TOTAL FEES :          2,589.00

TOTAL DUE  :          2,589.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**