**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF HOLME ROBERTS & OWEN, LLP**
**FOR THE NINTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Holme Roberts & Owen, LLP for the Ninth Interim Period</u>.

**BACKGROUND**

1.      Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors.  In the Application, HRO seeks approval of fees totaling $202,473.00 and costs totaling $23,631.22 for its services from April 1, 2003, through June 30, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on HRO an initial report based on our review, and received a response from HRO, portions of which response are quoted herein.

## DISCUSSION

<u>General Issues</u>

3.      In our initial report, we noted that the Application was generally well detailed and devoid of lumping.

<u>Specific Time and Expense Entries</u>

4.      We noted that on April 3, 2003, KWL ($350.00) billed 6.0 hours for $2,100.00. However, the parenthetical entries from the fee detail total only 3.0 hours, for a possible overcharge of $1,050.00.  The entry is provided below.

| 04/03/03 | KWL | $2,100.00 | 6.0 | Review Findings of Fact and Conclusions of Law (1.0); review audit response information (2.0). |

We asked HRO to explain the discrepancy.  HRO responded as follows:

> HRO agrees that the time entry of KWL on April 3, 2003, contained an addition error.  Accordingly, HRO agrees to a reduction of HRO's requested award for fees by $1,050.00.

We appreciate the response and thus recommend a reduction of $1,050.00 in fees.

5.      In our initial report, we noted an expense entry on May 3, 2003, for which there is insufficient supporting information.  The entry is provided below.

| 05/03/03 | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 47414; DATE: 5/3/2003 - Denver, Catering for April, 2003, Lunch 4/18/03, K. Coggon | $    43.56 |

We asked HRO to provide the number of diners at the lunch.  HRO responded as follows:

HRO has reviewed the invoices for this expense and notes that there were five (5) diners at this lunch, for an average per meal cost of $8.71 per person.  A copy of the invoice detailing all five participants will be made available to the Fee Auditor upon request.

We appreciate the response and offer no objection to this expense.

## CONCLUSION

6.      Thus, we recommend approval of fees totaling $201,423.00 ($202,473.00 minus $1,050.00) and costs totaling $23,631.22 for HRO's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 29th day of September, 2003.

_____
          Warren H. Smith

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Holme 9int 4-6.03.wpd

# SERVICE LIST
Notice Parties

## The Applicant

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

## The Debtors

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## Counsel for the Debtors

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

## Counsel for the Official Committee of Unsecured Creditors

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

## Counsel to the Official Committee of Property Damage Claimants

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

## Counsel to the Official Committee of Personal Injury Claimants

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

## Official Committee of Equity Holders

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801