IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 20, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
TWENTY-SECOND MONTHLY FEE APPLICATION
FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/251364

**EXHIBIT A**
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number 59140
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through July 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/01/03 | ARA | Document control. | 0.70 Hrs | $59.50 |
| 07/03/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $25.50 |
| 07/07/03 | ARA | Organize information in the master inventory binder and Winthrop Square information binders according to categories designated by slip sheets. | 5.20 Hrs | $442.00 |
| 07/08/03 | MTM | Telephone call from in-house counsel with request for Libby personnel file; review indices re: same (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 07/08/03 | ARA | Work on assembly of master information binder for Winthrop Square (4.0). Per MTM's request, locate Libby personnel file (.8); arrange for documents to be copied for in-house counsel and oversee pick up by copy service (.5). | 5.30 Hrs | $450.50 |
| 07/09/03 | ARA | Continue to work on master information binder. | 4.70 Hrs | $399.50 |
| 07/10/03 | ARA | Quality control, make corrections and add other materials to Winthrop Square information binder. | 5.50 Hrs | $467.50 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/11/03 | ARA | Quality control removal binder documents (1.5). Quality control Libby personnel files (.6). | 2.10 Hrs | $178.50 |
| 07/13/03 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $110.00 |
| 07/15/03 | ARA | Quality control, make corrections and add other materials to Winthrop Square information binder. | 4.60 Hrs | $391.00 |
| 07/15/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 07/16/03 | RAM | Read updated docket entries to select documents to read. | 0.20 Hrs | $44.00 |
| 07/16/03 | ARA | Quality control, make corrections and add other materials to Winthrop Square information binder. | 6.10 Hrs | $518.50 |
| 07/16/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.70 Hrs | $59.50 |
| 07/17/03 | MTM | Telephone call from Holme Roberts attorney re: Recordkeeper boxes in Denver to be returned (.2). Review binders at Winthrop Square re: Recordkeeper boxes to be returned from Holme Roberts in Denver (1.0). | 1.20 Hrs | $228.00 |
| 07/17/03 | ARA | Quality control, make corrections and add other materials to Winthrop Square information binder (2.4). Discussion with MTM re: Recordkeeper boxes to be returned to Boston (.3). | 2.70 Hrs | $229.50 |
| 07/18/03 | RAM | Read selected documents filed in bankruptcy court. | 1.20 Hrs | $264.00 |
| 07/18/03 | MTM | Telephone call from Holme Roberts attorney re: Recordkeeper boxes to be returned to Boston and one box from Enoree. | 0.20 Hrs | $38.00 |
| 07/24/03 | DBM | Conduct search for documents from Portland re: workers' compensation claim. | 2.00 Hrs | $400.00 |
| 07/24/03 | MTM | Receipt of message from Zurich Insurance investigator re: request for information re: new worker's compensation claim in Portland (.1); telephone call to in-house counsel re: same (.1); review indices to Cambridge and Winthrop Square re: documents obtained from Portland plant (.3); email to DBM re: searching for documents to, from or mentioning former employee (.1); receipt and review of list of documents (.9). | 1.50 Hrs | $285.00 |
| 07/25/03 | MTM | Telephone call from Zurich Insurance investigator re: workers' compensation claim documents. | 0.20 Hrs | $38.00 |
| 07/25/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 07/28/03 | RAM | Read updated docket entries to select documents to read (.1). Conference with MTM re: what work remains to be done at the repository (.1). | 0.20 Hrs | $44.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/28/03 | ARA | Quality control, make corrections and add other materials to Winthrop Square information binder (1.4). Organize Quick Reference Guide materials used for the EPA document review (1.0). Telephone call from MTM; locate information and email Holme Roberts attorney re: Recordkeeper boxes shipped to Winthrop Square (.8). | 3.20 Hrs | $272.00 |
| 07/29/03 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $44.00 |
| 07/29/03 | MTM | Meeting with ARA at Winthrop Square re: wind up of document review (boxes to be returned to Recordkeeper, location lists for all materials in basement and first floor, etc.). | 0.70 Hrs | $133.00 |
| 07/29/03 | ARA | Continue to organize Quick Reference Guide materials used for EPA document review (1.0). Telephone calls to and from Holme Roberts re: Recordkeeper boxes shipped to Winthrop Square and discussion with MTM re: same (1.1). Meet with MTM re: status of wind up of document review (.7). Quality control, make corrections and add other materials to Winthrop Square information binder (4.4). | 7.20 Hrs | $612.00 |
| 07/29/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM (.2). Review documents in Delaware Bankruptcy Court for claim information (.4). | 0.60 Hrs | $51.00 |
| 07/30/03 | ARA | Review files and binders for Recordkeeper box numbers; prepare remainder of boxes to send them to Recordkeeper (5.1). Quality control, make corrections and add other materials to Winthrop Square information binder (1.7). | 6.80 Hrs | $578.00 |
| 07/31/03 | MTM | Telephone call from in-house counsel with request to locate 1948 Reader's Digest article on vermiculite in repository (.2). Receipt and review of Winthrop Square location list from ARA (.2). Telephone call from ARA re: resource materials in basement (.1). Review basement materials with ARA (.4) | 0.90 Hrs | $171.00 |
| 07/31/03 | ARA | Prepare inventory of basement repository (4.0); discussion with MTM re: same (.4). | 4.40 Hrs | $374.00 |
| | | TOTAL LEGAL SERVICES | | $6,962.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.30 Hrs | 220/hr | $506.00 |
| DONNA B. MACKENNA | 2.00 Hrs | 200/hr | $400.00 |
| MATTHEW T. MURPHY | 4.90 Hrs | 190/hr | $931.00 |
| ANGELA R. ANDERSON | 58.50 Hrs | 85/hr | $4,972.50 |
| MARCI E. VANDERHEIDE | 1.80 Hrs | 85/hr | $153.00 |
| | 69.50 Hrs | | $6,962.50 |

TOTAL THIS BILL    $6,962.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number 59141
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through July 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/03/03 | RAM | Work on May fee application. | 0.30 Hrs | $66.00 |
| 07/14/03 | RAM | Work on May fee application. | 0.40 Hrs | $88.00 |
| 07/15/03 | RAM | Work on May fee application. | 0.50 Hrs | $110.00 |
| 07/16/03 | RAM | Work on May fee application. | 0.10 Hrs | $22.00 |
| 07/17/03 | RAM | Work on May fee application. | 1.20 Hrs | $264.00 |
| 07/18/03 | RAM | Finalize May fee application; send it to in-house counsels (.4); telephone conference with in-house counsel re: same (.1). | 0.50 Hrs | $110.00 |
| 07/23/03 | RAM | Telephone call to in-house counsel; leave message inquiring whether May fee application may be filed. | 0.05 Hrs | No charge |
| 07/30/03 | RAM | Telephone conference with in-house counsel that May fee application may be filed (.1); finalize application and send it to Delaware counsel for filing (.2). | 0.30 Hrs | $66.00 |
| | | TOTAL LEGAL SERVICES | | $726.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.30 Hrs | 220/hr | $726.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| | 3.35 Hrs | | $726.00 |

TOTAL THIS BILL    $726.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number 59142
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through July 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/01/03 | MTM | Meeting with ARA re: advertising material review per request of in-house counsel. | 0.40 Hrs | $76.00 |
| 07/01/03 | ARA | Per telephone call from MTM, obtain advertising documents (2.6); meeting with MTM to discuss documents located (.4). | 3.00 Hrs | $255.00 |
| 07/02/03 | MTM | Review advertising materials re: request from in-house counsel. | 1.20 Hrs | $228.00 |
| 07/02/03 | ARA | Telephone call from MTM re: status of copying advertising material. | 0.20 Hrs | $17.00 |
| 07/03/03 | ARA | Quality control advertising materials. | 1.60 Hrs | $136.00 |
| 07/08/03 | ARA | Per MTM's request, review B. Hunter deposition binder for current address. | 0.50 Hrs | $42.50 |
| 07/11/03 | ARA | Quality control original documents. | 1.00 Hrs | $85.00 |
| 07/13/03 | RAM | Read Grace's motions for summary judgment with attachments (.7) and to exclude evidence of damages (.1) and to consolidate ZAI Actions (.1). Look for papers re: Harashe trial (.1). | 1.00 Hrs | $220.00 |
| 07/14/03 | RAM | Read my report on Harashe trial (.2); fax it to in-house counsel with letter (.2); telephone conference with in-house counsel re: same (.1). | 0.50 Hrs | $110.00 |

Page 1

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/18/03 | RAM | Telephone conference with in-house counsel re: Harashe and status of litigation in general. | 0.05 Hrs | No charge |
| 07/21/03 | RAM | Read amended notices of motion hearings. | 0.05 Hrs | No charge |
| | | TOTAL LEGAL SERVICES | | $1,169.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.50 Hrs | 220/hr | $330.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 1.60 Hrs | 190/hr | $304.00 |
| ANGELA R. ANDERSON | 6.30 Hrs | 85/hr | $535.50 |
| | 9.50 Hrs | | $1,169.50 |

                    TOTAL THIS BILL     $1,169.50