**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number 59143
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2003

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 07/16/03 | To in-house counsel from MTM on 7/9/03 | 8.21 |
| | | $8.21 |

**PACER ONLINE SEARCH**

| | | |
|---|---|---|
| 07/31/03 | access and print bankruptcy court docket entries on 4/30/03 | 8.26 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/7/03 | 4.13 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/6/03 | 0.35 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/24/03 | 0.28 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/16/03 | 0.42 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/12/03 | 0.28 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/16/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.77 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/16/03 | 0.77 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/29/03 | 0.36 |
| 07/31/03 | access and print bankruptcy court docket entries on 6/16/03 | 1.05 |
| 07/31/03 | access and print bankruptcy court docket entries on 6/27/03 | 2.52 |
| 07/31/03 | access and print bankruptcy court docket entries on 6/25/03 | 0.42 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2003

PACER ONLINE SEARCH

| Date | Description | Amount |
|---|---|---|
| 07/31/03 | access and print bankruptcy court docket entries on 6/9/03 | 10.64 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/15/03 | 5.25 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/27/03 | 6.86 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/21/03 | 0.35 |
| 07/31/03 | access and print bankruptcy court docket entries on 5/14/03 | 5.32 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.49 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.28 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/4/03 | 2.03 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/4/03 | 2.03 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/4/03 | 0.49 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/4 | 1.68 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.42 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 2.10 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.14 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 1.47 |
| 07/31/03 | access and print bankruptcy court docket entries on 4/8/03 | 0.35 |

$70.85

OUTSIDE PHOTOCOPYING

| 07/29/03 | MERRILL CORPORATION - Libby Personnel file requested by in-house counsel (7/8/03) | 6.93 |

$6.93

PHOTOCOPYING

| 07/03/03 | 7 copies. | 0.84 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2003

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/03/03 | 16 copies. | 1.92 | |
| 07/07/03 | 1 copy. | 0.12 | |
| 07/28/03 | 3 copies. | 0.36 | |
| 07/31/03 | 2 copies. | 0.24 | |
| | | | $3.48 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 07/01/03 | Rent & Utilities for document repository at One Winthrop Square - June 2003 | 12,371.92 | |
| | | | $12,371.92 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 07/08/03 | RECORDKEEPER ARCHIVE - monthly storage fee (7/03) | 388.80 | |
| | | | $388.80 |
| | | TOTAL DISBURSEMENTS | $12,850.19 |
| | | TOTAL THIS BILL | $12,850.19 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number 59144
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2003

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 07/15/03   To RAM from Scotta McFarland on 6/27/03 | 12.19 | |
| | | $12.19 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 07/30/03   84 copies. | 10.08 | |
| | | $10.08 |
| | TOTAL DISBURSEMENTS | $22.27 |
| | TOTAL THIS BILL | $22.27 |

Page 1

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 24, 2003

Bill Number  59145
File Number  0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through July 31, 2003

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 07/16/03 | To in-house counsel from MTM on 7/2/03 | 16.10 | |
| | | | $16.10 |
| | TOTAL DISBURSEMENTS | | $16.10 |
| | TOTAL THIS BILL | | $16.10 |