## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. et al.; | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:**
**October 20, 2003 at 4:00 p.m.**
**Hearing date: To be scheduled only**
**if objections are timely filed and served.**

### TWENTY-NINTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2003 – August 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$69,927.00 (80% - $55,941.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,164.19 (Stroock)**<br>**$12,488.94 (Chambers)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twenty-Eighth Monthly Fee Statement and the Ninth Quarterly Fee Application is approximately 42.9 hours and the corresponding compensation requested is approximately $13,045.50.*

SSL-DOCS1 1383472v1

## Attachment A

### Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1383472v1

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | | |

**WR GRACE & CO**
**ATTACHMENT B**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| | | | | |
| Greenberg, Mayer | 3.4 | 550 | 1,870.00 | 5 |
| Kruger, Lewis | 5.6 | 725 | 4,060.00 | 33 |
| Pasquale, Kenneth | 6.2 | 550 | 3,410.00 | 4 |
| | | | | |
| **Associates** | | | | |
| | | | | |
| Berg, Madelaine | 4.1 | $500 | $2,050.00 | 23 |
| Brandes, Ronnie H. | 4.6 | 295 | 1,357.00 | 2 |
| Krieger, Arlene | 78.3 | 495 | 38,758.50 | 19 |
| Sasson, Moshe | 24.8 | 445 | 11,036.00 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| | | | | |
| Caskadon, Alexandra | 29.5 | 180 | 5,310.00 | 1 |
| Defreitas, Vaughn | 15.4 | 115 | 1,771.00 | 15 |
| Mohamed, David | 0.3 | 115 | 34.5 | 14 |
| Stutman, Sarah | 1.5 | 180 | 270 | 1 |
| | | | | |
| **Total** | **173.7** | | **$ 69,927.00** | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 43.7 | $20,731.50 |
| 0013 | Business Operations | 19.7 | 9,772.00 |
| 0014 | Case Administration | 21.0 | 4,272.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.3 | 1,633.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 22.7 | 11,719.50 |
| 0018 | Fee Application, Applicant | 42.9 | 13,045.50 |
| 0020 | Fee Application, Others | 4.5 | 810.00 |
| 0021 | Employee Benefits, Pension | 0.9 | 445.50 |
| 0037 | Hearings | 6.7 | 4,121.50 |
| 0041 | Relief from Stay Proceeding | 0.3 | 148.50 |
| 0047 | Tax Issues | 8.0 | 3,227.00 |
| | | | |
| | **Total** | **173.7** | **$ 69,927.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 29, 2003 |
| INVOICE NO. | 301677 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2003, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2003 | Attended to ZAI pleadings and amended notice of hearing date thereon (1.9). | Krieger, A. | 1.9 |
| 08/04/2003 | Review Debtors' motion to expand the preliminary injunction (.4); attend to ZAI litigation related pleadings (1.3). | Krieger, A. | 1.7 |
| 08/04/2003 | Summarize ZAI motion for SJ. | Sasson, M. | 4.0 |
| 08/05/2003 | Memorandum to J. Baer re preliminary injunction related matter (.1). | Krieger, A. | 0.1 |
| 08/05/2003 | Continued drafting memo to Committee re: ZAI motions (2.5); t./c K. Pasquale re: same (.2). | Sasson, M. | 2.7 |
| 08/06/2003 | Attended to memorandum to the Committee re ZAI litigation memorandum and follow-up exchange of memoranda thereon (.3); attended to review of ZAI related pleadings (1.3). | Krieger, A. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/08/2003 | Attended to ZAI litigation-related pleadings. | Krieger, A. | 1.6 |
| 08/12/2003 | Attended to ZAI pleading's received including Claimants' response to Grace's summary judgment motion (.2); exchanged memoranda with KP, MS re litigation related pleadings (.3). | Krieger, A. | 0.5 |
| 08/12/2003 | Corr. A. Krieger re responsive brief in ZAI science trial. | Sasson, M. | 0.2 |
| 08/13/2003 | Attended to ZAI litigation related pleadings re reviewing 08/06/03 Committee memorandum and certain pleadings referred to therein (2.1). | Krieger, A. | 2.1 |
| 08/13/2003 | Exchanged memoranda with KP re ZAI litigation related pleadings (.2); exchanged memoranda with MS re ZAI litigation related pleadings (.2). | Krieger, A. | 0.4 |
| 08/13/2003 | Attention to opposition papers filed by parties to ZAI litigation re summary judgment (2.5). | Pasquale, K. | 2.5 |
| 08/14/2003 | Continued to attend to ZAI litigation pleadings including Grace's opposition to ZAI Claimants' summary judgment motion(1.4); ZAI's motion for partial summary judgment and Grace's opposition thereto (.8). | Krieger, A. | 2.2 |
| 08/14/2003 | Continued attention to ZAI opposition briefs by Grace to claimants' summary judgment and to exclude RJ Lee testimony (1.5). | Pasquale, K. | 1.5 |
| 08/19/2003 | Review opposition briefs re: various ZAI motions for summary judgment. | Sasson, M. | 2.5 |
| 08/20/2003 | Continued review of opposition briefs re: ZAI trial, summarize same for memo to clients. | Sasson, M. | 6.0 |
| 08/21/2003 | Attention to respective reply papers filed by Debtors and ZAI claimants (2.0). | Pasquale, K. | 2.0 |
| 08/21/2003 | Check docket, V. DeFreitas re: ZAI reply briefs (.2); continued drafting memo to client (3.0). | Sasson, M. | 3.2 |
| 08/26/2003 | Telephone conference G. Becker re ZAI mediation (.1); memo to LK re mediation inquiry (.1). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/26/2003 | Finalize, edit memo to Committee re: various briefs filed in ZAI trial (1.5); t/c K. Pasquale re: same, reply briefs (.2). | Sasson, M. | 1.7 |
| 08/27/2003 | Office conference LK re 9/5/03 mediation (.1); exchanged memo with J. Baer re 9/5/03 mediation (.1); attended to reply briefs filed by Grace, or the ZAI claimants in connection with the pending ZAI litigation-related summary judgment motions (.6). | Krieger, A. | 0.8 |
| 08/27/2003 | T/c K. Pasquale re: ZAI hearings, mediation, memo to client re: briefs. | Sasson, M. | 0.3 |
| 08/28/2003 | Review reply briefs in ZAI trial, summarize same for memo to Committee. | Sasson, M. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 13.1 | $ 495 | $ 6,484.50 |
| Pasquale, Kenneth | 6.0 | 550 | 3,300.00 |
| Sasson, Moshe | 24.6 | 445 | 10,947.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | · $ 20,731.50 |
|------------------------------------------|---------------|

| TOTAL FOR THIS MATTER | $ 20,731.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| | | |
|---|---|---|
| RE | Business Operations | |
| | 699843  0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/04/2003 | Review Debtors' motion for authority to enter into and perform under an administrative order (.4); prepare memorandum to C. Lane, J. Baer re questions regarding the same (.3); telephone conference J. Baer re responses to inquiries (.2); telephone conference C. Whitney Troyer re Debtors' motion and need to obtain additional information (.3); memo to M. Berg re Debtors' motion for order (.1); office conference J. Baer re Honeywell decision and Honeywell's appeal thereof (.1). | Krieger, A. | 1.4 |
| 08/05/2003 | Review draft EPA order on Consent;  office conference with A. Krieger. | Berg, M. | 1.5 |
| 08/05/2003 | Exchanged memoranda with M. Berg re Debtors' motion and form of Administrative Order (.2); memo to C. Whitney re Administrative Order and substance of conversation with Jan Baer (.2); review administrative order (1.1); office conferences M. Berg re order and Debtors' motion approving same (.8); prepare memorandum to J. Baer re follow-up questions on EPA matter (.4). | Krieger, A. | 2.7 |
| 08/06/2003 | Review e-mail correspondence of Debtors' counsel re: administrative order. | Berg, M. | 0.2 |
| 08/06/2003 | Memo to K. Lund re questions regarding the Debtors' motion for authority to enter into an Administrative Order with the EPA (.3); exchanged further memoranda with J. Baer/Ken Lund re administrative order provisions and outstanding questions thereon (.8); attended to memoranda from M. Berg re comment on information request for Debtors' counsel (.4); exchanged additional memoranda with M. Berg re administrative order provisions (.2). | Krieger, A. | 1.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/07/2003 | Conference call with A. Krieger and Ken Lund re: consent order (.5);  telephone calls with A. Krieger, review draft memo to Committee re: consent order (1.7). | Berg, M. | 2.2 |
| 08/07/2003 | Exchanged memoranda with M. Berg re conference call with Ken Lund to discuss Administrative Order (.1); memo to Ken Lund re conference call to discuss order (.1); conference MB, Ken Lund re administrative Order (.5); telephone conferences Andrea Madigan re statutory penalty (.4); office conference M. Berg re substance of conversation with EPA counsel (.3). | Krieger, A. | 1.4 |
| 08/08/2003 | Conference call Ken Lund, M. Berg re Administrative order (.5); follow-up office conference M. Berg re same (.2); review Administrative Order for possible areas of modification (.4); telephone conference A. Madigan re Committee's concerns regarding stipulated penalty provisions and other terms (.4); exchanged memoranda with Jan Baer re support and information for administrative order motion (.2); memo to M. Berg re modification of order (.1). | Krieger, A. | 1.8 |
| 08/11/2003 | Telephone conference L. Hamilton re Administrative Order. | Krieger, A. | 0.1 |
| 08/11/2003 | Telephone conference S. Cunningham re information regarding the Debtors' cash position, and upcoming review of last quarter results with the Debtors' senior management (.4). | Krieger, A. | 0.4 |
| 08/12/2003 | Telephone call with A. Krieger re: consent order. | Berg, M. | 0.2 |
| 08/13/2003 | Telephone conference J. Baer re Ken Lund contact and modification of administrative order (.1); memo to M. Berg re J. Baer message (.1). | Krieger, A. | 0.2 |
| 08/14/2003 | Telephone conference S. Cunningham re business performance, sales and acquisition under consideration, amending time for payments to pensions (.2). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/14/2003 | Attended to Company's Second Quarter 2003 Operating results (1.0). | Krieger, A. | 1.0 |
| 08/18/2003 | Review FTI memo re repatriation of cash (.5). | Krieger, A. | 0.5 |
| 08/18/2003 | Exchanged memoranda with J. Baer re negotiated modifications to the Administrative Order (.3); memo to M. Berg re above (.1). | Krieger, A. | 0.4 |
| 08/19/2003 | Attend to Grace memo regarding repatriation of excess cash (.3); telephone call C. Troyer re Grace memo (.1); telephone call S. Cunningham re tax claims objected to (.2). | Krieger, A. | 0.6 |
| 08/20/2003 | Attended to proposal from Andrea Madigan re modified language on stipulated penalty (.1); prepare memorandum to Debtors' counsel re proposal (.4); exchanged memoranda with Ken Lund re proposal (.1);exchanged messages w/M. Berg re: proposal (0.1); telephone call A. Madigan re discussed proposed language to be added to administrative order (.2);memo to Debtors' counsel re same (.1). | Krieger, A. | 1.0 |
| 08/22/2003 | Telephone conference S. Cunningham re review of FTI cash repatriation memorandum (.1); review draft memorandum and prepare extensive comments thereon (1.0). | Krieger, A. | 1.1 |
| 08/22/2003 | Exchanged memoranda with K. Bates (Key Lund's Office) re status of documenting modification to the administrative order as agreed to (.1). | Krieger, A. | 0.1 |
| 08/25/2003 | Telephone conference S. Cunningham re Second Quarter operating results and projections for the rest of the year, acquisition strategy (.4); memo to M. Wintner, M. Greenberg re E. Filon memo providing tax-based rationale for accelerating/modifying agreed-upon pension trust payments (.2); office conference M. Wintner re proposed modifications of pension order (.2). | Krieger, A. | 0.8 |
| 08/26/2003 | Exchanged memoranda with Jan Baer re order issued by the court approving Administrative Order with EPA (.1). | Krieger, A. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/28/2003 | Telephone call L. Hamilton re repatriation of cash analyses (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 4.1 | $ 500 | $ 2,050.00 |
| Krieger, Arlene | 15.6 | 495 | 7,722.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,772.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 9,772.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2003 | Attended to M. Lastowski memo re 7/28 hearings (.2); memo to M. Lastowski re above and questions concerning hearing (.1). | Krieger, A. | 0.3 |
| 08/05/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.4 |
| 08/05/2003 | Exchanged memorandum with R. Serrette re electronic notification inquiry (.1). | Krieger, A. | 0.1 |
| 08/06/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/07/2003 | Attended to miscellaneous orders issued by the Court. | Krieger, A. | 0.6 |
| 08/08/2003 | Exchanged memoranda with C. Troyer re Committee distribution (.1). | Krieger, A. | 0.1 |
| 08/08/2003 | Attention to document request for attorney re: response to objection to Debtors' second omnibus objection to claims. | Mohamed, D. | 0.3 |
| 08/11/2003 | Telephone conference L. Hamilton re pending matters (.1); memorandum to LH re Committee members contact information (.1). | Krieger, A. | 0.2 |
| 08/12/2003 | Retrieved from online docket  and distribute same re: Response to Debtors second omnibus obj to claims filed by Eugene Alfred Braley (.2), Rodney Elletson (.2), Charlene M. Garrison (.2), Douglas Kelly (.2), Celia Jane Kvapil (.2), John Howard Riewoldt (.2), Alice Diane Anderson (.2), George James Bauer (.2), Joseph Kelly (.2), Evelyn Marie Carr (.2), Lawrence Douglas Kelly (.2), David Joseph Christiansen (.2), Danny James Freebury (.2), Daniel Arthur Bundrock (.2), Eddy J. Cole (.2), Heidi Maria Drake(.2), John J. Clemons(.2) , Rodney Erickson (.2), Geraldine M.  Fletcher | Defreitas, V. | 4.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2), Keith Hedahl (.2) , Jack Dean Judkius (.2), Duane Edward Lindsay.(.2). | | |
| 08/12/2003 | Attended to asbestos personal injury Committee's opposition to Debtor's exclusivity motion (1.1); memorandum to LK, KP and Committee re same (.2); memo to V. DeFreitas re requested docketed ZAI pleadings (.1); review updated docket (.1). | Krieger, A. | 1.5 |
| 08/13/2003 | Attention to P.I. Committee objection to exclusivity (.2) | Pasquale, K. | 0.2 |
| 08/14/2003 | Review various documents for assignment of central categories in preparation for addition to central database. | Defreitas, V. | 2.2 |
| 08/14/2003 | Telephone conference Bill Butler are Minnesota counsel appearing for omnibus claims objection (.2). | Krieger, A. | 0.2 |
| 08/18/2003 | O/c D. Azrilen re payments by Grace to SSL and to Chambers Associates from SSL. | Caskadon, A. | 0.5 |
| 08/18/2003 | Review online docket for recently docketed pleadings re: appl to employ State Street Bank(.2); reply to ZAI claimants response to Graces' summary judgment(.2);reply in support of Debtors motion in limine to exclude evidence of any alleged damages from ZAI Science trial(.2); reply to United States statement regarding analysis issues in WR Grace motion for summary judgment and claimants motion to exclude Dr. R.J. Lee's opinion on cleavage fragments(.2); brief in support of ZAI claimants motion for summary judgment(.2); brief in support of motion to exclude Dr. R.J. Lee's opinion of cleavage fragments(.2); Notice of agenda of matters scheduled for hearing on August 25, 2003(.2); reply to Grace's memorandum of opposition to ZAI claimants motion for partial summary judgment re: WR Grace's consumer protection liability(.2). | Defreitas, V. | 1.6 |
| 08/18/2003 | Review recent filings (responses to omnibus objections). | Sasson, M. | 0.2 |
| 08/19/2003 | Review online docket for recently filed | Defreitas, V. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings re: fee auditors final report regarding fee app of Pachulski, Stang, Ziehl, Young & Jones. | | |
| 08/20/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/20/2003 | Telephone call L. Maloney re case status inquiry by counsel representing creditors (.3). | Krieger, A. | 0.3 |
| 08/21/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/22/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/22/2003 | Exchanged e-mails with W. Katchen re futures representative information (.1). | Krieger, A. | 0.1 |
| 08/25/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/26/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/27/2003 | Review various documents for assignment of central categories in preparation for addition to central database. | Defreitas, V. | 2.5 |
| 08/27/2003 | Attended to statements filed by Klehr Harrison and Willkie Farr re representation of DK Acquisition and other pre-petition bank debt holders (.1); memo to LK re informal committee (.1); office conferences LK re informal committee (.1); attended to memo from J. Baer re plan discussions (.1); office conference LK re above (.1); correspondence to T. Maher re plan meeting with the Debtors (.1). | Krieger, A. | 0.6 |
| 08/28/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 08/28/2003 | Exchanged memoranda with T. Maher re plan discussions with the Debtors (.1); memo to LK re T. Maher response (:1); exchanged memoranda with LK re plan meeting (.1); memorandum to and from Jan Baer re plan meeting (.1). | Krieger, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/29/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.5 | $ 180 | $ 90.00 |
| Defreitas, Vaughn | 15.4 | 115 | 1,771.00 |
| Krieger, Arlene | 4.4 | 495 | 2,178.00 |
| Mohamed, David | 0.3 | 115 | 34.50 |
| Pasquale, Kenneth | 0.2 | 550 | 110.00 |
| Sasson, Moshe | 0.2 | 445 | 89.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,272.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,272.50 |
|-----------------------|------------|

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/05/2003 | Review Debtors' first and second omnibus objections to claims (.3). | Krieger, A. | 0.3 |
| 08/08/2003 | Attended to responses to omnibus objections to claims (.8). | Krieger, A. | 0.8 |
| 08/12/2003 | Telephone conference L. Hamilton re omnibus objection to claims (.1); attended to Debtors' responses to various objections to claims (.4). | Krieger, A. | 0.5 |
| 08/19/2003 | Review agenda notice for 8/25/03 calendar including exhibits setting forth status of claim objections (1.6); telephone conference S. Cunningham re tax claims objected to (.l). | Krieger, A. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 3.3 | $ 495 | $ 1,633.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,633.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,633.50 |
| --- | --- |

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2003 | Prepare memorandum for the Committee re settlement of Bureau of Industry and Security Claim (.4); prepare memorandum to the Committee re exclusivity extension motion (.7). | Krieger, A. | 1.1 |
| 08/04/2003 | Prepare memorandum to the Committee re pending matters including motion to extend exclusivity, first and second omnibus objection to claims, Debtors' motion to expand the preliminary injunction (1.2). | Krieger, A. | 1.2 |
| 08/05/2003 | Prepare memorandum to the Committee re describing objections to claims (.7); prepare memorandum discussing Debtors' motion for authority to enter into administrative order (2.3); review legislation report and prepare memorandum to the Committee re Asbestos Reform bill and related documents (.8): review and revise memorandum to the Committee re pending matters (.4); memo to KP, LK re proposed Committee memorandum (.1). | Krieger, A. | 4.3 |
| 08/05/2003 | Review legislative status and memo to Committee regarding same (.3); office conference with A. Krieger regarding EPA issues (.3); review memo to Committee regarding claims - objection and process (.2). | Kruger, L. | 0.8 |
| 08/06/2003 | Office conference LK re exclusivity motion and other pending matters (.2); further prepare memorandum for the Committee re Debtors' motion regarding administrative order authority (2.7); exchanged memoranda with LK re pending matters memorandum (.1); memorandum to T. Maher re pending matter memorandum (.1); exchanged memoranda with K. Pasquale re form of acknowledgement for USA (.2); exchanged memoranda with J. Ellington re acknowledgement to be executed | Krieger, A. | 3.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); memorandum to the Committee re pending matters memorandum (.2). | | |
| 08/07/2003 | Continue to prepare memorandum to the Committee re Debtors' motion for approval of Administrative Order, review and revise same (4.3); exchanged memorandum with M. Berg re revised memorandum for the Committee (.2); further exchange of memoranda with M. Berg re Committee memorandum (.2); office conference LK re Committee memorandum (.1); revise further memo (.4); memo to Tom Maher re memorandum (.1). | Krieger, A. | 5.3 |
| 08/08/2003 | Memorandum to the Committee re memorandum discussing EPA Administrative Order motion (.2); exchanged memoranda with T. Maher re pending motion memorandum (.1). | Krieger, A. | 0.3 |
| 08/12/2003 | Exchanged memoranda with J. Ellington re execution of By-Laws and Joint Interest Agreement (.3); memo to and then office conference M. Berg re Committee position on Administrative Order motion (.3); telephone conference Jan Baer re same (.1). | Krieger, A. | 0.7 |
| 08/13/2003 | Telephone conference Olivia Braun re Bank of Nova Scotia interest in joining the Committee (.2); memo to LK re above (.1); memo to J. Ellington re commonality of interest agreement for execution (.1); office conference LK re Bank of Nova Scotia inquiry on appointment to the Committee (.1); memo to O. Braun re contact information for Frank Perch (.3); telephone conference Olivia Braun re appointment to the Committee (.1); memo to the Committee re Asbestos Reform Legislation meeting in Philadelphia (.3); exchanged memoranda with Letitia Chambers re Philadelphia meeting (.1); exchanged memoranda with KP re: Asbestos Meeting in Philadelphia (.1); telephone conference F. Perch re Bank of Nova Scotia contract (.1); memo to KP, LK re asbestos meeting (.1). | Krieger, A. | 1.6 |
| 08/13/2003 | Office conference with A. Krieger regarding Bank of Nova Scotia's desire to join Committee and need to advise U.S. Trustee F. Perch (.2); review memo to Committee regarding 3rd | Kruger, L. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Circuit meeting regarding asbestos (.2); review of memos regarding ZAI litigation (.2). | | |
| 08/14/2003 | Exchanged memoranda with J. Ellington re Commonality of Interest Agreement (.2). | Krieger, A. | 0.2 |
| 08/22/2003 | Exchanged e-mails with KP re subsequent memorandum to the Committee addressing ZAI responses and replies (.1). | Krieger, A. | 0.1 |
| 08/27/2003 | Office conference with A. Krieger regarding creation of informal bondholder Committee and its role (.3); acceleration of pension benefits (.2); office conference with A. Krieger regarding mediation on ZAI (.2). | Kruger, L. | 0.7 |
| 08/28/2003 | Memo to T. Maher re documentation executed by Government to become ex-officio member (.1); memo to LK, KP re same (.1); prepare memorandum to the Committee re exclusivity and plan discussion meeting dates (.5); telephone conference W. Katchen re plan meeting (.1); memoranda from members of the Committee re plan meeting (.3); memorandum from L. Kruger re Mealy's report on Montana decision (.1); memoranda to the Committee re Montana district court decision (.2); memorandum to J. Ellington re G. Hellerman contact information (.1); correspondence to J. Ellington re signature page to commonality of interest agreement (.2); correspondence to T. Maher re execution of Commonality of Interest agreement (.2). | Krieger, A. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 20.6 | $ 495 | $ 10,197.00 |
| Kruger, Lewis | 2.1 | 725 | 1,522.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,719.50 |
|------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| TOTAL FOR THIS MATTER | $ 11,719.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/05/2003 | Prepare/serve June fee statement. | Caskadon, A. | 2.0 |
| 08/07/2003 | Draft 9th quarterly fee application. | Caskadon, A. | 2.5 |
| 08/08/2003 | Review July fee application (2.5); o/c accounting re: payments (.5). | Caskadon, A. | 3.0 |
| 08/08/2003 | Reviewed billing. | Stutman, S. | 1.5 |
| 08/12/2003 | Prepare 9th quarterly. | Caskadon, A. | 2.0 |
| 08/13/2003 | Draft 9th quarterly fee application. | Caskadon, A. | 2.0 |
| 08/13/2003 | Office conference AC re preparation of July fee statement and Ninth Quarterly application (.1). | Krieger, A. | 0.1 |
| 08/14/2003 | O/c D. Azrilen re quarterly charts. | Caskadon, A. | 0.5 |
| 08/14/2003 | Draft 9th quarterly fee application. | Caskadon, A. | 2.0 |
| 08/18/2003 | Research re preparation of 9th quarterly fee application. | Caskadon, A. | 1.5 |
| 08/18/2003 | Review time detail for July 2003 fee statement. | Krieger, A. | 1.1 |
| 08/22/2003 | Review time detail in connection with preparing Ninth Quarterly fee application. | Krieger, A. | 1.4 |
| 08/25/2003 | Revision and research re 9th Quarterly. | Caskadon, A. | 2.0 |
| 08/25/2003 | Revisions of Grace 9th Quarterly fee application (1.0); research time and expense records re same (1.0). | Caskadon, A. | 2.0 |
| 08/25/2003 | O/c A. Krieger re 9th Quarterly fee application. | Caskadon, A. | 0.4 |
| 08/25/2003 | Complete review of time detail for preparation of ninth quarterly application (1.6); prepare Ninth Quarterly Fee Application (3.6); office | Krieger, A. | 5.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conferences AC re fee/expense information (.1). | | |
| 08/26/2003 | Complete draft of ninth quarterly fee application, reviewed and revise same (5.8); office conferences AC re expense detail backup and fee auditor categories (.3). | Krieger, A. | 6.1 |
| 08/27/2003 | Review/revise 9th quarterly fee application. | Caskadon, A. | 2.0 |
| 08/27/2003 | Review and revise draft of Stroock's Ninth Quarterly Fee Application (2.8); office conferences AC re above (.1). | Krieger, A. | 2.9 |
| 08/28/2003 | Review July bill per accounting changes. | Caskadon, A. | 1.0 |
| 08/28/2003 | Finalize 9th quarterly for K. Pasquale review. | Caskadon, A. | 0.6 |
| 08/29/2003 | Prepare/serve 9th quarterly. | Caskadon, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 24.5 | $ 180 | $ 4,410.00 |
| Krieger, Arlene | 16.9 | 495 | 8,365.50 |
| Stutman, Sarah | 1.5 | 180 | 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,045.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,045.50 |
|-----------------------|-------------|

| RE | Fee Application, Others 699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/05/2003 | Prepare/serve FTI's June fee statement. | Caskadon, A. | 2.0 |
| 08/14/2003 | Prepare FTI's 9th Fee Application for service. | Caskadon, A. | 1.5 |
| 08/19/2003 | Preparation and service of FTI Policano & Manzo's 9th quarterly fee application. | Caskadon, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 4.5 | $ 180 | $ 810.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 810.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 810.00 |
|---|---|

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/07/2003 | Telephone conference Jay Sakalo re 10K discussion about pension plan payments, pending matters (.1); exchanged memoranda with J. Sakalo re pension payment questions (.1). | Krieger, A. | 0.2 |
| 08/21/2003 | Office conference M. Wintner re Debtor's request to modify time frame on approved payments to be made to pension plan trust (.1). | Krieger, A. | 0.1 |
| 08/26/2003 | Memorandum to M. Greenberg, R. Brandes re review of E. Filon correspondence addressing tax benefits to further accelerating pension payments (.1). | Krieger, A. | 0.1 |
| 08/27/2003 | Telephone conference L. Hamilton re of E. Filon letter providing rationale for proposed acceleration of pension payments (.2). | Krieger, A. | 0.2 |
| 08/28/2003 | Telephone conference L. Hamilton re review of rationale for accelerating pension plan payments (.1); exchanged memoranda with M. Greenberg re same (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.9 | $ 495 | $ 445.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 445.50 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 445.50 | |
|---|---|---|

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 113.38 |
| Local Transportation | 79.44 |
| Long Distance Telephone | 385.67 |
| Duplicating Costs-in House | 286.90 |
| Postage | 0.83 |
| Process Service & Calendar Watch | 297.97 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,164.19 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,164.19 |
|---|---|

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/21/2003 | Exchanged memoranda with C. Lane re 8/25/03 calendar (.2); extended telephone conference C. Lane re agenda for hearings and status of matters (.7). | Krieger, A. | 0.9 |
| 08/22/2003 | Prepare memorandum to LK re resolution of EPA  Administrative Order matter, status of Debtors' claims objections (.6); prepare materials for LK for 8/25/03 hearings (.9); exchanged memoranda with J. Baer re resolution of Administrative Order language (.2). | Krieger, A. | 1.7 |
| 08/25/2003 | Review of proposed orders re omnibus claims objections (.5); exchanged memoranda with LK re hearing results (.1). | Krieger, A. | 0.6 |
| 08/25/2003 | Preparation for court hearing on exclusivity and ZAI (.8); in court before Judge Fitzgerald regarding Debtors' agenda (1.2); en route to and from Wilmington, DE (1.5). | Kruger, L. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 3.2 | $ 495 | $ 1,584.00 |
| Kruger, Lewis | 3.5 | 725 | 2,537.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,121.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,121.50 |
|---|---|

| RE | Relief from Stay Proceedings<br>699843  0041 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/20/2003 | Review transcript of 7/28/03 hearing re lift stay motion by Costa & Thornburg. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 495 | $ 148.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 148.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 148.50 |
|-----------------------|----------|

| | | | |
|---|---|---|---|
| RE | Tax Issues<br>699843 0047 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/18/2003 | Read letter from Elyse Filon requesting approval to increase amount contributed to pension funds (.6). | Brandes, R. | 0.6 |
| 08/26/2003 | Review materials re NOLs. | Greenberg, M. | 0.4 |
| 08/27/2003 | Analyzed amount of available NOLs from 1994 if carried back as requested by accelerating pension payments (2.0); discussion with M. Greenberg (.3). | Brandes, R. | 2.3 |
| 08/27/2003 | Discussion with R Brandes re pension payment issue (.3); review letter re same (.2). | Greenberg, M. | 0.5 |
| 08/28/2003 | Meeting with M. Greenberg to review NOLs and amounts available for carry back (.3); prepared for conference call on August 29, 2003 (.7). | Brandes, R. | 1.0 |
| 08/28/2003 | O/c with R. Brandes and prepare for call. | Greenberg, M. | 1.1 |
| 08/29/2003 | Conference call with M. Greenberg and Grace representatives to discuss pension payments and acceleration (.7). | Brandes, R. | 0.7 |
| 08/29/2003 | Call with Filon re tax issues (.7); review materials, tax authorities and discussion with Brandes re same (.7). | Greenberg, M. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Brandes, Ronnie H. | 4.6 | $ 295 | $ 1,357.00 |
| Greenberg, Mayer | 3.4 | 550 | 1,870.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,227.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| TOTAL FOR THIS MATTER | $ 3,227.00 |
|---|---|

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 69,927.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,164.19 |
| TOTAL BILL | $ 71,091.19 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| | |
|---|---:|
| Outside Messenger Service | $113.38 |
| Local Transportation | 79.44 |
| Long Distance Telephone | 385.67 |
| Duplicating Costs-in House | 286.9 |
| Postage | 0.83 |
| Process Service & Calendar Watch | 297.97 |
| **TOTAL** | **$    1,164.19** |

# STROOCK

## INVOICE

| DATE | September 29, 2003 |
|---|---|
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period from August 1, 2003
through August 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 08/19/2003 | FedEx Log 07/24/03 A CASKADON TO F PERCH | 9.53 |
| 08/19/2003 | FedEx Log 08/05/03 A CASKADON TO W SMITH | 17.68 |
| 08/19/2003 | FedEx Log 08/05/03 A CASKADON TO D SIEGAL | 10.92 |
| 08/19/2003 | FedEx Log 08/05/03 A CASKADON TO S CABAN | 9.57 |
| 08/19/2003 | FedEx Log 08/05/03 A CAKADON TO F PERCH | 10.92 |
| 08/29/2003 | FedEx Log 8/19/03 A Caskadon to Shelley Caban | 11.61 |
| 08/29/2003 | FedEx Log 8/19/03 A Caskadon to W Smith | 19.93 |
| 08/29/2003 | FedEx Log 8/19/03 A Caskadon to Frank Perch | 11.61 |
| 08/29/2003 | FedEx Log 8/19/03 A Caskadon to David Siegal | 11.61 |
| | **Outside Messenger Service Total** | **113.38** |
| **Local Transportation** | | |
| 08/07/2003 | NYC Two Ways Inc L Kruger 7/14/03 180 Maiden Lane to E 52 | 35.99 |
| 08/21/2003 | NYC Two Ways Inc. CASKADON 08/07/03 20:00 M from 180 MAIDEN to NJ HOBOKEN | 43.45 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Local Transportation Total** | **79.44** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 08/07/2003 | EXTN.5544, TEL.305-375-6156, S.T.10:30, DUR.05:36 | 2.33 |
| 08/07/2003 | EXTN.5544, TEL.303-312-6904, S.T.11:22, DUR.00:54 | 0.39 |
| 08/08/2003 | EXTN.5760, TEL.973-424-2037, S.T.10:00, DUR.00:48 | 0.39 |
| 08/11/2003 | EXTN.5544, TEL.612-343-2973, S.T.17:31, DUR.00:36 | 0.39 |
| 08/12/2003 | EXTN.5544, TEL.312-861-2162, S.T.16:21, DUR.02:12 | 1.16 |
| 08/12/2003 | EXTN.5431, TEL.612-343-2973, S.T.13:03, DUR.00:18 | 0.39 |
| 08/12/2003 | EXTN.5544, TEL.612-343-2973, S.T.12:19, DUR.00:24 | 0.39 |
| 08/13/2003 | EXTN.5544, TEL.302-573-6491, S.T.14:51, DUR.02:36 | 1.16 |
| 08/14/2003 | EXTN.5760, TEL.973-424-2031, S.T.14:39, DUR.01:48 | 0.78 |
| 08/19/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 08037-02201-03; DATE: 8/5/2003  -  Telecommunication Services | 139.05 |
| 08/19/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 08037-02201-03; DATE: 8/5/2003  -  Telecommunication Services | 208.58 |
| 08/19/2003 | EXTN.5544, TEL.201-556-4045, S.T.10:56, DUR.01:00 | 0.39 |
| 08/19/2003 | EXTN.5544, TEL.201-556-4040, S.T.12:16, DUR.08:24 | 3.49 |
| 08/19/2003 | EXTN.5544, TEL.201-556-4040, S.T.12:39, DUR.02:30 | 1.16 |
| 08/19/2003 | EXTN.5544, TEL.303-312-6904, S.T.16:02, DUR.02:30 | 1.16 |
| 08/21/2003 | EXTN.5492, TEL.302-657-4924, S.T.16:01, DUR.00:42 | 0.39 |
| 08/21/2003 | EXTN.5544, TEL.312-861-3268, S.T.12:04, DUR.42:00 | 16.30 |
| 08/25/2003 | EXTN.5492, TEL.302-657-4900, S.T.10:12, DUR.00:54 | 0.39 |
| 08/28/2003 | EXTN.2006, TEL.973-424-2031, S.T.16:41, DUR.04:36 | 1.94 |
| 08/28/2003 | EXTN.5544, TEL.302-651-3160, S.T.11:11, DUR.01:48 | 0.78 |
| 08/28/2003 | EXTN.5544, TEL.201-556-4021, S.T.14:39, DUR.06:54 | 2.72 |
| 08/28/2003 | EXTN.6495, TEL.302-657-4924, S.T.11:31, DUR.02:12 | 1.16 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/29/2003 | EXTN.6495, TEL.214-698-3868, S.T.14:53, DUR.01:48 | 0.78 |

**Long Distance Telephone Total**      **385.67**

**Duplicating Costs-in House**

| | | |
|------|---|------|
| 08/05/2003 | | 29.80 |
| 08/07/2003 | | 3.10 |
| 08/07/2003 | | 1.60 |
| 08/12/2003 | | 48.40 |
| 08/12/2003 | | 0.10 |
| 08/12/2003 | | 0.10 |
| 08/13/2003 | | 29.60 |
| 08/14/2003 | | 17.70 |
| 08/18/2003 | | 0.30 |
| 08/18/2003 | | 40.40 |
| 08/19/2003 | | 5.70 |
| 08/22/2003 | | 3.00 |
| 08/22/2003 | | 18.20 |
| 08/26/2003 | | 0.20 |
| 08/26/2003 | | 0.10 |
| 08/28/2003 | | 13.60 |
| 08/28/2003 | | 1.00 |
| 08/28/2003 | | 1.20 |
| 08/28/2003 | | 1.50 |
| 08/28/2003 | | 0.30 |
| 08/28/2003 | | 0.20 |
| 08/29/2003 | | 70.80 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Duplicating Costs-in House Total** | **286.90** |

**Postage**

| | | |
|------|-------------|--------|
| 08/31/2003 | Postage Charged by  on 08/28/2003 | 0.83 |
| | **Postage Total** | **0.83** |

**Process Service & Calendar Watch**

| | | |
|------|-------------|--------|
| 08/01/2003 | VENDOR: Pacer Service Center; INVOICE#: 040103; DATE: 4/1/2003  -  Document Retrieval and Search  April 2003 | 5.74 |
| 08/01/2003 | VENDOR: Pacer Service Center; INVOICE#: 040103; DATE: 4/1/2003  -  Document Retrieval and Search  April 2003 | 109.62 |
| 08/01/2003 | VENDOR: Pacer Service Center; INVOICE#: 040103; DATE: 4/1/2003  -  Document Retrieval and Search  April 2003 | 88.32 |
| 08/08/2003 | VENDOR: Pacer Service Center; INVOICE#: 050103; DATE: 5/1/2003  -  Document Retrieval and Search  May 2003 | 58.31 |
| 08/29/2003 | VENDOR: Pacer Service Center; INVOICE#: 060103; DATE: 6/1/2003  -  Document Retrieval and Search June 2003 | 35.98 |
| | **Process Service & Calendar Watch Total** | **297.97** |

BILL DISBURSEMENT SUMMARY

| | |
|------|------|
| Outside Messenger Service | $ 113.38 |
| Local Transportation | 79.44 |
| Long Distance Telephone | 385.67 |
| Duplicating Costs-in House | 286.90 |
| Postage | 0.83 |
| Process Service & Calendar Watch | 297.97 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,164.19 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1383472v1



805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

## Chambers Associates Incorporated

### A Subsidiary of Navigant Consulting

August 22, 2003

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York  10038

Attention:    Kenneth Pasquale

### *For Services Rendered For*
### *W. R. Grace Creditor's Committee - July 2003*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 3.90 hrs. @ $510 | $1,989.00 |
| RR | 3.50 hrs. @ $420 | 1,470.00 |
| MJT | 1.00 hrs. @ $325 | 325.00 |
| RC | 2.00 hrs. @ $300 | 600.00 |
| MA | 15.30 hrs. @ $280 | 4,284.00 |
| MSL | 9.80 hrs. @ $250 | 2,450.00 |
| BLB | 1.00 hrs. @ $225 | 225.00 |
| CS | 5.90 hrs. @ $170 | 1,003.00 |

**Total Professional Fees** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$12,346.00**

**Support Services;**
RT        4.00 hrs. @ $  32        $128.00
**Total Support Services** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$128.00**

**Expenses:**
Telephone                    $14.94
**Total Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$14.94**

**Total Amount Due for July Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . **$12,488.94**

**Outstanding Invoices:**

| | |
|---|---|
| September 28, 2002 | $5,046.70 |
| October 30, 2002 | 771.50 |
| November 28, 2002 | 1,780.75 |
| March 24, 2003 | 1,077.80 |
| April 28, 2003 | 2,043.00 |
| May 20, 2003 | 3,830.50 |
| June 20, 2003 | 61,775.37 |
| July 20, 2003 | 14,274.25 |

**Total Outstanding Invoices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$90,580.27**

**Total Amount Due for July Services, Expenses and Outstanding Invoices** . . . . . . . . . . **$103,069.21**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ATLAS, MARK | 7/01/2003 | 0.10 | Reviewed Stroock memorandum re: status of ZAI litigation |
| ATLAS, MARK | 7/01/2003 | 0.30 | Analysis of proposed legislative amendments |
| TOTEJA, RISHABH | 7/01/2003 | 1.70 | Analysis of proposed legislative amendments. |
| ATLAS, MARK | 7/02/2003 | 0.70 | Analysis of proposed legislative amendments |
| TOTEJA, RISHABH | 7/02/2003 | 0.80 | Analysis of proposed legislative amendments. |
| ATLAS, MARK | 7/03/2003 | 0.70 | Analysis of proposed legislative amendments |
| CHAMBERS, LETITIA | 7/07/2003 | 1.30 | Monitoring of legislation; respond to questions of attorneys - pro rata |
| ATLAS, MARK | 7/08/2003 | 0.30 | Analysis of proposed legislative amendments |
| TOTEJA, RISHABH | 7/08/2003 | 0.50 | Analysis of proposed legislative amendments. |
| ATLAS, MARK | 7/09/2003 | 0.40 | Analysis of proposed legislative amendments and reviewed and analyzed Caplin & Drysdale analysis of same. |
| TOTEJA, RISHABH | 7/09/2003 | 0.20 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| ATLAS, MARK | 7/10/2003 | 0.20 | Reviewed Stroock memorandum on Summit Ventures motion |
| CHAMBERS, LETITIA | 7/10/2003 | 0.70 | Monitoring legislation - pro rata |
| LYMAN, MARY | 7/10/2003 | 0.50 | Monitor markup of asbestos legislation (pro-rated) |
| ATLAS, MARK | 7/11/2003 | 0.30 | Reviewed and edited proforma |
| ATLAS, MARK | 7/11/2003 | 1.20 | Analysis of proposed legislative amendments and reviewed and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/11/2003 | 0.60 | Work on memo re asbestos legislation |
| ATLAS, MARK | 7/14/2003 | 1.70 | Analyzed legislative amendments and reviewed and analyzed Caplin & Drysdale analysis of same. |
| JR., ROBERT CARLSTROM | 7/14/2003 | 1.00 | Analyzed Caplin & Drysdale study of asbestos reform legislation and discussed same with staff |
| LYMAN, MARY | 7/14/2003 | 0.80 | Work on gathering markup amendments and writing memo re new version of Hatch bill |
| SCHNEEWEISS, CAREY | 7/14/2003 | 1.00 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| TOTEJA, RISHABH | 7/14/2003 | 0.40 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ATLAS, MARK | 7/15/2003 | 1.60 | Analyzed legislative amendments and reviewed and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/15/2003 | 0.60 | Compile complete list of amendments to Hatch bill and text of each, send to M. Atlas, work on memo re legislation |
| REMIAN, ROBERT | 7/15/2003 | 1.10 | Reviewed, analyzed, and prepared response to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| SCHNEEWEISS, CAREY | 7/15/2003 | 1.50 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| ATLAS, MARK | 7/16/2003 | 1.00 | Analyzed legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/16/2003 | 1.20 | Work on memo and report re asbestos reform legislation |
| SCHNEEWEISS, CAREY | 7/16/2003 | 2.00 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| TOTEJA, RISHABH | 7/16/2003 | 0.10 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| ATLAS, MARK | 7/17/2003 | 1.30 | Analyzed legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| CHAMBERS, LETITIA | 7/17/2003 | 1.10 | Work on report to clients on legislation as reported by Senate Committee - pro rata |
| LYMAN, MARY | 7/17/2003 | 0.80 | Work on report on asbestos reform legislation |
| REMIAN, ROBERT | 7/17/2003 | 1.20 | Reviewed, analyzed, and prepared response to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| SCHNEEWEISS, CAREY | 7/17/2003 | 1.40 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| TOTEJA, RISHABH | 7/17/2003 | 0.10 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| LYMAN, MARY | 7/18/2003 | 0.80 | Work on report on asbestos legislation |
| BAKER, BRUCE | 07/18/2003 | 1.00 | Calibrate model |
| REMIAN, ROBERT | 7/18/2003 | 0.70 | Reviewed, analyzed, and prepared response to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| TALBOT, MICHAEL J. | 7/18/2003 | 1.00 | Model Analysis |

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ATLAS, MARK | 7/22/2003 | 1.00 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| CHAMBERS, LETITIA | 7/22/2003 | 0.80 | Report on legislation - pro rata |
| LYMAN, MARY | 7/22/2003 | 0.80 | Read Judiciary Committee report on asbestos bill, revisions and additions to memo |
| ATLAS, MARK | 7/23/2003 | 1.10 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/23/2003 | 1.50 | Finish draft report on asbestos legislation |
| REMIAN, ROBERT | 7/23/2003 | 0.50 | Reviewed, analyzed, and prepared response to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| TOTEJA, RISHABH | 7/23/2003 | 0.20 | Gathered information to respond to Caplin & Drysdale analysis of asbestos reform legislation and conferences with staff re: same |
| ATLAS, MARK | 7/24/2003 | 1.20 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/24/2003 | 0.40 | Read revised Hatch bill language, make additions to report |
| ATLAS, MARK | 7/25/2003 | 0.40 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| LYMAN, MARY | 7/25/2003 | 1.50 | Finish, edit, and distribute report on Hatch asbestos bill |
| ATLAS, MARK | 7/28/2003 | 0.20 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| ATLAS, MARK | 7/29/2003 | 0.20 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| ATLAS, MARK | 7/30/2003 | 0.20 | Telephone conference with staff re: status of research on bankruptcy clients |
| ATLAS, MARK | 7/30/2003 | 0.80 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| ATLAS, MARK | 7/31/2003 | 0.40 | Analysis of legislative amendments and analyzed Caplin & Drysdale analysis of same. |
| JR., ROBERT CARLSTROM | 7/31/2003 | 1.00 | Analyzed Caplin & Drysdale analysis of legislative amendments |
| LYMAN, MARY | 7/31/2003 | 0.30 | Download and read additional views in Committee Report on Hatch ill |