

**New York State Department of Taxation and Finance**
Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 9/29/2003

Case number: 01-01140 JKF
Refer to this number for inquiries

Total claim amount: $19,295.89

## Administrative Expense Tax Liability

Taxpayer ID#:  B-13-5114230-2
B-13-5114230-C-5
B-13-5114230-B-7

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for W. R. GRACE & CO.-CONN., W. R. GRACE & CO.-CONN. and W. R. GRACE & CO.-CONN.. Additional penalty and interest will accrue if paid after 10/2/2003.

Administrative Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 05/31/2003 | L-023052781-4 | 16,505.00 | 2,145.65 | 645.24 | 19,295.89 | ACT |
|  |  |  |  |  | Total $ | 19,295.89 |  |

Current Annual Interest Rates by Tax Type: Sales and Use - 14%
Liability Type Descriptions: ACT - Actual Return Filed

*marlene Centrella* (signature)

TC-987 (2/01)      030922180137000002