alp_132c: Client Summary

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
***PRIVILEGED AND CONFIDENTIAL***

Run Date & Time: 09/24/2003 14:04:41

PAGE   1

Client No: 056772
Client Name : W.R. GRACE & CO.   EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

---

**PRE-BILLING SUMMARY REPORT**

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 08/29/2003 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 08/26/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 9,815.50 | 130.93 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | 08/29/2003 | 08/26/2003 |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

| | | UNAPPLIED CASH |
|---|---|---|
| ACCOUNTS RECEIVABLE TOTALS | | |
| FEES: | 33,400.93 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 169.39 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 49,172.50 | TRUST BALANCE: | |

---

**BILLING HISTORY**

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 08/31/03 | LAST PAYMENT DATE: | 08/19/03 |
| LAST BILL NUMBER: | 375389 | FEES BILLED TO DATE: | 593,335.00 |
| LAST BILL THRU DATE: | 07/31/03 | FEES WRITTEN OFF TO DATE: | 546,186.18 |

---

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee         (6) Summer Associate
(2) Late Time & Costs Posted   (7) Fixed Fee
(3) Pre-arranged Discount      (8) Premium
(4) Excessive Legal Time       (9) Rounding
(5) Business Development       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp.132c: Client Summary

Run Date & Time: 09/24/2003 14:04:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 08/21/03 | 08/27/03 | 0.20 | 105.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 08/04/03 | 08/29/03 | 11.90 | 5,414.50 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 08/01/03 | 08/29/03 | 6.90 | 2,311.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 08/01/03 | 08/29/03 | 9.90 | 1,831.50 |
| 05408 | CURNEY, LUPANN | PARALEGAL | 08/12/03 | 08/12/03 | 0.90 | 153.00 |
| | Total: | | | | 29.80 | 9,815.50 |

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 08/26/03 | 08/26/03 | 13.00 |
| 0820 | PHOTOCOPYING | 08/12/03 | 08/18/03 | 82.35 |
| 0880 | POSTAGE | 08/18/03 | 08/18/03 | 10.98 |
| 0930 | MESSENGER/COURIER | 08/12/03 | 08/12/03 | 11.90 |
| 0940 | CAB FARES | 08/25/03 | 08/25/03 | 13.00 |
| | Total | | | 130.93 |
| | Grand Total | | | 9,946.43 |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 09/24/03 14:04:44)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 138,553.50 | 16,080.63 | | 154,634.13 | | |
| 01/31/02 | 07/31/01 | 346114 | 30,125.00 | 2,338.23 | | 32,463.23 | | .00 |
| 02/27/02 | 01/31/02 | 340586 | 23,407.50 | 1,961.58 | | 25,369.08 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 29,782.50 | 2,597.44 | | 32,379.94 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 28,405.00 | 2,107.94 | | 30,512.94 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 28,794.00 | 2,669.24 | | 31,463.24 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 24,232.00 | 2,297.61 | | 26,529.61 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 20,297.50 | 388.61 | | 20,686.11 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 26,500.82 | 1,121.59 | | 27,622.41 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 31,431.00 | 2,753.47 | | 34,184.47 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359571 | 25,584.50 | 1,761.46 | | 27,345.96 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 38,997.50 | 2,124.93 | | 41,122.43 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 18,704.00 | 602.22 | | 19,306.22 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | 12,670.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 9,807.47 | 05/27/03 | 2,220.00 |
| 03/19/03 | 02/28/03 | 367178 | 13,155.50 | 240.08 | | 10,711.98 | 05/27/03 | 2,683.00 |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | 27,421.38 | 07/21/03 | |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 2,287.82 | 07/21/03 | 6,915.60 |

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/24/2003 14:04:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 09/24/03 14:04:45)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | 7,636.34 | 08/19/03 | 1,882.23 |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | .00 | | 10,564.09 |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 | | .00 | | 9,304.80 |
| | | Total: | 564,612.32 | 43,113.08 | | 574,155.08 | | 33,570.32 |

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                          PAGE    1

Run Date & Time: 09/24/2003 14:04:40                        *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE


Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/01/2003                      TO:         08/29/2003
UNBILLED DISB FROM:   08/18/2003                      TO:         08/26/2003

                         FEES                                          COSTS

GROSS BILLABLE AMOUNT:          3,660.00                                          89.89
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:

                                                                      08/29/2003
                                                                      08/26/2003
                                                08/29/2003
DISB RETAINER:
                                                08/26/2003
TOTAL OUTSTANDING:              10,271.66                   TOTAL AVAILABLE FUNDS:       0.00
                                                           TRUST BALANCE:
                                                           BILLING HISTORY

DATE OF LAST BILL:              08/31/03                    LAST PAYMENT DATE:           08/19/03
LAST BILL NUMBER:               375389                     FEES BILLED TO DATE:         171,947.50
LAST BILL THRU DATE:            07/31/03                    FEES WRITTEN OFF TO DATE:    73,096.50

                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                      FEES:                 10,123.30       UNIDENTIFIED RECEIPTS:       0.00
                      DISBURSEMENTS:           148.36       PAID FEE RETAINER:           0.00
                      FEE RETAINER:              0.00       PAID DISB RETAINER:          0.00
                      DISB RETAINER:             0.00       TOTAL AVAILABLE FUNDS:       0.00
                      TOTAL OUTSTANDING:     10,271.66

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (6) Summer Associate
     (2) Late Time & Costs Posted     (7) Fixed Fee
     (3) Pre-arranged Discount        (8) Premium
     (4) Excessive Legal Time         (9) Rounding
     (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status  : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y** ---------------- Total Unbilled ----------------

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 08/21/03 | 08/27/03 | 0.20 | 105.00 |
| 05292 | BECKER, GARY M. | CRED | 08/21/03 | 08/29/03 | 0.70 | 318.50 |
| 05646 | KLEIN, DAVID | CRED | 08/01/03 | 08/29/03 | 6.90 | 2,311.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 08/01/03 | 08/19/03 | 5.00 | 925.00 |

Sub-Total Hours : 0.20 Partners   0.00 Counsels   7.60 Associates   5.00 Legal Assts   0.00 Others

**U N B I L L E D   C O S T S   S U M M A R Y** ---------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 08/26/03 | 08/26/03 | 13.00 |
| 0820 | PHOTOCOPYING | 08/18/03 | 08/18/03 | 66.21 |
| 0880 | POSTAGE | 08/18/03 | 08/18/03 | 10.68 |

Total:   12.80   3,660.00

Total   89.89

Grand Total   3,749.89

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 09/24/03 14:04:40)**

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | From OA Applied | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | YEAR 2001 | | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | 09/13/02 | |
| 01/31/02 | 07/31/01 | 346614 | | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 4,970.00 | 1,638.70 | | 6,608.70 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 344979 | 1,900.00 | 612.36 | | 2,582.36 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,590.00 | 876.66 | | 5,466.66 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 | | 15,463.97 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352080 | 6,262.00 | 2,100.07 | | 8,362.07 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | 6,342.89 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 | | 5,192.09 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 | | 3,014.86 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | 5,994.44 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362265 | 4,769.50 | 353.77 | | 5,123.27 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 6,081.00 | 733.32 | | 6,814.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 2,264.50 | 904.37 | | 3,168.87 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,726.50 | 175.30 | | 1,901.80 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 4,200.00 | 435.90 | | 4,635.90 | 07/21/03 | |

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 09/24/03 14:04:40)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| 05/16/03 | 04/30/03 | 370445 | 4,021.00 | 627.57 |  | 1,320.97 | 07/21/03 | 3,327.60 |
| 06/17/03 | 05/31/03 | 371897 | 3,418.50 | 105.57 |  | 2,840.37 | 08/19/03 | 683.70 |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 135.30 |  | .00 |  | 2,713.80 |
| 08/31/03 | 07/31/03 | 375389 | 3,533.50 | 13.06 |  | .00 |  | 3,546.56 |
| Total: | | | 162,752.50 | 24,903.83 | | 177,384.67 | | 10,271.66 |

alp_l32r: Matter Detail
Run Date & Time: 09/24/2003 14:04:40

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    4

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 08/01/03 | organization of files; update pleadings and correspondence index (1.4) | 1.40 | 259.00 | 4795035 | 08/27/03 |
| KLEIN, DAVID | 08/01/03 | review pleadings/filings, distr same as necessary, email from PB re same (0.1); review WR Grace dockets re sealed air settlement (0.1); review USG docket re cancer-only bar date motions (0.1) | 0.30 | 100.50 | 4795036 | 09/03/03 |
| KLEIN, DAVID | 08/04/03 | review pleadings/filings, distr same as necessary, email from PB re distr. fee apps (0.1); email from GMB re filing in support of motion to extend excl. (0.1) | 0.20 | 67.00 | 4795034 | 09/02/03 |
| KLEIN, DAVID | 08/05/03 | review filings. | 0.10 | 33.50 | 4794475 | 09/02/03 |
| MANGUAL, KATHLEEN | 08/05/03 | review pacer docket and retrieval of pleadings (.50) | 0.50 | 92.50 | 4803357 | 09/03/03 |
| KLEIN, DAVID | 08/06/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4795664 | 09/02/03 |
| MANGUAL, KATHLEEN | 08/06/03 | organization of pleadings and correspondence (1.7) | 1.70 | 314.50 | 4803359 | 09/03/03 |
| KLEIN, DAVID | 08/07/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4795665 | 09/02/03 |
| KLEIN, DAVID | 08/08/03 | review pleadings/filings. | 0.20 | 67.00 | 4795666 | 09/02/03 |
| KLEIN, DAVID | 08/11/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4795667 | 09/02/03 |
| KLEIN, DAVID | 08/12/03 | review pleadings/filings, distr. same as necessary (0.2); configured e-filings rules to organize notices (0.5); review dockets re cancer only bar date, and for settlement for Sealed Air (0.3) | 1.00 | 335.00 | 4795668 | 09/02/03 |
| KLEIN, DAVID | 08/14/03 | review filings. | 0.10 | 33.50 | 4795669 | 09/02/03 |
| KLEIN, DAVID | 08/15/03 | review filings. | 0.10 | 33.50 | 4795670 | 09/02/03 |
| KLEIN, DAVID | 08/18/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4795671 | 09/02/03 |
| MANGUAL, KATHLEEN | 08/19/03 | organization of files, update pleadings index (1.4) | 1.40 | 259.00 | 4793627 | 08/26/03 |
| KLEIN, DAVID | 08/19/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4796672 | 09/02/03 |
| KLEIN, DAVID | 08/20/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4799673 | 09/02/03 |
| BENTLEY, PHILIP | 08/21/03 | Disc QB re pending issues | 0.10 | 52.50 | 4794237 | 08/27/03 |
| BECKER, GARY M. | 08/21/03 | Review agenda for 8/25 omnibus; conf. with Bentley re same. | 0.30 | 136.50 | 4797386 | 08/29/03 |

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE 5

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 08/21/03 | review pleadings/filings, distr same as necessary (0.1); checked dockets re sealed air settlement (0.1) and reviewed/distributed USG filings re 2/19/03 cancer only bar date order (0.8). | 1.00 | 335.00 | 4799674 | 09/02/03 |
| KLEIN, DAVID | 08/25/03 | review pleadings/filings, distr same as necessary | 0.60 | 201.00 | 4799675 | 09/02/03 |
| KLEIN, DAVID | 08/26/03 | review pleadings/filings, distr same as necessary | 1.40 | 469.00 | 4799676 | 09/02/03 |
| BENTLEY, PHILIP | 08/27/03 | Trade voicemails | 0.10 | 52.50 | 4802257 | 09/03/03 |
| KLEIN, DAVID | 08/29/03 | review filings. | 0.20 | 67.00 | 4799677 | 09/02/03 |
| BECKER, GARY M. | 08/29/03 | Exchange email with debtors counsel re statestreet bank re pension fund, review docket/filings re same, fax to GMB re same. Exchange emails from GMB re motion to retain necessary email from GMB re motion to retain meetings between debtor and equity committee | 0.40 | 182.00 | 4801501 | 09/02/03 |

**Fee Total** — 12.80 | 3,660.00

12.80   3,660.00

3,660.00

**UNBILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| TELECOPIER 0815 | | | | | | |
| 1412555252 | KLEIN, D K | 08/26/03 | 13.00 | 6221686 | 103054 | 08/28/03 |
| 0815 TELECOPIER Total : | | | 13.00 | | | |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING 0820 | | | | | | |
| MANGUAL KATHLEEN | MANGUAL, K M | 08/18/03 | 66.21 | 6212053 | 102751 | 08/20/03 |
| 0820 PHOTOCOPYING Total : | | | 66.21 | | | |
| POSTAGE | | | | | | |
| POSTAGE 0880 | | | | | | |
| Wendy Rios | MANGUAL, K M | 08/18/03 | 10.68 | 6213026 | 102755 | 08/20/03 |
| 0880 POSTAGE Total : | | | 10.68 | | | |

**Costs Total :** 89.89

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 105.00 | | | | | |
| BECKER, GARY M. | 0.70 | 318.50 | | | | | |
| KLEIN, DAVID | 6.90 | 2,311.50 | | | | | |
| MANGUAL, KATHLEEN | 5.00 | 925.00 | | | | | |
| **Total:** | **12.80** | **3,660.00** | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 13.00 | | | | | |
| 0820 | PHOTOCOPYING | 66.21 | | | | | |
| 0880 | POSTAGE | 10.68 | | | | | |
| | Costs Total : | 89.89 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00002                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 08/05/2003 | TO: | 08/29/2003 |
| UNBILLED DISB FROM: | | TO: | 08/29/2003 |

| GROSS BILLABLE AMOUNT: | 1,137.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?  YES  OR  NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495       08/29/2003       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 6,315.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 6,315.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 08/31/03 | LAST PAYMENT DATE: | 08/19/03 |
| LAST BILL NUMBER: | 375389 | FEES BILLED TO DATE: | 57,028.00 |
| LAST BILL THRU DATE: | 07/31/03 | FEES WRITTEN OFF TO DATE: | 19,193.00 |

FOR ACCT'G USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

### UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|--------|--------|
| 05292 | BECKER, GARY M. | CRED | 08/05/03 | 08/29/03 | 2.50 | 1,137.50 |
| | Total: | | | | 2.50 | 1,137.50 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    2.50 Associates    0.00 Legal Assts    0.00 Others

### BILLING & PAYMENT HISTORY (Reflects Payments As of 09/24/03 14:04:40)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------------------|-------------|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 344477 | 111,113.50 | 1,628.57 | | 112,742.07 | 09/13/02 | |
| 01/31/02 | 07/31/01 | 346114 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 02/27/03 | 01/31/02 | 345586 | 3,602.50 | .00 | | 3,602.50 | 10/30/02 | |
| 03/27/03 | 02/28/02 | 348979 | 4,045.00 | 1,423.03 | | 5,468.03 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,167.50 | 93.26 | | 4,260.76 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352106 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 3,895.00 | .12 | | 3,895.12 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 355218 | 3,717.50 | 4.50 | | 3,721.50 | 10/30/02 | |
| 08/15/02 | 07/31/02 | 355460 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358660 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 11/30/02 | 10/31/02 | 361241 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362166 | 498.00 | .00 | | 498.00 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 362435 | 1,341.50 | .00 | | 1,341.50 | 03/25/03 | |
| 01/13/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369430 | 2,138.50 | 3.50 | | 2,141.50 | 07/21/03 | |
| 05/16/03 | 04/30/03 | 370495 | 455.00 | 26.55 | | 26.55 | 07/21/03 | 455.00 |
| 06/17/03 | 05/31/03 | 371897 | | 2.00 | | 2.00 | 08/19/03 | |
| 07/24/03 | 06/30/03 | 373911 | 2,292.50 | .00 | | 2,292.50 | | 2,292.50 |
| 08/31/03 | 07/31/03 | 375389 | 3,567.50 | .00 | | 3,567.50 | | 3,567.50 |
| | | Total: | 57,028.00 | 3,743.11 | | 54,456.11 | | 6,315.00 |

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/05/03 | Exchange email with Equity Committee re pleading | 0.20 | 91.00 | 4775689 | 08/06/03 |
| BECKER, GARY M. | 08/19/03 | Attention to agenda for omnibus hearing | 0.30 | 136.50 | 4788131 | 08/21/03 |
| BECKER, GARY M. | 08/25/03 | Prepare and circulate memo to equity committee re case issues | 0.80 | 364.00 | 4797887 | 08/29/03 |
| BECKER, GARY M. | 08/26/03 | Fax equity committee memo to A. Mercer. | 0.20 | 91.00 | 4798511 | 08/29/03 |
| BECKER, GARY M. | 08/29/03 | Conf. with equity committee chair re motion to employ state street and emails to other committee members re court-mandated meetings with debtor | 1.00 | 455.00 | 4801502 | 09/02/03. |

Fee Total                                                    2.50        1,137.50

Fee Total                                                    2.50        1,137.50

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 10

| | | | |
|---|---|---|---|
| Matter No: 056772-00002 | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | | Status : ACTIVE |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 1,137.50 | | | | | |
| Total: | 2.50 | 1,137.50 | | | | | |

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   11
Run Date & Time: 09/24/2003 14:04:40                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    08/04/2003                    TO:
    UNBILLED DISB FROM:                                  TO:     08/29/2003

                                    FEES                         COSTS

    GROSS BILLABLE AMOUNT:          2,138.50                      0.00
    AMOUNT WRITTEN DOWN:
       PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
       THRU DATE:
    CLOSE MATTER/FINAL BILLING?       YES   OR   NO
    EXPECTED DATE OF COLLECTION:                08/29/2003

    BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

    DISBURSEMENTS:                                    UNIDENTIFIED RECEIPTS:          0.00
      FEES:              535.50                       PAID FEE RETAINER:              0.00
      FEE RETAINER:        0.00                       PAID DISB RETAINER:             0.00
      DISB RETAINER:       0.00                       TOTAL AVAILABLE FUNDS:          0.00
    TOTAL OUTSTANDING:   535.50                       TRUST BALANCE:
                                                      BILLING HISTORY

    DATE OF LAST BILL:   08/31/03        DATE OF LAST BILL:      08/31/03    LAST PAYMENT DATE:   08/19/03
    LAST BILL NUMBER:    375389          FEES BILLED TO DATE:    4,127.50
    LAST BILL THRU DATE: 07/31/03        FEES WRITTEN OFF TO DATE: 444.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_l32r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                                    ----------- Total Unbilled -----------
Emp Id Employee Name                     Group           Oldest       Latest       Hours          Amount

05292   BECKER, GARY M.          CRED           08/04/03     08/29/03       4.70         2,138.50

                Total:                                                              4.70         2,138.50

Sub-Total Hours :     0.00 Partners    0.00 Counsels    4.70 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                    ------- Billed -------    ----- Applied ----- Collections -----
Bill Date Thru Date Bill#         Fee & OA    Disbursement    From OA    Total    Date              Balance Due

02/27/02 01/31/02   340586          637.50          .00                   637.50 10/30/02
08/19/02 07/31/02   356269                       198.00                   198.00 12/31/02
10/31/02 09/30/02   359721           95.00          .00                    95.00 12/31/02
11/19/02 10/31/02   361261          717.50          .00                   717.50 12/31/02
06/17/03 05/31/03   371897        2,677.50          .00                 2,142.00 08/19/03            535.50
08/31/03 07/31/03   375389              .00          .00                      .00

        Total:                    4,127.50       198.00                 3,790.00                    535.50

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/04/03 | Prepare response to motion to extend exclusivity and circulate to equity committee (1.6). | 1.60 | 728.00 | 4775576 | 08/06/03 |
| BECKER, GARY M. | 08/07/03 | Finalize and send response to motion to extend exclusivity to local counsel for filing. | 0.30 | 136.50 | 4788132 | 08/21/03 |
| BECKER, GARY M. | 08/22/03 | Prepare for hearing on debtor's motion to extend exclusivity, including review of PI committee objection (0.8). | 0.80 | 364.00 | 4797888 | 08/29/03 |
| BECKER, GARY M. | 08/27/03 | Review motion to appoint State Street bank as investment manager and fiduciary. | 0.60 | 273.00 | 4798512 | 08/29/03 |
| BECKER, GARY M. | 08/29/03 | Prepare objection to debtors motion to employ State Street Bank as investment manager and fiduciary | 1.40 | 637.00 | 4801503 | 09/02/03 |

Fee Total    4.70    2,138.50

Fee Total    4.70    2,138.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 09/24/2003 14:04:40

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 4.70 | 2,138.50 | | | | | |
| Total: | 4.70 | 2,138.50 | | | | | |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
Run Date & Time: 09/24/2003 14:04:40                      *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

Special Billing Instructions:
                                                       PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:  08/04/2003              TO:  08/29/2003
           UNBILLED DISB FROM:  08/12/2003              TO:  08/12/2003

                                                FEES                       COSTS
                                             ------------             ------------
                                               1,059.50                    28.04


           GROSS BILLABLE AMOUNT:
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                          08/12/2003
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                                      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                 BENTLEY PHILIP - 02495


                                 ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                                    ------------------------
                                                                  UNIDENTIFIED RECEIPTS:        0.00
                  DISBURSEMENTS:      1,969.60                     PAID FEE RETAINER:           0.00
                  FEE RETAINER:           0.00                     PAID DISB RETAINER:          0.00
                  DISB RETAINER:          0.00                     TOTAL AVAILABLE FUNDS:       0.00
              TOTAL OUTSTANDING:      1,969.60                     TRUST BALANCE:
                                                                   UNAPPLIED CASH:

                                                       BILLING HISTORY

             DATE OF LAST BILL:     08/31/03           LAST PAYMENT DATE:        08/19/03
             LAST BILL NUMBER:      375389             FEES BILLED TO DATE:      50,645.50
             LAST BILL THRU DATE:   07/31/03           FEES WRITTEN OFF TO DATE:    35.00


FOR ACCT'S USE ONLY:    Write Down/Up Reason Codes:

        (1)  Exceeded Fixed Fee           (6)  Summer Associate
        (2)  Late Time & Costs Posted     (7)  Fixed Fee
        (3)  Pre-arranged Discount        (8)  Premium
        (4)  Excessive Legal Time         (9)  Rounding
        (5)  Business Development        (10)  Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____    FRC:_____
PARAPROFESSIONALS                                                        CRC:_____
```

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE   16

| | |
|---|---|
| Matter No: 056772-00008 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : FEE APPLICATIONS, APPLICANT | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 05208 | MANGUAL, KATHLEEN | CRED | 08/04/03 | 08/12/03 | 4.90 | 906.50 |
| 05408 | CURNEY, LUEANN | CRED | 08/12/03 | 08/29/03 | 0.90 | 153.00 |
| | | | | Total: | 5.80 | 1,059.50 |

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/12/03 | 08/12/03 | 16.14 |
| 0930 | MESSENGER/COURIER | 08/12/03 | 08/12/03 | 11.90 |
| | | | Total | 28.04 |

Sub-Total Hours :   0.00 Partners   0.00 Counsels   0.00 Associates   5.80 Legal Assts   0.00 Others

| | | |
|---|---|---|
| Total: | 5.80 | 1,059.50 |
| Grand Total | | 1,087.54 |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 09/24/04:04:40)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| **YEAR 2001** | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 10,165.00 | 191.48 | | 10,356.48 | | |
| **YEAR 2002** | | | | | | | | |
| 02/27/02 | 01/31/02 | 348596 | 1,826.50 | 19.58 | | 1,846.08 | 09/13/02 | |
| 03/27/02 | 02/28/02 | 340586 | 3,877.50 | 94.17 | | 3,971.67 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 1,712.50 | 3.00 | | 1,715.50 | 10/30/02 | |
| 03/30/02 | 03/31/02 | 341466 | 1,470.00 | 3.70 | | 1,473.70 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352166 | 2,477.50 | 29.58 | | 2,507.08 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 353980 | 4,370.00 | 21.01 | | 4,391.01 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 355218 | 1,315.00 | .00 | | 1,315.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356289 | 1,922.50 | .00 | | 1,922.50 | 12/31/02 | |
| 08/30/02 | 07/31/02 | 358460 | 2,910.00 | .00 | | 2,910.00 | 11/26/02 | |
| 09/30/02 | 08/31/02 | 359460 | 6,307.00 | 2.10 | | 6,309.10 | 12/31/02 | |
| 10/31/02 | 09/30/02 | 359721 | 2,937.00 | .00 | | 2,937.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 362361 | 2,009.50 | .00 | | 2,009.50 | 02/18/03 | |
| 12/31/02 | 11/30/02 | 364235 | 805.50 | .00 | | 805.50 | 03/25/03 | |
| 12/31/02 | 11/30/02 | 364671 | 838.00 | .00 | | 838.00 | 04/11/03 | |
| **YEAR 2003** | | | | | | | | |
| 02/20/03 | 01/31/03 | 366670 | 2,266.00 | 12.06 | | 2,278.06 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367130 | 670.00 | 13.48 | | 683.48 | 07/21/03 | |
| 04/29/03 | 03/31/03 | 369330 | 4,273.00 | 2.00 | | 4,275.00 | 05/27/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | | 851.00 | | 851.00 |
| 06/27/03 | 05/31/03 | 371857 | 1,033.00 | .00 | | 1,033.00 | 08/19/03 | 206.60 |
| 07/24/03 | 06/30/03 | 373811 | 708.50 | .00 | | 708.50 | | 708.50 |
| 08/31/03 | 07/31/03 | 375389 | 203.50 | .00 | | 203.50 | | 203.50 |

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status   : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)

| Bill Date Thru Date Bill# | Billed ------- | | Applied ------- | Collections ---- | |
|---|---|---|---|---|---|
| | Fee & OA | Disbursement | From OA | Total | Date |
| | | | | | Balance Due |
| Total: | 50,645.50 | 400.18 | 49,076.08 | | 1,969.60 |

alp_112r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

| | |
|---|---|
| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975    Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M |
| Matter Name : FEE APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status : ACTIVE |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 08/04/03 | review time detail for the 9th interim fee app (.70) | 0.70 | 129.50 | 4803361 | 09/03/03 |
| MANGUAL, KATHLEEN | 08/11/03 | revisions to June Monthly Fee App (.60), | 0.60 | 111.00 | 4793628 | 08/26/03 |
| MANGUAL, KATHLEEN | 08/12/03 | draft Kramer Levin's Interim Fee Application (.90); prepare monthly; draft cover ltr and send to local counsel (.40) | 1.30 | 240.50 | 4793629 | 08/26/03 |
| CURNEY, LUBANN | 08/12/03 | Revised quarterly fee application. Drafted memo to committee members re: 9th interim fee app | 0.90 | 153.00 | 4799344 | 09/02/03 |
| MANGUAL, KATHLEEN | 08/18/03 | preparation Kramer Levin's 9th Interim Fee App (.40), attend to service to committee members and draft cover memo (.60), attend to service to local counsel (.20) | 1.20 | 222.00 | 4793630 | 08/26/03 |
| MANGUAL, KATHLEEN | 08/29/03 | draft July monthly fee application (1.1) | 1.10 | 203.50 | 4800508 | 09/02/03 |

Fee Total          5.80        1,059.50

Fee Total          5.80        1,059.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING 0820 | CURNEY, L C | 08/12/03 | 16.14 | 6207933 | 102607 | 08/14/03 |
| CURNEY  LUBANN | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 16.14 | | | |
| MESSENGER/COURIER | | | | | | |
| FEDERAL EXPRESS CORPORAT 0930 | CURNEY, L C | 08/12/03 | 11.90 | 6240965 | 103804 | 09/12/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 11.90 | | | |

Costs Total :          28.04

alp_132r: Matter Detail

Run Date & Time: 09/24/2003 14:04:40

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 4.90 | 906.50 | | | | |
| CURNEY, LIEANN | 0.90 | 153.00 | | | | |
| Total: | 5.80 | 1,059.50 | | | | |

**BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 16.14 | | | | |
| 0930 | MESSENGER/COURIER | 11.90 | | | | |
| | Costs Total : | 28.04 | | | | |

```
alp_132z: Matter Detail                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
Run Date & Time: 09/24/2003 14:04:40                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

Special Billing Instructions:


                                         PRE-BILLING SUMMARY REPORT


        UNBILLED TIME FROM:                              TO:
        UNBILLED DISB FROM:                              TO:

                                         FEES                            COSTS

GROSS BILLABLE AMOUNT:                         0.00                          0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

        BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




ACCOUNTS RECEIVABLE TOTALS                                               UNAPPLIED CASH

                       FEES:       7,245.03        UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                         4.48        PAID FEE RETAINER:            0.00
        FEE RETAINER:                  0.00        PAID DISB RETAINER:           0.00
        DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:        7,249.51         TRUST BALANCE:

                                         BILLING HISTORY

DATE OF LAST BILL:       08/31/03        LAST PAYMENT DATE:              08/19/03
LAST BILL NUMBER:          375389        FEES BILLED TO DATE:           163,335.50
LAST BILL THRU DATE:     07/31/03        FEES WRITTEN OFF TO DATE:        4,417.50


FOR ACCT'G USE ONLY:               Write Down/Up Reason Codes:
                                   (1) Exceeded Fixed Fee          (6) Summer Associate
        DISBURSEMENTS:             (2) Late Time & Costs Posted    (7) Fixed Fee
                                   (3) Pre-arranged Discount       (8) Premium
                                   (4) Excessive Legal Time        (9) Rounding
                                   (5) Business Development       (10) Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```