```
alp_132r: Matter Detail                                                                                                                   PAGE   21
Run Date & Time: 09/24/2003 14:04:40

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                    -------- Billed --------   ------ Collections ------
Bill Date Thru Date  Bill#    Fee & OA    Disbursement   Applied      Total      Date         Balance
                                                         From OA                              Due
-----------------------------------------------------------------------------------------------------
  YEAR 2001                 44,026.00       5,710.65              49,736.65
01/18/02 12/31/01  345477   16,815.00         871.96              17,686.96  12/31/02
01/31/02 12/31/01  346114          .00            .00                    .00
02/27/02 01/31/02  340586    4,160.00         228.71               4,388.71  10/30/02
03/27/02 02/28/02  348979    6,957.50         559.05               7,516.55  10/30/02
04/30/02 03/31/02  347464    9,837.50       1,134.32              10,971.82  10/30/02
06/10/02 04/30/02  352100    3,277.50       1,123.85               4,401.35  09/13/02
07/12/02 05/31/02  352980    3,845.00         176.41               4,021.41  10/30/02
08/15/02 06/30/02  357518    3,157.50          41.90               3,199.40  10/30/02
08/19/02 07/31/02  356269    3,456.00            .00               3,456.00  12/31/02
09/30/02 08/31/02  358460   20,108.50       1,404.74              21,513.24  04/29/03
10/31/02 09/30/02  359721    2,230.00            .00               2,230.00  12/31/02
11/19/02 10/31/02  361261    3,131.00         298.49               3,429.49  12/31/02
12/31/02 11/30/02  362365    1,520.00         248.45               1,768.45  02/18/03
01/31/03 12/31/02  364671    1,025.00            .00               1,025.00  03/25/03
02/20/03 01/31/03  365684    6,254.00          23.10               5,800.60  04/11/03
03/19/03 02/28/03  367178    6,230.00           2.70               5,358.60  05/27/03                476.50
04/29/03 03/31/03  369330   19,960.50            .00              19,960.50  07/21/03                874.10
05/16/03 04/30/03  370445    2,181.50          14.00                  14.00  07/21/03              2,181.50
06/17/03 05/31/03  371897    1,659.50            .00               1,327.57  08/19/03                331.93
07/24/03 06/30/03  373811    2,845.50           1.79                     .00                       2,847.29
08/31/03 07/31/03  375389      535.50           2.69                     .00                         538.19
                          -----------    -----------             -----------                     ---------
               Total:     163,213.00       11,842.81             167,806.30                      7,249.51
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    22
Run Date & Time: 09/24/2003 14:04:40                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:

                                                    PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                          TO:
                UNBILLED DISB FROM:                          TO:

                                               FEES                         COSTS
                                               ----                         -----
GROSS BILLABLE AMOUNT:                         0.00                          0.00
  AMOUNT WRITTEN DOWN:
           PREMIUM:
DEDUCTED FROM PAID RETAINER:
  ON ACCOUNT BILLED:
     AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                             ---------------------------                  --------------
              FEES:                     2,444.50        UNIDENTIFIED RECEIPTS:      0.00
     DISBURSEMENTS:                         0.00        PAID FEE RETAINER:          0.00
      FEE RETAINER:                         0.00        PAID DISB RETAINER:         0.00
     DISB RETAINER:                         0.00        TOTAL AVAILABLE FUNDS:      0.00
  TOTAL OUTSTANDING:                    2,444.50        TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
     DATE OF LAST BILL:      06/17/03              LAST PAYMENT DATE:    08/19/03
     LAST BILL NUMBER:         371897              FEES BILLED TO DATE: 73,734.00
     LAST BILL THRU DATE:    05/31/03              FEES WRITTEN OFF TO DATE: 1,600.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   23
Run Date & Time: 09/24/2003 14:04:40                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                         -------- Billed --------      Applied      ---- Collections ----    Balance
Bill Date Thru Date Bill#      Fee & OA  Disbursement                  From OA       Total         Date      Due
```

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 2,212.50 | 389.75 | | 2,602.25 | | |
| 03/27/02 | 02/28/02 | 348979 | 4,260.00 | .00 | | 4,260.00 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 4,265.00 | .00 | | 4,265.00 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 1,040.00 | .00 | | 1,040.00 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 4,037.50 | 9.80 | | 4,047.30 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 11,567.50 | 541.11 | | 12,108.61 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 9,690.00 | .00 | | 9,690.00 | 04/29/03 | |
| 11/19/02 | 10/31/02 | 361261 | 21,575.00 | .00 | | 21,575.00 | 08/19/03 | |
| 12/31/02 | 11/30/02 | 362365 | 9,907.00 | .00 | | 9,907.00 | 08/19/03 | |
| 01/31/03 | 12/31/02 | 364671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 02/20/03 | 01/31/03 | 365684 | 1,638.50 | .00 | | .00 | | 1,638.50 |
| 03/19/03 | 02/28/03 | 367178 | 672.00 | .00 | | .00 | | 672.00 |
| 05/16/03 | 04/30/03 | 370445 | 100.50 | 926.30 | | 926.30 | 07/21/03 | 100.50 |
| 06/17/03 | 05/31/03 | 371897 | 167.50 | .00 | | 134.00 | 08/19/03 | 33.50 |
| Total: | | | 73,734.00 | 1,950.46 | | 73,239.96 | | 2,444.50 |

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    24
Run Date & Time: 09/24/2003 14:04:40               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                                  Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                       Status   : ACTIVE

Special Billing Instructions:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ PRE-BILLING SUMMARY REPORT ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

             UNBILLED TIME FROM:                             TO:
             UNBILLED DISB FROM:                             TO:

                                                FEES                                 COSTS
                                             --------                              --------
     GROSS BILLABLE AMOUNT:                      0.00                                  0.00
     AMOUNT WRITTEN DOWN:
                   PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?                 YES OR NO
EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

             BILLING COMMENTS:


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ACCOUNTS RECEIVABLE TOTALS ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ UNAPPLIED CASH
                                                                                                  ----------------
                    FEES:         1,137.50         UNIDENTIFIED RECEIPTS:           0.00
           DISBURSEMENTS:             0.00         PAID FEE RETAINER:               0.00
            FEE RETAINER:             0.00         PAID DISB RETAINER:              0.00
           DISB RETAINER:             0.00         TOTAL AVAILABLE FUNDS:           0.00
       TOTAL OUTSTANDING:         1,137.50         TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
         DATE OF LAST BILL:       03/19/03                         LAST PAYMENT DATE:
          LAST BILL NUMBER:         367178                   FEES BILLED TO DATE:          1,137.50
       LAST BILL THRU DATE:       02/28/03                   FEES WRITTEN OFF TO DATE:         0.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee                  (6) Summer Associate
     (2) Late Time & Costs Posted            (7) Fixed Fee
     (3) Pre-arranged Discount               (8) Premium
     (4) Excessive Legal Time                (9) Rounding
     (5) Business Development               (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____   Processed by: _____    FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                  PAGE   25
Run Date & Time: 09/24/2003 14:04:40

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                           Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                      -------- Billed --------     ---- Applied ----   ---- Collections ----
Bill Date  Thru Date  Bill#           Fee & OA        Disbursement  From OA    Total    Date       Balance
                                                                                                   Due
03/19/03   02/28/03   367178          1,137.50        .00           .00        .00                 1,137.50

           Total:                     1,137.50        .00           .00        .00                 1,137.50
```

```
alp_132r: Matter Detail                                                                                                                  PAGE    26
Run Date & Time: 09/24/2003 14:04:40

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                           Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status    : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------------
                                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------

          UNBILLED TIME FROM:    08/25/2003                      TO:    08/25/2003
          UNBILLED DISB FROM:    08/25/2003                      TO:    08/25/2003

                                          FEES                                  COSTS
                                          ----                                  -----
          GROSS BILLABLE AMOUNT:      1,365.00                                  13.00
          AMOUNT WRITTEN DOWN:
                        PREMIUM:
               ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                     THRU DATE:       08/25/2003                              08/25/2003
     CLOSE MATTER/FINAL BILLING?  YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                            ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH
-----------------------------------------------------------------------------------------------------------------------------------

          FEES:                         560.00
     DISBURSEMENTS:                      12.00                UNIDENTIFIED RECEIPTS:       0.00
     FEE RETAINER:                        0.00                PAID FEE RETAINER:           0.00
     DISB RETAINER:                       0.00                PAID DISB RETAINER:          0.00
     TOTAL OUTSTANDING:                 572.00                TOTAL AVAILABLE FUNDS:       0.00
                                                              TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ---------------
     DATE OF LAST BILL:          08/31/03                LAST PAYMENT DATE:               08/19/03
     LAST BILL NUMBER:           375389                  FEES BILLED TO DATE:            48,852.50
     LAST BILL THRU DATE:                                FEES WRITTEN OFF TO DATE:        5,087.68

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee             (6) Summer Associate
     (2) Late Time & Costs Posted       (7) Fixed Fee
     (3) Pre-arranged Discount          (8) Premium
     (4) Excessive Legal Time           (9) Rounding
     (5) Business Development          (10) Client Arrangement


BILL NUMBER: _____       DATE OF BILL: _____ Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   27
Run Date & Time: 09/24/2003 14:04:40                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status : ACTIVE

U N B I L L E D  T I M E  S U M M A R Y  ------------------------- Total Unbilled ---------------------------
Emp Id Employee Name                       Group              Oldest        Latest         Total            Total
                                                              Entry         Entry          Hours            Amount
                                                              -----         -----          -----            ------
05292  BECKER, GARY M.                     CRED               08/25/03      08/25/03        3.00            1,365.00
                      Total:                                                                3.00            1,365.00

Sub-Total Hours :     0.00 Partners       0.00 Counsels      3.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D  C O S T S  S U M M A R Y  ----------- Total Unbilled ---------
Code  Description                     Oldest        Latest         Total
                                      Entry         Entry          Amount
                                      -----         -----          ------
0940  CAB FARES                       08/25/03      08/25/03        13.00
                      Total                                         13.00

                      Grand Total                                1,378.00
                                                                =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                -------------------  ------- Billed -------   --- Applied ---   ---- Collections ----    Balance
Bill Date  Thru Date  Bill#     Fee & OA    Disbursement    From OA   Total    Date              Due
----------  ---------- -----    --------    ------------    -------   -----    ----              ---

01/18/02   12/31/01   345477         .00            .00              .00
02/27/02   01/31/02   340586     6,160.00           .00         6,160.00   10/30/02
03/27/02   02/28/02   348979    10,837.50           .00        10,837.50   10/30/02
04/30/02   03/31/02   347464     8,340.00           .00         8,340.00   10/30/02
06/10/02   04/30/02   352100     3,200.00           .00         3,200.00   12/31/02
07/12/02   05/31/02   352980     4,820.00           .00         4,820.00   12/31/02
08/15/02   06/30/02   357518     4,200.00           .00         4,200.00   04/29/03
08/19/02   07/31/02   356269     2,292.32           .00         2,292.32   04/29/03
09/30/02   08/31/02   358460     1,960.00         58.14         2,018.14   11/26/02
10/31/02   09/30/02   359721     2,327.50           .00         2,327.50   04/29/03
11/19/02   10/31/02   361261     1,567.50           .00         1,567.50   08/19/03
02/20/03   01/31/03   365684       105.00           .00              .00                          105.00
07/24/03   06/30/03   373811       455.00           .00              .00                          455.00
08/31/03   07/31/03   375389          .00         12.00              .00                           12.00

               Total:           46,264.82         70.14        45,762.96                          572.00
```

```
alp_132r: Matter Detail                                                                                                        PAGE   28
Run Date & Time: 09/24/2003 14:04:40

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                  Hours       Amount     Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.          08/25/03   Prepare for and attend omnibus court hearing in  3.00     1,365.00   4797889   08/29/03
                                    Wilmington.

                                                        Fee Total                    3.00     1,365.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee            Date           Amount         Index#   Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------

CAB FARES                 0940
   GARY M. BECKER                    BECKER, G M        08/25/03        13.00        6233336   103604    09/08/03
   CAB FARES - VENDOR-GARY M. BECKER

                                              0940 CAB FARES Total :    13.00


                                                  Costs Total :         13.00
```

```
alp_132r: Matter Detail                                                                                                PAGE   29
Run Date & Time: 09/24/2003 14:04:40

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours         Amount            Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                 3.00       1,365.00

   Total:                       3.00       1,365.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                             Amount            Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                               13.00

                Costs Total :                13.00
```

```
alp_132r: Matter Detail                                                                                                                 PAGE  30
Run Date & Time: 09/24/2003 14:04:40

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                                     TO:
                UNBILLED DISB FROM:                                     TO:

                                            FEES                   COSTS

           GROSS BILLABLE AMOUNT:            0.00                   0.00
            AMOUNT WRITTEN DOWN:
                        PREMIUM:
       ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:
      CLOSE MATTER/FINAL BILLING?        YES OR NO
  EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

           FEES:                  2,069.50   UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:             4.55   PAID FEE RETAINER:           0.00
           FEE RETAINER:              0.00   PAID DISB RETAINER:          0.00
           DISB RETAINER:             0.00   TOTAL AVAILABLE FUNDS:       0.00
           TOTAL OUTSTANDING:     2,074.05   TRUST BALANCE:
                                             BILLING HISTORY

           DATE OF LAST BILL:        08/31/03   LAST PAYMENT DATE:
           LAST BILL NUMBER:          375389    FEES BILLED TO DATE:    2,069.50
           LAST BILL THRU DATE:     07/31/03   FEES WRITTEN OFF TO DATE:    0.00

   FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee          (6) Summer Associate
           (2) Late Time & Costs Posted    (7) Fixed Fee
           (3) Pre-arranged Discount       (8) Premium
           (4) Excessive Legal Time        (9) Rounding
           (5) Business Development       (10) Client Arrangement

   BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   31
Run Date & Time: 09/24/2003 14:04:40                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                                   ------------- Billed --------------   ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA      Disbursement    From OA     Total       Date       Balance
                                                                                                     Due
07/24/03  06/30/03  373811           637.00           .00           .00       .00                    637.00
08/31/03  07/31/03  375389         1,432.50          4.55           .00       .00                  1,437.05

          Total:                   2,069.50          4.55           .00       .00                  2,074.05
```

```
alp_132r: Matter Detail                                                                                                         PAGE    32
Run Date & Time: 09/24/2003 14:04:40

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                           PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:      08/25/2003                 TO:    08/25/2003
     UNBILLED DISB FROM:                                 TO:

                        FEES                                          COSTS
                        ----                                          -----

     GROSS BILLABLE AMOUNT:        455.00                              0.00
     AMOUNT WRITTEN DOWN:
                   PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:      08/25/2003
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                            ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

          FEES:                    1,001.00        UNIDENTIFIED RECEIPTS:    0.00
  DISBURSEMENTS:                        0.00       PAID FEE RETAINER:        0.00
   FEE RETAINER:                        0.00       PAID DISB RETAINER:       0.00
  DISB RETAINER:                        0.00       TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:                 1,001.00        TRUST BALANCE:

                                                 BILLING HISTORY
                                                 ---------------

DATE OF LAST BILL:         07/24/03                LAST PAYMENT DATE:        08/19/03
LAST BILL NUMBER:           373811                 FEES BILLED TO DATE:      7,040.00
LAST BILL THRU DATE:       06/30/03                FEES WRITTEN OFF TO DATE: 5,130.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____ Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                          PAGE   33
Run Date & Time: 09/24/2003 14:04:40

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name                   Group            Oldest      Latest         Hours         Amount
--------------------------------------------------------------------------------------

05292 BECKER, GARY M.                  CRED            08/25/03    08/25/03         1.00         455.00

                                     Total:                                         1.00         455.00

Sub-Total Hours :   0.00 Partners     0.00 Counsels     1.00 Associates     0.00 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 09/24/03 14:04:40)
                          ------- Billed --------   ---- Applied ----   ---- Collections ----   Balance
Bill Date Thru Date Bill#    Fee & OA   Disbursement    From OA    Total        Date              Due
------------------------------------------------------------------------------------------------------
06/10/02 04/30/02 352100    1,000.00       .00           .00    1,000.00      12/31/02
09/30/02 09/30/02 358460      800.00       .00           .00      800.00      04/29/03
10/31/02 09/30/02 359721      190.00       .00           .00      190.00      04/29/03
11/19/02 10/31/02 361261      285.00       .00           .00      285.00      08/19/03
06/17/03 05/31/03 371897      455.00       .00           .00      364.00      08/19/03      91.00
07/24/03 06/30/03 373811      910.00       .00           .00         .00                   910.00

         Total:             3,640.00       .00                  2,639.00                 1,001.00
```

```
alp_132r: Matter Detail                                                                                          PAGE   34
Run Date & Time: 09/24/2003 14:04:40

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                              Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                  Hours      Amount      Index#    Batch Date

BECKER, GARY M.         08/25/03    Non-working travel time in connection with    1.00      455.00    4797890   08/29/03
                                    omnibus court hearing(2.0).

                                                                 Fee Total        1.00      455.00

                                                                 Fee Total        1.00      455.00
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   35
Run Date & Time: 09/24/2003 14:04:40

                                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount           Bill      W/o / W/u      Transfer To     Clnt/Mtr       Carry Forward

BECKER, GARY M.             1.00         455.00

    Total:                  1.00         455.00
```

alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
Run Date & Time: 09/24/03 14:04:45                            *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE              Work Thru : 08/31/03

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 12.80 | 3,660.00 | 89.89 | 3,749.89 | BENTLEY PHILIP | 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 2.50 | 1,137.50 | 0.00 | 1,137.50 | BENTLEY PHILIP | 02495 | M | B |
| 00005 | BANKR. MOTIONS | 4.70 | 2,138.50 | 0.00 | 2,138.50 | BENTLEY PHILIP | 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 5.80 | 1,059.50 | 28.04 | 1,087.54 | BENTLEY PHILIP | 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00019 | HEARINGS | 3.00 | 1,365.00 | 13.00 | 1,378.00 | BENTLEY PHILIP | 02495 | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP | 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 1.00 | 455.00 | 0.00 | 455.00 | BENTLEY PHILIP | 02495 | M | B |
| | Client Total | 29.80 | 9,815.50 | 130.93 | 9,946.43 | | | | |