REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1074690
One Town Center Road                    Invoice Date      09/30/03
Boca Raton, FL    33486                 Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              790.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $790.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1074690
One Town Center Road                     Invoice Date      09/30/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2003

   Date   Name                                               Hours
 -------- -----------                                         -----


08/04/03 Cameron        Meet with J. Restivo regarding        .40
                        issues relating to property damage
                        litigation.

08/05/03 Lord           Update 2002 Service List.             .50

08/20/03 Lord           Research docket for information to    .50
                        be used in upcoming hearing, per
                        J. Restivo and D. Cameron, re:
                        exclusivity motions and related
                        documents (.4).


08/27/03 Cameron        Review materials relating to        1.10
                        property damage claims.

                                                            ------
                                        TOTAL HOURS          2.50


TIME SUMMARY              Hours        Rate        Value
-----------------------  ---------------------    -------
Douglas E. Cameron       1.50  at  $  430.00  =   645.00
John B. Lord             1.00  at  $  145.00  =   145.00

                         CURRENT FEES                        790.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $790.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1074691
5400 Broken Sound Blvd., N.W.            Invoice Date      09/30/03
Boca Raton, FL 33487                     Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        150,492.00
        Expenses                         0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $150,492.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1074691
5400 Broken Sound Blvd., N.W.            Invoice Date      09/30/03
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 07/23/03 | Restivo | Telephone calls with R. Finke, E. Westbrook, D. Cameron (0.5); draft section of brief in response to Claimants' motion for summary judgment (1.5). | 2.00 |
| 08/01/03 | Atkinson | Reviewing files to provide copies of deposition excerpts to S. Cindrich re: response to Claimants' Summary Judgment brief. | 1.80 |
| 08/01/03 | Bentz | Drafting brief in opposition to motion for summary judgment (4.5); work on brief in opposition to consumer protection claims motion (1.6). | 6.10 |
| 08/01/03 | Cameron | Telephone call with consultant regarding reply to motion to exclude (.4); prepare and revise response to motion to exclude Rich Lee testimony (1.9); multiple e-mails regarding same (.8); meet with J. Bentz regarding revisions to summary judgment motion response brief (.5); telephone call with J. Butcher regarding same (.2). | 3.80 |
| 08/01/03 | Cindrich | Reviewed historical documents and added factual document citations to brief in response to motion for summary judgment. | 4.00 |

172573 W. R. Grace & Co.                          Invoice Number  1074691
60028  ZAI Science Trial                          Page    2
       September 30, 2003


  Date    Name                                              Hours
-------- -----------                                        -----


08/01/03 Muha            Supplemental research of consumer    4.60
                         protection law issues (2.1) and
                         revisions to sections of consumer
                         protection law brief (2.5).

08/02/03 Bentz           Work on brief in opposition to       1.60
                         Claimants' motion for partial
                         summary judgment regarding
                         consumer protection law claims.

08/03/03 Butcher         Draft memo re: analysis of           7.60
                         cleavage fragments in claimants'
                         expert report for response to
                         Summary Judgment motion (6.70);
                         research re: EPA precautions
                         relating to vermiculite (.90).

08/03/03 Cameron         Review and revise draft brief in     3.10
                         response to motion for summary
                         judgment (1.9); prepare and revise
                         response to motion to exclude
                         expert testimony on cleavage
                         fragments (1.2).

08/04/03 Atkinson        Reviewing deposition digests,        3.30
                         files re: Appendix to Opposition
                         Memorandum to Claimants' Motion
                         for Summary Judgment (2.9);
                         materials to S. Cindrich re:
                         opposition to Claimants' motion
                         for summary judgment (0.4).

08/04/03 Bentz           Work on opposition to summary        5.90
                         judgment brief (2.1); reviewing
                         and revising draft brief in
                         opposition to motion for partial
                         summary judgment regarding
                         consumer protection act claims
                         (2.9); correspondence and
                         documents regarding the number of
                         homes with ZAI (.9).

08/04/03 Butcher         Draft portion of brief re: EPA       5.60
                         regulations (1.70); meeting with
                         J. Restivo re: cleavage fragments
                         (.60); review and analyze
                         claimants' experts' results
                         relating to cleavage fragments
                         (3.30).

172573 W. R. Grace & Co.      Invoice Number 1074691
60028 ZAI Science Trial      Page 3
   September 30, 2003

| Date | Name | | Hours |
|------|------|---|------|
| 08/04/03 | Cameron | Continued review, factual research and revisions to Grace's response to claimants' motion for summary judgment (1.8); meet with J. Restivo and L. Flatley regarding same (.4); continued preparation of response to motion to exclude expert testimony (6.9); telephone call with R. Finke and consultants regarding same (.9); meet with J. Bentz regarding briefing issues (.4); multiple e-mails regarding same (.5). | 10.90 |
| 08/04/03 | Condo | Work on brief in response to ZAI Claimants' motion for summary judgment. | 7.00 |
| 08/04/03 | Flatley | Review correspondence and e-mails re: status (.80); call with J. Bentz re: status of response briefs (.30); with J. Restivo and D. Cameron re: status of briefs and plans going forward (1.00); follow up with J. Bentz re: argument dates (.20). | 2.30 |
| 08/04/03 | Muha | Review portions of Debtors' briefs in opposition to Claimants' motions for summary judgment. | .90 |
| 08/04/03 | Restivo | Telephone calls with B. Beber, E. Westbrook, R. Finke, F. McGovern, et al., re: potential ZAI Science Trial mediation (1.5); mark-up draft response briefs (2.5); strategy meeting with L. Flatley and D. Cameron (0.5). | 4.50 |
| 08/05/03 | Atkinson | Assembling Appendix and cite-checking opposition memorandum to Claimants' motion for summary judgment. | 3.80 |
| 08/05/03 | Bentz | Work on brief in opposition to ZAI Claimants' motion for partial summary judgment on consumer protection act claims (4.5); work on Grace's opposition to Claimants' motion for summary judgment (2.0); work on opposition | 7.50 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
        September 30, 2003

Invoice Number   1074691
Page    4

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | to Daubert motion to exclude R.J. Lee testimony (1.0). |  |
| 08/05/03 | Butcher | Analyze cleavage fragments reports (6.20); meeting with J. Restivo regarding analysis (.20). | 6.40 |
| 08/05/03 | Cameron | Review and revise portions of draft opposition to summary judgment motion (.9); continue preparation of and revisions to draft opposition to motion to exclude expert testimony (2.2); meet with J. Restivo regarding same (.4); telephone call with R. Finke regarding same (.7); telephone call with consultant regarding same (.6); review factual support materials for opposition to summary judgment memo (.3). | 5.10 |
| 08/05/03 | Cindrich | Phone call with Jim Bentz re: depositions for summary judgment brief (0.2);  reviewed depositions to confirm citations accurate and testimony consistent (0.8). | 1.00 |
| 08/05/03 | Condo | Work on brief in response to ZAI Claimants' motion for summary judgment. | 10.00 |
| 08/05/03 | Flatley | Review and revise partial summary judgment response brief (1.80); with J. Bentz re: comments on his draft of the partial summary judgment response brief (.50); review and revise summary judgment response brief (2.80); with K. Condo re: comments on her draft of the partial summary judgment response brief (.50). | 5.60 |
| 08/05/03 | Muha | Work on Grace's brief in opposition to Claimants' consumer protection law brief. | 2.10 |
| 08/05/03 | Restivo | Revised response to partial summary judgment, summary judgment and R.J. Lee Daubert motions. | 4.50 |

```
172573 W. R. Grace & Co.                          Invoice Number  1074691
60028  ZAI Science Trial                          Page    5
       September 30, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 08/06/03 | Atkinson | Preparing Appendix to opposition to Claimants' motion for summary judgment (1.8); shepardizing, cite-checking opposition to Claimants' motion for summary judgment (4.9); memorandum of revisions/changes to D. Cameron (0.2); reviewing depositions (0.9). | 7.80 |
| 08/06/03 | Bentz | Reviewing case law and reviewing and revising brief in opposition to Claimants' consumer protection act motion (2.9); reviewing and revising draft opposition to Claimants' motion for summary judgment (1.1); work on brief in opposition to Daubert motion to exclude testimony of R.J. Lee (.8). | 4.80 |
| 08/06/03 | Butcher | Review cases re: EPA precautions for opposition to Claimants' summary judgment motion (1.10); review chart of cleavage fragments analysis (2.50). | 3.60 |
| 08/06/03 | Cameron | Continued drafting of and revisions to brief in opposition to motion to exclude testimony of expert witness (5.8); preparation of supporting affidavit and documentation (1.2); review revised draft of opposition to motion for summary judgment (.8); e-mails regarding revision to briefs (.9). | 8.70 |
| 08/06/03 | Condo | Work on brief in response to ZAI Claimants' motion for summary judgment. | 5.80 |
| 08/06/03 | Flatley | E-mails regarding status of briefs (.20); review and revise new draft of partial summary judgment response brief (1.30); with J. Bentz re: partial summary judgment response brief changes (.20). | 1.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1074691
60028  ZAI Science Trial                    Page    6
       September 30, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/06/03 | Muha | Review report on cleavage fragments/fiber counts (2.8); revise and cite-check consumer protection law brief for filing on 8/7/03 (6.5). | 9.30 |
| 08/06/03 | Restivo | Drafting sections of response briefs. | 4.60 |
| 08/07/03 | Atkinson | Cite-checking and additional tasks related to filing Appendix and opposition to claimants' motion for summary judgment. | 9.60 |
| 08/07/03 | Bentz | Finalizing brief in opposition to consumer protection act motion (1.7); work on brief in opposition to summary judgment motion (1.9). | 3.60 |
| 08/07/03 | Butcher | Analyze cleavage fragments reports (4.40); meeting with expert from R.J. Lee Group re: same (2.10); review and revise Lee Affidavit and Daubert brief (3.60). | 10.10 |
| 08/07/03 | Cameron | Continued drafting and revisions to opposition to motion to exclude expert testimony (2.9); continued revisions to Lee Affidavit (2.5); meet with consultant regarding same (1.5); multiple telephone calls with R. Finke and consultant regarding same (.9); meet with J. Restivo regarding briefing issues (.4). | 8.20 |
| 08/07/03 | Condo | Work on brief in response to ZAI Claimants' summary judgment. | 8.00 |
| 08/07/03 | Flatley | Review and revise new draft of summary judgment brief (1.50); with K. Condo re: changes in Summary Judgment brief (.20); review and revise Dr. Lee brief (2.10); with D. Cameron re: Dr. Lee brief (.50). | 4.30 |

172573  W. R. Grace & Co.                              Invoice Number   1074691
60028   ZAI Science Trial                              Page    7
        September 30, 2003


   Date    Name                                                        Hours
   -------- -----------                                                -----


08/07/03 Muha             Final revisions to consumer                  1.30
                          protection law brief (0.8);
                          prepare same for filing (0.3);
                          coordinate service and filing with
                          Debtors' local counsel (0.2).

08/07/03 Restivo          Continued work on briefs in                  5.00
                          response to Claimants' dispositive
                          motions.

08/08/03 Atkinson         Final revisions to Appendix to               4.60
                          opposition to Claimants' motion
                          for summary judgment (1.3);
                          reviewing revisions to opposition
                          to Claimants' motion for summary
                          judgment (2.4); assistance with
                          checking, arrangements to create
                          PDF file for Appendix To Dr. R.J.
                          Lee Affidavit (0.9).

08/08/03 Bentz            Reviewing and revising brief in              1.40
                          opposition to claimants' motion
                          for summary judgment.

08/08/03 Butcher          Prepare Daubert brief for filing.            7.50

08/08/03 Cameron          Finalize opposition to motion to             9.80
                          exclude expert testimony and
                          supporting affidavit (4.1); meet
                          with R. Lee regarding same (3.5);
                          multiple telephone calls with R.
                          Finke regarding same (1.3); meet
                          with J. Restivo and J. Butcher
                          regarding briefing issues (.9).

08/08/03 Condo            Work on brief in response to ZAI             1.50
                          Claimants' motion for summary
                          judgment.

08/08/03 Flatley          With D. Cameron discussing status            .40
                          of briefs.

08/08/03 Muha             Address issues to have opposition            3.90
                          briefs to claimants' motion for
                          summary judgment/Daubert motion
                          filed and served.

08/08/03 Restivo          Finalize briefs (2.3) and meet               4.00
                          with testifying expert witness re:
                          Daubert brief issues (1.7).

```
172573 W. R. Grace & Co.                    Invoice Number  1074691
60028  ZAI Science Trial                    Page    8
       September 30, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/11/03 | Atkinson | Arrangements for distribution of Claimants' summary judgment brief attachments, Grace's summary judgment papers as filed, and Court Order of 7/28. | 1.20 |
| 08/11/03 | Bentz | Reviewing Claimants' brief in opposition to Grace's motion for summary judgment (1.6); reviewing Claimants' opposition to Grace's motion in limine on damages evidence and outline response (1.9); review of brief filed by United States (.7). | 4.20 |
| 08/11/03 | Butcher | Review Claimants' responses to Debtors' dispositive motions. | .30 |
| 08/11/03 | Cameron | Review Claimants' briefs and e-mails regarding same. | .70 |
| 08/11/03 | Flatley | With J. Bentz re: status (.20); review Claimants' briefs on various issues (3.40). | 3.60 |
| 08/11/03 | Restivo | Receipt and review of Claimants' pleadings (2.0); strategy meeting with L. Flatley, et al. re: replies to Claimants' briefs in response to Debtors' dispositive motions (1.5). | 3.50 |
| 08/12/03 | Atkinson | Provide summary judgment papers to D. Cameron (0.3); provide summary judgment appendix items to K. Condo, J. Butcher (0.2). | .50 |
| 08/12/03 | Bentz | Meeting with J. Restivo, L. Flatley and D. Cameron regarding reply brief (1.0); work on reply briefs (1.0); work on reply to Claimants' opposition to motion in limine regarding Kilpatrick testimony (8.6); work on reply to Claimants' opposition to Debtors' summary judgment motion (2.0). | 12.60 |

```
172573  W. R. Grace & Co.                        Invoice Number  1074691
60028   ZAI Science Trial                        Page    9
        September 30, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/12/03 | Butcher | Review Claimants' responses to Debtors' dispositive motions (.40); meeting with J. Restivo re: reply briefs (.20); meeting with K. Condo re: reply (.20); gather cases cited in Claimants' response briefs (.30); review deposition of Ewing and Armstrong decision re: Daubert issues (1.80); meeting with J. Restivo re: insert for reply brief (1.10). | 4.00 |
| 08/12/03 | Cameron | Prepare for and meet with J. Restivo regarding briefing issues (0.7); e-mails regarding same (0.4); begin preparation of inserts for reply brief (1.0). | 2.10 |
| 08/12/03 | Condo | Work on reply to ZAI Claimants' opposition to Debtors' motion for summary judgment. | 2.70 |
| 08/12/03 | Flatley | Preparation for meeting (.60); meeting with J. Restivo, D. Cameron and J. Bentz to discuss strategy for reply briefs (1.20); messages to/from K. Condo re: our sections of briefs (.10); with K. Condo re: issues on our sections of briefs (.80); drafting insert for summary judgment brief (1.20). | 3.90 |
| 08/12/03 | Muha | Review Claimants' briefs in response to debtors' summary judgment/Daubert briefs. | 1.90 |
| 08/12/03 | Restivo | Telephone call with J. Young (0.3); drafting sections of reply brief (1.1) and meeting with J. Butcher re: same (0.6). | 2.00 |
| 08/13/03 | Atkinson | Cite-checking draft reply in support of Debtors' motion in limine to exclude evidence of alleged damages (0.7); materials to K. Condo, J. Butcher re: reply to summary judgment opposition (0.5) | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1074691
60028   ZAI Science Trial                          Page  10
        September 30, 2003


   Date    Name                                                   Hours
 --------  -----------                                            -----


08/13/03 Bentz            Work on reply in support of motion       7.70
                          in limine to exclude damages
                          evidence (5.5); work on reply in
                          support of Grace's motion for
                          summary judgment (2.2).

08/13/03 Butcher          Review cases cited by Claimants in       2.70
                          their opposition brief to Debtors'
                          summary judgment.

08/13/03 Cameron          Review Claimants' brief and              1.20
                          prepare outline for reply (.9);
                          telephone call with R. Finke
                          regarding same (.3).

08/13/03 Condo            Work on reply to ZAI Claimants'          1.00
                          opposition to Debtors' motion for
                          summary judgment.

08/13/03 Flatley          Drafting various riders for             3.20
                          summary judgment brief (3.00);
                          e-mails re: summary judgment brief
                          issues (.20).

08/13/03 Restivo          Telephone call with F. McGovern         1.30
                          (0.3); dictate sections of reply
                          brief (1.0).

08/14/03 Atkinson         Document database searches re:           .80
                          1980 letters to EPA and to
                          customers regarding tremolite in
                          vermiculite.

08/14/03 Bentz            Work on reply brief in support of        7.60
                          motion in limine to exclude
                          damages evidence (4.1); work on
                          reply brief in support of motion
                          for summary judgment (2.1); review
                          of hearing transcripts (1.4).

08/14/03 Butcher          Review cases cited in Claimants'        3.80
                          response briefs (1.70); meeting
                          with J. Restivo re: cases (.40);
                          draft insert for reply brief
                          (1.70).

08/14/03 Cameron          Review and revise draft reply          1.80
                          brief.

172573 W. R. Grace & Co.                        Invoice Number   1074691
60028  ZAI Science Trial                         Page   11
        September 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 08/14/03 | Condo | Work on reply to ZAI Claimants' opposition to Debtors' motion for summary judgment. | 5.50 |
| 08/14/03 | Flatley | E-mails re: status (.10); review draft of brief on damages expert (1.70); with J. Bentz re: draft brief on damages expert (.40); e-mails re: status of summary judgment brief (.10); review K. Condo draft of reply brief re: motion for summary judgment and revise it (3.00); call with R. Finke and others re: supplemental facts for reply brief re: summary judgment motion (.60); call with D. Cameron re: reply brief status (.30). | 6.20 |
| 08/14/03 | Muha | Attend to research/documentation issues for Grace reply briefs. | 1.50 |
| 08/14/03 | Restivo | Meet with J. Butcher (0.3) and revise portions of reply brief (0.7). | 1.00 |
| 08/15/03 | Atkinson | Letter to Dr. Ilgren enclosing additional medical articles (0.7); locating items for Appendix, attachments to Grace reply brief to be filed August 18 (1.7); document database searches re: letters to EPA (1.4). | 3.80 |
| 08/15/03 | Butcher | Review cases cited by claimants in response brief (1.5); research regarding collateral estoppel (2.9). | 4.40 |
| 08/15/03 | Cameron | Review draft reply brief re: summary judgment motion (0.6) and prepare additional inserts for same (1.1). | 1.70 |
| 08/15/03 | Condo | Work on reply to ZAI Claimants' opposition to Debtor's motion for summary judgment. | 2.90 |

172573  W. R. Grace & Co.                    Invoice Number   1074691
60028   ZAI Science Trial                    Page   12
        September 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|

08/15/03  Flatley      E-mails and organizing for briefs      .90
                       (0.3); with A. Muha about
                       documents to be added to the
                       appendix and follow-up on
                       documents (0.4); conference with
                       D. Kuchinsky re: historical
                       documents (0.2).

08/15/03  Muha         Attend to issues re: preparation      2.10
                       of reply briefs for filing and
                       service, including finalizing
                       matters presented in briefs.

08/16/03  Cameron      Continued review of three draft       5.10
                       reply briefs and provide comments
                       (.70); draft and revise inserts
                       for draft reply brief relating to
                       summary judgment motion (1.90);
                       review record evidence and
                       additional deposition testimony
                       re: same (1.70); e-mail to J.
                       Restivo and L. Flatley re: same
                       (.80).

08/16/03  Flatley      Review and revise draft reply         1.60
                       brief (1.4); call with D. Cameron
                       re: status of same (.20).

08/17/03  Atkinson     Cite-checking reply to ZAI            3.20
                       Claimants' response to Debtors'
                       motion for summary judgment and
                       reply in support of debtors'
                       motion in limine to exclude
                       evidence of any alleged damages
                       (1.1); preparing exhibits to both
                       briefs (2.1).

08/17/03  Cameron      Continued work on reply briefs to     2.30
                       finalize for filing on 8/18 (1.7);
                       factual and legal research
                       regarding same (.6).

08/18/03  Atkinson     Final cite-checking, assembling       6.60
                       appendices, arrangements for
                       filing, service re: reply to
                       summary judgment and re: motion in
                       limine to exclude testimony re:
                       alleged damages from ZAI Science
                       Trial (4.40); drafting, revising
                       table of contents and table of
                       authorities to summary judgment

172573  W. R. Grace & Co.                          Invoice Number  1074691
60028   ZAI Science Trial                          Page  13
        September 30, 2003


    Date    Name                                                   Hours
--------  -----------                                              -----
                          reply (2.20).

08/18/03 Bentz            Work on reply brief in support of        3.10
                          motion for summary judgment (1.2);
                          reviewing and revising reply brief
                          in support of motion in limine
                          (1.9).

08/18/03 Butcher          Prepare Debtors' reply briefs for        5.90
                          filing.

08/18/03 Cameron          Continued factual research for          4.90
                          reply brief (1.10); review and
                          finalize reply brief (2.30);
                          telephone call with R. Finke
                          regarding same (.40); telephone
                          call with consultant regarding
                          same (.20); meet with J. Restivo
                          regarding same (.40); meet with L.
                          Flatley regarding same (.50).

08/18/03 Condo            Work on reply to ZAI Claimants'          5.00
                          opposition to Debtor's motion for
                          summary judgment.

08/18/03 Flatley          Reviewing and revising new draft        5.10
                          of summary judgment reply brief
                          (3.9); with D. Cameron re:
                          comments on new draft of summary
                          judgment brief (0.3); with J.
                          Bentz (0.2); with J. Butcher
                          (0.3); call with K. Condo (0.1);
                          e-mail re: ATSDR issue (0.3).

08/18/03 Restivo          Finalize reply briefs (2.6) and         3.00
                          call with B. Beber (0.4).

08/19/03 Atkinson         Circulating pleadings filed in          2.20
                          Bankruptcy Court (0.5); reviewing
                          pleading files for complete set
                          and distribution (1.7).

08/19/03 Bentz            Review of claimants' reply brief         .90
                          in further support of motion for
                          partial summary judgment regarding
                          consumer protection act claims.

172573  W. R. Grace & Co.                        Invoice Number  1074691
60028   ZAI Science Trial                        Page   14
        September 30, 2003


    Date    Name                                              Hours
  --------  -----------                                       -----


08/19/03  Butcher          Phone call from Debtors' local        .50
                           counsel regarding filing notice of
                           completion of briefing (.1);
                           e-mail to group regarding notice
                           (.1); e-mail to R. Finke re:
                           briefs (.1); prepare briefs to be
                           sent to R. Finke (.2).


08/19/03  Flatley          E-mails re: status of hearing         .20
                           preparation.


08/19/03  Restivo          Telephone call with R. Finke re:      .30
                           briefing issues.


08/20/03  Atkinson         Letter to R. Finke enclosing          .80
                           copies of Claimants' reply briefs
                           filed August 18, 2003.


08/20/03  Bentz            Review of claimants' reply brief      .50
                           in support of consumer protection
                           law motion.


08/20/03  Butcher          Review and revise FOIA request to     .60
                           the EPA (.3); e-mail and phone
                           call from Debtors' local counsel
                           re: omnibus hearing (.2); e-mail
                           to group re: hearing (.1).


08/20/03  Cameron          Telephone call with L. Flatley       1.70
                           regarding report on call with
                           Grace representatives (.2); meet
                           with J. Restivo regarding same
                           (.2); review materials relating to
                           issues for 9/16-17 hearing or
                           argument (.6); telephone call with
                           R. Finke regarding open issues
                           (.2); review and revise FOIA
                           requests (.5).


08/20/03  Flatley          Conference call with D. Siegel, B.   1.80
                           Beber, R. Finke and J. Restivo
                           (1.3); call with D. Cameron re:
                           conference call (.1); with J.
                           Restivo and D. Cameron re
                           conference call (.1); with J.
                           Restivo and D. Cameron re: hearing
                           strategy (.3).

172573  W. R. Grace & Co.                              Invoice Number  1074691
60028   ZAI Science Trial                              Page   15
        September 30, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 08/20/03 | Restivo | Preparation for and conference call with Messrs. Beber, et al. (1.5); telephone call with E. Westbrook (0.3); review recent pleadings re: ZAI trial (0.8). | 2.60 |
| 08/21/03 | Atkinson | Preparing summary judgment and motions in limine briefs binder re: argument for D. Cameron. | 1.10 |
| 08/21/03 | Cameron | Meet with J. Restivo regarding settlement issues (.2); review draft summary of ZAI in homes data (.3). | .50 |
| 08/21/03 | Flatley | Preliminary review of W. Sparks memo and e-mail to J. Bentz. | .50 |
| 08/21/03 | Restivo | Telephone calls with R. Finke and dictate white paper re: Science Trial strategy (2.0); correspondence with E. Westbrook and local counsel re:  omnibus hearing (0.5). | 2.50 |
| 08/22/03 | Atkinson | Completing Claimants' and Grace's summary judgment motions binders for D. Cameron. | 1.30 |
| 08/22/03 | Bentz | Review of Grace documents regarding potential number of homes containing ZAI (1.4) and corresponding with L. Flatley regarding same (0.3). | 1.70 |
| 08/22/03 | Cameron | Telephone call with R. Finke and meet with J. Restivo and L. Flatley regarding settlement negotiation issues (.9); review summaries of data relating to same (.8); e-mails to R. Finke regarding same (.4); telephone call with R. Finke regarding same (.3). | 2.40 |
| 08/22/03 | Flatley | Review and revise memo on number of homes containing ZAI and revised memo (1.70); with J. Restivo and D. Cameron re: revisions to memo (.70); with J. Bentz re: status of memo on number | 2.70 |

172573 W. R. Grace & Co.                    Invoice Number   1074691
60028  ZAI Science Trial                    Page   16
       September 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| | | of homes containing ZAI (.20); review D. Siegel letter (.10). | |
| 08/22/03 | Restivo | Meeting and conference call re: number of homes in which ZAI was installed. | 1.00 |
| 08/25/03 | Atkinson | Reviewing pleadings for permanent file and in preparation for preparing binders to be submitted to the Bankruptcy Court September 16 and 17, 2003 hearing. | 2.40 |
| 08/25/03 | Bentz | Review of Claimants' reply briefs in support of dispositive motions. | 1.80 |
| 08/25/03 | Cameron | Review comments to document relating to settlement issues (.3); telephone call with R. Finke regarding same (.2). | .50 |
| 08/25/03 | Flatley | Review redraft of memo on number of homes containing ZAI (.50); call with J. Bentz and D. Cameron and e-mails re: court conference (.40). | .90 |
| 08/25/03 | Muha | Review Claimants' reply briefs. | .60 |
| 08/26/03 | Atkinson | Preparing index to pleadings re: Agenda for September 16 and 17 hearing. | 1.60 |
| 08/26/03 | Bentz | Begin preparation for Science Trial argument. | .30 |
| 08/26/03 | Cameron | Meet with L. Flatley regarding preparation for argument in Science Trial (.3); e-mail to R. Finke regarding same (.2); review settlement materials (.3). | .80 |
| 08/26/03 | Flatley | Review notes and organize in preparation for conference call (.70); conference call with D. Siegel, B. Beber, R. Finke and J. Restivo (1.30); with D. Cameron (.20); e-mails re: scheduling meeting (.10). | 2.30 |

172573  W. R. Grace & Co.                          Invoice Number   1074691
60028   ZAI Science Trial                          Page   17
        September 30, 2003


     Date    Name                                               Hours
     -------- -----------                                       -----

08/26/03 Muha              Review filings and materials re:      1.30
                           ZAI Science Trial Budget.

08/26/03 Restivo           Telephone calls with F. McGovern,     2.00
                           E. Westbrook, R. Beber, et al. re:
                           ZAI Science Trial mediation.

08/27/03 Atkinson          Reviewing agenda of matters for       1.20
                           September 16 and 17 hearing and
                           collecting pleadings for binders.

08/27/03 Bentz             Review materials in preparation       1.80
                           for Science Trial argument (.7);
                           meeting with J. Restivo, L.
                           Flatley and D. Cameron regarding
                           Science Trial arguments (1.1).

08/27/03 Butcher           Discuss with local counsel binders     .20
                           for argument.

08/27/03 Butcher           Meeting with J. Bentz and R.           .80
                           Swanson re: Daubert brief; review
                           cases for brief.

08/27/03 Cameron           Prepare for and meet with L.          1.20
                           Flatley, J. Bentz and J. Restivo
                           regarding summary judgment
                           argument preparation and review
                           summary outline of arguments.

08/27/03 Flatley           With J. Restivo, D. Cameron and J.    1.50
                           Bentz to discuss assignments for
                           ZAI Science Trial argument (1.30);
                           correspondence and e-mails re:
                           various issues (.20).

08/27/03 Muha              Compile updated ZAI Science Trial     2.20
                           budget report.

08/27/03 Restivo           Planning meeting re:  September 16    1.80
                           & 17 ZAI Science Trial arguments
                           (1.5); telephone calls with E.
                           Westbrook re: same (0.3).

08/28/03 Atkinson          Distributing August 26, 2003         4.90
                           Claimants' letter with additional
                           reliance materials (.70);
                           reviewing docket listing,
                           pleadings files to assemble
                           binders to be submitted  to the
                           Bankruptcy Court for September

172573 W. R. Grace & Co.                              Invoice Number  1074691
60028  ZAI Science Trial                              Page   18
       September 30, 2003

| Date | Name | | Hours |
|------|------|------|-------|

16-17, 2003 argument (4.20).

| 08/28/03 | Butcher | Phone call to Debtors' local counsel re: agenda for omnibus hearing (.10); review agenda (.30). | .40 |
| 08/28/03 | Flatley | Preparation for conference call (.60); conference call with D. Siegel, B. Beber, R. Finke and J. Restivo (1.00). | 1.60 |
| 08/28/03 | Restivo | Conference call with B. Beber, et al. (0.5); review new pleadings, e-mails, etc. (0.8). | 1.30 |
| 08/29/03 | Atkinson | Letter to Dr. Ilgren with additional medical articles (.60); prepare set of bankruptcy pleadings for use at scheduled Sept. 16-17, 2003 argument (3.10). | 3.70 |
| 08/29/03 | Butcher | Phone call to Debtors' local counsel re: agenda for omnibus hearing (.20); prepare agenda and binders to be filed (1.10). | 1.30 |
| 08/30/03 | Atkinson | Continued preparation of binders for submission to the Bankruptcy Court for September 16-17, 2003 argument. | 6.20 |

                                          ------
                            TOTAL HOURS   472.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 46.90 | at $ | 475.00 | = | 22,277.50 |
| Lawrence E. Flatley | 50.30 | at $ | 440.00 | = | 22,132.00 |
| Douglas E. Cameron | 76.50 | at $ | 430.00 | = | 32,895.00 |
| James W Bentz | 73.10 | at $ | 335.00 | = | 24,488.50 |
| Kathy K. Condo | 49.40 | at $ | 385.00 | = | 19,019.00 |
| Scott M. Cindrich | 5.00 | at $ | 200.00 | = | 1,000.00 |
| Jayme L. Butcher | 65.70 | at $ | 200.00 | = | 13,140.00 |
| Andrew J. Muha | 31.70 | at $ | 200.00 | = | 6,340.00 |
| Maureen L. Atkinson | 73.60 | at $ | 125.00 | = | 9,200.00 |

                  CURRENT FEES                        150,492.00

                                                     ------------

172573 W. R. Grace & Co.
60028  ZAI Science Trial
        September 30, 2003

Invoice Number  1074691
Page  19

TOTAL BALANCE DUE UPON RECEIPT        $150,492.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1074723
5400 Broken Sound Blvd., N.W.        Invoice Date      09/30/03
Boca Raton, FL 33487                 Client Number       172573

================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                        3,993.50
     Expenses                        0.00

           TOTAL BALANCE DUE UPON RECEIPT      $3,993.50
                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1074723
5400 Broken Sound Blvd., N.W.           Invoice Date       09/30/03
Boca Raton, FL 33487                    Client Number        172573
                                        Matter Number         60029


=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 08/05/03 | Lord | Assist with preparation of Ninth Quarterly fee application (.4). | .40 |
| 08/12/03 | Keuler | Draft and send e-message to co-counsel in PGH. | .10 |
| 08/12/03 | Lord | Prepare Notice, COS and service for quaterly fee application (.7); e-mail re: same (.1). | .80 |
| 08/12/03 | Muha | Review and prepare final revisions to Quarterly application. | 1.50 |
| 08/15/03 | Lankford | Scan, electronically file and service regarding Reed Smith's Ninth Quarterly Fee Application. | 1.50 |
| 08/15/03 | Muha | Make revisions to fee/expense detail for July 2003 Monthly Fee Application. | 2.40 |
| 08/18/03 | Lord | Research docket and draft CNO for June 2003 monthly fee application. | .60 |
| 08/18/03 | Muha | Revisions to fee/expense detail for July 2003 monthly fee application. | 2.80 |
| 08/19/03 | Cameron | Review issue raised by Fee Auditor and e-mail response. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1074723
60029 Fee Applications-Applicant            Page    2
       September 30, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 08/20/03 | Cameron | Review materials regarding fee applications and communicate with Fee Auditor regarding same. | .60 |
| 08/20/03 | Lord | Research docket and respond to inquiry from D. Cameron re: May CNO. | .30 |
| 08/22/03 | Lord | Revise CNO for June 2003 fee application (.2); e-file same (.4); supplement and perfect service for same (.3); prepare correspondence to R. Finke at Grace re: submission of same (.2). | 1.10 |
| 08/26/03 | Muha | Review spreadsheet relating to 8th Quarterly Application and recalculate values. | .60 |
| 08/28/03 | Lord | Review, revise and prepare July 2003 fee application for e-filing (1.1); prepare certificate of service for same (.2). | 1.30 |
| 08/28/03 | Muha | Final review and further extensive revisions to July 2003 fee application. | 3.60 |
| 08/29/03 | Keuler | Revised and finalized monthly fee application. | .50 |
| 08/29/03 | Lord | Discuss monthly fee application with R. Keuler and L. Lankford (.2); revise and e-file same (.6); prepare and perfect regular/electronic service for same (.5); e-mail to D. Cameron re: same (.1). | 1.40 |

```
                                              ------
                                TOTAL HOURS    20.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Douglas E. Cameron | 1.60 | at $ | 430.00 | = | 688.00 |
| Andrew J. Muha | 10.90 | at $ | 200.00 | = | 2,180.00 |
| Richard A. Jr. Keuler | 0.60 | at $ | 250.00 | = | 150.00 |
| John B. Lord | 5.90 | at $ | 145.00 | = | 855.50 |
| Lisa Lankford | 1.50 | at $ | 80.00 | = | 120.00 |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       September 30, 2003

Invoice Number  1074723
Page   3

                    CURRENT FEES                    3,993.50

                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT          $3,993.50
                                              =============