REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1074700 |
| Invoice Date | 09/30/03 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 152.31 |

TOTAL BALANCE DUE UPON RECEIPT        $152.31

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1074700
One Town Center Road                     Invoice Date        09/30/03
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Telephone Expense                        0.33
      Documentation Charge                    32.48
      Duplicating/Printing                   108.00
      Postage Expense                         11.50

                  CURRENT EXPENSES                        152.31
                                                     -------------

                  TOTAL BALANCE DUE UPON RECEIPT         $152.31
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1074700 |
| One Town Center Road | Invoice Date    09/30/03 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/31/03 | Postage Expense | 6.26 |
| 08/06/03 | Documentation Charge - - Electronic docket document retrieval service charges for May 2003. | 9.03 |
| 08/06/03 | 561-362-1583/BOCA RATON, FL/2 | .11 |
| 08/06/03 | ATTY # 0349; 10 COPIES | 1.50 |
| 08/06/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/06/03 | ATTY # 0559: 5 COPIES | .75 |
| 08/06/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/07/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/08/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/08/03 | ATTY # 0396: 1 COPIES | .15 |
| 08/11/03 | Postage Expense | 1.29 |
| 08/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0718: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.                         Invoice Number  1074700
60026  Litigation and Litigation Consulting      Page   2
       September 30, 2003


08/11/03    ATTY # 0887: 18 COPIES                              2.70

08/11/03    ATTY # 0887: 40 COPIES                              6.00

08/11/03    ATTY # 0559: 7 COPIES                               1.05

08/11/03    ATTY # 0559: 12 COPIES                              1.80

08/11/03    ATTY # 0559: 4 COPIES                                .60

08/11/03    ATTY # 0559: 1 COPIES                                .15

08/11/03    ATTY # 0559: 3 COPIES                                .45

08/11/03    ATTY # 0559: 4 COPIES                                .60

08/11/03    ATTY # 0559: 1 COPIES                                .15

08/11/03    ATTY # 0559: 4 COPIES                                .60

08/12/03    ATTY # 0349: 2 COPIES                                .30

08/12/03    ATTY # 0559: 24 COPIES                              3.60

08/12/03    ATTY # 0559: 4 COPIES                                .60

08/13/03    ATTY # 0856; 3 COPIES                                .45

08/13/03    ATTY # 0718: 4 COPIES                                .60

08/14/03    Documentation Charge - - Electronic docket         23.45
            document retrieval service charges for June
            2003.

08/15/03    Postage Expense                                    3.95

08/15/03    ATTY # 0718: 4 COPIES                                .60

08/15/03    ATTY # 0887: 12 COPIES                              1.80

172573  W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       September 30, 2003

Invoice Number  1074700
Page   3

08/15/03    ATTY # 0887: 4 COPIES                            .60

08/15/03    ATTY # 0887: 1 COPIES                            .15

08/18/03    ATTY # 0856: 4 COPIES                            .60

08/18/03    ATTY # 0856: 4 COPIES                            .60

08/18/03    ATTY # 0856: 4 COPIES                            .60

08/18/03    ATTY # 0856: 4 COPIES                            .60

08/18/03    ATTY # 0856: 4 COPIES                            .60

08/18/03    ATTY # 0856: 8 COPIES                           1.20

08/18/03    ATTY # 0718: 6 COPIES                            .90

08/18/03    ATTY # 0718: 3 COPIES                            .45

08/19/03    214-698-3868/DALLAS, TX/1                        .11

08/20/03    214-698-3868/DALLAS, TX/2                        .11

08/21/03    ATTY # 0349: 1 COPIES                            .15

08/27/03    ATTY # 0349: 2 COPIES                            .30

08/27/03    ATTY # 0349: 2 COPIES                            .30

08/28/03    ATTY # 0349; 90 COPIES                         13.50

08/28/03    ATTY # 0718: 7 COPIES                           1.05

08/28/03    ATTY # 0559: 1 COPIES                            .15

172573 W. R. Grace & Co.                         Invoice Number   1074700
60026  Litigation and Litigation Consulting      Page    4
       September 30, 2003


08/28/03   ATTY # 0559: 28 COPIES                               4.20

08/28/03   ATTY # 0559: 6 COPIES                                 .90

08/28/03   ATTY # 0559: 6 COPIES                                 .90

08/28/03   ATTY # 0559: 36 COPIES                               5.40

08/29/03   ATTY # 0718; 304 COPIES                             45.60

08/29/03   ATTY # 0718: 1 COPIES                                 .15


                        CURRENT EXPENSES                       152.31
                                                          ------------
                  TOTAL BALANCE DUE UPON RECEIPT            $152.31
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                        Invoice Number      1074712
5400 Broken Sound Blvd., N.W.      Invoice Date        09/30/03
Boca Raton, FL 33487               Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          0.00
    Expenses                  5,373.88

            TOTAL BALANCE DUE UPON RECEIPT        $5,373.88
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1074712
5400 Broken Sound Blvd., N.W.        Invoice Date       09/30/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 8.91 |
| Binding Charge | 78.00 |
| Telephone Expense | 34.14 |
| Duplicating/Printing | 3,342.40 |
| Document Production | 150.00 |
| Westlaw | 871.02 |
| Postage Expense | 18.01 |
| Courier Service - Outside | 170.72 |
| Outside Duplicating | 235.10 |
| Secretarial Overtime | 315.00 |
| Mileage Expense | 24.60 |
| Meal Expense | 72.69 |
| Telephone - Outside | 33.81 |
| General Expense | 19.48 |

                 CURRENT EXPENSES              5,373.88
                                             -------------

            TOTAL BALANCE DUE UPON RECEIPT    $5,373.88
                                             =============


REED SMITH LLP

PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1074712
5400 Broken Sound Blvd., N.W.            Invoice Date       09/30/03
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/22/03 | 843-727-6513/CHARLESTON, SC/4 | .23 |
| 07/23/03 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 07/23/03 | 202-833-8900/WASHINGTON, DC/2 | .11 |
| 07/28/03 | Color Printing of documents apperaing in response brief appendix. | 8.91 |
| 07/28/03 | Secretarial Overtime: Revisions to dispositive motion response briefs in ZAI Science Trial. | 45.00 |
| 07/28/03 | Duplicating/Printing | -1.00 |
| 07/29/03 | Secretarial Overtime: Revisions to dispositive motion response briefs in ZAI Science Trial | 105.00 |
| 07/30/03 | Westlaw--Legal research for responses to climants' motions for summary judgment. | 182.52 |
| 07/31/03 | Westlaw -Legal research for responses to claimants motions for summary judgment. | 688.50 |
| 07/31/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Diane M. Roberts (BUFFALO NY 14202). | 7.85 |
| 07/31/03 | 843-727-6513/CHARLESTON, SC/4 | .23 |
| 07/31/03 | Binding Charge--Binding charges for appendices to briefs. | 12.00 |
| 08/01/03 | ATTY # 0856; 53 COPIES | 7.95 |
| 08/01/03 | ATTY # 0856; 302 COPIES | 30.20 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
        September 30, 2003

Invoice Number  1074712
Page    2

| 08/01/03 | ATTY # 0856; 25 COPIES | 3.75 |
| 08/01/03 | ATTY # 0856; 2 COPIES | .30 |
| 08/01/03 | ATTY # 0856; 108 COPIES | 10.80 |
| 08/01/03 | ATTY # 0856; 6 COPIES | .90 |
| 08/01/03 | ATTY # 0856; 13 COPIES | 1.95 |
| 08/01/03 | ATTY # 0710: 24 COPIES | 3.60 |
| 08/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/01/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0504: 24 COPIES | 3.60 |
| 08/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0710: 12 COPIES | 1.80 |
| 08/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 08/01/03 | ATTY # 0701: 20 COPIES | 3.00 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        September 30, 2003

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/03 | ATTY # 0559: 26 COPIES | 3.90 |
| 08/01/03 | ATTY # 0559: 5 COPIES | .75 |
| 08/01/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/01/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 08/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/01/03 | ATTY # 0559: 5 COPIES | .75 |
| 08/01/03 | ATTY # 0504: 24 COPIES | 3.60 |
| 08/01/03 | ATTY # 0701: 10 COPIES | 1.50 |
| 08/01/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 08/01/03 | ATTY # 0710: 12 COPIES | 1.80 |
| 08/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/01/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/01/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/01/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/01/03 | 724-325-1776/EXPORT, PA/5 | .42 |
| 08/01/03 | Binding Charge--Binding charges for appedices to briefs. | 3.00 |
| 08/04/03 | ATTY # 0559; 114 COPIES | 17.10 |

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page   4
       September 30, 2003


08/04/03   ATTY # 0856; 60 COPIES                          9.00

08/04/03   ATTY # 0856; 22 COPIES                          2.20

08/04/03   ATTY # 0856; 21 COPIES                          3.15

08/04/03   ATTY # 0710; 76 COPIES                         11.40

08/04/03   561-362-1533/BOCA RATON, FL/19                  1.08

08/04/03   ATTY # 0504: 25 COPIES                          3.75

08/04/03   ATTY # 0504: 24 COPIES                          3.60

08/04/03   ATTY # 0504: 50 COPIES                          7.50

08/04/03   ATTY # 0559: 8 COPIES                           1.20

08/04/03   ATTY # 0504: 24 COPIES                          3.60

08/04/03   ATTY # 0710: 11 COPIES                          1.65

08/04/03   ATTY # 0559: 8 COPIES                           1.20

08/04/03   ATTY # 0559: 15 COPIES                          2.25

08/04/03   ATTY # 0856: 5 COPIES                            .75

08/04/03   ATTY # 0559: 1 COPIES                            .15

08/04/03   ATTY # 0856: 1 COPIES                            .15

08/04/03   ATTY # 0710: 11 COPIES                          1.65

08/04/03   ATTY # 0559: 5 COPIES                            .75

08/04/03   ATTY # 0559: 10 COPIES                          1.50

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        September 30, 2003

Invoice Number  1074712
Page   5

| | | |
|---|---|---:|
| 08/04/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/04/03 | ATTY # 0559: 19 COPIES | 2.85 |
| 08/04/03 | ATTY # 0504: 46 COPIES | 6.90 |
| 08/04/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 08/04/03 | ATTY # 0504: 24 COPIES | 3.60 |
| 08/04/03 | ATTY # 0504: 48 COPIES | 7.20 |
| 08/04/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 08/04/03 | ATTY # 0504: 106 COPIES | 15.90 |
| 08/04/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 08/04/03 | ATTY # 0559: 25 COPIES | 3.75 |
| 08/04/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/04/03 | ATTY # 0559: 27 COPIES | 4.05 |
| 08/04/03 | 561-362-1533/BOCA RATON, FL/14 | .86 |
| 08/04/03 | 724-325-1776/EXPORT, PA/1 | .14 |
| 08/04/03 | 724-325-1776/EXPORT, PA/6 | .49 |
| 08/04/03 | 724-325-1776/EXPORT, PA/4 | .35 |
| 08/04/03 | 724-325-1776/EXPORT, PA/11 | .77 |
| 08/05/03 | Telephone - Outside - - Conference call expense for call on 5/27/03 re: ZAI Science Trial | 33.81 |

172573  W. R. Grace & Co.
60028    ZAI Science Trial
         September 30, 2003

| | | |
|---|---|---:|
| 08/05/03 | ATTY # 0856; 26 COPIES | 3.90 |
| 08/05/03 | ATTY # 0856; 24 COPIES | 3.60 |
| 08/05/03 | ATTY # 0710; 48 COPIES | 7.20 |
| 08/05/03 | ATTY # 0856; 6 COPIES | .90 |
| 08/05/03 | ATTY # 0856; 2 COPIES | .30 |
| 08/05/03 | ATTY # 0856; 4 COPIES | .60 |
| 08/05/03 | ATTY # 0349; 54 COPIES | 8.10 |
| 08/05/03 | ATTY # 0559; 18 COPIES | 2.70 |
| 08/05/03 | ATTY # 0856; 25 COPIES | 3.75 |
| 08/05/03 | ATTY # 0559; 5 COPIES | .75 |
| 08/05/03 | ATTY # 0856; 69 COPIES | 10.35 |
| 08/05/03 | ATTY # 0856; 16 COPIES | 2.40 |
| 08/05/03 | ATTY # 0349; 40 COPIES | 6.00 |
| 08/05/03 | ATTY # 0885; 26 COPIES | 3.90 |
| 08/05/03 | ATTY # 0856; 3 COPIES | .45 |
| 08/05/03 | ATTY # 0856; 76 COPIES | 7.60 |
| 08/05/03 | ATTY # 0856: 4 COPIES | .60 |
| 08/05/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 08/05/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 08/05/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 08/05/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 08/05/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 08/05/03 | ATTY # 0504: 131 COPIES | 19.65 |

172573 W. R. Grace & Co.                        Invoice Number  1074712
60028  ZAI Science Trial                        Page    7
        September 30, 2003


08/05/03    ATTY # 0504: 105 COPIES                        15.75

08/05/03    ATTY # 0504: 26 COPIES                          3.90

08/05/03    ATTY # 0710: 1 COPIES                            .15

08/05/03    ATTY # 0856: 4 COPIES                            .60

08/05/03    ATTY # 0349: 2 COPIES                            .30

08/05/03    ATTY # 0710: 11 COPIES                          1.65

08/05/03    ATTY # 0504: 26 COPIES                          3.90

08/05/03    ATTY # 0710: 11 COPIES                          1.65

08/05/03    ATTY # 0856: 4 COPIES                            .60

08/05/03    ATTY # 0349: 1 COPIES                            .15

08/05/03    724-325-1776/EXPORT, PA/1                        .14

08/06/03    ATTY # 0856; 2 COPIES                            .30

08/06/03    ATTY # 0701; 20 COPIES                          3.00

08/06/03    ATTY # 0710; 9 COPIES                           1.35

08/06/03    ATTY # 0856; 26 COPIES                          3.90

08/06/03    ATTY # 0856; 64 COPIES                          9.60

08/06/03    ATTY # 0504: 46 COPIES                          6.90

08/06/03    ATTY # 0504: 29 COPIES                          4.35

08/06/03    ATTY # 0504: 27 COPIES                          4.05

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page   8
       September 30, 2003


08/06/03   ATTY # 0559: 1 COPIES                              .15

08/06/03   ATTY # 0349: 2 COPIES                              .30

08/06/03   ATTY # 0349: 1 COPIES                              .15

08/06/03   ATTY # 0504: 26 COPIES                            3.90

08/06/03   ATTY # 0856: 4 COPIES                              .60

08/06/03   ATTY # 0349: 2 COPIES                              .30

08/06/03   ATTY # 0504: 131 COPIES                          19.65

08/06/03   ATTY # 0856: 4 COPIES                              .60

08/06/03   ATTY # 0856: 4 COPIES                              .60

08/06/03   ATTY # 0559: 1 COPIES                              .15

08/06/03   ATTY # 0504: 28 COPIES                            4.20

08/06/03   ATTY # 0349: 1 COPIES                              .15

08/06/03   ATTY # 0559: 10 COPIES                            1.50

08/06/03   ATTY # 0349: 1 COPIES                              .15

08/06/03   ATTY # 0559: 6 COPIES                              .90

08/06/03   ATTY # 0559: 21 COPIES                            3.15

08/06/03   ATTY # 0559: 4 COPIES                              .60

172573 W. R. Grace & Co.
60028  ZAI Science Trial
     September 30, 2003

Invoice Number  1074712
Page   9

| | | |
|---|---|---:|
| 08/06/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/06/03 | ATTY # 0710: 3 COPIES | .45 |
| 08/06/03 | ATTY # 0559: 20 COPIES | 3.00 |
| 08/06/03 | ATTY # 0559: 19 COPIES | 2.85 |
| 08/06/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 08/06/03 | ATTY # 0504: 12 COPIES | 1.80 |
| 08/06/03 | ATTY # 0559: 20 COPIES | 3.00 |
| 08/06/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 08/06/03 | ATTY # 0559: 22 COPIES | 3.30 |
| 08/06/03 | ATTY # 0559: 26 COPIES | 3.90 |
| 08/06/03 | ATTY # 0504: 28 COPIES | 4.20 |
| 08/06/03 | ATTY # 0504: 25 COPIES | 3.75 |
| 08/06/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/06/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/06/03 | ATTY # 0856: 5 COPIES | .75 |
| 08/06/03 | ATTY # 0856: 4 COPIES | .60 |
| 08/06/03 | ATTY # 0559: 19 COPIES | 2.85 |

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  10
       September 30, 2003


08/06/03   ATTY # 0559: 10 COPIES                          1.50

08/06/03   ATTY # 0559: 21 COPIES                          3.15

08/06/03   ATTY # 0559: 7 COPIES                           1.05

08/06/03   ATTY # 0559: 38 COPIES                          5.70

08/06/03   ATTY # 0559: 21 COPIES                          3.15

08/06/03   ATTY # 0559: 20 COPIES                          3.00

08/06/03   ATTY # 0559: 22 COPIES                          3.30

08/06/03   ATTY # 0710: 131 COPIES                        19.65

08/06/03   561-362-1533/BOCA RATON, FL/16                   .91

08/06/03   561-362-1533/BOCA RATON, FL/2                    .11

08/06/03   561-362-1533/BOCA RATON, FL/3                    .17

08/06/03   724-325-1776/EXPORT, PA/2                        .14

08/07/03   Postage Expense                                1.52

08/07/03   ATTY # 0701; 3 COPIES                            .45

08/07/03   ATTY # 0701; 1 COPIES                            .15

08/07/03   ATTY # 0349; 3 COPIES                            .45

08/07/03   ATTY # 0856; 4 COPIES                            .60

08/07/03   ATTY # 0559; 11 COPIES                          1.65

08/07/03   ATTY # 0885; 216 COPIES                        32.40

08/07/03   ATTY # 0559; 60 COPIES                          9.00

08/07/03   ATTY # 0885; 11 COPIES                          1.65

08/07/03   ATTY # 0856: 4 COPIES                            .60

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       September 30, 2003

| | | |
|---|---|---:|
| 08/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 08/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/07/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/07/03 | ATTY # 0504: 29 COPIES | 4.35 |
| 08/07/03 | ATTY # 0504: 262 COPIES | 39.30 |
| 08/07/03 | ATTY # 0504: 29 COPIES | 4.35 |
| 08/07/03 | ATTY # 0559: 20 COPIES | 3.00 |
| 08/07/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 08/07/03 | ATTY # 0559: 20 COPIES | 3.00 |
| 08/07/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 08/07/03 | ATTY # 0856: 4 COPIES | .60 |
| 08/07/03 | ATTY # 0559: 20 COPIES | 3.00 |
| 08/07/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 08/07/03 | ATTY # 0856: 4 COPIES | .60 |
| 08/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/07/03 | ATTY # 0349: 6 COPIES | .90 |

172573 W. R. Grace & Co.                         Invoice Number  1074712
60028  ZAI Science Trial                         Page  12
       September 30, 2003


08/07/03   ATTY # 0885: 3 COPIES                            .45

08/07/03   ATTY # 0559: 20 COPIES                          3.00

08/07/03   ATTY # 0559: 3 COPIES                            .45

08/07/03   ATTY # 0559: 7 COPIES                           1.05

08/07/03   ATTY # 0559: 21 COPIES                          3.15

08/07/03   ATTY # 0559: 21 COPIES                          3.15

08/07/03   ATTY # 0885: 2 COPIES                            .30

08/07/03   ATTY # 0504: 29 COPIES                          4.35

08/07/03   ATTY # 0504: 58 COPIES                          8.70

08/07/03   ATTY # 0559: 22 COPIES                          3.30

08/07/03   ATTY # 0559: 40 COPIES                          6.00

08/07/03   ATTY # 0559: 40 COPIES                          6.00

08/07/03   ATTY # 0559: 22 COPIES                          3.30

08/07/03   ATTY # 0856: 4 COPIES                            .60

08/07/03   ATTY # 0349: 2 COPIES                            .30

08/07/03   724-325-1776/EXPORT, PA/26                      1.89

08/07/03   561-482-2257/BOCA RATON, FL/6                    .34

08/07/03   561-362-1533/BOCA RATON, FL/1                    .11

08/07/03   561-362-1533/BOCA RATON, FL/26                  1.54

172573 W. R. Grace & Co.                    Invoice Number  1074712
60028  ZAI Science Trial                    Page  13
        September 30, 2003


08/07/03   561-362-1533/BOCA RATON, FL/9                    .51

08/07/03   724-325-1776/EXPORT, PA/12                       .84

08/07/03   Duplicating Charge-Duplicating of document to  150.00
           be attached to response to ZAI claimants'
           summary judgment briefs.

08/08/03   ATTY # 0701; 322 COPIES                        48.30

08/08/03   ATTY # 0856; 20 COPIES                          3.00

08/08/03   ATTY # 0559; 231 COPIES                        34.65

08/08/03   ATTY # 0559; 1 COPIES                            .15

08/08/03   ATTY # 0885; 6 COPIES                            .90

08/08/03   ATTY # 0856; 70 COPIES                         10.50

08/08/03   ATTY # 0701; 694 COPIES                        69.40

08/08/03   ATTY # 0701; 1679 COPIES                      167.90

08/08/03   ATTY # 0707; 4 COPIES                            .60

08/08/03   ATTY # 0856: 4 COPIES                            .60

08/08/03   ATTY # 0559: 8 COPIES                           1.20

08/08/03   ATTY # 0885: 2 COPIES                            .30

08/08/03   ATTY # 0559: 32 COPIES                          4.80

08/08/03   ATTY # 0559: 40 COPIES                          6.00

08/08/03   ATTY # 0559: 20 COPIES                          3.00

08/08/03   ATTY # 0559: 20 COPIES                          3.00

08/08/03   ATTY # 0559: 1 COPIES                            .15

08/08/03   ATTY # 0504: 29 COPIES                          4.35

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028   ZAI Science Trial                         Page  14
        September 30, 2003


08/08/03   ATTY # 0559: 20 COPIES                              3.00

08/08/03   ATTY # 0559: 70 COPIES                             10.50

08/08/03   ATTY # 0559: 23 COPIES                              3.45

08/08/03   ATTY # 0559: 69 COPIES                             10.35

08/08/03   ATTY # 0559: 1 COPIES                                .15

08/08/03   ATTY # 0504: 87 COPIES                             13.05

08/08/03   ATTY # 0559: 20 COPIES                              3.00

08/08/03   ATTY # 0559: 23 COPIES                              3.45

08/08/03   ATTY # 0559: 23 COPIES                              3.45

08/08/03   ATTY # 0559: 46 COPIES                              6.90

08/08/03   ATTY # 0559: 23 COPIES                              3.45

08/08/03   ATTY # 0559: 25 COPIES                              3.75

08/08/03   ATTY # 0559: 20 COPIES                              3.00

08/08/03   ATTY # 0559: 3 COPIES                                .45

08/08/03   ATTY # 0559: 20 COPIES                              3.00

08/08/03   ATTY # 0559: 1 COPIES                                .15

08/08/03   ATTY # 0559: 1 COPIES                                .15

172573 W. R. Grace & Co.                        Invoice Number  1074712
60028  ZAI Science Trial                        Page  15
       September 30, 2003


08/08/03    ATTY # 0559: 23 COPIES                          3.45

08/08/03    ATTY # 0559: 3 COPIES                            .45

08/08/03    ATTY # 0504: 29 COPIES                          4.35

08/08/03    ATTY # 0559: 84 COPIES                         12.60

08/08/03    ATTY # 0559: 21 COPIES                          3.15

08/08/03    Courier Service - 54583 UPS - Shipped from     7.03
            Douglas Cameron, Reed Smith LLP - Pittsburgh to
            RJ Lee Group (MONROEVILLE PA 15146).

08/08/03    Courier Service - 54583 UPS - Shipped from    15.88
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Edward J. Westbrook, (MOUNT PLEASANT SC 29464).

08/08/03    Courier Service - 54583 UPS - Shipped from    19.78
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Darrell W. Scott, (SPOKANE WA 99201).

08/08/03    561-362-1533/BOCA RATON, FL/129                 7.41

08/08/03    561-362-1533/BOCA RATON, FL/34                  2.00

08/08/03    561-362-1533/BOCA RATON, FL/4                    .29

08/08/03    561-362-1533/BOCA RATON, FL/7                    .46

08/08/03    Courier Service - 54583 UPS - Shipped from    17.17
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Richard Finke, Esq. W.R. Grace & Company (BOCA
            RATON FL 33487)

08/08/03    Courier Service - 54583 UPS - Shipped from     4.42
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Darrell W. Scott (SPOKANE WA 99201)

08/08/03    Courier Service - 54583 UPS - Shipped from     3.51
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Edward J. Westbrook (MOUNT PLEASANT SC 29464).

08/08/03    Courier Service - 54583 UPS - Shipped from     4.04
            Jayme Butcher, Reed Smith LLP - Pittsburgh to
            Richard Finke, Esq. ,W.R. Grace & Company (BOCA
            RATON FL 33487)

172573 W. R. Grace & Co.
60028  ZAI Science Trial
        September 30, 2003

Invoice Number  1074712
Page  16


| 08/08/03 | Secretarial Overtime: Revision to dispositive motion response briefs in ZAI Science Trial. | 75.00 |
| 08/11/03 | ATTY # 0856; 915 COPIES | 91.50 |
| 08/11/03 | ATTY # 0885; 5 COPIES | .75 |
| 08/11/03 | ATTY # 0885; 2 COPIES | .30 |
| 08/11/03 | ATTY # 0701; 95 COPIES | 14.25 |
| 08/11/03 | ATTY # 0856; 3214 COPIES | 321.40 |
| 08/11/03 | ATTY # 0349; 150 COPIES | 22.50 |
| 08/11/03 | ATTY # 0885; 1 COPIES | .15 |
| 08/11/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 08/11/03 | ATTY # 0349; 120 COPIES | 18.00 |
| 08/11/03 | ATTY # 0885; 18 COPIES | 2.70 |
| 08/11/03 | ATTY # 0885; 247 COPIES | 37.05 |
| 08/11/03 | ATTY # 0349; 237 COPIES | 35.55 |
| 08/11/03 | ATTY # 0856; 8 COPIES | 1.20 |
| 08/11/03 | ATTY # 0885; 49 COPIES | 4.90 |
| 08/11/03 | ATTY # 0349; 20 COPIES | 3.00 |
| 08/11/03 | ATTY # 0856; 801 COPIES | 80.10 |
| 08/11/03 | ATTY # 0885; 9 COPIES | 1.35 |
| 08/11/03 | ATTY # 0856; 2624 COPIES | 262.40 |
| 08/11/03 | ATTY # 0349; 20 COPIES | 3.00 |
| 08/11/03 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 08/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0349: 1 COPIES | .15 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
     September 30, 2003

Invoice Number  1074712
Page  17

| Date | Description | Amount |
|---|---|---|
| 08/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/11/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/11/03 | ATTY # 0885: 2 COPIES | .30 |
| 08/11/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/11/03 | 561-362-1584/BOCA RATON, FL/1 | .11 |
| 08/11/03 | 561-362-1584/BOCA RATON, FL/7 | .40 |
| 08/11/03 | 561-362-1583/BOCA RATON, FL/13 | .80 |
| 08/12/03 | ATTY # 0349; 50 COPIES | 7.50 |
| 08/12/03 | ATTY # 0856; 295 COPIES | 29.50 |
| 08/12/03 | ATTY # 0856; 149 COPIES | 22.35 |
| 08/12/03 | ATTY # 0559; 4 COPIES | .60 |
| 08/12/03 | ATTY # 0885; 10 COPIES | 1.50 |
| 08/12/03 | ATTY # 0349: 2 COPIES | .30 |
| 08/12/03 | ATTY # 0559: 5 COPIES | .75 |
| 08/12/03 | ATTY # 0504: 29 COPIES | 4.35 |
| 08/12/03 | ATTY # 0701: 4 COPIES | .60 |

172573 W. R. Grace & Co.                    Invoice Number  1074712
60028  ZAI Science Trial                    Page  18
       September 30, 2003


08/12/03    561-362-1533/BOCA RATON, FL/10                    .63

08/13/03    ATTY # 0559; 9 COPIES                            1.35

08/13/03    ATTY # 0856; 26 COPIES                           3.90

08/13/03    ATTY # 0885; 9 COPIES                            1.35

08/13/03    ATTY # 0856; 36 COPIES                           3.60

08/13/03    ATTY # 0559; 10 COPIES                           1.50

08/13/03    ATTY # 0396: 1 COPIES                             .15

08/13/03    ATTY # 0349: 2 COPIES                             .30

08/13/03    ATTY # 0349: 2 COPIES                             .30

08/13/03    ATTY # 0559: 23 COPIES                           3.45

08/13/03    ATTY # 0885: 10 COPIES                           1.50

08/13/03    ATTY # 0559: 20 COPIES                           3.00

08/13/03    ATTY # 0885: 9 COPIES                            1.35

08/13/03    ATTY # 0885: 8 COPIES                            1.20

08/13/03    ATTY # 0396: 1 COPIES                             .15

08/13/03    ATTY # 0396: 1 COPIES                             .15

08/13/03    ATTY # 0559: 20 COPIES                           3.00

08/13/03    ATTY # 0349: 4 COPIES                             .60

08/13/03    ATTY # 0559: 23 COPIES                           3.45

172573 W. R. Grace & Co.                    Invoice Number  1074712
60028  ZAI Science Trial                    Page  19
       September 30, 2003


08/13/03   ATTY # 0559: 5 COPIES                          .75

08/13/03   ATTY # 0349: 2 COPIES                          .30

08/13/03   ATTY # 0856: 1 COPIES                          .15

08/13/03   ATTY # 0349: 2 COPIES                          .30

08/13/03   ATTY # 0885: 11 COPIES                        1.65

08/13/03   ATTY # 0396: 1 COPIES                          .15

08/13/03   ATTY # 0396: 1 COPIES                          .15

08/13/03   ATTY # 0396: 1 COPIES                          .15

08/13/03   ATTY # 0885: 8 COPIES                         1.20

08/13/03   ATTY # 0885: 9 COPIES                         1.35

08/13/03   ATTY # 0885: 10 COPIES                        1.50

08/13/03   ATTY # 0885: 9 COPIES                         1.35

08/13/03   ATTY # 0396: 1 COPIES                          .15

08/13/03   ATTY # 0396: 1 COPIES                          .15

08/14/03   ATTY # 0504; 606 COPIES                      60.60

08/14/03   ATTY # 0701; 3 COPIES                          .45

08/14/03   ATTY # 0856; 10 COPIES                        1.50

08/14/03   ATTY # 0504: 45 COPIES                        6.75

08/14/03   ATTY # 0885: 9 COPIES                         1.35

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page   20
        September 30, 2003


08/14/03    ATTY # 0885: 9 COPIES                              1.35

08/14/03    ATTY # 0885: 9 COPIES                              1.35

08/14/03    ATTY # 0885: 1 COPIES                               .15

08/14/03    ATTY # 0885: 9 COPIES                              1.35

08/14/03    ATTY # 0559: 23 COPIES                             3.45

08/14/03    ATTY # 0559: 20 COPIES                             3.00

08/14/03    ATTY # 0885: 10 COPIES                             1.50

08/14/03    ATTY # 0885: 13 COPIES                             1.95

08/14/03    ATTY # 0885: 10 COPIES                             1.50

08/14/03    ATTY # 0701: 2 COPIES                               .30

08/14/03    ATTY # 0701: 50 COPIES                             7.50

08/14/03    ATTY # 0885: 1 COPIES                               .15

08/14/03    561-362-1959/BOCA RATON, FL/3                       .17

08/14/03    843-727-6513/CHARLESTON, SC/2                       .11

08/14/03    312-407-0522/CHICAGO, IL/7                          .40

08/14/03    Binding Charge--Binding charges for appendices     6.00
            to briefs.

08/15/03    OUTSIDE DUPLICATION-Copying of materialsto be     61.30
            attached to debtors' reply briefs.

08/15/03    ATTY # 3984; 216 COPIES                           32.40

08/15/03    ATTY # 3984; 2 COPIES                               .30

172573 W. R. Grace & Co.
60028   ZAI Science Trial
        September 30, 2003

Invoice Number   1074712
Page   21

| | | |
|---|---|---|
| 08/15/03 | ATTY # 3984; 77 COPIES | 11.55 |
| 08/15/03 | ATTY # 0856; 6 COPIES | .90 |
| 08/15/03 | ATTY # 0856; 279 COPIES | 27.90 |
| 08/15/03 | ATTY # 0710; 55 COPIES | 8.25 |
| 08/15/03 | ATTY # 0856; 1 COPIES | .15 |
| 08/15/03 | ATTY # 0856; 12 COPIES | 1.80 |
| 08/15/03 | ATTY # 0559; 4 COPIES | .60 |
| 08/15/03 | ATTY # 0856; 4 COPIES | .60 |
| 08/15/03 | ATTY # 0559; 144 COPIES | 21.60 |
| 08/15/03 | ATTY # 0710; 39 COPIES | 5.85 |
| 08/15/03 | ATTY # 0504: 20 COPIES | 3.00 |
| 08/15/03 | ATTY # 0504: 10 COPIES | 1.50 |
| 08/15/03 | ATTY # 0856: 2 COPIES | .30 |
| 08/15/03 | ATTY # 0856: 2 COPIES | .30 |
| 08/15/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 08/15/03 | ATTY # 0856: 2 COPIES | .30 |
| 08/15/03 | ATTY # 0701: 10 COPIES | 1.50 |
| 08/15/03 | ATTY # 0856: 2 COPIES | .30 |
| 08/16/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 08/16/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 08/16/03 | ATTY # 0504: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  22
        September 30, 2003


08/16/03   ATTY # 0504: 7 COPIES                           1.05

08/17/03   703-684-2223/ARLINGTON, VA/5                     .29

08/17/03   ATTY # 0856; 39 COPIES                          5.85

08/17/03   ATTY # 0559; 20 COPIES                          3.00

08/17/03   ATTY # 0856; 12 COPIES                          1.80

08/17/03   ATTY # 0504: 28 COPIES                          4.20

08/17/03   ATTY # 0504: 13 COPIES                          1.95

08/17/03   ATTY # 0504: 14 COPIES                          2.10

08/17/03   ATTY # 0504: 14 COPIES                          2.10

08/17/03   ATTY # 0559: 1 COPIES                            .15

08/17/03   Secretarial Overtime: Revisions to dispositive  90.00
           motion response briefs in ZAI Science Trial.

08/18/03   ATTY # 0559; 8 COPIES                           1.20

08/18/03   ATTY # 0559; 9 COPIES                           1.35

08/18/03   ATTY # 0856; 1 COPIES                            .15

08/18/03   ATTY # 0856; 12 COPIES                          1.80

08/18/03   ATTY # 0559; 20 COPIES                          3.00

08/18/03   ATTY # 0559; 43 COPIES                          6.45

08/18/03   ATTY # 0559; 34 COPIES                          5.10

08/18/03   ATTY # 0559; 14 COPIES                          2.10

08/18/03   ATTY # 0559; 1 COPIES                            .15

08/18/03   ATTY # 0856; 36 COPIES                          5.40

08/18/03   ATTY # 0701; 264 COPIES                        39.60

08/18/03   ATTY # 0856; 5 COPIES                            .75

172573 W. R. Grace & Co.
60028  ZAI Science Trial
     September 30, 2003

Invoice Number  1074712
Page  23

| | | |
|---|---|---|
| 08/18/03 | ATTY # 0349; 7 COPIES | 1.05 |
| 08/18/03 | ATTY # 0559; 32 COPIES | 4.80 |
| 08/18/03 | ATTY # 0349; 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0559; 43 COPIES | 6.45 |
| 08/18/03 | ATTY # 0504: 26 COPIES | 3.90 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/18/03 | ATTY # 0504: 26 COPIES | 3.90 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 08/18/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/18/03 | ATTY # 0856: 6 COPIES | .90 |
| 08/18/03 | ATTY # 0701: 5 COPIES | .75 |
| 08/18/03 | ATTY # 0885: 1 COPIES | .15 |
| 08/18/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 08/18/03 | ATTY # 0701: 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  24
       September 30, 2003


08/18/03   ATTY # 0349: 10 COPIES                                1.50

08/18/03   ATTY # 0701: 39 COPIES                                5.85

08/18/03   ATTY # 0559: 1 COPIES                                  .15

08/18/03   ATTY # 0504: 13 COPIES                                1.95

08/18/03   ATTY # 0856: 3 COPIES                                  .45

08/18/03   ATTY # 0701: 39 COPIES                                5.85

08/18/03   ATTY # 0885: 1 COPIES                                  .15

08/18/03   ATTY # 0701: 13 COPIES                                1.95

08/18/03   ATTY # 0701: 26 COPIES                                3.90

08/18/03   ATTY # 0856: 3 COPIES                                  .45

08/18/03   ATTY # 0349: 10 COPIES                                1.50

08/18/03   ATTY # 0856: 4 COPIES                                  .60

08/18/03   561-482-2257/BOCA RATON, FL/4                          .29

08/18/03   215-851-8250/PHILA, PA/15                              .93

08/18/03   Courier Service - 54583 UPS - Shipped from           8.26
           Jayme Butcher, Reed Smith LLP - Pittsburgh to
           Edward J. Westbrook (MOUNT PLEASANT SC 29464).

08/18/03   Courier Service - 54583 UPS - Shipped from           9.50
           Jayme Butcher, Reed Smith LLP - Pittsburgh to
           Darrell W. Scott (SPOKANE WA 99201).

08/18/03   561-362-1583/BOCA RATON, FL/3                          .17

08/18/03   561-362-1583/BOCA RATON, FL/3                          .17

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  25
       September 30, 2003


08/19/03    Postage Expense                                     6.85

08/19/03    ATTY # 0701; 91 COPIES                             13.65

08/19/03    ATTY # 0885; 2 COPIES                                .30

08/19/03    ATTY # 0710; 56 COPIES                              8.40

08/19/03    ATTY # 0701; 127 COPIES                            19.05

08/19/03    ATTY # 0885; 230 COPIES                            23.00

08/19/03    ATTY # 0885; 2 COPIES                                .30

08/19/03    ATTY # 0701: 1 COPIES                                .15


08/19/03    ATTY # 0559: 1 COPIES                                .15


08/19/03    Binding Charge-Binding charges for appendices       3.00
            to briefs.

08/19/03    561-362-1533/BOCA RATON, FL/9                        .51

08/20/03    Outside Duplicating--Printing of articles used    108.80
            as resource for ZAI Science Trial briefs.

08/20/03    General Expense - -Tabs for briefs in reply to     19.48
            summary judgment response briefs.

08/20/03    Postage Expense                                     1.48

08/20/03    Postage Expense                                      .37

08/20/03    ATTY # 0559: 1 COPIES                                .15


08/20/03    ATTY # 0856: 1 COPIES                                .15


08/20/03    ATTY # 0559: 5 COPIES                                .75


08/20/03    ATTY # 0559: 3 COPIES                                .45


08/20/03    ATTY # 0559: 5 COPIES                                .75


08/20/03    ATTY # 0559: 3 COPIES                                .45

172573 W. R. Grace & Co.                        Invoice Number  1074712
60028  ZAI Science Trial                        Page  26
       September 30, 2003


08/20/03   ATTY # 0559: 6 COPIES                           .90

08/20/03   ATTY # 0856: 2 COPIES                           .30

08/20/03   ATTY # 0856: 2 COPIES                           .30

08/20/03   ATTY # 0559: 3 COPIES                           .45

08/20/03   ATTY # 0856: 1 COPIES                           .15

08/20/03   ATTY # 0856: 1 COPIES                           .15

08/20/03   ATTY # 0856: 1 COPIES                           .15

08/20/03   ATTY # 0701: 3 COPIES                           .45

08/20/03   ATTY # 0701: 3 COPIES                           .45

08/20/03   ATTY # 0856: 1 COPIES                           .15

08/20/03   ATTY # 0559: 2 COPIES                           .30

08/20/03   ATTY # 0856: 2 COPIES                           .30

08/20/03   ATTY # 0559; 6 COPIES                           .90

08/20/03   ATTY # 0856; 322 COPIES                       32.20

08/20/03   ATTY # 0856; 5 COPIES                           .75

08/20/03   ATTY # 0856; 8 COPIES                          1.20

08/20/03   ATTY # 0856; 21 COPIES                         3.15

08/20/03   ATTY # 0856; 1042 COPIES                     104.20

08/20/03   ATTY # 0856; 303 COPIES                       30.30

08/20/03   ATTY # 0856; 76 COPIES                         7.60

172573  W. R. Grace & Co.                          Invoice Number  1074712
60028   ZAI Science Trial                          Page  27
        September 30, 2003


08/20/03    ATTY # 0701; 21 COPIES                              3.15

08/20/03    Binding Charge--Binding of materials for           54.00
            science trial hearing

08/20/03    Courier Service - 54583 UPS - Shipped from         21.21
            Maureen Atkinson, Reed Smith LLP - Pittsburgh
            to Richard C. Finke, Esq., W.R. Grace (BOCA
            RATON FL 33487).

08/20/03    608-250-9675/MADISON, WI/51                         2.96

08/20/03    202-414-9213/WASHINGTON, DC/2                        .11

08/20/03    202-414-9216/WASHINGTON, DC/2                        .11

08/21/03    Meal Expense - - VENDOR: QUIZNO'S CLASSIC SUBS     72.69
            LUNCH 7/22/03--Lunch for 5 purchased for
            meeting with debtor's in-house counsel and
            consulting expert, with member of expert's
            staff.

08/21/03    Mileage Expense - - Parking and mileage expense    24.60
            relating to secretarial overtime work on ZAI
            Science Trial briefs.

08/21/03    ATTY # 0559: 2 COPIES                                .30

08/21/03    ATTY # 0349: 2 COPIES                                .30

08/21/03    ATTY # 0349: 1 COPIES                                .15

08/21/03    ATTY # 0349: 8 COPIES                               1.20

08/21/03    ATTY # 0559: 2 COPIES                                .30

08/21/03    ATTY # 0856: 1 COPIES                                .15

08/21/03    561-362-1583/BOCA RATON, FL/1                        .11

08/21/03    ATTY # 0856; 53 COPIES                              5.30

08/21/03    ATTY # 0349; 12 COPIES                              1.80

08/21/03    ATTY # 0856; 149 COPIES                            14.90

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       September 30, 2003

Invoice Number  1074712
Page  28

| Date | Description | Amount |
|------|-------------|--------|
| 08/21/03 | ATTY # 0349; 2 COPIES | .30 |
| 08/21/03 | ATTY # 0349; 1 COPIES | .15 |
| 08/21/03 | 202-833-8900/WASHINGTON, DC/8 | .51 |
| 08/21/03 | 561-362-1533/BOCA RATON, FL/22 | 1.25 |
| 08/22/03 | ATTY # 0559: 3 COPIES | .45 |
| 08/22/03 | ATTY # 0559: 6 COPIES | .90 |
| 08/22/03 | ATTY # 0559: 6 COPIES | .90 |
| 08/22/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/22/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/22/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/22/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/22/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/22/03 | ATTY # 0559: 2 COPIES | .30 |
| 08/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/22/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/22/03 | ATTY # 0559: 4 COPIES | .60 |
| 08/22/03 | ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                    Invoice Number  1074712
60028  ZAI Science Trial                    Page  29
       September 30, 2003


08/22/03   ATTY # 0559: 5 COPIES                          .75

08/22/03   ATTY # 0559: 6 COPIES                          .90

08/22/03   ATTY # 0559: 4 COPIES                          .60

08/22/03   ATTY # 0559: 1 COPIES                          .15

08/22/03   ATTY # 0856; 184 COPIES                      18.40

08/22/03   ATTY # 0856; 21 COPIES                        3.15

08/22/03   ATTY # 0856; 64 COPIES                        9.60

08/22/03   ATTY # 0856; 39 COPIES                        5.85

08/22/03   ATTY # 0856; 34 COPIES                        5.10

08/22/03   ATTY # 0856; 241 COPIES                      24.10

08/22/03   561-362-1533/BOCA RATON, FL/28               1.60

08/22/03   561-362-1533/BOCA RATON, FL/4                 .29

08/22/03   302-652-4100/WILMINGTON, DE/1                 .11

08/25/03   Courier Service - Outside - - VENDOR: FEDERAL   10.43
           EXPRESS CORP., J.BENTZ TO D.SCOTT

08/25/03   Courier Service - Outside - - VENDOR: FEDERAL    9.21
           EXPRESS CORP.,  J.BENTZ TO E.WESTBROOK

08/25/03   Courier Service - Outside - - VENDOR: FEDERAL   32.43
           EXPRESS CORP.,  J.BENTZ TO R.FINKE

08/25/03   ATTY # 0885; 3 COPIES                          .45

08/25/03   ATTY # 0856; 48 COPIES                        4.80

08/25/03   ATTY # 0856; 1 COPIES                          .15

08/25/03   ATTY # 0559; 23 COPIES                        3.45

08/25/03   ATTY # 0885; 2 COPIES                          .30

08/25/03   ATTY # 0559: 3 COPIES                          .45

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  30
        September 30, 2003


08/25/03   ATTY # 0559: 1 COPIES                                .15

08/25/03   ATTY # 0559: 1 COPIES                                .15

08/25/03   ATTY # 0559: 1 COPIES                                .15

08/26/03   Outside Duplicating - - VENDOR: LOYOLA            11.00
           UNIVERSITY--Printing of academic articles on
           vermiculite and asbestos.

08/26/03   Outside Duplicating - - VENDOR: UNIVERSITY OF     18.00
           MINNESOTA---Printing of academic articles on
           vermiculite and asbestos.

08/26/03   Outside Duplicating - - VENDOR: UNIVERSITY OF     36.00
           PITTSBURGH---Printing of academic articles on
           vermiculite and asbestos.

08/26/03   ATTY # 0559: 3 COPIES                                .45

08/26/03   ATTY # 0559: 3 COPIES                                .45

08/27/03   ATTY # 0349; 4 COPIES                                .60

08/27/03   ATTY # 0349: 2 COPIES                                .30

08/27/03   ATTY # 0559: 3 COPIES                                .45

08/27/03   ATTY # 0559: 5 COPIES                                .75

08/27/03   ATTY # 0349: 4 COPIES                                .60

08/28/03   Postage Expense                                    2.44

08/28/03   ATTY # 0856; 395 COPIES                            39.50

08/28/03   ATTY # 0559; 16 COPIES                              2.40

08/28/03   ATTY # 0856; 716 COPIES                            71.60

08/28/03   ATTY # 0856; 48 COPIES                              7.20

| Date | Description | Amount |
|---|---|---|
| 08/28/03 | ATTY # 0856; 6 COPIES | .90 |
| 08/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0701: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/28/03 | ATTY # 0856: 1 COPIES | .15 |
| 08/29/03 | Postage Expense | 4.75 |
| 08/29/03 | ATTY # 0856; 601 COPIES | 60.10 |
| 08/29/03 | ATTY # 0559; 24 COPIES | 3.60 |
| 08/29/03 | ATTY # 0856; 30 COPIES | 4.50 |
| 08/29/03 | ATTY # 0856; 725 COPIES | 72.50 |
| 08/29/03 | ATTY # 0856; 4 COPIES | .60 |
| 08/29/03 | ATTY # 0856; 636 COPIES | 63.60 |
| 08/29/03 | ATTY # 0856; 3 COPIES | .45 |
| 08/29/03 | ATTY # 0559; 2 COPIES | .30 |
| 08/29/03 | ATTY # 0856; 556 COPIES | 55.60 |
| 08/29/03 | ATTY # 0856; 196 COPIES | 19.60 |
| 08/29/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 08/29/03 | ATTY # 0856; 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1074712
60028  ZAI Science Trial                          Page  32
       September 30, 2003


08/29/03   ATTY # 0559; 16 COPIES                              2.40

08/29/03   ATTY # 0559; 6 COPIES                                .90

08/29/03   ATTY # 0559: 12 COPIES                             1.80


08/29/03   ATTY # 0856: 1 COPIES                               .15


08/29/03   ATTY # 0559: 1 COPIES                               .15


08/29/03   ATTY # 0559: 15 COPIES                             2.25


08/29/03   ATTY # 0559: 5 COPIES                               .75


08/29/03   ATTY # 0559: 10 COPIES                             1.50


08/29/03   ATTY # 0856: 1 COPIES                               .15


08/29/03   ATTY # 0856: 6 COPIES                               .90


08/29/03   ATTY # 0559: 5 COPIES                               .75


08/30/03   ATTY # 0856; 111 COPIES                           16.65

08/30/03   ATTY # 0856; 26 COPIES                             3.90

08/30/03   ATTY # 0856; 30 COPIES                             4.50

08/30/03   ATTY # 0856; 70 COPIES                            10.50

08/30/03   ATTY # 0856; 8 COPIES                              1.20

08/30/03   ATTY # 0856; 176 COPIES                           26.40

08/30/03   ATTY # 0856; 70 COPIES                            10.50

08/30/03   ATTY # 0856; 4 COPIES                               .60

08/30/03   ATTY # 0856; 8 COPIES                              1.20

08/30/03   ATTY # 0559: 12 COPIES                             1.80

172573 W. R. Grace & Co.                    Invoice Number  1074712
60028  ZAI Science Trial                    Page  33
       September 30, 2003


08/31/03   Postage Expense                                   .60

                          CURRENT EXPENSES                5,373.88
                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $5,373.88
                                                         =============