# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 4088 and 8/25/03 |

Agenda Item No. 7

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the First Omnibus Objection of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the First Omnibus Objection and all responses thereto; and due and proper notice of the First Omnibus Objection having been given, it is hereby

ORDERED that the Objection to the Claim listed on Exhibit A to this Order is continued to the September 22, 2003, hearing; and it is further

ORDERED that the Objection to each Claim listed on Exhibits B & C to this Order is granted and each claim listed is either (i) modified and allowed, (ii) reclassified or (iii) expunged and disallowed, as set forth on Exhibits B & C, for all purposes; and it is further

ORDERED that, to the extent that a claimant whose claim is expunged pursuant to this Order has an asbestos-related personal injury claim (a "PI Claim"), the expunging of the claim pursuant to this Order shall not affect the rights of that claimant to later file a proof of claim for its PI Claim, without leave of Court, and with such PI Claim being

subject to applicable defenses of the Debtors once any bar date that may be established by the Court relating to the assertion of PI Claims is so established or any other procedure with respect to the assertion of PI Claims is established in these chapter 11 cases; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August 25, 2003

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

In re: **W.R. GRACE & CO.**
**OMNIBUS 1 - EXHIBIT A - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status/Hearing Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIPELINE SERVICES INC<br>PO BOX 331<br>BRYSON CITY NC 28713 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1379 | $15,661.05 | (U) | EXPUNGE | $0.00 | | (U) | CONTINUED 9/22/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\*\*(A) - Administrative   (S) - Secured       (T) - Total
   (P) - Priority          (U) - Unsecured

Page 1 of 1                                                                                8/18/2003 10:35:55 AM

## In re: W.R. GRACE & CO.
## OMNIBUS 1 - EXHIBIT B - RESPONSE FILED, SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H W FIORI & SON INC<br>407 JACK ST<br>BALTIMORE MD 21225 | 01-01140<br>W.R. GRACE & CO.-CONN. | 858 | $58,427.00 | (P) | RECLASSIFY | $58,427.00 | (U) | | SUSTAINED |
| 2 | INDUSTRIAL CONSTRUCTION INC<br>2929 S 18TH AVE SUITE D<br>BROADVIEW IL 60155-4757 | 01-01140<br>W.R. GRACE & CO.-CONN. | 156 | $8,231.25 | (P) | RECLASSIFY | $8,231.25 | (U) | | SUSTAINED |
| 3 | INTRANSCO INC<br>PO BOX 239<br>LYNNFIELD MA 000001940 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2638 | $3,233.55 | (U) | REDUCE AND ALLOW | $2,388.00 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Page 1 of 1

8/18/2003 10:33:24 AM

# In re: W.R. GRACE & CO.
## OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A-1 METAL STRIPPING<br>4321 KILMER<br>GOLDEN CO 80401 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2080 | $860.00 | (P) | RECLASSIFY | $860.00 | (U) | SUSTAINED |
| 2 | ACME CONTROL SERVICE INC<br>6140 W HIGGINS<br>CHICAGO IL 60630 | 01-01139<br>W.R. GRACE & CO. | 1080 | $180.65 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 3 | ADVANCED VACUUM CO INC<br>1215 N BUSINESS PKWY<br>WESTMINSTER MD 21157 | 01-01139<br>W.R. GRACE & CO. | 1362 | $1,953.41 | (U) | REDUCE AND ALLOW | $1,583.13 | (U) | SUSTAINED |
| 4 | ADVANCED WASTE SERVICES INC<br>ATTN MARY ANN<br>1126 S 70TH ST #N508B<br>WEST ALLIS WI 53214 | 01-01139<br>W.R. GRACE & CO. | 2348 | $3,489.72 | (U) | REDUCE AND ALLOW | $814.72 | (U) | SUSTAINED |
| 5 | ADVANCED WASTE SERVICES INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 642 | $8,561.25 | (U) | REDUCE AND ALLOW | $2,675.00 | (U) | SUSTAINED |
| 6 | Alamo TRANSFORMER SUPPLY<br>10220 MYKAWA<br>HOUSTON TX 77048 | 01-01139<br>W.R. GRACE & CO. | 1324 | $9,605.34 | (P) | RECLASSIFY | $9,605.34 | (U) | SUSTAINED |
| 7 | AMBU INC<br>611 N HAMMONDS FERRY RD<br>LINTHICUM MD 21090-1356 | 01-01139<br>W.R. GRACE & CO. | 1895 | $264.65 | (P) | RECLASSIFY | $264.65 | (U) | SUSTAINED |
| 8 | ARLINGTON COMPUTER PRODUCTS<br>851 COMMERCE CT<br>BUFFALO GROVE IL 60089 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1173 | $836.11 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 9 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1212 | $1,305,768.04 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 10 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1221 | $1,267,582.46 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

In re: **W.R. GRACE & CO.**
**OMNIBUS 1 - EXHIBIT C - SUSTAINED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AT&T CORP<br>55 CORPORATE DR<br>BRIDGEWATER NJ 08807-1265 | 01-01139<br>W.R. GRACE & CO. | 1222 | $984,828.69 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 12 | BEAL INDUSTRIAL PRODUCTS INC<br>7513E CONNLLEY DR<br>HANOVER MD 21076 | 01-01139<br>W.R. GRACE & CO. | 1962 | $327.61 | (P) | INVALID TRANSFER EXPUNGE | $0.00 | (P) | SUSTAINED |
| 13 | BETTER BUILT STORAGE BUILDINGS<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 644 | $1,691.24 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 14 | BORGERT, JOHN<br>690 SE CRESCENT DR<br>SHELTON WA 98584 | 01-01139<br>W.R. GRACE & CO. | 3443 | $10,134.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 15 | CAMCAL COMPANY INC<br>1128 4TH AVE N<br>KENT WA 98032 | 01-01139<br>W.R. GRACE & CO. | 2791 | $457.63 | (U) | REDUCE AND ALLOW | $332.88 | (U) | SUSTAINED |
| 16 | CELANESE LTD<br>1601 W LBJ FREEWAY<br>ATT MARK CERICOLA<br>DALLAS TX 75234 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1547 | $9,247.49<br>$16,501.33 | (P)<br>(U) | RECLASSIFY | $25,748.82 | (U) | SUSTAINED |
| 17 | CHICAGOLAND-QUAD CITIES EXP,<br>7715 S. 78TH AVE, BLDG 5<br>BRIDGEVIEW IL 60455 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1387 | $308.58 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | SUSTAINED |
| 18 | CLEARFIELD CITY CORPORATION<br>55 S STATE<br>CLEARFIELD UT 84015 | 01-01139<br>W.R. GRACE & CO. | 1772 | $106.00 | (P) | RECLASSIFY | $106.00 | (U) | SUSTAINED |
| 19 | CLEARFIELD CITY CORPORATION<br>55 S STATE<br>CLEARFIELD UT 84015 | 01-01139<br>W.R. GRACE & CO. | 1773 | $73.87 | (P) | RECLASSIFY | $73.87 | (U) | SUSTAINED |
| 20 | COMPRO PAINTING & DECORATING<br>10 S 160 RAMM DR UNIT C<br>NAPERVILLE IL 60564 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2190 | $9,575.00 | (P) | RECLASSIFY | $9,575.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

In re: **W.R. GRACE & CO.**
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | CONTRARIAN CAPITAL TRADE<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 000006830 | 01-01139<br>W.R. GRACE & CO. | 8761 | $16,498.68 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 22 | CONTRARIAN CAPITAL TRADE<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 000006830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9177 | $16,498.68 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 23 | CRENSHAW CORPORATION<br>1700 COMMERCE RD<br>PO BOX 24217<br>RICHMOND VA 23224-0217 | 01-01139<br>W.R. GRACE & CO. | 1155 | $1,154.58 | (U) | REDUCE AND ALLOW | $1,120.96 | (U) | | SUSTAINED |
| 24 | CROSIBLE INC<br>PO BOX 271<br>MORAVIA NY 13118 | 01-01139<br>W.R. GRACE & CO. | 1098 | $5,107.20 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 25 | CROSIBLE INC FILTRATION<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 650 | $5,107.20 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | (U) | | SUSTAINED |
| 26 | CROSS COUNTRY INC<br>ATTN RICHARD IVES TREASURER<br>PO BOX 5028<br>BOCA RATON FL 33431-0828 | 01-01139<br>W.R. GRACE & CO. | 1758 | $131,805.94 | (U) | REDUCE AND ALLOW | $128,138.07 | (U) | | SUSTAINED |
| 27 | DOW CORNING CORPORATION<br>PO BOX 994 MAIL # CO 1242<br>MIDLAND MI 48686-0994 | 01-01139<br>W.R. GRACE & CO. | 1740 | $16,094.40 | (U) | REDUCE AND ALLOW | $16,094.40 | (U) | | SUSTAINED |
| 28 | EMROSE DATA INC<br>25125 DETROIT RD STE 140<br>WESTLAKE OH 44145-2500 | 01-01139<br>W.R. GRACE & CO. | 7199 | $1,090.37 | (U) | REDUCE AND ALLOW | $665.47 | (U) | | SUSTAINED |
| 29 | ENSIGN THE FLORIST<br>1300 S CREST RD<br>ROSSVILLE GA 30741 | 01-01139<br>W.R. GRACE & CO. | 721 | $56.71 | (S) | RECLASSIFY | $56.71 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
  (P) - Priority          (U) - Unsecured

In re: **W.R. GRACE & CO.**
**OMNIBUS 1 - EXHIBIT C - SUSTAINED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 30 | GAF CORP G-1 HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01200 H-G COAL COMPANY | 7824 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 31 | GAF CORP G-1 HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01194 REMEDIUM GROUP, INC. | 7830 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 32 | GAF CORP G-1 HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01191 MRA HOLDINGS CORP. | 7833 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 33 | GAF CORP G-1 HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01190 MONROE STREET, INC. | 7834 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 34 | GAF CORP G-1 HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01189 MONOLITH ENTERPRISES | 7835 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 35 | GAF CORP G-I HOLDINGS AND ITS JOSEPH LUBERTAZZI JR ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 000007102 | 01-01158 GN HOLDINGS, INC. | 7865 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 36 | HAYES MECHANICAL INC 2160 N ASHLAND AVE CHICAGO IL 60614 | 01-01139 W.R. GRACE & CO. | 2404 | $2,447.92 | (U) | REDUCE AND ALLOW | $2,272.33 | (U) | SUSTAINED |
| 37 | HAZMATPAC INC 5301 POLK BLDG #18 HOUSTON TX 77023 | 01-01140 W.R. GRACE & CO.-CONN. | 1690 | $187.34 | (P) | RECLASSIFY | $187.34 | (U) | SUSTAINED |
| 38 | HERRON VALUE 103 ENTERPRISE DR ROYERSFORD PA 19468 | 01-01139 W.R. GRACE & CO. | 1539 | $3,655.75 | (P) | RECLASSIFY | $3,655.75 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

(T) - Total

In re: W.R. GRACE & CO.
## OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 39 | HOLMAN BOILER WORKS<br>PO BOX 740<br>BUFFALO NY 14217 | 01-01139<br>W.R. GRACE & CO. | 418 | $16,830.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | $0.00 | (U) | SUSTAINED |
| 40 | HUFFMAN LABORATORIES INC<br>4630 INDIANA ST<br>GOLDEN CO 80403 | 01-01139<br>W.R. GRACE & CO. | 2714 | $10,872.03 | (U) | REDUCE AND ALLOW | $10,711.00 | (U) | SUSTAINED |
| 41 | IMES ENGINEERING INC<br>11843 MARKET PLACE AVE STE A<br>BATON ROUGE LA 70816 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1332 | $153.45 | (P) | RECLASSIFY | $153.45 | (U) | SUSTAINED |
| 42 | ISCO INC<br>4700 SUPERIOR ST<br>LINCOLN NE 68504 | 01-01139<br>W.R. GRACE & CO. | 1541 | $1,429.51 | (U) | REDUCE AND ALLOW | $1,425.26 | (U) | SUSTAINED |
| 43 | J&J MANUFACTURING CO<br>PO BOX 6295<br>BEAUMONT TX 77725 | 01-01140<br>W.R. GRACE & CO.-CONN. | 38 | $957.80 | (P) | RECLASSIFY | $957.80 | (U) | SUSTAINED |
| 44 | JOHN H CARTER CO INC<br>LOBMAN CARNAHAN BATT ANGELLE & NADER<br>400 POYDRAS ST STE 2300<br>NEW ORLEANS LA 70130 | 01-01139<br>W.R. GRACE & CO. | 1933 | $4,945.67 | (U) | REDUCE AND ALLOW | $4,945.67 | (U) | SUSTAINED |
| 45 | JOHNSONS BROTHERS INC<br>5498 WALLINGFORD RD<br>FLEMINGSBURG KY 41041 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1518 | $21,677.83 | (U) | REDUCE AND ALLOW | $21,568.12 | (U) | SUSTAINED |
| 46 | KENNETH TECHNOLOGY<br>9 BACORN RD<br>FLEMINGTON NJ 08822 | 01-01139<br>W.R. GRACE & CO. | 1250 | $1,432.00 | (P) | RECLASSIFY | $1,432.00 | (U) | SUSTAINED |
| 47 | LESSARD ENVIRONMENTAL INC<br>CORPORATE HEADQUARTERS<br>46R PRINCE ST<br>DANVERS MA 01923 | 01-01139<br>W.R. GRACE & CO. | 1086 | $445.02 | (U) | REDUCE AND ALLOW | $392.10 | (U) | SUSTAINED |
| 48 | MCKENZIE PEST CONTROL INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 771 | $1,000.00 | (U) | REDUCE AND ALLOW | $500.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

Case 01-01139-AMC    Doc 4526-1    Filed 10/03/03    Page 11 of 13

page 13 of 18

In re: **W.R. GRACE & CO.**
OMNIBUS 1 - EXHIBIT C - SUSTAINED

| # | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 49 | MID ATLANTIC LABEL INC<br>105 INDUSTRY LN<br>PO BOX 363<br>FOREST HILL MD 21050 | 01-01139<br>W.R. GRACE & CO. | 1109 | $5,352.14 | (U) | REDUCE AND ALLOW | $4,396.08 | (U) | SUSTAINED |
| 50 | MID-AMERICA DYNAMICS INC<br>4513 LINCOLN AVE STE 200<br>LISLE IL 60532 | 01-01139<br>W.R. GRACE & CO. | 2210 | $5,122.86 | (U) | REDUCE AND ALLOW | $4,993.34 | (U) | SUSTAINED |
| 51 | MOLYCHEM LLC<br>PO BOX 5063<br>ROCKFORD IL 61125-0063 | 01-01139<br>W.R. GRACE & CO. | 971 | $63,211.59 | (U) | REDUCE AND ALLOW | $53,947.91 | (U) | SUSTAINED |
| 52 | MONUMENT ENVIRONMENTAL LLC<br>PO BOX 514<br>MONUMENT CO 80132 | 01-01139<br>W.R. GRACE & CO. | 1235 | $3,241.05 | (P) | RECLASSIFY | $3,241.05 | (U) | SUSTAINED |
| 53 | PALLET KING INC<br>1800 NW 22ND ST<br>POMPANO BEACH FL 33069 | 01-01139<br>W.R. GRACE & CO. | 4091 | $2,385.00 | (U) | REDUCE AND ALLOW | $2,250.00 | (U) | SUSTAINED |
| 54 | PENNONI ASSOCIATES INC<br>ATTN PETER J COOTE ESQUIRE<br>ONE DREXEL PLAZA 3001 MARKET ST<br>PHILADELPHIA PA 19104-2897 | 01-01139<br>W.R. GRACE & CO. | 2776 | $1,232.50 | (P) | RECLASSIFY | $1,232.50 | (U) | SUSTAINED |
| 55 | PENNSYLVANIA STEEL CO INC<br>1717 WOODHAVEN DR<br>BENSALEM PA 19020 | 01-01139<br>W.R. GRACE & CO. | 2805 | $479.00 | (U) | REDUCE AND ALLOW | $456.19 | (U) | SUSTAINED |
| 56 | PERKS WELDING CO INC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 636 | $2,607.43 | (U) | REDUCE AND ALLOW | $2,509.57 | (U) | SUSTAINED |
| 57 | PUMP SPECIALTIES INC<br>9428 W 47TH ST<br>BROOKFIELD IL 60513 | 01-01139<br>W.R. GRACE & CO. | 941 | $893.85 | (S) | RECLASSIFY | $893.85 | (U) | SUSTAINED |
| 58 | ROBERT SHAUN HUGHEY DBA<br>630 PARTON LN<br>RINGGOLD GA 30736 | 01-01139<br>W.R. GRACE & CO. | 15179 | $3,807.73 | (P) | RECLASSIFY | $3,807.73 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured  (T) - Total
   (P) - Priority         (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 1 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | RUTGERS ORGANICS CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 772 | $2,508.00 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | | (U) | SUSTAINED |
| 60 | SAFETY HOUSE LLC<br>2010 ENTERPRISE BLVD<br>LAKE CHARLES LA 70601 | 01-01139<br>W.R. GRACE & CO. | 2123 | $17,656.76 | (U) | REDUCE AND ALLOW | $12,997.62 | | (U) | SUSTAINED |
| 61 | SCOT DIV ARDOX CORP<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 774 | $1,212.19 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | | (U) | SUSTAINED |
| 62 | SE & A FORMERLY MILLTRONICS INC<br>734 W NORTH CARRIER PKWY<br>GRAND PRAIRIE TX 75050 | 01-01139<br>W.R. GRACE & CO. | 2384 | $9,042.00 | (U) | INVALID TRANSFER EXPUNGE | $0.00 | | (U) | SUSTAINED |
| 63 | SENIOR PRODUCTS A DIV POLYDISC<br>PO BOX 342<br>CROWN POINT IN 46308 | 01-01139<br>W.R. GRACE & CO. | 889 | $11,853.41 | (U) | REDUCE AND ALLOW | $8,312.80 | | (U) | SUSTAINED |
| 64 | SILVERSON MACHINES INC<br>PO BOX 589<br>EAST LONGMEADOW MA 01028 | 01-01139<br>W.R. GRACE & CO. | 963 | $5,367.00 | (P) | RECLASSIFY | $5,367.00 | | (U) | SUSTAINED |
| 65 | SOUTHERN BAG CORPORATION<br>25 WOODGREEN PLACE<br>MADISON MS 39110 | 01-01139<br>W.R. GRACE & CO. | 74 | $135,807.58 | (S) | RECLASSIFY | $135,807.58 | | (U) | SUSTAINED |
| 66 | SPARKLE CLEAN<br>PO BOX 1355<br>SORRENTO FL 32776 | 01-01139<br>W.R. GRACE & CO. | 1538 | $288.90 | (P) | RECLASSIFY | $288.90 | | (U) | SUSTAINED |
| 67 | TESTING ENGINEERS INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 640 | $1,274.00 | (U) | REDUCE AND ALLOW | $168.00 | | (U) | SUSTAINED |
| 68 | TRANS-COASTAL INDUSTRIES INC<br>PO BOX 88280<br>ATLANTA GA 30356 | 01-01139<br>W.R. GRACE & CO. | 1647 | $35,435.01 | (U) | REDUCE AND ALLOW | $35,434.00 | | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured      (T) - Total
   (P) - Priority           (U) - Unsecured

In re: **W.R. GRACE & CO.**
**OMNIBUS 1 - EXHIBIT C - SUSTAINED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | UNDERWOOD AIR SYSTMES INC<br>PO BOX 44261<br>ATLANTA GA 30336 | 01-01140<br>W.R. GRACE & CO.-CONN. | 58 | $11,916.93 | (U) | REDUCE AND ALLOW | $11,740.82 | | (U) | SUSTAINED |
| 70 | US FLOW CORP MUTUAL MFG &<br>3300 SPRING GROVE AVE<br>CINCINNATI OH 45225 | 01-01139<br>W.R. GRACE & CO. | 2069 | $5,155.74 | (U) | NO LIABILITY<br>EXPUNGE | $0.00 | | (U) | SUSTAINED |
| 71 | WILLIAMS SCOTSMAN INC<br>8211 TOWN CENTER DRIVE<br>BALTIMORE MD 21236 | 01-01140<br>W.R. GRACE & CO.-CONN. | 738 | $393.75 | (P) | RECLASSIFY | $393.75 | | (U) | SUSTAINED |
| 72 | WILSON-TEXAS MILL SUPPLY<br>PO BOX 1492<br>HOUSTON TX 77251-1492 | 01-01139<br>W.R. GRACE & CO. | 1803 | $10,203.12 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | $0.00 | | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured