**Exhibit A**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/2/03 | Jonelle Lippolis | 1.3 | time summary for March | 349 | 436.25 |
| 4/8/03 | Maureen Yeager | 1.9 | Preparation of my personal time and expense reporting for the Bankruptcy Courts for the month of April. | 202 | 383.80 |
| 4/14/03 | Maureen Yeager | 1.3 | Completion of my personal time and expense reporting for the Bankruptcy Courts for the month of April. | 202 | 262.60 |
| 4/18/03 | Nina Govic | 1.0 | time and expense reporting | 307 | 307.00 |
| 4/18/03 | Renee Anderson | 0.2 | Preparation of my time detailing for the month of April in order to be reimbursed for that time from the Bankruptcy Courts. | 256 | 51.20 |
| 4/22/03 | Aimee Stickley | 2.7 | Preparation of personal timetracking for the WR Grace Bankruptcy Courts for the month of March.  This entails tracking time for both the 2003 and 2002 fiscal year audit. | 232 | 626.40 |
| 4/22/03 | Maureen Yeager | 3.1 | Preparation of personal timetracking for the WR Grace Bankruptcy Courts for the month of April.  This entails tracking time for both the 2003 and 2002 fiscal year audit. | 197 | 610.70 |
| 4/29/03 | Maureen Yeager | 1.3 | Personal timetracking for the Bankruptcy Courts for the month of April in order to be in compliance with the rules and regulations of the Bankruptcy Court. | 197 | 256.10 |
| 4/30/03 | Maureen Yeager | 2.2 | Personal time and expense tracking for the Bankruptcy Courts for the month of April. | 197 | 433.40 |
| 6/23/03 | Cheryl Frick | 0.9 | Meeting w/Lauren Misler (intern) to discuss / familiarize her w/ the engagement and the work she would be performing | 342 | 307.80 |
| 6/25/03 | Jason Natt | 0.9 | Review w/ Nina Govic, as my last day w/the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | 487 | 438.30 |

**Exhibit A**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/25/03 | Nina Govic | 0.9 | Review w/ Jason Natt, as his last day w/ the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | 307 | 276.30 |
| 6/26/03 | Jason Natt | 5.1 | Review w/Cheryl Frick, as my last day w/ the firm will be 6/30, in order to transfer my knowledge of certain audit areas. | 487 | 2,484.00 |
| 6/26/03 | Cheryl Frick | 5.1 | Review w/ Jason, as his last day w/ the firm will be 6/30, in order to transfer his knowledge of certain audit areas. | 342 | 1,744.20 |
| 6/27/03 | Renee Anderson | 1.0 | Financial statement preparation - printing and binding the documents and reviewing the final form with the client | 256 | 256.00 |

**Exhibit B**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/22/03 | Cheryl Frick | 2.2 | Completed upward feedback for the senior members of the WR Grace engagement team (Dave Ryan, Larry Farmer and Jason Natt). This process entails evaluating the more experienced members of the engagement team's performance by commenting on both strong work characteristics as well as areas for improvement. | 342 | 752.40 |
| 4/22/03 | Jeffrey Zartman | 1.1 | Completed upward feedback for the senior members of the WR Grace engagement team (Nina Govic and Jason Natt). This process entails evaluating the more experienced members of the engagement team's performance by commenting on both strong work characteristics as well as areas for improvement. | 232 | 255.20 |
| 4/22/03 | Maureen Yeager | 0.9 | Documentation of a list of key tasks performed on the WR Grace 2002 audit engagement. This list noted key areas and steps performed in order to assist Aimee Stickley and Cheryl Frick in the preparation of my WR Grace appraisal. | 197 | 177.30 |
| 4/25/03 | Nina Govic | 1.9 | Complete Jeff Zartman's performance appraisal for the fiscal 2002 audit | 307 | 583.30 |
| 4/25/03 | Aimee Stickley | 0.6 | Begin to complete the WR Grace appraisal for Maureen Yeager, new associate, on the WR Grace engagement. This time includes developing a list of key tasks performed by Maureen during the course of the engagement and assessing he performance over the course of the year. | 232 | 139.20 |
| 4/27/03 | Aimee Stickley | 0.5 | Further work on the WR Grace appraisal for Maureen Yeager, new associate, on the WR Grace engagement. This time includes developing a list of key tasks performed by Maureen during the course of the engagement and assessing he performance over the course of the year. | 232 | 116.00 |

**Exhibit B**

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/6/03 | Aimee Stickley | 1.5 | Drafting the associates appraisal for year end work performed | 232 | 348.00 |
| 5/12/03 | Cheryl Frick | 0.5 | Discussion with Jason Natt (manager) on Maureen Yeager's evaluation | 342 | 171.00 |
| 5/12/03 | Cheryl Frick | 0.7 | Discussion with Jason Natt (manager) on Aimee Stickley's evaluation | 342 | 239.40 |
| 5/21/03 | Cheryl Frick | 0.8 | Discussions with Aimee Stickley on my evaluation and updates to my Grace evaluation | 342 | 273.60 |
| 5/21/03 | Aimee Stickley | 0.8 | Discussions with Cheryl Frick on my evaluation and updates to my Grace evaluation | 232 | 185.60 |
| 5/21/03 | Maureen Yeager | 0.8 | Discussions with Cheryl Frick of my Grace engagement evaluation in order to ensure that all areas have been properly incorporated into the review. | 197 | 157.60 |
| 5/21/03 | Cheryl Frick | 0.8 | Discussions with Maureen Yeager on my evaluation and updates to my Grace evaluation | 342 | 273.60 |
| 5/22/03 | Jonelle Lippolis | 1.0 | Revised performance evaluations for Stacy Clark and Renee Anderson prior to final approval | 349 | 349.00 |
| 5/31/03 | Cheryl Frick | 1.1 | Review of my evauation prepared by Jason Natt and discussions with Jason in regards to this evaluation. | 342 | 376.20 |