# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 23, 2003, at 4:00 p.m. |
| | | Hearing Date:    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/03 | Janet S Baer | .40 | Office conference re Rodriguez and Baker & Taylor matters. |
| 8/01/03 | Christian J Lane | .60 | Review proposed order re Baker & Taylor (.4); telephone conference with client re Baker & Taylor (.2). |
| 8/05/03 | Christian J Lane | 1.00 | Revise proposed order re Baker & Taylor (.5); office conference re same (.3) telephone conference re same (.2) |
| 8/08/03 | Janet S Baer | .60 | Office conference re Rodriguez and Baker and Taylor (.2); telephone conference with W. Sparks re Rodriguez and Baker & Taylor (.4). |
| 8/08/03 | James W Kapp | .20 | Address strategy re response to Rodriguez automatic stay motion. |
| 8/08/03 | Christian J Lane | .50 | Analyze issues re Baker & Taylor. |
| 8/11/03 | Tiffany J Wood | 1.50 | Review docket re Robert Costa pleadings and prepare same for attorney review. |
| 8/15/03 | Janet S Baer | 1.00 | Review transcript of July omnibus hearing for Costa and Thonberg matter (.5); telephone conference with M. Bowman and W. Sparks re Costa and Thonberg matter and way to proceed (.5). |
| 8/15/03 | Christian J Lane | .50 | Office conference re Baker & Taylor. |
| 8/20/03 | Janet S Baer | 1.40 | Review Costa & Thonberg pleading in preparation for hearing on same (.8); conference with M. Bowman re same (.2); follow up with counsel to Costa and Thonberg re same (.1); review Rodriguez pleadings in preparation for hearing (.3). |
| 8/25/03 | Christian J Lane | 1.00 | Conference with client and local counsel re Baker & Taylor matter. |
| | Total hours: | 8.70 | |

### Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/03 | Janet S Baer | .30 | Review draft Gerling Proof of Claim and prepare comment re same. |
| 8/01/03 | Rhonda Lopera | 1.50 | Respond to creditor calls (1.0); interoffice conference re status of same (.5). |
| 8/01/03 | Tiffany J Wood | 1.50 | Review bar responses to omnibus objection (.5); review messages re omnibus objection to claims and record same in call log (1.0). |
| 8/01/03 | Christian J Lane | 4.00 | Review claims objection responses (1.3); office conferences re strategy re same (1.2); telephone conferences' with creditors re objections (1.0); telephone conferences with local counsel re same (.5). |
| 8/04/03 | Rhonda Lopera | 2.00 | Return creditor calls (.7); interoffice conference re status of same (.3); review and analyze responses re omnibus objection (.5); revise index re same (.3); telephone conference with BMC re claims (.2). |
| 8/04/03 | Tiffany J Wood | 1.50 | Review messages re omnibus objection and record same on call log. |
| 8/04/03 | Christian J Lane | 3.00 | Review responses to claims objections (1.0); telephone conferences with BMC re claims responses and related issues (.5); office conference re management of responses (.7); contact creditors re responses (.8). |
| 8/05/03 | Rhonda Lopera | 2.00 | Respond to creditor calls (.7); review and analyze docket re responses to omnibus claim objection (1.0); interoffice conference re same (.3). |
| 8/05/03 | James W Kapp | .10 | Review correspondence from J. Stutz re claim of Unified Gov. of Wyandette. |
| 8/05/03 | Christian J Lane | 2.50 | Review objection responses (.5); office conferences re strategy re responses (.7); telephone conferences with BMC re claims objection issues (.8); contact creditors re objections (.5). |
| 8/06/03 | Rhonda Lopera | 1.50 | Return creditor calls (.5); update and revise creditor call log (.4); review and analyze docket re responses to omnibus objection (.6). |
| 8/06/03 | Tiffany J Wood | 1.00 | Review messages re omnibus objection and update call log re same. |
| 8/06/03 | Christian J Lane | 3.00 | Review responses to claims objections (.8); correspondence and telephone conferences' with creditors re objections (1.2); office conferences re same (1.0). |
| 8/07/03 | Rhonda Lopera | 1.50 | Respond to creditor calls (.5); interoffice conference re same (.5); update and revise call log (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/07/03 | Janet S Baer | 1.30 | Review binder from Grace re Environmental Proofs of Claim and analysis. |
| 8/07/03 | Tracy J McCollom | 3.30 | Update response status chart (.5); update response binder (2.3); retrieve responses to omnibus objection proof of claims (.5). |
| 8/07/03 | Tiffany J Wood | 3.00 | Review responses to omnibus objection and update response status chart re same (1.0); retrieve claims re responses to omnibus objection (.5); review messages re omnibus objection and update call log re same (1.5). |
| 8/07/03 | James W Kapp | .60 | Review response to objection to claims. |
| 8/07/03 | Christian J Lane | 4.50 | Review responses to claims objections (1.8); respond to creditors re objection issues (1.7); office conferences re management of responses (1.0). |
| 8/08/03 | Rhonda Lopera | 2.00 | Interoffice conference re status of responses re omnibus objection to claims (.5); review and analyze responses re same (1.0); respond to creditor calls (.5). |
| 8/08/03 | Tracy J McCollom | 10.00 | Update response binder (5.0); search and retrieve proof of claims re responses (2.0); search and identify group claims (3.0). |
| 8/08/03 | Tiffany J Wood | 4.00 | Review docket re responses and update response status chart re same (1.5); retrieve claims re responses to omnibus objection (2.5). |
| 8/08/03 | James W Kapp | .30 | Review response to claim objections. |
| 8/08/03 | Christian J Lane | 3.00 | Review responses to objections (1.2) telephone conferences with creditors re objections (.8); office conference re management of responses (.5); telephone conference with BMC objection issues (.5). |
| 8/10/03 | Tracy J McCollom | 1.80 | Search and identify group proof of claims. |
| 8/11/03 | Rhonda Lopera | 2.00 | Review and analyze docket re responses to omnibus claim objection (1.0); interoffice conference re same (.5); respond to creditor calls (.5). |
| 8/11/03 | Tracy J McCollom | 10.80 | Retrieve responses from docket re omnibus claim objections (1.0); organize and update same into binders for attorney review (6.5); identify and locate claims re omnibus claim objections (.8); update response status charts re omnibus claim objections (2.5). |
| 8/11/03 | Tiffany J Wood | 2.00 | Review docket re responses to omnibus objection and update response binder re same. |
| 8/11/03 | Christian J Lane | 4.80 | Review responses to objections (1.8); office conferences re contracting creditors and management of claims resolution (1.7); contact creditors re claims objections (1.0); telephone conference with local counsel re claims objections (.3). |

A-3

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/12/03 | Christian J Lane | 3.50 | Review filed responses to claims objections (.8); respond to creditors re claims objections (2.2); office conferences re responding to creditors (.5). |
| 8/13/03 | Rhonda Lopera | 1.50 | Review and analyze docket re responses to omnibus objection (.7); return creditor calls (.3); update and revise response index (.5). |
| 8/13/03 | Rhonda Lopera | 1.00 | Review and analyze exhibit re omnibus claim objection (.7); interoffice conference re same (.3). |
| 8/13/03 | Janet S Baer | 3.30 | Numerous discussions with various parties re status of claims objections and hearing thereon (.8); review numerous claims objections (.5); office conference re approach to environmental claims and objections thereto (1.0); confer with various Grace environmental parties re Environmental claims (1.0). |
| 8/13/03 | Tracy J McCollom | 6.00 | Return creditor calls re status update on withdrawn omnibus objections (3.7); search for claimant contact info re same (.9); search and respond to claimant inquiries re same (.3); update omnibus objection status chart (1.1). |
| 8/13/03 | Christian J Lane | 4.30 | Prepare for and participate in telephone conference with client re environmental claims, review and objection (1.8); review additional response to claims objections (.7); contact creditors re claims objections (.5); draft revised orders re objections (1.0); correspondence with committee counsel re orders (.3). |
| 8/14/03 | Rhonda Lopera | 2.00 | Review and analyze exhibits re omnibus claim objection (1.0); interoffice conference re same (.5); review and analyze objection response index (.5). |
| 8/14/03 | Tracy J McCollom | 6.70 | Organize and update omnibus response binders (3.0); update status charts re same (3.5); respond to claimant telephone inquiries (.2). |
| 8/14/03 | Tiffany J Wood | 4.00 | Review docket re responses to omnibus objection and update claims status schedule re same. |
| 8/14/03 | Christian J Lane | 3.50 | Contact creditors re claims objections (.8); review and revise status chart re claims objections (.7); prepare order exhibits (2.0). |
| 8/15/03 | Rhonda Lopera | 1.50 | Review and analyze exhibits re responses to omnibus objection (1.0); interoffice conference re same (.5). |
| 8/15/03 | Tracy J McCollom | 5.90 | Prepare and distribute chart re creditor inquiries (.5); create excel versions of omnibus response charts (3.8); update binders re same (1.6). |
| 8/15/03 | Tiffany J Wood | 6.50 | Review attorney notes and reformat claims status schedule re same (3.0); review proofs of claim and prepare same for attorney review (1.5); review docket |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | re responses to omnibus objection and update claims status schedule re same (1.5); review messages re omnibus objection and update call log re same (.5). |
| 8/15/03 | Christian J Lane | 4.00 | Telephone conferences with BMC re order exhibits (1.5); review and revise charts re objection status (1.7); telephone conferences with creditors re claim objections and order (.8). |
| 8/17/03 | Christian J Lane | 3.50 | Draft correspondence to creditors re claims objections (1.5); review and revise summary draft of responses to claims objections and disposition of claims (2.0). |
| 8/18/03 | Rhonda Lopera | 1.50 | Review and analyze docket re responses to omnibus objection (.7); respond to creditor calls (.5); interoffice conference re omnibus objection hearing (.3). |
| 8/18/03 | Tiffany J Wood | 4.00 | Review attorney notes and revise claims status schedule re same (1.5); review proofs of claim re claimant contact information and prepare service list re same (2.5). |
| 8/18/03 | James W Kapp | 1.10 | Review responses to Debtors substantive objection to claims. |
| 8/18/03 | Christian J Lane | 3.00 | Review and revise claim status charts for agenda (1.5); office conferences re same (1.0); telephone conferences with local counsel re status of claims objections and responses (.5). |
| 8/19/03 | Rhonda Lopera | 1.00 | Review and analyze claims re 2nd omnibus objection to same (.8); interoffice conference re same (.2). |
| 8/19/03 | Tiffany J Wood | 2.00 | Review responses to omnibus objections and prepare same for attorney review. |
| 8/19/03 | Christian J Lane | 2.50 | Review and revise claim status charts for agenda (1.4); office conferences re same (.6); telephone conferences with creditors re status of claims objections and responses (.5). |
| 8/20/03 | Christian J Lane | 2.00 | Review and revise claim status charts (.6); office conferences re same (.7); telephone conferences with creditors re status of claims objections and responses (.7). |
| 8/21/03 | Christian J Lane | 3.00 | Review and revise claim status charts (.4); office conferences re same (.6); telephone conferences with creditors re status of claims objections and responses (.8); analyze issues re resolution of claims (.5); revise orders and exhibits (.7). |
| 8/22/03 | James W Kapp | 1.00 | Review response to Debtors substantive objection to claims. |
| 8/22/03 | Christian J Lane | 3.80 | Review and revise claim status charts (.3); office |

A-5

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | conferences re finalizing orders and exhibits (.7); telephone conferences with creditors re status of claims objections and responses (.5); analyze issues re resolution of claims (.5); revise orders and exhibits (1.3); telephone conferences with BMC re order exhibit revisions (.5). |
| 8/24/03 | Christian J Lane | 2.50 | Review and revise claims orders in preparation for hearing (2.2); correspondence re same (.3). |
| 8/25/03 | Christian J Lane | 1.50 | Review and revise claims orders in preparation for hearing. |
| 8/26/03 | Christian J Lane | 1.50 | Telephone conference with BMC re claims objections and orders (.6); office conferences re follow up on claims objections and strategy going forward (.6); telephone conferences with client re same (.3). |
| 8/29/03 | Christian J Lane | .50 | Review continued claims objections and develop strategy re same. |
| | Total hours: | 166.90 | |

### Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/29/03 | Tiffany J Wood | 2.00 | Update central files with current pleadings (1.0); review central files re affidavits and follow up re same (1.0). |
| 7/30/03 | Tiffany J Wood | 1.50 | Review central files re precedent and follow up re same (.5); research re asbestos case precedent and prepare same for attorney review (1.0). |
| 8/01/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.6); review and analyze adversary docket re critical dates (.4). |
| 8/01/03 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re newly filed pleadings and update critical dates re same (.5); review central files re case precedent and follow up re same (.5). |
| 8/01/03 | James W Kapp | .10 | Review critical dates memorandum. |
| 8/01/03 | Christian J Lane | .40 | Office conference re status of pending matters. |
| 8/01/03 | Shirley A Pope | 4.00 | Review correspondence and forward to responsible attorney for action (.5); review adversary proceedings docket for newly filed pleadings and download same (.5); review docket for newly filed pleadings and download same (1.0); organize pleadings for litigation support database entry (.5); revise adversarial pleadings database (1.0); review and revise hearing transcripts files to ensure completeness (.5). |
| 8/04/03 | Janet S Baer | .50 | Review recently received pleadings and assign responsibility to appropriate attorneys. |
| 8/04/03 | Tiffany J Wood | 1.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update status chart re same (.5); review attorney notes and revise critical dates re same (.5). |
| 8/04/03 | Sorah Kim | 3.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/04/03 | Christian J Lane | .80 | Review critical dates list (.2); office conference re same (.3); review filed pleadings and various correspondence (.3). |
| 8/04/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download same (1.0); review docket and litigation support database entries to ensure completeness (3.0). |
| 8/05/03 | Rhonda Lopera | 1.20 | Review and analyze docket re critical dates (.4); interoffice conference re same (.3); revise and review critical dates (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/05/03 | Tiffany J Wood | 2.50 | Review docket re responses to omnibus objection and follow up re same (.5); retrieve claims and update response status chart re same (1.0); review messages re omnibus objection and update call log re same (1.0). |
| 8/05/03 | Sorah Kim | 3.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/05/03 | Shirley A Pope | 6.50 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and download same (2.0); review and organize pleadings for litigation support database entry (.5); review documents forwarded by attorneys and create subject files for inclusion in Grace main file (2.0); revise and update indices to Grace main file (1.0); update court calendar events (.5). |
| 8/06/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re incorporation into central file (.6); retrieve signed order re adversary case (.4). |
| 8/06/03 | Janet S Baer | .50 | Review recent pleadings. |
| 8/06/03 | Tiffany J Wood | .50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review. |
| 8/06/03 | Sorah Kim | 3.00 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/06/03 | Christian J Lane | .60 | Correspondence re Cat motion (.2); review filings and correspondence (.2); office conferences re various open issues (.2). |
| 8/06/03 | Shirley A Pope | 4.50 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and download same (2.0); review and organize pleadings for litigation support database (.5); review and organize attorney work product for inclusion in main file (1.5). |
| 8/07/03 | James W Kapp | .50 | Review dockets (.1); review pleadings and correspondence (.3); review Daily Bankruptcy Review article re Grace funding pension plan (.1). |
| 8/07/03 | Christian J Lane | .50 | Correspondence re CNO re settlement notice (.2); telephone conference with local counsel re same (.3). |
| 8/07/03 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings and download same (2.5); review and organize pleadings for litigation support database entry (.5); review correspondence and forward to responsible attorney for action (.5); review and organize subject files for inclusion in Grace main file (1.0); |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/08/03 | Christian J Lane | 1.00 | Telephone conference with client re Cat invoice issue (.4); telephone conference with Cat counsel re same (.4); correspondence re same (.2). |
| 8/08/03 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings and download same (3.0); review and organize pleadings for litigation support database entry (1.0); review correspondence and forward to responsible attorney for action (.5); review and organize documents to be included in subject files (.5). |
| 8/11/03 | Tiffany J Wood | 1.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); retrieve pleadings re ZAI litigation and prepare same for attorney review (1.0). |
| 8/11/03 | Christian J Lane | 1.00 | Review filings and correspondence (.2); review hearing agenda (.5); telephone conference with local counsel re same (.3). |
| 8/11/03 | Shirley A Pope | 2.50 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (.5). |
| 8/12/03 | Rhonda Lopera | 1.50 | Retrieve and review ZAI pleadings for attorney's review (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 8/12/03 | Tiffany J Wood | 3.00 | Update central files with current pleadings (1.0); review adversary docket re request for production of documents and follow up re same (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 8/12/03 | Christian J Lane | .70 | Review and comment on critical dates (.3); correspondence re hearing agenda (.4). |
| 8/12/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 8/13/03 | Rhonda Lopera | 1.00 | Locate and retrieve ZAI pleadings for attorneys review (.5); review and analyze case precedent re asbestos cases (.5). |
| 8/13/03 | Janet S Baer | 1.00 | Review pleadings filed in last number of days and confer with responsible parties re same. |
| 8/13/03 | Tracy J McCollom | 1.30 | Review docket re responses to omnibus objection and prepare same for attorney review. |

A-9

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/13/03 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re status of motions and update status chart re same (1.0); review docket re ZAI pleadings and prepare same for attorney review (1.0); draft memorandum re ZAI documents and follow up with R. Lopera re same (1.0); analyze new correspondence and enter same into electronic filing database (.5). |
| 8/13/03 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (5.0); review and organize pleadings for litigation support database entry (1.0). |
| 8/14/03 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (1.0); locate and duplicate signed orders for attorney's review (.5). |
| 8/14/03 | Janet S Baer | .50 | Review newly received pleadings and attend to matters re same. |
| 8/14/03 | Tiffany J Wood | 2.00 | Review docket re newly filed orders and update central files re same (1.0); review docket re proposed order and follow up re same (1.0). |
| 8/14/03 | Mark J Arnot | 2.50 | Review and catalog pleadings for Concordance litigation support system. |
| 8/14/03 | Shirley A Pope | 4.50 | Review correspondence and forward to responsible attorney for action (.50); review docket for newly filed pleadings and down load same (3.0); review and organize pleadings for litigation support database entry (1.0). |
| 8/15/03 | Tracy J McCollom | 1.30 | Locate and retrieve pleadings and orders per attorney's request. |
| 8/15/03 | Christian J Lane | .20 | Correspondence with clients re hearing dates and filing deadlines. |
| 8/15/03 | Shirley A Pope | 4.50 | Review correspondence and forward to responsible attorney for action (.5); review docket for newly filed pleadings and down load same (3.0); review and organize pleadings for litigation support database entry (1.0). |
| 8/17/03 | Rhonda Lopera | 2.50 | Review and analyze docket re critical dates and filing of CNO's (1.2); update and revise critical dates (.8); update and revise adversary critical dates (.5). |
| 8/17/03 | Christian J Lane | 1.00 | Review filed pleadings and correspondence (.3); correspondence re agenda for hearing (.2); analyze status of open matters (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/18/03 | Tiffany J Wood | 2.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re CNO's and send same to client (.5); retrieve documents re ZAI litigation matters and print and distribute same (1.0). |
| 8/18/03 | Mark J Arnot | 7.00 | Review and catalog pleadings for Concordance litigation support system. |
| 8/18/03 | James W Kapp | .90 | Review Daily Bankruptcy Review re asbestos bill (.1); review Daily Bankruptcy Review article re committee objections to exclusivity motion (.1); review pleadings and correspondence (.6); review dockets (.1). |
| 8/18/03 | Shirley A Pope | 5.30 | Review docket for newly filed pleadings and down load same (3.0); review and organize adversary proceedings pleadings for litigation support database entry (.3); review correspondence and forward to responsible attorney for action (1.0); review and revise litigation support database entries re responses to first and second omnibus objections to claims (1.0). |
| 8/19/03 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (.7); update and revise critical dates (.5); respond to creditor calls (.3). |
| 8/19/03 | Tiffany J Wood | 2.00 | Review docket and adversary docket re status of motions and update status chart re same (1.0); review adversary docket re hearing date and follow up re same (1.0). |
| 8/19/03 | Mark J Arnot | 5.80 | Review and catalog pleadings for Concordance litigation support system. |
| 8/19/03 | James W Kapp | .50 | Review pleadings and correspondence (.3); review pleadings and correspondence (.2). |
| 8/19/03 | Shirley A Pope | 5.00 | Review docket for newly filed pleading and download same (3.0); review and organize pleadings for litigation support system database (1.0); review correspondence and forward to responsible attorney for action (1.0). |
| 8/20/03 | Rhonda Lopera | 2.00 | Review and analyze docket re hearing dates (.7); interoffice conference re same (.3); review and analyze case precedent re asbestos cases (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/03 | Tiffany J Wood | 6.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re 8/25 hearing agenda and follow up re same (.5); review docket re pleadings continued to 8/25 hearing and prepare same for attorney review (2.5); review attorney notes and revise hearing binder re same (.5); prepare memorandum re newly filed ZAI responses and prepare same for attorney review (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 8/20/03 | Mark J Arnot | 2.50 | Review and catalog pleadings for Concordance litigation support system. |
| 8/20/03 | Christian J Lane | 2.20 | Review and revise motion re settlement of insurance claims (1.3); telephone conference with client re same (.2); review and comment on critical dates list (.3); office conferences re open issues (.4). |
| 8/20/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download same (2.0); review and organize pleadings for litigation support database entry (.5); review correspondence and forward to responsible attorney for action (1.0); review and revise litigation support database entries (.5). |
| 8/21/03 | Rhonda Lopera | 3.00 | Review and analyze pleadings re incorporation into central file (1.2); respond to creditor calls (.8); review and analyze ZAI pleadings re critical dates (.8); interoffice conference re same (.2). |
| 8/21/03 | Tiffany J Wood | 5.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (1.0); retrieve adversary docket for attorney review (.5); review docket re ZAI documents and prepare same for attorney review (1.0); enter pleadings into electronic filing database and prepare same for transfer to storage facility (2.5). |
| 8/21/03 | James W Kapp | .20 | Review critical dates (.1); review docket (.1). |
| 8/21/03 | James W Kapp | .60 | Attend to issues re potential mortgage payments. |
| 8/21/03 | Christian J Lane | 1.50 | Prepare for and participate in telephone conference with creditor's committee counsel re matters set for hearing (1.2); review filed pleadings (.3). |
| 8/21/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (2.0); review correspondence and forward to responsible attorney for action (.50); review and organize pleadings for litigation support database entry (1.0). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/03 | Rhonda Lopera | 2.00 | Review and analyze pleadings re ZAI litigations (1.0); review and analyze docket re critical dates (.5); review and analyze index re hearing binder (.7); interoffice conference re same (.3). |
| 8/22/03 | James W Kapp | .50 | Review pleadings and correspondence (.4); review dockets (.1). |
| 8/22/03 | Christian J Lane | 2.00 | Review filed pleadings (.3); office conference re matters set for hearing (.6); telephone conferences with committee counsel re hearing issues (.4); telephone conferences with local counsel re same (.3); review hearing binder (.5). |
| 8/22/03 | Shirley A Pope | 1.00 | Review docket for newly filed briefs and download same. |
| 8/25/03 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); update and revise critical dates (.5); review and analyze pleadings re incorporation into central file (.8). |
| 8/25/03 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re CNO's and follow up re same (.5); review docket re status of motions and update status chart re same (1.0); duplicate and distribute documents re ZAI litigation matters for attorney review (1.0). |
| 8/25/03 | James W Kapp | .10 | Review pleadings and correspondence. |
| 8/25/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (.5); review correspondence and forward to responsible attorney for action (.5); review Gerard/Chakarian pleadings and download same (.5); review and revise Gerard pleadings database entries (.5); revise and update Grace main file indices (.5). |
| 8/26/03 | Tracy J McCollom | .30 | Respond to creditor inquiries re withdrawn objection status. |
| 8/26/03 | Tiffany J Wood | 2.00 | Analyze new correspondence and enter same into electronic filing database (.5); update central files with current pleadings (1.5). |
| 8/26/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 8/26/03 | Christian J Lane | 2.80 | Review and revise motion re settlement of insurance claims (1.5); telephone conference with client re same (.2); review and comment on critical dates list (.5); office conferences re open issues (.6). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/26/03 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings and download same (2.0); review correspondence and forward to responsible attorney for action (.5); review appellate docket to ensure completeness of Grace main file (.3); review appeal notices forwarded by Court Service for inclusion in main file (.2); review and organize materials for inclusion in main file attorney work files (2.0). |
| 8/27/03 | Tiffany J Wood | 3.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re newly filed orders and update central files re same (1.0); review docket re status of motions and update status chart re same (.5); record files in electronic filing database and prepare same for transfer to storage facility (1.5). |
| 8/27/03 | Shirley A Pope | 3.80 | Review docket for newly filed pleadings and download same (2.0); review and organize pleadings for litigation support system database (1.0); review correspondence and forward to responsible attorney for action (.8). |
| 8/28/03 | Tracy J McCollom | .30 | Revise and send attorney letter to bankruptcy court re docket and caption corrections. |
| 8/28/03 | James W Kapp | .50 | Review pleadings and correspondence (.3); review docket (.1); review Daily Bankruptcy Review Article re exclusivity extension (.1). |
| 8/28/03 | Christian J Lane | 1.50 | Review filed pleadings and correspondence (.6); office conference re open matters (.6); telephone conferences with local counsel re same (.3). |
| 8/28/03 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings and download same (1.5); review and organize pleadings for litigation support database entry (1.0); review and catalog pleadings for litigation support database entry (2.0); review correspondence and forward to responsible attorney for action (.5). |
| 8/29/03 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review messages re omnibus objections and update call log re same (.5). |
| 8/29/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 8/29/03 | Christian J Lane | 1.00 | Review filed pleadings and analyze appropriate action (.4); office conferences re status of open issues (.3); review and comment on critical dates (.3). |
| | Total hours: | 202.80 | |

**Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/03 | Janet S Baer | .50 | Review letter from S. Vasser on Sealed Air claims and objections and follow up re same (.3); respond to inquiries from Rust Consulting re claims issues (.2). |
| 8/01/03 | Janet S Baer | .30 | Conference with G. Becker (equity committee) re futures rep and prepare correspondence re same. |
| 8/04/03 | Janet S Baer | .20 | Confer with R. Finke re late claims and those filed on wrong form. |
| 8/05/03 | Janet S Baer | .80 | Review various claims objection and attend to matters re coordinating attention to same (.5); conference re various claims objections and attend to matters re coordinating attention to same (.5); conference further re various claims objections (.3). |
| 8/06/03 | Janet S Baer | .30 | Office conference re approach to responses on certain omnibus objections and preparation for the hearing on same. |
| 8/08/03 | Janet S Baer | 1.00 | Review numerous responses filed to claims objections and confer re same (.5); office conferences with J. Kapp re claims objections and environmental claims issues (.5). |
| 8/11/03 | Christian J Lane | .70 | Review USG docket re motions to resolve multiple claims (.5); correspondence re same (.2). |
| 8/14/03 | Janet S Baer | 1.40 | Review and revise order on omnibus objection and conference re same (.3); review and revise agenda and claims objection documentation (.3); conference re same (.4); further conference re exhibits for claims objection hearing (.4). |
| 8/15/03 | Janet S Baer | .30 | Prepare memo re Futures Rep appointment. |
| 8/26/03 | Janet S Baer | .30 | Conference with F. Zaremby re Rust claims call center. |
| 8/26/03 | Janet S Baer | .30 | Office conferences re futures rep motion. |
| 8/26/03 | James W Kapp | .20 | Attend to retention of future claim representative. |
| 8/27/03 | Janet S Baer | .30 | Office conference with R. Finke re claims strategy and procedure. |
| 8/29/03 | Janet S Baer | .60 | Conference with R. Finke re no documentation objections, PD claims and procedure going forward (.3); conference re same and follow up for R. Finke (.3). |
| 8/29/03 | Christian J Lane | 2.80 | Review precedent and draft application to appoint futures representative. |
|  | Total hours: | 10.00 |  |

A-15

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 8/13/03 | Christian J Lane | .50 | Telephone conferences with client and Blackstone re potential acquisition. |
| 8/18/03 | Christian J Lane | .50 | Telephone conference with client re potential acquisition. |
| 8/26/03 | Christian J Lane | 1.50 | Telephone conference with client re potential acquisition (1.2); telephone with client re real estate issue (.3). |
| 8/29/03 | Christian J Lane | .50 | Telephone conferences with client re potential acquisition. |
|  | Total hours: | 3.00 | |

A-16

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/14/03 | James W Kapp | .40 | Address payment of pension benefits (.2); review recent court order re same (.2). |
| 8/14/03 | Christian J Lane | 1.50 | Telephone conferences with client re pension funding issues (.3); office conferences re same (.2); analyze issues re pension funding (.5); review correspondence re same (.5). |
| 8/19/03 | James W Kapp | .20 | Review correspondence from B. McGowen re pension payments. |
| | Total hours: | 2.10 | |

**Matter 28 – Litigation and Litigation Consulting – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/15/03 | Janet S Baer | 2.00 | Prepare response re authority on EAIC/Gerling settlement and review documents re same (.8); follow up with client and revise same (.4); review Fresenius Settlement Agreement re issues re tax refund matters and prepare initial response re same (.8). |
| 8/01/03 | Janet S Baer | .30 | Conference with W. Spark re various pending matters. |
| 8/04/03 | Janet S Baer | 1.80 | Conference with various parties re LiTungsten claim and litigation re same (.5); conference with counsel re Montana Vermiculite matter (.3); conference with R. Finke re Solow Stay issues (.3); conference with M. Holtschneider (St. Paul) re Solow (.3); conference with A. Krieger re Flyway motion, Honeywell matter, Sealed Air and Montana Vermiculite (.4). |
| 8/04/03 | Christian J Lane | 1.00 | Office conference re Montana Vermiculite Company and extension of preliminary injunction (.3); telephone conferences with counsel for Royal re same (.3); analyze status of open matters (.4). |
| 8/05/03 | Christian J Lane | 1.50 | Telephone conferences' re Montana Vermiculite Company and extension and injunction (.2); correspondence re same (.3); office conferences re same (.5); draft correspondence re same (.5). |
| 8/06/03 | Janet S Baer | 1.80 | Review several inquiries on Flyway Motion and respond re same (1.0); conference with plaintiff's counsel re Montana Vermiculite matter (.3); conference re status of Flyway and Montana Vermiculite (.2); further confer with C. Candon re Montana Vermiculite discovery issues (.3). |
| 8/06/03 | Mark E Grummer | 1.70 | Review email re questions raised by Creditors' Committee re proposed consent order with EPA for performance of cleanup of "Flyway" (1.5); prepare email response (.2). |
| 8/07/03 | Janet S Baer | 1.10 | Conference with various parties re Heberling perpetuation of testimony matters (.5); review materials re Libby Flyway matter (.3); review letter from C. Candon re Montana Vermiculite and conference further re same (.3). |
| 8/08/03 | Janet S Baer | .80 | Review numerous pleadings filed re various outstanding litigation matters (.5); revise letter on Montana Vermiculite and confer re same (.3). |
| 8/08/03 | Mark E Grummer | .90 | Research re administrative expense treatment for environmental claims and prepare email re same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/08/03 | Christian J Lane | 1.00 | Review Gerard opinion and order (.7); office conferences re same (.3). |
| 8/10/03 | Mark E Grummer | 1.50 | Review ring binder of analyses of environmental proofs of claim. |
| 8/11/03 | Sven T Nylen | .30 | Telephone conference re appeal of Gerard ruling (.1); review federal appellate rules in connection with the appeal (.2). |
| 8/11/03 | Mark E Grummer | 6.20 | Review ring binder evaluating environmental proofs of claim and evaluate bankruptcy issues presented thereby (4.9); legal research re bankruptcy status of claims for natural resource damages and procedures for estimating environmental claims (1.3). |
| 8/12/03 | Janet S Baer | 2.30 | Confer with D. Siegel re Exclusivity and Gerard issues (.3); review ZAI Science Summary Judgment briefs (2.0). |
| 8/12/03 | Sven T Nylen | 1.60 | Review federal appellate rules and Third Circuit rules in connection with preparing notice of appeal re Gerard case (1.0); draft notice of appeal re same (.6). |
| 8/12/03 | Mark E Grummer | 4.00 | Continue review of ring binder summaries of environmental claims in preparation for conference call re same (2.3); compare list of claims in ring binder to EPA's proof of claim and exchange emails with R. Emmett re same (1.7). |
| 8/12/03 | Christian J Lane | .70 | Telephone conference with co-counsel re claim of litigant (.4); office conference re discovery request re Montana Vermiculite (.3). |
| 8/13/03 | Janet S Baer | .30 | Revise Gerard Notice of Appeal and conference re 3rd Circuit appeal. |
| 8/13/03 | Sven T Nylen | 1.60 | Office conference re notice of appeal in Gerard matter (.2); review and revise notice of appeal (.3); conference via voice mail with local counsel re filing of same (.1); draft table of critical dates in Gerard appeal (1.0). |
| 8/13/03 | Mark E Grummer | 2.70 | Prepare for and participate in office conference re review of summaries of environmental proofs of claim and preparations for conference call re same (.9); prepare for and participate in conference call with Grace representatives re environmental proofs of claim and general issues presented thereby (1.1); prepare notes re results of call (.3); review prior research re applicability of contingent contribution claims provision to environmental claims and forward prior research memorandum re same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/14/03 | Janet S Baer | .60 | Review critical date list re Gerard appeal and conference re same (.3); conference with M. Favorito re Chicago Plant transportation issue (.3). |
| 8/14/03 | Sven T Nylen | .50 | Review and revise table of critical dates re Gerard appeal. |
| 8/15/03 | James H Mutchnik | .80 | Telephone conferences and voicemails with L. Duff and J. Hansen re states attorney investigation. |
| 8/15/03 | Janet S Baer | .30 | Office conference re Gerard appeal. |
| 8/15/03 | Sven T Nylen | .20 | Exchange multiple calls with local counsel re notice of appeal formatting and filing of notice. |
| 8/15/03 | Scott A McMillin | .20 | Office conference re spill investigation. |
| 8/16/03 | Scott A McMillin | .20 | Review correspondence re truck spill incident. |
| 8/18/03 | James H Mutchnik | 1.80 | Telephone conference with Grace corporate team and Grace 51st street team re States' Attorney investigation (.5); telephone conferences re investigation, scheduling (.5); telephone conference with S. Shippey re investigation, scheduling (.5);telephone conference with L. Duff re same (.3). |
| 8/18/03 | Janet S Baer | .30 | Follow up re Flyway motion issues. |
| 8/18/03 | Sven T Nylen | .80 | Review certain district court pleadings re Gerard appeal (.3); consider applicable issues and necessary document pleadings for same (.1); begin drafting statement of issues and designation of record (.4). |
| 8/18/03 | Scott A McMillin | 2.30 | Prepare for and participate in telephone conference with client re truck spill (1.5); research re Cook County States' Attorneys office environmental division (.5); internal conferences re defense strategy (.3). |
| 8/19/03 | James H Mutchnik | .30 | Telephone conference and e-mails with L. Duff and J. Hansen re investigation issues. |
| 8/19/03 | Sven T Nylen | .60 | Review Judge Wolin's opinion re Gerard appeal and consider possible appeal strategies (.4); telephone conferences re same (.2). |
| 8/19/03 | Christian J Lane | .20 | Analyze issues re Gerard appeal. |
| 8/19/03 | Scott A McMillin | .60 | Review client documents re Superior Trucking (.2); conferences with L. Duff re interviewing employees (.4). |
| 8/20/03 | James H Mutchnik | .50 | E-mails and telephone conferences with L. Duff and S. Shippey re scheduling. |
| 8/20/03 | Janet S Baer | .40 | Review exclusivity pleadings in preparation for hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/03 | Sven T Nylen | .30 | Telephone conferences re Gerard appeal (.2); conference with counsel for Maryland Casualty re timing and strategy re same (.1). |
| 8/20/03 | Scott A McMillin | 1.00 | Review documents re truck spill incident (.8); correspond with client re meeting at plant (.2). |
| 8/21/03 | Janet S Baer | .50 | Follow up re Gerard appeal matters (.3); attend to matters re Chicago plant transportation issue (.2). |
| 8/21/03 | Sven T Nylen | 3.60 | Review district court opinion re Gerard appeal and cases cited therein in connection with developing statement of issues on appeal (2.0); review district court docket (.1); draft and revise designation of record and statement of issues on appeal (1.5). |
| 8/22/03 | James H Mutchnik | .30 | Telephone conferences with L. Duff re scheduling plant visit and corrective actions. |
| 8/22/03 | Janet S Baer | .70 | Conference with D. Siegel re Gerard status (.2); conference J. Wisler re Gerard status and appeal (.5). |
| 8/22/03 | Sven T Nylen | 4.10 | Office conferences re Third Circuit rules re appeals and Gerard appeal (.3); conference with D. Smith re Third Circuit appeals (.1); review Third Circuit rules and forms re appellate papers (1.2); draft statement of facts and issues and other appellate papers (2.5). |
| 8/22/03 | Scott A McMillin | .30 | Correspond with client re interviewing employees at Chicago facility. |
| 8/25/03 | James H Mutchnik | .50 | Prepare for client meeting (.3); telephone conferences with S. Shippey re scheduling (.2). |
| 8/25/03 | Janet S Baer | 1.00 | Review Gerard appeal materials, including statement of issues, designation of record and local rules re same. |
| 8/25/03 | Scott A McMillin | .80 | Review documents and prepare for employee interviews at Chicago facility (.6); internal conference re same (.2). |
| 8/26/03 | James H Mutchnik | 6.50 | Conferences and interviews with Grace employees re spill of 4163 compound (4.5); conferences and telephone conferences re same (.5); strategy, statutory research (1.5). |
| 8/26/03 | Janet S Baer | .80 | Conference re Gerard appeal papers (.3); review documents from 3rd Circuit (.5). |
| 8/26/03 | Sven T Nylen | 1.00 | Prepare for and attend office conference re papers re Gerard appeal (.2); review and revise same (.7); conference via e-mail with local counsel re appellate procedure (.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/26/03 | Scott A McMillin | 8.70 | Prepare for and interview Grace employees at 51st street plant (7.0); conferences with L. Duff re same (.6); review incident report and related documents (.4); research re DOT and Illinois regulations on transportation of hazardous substances (.7). |
| 8/27/03 | James H Mutchnik | .80 | Prepare for D. Lee interview (.3); telephone conferences with K. Ethier and L. Duff re Grace interviews (.3); conferences re Grace issues (.2). |
| 8/27/03 | Janet S Baer | .50 | Review and revise materials re Gerard appeal. |
| 8/27/03 | Sven T Nylen | 1.40 | Office conference re Gerard appeal papers (.2); draft and revise same (.5); numerous telephone conferences with local counsel re filing of same (.3); coordinate execution of form of appearances (.4). |
| 8/27/03 | Tiffany J Wood | 1.50 | Revise case summary re Gerard appeal and follow up re same. |
| 8/27/03 | Christian J Lane | 1.00 | Review settlement agreement and draft correspondence re Montana Vermiculite (.7); office conference re same (.3). |
| 8/27/03 | Scott A McMillin | 1.20 | Research re DOT and IDOT regulations re transportation of hazardous substances (.8); telephone conference re same (.4). |
| 8/28/03 | James H Mutchnik | 3.00 | States attorney interview of S. Weimeyer (.9); prepare S. Weimeyer, J. Hansen (1.5); telephone conference with K. Ethier, L. Duff and D. Agresti re interview summary (.3); telephone conference re research and interview summary (.3). |
| 8/28/03 | Janet S Baer | 1.50 | Revise Gerard Issues statement and transmit same for comments (.5); confer with D. Cohen re Montana Vermiculite lawsuit, indemnity and related issues (.5); confer with R. Emmett and R. Marriam re Flyway Order and Cost Recovery Judgment (.3); confer with C. Lane re MVC discovery matters (.2). |
| 8/28/03 | Sven T Nylen | .50 | Office conferences re preparation of certain appellate papers in Gerard appeal (.2); exchange e-mails with local counsel re filing of statement of issues and designation of record with district court for Gerard appeal (.2); office conference re same (.1). |
| 8/28/03 | Tiffany J Wood | 3.00 | Review attorney notes and revise Gerard case summary re same (1.0); draft letter to case manager re discrepancies in caption and service list and follow up re same (1.0); retrieve procedural forms from court and prepare same for attorney review (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/03 | Christian J Lane | .80 | Review settlement agreement and draft correspondence re Montana Vermiculite (.4); office conference re same (.4). |
| 8/28/03 | Scott A McMillin | 1.00 | Telephone conference with client re meeting with investigator (.4); prepare Illinois statutes and regulations for client (.3); conference with J. Hanson re additional employee interviews (.3). |
| 8/29/03 | James H Mutchnik | 1.00 | Telephone conference with M. Levin re investigation update (.4); telephone conference with L. Duff re M. Levin call (.3); draft notes of M. Levin call (.3). |
| 8/29/03 | Janet S Baer | 1.70 | Attend to matters re Gerard appeal and finalization of documents to be filed in the District Court (.8); conference re comments to same (.3); conference with Delaware counsel re same (.2); office conference re New York tax motion (.4). |
| 8/29/03 | Sven T Nylen | .80 | Office conferences re comments to statement of issues (.2); revise same (.2); numerous conferences with local counsel re filing of same (.3); forward appearances in Grace appeal to local counsel (.1). |
| 8/29/03 | Brett H McGurk | 6.30 | Read Judge Molloy's 84-page order of yesterday (1.5); read materials on removal/remedial standards under CERCLA (.8); map appeal points (1.5); new research on CFR regulations cited in opinion and administrative law questions raised for the first time in opinion and related issues (2.5). |
| 8/30/03 | Brett H McGurk | 4.50 | More analysis of Judge Molloy's order and background research (2.8); read background history of Zonolite mining in Libby, Montana (1.0); research review standards for principal appellate issues in CA9 (.7). |
| 8/31/03 | Janet S Baer | .50 | Final review/revisions of Gerard appellate materials for the Third Circuit. |
|  | Total hours: | 106.80 |  |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/15/03 | Janet S Baer | .50 | Organize and review all pending matters for August Omnibus hearing. |
| 8/18/03 | James W Kapp | .20 | Review 8/25 omnibus hearing agenda. |
| 8/22/03 | Janet S Baer | 1.80 | Conference with P. Chatfield re Costa & Thonberg matter (.3); office conference re status of all contested matters for August Omnibus hearing (.3); conference with D. Siegel re various matters set for Omnibus hearing (.2); review and organize documents for Omnibus hearing (1.0). |
| 8/22/03 | James W Kapp | 1.70 | Internal conference re outstanding issues for 8/25/03 omnibus hearing (.8); attend to preparation re same (.9). |
| 8/24/03 | Janet S Baer | 2.20 | Review Wolin opinion re Gerard for status hearing (.5); review all matters set for August Omnibus hearing (1.0); review objection materials in preparation for Omnibus hearing (.3); review Montana Vermiculite Amended Complaint and Discovery request (.4). |
| 8/25/03 | Janet S Baer | 3.60 | Review materials and notes in preparation for August Omnibus hearing (1.0); conference with client re same (.5); attend and conduct August Omnibus hearing (1.5); further confer with clients re outcome of same (.3); office conference re result of Omnibus hearing on all matters (.3). |
| 8/25/03 | James W Kapp | .40 | Receive status re 8/25 omnibus hearing. |
| 8/25/03 | Christian J Lane | 2.50 | Review claims issues for hearing (1.2); prepare for and attend hearing (1.3). |
| 8/26/03 | Janet S Baer | .50 | Follow up and organize matters from August Omnibus hearing. |
| | Total hours: | 13.40 | |

### Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|------|-------------|
| 8/04/03 | Christian J Lane | .40 | Review Quarterly Fee Application. |
| 8/05/03 | Toni L Wallace | .50 | Office conference with D. Johnson re eighth quarterly fee application omnibus order. |
| 8/06/03 | Toni L Wallace | .60 | Review order re seventh quarterly fee application (.3); e-mail correspondence re same (.1); review docket for CNOs for May monthly fee applications (.2). |
| 8/13/03 | Toni L Wallace | .80 | Revise quarterly fee application and prepare memo re same. |
| 8/13/03 | Christian J Lane | 1.00 | Prepare July fee detail. |
| 8/14/03 | Toni L Wallace | 1.00 | Prepare project category spreadsheet for fee auditor. |
| 8/14/03 | Christian J Lane | 1.50 | Prepare July fee detail. |
| 8/18/03 | Toni L Wallace | .30 | Prepare and forward to local counsel ninth quarterly fee application for filing and service. |
| 8/18/03 | Christian J Lane | 1.00 | Prepare July fee detail. |
| 8/19/03 | Christian J Lane | 1.00 | Prepare July fee detail. |
| 8/20/03 | Toni L Wallace | .20 | Telephone conferences re fee applications. |
| 8/22/03 | Toni L Wallace | 1.00 | Prepare billing files for use with July monthly fee application (.8); e-mail correspondence to D. Johnson re same (.2). |
| 8/26/03 | Toni L Wallace | .50 | Review and comment on July monthly fee application and exhibits (.4); e-mail correspondence re revised billing files (.1). |
| 8/26/03 | Christian J Lane | 1.00 | Review July Fee Application. |
| 8/27/03 | Christian J Lane | 1.00 | Review July fee application. |
|  | Total hours: | 11.80 |  |

## Matter 37 – Plan and Disclosure Statement

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/08/03 | Janet S Baer | 1.00 | Conference with various parties re exclusivity motion and objection to same (.3); review exclusivity objection (.3); attend to matters re same (.4). |
| 8/08/03 | Christian J Lane | 1.50 | Review PI committee objection to extension of exclusivity (.8); office conferences re same (.7). |
| 8/09/03 | James W Kapp | .30 | Review PI Committee objection to exclusivity extension. |
| 8/12/03 | Christian J Lane | 3.50 | Draft and revise response to PI Committee objection to extension of exclusivity (3.0); telephone conferences with local counsel re same (.5). |
| 8/13/03 | Janet S Baer | .60 | Office conferences re exclusivity objection (.3); review draft response re same (.3). |
| 8/14/03 | Janet S Baer | 1.50 | Revise and re-write reply on Exclusivity matter. |
| 8/14/03 | James W Kapp | .60 | Review response to committee's objection to exclusivity extension. |
| 8/14/03 | Christian J Lane | 1.20 | Revise response to objection to exclusivity extension (.8); correspondence re same (.4). |
| 8/15/03 | Janet S Baer | .80 | Make final revisions to Reply on exclusivity motion (.5); conference re further revisions on exclusivity reply (.3). |
| 8/15/03 | Christian J Lane | 1.50 | Finalize response to objection to exclusivity extension (.5); telephone conferences with client re same (.5); office conferences re same (.5). |
| 8/18/03 | James W Kapp | .10 | Review response of equity committee in support of exclusivity motion. |
| 8/27/03 | Janet S Baer | 1.00 | Attend to matters re coordination of meetings with Committees on chapter 11 Plan (.5); prepare transmittal re same (.5). |
| 8/27/03 | James W Kapp | .20 | Attend to organization of meetings with creditors re plan structuring pursuant to court's instruction. |
| 8/29/03 | Janet S Baer | .60 | Respond to various inquiries re Plan meetings with Committees and prepare transmittals re same. |
| | Total hours: | 14.40 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/03 | Christian J Lane | .50 | Review revised State Street retention application. |
| 8/06/03 | Christian J Lane | 2.50 | Review and revise application to retain State Street (1.8); correspondence re same (.3); telephone conferences with client and State Street counsel re same (.4). |
| 8/13/03 | Christian J Lane | 2.50 | Review and revise application to retain State Street as independent fiduciary (1.0); correspondence with client and State Street counsel re same (.8); telephone conferences with client and State Street counsel re finalizing application (.7). |
| 8/14/03 | Christian J Lane | 1.20 | Revise State Street application (.8); correspondence re same (.4). |
| 8/15/03 | Christian J Lane | .80 | Revise State Street application (.3); correspondence re comments to application (.2); telephone conferences with client re State Street (.3). |
| 8/18/03 | Christian J Lane | 3.00 | Review and finalize State Street application (2.0); correspondence re same (.4); telephone conferences with local counsel and State Street counsel re same (.6). |
| 8/19/03 | Christian J Lane | 2.80 | Draft motion to retain Protiviti for Sarbanes-Oxley consulting (1.8); telephone conferences with client re same (.5); correspondence re State Street application (.5). |
| 8/21/03 | Christian J Lane | 1.50 | Review and revise application to employ Protiviti as Sarbanes-Oxley consultants. |
| 8/22/03 | Christian J Lane | 1.20 | Review and revise application to employ Protiviti as Sarbanes-Oxley consultants (.8); telephone conference with client re same (.4). |
| 8/27/03 | Tiffany J Wood | 1.00 | Review docket re retention application and follow up re same. |
| 8/27/03 | Christian J Lane | .70 | Telephone conferences with client re Protiviti application (.4); analyze issues re same (.3). |
| 8/28/03 | Tiffany J Wood | 1.00 | Review docket re retention application and follow up re same. |
| 8/29/03 | Christian J Lane | .80 | Telephone conferences with client re Protiviti application (.3); analyze issues re same (.5). |
| | Total hours: | 19.50 | |

## Matter 41 – Tax Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/03 | Christian J Lane | 1.00 | Telephone conference with client re settlement of tax audit (.5); analyze issues re same (.5). |
| 8/29/03 | Christian J Lane | 1.30 | Draft and revise notice of settlement of tax audit. |
| | Total hours: | 2.30 | |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/24/03 | Janet S Baer | 1.50 | Travel from Chicago to Delaware for August Omnibus hearing (billed at 1/2 time). |
| 8/24/03 | Christian J Lane | 2.50 | Travel to Wilmington for hearing (billed at 1/2 time). |
| 8/25/03 | Janet S Baer | 1.50 | Travel from Delaware back to Chicago after omnibus hearing (billed at 1/2 time). |
| 8/25/03 | Christian J Lane | 2.00 | Travel from Wilmington for hearing (billed at 1/2 time). |
| | Total hours: | 7.50 | |

## Matter 51 – ZAI Science Trial – Fees

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 8/11/03 | Shirley A Pope | 4.00 | Review docket for newly filed ZAI pleading and download same (3.0); review and organize ZAI pleadings for litigation support database entry (1.0). |
| 8/13/03 | Janet S Baer | 1.10 | Review ZAI litigation response papers (.5); conference with J. Bentz re reply papers (.3); office conference re organizing ZAI responses (.3). |
| 8/14/03 | Janet S Baer | .40 | Review motion re Lee opinion testimony. |
| 8/15/03 | Janet S Baer | .50 | Review and organize various responsive briefs on Science Trail matter. |
| 8/18/03 | Shirley A Pope | 1.00 | Review docket re ZAI reply briefs to summary judgment motions and download same. |
| 8/19/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same. |
| 8/20/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same. |
| 8/21/03 | Shirley A Pope | .50 | Review docket for newly filed pleadings (.3); review litigation support database and compare to docket entries to ensure completeness of Grace main file (.2). |
| 8/22/03 | Janet S Baer | .30 | Conference with D. Siegel re status of negotiations on matter and effect on exclusivity. |
| 8/25/03 | Janet S Baer | .50 | Review ZAI responsive briefs. |
| 8/27/03 | Shirley A Pope | 2.00 | Review and organize ZAI summary judgment filings for entry in litigation support database. |
| 8/28/03 | Shirley A Pope | 2.00 | Review and catalog ZAI claimants pleadings for Concordance litigation support database. |
| | Total hours: | 16.30 | |