# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $494.64 |
| Airfare | $2,257.60 |
| Transportation to/from airport | $484.78 |
| Travel Meals | $60.80 |
| Other Travel Expenses | $19.00 |
| **Total** | **$3,316.82** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 7/14/03 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 7/15/03 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 7/25/03 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 7/28/03 | 94.42 | Christian Lane, Transportation, To/From Airport, Wilmington, DE, 07/28/03, (Hearing), Boston Coach |
| 7/28/03 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 7/30/03 | 70.88 | Christian Lane, Transportation, To/From Airport, Wilmington, DE, 07/30/03, (Hearing), Boston Coach |
| 7/30/03 | 85.88 | Christian Lane, Transportation, To/From Airport, Wilmington, DE, 07/30/03, (Hearing), Boston Coach |
| 8/22/03 | 19.00 | Janet Baer, Parking, Chicago, IL, 08/22/03, (Hearing) |
| 8/24/03 | 247.32 | Janet Baer, Hotel, Philadelphia, PA, 08/24/03, (Hearing) |
| 8/24/03 | 247.32 | Christian Lane, Hotel, Wilmington, DE, 08/24/03, (Hearing) |
| 8/24/03 | 1,128.80 | Janet Baer, Airfare, Philadelphia, PA, 08/24/03 to 08/25/03, (Hearing) |
| 8/24/03 | 1,128.80 | Christian Lane, Airfare, Philadelphia, PA, 08/24/03 to 08/25/03, (Hearing) |
| 8/24/03 | 20.60 | Christian Lane, Meals, Travel Meals, Wilmington, DE, 08/24/03, (Hearing) |
| 8/25/03 | 24.70 | Janet Baer, Meals, Travel Meals, Philadelphia, PA 08/25/03, (Hearing) |
| 8/25/03 | 15.50 | Christian Lane, Meals, Travel Meals, Wilmington, DE, 08/25/03, (Hearing) |
| Total: | 3,316.82 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $269.77 |
| Fax Telephone Charge | $3.74 |
| Fax Charge | $96.75 |
| Standard Copies | $603.20 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $13.10 |
| Scanned Images | $36.60 |
| Overnight Delivery | $143.85 |
| Information Broker Doc/Svcs | $260.73 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $1,872.85 |
| Overtime Transportation | $70.50 |
| Overtime Meals - Attorney | $25.00 |
| Secretarial Overtime | $271.25 |
| Overtime Meals - Legal Assistant | $12.00 |
| **Total** | **$3,692.84** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 6/02/03 | 9.79 | LEXISNEXIS COURTLINK INC. - Computer Database Research, LexisNexis Courtlink Usage for May 2003 |
| 6/02/03 | 8.29 | West Publishing-TP,Database Usage 6.03 |
| 6/04/03 | 31.17 | West Publishing-TP,Database Usage 6.03 |
| 6/10/03 | 89.10 | West Publishing-TP,Database Usage 6.03 |
| 6/11/03 | 46.95 | West Publishing-TP,Database Usage 6.03 |
| 6/16/03 | 6.88 | West Publishing-TP,Database Usage 6.03 |
| 6/23/03 | 5.20 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 6/23/03 | 3.53 | Telephone call to: STATE OF,DE 302-778-6463 |
| 6/23/03 | 1.04 | Telephone call to: BOSTON,MA 617-570-1874 |
| 6/23/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4601 |
| 6/23/03 | 2.29 | Telephone call to: BOSTON,MA 617-570-1874 |
| 6/23/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 6/23/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 6/23/03 | 1.25 | Telephone call to: BEVERLYHLS,CA 310-552-3400 |
| 6/23/03 | 15.70 | West Publishing-TP,Database Usage 6.03 |
| 6/24/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 6/24/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 6/25/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 6/25/03 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 6/27/03 | 10.90 | West Publishing-TP,Database Usage 6.03 |
| 7/01/03 | 4.15 | West Publishing-TP,Database Usage 7.03 |
| 7/02/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 7/02/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 7/02/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 7/02/03 | 25.00 | West Publishing-TP,Database Usage 7.03 |
| 7/03/03 | 33.79 | West Publishing-TP,Database Usage 7.03 |
| 7/07/03 | 4.78 | Telephone call to: SEATTLE,WA 206-583-8509 |
| 7/07/03 | 1.87 | Telephone call to: NY CITY,NY 917-319-2202 |
| 7/07/03 | 6.03 | Telephone call to: MIAMI,FL 305-375-6156 |
| 7/07/03 | 14.46 | West Publishing-TP,Database Usage 7.03 |
| 7/07/03 | 155.00 | Wilk, K - Revisions; initial input |
| 7/08/03 | 77.50 | Hickman, S - Revisions |
| 7/09/03 | 44.80 | PACER SERVICE CENTER - Computer Database Research, Computer Database Research, Billing Cycle 4/1/03 to 6/30/03 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/09/03 | 751.87 | PACER SERVICE CENTER - Computer Database Research, Documents Retrieved from miscellaneous Court Dockets, 4/1/03 to 6/30/03 |
| 7/09/03 | 382.48 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 4/1/03 to 6/30/03 |
| 7/09/03 | 103.31 | West Publishing-TP,Database Usage  7.03 |
| 7/09/03 | 38.75 | Hickman, S - Revisions |
| 7/10/03 | 44.78 | West Publishing-TP,Database Usage  7.03 |
| 7/11/03 | 3.33 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 7/11/03 | 3.33 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 7/11/03 | 2.49 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/11/03 | 2.49 | Telephone call to:  WILMINGTON,DE 302-426-0166 |
| 7/11/03 | 2.70 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 7/11/03 | 3.33 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 7/11/03 | 1.25 | Telephone call to:  NY CITY,NY 917-319-2202 |
| 7/11/03 | 1.04 | Telephone call to:  NY CITY,NY 917-319-2202 |
| 7/11/03 | 1.25 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/11/03 | 109.81 | West Publishing-TP,Database Usage  7.03 |
| 7/12/03 | 103.52 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 7/14/03 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 7/14/03 | 1.25 | Telephone call to:  NEWYORKCTY,NY 212-583-5388 |
| 7/14/03 | .83 | Telephone call to:  EASTERN,MD 443-831-3497 |
| 7/14/03 | 2.49 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 7/16/03 | 4.16 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/16/03 | 3.95 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 7/16/03 | 7.36 | Fed Exp to: ,DALLAS,TX from:MAILROOM |
| 7/16/03 | 7.36 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 7/17/03 | .83 | Telephone call to:  EASTERN,MD 410-336-0713 |
| 7/17/03 | 3.12 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/17/03 | 6.03 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 7/17/03 | 97.23 | West Publishing-TP,Database Usage  7.03 |
| 7/17/03 | 17.94 | West Publishing-TP,Database Usage  7.03 |
| 7/18/03 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 7/18/03 | 2.70 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/18/03 | 2.70 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 7/18/03 | 2.08 | Telephone call to:  LB AREA,CA 310-321-5532 |
| 7/18/03 | 3.12 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 7/18/03 | 15.97 | West Publishing-TP,Database Usage  7.03 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/21/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 7/21/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | 1.66 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | 1.87 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-837-7924 |
| 7/21/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-837-7924 |
| 7/21/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | 1.25 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/21/03 | .45 | Scanned Images |
| 7/21/03 | .30 | Scanned Images |
| 7/21/03 | .45 | Scanned Images |
| 7/21/03 | .83 | Telephone call to: STATE OF,DE 302-252-2887 |
| 7/22/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 7/22/03 | 1.45 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 7/22/03 | .15 | Scanned Images |
| 7/22/03 | .90 | Scanned Images |
| 7/22/03 | .30 | Scanned Images |
| 7/22/03 | .30 | Scanned Images |
| 7/22/03 | 10.00 | Toni Wallace, Parking, Chicago, IL, 07/22/03, (Parking (Overtime)), parking costs incurred while working overtime |
| 7/23/03 | .83 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 7/23/03 | .62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 7/23/03 | 1.25 | Telephone call to: ROCKVILLE,MD 301-762-8174 |
| 7/23/03 | .62 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 7/23/03 | 8.52 | Telephone call to: DOWNEY,CA 310-922-3504 |
| 7/23/03 | 7.90 | Telephone call to: SEATTLE,WA 206-583-8888 |
| 7/23/03 | 3.12 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/23/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 7/23/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 7/23/03 | 1.87 | Fax phone charge to 410-531-4545 |
| 7/23/03 | 14.25 | Fax page charge to 410-531-4545 |
| 7/23/03 | 14.25 | Fax page charge to 561-362-1583 |
| 7/23/03 | 14.25 | Fax page charge to 302-652-4400 |
| 7/23/03 | 3.00 | Scanned Images |
| 7/24/03 | 1.04 | Telephone call to: DOWNEY,CA 310-922-3504 |
| 7/24/03 | 1.20 | Scanned Images |

B-6

| Date | Amount | Description |
|------|--------|-------------|
| 7/24/03 | 4.05 | Scanned Images |
| 7/24/03 | .30 | Scanned Images |
| 7/24/03 | .75 | Scanned Images |
| 7/24/03 | 10.15 | Fed Exp from:MIRTA ADAMS,WASHINGTON,DC to:KEVIN STEELE |
| 7/25/03 | 4.36 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 7/25/03 | 2.70 | Telephone call to:  MOSINEE,WI 715-693-2813 |
| 7/25/03 | 1.45 | Telephone call to:  PITTSBURGH,PA 412-565-2568 |
| 7/25/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-715-9100 |
| 7/25/03 | 1.87 | Fax phone charge to 202-293-6961 |
| 7/25/03 | 14.25 | Fax page charge to 202-293-6961 |
| 7/25/03 | 7.73 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 7/25/03 | 7.73 | Fed Exp to: ,DURANT,OK from:MAILROOM |
| 7/25/03 | 10.00 | Library Document Procurement - EPA Action Memorandum - 5/23/00 - EPA Superfund Removal Action - Libby, MT (W. R. Grace). |
| 7/25/03 | 8.48 | West Publishing-TP,Database Usage  7.03 |
| 7/28/03 | .62 | Telephone call to:  LB AREA,CA 310-321-5545 |
| 7/28/03 | 1.45 | Telephone call to:  CENTRAL,NC 828-488-1414 |
| 7/28/03 | 3.53 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 7/28/03 | 6.24 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 7/28/03 | 8.40 | Scanned Images |
| 7/29/03 | 22.20 | Standard Copies |
| 7/29/03 | .20 | Standard Copies |
| 7/29/03 | .80 | Standard Copies |
| 7/29/03 | 3.20 | Standard Copies |
| 7/29/03 | .30 | Scanned Images |
| 7/30/03 | 1.04 | Telephone call to:  CLEVELAND,OH 440-892-2220 |
| 7/30/03 | 3.33 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 7/30/03 | .83 | Telephone call to:  NPA SUMMRY,FL 321-725-6284 |
| 7/30/03 | 2.91 | Telephone call to:  WILMINGTON,DE 302-888-6258 |
| 7/30/03 | 1.45 | Telephone call to:  PHILADELPH,PA 215-864-6248 |
| 7/30/03 | 1.25 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 7/30/03 | 77.60 | Standard Copies |
| 7/30/03 | 13.20 | Standard Copies |
| 7/30/03 | 10.40 | Tabs/Indexes/Dividers |
| 7/31/03 | .62 | Telephone call to:  HOUSTON,TX 713-977-3366 |
| 7/31/03 | .62 | Telephone call to:  HOUSTON,TX 713-650-3600 |

| Date | Amount | Description |
|------|--------|-------------|
| 7/31/03 | .62 | Telephone call to: HOUSTON,TX 713-977-3366 |
| 7/31/03 | .62 | Telephone call to: SOUTHERN,TX 956-457-8280 |
| 7/31/03 | .83 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 7/31/03 | 1.66 | Telephone call to: STATE OF,DE 302-778-6463 |
| 7/31/03 | .60 | Scanned Images |
| 7/31/03 | 260.73 | CHOICEPOINT SERVICES, INC. - Information Broker Doc/Svcs OBTAINED ACTION MEMORANDUM DATED 5/23/00 APPROVING EPA'S SUPERFUND REMOVAL ACTION LIBBY, MT (B.MCGURK) |
| 8/01/03 | 1.04 | Telephone call to: HOUSTON,TX 713-977-3366 |
| 8/01/03 | 1.25 | Telephone call to: HOUSTON,TX 713-977-3366 |
| 8/01/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-715-9100 |
| 8/01/03 | 4.57 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 8/01/03 | 5.61 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/01/03 | 2.29 | Telephone call to: NY CITY,NY 917-319-2202 |
| 8/01/03 | .10 | Standard Copies |
| 8/01/03 | 3.50 | Standard Copies |
| 8/01/03 | 1.00 | Standard Copies |
| 8/01/03 | 1.00 | Standard Copies |
| 8/01/03 | 1.00 | Standard Copies |
| 8/01/03 | .30 | Standard Copies |
| 8/04/03 | 1.25 | Telephone call to: ST LOUIS,MO 314-444-3111 |
| 8/04/03 | 2.49 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 8/04/03 | 1.45 | Telephone call to: BALTIMORE,MD 410-205-6330 |
| 8/04/03 | .62 | Telephone call to: SANFRNCSCO,CA 415-777-2727 |
| 8/04/03 | 3.12 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 8/04/03 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 8/04/03 | .20 | Standard Copies |
| 8/04/03 | 3.00 | Standard Copies |
| 8/04/03 | .20 | Standard Copies |
| 8/04/03 | .10 | Standard Copies |
| 8/04/03 | 8.70 | Standard Copies |
| 8/04/03 | 35.00 | Standard Copies |
| 8/05/03 | 2.49 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/05/03 | 1.04 | Telephone call to: WASHINGTON,DC 202-307-6528 |
| 8/05/03 | 2.29 | Telephone call to: MELROSE,KS 913-962-8700 |
| 8/05/03 | .10 | Standard Copies |
| 8/05/03 | 2.40 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/05/03 | 2.20 | Standard Copies |
| 8/05/03 | .10 | Standard Copies |
| 8/05/03 | 1.00 | Standard Copies |
| 8/05/03 | 1.30 | Standard Copies |
| 8/05/03 | 21.10 | Standard Copies |
| 8/05/03 | .80 | Standard Copies |
| 8/05/03 | 10.70 | Standard Copies |
| 8/05/03 | 1.35 | Scanned Images |
| 8/06/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 8/06/03 | 1.45 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/06/03 | 19.20 | Standard Copies |
| 8/06/03 | .10 | Standard Copies |
| 8/06/03 | 1.20 | Standard Copies |
| 8/06/03 | 1.00 | Standard Copies |
| 8/07/03 | .75 | Fax page charge to 901-767-4010 |
| 8/07/03 | 6.00 | Standard Copies |
| 8/07/03 | 3.20 | Standard Copies |
| 8/07/03 | .80 | Standard Copies |
| 8/07/03 | .10 | Standard Copies |
| 8/07/03 | 22.30 | Standard Copies |
| 8/07/03 | 2.70 | Tabs/Indexes/Dividers |
| 8/07/03 | .30 | Scanned Images |
| 8/08/03 | .62 | Telephone call to: NY CITY,NY 917-319-2202 |
| 8/08/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 8/08/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 8/08/03 | .62 | Telephone call to: WILMINGTON,DE 302-888-6947 |
| 8/08/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/08/03 | 4.10 | Standard Copies |
| 8/08/03 | 4.10 | Standard Copies |
| 8/08/03 | 3.30 | Standard Copies |
| 8/08/03 | 6.70 | Standard Copies |
| 8/11/03 | 5.90 | Standard Copies |
| 8/11/03 | 2.60 | Standard Copies |
| 8/11/03 | .20 | Standard Copies |
| 8/11/03 | .60 | Standard Copies |
| 8/11/03 | 2.50 | Standard Copies |
| 8/11/03 | 2.30 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 8/11/03 | 5.80 | Standard Copies |
| 8/11/03 | 5.30 | Standard Copies |
| 8/11/03 | 7.90 | Standard Copies |
| 8/11/03 | 7.90 | Standard Copies |
| 8/11/03 | 5.30 | Standard Copies |
| 8/11/03 | 3.70 | Standard Copies |
| 8/11/03 | 3.00 | Standard Copies |
| 8/11/03 | 3.00 | Standard Copies |
| 8/11/03 | 2.90 | Standard Copies |
| 8/11/03 | 2.10 | Standard Copies |
| 8/11/03 | 3.00 | Standard Copies |
| 8/11/03 | 2.50 | Standard Copies |
| 8/11/03 | 1.30 | Standard Copies |
| 8/11/03 | 1.20 | Standard Copies |
| 8/11/03 | 2.90 | Standard Copies |
| 8/11/03 | 2.00 | Standard Copies |
| 8/11/03 | 2.00 | Standard Copies |
| 8/11/03 | 1.70 | Standard Copies |
| 8/11/03 | 1.60 | Standard Copies |
| 8/11/03 | 5.20 | Standard Copies |
| 8/11/03 | 2.10 | Standard Copies |
| 8/11/03 | 2.00 | Standard Copies |
| 8/11/03 | 5.70 | Standard Copies |
| 8/11/03 | 5.60 | Standard Copies |
| 8/11/03 | 5.50 | Standard Copies |
| 8/11/03 | 6.20 | Standard Copies |
| 8/11/03 | 3.80 | Standard Copies |
| 8/11/03 | 2.50 | Standard Copies |
| 8/11/03 | 2.10 | Standard Copies |
| 8/11/03 | 4.00 | Standard Copies |
| 8/11/03 | 3.50 | Binding |
| 8/12/03 | 46.22 | Janet Baer, Telephone, Cellular Service, 08/12/03 (Cellular Telephone) |
| 8/12/03 | .20 | Standard Copies |
| 8/12/03 | .40 | Standard Copies |
| 8/12/03 | 2.80 | Standard Copies |
| 8/12/03 | .10 | Standard Copies |
| 8/12/03 | 7.10 | Standard Copies |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 8/12/03 | 3.30 | Standard Copies |
| 8/12/03 | .75 | Scanned Images |
| 8/12/03 | 25.00 | C. Lane, Meals, Overtime Meals-Attorney, Chicago, IL, 08/12/03, (Overtime Meals) |
| 8/13/03 | 14.95 | Telephone call to: SE PART,FL 954-797-0718 |
| 8/13/03 | .20 | Standard Copies |
| 8/13/03 | 1.30 | Standard Copies |
| 8/13/03 | .50 | Standard Copies |
| 8/13/03 | 3.60 | Standard Copies |
| 8/13/03 | .30 | Standard Copies |
| 8/13/03 | 1.90 | Standard Copies |
| 8/13/03 | 2.50 | Standard Copies |
| 8/13/03 | 1.40 | Standard Copies |
| 8/13/03 | 42.00 | Standard Copies |
| 8/13/03 | 54.80 | Standard Copies |
| 8/13/03 | .45 | Scanned Images |
| 8/14/03 | 7.50 | Fax page charge to 231-352-6199 |
| 8/14/03 | 4.50 | Fax page charge to 412-288-3063 |
| 8/14/03 | 3.00 | Fax page charge to 410-531-4233 |
| 8/14/03 | 8.50 | Standard Copies |
| 8/14/03 | 2.70 | Standard Copies |
| 8/14/03 | 2.70 | Standard Copies |
| 8/14/03 | 1.40 | Standard Copies |
| 8/14/03 | 4.90 | Standard Copies |
| 8/15/03 | 4.50 | Standard Copies |
| 8/18/03 | 5.20 | Standard Copies |
| 8/18/03 | .45 | Scanned Images |
| 8/18/03 | 3.30 | Scanned Images |
| 8/18/03 | 6.30 | Scanned Images |
| 8/19/03 | 3.00 | Fax page charge to 561-362-1583 |
| 8/19/03 | 3.00 | Fax page charge to 302-652-5338 |
| 8/19/03 | 1.60 | Standard Copies |
| 8/19/03 | 6.10 | Standard Copies |
| 8/19/03 | 4.50 | Standard Copies |
| 8/19/03 | 1.30 | Standard Copies |
| 8/19/03 | 8.80 | Standard Copies |
| 8/19/03 | 8.80 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/19/03 | 1.80 | Scanned Images |
| 8/19/03 | .45 | Scanned Images |
| 8/19/03 | 12.00 | Sven Nylen, Meals, Overtime Meals-Legal Assistant Chicago, IL, 08/19/03, (Overtime Meals) |
| 8/20/03 | 12.80 | Standard Copies |
| 8/20/03 | 6.90 | Overtime Transportation, T. Wood, 7/22/03 |
| 8/20/03 | 16.00 | Overtime Transportation, C. Lane, 7/21/03 |
| 8/20/03 | 6.00 | Overtime Transportation, T. Wood, 7/17/03 |
| 8/20/03 | 12.00 | Overtime Transportation, R. Lopera, 7/17/03 |
| 8/20/03 | 13.00 | Overtime Transportation, R. Lopera, 7/16/03 |
| 8/20/03 | 6.60 | Overtime Transportation, T. Wood, 7/16/03 |
| 8/26/03 | 1.50 | Fax page charge to 303-312-6953 |
| 8/26/03 | 1.50 | Fax page charge to 212-806-5792 |
| 8/26/03 | 1.50 | Fax page charge to 303-866-0200 |
| 8/27/03 | 2.25 | Fax page charge to 617-951-0679 |
| 8/27/03 | 6.75 | Fax page charge to 410-531-4783 |
| 8/28/03 | .62 | Telephone call to:  PHILADELPH,PA 215-597-2995 |
| 8/28/03 | .75 | Fax page charge to 617-951-0679 |
| 8/28/03 | 3.75 | Fax page charge to 617-951-0679 |
| Total: | 3,692.84 | |