**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030430**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | |
| | $850.00 |
| Document Storage | |
| | $1,282.50 |
| **Total** | **$2,132.50** |

**EXHIBIT 2**

| Company | Date | Company ID | Vendor | Amount | Expense Type ID | Description |
|---------|------|-----------|--------|--------|----------------|-------------|
| WR Grace | 30-Apr-03 | BMC, | BMC storage | $1,282.50 | Document Storage | 285 boxes |
| WR Grace | 30-Apr-03 | BMC, | BMC | $850.00 | B-Line/Data Storage | B-Line/Data Storage |

**EXHIBIT 2**