**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030531**

| Expense Type | Amount |
|---|---|
| Airline | $1,676.50 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $27.30 |
| Dinner | $210.23 |
| Document Storage | $413.25 |
| Lodging | $952.68 |
| Parking | $5.00 |
| Phone/ISP | $9.95 |
| Rental Vehicle | $544.31 |
| **Total** | **$4,689.22** |

**EXHIBIT 2**

| Client | ConsultantID | Vendor | Amount | Date | ExpenseTypeID | Description |
|---|---|---|---|---|---|---|
| WR Grace | Burnett, Susan | Lola's restaurant | $43.59 | 12-May-03 | Dinner | SB 5/12/03 |
| WR Grace | sburnett | American Trans Air | $533.50 | 12-May-03 | Airline | Sburnett DCA-LAX 5/12-16/03 |
| WR Grace | sburnett | American Trans Air | $50.00 | 12-May-03 | Airline | Itinerary research & booking fee SB DCA-LAX 5/12-16/03 |
| WR Grace | Burnett, Susan | Carl's Jr | $4.32 | 14-May-03 | Dinner | SB 5/14 |
| WR Grace | Burnett, Susan | Rinaldi's | $6.90 | 14-May-03 | Breakfast | Breakfast |
| WR Grace | Burnett, Susan | Five Star Parking | $5.00 | 15-May-03 | Parking | 5/14-15/03 |
| WR Grace | sburnett | Thrifty | $296.02 | 16-May-03 | Rental Vehicle | SB 5/12-16/03 LA |
| WR Grace | sburnett | Courtyard El Segundo | $450.60 | 16-May-03 | Lodging | SB 5/12-15/03 |
| WR Grace | sburnett | Courtyard El Segundo | $15.25 | 16-May-03 | Dinner | SB 5/13 in hotel |
| WR Grace | sburnett | Courtyard El Segundo | $150.20 | 16-May-03 | Lodging | SB 5/15-16/03 |
| WR Grace | sburnett | Courtyard El Segundo | $16.32 | 16-May-03 | Dinner | SB 5/15 in hotel |
| WR Grace | Burnett, Susan | Burger King | $8.09 | 16-May-03 | Breakfast | Breakfast |
| WR Grace | Burnett, Susan | Wall St. Deli | $3.20 | 19-May-03 | Breakfast | Breakfast |
| WR Grace | sburnett | Delta | $50.00 | 19-May-03 | Airline | Itinerary research & booking fee SB DCA-LAX 5/19-23/03 |
| WR Grace | sburnett | Delta | $1,043.00 | 19-May-03 | Airline | Sburnett DCA-LAX 5/19-23/03 |
| WR Grace | sburnett | Black Angus | $45.12 | 20-May-03 | Dinner | SB 5/20 |
| WR Grace | sburnett | Houston's | $41.00 | 22-May-03 | Dinner | SB 5/22 |
| WR Grace | sburnett | Courtyard El Segundo | $44.63 | 23-May-03 | Dinner | SB 5/19 & 5/21 |
| WR Grace | sburnett | Courtyard El Segundo | $351.88 | 23-May-03 | Lodging | SB 5/19-23/03 |
| WR Grace | sburnett | Thrifty | $248.29 | 23-May-03 | Rental Vehicle | SB 5/19-23/03 LA |
| WR Grace | sburnett | Courtyard El Segundo | $9.95 | 23-May-03 | Phone/ISP | SB 5/19/03 |
| WR Grace | Burnett, Susan | El Cholo Cantina | $9.11 | 23-May-03 | Breakfast | Breakfast |
| WR Grace | BMC, | BMC | $850.00 | 30-May-03 | B-Linx/Data Storage | B-Linx/Data Storage |
| WR Grace | BMC, | BMC | $413.25 | 30-May-03 | Document Storage | 285 boxes |

**EXHIBIT 2**



WR Grace
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #  021-20030516-1 | 5/16/2003 | $423.71 |
| | Total | $423.71 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 5/16/2003
**Invoice #:** 021-20030516-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Fee Applications and Quarterly Report MF 3478/3477 | 162 / 20 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | Expedited Mail Handling | 3 Pieces @ $2.50 each | $7.50 |
| | | | | FedEx (at cost) | 3 Pieces @ $31.57 each | $94.71 |
| | | | Production | Copy/Fulfill/Mail | 486 Pieces @ $.25 each | $121.50 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |

**Total Due:** $423.71

**EXHIBIT 2**
*Invoice Due Upon Receipt*