<u>**NO ORDER REQUIRED**</u>

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |

### CERTIFICATE OF NO OBJECTION
### REGARDING FEE APPLICATION (DOCKET NO. 4382)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Summary of Application of Holme Roberts & Owen, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Interim Period from July 1, 2003 through July 31, 2003** (the "Application") filed on September 5, 2003.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Summary of Application, objections to the Application were to be filed and served no later than September 25, 2003 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are hereby authorized to immediately pay compensation in the amount of $29,440.40 (80% of the requested

WWW/105624-0001/906460/1

fee compensation of $36,800.50) and reimbursement of expenses in the amount of $486.72 (100%) of the reimbursement for expenses requested) without further order from the court.

Dated: October 3, 2003          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                /s/ Carl N. Kunz, III
                                _____
                                Carl N. Kunz, III, Esquire (ID#3201)
                                222 Delaware Avenue, 10th Floor
                                Post Office Box 2306
                                Wilmington DE 19899-2306
                                Telephone: (302) 888-6800
                                Facsimile: (302) 571-1750
                                ckunz@morrisjames.com