

# Commercial Checking

**VACHOVIA**  04  2079900003615  005  108      15  160      27.546

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7.24 | 5.433.99 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.        030724 CCD<br>MISC SETTL NCVCERIDN |
| 7.24 | 11.546.35 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030724 CCD<br>MISC C4213-002127695 |
| 7.24 | 297.224.34 | AUTOMATED DEBIT  BNF CTS        PMT IMPND  *E80 073103*<br>CO. ID. 1411902914 030724 CCD<br>MISC C4025-012127873 |
| 7.25 | 5.193.96 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.        030725 CCD<br>MISC SETTL NCVCERIDN |
| 7.25 | 26.704.06 | AUTOMATED DEBIT  REMEDIUM GROUP.  PAYROLL<br>CO. ID.        030725 CCD<br>MISC SETTL NCVCERIDN |
| 7.25 | 574.335.37 | AUTOMATED DEBIT                PAYROLL  *E80 073103*<br>CO. ID.        030725 CCD<br>MISC SETTL NCVCERIDN |
| 7.28 | 1.123.20 | LIST OF DEBITS POSTED |
| 7.29 | 8.169.51 | LIST OF DEBITS POSTED |
| 7.30 | 2.213.26 | LIST OF DEBITS POSTED |
| 7.30 | 2.637.18 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030730 CCD<br>MISC C4025-022146213 |
| 7.31 | 419.41 | LIST OF DEBITS POSTED |
| 7.31 | 7.412.82 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.        030731 CCD<br>MISC SETTL NCVCERIDN |

| Total | $2.098.583.70 |
|-------|---------------|

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 7 01 | 0.00 | 7 11 | 0.00 | 7 23 | 0.00 |
| 7 02 | 0.00 | 7 14 | 0.00 | 7 24 | 0.00 |
| 7 03 | 0.00 | 7 15 | 0.00 | 7 25 | 0.00 |
| 7 07 | 0.00 | 7 16 | 0.00 | 7 28 | 0.00 |
| 7 08 | 0.00 | 7 17 | 0.00 | 7 29 | 0.00 |
| 7 09 | 0.00 | 7 18 | 0.00 | 7 30 | 0.00 |
| 7 10 | 0.00 | 7 22 | 0.00 | 7 31 | 0.00 |

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

1 4 6 4

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2003 - 07/31/2003

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 07/31/2003
$77,104,830.28

Dividends
07/01/2003 - 07/31/2003      Year To Date
$28,271.58                   $190,918.02

> ON MONDAY, SEPTEMBER 1, MERRILL LYNCH FUNDS
> FOR INSTITUTIONS WILL BE CLOSED IN OBSERVANCE
> OF LABOR DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
> MONTH OF JULY WAS 1.02 %. TRADING DEADLINES ON
> AUGUST 29 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $28,576,558.70 |
| 07/01/2003 | 07/01/2003 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $29,576,558.70 |
| 07/01/2003 | 07/01/2003 | Same Day Wire Redemption | $8,500,000.00 | $1.00 | $21,076,558.70 |
| 07/02/2003 | 07/02/2003 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $22,976,558.70 |
| 07/07/2003 | 07/07/2003 | Same Day Wire Redemption | $300,000.00 | $1.00 | $22,676,558.70 |
| 07/08/2003 | 07/08/2003 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $24,676,558.70 |
| 07/09/2003 | 07/09/2003 | Shares Purchased By Wire | $14,000,000.00 | $1.00 | $38,676,558.70 |
| 07/10/2003 | 07/10/2003 | Same Day Wire Redemption | $7,300,000.00 | $1.00 | $31,376,558.70 |
| 07/11/2003 | 07/11/2003 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $33,176,558.70 |
| 07/14/2003 | 07/14/2003 | Same Day Wire Redemption | $2,600,000.00 | $1.00 | $30,576,558.70 |
| 07/15/2003 | 07/15/2003 | Shares Purchased By Wire | $7,100,000.00 | $1.00 | $37,676,558.70 |
| 07/16/2003 | 07/16/2003 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $34,476,558.70 |
| 07/17/2003 | 07/17/2003 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $33,376,558.70 |
| 07/18/2003 | 07/18/2003 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $35,676,558.70 |
| 07/21/2003 | 07/21/2003 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $37,276,558.70 |
| 07/22/2003 | 07/22/2003 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $33,376,558.70 |
| 07/23/2003 | 07/23/2003 | Shares Purchased By Wire | $2,500,000.00 | $1.00 | $35,876,558.70 |
| 07/23/2003 | 07/23/2003 | Same Day Wire Redemption | $2,200,000.00 | $1.00 | $33,676,558.70 |
| 07/24/2003 | 07/24/2003 | Same Day Wire Redemption | $8,600,000.00 | $1.00 | $25,076,558.70 |

Account Number  318-3323735-8      (page 1 of 2)

519574




 **Merrill Lynch**   Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2003 - 07/31/2003

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 07/25/2003 | 07/25/2003 | Shares Purchased By Wire | $9,800,000.00 | $1.00 | $34,876,558.70 |
| 07/28/2003 | 07/28/2003 | Shares Purchased By Wire | $7,000,000.00 | $1.00 | $41,876,558.70 |
| 07/28/2003 | 07/28/2003 | Same Day Wire Redemption | $10,000,000.00 | $1.00 | $31,876,558.70 |
| 07/29/2003 | 07/29/2003 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $33,776,558.70 |
| 07/30/2003 | 07/30/2003 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $35,876,558.70 |
| 07/31/2003 | 07/31/2003 | Shares Purchased By Wire | $41,200,000.00 | $1.00 | $77,076,558.70 |
| 07/31/2003 | 07/31/2003 | Div Reinvest | $28,271.58 | $1.00 | $77,104,830.28 |
| | | Ending Balance | | | $77,104,830.28 |

519575




TS    D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No:          323-223141
Statement Start Date:  01 JUL 2003
Statement End Date:   31 JUL 2003
Statement Code:      000-USA-22
Statement No:        007

Page 1 of 1

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 1,468,057.28 |
| Total Debits (incl. checks) | 2 | 1,468,057.28 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 JUL 2003) | Closing (31 JUL 2003) |
|---|---|
| Ledger .00 | Ledger .00 |

## TRANSACTIONS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Credit Balances Amount |
|---|---|---|---|---|---|---|---|

LEDGER BALANCES
02JUL                                                                                                    0.00

### CREDITS

02JUL     USD  YOUR: NC010065200702030L     734,028.64   NASSAU DEPOSIT TAKEN
                OUR:  0318300179IN                         B/O: WR GRACE & COMPANY
                                                           JERSEY CITY NJ 07310
                                                           REF: TO REPAY YOUR DEPOSIT FR 030060
                                                           2 TO 030702 RATE 1.1500

02JUL     USD  YOUR: NC013567980702030D     734,028.64   NASSAU DEPOSIT TAKEN
                OUR:  0318300961IN                         B/O: WR GRACE & COMPANY
                                                           JERSEY CITY, NJ 07310
                                                           REF: TO CANCEL YOUR DEPOSIT FR 0307
                                                           02 TO 030804 RATE 0.9375

### DEBITS

02JUL     USD  YOUR: ND013567980702030L     734,028.64   NASSAU DEPOSIT TAKEN
                OUR:  0318300845IN                         A/C: WR GRACE & COMPANY
                                                           JERSEY CITY, NJ 07310
                                                           REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                           30702 TO 030804 RATE 0.9375

02JUL     USD  YOUR: ND013568010702030L     734,028.64   NASSAU DEPOSIT TAKEN
                OUR:  0318300797IN                         A/C: WR GRACE & COMPANY
                                                           JERSEY CITY, NJ 07310
                                                           REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                           30702 TO 030804 RATE 1.0000

### CHECKS

*No Activity*

FT CODE:     USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
             USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN COMPUTATION OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE ARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:           016-001257
Statement Start Date:  01 JUL 2003
Statement End Date:    15 JUL 2003
Statement Code:        S00-USA-22
Statement No:          013

Page 1 of 17

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 33 | 84,749,309.47 |
| Total Debits (incl. checks) | 61 | 84,792,612.46 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 JUL 2003) | | Closing (15 JUL 2003) | |
|---|---|---|---|
| Ledger | 530,968.28 | Ledger | 487,665.29 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| CREDITS | | | | | | |
| 01JUL | | 01JUL | | USD YOUR: O/B COL BK & TR DUR: 01048031B2FF | 4,627.08 | FEDWIRE CREDIT VIA: COLUMBUS BANK AND TRUST COMPAN /061100606 B/O: CROSS COUNTRY STAFFING BOCA RATON, FL 33432-7450 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B COL BK & TR OBI =PROCEEDS FROM CLOSING CCS ACCT#231 IMAD: 0701FIQC27OC000088 |
| 01JUL | | | | USD OUR: 18296062827C | 618,163.98 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO/ENTRY DESCR:DED PMT   SEC:PPD TRACE#:021000002960628Z EED:030701 AD ID:000000393ACH A IND NAME:              864 0207-3001 |
| 01JUL | | 01JUL | | USD YOUR: O/B WACHOVIA BK DUR: 019941318Z2FF | 1,277,360.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-409B REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0701E3QPAAIC002483 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 01JUL | 364,532.72 |
| 02JUL | 521,083.02 |
| 03JUL | 140,719.57 |
| 07JUL | 548,803.50 |
| 08JUL | 465,847.47 |
| 09JUL | 469,213.59 |
| 10JUL | 512,838.87 |
| 11JUL | 537,366.88 |
| 14JUL | 543,285.16 |
| 15JUL | 487,665.29 |

FT CODE:    USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013
Page 2 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances | Date Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | F T | References | Description | Credit / Debit |
|---|---|---|---|---|---|
| 01JUL | 01JUL | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0199508182FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:27<br>IMAD: 0701G1QF6Y2C000494 | 2,986,986.90 |
| 01JUL | 01JUL | USD | YOUR: MAESTRO<br>OUR: 0110802182FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-U<br>0016001257 RFB=MAESTRO OBI=FUND-31.<br>B-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0701A1Q002BC000688 | 8,500,000.00 |
| 02JUL | 02JUL | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0218903183FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0702E3QPAAIC002650 | 1,354,882.00 |
| 02JUL | 02JUL | USD | YOUR: O/B BKAM IL CGO<br>OUR: 022200718SFF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/13:17<br>IMAD: 0702G1QF6Y2C000733 | 2,566,420.33 |
| 03JUL | 03JUL | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0108203184FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN. | 835,208.00 |

Account No:            016-001257
Statement Start Date:  01 JUL 2003
Statement End Date:    15 JUL 2003
Statement Code:        S00-USA-22
Statement No:          013
Page 3 of 1

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | F.T | References | Description | Credit / Debit |
|---|---|---|---|---|---|
| 03JUL | 03JUL | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0270613184FF | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0703E3QPAA1C001222 | 1,412,352.03 |
| 03JUL | 03JUL | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0100707184FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A,<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0703E3QPAA1C002990 | 1,614,562.82 |
| 07JUL | 07JUL | USD | YOUR: MAESTRO<br>OUR: 0367203188FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/10:42<br>IMAD: 0703G1QFGY2C000372 | 300,000.00 |
| 07JUL | 07JUL | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0134501188FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>8/P I-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0707A1Q0026C001688 | 1,641,416.00 |
| | | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 JUL 2003
15 JUL 2003
S00-USA-22
013

Page 4 of 1?

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 07JUL | | 07JUL | | USD YOUR: O/B BKAM IL  CGO<br>OUR: 0127003188FF | FUNDS TRANSFER FROM DAVISON LOCKB0<br>IMAD: 0707ESQPAAIC001294<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL CG0 OBI<br>=HOWT BBI=/TIME/10:57 | 1,804,189.24 | | |
| 08JUL | | 08JUL | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0083313189FF | IMAD: 0707G1QFGY2C000291<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=HOWT BBI=/TIME/10:41 | 1,873,121.00 | | |
| 08JUL | | 08JUL | | USD YOUR: O/B BKAM IL  CG0<br>OUR: 0085608189FF | FUNDS TRANSFER FROM DAVISON LOCKB0<br>IMAD: 0708ESQPAAIC000798<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL CG0 OBI<br>=HOWT BBI=/TIME/10:41 | 3,380,621.02 | | |
| 09JUL | | 09JUL | | USD YOUR: O/B BARCLAYS PLC<br>OUR: 0717600190FC | IMAD: 0708G1QFGY2C000283<br>CHIPS CREDIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001600257 0<br>RG=INEOS SILICAS LIMITED OOB=BARCLA<br>YS/BANK PLC LONDON ENGLAND EC3 NHJ<br>OPI=INV-030703 BBI=/OCMT/USD6201.00<br>SSN: 0011960 | 6,181.00 | | |
| 09JUL | | 09JUL | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0269614190FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA | 1,091,149.00 | | |

JPMorganChase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 5 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09JUL | | 09JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0107801190FF | 2,102,086.48 | /053000219<br>B/O: W.R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>=MAD: 0709E3QPAAIC003088<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY | | |
| 09JUL | | 09JUL | | USD YOUR: LOAN AGREEMENT OUR: 0118701190FF | 20,000,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:10<br>MAD: 0709G1QFGY2C000323<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA NA<br>/121000358<br>B/O: BANK OF AMERICA<br>ACCT # 51-430-00<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=LOAN AGREEMENT DBI=<br>REF LOAN DEPARTMENT BBI=/TIME/11:28 | | |
| 10JUL | | 10JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0104913191FF | 826,694.00 | MAD: 0709L1LFBF4C000332<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>=MAD: 0710E3QPAAIC000898 | | |
| 10JUL | | 10JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0088609191FF | 1,354,186.31 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013
Page 6 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

10JUL — USD YOUR: MAESTRO   OUR: 03315081191FF — 7,300,000.00

ND COMPANY CAMBRIDGE MA 02140-/AC-0
=0001601257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI-/TME/10.34
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
BAP-1-71 ML PREMIER FUND BBI=/TIME
/MAD:0710IAIQ002BC001501

11JUL — USD YOUR: O/B WACHOVIA BK   OUR: 0219814192FF — 1,376,378.00

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 FFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
/MAD:0711E3OPAAIC002351

11JUL — USD YOUR: O/B BKAM IL CGO   OUR: 0220802192FF — 1,780,000.50

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071100039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 FFB=O/B BKAM IL CGO OBI
=HOWT BBI-/TME/13.35
/MAD:0711G1QFGY2C001712

14JUL — USD OUR: 0013540114XF — 7,799.80

AUTOMATIC DOLLAR FLOAT TRANSFER
FROM ACCOUNT 00032313524

14JUL — USD YOUR: 03071440957   OUR: 0357207195FF — 8,896.60

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA PHILDELPHIA
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=03071440957 OBI=ST

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 7 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 14JUL | 14JUL | USD YOUR: O/B WACHOVIA BK OUR: 0109B1319SFF | 1,668,953.00 | OCK OPTION COST BBI=/TIME/15:25 IMAD: 0714C1QK71X003752 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO |
| 14JUL | 14JUL | USD YOUR: MAESTRO OUR: 0388308195FF | 2,600,000.00 | IMAD: 0714E3QPAAJC001013 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=MAESTRO OBI=FUND-31 /B=P-I-S-I ML PREMIER FUND BBI=/TIME |
| 14JUL | 14JUL | USD YOUR: O/B BKAM IL CGO OUR: 0113101195FF | 2,643,871.89 | IMAD: 0714A1Q02HC001927 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO OBI =ADWT BBI=/TIME/10:45 |
| 15JUL | 15JUL | USD YOUR: O/B BKAM IL CGO OUR: 0145508196FF | 9,423.33 | IMAD: 0714GIQFGY2C000340 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: ADVANCED REFINING TECHNOLOGIES COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO OBI =INTEREST PAYMENT FROM ART LLC FOR |
| 15JUL | 15JUL | USD YOUR: O/B WACHOVIA BK OUR: 0132208196FF | 1,863,829.00 | IMAD: 0715GIQFGY2C000453 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page  8  of  17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 15JUL | | USD YOUR: O/B BKAM IL CGO<br>OUR: 013760T196FF | 4,211,835.34 | /053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0715E3QPAAIC001420 | | |
| | | 15JUL | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0350401196FF | 5,728,114.82 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=MOWT BBI=/TIME/10:58<br>IMAD: 0715G1QFGY2C000370<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0715E3QPAAIC003581 | | |

**DEBITS**

| 01JUL | | 01JUL | | USD YOUR: NONREF<br>OUR: 1932100182J0 | 45,207.28 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004 | | |
| 01JUL | | 01JUL | | USD YOUR: NONREF<br>OUR: 2668900182J0 | 134,474.77 | FEDWIRE DEBIT<br>VIA: FI21000358<br>/21000358<br>A/C: BANK3 AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: JULY INVOICE PAYING JUNE DIP F<br>EES/TIME/17:35<br>IMAD: 0701B1QGC05C005931 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                    016-001257
Statement Start Date:          01 JUL 2003
Statement End Date:            15 JUL 2003
Statement Code:                S00-USA-22
Statement No:                  013
Page 9 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 01JUL | | 01JUL | | USD YOUR: SEE WIRE OUR: 0479500182JB | 859,023.47 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X/ REF: HOURLY PAYROLL/TIME/11:54 IMAD: 0701B1QGC06C002246 | | |
| 01JUL | | 01JUL | | USD YOUR: NONREF OUR: 1931900182J0 | 1,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR 6 RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:24 IMAD: 0701B1QGC07C004840 | | |
| 01JUL | | 01JUL | | USD YOUR: NONREF OUR: 1932000182J0 | 3,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 RFC: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:24 IMAD: 0701B1QGC08C004937 | | |
| 01JUL | | 01JUL | | USD YOUR: SEE WIRE OUR: 0496200182JB | 8,514,868.00 | FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: NORTHERN TRUST 5186606100S REF: CURTISS BAY HOURLY PLAN ENHANCE MENT CONTRIBUTION/TIME/12:20 IMAD: 0701B1QGC01C002860 | | |
| 02JUL | | 02JUL | | USD YOUR: NONREF OUR: 2208900183J0 | 26,612.03 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y | | |
| 02JUL | | 02JUL | | USD YOUR: NONREF OUR: 2209000183J0 | 38,140.00 | YORK NY 10004 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACHABAEE2X AS HANSAPANK ESTONIA BEN: AS SILMET REF: GRACE DAVISON PYMNT OF INV 591 79 & 59187 SSN: 0252589 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 10 of 17

TS

| Ledger Date | Adj Ledger Date | Value Date | F.T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 02JUL | 02JUL | USD YOUR: NONREF OUR: 2208800183J0 | 1,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:50 /MAD: 0702B1QGC04C004592 |
| 02JUL | 02JUL | USD YOUR: NONREF OUR: 2208700183J0 | 1,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:50 /MAD: 0702B1QGC01C004823 |
| 03JUL | 03JUL | USD YOUR: 2400-24 OUR: 0761100184JB | 2,116.26 | BOOK TRANSFER DEBIT A/C: D002243O680 XKALLAY (7083820-7742, GRPGUL REF: EMPLOYEE GUL CONTRIBUTIONS FOR MAY 2003 |
| 03JUL | 03JUL | USD YOUR: SEE WIRE OUR: 0760700184JB | 22,742.83 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 03JUL | 03JUL | USD OUR: 0032580114XF | 117,627.21 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 03JUL | 03JUL | USD YOUR: HOWT-FUCD OUR: 0761600184JB | 4,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 /3448/TIME/14:20 /IMAD: 0703B1QGC04C003367 |
| 07JUL | 07JUL | USD OUR: 0033400114XF | 12,542.83 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 07JUL | 07JUL | USD YOUR: NONREF OUR: 2067700188J0 | 18,700.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACHABAEEX AS HANSAPANK ESTONIA BEN: AS SIIMET SSN: 0399553 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                016-001257
Statement Start Date:      01 JUL 2003
Statement End Date:        15 JUL 2003
Statement Code:            S00-USA-22
Statement No:              013

Page 11 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| _DEBITS CONTINUED_ | | | | | | | | |
| 07JUL | | 07JUL | USD | YOUR: NONREF OUR: 2067600188J0 | 41,117.12 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 07JUL | | 07JUL | USD | YOUR: SEE WIRE OUR: 0777600188JB | 97,334.00 | FEDWIRE DEBIT VIA: BK AMER GLOBAL /111000012 A/C: MARSH USA INC. X REF: MARSH KNOXVILLE - LOCKBOX 2819 15 PAYMENT OF VARIOUS SURETY BOND P REM | | |
| 07JUL | | 07JUL | USD | YOUR: NONREF OUR: 2067800188J0 | 100,243.80 | /MAD: 0707B1Q6C03C004435 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACDEUTNL2A DEUTSCHE BANK AG AMSTERDAM BEN: A & MINERALS LTD. SSN: 0399552 | | |
| 07JUL | | 07JUL | USD | YOUR: FPRS DEPOSITORY OUR: 0777700188JB | 167,583.56 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. REF: REFER TO WIRE WR GRACE WEEK EN DING 7/1/03 HOURLY PLAN SSN: 0398455 | | |
| 07JUL | | 07JUL | USD | YOUR: NONREF OUR: 2067500188J0 | 2,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:17 /MAD: 0707B1QGC08C004914 | | |
| 08JUL | | 08JUL | USD | YOUR: FPRS DEPOSITORY OUR: 0701100189JB | 1,133.97 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 12 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 08JUL | | | | USD OUR: 002985011 4XF | 54,128.15 | X REF: REFER TO WIRE WEEK ENDING 7/1/ 03 HOURLY SSN. 0217615 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238 1963 | | |
| 08JUL | | | | USD YOUR: NONREF OUR: 148200018 9JO | 55,392.77 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 08JUL | | | | USD YOUR: NONREF OUR: 070560018 9JO | 926,043.16 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL/TIME/11:45 IMAD: 0708B1QGC08C0 02264 | | |
| 08JUL | | | | USD YOUR: NONREF OUR: 148220018 9JO | 2,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:12 IMAD: 0708B1QGC05C0 03431 | | |
| 08JUL | | | | USD YOUR: NONREF OUR: 148210018 9JO | 2,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:11 IMAD: 0708B1QGC03C0 03367 | | |
| 09JUL | | | | USD OUR: 003143011 4XF | 3,213.98 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238 1963 | | |
| 09JUL | | | | USD YOUR: ACH OF 03/07/09 OUR: 003090019 0HP | 7,874.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 09JUL | | | | USD YOUR: NONREF OUR: 164520019 0JO | 29,723.54 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 09JUL | | | | USD YOUR: 001802866001 6A OUR: 047610019 0JB | 43,750.00 | CHIPS DEBIT VIA: CITIBANK | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 13 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | |
|---|---|---|---|---|

**09JUL** — USD YOUR: 0018028660016A  OUR: 0476000190JB — 187,750.00

/0008
A/C: THE BANK OF BERMUDA LTD.
SWIFT CODE BBDABMIM
BEN: MARSH + MCLENNAN GLOBAL BROKIN
X
REF: LIBERTY POLICY 073617-040-PD 1
8750MAGNA CARTA/MCPD201331/25,000
SSN: 0208153
CHIPS DEBIT
VIA: CITIBANK

**09JUL** — USD YOUR: SEE WIRE  OUR: 0854700190JB — 880,719.78

/0008
A/C: THE BANK OF BERMUDA LTD.
SWIFT CODE BBDABMIM
BEN: MARSH + MCLENNAN GLOBAL BROKIN
X
REF: POLICY/AMT 537237Z/120K HANSEA
1ICHIPD200277/67,750
SSN: 0208156
BOOK TRANSFER DEBIT
A/C: E I DUPONT DE NEMOURS & CO CON
WILMINGTON DE 19898
REF: ROYALTY PYMNT DUE FOR THE PERI
OD 01/01/03 - 06/30/03

**09JUL** — USD YOUR: 0018028660016A  OUR: 0475900190JB — 1,482,500.00

/0008
A/C: THE BANK OF BERMUDA LTD.
SWIFT CODE BBDABMIM
BEN: MARSH + MCLENNAN GLOBAL BROKIN
X
REF: INV/AMT 022477/382500,022478/7
75K2022479/325K
SSN: 0208148

**09JUL** — USD YOUR: NONREF  OUR: 0742800190JO — 2,560,519.06

FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
REF: SALARIED PAYROLL/TIME/11.35
IMAD: 0709B1QGC02C002016

**09JUL** — USD YOUR: NONREF  OUR: 1645000190JO — 4,000,000.00

FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R GRACE PAYMENT FOR CONTROLL

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013
Page 14 of 17

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 09JUL | | 09JUL | USD | YOUR: NONREF OUR: 1645100190J0 | 14,000,000.00 | ED DISBURSEMENT ACCOUNTS/TIME/15:07 /AMAD:0709B1QGC06C003515 FEDWIRE DEBIT VIA: STATE ST BOS /021000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332375 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:33 | | |
| 10JUL | | | USD | OUR: 0031350114XF | 462.00 | /MAD:0709B1QGC01C003823 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 10JUL | | | USD | YOUR: SEE WIRE OUR: 0788100191JB | 4,036.27 | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /063000021 A/C: RODRIGO AYERBE 904-824-7521 REF: FROM WR GRACE - PAYMENT FOR 3R D QUARTER 2003 /AMAD:0710B1QGC01C004126 | | |
| 10JUL | | | USD | YOUR: NONREF OUR: 1836500191J0 | 32,756.76 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 10JUL | | | USD | YOUR: NONREF OUR: 1836600191J0 | 9,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:10 /AMAD:0710B1QGC07C004104 | | |
| 11JUL | | | USD | YOUR: ACH OF 03/07/11 OUR: 002940019ZHP | 1,712.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 11JUL | | | USD | YOUR: NONREF OUR: 1682300192J0 | 35,474.09 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 11JUL | | | USD | OUR: 0030930114XF | 86,664.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 11JUL | | | USD | YOUR: HOWT-CHASE OUR: 0814800192JB | 108,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO | | |

TS

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013

Page 15 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 11JUL | 11JUL | USD YOUR: NONREF OUR: 1682200192J0 | 1,100,000.00 | COLUMBIA MD 21044-4098 REF: HDWT FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /05300219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/14:53 IMAD: 0711B1QGC06C003536 |
| 11JUL | 11JUL | USD YOUR: NONREF OUR: 1682100192J0 | 1,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/14:53 IMAD: 0711B1QGC08C003910 |
| 14JUL | | USD OUR: 0031850114XF | 1,361.38 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 |
| 14JUL | | USD YOUR: NONREF OUR: 1682400192J0 | 2,394.98 | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED REF: /BNF/ADDRESS: CALLE 128 NO 59- 48, INTERIOR 2, BOGOTA, COLOMBIA TE L (571) 613 1531/OK TO PAY PER LEG IMAD: 0714B1QGC05C005088 |
| 14JUL | | USD YOUR: NONREF OUR: 2163500195J0 | 12,919.83 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN. FPRS WEEK ENDING 0707 AN D 0708 HOURLY AND SALARIED SSN: 0250321 |
| 14JUL | | USD YOUR: NONREF OUR: 2163000195J0 | 93,793.06 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |
| 14JUL | | USD YOUR: NONREF OUR: 2163200195J0 | 414,172.72 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:  01 JUL 2003
Statement End Date:   15 JUL 2003
Statement Code:       S00-USA-22
Statement No:         013

Page 16 of 17

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 14JUL | USD | YOUR: NONREF<br>OUR: 2163100195J0 | 1,043,912.63 | /0253<br>A/C: THE BANK OF NOVA SCOTIA<br>MISSISSAUGA, CANADA<br>BEN: MONEY MOBILIZATION DIV. - CAMB<br>ATTN: TONY SKIFFINGTON<br>SSN: 0270304<br>FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>REF: FPRS DEPOSITORY<br>ACF: FFC TO PLAN 8994 W.R. GRACE &<br>CO ATTN: FPRS WEEK ENDING 7,7AND<br>7/8 HOURLY AND SALARIED<br>MAD: 0714B1QGC05C004192 | | |
| | | 14JUL | USD | YOUR: NONREF<br>OUR: 2162900195J0 | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/15:42<br>MAD: 0714B1QGC05C004190 | | |
| | | 14JUL | USD | YOUR: 0018225102003A<br>OUR: 0826700195JB | 3,355,048.41 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>SSN: 0254662 | | |
| | | 15JUL | USD | OUR: 0032910114XF | 6,367.17 | AUTOMAITC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238I963 | | |
| | | 15JUL | USD | YOUR: NONREF<br>OUR: 1718000196J0 | 46,823.24 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004 | | |
| | | 15JUL | USD | YOUR: SEE WIRE<br>OUR: 0947500196JB | 68,925.45 | BOOK TRANSFER DEBIT<br>A/C: NATEXIS BANQUES POPULAIRES BFC<br>CHARENTONLEPONT FRANCE 94220<br>BEN: /30021530030409411501476<br>RHODIA TERRES RARERS<br>REF: GRACE DAVISON ROYALTY PAYMENT | | |

TS

Account No: 016-001257
Statement Start Date: 01 JUL 2003
Statement End Date: 15 JUL 2003
Statement Code: S00-USA-22
Statement No: 013
Page 17 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | F/T | References | Value Date | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | | Value Date | Credit / Debit | Description |
|---|---|---|---|---|---|
| 15JUL | USD YOUR: NONREF OUR: 0860700196JO | | 15JUL | 846,706.50 | SECOND QUARTER 2003/BNF/NATEXIS BAN K BORDEAUX FRANCE SWIFT CODE BFCEFR PP 922 FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL/TIME/11:55 IMAD: 0715B1QGC06C002538 |
| 15JUL | USD YOUR: NONREF OUR: 1717800196JO | | 15JUL | 3,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:06 IMAD: 0715B1QGC08C004469 |
| 15JUL | USD YOUR: NONREF OUR: 1717900196JO | | 15JUL | 7,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:07 IMAD: 0715B1QGC05C004088 |

## CHECKS

*No Activity*

JPMorgan Chase Bank

**JPMorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | Account No: | 016-001257 |
| | Statement Start Date: | 16 JUL 2003 |
| | Statement End Date: | 31 JUL 2003 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 014 |

Page 1 of 19

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 39 | 137,633,094.98 |
| Total Debits (incl. checks) | 67 | 137,652,514.00 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (16 JUL 2003) | | Closing (31 JUL 2003) | |
|---|---|---|---|
| Ledger | 487,665.29 | Ledger | 468,246.27 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

**Need to reconcile your accounts as soon as possible?** Now you can download your DDA statements two business days after the statement cycle ends if you opt to receive JPMorgan's Internet Statements. You'll find it easy to perform functions such as printing your statements, searching for particular transactions or displaying images of the front and back of your cancelled checks. Best of all, you can export statement data as a text or formatted Microsoft Excel file. Please contact your JPMorgan Relationship Manager for more information.

### CREDITS

| Ledger Date | Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|---|
| 16JUL | 16JUL | USD YOUR: CAP OF 03/07/16<br>OUR: 1297000197J0 | 62,135.00 | BOOK TRANSFER CREDIT<br>B/O: E I DUPONT DE NEMOURS & CO CON<br>WILMINGTON DE 19898<br>REF: POST-RETIREMENT WELFARE BENEFI<br>TS TOW.R. GRACE & CO. - CONN. |
| 16JUL | 16JUL | USD YOUR: O/B WACHOVIA BK<br>OUR: 0067702197FF | 338,107.50 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00616001257 RFB=O/B WACHOVIA BK BBI<br>=/TIME/10:03 |
| 16JUL | 16JUL | USD YOUR: O/B BKAM IL CGO<br>OUR: 0121609197FF | 1,396,214.49 | JMAD: 0716F3GCAA1C000366<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0 |

### Closing Balances

| Date | LEDGER BALANCES |
|---|---|
| 16JUL | 595,129.68 |
| 16JUL | 657,087.90 |
| 17JUL | 525,083.96 |
| 18JUL | 467,578.35 |
| 21JUL | 464,444.47 |
| 23JUL | 261,094.72 |
| 23JUL | 501,653.34 |
| 24JUL | 514,804.22 |
| 25JUL | 546,582.07 |
| 28JUL | 516,137.53 |
| 29JUL | 470,791.37 |
| 30JUL | 468,246.27 |
| 31JUL | |

FT CODE:

USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:           016-001257
Statement Start Date:  16 JUL 2003
Statement End Date:    31 JUL 2003
Statement Code:       S00-USA-22
Statement No:         014
Page 2 of 19

| Post Date | Value Date | Ref No | Reference | Debit/Amount | Credit/Amount | Description | Bal | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

16JUL | USD YOUR: O/B WACHOVIA BK
OUR: 0108403197FF | | | 1,622,798.00 |
```
0001601257 RFB=O/B BKAM IL C60 OBI
=HBNT BBI=/TIME/11:26
IMAD: 0716G1QFGY2C000443
VEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC.NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0716ESQPAAIC001268
```

16JUL | USD YOUR: MAESTRO
OUR: 0367209197FF | | | 3,200,000.00 |
```
VEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
8-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0716A1Q002CC001612
```

17JUL | USD YOUR: O/B WACHOVIA BK
OUR: 0137201198FF | | | 893,636.00 |
```
VEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC.NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0717A1Q002CCPAAIC001233
```

17JUL | USD YOUR: MAESTRO
OUR: 0372303198FF | | | 1,100,000.00 |
```
VEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
8-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0717A1Q002CC001800
```

JPMorgan Chase Bank



TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:       016-001257
Statement Start Date:  16 JUL 2003
Statement End Date:    31 JUL 2003
Statement Code:   S00-USA-22
Statement No:     014
Page  3  of  19

| Posted Date | Value Date | F T | Reference | Credit/Debit | Description | Date | Ending Balance/Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 17JUL | 17JUL | | USD YOUR: O/B BKAM IL C60  OUR: 013110319BFF | 1,226,231.59 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO. CON -TREASURY  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0016001257 RFB=O/B BKAM IL C60 OBI  =MOWT BBI=/TIME/11:25  IMAD: 0717GI QFGY2C000465 | | |
| 17JUL | 17JUL | | USD YOUR: O/B WACHOVIA BK  OUR: 037460719BFF | 1,379,311.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK OF NC,NA  /053000219  B/O: W R GRACE & CO. - CONN.  COLUMBIA MD 2104-4098  REF CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0016001257 RFB=O/B WACHOVIA BK OBI  =FUNDS TRANSFER FROM DAVISON LOCKBO  IMAD: 0717E3QPAA1C003460 | | |
| 18JUL | 18JUL | | USD YOUR: O/B WACHOVIA BK  OUR: 014660219FF | 1,640,658.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK OF NC,NA  /053000219  B/O: W R GRACE & CO. - CONN.  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0016001257 RFB=O/B WACHOVIA BK OBI  =FUNDS TRANSFER FROM DAVISON LOCKBO  IMAD: 0718E3QPAA1C001702 | | |
| 18JUL | 18JUL | | USD YOUR: O/B BKAM IL C60  OUR: 014500119 9FF | 2,049,913.30 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO. CON -TREASURY  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0016001257 RFB=O/B BKAM IL C60 OBI  =MOWT BBI=/TIME/11:57  IMAD: 0718GI QFGY2C000452 | | |
| 21JUL | 21JUL | | USD YOUR: O/B BKAM IL C60  OUR: 010711420 2FF | 2,167,707.39 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO. CON -TREASURY | | |

JPMorgan Chase Bank

TS

Account No:         016-001257
Statement Start Date:  16 JUL 2003
Statement End Date:    31 JUL 2003
Statement Code:        S00-USA-22
Statement No:          014
Page 4 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Value Date | F | Reference | Credit/Debit | Description | Date | Running Balance Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 21JUL | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0115103202FF | 2,220,447.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:12<br>/MAD: 0721G1QFGY2C000299 | | |
| 22JUL | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0120703203FF | 1,941,780.19 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0721E3QPAA1C0010BD | | |
| 22JUL | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0122103203FF | 2,125,218.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:35<br>/MAD: 0722G1QFGY2C000364 | | |
| 22JUL | | | USD YOUR: MAESTRO<br>OUR: 0337113203FF | 3,900,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0722E3QPAA1C001460 | | |
| | | | | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31 | | |

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014

Page 5 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Value Date | Credit Amount | Reference / Description |
|---|---|---|---|
| 23JUL | 23JUL | 458,811.00 | USD YOUR: O/B WACHOVIA BK  OUR: 0122007204FF<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0722A1Q002CC001569<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 23JUL | 23JUL | 1,364,960.66 | USD YOUR: O/B BKAM IL CGO  OUR: 0121902204FF<br>IMAD: 0723E3QPAAIC001561<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=KOWT BBI=/TIME/11:31 |
| 23JUL | 23JUL | 2,200,000.00 | USD YOUR: MAESTRO  OUR: 0065913204FF<br>IMAD: 0723G1QFGY2C000390<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME |
| 23JUL | 23JUL | 2,589,256.20 | USD YOUR: 18103218  OUR: 0175103204FF<br>IMAD: 0723A1Q002GC000053<br>FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD CT 06115<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=18103218 OBI=DEATH<br>CLAIMS FOR MB038 AND MB039 BBI=/TIM |
| 24JUL | 24JUL | 1,263,316.00 | USD YOUR: O/B WACHOVIA BK  OUR: 0070907205FF<br>IMAD: 0723A1QF148C003800<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA |

JPMorgan Chase Bank



TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:           016-001257
Statement Start Date: 16 JUL 2003
Statement End Date:   31 JUL 2003
Statement Code:       S00-USA-22
Statement No:         014

Page  6 of 19

## CREDITS CONTINUED

| Ledger Date | Value Date | IF | Reference | Credits/Debits | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|
| 24JUL | 24JUL | | USD YOUR: MAESTRO OUR: 0340703205FF | 8,600,000.00 | /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600l257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO XMAD: 0724E3QPAAIC000585 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 | |
| 25JUL | 25JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0100107206FF | 1,475,050.44 | B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600l257 RFB=MAESTRO OBI=FUND-31 8-P-1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0724A1Q02CC001397 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 | |
| 25JUL | 25JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0094613206FF | 1,939,707.00 | B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600l257 RFB=O/B BKAM IL CGO OBI =HOMT BBI=/TIME/10:32 XMAD: 07259IQF6Y2C000288 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 | |
| 25JUL | 25JUL | | USD YOUR: 600820312551001 OUR: 0861300206FC | 12,450,788.08 | B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600l257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 072SE3QPAAIC001124 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-00001600l257 0 | |

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014

Page 7 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Value Date | Funds Avail | Credits / Debits | Description | Closing Balance |
|---|---|---|---|---|

## CREDITS CONTINUED

| 28JUL | USD YOUR: O/B WACHOVIA BK OUR: 0152009209FF | 2,351,247.00 | RG=GRACE COLLECTION INC. OGB=BANK O F AMERICA NT AND SA LONDON ENGLAND E1 8DE /SSN: 0055002 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0728E3QPAAIC001789 | |
| 28JUL | USD YOUR: O/B BKAM IL C60 OUR: 0144103209FF | 2,740,881.95 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/12:02 IMAD: 0728GIQFGY2C000458 | |
| 28JUL | USD YOUR: O/B WACHOVIA BK OUR: 0064607209FF | 4,988,443.83 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK BBI =/TIME/09:54 /MAD: 0728F3QCAA1C000410 | |
| 28JUL | USD YOUR: MAESTRO OUR: 0051613209FF | 10,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO. - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0728AIQ002CC000034 | |

JPMorgan Chase Bank

JPMorganChase

TS

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014

Page 8 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

**29JUL**    USD   YOUR: O/B WACHOVIA BK    1,871,834.00
OUR: 0140013210FF

EDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0729E3QFAAIC001738

**29JUL**    USD   YOUR: O/B WACHOVIA BK    1,936,090.00
OUR: 0086407210FF

EDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0729E3QPAAIC001159

**29JUL**    USD   YOUR: O/B BKAM IL CGO    2,802,032.18
OUR: 0089214210FF

EDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HDWT BBI=/TIME/10:52
IMAD: 0729610FGY2C000313

**30JUL**    USD   YOUR: 18233346    492,548.29
OUR: 0213914211FF

EDWIRE CREDIT
VIA: FLEET NATIONAL BANK
/011500010
B/O: HARTFORD LIFE COLI
HARTFORD CT 06115
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=18233346 OBI=DEATH
CLAIMS FOR MB038 AND MB039 BBI=/TIM
IMAD: 0730A1QF148C003860

**30JUL**    USD   YOUR: O/B WACHOVIA BK    879,367.00
OUR: 0269202211FF

EDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014
Page 9 of 19

| Posting Date | Value Date | Reference | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**30JUL** — USD YOUR: O/B BKAM IL CGO  OUR: 0264114211FF — **1,742,024.71**

```
COLUMBIA MD 21044-4098
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600 1257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0730E3QPAAIC003855
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA, MD 21044-4098
```

**31JUL** — USD YOUR: O/B WACHOVIA BK  OUR: 0305022212FF — **550,078.00**

```
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600 1257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
HQMT BBI=/TIME/14.06
IMAD: 0730GIQFGY2C001572
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
```

**31JUL** — USD YOUR: O/B BKAM IL CGO  OUR: 0319209212FF — **1,734,303.89**

```
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600 1257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0731E3QPAAIC004620
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA, MD 21044-4098
```

**31JUL** — USD YOUR: TEBC OF 03/07/31  OUR: 0916200212JB — **22,938,197.31**

```
REF. CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600 1257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
HQMT BBI=/TIME/14.24
IMAD: 0731GIQFGY2C001855
BOOK TRANSFER CREDIT
B/O: GRACE INTERNATIONAL HOLDINGS,I
CAMBRIDGE MA 02140-
REF: FUNDS RCV'D FROM GRACE GERMANY
```

**31JUL** — USD YOUR: TEBC OF 03/07/31  OUR: 0916100212JB — **23,000,000.00**

```
BOOK TRANSFER CREDIT
B/O: GRACE INTERNATIONAL HOLDINGS,I
CAMBRIDGE MA 02140-
REF: FUNDS RCV'D FROM GRACE GERMANY
```

JPMorgan Chase Bank

TS

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:            016-001257
Statement Start Date:   16 JUL 2003
Statement End Date:     31 JUL 2003
Statement Code:         S00-USA-22
Statement No:           014

Page 10 of 19

## DEBITS

| Value Date | Currency | Your/Our Reference | Debit | Description |
|---|---|---|---|---|
| 16JUL | USD | YOUR: NONREF<br>OUR: 2151500197J0 | 922.38 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS WEEK ENDING 071403<br>HOURLY<br>SSN: 0237904 |
| 16JUL | USD | OUR: 003259011AXF | 1,215.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 |
| 16JUL | USD | YOUR: NONREF<br>OUR: 2151400197J0 | 41,763.92 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>ORK NY 10004 |
| 16JUL | USD | YOUR: NONREF<br>OUR: 2151600197J0 | 167,888.54 | REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS WEEK ENDING 071403<br>HOURLY<br>SSN: 0237863 |
| 16JUL | USD | YOUR: NONREF<br>OUR: 2151300197J0 | 6,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:39<br>IMAD: 0716B1QGC04C004276 |
| 17JUL | USD | OUR: 003113011AXF | 295.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 |
| 17JUL | USD | YOUR: NONREF<br>OUR: 1887100198J0 | 36,925.37 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>ORK NY 10004<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y |
| 17JUL | USD | YOUR: NONREF<br>OUR: 1887000198J0 | 4,500,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:45 |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014
Page 11 of 19

## DEBITS CONTINUED

| Post Date | Value Date | Curr | Reference | Debit/Detail | Description |
|---|---|---|---|---|---|
| 18JUL | | USD | YOUR: NONREF  OUR: 2056300199JO | 42,532.24 | /MAD: 0717B1QGC03C003971  BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: /BNF/JPMORGAN CHASE BANK NEW Y  ORK NY 10004 |
| 18JUL | | USD | YOUR: ACH OF 03/07/18  OUR: 0009300199HP | 80,043.00 | BOOK TRANSFER DEBIT  A/C: CB/EFTS PRE-FUNDING CLEARING A  TAMPA FL 33634- |
| 18JUL | | USD | YOUR: NONREF  OUR: 2056400199JO | 1,400,000.00 | FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. - CONN  REF: W.R. GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS/TIME/15:42  /MAD: 0718B1QGC07C004240 |
| 18JUL | | USD | YOUR: NONREF  OUR: 2056500199JO | 2,300,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS  /011000028  A/C: MERRILL LYNCH PREMIER INSTITUT  REF: FFC TO ACCOUNT 332J735 NO WR G  RACE & CO - CONN ATTN:MERRILL GROU  P/(TRANSFER FUNDS)/TIME/15:42  /MAD: 0718B1QGC04C003957 |
| 21JUL | | USD | OUR: 0032830114XF | 1,171.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00032388196J |
| 21JUL | | USD | YOUR: NONREF  OUR: 2107300202JO | 24,081.40 | FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W R GRACE & CO.  REF: FFC TO ACCOUNT 5040003339 W.R  GRACE/TIME/15:31  /MAD: 0721B1QGC01C004154 |
| 21JUL | | USD | YOUR: NONREF  OUR: 2107200202JO | 51,847.35 | BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: /BNF/JPMORGAN CHASE BANK NEW Y  ORK NY 10004 |
| 21JUL | | USD | YOUR: ACH OF 03/07/21  OUR: 0007200202HP | 68,560.00 | BOOK TRANSFER DEBIT  A/C: CB/EFTS PRE-FUNDING CLEARING A  TAMPA FL 33634- |
| 21JUL | | USD | YOUR: NONREF  OUR: 2115500202JO | 1,600,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS |

JPMorgan Chase Bank



TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | Account No: | 016-001257 |
| | Statement Start Date: | 16 JUL 2003 |
| | Statement End Date: | 31 JUL 2003 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 014 |

Page 12 of 19

| Ledger Date | A/L Ledger Date | Reference | Value Date | Credit / Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

21JUL    USD YOUR: NONREF    OUR: 210740020200        2,700,000.00
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
REF: FFC TO ACCOUNT 3323735 NO WR G
RACE & CO. - CONN ATTN:MERRILL GROU
P /TRANSFER FUNDS)/TIME/15:31
IMAD: 0721B1QGC05C004056
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219

22JUL    USD OUR: 003051011tXF        682.48
A/C: W.R. GRACE & CO. - CONN
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS/TIME/15:31
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00323881963

22JUL    USD YOUR: NONREF    OUR: 170660020300        16,907.05
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: SPECTERA, INC.
REF: JULY FEES/TIME/15:43
IMAD: 0722B1QGC05C003596

22JUL    USD YOUR: NONREF    OUR: 170680020300        36,369.34
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: /BNF/JPMORGAN CHASE BANK NEW Y
ORK NY 10004

22JUL    USD YOUR: NONREF    OUR: 170650020300        134,112.29
FEDWIRE DEBIT
VIA: BANK ONE NA CHGO
/071000013
A/C: UNITED HEALTHCARE INSURANCE CO
REF: JULY FEES/TIME/15:42
IMAD: 0722B1QGC04C003630

22JUL    USD YOUR: NONREF    OUR: 170640020300        333,409.40
BOOK TRANSFER DEBIT
A/C: 00224306800
METROPOLITAN LIFE INSURANCE COMPANY
REF: ATTN: W.R. GRACE & CO. NO. 913
701 JEFF KALLAY 708-820-7742 GRP-GUL

22JUL    USD YOUR: NONREF    OUR: 078700020300        848,651.51
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
REF: HOURLY PAYROLL/TIME/12:17
IMAD: 0722B1QGC07C002119

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014
Page 13 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Date | Value Date | Description | Credit/Debit | Reference |
|------|------------|-------------|--------------|-----------|
| 22JUL | | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:03<br>IMAD: 0722B1Q6C03C003742 | 6,600,000.00 | USD YOUR: NONREF<br>OUR: 1706700203J0 |
| 23JUL | | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00523881963 | 300.00 | USD OUR: 003081011 4XF |
| 23JUL | | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004 | 53,815.67 | USD YOUR: NONREF<br>OUR: 1903540204J0 |
| 23JUL | | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: ACDEUTNL2A<br>DEUTSCHE BANK AG AMSTERDAM<br>BEN: A & MINERALS LTD.<br>REF: GRACE DAVISON PMNT OF INV 2158<br>;2160<br>SSN: 0232879 | 200,878.02 | USD YOUR: NONREF<br>OUR: 1903500204J0 |
| 23JUL | | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/15:47<br>IMAD: 0723B1Q6C02C003988 | 1,500,000.00 | USD YOUR: NONREF<br>OUR: 1903300204J0 |
| 23JUL | | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P/(TRANSFER FUNDS)/TIME/15:47<br>IMAD: 0723B1Q6C05C003950 | 2,500,000.00 | USD YOUR: NONREF<br>OUR: 1903600204J0 |
| 23JUL | | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>REF: SALARIED PAYROLL/TIME/11:35<br>IMAD: 0723B1Q6C07C002012 | 2,561,383.92 | USD YOUR: NONREF<br>OUR: 0723000204J0 |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014

Page 14 of 19

| Ledger Date | All Ledger Date | Value Date | F | T | Reference | Debit/Credit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 24JUL | | | | | USD OUR: 003151011 4XF | 316.83 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | | |
| 24JUL | | | | | USD YOUR: ACH OF 03/07/24 OUR: 002050020 5HP | 2,500.00 | BOOK TRANSFER DEBIT B/C CB/FFTS PRE-FUNDING CLEARING A TAMPA FL/33634- | | | |
| 24JUL | | | | | USD YOUR: NONREF OUR: 2025200205J0 | 19,940.55 | BOOK TRANSFER DEBIT A/C W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 2104- REF:/BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | | |
| 24JUL | | | | | USD YOUR: NONREF OUR: 0537400205J0 | 800,000.00 | FEDWIRE DEBIT VIA: BKAM IL CGO /071000039 A/C: W R GRACE & CO. - CONN IMAD: 0724B1Q0GC04C001660 | | | |
| 24JUL | | | | | USD YOUR: NONREF OUR: 2025100205J0 | 8,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:28 IMAD: 0724B1Q0GC05C004067 | | | |
| 25JUL | | | | | USD YOUR: NONREF OUR: 2215900206J0 | 10,667.55 | FEDWIRE DEBIT VIA: CENTIER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH IMAD: 0725B1Q0GC05C004946 | | | |
| 25JUL | | | | | USD YOUR: NONREF OUR: 2216300206J0 | 12,567.26 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 072103 AND 072203 SALARIED AND HOURLY PLAN S | | | |
| 25JUL | | | | | USD OUR: 003291011 4XF | 25,018.98 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 SSN: 0251335 | | | |
| 25JUL | | | | | USD YOUR: NONREF OUR: 2215800206J0 | 26,878.40 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF:/BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | | |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014
Page 15 of 19

| Ledger Date | Value Date | F T | Debits Amount | Credits Amount | Reference | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 25JUL | 25JUL | USD | | 174,652.30 | YOUR: NONREF OUR: 2216100206J0 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA, CANADA BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: ATTN: PIERRE LEBOURDAIS GPC SSN: 0251323 | |
| 25JUL | 25JUL | USD | | 1,016,988.80 | YOUR: NONREF OUR: 2216000206J0 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 07203 AND 072203 HOURLY AND SALARIED PLAN S IMAD: 0725B1QGC07C004698 | |
| 25JUL | 25JUL | USD | | 1,800,000.00 | YOUR: NONREF OUR: 2215700206J0 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:10 IMAD: 0725B1QGC01C004845 | |
| 25JUL | 25JUL | USD | | 2,985,621.35 | YOUR: NONREF OUR: 2216200206J0 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION MENT ATTN: GRACE DAVLEYFIELD SETTLE MENT ATTN: PIERRE LEBOURDAIS IMAD: 0725B1QGC01C004847 | |
| 25JUL | 25JUL | USD | | 9,800,000.00 | YOUR: NONREF OUR: 2215600206J0 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3332373S NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:10 IMAD: 0725B1QGC06C004937 | |

JPMorgan Chase Bank

 JPMorgan Chase Bank (logo)

TS

Account No:                016-001257
Statement Start Date:      16 JUL 2003
Statement End Date:        31 JUL 2003
Statement Code:            S00-USA-22
Statement No:              014
Page 16 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | Reference | References | Paid/Debit | Description |
|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 28JUL | | | | 93,880.23 | BOOK TRANSFER DEBIT<br>A/C: W GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK/ NY1004 |
| 28JUL | | USD YOUR: NONREF | OUR: 2140200209J0 | | |
| 28JUL | | USD YOUR: NONREF | OUR: 2140000209J0 | 102,000.00 | BOOK TRANSFER DEBIT<br>A/C: W GRACE & CO<br>COLUMBIA MD 21044-4098 |
| 28JUL | | USD OUR: 003827011 4XF | | 106,849.65 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00023581963 |
| 28JUL | | USD YOUR: NONREF | OUR: 2140030209J0 | 368,037.33 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R. GRACE & CO, RETIREMENT PLA<br>REF: ATTN: MR. BRUCE HENIKEN SUPPLE<br>MENTAL PENSION PYMT FOR 0803/TIME/1<br>5:17<br>IMAD: 0728B1QGC03C004134 |
| 28JUL | | USD YOUR: NONREF | OUR: 2140100209J0 | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W R GRACE PAYMENT FOR CONTROLL<br>ED-DISBURSEMENT ACCOUNTS/TIME/15:16<br>IMAD: 0728B1QGC05C004208 |
| 28JUL | | USD YOUR: NONREF | OUR: 2139990209J0 | 7,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/15:17<br>IMAD: 0728B1QGC03C004137 |
| 28JUL | | USD YOUR: NONREF | OUR: 2140400209J0 | 10,078,017.70 | FEDWIRE DEBIT<br>VIA: F121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: 78,017.70 FOR INTEREST 10,000,<br>000 FOR PRINCIPAL PAYDOWN/TIME/15:2<br>1<br>IMAD: 0728B1QGC03C004171 |
| 29JUL | | USD YOUR: NONREF | OUR: 2559700210J0 | 744.05 | CHIPS DEBIT<br>VIA: COMMERZBANK AKTIENGESELLSCHAFT |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2003
Statement End Date: 31 JUL 2003
Statement Code: S00-USA-22
Statement No: 014

Page 17 of 19

## DEBITS CONTINUED

| Ledger Date | Value Date | Reference | Debit/Credit | Description |
|---|---|---|---|---|
| 29JUL | | USD OUR: 003093011 4XF | 22,553.06 | /1804,<br>A/C: ACCOBADEHH<br>HAMBURG 11 WEST GERMANY 20454<br>BEN: SASOL GERMANY GMBH<br>REF: ATTN: KAREN JURGENS GRACE DAVI<br>SON PYMNT OF PROFORMA INVOICE 30288<br>50 |
| 29JUL | | USD YOUR: NONREF<br>OUR: 0868700210J0 | 41,098.03 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238196 3<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004<br>SSN: 0243225 |
| 29JUL | | USD YOUR: NONREF<br>OUR: 2559400210J0 | 48,606.38 | BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TTEE & BAN<br>LIMA 12 PERU<br>BEN: /193069073512 9<br>PETROPOLIS S.A.<br>REF: ATTN: M. PORCARI JULY FEES AND<br>SERVICES |
| 29JUL | | USD YOUR: NONREF<br>OUR: 0868600210J0 | 827,399.20 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL/TIME/11:50 |
| 29JUL | | USD YOUR: NONREF<br>OUR: 2559400210J0 | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 323735 NO WR G<br>RACE & CO - CONN ATTN:MERRILL GROU<br>P/MATRANSFER FUNDS/TIME/16:55<br>IMAD: 0729B1QGC04C004743 |
| 29JUL | | USD YOUR: NONREF<br>OUR: 2559500210J0 | 3,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:55<br>IMAD: 0729B1QGC07C004879 |