# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 27, 2003 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF AUGUST 1, 2003 THROUGH
AUGUST 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#951862 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | August | Total Comp |
|------|----------|-------------|--------|------------|
| Neitzel, Charlotte | Partner | $ 300.00 | 1.2 | $ 360.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 8.9 | $ 979.00 |
| | | | | |
| **Total** | | | **10.10** | **1,339.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $       24.00 |
| Facsimiles | $       43.00 |
| Long Distance Telephone | $        0.30 |
| Outside Courier | $          - |
| Lexis | $          - |
| Travel Expense | $          - |
| Meal Expenses | $          - |
| Federal Express | $       14.46 |
| Research Service | $        0.42 |
| Velo Binding | $          - |
| Other Expense | $      196.80 |
| Color Copies | $          - |
| **Total** | **$      278.98** |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 644977 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 08/01/03 | CLN | Telephone conference with J. Flynn re B-reader key codes (.20); conference with NKAberle re locating information (.10). | 0.30 | $ | 90.00 |
| 08/01/03 | NKA | Research database re number codes for B-reader used in ATSDR Screening Study per CLNeitzel. | 0.60 | | 66.00 |
| 08/04/03 | CLN | Telephone conference with J. Flynn re CT study and screening study. | 0.30 | | 90.00 |
| 08/04/03 | NKA | Research database re CT Study B-readers per CLNeitzel. | 2.80 | | 308.00 |
| 08/05/03 | CLN | Telephone conference with J. Flynn re CT study and screening study questions. | 0.30 | | 90.00 |
| 08/05/03 | NKA | Research database re B-readers in CT Study (3.20);  research re payment of B-readers per interpretation for Libby Screening Study (2.30). | 5.50 | | 605.00 |
| 08/21/03 | TME | Prep, scan, QC, export and import pleadings and reports (libby176) (N/C). | 0.00 | | 0.00 |
| 08/27/03 | CLN | Telephone conference with J. Flynn re CT study. | 0.30 | | 90.00 |

| | | **Total Fees Through August 31, 2003:** | **10.10** | **$** | **1,339.00** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 300.00 | 1.20 | $ | 360.00 |
| NKA | Natalie Tognetti | Paralegal | 110.00 | 8.90 | | 979.00 |
| TME | Theresa M Enriquez | Other | 0.00 | 0.00 | | 0.00 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 644977 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | **Total Fees:** | | **10.10** | $  **1,339.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/23/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 06/30/03JJ0001; DATE: 7/9/2003  -  Pacer Web Pages 04/01/03 to 06/30/03 | $    0.42 |
| 07/31/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: H264321; DATE: 7/31/2003  -  Storage - WRGrace items - July 2003 | 196.80 |
| 08/01/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-818-51805; DATE: 8/1/2003  -  Courier, Acct. 0802-0410-8. 07-28; Dr Jay Flynn West Long Branch, NJ | 14.46 |
| 08/08/03 | 2 | Photocopy | 0.30 |
| 08/12/03 | 90 | Photocopy | 13.50 |
| 08/18/03 | 43 | Facsimile | 43.00 |
| 08/19/03 | | Long Distance Telephone: 6175423025, 3 Mins., TranTime:10:39 | 0.30 |
| 08/20/03 | 67 | Photocopy | 10.05 |
| 08/22/03 | 1 | Photocopy | 0.15 |
| | | **Total Disbursements:** | $    278.98 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 24.00 |
| Facsimile | | 43.00 |
| Long Distance Telephone | | 0.30 |
| Federal Express | | 14.46 |
| Research Service | | 0.42 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **278.98** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 1,095.20* |
| | | | |
| 613444 | 11/21/02 | Bill | 5,562.89 |
| | 09/05/03 | Cash Receipt | -854.50 |
| | | *Outstanding Balance on Invoice 613444:* | *$ 0.00* |
| | | | |
| 618227 | 12/24/02 | Bill | 3,574.66 |
| | 09/05/03 | Cash Receipt | -709.80 |
| | | *Outstanding Balance on Invoice 618227:* | *$ 0.00* |
| | | | |
| 620923 | 01/24/03 | Bill | 309,771.81 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $            - |
| Photocopies | $        29.70 |
| Facsimiles | $            - |
| Long Distance Telephone | $            - |
| Outside Courier | $         6.50 |
| Travel Expense | $            - |
| Federal Express | $        35.75 |
| Other Meal Expenses | $            - |
| Lexis | $            - |
| Westlaw | $            - |
| Outside Reproduction | $            - |
| Other Expenses | $            - |
| Tab Stock | $            - |
| Color Copies | $            - |
| **Total** | **$        71.95** |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 644977 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/18/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-773-71476; DATE: 7/18/2003  -  Courier, Acct. 0802-0410-8. 07-14; Robert Emmett Columbia, Md | $ | 35.75 |
| 07/30/03 | 1 | Outside Courier | | 6.50 |
| 08/13/03 | 6 | Photocopy | | 0.90 |
| 08/19/03 | 192 | Photocopy | | 28.80 |
| | | **Total Disbursements:** | $ | **71.95** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 29.70 |
| Outside Courier | | 6.50 |
| Federal Express | | 35.75 |
| **Total Disbursements:** | $ | **71.95** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total  Comp |
|------|----------|-------------|--------|-------------|
| Flaagan, Elizabeth K. | Partner | $    275.00 | 1.8 | $    495.00 |
| Haag, Susan | Paralegal | $    105.00 | 13.1 | $    1,375.50 |
| | | | | |
| **Total** | | | **14.90** | **$    1,870.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 54.15 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Postage | $ - |
| Research Services | $ 6.65 |
| Professional Services | $ 198.82 |
| **Total** | **$ 259.62** |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 08/01/03 | SH | Calculate and draft June monthly fee application (1.40); begin calculating ninth interim fee application (2.50). | 3.90 | $ | 409.50 |
| 08/04/03 | SH | Finalize ninth interim fee application charts (2.30); draft ninth interim fee application, summary and order (1.90). | 4.20 | | 441.00 |
| 08/07/03 | EKF | Review and revise eighth interim fee application. | 0.30 | | 82.50 |
| 08/07/03 | SH | Calculate eighth category spreadsheet for the fee auditor (1.10); compile June fee application (.30); compile ninth interim fee application (.60). | 2.00 | | 210.00 |
| 08/14/03 | EKF | Review and revise July invoices (.50). | 0.50 | | 137.50 |
| 08/25/03 | SH | Begin calculating and drafting July fee application. | 1.10 | | 115.50 |
| 08/26/03 | EKF | Review fee application for July 2003 (.30). | 0.30 | | 82.50 |
| 08/26/03 | SH | Finalize July fee application. | 1.20 | | 126.00 |
| 08/28/03 | EKF | Review fee auditor's initial report on ninth interim period (.20). | 0.20 | | 55.00 |
| 08/29/03 | EKF | Draft response to fee auditor's ninth interim report (.50). | 0.50 | | 137.50 |
| 08/29/03 | SH | Revise July fee application (.20); compile for filing (.50). | 0.70 | | 73.50 |

**Total Fees Through August 31, 2003:**     **14.90**   $   **1,870.50**

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 1.80 | $ | 495.00 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| SH | Susan Haag | Paralegal | 105.00 | 13.10 | 1,375.50 |
| | | **Total Fees:** | | **14.90** | **$ 1,870.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/21/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 06/30/03JJ0001; DATE: 7/9/2003  -  Pacer Web Pages 04/01/03 to 06/30/03 | $ | 1.61 |
| 04/29/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 06/30/03JJ0001; DATE: 7/9/2003  -  Pacer Web Pages 04/01/03 to 06/30/03 | | 2.73 |
| 05/27/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 06/30/03JJ0001; DATE: 7/9/2003  -  Pacer Web Pages 04/01/03 to 06/30/03 | | 1.89 |
| 06/16/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 06/30/03JJ0001; DATE: 7/9/2003  -  Pacer Web Pages 04/01/03 to 06/30/03 | | 0.42 |
| 07/31/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 254344; DATE: 8/14/2003  -  Professional Services through July 31, 2003 | | 198.82 |
| 08/01/03 | 78 | Photocopy | | 11.70 |
| 08/07/03 | 214 | Photocopy | | 32.10 |
| 08/29/03 | 60 | Photocopy | | 9.00 |
| 08/29/03 | 9 | Photocopy | | 1.35 |
| | | **Total Disbursements:** | $ | **259.62** |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Disbursement Summary

| | | |
|---|---|---:|
| Consulting Fee | $ | 198.82 |
| Photocopy | | 54.15 |
| Research Service | | 6.65 |
| **Total Disbursements:** | **$** | **259.62** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 12/16/02 | Cash Receipt | | -5,498.82 |
| | 12/23/02 | Cash Receipt | | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | | 132.27 |
| | | *Outstanding Balance on Invoice 612649:* | $ | *1,333.50* |
| 613444 | 11/21/02 | Bill | | 9,057.27 |
| | 09/05/03 | Cash Receipt | | -1,770.80 |
| | | *Outstanding Balance on Invoice 613444:* | $ | *0.00* |
| 618227 | 12/24/02 | Bill | | 5,556.77 |
| | 09/05/03 | Cash Receipt | | -981.50 |
| | | *Outstanding Balance on Invoice 618227:* | $ | *0.00* |
| 621058 | 01/31/03 | Bill | | 3,749.68 |
| | 04/11/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | | 3,425.88 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | | August | Total Comp | |
|------|----------|------------|---|--------|-----------|---|
| Tuchman, Robert | Partner | $ | 375.00 | 15.9 | $ | 5,962.50 |
| Lund, Kenneth | Partner | $ | 350.00 | 5.7 | $ | 1,995.00 |
| Brown, Linnea | Partner | $ | 320.00 | 2.1 | $ | 672.00 |
| McCarthy, Jay | Partner | $ | 300.00 | 1.7 | $ | 510.00 |
| Harris, Colin | Partner | $ | 250.00 | 0.5 | $ | 125.00 |
| Coggon, Katheryn | Special Counsel | $ | 275.00 | 11.5 | $ | 3,162.50 |
| Stevenson, Edward | Senior Counsel | $ | 280.00 | 3.9 | $ | 1,092.00 |
| Barry, Georffrey | Associate | $ | 220.00 | 55.7 | $ | 12,254.00 |
| Mulholland, Imelda | Law Clerk | $ | 110.00 | 16.1 | $ | 1,771.00 |
| | | | | | | |
| **Total** | | | | **113.10** | $ | **27,544.00** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 12.60 |
| Facsimile | $ 10.00 |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ 629.85 |
| Westlaw | $ 242.46 |
| Meal Expenses | $ - |
| Legal Assostant Overtime | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 894.91** |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/04/03 | KJC | Review memo re issues for appeal (0.20). | 0.20 | $ 55.00 |
| 08/05/03 | RT | Read and analyze 8/4/2003 memo from GMBarry re issues on appeal and Court's 12/19/02 order granting summary judgment. | 7.20 | 2,700.00 |
| 08/06/03 | RT | Review and analyze Court's 12/19/02 order and GMBarry's 8/4/03 memo re issues on appeal (.2); conferences with KJCoggon and GMBarry re 8/4/03 memo re issues on appeal (2.5). | 2.70 | 1,012.50 |
| 08/06/03 | KJC | Conference with RTuchman including telephone conference with GMBarry re appeal memo (2.5); review appeal memo and comment on same (1.8). | 4.30 | 1,182.50 |
| 08/06/03 | GMB | Telephone conference with RTuchman and KJCoggon re memo on issues for appeal (1.40); Lexis research/review of cases re CERCLA and agency abuse of discretion (2.20). | 3.60 | 792.00 |
| 08/07/03 | GMB | Additional research re agency abuse of discretion (4.30). | 4.30 | 946.00 |
| 08/12/03 | RT | Review outline of appellate deadlines. | 0.20 | 75.00 |
| 08/13/03 | GMB | Additional Lexis research re secondary sources and administrative law treatises (3.10); review of results (5.20). | 8.30 | 1,826.00 |
| 08/14/03 | GMB | Edit memo on appeal (3.7); additional research on distinction between designation (remedial/removal) and selection of a remedy (in light of Summitville case) (4.5). | 8.20 | 1,804.00 |
| 08/14/03 | ICM | Conduct case law research re 107 and 113 judicial review standards as per GMBarry's request. | 5.50 | 605.00 |
| 08/15/03 | GMB | Edit memo on appeal. | 1.40 | 308.00 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 644977 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/18/03 | GMB | Edit memo on appeal. | 6.40 | 1,408.00 |
| 08/18/03 | ICM | Conduct case law, regulatory, statutory and secondary source research on appellate issues as per GMBarry's request. | 1.00 | 110.00 |
| 08/19/03 | GMB | Edit memo on appeal (2.20); additional Lexis research on cases where agency found arbitrary and capricious (3.20). | 5.40 | 1,188.00 |
| 08/19/03 | ICM | Conduct case law, regulatory, statutory and secondary source research on appellate issues as per GMBarry's request. | 1.30 | 143.00 |
| 08/20/03 | ICM | Conduct case law, regulatory, statutory and secondary source research on appellate issues as per GMBarry's request. | 5.80 | 638.00 |
| 08/21/03 | GMB | Edit memo on appeal (3.50); review of research materials from ICMulholland concerning 113(j)(2) and limits on judicial review (1.20). | 4.70 | 1,034.00 |
| 08/21/03 | ICM | Conduct case law, regulatory, statutory and secondary source research on appellate issues as per GMBarry's request. | 2.50 | 275.00 |
| 08/22/03 | GMB | Continue review of research materials from ICMulholland (2.10). | 2.10 | 462.00 |
| 08/25/03 | GMB | Continue editing memo on appeal (1.90); continued review of research materials from ICMulholland (2.50). | 4.40 | 968.00 |
| 08/27/03 | LB | Review District Court Order and Judgment (.90); prepare e-mails to team re same (.20); conference with KWLund re same (1.0). | 2.10 | 672.00 |
| 08/27/03 | CGH | Review of District Court Order and Judgment (.20); conference with LBrown re District Court Order and Judgment (.20); obtain 11th circuit case related to appeal issues from file (.10). | 0.50 | 125.00 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 41 |
| Invoice No.: | | 644977 |
| Client No.: | | 04339 |
| Matter No.: | | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/27/03 | KWL | Conference with LBrown re District Court Order and Judgment (1.0); brief review of District Court Order and Judgment (.2); telephone conference with Bill Corcoran re District Court Order and Judgment and press release re same (.3). | 1.50 | 525.00 |
| 08/27/03 | RT | Read  August 26, 2003 District Court Order and Judgment. | 0.70 | 262.50 |
| 08/28/03 | RT | Read August 26, 2003 District Court Order and Judgment (2.2); review outline of filing deadlines (.3). | 2.50 | 937.50 |
| 08/28/03 | KJC | Review District Court Order and Judgment (1.10). | 1.10 | 302.50 |
| 08/28/03 | GMB | Continue editing memo on issues for appeal. | 2.10 | 462.00 |
| 08/29/03 | KWL | Detailed review of District Court Order and Judgment (2.5); telephone conference with Bill Corcoran and Bob Emmett re appeal issues (.5); review GMBarry memorandum re appellate issues (1.2). | 4.20 | 1,470.00 |
| 08/29/03 | JDM | Review District Court Order and Judgment for possible appellate issues. | 1.70 | 510.00 |
| 08/29/03 | RT | Read August 26, 2003 District Court Order and Judgment (2.1); telephone conference with KJCoggon re status of appeal (.5). | 2.60 | 975.00 |
| 08/29/03 | KJC | Review District Court Order and Judgment and discuss same with JDMcCarthy, EEStevenson, LBrown, and KWLund (2.60); review rules and prepare e-mail to trial team re potential post trial motions (1.40); telephone conference with RTuchman re District Court Order and Judgment (.50). | 4.50 | 1,237.50 |
| 08/29/03 | EES | Review District Court Order and Judgment for possible reversible error issues. | 2.60 | 728.00 |

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/29/03 | GMB | Review of District Court Order and Judgment (1.5); review of ATSDR issue (1.2); continued editing memo on issues for appeal (2.1). | 4.80 | 1,056.00 |
| 08/30/03 | EES | Complete review of District Court Order and Judgment for appealable issues regarding trial court's accounting and evidentiary analysis. | 1.30 | 364.00 |
| 08/31/03 | KJC | Review decision for possible post trial motions and appeal issues (1.40). | 1.40 | 385.00 |

**Total Fees Through August 31, 2003:**  113.10  $  27,544.00

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| RT | Robert Tuchman | Partner | $ 375.00 | 15.90 | $ 5,962.50 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 5.70 | 1,995.00 |
| LB | Linnea Brown | Partner | 320.00 | 2.10 | 672.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 1.70 | 510.00 |
| CGH | Colin G. Harris | Partner | 250.00 | 0.50 | 125.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 11.50 | 3,162.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 3.90 | 1,092.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 55.70 | 12,254.00 |
| ICM | Imelda Mulholland | Law Clerk | 110.00 | 16.10 | 1,771.00 |

**Total Fees:**  113.10  $  27,544.00

Holme Roberts & Owen LLP

September 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 644977 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/28/03 | 1 | Lexis | $ | 10.24 |
| 07/28/03 | 1 | Lexis | | 39.94 |
| 07/29/03 | 1 | Lexis | | 106.14 |
| 08/06/03 | 1 | Lexis | | 1.65 |
| 08/13/03 | 1 | Lexis | | 52.53 |
| 08/14/03 | 1 | Lexis | | 30.15 |
| 08/14/03 | 1 | Lexis | | 389.20 |
| 08/14/03 | 1 | Westlaw | | 203.23 |
| 08/21/03 | 1 | Westlaw | | 39.23 |
| 08/28/03 | 84 | Photocopy | | 12.60 |
| 08/29/03 | 5 | Facsimile | | 5.00 |
| 08/29/03 | 5 | Facsimile | | 5.00 |
| | | **Total Disbursements:** | $ | **894.91** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.60 |
| Facsimile | | 10.00 |
| Lexis | | 629.85 |
| Westlaw | | 242.46 |
| **Total Disbursements:** | $ | **894.91** |