# EXHIBIT 2

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030630**

| Expense Type | Amount |
|---|---|
| Airline | $3,258.00 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $57.62 |
| Dinner | $269.15 |
| Document Storage | $390.05 |
| Lodging | $2,299.52 |
| Pacer | $121.80 |
| Parking | $124.00 |
| Phone/ISP | $11.11 |
| Postage/Shipping | $32.96 |
| Rental Vehicle | $810.46 |
| Taxi | $10.00 |
| **Total** | **$8,234.67** |

**EXHIBIT 2**

| | | | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG030630 | WR Grace | sburnett | American Airlines/Orbitz | $50.00 | 02-Jun-03 | Airfare | itinerary research & booking fee SB DCA-LAX 6/2-6/03 |
| WRG030630 | WR Grace | sburnett | American Airlines/Orbitz | $731.50 | 02-Jun-03 | Airfare | SB DCA-LAX 6/2-6/03 |
| WRG030630 | WR Grace | sburnett | El Pollo Loco | $9.07 | 02-Jun-03 | Dinner | SB dinner meal |
| WRG030630 | WR Grace | sburnett | Chesapeake Bagel Bakery | $4.07 | 02-Jun-03 | Breakfast | SB breakfast meal |
| WRG030630 | WR Grace | sburnett | El Pollo Loco | $4.97 | 05-Jun-03 | Dinner | SB dinner meal |
| WRG030630 | WR Grace | sburnett | Delta Airlines | $735.50 | 05-Jun-03 | Airfare | SB IAD-LAX 6/9-13/03 |
| WRG030630 | WR Grace | sburnett | Delta Airlines | $50.00 | 05-Jun-03 | Airfare | itinerary research & booking fee SB IAC-LAX 6/9-13/03 |
| WRG030630 | WR Grace | sburnett | Courtyard El Segundo | $24.02 | 06-Jun-03 | Dinner | in hotel 6/4/03 |
| WRG030630 | WR Grace | sburnett | Courtyard Marriott | $600.80 | 06-Jun-03 | Lodging | SB 6/2/03 - 6/8/03 Los Angeles |
| WRG030630 | WR Grace | Burnett, Susan | Taxi Cab | $10.00 | 06-Jun-03 | Taxi | on WR Grace assignment. |
| WRG030630 | WR Grace | sburnett | Thrifty | $232.26 | 09-Jun-03 | Rental Vehicle | SB 6/2/03 - 6/6/03 Los Angeles |
| WRG030630 | WR Grace | sburnett | Starbuck's | $4.75 | 09-Jun-03 | Breakfast | breakfast |
| WRG030630 | BMC, BMC1 | | Fed Ex | $16.48 | 09-Jun-03 | Postage/Shipping | Fred Zaremby Tracking ID:791434131288 |
| WRG030630 | BMC, BMC1 | | Fed Ex | $16.48 | 09-Jun-03 | Postage/Shipping | Fred Zaremby Tracking ID: 791434131288 |
| WRG030630 | WR Grace | sburnett | P.F. Chang's | $23.88 | 09-Jun-03 | Dinner | dinner |
| WRG030630 | WR Grace | sburnett | Delta | $50.00 | 10-Jun-03 | Airfare | itinerary research & booking fee SB IAD-LAX 6/16-20/03 |
| WRG030630 | WR Grace | sburnett | Delta/Orbitz | $700.50 | 10-Jun-03 | Airfare | SB IAD-LAX 6/16-20/03 |
| WRG030630 | WR Grace | sburnett | Houston's | $25.00 | 10-Jun-03 | Dinner | dinner |
| WRG030630 | WR Grace | sburnett | Sizzler | $21.58 | 11-Jun-03 | Dinner | SB |
| WRG030630 | WR Grace | sburnett | Courtyard Marriott | $566.24 | 13-Jun-03 | Lodging | SB lodging 6/9 - 6/13/03 Los Angeles |
| WRG030630 | WR Grace | sburnett | Thrifty | $254.29 | 13-Jun-03 | Rental Vehicle | SB 6/9 - 6/13/03 Los Angeles |
| WRG030630 | WR Grace | sburnett | Washington Dulles Airport | $40.00 | 13-Jun-03 | Parking | SB 6/9-14/03 IAD |
| WRG030630 | WR Grace | sburnett | El Cholo Cantina | $9.07 | 13-Jun-03 | Breakfast | breakfast |
| WRG030630 | WR Grace | sburnett | PF Chang's | $21.60 | 16-Jun-03 | Dinner | Dinner meal. |
| WRG030630 | WR Grace | sburnett | Nathan's | $6.84 | 16-Jun-03 | Breakfast | Breakfast meal. |
| WRG030630 | WR Grace | sburnett | Casa Escobar | $25.00 | 17-Jun-03 | Dinner | Dinner meal. |
| WRG030630 | WR Grace | sburnett | El Pollo Loco | $5.08 | 18-Jun-03 | Dinner | Dinner meal. |
| WRG030630 | WR Grace | Burnett, Susan | Ralph's | $3.65 | 18-Jun-03 | Breakfast | Groceries for breakfast meal. |
| WRG030630 | WR Grace | sburnett | Delta/Orbitz | $890.50 | 18-Jun-03 | Airfare | SB IAD-LAX 6/23-27/03 |
| WRG030630 | WR Grace | sburnett | Delta | $50.00 | 18-Jun-03 | Airfare | itinerary research & booking fee SB IAD-LAX 6/23-27/03 |
| WRG030630 | WR Grace | sburnett | The Stinking Rose | $25.00 | 19-Jun-03 | Dinner | Dinner meal. |
| WRG030630 | WR Grace | Burnett, Susan | United Valet Parking, Inc. | $4.00 | 19-Jun-03 | Parking | Dinner parking. |
| WRG030630 | WR Grace | sburnett | Marriott Courtyard | $566.24 | 20-Jun-03 | Lodging | SB 6/16-20/03 |
| WRG030630 | WR Grace | sburnett | Thrifty | $195.34 | 20-Jun-03 | Rental Vehicle | Rental vehicle in Los Angeles, CA for 6/16/03 - 6/20/03. |
| WRG030630 | WR Grace | sburnett | Manna Japanese Grill | $8.65 | 20-Jun-03 | Breakfast | Breakfast meal. |
| WRG030630 | WR Grace | Archer, Candace | Quiznos | $16.50 | 20-Jun-03 | Dinner | working dinner, production staff |
| WRG030630 | WR Grace | sburnett | Charley's Steakery | $7.71 | 20-Jun-03 | Dinner | Dinner meal. |
| WRG030630 | WR Grace | sburnett | El Segundo Courtyard | $11.11 | 20-Jun-03 | Phone/ISP | long distance charges 6/18 & 19/03 |
| WRG030630 | WR Grace | sburnett | Airport | $40.00 | 21-Jun-03 | Parking | 6/20/03. |
| WRG030630 | WR Grace | Burnett, Susan | Samuel Adams Brewhouse | $4.08 | 23-Jun-03 | Breakfast | Breakfast meal |
| WRG030630 | WR Grace | sburnett | Il Fornaio | $28.56 | 23-Jun-03 | Dinner | SB |
| WRG030630 | WR Grace | sburnett | El Pollo Loco | $6.18 | 25-Jun-03 | Dinner | SB |
| WRG030630 | WR Grace | sburnett | TGI Friday's | $25.00 | 26-Jun-03 | Dinner | SB |
| WRG030630 | WR Grace | sburnett | El Segundo Courtyard | $7.40 | 27-Jun-03 | Breakfast | SB in hotel 6/26/03 |
| WRG030630 | WR Grace | sburnett | Courtyard Marriott | $566.24 | 27-Jun-03 | Lodging | SB 6/23-27/03 |
| WRG030630 | WR Grace | sburnett | Alamo | $128.57 | 27-Jun-03 | Rental Vehicle | SB 6/23-27/03 |
| WRG030630 | WR Grace | sburnett | El Cholo Cantina | $9.11 | 27-Jun-03 | Breakfast | SB |
| WRG030630 | WR Grace | sburnett | Airport | $40.00 | 28-Jun-03 | Parking | SB 6/23-28/03 |
| WRG030630 | WR Grace | BMC, | BMC | $850.00 | 30-Jun-03 | B-Line/Data Storage | B-Line/Data Storage |
| WRG030630 | WR Grace | BMC, | BMC | $380.05 | 30-Jun-03 | Document Storage | 269 boxes |
| WRG030630 | WR Grace | BMC, | BMC | $121.80 | 30-Jun-03 | Pacer | Only Crt Doc Dwnoads - 4/1-6/30 |

**EXHIBIT 2**