IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 3rd day of October 2003, I caused

a copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

1.  **NOTICE OF FIING OF QUARTERLY FEE APPLICATION [QUARTERLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE NINTH QUARTERLY INTERIM PERIOD (APRIL 1, 2003 THROUGH JUNE 30, 2003)].**

_Paula A. Galbraith_

Paula A. Galbraith (DE Bar No. 4258)