## BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

September 11, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   69657

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2003

Atty - SLB
RE:    02 - Debtors' Business Operations                                                                     Client No. 74817/15538

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 08/07/03 | JMS | 0.70 | 189.00 | Review 10-Q report (.4); telephone conference with A. Krieger regarding reporting of pension liabilities (.3); telephone conference with C. Lane thereon (.2); email to A. Krieger thereon (.1). |

**PROFESSIONAL SERVICES**                                                                                       $189.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 270.00 | $189.00 |
| *TOTAL* | *0.70* | | *$189.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                       **$189.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: 03 - Creditors Committee | | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/03 | SLB | 0.40 | 200.00 | (July 31) Committee meeting (.4). |
| 08/06/03 | JMS | 0.40 | 108.00 | Emails to/from D. Speights/D. Scott regarding committee call agenda. |
| 08/14/03 | JMS | 0.30 | 81.00 | Committee call. |
| 08/21/03 | JMS | 1.00 | 270.00 | Prepare for and conduct Committee call (.7); email to M. Dies thereon (.3). |
| 08/28/03 | JMS | 1.30 | 351.00 | Prepare for and hold Committee call (.9); follow up with S. Baena (.4). |

**PROFESSIONAL SERVICES** $1,010.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 500.00 | $200.00 |
| Sakalo, Jay M | 3.00 | 270.00 | $810.00 |
| *TOTAL* | *3.40* |  | *$1,010.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,010.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/05/03 | LMF | 0.60 | 66.00 | Download copies of invoices and begin preparation for quarterly fee application (.6). |
| 08/07/03 | LMF | 0.60 | 66.00 | Review spreadsheets and email from fee auditor's office and meet with N. Wong (.3); telephone conference with LaVern Ferdinand at fee auditor's office (.1); review edits to spreadsheet prepared by project assistant (.2). |
| 08/07/03 | NW | 2.00 | 200.00 | Review and edit Bilzin and Hamilton fee applications per fee auditor's request. |
| 08/12/03 | LMF | 0.30 | 33.00 | Review emails from fee auditor and project assistant and address questions raised by fee auditor's office on 8th quarterly application (.3). |
| 08/21/03 | LMF | 0.60 | 66.00 | Compile copies of all invoices in preparation for quarterly fee application for bankruptcy case and district court (.6). |
| 08/21/03 | JMS | 0.30 | 81.00 | Revise bill. |
| 08/25/03 | LMF | 4.80 | 528.00 | Draft Bilzin's quarterly applications for both the bankruptcy court and the district court (1.6); complete exhibits to same (1.8); revise April invoices and notices and attend to filing same (.8); attend to filing June notices (.6). |
| 08/25/03 | JMS | 0.30 | 81.00 | Email from/to L. Flores regarding revised fee application. |
| 08/26/03 | LMF | 1.70 | 187.00 | Complete exhibits to quarterly fee application (1.7). |
| 08/27/03 | WV | 1.20 | 120.00 | Editing fee applications in preparation for final review. |

**PROFESSIONAL SERVICES** $1,428.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | 270.00 | $162.00 |
| Flores, Luisa M | 8.60 | 110.00 | $946.00 |
| Wong, Nichole | 2.00 | 100.00 | $200.00 |
| Van Dijk, Wendy | 1.20 | 100.00 | $120.00 |
| *TOTAL* | *12.40* | | *$1,428.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,428.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 08 - Hearings |  |  | Client No. 74817/15544 |

| | | | | |
|---|---|---|---|---|
| 08/25/03 | JMS | 2.80 | 756.00 | Prepare for and attend omnibus hearing. |

**PROFESSIONAL SERVICES** $756.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.80 | 270.00 | $756.00 |
| *TOTAL* | *2.80* |  | *$756.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $756.00

# B‍ILZIN S‍UMBERG B‍AENA P‍RICE & A‍XELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| R‍E: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| | | | | |
|---|---|---|---|---|
| 08/01/03 | SLB | 0.60 | 300.00 | Review Grace objections to claims and associated affidavits (.6). |

**P‍ROFESSIONAL S‍ERVICES** $300.00

**C‍OSTS A‍DVANCED**

| | | | |
|---|---|---|---|
| 08/29/03 | Postage | | 23.70 |

**T‍OTAL C‍OSTS A‍DVANCED** $23.70

**M‍ATTER S‍UMMARY OF P‍ROFESSIONAL S‍ERVICES**

| T‍IMEKEEPER | H‍OURS | R‍ATE | T‍OTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 500.00 | $300.00 |
| *T‍OTAL* | *0.60* | | *$300.00* |

**M‍ATTER S‍UMMARY OF C‍OSTS A‍DVANCED**

| | |
|---|---|
| Postage | $23.70 |
| T‍OTAL | $23.70 |

**T‍OTAL P‍ROFESSIONAL S‍ERVICES AND C‍OSTS A‍DVANCED THIS M‍ATTER** **$323.70**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
| RE: | 10 - Travel |  |  | Atty - SLB<br>Client No. 74817/15546 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/24/03 | JMS | 4.80 | 648.00 | Travel to Wilmington for omnibus hearing. |

**PROFESSIONAL SERVICES**     $648.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 4.80 | 135.00 | $648.00 |
| *TOTAL* | *4.80* |  | *$648.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$648.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 27 - Litigation Consulting |  | Client No. 74817/15563 |

| | | | | |
|---|---|---|---|---|
| 08/28/03 | JMS | 0.60 | 162.00 | Review press releases and news articles regarding EPA litigation in Libby, MT. |

**PROFESSIONAL SERVICES** $162.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | 270.00 | $162.00 |
| *TOTAL* | *0.60* | | *$162.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $162.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  | Atty - SLB |
|---|---|---|---|---|---|
| RE: | 30 - Fee Application of Others |  |  |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/04/03 | LMF | 0.60 | 66.00 | Review May and June invoices from HR&A and prepare notices for filing same (.6). |
| 08/05/03 | LMF | 0.50 | 55.00 | Download copies of invoices in preparation for quarterly fee application (.5). |
| 08/06/03 | LMF | 0.40 | 44.00 | Revise notices of applications for fees for May and June for Hamilton, Rabinovitz and attend to filing same (.4). |
| 08/21/03 | LMF | 0.30 | 33.00 | Compile copies of invoices in preparation for quarterly application (.3). |
| 08/26/03 | LMF | 0.70 | 77.00 | Draft quarterly fee application for Hamilton Rabinovitz (.7). |

**PROFESSIONAL SERVICES** $275.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Flores, Luisa M | 2.50 | 110.00 | $275.00 |
| *TOTAL* | *2.50* |  | *$275.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$275.00**

# B<small>ILZIN</small> S<small>UMBERG</small> B<small>AENA</small> P<small>RICE</small> & A<small>XELROD</small> LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| R<small>E</small>: | 38 - ZAI Science Trial |  |  | Client No. 74817/17905 |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/03 | NW | 0.50 | 50.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/04/03 | NW | 0.50 | 50.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/05/03 | NW | 0.50 | 50.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/06/03 | NW | 0.70 | 70.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/07/03 | NW | 0.70 | 70.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/08/03 | JMS | 1.50 | 405.00 | Review Grace's response to summary judgment motion on consumer protection issues (.8); review EPA statement regarding Science trial (.7). |
| 08/13/03 | JMS | 1.10 | 297.00 | Begin review of responses to summary judgment pleadings. |
| 08/14/03 | JMS | 3.50 | 945.00 | Review responses to summary judgment motions. |
| 08/19/03 | JMS | 2.60 | 702.00 | Review replies to responses to summary judgment motions. |
| 08/19/03 | NW | 3.60 | 360.00 | Review ZAI dockets and assemble relevant pleadings. |
| 08/25/03 | JMS | 2.30 | 621.00 | Continue review of ZAI exhibits. |
| 08/27/03 | JMS | 1.10 | 297.00 | Finalize review of summary judgment exhibits. |
| 08/28/03 | JMS | 0.40 | 108.00 | Conference with N. Wong regarding ZAI notebook. |

**P<small>ROFESSIONAL</small> S<small>ERVICES</small>** $4,025.00

### M<small>ATTER</small> S<small>UMMARY OF</small> P<small>ROFESSIONAL</small> S<small>ERVICES</small>

| T<small>IMEKEEPER</small> | H<small>OURS</small> | R<small>ATE</small> | T<small>OTAL</small> |
|---|---|---|---|
| Sakalo, Jay M | 12.50 | 270.00 | $3,375.00 |
| Wong, Nichole | 6.50 | 100.00 | $650.00 |
| *T<small>OTAL</small>* | *19.00* |  | *$4,025.00* |

**T<small>OTAL</small> P<small>ROFESSIONAL</small> S<small>ERVICES AND</small> C<small>OSTS</small> A<small>DVANCED THIS</small> M<small>ATTER</small>** $4,025.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| *Baena, Scott L* | *1.00* | $500.00 |
| *Flores, Luisa M* | *11.10* | $1,221.00 |
| *Sakalo, Jay M* | *25.00* | $6,102.00 |
| *Wong, Nichole* | *8.50* | $850.00 |
| *Van Dijk, Wendy* | *1.20* | $120.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* — *$8,793.00*

*CLIENT SUMMARY OF COSTS ADVANCED*

| *Postage* | *$23.70* |
|---|---|
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$23.70* |
| *TOTAL AMOUNT DUE THIS PERIOD* | *$8,816.70* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 08/31/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 02 - Debtors' Business Operations/15538 | 189.00 | 0.00 | 189.00 |
| 03 - Creditors Committee/15539 | 1,010.00 | 0.00 | 1,010.00 |
| 07 - Applicant's Fee Application/15543 | 1,428.00 | 0.00 | 1,428.00 |
| 08 - Hearings/15544 | 756.00 | 0.00 | 756.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 300.00 | 23.70 | 323.70 |
| 10 - Travel/15546 | 648.00 | 0.00 | 648.00 |
| 27 - Litigation Consulting/15563 | 162.00 | 0.00 | 162.00 |
| 30 - Fee Application of Others/17781 | 275.00 | 0.00 | 275.00 |
| 38 - ZAI Science Trial/17905 | 4,025.00 | 0.00 | 4,025.00 |
| Client Total | $8,793.00 | $23.70 | $8,816.70 |