UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

W. R. GRACE, et, al; )
   Debtors. )
 )
 )
 )
 )
v. ) CASE NO: 01-01139 (JKF)
 ) DOCKET NO: 4089 and 8/25/03.
 ) CLAIMANT CASE NO: 1792-- 08-12-02
 )
 )
EUGENE PAUL SULLIVAN, )
   Claimant. )
 )
 )

## MOTION OF DISAGREEMENT:

Comes now the Claimant, EUGENE **PAUL SULLIVAN, pro se, and ask this Honorable** Bankruptcy Court to disallow the above captioned Debtors to EXPUNGE my claim from their case in that same has steadfastely allowed that they have failed to receive sufficent documentation to allow my claim to go forward, when in fact I know beyond any and all doubt that Captioned Debtors have received copys of all and sufficent documentation to warrant same to proceed, and that this Honorable Court also received copys of same on my second mailing of same.

Therefore should this above Captioned DEBTORS fail to include my claim in the forwarding process then I will file a **CLAIM FOR BANKRUPTCY FRAUD,** in the District Courts.

This 28TH day of September 2003.          Respectfully Submitted

                                                         *Eugene P. Sullivan*
                                                      EUGENE PAUL SULLIVAN

CERTIFICATE OF SERVICES:

The undersigned states under penalty of perjury, that a true and exact copy of this Motion of Disagreement has been forwarded to the partys listed below, and that sufficent postage was affixed thereto to carry same to its destination.

This 28TH day of September 2003

COPIES FORWARDED TO:
Kirkland & Ellis, LLP.
David M. Bernick, P.C.
James H.M. Sprayregan, P.C.
200 East Randolph Drive
Chicago, Illinois   60601

EUGENE PAUL SULLIVAN
54229-053   HCU
Federal Medical Center
PO Box 14500
Lexington, KY   40512-4500

Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P. C.
919 North Market Street
16th Floor
PO Box   8705
Wilmington, Delaware   19899-8705