IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| -------------------------------------------------------- : | |
| In re: : | Chapter 11 |
| : | |
| W.R. GRACE & CO., : | Case No. 01-1139 (JFK) |
| : | |
| Debtor. : | |
| -------------------------------------------------------- | |

**ENTRY OF APPEARANCE AND REQUEST**
**FOR NOTICE UNDER BANKRUPTCY RULE 2002**

TO THE PERSONS ON THE CERTIFICATE OF SERVICE:

NOTICE IS HEREBY GIVEN pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Cozen O'Connor ("Cozen") hereby appears for and on behalf of Federal Insurance Company, a creditor in the above-captioned case.

NOTICE IS FURTHER GIVEN that Cozen requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with this Court a request that all notices be mailed to them) be given to and served upon Cozen at the following address, telephone and telefax number:

> COZEN O'CONNOR
> Jacob C. Cohn, Esq.
> 1900 Market Street
> Philadelphia, PA 19103
> (215) 665-2147
> (215) 701-2347 (fax)
> jcohn@cozen.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopy, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

Dated: October 8, 2003

                                      COZEN O'CONNOR

                                      */s/ Jacob C. Cohn*

BY:    JACOB C. COHN, ESQUIRE
        1900 Market Street
        Philadelphia, PA  19103
        (215) 665-2147
        (215) 701-2347 (fax)

        Attorneys for Federal Insurance Company