IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- | : | |
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., | : | Case No. 01-1139 (JFK) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------- | | |

**CERTIFICATION OF SERVICE**

I, Jacob C. Cohn, Esquire, certify that I am not less than 18 years of age, and that service

of the foregoing ***ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER***

***BANKRUPTCY RULE 2002*** was made on October 8, 2003, upon those persons listed on the

attached service list via regular, first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated:  October 8, 2003
        Philadelphia, PA

        COZEN O'CONNOR

        /s/ Jacob C. Cohn

        _____
        JACOB C. COHN, ESQUIRE
        1900 Market Street
        Philadelphia, PA  19103
        (215) 665-2147
        (215) 701-2347 (fax)

        Counsel for Federal Insurance Company

## SERVICE LIST

Laura Davis Jones
Pachulski Stang Ziehl Young and Jones,PC
919 North Market Street
16th Floor
Wilmington, DE 19801
302-652-4100
302-652-4400 (fax)
*Attorneys for Debtor*

James W. Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60602
*Attorneys for Debtor*

SNJ1\270810\1 110251.000