# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 30, 2003

In Reference To:         Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10441

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/2/2003 | SLB | complete draft of 9th Interim initial report - Casner (3.4) ; complete review of app. and draft of 9th Int. initial report - Caplin (1.9) ; complete draft of 9th Int. Final Report - Woodcock (.9) | 6.20 | 682.00 |
| | LMF | draft e-mail to Toni, Kirkland re:8th Q order allowing fees(.1); e-mail Joseph, Nelson re:status of filing of 8th Q fee application(.1) | 0.20 | 30.00 |
| | LMF | draft fees allowed for the 8th Q re:Omnibus Order for the 8th Q | 1.10 | 165.00 |
| | LMF | telephone conference with Joseph, Nelson re:status of 8th Q fee application filing | 0.10 | 15.00 |
| 9/3/2003 | JAW | detailed review of Richardson May, 2003, monthly invoice (2.8) | 2.80 | 378.00 |
| | DTW | Review Caplin initial report 9th interim (.1); conference with S. Bossay regarding same (.1); review Casner initial report 9th (.1); conference with S. Bossay regarding Caplin and PALS (.1); review initial report for CBBG and conference with S. Bossay regarding same (.2); revisions to CBBG initial report (.2); review Klett and LAS 9th initial reports (.3). | 1.10 | 159.50 |
| | AV | Update database with 07.03 Monthly Invoice for Stroock (.1); 04.03 - 06.03 9th Int. Invoice for Kirkland (.1); 04.03 - 06.03 9th Int. Invoice for Casner (.1) | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                    Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/3/2003 | AV | Update database with 9th Int. Initial Report response for Holme (.1); 07.03 Monthly Invoice for Caplin (.1); 04.03 amended Monthly Invoice for Bilzin (.1); 04.03 - 06.03 9th Int. Invoice for Stroock (.1) | 0.40 | 16.00 |
|  | KPW | detailed review of documents in preparation for drafting of Campbell 9th interim IR | 3.00 | 390.00 |
|  | KPW | draft Campbell 9th interim period IR | 1.20 | 156.00 |
|  | JAW | detailed review of Richardson April, 2003, monthly invoice (1.6) | 1.60 | 216.00 |
|  | SLB | complete June review and draft of 9th Int. initial report - Stroock (3.6) ; revise draft of 9th Int. initial report - Caplin (1.4) ; complete review of app. and draft of 9th Int. initial report - LAS (.8) | 5.80 | 638.00 |
|  | LMF | draft response e-mail to Toni, Kirkland re: Nelson and other revisions to Omnibus order | 0.20 | 30.00 |
| 9/4/2003 | KPW | detailed review of documents in preparation for drafting of Tersigni 9th interim period IR | 0.90 | 117.00 |
|  | SLB | complete review of app. and draft of 9th Int. initial report - Klett (1.3) ; review drafts of Campbell and Tersigni initial reports (.7) ; e-mails to Caplin, Casner, CBBG, Kramer, Campbell and Stroock re: 9th Int. initial reports (.8); complete draft of 9th Int. initial report - PwC (4.6) | 7.40 | 814.00 |
|  | JAW | draft summary of Richardson May, 2003, monthly invoice (0.3) | 0.30 | 40.50 |
|  | JAW | draft summary of Richardson April, 2003, monthly invoice (0.3) | 0.30 | 40.50 |
|  | JBA | Electronic filing with court of Final Report re: Woodcock 9th Interim | 0.10 | 4.00 |
|  | JAW | detailed review of Richardson June, 2003, monthly invoice (3.3); draft summary of same (0.2) | 3.50 | 472.50 |
|  | WHS | receive and review 5 misc pleadings | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                    Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/4/2003 | WHS | revise Woodcock 9th Int FR | 0.10 | 27.50 |
| 9/5/2003 | JAW | detailed review of Kirkland April, 2003, monthly invoice (2.2) | 2.20 | 297.00 |
| | JAW | detailed review of Kirkland June, 2003, monthly invoice (1.9) | 1.90 | 256.50 |
| | JAW | detailed review of Kirkland May, 2003, monthly invoice (1.8) | 1.80 | 243.00 |
| | AV | Update database with 07.03 Monthly Invoice for Legal (.1); 07.03 Monthly Invoice for Campbell (.1); 04.03 - 06.03 9th Int. Invoice for Ferry (.1) | 0.30 | 12.00 |
| | DTW | review and revise initial reports for Campbell, Tersigni, Elzufon (.4); revisions to PwC initial report (.4); revise initial report for Lukins (.2); conference with S. Bossay regarding public relations firm and fees (.2). | 1.20 | 174.00 |
| | SLB | review app. and complete draft of 9th Int. initial report - Lukins (4.2) ; review app. and complete draft of 9th Int. initial report - Elzufon (.9) ; update Grace status chart (.5) | 5.60 | 616.00 |
| | JBA | Update database with Wallace King 7.03 and Tersigni 7.03 | 0.10 | 4.00 |
| 9/6/2003 | JAW | draft summary of Kirkland April, 2003, monthly invoice (1.1) | 1.10 | 148.50 |
| | JAW | draft summary of Kirkland June, 2003, monthly invoice (1.1) | 1.10 | 148.50 |
| | JAW | draft summary of Kirkland May, 2003, monthly invoice (0.9) | 0.90 | 121.50 |
| 9/8/2003 | LMF | research on PACER regarding 8th Q fee application filing for Nelson | 0.10 | 15.00 |
| | LMF | detailed review of revisions to 8th Q order allowing fees | 0.60 | 90.00 |
| | AV | Update database with 07.03 Monthly Invoice for Holme (.1) | 0.10 | 4.00 |

W.R. Grace & Co.

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/8/2003 | LMF | draft e-mail to Lauren, Pachulski re:fee hearing date(.1); e-mail Steve, WHS re: Nelson and read forward re Nelson filing status(.1) | 0.20 | 30.00 |
| 9/9/2003 | JBA | Update database with PWC 7.03 e-detail | 0.10 | 4.00 |
| | WHS | receive and review 1 misc pleadings | 0.10 | 27.50 |
| | SLB | complete review of application and draft of 9th Int. initial report - Ferry Joseph (.8) ; complete review of application and draft of 9th Int. initial report - Bilzin (2.8) | 3.60 | 396.00 |
| | LMF | research on PACER regarding 8th Q fee application filing for Nelson | 0.20 | 30.00 |
| | LMF | detailed review of email from Steve, WHS re:e-mail from Paula, Pachulski for shortened notice instead of 9th Q filing for Nelson | 0.10 | 15.00 |
| | LMF | draft e-mail to Warren, WHS re:8th Q order footnotes(.1); draft email to Toni, Kirkland re:8th Q order revisions and footnotes, 9th Q issues(.1); email applicants and request 8th Q filings re:spreadsheet and order(.5) | 0.70 | 105.00 |
| | LMF | draft footnote to Omnibus Order for 8th Q per notice issue for Nelson | 0.30 | 45.00 |
| 9/10/2003 | AV | Update database with 07.03 Monthly Invoice for FTIP&M (.1); 06.03 Monthly Invoice for Pitney (.1); 05.03 Monthly Invoice for Nelson (.1) | 0.30 | 12.00 |
| | LMF | draft e-mail to Andrew, Caplin re:request for spreadsheet and order and read email from Paula, Pachulski re:filing of 8th Q spreadsheet | 0.20 | 30.00 |
| | DTW | Review and revise Stroock initial report (.1); review Ferry Joseph initial report 9th (.1). | 0.20 | 29.00 |
| | SLB | complete review of application and draft of 9th Int. initial report - Hamilton (2.5) ; complete review of expenses and draft of 9th Int. initial report - Wallace King (6.4) | 8.90 | 979.00 |
| | PGS | Research, preparation and electronic filing with court of the CNO to the July 2003 Monthly Invoice of WHS | 1.00 | 80.00 |

W.R. Grace & Co.                                                                                        Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2003 | SLB | complete draft of 9th Int. initial report - Wallace King (2.9) ; complete review of expenses 9th Int. K&E and RPWB (3.2) ; begin draft of 9th Int. initial report - Reed Smith (2.6) | 8.70 | 957.00 |
|  | JBA | Update database with Bilzin 7.03 e-detail | 0.10 | 4.00 |
|  | LMF | read email and respond to Paula, Pachulski re:filing of 8th Q spreadsheet and status of Omnibus Order | 0.10 | 15.00 |
| 9/12/2003 | JBA | Update database with e-response of Carella re: 9th Int IR | 0.10 | 4.00 |
|  | DTW | Review Wallace King 9th initial report (.2). | 0.20 | 29.00 |
|  | SLB | draft e-mails to/from PwC, Bilzin and Hamilton (.8) | 0.80 | 88.00 |
|  | SLB | draft status report to Warren Smith re. Grace 8th and 9th Interims (.9) | 0.90 | 99.00 |
|  | SLB | complete review of application and draft of 9th Int. initial report - Reed Smith (5.7) | 5.70 | 627.00 |
|  | SLB | begin draft of 9th Int. initial report - RPWB (.8) | 0.80 | 88.00 |
|  | AV | Update database with 06.03 Monthly Invoice for Pachulski (.1) | 0.10 | 4.00 |
| 9/13/2003 | SLB | continue draft of 9th Interim initial report - RPWB (3.4) | 3.40 | 374.00 |
| 9/15/2003 | PGS | Preparation and Electronic filing with court of the Monthly Invoice of WHS for August 2003 | 1.00 | 80.00 |
|  | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Lukins (.1); 04.03 - 06.03 9th Int. Invoice for Nelson (.1); 01.03 - 03.03 8th Int. Invoice for Nelson (.1) | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/15/2003 | SLB | complete draft of 9th Int. initial report - RPWB (1.2) ; complete draft of 9th Int. initial report - K&E (4.4) ; complete review of application and draft of 9th Int. initial report - Pitney Hardin (1.5) ; complete review of application and draft of 9th Int. initial report - Pachulski (1.3) | 8.40 | 924.00 |
|  | CC | Detailed review of Carella, Byrne fee application for June 2003 - Exhibit A. | 0.40 | 48.00 |
|  | DTW | Review initial reports for Reed Smith, Richardson (.3); same regarding K&E (.3). | 0.60 | 87.00 |
|  | JAW | detailed review of Stroock July, 2003, monthly invoice (1.3); draft summary of same (0.2) | 1.50 | 202.50 |
|  | JAW | detailed review of Carella July, 2003, monthly invoice (1.6); draft summary of same (0.1) | 1.70 | 229.50 |
|  | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Wachtell (.1); 9th Int. Initial Report response for Carella (.1); 07.03 Monthly Invoice for Bilzin (.1); 04.03 - 06.03 9th Int. Invoice for Elzufon (.1) | 0.40 | 16.00 |
| 9/16/2003 | SLB | complete review and draft of 9th Int. initial report - Nelson Mullins (1.8) | 1.80 | 198.00 |
|  | SLB | draft e-mail to BMC, Bilzin, Blackstone, CDG, Duane Morris, Hamilton, Nelson Mullins, Pachulski, Pitney Hardin and Steptoe re: need for 9th quarterly applications (2.1) ; e-mail and attach electronic copies of initial reports to Kramer, Lukins, Reed Smith, RPWB, Tersigni and Wallace King (1.9) ; multiple e-mails to/from S. Caban - Duane Morris (.7) ; e-mails to/from P. Rupp -  Wallace King (.4) | 5.10 | 561.00 |
|  | LMF | read and respond to email from Paula, Pachulski re:status of filing of omnibus order for 8th Q hearing | 0.10 | 15.00 |
|  | SLB | telephone conference with J. DeAmeida - Blackstone re. 9th Int. app. (.2) ; telephone conference with S. Jones - CDG re. 9th Int. app. (.2) | 0.40 | 44.00 |
|  | SLB | complete draft of 9th Int. Final Report - Elzufon (.8) | 0.80 | 88.00 |
|  | DTW | Telephone conference with A. Parnell regarding K&E (.1); revisions to K&E initial report 9th (.2) | 0.30 | 43.50 |

W.R. Grace & Co.                                                                         Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/17/2003 | DTW | Review initial report for Nelson (.1). | 0.10 | 14.50 |
|  | JBA | Update database with Amended Bilzin 4.03 e-detail, and Bilzin 6.03 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Lukins 9th Int e-response | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of Final Reports re: Elzufon 9th Int (.2), Ferry Joseph 9th Int (.1), Klett 9th Int (.2), and Richardson 9th Int (.2) | 0.70 | 28.00 |
|  | JBA | Update database with Holme Roberts 9th Int e-response, Klett 7.03 e-detail, Reed Smith 7.03 e-detail, and Caplin 7.03 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Nelson Mullins 9th Int App and e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 9th Int App and e-detail for Stroock and Ferry Joseph, LAS 7.03 e-detail, and Campbell 7.03 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with FTI 7.03 e-detail, Pachulski 6.03 e-detail, Stroock 7.03 e-detail, and Richardson 9th Int App and e-detail pdf | 0.10 | 4.00 |
|  | SLB | complete drafts of 9th Interim Final Reports for Ferry Joseph (.6) ; RPWB (2.9) ; Klett Rooney (.7) ; Legal Analysis (.5) ; Nelson Mullins (.6) ; Tersigni (.6)  update Grace status chart (.6) | 6.50 | 715.00 |
|  | WHS | detailed review of Elzufon 9th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Ferry Joseph 9th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Klett 9th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of  LAS 9th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Richardson 9th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                          Page      8

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 9/17/2003 | AV | Update database with 07.03 Monthly Invoice for Kirkland; 06.03 Monthly Invoice for Nelson (.1); 07.03 Monthly Invoice for Nelson (.1) | 0.30 | 12.00 |
|  | JAW | detailed review of Kirkland July, 2003, monthly invoice (3.2) | 3.20 | 432.00 |
| 9/18/2003 | JBA | Update database with 9th Int e-response for Caplin and Stroock (.1), Kramer 9th Int App and e-detail (.1), and Ferry Joseph 7.03 (.1) | 0.30 | 12.00 |
|  | WHS | detailed review of Tersigni 9th Int FR | 0.10 | 27.50 |
|  | JAW | draft summary of Kirkland July, 2003, monthly invoice (1.3) | 1.30 | 175.50 |
|  | WHS | detailed review of Nelson Mullins 9th Int FR | 0.10 | 27.50 |
|  | SLB | draft e-mail to R. Murphy - Casner & Edwards re. response to 9th Int. initial report (.5) ; e-mail to A. Caskadon - Stroock requesting more information to complete final report (.4) | 0.90 | 99.00 |
|  | SLB | complete drafts of 9th Interim Final Reports - Lukins (.7) and Caplin (.8) ; begin draft of 9th Interim Final Report - Stroock (2.4) | 3.90 | 429.00 |
|  | SLB | detailed review of BMC April-June monthlies (fees and expenses) (2.6) | 2.60 | 286.00 |
|  | JBA | Electronic filing with court of Final Report re: Nelson Mullin 9th Int (.1), and LAS 9th Int (.2) | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of Final Report re: Tersigni 9th Int | 0.10 | 4.00 |
| 9/19/2003 | AV | Update database with 9th Int. Initial Report response for Lukins (.1); 9th Int. Initial Report response for Caplin (.1); 07.03 Monthly Invoice for Woodcock (.1); 07.03 Monthly Invoice for Wallace (.1); 08.03 Monthly Invoice for Carella (.1) | 0.50 | 20.00 |
|  | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Morris (.1); 06.03 Monthly Invoice for Morris (.1); 07.03 Monthly Invoice for Morris (.1); 08.03 Monthly Invoice for Morris (.1) | 0.40 | 16.00 |

W.R. Grace & Co.

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/19/2003 | JBA | Update database with 9th Int App and e-detail for: FTI, Klett, Caplin and PWC, Nelson Mullins 4.03 e-detail, and Kramer 6.03 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Carellat August, 2003, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| | JAW | detailed review of Wallace King  July, 2003, monthly invoice (2.1); draft summary of same (0.9) | 3.00 | 405.00 |
| 9/22/2003 | LMF | detailed review of monthly invoice for July 2003 for PWC | 2.60 | 390.00 |
| | LMF | draft summary of monthly invoice for July 2003 submitted by PWC | 0.60 | 90.00 |
| | AV | Update database with 04.03 Monthly Invoice for Steptoe (.1); 05.03 Monthly Invoice for Steptoe (.1); 06.03 Monthly Invoice for Steptoe (.1) | 0.30 | 12.00 |
| | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Pachulski (.1); 07.03 Monthly Invoice for Ferry (.1) | 0.20 | 8.00 |
| | WHS | attend fee app hearing by telephone | 0.30 | 82.50 |
| 9/23/2003 | JBA | Electronic filing with court of Final Report re: Caplin 9th Int (.2), Duane Morris 9th Int (.2), and Stroock 9th Int (.2) | 0.60 | 24.00 |
| | SLB | draft e-mails to RPWB, CDG, Duane Morris, PwC attaching reports and requesting follow-up information on 9th Int. (.8) e-mail Stroock re. expense issue on 9th Int. Final Report (.4) | 1.20 | 132.00 |
| | SLB | complete revised draft of 9th Int. Final Report - Caplin (.6) ;  complete revised drafts (2) of 9th Int. Final Report - Lukins (1.7) ; review of application and draft of 9th Int. Final Report - Duane Morris (1.9) ; complete draft of 9th Int. Final Report - Stroock (3.0) | 7.20 | 792.00 |
| | WHS | detailed review of Stroock 9th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Duane Morris 9th Int FR | 0.10 | 27.50 |
| 9/24/2003 | JBA | Electronic filing with court of Final Report re: Lukins 9th Int | 0.20 | 8.00 |

W.R. Grace & Co.                                                                          Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/24/2003 | JBA | Update database with Wallace King 8.03 e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 9th Int. Final Report - Casner (1.8) ; complete draft of 9th Int. Final Report - CBBG (2.4) ; complete review of application and draft of Final Report - Conway (2.6) ; begin to familiarize myself with W.R. Grace spreadsheet (1.5) | 8.30 | 913.00 |
|  | WHS | revise Casner 9th Int FR | 0.10 | 27.50 |
|  | WHS | revise CBBG 9th Int FR | 0.10 | 27.50 |
| 9/25/2003 | JBA | Update database with Final Reports re: Carella 9th Int (.2), and Casner 9th Int (.2) | 0.40 | 16.00 |
|  | SLB | draft individualized e-mails to all Grace applicants re. spreadsheet (1.8) ; e-mails to/from HRO, Pachulski, K&E, Woodcock, Casner, Duane Morris, LAS, Klett Rooney, Wachtell, Stroock and Wallace King re. 9th Int. responses and/or spreadsheets (1.7) | 3.50 | 385.00 |
|  | WHS | detailed review of Wachtell 9th Int FR | 0.10 | 27.50 |
|  | WHS | revise Campbell 9th Int FR | 0.10 | 27.50 |
|  | SLB | complete draft 9th Int. Final Report - Pachulski (.4) ; complete review of 9th int. app. and complete Final Report - Wachtell (.9) ; complete draft of 9th Int. Final Report - Campbell (1.4) ; continue review of spreadsheet process (2.0) | 4.70 | 517.00 |
|  | JAW | detailed review of Wallace King August, 2003, monthly invoice (1.6); draft summary of same (0.7) | 2.30 | 310.50 |
| 9/26/2003 | JAW | detailed review of Richardson July, 2003, monthly invoice (2.0); draft summary of same (0.2) | 2.20 | 297.00 |
|  | JBA | Electronic filing with court of Final Report re: Campbell 9th Int (.3), Wachtell 9th Int (.2) | 0.50 | 20.00 |
|  | WHS | detailed review of Holme Roberts 9th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                              Page    11

|            |     |                                                                                                                                                            | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/26/2003  | WHS | detailed review of Pachulski 9th Int FR                                                                                                                     | 0.10  | 27.50  |
|            | AV  | Update database with 07.03 Monthly Invoice for Elzufon (.1); 08.03 Monthly Invoice for Wallace (.1); 07.03 Monthly Invoice for Kramer (.1)                  | 0.30  | 12.00  |
|            | AV  | Update database with 07.03 Monthly Invoice for PWC (.1); 07.03 Monthly Invoice for Reed (.1); 04.03 - 06.03 9th Int. Invoice for Richardson (.1); 07.03 Monthly Invoice for Richardson (.1) | 0.40  | 16.00  |
|            | SLB | complete draft of 9th Int. Final Report - Holme Roberts (2.2) ; draft of 9th Int. Final Report - PwC (4.8) ; print copies of all Done final reports and update files in order to do spreadsheet (1.3) | 8.30  | 913.00 |
| 9/27/2003  | JAW | detailed review of Reed Smith July, 2003, monthly invoice (3.3); draft summary of same (0.4)                                                                | 3.70  | 499.50 |
| 9/29/2003  | SLB | telephone conference with Paula Galbraith - Pachulski re. spreadsheet (.4) ; telephone conference with Nina Govic - PwC re response for 9th Int. final report (.3) | 0.70  | 77.00  |
|            | SLB | complete draft of 9th Int. Final Report - PwC (2.3) ; update Grace status chart (.5)                                                                        | 2.80  | 308.00 |
|            | SLB | e-mails to/from BMC, Nelson Mullins, K&E, Ferry Joseph re. 9th Int. spreadsheet (.8)                                                                        | 0.80  | 88.00  |
|            | SLB | detailed review of 9th Int. fees and expenses - BMC (3.8)                                                                                                   | 3.80  | 418.00 |
|            | JBA | Electronic filing with court of Final Reports re: Holme Roberts 9th Int (.2), Pachulski 9th Int (.1)                                                        | 0.30  | 12.00  |
| 9/30/2003  | WHS | revise  PWC 9th Int FR                                                                                                                                       | 0.10  | 27.50  |
|            | SLB | draft e-mails to/from Wallace King, RPWB, BMC re. 9th Int. spreadsheets (.7)                                                                                | 0.70  | 77.00  |
|            | SLB | revise 9th Int. Final Report - PwC (1.2) ; organize and prepare 9th Int. spreadsheet information for 10/1 meeting (1.5)                                      | 2.70  | 297.00 |

**For professional services rendered**                                                   **200.30 $23,168.00**

W.R. Grace & Co.                                                                                              Page      12

Additional Charges :

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Initial Report of Caplin, Casner and Carella for the period 04/01/03 - 06/30/03; | 3.56 | 3.56 |
| Third party copies & document prep/setup of Final Report of Pachulski for the period 01/01/03 - 03/31/03 | 16.63 | 16.63 |
| Third party copies & document prep/setup of Initial Report of FTI for the period 04/01/03 - 06/30/03 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Amended Final Report of BMC for the period 01/01/03 - 03/31/03; Amended Final Report of Reed Smith for the period 01/01/03 - 03/31/03 | 84.50 | 84.50 |
| Third party copies & document prep/setup of Final Report of Kramer Levin, FTI for the period 04/01/03 - 06/30/03; Initial Report of Woodcock and Holme for the period 04/01/03 - 06/30/03 | 21.79 | 21.79 |
| Third party copies & document prep/setup of Initial Report of Klett, Legal and Woodcock for the period 04/01/03 - 06/30/03; | 13.21 | 13.21 |
| Third party copies & document prep/setup of Verified Fee Application 9th Interim period for WHS | 101.72 | 101.72 |
| Third party copies & document prep/setup of Initial Report of Elzufon and Lukins for the period 04/01/03 - 06/30/03; | 1.65 | 1.65 |
| Third party copies & document prep/setup of Initial Report of Campbell, Tersigni and PwC for the period 04/01/03 - 06/30/03; | 7.18 | 7.18 |
| Third party copies & document prep/setup of Initial Report of Ferry Joseph and Stroock for the period 04/01/03 - 06/30/03; | 2.93 | 2.93 |
| Third party copies & document prep/setup of Initial Report of Wallace King for the period 04/01/03 - 06/30/03; | 1.15 | 1.15 |
| Third party copies & document prep/setup of Monthly Invoice of WHS for August 2003; Initial Report of Reed Smith and Richardson for the period 04/01/03 - 06/30/03; | 39.50 | 39.50 |
| Third party copies & document prep/setup of Initial Report of Kirkland for the period 04/01/03 - 06/30/03 | 2.81 | 2.81 |

**Total costs**                                                                                              **$297.52**

W.R. Grace & Co.

Page    13

**Amount**

**Total amount of this bill**                                                    **$23,465.52**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alayne Volfson | 4.60 | 40.00 | $184.00 |
| Colleen Canion | 0.40 | 120.00 | $48.00 |
| Doreen T Williams | 3.70 | 145.00 | $536.50 |
| James A Wehrmann | 37.50 | 135.00 | $5,062.50 |
| Jeff B. Allgood | 4.50 | 40.00 | $180.00 |
| Kevin P Wright | 5.10 | 130.00 | $663.00 |
| Lavern Ferdinand | 7.40 | 150.00 | $1,110.00 |
| Priscilla G Stidham | 2.00 | 80.00 | $160.00 |
| Stephen L. Bossay | 132.90 | 110.00 | $14,619.00 |
| Warren H Smith | 2.20 | 275.00 | $605.00 |