## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 29, 2003** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD
## FROM JULY 1, 2003 THROUGH JULY 31, 2003

Name of Applicant: Lukins & Annis, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: July 1, 2003 through
July 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 56,280.00

Amount of Expenses Reimbursement: $ 5,564.54

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | Approved | Approved |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | Approved | Approved |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | Approved | Approved |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | Approved | Approved |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | Approved | Approved |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | Approved | Approved |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | Approved | Approved |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |

This is the eleventh Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 98.1 | $36,297.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 10.0 | $792.00 |
| TOTALS | | | | | 108.1 | $37,089.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 121.2 | $18,180.00 |
| Samantha Batorson | Legal Asst. | 10 | Litigation | $80 | 11.5 | $920.00 |
| Sarah R. Capelli | Legal Intern | 6 months | Litigation | $70 | 1.3 | $91.00 |
| TOTALS | | | | | 134.0 | $19,191.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 6.8 Hours | $ 408.00 |
| 22-ZAI Science Trial | 235.3 Hours | $55,872.00 |
| TOTALS | 242.1 Hours | $56,280.00 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | $ 266.38 |
| Telephone Expense | $ 64.41 |
| Telephone Expense – Outside | $ 611.14 |
| Facsimile ($1.00 per page) | $ 11.00 |
| Postage Expense | $ 23.27 |
| Courier & Express Carriers | $ 1,023.06 |
| In-House Duplicating / Printing ($.15 per page) | $ 2,514.15 |
| Outside Duplicating / Printing (color photocopies) | $ 12.75 |
| Lodging | |
| Transportation | |
| Air Travel Expense | $ 57.50 |
| Taxi Expense | |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 10.00 |
| Parking | |
| General Expense | |
| Expert Services | $ 860.00 |
| Books/Videos | |
| Other (Explain): Deposition Transcript | |
| Total: | $ 5,564.54 |

Dated:   October 9, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

Additional Special Counsel for ZAI
Claimants

## VERIFICATION

STATE OF WASHINGTON     )
                                )

COUNTY OF SPOKANE       )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this ___8___ day of __Oct.__, 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: ___9/10/06___



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 29, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

# TIME REPORT

Lukins & Annis, P.S.

Time Period 07/01/2003 - 07/31/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| 07/10/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ | 60.00  $ | 408.00 |
| | | **SUBTOTAL** | **6.80** | | **$** | **408.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| 07/01/03 | DWS | Complete initial draft of Summary Judgment brief (3.1); review additional exhibit supplied by paralegal for potential inclusion (1.1); review additional legal authority regarding COL questions and applicability of discovery rule to CPA claims (2.0). | 6.20 | $ | 370.00  $ | 2,294.00 |
| 07/01/03 | KLB | Review documents for key exhibits to use in Consumer Protection briefing/factual section relating to issue that Zonolite contains/releases asbestos (2.5); continue review of Grace expert depositions and deposition of Hamilton for references that Zonolite contains/releases asbestos and marketing strategies of WR Grace (4.0); Revise exhibit relating to State Analysis of Private Rights of Action under Consumer Protection laws (.5). | 7.00 | $ | 150.00  $ | 1,050.00 |
| 07/01/03 | SAB | Prepare Fee and Cost Application for April. | 0.50 | $ | 80.00  $ | 40.00 |
| 07/02/03 | DWS | Review and revise Summary Judgment briefing (5.5); review and revise comprehensive analysis of applicable state CPA statutes (2.1); draft and revise Motion regarding Summary Judgment (.5); meeting with paralegal regarding service issues and preparation of supporting materials (.5). | 8.60 | $ | 370.00  $ | 3,182.00 |
| 07/02/03 | KLB | Shepardize cases in summary judgment brief (.7); cite check and revisions to summary judgment brief (2.0); revisions to | 10.70 | $ | 150.00  $ | 1,605.00 |

| Date | Timekeeper | Description | Hours | | Hourly Rate | | Total |
|------|-----------|-------------|-------|---|-------------|---|-------|
| | | illustrative exhibits (3.5); preparation of exhibit showing production figures and legend (1.0); insert references from brief regarding Grace practices into illustrative exhibit (.5); work on exhibits to summary judgment brief (3.0). | | | | | |
| 07/03/03 | DWS | Final revisions and review for signature brief supporting Summary Judgment (3.0); final revisions to multiple appendices to Motion (2.2); final revisions and review for signature Motion regarding Summary Judgment (.4): review final compilation of supporting materials and affidavit regarding same (.4); meeting with staff regarding service issues and filing issues (.4). | 6.40 | $ | 370.00 | $ | 2.368.00 |
| 07/03/03 | KLB | Revisions to Appendices to Brief (1.5); final review and revisions to summary judgment brief (2.0); prepare Table of Contents to Brief Appendices (.7); prepare Declaration of Darrell W. Scott in support of summary judgment Memorandum (1.3); prepare exhibit showing product packaging regarding 100% vermiculite marketing (.5); supervision of compilation of summary judgment documents for filing and service (1.0). | 7.00 | $ | 150.00 | $ | 1,050.00 |
| 07/07/03 | DWS | Review Summary Judgment brief regarding property damage claims claim administration issues (.5); meeting with paralegal regarding service and filing issues regarding all Summary Judgment motion pleadings (.4); phone call to co-counsel regarding filing and service issues (.2); follow-up with paralegal regarding filing and service matters (.2); review motions regarding modification to Special Counsel budgets (.1); review and correct monthly fee and cost statements for submission (.3); draft letter regarding ZAI property contamination claims (.3). | 2.00 | $ | 370.00 | $ | 740.00 |
| 07/07/03 | KLB | Preparation of exhibits and pleadings for service on interested parties. | 2.50 | $ | 150.00 | $ | 375.00 |
| 07/07/03 | KLB | Email from Ralph Busch; organization of consumer protection research. | 1.00 | $ | 150.00 | $ | 150.00 |

| Date | Timekeeper | Description | Hours | | Hourly Rate | | Total |
|------|------------|-------------|-------|---|-------------|---|-------|
| 07/08/03 | DWS | Review Daubert briefing regarding Dr. Lee testimony (.4); follow-up with local counsel and staff regarding service issues (.4); meeting with litigation team regarding case assignments (.3). | 1.10 | $ | 370.00 | $ | 407.00 |
| 07/08/03 | KLB | Draft letter to Court (.1); revisions to partial summary judgment brief to include table of contents and authorities (1.5); review of Bureau of Mines information regarding production statistics (.5): office conference regarding service and filing issues (.4); Meeting with partner regarding upcoming briefing and preparation for science trial (.5). | 3.00 | $ | 150.00 | $ | 450.00 |
| 07/08/03 | SAB | Continue to prepare Fee and Cost Application for April. | 0.50 | $ | 80.00 | $ | 40.00 |
| 07/09/03 | DWS | Phone call to co-counsel regarding briefing issues. | 0.20 | $ | 370.00 | $ | 74.00 |
| 07/09/03 | KLB | Additional legal research on claimant state laws regarding damages to real property and consumer protection laws (2.0); legal research regarding harm (2.0). | 4.00 | $ | 150.00 | $ | 600.00 |
| 07/10/03 | DWS | Study Grace motion briefing and exhibits regarding exclusion of evidence (1.1); study Grace motion briefing and exhibits regarding Summary Judgment (1.4); phone call to co-counsel regarding same (.2); meeting with paralegal regarding research tasks (.3). | 3.00 | $ | 370.00 | $ | 1,110.00 |
| 07/10/03 | KEK | Investigative work in Libby, Montana. | 2.70 | $ | 120.00 | $ | 324.00 |
| 07/10/03 | KLB | Legal research regarding causation (1.0); research regarding injury to property (1.2); research regarding relevancy (1.3); work on compilation of claimant state summary regarding damages under consumer protection laws (1.0). | 4.50 | $ | 150.00 | $ | 675.00 |
| 07/10/03 | SAB | Review and revise Fee and Cost Application for April. | 1.00 | $ | 80.00 | $ | 80.00 |
| 07/11/03 | DWS | Legal research regarding authority cited in Grace brief in support of summary judgment (2.2); review and revise responses to fee auditor regarding costs items (.3); phone call | 2.90 | $ | 370.00 | $ | 1,073.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | from co-counsel regarding responsive briefing issues (.4). | | | | |
| 07/11/03 | KEK | Draft investigation memo regarding Libby investigations. | 0.50 | $ 120.00 | $ | 60.00 |
| 07/14/03 | DWS | Outline research responsibilities regarding response to Motion in Limine (.3); meeting with paralegal regarding research tasks (.3). | 0.60 | $ 370.00 | $ | 222.00 |
| 07/14/03 | KLB | Review of August and September 2002 transcripts regarding scope of science trial relating to risk of harm standard (1.5); meet with partner regarding additional legal research needed (.3); review and shepardize economic loss key case law (1.8); review Rule 402 and begin research regarding standards for relevancy (1.0); review Grace memorandum regarding Kilpatrick (.4); review and shepardize Restatement 904 (.5). | 5.50 | $ 150.00 | $ | 825.00 |
| 07/15/03 | DWS | Draft outline of responsive brief and conduct preliminary research regarding response to Motion in Limine regarding Kilpatrick (3.4); work regarding response to fee auditor's inquiry (.2); phone conference with ZAI counsel regarding case status (.1). | 3.70 | $ 370.00 | $ | 1,369.00 |
| 07/15/03 | KLB | Prepare summary regarding scope of ZAI Science Trial regarding risk of harm from transcripts, Orders, and Grace's representations regarding same (1.4); legal research of claimant states' positions relating to economic loss and position regarding East River Steamship decision (4.0); begin summary with excerpts from key claimant state decisions relating to economic loss issues (.6). | 6.00 | $ 150.00 | $ | 900.00 |
| 07/15/03 | SAB | Review and revise Fee and Cost Application for April. | 1.00 | $ 80.00 | $ | 80.00 |
| 07/16/03 | DWS | Phone call from co-counsel regarding mediation issues (.2); study research materials supplied regarding pending Grace motions (2.1). | 2.30 | $ 370.00 | $ | 851.00 |
| 07/16/03 | KLB | Legal research regarding claimant states' position on economic loss and East River Steamship, including preparation of analysis | 5.50 | $ 150.00 | $ | 825.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|------|------|------|
| | | and summary of same. | | | | | |
| 07/16/03 | SAB | Review and revise Fee and Cost Application for April. | 1.00 | $ | 80.00 | $ | 80.00 |
| 07/17/03 | DWS | Work regarding preparation of final fee and cost application (.3); study legal memorandum and case law appendicees regarding responsive briefing to Grace Motion in Limine (2.3). | 2.60 | $ | 370.00 | $ | 962.00 |
| 07/17/03 | KLB | Meet with partner regarding additional research (.2); review Barbanti transcript regarding Grace attorney argument regarding damages (.8); begin review of April and May 2002 transcripts for testimony regarding causation (1.0). | 2.00 | $ | 150.00 | $ | 300.00 |
| 07/17/03 | SAB | Finalize Fee and Cost Application for April. | 2.00 | $ | 80.00 | $ | 160.00 |
| 07/18/03 | DWS | Phone call to and from co-counsel regarding mediation issues (.2); final review for signature of monthly fee and cost petitions (April) (.2); review and audit pro formas regarding May fee and costs petitions (.3); continued legal research regarding response to Grace Motion in Limine (3.9); phone call to consultant regarding ZAI claim issue (.2). | 4.80 | $ | 370.00 | $ | 1,776.00 |
| 07/18/03 | KLB | Review of hearing transcripts regarding scope of Science Trial and risk of harm/causation discussions (2.0); continue research relating to damages for decrease property values in consumer protection context (2.5); begin legal research regarding Evidence rule 401 and 402 and standards of relevancy (1.0); pull case law regarding asbestos removal cases (.5). | 6.00 | $ | 150.00 | $ | 900.00 |
| 07/18/03 | SAB | Prepare Fee and Cost Application for May. | 2.00 | $ | 80.00 | $ | 160.00 |
| 07/21/03 | DWS | Phone conference with expert regarding causation issues (.1); research regarding Grace's Motion to Exclude Testimony of Dr. Kilpatrick (4.1); work on draft of responsive brief (1.4); examine exhibit materials for inclusion in responsive brief (1.3). | 6.90 | $ | 370.00 | $ | 2,553.00 |
| 07/21/03 | KLB | Legal research in claimant states relating to consumer protection laws and property damages. | 5.50 | $ | 150.00 | $ | 825.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 07/21/03 | SAB | Review and revise Fee and Cost Application for May. | 1.00 | $ 80.00 | $ 80.00 |
| 07/22/03 | DWS | Legal research regarding damages in CPA claims (1.2); legal research regarding relevancy and materiality standards (.7); phone call to expert regarding response to Grace's Motion in Limine (.4): work on draft of responsive brief (1.1); legal research regarding present vs. future claims issues and accrual of property damage claims (2.2). | 5.60 | $ 370.00 | $ 2,072.00 |
| 07/22/03 | KLB | Review digests of case law relating to Evidence Rules 401 and 402 and relevant evidence and prepare summary regarding same (4.0): continue legal research regarding damages to real property, include diminution of property damage (2.0); review Am Jur. articles on damages to real property (1.5). | 7.50 | $ 150.00 | $ 1,125.00 |
| 07/22/03 | SAB | Finalize Fee and Cost Application for May. | 2.00 | $ 80.00 | $ 160.00 |
| 07/23/03 | DWS | Review legal memorandum and research regarding compensable CPA claims and causation issues (3.2); review legal memorandum and research regarding environmental contamination claims in preparation for response to Grace Motion in Limine (3.7); research regarding public announcements regarding ZAI risk (2.2). | 9.10 | $ 370.00 | $ 3,367.00 |
| 07/23/03 | KLB | Review Washington case law and preparation of summary relating to real property damages allowable under Washington law (4.0): continue legal research regarding consumer protection cases relating specifically to property damages (1.5). | 5.50 | $ 150.00 | $ 825.00 |
| 07/23/03 | SRC | Visit to Gonzaga Law Library to copy law review articles. | 1.30 | $ 70.00 | $ 91.00 |
| 07/24/03 | DWS | Study memorandum and legal research regarding loss of use and diminished property values as compensable harm (3.1); continued work drafting memorandum opposing Grace Motion in Limine (3.3); review memorandum and legal research regarding relevancy standards (.4); research regarding ZAI claimant state law economic loss issues as related to Kilpatrick testimony | 8.60 | $ 370.00 | $ 3,182.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | (1.1); work on fee and costs submittal issues (.2); phone conference with expert regarding ZAI claim (.5). | | | |
| 07/24/03 | KLB | Internet research regarding public agency advisories relating to minimizing/avoiding exposure to Asbestos (2.5); review case law and legal research relating to property damages issues for response to Summary Judgment Grace brief (3.0). | 5.50 | $ 150.00 | $ 825.00 |
| 07/25/03 | DWS | Study memorandum and legal research regarding causation of property detriment cases in preparation of response to Motion in Limine. | 2.40 | $ 370.00 | $ 888.00 |
| 07/25/03 | KLB | Continue legal research regarding consumer protection actions relating to property damage (3.5); review law review articles relating to asbestos property damage (1.5); research and prepare summary of general definitions relating to causation and damages (1.0). | 6.00 | $ 150.00 | $ 900.00 |
| 07/28/03 | DWS | Attend Omnibus hearing regarding Motion for additional fees and costs (.5); meeting with paralegal regarding research pertinent to responsive motion (.3); prepare task assignments for litigation team (.2); work on draft of Response to Motion to Strike Kilpatrick testimony (2.0); review Grace Objections to Barbanti and Busch claims based on duplication (.2); research regarding potential need for response (.3). | 3.50 | $ 370.00 | $ 1,295.00 |
| 07/28/03 | KLB | Review and summarize key topics of numerous cases and law reviews relating to asbestos contamination and allowable damages (6.5); office conference regarding review of Proof of Claim objections for ZAI claimants (.5); review transcripts regarding science trial excerpts for brief (.5). | 7.50 | $ 150.00 | $ 1.125.00 |
| 07/29/03 | DWS | Work on responsive brief regarding Grace Motion in Limine regarding expert opinions and conduct additional legal research regarding same (5.5); work on fee and costs petition (.2); phone call to Rob Turkewitz regarding consolidation issues (.3). | 6.00 | $ 370.00 | $ 2,220.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|-----|------|------|
| 07/29/03 | KLB | Review homeowner depositions for excerpts for briefing regarding purchasing of a home with Zonolite (1.0); prepare summary of Montana case law regarding general real property damage (1.5); further legal research regarding application of consumer protection laws to property damages (2.0). | 4.50 | $ | 150.00 | $ | 675.00 |
| 07/30/03 | DWS | Phone call from Rob Turkewitz regarding mediation and briefing (.4); complete work on initial draft of responsive brief regarding Motion to Exclude Kilpatrick testimony (3.7); continued legal research regarding summary judgment matters (2.7). | 6.80 | $ | 370.00 | $ | 2,516.00 |
| 07/30/03 | KLB | Review and revise Responsive Brief to Grace's Motion in Limine to Exclude evidence, including cite check and checking of quotes (5.0); review additional agency advisories for inclusion in brief (1.5); additional legal research on property damages issues for briefing (2.0). | 8.50 | $ | 150.00 | $ | 1,275.00 |
| 07/30/03 | SAB | Prepare Fee and Cost Application for June. | 0.50 | $ | 80.00 | $ | 40.00 |
| 07/31/03 | DWS | Review and revise responsive brief regarding Motion to Consolidate (.8); phone call to co-counsel regarding mediation issues and briefing issues (.3); phone call from co-counsel regarding consolidation briefing issues (.2); phone call from John Kilpatrick regarding briefing issues (.1); phone conference with John Kilpatrick regarding response to Motion to Exclude Testimony (.3); continued legal research regarding case law applicable to responsive brief (3.1). | 4.80 | $ | 370.00 | $ | 1,776.00 |
| 07/31/03 | KLB | Additional legal research regarding nuisance laws (1.0); review and revise Responsive Brief to Grace's Motion in Limine to Exclude Evidence(2.5); revise Declaration of Homeowner Wiens and office conference with associate regarding same (.5); review homeowner depositions for excerpts to include in Brief (1.8); telephone conference and provide packaging information to co-counsel (.2). | 6.00 | $ | 150.00 | $ | 900.00 |
| | | **SUBTOTAL** | **235.30** | | | $ | **55,872.00** |
| | | **TIME TOTAL:** | **242.10** | | | $ | **56,280.00** |

# COST REPORT

Lukins & Annis, P.S.

Time Period 07/01/2003 - 07/31/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|:------:|------|
| 07/01/03 | Long Distance Charges | $ | 1.35 |
| 07/01/03 | Long Distance Charges | $ | 2.02 |
| 07/01/03 | Photocopies | $ | 16.65 |
| 07/01/03 | Photocopies | $ | 39.00 |
| 07/02/03 | Photocopies | $ | 54.00 |
| 07/02/03 | Photocopies | $ | 11.70 |
| 07/02/03 | Photocopies | $ | 144.15 |
| 07/02/03 | Photocopies | $ | 6.15 |
| 07/02/03 | Photocopies | $ | 9.45 |
| 07/02/03 | Photocopies | $ | 17.10 |
| 07/02/03 | Photocopies | $ | 33.60 |
| 07/02/03 | Photocopies | $ | 1.20 |
| 07/02/03 | Photocopies | $ | 16.65 |
| 07/03/03 | Long Distance Charges | $ | 0.67 |
| 07/03/03 | Long Distance Charges | $ | 0.67 |
| 07/03/03 | Long Distance Charges | $ | 0.67 |
| 07/03/03 | Photocopies | $ | 79.80 |
| 07/03/03 | Photocopies | $ | 50.40 |
| 07/03/03 | Photocopies | $ | 5.25 |
| 07/03/03 | Photocopies | $ | 42.00 |
| 07/03/03 | Photocopies | $ | 1.50 |
| 07/03/03 | Photocopies | $ | 2.40 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 07/03/03 | Photocopies | $ | 10.80 |
| 07/03/03 | Photocopies | $ | 2.40 |
| 07/03/03 | Photocopies | $ | 20.10 |
| 07/03/03 | Photocopies | $ | 3.60 |
| 07/03/03 | Photocopies | $ | 9.90 |
| 07/03/03 | Photocopies | $ | 22.80 |
| 07/07/03 | Long Distance Charges | $ | 1.35 |
| 07/07/03 | Long Distance Charges | $ | 1.35 |
| 07/07/03 | Long Distance Charges | $ | 1.35 |
| 07/07/03 | Long Distance Charges | $ | 1.35 |
| 07/07/03 | Long Distance Charges | $ | 0.67 |
| 07/07/03 | Long Distance Charges | $ | 1.35 |
| 07/07/03 | Photocopies | $ | 51.75 |
| 07/07/03 | Photocopies | $ | 83.70 |
| 07/07/03 | Photocopies | $ | 429.30 |
| 07/07/03 | Photocopies | $ | 333.45 |
| 07/07/03 | Photocopies | $ | 3.00 |
| 07/07/03 | Photocopies | $ | 17.25 |
| 07/08/03 | Long Distance Charges | $ | 0.67 |
| 07/08/03 | Long Distance Charges | $ | 1.35 |
| 07/08/03 | Long Distance Charges | $ | 8.79 |
| 07/08/03 | Long Distance Charges | $ | 1.35 |
| 07/08/03 | Photocopies | $ | 48.75 |
| 07/08/03 | Photocopies | $ | 85.05 |

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 07/08/03 | Photocopies | $ | 3.30 |
| 07/08/03 | Photocopies | $ | 201.30 |
| 07/08/03 | Photocopies | $ | 1.80 |
| 07/09/03 | Long Distance Charges | $ | 1.35 |
| 07/09/03 | Long Distance Charges | $ | 4.73 |
| 07/09/03 | Photocopies | $ | 0.45 |
| 07/10/03 | Photocopies | $ | 0.15 |
| 07/10/03 | Photocopies | $ | 226.65 |
| 07/10/03 | Photocopies | $ | 0.15 |
| 07/10/03 | Photocopies | $ | 1.20 |
| 07/10/03 | Long Distance Charges | $ | 0.67 |
| 07/10/03 | Long Distance Charges | $ | 1.35 |
| 07/10/03 | Mileage - Kelly E. Konkright roundtrip to Libby, Montana for investigative work | $ | 110.88 |
| 07/10/03 | Meals - Kelly E. Konkright in Libby, Montana for investigative work | $ | 10.00 |
| 07/11/03 | Photocopies | $ | 1.35 |
| 07/11/03 | Photocopies | $ | 0.30 |
| 07/11/03 | Photocopies | $ | 1.50 |
| 07/11/03 | Long Distance Charges | $ | 1.35 |
| 07/14/03 | Photocopies | $ | 1.20 |
| 07/14/03 | Long Distance Charges | $ | 1.35 |
| 07/14/03 | Color Photocopies | $ | 12.75 |
| 07/15/03 | Photocopies | $ | 0.60 |
| 07/15/03 | Photocopies | $ | 50.85 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 07/15/03 | Photocopies | $ | 2.40 |
| 07/15/03 | Photocopies | $ | 0.30 |
| 07/15/03 | Long Distance Charges | $ | 2.02 |
| 07/16/03 | Photocopies | $ | 101.25 |
| 07/16/03 | Photocopies | $ | 3.30 |
| 07/16/03 | Photocopies | $ | 0.30 |
| 07/16/03 | Photocopies | $ | 6.30 |
| 07/16/03 | Photocopies | $ | 12.60 |
| 07/16/03 | Photocopies | $ | 1.20 |
| 07/16/03 | Photocopies | $ | 1.20 |
| 07/16/03 | Photocopies | $ | 20.55 |
| 07/16/03 | Photocopies | $ | 3.60 |
| 07/17/03 | Expert Fees - - Lab/Cor, Inc. | $ | 860.00 |
| 07/17/03 | Photocopies | $ | 0.90 |
| 07/17/03 | Long Distance Charges | $ | 1.35 |
| 07/18/03 | Postage | $ | 7.90 |
| 07/18/03 | Postage | $ | 2.12 |
| 07/18/03 | Long Distance Charges | $ | 0.67 |
| 07/18/03 | Photocopies | $ | 0.45 |
| 07/18/03 | Photocopies | $ | 0.15 |
| 07/18/03 | Photocopies | $ | 0.15 |
| 07/21/03 | Photocopies | $ | 0.45 |
| 07/21/03 | Long Distance Charges | $ | 0.67 |
| 07/22/03 | Photocopies | $ | 0.30 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 07/22/03 | Photocopies | $ | 2.40 |
| 07/22/03 | Photocopies | $ | 0.30 |
| 07/22/03 | Photocopies | $ | 1.80 |
| 07/22/03 | Photocopies | $ | 0.45 |
| 07/22/03 | Long Distance Charges | $ | 3.49 |
| 07/22/03 | Plane Fare - Travel Agent Fee for 7/22/03 scheduled hearing (hearing was canceled) | $ | 25.00 |
| 07/22/03 | Plane Fare - Non-refundable portion of plane ticket for 7/22/03 scheduled hearing (hearing was canceled) | $ | 32.50 |
| 07/22/03 | Legal Research - - The Social Law Library Boston, MA | $ | 223.50 |
| 07/23/03 | Photocopies | $ | 4.20 |
| 07/23/03 | Photocopies | $ | 0.45 |
| 07/23/03 | Photocopies | $ | 35.70 |
| 07/23/03 | Photocopies | $ | 10.80 |
| 07/23/03 | Photocopies | $ | 1.95 |
| 07/23/03 | Photocopies | $ | 1.05 |
| 07/23/03 | Photocopies | $ | 5.10 |
| 07/24/03 | Telecopier Service (11 pages) (07/24/03 is posting date) | $ | 11.00 |
| 07/24/03 | Courier Service | $ | 5.00 |
| 07/24/03 | Legal Research - - University of Colorado Law Library | $ | 31.50 |
| 07/24/03 | Photocopies | $ | 11.55 |
| 07/24/03 | Photocopies | $ | 37.20 |
| 07/24/03 | Photocopies | $ | 3.00 |
| 07/25/03 | Federal Express Postage | $ | 30.59 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 07/25/03 | Federal Express Postage | $ | 30.59 |
| 07/25/03 | Federal Express Postage | $ | 28.08 |
| 07/25/03 | Federal Express Postage | $ | 30.59 |
| 07/25/03 | Federal Express Postage | $ | 29.97 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 26.90 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 29.83 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 30.45 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 22.94 |
| 07/25/03 | Federal Express Postage | $ | 22.94 |
| 07/25/03 | Federal Express Postage | $ | 17.52 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|----------|-----------------|------------|--|
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 26.90 |
| 07/25/03 | Federal Express Postage | $ | 19.82 |
| 07/25/03 | Federal Express Postage | $ | 22.94 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 19.82 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Federal Express Postage | $ | 20.23 |
| 07/25/03 | Postage | $ | 13.25 |
| 07/25/03 | Photocopies | $ | 7.80 |
| 07/25/03 | Photocopies | $ | 4.80 |
| 07/25/03 | Photocopies | $ | 8.55 |
| 07/25/03 | Photocopies | $ | 2.40 |
| 07/25/03 | Photocopies | $ | 2.40 |
| 07/25/03 | Photocopies | $ | 2.85 |
| 07/25/03 | Photocopies | $ | 14.40 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|------|-------------|------|---|
| 07/28/03 | Conference Call 5/13/03 (posted 7/28/03) | $ | 186.82 |
| 07/28/03 | Conference Call 5/20/03 (posted 7/28/03) | $ | 143.51 |
| 07/28/03 | Conference Call 5/23/03 (posted 7/28/03) | $ | 50.50 |
| 07/28/03 | Conference Call 5/27/03 (posted 7/28/03) | $ | 15.71 |
| 07/28/03 | Conference Call 6/03/03 (posted 7/28/03) | $ | 166.23 |
| 07/28/03 | Conference Call 6/10/03 (posted 7/28/03) | $ | 48.37 |
| 07/28/03 | Long Distance Charges | $ | 1.35 |
| 07/29/03 | Photocopies | $ | 45.15 |
| 07/29/03 | Photocopies | $ | 0.15 |
| 07/29/03 | Photocopies | $ | 0.45 |
| 07/29/03 | Photocopies | $ | 0.30 |
| 07/29/03 | Photocopies | $ | 0.45 |
| 07/29/03 | Long Distance Charges | $ | 1.35 |
| 07/29/03 | Long Distance Charges | $ | 0.67 |
| 07/30/03 | Photocopies | $ | 0.60 |
| 07/30/03 | Photocopies | $ | 2.40 |
| 07/31/03 | Photocopies | $ | 0.90 |
| 07/31/03 | Photocopies | $ | 2.55 |
| 07/31/03 | Photocopies | $ | 3.00 |
| 07/31/03 | Long Distance Charges | $ | 10.14 |
| 07/31/03 | Long Distance Charges | $ | 2.22 |
| 07/31/03 | Long Distance Charges | $ | 2.70 |
| 07/31/03 | Long Distance Charges | $ | 2.02 |
| 07/31/03 | Westlaw/Computer Research | $ | 11.38 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| | Total | $ | 5,564.54 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on October 9, 2003 service of the foregoing:

- **Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAl Additional Special Counsel for the Interim Period from July 1, 2003 through July 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.


Dated: Wilmington, Delaware
     October 9, 2003                    */s/ William D. Sullivan*
                                        William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899