**INVOICE**
**W. D. HILTON, JR.**
**MAY - AUGUST 2002**

TO:     Bilzin Sumberg Dunn Baena Price & Axelrod LLP
        Attn:  Scott L. Baena, Esquire
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131-2336

FROM:   W. D. Hilton, Jr.
        P. O. Box 1013
        Greenville, Texas 75403-1013

| Date: | Hours: | Description of Work: | Rate: $400 |
|---|---|---|---|
| 5/30/2002 | 0.25 | Telephone discussion w/D Speights re:  Zonolite | $ 100.00 |
| | 0.25 | Total Hours for May - August 2002 | $ 100.00 |
| | | TOTAL DUE | $ 100.00 |

fee detail.XLSAug 2002
10/9/20034:07 PM