# EXHIBIT A

ORDINARY COURSE PROFESSIONALS

| Name | Address | Description of Services Rendered | Total Compensation Through September 30, 2003 |
|---|---|---|---|
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211<br>Arlington, VA 22202 | Intellectual Property Law | $ 54,432.85 |
| Arthur Andersen LLP | 1345 Avenue of the Americas<br>New York, NY 10105 | Human Resource Consulting | $ 166,291.00 |
| Baker & McKenzie | One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Tax Law | $ 170,097.87 |
| Baker & McKenzie | 815 Connecticut Avenue, NW<br>Washington, D.C. 20036 | International Law/General Litigation | $ 151.17 |
| Baker Botts LLP | P.O. Box 201626<br>Houston, TX 77216-1626 | General Litigation | $ 2,196.75 |
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW<br>Suite 800<br>Washington, DC 20004 | Lobbyist/Government Relations | $ 479,232.21 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Intellectual Property Law | $ 814.03 |
| Beveridge & Diamond, P.C. | 1350 I Street, NW<br>Washington, DC 20005-3311 | Environmental Law | $ 172,115.84 |
| Bowe & Fernicola LLC | 2 Bridge Ave, Bldg 6, 3rd Floor<br>Red Bank, NJ 07701 | Real Estate Litigation | $ 145,830.34 |
| Bradley & Riley | PO Box 2804<br>Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $ 927.88 |
| Cabinet Weinstein | 56 A, Rue du Faubourg<br>Saint-Honore, Paris 75008<br>France | Intellectual Property Law | $ 20,678.83 |
| Cahill Gordon & Reindel | Eighty Pine St.<br>New York, NY 10005 | Asbestos Litigation | $ 24,355.39 |
| Cambridge Environmental | 58 Charles Street, 3d Floor<br>Cambridge, MA 02141 | Environmental | $ 34,282.13 |
| Cardwell Conner PC | 219 A East Washington St<br>Greenville, SC 29601 | Environmental | $ 8,873.49 |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein | 6 Becker Farm Road<br>Roseland, NJ 07068 | Real Estate Law | $ 245,825.97 |
| Casner & Edwards, LLP | One Federal Street, 27th Floor<br>Boston, MA 02110 | Bodily Injury Litigation/ Employment Law | $ 161,860.34 |
| Connell Foley & Geiser | 85 Livingston Ave.<br>Roseland, NJ 07068 | Bodily Injury Litigation | $ 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200<br>Ridgeland, MS 39157 | General Litigation | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | International Trade Law | $ 22,183.49 |
| Cowles & Thompson | 901 Main Street, Suite 4000<br>Dallas, TX 75202-3793 | Bodily Injury Litigation | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP | 1400 Two Houston Center<br>909 Fannin<br>Houston, TX 77010-1006 | General Litigation | $ 3,478.11 |
| Craig Jameson | 305 Middle Road<br>Brentwood, NH 03833 | General Litigation | $ 530.68 |
| Cummings & Lockwood. | 3001 Tamiami Trail North<br>Naples, FL 33941-3032 | Bodily Injury Litigation | $ 208,093.71 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street<br>P.O. Box 2223<br>Acton, MA 01720-6223 | Real Estate Law | $ 91,545.58 |
| Davis, Graham & Stubbs | 370 Seventeenth Street<br>Suite 4700<br>Denver, CO 80201-0185 | Corporate Law | $ 8,913.79 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000<br>Brussels, 1000<br>Belgium | General Litigation | $ 15,388.42 |
| Deloitte & Touche LLP, Nick Bubnovich | 4205 Collections Center Drive<br>Chicago, IL | Accounting Services | $ 200,280.00 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street<br>Chicago, IL 60606 | Corporate Law | $ 30,399.00 |
| Doherty Schuldhaus & Mohan | 219, 6203 - 28th Avenue<br>Edmonton, Alberta, T6L 6K3<br>Canada | Employment Law | $ - |
| Donohue, Sabo, Varley & Armstrong | P.O. Box 15056<br>Albany, NY 12212-5056 | Product Liability Litigation | $ - |

| Name | Address | Description of Services Rendered | Total Compensation Through September 30, 2003 |
|---|---|---|---|
| Dorsey & Whitney LLP | P.O. Box 1680<br>Minneapolis, MN 55480-1680 | Asbestos Law | $ 20,831.20 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W.<br>Washington, D.C. 2005-3315 | Intellectual Property Law | $ 59,783.57 |
| Flemming Zulack & Williamson | One Liberty Plaza<br>New York, NY 10006-1404 | Bodily Injury Litigation | $ 219,524.08 |
| Foley Hoag & Eliot | One Post Office Square<br>Boston, MA 02109 | Intellectual Property Law | $ 164,274.11 |
| Foss, Bowe & San Filippo | 225 Broad St.<br>Red Bank, NJ 07701 | Real Estate Litigation | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square<br>Lansing, MI 48933-2193 | Environmental Law | $ 3,512.63 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue<br>New York, NY 10022 | Immigration Law/H-R Consultant | $ 332,694.65 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street<br>New Orleans, LA 70163-3600 | Employment Litigation | $ 327.50 |
| Gannon, James P., Attorney at Law | 326 West State Street<br>Media, PA 19063-0902 | General Litigation | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine<br>Missoula, MT 59807-7909 | Bodily Injury Litigation | $ 133,762.40 |
| Gaucher & Associates | P. O. Box 30995<br>Walnut Creek, CA 94598 | Employment Law | $ 34,979.18 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | Real Estate Law | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3<br>Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ 3,766.83 |
| Goodwin, Procter & Hoar | Exchange Place<br>Boston, MA 02109-2881 | Real Estate Law/Environmental Litigation | $ 20,000.00 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue<br>40th Floor<br>New Orleans, LA 70170-0001 | Commercial Litigation | $ 11,119.04 |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | Real Estate Law | $ 56,612.01 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300<br>Weston, FL 33331 | Tax Accounting | $ 39,265.75 |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY 40289 | Environmental Law | $ 35,577.22 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA 90067 | Corporate Reorganization/Bankruptcy Law | $ 5,174.31 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500<br>West Palm Beach, FL 33401 | Corporate Law | $ 24,169.63 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA 02173 | Patent/Trademark Law | $ 40,245.18 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL 33394-3092 | General Tax Law | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center<br>Providence, RI 02903 | Employment Law | $ 832.50 |
| Hodge & Dwyer & Zeman | P.O. Box 5778<br>Springfield, IL 62705-5776 | Environmental Law | $ 21,849.65 |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL 33802-2092 | Florida Tax Matters | $ 15,720.40 |
| Horwood Marcus & Berk | 180 North LaSalle Street<br>Chicago, IL 60651 | Tax Law | $ 1,313.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206<br>Conshohogken, PA 19428 | Real Estate Law | $ 14,310.81 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive<br>Maplewood, MN 55109 | Bodily Injury Litigation | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B<br>Margate, FL 33063 | Insurance Consultant | $ 268,236.04 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive<br>Lake Charles, LA 70601 | Employment Law | $ 5,847.40 |
| Kalin, Diane | 167 Pope Road<br>Acton, MA 01720 | General Litigation | $ 63,712.50 |
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100<br>Washington, DC 20005-2327 | Intellectual Property Law | $ 223,067.36 |
| Keefer Wood Allen & Rahal | 210 Walnut Street<br>Harrisburg, PA 17108-1963 | Tax Law | $ 21,953.45 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West<br>Washington, DC 20001 | Environmental Law | $ 14,247.38 |
| Kingston & Hodnet | One McKinley Square<br>Boston, MA 02109 | Employment Law | $ 10,008.08 |

| Name | Address | Description of Services Rendered | Total Compensation Through September 30, 2003 |
|---|---|---|---|
| Lahive & Cockfield | 28 State Street, Boston, MA 02109 | Intellectual Property Law | $ 60,317.86 |
| Latham & Watkins | 53rd at Third, Suite 1000, New York, NY 10022-4802 | Lobbyist/Environmental Law | $ 427,720.02 |
| Lawson Lundell | 1600 Cathedral Place, 925 West Georgia Street, Vancouver, BC V6C 3L2, Canada | Environmental Law | $ 27,402.49 |
| Lerner, David, Littenberg, Krumholz & Mentlik, LLP | 600 South Avenue West, Westfield, NJ 07090 | Legal Services | $ 110,915.43 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200, Minneapolis, MN 55401-2179 | Asbestos Litigation | $ 19,049.38 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street, Regina, Saskatchewan 24P 4E9 Canada | Employment Litigation | $ 189.80 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500, Toronto, Ontario M5C 2Z1 | Employment Litigation | $ 4,439.40 |
| McConnell Valdes | 270 Munoz Rivera Avenue, San Juan, PR 00918 | Employment Litigation | $ 13,358.09 |
| McDermott, Will & Emery | 1850 K Street, N.W., Washington, DC 20006-2296 | Environmental Law | $ 83,347.40 |
| McGuire Woods Battle & Battle | Army and Navy Club Building, 1627 Eye Street, N.W., Washington, DC 20006 | General Litigation | $ 75.00 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300, Oklahoma City, OK 73102 | General Litigation | $ 1,935.90 |
| Melville & Sowerby | 2940 South 25th Street, Fort Pierce, FL 34981-5605 | Environmental Law | $ 1,115.63 |
| Morrison & Foerster | 1290 Avenue of the Americas, New York, NY 10104-8000 | Tax Law | $ 223,055.22 |
| Morrison, Mahoney & Miller, LLP | 100 Pearl Street, Hartford, CT 06103 | Environmental Law/Product Liability Law | $ - |
| Nelson Mullins Riley & Scarborough | 1330 Lady Street, Columbia, SC 29211 | Legal Services | $ 193,609.44 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8, Westborough, MA 01581 | Intellectual Property Law | $ 68,929.64 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110, Tallahassee, FL 32302-1110 | Environmental Law | $ 89,401.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757, Greenville, SC 29602; 3800 Atlantic Center, 1201 West Peachtree street, N.W., Atlanta, GA 30309 | Bodily Injury Litigation/Employee Benefit Law | $ 4,495.30 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300, Chicago, IL 60601 | Bodily Injury Litigation | $ 7,082.82 |
| Patton Boggs LLP | 2550 M Street, NW, Washington, DC 20037-1350 | Lobbyist | $ 93,838.53 |
| Perkins Coie | 1620 26th Street, Santa Monica, CA 90404 | Property Damage Litigation | $ 145,051.26 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center, Buffalo, NY 14203 | Environmental Law | $ 60,806.06 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave, Baltimore, MD 21209-3600 | Environmental Law | $ 4,500.00 |
| Pitney Hardin Kipp & Szuch | 200 Campus Drive, Florham Park, NJ 07932-0950 | Asbestos Litigation/Bankruptcy Law/Environmental/Real Estate | $ 104,084.23 |
| Plauche Smith and Nieset | 1123 Pithon Street, Lake Charles, LA 70602; East Bridge At Riverplace | Bodily Injury Litigation | $ 14,968.23 |
| Remmes, Richard G., Attorney | 115 Woolford Road, Wrentham, MA 02093 | Employment Law | $ 23,763.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court, Dallas, TX 75225 | Environmental Law | $ 195,646.98 |
| Rubin and Rudman LLP | 50 Rowes Wharf, Boston, MA 02110 | General Litigation | $ 16,494.23 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304, Miami, FL 33102 | General Litigation | $ 4,538.44 |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor, Philadelphia, PA 19102-2186 | Environmental Law | $ 1,423.70 |
| Seeler, Marcia D., Esquire | PO Box 3154, Wellfleet, MA 02667 | General Litigation | $ 170,631.50 |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200, Chicago, IL 60603-5803 | Employment Litigation | $ 100,557.32 |

| Name | Address | Description of Services Rendered | Total Compensation Through September 30, 2003 |
|---|---|---|---|
| Sidley & Austin | 1722 Eye Street, NW<br>Washington, DC 20006 | Environmental Law | $ 3,705.46 |
| Steptoe & Johnson LLP | 1330 Connecticut Ave N.W.<br>Washington, DC 20036-1795 | General Tax Law | $ 175,939.44 |
| Sterns & Weinroth | P.O. Box 1298<br>Trenton, NJ 08607-1298 | Environmental Law | $ 158,447.09 |
| Storslee Law Firm, P.C. | 1802 Allison Drive<br>Bismarck, ND 58501 | Bodily Injury Litigation | $ 722.82 |
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX 75250 | Bodily Injury Litigation | $ 3,525.46 |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL 33434 | Tax Consultant | $ 6,159.00 |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL 60694-1892 | Intellectual Property Law | $ 33.50 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD 20854 | Intellectual Property Law | $ 77,620.00 |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust<br>2 Hopkins Plaza<br>Towson, MD 21285-5517 | Bodily Injury Litigation/Benefits/Employment Law | $ 54,584.91 |
| Vertlieb, Anderson | 835 Granvilles Street # 200<br>Vancouver, BC, Canada V6Z 1K7 | Employment Law | $ 606.55 |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX 77002-6760 | Environmental Law | $ 8,989.16 |
| Wallace King Marraro & Branson, PLLC | 1050 Thomas Jefferson St N.W.<br>Washington, DC 20007 | Legal Services | $ 200,000.00 |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN 37219-8966 | Corporate Law | $ 46,462.86 |
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | Environmental Law/Tax Law | $ 82,241.49 |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | Environmental Law | $ 1,492.57 |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 | Intellectual Property/Litigation/Patent Law | $ 267,891.53 |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902 | Bodily Injury Litigation | $ 1,933.58 |
| Wyatt, Tarrant & Combs | Citizens Plaza<br>Louisville, KY 40202 | Employment Law | $ 3,420.74 |