W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 80549
October 9, 2003
02 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
Daniel D. Bayston, Managing Director
Duff & Phelps, LLC
311 South Wacker Drive
Suite 4200
Chicago, IL 60606

*First Class Mail*
State Street Bank and Trust Company
2 International Place
Boston, MA 02110