IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>           Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**LONDON MARKET INSURERS' OBJECTIONS TO DEBTORS' DISCLOSURE OF A CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE BETWEEN GRACE AND LONDON MARKET INSURERS IN DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMB COMPANIES**<br><br>**FILED UNDER SEAL** |

      These objections are filed on behalf of Certain Underwriters at Lloyd's, London and certain London Market Companies ("Underwriters and Companies"), who were parties to a Confidential Settlement Agreement and Release, effective September 26, 1996, between W.R. Grace & Co. and W.R. Grace & Co.-Conn. Specifically, Underwriters and Companies object to the disclosure of the September 26, 1996 Agreement in Debtor's Motion for an Order Approving the Privileged and Confidential Settlement Agreement and Release with the KWELMB Companies, dated September 22, 2003. This motion attaches as Exhibit "A" a copy of the September 26, 1996 Agreement, in violation of the confidentiality provisions of said agreement.

      Although Underwriters and Companies do not object to the settlement between Debtors and the KWELMB Companies, they object to Debtors' attachment of the September 26, 1996 agreement to their motion. Such disclosure breaches the undertaking among the parties to that

agreement to keep that agreement confidential.  Underwriters and Companies affirm their intention to continue to honor the Agreement and express their expectation that W.R. Grace & Co. and W.R. Grace & Co.-Conn. will do the same. Underwriters and Companies reserve the right to seek any appropriate relief, including damages, if any, which may result from this unauthorized disclosure.

DATED:      October 10, 2003

                                                 Respectfully submitted,

                                                 /s/ John S. Spadaro
                                                 John S. Spadaro, Esquire
                                                 Murphy Spadaro & Landon
                                                 824 Market Street
                                                 Suite 700
                                                 Wilmington, DE  19801
                                                 Tel:  (302) 654-4600
                                                 Fax:  (302) 654-4775

*Of Counsel*:
MENDES & MOUNT, LLP
Eileen T. McCabe, Esq.
Anna R. Newsom, Esq.
750 Seventh Avenue
New York, NY  10019
(212)261-8000

BAACH ROBINSON & LEWIS  PLLC
Joseph L. Ruby, Esq.
One Thomas Circle, NW, #200
Washington, DC 20005
(202) 833-8900

00105669                                              2