IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11
Case No. 01-01139 (JKF)
Jointly Administered

**FILED UNDER SEAL**

CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esquire, certify that on this 10th day of October 2003, copies of the foregoing **LONDON MARKET INSURERS' OBJECTIONS TO DEBTORS' DISCLOSURE OF A CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE BETWEEN GRACE AND LONDON MARKET INSURERS IN DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMB COMPANIES** were served upon counsel on the attached service list in the manner indicated.

**MURPHY SPADARO & LANDON**

 /s/ Francis J. Murphy
Francis J. Murphy
824 N. Market Street
Suite 700
Wilmington, DE  19801
Tel:  (302) 654-4600
Fax:  (302) 654-4775
Fmurphy@msllaw.com

00105667