**SERVICE LIST**
**SERVICE MADE BY FACSIMILE**

| TO | FIRM | FAX NUMBER |
|---|---|---|
| James H.M. Sprayregen, Esq. | Kirkland & Ellis, LLP | 312-861-2200 |
| Laura Davis Jones, Esq. | Pachulski, Stang, Ziehl, Young Jones & Weintraub P.C. | 302-652-4400 |
| Lewis Kruger, Esq. | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael R. Lastowski, Esq. | Duane, Morris & Heckscher, LLP | 302-657-4901 |
| Scott L. Baena, Esq. | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph, Esq. | Ferry & Joseph, P.A. | 302-575-1714 |
| Elihu Inselbuch, Esq. | Caplin & Drysdale | 212-644-6755 |
| Marla Eskin, Esq. | Campbell & Levine, LLC | 302-426-9947 |
| J. Douglas Bacon, Esq. | Latham & Watkins | 312-993-9767 |
| Steven M. Yoder, Esq. | The Bayard Firm | 302-658-6395 |
| Frank J. Perch, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| Thomas M. Mayer, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 |
| Teresa K.D. Currier, Esq. | Klett Rooney Lieber & Schorling | 302-552-4220 |

00105668