IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on the 13th day of October, 2003, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

> *Notice of Motion of the Debtors for an Order Authorizing the Debtors to Enter Into an Employment Agreement with the Prospective President and Chief Operating Officer of the Debtors;*
>
> *Motion of the Debtors for an Order Authorizing the Debtors to Enter Into an Employment Agreement with the Prospective President and Chief Operating Officer of the Debtors; and*
>
> *Proposed Order.*

_____
David W. Carickhoff (DE Bar No. 3715)

91100-001\DOCS_DE:61477.2