# EXHIBIT A

## Mr. Hamlin's Curriculum Vitae

# C. JUDSON HAMLIN
## OF COUNSEL

C. Judson Hamlin received his B.A. degree from Providence College in 1958. After military service Mr. Hamlin entered New York University School of Law in January 1961. He received his J.D. degree in June 1963 and commenced a judicial clerkship with the Honorable David D. Furman of the Superior Court of New Jersey. Mr. Hamlin was admitted to the New Jersey Bar and the Federal District Court Bar in 1963. He was later admitted to practice before the United States Supreme Court in 1968.

Following his clerkship Mr. Hamlin became involved in an active civil trial practice in tort, contract and land use matters. He served as counsel to the East Brunswick Planning Board for four years. After becoming a partner in the New Brunswick law firm of Hicks, Kuhlthau, Nagle and Hamlin, Mr. Hamlin appeared in banking matters before the New Jersey Department of Banking and the United States Controller of Currency.

In 1967 Mr. Hamlin was appointed to lead the first public defender program in Middlesex County. He served as Deputy Public Defender in charge of that office from 1967 to 1971 supervising attorneys, investigators and support staff. During that term Mr. Hamlin personally tried over 40 criminal cases to conclusion including seven first degree homicide indictments.

Following his service with the Public Defender Mr. Hamlin was appointed First Assistant Prosecutor of Middlesex County in 1971. In that capacity he led major investigations and personally tried high profile indictments and defendants. In 1974, Governor Brendan Byrne appointed Mr. Hamlin to be the Middlesex County Prosecutor in which position he served until 1978. During that tenure Mr. Hamlin conducted major public corruption probes and supervised a staff of thirty-five Assistant Prosecutors, fifty Detective/Investigators plus support staff. His responsibilities included budget management, media relations and coordination with State and Federal law enforcement agencies.

**Education:**
Providence College
  (B.A., 1958)
New York University
  School of Law
  (J.D., 1963)

**Admitted to Practice:**
U.S. District Court
  District of New
  Jersey
U.S. Supreme Court
Supreme Court
  of New Jersey

Governor Byrne appointed Mr. Hamlin to the Superior Court bench in 1978. While on the bench he served in both the Criminal and Civil Divisions. He concluded his judicial service as Presiding Judge of the Civil Division of Middlesex County for two and one half years and as Presiding Judge of the Chancery Division for two years. Judge Hamlin is the author of several published opinions.

During his judicial tenure, Mr. Hamlin was assigned statewide responsibility for complex Mass Tort matters. He managed statewide litigation involving breast implants, Norplant contraceptive devices, the Global Landfill, large scale environmental claims, the Durham Woods Gas pipeline explosion cases, and complex coverage actions. He presided over and successfully completed the Prudential Brokerage Class Actions filed in New Jersey. While on the bench Mr. Hamlin sat on several New Jersey Supreme Court Committees and was appointed by the late Chief Justice Robert Wilentz in 1993 to be the sole New Jersey representative on the Mass Tort Litigation Committee of the National Conference of State Chief Justices. Most recently he was appointed by Chief Justice Deborah Poritz to chair the Mass Tort Advisory Committee of the New Jersey Supreme Court.

Mr. Hamlin has been continuously involved in continuing legal education. As prosecutor, he was a frequent lecturer on criminal investigations and trial practice. On the bench, he was selected by his colleagues to lecture at the New Jersey Judicial College on managing complex litigation and environmental damage claims. He has lectured on numerous occasions for the Institute for Continuing Legal Education on a broad range of civil law topics. He continues to lecture on ADR subjects at the invitation of professional organizations.

Since his return to private practice Mr. Hamlin has been engaged in a broad practice area. In addition to a traditional ADR practice Mr. Hamlin has been selected to act as special master in a complex litigation involving mass torts and large scale coverage actions brought by Fortune 500 companies. He has successfully completed assignments as an allocation master in multi year, multi party coverage matters. Mr. Hamlin also served as Special Labor counsel to the County of Middlesex negotiating contracts with public employee unions and supervising the grievance/disciplinary system.

In 1999 Judge Louis Bechtle, of The United States District Court for the Eastern District of Pennsylvania appointed Mr. Hamlin to be the Interim Claims Administrator of the National Diet Drug Class Action Settlement Trust. Upon judicial approval of the Class Action Settlement Mr. Hamlin was appointed as Executive Director of Claims Administration for the Trust in which capacity he served through 2001. In that capacity he formulated claims procedures, supervised staff and interacted with the Courts, counsel for the parties and a 400,000 claimant base. At the conclusion of his tenure the Trust had paid out over $500 million in compensation as well as providing free Transthoracic Echocardiograms for 125,000 claimants.

After completing his Diet Drug assignment Mr. Hamlin returned to the Purcell firm. He continues to engage in an active ADR practice. Mr. Hamlin has been appointed by the Honorable Rosemary Gambardella, Chief Judge of the New Jersey Bankruptcy Court, to act as the Representative of Future Claimants in the G-1, asbestos Chapter XI matter. In addition, Mr. Hamlin's long involvement in mass torts has led to his appointment by Judge Alfred Wolin of the United States District Court for New Jersey to act as a special consultant/case manager in six asbestos chapter XI bankruptcy filings assigned to Judge Wolin by Chief Judge Becker of The United States Court of Appeals.

Mr. Hamlin was appointed as Compliance Master by the Superior Court of New Jersey in 2002 for the Cooper Tire $2 Billion national class action settlement which resolved consumer claims and reconfigured manufacturing, inspection and warranty practices nationwide. His duties include monitoring compliance, interpreting requirements of the settlement agreement and reporting to the Court.

In 2002 New Jersey Attorney General David Samson selected Mr. Hamlin to oversee the New Jersey Pension Fund's efforts to recoup its multi billion dollar losses. In that capacity he coordinated the selection of securities litigation firms retained by the State and supervised multi jurisdiction litigation in which the State of New Jersey became lead party in the five national class action filings. He currently continues in that assignment.

Mr. Hamlin is a member of the Middlesex County Bar Association, the New Jersey State Bar Association, The Association of the Federal Bar and the American Bar Association. He is a Life Fellow of the American Bar Foundation. He currently serves as a trustee of the Middlesex County Bar Association, the Trial Attorneys of New Jersey Association and is a member