10-6-03

Jacquelyn Potts   Case No.   Claim Number
              01-01139   8543 + 8542

To: Whom it may concern

I Jacquelyn F. Potts us Responses to Omnibus Objections and requested for at least $250,000 for my monies. I received a packet from W. R. Grace + Co. Omnibus 2 Exhibit and I would like to feel in the priority + unsecured with my figure of $250,000. I am sorry that I didn't meet the Aug 8, 2003 deadline, I was out of town for 2 months Aug + Sept helping take care of my sick father. So, will you please inform me of when will they start paying off the monies. And if you need any more information from me, feel free to call me.

Thank You
Jacquelyn F. Potts
(816) 966-0048 Hm
(816) 665-6935 cell