UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**W.R.GRACE CO.,** et aI.

Debtor.

Chapter 1

**Case** No. **01-1139 (JKF),** ~ gg,.

Jointly Administered

NOTICE OF SERVICE ---

I hereby certify that on this 16th day of April, 2003, I caused to be served by First Class

postage prepaid, two copies of the within Wesconn Company, Inc.'s First Requests for

Production, to the following attorney of record

Laura Davis *Jones,* Esquire
Pachulski Stang Ziehl Young & Jones, P.C. 919 North Market St., 16th Floor
PO Box 8705
Wilmington, DE 19801

Dated: ~/(,...~

WILLIAM W. ERHART, PA Is!
William W. Erhart (#2116) 800 King Street, Suite 302
PO Box 234
Wilmington, DE 19899-0234 (302) 651-0113
Attorney for Defendant.