UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

**In** re:

**W.R.GRACE CO., et aI.**

Debtor.

Chapter 11

Case No. **01-1139** (JKF), ~~.

Jointly Administered

NOTICE OF SERVICE

I hereby certify that on this 16th day of April, 2003, I caused to be served by First Class

Mail, postage prepaid, two copies of the within Wesconn Company, Inc.'s First Set of

Interrogatories to Plaintiffs, to the following attorney of record:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones, P.C. 919 North Market St., 16dt Floor
PO Box 8705
Wilmington. DE 19801

Dated:

*- ~ : & ~ . Q ~ - -*

**WILLIAM** W. ERHART, P A.

William W. Erhart (#2116) 800 King Street, Suite 302 PO Box 234
Wilmington, DE 19899-0234 (302) 651-0113
Attorney for Defendant.