**WILLIAM W. ERHART, P.A.**
Attorney at Law
800 King Street, Suite 302
P. O. Box 234
Wilmington, DE 19899-0234

*Tel~one: (J01) 651-OOIJ Te/«OPie: (301) 651-O3Jl*

**William W. Erhart Laura Beth Taylor.**

* Admitted in NJ only

June **4,** 2003

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones, P.C. 919 North Market St., 16tt\ Floor
PO Box 8705
Wilmington, DE 19801

In **Re** W.R. Grace Co. Case No.: **01-Ol139JKF**

**Dear** Ms. Jones:

We have not received W.R. Grace Co.'s answers to plaintiff Wesconn's first set of interrogatories and requests for production. Please forward your client's answers to our office within ten (10) days in order to avoid further delay.

Thank you for your kind consideration.

Very truly yours,

*Laura Beth Taylor*

Laura Beth Taylor

Christian J. Lane, Esquire  Mr. Tim Vellrath