AOL.COM I Message View

Subj: Grace/Wesconn
Date: 6/10/2003 10:01:09 AM Eastern Standard Time From: christian_Iane@chicago.kirkland.com
To: billerhart@aol.com
Sent from the Internet (Details)

Bill:

Please send the Discovery Request to this address. One other question: On what basis are we moving forward with the discovery? I had thought that no relief from stay had been granted.

Chris

****

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only *for* the use of the addressee. It is the property of Kirkland & Ellis. Unauthorized use, disclosure or copying of this communication or any part thereof is
strictly prohibited and may be unlawful. If you have
received this communication in error, please notify us immediately by return e-mail or bye-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************** -*******

**http:/** /webmail.ao l.com/fms~ew . adp **?folder=SU 5CTl g=&uid=6724340**

Page 1 of 1

6/11/2003

AOL.COM I Message View

Subj: Grace/W esconn
Date: 6/10/2003 10:01:09 AM Eastern Standard Time From: christian_Iane{@.chicago.kirkland.com
To: billerhart@aol.com
Sent from the Internet (Details)

Bill

Please send the Discovery Request to this address. One other question: On what basis are we moving forward with the discovery? I had thought that no relief from stay had been granted.

Chris
****************************************************** The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland &

Ellis. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or bye-mail to postmaste~kirkland.com, and destroy this communication and all copies thereof, including all attachments. *************************************************

http://webmail.aol.com/fmsgview.adp?folder-8USCTlg=&uid=6724340 -

Page 1 of 1

6/11/2003

Page 1 of 1

**Main Identi**

From: To:
Sent: Attach: Subject:

"taylort- <taylorl5@qwest.net> <christian_lane@chicago.kirkiand.com> Wednesday, June 11, 200312:53 PM
D's 1st Igas to P.doc; D's 1st RFP to D.doc Wesconn

Dear Mr. Lane,

Attached are the discovery requests that were served on the Debtor/Grace. Our basis for filing discovery is that our Proof of Claim was denied and we have the right to find out why our claim was denied.

Please call if you have any questions Thank you.
Beth Taylor
302-651-0113

6/11/03

Page 1 of 2

**Main IdentitY**

From: To:
Sent: Subject:

~ylortR <taylorl5@qwest.net> <christian_lane@chicago.kirkJand.com> Wednesday, June 18, 2003 9:49 AM
Re: Wesconn

I have just recently been brought into this case and after discussion with Bill It appears that we filed a proof of claim and WR Grace filed an objection indicating the claim was too vague. Subsequently, we filed discovery in order to substantiate our claim.

**Of course, if Grace wants to withdraw its objection. then we can go from there,**

**Let me know If I can be of any further assistance to you Regards,**
**Beth**

**Thank you**

 **Original Message** 

**From: christian_I~_ne@chicaao.kirkland.com To: taYlorl5~awest.net**
**Sent: Monday, June 16, 2003 7:23 PM Subject: Re: Wesconn**

**Beth**

**Could you let me know on what basis you believe your claim was denied?**

**'Chris**

**tavlor15@,!west.net on 06/11/2003 11 :53:49 AM**

**To: Christian Lane/Chicaao/Kirkland-Ellis@K&E cc:**

**Subject: Wesconn**

**Dear Mr. Lane,**

**Attached are the discovery requests that were served on the Debtor/Grace. Our basis for filing discovery is that our Proof of Claim was denied and we have the right to find out why our claim was denied.**

*1/14103*

**Page 2 of2**

**Please call if you have any questions. Thank you.**
**Beth Taylor**
**302-651-0113**

**7/14/03**