UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

Inre

W.R.GRACE CO., **et aI.**

Debtor

: Chapter 1

: Case No. 01-1139 (JKF), ~~.

Jointly Administered

<u>STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS</u>

**William** W. **Erhart, attorney for movants Wesconn** Co., Inc. **and FUS,** Inc. **hereby**

certifies that he attempted to reach agreement with opposing counsel on the matters set forth in

the Motion as described within the text of the Motion.

Dated: October 15,2003

~ ~~~~~~~~espectfullY submi WLL T

William W. Erhart ( 116)
800 King Street, Suite 302
PO Box 234
Wilmington, DE 19899-0234 (302) 651-0113
Attorney for Defendant.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re~

**W.R.GRACE CO., et ai.**

Debtor.

Chapter 11

Case No. 01-1139 (JKF

Jointly Administered

~~.

APPLICATION FOR ATTORNEY'S FEES

William W. Erhart does swear and depose he spent the below described time preparing

the motion to compel attached hereto.

**June** 4, 2003

Letter to Counsel by LBT

June 10, 2003 E-mail from Christian Lane to WWE

June 11,2003 E-mail and attachment by LBT

June 16, 2003 E-mail from Christian Lane to LBT

June 18, 2003 E-mail to Christian Lane to LBT

July 22, 2003 Prepare Motion to Compel and attendant papers by WWE

Anticipated preparation and attendance at motion by WWE

@ $125.00 per hour

1 @ $250.00 per hour

.2 @ $125.00 per hour

@ $125.00 per hour

@ $125.00 per hour

,0 @ **$250.00 per hour**

1.0 @5250.00 per hour

.5 hrs @ $125.00 = $ 62.50   2.1 hrs @ $250.00 = $525.00

TOTAL: -- ~8_7 ~50

$$\sim\sim\sim\sim\text{-}.a,;\sim\sim\sim\sim\sim =\text{-}$$

_____-William W. Erhart

SWORN TO AND SUBSCRIBED bef~'" da~lof

~

Public /

" **2003**

\

PHYWS L **LCX:KWOOD**
ttJT ARV PU8UC
**STATE** OF ~~
   -- .~-- _13, 3X)5

My Commission Expires Jan

CERTIFICATE O~ SERVICE

This will certify that a copy of the attached f°ntgoing has been served by William W. Erhart,

Esquire upon the following counsel on October **IS,** 2oQ3.

By **Hand** Delivery

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young & Jones, P.C, 919 North Market St., 16th Floor
PO Box 8705
Wilmington, DE 1980 I

By First Class **Mail**

Christian J. Lane, Esq. Kirkland & Ellis
200 East Randolph Drive Chicago, IL 60601

*Is!*

'1'illiam W. Erhart (#2116)