IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 6, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR PITNEY HARDIN KIPP & SZUCH LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## JULY 1, 2003 THROUGH JULY 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/16/03 | Review e-mails and follow up regarding answer to complaint. | | | |
| 4 | | A. Marchetta | 0.3 | 135.00 |
| 07/02/03 | Follow up regarding information from adversary regarding date for answer to complaint. | | | |
| 4 | | A. Marchetta | 0.3 | 135.00 |
| 07/02/03 | Review e-mail from B. Moffitt regarding update from plaintiff's counsel. | | | |
| 15 | | J. Scordo | 0.1 | 32.00 |
| 07/02/03 | Telephone call with Plaintiff's counsel regarding intentions regarding motion practice and preparation of e-mail regarding same. | | | |
| 15 | | B. Moffitt | 0.2 | 56.00 |
| 07/07/03 | Work with B. Moffitt regarding issues and follow up regarding answer of adversary. | | | |
| 4 | | A. Marchetta | 0.4 | 180.00 |
| 07/07/03 | E-mails with V. Finkelstein and A. Nagy regarding rent check. | | | |
| 15 | | J. Scordo | 0.1 | 32.00 |
| 07/07/03 | Telephone conference with C. Boubol, counsel for Landlord, regarding moving for payment by Tahari of Use and Occupancy rent. | | | |
| 15 | | B. Benjamin | 0.2 | 64.00 |
| 07/07/03 | Review e-mails regarding landlord's intent to file motion, by Order to Show Cause, to have Tahari pay Use and Occupancy during the action. | | | |
| 15 | | B. Moffitt | 0.1 | 28.00 |
| 07/08/03 | E-mails with L. Heller regarding rent check. | | | |
| 15 | | J. Scordo | 0.1 | 32.00 |
| 07/09/03 | Work with J. Scordo and B. Moffitt regarding matter. | | | |
| 4 | | A. Marchetta | 0.1 | 45.00 |
| 07/09/03 | Confer with A. Marchetta regarding anticipated motion practice. | | | |
| 15 | | B. Moffitt | 0.1 | 28.00 |

2

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 07/11/03 | Review/analysis of Tahari motion to dismiss. | | | |
| 15 | B. Benjamin | | 0.2 | 64.00 |
| 07/14/03 | Review correspondence and e-mails regarding answer and motion to dismiss. | | | |
| 15 | J. Scordo | | 0.1 | 32.00 |
| 07/14/03 | Review Tahari's motion to dismiss and supporting papers. | | | |
| 15 | B. Moffitt | | 0.2 | 56.00 |
| 07/15/03 | E-mails regarding motion to dismiss. | | | |
| 15 | J. Scordo | | 0.2 | 64.00 |
| 07/15/03 | Review/analysis of Landlord's motion for use and occupancy and legal basis for request. | | | |
| 15 | B. Benjamin | | 0.3 | 96.00 |
| 07/15/03 | Draft memorandum to A. Marchetta regarding submitting papers in response to Landlord's motion as well as Tahari's motion to dismiss. | | | |
| 15 | B. Benjamin | | 0.2 | 64.00 |
| 07/15/03 | Review B. Benjamin e-mail regarding Plaintiff's motion to make Tahari pay use and occupancy. | | | |
| 15 | B. Moffitt | | 0.1 | 28.00 |
| 07/15/03 | Obtain copy of Supreme Court, New York County Order to Show Cause. | | | |
| 4 | S. Wattenberg | | 0.3 | 37.50 |
| 07/16/03 | Review list of outstanding issues, organize files and create list of outstanding tasks. | | | |
| 15 | J. Scordo | | 0.1 | 32.00 |
| 07/16/03 | Review motions by landlord for rent and Tahari for dismissal and numerous underlying documents. | | | |
| 15 | J. Scordo | | 1.0 | 320.00 |
| 07/16/03 | E-mail to V. Finkelstein and A. Nagy regarding motions by landlord for rent and Tahari for dismissal and numerous underlying documents. | | | |
| 15 | J. Scordo | | 0.2 | 64.00 |
| 07/16/03 | Telephone call with B. Benjamin regarding motions. | | | |
| 15 | J. Scordo | | 0.2 | 64.00 |
| 07/16/03 | Review e-mail with B. Benjamin regarding motions. | | | |
| 15 | J. Scordo | | 0.2 | 64.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/16/03<br>15 | Telephone conference with C. Boubol, counsel for Trizec, regarding opposing Tahari's motion to dismiss, supporting motion for summary judgment and motion to Tahari's payment of Use & Occupancy to Landlord directly.<br>B. Benjamin | | 0.3 | 96.00 |
| 07/16/03<br>15 | Draft correspondence to A. Marchetta regarding telephone conference with C. Boubol.<br>B. Benjamin | | 0.1 | 32.00 |
| 07/16/03<br>15 | Review Plaintiff's papers in support of its motion against Tahari for payment of use and occupancy rent during the pendency of the litigation.<br>B. Moffitt | | 0.2 | 56.00 |
| 07/17/03<br>4 | Review e-mails and strategy regarding motion to dismiss and cross-motion for summary judgment.<br>A. Marchetta | | 0.3 | 135.00 |
| 07/17/03<br>15 | Review landlord's motion and opposition.<br>J. Scordo | | 0.4 | 128.00 |
| 07/17/03<br>15 | Send e-mail to V. Finkelstein and A. Nagy regarding motions.<br>J. Scordo | | 0.2 | 64.00 |
| 07/17/03<br>15 | Review/analysis of Landlord's Cross - Motion for Summary Judgment.<br>B. Benjamin | | 0.8 | 256.00 |
| 07/17/03<br>15 | Draft correspondence to A. Marchetta regarding review of Landlord's Cross – Motion for Summary Judgment.<br>B. Benjamin | | 0.2 | 64.00 |
| 07/17/03<br>15 | Draft Benjamin Affirmation in opposition to Tahari's motion to dismiss.<br>B. Benjamin | | 0.3 | 96.00 |
| 07/17/03<br>15 | Draft Benjamin Affirmation in support of Landlord's motion to compel payment of use and occupancy.<br>B. Benjamin | | 0.3 | 96.00 |
| 07/17/03<br>15 | Draft Benjamin Affirmation in support of Landlord's motion for summary judgment<br>B. Benjamin | | 0.3 | 96.00 |
| 07/17/03 | Review Plaintiff's papers in opposition to Tahari's motion to dismiss and in support of cross-motion to amend the Complaint and for partial summary judgment. | | | |

4

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 15 | B. Moffitt | | 0.2 | 56.00 |
| 07/18/03 4 | Follow up regarding attorney affirmations. A. Marchetta | | 0.4 | 180.00 |
| 07/18/03 15 | Review proposed response to various motions. J. Scordo | | 0.6 | 192.00 |
| 07/18/03 15 | E-mail to A. Marchetta regarding check. J. Scordo | | 0.1 | 32.00 |
| 07/18/03 15 | Discuss W.R. Grace's response with A. Marchetta and B. Benjamin. J. Scordo | | 0.2 | 64.00 |
| 07/18/03 15 | Revise/finalize and serve three (3) Benjamin Affirmations in Opposition to Tahari Motion to Dismiss, in Support of Trizec's Motion for payment of use and occupancy, and in Support of Trizec's Motion for Summary Judgment B. Benjamin | | 0.7 | 224.00 |
| 07/18/03 4 | Obtain Opposition and arrange for service and filing on return dates. S. Wattenberg | | 0.3 | 37.50 |
| 07/18/03 4 | Obtain Opposition and arrange for service and filing on return dates. S. Wattenberg | | 0.2 | 25.00 |
| 07/21/03 4 | Revise letter regarding settlement money, including conferring with J. Scordo re same. A. Marchetta | | 0.4 | 180.00 |
| 07/21/03 15 | Review file for information needed to draft letter to D. Rosenholc. J. Scordo | | 0.2 | 64.00 |
| 07/21/03 15 | Draft, revise and finalize letter to D. Rosenholc. J. Scordo | | 0.2 | 64.00 |
| 07/21/03 15 | Work with A. Marchetta regarding letter to D. Rosenholc. J. Scordo | | 0.2 | 64.00 |
| 07/22/03 4 | Follow up regarding settlement check/rent issue. A. Marchetta | | 0.2 | 90.00 |
| 07/22/03 15 | Telephone call from D. Rosenholcz. J. Scordo | | 0.2 | 64.00 |
| 07/22/03 15 | Update A. Marchetta on Rosenholcz call. J. Scordo | | 0.1 | 32.00 |

5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/22/03 15 | E-mails with A. Nagy and V. Finkelstein regarding call. | J. Scordo | 0.1 | 32.00 |
| 07/24/03 4 | Review motion papers and arrange for calendar call to be answered on 7/25/03, including confirmation of service and filing, | S. Wattenberg | 0.5 | 62.50 |
| 07/25/03 15 | Review Landlord's Reply papers in further support of motion for ejectment of Tahari and telephone conference with C. Boubol, counsel for Landlord, regarding submission of motion. | B. Benjamin | 0.3 | 96.00 |
| 07/25/03 4 | Confirm filing of motion papers at calendar call and track for decision on motion and Order to Show Cause. | S. Wattenberg | 0.3 | 37.50 |
| 07/28/03 4 | Telephone calls with client regarding motions and papers in support of same. | A. Marchetta | 0.4 | 198.00 |
| 07/28/03 4 | Review information regarding motions and papers in support of same. | A. Marchetta | 0.3 | 148.50 |
| 07/28/03 15 | Review/analysis of Tahari's Opposition to Trizec's Motion for payment of Use and Occupancy charges. | B. Benjamin | 0.2 | 64.00 |
| 07/28/03 15 | Review/analysis of Tahari's Reply in further support of its Motion to Dismiss, and in Opposition to Trizec's Motion for Summary Judgement. | B. Benjamin | 0.2 | 64.00 |
| 07/28/03 15 | Draft Memorandum to A. Marchetta and J. Scordo regarding responding to Tahari's papers. | B. Benjamin | 0.2 | 64.00 |
| 07/28/03 15 | Review Tahari's 07/28/03 response to Plaintiff's Reply Affirmation. | B. Moffitt | 0.1 | 28.00 |
| 07/30/03 4 | Obtain, review and arrange for reply papers to be filed, including confirmation of appearance at calendar call. | S. Wattenberg | 0.3 | 37.50 |
| 07/31/03 15 | Review correspondence and e-mails regarding motions. | J. Scordo | 0.1 | 32.00 |

6

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.10 | 450.00 | 1,395.00 |
| J. Scordo | 4.90 | 320.00 | 1,568.00 |
| B. Benjamin | 4.80 | 320.00 | 1,536.00 |
| B. Moffitt | 1.20 | 280.00 | 336.00 |
| S. Wattenberg | 1.90 | 125.00 | 237.50 |
| TOTALS | 15.90 | | 5,072.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.1 | 450.00 | 1,395.00 |
| J. Scordo | 15 | 4.9 | 320.00 | 1,568.00 |
| B. Benjamin | 15 | 4.8 | 320.00 | 1,536.00 |
| B. Moffitt | 15 | 1.2 | 280.00 | 336.00 |
| S. Wattenberg | 4 | 1.9 | 125.00 | 237.50 |
| TOTAL | | 15.9 | | 5,072.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 07/02/03 | Review relevant time sheets and drafting further description of tasks performed in connection with appeal to respond to Auditor's Report. | | |
|---|---|---|---|
| 11 | M. Waller | 0.4 | 128.00 |

| 07/03/03 | Follow up with B. Moffitt regarding further description of tasks performed in connection with appeal to respond to Auditor's Report. | | |
|---|---|---|---|
| 11 | M. Waller | 0.3 | 96.00 |

| 07/03/03 | Review M. Waller e-mail and prepare response to auditor's inquiry regarding fee application, including working work with M. Waller regarding same. | | |
|---|---|---|---|
| 11 | B. Moffitt | 0.5 | 140.00 |

7

| 07/07/03 | Drafting response to auditors inquiry regarding fees incurred in connection with Third Circuit appeal in Maryland Casualty v. W.R. Grace, et al. | | |
|---|---|---|---|
| 11 | M. Waller | 0.5 | 160.00 |
| 07/07/03 | Preparation of response to auditor's report, including working with M. Waller re: same. | | |
| 11 | B. Moffitt | 0.7 | 196.00 |
| 07/08/03 | Work on response to fee auditor report for the eighth interim period. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 07/09/03 | Reviewed response to Fee Auditor's inquiry regarding the 8th Interim Period. | | |
| 11 | K. Jasket | 0.5 | 90.00 |
| 07/20/03 | Attention to drafting Mary 2003 fee application. | | |
| 11 | K. Jasket | 2.8 | 504.00 |
| 07/23/03 | Review and revise PHK&S's Twenty-Sixth Interim Fee Application. | | |
| 11 | S. Zuber | 0.3 | 102.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| M. Waller | 1.20 | 320.00 | 384.00 |
| S. Zuber | 0.30 | 340.00 | 102.00 |
| K. Jasket | 3.30 | 180.00 | 594.00 |
| B. Moffitt | 1.20 | 280.00 | 336.00 |
| TOTALS | 6.30 | | 1,551.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| M. Waller | 11 | 1.2 | 320.00 | 384.00 |
| S. Zuber | 11 | 0.3 | 340.00 | 102.00 |
| K. Jasket | 11 | 3.3 | 180.00 | 594.00 |

8

| | | | | |
|---|---|---|---|---|
| B. Moffitt | 11 | 1.2 | 280.00 | 336.00 |
| | TOTAL | 6.3 | | 1,551.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues

| Date | Description | | | |
|---|---|---|---|---|
| 06/17/03 | Call from judges chamber; review file and respond. | | | |
| 15 | J. Scordo | | 0.4 | 128.00 |
| 07/07/03 | Review materials and correspondence to client forwarding same. | | | |
| 4 | A. Marchetta | | 0.6 | 270.00 |
| 07/07/03 | Worked with A. Marchetta regarding results of file search for documents requested by client. | | | |
| 4 | S. Parker | | 0.4 | 42.00 |
| 07/09/03 | Follow up with S. Parker regarding information requested by client. | | | |
| 4 | A. Marchetta | | 0.5 | 225.00 |
| 07/11/03 | Worked with A. Marchetta regarding scope of client requests. | | | |
| 4 | S. Parker | | 0.3 | 31.50 |
| 07/15/03 | Reviewed seventeen boxes of original client files as per client request. | | | |
| 4 | S. Parker | | 5.7 | 598.50 |
| 07/16/03 | Reorganized files retrieved from storage for client. | | | |
| 4 | S. Parker | | 1.3 | 136.50 |
| 07/30/03 | Conference with client and follow up regarding issues. | | | |
| 4 | A. Marchetta | | 0.6 | 270.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.70 | 450.00 | 765.00 |
| J. Scordo | 0.40 | 320.00 | 128.00 |
| S. Parker | 7.70 | 105.00 | 808.50 |
| TOTALS | 9.80 | | 1,701.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.7 | 450.00 | 765.00 |
| J. Scordo | 15 | 0.4 | 320.00 | 128.00 |
| S. Parker | 4 | 7.7 | 105.00 | 808.50 |
| TOTAL | | 9.8 | | 1,701.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 07/02/03 | Telephone calls regarding allocation research. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |
| 07/03/03 | Follow up regarding issues related to court's opinion and legal memos regarding same. | | | |
| 4 | A. Marchetta | | 0.7 | 315.00 |
| 07/03/03 | Confer with A. Marchetta regarding duty to defend law in NY, including following up with D. Florence regarding search for prior memos regarding same as requested by J. Posner. | | | |
| 15 | M. Waller | | 0.3 | 96.00 |
| 07/03/03 | Preparation of objections to CNA's Bill of Costs, including working with M. Waller regarding same. | | | |
| 15 | B. Moffitt | | 1.9 | 532.00 |
| 07/03/03 | As per M. Waller's request, review memoranda and briefs for documents regarding duty to defend. | | | |
| 4 | D. Florence | | 3.1 | 294.50 |
| 07/05/03 | Follow up regarding memo to J. Posner on insurance issues. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 07/07/03 | Forward requested documents to M. Waller | | | |
| 4 | D. Florence | | 0.4 | 38.00 |
| 07/11/03 | Review court order on remand, including following up regarding work on same. | | | |
| 4 | A. Marchetta | | 0.6 | 270.00 |
| 07/16/03 | Review J. Scordo and B. Benjamin e-mails regarding status of motion | | | |

10

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | practice. | | | |
| 15 | | B. Moffitt | 0.1 | 28.00 |
| 07/18/03 | Telephone call with J. Posner regarding environmental insurance coverage, including following up regarding same. | | | |
| 4 | | A. Marchetta | 0.6 | 270.00 |
| 07/18/03 | Review memorandum from A. Marchetta regarding research requested by client regarding allocation of liability to CNA policy year, including responding to same regarding research already conducted and relating NY law to CNA policies. | | | |
| 15 | | M. Waller | 0.3 | 96.00 |
| 07/18/03 | Confer with A. Marchetta and M. Waller regarding insurance allocation principles under New York law. | | | |
| 15 | | B. Moffitt | 0.2 | 56.00 |
| 07/21/03 | Work on issues for client regarding insurance situation, including forwarding memo to client regarding same. | | | |
| 4 | | A. Marchetta | 0.5 | 225.00 |
| 07/21/03 | Telephone call with client regarding fee allocation issues. | | | |
| 4 | | A. Marchetta | 0.4 | 180.00 |
| 07/21/03 | Confer with A. Marchetta regarding research regarding allocation and argument regarding allocation of defense costs to CNA policy year. | | | |
| 15 | | M. Waller | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.50 | 450.00 | 1,575.00 |
| M. Waller | 0.80 | 320.00 | 256.00 |
| B. Moffitt | 2.20 | 280.00 | 616.00 |
| D. Florence | 3.50 | 95.00 | 332.50 |
| TOTALS | 10.00 | | 2,779.50 |

11

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.5 | 450.00 | 1,575.00 |
| M. Waller | 15 | 0.8 | 320.00 | 256.00 |
| B. Moffitt | 15 | 2.2 | 280.00 | 616.00 |
| D. Florence | 4 | 3.5 | 95.00 | 332.50 |
| TOTAL | | 10.0 | | 2,779.50 |