# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### JULY 1, 2003 THROUGH JULY 31, 2003

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 07/16/03 | PD UPS TO COLUMBIA MD; JPS;  CK# 250800 | 7.74 |
| 07/21/03 | PD UPS TO NEW YORK NY; JPS; CK# 250784 | 7.74 |
| | Duplicating | 48.30 |
| | Matter Total Engagement Cost | 63.78 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| | Computer Assisted Research | 17.75 |
| | Duplicating | 5.60 |
| | Matter Total Engagement Cost | 23.35 |

Engagement Costs – Research on Legal Issues

| | | |
|---|---|---:|
| 07/07/03 | PD FEDEX TO COLUMBIA MD;   AJM;   CK. NO. 250236 | 12.92 |
| 07/15/03 | PD FEDEX TO COLUMBIA MD; AJM; CK# 250779 | 339.69 |
| | Duplicating | -3.78 |
| | Telephone | 1.61 |
| | Matter Total Engagement Cost | 350.44 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 06/26/03 | PD FEDEX TO NEW YORK NY;   BEM; INV. # 477065533 | 10.29 |
| 06/26/03 | PD UPS TO NEW YORK NY; BEM; CK# 250238 | 7.74 |
| 06/27/03 | PD INTEGRITY EXP TO NEW YORK NY; BEM;  CK# 249953[2] | 122.35 |
| 07/03/03 | PD UPS TO NEW YORK NY;   BEM;   INV # 0000081207273 | 7.74 |
| 07/03/03 | PD UPS TO NEW YORK NY;   BEM;   INV # | 7.74 |

---

[2] See Integrity Express Inc. Invoice #10109 dated 6/30/03 attached hereto as Exhibit 1.

|  | | |
|---|---|---|
| 07/31/03 | 0000081207273<br>DOCUMENT    ACCESS    FACILITY--ANNEX--JULY 2003 | 2148.00 |
| | Computer Assisted Research | 33.54 |
| | Duplicating | 51.60 |
| | Postage | 0.60 |
| | Telephone | 2.76 |
| | Matter Total Engagement Cost | 2,392.36 |

# EXHIBIT 1

# INTEGRITY EXPRESS INC.

**INVOICE**

Your Courier Service
Your Job-Your Way

58-C SOUTH STREET
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 540-0010

Invoice Submitted To:

**PITNEY, HARDIN, KIPP & SZUCH LLP**

PO BOX 1945,
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

ENTERED IN
COMPUTER BY:

| INVOICE NUMBER | PAGE |
|---|---|
| 10109 | 4 of 5 |
| CLIENT NUMBER | TERM |
| 221 | NET DUE |
| INVOICE DATE | |
| 6/30/2003 | |
| INVOICE TOTAL | |

| Order Date  Caller<br>Order Num  Round Trip<br>Service<br>Reference | Pickup Name<br>Address<br>City, State, Zip<br>Phone | | Drop Off Name<br>Address<br>City, State, Zip<br>Phone | | Received By<br>Received By Time - Date | |
|---|---|---|---|---|---|---|
| Base Charge | Piece<br>Charge | Pounds<br>Charge | Minutes<br>Charge | Miles<br>Charge | Insurance<br>Charge | Quoted<br>Rate | Expense<br>Charge | Other1<br>Charge | Other2<br>Charge | Total |

| 06/27/03  MARYANNE | PITNEY HARDIN | | US COURT OF APPEALS-NY | | MR. GUITEREZ | |
|---|---|---|---|---|---|---|
| 75117      0 | 200 CAMPUS DR-M/R IN BACK<br>FLORHAM PARK, NJ 07932 | | 40 CENTRE ST-FOLEY SQ<br>NEW YORK, NY 10007 | | 06/27/03        04:30 PM | |
| 082913.000009-MOFFITT | | | | | | |
| NY RATES | 1 | 0 | 96 | 35 | 0 | 0 | | TOLL/GAS SUI | PARKING | |
| $55.00 | $0.00 | $0.00 | $36.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.85 | $22.50 | $122.35 |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

*In re*

W. R. GRACE & CO., *et al.*[1],

        Debtors.

:
:
:
:
:
:
:

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

Objection Deadline: November 4, 2003
Hearing Date: TBD, if necessary

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: October 9, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP


_Anthony J. Marchetta_
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950