IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: November 6, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT A

W.R. GRACE & COMPANY                          October 9, 2003
5400 BROKEN SOUND BLVD., N.W.                 Invoice No. 21262
BOCA RATON, FL  33487                         Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.

For Professional Services Rendered through   09/30/03

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| | | | |
|---|---|---|---|
| 09/02/03 JMA | Phone - L. Walsh re: review Faranca trial testimony | .10 | 34.00 |
| 09/02/03 JMA | Review Faranca trial testimony  re: Honeywell delay | .30 | 102.00 |
| 09/02/03 JMA | Phone - C. Marraro re: Supersedeas Bond and Honeywell motion to stay | .40 | 136.00 |
| 09/02/03 JMA | Phone - C. Marraro re: development plans for ECARG property | .20 | 68.00 |
| 09/02/03 JMA | Receipt and review Declaration of S. German in support of ICO opposition | .40 | 136.00 |
| 09/02/03 JMA | Review notes of meeting with Special Master on 8/5 and 8/6 re: German Declaration | .40 | 136.00 |
| 09/02/03 JMA | Letter to Judge Cavanaugh re: 2nd Fee Application by counsel for Special Master | .20 | 68.00 |
| 09/02/03 JMA | Receipt and review letter from S. German to Judge Cavanaugh | .10 | 34.00 |
| 09/02/03 JMA | Receipt and review letter from S. German to District Court Clerk | .10 | 34.00 |
| 09/02/03 JMA | Receipt and review ICO opposition to Honeywell motion to stay | 1.20 | 408.00 |
| 09/02/03 JMA | Review Third Circuit cases cited by ICO in opposition to Honeywell motion to stay | 1.00 | 340.00 |
| 09/03/03 JMA | Phone - C. Marraro re: Honeywell motion to stay | .40 | 136.00 |
| 09/03/03 JMA | Phone - Mayor's counsel, Jersey City | .10 | 34.00 |
| 09/03/03 JMA | Phone - K. Millian re: motion to stay | .10 | 34.00 |

W.R. GRACE & COMPANY                           October 9, 2003
Client No.            734680                    Page      2
INVOICE NO.           21262

| | | | |
|---|---|---|---|
| 09/03/03 JMA | Phone - L. Walsh re: Work Plan | .40 | 136.00 |
| 09/03/03 JMA | Phone - R. Senftleben | .20 | 68.00 |
| 09/03/03 JMA | Phone - Chief of Staff, Jersey City | .10 | 34.00 |
| 09/03/03 JMA | Letter to Judge Cavanaugh re: Special Master 2nd Fee Application | .20 | 68.00 |
| 09/03/03 JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .10 | 34.00 |
| 09/03/03 JMA | Receipt and review letter from D. Field to District Court Clerk | .10 | 34.00 |
| 09/03/03 JMA | Receipt and review Honeywel reply brief re: motion to stay judgment | .80 | 272.00 |
| 09/03/03 JMA | Review case law cited by Honeywell in reply brief | 1.80 | 612.00 |
| 09/03/03 JMA | Receipt and review Honeywell revised form of Order staying judgment | .20 | 68.00 |
| 09/04/03 JMA | Receipt and review Schoor DePalma subcontract with Parsons | .40 | 136.00 |
| 09/04/03 JMA | Receipt and review letter from Parsons to L. Walsh | .30 | 102.00 |
| 09/04/03 JMA | Receipt and review letter from Parson to Special Master re: disposal survey | .10 | 34.00 |
| 09/04/03 JMA | Receipt and review Honeywell disposal survey | 1.20 | 408.00 |
| 09/04/03 JMA | Receipt and review letter from Parsons to Special Master with surveyor purchase order | .30 | 102.00 |
| 09/04/03 JMA | Receipt and review letter from Parsons to Special Master re: utility survey with schedule of drawings | .40 | 136.00 |
| 09/04/03 JMA | Receipt and review letter from Parsons to Special Master re: Honeywell field activities | .10 | 34.00 |
| 09/04/03 JMA | Review Honeywell summary of field activities 1983-2003 | .50 | 170.00 |

W.R. GRACE & COMPANY                          October 9, 2003
Client No.              734680                Page      3
INVOICE NO.             21262


09/04/03 JMA Appeal - receipt and review notice from Third      .20      68.00
             Circuit re: third appeal

09/04/03 JMA Appeal - receipt and review Order consolidating    .10      34.00
             third appeal with pending appeals

09/04/03 JMA Appeal - receipt and review entry of appearance    .20      68.00
             and corporate disclosure forms

09/04/03 JMA Receipt and review information re: bulk waste       .30     102.00
             containers

09/04/03 JMA Phone - C. Marraro re: Honeywell motion for        .70     238.00
             stay

09/05/03 JMA Receipt and review letter from K. Coakley to       .10      34.00
             clerk of District Court

09/05/03 JMA Receipt and review notice of motion by Special     .20      68.00
             Master for compensation

09/05/03 JMA Receipt and review third fee application by        .40     136.00
             Special Master

09/05/03 JMA Receipt and review proposed Order re: Special      .20      68.00
             Master Third Fee Application

09/05/03 JMA Phone - C. Marraro re: strategy                    .30     102.00

09/05/03 JMA Receipt and review letter from K. Coakley to       .20      68.00
             District Court Clerk with executed Stipulation
             and Order

09/05/03 JMA Phone - counsel for Special Master re: Berger      .20      68.00
             Group fees

09/05/03 JMA Receipt and review memo from D. Field with         .10      34.00
             signature page of Stipulation and Order

09/05/03 JMA Appeal - receipt and review letter from C.         .10      34.00
             Marraro to Third Circuit Clerk

09/05/03 JMA Appeal - receipt and review application for        .30     102.00
             admission to Third circuits - Williams and
             Hughes

09/05/03 JMA Receipt and review email from K. Millian re:       .10      34.00
             oral argument on Honeywell motion to stay

W.R. GRACE & COMPANY                          October 9, 2003
Client No.            734680              Page      4
INVOICE NO.           21262

| | | | | |
|---|---|---|---|---|
| 09/05/03 | JMA | Phone - C. Marraro re: property development issues | .50 | 170.00 |
| 09/05/03 | JMA | Letter to Judge Cavanaugh re: Special Master's second fee application | .20 | 68.00 |
| 09/05/03 | JMA | Letter to Judge Cavanaugh re: Special Master's third fee application | .20 | 68.00 |
| 09/05/03 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh re: Berger Group fees | .20 | 68.00 |
| 09/05/03 | JMA | Receipt and review proposed revised Order re: Berger Group fees | .20 | 68.00 |
| 09/05/03 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: LOC | .20 | 68.00 |
| 09/05/03 | JMA | Review proposed Financial Assurance Order from Special Master | .20 | 68.00 |
| 09/07/03 | MEF | RCRA Fee Petition - memo to JMA re: expenses | .30 | 67.50 |
| 09/08/03 | JMA | Phone - counsel for Special Master re: Financial Assurances | .20 | 68.00 |
| 09/08/03 | JMA | Phone - counsel for Special Master re: Stipulation and Order - immediate action items | .20 | 68.00 |
| 09/08/03 | JMA | Phone - C. Marraro re: motion to stay | .20 | 68.00 |
| 09/08/03 | JMA | Conference with C. Marraro re: agenda for meeting with Special Master | 1.00 | 340.00 |
| 09/08/03 | JMA | Site visit with C. Marraro | 1.50 | 510.00 |
| 09/08/03 | JMA | Meeting with C. Marraro re: strategy | 2.00 | 680.00 |
| 09/08/03 | JMA | Receipt and review notice form Third Circuit re: mediation | .30 | 102.00 |
| 09/08/03 | JMA | Conference with C. Marraro re: strategy - Appellate mediation | 1.80 | 612.00 |
| 09/08/03 | JMA | Conference with C. Marraro re: Jersey City/Site development issues | 1.20 | 408.00 |
| 09/08/03 | JMA | Conference with C. Marraro re: Honeywell immediate action items | .90 | 306.00 |

W.R. GRACE & COMPANY                          October 9, 2003
Client No.            734680                  Page      5
INVOICE NO.           21262

09/09/03 JMA Receipt and review letter from W. Mueller re:      .20    68.00
             Stipulation - immediate action items

09/09/03 JMA Phone - C. Marraro re: agenda for meeting with     .20    68.00
             Special Master

09/09/03 JMA Phone - A. Nagy re: meeting with Jersey City       .20    68.00
             Officials

09/09/03 JMA RCRA Fee Petition - receipt and review memo        .20    68.00
             from MEF re: scheduling

09/09/03 JMA Appeal - receipt and review appearance by T.       .10    34.00
             Milch - third appeal

09/09/03 JMA Appeal - receipt and review Honeywell CIS for      .20    68.00
             third appeal

09/09/03 JMA Appeal - receipt and review Honeywell summary      .30   102.00
             of the case - third appeal

09/09/03 JMA Receipt and review Honeywell transcript           .10    34.00
             purchase order - third appeal

09/09/03 JMA Appeal - receipt and review letter from T.        .20    68.00
             Milch to Case Manager - third appeal

09/09/03 JMA Appeal - receipt and review Honeywell Corporate   .10    34.00
             Disclosure Statement - third appeal

09/09/03 JMA Receipt and review email from B. Hughes with      .40   136.00
             excerpts of Amended Opinion re: endangerment to
             human health

09/09/03 MEF Review instructions to counsel re: Confidential   .30    67.50
             Position Papers and Notice of Assignment for
             Mediation

09/09/03 MEF Appeal - t/c with JMA re: Assignment for          .20    45.00
             Mediation

09/10/03 JMA Receipt and review email re: meeting with         .10    34.00
             Jersey City

09/10/03 JMA Receipt and review letter from K. Coakley to      .20    68.00
             Judge Cavanaugh

09/10/03 JMA Appeal - phone - C. Marraro re: mediation         .50   170.00
             process

```
W.R. GRACE & COMPANY                          October 9, 2003
Client No.          734680                    Page      6
INVOICE NO.         21262
```

09/10/03 JMA Receipt and review letter from K. Coakley to        .30   102.00
             Judge Cavanaugh re: Financial Assurance Order

09/10/03 JMA Review case and statute cited by counsel for       1.00   340.00
             Special Master re: Financial Assurance Order

09/11/03 JMA Receipt and review letter from Parsons to           .20    68.00
             Special Master re: fence repair

09/11/03 JMA Receipt and review letter from Parsons to           .10    34.00
             Special Master re: geotechnical and waste
             characterization sampling

09/11/03 JMA Review Honeywell geotechnical and waste            1.00   340.00
             characterization sampling plan

09/12/03 JMA Receipt and review letter from D. Field to          .40   136.00
             Judge Cavanaugh re: Financial Assurance Order

09/12/03 JMA Receipt and review letter from K. Coakley to D.     .40   136.00
             Field re: immediate action items

09/12/03 JMA Receipt and review letter from B. Terris to         .30   102.00
             Special Master re: Honeywell groundwater
             sampling plan

09/12/03 JMA Receipt and review letter from S. German to         .10    34.00
             Judge Cavanaugh re: Special Master's Fee
             Application

09/12/03 JMA Receipt and review letter from M. Caffrey to        .10    34.00
             District Court Clerk

09/12/03 JMA Receipt and review Order approving Supersedeas      .20    68.00
             Bond

09/12/03 JMA Appeal - conference with MEF re: confirming         .20    68.00
             appearance in third appeal

09/12/03 JMA Conference call - all counsel and Judge             .40   136.00
             Cavanaugh re: Financial Assurance Order

09/12/03 JMA Phone - C. Marraro re: Financial Assurance          .30   102.00
             Order

09/12/03 JMA Receipt and review letter from K. Coakley to        .30   102.00
             Judge Cavanaugh re: Financial Assurance Order

W.R. GRACE & COMPANY                                      October 9, 2003
Client No.          734680                                Page      7
INVOICE NO.         21262

| | | | | |
|---|---|---|---|---|
| 09/12/03 | JMA | Review statute and case law cited by Special Master re: Financial Assurance Order | 1.00 | 340.00 |
| 09/12/03 | MEF | Appeal - voice mail - A. Laws at 3rd Circuit; t/c with A. Laws re: Appearance of Counsel, etc. in 03-3585 | .30 | 67.50 |
| 09/12/03 | MEF | Appeal - receipt and review case opening information re: Appeal 03-3585 | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - research whether mediation is mandatory/opt-out provisions | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - prepare Corporate Disclosures for Grace & Co., Grace Ltd. and ECARG in appeal 03-3585 | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - Letter to CHM re: Appearance of Counsel in 03-3585 | .20 | 45.00 |
| 09/12/03 | MEF | Appeal - Prepare Appearances of Counsel in 03-3585 | .20 | 45.00 |
| 09/12/03 | MEF | Appeal - Prepare Certificates of Service in 03-3585 | .20 | 45.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: Special Master meeting schedule | .20 | 68.00 |
| 09/15/03 | JMA | Receipt and review Honeywell Fourth Progress Report | .30 | 102.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: mediation/settlement | .30 | 102.00 |
| 09/15/03 | JMA | Receipt and review email from S. German | .10 | 34.00 |
| 09/15/03 | JMA | Receipt and review letter from C. Sorresse | .10 | 34.00 |
| 09/15/03 | JMA | Receipt and review filed Supersedeas Bond | .20 | 68.00 |
| 09/15/03 | JMA | Letter to C. Marraro re: Supersedeas Bond | .20 | 68.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: agenda for meeting with Special Master | .30 | 102.00 |
| 09/15/03 | JMA | Phone - L. Walsh re: site visit | .20 | 68.00 |
| 09/15/03 | MEF | Appeal - t/c with CHM re: Appearance of Counsel form in Appeal No.  03-3585 | .20 | 45.00 |

```
W.R. GRACE & COMPANY                          October 9, 2003
Client No.              734680                Page     8
INVOICE NO.             21262
```

| | | | |
|---|---|---|---|
| 09/15/03 MEF | Appeal - Letter to A. Laws re: Appearances of Counsel and corporate disclosures in Appeal No. 03-3585 | .20 | 45.00 |
| 09/16/03 JMA | Phone - C. Marraro re: immediate action items | .40 | 136.00 |
| 09/16/03 JMA | Phone - C. Marraro and Jersey City attorney | .40 | 136.00 |
| 09/16/03 JMA | Receipt and review Honeywell proposed deep groundwater investigation plan | 2.20 | 748.00 |
| 09/16/03 JMA | Receipt and review letter from Parsons to Special Master re: bathymetric/waterside geophysical survey | .10 | 34.00 |
| 09/16/03 JMA | Receipt and review Honeywell proposed sediment sampling plan and bathymetric/waterside geophysical survey plan | 2.70 | 918.00 |
| 09/16/03 JMA | Receipt and review letter from Parsons to Special Master re: deep groundwater plan | .10 | 34.00 |
| 09/16/03 MEF | Appeal - letter to A. Laws re: original appearance of counsel for CHM | .20 | 45.00 |
| 09/17/03 JMA | Phone - C. Marraro re: letter to Special Master - immediate action items | .20 | 68.00 |
| 09/17/03 JMA | Phone - L. Walsh re: meeting with Special Master and Financial Assurance issues | .30 | 102.00 |
| 09/17/03 JMA | Phone - L. Walsh re: site visit, financial assurances, scheduling meeting with Special Master | .40 | 136.00 |
| 09/17/03 JMA | Memo to C. Marraro and Grace Team re: meeting with Special Master | .20 | 68.00 |
| 09/17/03 JMA | Receipt and review letter from K. Coakley re: Conti and Schoor DePalma | .20 | 68.00 |
| 09/17/03 JMA | Receipt and review executed Amended Order re: Louis Berger Group | .20 | 68.00 |
| 09/17/03 JMA | Receipt and review executed Order re: financial assurances | .20 | 68.00 |
| 09/17/03 JMA | Receipt and review email from S. Falanga re: Honeywell letter of credit | .20 | 68.00 |

W.R. GRACE & COMPANY                                October 9, 2003
Client No.              734680              Page      9
INVOICE NO.             21262


| | | | | |
|---|---|---|---|---|
| 09/17/03 | JMA | Review Financial Assurances re: selection of financial institution | .30 | 102.00 |
| 09/17/03 | JMA | Review of and comments to Honeywell draft letter of credit | 1.40 | 476.00 |
| 09/17/03 | MEF | Voice mail - C. McGuire re: transcript request | .20 | 45.00 |
| 09/17/03 | MEF | RCRA Fee Petition - review Feb. 2002 - May 2003 expenses | 1.40 | 315.00 |
| 09/17/03 | MEF | RCRA Fee Petition - draft letter to Judge Cavanaugh re: reduction in expenses sought by CBBG | .60 | 135.00 |
| 09/17/03 | MEF | RCRA Fee Petition - conferences with JMA re: letter to Judge Cavanaugh | .50 | 112.50 |
| 09/17/03 | MEF | RCRA Fee Petition - email to CHM re: proposed letter to Judge Cavanaugh | .20 | 45.00 |
| 09/18/03 | JMA | Letter to K. Coakley re: changes to 9/16/03 draft letter of credit | 1.00 | 340.00 |
| 09/18/03 | JMA | Phone - C. Marraro re: strategy | .30 | 102.00 |
| 09/18/03 | JMA | Phone - K. Coakley's secretary | .10 | 34.00 |
| 09/18/03 | JMA | Letter to K. Coakley re: letter of credit | .20 | 68.00 |
| 09/18/03 | JMA | Phone - C. Marraro re: motion to dismiss Riverkeeper action, letter of credit issues | .50 | 170.00 |
| 09/18/03 | MEF | Email from CHM re: letter to Judge Cavanaugh | .20 | 45.00 |
| 09/19/03 | JMA | Phone - C. Marraro re: scheduling/strategy | .30 | 102.00 |
| 09/19/03 | JMA | Phone - K. Coakley re: financial Assurance issues | .20 | 68.00 |
| 09/20/03 | JMA | Receipt and review email from K. Coakley re: letter of credit and Honeywell statement for corporate guarantee | .20 | 68.00 |
| 09/20/03 | JMA | Receipt and review Honeywell written statement re: Honeywell corporate guarantee | .30 | 102.00 |
| 09/20/03 | JMA | Review second draft of letter of credit and Grace comments to first draft | .40 | 136.00 |

W.R. GRACE & COMPANY                                      October 9, 2003
Client No.              734680                    Page      10
INVOICE NO.             21262


09/20/03 JMA Receipt and review case law cited by Honeywell   1.30    442.00
             in motion to dismiss Riverkeeper case

09/20/03 JMA Receipt and review Honeywell proposed Order       .10     34.00
             dismissing Riverkeeper case

09/20/03 JMA Receipt and review transcript of 9/12/03         .30     102.00
             conference call with Judge Cavanaugh

09/20/03 JMA Letter to C. Marraro with transcript             .10     34.00

09/20/03 JMA Receipt and review email from K. Coakley         .10     34.00

09/20/03 JMA Review proposed Honeywell corporate guarantee,  1.20     408.00
             N.J.S.A. 58:10B-3(f) and N.J.A.C. 7:26C-7.7 and
             Financial Assurance Order

09/20/03 JMA Receipt and review letter from D. Field to       .10     34.00
             District Court Clerk

09/20/03 JMA Receipt and review Honeywell notice of motion    .20     68.00
             to dismiss Riverkeeper case

09/20/03 JMA Receipt and review Honeywell Memorandum of law  1.50     510.00
             and supporting certification re: dismissal of
             Riverkeeper case

09/22/03 JMA Phone - C. Marraro and A. Nagy                   .40     136.00

09/22/03 JMA Phone - Office of Jersey City Director of        .20     68.00
             Economic Development

09/22/03 JMA Phone - C. Marraro and Dr. K. Brown            1.00     340.00

09/22/03 JMA Phone - C. Marraro re: Honeywell Work Plan       .50     170.00
             proposal

09/23/03 JMA Phone - A. Lascurian's secretary                .10     34.00

09/23/03 JMA Phone - S. German and Lara Cartright Smith re:   .20     68.00
             transition of file responsibility

09/23/03 JMA Phone - C. Marraro                              .30     102.00

09/23/03 MEF T/c with CHM re: DEP attorney and copy charges  .20     45.00

09/23/03 MEF Revise letter to Judge Cavanaugh re: RCRA Fee   .20     45.00
             Petition Copy costs

W.R. GRACE & COMPANY                              October 9, 2003
Client No.              734680                    Page      11
INVOICE NO.             21262


09/24/03 JMA Conference with C. Marraro re: Jersey City        1.50    510.00
             development issues

09/24/03 JMA Appeal - attend meeting with C. Marraro and       2.20    748.00
             Jersey City representative

09/24/03 JMA Appeal - review Honeywell proposed issues on       .70    238.00
             appeal

09/24/03 JMA Conference with C. Marraro re:  Honeywell         3.70   1258.00
             proposed workplan and schedule, strategy,
             Honeywell immediate action items, Honeywell
             motion to dismiss Riverkeeper action

09/24/03 MEF Assist JMA in prep for J.C. meeting                .50    112.50

09/24/03 MEF Appeal - compare Honeywell's concise summary of    .50    112.50
             the case filed in Appeal 03-3037 with
             Honeywell's concise summary of the case in
             Appeal 03-3585

09/26/03 JMA Review Honeywell workplan and schedule for        1.20    408.00
             conference call with K. Brown

09/26/03 JMA Conference call with K. Brown and C. Marraro      1.00    340.00
             re: Honeywell workplan and schedule

09/26/03 JMA Appeal - review case law on imminent and           .80    272.00
             substantial endangerment

09/26/03 JMA Conference with C. Marraro re: mediation          3.00   1020.00
             strategy

09/26/03 JMA Meeting with T. Milch and C. Marraro re:          1.50    510.00
             mediation issues

09/26/03 JMA Conference with C. Marraro re: mediation issues   1.00    340.00
             and strategy

09/29/03 JMA Phone - C. Marraro re: mediation strategy         1.00    340.00

09/29/03 JMA Phone - C. Marraro re: mediation issues and        .70    238.00
             strategy

09/29/03 JMA Phone - C. Marraro re: mediation strategy          .30    102.00

09/29/03 JMA Phone - C. Marraro and R. Senftleben re:           .70    238.00
             mediation issues and strategy

```
W.R. GRACE & COMPANY                          October 9, 2003
Client No.           734680              Page      12
INVOICE NO.          21262
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/03 | JMA | Conference call with C. Marraro and client representatives re: mediation issues and strategy | 1.30 | 442.00 |
| 09/29/03 | JMA | Phone - C. Marraro re: scheduling issues | .30 | 102.00 |
| 09/29/03 | JMA | Phone - Judge Cavanaugh's Deputy Clerk | .30 | 102.00 |
| 09/29/03 | JMA | Letter to Judge Cavanaugh re: Honeywell motion to stay - oral argument | .20 | 68.00 |
| 09/29/03 | JMA | Phone - counsel for Special Master re: form of letter of credit | .10 | 34.00 |
| 09/30/03 | JMA | Receipt and review letter from K. Coakley to T. Milch re: extension of time on response to groundwater plan | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review letter from K. Coakley to T. Milch re: Honeywell commencing test P.L. work | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh with revised order re: Special Master's 4th Fee Application | .30 | 102.00 |
| 09/30/03 | JMA | Receipt and review letter from M. Daneker to Coakley re: deficiencies in immediate action items | .40 | 136.00 |
| 09/30/03 | JMA | Receipt and review letter from D. Field to K. Millian re: Honeywell's motion to dismiss | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review letter from K. Millian to S. Falanga re: letter of credit | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review letter from T. Pasuit to Clerk with Special Master 4th Fee Application | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review Special Master Fourth Application for fees and expenses | 1.00 | 340.00 |
| 09/30/03 | JMA | Receipt and review letter for D. Field with Scheduling Order | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review letter from D. Field with Amended Scheduling Order | .30 | 102.00 |
| 09/30/03 | JMA | Receipt and review letter from S. Falanga re: letter of credit | .20 | 68.00 |

W.R. GRACE & COMPANY                          October 9, 2003
Client No.          734680                    Page     13
INVOICE NO.         21262

09/30/03 JMA Receipt and review revised letter of credit        .80    272.00

09/30/03 JMA Receipt and review letter from T. Milch with       .20     68.00
             form of sight draft

09/30/03 JMA T/c counsel for Special Master                     .30    102.00

09/30/03 JMA T/c with CHM and K. Brown                          .30    102.00

09/30/03 JMA T/c counsel for Special Master                     .20     68.00

09/30/03 JMA T/c with CHM and D. Field                          .20     68.00

09/30/03 JMA Letter to counsel for Special Master re: letter    .20     68.00
             of credit

09/30/03 JMA T/c with CHM re: mediation strategy                .50    170.00

09/30/03 JMA T/c with CHM and T. Milch re: mediation issues     .50    170.00

09/30/03 JMA T/c with CHM and R. Senftleben re: mediation       .40    136.00

09/30/03 JMA Receipt and review Schoor DePalma (Honeywell       .20     68.00
             surveyor) P.O.

09/30/03 JMA Receipt and review Honeywell's amended Field       .30    102.00
             Activities Summary

09/30/03 JMA Preliminary review of Honeywell's vendor           .50    170.00
             contracts

09/30/03 JMA Receipt and review Honeywell's contracting         .20     68.00
             strategy letter - supplement

                                                              ----------
                        **Subtotal:**                         **31,856.00**


## Fee Applications, Applicants

09/01/03 MEF Review certificate of no objection regarding       .30     67.50
             June 2003 Monthly Fee Application

09/02/03 JMA Fee Application - receipt and review email from    .10     34.00
             B. Jefferds re:disbursements

09/02/03 JMA Conference with MEF re: photocopying charges       .20     68.00

```
W.R. GRACE & COMPANY                        October 9, 2003
Client No.           734680                 Page      17
INVOICE NO.          21262
```

Disbursements


Travel Expense

| | | |
|---|---|---|
| 09/26/03 | Travel Expense JMA AMEX (AIR) 9/26 | 573.50 |
| 09/26/03 | Travel Expense - Driver - JMA to Newark Air Port 9/26/03 | 75.00 |
| 09/26/03 | Travel Expense - My Limousine Service - from Newark JMA 9/26/03 | 68.10 |
| | SUBTOTAL: | 716.60 |

Computer Searches

| | | |
|---|---|---|
| 09/30/03 | Computer Searches WESTLAW 9/22, 9/25 | 20.61 |
| | SUBTOTAL: | 20.61 |

Costs Advanced

| | | |
|---|---|---|
| 09/22/03 | Costs Advanced - MCGUIRE, CHARLES P 9/22/03 | 8.80 |
| | SUBTOTAL: | 8.80 |

| | | |
|---|---|---|
| 09/30/03 | Messenger | 52.50 |
| 09/30/03 | Photocopies | 26.40 |
| 09/30/03 | Faxes | 338.00 |
| 09/30/03 | Telephone | 166.66 |
| 09/30/03 | Computer Searches | 509.21 |
| 09/30/03 | Federal Express | 118.36 |
| 09/30/03 | Messenger - In House | 100.00 |


| | |
|---|---|
| | ------------- |
| Total Costs | 2,057.14 |
| | ------------- |
| Total Due this Matter | 38,545.64 |
| ============= | |

**Lois Isaacson**

| | |
|---|---|
| **From:** | CONTINENTAL TRAVEL (AGENTID00063032) [emailserver@pop3.amadeus.net] |
| **Sent:** | Thursday, September 25, 2003 10:21 AM |
| **To:** | LISAACSON@CARELLABYRNE.COM |
| **Subject:** | AGNELLO/JOHN 26SEP EWR DCA |

# AGNELLO/JOHN 26SEP EWR DCA

THIS DOCUMENT IS AUTOMATICALLY GENERATED.
PLEASE DO NOT RESPOND TO THIS MAIL.

```
                                    INVOICE 0000019478
                                    DATE 25SEPTEMBER03
                                    BOOKING REF Z8Z9KK
                                    AGENT AL/AL

    CARELLA BYRNE BAIN GILFILLAN        AGNELLO/JOHN
    6 BECKER FARM ROAD
    ROSELAND NJ 07068-1739
```

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| MISCELLANEOUS | 26SEP<br>FRI | NEWARK NJ<br>**ELECTRONIC TICKET * REFUNDABLE | | | |
| CONTINENTAL AIRLINES<br>CO 562<br>Y ECONOMY | 26SEP<br>FRI | NEWARK NJ<br>LIBERTY INTL<br>TERMINAL C | WASHINGTON DC<br>R REAGAN NAT<br>TERMINAL B | 900A | 1009A |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:09 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 08D NO SMOKING CONFIRMED | | | |
| CONTINENTAL AIRLINES<br>CO 80<br>Y ECONOMY | 26SEP<br>FRI | WASHINGTON DC<br>R REAGAN NAT<br>TERMINAL B | NEWARK NJ<br>LIBERTY INTL<br>TERMINAL C | 530P | 638P |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:08 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 10C NO SMOKING CONFIRMED | | | |

```
    AIR FARE 502.32        TAX 51.18           TOTAL USD      553.50
                           NON REF PROCESSING FEE USD          20.00
                                         AIR TOTAL USD        573.50

                                     INVOICE TOTAL USD        573.50
```

TICKET PAYMENT CCAX378294435821098/0405/A102045
MCO PAYMENT: CCAX378294435821098/0405/A128264

9/25/2003

RESERVATION NUMBER(S)   CO/VXPW9G

TICKET:                                          CO/ETKT 005 7556760516
MCO:                                                      890 8123802298

CO   FREQUENT FLYER COLN769520

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=Z8Z9KK&L=US&N=AGNELLO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 17th day of October, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  **SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSMENT OF EXPENSES FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003; AND**

2.  **FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003.**

Dated: October 17, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of October, 2003

Notary Public
My Commission Expires: 02/11/04

91100-001\DOCS_DE:69393.18

Grace Fee Application Service List
Case Number:  01-1139 (JJF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Hand Delivery***
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express***
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX  75202

***Federal Express and E-mail:***
***william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: mgz@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

***E-mail: currier@klettrooney.com and***
***jwaxman@klettrooney.com***
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

***E-mail:***
***james_kapp@chicago.kirkland.com***
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: david.heller@lw.com and
carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP