EXHIBIT B

```
W.R. GRACE & COMPANY                                  October 9, 2003
Client No.              734680                        Page      17
INVOICE NO.             21262


        Disbursements


Travel Expense

09/26/03 Travel Expense JMA AMEX (AIR) 9/26                573.50
09/26/03 Travel Expense - Driver - JMA to Newark Air        75.00
         Port 9/26/03
09/26/03 Travel Expense - My Limousine Service - from       68.10
         Newark JMA 9/26/03

                                       SUBTOTAL:          716.60

Computer Searches

09/30/03 Computer Searches WESTLAW 9/22, 9/25               20.61

                                       SUBTOTAL:           20.61

Costs Advanced

09/22/03 Costs Advanced - MCGUIRE, CHARLES P 9/22/03         8.80

                                       SUBTOTAL:            8.80

09/30/03 Messenger                                          52.50
09/30/03 Photocopies                                        26.40
09/30/03 Faxes                                             338.00
09/30/03 Telephone                                         166.66
09/30/03 Computer Searches                                 509.21
09/30/03 Federal Express                                   118.36
09/30/03 Messenger - In House                              100.00


                                                       -------------
Total Costs                                               2,057.14
                                                       -------------
Total Due this Matter                                    38,545.64
=============
```

## Lois Isaacson

**From:** CONTINENTAL TRAVEL (AGENTID00063032) [emailserver@pop3.amadeus.net]
**Sent:** Thursday, September 25, 2003 10:21 AM
**To:** LISAACSON@CARELLABYRNE.COM
**Subject:** AGNELLO/JOHN 26SEP EWR DCA

# AGNELLO/JOHN 26SEP EWR DCA

```
THIS DOCUMENT IS AUTOMATICALLY GENERATED.
PLEASE DO NOT RESPOND TO THIS MAIL.
                                          INVOICE 0000019478
                                          DATE 25SEPTEMBER03
                                          BOOKING REF Z8Z9KK
                                          AGENT AL/AL

  CARELLA BYRNE BAIN GILFILLAN            AGNELLO/JOHN
  6 BECKER FARM ROAD
  ROSELAND NJ 07068-1739

  SERVICE              DATE    FROM             TO              DEPART   ARRIVE

  MISCELLANEOUS        26SEP   NEWARK NJ
                       FRI     **ELECTRONIC TICKET * REFUNDABLE

  CONTINENTAL AIRLINES 26SEP   NEWARK NJ        WASHINGTON DC   900A     1009A
  CO 562               FRI     LIBERTY INTL     R REAGAN NAT
  Y ECONOMY                    TERMINAL C       TERMINAL B
                                                                NON STOP
                               RESERVATION CONFIRMED            1:09 DURATION
                  AIRCRAFT:    BOEING 737-500
                               SEAT 08D NO SMOKING CONFIRMED


  CONTINENTAL AIRLINES 26SEP   WASHINGTON DC    NEWARK NJ       530P     638P
  CO 80                FRI     R REAGAN NAT     LIBERTY INTL
  Y ECONOMY                    TERMINAL B       TERMINAL C
                                                                NON STOP
                               RESERVATION CONFIRMED            1:08 DURATION
                  AIRCRAFT:    BOEING 737-500
                               SEAT 10C NO SMOKING CONFIRMED

           AIR FARE 502.32     TAX 51.18             TOTAL USD         553.50
                                    NON REF PROCESSING FEE USD          20.00
                                                 AIR TOTAL USD         573.50

                                             INVOICE TOTAL USD         573.50

  TICKET PAYMENT CCAX378294435821098/0405/A102045
  MCO PAYMENT: CCAX378294435821098/0405/A128264
```

9/25/2003

RESERVATION NUMBER(S)   CO/VXPW9G

TICKET:                                        CO/ETKT 005 7556760516
MCO:                                                    890 8123802298

CO   FREQUENT FLYER COLN769520

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=Z8Z9KK&L=US&N=AGNELLO

9/25/2003