IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 6, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD AUGUST 1, 2003 THROUGH AUGUST 31, 2003**

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46711.1
10/17/03 1:59 PM

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | | |
|---|---|---|---|
| 08/01/03 | GHL | Fee Application, Applicant --preparation of quarterly summary application for April-June 2003 | 1.00 |
| 08/01/03 | GHL | Review of information on refinery use/operation of Nol-Tec loaders; and consideration of further defense of this action in view of same; | 0.80 |
| 08/01/03 | GHL | Consideration of Intercat responses on discovery and required follow-up | 0.60 |
| 08/01/03 | DRB | Analysis of information from refineries relevant to infringement issue; | 1.00 |
| 08/01/03 | FTC | Work on discovery requests. | 1.00 |
| 08/04/03 | DRB | Advice to Grace representative concerning document collection for response to discovery requests. | 0.40 |
| 08/04/03 | DRB | Analysis of document production by Noltec | 0.40 |
| 08/05/03 | LL | Attended meeting to discuss production documents; telephone conference with client regarding document collection. | 1.00 |
| 08/05/03 | CEZ | Reviewed Intercat's responses to Graces first set of document requests; prepared draft letter in response regarding deficiencies. | 1.00 |
| 08/06/03 | DRB | Preparation of documents for production | 0.70 |
| 08/07/03 | DRB | Preparation of documents for production | 0.50 |
| 08/08/03 | DRB | Preparation of documents for production | 0.60 |
| 08/13/03 | LL | Assisted in the review of documents for production; performed searches | 5.00 |
| 08/14/03 | LL | Assisted in the review of documents to prepare for production | 3.50 |
| 08/19/03 | LL | Assisted in the review of documents for production | 2.00 |
| 08/21/03 | DRB | Letter to Intercat requesting clarification for document production and stated objections | 0.40 |
| 08/26/03 | DRB | Analysis of Court Order and communication with Intercat counsel regarding Rule 16 conference | 0.50 |
| 08/26/03 | LL | Assisted in the review of documents for production | 3.00 |
| 08/29/03 | FTC | Drafted interrogatories to Nol-Tec Systems, Inc. | 1.50 |

SERVICES                $        5,120.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 2.00 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 4.50 | hours at $ | 360.00 |
| CEZ | CHAD E. ZIEGLER | 1.00 | hours at $ | 265.00 |
| FTC | FRANK T. CARROLL | 2.50 | hours at $ | 250.00 |
| LL | LARRY LABELLA | 14.50 | hours at $ | 120.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| LOCAL COUNSEL FEES | 426.75 |
| TELEFAX | 102.16 |
| POSTAGE & DELIVERY | 28.37 |
| TELEPHONE | 2.16 |
| PHOTOCOPYING | 1,640.96 |
| COMPUTER DOCKETING, SEARCH | 146.00 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 2,346.40 |
| SERVICE TOTAL | $ | 5,120.00 |
| **APPLICATION TOTAL** | $ | **7,466.40** |