## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**Objection Date: November 10, 2003 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are timely filed and served**

### TWENTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2003 – September 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,496.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$262.21** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the twentieth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twentieth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

## Attachment A

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | The Hearing to Approve Compensation for these fees and expenses is scheduled for December 15, 2003 at 12:00 p.m. | |

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER
SAN DIEGO
PITTSBURGH
DETROIT

October 13, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 964579                        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.10 | hrs. at | $445.00 | /hr. = | $3,159.50 |
| RW RILEY | PARTNER | 1.30 | hrs. at | $350.00 | /hr. = | $455.00 |
| WS KATCHEN | PARTNER | 17.40 | hrs. at | $510.00 | /hr. = | $8,874.00 |
| DM SPEERS | PARALEGAL | 1.80 | hrs. at | $165.00 | /hr. = | $297.00 |
| SA CABAN | PARALEGAL | 10.90 | hrs. at | $145.00 | /hr. = | $1,580.50 |
| R LAGRAVENIS | PARALEGAL | 0.90 | hrs. at | $145.00 | /hr. = | $130.50 |
| | | | | | | $14,496.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| DOCUMENT RETRIEVAL | 5.91 |
| MEETING EXPENSE | 42.10 |
| PRINTING & DUPLICATING | 128.70 |
| TELECOPY | 85.50 |
| TOTAL DISBURSEMENTS | $262.21 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $14,758.71 |
| PREVIOUS BALANCE | $45,196.35 |
| TOTAL BALANCE DUE | $59,955.06 |

DUANE MORRIS LLP

File # K0248-00001                                       INVOICE #  964579
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/2/2003 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S JULY MONTHLY OPERATING REPORT | 0.40 | $178.00 |
| 9/3/2003 | 003 | MR LASTOWSKI | REVIEW FTI'S ANALYSIS OF THE DEBTOR'S BUSINESS OPERATIONS | 0.40 | $178.00 |
| 9/16/2003 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR EXTENSION OF TIME TO ASSUME OR REJECT LEASES OF NON-RESIDENTIAL REAL PROPERTY | 0.10 | $44.50 |
| | | | Code Total | 0.90 | $400.50 |

File # K0248-00001                                               INVOICE #  964579
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 9/3/2003 | 004 | DM SPEERS | REVIEWING 9/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/4/2003 | 004 | DM SPEERS | REVIEWING 9/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 9/10/2003 | 004 | DM SPEERS | REVIEWING 9/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/10/2003 | 004 | DM SPEERS | REVIEWING 9/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/11/2003 | 004 | DM SPEERS | REVIEWING 9/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/15/2003 | 004 | DM SPEERS | REVIEWING 9/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/15/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 9/16/2003 | 004 | DM SPEERS | REVIEWING 9/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/17/2003 | 004 | DM SPEERS | REVIEWING 9/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/17/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, INDEX, AND FILE CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.90 | $130.50 |
| 9/18/2003 | 004 | DM SPEERS | REVIEWING 9/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/22/2003 | 004 | DM SPEERS | REVIEWING 9/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/22/2003 | 004 | RW RILEY | REVIEWING AGENDA FOR 9/22/03 OMNIBUS HEARING | 0.20 | $70.00 |

File # K0248-00001                                              INVOICE # 964579
     W. R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 9/23/2003 | 004 | DM SPEERS | REVIEWING 9/23/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/24/2003 | 004 | DM SPEERS | REVIEWING 9/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 9/25/2003 | 004 | DM SPEERS | REVIEWING 9/25/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/26/2003 | 004 | DM SPEERS | REVIEWING 9/26/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/29/2003 | 004 | DM SPEERS | REVIEWING 9/29/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 9/29/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 9/30/2003 | 004 | DM SPEERS | REVIEWING 9/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| | | | Code Total | 3.20 | $541.00 |

File # K0248-00001                                       INVOICE # 964579
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER (JP MORGAN/CHASE) RE: UNOFFICIAL COMMITTEE. | 0.10 | $51.00 |
| 9/2/2003 | 005 | WS KATCHEN | REVIEW 9019 STATEMENTS BY WILLKIE FARR & GALLAGHER (UNOFFICIAL COMMITTEE). | 0.20 | $102.00 |
| 9/2/2003 | 005 | WS KATCHEN | DRAFT LETTER TO LEWIS KRUGER (STROOCK). | 0.10 | $51.00 |
| 9/5/2003 | 005 | WS KATCHEN | RESEARCH PROPERTY OF ESTATE ISSUE - PROCEEDS INSURANCE POLICY. | 1.20 | $612.00 |
| 9/5/2003 | 005 | WS KATCHEN | REVIEW E-MAIL TO COMMITTEE. | 0.10 | $51.00 |
| 9/5/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH A. KRIEGER. | 0.20 | $102.00 |
| 9/5/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.20 | $102.00 |
| 9/5/2003 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING WITH DEBTOR, PLAN NEGOTIATIONS, AND REVIEW CONFIDENTIAL DOCUMENTS FURNISHED BY DEBTOR. | 1.20 | $612.00 |
| 9/8/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH DEBTOR AND THE COMMITTEE. | 0.70 | $357.00 |
| 9/8/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE'S MEMOS (STOCK PLAN/NOL/OVERSEAS CASH). | 0.50 | $255.00 |
| 9/8/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 1.00 | $510.00 |
| 9/9/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEW KRUGER RE:  PLAN ISSUES. | 0.30 | $153.00 |
| 9/9/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEW KRUGER. | 0.30 | $153.00 |
| 9/9/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE:  PLAN. | 0.20 | $102.00 |
| 9/9/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: SEPTEMBER 12, 2003 COMMITTEE CONFERENCE CALL. | 0.10 | $51.00 |
| 9/10/2003 | 005 | WS KATCHEN | REVIEW AMENDED SCHEDULING ORDER. | 0.10 | $51.00 |
| 9/12/2003 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.70 | $357.00 |
| 9/15/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: STATUS OF MEETING WITH COMMITTEE. | 0.10 | $51.00 |
| 9/15/2003 | 005 | WS KATCHEN | PREPARE FOR MEETING WITH LEWIS KRUGER AND RESEARCH FOR STRATEGY - REDACTED. | 2.80 | $1,428.00 |
| 9/16/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: FUTURES' REP. | 0.10 | $51.00 |
| 9/16/2003 | 005 | WS KATCHEN | REPLY TO ARLENE KRIEGER'S E-MAIL. | 0.20 | $102.00 |
| 9/17/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER. | 0.30 | $153.00 |
| 9/17/2003 | 005 | WS KATCHEN | REPLY TO DENISE WILDES' E-MAIL. | 0.10 | $51.00 |

File # K0248-00001                                           INVOICE # 964579
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/18/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH DAVID GROSS RE: COMMITTEE ORDER. | 0.30 | $153.00 |
| 9/18/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER AND DENISE WILDES RE: ORDER. | 0.20 | $102.00 |
| 9/18/2003 | 005 | WS KATCHEN | E-MAIL KEN PASQUALE ON §157(D). | 0.10 | $51.00 |
| 9/18/2003 | 005 | WS KATCHEN | REVIEW PROPOSED ACQUISITION MATERIALS "PROJECT GRALERAS". | 0.50 | $255.00 |
| 9/19/2003 | 005 | WS KATCHEN | E-MAIL KEN PASQUALE. | 0.10 | $51.00 |
| 9/19/2003 | 005 | WS KATCHEN | ADDITIONAL PREPARATION FOR SEPTEMBER 22, 2003 CONFERENCE WITH LEWIS KRUGER | 1.70 | $867.00 |
| 9/22/2003 | 005 | WS KATCHEN | MEETING WITH LEWIS KRUGER RE: CASE MANAGEMENT ISSUES. | 1.30 | $663.00 |
| 9/23/2003 | 005 | WS KATCHEN | REVIEW OPERATING REPORT (JULY). | 0.30 | $153.00 |
| 9/25/2003 | 005 | WS KATCHEN | REVIEW MOTION RE: FLORIDA TAX PAYMENT. | 0.20 | $102.00 |
| 9/29/2003 | 005 | WS KATCHEN | REVIEW SEPTEMBER 26, 2003 LETTER TO THE CLERK OF THE THIRD CIRCUIT FROM CAMPBELL & LEVINE RE: STATUS OF SEALED AIR SETTLEMENT. | 0.10 | $51.00 |
| | | | Code Total | 15.60 | $7,956.00 |

File # K0248-00001                                            INVOICE # 964579
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 9/24/2003 | 006 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE CLAIMS OF THE KWELMB COMPANIES | 0.40 | $178.00 |
| 9/25/2003 | 006 | WS KATCHEN | REVIEW MOTION RE:  SETTLEMENT KWELMB. | 0.20 | $102.00 |
| | | | Code Total | 0.60 | $280.00 |

File # K0248-00001                                           INVOICE # 964579
    W.R. GRACE & CO.

| 9/18/2003 007 | MR LASTOWSKI | REVIEW JUDGE WOLIN'S ORDER RE: WORKING COMMITTEES | 0.10 | $44.50 |
|---|---|---|---|---|
| | | Code Total | 0.10 | $44.50 |

File # K0248-00001                                              INVOICE # 964579
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|-|-----------|-------------|-------|--------|
| 9/9/2003 | 010 | RW RILEY | REVIEWING AND REVISING OBJECTION TO DEBTOR'S RETENTION OF STATE STREET BANK AS INVESTMENT MANAGER | 1.10 | $385.00 |
| 9/9/2003 | 010 | SA CABAN | RETRIEVE OBJECTION TO STATE STREET BANK APPLICATION AND REVIEW; FORWARD TO R. RILEY FOR REVIEW. | 0.30 | $43.50 |
| 9/9/2003 | 010 | SA CABAN | REVIEW DOCKET AND RETRIEVE APPLICATION OF STATE STREET BANK FILED 8/18/03. | 0.20 | $29.00 |
| 9/9/2003 | 010 | SA CABAN | TELEPHONE CALL TO A. CASKADON RE: OBJECTION TO STATE STREET BANK RETENTION. | 0.10 | $14.50 |
| 9/9/2003 | 010 | SA CABAN | REVISE OBJECTION TO STATE STREET BANK, CONVERT TO PDF FORMAT AND E-FILE; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.50 | $72.50 |
| 9/10/2003 | 010 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR OBJECTION TO STATE STREET BANK. | 0.10 | $14.50 |
| 9/10/2003 | 010 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF SERVICE FOR OBJECTION TO STATE STREET BANK. | 0.20 | $29.00 |
| 9/16/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THE REQUEST TO RETAIN STATE STREET BANK | 0.20 | $89.00 |
| 9/16/2003 | 010 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: STATE STREET. | 0.20 | $102.00 |
| 9/17/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF FILING OF EXHIBIT A TO RESPONSE RE: RETENTION OF STATE STREET | 0.10 | $44.50 |
| 9/18/2003 | 010 | WS KATCHEN | REVIEW (1) MCGOWAN AFFIDAVIT IN OPPOSITION TO COMMITTEE ON STATE STREET BANK AND (2) COMMITTEE OBJECTION. | 0.20 | $102.00 |
| 9/24/2003 | 010 | MR LASTOWSKI | REVIEW REVIEW POTTER ANDERSON SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $44.50 |
| 9/24/2003 | 010 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO RETAIN SARBAINS OXLEY ADVISORS | 0.30 | $133.50 |
| 9/25/2003 | 010 | WS KATCHEN | REVIEW MOTION TO RETAIN PROTIVIT, LLP. | 0.10 | $51.00 |
| 9/30/2003 | 010 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT FOR NINTH INTERIM PERIOD | 0.20 | $89.00 |
| | | | Code Total | 3.90 | $1,243.50 |

File # K0248-00001                                               INVOICE # 964579
     W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 9/5/2003 012 | SA CABAN | RETRIEVE INVOICES FOR JUNE, JULY AND AUGUST; COPY AND FORWARD TO W. KATCHEN AND M. LASTOWSKI FOR REVISIONS. | 0.30 | $43.50 |
| 9/9/2003 012 | WS KATCHEN | REVIEW FEE APPLICATION. | 0.50 | $255.00 |
| 9/16/2003 012 | SA CABAN | RESPOND TO INQUIRY OF S. BOSSAY RE: DM 9TH INTERIM FEE APPLICATION STATUS. | 0.10 | $14.50 |
| 9/16/2003 012 | SA CABAN | REVIEW AND FORWARD REVISIONS TO J. PALO FOR INVOICES ENDING 8/31/03. | 0.20 | $29.00 |
| 9/17/2003 012 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS SIXTEENTH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 9/17/2003 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS FEE APPLICATION FOR JUNE 2003 | 0.30 | $133.50 |
| 9/17/2003 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS FEE APPLICATION FOR JULY 2003 | 0.30 | $133.50 |
| 9/17/2003 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS FEE APPLICATION FOR AUGUST 2003 | 0.30 | $133.50 |
| 9/17/2003 012 | SA CABAN | PREPARE DM 17TH MONTHLY FEE APPLICATION FOR JUNE 2003 FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.50 | $72.50 |
| 9/17/2003 012 | SA CABAN | PREPARE DM 18TH MONTHLY FEE APPLICATION FOR JULY 2003 FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.50 | $72.50 |
| 9/17/2003 012 | SA CABAN | PREPARE DM 19TH MONTHLY FEE APPLICATION FOR AUGUST 2003 FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 0.50 | $72.50 |
| 9/17/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM 16TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 9/18/2003 012 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR JUNE 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 9/18/2003 012 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR JULY 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 9/18/2003 012 | SA CABAN | PREPARE CERTIFICATE OF SERVICE FOR AUGUST 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 9/18/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE JUNE 2003 FEE APPLICATION; SERVE VIA EMAIL ON NOTICE PARTIES. | 0.30 | $43.50 |
| 9/18/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE JULY 2003 FEE APPLICATION; SERVE VIA EMAIL ON NOTICE PARTIES. | 0.30 | $43.50 |

File # K0248-00001                                            INVOICE # 964579
          W.R. GRACE & CO.

| 9/18/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE AUGUST 2003 FEE APPLICATION; SERVE VIA EMAIL ON NOTICE PARTIES. | 0.30 | $43.50 |
|---|---|---|---|---|
| 9/18/2003 012 | SA CABAN | PREPARE JUNE, JULY AND AUGUST 2003 FEE APPLICATIONS FOR SERVICE VIA HARD COPY ON TRUSTEE, COMPANY AND FEE AUDITOR. | 0.20 | $29.00 |
| 9/18/2003 012 | SA CABAN | PREPARE DRAFT NINTH QUARTERLY FEE APPLICATION FOR REVIEW/APPROVAL BY M. LASTOWSKI. | 2.80 | $406.00 |
| 9/18/2003 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM 9TH QUARTERLY FEE APPLICATION; SERVE VIA EMAIL ON NOTICE PARTIES AND HARD COPY ON TRUSTEE, FEE AUDITOR AND COMPANY. | 0.50 | $72.50 |
| | | Code Total | 8.50 | $1,715.00 |

File # K0248-00001                                              INVOICE # 964579
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 9/3/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR STROOCK 9TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 9/3/2003 | 013 | SA CABAN | PREPARE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR STROOCK 9TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 9/4/2003 | 013 | SA CABAN | REVIEW NOTICE OF MONTHLY FEE APPLICATION AND IDENTIFY REVISIONS TO A. CASKADON FOR STROOCK JULY FEE APPLICATION. | 0.10 | $14.50 |
| 9/4/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 28TH MONTHLY FEE APPLICATION FOR JULY 2003; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $29.00 |
| 9/5/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK 28TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 9/5/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR STROOCK 9TH QUARTERLY FEE APPLICATION. | 0.10 | $14.50 |
| 9/8/2003 | 013 | SA CABAN | REVIEW NOTICE OF APPLICATION FOR FTI JULY 2003 FEE APPLICATION AND RESPOND TO A. CASKADON. | 0.10 | $14.50 |
| 9/8/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI 28TH MONTHLY FEE APPLICATION FOR JULY 2003; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $29.00 |
| 9/10/2003 | 013 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR FTI 28TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 9/10/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTIONS TO FTI 9TH QUARTERLY FEE APPLICATION; TO R. RILEY FOR REVIEW/APPROVAL. | 0.30 | $43.50 |
| 9/30/2003 | 013 | SA CABAN | FORWARD CONFIRMATION OF FILING FOR STROOCK & FTI AUGUST 2003 FEE APPLICATIONS TO A. CASKADON. | 0.10 | $14.50 |
| 9/30/2003 | 013 | SA CABAN | REVIEW NOTICES OF APPLICATION FOR STROOCK AND FTI FOR AUGUST 2003; TELEPHONE CALL TO A. CASKADON WITH APPROVAL OF SAME. | 0.20 | $29.00 |
| 9/30/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 29TH MONTHLY FEE APPLICATION FOR AUGUST 2003. | 0.20 | $29.00 |

October 13, 2003
Page 13

File # K0248-00001                                    INVOICE # 964579
         W.R. GRACE & CO.

| 9/30/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI 29TH MONTHLY FEE APPLICATION FOR AUGUST 2003. | 0.20 | $29.00 |
| | | | Code Total | 2.20 | $319.00 |

File # K0248-00001                                                    INVOICE # 964579
    W.R. GRACE & CO.

| 9/22/2003 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 9/22/03 OMNIBUS HEARING | 1.10 | $489.50 |
| 9/22/2003 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.20 | $534.00 |
| 9/22/2003 015 | MR LASTOWSKI | E-MAIL TO KEN PASQUALE RE: OMNIBUS HEARING | 0.30 | $133.50 |
| | | Code Total | 2.60 | $1,157.00 |

File # K0248-00001                                          INVOICE # 964579
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 9/24/2003 016 | MR LASTOWSKI | LETTER FROM ASBESTOS PERSONAL INJURY COMMITTEE RE: STATUS OF SETTLEMENTS | 0.10 | $44.50 |
| 9/30/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO MODIFY PRELIMINARY INJUNCTION TO PERMIT CERTAIN THIRD PARTY APPEALS AND RESPONSES TO SAME | 0.30 | $133.50 |
| | | Code Total | 0.40 | $178.00 |

File # K0248-00001                                          INVOICE # 964579
     W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|------|---|---|---|---|---|
| 9/16/2003 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN CONNECTION WITH MONTANA VERMICULITE COMPANY LITIGATION | 0.20 | $89.00 |
| | | | Code Total | 0.20 | $89.00 |

File # K0248-00001                                           INVOICE # 964579
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 9/2/2003 | 019 | WS KATCHEN | REVIEW DRAFT MEMO TO COMMITTEE RE: TAX, PENSION ISSUES AND SCHEDULING MEETING. | 0.20 | $102.00 |
| 9/24/2003 | 019 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF STIPULATION SETTLING NEW YORK STATE TAX ISSUES | 0.40 | $178.00 |
| 9/24/2003 | 019 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO PAY CERTAIN FLORIDA INTANGIBLE PROPERTY TAXES | 0.20 | $89.00 |
| | | | Code Total | 0.80 | $369.00 |

File # K0248-00001                                              INVOICE # 964579
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2003 | 023 | WS KATCHEN | REVIEW COMMITTEE MEMO ON ZAI. | 0.40 | $204.00 |
| | | | Code Total | 0.40 | $204.00 |

File # K0248-00001                                  INVOICE #  964579
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 39.40 | $14,496.50 |
| --- | --- | --- | --- |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 964579

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2003 | MEETING EXPENSE | | 42.10 |
| | | Total: | $42.10 |
| 9/30/2003 | TELECOPY | | 85.50 |
| | | Total: | $85.50 |
| 9/30/2003 | DOCUMENT RETRIEVAL | | 5.91 |
| | | Total: | $5.91 |
| 9/30/2003 | PRINTING & DUPLICATING | | 128.70 |
| | | Total: | $128.70 |
| | TOTAL DISBURSEMENTS | | $262.21 |