# EXHIBIT A

# EXHIBIT A.1.

The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Allegheny Center Associates | None | 9778 | Unliquidated; PD | | No Supporting Documentation | Expunge claim | Continued |
| Barr, Chester A. | None | 2230 | $5,434.00 | | Shareholder- stock | Expunge claim | Continued |
| Estate of Rosario Rapisardi | None | 2820 | $2,000,000.00 | | | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 2236 | $196,111.84 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 306 | $37,306,458.05 | S | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 306 | $6,656,792.96 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 324 | $35,517,680.55 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 324 | $5,887.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 325 | $138,121.15 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 327 | $35,517,680.55 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 327 | $5,887.05 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 346 | $14,534.93 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 353 | $37,306,458.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 353 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 356 | $37,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 356 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 357 | $14,534.93 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 366 | $56,660.69 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 366 | $175,199.07 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 395 | $56,660.69 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 395 | $175,199.07 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 455 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 456 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 457 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 458 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 459 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 460 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 461 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 462 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 464 | $133,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 465 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 466 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 467 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 468 | $84,000,000.00 | P | Amended | Expunge claim | Continued |

The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor/Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 469 | $121,306,458.05 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 469 | $6,656,792.96 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 470 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 471 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 472 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 473 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 474 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 475 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 476 | $31,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 477 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 478 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 478 | $14,534.93 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 479 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 480 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 481 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 482 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 483 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 484 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 485 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 486 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 488 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 489 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 490 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 491 | $172,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 492 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 493 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 494 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 495 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 496 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 497 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 498 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 499 | $182,760,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 500 | $198,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 502 | $53,000,000.00 | P | Amended | Expunge claim | Continued |

The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor/Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 503 | $172,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 503 | $138,121.15 | U | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 504 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 505 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 506 | $134,600,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 507 | $84,000,000.00 | P | Amended | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 517 | $37,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 517 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 519 | $77,484,675.40 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 519 | $5,887.05 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 523 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 524 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 525 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 526 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 527 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 528 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 529 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 530 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 530 | $14,534.93 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 531 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 532 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 533 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 534 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 535 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 536 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 537 | $182,760,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 538 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 539 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 540 | $53,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 541 | $172,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 541 | $138,121.15 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 542 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 543 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 544 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |

The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor/Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 545 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 546 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 547 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 548 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 549 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 550 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 551 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 552 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 553 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 554 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 555 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 556 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 557 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 558 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 559 | $172,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 560 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 561 | $31,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 562 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 563 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 564 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 565 | $198,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 566 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 567 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 568 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 569 | $121,306,458.05 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 569 | $6,656,792.96 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 570 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 571 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 572 | $84,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 573 | $134,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 574 | $133,600,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 575 | $198,765,753.35 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 575 | $34,411.52 | U | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 786 | $232,467.84 | S | Amended | Expunge claim | Continued |

The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor/Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 4151 | 838 | $246,000,000.00 | P | Duplicate | Expunge claim | Continued |
| Internal Revenue Service | 4151 | 843 | $232,467.84 | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1642 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1643 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1644 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1645 | unknown | S | Duplicate | Expunge claim | Continued |

# EXHIBIT A.2.

. The Debtors received responses to the following objections. The Debtors request that the objections to such claims be withdrawn.

| Creditor/Filing Response | Docket No(s). of Response | Claim No(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| LA MARTIN COMPANY INC | None | 11311 | | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| MARTIN, PAUL J | None | 11310 | | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| MJ&P LLC | None | 11312 | | | No Supporting Documentation | Expunge claim | Objection Withdrawn |
| P&S ASSOCIATES | None | 11309 | | | No Supporting Documentation | Expunge claim | Objection Withdrawn |

# EXHIBIT A.3.

The Debtors received responses to the following objections. The claimants agreed to the treatment of their claims as set forth below. The Debtors request that an order be entered sustaining the Debtors' objection.

| Creditor/Billing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | | 12646 | | | No Supporting Documentation | Expunge claim | Resolved by agreement |